B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CVF LUX FINCO, LLC
Name of Transferee

CVF LUX MASTER S.À.R.L
Name of Transferor

Name and Address where notices to transferee should be sent:

c/o CarVal Investors, LLC
9320 Excelsior Blvd, 7th Floor
Hopkins, MN 55343
Attn: Teri Salberg

Court Claim # (if known): See attached Schedule 1
Amount of Claim: See attached Schedule 1
Debtors: Lehman Brothers Special Financing Inc. and Lehman Brothers Holding, Inc. as described on attached Schedule 1.

Phone: (952) 984-3416
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

CVF LUX FINCO, LLC
By: CVF Lux Master S.À.R.L.,
Its sole Member/Manager

By: _____ *(signature)*
Transferee/Transferee's Agent

Date: May 27, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF LUX MASTER S.À.R.L ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to CVF LUX FINCO, LLC ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. and Lehman Brothers Holding, Inc. (collectively, the "Debtor"), in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") listed on the attached Schedule 1 (each, a "Claim," and collectively, the "Claims ) and to the extent related thereto the relevant portion of any and all proofs of claim filed with the Bankruptcy Court in respect of the foregoing Claims.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27th day of May, 2015.

| TRANSFEROR | TRANSFEREE |
|---|---|
| CVF LUX MASTER S.À.R.L. | CVF LUX FINCO, LLC |
| By: Carval Investors, LLC<br>Its attorney-in-fact<br><br>By: _____<br>Name: Jeremiah Gerhardson<br>Title: Authorized Signer | By: CVF LUX MASTER S.À.R.L.,<br>Its sole Member/Manager<br><br>By: _____<br>Name: Cécile Gadisseur<br>Title: Manager |

## SCHEDULE 1

| LBSF Claim No. | LBHI Claim No. | Claim Amount |
| --- | --- | --- |
| 11307 | 11306 | $16,569,952.92 |
| 24531 | 24535 | $16,181,557.41 |