**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | 13-cv-4121 (RJS)<br><br>Bank. Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF CINCINNATI,<br><br>Defendant. | Adv. Proc. No. 13-01330 (JMP) |
| FEDERAL HOME LOAN BANK OF CINCINNATI,<br><br>Movant,<br><br>v.<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Respondent. | **MOTION FOR ADMISSION PRO HAC VICE OF BETH A. BRYAN** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Beth A. Bryan, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Federal Home Loan Bank of Cincinnati, in the above-captioned action.

I am in good standing of the bar of the state of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. A copy of my Certificate of Good Standing from the Supreme Court of Ohio is attached as well as a proposed order.

Dated: May 28, 2015

                Respectfully submitted,

                By: /s/ Beth A. Bryan
                Beth A. Bryan
                Taft Stettinius & Hollister LLP
                425 Walnut Street, Suite 1800
                Cincinnati, Ohio 45202
                Telephone: 513.381.2838
                Facsimile: 513.381.0205
                bryan@taftlaw.com

                *Attorneys for Defendant Federal Home Loan Bank of Cincinnati*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2015, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties.

                /s/ Beth A. Bryan