**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                    :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                              :    (Jointly Administered)
                              Debtors.                              :
                                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 49210-49211,
                                                                              49613, 49615, 49617, 49619, 49621-
                                                                              49622, 49644-49652, 49684

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                    ) ss.:
COUNTY OF NEW YORK    )

DIANE STREANY, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 22, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                        */s/ Diane Streany*
                                                                                         Diane Streany

Sworn to before me this
28th day of May, 2015

*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 49210-49211, 49613, 49615, 49617, 49619, 49621-49622, 49624, 49644-49652, 49684_AFF_5-22-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



LBH TRFNTC (MERGE2, TXNUM2) 4000125022

To:    BAR(23) MAILID *** 000093429196 ***



DEUTSCHE BANK AG, LONDON
TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL)
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000093429196 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000125022



DEUTSCHE BANK AG, LONDON
TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL)
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: MATT WEINSTEIN
60 WALL STREET, 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 4919 in the above referenced case and in the amount of
$3,014,874.87 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC
TRANSFEROR: DEUTSCHE BANK AG, LONDON
ATTN: RICHARD KATZ
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LEHMAN BROTHERS HOLDINGS INC
WEIL, GOTSHAL & MANGES LLP
ATTN: GARRETT FAIL AND SUNNY SINGH
767 FIFTH AVENUE
NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49651    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/22/2015            Vito Genna, Clerk of Court

/s/ Diane Streany
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 22, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CLIENTIS BS BANK SCHAFFHAUSEN AG | TRANSFEROR: UBS AG, ATTN: MR. FABIAN HELL, SPITALSTRASSE 5, SCHAFFHAUSEN CH-8200 SWITZERLAND |
| CLIENTIS BS BANK SCHAFFHAUSEN AG | TRANSFEROR: UBS AG, ATTN: MR. FABIAN HELL, SPITALSTRASSE 5, SCHAFFHAUSEN CH-8200 SWITZERLAND |
| CREDIT INDUSTRIEL ET COMMERCIAL, | TRANSFEROR: UBS AG, SINGAPORE BRANCH, 12 MARINA BOULEVARD #37-01, MARINA BAY FINANCIAL CENTRE TOWER 3, SINGAPORE 018982 SINGAPORE |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: SVENSKA HANDELSBANKEN AB (PUBL), C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: TORONTO-DOMINION BANK, THE, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLLOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP-LCG, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN:  RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL & SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10110 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10110 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10110 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10110 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10110 |
| MASON CAPITAL MANAGEMENT | TRANSFEROR: MASON CAPITAL, LP, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MASON CAPITAL, LP | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C., ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C., ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C., ATTN: JEFFREY BENESH & GARY S. COHEN, BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C., ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK, ATTN: GARY S. COHEN, BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: MERCK & CO. INC., ATTN: JEFFREY BENESH & GARY S COHEN, BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| OC 19 MASTER FUND LP-LCG | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10110 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 53**