WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :
                     Debtors.                                      :   (Jointly Administered)
------------------------------------------------------------------- x

**NOTICE OF WITHDRAWAL OF THE DEBTORS
ONE HUNDRED THIRTY-SECOND OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its One Hundred Thirty-Second Objection to Claims (Valued Derivative Claims) [ECF No. 16117] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:   May 28, 2015
         New York, New York

                                        /s/ Robert J. Lemons
                                        Robert J. Lemons

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates*

WEIL:\95349195\1\58399.0011

# Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| Olifant Fund, Ltd. | 21714 |
| Olifant Fund, Ltd. | 21715 |
| FYI Fund Ltd. | 21716 |
| FYI Fund Ltd. | 21717 |
| FFI Fund Ltd. | 21718 |
| FFI Fund Ltd. | 21719 |