## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Special Financing Inc., et al.</u>, Debtors.   Case No. 08-13555 <u>(SCC)</u>
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Tavira Securities Limited**
Name of Transferee

**Kaupthing hf**
Name of Transferor

Name and Address where notices to transferee should be sent:

Attn:  Lisa Wheeler/ Alex Paulick
Phone number: +4420 3642 2792
Fax number: +4420 7100 5101
E-mail address:
lisa.wheeler@tavirasecurities.com /
alexander.paulick@tavirasecurities.com

Court Claim # (if known):  20250

Amount of Claim: US$ 1,000,000.00

Date Claim Filed:  21 September 2009

Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_

**Tavira Securities Limited**
**Name of Transferee**

Date:

**6 May 2015**

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 Y.S.C. §§ 152

## EVIDENCE OF TRANSFER OF CLAIM

TO:   In re: Lehman Brothers Special Financing, Inc.;
      and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Kaupthing hf ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Tavira Securities Limited (the "Buyer") pursuant to a Transfer of Claim Agreement dated April 7, 2015 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against In re: Lehman Brothers Special Financing, Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$1,000,000.00 (the "Claim") and docketed as claim number 20250..

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of April, 2015

**SELLER:**

**KAUPTHING HF**

By: _____
Name:
Title:   DAVID STEFANSSON
         EXECUTIVE DIRECTOR
         TREASURY

**BUYER:**

**TAVIRA SECURITIES LIMITED**

By: _____
Name:
Title:   SCOTT GOODFELLOW

         CEO

A-2