UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
)
In re:                                                         )  Chapter 11
                                                               )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       )  Case No. 08-13555 (JMP)
                                                               )
                                                               )
                                                               )
    Debtors                                                    )  (Jointly Administered)
---------------------------------------------------------------x

## TRANSFER OF CLAIMS **FOR SECURITY**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(4),** Fed. R. Bankr. P., of the transfer for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| CVF Lux Securities Trading S.à r.l. | CVF Lux Finco, LLC |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): See attached Schedule 1 |
| | Amount of Claim: See attached Schedule 1 |
| CVF Lux Securities Trading S.à r.l. | Debtors: Lehman Brothers Special Financing Inc. and Lehman Brothers Holding, Inc. as described on attached Schedule 1. |
| c/o Carval Investors LLC | |
| 9320 Excelsior Boulevard | |
| Hopkins, Minnesota 55343 | |
| Attn: Teri Salberg | |
| (952) 984-3416 | |

*With Copies To*:

Credit Suisse
11 Madison Avenue
New York, NY 10010
Attn: William Doyle
(212) 325-3571

Andrews Kurth LLP
450 Lexington Avenue
New York, NY 10017
Attn: David Hoyt
E-mail: dhoyt@andrewskurth.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent

CVF Lux Securities Trading S.à r.l.

By: *[signature]*
Name: Cécile Gadisseur
Title: Manager

Date: May 28, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY**

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF Lux Finco, LLC (the "Finco"), hereby unconditionally and irrevocably grants a first priority security interest to CVF Lux Securities Trading S.à r.l. ("Trading") in all of its right, title, interest, claims and causes of action in and to, or arising under or in consideration with, the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) listed on the attached Schedule 1 (each, a "Claim," and collectively, the "Claims") against the Debtor in the above captioned jointly administered bankruptcy proceedings pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim as listed below held by Finco with the Bankruptcy Court in respect of the claims listed on the attached schedule.

Finco hereby directs the Debtor and the Bankruptcy Court to make all payments or distributions of money or property in respect of the claim to the following account:

Wire Instructions:
Citibank N.A. NY
ABA Code: 021000089
A/C Credit Suisse Securities (USA) LLC, N.Y.
A/C No. 4080 4003
F/F/C 70Y6Y0 CVF Lux Finco, LLC

Finco hereby waives any objection to the transfer of the Claims for security to Trading on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or any other applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY is executed this 26th day of May, 2015.

CVF LUX FINCO, LLC
By: CVF LUX MASTER S.À.R.L.,
Its sole Member/Manager

By: _____
Name:    Cécile Gadisseur
Title     Manager


CVF Lux Securities Trading S.à r.l.

By: _____
Name:    Cécile Gadisseur
Title:    Manager

## SCHEDULE 1

| LBSF Claim No. | LBHI Claim No. | Claim Amount Pledged |
|---|---|---|
| 37431 | 37433 | $202,892,619.50 |
| 28824 | 28823 | $150,000,000.00 |
| 17423 | 17424 | $65,000,000.00 |
| 20149 | 20121 | $35,249,897.92 |
| 28104 | 28105 | $21,217,000.00 |