UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (SCC)
                                                  :    (Jointly Administered)
                      Debtors.                    :
                                                  :
---------------------------------------------------------------x    Ref. Docket Nos. 48933, 49105,
                                                       49185, 49493, 49547, 49577-49579,
                                                       49581, 49582, 49614, 49616, 49618,
                                                       49620, 49626

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 20 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

08-13555-mg    Doc 49748    Filed 05/29/15    Entered 05/29/15 14:27:02    Main Document
Pg 2 of 8

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000169038

To:    BAR(23) MAILID *** 000093425978 ***



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000093425978 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000169038



ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
TRANSFEROR: RIVERROCK SECURITIES LIMITED
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 51162-05 in the above referenced case and in the amount of $210,000.00 allowed at $75,470.64 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   49185   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/20/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 20, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: RIVERROCK SECURITIES LIMITED, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BELA KONSULT AB | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 40 BERTIL LARSSON, KORTHELLISSTIGEN 21, OSTERSUND SE-83132 SWITZERLAND |
| CVI GVF LUX MASTER SARL | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP - LCG, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | MICHIEL GORSIRA, AS BANKRUPTCY TRUSTEE FOR LEHMAN BROTHERS, SECURITIES N.V., C/O VANEPS KUNNERMAN VANDOOME, JULIANAPLEIN 22, PO BOX 504, CURACAO NETHERLANDS ANTILLES |
| LEHMAN BROTHERS SECURITIES N.V. | THOMAS MOERS MAYER., DANIEL M. EGGERMANN, KRAMER LEVIN NAFTALIS & FRANKEL LLP, 1177 AVENUE OF AMERICAS, NEW YORK, NY 10036 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN; OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |

| Claim Name | Address Information |
|---|---|
| MACQUARIE BANK LIMITED | TRANSFEROR: MAGNETAR CAPITAL MASTER FUND, LTD, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | C/O SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER AND ANDREW P. PROPPS, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MAGNETAR CAPITAL MASTER FUND, LTD | TRANSFEROR: BARCLAYS BANK PLC, C/O MAGNETAR FINANCIAL LLC; ATTN: ALLYSON GOLDBERGER, 1603 ORRINGTON AVENUE, 13TH FLOOR, EVANSTON, IL 60201 |
| MAGNETAR CAPITAL MASTER FUND, LTD | DAVID J. KARP, SCHULTE ROTH & ZABEL LLP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| METEOR INVESTMENT MANAGEMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 85 KING WILLIAM STREET, `, LONDON EC4R9AD UNITED KINGDOM |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, TWENTY-NINTH FLOOR, NEW YORK, NY 10018 |
| ROLAND, PHILLIPE | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 15 AVENUE DE L'ORANGERIE, WATERLOO 1410 BELGIUM |
| TANNOR PARTNERS CREDIT FUND LP | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., 150 GRAND STREET, SUITE 401, WHITE PLAINS, NY 10601 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V.                           N, ATTN: LISA WHEELER, 88 WOOD STREET, LONDON EC2V7DA UNITED KINGDOM |
| WINKLER, AGNES | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V., WIBERGSTR. 15, BULACH CH-8180 SWITZERLAND |

**Total Creditor Count 58**