**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                            :
In re                                                       :          **Chapter 11 Case No.**
                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                :          **08-13555 (SCC)**
                                                            :          **(Jointly Administered)**
                           **Debtors.**                     :
                                                            :
-----------------------------------------------------------------------x          **Ref. Docket No. 49304**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 20, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
29th day of May, 2015
*/s/  Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC.
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 911

To:    BAR(23) MAILID *** 000093426007 ***



AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C.
WHITEHALL MANSIONS
TA'XBIEX SEAFRONT
TA'XBIEX XBX 1026
 MALTA

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

### NOTICE OF DEFECTIVE TRANSFER

COBBER FINANCE B.V.
TRANSFEROR: UBS AG
ATTN: MR. JESSE KAPTEIN
KEIZERSGRACHT 268
AMSTERDAM 1016 EV
THE NETHERLANDS

BAR(23) MAILID *** 000093426007 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 911

AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C.
WHITEHALL MANSIONS
TA'XBIEX SEAFRONT
TA'XBIEX XBX 1026
MALTA

**Your transfer of claim # 5359233-36 is defective for the reason(s) checked below:**

Other CANNOT DETERMINE IF TRANSFER IS FOR CLAIM OR ALLOWED AMOUNT

Docket Number   49304                    Date:   04/24/2015

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV P.L.C. | WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| COBBER FINANCE B.V. | TRANSFEROR: UBS AG, ATTN: MR. JESSE KAPTEIN, KEIZERSGRACHT 268, AMSTERDAM 1016 EV THE NETHERLANDS |

**Total Creditor Count 2**