**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         :         **08-13555 (SCC)**
                                                    :        **(Jointly Administered)**
                               **Debtors.**         :
                                                    :
--------------------------------------------------------------------------------x    **Ref. Docket Nos. 49360, 49361**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 27 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
29th day of May, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000169074

To:     BAR(23) MAILID *** 000093857032 ***

CVF II LUX FINCO, LLC
TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L.
C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG
9320 EXCELSIOR BLVD., 7TH FLOOR
HOPKINS, MN 55343

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 Case No.<br><br>08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.   While   **transferee**   refers to the party who is purchasing or otewise being assigned the claim.

To:      BAR(23) MAILID *** 000093857032 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000169074



CVF II LUX FINCO, LLC
TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L.
C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG
9320 EXCELSIOR BLVD., 7TH FLOOR
HOPKINS, MN 55343

Please note that your claim # 28824-06 in the above referenced case and in the amount of
$11,740,915.14 allowed at $9,363,000.00 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| CVI CVF II LUX SECURITIES TRADING S.A.R.L.<br>TRANSFEROR: CVF II LUX FINCO, LLC<br>C/O CARVAL INVESTORS LLC<br>ATTN: TERI SALBERG<br>9320 EXCELSIOR BOULEVARD<br>HOPKINS, MN 55343 | CVI CVF II LUX SECURITIES TRADING S.A.R.L.<br>CREDIT SUISSE<br>ATTN: WILLIAM DOYLE<br>11 MADISON AVENUE<br>NEW YORK, NY 10010 |

No action is required if you do not object to the transfer of your claim.   However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      49360            in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/27/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 27, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF II LUX FINCO, LLC | TRANSFEROR: CVI CVF II LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC-ATTN: T SALBERG, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| S.A.R.L. | SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C\O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF II LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | CREDIT SUISSE, ATTN: WILLIAM DOYLE, 11 MADISON AVENUE, NEW YORK, NY 10010 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH, LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVI CVF II LUX SECURITIES TRADING | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| S.A.R.L. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |

**Total Creditor Count 80**