WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                                    Debtors.                       :    (Jointly Administered)
------------------------------------------------------------------ x

# TWENTY-FIFTH NOTICE OF ESTABLISHMENT OF COMBINED OMNIBUS AND CLAIMS HEARING DATES PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates in the above-captioned cases:

June 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)

June 17, 2015 at 10:00 a.m. (Prevailing Eastern Time)

July 22, 2015 at 10:00 a.m. (Prevailing Eastern Time)

**August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

**September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

**September 17, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL:\95349235\1\58399.0011

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom 623, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: May 29, 2015
       New York, New York

                                  /s/ Robert J. Lemons
                                Robert J. Lemons

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                *Attorneys for Lehman Brothers Holdings Inc.*
                                *and Certain of Its Affiliates*