WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Christopher J. Hopkins

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                              :
                        **Debtors.**                              :    (Jointly Administered)
------------------------------------------------------------------x

### DECLARATION OF CHRISTOPHER J. HOPKINS IN SUPPORT OF THE PLAN ADMINISTRATOR'S FIVE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY FOR STONEHILL FRAUD CLAIMS)

I, Christopher J. Hopkins, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a member of the firm Weil, Gotshal & Manges LLP, which maintains an office for the practice of law at 767 Fifth Avenue, New York, New York 10153. I am an attorney at law, duly admitted and in good standing to practice in the State of New York.

2. I submit this Declaration in support of the Plan Administrator's Five Hundredth Omnibus Objection to Claims (No Liability for Stonehill Fraud Claims).

3. Attached as Exhibit A hereto is a true and correct copy of the historical stock price information for Lehman Brothers Holdings Inc. (Symbol LEHMQ) for the period beginning on August 22, 2008 to and including September 15, 2008 as reported by Bloomberg L.P.

1

4. I hereby declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: May 29, 2015
      New York, New York

    /s/ Christopher J. Hopkins

Christopher J. Hopkins

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

**Exhibit A**

WEIL:\95347287\3\58399.0011

| LEHMQ US Equity | 95) Save As... | 96) Actions | 97) Edit | 98) Chart | | Line Chart |
|---|---|---|---|---|---|---|
| 08/22/2008 - 09/15/2008 Last Price | Line | | 11) Compare Mov. Avgs | | Volume | USD |
| 1D  3D  1M  6M  YTD  1Y  5Y  Max  Daily ▼ | | | | « Security/Study | Event | ⊚ |

|   | Date | Last Price | Volume | SMAVG (15) |
|---|---|---|---|---|
| M | 09/15/2008 | 0.210 | 467.809M | 158.517M |
| F | 09/12/2008 | 3.650 | 307.134M | 134.868M |
| T | 09/11/2008 | 4.220 | 473.167M | 119.230M |
| W | 09/10/2008 | 7.250 | 256.538M | 91.721M |
| T | 09/09/2008 | 7.790 | 383.518M | 78.674M |
| M | 09/08/2008 | 14.150 | 111.407M | 55.163M |
| F | 09/05/2008 | 16.200 | 43.327M | 49.798M |
| T | 09/04/2008 | 15.170 | 40.231M | 48.785M |
| W | 09/03/2008 | 16.940 | 40.642M | 48.994M |
| T | 09/02/2008 | 16.130 | 51.678M | 48.328M |
| F | 08/29/2008 | 16.090 | 31.115M | 46.556M |
| T | 08/28/2008 | 15.870 | 36.633M | 46.061M |
| W | 08/27/2008 | 14.780 | 42.322M | 45.774M |
| T | 08/26/2008 | 14.030 | 32.104M | 44.780M |
| M | 08/25/2008 | 13.450 | 60.135M | 45.060M |
| F | 08/22/2008 | 14.410 | 113.074M | 42.570M |

Australia 61 2 9777 8600  Brazil 5511 2395 9000  Europe 44 20 7330 7500  Germany 49 69 9204 1210  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000       Copyright 2015 Bloomberg Finance L.P.
SN 243604 EDT  GMT-4:00 H190-3806-0 29-May-2015 11:45:11