WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING**
**WITH RESPECT TO OBJECTION TO PROOF OF CLAIM NO. 24663**

   **PLEASE TAKE NOTICE** that the hearing on the Objection to Claim No. 24663
[ECF No. 46335], which was scheduled for June 9, 2015 at 10:00 a.m. (Prevailing Eastern
Time), **has been adjourned to August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the
"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the
Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom
House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further
adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: June 1, 2015
   New York, New York

         */s/ Garret A. Fail*
         Garrett A. Fail

         WEIL, GOTSHAL & MANGES LLP
         767 Fifth Avenue
         New York, New York 10153
         Telephone: (212) 310-8000
         Facsimile: (212) 310-8007

         *Attorneys for Lehman Brothers Holdings Inc.*
         *and Certain of Its Affiliates*