UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

------------------------------------------------------x

## ORDER GRANTING FEDERAL HOME LOAN BANK OF NEW YORK AUTHORITY TO AMEND ITS PROOFS OF CLAIM TO REDUCE THE AMOUNTS ASSERTED AGAINST THE DEBTORS

Upon the motion, dated June 1, 2015 (the "Motion"), of Federal Home Loan Bank of New York ("FHLBNY"), for an order authorizing FHLBNY to amend its claims filed against Lehman Brothers Holding, Inc. ("LBHI"), and its subsidiary Lehman Brothers Special Financing ("LBSF") (collectively, the "Debtors"); and it appearing that good and sufficient notice of the Motion has been given; and due consideration having been given to any responses thereto; and a hearing having been held on the Motion; and for good and sufficient cause; it is hereby

**ORDERED,** that FHLBNY is authorized to further amend its previously filed claims number 42290 against LBHI and 42291 against LBSF by filing claim amendments (the "Second Amended Claims") in accordance with the rules set forth for the Debtors' cases; and it is further

**ORDERED,** that the Plan Administrator, LBHI and LBSF's rights to contest, challenge, defend or object to the Second Amended Claims on any and all grounds are expressly reserved.

Dated: _____, 2015

                                                     HONORABLE SHELLEY C. CHAPMAN
                                                     UNITED STATES BANKRUPTCY JUDGE