| | |
|---|---|
| FOX ROTHSCHILD LLP<br>Mitchell Berns<br>Kathleen Aiello<br>Oksana Wright<br>100 Park Avenue, 15th Floor<br>New York, New York 10017<br>(212) 878-7900 | Hearing Date: August 4, 2015<br>Hearing Time: 10:00 a.m.<br><br>Objection Date: July 28, 2015<br>Time: 5:00 p.m. |

*Counsel to Federal Home Loan Bank of New York*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                  :        Chapter 11
                                                                           :
LEHMAN BROTHERS HOLDINGS,            :        Case No. 08-13555 (SCC)
INC., *et al*.,                                                  :
                                                                           :        (Jointly Administered)
                              Debtors.                    :
---------------------------------------------------------x

**NOTICE OF MOTION OF FEDERAL HOME LOAN BANK OF NEW YORK SEEKING AUTHORITY TO AMEND ITS PROOFS OF CLAIM TO REDUCE THE AMOUNTS ASSERTED AGAINST THE DEBTORS**

TO COUNSEL TO THE DEBTORS AND THE OFFICE OF THE UNITED STATES TRUSTEE:

*PLEASE TAKE NOTICE* that Federal Home Loan Bank of New York ("FHLBNY"), by and through its undersigned counsel, filed a motion (the "Motion"), dated June 1, 2015, for an order authorizing FHLBNY to amend its claims filed against Lehman Brothers Holding, Inc. ("LBHI"), and its subsidiary Lehman Brothers Special Financing ("LBSF") (collectively, the "Debtors"), a hearing on the Motion will be held on the **4th day of August, 2015, at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in her courtroom, United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004, to consider the relief sought in the Motion.

*PLEASE TAKE FURTHER NOTICE* that the Motion has been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Motion may be obtained by telephonic or e-mail request to the undersigned counsel for FHLBNY, Attn: Oksana Wright, (Tel: (212) 878-7930; e-mail owright@foxrothschild.com).

***PLEASE TAKE FURTHER NOTICE*** that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, e-mailed, preferably in Portable Document Format (PDF), Microsoft Word, WordPerfect, or any other Windows-based word processing format, or mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and served in accordance with General Order M-399 or other form upon: (i) Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017, Attn: Mitchell Berns, Esq.; (ii) Weil Gotshal & Manges, Attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153, Attn: Ralph I. Miller, Esq. and Jacqueline Marcus, Esq.; and (iii) The Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, so as to be actually received no later than seven business days prior to the Hearing Date.

Dated:   New York, New York           FOX ROTHSCHILD LLP
         June 1, 2015


                                       */s/ Mitchell Berns*
                                       Mitchell Berns
                                       Kathleen M. Aiello
                                       Oksana Wright
                                       100 Park Avenue, 15th Floor
                                       New York, New York 10017
                                       (212) 878-7900

                                       *Counsel to Federal Home Loan Bank of New York*