WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------- x

## AMENDED TWENTY-FIFTH NOTICE OF ESTABLISHMENT OF COMBINED OMNIBUS AND CLAIMS HEARING DATES PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates in the above-captioned cases:

June 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)

**June 18, 2015 at 2:00 p.m. (Prevailing Eastern Time)** [1]

July 22, 2015 at 10:00 a.m. (Prevailing Eastern Time)

August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)

September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)

---

[1] This hearing was previously scheduled for June 17, 2015 at 10:00 a.m. (Prevailing Eastern Time).

September 17, 2015 at 10:00 a.m. (Prevailing Eastern Time)

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the

Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all

matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held in Courtroom

623, United States Bankruptcy Court, Alexander Custom House, One Bowling Green, New

York, New York 10004 unless otherwise ordered by the Bankruptcy Court.

Dated: June 1, 2015
New York, New York

 /s/ Robert J. Lemons
Robert J. Lemons

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*