WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S
FOUR HUNDRED NINETY-NINTH OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, hereby withdraws its Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 49382] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:   June 2, 2015
         New York, New York

                                        /s/ Garret A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates*

WEIL:\95353590\1\58399.0011

## Exhibit A

Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| Elliott Associates, L.P. | 13938 |

WEIL:\95353590\1\58399.0011