# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.       Case No. 08-13555 (SCC)
                                                            (Jointly Administered)

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| Stonehill Institutional Partners, L.P. | Goldman Sachs Lending Partners LLC |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:       Court Claim # (if known): 32697

Stonehill Institutional Partners, L.P.                              Amount of Claim: $2,000,000.00, plus all
c/o Stonehill Capital Management, LLC                               interest, fees and other recoveries due.
885 Third Avenue, 30th Floor
New York, New York 10022                                            Date Claim Filed: September 22, 2009
Attention: Steven D. Nelson
Telephone: 212-739-7470
Fax: 212-838-2291
Email: snelson@stonehillcap.com/
ops@stonehillcap.com

871456v.1 3091/00599

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:  Stonehill Capital Management, LLC,
     Its Investment Adviser

By: _____          Date: __3/6/15__
Name:  Michael Stern
Title:       AN AUTHORIZED SIGNATORY OF
         STONEHILL CAPITAL MANAGEMENT LLC,
                 ITS ADVISER

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
        Transferor/Transferor's Agent

16

871456v.1 3091/00599

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: Stonehill Capital Management, LLC,
    Its Investment Adviser

By: _____     Date: _____
   Name:
   Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
    Transferor/Transferor's Agent

16

871456v.1 3091/00599