UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                 :

In re                            :           **Chapter 11 Case No.**
                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (SCC)**
                                 :    **(Jointly Administered)**
                    **Debtors.**         :
                                 :

-------------------------------------------------------------------------------x  **Ref. Docket No. 49677**


## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 28 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       */s/ Lauren Rodriguez*
                                       Lauren Rodriguez

Sworn to before me this
2nd day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000169619

To:     BAR(23) MAILID *** 000093858553 ***



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC
ATTN: CHRISTOPHER CESTARO/MC: NY1-M138
383 MADISON AVENUE, FL 43
NEW YORK, NY 10179

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is
purchasing or othewise being assigned the claim.

To:


RECOVERY PARTNERS HOLDINGS I, LLC
TRANSFEROR: LEHMAN RE LTD.
C/O CCP CRDIT ACQUISITION HOLDINGS, L.L.C.
ATTN: SHANSHAN CAO
375 PARK AVENUE, 12TH FLOOR
NEW YORK, NY 10152-0002


Please note that your claim # 28308-05 in the above referenced case and in the amount of

$13,311,306.33 has been transferred (unless previously expunged by court order)


BAR(23) MAILID *** 000093858553 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000169619



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC
ATTN: CHRISTOPHER CESTARO/MC: NY1-M138
383 MADISON AVENUE, FL 43
NEW YORK, NY 10179


No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          49677                    in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  05/28/2015                              Vito Genna, Clerk of Court


                                               /s/ Lauren Rodriguez
                                               _____
                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 28, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, ATTN: CHRISTOPHER CESTARO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, ATTN: CHRISTOPHER CESTARO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: RECOVERY PARTNERS HOLDINGS I, LLC, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 43, NEW YORK, NY 10179 |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CRDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |
| RECOVERY PARTNERS HOLDINGS I, LLC | TRANSFEROR: LEHMAN RE LTD., C/O CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: SHANSHAN CAO, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152-0002 |

**Total Creditor Count 6**