UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                                                    :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                   :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                                                         :
:
---------------------------------------------------------------x    Ref. Docket Nos. 49653-49662,
49722-49727

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 29, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of June, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000125236

To:   BAR(23) MAILID *** 000093859602 ***

DEUTSCHE BANK AG, LONDON
TRANSFEROR: CAJA DE AHORROS DE SALAMANCA Y SORIA
ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC
60 WALL ST., 3RD FLOOR
NEW YORK, NY 10005

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 Case No.<br><br>08-13555 (SCC) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000093859602 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000125236



DEUTSCHE BANK AG, LONDON
TRANSFEROR: CAJA DE AHORROS DE SALAMANCA Y SORIA
ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC
60 WALL ST., 3RD FLOOR
NEW YORK, NY 10005

Please note that your claim # 28155 in the above referenced case and in the amount of $4,546,892.67 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC.<br>TRANSFEROR: DEUTSCHE BANK AG, LONDON<br>ATTN: RICHARD KATZ<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | LEHMAN BROTHERS HOLDINGS INC.<br>ATTN: GARRETT FAIL AND SUNNY SINGH<br>WEIL, GOTSHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49653    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/29/2015              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 29, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANQUE PICTET & CIE SA | TRANSFEROR: BANCA ESPERIA S.P.A., ATTN:LEGAL DEPARTMENT, ROUTE DES ACACIAS 60, GENEVA 73, GENEVA 1211 SWITZERLAND |
| CASSA RISPARMIO DI CENTO | TRANSFEROR: BANQUE PICTET & CIE SA, MARCO BIONDI, VIA MATTEOTTI 8/B, CENTO (FE) 44042 ITALY |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: CAJA DE AHORROS DE SALAMANCA Y SORIA, ATTN: MATT WEINSTEIN; C/O DEUTSCHE BANK SECURITIES INC, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PMT CREDIT OPPORTUNITIES FUND LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: ORE HILL HUB FUND LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ZURCHER KANTONALBANK, ATTN: MICHAEL SUTTON/ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK SECURITIES, INC. | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, C/O GOLDMAN, SACHS & CO., ATTN: MOCHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP-LCG, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK SECURITIES, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | ATTN: GARRETT FAIL AND SUNNY SINGH, WEIL, GOTSHAL & MANGES LLP, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| OC 19 MASTER FUND LP-LCG | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |

**Total Creditor Count 42**