UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                   :
                                                        :      Chapter 11 Case
LEHMAN BROTHERS HOLDINGS,                               :
INC. et al.,                                            :      Case No. 08-13555 (SCC)
                                                        :
              Debtors.                                  :      (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         )  ss:
COUNTY OF NEW YORK       )

PENINE HART being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of New York County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2. On **June 1, 2015**, I served true and correct copies of the following documents: (i) *Notice of Motion of Federal Home Loan Bank of New York Seeking Authority to Amend Its Proofs of Claim to Reduce the Amounts Asserted Against the Debtors* [ECF No. 49793] and (ii) *Motion of Federal Home Loan Bank of New York Seeking Authority to Amend Its Proofs of Claim to Reduce the Amounts Asserted Against the Debtors* [ECF No. 49792] upon the parties listed below at the addresses designated for that purpose by depositing true copies of the same enclosed in a first class, post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York:

ACTIVE 30323770v1 06/02/2015

Ralph I. Miller
Weil Gotshal & Manges
Attorneys for the Debtors
767 Fifth Avenue
New York, NY  10153

Jacqueline Marcus
Weil Gotshal & Manges
Attorneys for the Debtors
767 Fifth Avenue
New York, NY  10153

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY  10014

*s/ Penine Hart*
Penine Hart

Sworn to before me this
2nd day of June, 2015

*s/ Jeannette Litos*
Jeannette Litos
Notary Public, State of New York
No. 02L16305287
Qualified in Richmond County
My Commission Expires June 9, 2018

2