WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------ x

## NOTICE OF STATE OF THE ESTATE PRESENTATION

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* [ECF No. 22737] for the entities in the above-referenced chapter 11 cases, will make a "State of the Estate" presentation (the "Presentation") on **June 9, 2015 at 11:00 a.m.** The Presentation will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623.

Dated:   June 4, 2015
         New York, New York

                                          /s/ Jacqueline Marcus
                                          Jacqueline Marcus

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          *Attorneys for Lehman Brothers Holdings Inc.*
                                          *and Certain of Its Affiliates*

WEIL:\43491506\2\58399.0008