DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
Shmuel Vasser
Janet Bollinger Doherty
*Attorneys for Russell Investments*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC, *et al.* | (Jointly Administered) |
| Debtors. | |

**NOTICE OF WITHDRAWAL OF THE
LIMITED OBJECTION OF RUSSELL INVESTMENTS TO MOTION OF
LEHMAN BROTHERS HOLDINGS INC. FOR EXTENSION OF THE
PERIOD TO FILE OBJECTIONS TO AND REQUESTS TO ESTIMATE CLAIMS**

TO THE HONORABLE SHELLEY C. CHAPMAN,
UNITED STATES BANKRUPTCY JUDGE:

Russell Investments, by its undersigned counsel, hereby withdraws its Limited Objection to the Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims [Dkt. No. 49903] filed on June 3, 2015.

21136580

Dated: New York, New York
June 4, 2015

Respectfully Submitted,

DECHERT LLP

By: */s/ Shmuel Vasser*
    Shmuel Vasser
    Janet Bollinger Doherty

1095 Avenue of the Americas
New York, NY  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599
shmuel.vasser@dechert.com
janet.doherty@dechert.com

*Attorneys for Russell Investments*

*Signature page to Russell's Notice of Withdrawal of Dkt. No. 49903*