UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :         **08-13555 (SCC)**
                                                    :        **(Jointly Administered)**
                            **Debtors.**            :
                                                    :
----------------------------------------------------------------------------x    **Ref. Docket No. 49019, 49596,**
                                                             **49623, 49625, 49627-49635, 49690,**
                                                             **49743, 49744, 49747, 49751-49756,**
                                                             **49758-49763, 49766**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 3, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                    */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
4th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000140742

To:     BAR(23) MAILID *** 000093874126 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BANCO SANTANDER, S.A.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000093874126 ***              LBH TRFNTC (MERGE2, TXNUM2) 4000140742



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BANCO SANTANDER, S.A.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 22238 in the above referenced case and in the amount of
$604,273.66 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: RICHARD KATZ
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

LEHMAN BROTHERS HOLDINGS INC.
WEIL, GOTSHAL & MANGES LLP
ATTN: GARRETT FAIL AND SUNNY SINGH
767 FIFTH AVENUE
NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        49633                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  06/03/2015                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 3, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKTIENGESELLSCHAFT, VERMALIA FINANZ | SCHAANERSTRASSE 13, VADUZ LI-9490 LIECHTENSTEIN |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STATE STREET BANK AND TRUST COMPANY,, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: ANTE JAKIC/GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, SA, ATTN: GARY S. COHEN, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., ATTN: GARY S. COHEN, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., ATTN: GARY S. COHEN, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., ATTN: GARY S. COHEN, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, SA, ATTN: GARY S. COHEN, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, SA, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: UBS AG, ATTN: ANNE PARIS, PLACE CHAUDERON 8, LAUSANNE 1003 SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: DAVID AESCHLIMANN, 60 ROUTE DES ACACIAS, GENEVA 73 1211 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| KAUPTHING HF. | ATTN: THORUNN HELGA THORDARDOTTIR, LEGAL COUNSEL, BORGARTUN 19, REYKJAVIK ICELAND |
| KAUPTHING HF. | NIXON PEABODY LLP, ATTN: RICHARD C. PEDONE, ESQ, 100 SUMMER STREET, BOSTON, MA 02110 |
| KAUPTHING HF. | ATTN: THORUNN HELGA THORDARDOTTIR, BORGARTUN 19, REYKJAVIK ICELAND |
| KAUPTHING HF. | NIXON PEABODY LLP, ATTN: RICHARD C. PEDONE, ESQ., 100 SUMMER STREET, BOSTON, MA 02110 |
| KAUPTHING HF. | NIXON PEABODY LLP, ATTN: CHRISTOPHER M. DESIDERIO, 437 MADISON AVENUE, NEW YORK, NY 10022 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| UBS AG | TRANSFEROR: AKTIENGESELLSCHAFT, VERMALIA FINANZ, ATTN: MR. HUGO KOLLER, 45 BAHNHOFSTRASSE, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE FUND IX LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND VIII LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 90**