WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | **08-13555 (SCC)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

-------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED NINETY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

        **PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-

Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was

scheduled for June 9, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **June 18, 2015** at

**2:00 p.m. (Eastern Time)** with respect to the claims listed on Exhibit A annexed hereto.

Dated: June 4, 2015
        New York, New York

                                /s/ Garrett A. Fail
                                Garrett A. Fail

                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone: (212) 310-8000
                                Facsimile: (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliates

WEIL:\95323512\1\58399.0011

## EXHIBIT A

| Claimant | Claim No. | Response |
|---|---|---|
| Dongbu Securities Co., Ltd. | 14184 | ECF No. 49298 |
| Hana Bank as Trustee and My Asset Investment Management Co., Ltd. | 27288 | ECF No. 49425 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | ECF No. 49427 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | ECF No. 49426 |
| Kyobo Securities Co., Ltd. | 25776 | ECF No. 49298 |
| Mirae Asset Securities Co., Ltd. | 10870 | n/a |
| Standard Chartered First Bank as Trustee | 27287 | n/a |
| Woori 2 Star Derivatives Fund KH-3 | 8699 | n/a |
| Woori 2 Star Derivatives Fund KW-8 | 8700 | n/a |