**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Ilana Volkov, Esq.

-and-

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)
Michael D. Warner, Esq.

*Attorneys for Creditor Highland CDO Opportunity Master Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | : Chapter 11 |
|---|---|
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF TEXAS      )
                    ) ss.:
COUTNY OF TARRANT   )

Kerri LaBrada, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by

Cole Schotz P.C., located at 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102.

76332/0044-11907135v1

2. On the 5th day of June, 2015, I caused to be served copies of the *Opposition of Highland CDO Opportunity Master Fund, L.P. to Motion of Lehman Brothers Holdings Inc. for Further Extension of the period to File Objections to and Requests to Estimate Claims* [Docket No. 49916], upon all parties that are registered to receive electronic service through this court's ECF notice system in the above cases and by hand delivery to the parties listed on **Exhibit A**.

Kerri LaBrada

Sworn to before me this
5th day of June, 2015

Notary Public:
Commission Expires:



CHRISTY NEWMAN
My Commission Expires
October 10, 2018

2

76332/0044-11907135v1

# EXHIBIT A

Honorable Shelley C. Chapman
One Bowling Green, Courtroom 621
New York, NY 10004

Att: Garrett A. Fail, Esq.
Att: Alexander Woolverton, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for Region 2
Att: William K. Harrington, Esq.
Att: Susan Golden, Esq.
Att: Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY 10014

76332/0044-11907135v1