WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (SCC) |
| Debtors. | **(Jointly Administered)** |
| In re | Case No. |
| **LEHMAN BROTHERS INC.,** | **08-01420 (SCC) (SIPA)** |
| Debtor. |  |

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE EIGHTY-SIXTH OMNIBUS
AND CLAIMS HEARING ON JUNE 9, 2015 AT 11:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.   STATUS CONFERENCE:**

1. State of the Estate

**II.   ADJOURNED MATTERS:**

**A.   Lehman Brothers Holdings Inc. Chapter 11 Cases**

2. Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

    Response Deadline:   February 18, 2014 at 4:00 p.m.

    Response Received:

    A. Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

    Related Documents:   None.

    Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

3. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

    Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

4. Motion of the Cantor/BGC Parties' Motion for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Four Hundred Sixty-Seventh Omnibus Claim Objections [**ECF No. 46631**]

    Response Deadline:   April 28, 2015 at 4:00 p.m.

    Responses Received:  None.

2

Related Document:

    A.    Notice of Adjournment of Hearing [**ECF No. 49326**]

Status: This matter has been adjourned to August 4, 2015 at 10:00 a.m.

5. Claims Objection Hearing with Respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

Status: This matter has been adjourned to August 4, 2015 at 10:00 a.m.

6. The Plan Administrators Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 48956**]

Response Deadline: April 23, 2015 at 4:00 p.m.

Responses Received:

    A.    Response of Dongbu Securities Co., Ltd., *et al*. [**ECF No. 49298**]

    B.    Standard Chartered First Bank (Claim No. 27287)

    C.    Woori 2 Star Derivatives Fund KH-3 (Claim No. 8699)

    D.    Woori 2 Star Derivatives Fund KW-8 (Claim No. 8700)

    E.    Mirae Asset Securities Co., Ltd. (Claim No. 10870)

Related Documents: None.

Status: This matter has been adjourned to June 18, 2015 at 2:00 p.m.

7. Plan Administrator's Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 49382**]

Response Deadline: June 1, 2015 at 4:00 p.m.

Response Received: None.

Related Documents: None.

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m. solely with respect to claim 67738.

B.   **Adversary Proceedings**

8.   Lehman Brothers Holdings Inc, *et al*. v. Intel Corp. [**Adversary Proceeding No. 13-01340**]

     **Oral Arguments on Motions for Summary Judgment**

     Status:  This matter has been adjourned to July 28, 2015 at 10:00 a.m.

9.   Moore Macro Fund, LP, *et al*. v. Lehman Brothers Holdings Inc., *et al*. [**Adversary Proceeding No. 14-02021**]

     **Motion of Moore Macro Fund, LP, et al. to Compel Discovery**

     Status:  This matter was removed from the calendar at the direction of the Court.

10.  Lehman Brothers Holdings Inc, *et al*. v. Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital [**Adversary Proceeding No. 14-02390**]

     **Pre-Trial Conference**

     Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

C.   **Lehman Brothers Inc. Proceeding**

11.  Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

     Response Deadline:   April 4, 2014 at 4:00 p.m., extended for certain parties without date.

     Responses Received:  None.

     Related Documents:

     A.   Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

     B.   Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

4

      C.      Notice of Resolution [**LBI ECF No. 9773**]

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

12. Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

    Response Deadline:    April 11, 2014 at 4:00 p.m., extended for a certain party to June 30, 2015 at 4:00 p.m.

    Response Received:    None.

    Related Documents:

      A.      Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

      B.      Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

      C.      Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m., solely as to a certain claim.

13. Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

    Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties without date.

5

Response Received:

  A. Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

Related Documents:

  B. Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

  C. Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375, 11972**]

  D. So Ordered Stipulation [**LBI ECF No. 10670**]

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

14. Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff [**LBI ECF No. 9482**]

  Response Deadline: August 15, 2014 at 4:00 p.m., extended for certain parties without date.

  Response Received: None.

