AMERICAN MORTGAGE LAW GROUP, PC
Attorneys at Law
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035

Attorneys for FIRST
MORTGAGE
CORPORATION,
REPUBLIC STATE
MORTGAGE COMPANY,
DIRECTORS MORTGAGE
INC., OAKTREE FUNDING
CORPORATION,
GATEWAY BANK, APEX
HOME LOANS, INC., and
AMERICAN BANK

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| In Re: | |
|---|---|
| LEHMAN BROTHERS HOLDING, INC., | Chapter 11 |
| | Bankruptcy Case No. 08-13555 (SCC) |
| Debtors, | |

**NOTICE OF APPEARANCE AND REQUEST FOR RECEIPT OF
NOTICES AND ALL OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK hereby gives notice of the appearance of the undersigned as counsel on their behalf. American Mortgage

Law Group, PC ("AMLG") hereby enters its appearance in the above-captioned matter pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of AMLG.

**PLEASE TAKE NOTICE** that the undersigned counsel, pursuant to section 1109(b) of the Bankruptcy Code, Bankruptcy Rules 2002, 9007 and 9010(b), and Rule 2002-2(c) of the Local Bankruptcy Rules for the Southern District of New York, request that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the undersigned at the following office address with a copy to the following email addresses:

James W. Brody, Esq.
Tracy L. Henderson, Esq.
AMERICAN MORTGAGE LAW GROUP, PC
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
E-mail: jbrody@americanmlg.com;
      thenderson@americanmlg.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request applies to and includes not only the notices and papers referenced in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether transmitted or conveyed by mail, courier

2

service, hand-delivery, telephone, facsimile transmission, electronic mail, telex or otherwise, with regard to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request of Receipt of Notices and All Other Documents* does not constitute a waiver of any of AMLG's rights (1) to challenge the jurisdiction of the Court to adjudicate any matter, including without limitation any non-core matter; (2) to have final orders in non-core matters entered only after de novo review by the District Court; (3) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, setoffs, or recoupments to which AMLG is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: June 5, 2015
      Novato, California

AMERICAN MORTGAGE LAW GROUP, PC

By: /S/ James W. Brody, Esq.
James W. Brody, Esq.
Tracy L. Henderson, Esq.
AMERICAN MORTGAGE LAW GROUP, PC
75 Rowland Way, Suite 350
Novato, California 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035
E-mail: jbrody@americanmlg.com;
      thenderson@americanmlg.com

*Attorneys for FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK*