WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| Debtors. : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF FOUR HUNDRED
NINETY-NINTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY WITH RESPECT TO CLAIM NO. 67738**

**PLEASE TAKE NOTICE** that the hearing on the Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 49382], which was scheduled for June 9, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to July 22, 2015, at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), solely with respect to the claim listed on Exhibit A attached hereto. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   June 8, 2015
         New York, New York

                                   /s/ Garrett A. Fail
                                   Garrett A. Fail

                                   WEIL, GOTSHAL & MANGES LLP
                                   767 Fifth Avenue
                                   New York, New York 10153
                                   Telephone: (212) 310-8000
                                   Facsimile: (212) 310-8007

                                   *Attorneys for Lehman Brothers Holdings Inc.
                                   and Certain of Its Affiliates*

WEIL:\95353339\1\58399.0011

## **Exhibit A**

Claim to be Adjourned

| **Claimant** | **Claim Number** |
|---|---|
| Ontario Teachers' Pension Plan Board | 67738 |