B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re Lehman Brothers Holdings Inc.         Case No. 08-13555 (SCC)
                                            (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Drusilla LLC** | **Tavira Securities Limited** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 20249<br>Claim Amount: $300,000.00<br>Amount Transferred: $300,000.00<br>Date Claim Filed: September 21, 2009<br>Debtor against claim filed: Lehman Brothers Holdings Inc. |

Drusilla LLC
c/o Livia Capital Partners
65 E. 55th Street, 23rd Floor
New York, NY 10022
USA
Tel: +1 212 756 2796
Email: dkamensky@LiviaCap.com

With a copy to:
Michael Greenblatt
Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Michael.Greenblatt@kayescholer.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___    Date: 6/3/15
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

62829842_1

## EVIDENCE OF TRANSFER OF CLAIM

TO:    In re: Lehman Brothers Holdings Inc.;
         and The Bankruptcy Court (as defined below).

      For value received, the adequacy and sufficiency of which are hereby acknowledged, Tavira Securities Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Drusilla LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated April 7, 2015 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against In re: Lehman Brothers Holdings Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$ 300,000.00 (the "Claim") and docketed as claim number 20249.

      Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of April, 2015.

| **SELLER:** | **BUYER:** |
|---|---|
| **TAVIRA SECURITIES LIMITED** | **DRUSILLA LLC** |
| By:_____ | By:_____ |
| Name: | Name: |
| Title: | Title: |

SCOTT GOODFELLOW

CEO

A-3

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  In re: Lehman Brothers Holdings Inc.;
and The Bankruptcy Court (as defined below).

For value received, the adequacy and sufficiency of which are hereby acknowledged, Tavira Securities Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to the Drusilla LLC (the "Buyer") pursuant to a Transfer of Claim Agreement dated April 7, 2015 between Seller and Buyer, all right, title, interest, claims and causes of action in and to, or arising under or in connection with, Seller's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against In re: Lehman Brothers Holdings Inc. (the "Debtor"), a debtor-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al.*, Chapter 11 Case Number 08-13555 (JMP) (Jointly Administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of US$ 300,000.00 (the "Claim") and docketed as claim number 20249.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of April, 2015.

| SELLER: | BUYER: |
|---|---|
| **TAVIRA SECURITIES LIMITED** | **DRUSILLA LLC** |
| By:_____ | By: _____ |
| Name: | Name: D. Kerendey |
| Title: | Title: Authorized Signatory |

A-3