# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Bank. Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF CINCINNATI,<br><br>Defendant. | Adv. Proc. No. 13-01330 (JMP)<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF W. STUART DORNETTE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, W. Stuart Dornette, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the Federal Home Loan Bank of Cincinnati, in the above-captioned action.

I am in good standing of the bar of the state of Ohio and the bar of the U.S. District Court for the Southern District of Ohio. There are no pending disciplinary proceedings against me in any state or federal court. A copy of my Certificate of Good Standing from the Supreme Court of Ohio is attached as well as a proposed order. I have submitted the filing fee of $200.00.

Dated: June 8, 2015

Respectfully submitted,

By: /s/ william stuart dornette
W. Stuart Dornette
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone:  513.381.2838
Facsimile:  513.381.0205
dornette@taftlaw.com

*Attorneys for Defendant Federal Home Loan Bank of Cincinnati*

### CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2015, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all parties.

/s/ william stuart dornette