Bank Vontobel AG



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Zurich, May 11, 2015/VBFRG
Telephone 0041 58 283 50 56
Telefax 0041 58 283 51 60
roger.fivat@vontobel.ch

| | | | |
|---|---|---|---|
| ☐ | as discussed | ☒ | please process |
| ☐ | for your information | ☐ | please comment |
| ☐ | for your records | ☐ | please sign |
| ☐ | please return | ☐ | returned with thanks |
| ☐ | please call | ☐ | please clarify |
| ☐ | forward to | ☐ | |

Please note:
Enlosed please find one form "Evidence of Transfer of Claim".
Please note, that the mentioned Lehman Products are deposited new in our bank.
Our claim number: 67373
If you have any questions, don't hesitate to contact me.


Yours sincerely,

Bank Vontobel AG

Roger Fivat

Bank Vontobel AG          Gotthardstrasse 43          Telephone +41(0)58 283 71 11
                          CH-8022 Zurich             Telefax +41(0)58 283 76 50

Page 2/2, May 11, 2015



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Vontobel AG, Zurich / Switzerland
**Name of Transferee**

UBS AG, Zurich / Switzerland
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Corporate Actions
Postfach
CH-8022 Zurich / Switzerland

Phone: 0041 58 283 50 56
Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): Noninal CHF 28'000.00

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: May 11, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Bank Vontobel AG
Gotthardstrasse 43
CH-8022 Zürich