## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

MAY 1 8 2015

U.S. BANKRUPTC COL
SO. DIST. OF NEW YOR

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged,
**UBS AG Zurich, Switzerland** ("Transferor") unconditionally and irrevocably transferred to
**Bank Vontobel AG, Zurich** ("Transferee") all of its right, title, interest, claims and causes of
action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**)
in the nominal amounts specified in schedule 1 related to the securities with International
Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings,
Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States
Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the
books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest
extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the
Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules
or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an
order of the Bankruptcy Court may be entered without further notice to Transferor regarding the
transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of
the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested
parties that all further notices relating to the claim, and all payments or distributions of money or
property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS
EXECUTED THIS 11th day of May 2015.

UBS AG (Transferor)

By: _____
Name: Stephan Gfeller
Title:  Associate Director

By: _____
Name: Matthias Mohos
Title:  Associate Director

TOC361 UBS0230 VONTOBEL ZH 28K 2712066
Seite 1 von 2

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| CH0027120663 | 59233 | October 30, 2009 | Lehman Brothers Treasury BV | CHF 28'000.00 out of CHF 1'589'000 |

**Epiq Bankruptcy Solutions, LLC**
**Lehman Brothers Holdings Inc.**
**757 3rd Ave, 3rd Floor**
**New York, NY 10017**


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
RE: LEHMAN BROTHERS HOLDINGS INC.
ONE BOWLING GREEN
NEW YORK, NY 10004-1408


**THIS PAGE INTENTIONALLY LEFT BLANK**