# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

June 9, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re:  **Lehman Brothers Holdings Inc.**
     **ADR Procedures Order Dated 9/17/09 (the "Order")**
     <u>**Sixty-seventh Status Report**</u>

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the sixty-seventh) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the June 9, 2015 omnibus hearing.

In the 35 days following the last prior report, the debtors served no new ADR Notices in Tier One. When added to the Notices previously served in Tiers One and Two, the total number of Notices served remains at 492. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in five additional ADR matters, all as a result of mediation. Including the $12.9 million from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors will have received an aggregate of $2,939,669,637 new dollars for the various estates. Settlements now have been achieved in 410 ADR matters involving 527 counterparties.

Honorable Shelley C. Chapman  
June 9, 2015  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 235 ADR matters that have reached the mediation stage in Tier One and have been concluded, 219 have been settled in mediation; only sixteen mediations have terminated without settlement. Six additional receivables mediations have been scheduled to commence on the following dates: June 10 and 18; and July 15, 16, 22, and 30, 2015.

Respectfully submitted,

*/s/ Richard L. Levine*

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc:  Stephen Crane, Esq  
　　Jacob Esher, Esq.  
　　James Freund, Esq.  
　　David Geronemus, Esq.  
　　Jane Greenspan, Esq.  
　　Ralph Mabey, Esq.  
　　David Cohen, Esq.  
　　(all cc's via E-mail)

WEIL:\95321015\2\58399.0011