UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re:                                                                                         :         **Chapter 11 Case No.**
                                                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :         **08-13555 (SCC)**
                                                                                                   :
                                                   **Debtors.**                       :         **(Jointly Administered)**
                                                                                                   :
------------------------------------------------------------------------x         **Ref. Docket No. 49898**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                 ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 3, 2015, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Motion of Lehman Commercial Paper Inc. Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Lehman Commercial Paper Inc., Fidelity National Title Insurance Company and First American Title Insurance Company," dated June 3, 2015 [Docket No. 49898], by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.   enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *OFFICE OF THE US TRUSTEE, U.S. FEDERAL OFFICE BUILDING, ATTN: WILLIAM K. HARRINGTON, ESQ., SUSAN D. GOLDEN, ESQ., ANDREA B. SCHWARTZ, ESQ., 201 VARICK STREET, ROOM 1006, NEW YORK, NY 10014.*

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn to before me this
4th day of June, 2015

REGINA AMPORFRO
Notary Public, State of New York
No. 01AM6064508
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 24, ___

_____
Notary Public

T:\Clients\LBH\Affidavits\Lehman Commercial Paper Motion CNO_DI_49898_AFF_6-3-15.doc

# EXHIBIT A

**Counsel To The Official Committee Of Unsecured  Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED  CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com


**ADDITIONAL PARTIES**

alfredo.perez@weil.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

robert.lemons@weil.com