**EXHIBIT A-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$2,966,487.23** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$2,966,487.23** | **22872** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$2,966,487.23** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | | ASSIGNEE: HBK MASTER FUND L.P. | |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature: | */s/ Joelle Gavlick* | Signature: | |
| Name: | Joelle Gavlick | Name: | |
| Title: | Authorized Signatory | Title: | |
| Date: | June 8, 2015 | Date: | |

Doc#: US1:10010883v7

**EXHIBIT A-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>　　　　　Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$2,966,487.23** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$2,966,487.23** | 22872 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$2,966,487.23** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address:　1615 Brett Road, Bldg 3
　　　　　New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: HBK MASTER FUND L.P.

Address:　c/o HBK Services LLC
　　　　　2101 Cedar Springs Road
　　　　　Suite 700
　　　　　Dallas, Texas 75201
　　　　　Attention: General Counsel

Signature: *[signed]*
Name: Beauregard A. Fournet
Title: Authorized Signatory
Date: June 8, 2015

Doc#: US1:10010883v7

**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$2,966,487.23** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$2,966,487.23** | **22857** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$2,966,487.23** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | | ASSIGNEE: HBK MASTER FUND L.P. | |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | [signature]<br><br><br>June 8, 2015 | Signature:<br>Name:<br>Title:<br>Date: | |

Doc#: US1:10010883v7

**EXHIBIT B-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$2,966,487.23** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$2,966,487.23** | 22857 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$2,966,487.23** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE  19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | | Signature: *[signature]*<br>Name: Beauregard A. Fournet<br>Title: Authorized signatory<br>Date: June 8, 2015 |

Doc#: US1:10010883v7

**EXHIBIT A-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$7,081,477.97** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $7,081,477.97 | 22858 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$7,081,477.97** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: /s/ Joelle Gavlick
Name:
Title: Joelle Gavlick
Date: Authorized Signatory
June 8, 2015

ASSIGNEE: HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
2101 Cedar Springs Road
Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

**EXHIBIT A-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$7,081,477.97** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $7,081,477.97 | 22858 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$7,081,477.97** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | | |
|---|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | | | Signature:<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: June 8, 2015 | |

Doc#: US1:10010883v7

**EXHIBIT B-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$7,081,477.97** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$7,081,477.97** | **22859** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$7,081,477.97** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | [signature]<br>Joelle Gavlick<br>Authorized Signatory<br>June 8, 2015 | Signature:<br>Name:<br>Title:<br>Date: | |

Doc#: US1:10010883v7

**EXHIBIT B-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>　　　　　Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$7,081,477.97** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $7,081,477.97 | 22859 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$7,081,477.97** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | _____ | Signature:<br>Name:<br>Title:<br>Date: | _[signature]_<br>Beauregard A. Fournet<br>Authorized Signatory<br>June 8, 2015 |

Doc#: US1:10010883v7

**EXHIBIT A-3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$585,396.43** | **22861** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | | ASSIGNEE: HBK MASTER FUND L.P. | |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | *Joelle Gavlick*<br>*Authorized Signatory*<br>June 8, 2015 | Signature:<br>Name:<br>Title:<br>Date: | |

Doc#: US1:10010883v7

EXHIBIT A-3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $585,396.43 | 22861 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address:    1615 Brett Road, Bldg 3
            New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: HBK MASTER FUND L.P.

Address:    c/o HBK Services LLC
            2101 Cedar Springs Road
            Suite 700
            Dallas, Texas 75201
            Attention: General Counsel

Signature: [signature]
Name: Beauregard A. Fournet
Title: Authorized Signatory
Date: June 8, 2015

Doc#: US1:10010883v7

**EXHIBIT B-3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$585,396.43** | **22860** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | |
|---|---|
| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: HBK MASTER FUND L.P. |
| Address: 1615 Brett Road, Bldg 3 New Castle, DE 19720 | Address: c/o HBK Services LLC 2101 Cedar Springs Road Suite 700 Dallas, Texas 75201 Attention: General Counsel |
| Signature: *[signature]* Name: Joelle Gavlick Title: Authorized Signatory Date: June 8, 2015 | Signature: _____ Name: _____ Title: _____ Date: _____ |

