WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :
                                   Debtors.                        :   (Jointly Administered)
------------------------------------------------------------------ x

### NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S FOUR HUNDRED FORTY-FIRST OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES CLAIMS) SOLELY AS TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, hereby withdraws its Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 40473] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:   June 10, 2015
         New York, New York

                                          /s/ Jacqueline Marcus
                                          Jacqueline Marcus

                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          *Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates*

WEIL:\95362989\1\58399.0011

## **Exhibit A**

Claim for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| Anthracite Rated Investments (Cayman) Limited | 26512 |

WEIL:\95362989\1\58399.0011