UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                                  :
In re                                             :      Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :       08-13555 (SCC)
                                                  :      (Jointly Administered)
                        Debtors.                  :
                                                  :
-------------------------------------------------------------------------------x      Ref. Docket No. 49182, 49636,
                                                         49637, 49638-49643, 49768-49772,
                                                         49774, 49779, 49780, 49782-49787


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 4, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                  */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
9th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000140745

To:    BAR(23) MAILID *** 000093876425 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BANCO SANTANDER, S.A.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is
purchasing or othewise being assigned the claim.

To:        BAR(23) MAILID *** 000093876425 ***                LBH TRFNTC (MERGE2, TXNUM2) 4000140745



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: BANCO SANTANDER, S.A.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 22259 in the above referenced case and in the amount of
$2,781,513.48 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC.                          LEHMAN BROTHERS HOLDINGS INC.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.      WEIL, GOTSHAL & MANGES LLP
ATTN: RICHARD KATZ                                     ATTN: GARRETT FAIL AND SUNNY SINGH
1271 AVENUE OF THE AMERICAS                            767 FIFTH AVENUE
NEW YORK, NY 10020                                     NEW YORK, NY 10153

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        49636                in your objection.  If you file an
objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  06/04/2015                          Vito Genna, Clerk of Court

                                           /s/ Lauren Rodriguez

                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 4, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BANCO SANTANDER, S.A., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 ESAT 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: NOMURA INTERNATIONAL PLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AEMRICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AEMRICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: TAYLOR LEAHY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL, GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: DELL GLOBAL B.V. (SINGAPORE BRANCH), ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER, 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: AGILENT TECHNOLOGIES INC, ATTN: GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANK OF SCOTLAND PLC, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: LLOYDS TSB BANK PLC, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TWR 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANCO SANTANDER - CHILE, ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH CREDIT PRODUCTS, LLC | TRANSFEROR: BANKINTER GESTION DE ACTIVOS, S.A. S.G.I.I.C., ATTN: JEFFREY BENESH AND GARY S. COHEN, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: NOTENSTEIN PRIVATBANK AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| VARDE FUND IX LP, THE | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: UBS AG, LONDON BRANCH, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: UBS AG, LONDON BRANCH, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: UBS AG, LONDON BRANCH, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1570, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 95**