UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                                  :   Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :   08-13555 (SCC)
                                                       :   (Jointly Administered)
                  Debtors.                             :
                                                       :
------------------------------------------------------------------------x   Ref. Docket No. 49732

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 5, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
9th day of June, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 25895

To:    BAR(23) MAILID *** 000093963432 ***



CASPIAN FOCUSED CREDIT L FUND, L.P.
ATTN: SUSAN LANCASTER AND KELLY MURPHY
767 FIFTH AVENUE, 45TH FLOOR
NEW YORK, NY 10153

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000093963432 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 25895



CASPIAN FOCUSED CREDIT L FUND, L.P.
ATTN: SUSAN LANCASTER AND KELLY MURPHY
767 FIFTH AVENUE, 45TH FLOOR
NEW YORK, NY 10153

CASPIAN FOCUSED CREDIT L FUND, L.P.
TRANSFEROR: JPMORGAN CHASE BANK, N.A.
C/O CASPIAN CAPITAL
ATTN: SUSAN LANCASTER
767 FIFTH AVENUE, 45TH FL
NEW YORK, NY 10153

Please note that your claim # 22219-01 in the above referenced case and in the amount of $11,574,962.78 allowed at $10,000,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICHARD VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49732    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/05/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 5, 2015.

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CASPIAN FOCUSED CREDIT L FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN FOCUSED CREDIT L FUND, L.P. | ATTN: SUSAN LANCASTER AND KELLY MURPHY, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICHARD VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |

**Total Creditor Count 3**