IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN re: <br> **LEHMAN BROTHERS HOLDINGS INC.**, *et al* <br><br> **Debtors** | **CHAPTER 11** <br> **CASE NO. 08-13555 (SCC)** <br> (Jointly Administered) |

**MIRAE ASSET SECURITIES CO., LTD.**
**CREDITOR**

**CREDITOR'S RESPONSE AND OPPOSITION TO DEBTOR'S FOUR HUNDRED NINETY-SIXTH OMNIBUS OBJECTION TO CLAIMS OF MIRAE ASSET SECURITIES CO., LTD.**

**CREDITOR'S RESPONSE TO DEBTOR'S OBJECTION**

Mirae Asset Securities Co., Ltd., creditor in this bankruptcy (the "Creditor") objects to Debtor's Four Hundred Ninety-Sixth Omnibus Objection to Claims. Creditor asserts its right to pursue its claim against Lehman Brothers Holdings Inc., *et al* (the "Debtor") for amounts payable in respect of the early termination of swap transactions governed by the ISDA Master Agreement entered into between the Creditor and Lehman Brothers Commercial Corporation Asia Limited (hereinafter "LBCCA"). The Creditor refers to the secretary's certificate (enclosed with this response letter) certifying that the primary obligor LBCCA is an indirect wholly-owned and fully guaranteed subsidiary of Lehman Brothers Holdings Inc., Debtor. The Creditor asserts that it knew of, and relied on, the guarantee by the Debtor of LBCCA's obligations to the Creditor.

For the reasons stated above, the claims of Creditor Mirae Asset Securities Co., Ltd. should not be dismissed.

Respectfully submitted, this __20th__ day of April, 2015.

                MIRAE ASSET SECURITIES CO., LTD.,
                CREDITOR

        By : *PG Sung* (signature)
              Pilgyu Sung, Director

## CERTIFICATE OF SERVICE

The undersigned does herby certify that I have served a true and correct copy of the foregoing document upon the following by delivery at the addresses below:

    Chambers of the Honorable Shelley C. Chapman
    One Bowling Green
    New York, New York 10004
    Courtroom 621

Weil, Gotshal & Manges, LLP
    Attorneys for Debtors
    767 Fifth Avenue
    New York, New York 10153
    Attn: Garrett A. Fail, Esq. and Katherine Doorley, Esq.

Office of the United States Trustee for Region 2
U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014
    Attn: William K. Harrington, Esq., Susan Golden, Esq. and Andrea B. Schwartz, Esq.

This __20th__ day of April, 2015

_____
Pilgyu Sung