## SECRETARY'S CERTIFICATE

The undersigned, an Assistant Secretary of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), does hereby certify that Lehman Brothers Commercial Corporation Asia Limited is an indirect wholly-owned and fully guaranteed subsidiary of the Corporation and that such information is true and correct as of the date hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Corporation's seal this 27th day of August, 2004.

SEAL                                Lehman Brothers Holdings Inc.

                                    By: /s/ Anna Walters
                                    Name: Anna Walters
                                    Title: Assistant Secretary