**IN THE UNITED STATES BANKRUPTCY COURT**

**Southern District of New York**

| | |
|---|---|
| **In the Matter of:** | **Chapter 11 Case No.** |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | **08-13555 (SCC)** |
| **Debtors** | **(Jointly Administered)** |
| KIWOOM ASSET MANAGEMENT CO., LTD., | |
| **Creditor** | |

**Notice of Change of Address**

Our Former Mailing Address and Telephone Number was:

Name: Woori Asset Management
Street: 32 Gukjegeumyung-ro2-gil,
City, State, Zip: Yeongdeungpo-gu, Seoul Korea 150-707
Telephone #: +82 2. 789. 0300.

**Please be advised that effective June 23, 2015, our new mailing address and telephone number is:**

Name: Kiwoom Asset Management Co., Ltd
Street: 18, yeouinaru-ro4-gil
City, State, Zip: Yeongdeungpo-gu, Seoul, Korea 150-886
Telephone #: +82 2. 789. 0300

Name: Su Young, Yun

Title: CEO

KIWOOM ASSET MANAGEMENT CO., LTD.