# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

SHMUEL VASSER

svasser@dechert.com
+1 212 698 3961  Direct
+1 212 698 0418  Fax

June 9, 2015

**RECEIVED JUN 1 0 2015 U.S. BANKRUPTCY COURT, SDNY**

The Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY  10004-1408

Re: *In re Lehman Bros. Holding Inc.*, Case No. 08-13555 (SCC)
    Plan Administrator's 500th Omnibus Objection to Claims (Stonehill Claims) [ECF No. 49764] (the "Objection")
    <u>Request for Telephonic or in Court Conference</u>

Dear Judge Chapman:

On Friday May 29, 2015, the Plan Administrator filed the above referenced Objection, setting a response deadline of June 29, 2015 and a hearing date of July 22, 2015.  On June 3, I contacted Mr. Fail, counsel to the Plan Administrator with a request for a two weeks extension to respond (coupled with our agreement to delay the hearing as required by the Court's calendar), since the undersigned will be out on vacation for 12 days in June (beginning tomorrow) travelling in South America.

In an email received today, Mr. Fail refused the request "given the hearing date and the limited availability of alternative dates."

We respectfully request the Court's assistance in scheduling this matter to enable the undersigned, who to date, shared a significant responsibility for this matter and the pleadings filed on behalf of Stonehill, to fully participate in shaping the response to the Objection.   I also note that while all parties, including Stonehill, desire to see this matter concluded, a short delay as requested herein would not prejudice the Plan Administrator in any way.

Since I will be out of the country, Allan Brilliant (212-698-3600) can attend any conference scheduled by your Honor to address this matter.

Respectfully Submitted,

*/s/ Shmuel Vasser*

Shmuel Vasser
cc:  Garrett Fail (via email)

19069256