KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
John E. Jureller, Jr.
Stephanie R. Sweeney
570 Seventh Avenue, 17th Floor
New York, New York 10018
(212) 972-3000

*Incoming Counsel to Credit Suisse*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDING, INC., *et al.* | : | Case No. 08-13555 (SCC) |
| | : | |
| | : | (Jointly Administered) |
| Debtor(s). | : | |

------------------------------------------------------------x

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel that Klestadt Winters Jureller Southard & Stevens, LLP, be and hereby is substituted as counsel of record to Credit Suisse, in place of Cravath, Swaine & Moore LLP, in the above-captioned bankruptcy case. Nothing contained herein shall affect any adversary proceeding relating to the above-captioned bankruptcy case.

It is further stipulated to and agreed that this document may be executed in counterparts, which when taken together, shall constitute one original.

| | | | |
|---|---|---|---|
| Dated: | New York, New York<br>June 10, 2015 | Dated: | New York, New York<br>June 10, 2015 |
| | CRAVATH, SWAINE & MOORE LLP<br>Outgoing Counsel | | KLESTADT WINTERS JURELLER<br>SOUTHARD & STEVENS, LLP<br>Incoming Counsel |
| By: | _/s/ Michael A. Paskin_<br>Michael A. Paskin<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Tel: (212) 474-1760<br>Fax: (212) 474-3700<br>Email: mpaskin@cravath.com | By: | _/s/ John E. Jureller, Jr._<br>John E. Jureller, Jr.<br>Stephanie R. Sweeney<br>570 Seventh Avenue, 17th Floor<br>New York, New York 10018<br>Tel: (212) 972-3000<br>Fax: (212) 972-2245<br>Email: jjureller@klestadt.com |