RECEIV
JUN 1 0 2015
U.S. BANKRUPTCY COURT
S. DIST. OF NEW YORK

JUNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

LEHMAN BROTHERS HOLDING, INC.,

Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Edward Page Allinson, request admission, *pro hac vice,* before the Honorable Shelly C.

Chapman, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE

MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING

CORPORATION, GATEWAY BANK, APEX  HOME LOANS, INC., and AMERICAN

BANK, Defendants in the above referenced proceedings.

*I certify that I am a member in good standing* of the bar in the State of California and

the bar of the United States District Court for the Southern District of California, United States

District Court for the Central District of California, and United States District Court for the

Northern District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated:  June 9, 2015, 2015
        Novato, California

Edward Page Allinson
75 Rowland Way, Suite 350
Novato, CA 94945
jbrody@americanmlg.com
T(415) 878-0030 x. 151