**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In Re:

LEHMAN BROTHERS HOLDING, INC.,

Debtors,

Bankruptcy Case No. 08-13555 (SCC)

Chapter 11

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Edward Page Allinson, Esq, to be admitted, *pro hac vice*, to represent FIRST MORTGAGE CORPORATION, REPUBLIC STATE MORTGAGE COMPANY, DIRECTORS MORTGAGE INC., OAKTREE FUNDING CORPORATION, GATEWAY BANK, APEX HOME LOANS, INC., and AMERICAN BANK, (the "Clients") Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the United States District Court for the Southern District of California, United States District Court for the Central District of California, and United States District Court for the Northern District of California, it is hereby

**ORDERED**, that Edward Page Allinson, Esq., is admitted to practice, pro hac vice, in the above referenced proceedings to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: June 11, 2015
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE