# EXHIBIT B



...PROPERTIES WERE SEIZED FOR VIOLATION OF TITLE 26 USC CHAPTER 75; 18-44...PROPERTIES WERE

## BANKRUPTCIES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,       Case No. 08-13555 (JMP)
Debtors.

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.
Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee



## Businesses For Sale.

Advertise in The Mart.
Call 1-800-366-3975
or email sales.mart@wsj.com

**THE WALL STREET JOURNAL.**

## INTERNATIONAL NOTICES

Terex Industrial Holding AG
with its registered seat in
Düsseldorf, Germany

Notice regarding the voluntary public purchase offer to the shareholders of

Demag Cranes AG
with its registered seat in
Düsseldorf, Germany

In accordance with section 14 para. 3 sentence 1 no. 2 of the German Securities Acquisition and Takeover Act (Wertpapiererwerbs- und Übernahmegesetz (WpÜG))
As of today, the offer document concerning the voluntary takeover offer of Terex Industrial Holding AG with its registered seat in Düsseldorf and its business address at Lindemannstrasse 81, 44137 Dortmund, Germany, to the shareholders of Demag Cranes AG with its registered seat in Düsseldorf (ISIN DE000DCAG010), is available in German and in a non-binding English translation on the internet at http://www.industrialholding-angebot.de. In addition, copies of the non-binding English translation of the complete offer document are available for distribution free of charge by contacting Commerzbank AG, ZCM-ECM (Execution, Mainzer Landstrasse 153, 60327 Frankfurt am Main, Germany (requests can be made by facsimile at + 49 69 136-44590).

Further updates regarding the progress of the offer will be made available periodically in English on the internet at http://www.industrialholding-angebot.de.

Düsseldorf, May 19, 2011
Terex Industrial Holding AG



Robert A. Hoffman, Esq.
BARRACK, RODOS & BACINE
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Counsel for Plaintiff

Alan L. Frank, Esq.
LAMB McERLANE PC
24 East Market Street
P.O. Box 565
West Chester, PA 19381
Counsel for the Individual
Defendants

Ann B. Laupheimer, Esq.
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Counsel for Nominal Defendant,
Synthes, Inc.

Only shareholders who have filed and delivered timely written notices of objection will be entitled to be heard at the Final Hearing unless the Court orders otherwise. Any Current Company Shareholder who fails to object and present proof of ownership of Synthes stock in the manner provided in the preceding paragraph of this Notice shall be deemed to have waived such objection and shall forever be foreclosed from making any objections to the fairness, adequacy, or reasonableness of the Settlement and to the Fee Award to Plaintiff's Counsel, and shall be bound by the Judgment to be entered and the releases to be given.

[1] This notice should be read in conjunction with, and is qualified in its entirety by reference to the text of the Stipulation, which has been filed with the Court and is available on the websites of Synthes, www.synthes.com, and Plaintiff's Counsel, www.barrack.com. All capitalized terms herein have the same meanings as set forth in the Stipulation.

PLEASE DO NOT TELEPHONE THE COURT CONCERNING THIS NOTICE.
Dated. May 10, 2011
BY ORDER OF THE COURT OF COMMON PLEAS, CHESTER COUNTY

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,
Debtors.

Case No. 08-13555 (JMP)

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, LIMITED, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LTD., SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.
Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn: Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

Call 1

THE WALL STREET JOUR

## BANKRUPTCIES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re
LEHMAN BROTHERS HOLDINGS INC., et al.,

Case No. 08-13555 (JMP)

Debtors.

IMPORTANT NOTICE for the holders of securities issued by the following issuers: AIRLIE CDO I, LTD., AIRLIE LCDO I (AVIV LCDO 2006-3), LTD., AIRLIE LCDO II (Pebble Creek 2007-1), LIMITED, AVIV LCDO 2006-1, AVIV LCDO 2006-2, LIMITED, EXUM RIDGE CBO 2006-1, EXUM RIDGE CBO 2006-2, LIMITED, SGS HY CREDIT FUND I (EXUM RIDGE CBO 2006-3) LTD., EXUM RIDGE CBO 2006-4, LTD., EXUM RIDGE CBO 2006-5, LTD., EXUM RIDGE CBO 2007-1, LTD., EXUM RIDGE CBO 2007-2, LTD., PEBBLE CREEK LCDO 2006-1, LIMITED, PEBBLE CREEK LCDO 2007-3, LTD., WHITE MARLIN CDO 2007-1, LTD., AND RACERS 2006-20-AT.
Lehman Brothers Special Financing Inc. ("LBSF"), has initiated an alternative dispute resolution proceeding related to the credit derivative transactions that are part of the transactions listed above. This proceeding may affect your rights as a holder of securities. Please contact U.S. Bank National Association, as Trustee, Attn. Jonathan DeMarco at (617) 603-6552 or jonathan.demarco@usbank.com or Donald Higgins at (617) 603-6717 or donald.higgins@usbank.com for further information.
U.S. Bank National Association, as Trustee

FINANCIAL TIMES MONDAY MAY 23 2014

## Companies | International

# Bond fund flows signal shift

**Money pours into emerging market debt**

**Risk fears hit several European countries**

*By Ralph Atkins in London*

It's full steam ahead for Citi skipper



Japanese companies seek to take a bite of foreign growth

*News analysis*

Moves prompted by weak domestic economy, strong yen and low interest rates, says Lindsay Whipp





## Banks battle for $1bn road

More news at FT.com

FINANCIAL TIMES TUESDAY MAY 24 2011

## Mideast unrest

# Bahrain races to restore normality

Deadline looms for Grand Prix decision

Motor circuit staff allege beatings

*By Simeon Kerr in Manama*



Iraqi Shell's German driver Sebastian Vettel in action at the Bahrain Formula 1 Grand Prix last year

### Regime fights back in cyberspace

# EU sets sanctions to raise pressure on Assad

*By Joshua Chaffin in Brussels*



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Businesses and Assets for Sale as Going Concern
Hillcrest International Schools

SALE DIRECTLY FROM OWNER –
REAL ESTATE IN EXCELLENT LOCATION



UNIQUE 5 STAR INVESTMENT OPPORTUNITY
MAINLAND SPAIN

FINANCIAL TIMES WEDNESDAY MAY 25 2011

## Companies | International

# Murdoch signals push into education

News Corp chief in digital lessons move

Vision for learning outlined in G8 talk

By The Bradshaw in Paris



Rupert Murdoch signalled that News Corp, the media group he heads, is to make a significant new push into the education technology market, in a high-profile speech to the G8 conference of internet entrepreneurs and European policymakers in Paris.

# Online grocers gain ground in US

### News analysis

Doubts remain about expanding beyond cities into the suburbs, writes Alan Rappeport



The online grocery business was killed a decade and a decade ago, when ventures such as Webvan and Pets.com burned through cash and delivery but proceeded during the last of years, with the pressure on suburbia consumer and "pick-and-mortar" approach.

## Intel joins shift to China as executive takes Beijing brief

By Kathrin Hille in Beijing and Bernd Leeson in Hong Kong

# Microsoft launches handset software upgrade

By Paul Taylor in New York

# News digest

### Meccon lures Endemol official

### France Telecom bullish on 4G



### Mol buy-back to cost €1.9bn

### Hana carrying on with KEB talks

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK