## CERTIFICATE OF SERVICE

    I, Scott A. Lewis, an attorney, hereby certify that on the 15th day of June 2015, I caused a true and correct copy of the Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (Aviv LCDO 2006-3) Credit Default Swap Agreement and Indenture, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

| | |
|---|---|
| Chambers of the Honorable Shelley C. Chapman<br>United States Bankruptcy Court for the<br>   Southern District of New York<br>Courtroom 623<br>One Bowling Green<br>New York, NY  10004 | William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br>   for Region 2<br>U.S. Federal Office Building<br>201 Varick Street<br>Suite 1006<br>New York, NY  10014 |
| Christopher J. Cox, Esq.<br>Jacqueline Marcus, Esq.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Internal Revenue Service<br>Special Procedures Branch<br>Attn:  District Director<br>290 Broadway<br>New York, NY  10007-1823 |

                                                               By _____/s/ Scott A. Lewis_____
                                                                              Scott A. Lewis