


FILED / RECEIVED
JUN 04 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors, Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Pictet & Cie SA
Name of Transferee

Name and Address where notices to transferee should be sent:
Banque Pictet & Cie SA
Att : David Aeschlimann
Route des Acacias 60
1211 Geneva 73
Phone: +41.58.323.2197
Last Four Digits of Acct #: EQC 93010

Name and Address where transferee payments should be sent (if different from above):

Phone: ____________
Last Four Digits of Acct #: ____________

HSBC Private Bank (Suisse) S.A.
Name of Transferor

Court Claim # (if known): 51762
Date Claim Filed: 10/28/2009
Amount of Claim: USD 83'436.34
Portion of Claim Transferred (see Schedule I): Nominal EUR 70'000.00

Phone: ____________
Last Four Digits of Acct. #: ____________

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: BANQUE PICTET & CIE SA
Transferee/Transferee's Agent

Date: June 1st, 2015

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Mélanie PICHONNAZ

David AESCHLIMANN

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY




**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to BANQUE PICTET & CIE SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: June 1st, 2015

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888

CH- 1211 Geneva 1

Sandrine Zahler
5184

Signature: ____________

Signature: ____________
Giorgio Gagliani
Associate Director

Date: June 1st, 2015

**Transferee**

BANQUE PICTET & CIE SA

Route des Acacias 60

CH – 1211 Geneva 73

Signature: ____________ David AESCHLIMANN

Signature: ____________ Mélanie PICHONNAZ

RECEIVED
JUN 11 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0276072682 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | EUR 70'000.- |

BANQUE PICTET & CIE SA

Route des Acacias 60
1211 Genève 73
Suisse
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com



By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 02.06.2015
Our ref: 2197/DA

Re : **Lehman Brothers Holding Inc., et al., Debtors**
**Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)**
**TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number **51762** filled in the name of HSBC Private Bank (Suisse) S.A. (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (daeschlimann@pictet.com), fax (+41583232050), telephone (+41583232197) or post mail to the attention of Mr. David Aeschlimann.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Mélanie Pichonnaz

David Aeschlimann


www.dhl.com
EXPRESS 12:00
TDT
DHL
FROM:
JUN 0 4 2015
Origin:
GVA
1211 GENEVE 73
SWITZERLAND
GoGreen
TO: LEHMAN BROTHERS HOLDING CLAIMS PROCESSING CENTER
C/O EPIQ BANKRUPTCY SOLUTIONS
FDR STATION
PO BOX 5076
10150 NEW YORK, NEW YORK
UNITED STATES OF AMERICA
US-ZYP
X12
Account : 150437954
Shipment Weight : 0.50kg
Piece :
1/1
Date : 2015-06-02
Content : Business Document
EXPRESS 12:00
TDT
10150 NEW YORK, United States
JFKL
US-ZYP-TSS
Origin:
GVA
X12
1/1
WAYBILL 71 8159 1110
SERVICE ALERT
DHL
EXPRESS
12:00
EXPRESS