WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

**NOTICE RELATING TO CERTAIN MATTERS
SCHEDULED FOR HEARING ON JUNE 18, 2015**

**PLEASE TAKE NOTICE** that at the request of the Court, the date and time of the hearing to consider the matters set forth on Exhibit A hereto that was scheduled for June 18, 2015, at 2:00 p.m. (Prevailing Eastern Time) **has been changed to July 1, 2015 at 11:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:  June 16, 2015
        New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:   (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates*

WEIL:\95371004\1\58399.0011

# Exhibit A

1. The Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956]

2. Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (Aviv LCDO 2006-3) Credit Default Swap Agreement and Indenture [ECF No. 49703]

3. Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims [ECF No. 49709]

4. Motions to Enforce Stay and File Under Seal in Lehman Brothers Holdings Inc, *et al*. v. U.S. Bank National Association. *et al*. [Adversary Proceeding No. 15-01112]