B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. 08-13555 (SCC)
                                                              (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Goldman Sachs Lending Partners LLC</u>          <u>Panning Master Fund, LP</u>
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>3636</u>
should be sent:                                    Amount of Claim Transferred: <u>$4,934,075.00</u>
                                                   Date Claim Filed: <u>March 31, 2009</u>
Goldman Sachs Lending Partners LLC                 Debtor: <u>Lehman Brothers Holdings Inc.</u>
200 West Street
New York, NY 10282
Tel. No.: 212-934-3921
Email: gsd.link@gs.com
Attention: Michelle Latzoni


Phone:_____             Phone:_____
Last Four Digits of Acct #: _____       Last Four Digits of Acct. #: _____


Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____


871462v.1 3250/00022                     1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____  Date: June 16, 2015
Name of Transferee/Transferee's Agent
Mehmet Barlas
**Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

PANNING MASTER FUND, LP

By: _____  Date: June 16, 2015
Name of Transferor/Transferor's Agent
William M. Kelly
Authorized Signatory