**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re:  :  Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :  08-13555 (SCC)
 :
Debtors.  :  (Jointly Administered)
 :
---------------------------------------------------------------x  Ref. Docket No. 49957

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CASSANDRA MURRAY, being duly sworn, deposes and says:

1. I am employed as Coordinator, Case Management Services by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2015, I caused to be served the "Notice Of Withdrawal Of The Plan Administrator's Four Hundred Forty-First Omnibus Objection To Claims (No Liability Derivatives Claims) Solely As To Certain Claim" dated June 10, 2015 [Docket No. 49957], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B,

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C,

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        /*s/ Cassandra Murray*

Sworn to before me this
June 17, 2015
/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | amh@amhandlerlaw.com |
| aalfonso@willkie.com | andrew.brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | angie.owens@skadden.com |
| adarwin@nixonpeabody.com | ann.reynaud@shell.com |
| adiamond@diamondmccarthy.com | anthony_boccanfuso@aporter.com |
| adk@msf-law.com | aoberry@bermanesq.com |
| aeckstein@blankrome.com | aostrow@beckerglynn.com |
| aentwistle@entwistle-law.com | apalazzolo@fzwz.com |
| afriedman@irell.com | appleby@chapman.com |
| agbanknewyork@ag.tn.gov | aquale@sidley.com |
| aglenn@kasowitz.com | arainone@bracheichler.com |
| agold@herrick.com | arheaume@riemerlaw.com |
| agoldstein@tnsj-law.com | arosenblatt@chadbourne.com |
| agottfried@morganlewis.com | arthur.rosenberg@hklaw.com |
| aisenberg@saul.com | arwolf@wlrk.com |
| akadish@dtlawgroup.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashmead@sewkis.com |
| akolod@mosessinger.com | asnow@ssbb.com |
| alum@ftportfolios.com | asomers@rctlegal.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| amcmullen@boultcummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| bankruptcy@goodwin.com | cbelisle@wfw.com |
| bankruptcy@morrisoncohen.com | cbelmonte@ssbb.com |
| bankruptcy@ntexas-attorneys.com | cdesiderio@nixonpeabody.com |
| bankruptcymatters@us.nomura.com | cgonzalez@diazreus.com |
| barbra.parlin@hklaw.com | chad.husnick@kirkland.com |
| bbisignani@postschell.com | chammerman@paulweiss.com |
| bcarlson@co.sanmateo.ca.us | charles@filardi-law.com |
| bdk@schlamstone.com | charles_malloy@aporter.com |
| ben.lewis@hoganlovells.com | chemrick@connellfoley.com |
| bguiney@pbwt.com | chipford@parkerpoe.com |
| bmanne@tuckerlaw.com | chris.donoho@lovells.com |
| bmiller@mofo.com | christopher.greco@kirkland.com |
| boneill@kramerlevin.com | claude.montgomery@dentons.com |
| brian.corey@greentreecreditsolutions.com | clynch@reedsmith.com |
| brosenblum@jonesday.com | cmestres@aclawllp.com |
| brotenberg@wolffsamson.com | cohen@sewkis.com |
| broy@rltlawfirm.com | cp@stevenslee.com |
| bruce.wright@sutherland.com | cpappas@dilworthlaw.com |
| bstrickland@wtplaw.com | craig.goldblatt@wilmerhale.com |
| btrust@mayerbrown.com | craigjustinalbert@gmail.com |
| bturk@tishmanspeyer.com | crmomjian@attorneygeneral.gov |
| bwolf@kramerlevin.com | csalomon@beckerglynn.com |
| bwolfe@sheppardmullin.com | cschreiber@winston.com |
| cahn@clm.com | cshore@whitecase.com |
| canelas@pursuitpartners.com | cshulman@sheppardmullin.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| cszyfer@stroock.com | dennis.tracey@hoganlovells.com |
| cwalsh@mayerbrown.com | dfelder@orrick.com |
| cward@polsinelli.com | dflanigan@polsinelli.com |
| cweber@ebg-law.com | dgrimes@reedsmith.com |
| cweiss@ingramllp.com | dhayes@mcguirewoods.com |
| dallas.bankruptcy@publicans.com | dheffer@foley.com |
