UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
                                                 :

In re                                       :       Chapter 11 Case No.
                                                 :

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :     08-13555 (SCC)
                                               :    **(Jointly Administered)**
                        **Debtors.**         :
                                                 :
------------------------------------------------------------------------------x    Ref. Docket Nos. 49733, 49735-
                                                           49738, 49809, 49812, 49897, 49899,
                                                           49900, 49905, 49906

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                             ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
18th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000165123

To:    BAR(23) MAILID *** 000094063957 ***

ALTUNED HOLDINGS LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O CHAPMAN AND CUTLER LLP
ATTN:  LARRY HALPERIN
1270 AVENUE OF THE AMERICAS 30TH FLOOR
NEW YORK, NY 10020-1708

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Chapter 11 Case No.

08-13555 (SCC)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000094063957 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000165123



ALTUNED HOLDINGS LLC
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O CHAPMAN AND CUTLER LLP
ATTN:  LARRY HALPERIN
1270 AVENUE OF THE AMERICAS 30TH FLOOR
NEW YORK, NY 10020-1708

Please note that your claim # 17727 in the above referenced case and in the amount of
$34,598,122.80 allowed at $20,000,000.00 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: ALTUNED HOLDINGS LLC
INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED
190 ELGIN AVENUE, GEORGE TOWN
GRAND CAYMAN KY1-9005
 CAYMAN ISLANDS

BKM HOLDINGS (CAYMAN) LTD.
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       49900                 in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/11/2015                    Vito Genna, Clerk of Court

                    /s/ Lauren Rodriguez

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 11, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS 30TH FLOOR, NEW YORK, NY 10020-1708 |
| ALTUNED HOLDINGS LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CHAPMAN AND CUTLER LLP, ATTN: LARRY HALPERIN, 1270 AVENUE OF THE AMERICAS 30TH FLOOR, NEW YORK, NY 10020-1708 |
| BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. | ATTN: GIANFRANCO PIRAINO, PIAZZA GARIBALDI, N. 16, SONDRIO (SO) 23100 ITALY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: ALTUNED HOLDINGS LLC, INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX FINCO, LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 3920 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF LUX MASTER S.A.R.L. | EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN; RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., CARVAL INVESTORS, LLC, ATTN: RYAN MORRELL, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O CAR VAL INVESTORS, LLC, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O CAR VAL INVESTORS, LLC, 9320 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O CAR VAL INVESTORS, LLC, 9320  EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: NOMURA CORPORATE FUNDING AMERICAS, LLC, C/O CAR VAL INVESTORS, LLC, 932 EXCELSIOR BLVD., 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| KAUPTHING HF. | ATTN: THORUNN HELGA THORDARDOTTIR, BORGARTUN 19, REYKJAVIK   ICELAND |
| KAUPTHING HF. | NIXON PEABODY LLP, ATTN: RICHARD C. PEDONE, ESQ., 100 SUMMER STREET, BOSTON, MA 02110 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A., 25, CABOT SQUARE, CANARY WHARF, LONDON E14 4QA ENGLAND |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O RICHARDS KIBBE & ORBE L.L.P., ATTN: MANAGING CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| SCOTIABANK | TRANSFEROR: UBS AG, ATTN: ADAM WEINSTOCK, 44 KING STREET, 15TH FLOOR, TORONTO M5H 1H1 CANADA |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | DAVIS POLK & WARDWELL LLP, ATTN: ADAM VANWAGNER, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3947 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, L.P., ATTN: JORDAN MICHELS; 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | C/O MORGAN, LEWIS & BROCKIUS LLP, ATTN: STEVEN GIORDANO, ONE FEDERAL STREET, BOSTON, MA 02110 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS SECURITIES LLC | TRANSFEROR: MARIGLANO INCORPORATED, ATTN: CRAIG PEARSON, 677 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor Count 106