UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Commodity Services Inc.   Case No. 08-13885 (SCC)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>Lehman Brothers Commodities Pte. Ltd. |
|---|---|
| Notices to Transferee should be sent to:<br><br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attn:    Rich Vichaidith<br>Email:   richard.vichaidith@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: |
| Transferred Claim Amount: $7,843,278.00 | |
| Court Claim No.:<br>57866 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
  Name:                                   Name:
  Title:   Alexander Kraemer               Title:   Michael Sutton
           Director                                 Managing Director

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

DB3/ 200295230.1

Lehman Brothers Commodity Services Inc.  
1271 Avenue of the Americas, 39th Floor  
New York, New York 10020, U.S.A.

Attention: Ron Geraghty

Our Ref:   PC/MW/BN

Contact:   Betty Ng  
DID  +65 6213 2689  
Fax  +65 6225 3083

*By Courier and Email*  
*PRIVATE & CONFIDENTIAL*

19 June 2015

Dear Sirs,

**Lehman Brothers Commodities Pte. Ltd. (In Creditors' Voluntary Liquidation)**  
**Notice of Assignment**

We refer to the claim number 57866 in the amount of USD7,843,278 that is owing to Lehman Brothers Commodities Pte. Ltd. (In Creditors' Voluntary Liquidation) (the "**Assignor**") by you (the "**Claim**").

On and with effect from 15 June 2015, the Assignor assigned to Deutsche Bank AG, London Branch (the "**Assignee**") all its rights, title, interest and benefits in and to the Claim.

All future correspondence, dealings, deliveries and payments in respect of the Claim should be made to the Assignee whose details are as follows:

**Deutsche Bank AG, London Branch**

| Address | : | c/o Deutsche Bank Securities Inc.<br>60 Wall Street, 3rd Floor, New York, NY 10005 |
|---|---|---|
| Phone No. | : | +1 212 797 8770 |
| E-mail address | : | richard.vichaidith@db.com |
| Attention | : | Richard Vichaidith |
| Bank Details | : | Deutsche Bank Trust Americas, New York (ABA 021001033)<br><br>Account number: 04411739<br><br>Beneficiary: DEUTSCHE BANK AG LONDON (SWIFT - DEUT GB 2L)<br><br>Ref: Lehman Brothers Commodities PTE / Richard Vichaidith<br><br>Attention: London loans admin / Conor McGovern & Richard Vichaidith |

Please acknowledge this notice by signing and returning the attached acknowledgement to the Assignee and the Assignor.

This notice and any dispute or claim arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) shall be governed by and construed in accordance with the laws of Singapore.

Signed,

**LEHMAN BROTHERS COMMODITIES PTE. LTD.**
**(IN CREDITORS' VOLUNTARY LIQUIDATION)**

By: Chay Fook Yuen

Joint and Several Liquidator and For and on behalf of
Lehman Brothers Commodities Pte Ltd (In Creditors' Voluntary Liquidation)
(without personal liability)

Signed,

**DEUTSCHE BANK AG, LONDON BRANCH**

By: Michael Sutton
Managing Director
For and on behalf of Deutsche Bank AG, London Branch

Signed,

**DEUTSCHE BANK AG, LONDON BRANCH**

By: Alexander Kraemer
Director
For and on behalf of Deutsche Bank AG, London Branch