## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $2,150,000,000

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

CHASE LINCOLN FIRST COMMERCIAL CORPORATION
ATTN: JEFFREY L. PANZO / MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the allowed amount of $2,150,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**FEDERAL NATIONAL MORTGAGE ASSOCIATION**
By: _(Signature)_
(Signature of authorized signatory)
Name: Nadine J. Bates
Title: SVP + Treasurer
Date: 6/17/15

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**
By: _(Signature)_
(Signature of authorized signatory)
Name: Christopher Cestaro
Title: Attorney-in-fact
Date: 6/19/15

EU1/ 53056381.5                                11