ALSTON & BIRD LLP
William S. Sugden (admitted *pro hac vice*)
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Fax: (404) 881-7777

*Attorneys for Nomura Holdings, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.* <br><br> Debtors. | Chapter 11 Case No. <br><br> 08-13555 (SCC) <br><br> (Jointly Administered) |

**NOTICE OF TRANSFER OF CLAIM UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)**

    The claims listed below have been filed in this case. Nomura Holdings, Inc. ("Transferee") hereby provides evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure that, pursuant to certain pledge agreements (collectively, the "Pledge Agreements") entered into with each of the below referenced transferors (collectively, the "Transferors"), Transferee is entitled to receive and take title to all distributions paid or payable in respect of the below-referenced claims and hereby files this notice pursuant to Rule 3001(e) in furtherance of the foregoing.

| TRANSFEROR: <br><br> CAROL, CLAYTON <br> c/o Tatsuya Tanigawa <br> Nishimura & Asahi <br> Ark Mori Building, 28th Fl. <br> 1-12-32 Akasaka Minato-ku <br> Tokyo, 107-6029 <br> JAPAN | Claim No. 23990 | TRANSFEREE: <br><br> NOMURA HOLDINGS, INC. <br> c/o Alston & Bird LLP <br> William S. Sugden <br> 1201 West Peachtree Street, NW <br> Atlanta, GA 30309 |
|---|---|---|
| TRANSFEROR: <br><br> DOE, JOCELYN J. <br> c/o Tatsuya Tanigawa <br> Nishimura & Asahi <br> Ark Mori Building, 28th Fl. | Claim No. 23992 | TRANSFEREE: <br><br> NOMURA HOLDINGS, INC. <br> c/o Alston & Bird LLP <br> William S. Sugden <br> 1201 West Peachtree Street, NW |

| | | |
|---|---|---|
| 1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | | Atlanta, GA 30309 |
| TRANSFEROR:<br><br>MORRIS, JASON P.<br>c/o Tatsuya Tanigawa<br>Nishimura & Asahi<br>Ark Mori Building, 28th Fl.<br>1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | Claim No. 23969 | TRANSFEREE:<br><br>NOMURA HOLDINGS, INC.<br>c/o Alston & Bird LLP<br>William S. Sugden<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309 |
| TRANSFEROR:<br><br>RUBIN, CHARLES<br>c/o Tatsuya Tanigawa<br>Nishimura & Asahi<br>Ark Mori Building, 28th Fl.<br>1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | Claim No. 23972 | TRANSFEREE:<br><br>NOMURA HOLDINGS, INC.<br>c/o Alston & Bird LLP<br>William S. Sugden<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309 |
| TRANSFEROR:<br><br>SOWINSKI, JOHN A.<br>c/o Tatsuya Tanigawa<br>Nishimura & Asahi<br>Ark Mori Building, 28th Fl.<br>1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | Claim No. 23974 | TRANSFEREE:<br><br>NOMURA HOLDINGS, INC.<br>c/o Alston & Bird LLP<br>William S. Sugden<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309 |
| TRANSFEROR:<br><br>STEIN, JEFFREY A.<br>c/o Tatsuya Tanigawa<br>Nishimura & Asahi<br>Ark Mori Building, 28th Fl.<br>1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | Claim No. 23975 | TRANSFEREE:<br><br>NOMURA HOLDINGS, INC.<br>c/o Alston & Bird LLP<br>William S. Sugden<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309 |

| TRANSFEROR:<br><br>TUNG, SHARON W.<br>c/o Tatsuya Tanigawa<br>Nishimura & Asahi<br>Ark Mori Building, 28th Fl.<br>1-12-32 Akasaka Minato-ku<br>Tokyo, 107-6029<br>JAPAN | Claim No. 23949 | TRANSFEREE:<br><br>NOMURA HOLDINGS, INC.<br>c/o Alston & Bird LLP<br>William S. Sugden<br>1201 West Peachtree Street, NW<br>Atlanta, GA 30309 |
|---|---|---|

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: June 19, 2015
    Counsel to Nomura Holdings, Inc.