FILED / RECEIVED

MAY 22 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Adelheid Gretener | Rothschild Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Adelheid Gretener
Voltastrasse 71, 8004 Zürich

Court Claim # (if known): 39109
Amount of Claim: $79,366.67
Date Claim Filed: 10/13/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED
MAY 26 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Matthias Hafner   /s/ Sandra Azzolina    Date: 05/13/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## **EVIDENCE OF TRANSFER OF CLAIM**

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Rothschild Bank AG** ("Transferor") unconditionally and irrevocably transferred to ~~Zurcher Kantonalbank AG~~ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 39109)** of **USD 79,366.67** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Adelheid Gretener

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **April 09, 2015**

**Rothschild Bank AG**

By: _____
Name: Michael Harrer
Title:  Vice President

By: _____
Name: Werner Imper
Title:  Executive

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| CH0034774510 | 39109 | October 13, 2009 | Lehman Brothers Treasury Co. BV | USD 79,366.67 |

**Logistik**
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

**Einschreiben**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 13. Mai 2015

**Partial Transfer of Claim „Lehman Brothers Treasury NV"**

Dear Sir or Madam,

Please find enclosed the originally signed "Form 210A" and "Evidence of Transfer of Claim", released by Rothschild Bank on April 09, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | CH0034774510 |
| Titel: | Tracker Certificates Lehman Br.Sec NV 2007-16.11.10 (EXP.9.11.10) on a Basket of Shs -In Default- |
| Nominal: | -100- |
| Transferor: | Rothschild Bank |
| Transferee: | Adelheid Gretener |
| Initial Proof of Claim Number: | 39109 |

Best regards
Zürcher Kantonalbank

Matthias Hafner          Sandra Azzolina

