FILED / RECEIVED
MAY 22 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) ____________

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Hochstrasser-Graf Gertrud | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Hochstrasser-Graf Gertrud<br>Säntisstrasse 1<br>CH-8442 Hettlingen (Switzerland) | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Hochstrasser-Graf Gertrud<br>Säntisstrasse 1<br>CH-8442 Hettlingen (Switzerland) | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 20'000.00 (face amount of securities) | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Matthias Hafner Sandra Azzolina
Zürcher Kantonalbank
Transferee's Agent

Date: 4.5.2015

RECEIVED
MAY 26 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 20'000.00

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-30.10.08 | XS0324890440 | LBS NV | Lehman Bros Holding Inc | CHF 20'000.00 out of CHF 52'547'000.00 |

**The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to

[illegible]

[illegible]

... are hereby directed to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 30, 2015.

**UBS AG**
Transferor

By ____________________
Name: Stephan Greiler
Title: Associate Director

By ____________________
Name: Matthias Monos
Title: Associate Director

**Logistik**
LOAA2

Zürcher
Kantonalbank

Kontakt LOAA2
Telefon 044 292 98 92
Fax 044 292 86 64
E-Mail corporateactions@zkb.ch
Adresse Postfach
8010 Zürich

**Einschreiben**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zürich, 4. Mai 2015

**Partial Transfer of Claim „Lehman Brothers Treasury NV"**

Dear Sir or Madam,

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim", released by UBS on April 30, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0324890440 |
| Titel: | 5 %(10 % P.A) Barrier Reverse Convertible Lehman Br.Sec NV 2007-30.10.08 (EXP.23.10.08) on a Basket of Shs -In default-(M) |
| Nominal: | Nom. -20'000- |
| Transferor: | UBS |
| Transferee: | Gertrud Hochstrasser-Graf |
| Initial Proof of Claim Number: | 59233 |

Best regards
Zürcher Kantonalbank

Matthias Hafner Sandra Azzolina

9.80
PRIORITY
DIE POST
04.05.15
R
Recommandé
Suisse
PP
RM 627 252 154 CH
04.05.2015
MAY 22 2015