B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Wilmot Yards, L.L.C.</u> | <u>Chase Lincoln First Commercial Corporation</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Wilmot Yards, L.L.C.
P.O. Box 6280
New York, NY 10150
backoffice@wilmotyards.net

*With a copy to:*
Paul Haskel/Tim Lin
Richards Kibbe & Orbe LLP
200 Liberty Street
New York, NY 10281-1003
Telephone: 212-530-1823/212-530-1921
Facsimile : 917-344-8823/917-344-8921
phaskel@rkollp.com/tlin@rkollp.com

Court Claim # (if known): <u>29557.02</u>
Amount of Claim Transferred: <u>$400,000,000.00</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____   Date: 6/17/15
Name of Transferee/Transferee's Agent
Tim Lin/Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $400,000,000

CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

Wilmot Yards, L.L.C.
P.O. Box 6280
New York, NY 10150
backoffice@wilmotyards.net

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $400,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | WILMOT YARDS, L.L.C. |
|---|---|
| By: _____ (Signature of authorized signatory) | By: _____ Transferee/Transferee's Agent |
| Name: Christopher Cestaro | Name: Tim Lin |
| Title: Attorney-in-fact | Title: Authorized Signatory |
| Date: June 19, 2015 | Date: 6/17/15 |