Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse (MONACO) SAM
_____
Name of Transferee

Name and Address where notices
to transferee should be sent:

Cravath, Swaine & Moore LLP   KWJS & S
Mr. Trevor Broad              Mrs. St. Sweeney
825 8th Avenue                570 7'th Avenue
New York, NY 10019            17th Floor
                              NY 10018-1624

Phone: 212-972-3000
Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):


Phone: _____
Last Four Digits of Acct #: _____

_____
Name of Transferor

Court Claim # (if known): 55743
Date Claim Filed: October 29, 2009
Amount of Claim: 75'000 USD XS0252767792
Portion of Claim Transferred (see
Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Bernard Man* (signature)    Date: June 17, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Compagnie Monégasque de Banque sis 23 avenue de la Costa, MC 98000 Monaco** ("Transferor") unconditionally and irrevocably transferred to **Crédit Suisse Monaco sis 27 avenue de la Costa, MC 98000 Monaco** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55 743**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON December 18, 2014.

Compagnie Monégasque de Banque

By: _____
Name: G GHOSTINE
Title: Head of Legal Department

COMPAGNIE MONÉGASQUE DE BANQUE
23, AVENUE DE LA COSTA
B.P. 149
MC 98007 MONACO CEDEX

By: _____
Name: J-P TORELLI
Title: Authorized Agent

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Blocking Number | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0252767792 | 55743 | October 29, 2009 | CA04689 | Lehman Brothers Treasury BV | 25 000 USD |
| XS0252767792 | 55743 | October 29, 2009 | CA04698 | Lehman Brothers Treasury BV | 25 000 USD |
| XS0252767792 | 55743 | October 29, 2009 | CA04699 | Lehman Brothers Treasury BV | 25 000 USD |