EVIDENCE OF TRANSFER OF CLAIM

Exhibit B

TO: United States Bankruptcy Court
Southern District of New York
Attn: Clerk

AND TO: LEHMAN BROTHERS HOLDING INC. ("Debtor")
Case No. 08-13555

Claim #: 26252

**KORE FUND LTD**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**BLACKWELL PARTNERS, LLC – SERIES A**
c/o DUMAC, Inc.
280 South Mangum Street, Suite 210
Durham, NC 27701-3675
Attn: Jannine Lall

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $2,755,855.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

[SIGNATURES ON FOLLOWING PAGE]

IN WITNESS WHEREOF, each of the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated June 16, 2015.

**KORE FUND LTD**

By: _____
Name: J. Gary Kosinski
Title: Investment Manager
Date:

**KORE FIXED INCOME FUND LTD** (now known as "Kore Fund Ltd.")

By: _____
Name: J. Gary Kosinski
Title: Investment Manager
Date:

**BLACKWELL PARTNERS, LLC – SERIES A**
By: Bowery Investment Management, LLC, its Investment Manager

By: _____
Name: Vladimir Jelisavcic
Title: Manager
Date: 6-18-15