  Related Documents:

    A. Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to certain claims [**LBI ECF No. 9845**]

    B. Notices of Resolution [**LBI ECF Nos. 10015, 11167**]

    C. Supplemental Order Granting the Trustee's Two Hundred Fifty-Second Omnibus Objection Seeking to Allow in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims Certain Filed Proofs of Claim After Application of Setoff solely as to a certain claim [**LBI ECF No. 10089**]

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

6

15. Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 9530**]

   Response Deadline:   August 22, 2014 at 4:00 p.m., extended for certain parties to September 29, 2014 at 4:00 p.m.

   Responses Received:

   A.   Response of Richard N. Wayne [**LBI ECF No. 9970**]

   B.   Response of Nicholas W. Lazares [**LBI ECF No. 9971**]

   Related Documents:

   C.   Order Granting the Trustee's Two Hundred Fifty-Sixth Omnibus Objection to General Creditor Claims (Employee Claims) solely as to certain claims [**LBI ECF No. 9848**]

   D.   Notice of Resolution [**LBI ECF No. 11168**]

   E.   Trustee's Omnibus Reply [**LBI ECF No. 11851**]

   Status: This matter has been adjourned to June 29, 2015 at 2:00 p.m.

16. Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

   Response Deadline:   September 5, 2014 at 4:00 p.m.

   Responses Received:

   A.   Response of Bank of Montreal to the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) with respect to Claim Number 5125  [**LBI ECF No. 9704**]

   B.   Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

   Related Document:

   C.   Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

17. Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:   September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

    A. Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    B. Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C. Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134**]

Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

18. Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10097**]

Response Deadline:   October 28, 2014 at 4:00 p.m., extended for certain parties to December 15, 2014 at 4:00 p.m.

Response Received:

    A. Responses of Madelyn Antoncic [**LBI ECF Nos. 10855, 10856**]

Related Documents:

    B. Notices of Status Conference [**LBI ECF Nos. 10312, 10402**]

    C. Order Granting the Trustee's Two Hundred Sixty-Seventh Omnibus Objection to General Creditor Claims (Employee Claims) [**LBI ECF No. 10394**]

    D. Notice of Resolution [**LBI ECF No. 10589**]

        E.      Trustee's Reply to the Responses of Madelyn Antoncic **[LBI ECF No. 12181]**

Status: This matter has been adjourned to June 29, 2015 at 2:00 p.m.

19. Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 10222**]

Response Deadline:   December 3, 2014 at 4:00 p.m., extended to July 28, 2015 at 4:00 p.m.

Responses Received:   None.

Related Documents:   None.

Status: This matter has been adjourned to August 4, 2015 at 10:00 a.m.

20. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:   January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:   None.

Related Documents:

        A.      Notices of Resolution **[LBI ECF Nos. 11338, 11376, 11819, 11852, 12139]**

        B.      Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF No. 11371]**

        C.      Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) **[LBI ECF Nos. 11451, 11481, 11991]**

Status: This matter has been adjourned to July 22, 2015 at 10:00 a.m., as to certain claims.

21. Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

Response Deadline:   January 20, 2015 at 4:00 p.m.; extended to July 1, 2015 at 4:00 p.m.

9

        Responses Received:  None.

        Related Documents:   None.

        Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

22. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568)  [**LBI ECF No. 10782**]

        Response Deadline:  January 20, 2015 at 4:00 p.m.; extended to July 1, 2015 at 4:00 p.m.

        Responses Received:  None.

        Related Documents:   None.

        Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

23. Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

        Response Deadline:  January 20, 2015 at 4:00 p.m., extended to July 9, 2015.

        Responses Received:  None.

        Related Documents:   None.

        Status:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

24. Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims). [**LBI ECF No. 10776**]

        Response Deadline:  January 20, 2015 at 4:00 p.m.; extended for certain parties without date.

        Responses Received:  None.

<u>Related Document</u>:

A. Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  **[LBI ECF No. 11370]**

<u>Status</u>:  This matter has been adjourned to July 22, 2015 at 10:00 a.m.

Dated: June 8, 2015
New York, New York

/s/ Jaqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: June 8, 2015
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.