Doc#: US1:10010883v7

**EXHIBIT B-3**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$585,396.43** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $585,396.43 | 22860 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$585,396.43** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
2101 Cedar Springs Road
Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: /s/
Name: Beauregard A. Fournet
Title: Authorized Signatory
Date: June 8, 2015

Doc#: US1:10010883v7

**EXHIBIT A-4**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

　　　　　　　Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$1,019,693.74** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $1,019,693.74 | 22862 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$1,019,693.74** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address:   1615 Brett Road, Bldg 3
　　　　　　 New Castle, DE 19720

Signature: [signature]
Name: Joelle Gavlick
Title: Authorized Signatory
Date: June 8, 2015

ASSIGNEE: HBK MASTER FUND L.P.

Address:   c/o HBK Services LLC
　　　　　　 2101 Cedar Springs Road
　　　　　　 Suite 700
　　　　　　 Dallas, Texas 75201
　　　　　　 Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

Doc#: US1:10010883v7

**EXHIBIT A-4**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$1,019,693.74** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$1,019,693.74** | 22862 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$1,019,693.74** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | | Signature:<br>Name: Beauregard A. Fovina<br>Title: Authorized Signatory<br>Date: June 8, 2015 | |

Doc#: US1:10010883v7

**EXHIBIT B-4**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$1,019,693.74** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$1,019,693.74** | **22863** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$1,019,693.74** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address:  1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _____
Name: _____
Title: _____
Date: June 8, 2015

ASSIGNEE: HBK MASTER FUND L.P.

Address:  c/o HBK Services LLC
2101 Cedar Springs Road
Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

Doc#: US1:10010883v7

**EXHIBIT B-4**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>　　　　　　　Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$1,019,693.74** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$1,019,693.74** | **22863** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$1,019,693.74** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | _____<br>_____<br>_____<br>_____ | Signature:<br>Name:<br>Title:<br>Date: | *[signature]*<br>Beauregard A. Fournet<br>Authorized Signatory<br>June 8, 2015 |

Doc#: US1:10010883v7

**EXHIBIT A-5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

               Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$71,034.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$71,034.00** | **23017** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$71,034.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address: 1615 Brett Road, Bldg 3
New Castle, DE 19720

Signature: _(signed)_
Name: Joelle Gavlick
Title: Authorized Signatory
Date: June 8, 2015

ASSIGNEE: HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
2101 Cedar Springs Road
Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

Doc#: US1:10010883v7

**EXHIBIT A-5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$71,034.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$71,034.00** | 23017 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$71,034.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC.

Address:  1615 Brett Road, Bldg 3
          New Castle, DE  19720

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE: HBK MASTER FUND L.P.

Address:  c/o HBK Services LLC
          2101 Cedar Springs Road
          Suite 700
          Dallas, Texas 75201
          Attention: General Counsel

Signature: [signature]
Name: Braurrgard A. Fournet
Title: Authorized Signatory
Date: June 8, 2015

Doc#: US1:10010883v7

**EXHIBIT B-5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$71,034.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$71,034.00** | **22864** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$71,034.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: HBK MASTER FUND L.P. |
|---|---|
| Address: 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature: *[signed]*<br>Name: Joelle Gavlick<br>Title: Authorized Signatory<br>Date: June 8, 2015 | Signature:<br>Name:<br>Title:<br>Date: |

Doc#: US1:10010883v7

**EXHIBIT B-5**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$71,034.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $71,034.00 | 22864 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$71,034.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: HBK MASTER FUND L.P. |
|---|---|
| Address:  1615 Brett Road, Bldg 3<br>New Castle, DE  19720 | Address:  c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | Signature: *[signature]*<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: June 8, 2015 |

Doc#: US1:10010883v7