| dave.davis@isgria.com | dhurst@coleschotz.com |
| david.bennett@tklaw.com | dhw@dhclegal.com |
| david.heller@lw.com | diconzam@gtlaw.com |
| david.livshiz@freshfields.com | djcarragher@daypitney.com |
| david.powlen@btlaw.com | djoseph@stradley.com |
| davids@blbglaw.com | dkessler@ktmc.com |
| davidwheeler@mvalaw.com | dkozusko@willkie.com |
| dbarber@bsblawyers.com | dlemay@chadbourne.com |
| dbaumstein@whitecase.com | dlipke@vedderprice.com |
| dbesikof@loeb.com | dmark@kasowitz.com |
| dcimo@gjb-law.com | dmcguire@winston.com |
| dcoffino@cov.com | dmiller@steinlubin.com |
| dcrapo@gibbonslaw.com | dmurray@jenner.com |
| ddavis@paulweiss.com | dneier@winston.com |
| ddrebsky@nixonpeabody.com | dodonnell@milbank.com |
| ddunne@milbank.com | dove.michelle@dorsey.com |
| deggermann@kramerlevin.com | dpegno@dpklaw.com |
| deggert@freebornpeters.com | draelson@fisherbrothers.com |
| demetra.liggins@tklaw.com | drosenzweig@fulbright.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| drosner@goulstonstorrs.com | etillinghast@sheppardmullin.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshaffer@wtplaw.com | fcarruzzo@kramerlevin.com |
| dshemano@peitzmanweg.com | ffm@bostonbusinesslaw.com |
| dspelfogel@foley.com | fhenn@law.nyc.gov |
| dtatge@ebglaw.com | fhyman@mayerbrown.com |
| dtheising@harrisonmoberly.com | foont@foontlaw.com |
| dwdykhouse@pbwt.com | fritschj@sullcrom.com |
| dworkman@bakerlaw.com | fsosnick@shearman.com |
| easmith@venable.com | fyates@sonnenschein.com |
| ebcalvo@pbfcm.com | gabriel.delvirginia@verizon.net |
| ecohen@russell.com | gary.ravertpllc@gmail.com |
| edward.flanders@pillsburylaw.com | gbray@milbank.com |
| efleck@milbank.com | george.south@dlapiper.com |
| efriedman@fklaw.com | ggitomer@mkbattorneys.com |
| efriedman@friedmanspring.com | ggoodman@foley.com |
| eglas@mccarter.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eleicht@whitecase.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emagnelli@bracheichler.com | goldenberg@ssnyc.com |
| emerberg@mayerbrown.com | gplotko@kramerlevin.com |
| enkaplan@kaplanlandau.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzman@sewkis.com |
| eschwartz@contrariancapital.com | harrisjm@michigan.gov |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@mayerbrown.com | jay.hurst@oag.state.tx.us |
| heim.steve@dorsey.com | jay@kleinsolomon.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hmagaliff@r3mlaw.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| hooper@sewkis.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jchubak@proskauer.com |
| hsnovikoff@wlrk.com | jclose@chapman.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | jdwarner@warnerandscheuerman.com |
| igoldstein@proskauer.com | jdweck@sutherland.com |
| ilevee@lowenstein.com | jdyas@halperinlaw.net |
| irethy@stblaw.com | jean-david.barnea@usdoj.gov |
| israel.dahan@cwt.com | jeanites@whiteandwilliams.com |
| iva.uroic@dechert.com | jeannette.boot@wilmerhale.com |
| jacobsonn@sec.gov | jeff.wittig@coair.com |
| jalward@blankrome.com | jeldredge@velaw.com |
| james.heaney@lawdeb.com | jennifer.demarco@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.gore@shell.com |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamesboyajian@gmail.com | jfreeberg@wfw.com |
| jamestecce@quinnemanuel.com | jg5786@att.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jgenovese@gjb-law.com | john.rapisardi@cwt.com |
| jgoodchild@morganlewis.com | jonathan.goldblatt@bnymellon.com |
| jguy@orrick.com | jonathan.henes@kirkland.com |
| jhiggins@fdlaw.com | jorbach@hahnhessen.com |
| jhorgan@phxa.com | joseph.cordaro@usdoj.gov |
| jhuggett@margolisedelstein.com | joseph.serino@kirkland.com |
| jim@atkinslawfirm.com | joshua.dorchak@morganlewis.com |
| jjtancredi@daypitney.com | jowen769@yahoo.com |
| jjureller@klestadt.com | joy.mathias@dubaiic.com |
| jlamar@maynardcooper.com | jpintarelli@mofo.com |
| jlawlor@wmd-law.com | jporter@entwistle-law.com |
| jlee@foley.com | jprol@lowenstein.com |
| jlevitin@cahill.com | jrabinowitz@rltlawfirm.com |
| jlscott@reedsmith.com | jrsmith@hunton.com |
| jmaddock@mcguirewoods.com | jschiller@bsfllp.com |
| jmakower@tnsj-law.com | jschreib@chapman.com |
| jmazermarino@msek.com | jschwartz@hahnhessen.com |
| jmelko@gardere.com | jsheerin@mcguirewoods.com |
| jmerva@fult.com | jsherman@bsfllp.com |
| jmmurphy@stradley.com | jshickich@riddellwilliams.com |
| jmr@msf-law.com | jsmairo@pbnlaw.com |
| jnm@mccallaraymer.com | jstoll@mayerbrown.com |
| john.beck@hoganlovells.com | jsullivan@mosessinger.com |
| john.monaghan@hklaw.com | jtimko@shutts.com |
| john.mule@ag.state.mn.us | judy.morse@crowedunlevy.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jvail@ssrl.com | kovskyd@pepperlaw.com |
| jwcohen@daypitney.com | kressk@pepperlaw.com |
| jweiss@gibsondunn.com | kreynolds@mklawnyc.com |
| jwest@velaw.com | krodriguez@allenmatkins.com |
| jwh@njlawfirm.com | krosen@lowenstein.com |
| kanema@formanlaw.com | kurt.mayr@bgllp.com |
| karen.wagner@dpw.com | landon@slollp.com |
| karl.geercken@alston.com | lapeterson@foley.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lawrence.gelber@srz.com |
| keith.simon@lw.com | lberkoff@moritthock.com |
| ken.coleman@allenovery.com | lee.stremba@troutmansanders.com |
| ken.higman@hp.com | lee.whidden@dentons.com |
| kerry.moynihan@hro.com | lgranfield@cgsh.com |
| kgwynne@reedsmith.com | lhandelsman@stroock.com |
| khang.tran@hoganlovells.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.solomon@att.net |
| kit.weitnauer@alston.com | ljkotler@duanemorris.com |
| kkelly@ebglaw.com | lkatz@ltblaw.com |
| kkolbig@mosessinger.com | lkiss@klestadt.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| klynch@formanlaw.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lscarcella@farrellfritz.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| lschweitzer@cgsh.com | meggie.gilstrap@bakerbotts.com |
| mabrams@willkie.com | melorod@gtlaw.com |
| maofiling@cgsh.com | meltzere@pepperlaw.com |
| marc.chait@sc.com | metkin@lowenstein.com |
| margolin@hugheshubbard.com | mfeldman@willkie.com |
| mark.bane@ropesgray.com | mginzburg@daypitney.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.mckane@kirkland.com | mgreger@allenmatkins.com |
| mark.sherrill@sutherland.com | mh1@mccallaraymer.com |
| marvin.clements@ag.tn.gov | mhopkins@cov.com |
| matt@willaw.com | michael.frege@cms-hs.com |
| matthew.klepper@dlapiper.com | michael.kelly@monarchlp.com |
| maustin@orrick.com | michael.krauss@faegrebd.com |
| mbenner@tishmanspeyer.com | michael.mccrory@btlaw.com |
| mberman@nixonpeabody.com | michaels@jstriallaw.com |
| mbienenstock@proskauer.com | millee12@nationwide.com |
| mbloemsma@mhjur.com | miller@taftlaw.com |
| mbossi@thompsoncoburn.com | mimi.m.wong@irscounsel.treas.gov |
| mcademartori@sheppardmullin.com | mitchell.ayer@tklaw.com |
| mcarthurk@sullcrom.com | mjedelman@vedderprice.com |
| mccarthyj@sullcrom.com | mjr1@westchestergov.com |
| mcordone@stradley.com | mlahaie@akingump.com |
| mcto@debevoise.com | mlandman@lcbf.com |
| mcyganowski@oshr.com | mlichtenstein@crowell.com |
| mdorval@stradley.com | mlynch2@travelers.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mmendez@crb-law.com | neal.mann@oag.state.ny.us |
| mmorreale@us.mufg.jp | ned.schodek@shearman.com |
| mneier@ibolaw.com | neilberger@teamtogut.com |
| monica.lawless@brookfieldproperties.com | nherman@morganlewis.com |
| mpage@kelleydrye.com | nissay_10259-0154@mhmjapan.com |
| mparry@mosessinger.com | nlepore@schnader.com |
| mprimoff@kayescholer.com | notice@bkcylaw.com |
| mpucillo@bermanesq.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mrothchild@mofo.com | paronzon@milbank.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| msegarra@mayerbrown.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | philip.wells@ropesgray.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| psp@njlawfirm.com | rnetzer@willkie.com |
| ptrostle@jenner.com | robert.dombroff@bingham.com |
| raj.madan@skadden.com | robert.honeywell@klgates.com |
| ramona.neal@hp.com | robert.malone@dbr.com |
| raul.alcantar@alcantarlaw.com | robert.yalen@usdoj.gov |
| rbeacher@pryorcashman.com | robin.keller@lovells.com |
| rbernard@foley.com | roger@rnagioff.com |
| rbyman@jenner.com | ross.martin@ropesgray.com |
| rdaversa@orrick.com | rpedone@nixonpeabody.com |
| relgidely@gjb-law.com | rrainer@wmd-law.com |
| rflanagan@flanassoc.com | rroupinian@outtengolden.com |
| rfriedman@silvermanacampora.com | rrussell@andrewskurth.com |
| rgmason@wlrk.com | russj4478@aol.com |
| rgoodman@moundcotton.com | sabin.willett@bingham.com |
| rgraham@whitecase.com | sabramowitz@velaw.com |
| rhett.campbell@tklaw.com | sabvanrooy@hotmail.com |
| rhorkovich@andersonkill.com | sally.henry@skadden.com |
| richard.fingard@newedge.com | samuel.cavior@pillsburylaw.com |
| richard.lear@hklaw.com | sandyscafaria@eaton.com |
| richard@rwmaplc.com | scargill@lowenstein.com |
| rick.murphy@sutherland.com | schager@ssnyc.com |
| rjones@boultcummings.com | schannej@pepperlaw.com |
| rleek@hodgsonruss.com | schepis@pursuitpartners.com |
| rlevin@cravath.com | schnabel.eric@dorsey.com |
| rmatzat@hahnhessen.com | schristianson@buchalter.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| scott.golden@hoganlovells.com | smulligan@bsblawyers.com |
| scottj@sullcrom.com | snewman@katskykorins.com |
| scottshelley@quinnemanuel.com | sory@fdlaw.com |
| scousins@armstrongteasdale.com | squsba@stblaw.com |
| sdnyecf@dor.mo.gov | sree@lcbf.com |
| seba.kurian@invesco.com | sschultz@akingump.com |
| sehlers@armstrongteasdale.com | sselbst@herrick.com |
| sfalanga@connellfoley.com | sshimshak@paulweiss.com |
| sfelderstein@ffwplaw.com | sskelly@teamtogut.com |
| sfineman@lchb.com | sstarr@starrandstarr.com |
| sfox@mcguirewoods.com | steele@lowenstein.com |
| sgordon@cahill.com | stephen.cowan@dlapiper.com |
| sgraziano@blbglaw.com | stephen.hessler@kirkland.com |
| sgubner@ebg-law.com | steve.ginther@dor.mo.gov |
| sharbeck@sipc.org | steven.usdin@flastergreenberg.com |
| shari.leventhal@ny.frb.org | steven.wilamowsky@bingham.com |
| shgross5@yahoo.com | streusand@slollp.com |
| sidorsky@butzel.com | susheelkirpalani@quinnemanuel.com |
| sldreyfuss@hlgslaw.com | swolowitz@mayerbrown.com |
| sleo@bm.net | szuch@wiggin.com |
| slerman@ebglaw.com | tannweiler@greerherz.com |
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tdewey@dpklaw.com |
| sloden@diamondmccarthy.com | tgoren@mofo.com |
| smillman@stroock.com | thomas.califano@dlapiper.com |

Lehman Brothers Holdings Inc. Email Service List

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

twheeler@lowenstein.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

# EXHIBIT B

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

POLSINELLI SHALTON FLANIGAN SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET
KANSAS CITY, MO 64112

FARRELL FRITZ, P.C.
ATTN: LEGAL DEPARTMENT ON BEHALF OF LOUIS SCARCELLA
(COUNSEL TO HEGEMON FUND I, LLC)
1320 REXCORP PLAZA
UNIONDALE, NY 11556-1320

# EXHIBIT C

**LBH_NOW_OMNI 441_(6-10-15)**  **LBH_NOW_OMNI 441_(6-10-15)**

| | |
|---|---|
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | JENNIFER C. DEMARCO, ESQ. AND DAVID A. SULLIVAN, ESQ. |
| ATTN: THE DIRECTORS | CLIFFORD CHANCE US LLP |
| HSBC HOUSE | 31 WEST 52ND STREET |
| 68 WEST BAY ROAD, GEORGE TOWN | NEW YORK, NY 10019 |
| GRAND CAYMAN    KY1-1102 | |
| CAYMAN ISLANDS | |