Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 08-13555-scc

4   Adv. Case No. 08-01420-scc

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7   LEHMAN BROTHERS HOLDINGS, INC.

8            Debtor.

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10  In Re: LEHMAN BROTHERS HOLDINGS INC. ET AL,

11

12  - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13

14

15

16                U.S. Bankruptcy Court

17                1 Bowling Green

18                New York, New York 10004

19

20                May 20, 2015

21                10:02 AM

22

23  B E F O R E :

24  HON SHELLEY C. CHAPMAN

25  U.S. BANKRUPTCY JUDGE

Page 2

1    Hearing re:  Doc #11661 Seventeenth Application of Hughes

2    Hubbard & Reed, LLP for Allowance of Interim Compensation

3    for Services Rendered and Reimbursement of Actual and

4    Necessary Expenses Incurred from August 1, 2014, through

5    December 31, 2014

6

7    Hearing re:  Doc #48939, Motion to Allow Disclosure of the

8    Derivative Questionnaires

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :

 2   SECURITIES INVESTOR PROTECTION CORPORATION

 3        805 15th Street, NW, Suite 800

 4        Washington, D.C.  20005

 5

 6   BY:  KENNETH J. CAPUTO

 7

 8   HUGHES HUBBARD & REED

 9        Attorney for the SIPA Trustee

10        One Battery Park Plaza

11        New York, NY  10004

12

13   BY:  JAMES B. KOBAK

14        JEFFREY S. MARGOLIN

15

16   SIDLEY AUSTIN LLP

17        787 Seventh Avenue

18        New York, NY  10019

19

20   BY:  CLIFFORD LANEY

21

22

23

24

25
```

```
 1   CRAVATH, SWAINE & MOORE LLP

 2        825 Eighth Avenue

 3        New York, NY  10019

 4

 5   BY:  TREVOR M. BROAD

 6

 7   KELLEY DRYE & WARREN LLP

 8        Counsel for the Plaintiff

 9        101 Park Avenue

10        New York, NY 10178

11

12   BY   ROBERT L. LEHANE, ESQ.

13

14   MORGAN, LEWIS & BOCKIUS LLP

15        Attorney for Deutsche Bank and UBS

16        101 Park Avenue

17        New York, NY  10178

18

19   BY:  JOSHUA DORCHAK

20

21

22

23

24

25
```

Page 5

1    CADWALADER, WICKERSHAM & TAFT LLP

2         Attorney for Morgan Stanley

3         One World Financial Center

4         New York, NY  10281

5

6    BY:  ELLEN M. HALSTEAD

7

8    SHERMAN & STERLING LLP

9         Attorney for Bank of American N.A., Bank of America

10        Corporation

11        599 Lexington Avenue

12        New York, NY  10022

13

14   BY:  JAMES LEE

15

16   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

17        Attorney for Citibank, N.A. and its Affiliates

18        1285 Avenue of the Americas

19        New York, NY  10019

20

21   BY:  WILLIAM A. CLAREMAN

22        LIZA VELAZQUEZ

23

24

25

1   ALSO PRESENT TELEPHONICALLY:

2   GABRIEL GLAZER

3   RAJ V. IYER

4   RISHI KAPOOR

5   MICHAEL G. LINN

6   JASON B. SANJANA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1                    P R O C E E D I N G S

2              THE COURT:  How is everyone today?  All right.

3    Are we doing the LBI calendar first?  All right, please come

4    up.

5              MR. KOBAK:  Good morning, your Honor.  James

6    Kobak, Hughes, Hubbard & Reed for Mr. Giddens, the super

7    trustee.  Your Honor, the only matter on the calendar today

8    is our seventh application for interim fees.

9              THE COURT:  Seventeenth.

10             MR. KOBAK:  Seventeenth, you're right, your Honor.

11   It's been a long time.  There's no opposition to the

12   application and SIPC has filed the statement in support of

13   that, which of course is an idle but considerable reliance,

14   and as you can see, Mr. Caputo is here in court today.

15             This application covers the five-month period from

16   August 1, 2014, through December 31 of that year.  It

17   encompasses approximately 25,000 hours in that five-month

18   period, and reflects our standard ten percent public

19   interest discount.  It is an interim-fee application, so

20   there's also a holdback of ten percent of the total amount

21   that was billed during that time.

22             We voluntarily adjusted our fees, as reflected in

23   the application, both before and after discussions with

24   SIPC, in the amount of approximately $380,000.  We also

25   wrote off expenses that we customarily would charge to other

Page 8

1    clients, in the amount of approximately $85,000.  So that

2    would be a public interest discount.  It reflects a total

3    discount of approximately $2.2 million.

4           This period was a very busy period.  Among other

5    things, we made the first distribution on general estate

6    claims of 17 percent, as well as 100 percent on secured

7    administrative and priority claims.

8           We also did a lot of the work in preparation for

9    the second interim distribution, the motion for which was

10   filed a couple of weeks after the end of the year.  There

11   was very extensive litigation and mediations, which are

12   reflected in the applications.  We've also filed, I think,

13   over 30 objections involving over 362 claims, which resulted

14   in a reduction of general estate claims of over $1.5

15   billion.

16          The other services are more fully described in the

17   application and my supporting affidavit.  And we'd ask the

18   court to enter an order approving the application.

19          THE COURT:  All right.  Thank you very much.  I

20   appreciate your summarizing the events that occurred during

21   the fee period.  Had you not mentioned it, I too was going

22   to mention the occurrence of the distributions to the

23   general unsecured creditors.  Which is something that, as I

24   have said on many occasions, I think nobody anticipated what

25   actually occurred when these cases were filed.  So it's a

Page 9

1    large number.  The reductions that have been voluntarily

2    taken are also large numbers.  And it's most important to

3    view the number in the context of the achievements of the

4    case and the returns to the creditors, which I think are

5    significant and continue to be positive.

6            And astonishingly, there continues to be a lot of

7    work, yet to be done.  In particular, in reliance on SIPC's

8    recommendation, and because there have been no other

9    objections, I will approve the application.

10           MR. KOBAK:  Thank you, your Honor.

11           THE COURT:  Thank you very much.  All right, we're

12   going to move into the LBHI calendar please.  Nothing like

13   having a half-full courtroom for an uncontested matter.  Am

14   I having anyone to talk to here?  Sorry?

15           [MS. HIGHTON?]:  Good morning, your Honor.  It's

16   Diane [HIGHTON?] from (indiscernible).

17           THE COURT:  Oh yes, no I'm sorry.  I meant, are

18   there any of the entities who filed a response, which should

19   be heard this morning.  No?  Okay.  All right.  Let's get

20   started then.

21           [MS. HIGHTON?]:  Okay.  As you know, your Honor,

22   we're here on the debtor's motion to admit the disclosure of

23   the derivatives questionnaires, pursuant to Bankruptcy Code

24   107A.  I'd just like to make a couple points to set the

25   stage for the hearing.  The relief that we're asking for is

Page 10

1    only as to truly non-objecting parties.  We have filed a

2    revised proposed order that does not include anybody who has

3    objected, even well after the deadline that we set.

4             THE COURT:  Okay.  So let me try to clarify, to

5    make sure that we're on the same page.  Coming into this

6    hearing today, I understood that you were carving out --

7    I'll call them truly objecting parties.  But there was also

8    a response filed by J.P. Morgan and Credit Suisse.  And

9    there was a response filed by Citi.  And each of those

10   appear to ask for additional relief or additional clarifying

11   language in the order.  So I'm not quite sure where those

12   stand.

13            [MS. HIGHTON?]:  Right.  They did file a response

14   asking for additional relief.  We then filed a reply where

15   we explained those issues aren't properly teed up.  Nobody

16   has met and conferred.  We haven't even talked about that

17   discovery.  You can bring your motion to compel later.  They

18   then filed, I believe it was last week, a response to that,

19   basically conceding, as I read it, conceding that point in

20   saying, we just want the ability to be able to move to

21   compel later.  So they may be here to mention that, but I

22   think they recognize that it's not actually been teed up on

23   this motion.

24            THE COURT:  Okay.

25            [MS. HIGHTON?]:  And there may not even be a

Page 11

1    dispute yet.

2              THE COURT:  Okay.  Does the order make clear that

3    the derivative questionnaire defined term includes the

4    uploaded materials?  Because that appeared to be, not

5    something that the parties disagreed about.  Correct?

6              [MS. HIGHTON?]:  Right.  It's everything that was

7    uploaded to the website.

8              THE COURT:  To the website, right.  So we're not

9    including subsequent communications, because that's beyond

10   the scope of the relief then, as asked.  And we're not

11   including anything in the nature of a directive that

12   everything be produced to everyone.  That's for another day.

13             [MS. HIGHTON?]:  Exactly, your Honor.

14             THE COURT:  Okay, all right.  Now someone else is

15   standing up.

16             MR. CLAREMAN:  William Clareman from Paul Weiss on

17   behalf of Citibank Entities.  So we had filed a statement in

18   support of the original motion.

19             THE COURT:  Right.

20             MR. CLAREMAN:  And requested that the motion be

21   clarified, so that disclosure would be permitted, not only

22   materials that were in fact uploaded to the website, but any

23   materials by any counterparty that were required to be

24   submitted in connection with the bar date order derivatives

25   questionnaire.  Now if I could just explain the basis for

Page 12

1   that request.

2            THE COURT:  What's the difference between that and

3   what we just said?

4            MR. CLAREMAN:  The reason for our request was,

5   Citi has been litigating with Lehman for years now, and

6   we've had discovery.  And some of that discovery has

7   included derivatives questionnaire responses.  Some of what

8   we were provided by way of derivatives questionnaire

9   responses, which were just simply flipped to us by Lehman,

10  were on their face, I would say, manifestly incomplete.

11  They didn't include trade level details, valuation

12  information.

13           THE COURT:  Okay.  But that's what I just -- but

14  now I'm looking at your response.  And at the very end of

15  numbered paragraph 3, you say, the proposed order should

16  clarify that "derivatives questionnaire" includes all

17  information and materials required by the bar date order,

18  whether such material was uploaded initially to the Lehman

19  claim website, or subsequently provided to Lehman in an

20  alternative manner.

21           MR. CLAREMAN:  That's correct.  And we actually

22  believe that -- so in other words, it wasn't uploaded to the

23  website.  It was simply provided on a hard drive.  We

24  believe that the amended order, the May 1 order, which

25  authorizes disclosure of derivatives questionnaires and any

Page 13

1    supporting materials is sufficient.  So we did not see a

2    need to file a certifiable response to the amended motion.

3    Because we believe that the amended order addressed any

4    concerns that we have.

5              THE COURT:  If no one's confused, that's great,

6    but I'm confused.  Because six minutes ago, we agreed that

7    the order was not going to include subsequently provided

8    materials.  And you just said, yes, it does.  So I need to

9    understand what it is that we're doing here.  Because I

10   understand your point, that kind of retroactively something

11   can become part of the derivatives questionnaire.  But then

12   I don't know how to draw the line between what was

13   delivered, subsequently, and what then began to be delivered

14   as a result of engagement between Lehman on the one hand,

15   and counterparties on the other hand.  So your clarification

16   blends into, I believe, the other request that was made by

17   JPM and Credit Suisse in paragraph 16, which talks about

18   subsequent communications about submissions and

19   clarifications by the counterparties.  Which are relevant

20   and supplement the completeness and accuracy of the

21   derivative questionnaire.  I'm reading from paragraph 16 of

22   the document filed by the Wachtell firm.  So let's hear

23   first from Lehman, what you think is going on.

24             [MS. HIGHTON?]:  Okay.  So I think you're right,

25   your Honor.  The supporting materials that were uploaded --

Page 14

1          THE COURT:  Yes.

2          [MS. HIGHTON?]:  As you know, there is an online

3   questionnaire.  The questionnaire was filled out.  There

4   were supporting materials.  That is within the scope.  That

5   is what we can delineate.  Everybody was on notice.

6          THE COURT:  Sure, right.  But what's just been

7   said was, somebody then sends it -- I'm making this up.

8   Someone sends an email to Lehman and says, gee, my system

9   crashed, or it looks like my upload didn't work.  Can I send

10  you by FedEx the materials?  Right?  So the request is, we

11  want those materials.  And my difficulty is drawing the line

12  between that and the paragraph 16 subsequent communications.

13         [MS. HIGHTON?]:  Right.  That issue -- can we send

14  it to you by Federal Express, is something we have dealt

15  with extensively over the last year.  And where there needed

16  to be additional production of such communications, we've

17  been able to work that out, and give productions.

18         THE COURT:  Right.  But now we've segued into what

19  you're doing in litigation with Citi, versus what the scope

20  of this order is now.  The scope of the authority that

21  you're asking to share, right?

22         [MS. HIGHTON?]:  Right.  The scope of this order

23  is narrower.  It is carefully delineated so that everybody

24  who received notice of our motion, knows exactly what of

25  their stuff is subject to this order.  So we can't just

Page 15

1   throw in subsequent communications now, because that could

2   involve all kinds of things.  Putting aside the

3   extraordinary burden associated with actually producing

4   that, nobody is on notice of that, so it's not on the table.

5          THE COURT:  Right.  So in other words, the answer

6   to Citi's concern, as far as this order goes, is no.  Right?

7          [MS. HIGHTON?]:  Mm hmm.

8          THE COURT:  There's a clear line.  Either it was

9   uploaded or it wasn't.  If it wasn't uploaded, then it's

10  left to an individual litigation to serve a discovery

11  request and based on all the other rules that are

12  applicable, it will be produced, or it won't be produced.

13  But it seems to me, that if the derivatives questionnaires

14  themselves are produced in the context of a litigation, then

15  it's certainly fair game, subject to applicable privileges,

16  that the rest of the stuff, the FedEx box and everything

17  else, be produced.

18          MR. CLAREMAN:  Judge, if I may try one more time

19  to clarify the specific type of information that Citi is

20  requesting.  Because I do think there's a distinction

21  (indiscernible).

22          THE COURT:  I don't want to deal today with what

23  Citi's requesting.  If Citi is requesting something in its

24  litigation, that's to be dealt with in that litigation.  I'm

25  trying to clarify what's going to apply across the board,

Page 16

1    for the relief from the non-disclosure provision of the bar

2    order.

3              MR. CLAREMAN:  I understand that.  And so the

4    derivatives questionnaire, that all of the parties were

5    required to comply with, required the disclosure of

6    individual trade level details.

7              THE COURT:  Yes.

8              MR. CLAREMAN:  So just the trade levels and the

9    trade level valuations.  And so, it is our view that the

10   relief should be applicable to that information that was

11   provided to the estate.  If it happens to be a case, then

12   the party neglected to upload that specific information,

13   trade level details and valuations to the website in error,

14   or because they failed to comply with the bar date order,

15   that group of counterparties should be in a privileged

16   position, by virtue of not having complied with the original

17   bar date order derivatives questionnaire.  And so it is an

18   easy line to draw, we believe, to permit the disclosure of

19   the specific information that was called for by the

20   derivatives questionnaire, and any other information that

21   was provided subsequently, that clearly falls within the

22   plan language of what the derivatives questionnaire was

23   required to provide.

24             THE COURT:  You say clearly falls within the plan

25   language.  You've got thousands of derivative

Page 17

1    questionnaires.  I don't know how many counterparties failed

2    to fully comply.  And then it's a question -- why don't I

3    let you respond.

4           [MS. HIGHTON?]:  Well also, I mean, that's all

5    true, but it's not just who might have failed to comply.

6    There are a lot of subsequent communications.  In some

7    cases, and it's not just ...

8           THE COURT:  That's where the plainly and clear

9    language, we run into a problem, because putting to one side

10   your entitlement to -- what you're entitled to in

11   litigation, this is about LBHI having to determine what

12   falls within the clearly, plainly, and what goes over the

13   line into things that came in, once there was engagement on

14   the claim.

15          My point to you is that it doesn't matter.  In

16   your litigation, your rights are fully preserved, and you

17   are absolutely entitled to request all of that category of

18   stuff.  And subject to the usual rules of privilege, they're

19   not going to be able to rely on the bar order to not

20   produce.  If that's the only reason that they're not

21   producing, then I will give them relief from that provision.

22          But right now, it does not seem appropriate to

23   draw a fuzzy line or to remove a clear line between what was

24   uploaded and everything subsequent.

25          [MS. HIGHTON?]:  And your Honor, that information

Page 18

1     wasn't covered by the bar date order.  That subsequent

2     communication -- is not even covered by the bar date order.

3             THE COURT:  Right, but the important point for

4     this moment right now, is due process.  Right?  The

5     important point is, what did people think was going to

6     happen today?  They were told that you want to produce the

7     derivatives questionnaire.  It didn't say, and everything

8     subsequent.  So I have a concern that thousands of people

9     got this notice.  They decided, I don't care about that.

10    And then maybe they stopped following it.  They didn't read

11    all the rest of the papers, and now there's additional

12    relief, that's really beyond the clarification.  A

13    clarification is -- it includes the uploads.  That's a

14    clarification, because I think the definition of derivatives

15    questionnaire, includes the uploads.  But to include things

16    that you should have uploaded, but did not, I think takes it

17    beyond -- I have a due process concern about folks who are

18    not here, not objecting, on the one hand.  On the other

19    hand, your rights are fully protected.  This doesn't hurt

20    you at all.

21            MS. GROVAK:  Your Honor, Molly Grovak from

22    Wachtell Lipton, I'm here on behalf of the J.P. Morgan

23    entities, that were joined by Credit Suisse, and that was

24    our exact concern.

25            THE COURT:  So what was your exact concern?

1           MS. GROVAK:  Our exact concern is making sure that

2     our rights were protected with respect to discovery.

3           THE COURT:  Of course not, of course.

4           MS. GROVAK:  So given that, the reason we filed a

5     response to Lehman's reply, was to say that, now that we

6     know and we've made clear, and spoken with the parties, that

7     our rights are protected in terms of discovery, and we can

8     seek these subsequent communications, which we view as very

9     important, we're fine.  And we support the order as entered

10    for today.

11          THE COURT:  Sure, all of that is preserved for

12    another day.  Whether somebody has raised their hand now

13    about it, or in some other litigations.

14          MR. CLAREMAN:  Thank you, Your Honor.

15          THE COURT:  Okay, thank you.

16          [MS. HIGHTON?]:  And one more thing, your Honor,

17    we have negotiated some minor modifications to the proposed

18    order, and so we'll be submitting a new order to you.

19          THE COURT:  There was one other point that I

20    didn't quite understand, the retention of jurisdiction

21    point.  I think that it was in the Wachtell pleading,

22    paragraph 15, the last decretal paragraph of the proposed

23    order, appears to mandate that this Court retain

24    jurisdiction over any disputes related to the proposed

25    order, vagueness.  I mean, I only have the jurisdiction that

Page 20

1    I have.

2            MS. GROVAK:  We are fine with the order that was

3    proposed for today.

4            [MS. HIGHTON?]:  I guess we changed the language -

5    - ordered that this court retains jurisdiction to interpret,

6    implement, and enforce the provisions of this order.  So we

7    just tightened it up.  Everybody seemed okay with that.

8            THE COURT:  It seems remarkably close to the other

9    language, but that's fine.  If you're okay.

10           MS. GROVAK:  We're okay with it.

11           THE COURT:  Okay, good.

12           [MS. HIGHTON?]:  Yeah, just tightened it up a

13    little.

14           THE COURT:  Okay.  So is there anything else that

15    we need to talk about, or anyone else who would like to be

16    heard with respect to LBHI's motion to allow disclosure of

17    the derivative questionnaires?  Okay.  I'm going to approve

18    the order.  I'll need to review the revised form because I

19    don't think I've seen it.  What's your process for dealing

20    with the objectors?

21           [MS. HIGHTON?]:  Your Honor, we've been

22    negotiating with them.  First of all, anybody that is a non-

23    objector, that wants to jump into the objector pile today,

24    and continue negotiating with us, is welcome to do that.  We

25    really want to make sure that this order being entered is

Page 21

```
 1    only for non-objectors.  But what we've been doing, is

 2    trying to work out some kind of a global solution, if

 3    possible, along the lines of anonymization, a narrow

 4    anonymization of the questionnaires that are really

 5    confidential.  And there are several objectors, so it's

 6    taking us a while to do that.  But we're hopeful that we can

 7    get this order entered, and then move on, and be able to

 8    present you with something that will work for everyone.

 9              THE COURT:  I'm just going to hang back and let

10    you do all of that.  It raises a number of questions, in

11    terms of how that meshes with other litigations, but I'll

12    let those people raise those issues and you solve them

13    before I think more about them.

14              [MS. HIGHTON?]:  Okay great.  We'll narrow it

15    down.

16              THE COURT:  Okay.  All right, thank you all very

17    much.  Have a lovely day.

18

19

20

21

22

23

24

25
```

Page 22

1

2                          I N D E X

3

4                          RULINGS

5                                               Page        Line

6    Motion to Allow Disclosure

7    Of the Derivative Questionnaires.          17          17

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 23

1                    C E R T I F I C A T I O N

2

3    I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5
     Sonya                    Digitally signed by Sonya Ledanski
                              Hyde
6    Ledanski Hyde            DN: cn=Sonya Ledanski Hyde, o, ou,
                              email=digital1@veritext.com, c=US
                              Date: 2015.05.21 17:29:00 -04'00'
7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 21, 2015

[& - claims]                                                                    Page 1

**&**

**&**  2:2 3:8 4:1,7,14
  5:1,8,16 7:6

**0**

**08-01420**  1:4
**08-13555**  1:3

**1**

**1**  1:17 2:4 7:16
  12:24
**1.5**  8:14
**100**  8:6
**10004**  1:18 3:11
**10019**  3:18 4:3 5:19
**10022**  5:12
**101**  4:9,16
**10178**  4:10,17
**10281**  5:4
**107a**  9:24
**10:02**  1:21
**11501**  23:23
**11661**  2:1
**1285**  5:18
**15**  19:22
**15th**  3:3
**16**  13:17,21 14:12
**17**  8:6 22:7,7

**2**

**2.2**  8:3
**20**  1:20
**20005**  3:4
**2014**  2:4,5 7:16
**2015**  1:20 23:25
**21**  23:25
**25,000**  7:17

**3**

**3**  12:15
**30**  8:13
**300**  23:22
**31**  2:5 7:16
**330**  23:21
**362**  8:13
**380,000**  7:24

**4**

**48939**  2:7

**5**

**599**  5:11

**7**

**787**  3:17

**8**

**800**  3:3
**805**  3:3
**825**  4:2
**85,000**  8:1

**a**

**ability**  10:20
**able**  10:20 14:17
  17:19 21:7
**absolutely**  17:17
**accuracy**  13:20
**accurate**  23:4
**achievements**  9:3
**actual**  2:3
**additional**  10:10,10
  10:14 14:16 18:11
**addressed**  13:3
**adjusted**  7:22
**administrative**  8:7
**admit**  9:22
**adv**  1:4
**affidavit**  8:17
**affiliates**  5:17
**ago**  13:6
**agreed**  13:6
**al**  1:10
**allow**  2:7 20:16
  22:6
**allowance**  2:2
**alternative**  12:20
**amended**  12:24
  13:2,3
**america**  5:9
**american**  5:9
**americas**  5:18
**amount**  7:20,24 8:1
**anonymization**
  21:3,4

**answer**  15:5
**anticipated**  8:24
**anybody**  10:2 20:22
**appear**  10:10
**appeared**  11:4
**appears**  19:23
**applicable**  15:12,15
  16:10
**application**  2:1 7:8
  7:12,15,19,23 8:17
  8:18 9:9
**applications**  8:12
**apply**  15:25
**appreciate**  8:20
**appropriate**  17:22
**approve**  9:9 20:17
**approving**  8:18
**approximately**  7:17
  7:24 8:1,3
**aren't**  10:15
**aside**  15:2
**asked**  11:10
**asking**  9:25 10:14
  14:21
**associated**  15:3
**astonishingly**  9:6
**attorney**  3:9 4:15
  5:2,9,17
**august**  2:4 7:16
**austin**  3:16
**authority**  14:20
**authorizes**  12:25
**avenue**  3:17 4:2,9
  4:16 5:11,18

**b**

**b**  1:23 3:13 6:6
**back**  21:9
**bank**  4:15 5:9,9
**bankruptcy**  1:1,16
  1:25 9:23
**bar**  11:24 12:17
  16:1,14,17 17:19
  18:1,2
**based**  15:11
**basically**  10:19
**basis**  11:25

**battery**  3:10
**began**  13:13
**behalf**  11:17 18:22
**believe**  10:18 12:22
  12:24 13:3,16 16:18
**beyond**  11:9 18:12
  18:17
**billed**  7:21
**billion**  8:15
**blends**  13:16
**board**  15:25
**bockius**  4:14
**bowling**  1:17
**box**  15:16
**bring**  10:17
**broad**  4:5
**brothers**  1:7,10
**burden**  15:3
**busy**  8:4

**c**

**c**  1:24 3:1 7:1 23:1,1
**cadwalader**  5:1
**calendar**  7:3,7 9:12
**call**  10:7
**called**  16:19
**can't**  14:25
**caputo**  3:6 7:14
**care**  18:9
**carefully**  14:23
**carving**  10:6
**case**  1:3,4 9:4 16:11
**cases**  8:25 17:7
**category**  17:17
**center**  5:3
**certainly**  15:15
**certifiable**  13:2
**certified**  23:3
**changed**  20:4
**chapman**  1:24
**charge**  7:25
**citi**  10:9 12:5 14:19
  15:19,23
**citibank**  5:17 11:17
**citi's**  15:6,23
**claim**  12:19 17:14
**claims**  8:6,7,13,14

**clareman** 5:21
11:16,16,20 12:4,21
15:18 16:3,8 19:14
**clarification** 13:15
18:12,13,14
**clarifications** 13:19
**clarified** 11:21
**clarify** 10:4 12:16
15:19,25
**clarifying** 10:10
**clear** 11:2 15:8 17:8
17:23 19:6
**clearly** 16:21,24
17:12
**clients** 8:1
**clifford** 3:20
**close** 20:8
**code** 9:23
**come** 7:3
**coming** 10:5
**communication**
18:2
**communications**
11:9 13:18 14:12,16
15:1 17:6 19:8
**compel** 10:17,21
**compensation** 2:2
**completeness** 13:20
**complied** 16:16
**comply** 16:5,14
17:2,5
**conceding** 10:19,19
**concern** 15:6 18:8
18:17,24,25 19:1
**concerns** 13:4
**conferred** 10:16
**confidential** 21:5
**confused** 13:5,6
**connection** 11:24
**considerable** 7:13
**context** 9:3 15:14
**continue** 9:5 20:24
**continues** 9:6
**corporation** 3:2
5:10
**correct** 11:5 12:21

**counsel** 4:8
**counterparties**
13:15,19 16:15 17:1
**counterparty** 11:23
**country** 23:21
**couple** 8:10 9:24
**course** 7:13 19:3,3
**court** 1:1,16 7:2,9
7:14 8:18,19 9:11
9:17 10:4,24 11:2,8
11:14,19 12:2,13
13:5 14:1,6,18 15:5
15:8,22 16:7,24
17:8 18:3,25 19:3
19:11,15,19,23 20:5
20:8,11,14 21:9,16
**courtroom** 9:13
**covered** 18:1,2
**covers** 7:15
**crashed** 14:9
**cravath** 4:1
**credit** 10:8 13:17
18:23
**creditors** 8:23 9:4
**customarily** 7:25

**d**

**d** 7:1 22:2
**d.c.** 3:4
**date** 11:24 12:17
16:14,17 18:1,2
23:25
**day** 11:12 19:12
21:17
**deadline** 10:3
**deal** 15:22
**dealing** 20:19
**dealt** 14:14 15:24
**debtor** 1:8
**debtor's** 9:22
**december** 2:5 7:16
**decided** 18:9
**decretal** 19:22
**defined** 11:3
**definition** 18:14
**delineate** 14:5
**delineated** 14:23

**delivered** 13:13,13
**derivative** 2:8 11:3
13:21 16:25 20:17
22:7
**derivatives** 9:23
11:24 12:7,8,16,25
13:11 15:13 16:4,17
16:20,22 18:7,14
**described** 8:16
**details** 12:11 16:6
16:13
**determine** 17:11
**deutsche** 4:15
**diane** 9:16
**didn't** 12:11 14:9
18:7,10 19:20
**difference** 12:2
**difficulty** 14:11
**directive** 11:11
**disagreed** 11:5
**disclosure** 2:7 9:22
11:21 12:25 16:1,5
16:18 20:16 22:6
**discount** 7:19 8:2,3
**discovery** 10:17
12:6,6 15:10 19:2,7
**discussions** 7:23
**dispute** 11:1
**disputes** 19:24
**distinction** 15:20
**distribution** 8:5,9
**distributions** 8:22
**district** 1:2
**doc** 2:1,7
**document** 13:22
**doesn't** 17:15 18:19
**doing** 7:3 13:9
14:19 21:1
**don't** 13:12 15:22
17:1,2 18:9 20:19
**dorchak** 4:19
**draw** 13:12 16:18
17:23
**drawing** 14:11
**drive** 12:23
**drye** 4:7

**due** 18:4,17

**e**

**e** 1:23,23 3:1,1 7:1,1
22:2 23:1
**easy** 16:18
**eighth** 4:2
**either** 15:8
**ellen** 5:6
**email** 14:8
**encompasses** 7:17
**enforce** 20:6
**engagement** 13:14
17:13
**enter** 8:18
**entered** 19:9 20:25
21:7
**entities** 9:18 11:17
18:23
**entitled** 17:10,17
**entitlement** 17:10
**error** 16:13
**esq** 4:12
**estate** 8:5,14 16:11
**et** 1:10
**events** 8:20
**everybody** 14:5,23
20:7
**exact** 18:24,25 19:1
**exactly** 11:13 14:24
**expenses** 2:4 7:25
**explain** 11:25
**explained** 10:15
**express** 14:14
**extensive** 8:11
**extensively** 14:15
**extraordinary** 15:3

**f**

**f** 1:23 23:1
**face** 12:10
**fact** 11:22
**failed** 16:14 17:1,5
**fair** 15:15
**falls** 16:21,24 17:12
**far** 15:6
**federal** 14:14

[fedex - litigations]                                                                     Page 3

**fedex**  14:10 15:16
**fee**  7:19 8:21
**fees**  7:8,22
**file**  10:13 13:2
**filed**  7:12 8:10,12
  8:25 9:18 10:1,8,9
  10:14,18 11:17
  13:22 19:4
**filled**  14:3
**financial**  5:3
**fine**  19:9 20:2,9
**firm**  13:22
**first**  7:3 8:5 13:23
  20:22
**five**  7:15,17
**flipped**  12:9
**folks**  18:17
**following**  18:10
**foregoing**  23:3
**form**  20:18
**full**  9:13
**fully**  8:16 17:2,16
  18:19
**fuzzy**  17:23

**g**

**g**  6:5 7:1
**gabriel**  6:2
**game**  15:15
**garrison**  5:16
**gee**  14:8
**general**  8:5,14,23
**giddens**  7:6
**give**  14:17 17:21
**given**  19:4
**glazer**  6:2
**global**  21:2
**goes**  15:6 17:12
**going**  8:21 9:12
  13:7,23 15:25 17:19
  18:5 20:17 21:9
**good**  7:5 9:15 20:11
**great**  13:5 21:14
**green**  1:17
**group**  16:15
**grovak**  18:21,21
  19:1,4 20:2,10

**guess**  20:4

**h**

**half**  9:13
**halstead**  5:6
**hand**  13:14,15
  18:18,19 19:12
**hang**  21:9
**happen**  18:6
**happens**  16:11
**hard**  12:23
**haven't**  10:16
**hear**  13:22
**heard**  9:19 20:16
**hearing**  2:1,7 9:25
  10:6
**highton**  9:15,16,21
  10:13,25 11:6,13
  13:24 14:2,13,22
  15:7 17:4,25 19:16
  20:4,12,21 21:14
**hmm**  15:7
**holdback**  7:20
**holdings**  1:7,10
**hon**  1:24
**honor**  7:5,7,10 9:10
  9:15,21 11:13 13:25
  17:25 18:21 19:14
  19:16 20:21
**hopeful**  21:6
**hours**  7:17
**hubbard**  2:2 3:8 7:6
**hughes**  2:1 3:8 7:6
**hurt**  18:19
**hyde**  2:25 23:3,8

**i**

**idle**  7:13
**implement**  20:6
**important**  9:2 18:3
  18:5 19:9
**include**  10:2 12:11
  13:7 18:15
**included**  12:7
**includes**  11:3 12:16
  18:13,15
**including**  11:9,11

**incomplete**  12:10
**incurred**  2:4
**indiscernible**  9:16
  15:21
**individual**  15:10
  16:6
**information**  12:12
  12:17 15:19 16:10
  16:12,19,20 17:25
**initially**  12:18
**interest**  7:19 8:2
**interim**  2:2 7:8,19
  8:9
**interpret**  20:5
**investor**  3:2
**involve**  15:2
**involving**  8:13
**issue**  14:13
**issues**  10:15 21:12
**it's**  7:11 8:25 9:2,15
  10:22 11:6 15:4,9
  15:15 17:2,5,7 21:5
**iyer**  6:3
**i'd**  9:24
**i'll**  10:7 20:18 21:11
**i'm**  9:17 10:11
  12:14 13:6,21 14:7
  15:24 18:22 20:17
  21:9
**i've**  20:19

**j**

**j**  3:6
**j.p.**  10:8 18:22
**james**  3:13 5:14 7:5
**jason**  6:6
**jeffrey**  3:14
**joined**  18:23
**joshua**  4:19
**jpm**  13:17
**judge**  1:25 15:18
**jump**  20:23
**jurisdiction**  19:20
  19:24,25 20:5

**k**

**kapoor**  6:4

**kelley**  4:7
**kenneth**  3:6
**kind**  13:10 21:2
**kinds**  15:2
**know**  9:21 13:12
  14:2 17:1 19:6
**knows**  14:24
**kobak**  3:13 7:5,6,10
  9:10

**l**

**l**  4:12
**laney**  3:20
**language**  10:11
  16:22,25 17:9 20:4
  20:9
**large**  9:1,2
**lbhi**  9:12 17:11
**lbhi's**  20:16
**lbi**  7:3
**ledanski**  2:25 23:3
  23:8
**lee**  5:14
**left**  15:10
**legal**  23:20
**lehane**  4:12
**lehman**  1:7,10 12:5
  12:9,18,19 13:14,23
  14:8
**lehman's**  19:5
**let's**  9:19 13:22
**level**  12:11 16:6,9
  16:13
**levels**  16:8
**lewis**  4:14
**lexington**  5:11
**line**  13:12 14:11
  15:8 16:18 17:13,23
  17:23 22:5
**lines**  21:3
**linn**  6:5
**lipton**  18:22
**litigating**  12:5
**litigation**  8:11
  14:19 15:10,14,24
  15:24 17:11,16
**litigations**  19:13
  21:11

**little** 20:13
**liza** 5:22
**llp** 2:2 3:16 4:1,7,14
  5:1,8,16
**long** 7:11
**looking** 12:14
**looks** 14:9
**lot** 8:8 9:6 17:6
**lovely** 21:17

**m**

**m** 4:5 5:6
**making** 14:7 19:1
**mandate** 19:23
**manifestly** 12:10
**manner** 12:20
**margolin** 3:14
**material** 12:18
**materials** 11:4,22
  11:23 12:17 13:1,8
  13:25 14:4,10,11
**matter** 1:6 7:7 9:13
  17:15
**mean** 17:4 19:25
**meant** 9:17
**mediations** 8:11
**mention** 8:22 10:21
**mentioned** 8:21
**meshes** 21:11
**met** 10:16
**michael** 6:5
**million** 8:3
**mineola** 23:23
**minor** 19:17
**minutes** 13:6
**mm** 15:7
**modifications** 19:17
**molly** 18:21
**moment** 18:4
**month** 7:15,17
**moore** 4:1
**morgan** 4:14 5:2
  10:8 18:22
**morning** 7:5 9:15
  9:19
**motion** 2:7 8:9 9:22
  10:17,23 11:18,20
  13:2 14:24 20:16

22:6
**move** 9:12 10:20
  21:7

**n**

**n** 3:1 7:1 22:2 23:1
**n.a.** 5:9,17
**narrow** 21:3,14
**narrower** 14:23
**nature** 11:11
**necessary** 2:4
**need** 13:2,8 20:15
  20:18
**needed** 14:15
**neglected** 16:12
**negotiated** 19:17
**negotiating** 20:22
  20:24
**new** 1:2,18,18 3:11
  3:18 4:3,10,17 5:4
  5:12,19 19:18
**non** 10:1 16:1 20:22
  21:1
**notice** 14:5,24 15:4
  18:9
**number** 9:1,3 21:10
**numbered** 12:15
**numbers** 9:2
**nw** 3:3
**ny** 3:11,18 4:3,10
  4:17 5:4,12,19
  23:23

**o**

**o** 1:23 7:1 23:1
**objected** 10:3
**objecting** 10:1,7
  18:18
**objections** 8:13 9:9
**objector** 20:23,23
**objectors** 20:20
  21:1,5
**occasions** 8:24
**occurred** 8:20,25
**occurrence** 8:22
**oh** 9:17
**okay** 9:19,21 10:4
  10:24 11:2,14 12:13

13:24 19:15 20:7,9
  20:10,11,14,17
  21:14,16
**old** 23:21
**once** 17:13
**one's** 13:5
**online** 14:2
**opposition** 7:11
**order** 8:18 10:2,11
  11:2,24 12:15,17,24
  12:24 13:3,7 14:20
  14:22,25 15:6 16:2
  16:14,17 17:19 18:1
  18:2 19:9,18,18,23
  19:25 20:2,6,18,25
  21:7
**ordered** 20:5
**original** 11:18
  16:16

**p**

**p** 3:1,1 7:1
**page** 10:5 22:5
**papers** 18:11
**paragraph** 12:15
  13:17,21 14:12
  19:22,22
**park** 3:10 4:9,16
**part** 13:11
**particular** 9:7
**parties** 10:1,7 11:5
  16:4 19:6
**party** 16:12
**paul** 5:16 11:16
**people** 18:5,8 21:12
**percent** 7:18,20 8:6
  8:6
**period** 7:15,18 8:4,4
  8:21
**permit** 16:18
**permitted** 11:21
**pile** 20:23
**plainly** 17:8,12
**plaintiff** 4:8
**plan** 16:22,24
**plaza** 3:10
**pleading** 19:21

**please** 7:3 9:12
**point** 10:19 13:10
  17:15 18:3,5 19:19
  19:21
**points** 9:24
**position** 16:16
**positive** 9:5
**possible** 21:3
**preparation** 8:8
**present** 6:1 21:8
**preserved** 17:16
  19:11
**priority** 8:7
**privilege** 17:18
**privileged** 16:15
**privileges** 15:15
**problem** 17:9
**proceedings** 23:4
**process** 18:4,17
  20:19
**produce** 17:20 18:6
**produced** 11:12
  15:12,12,14,17
**producing** 15:3
  17:21
**production** 14:16
**productions** 14:17
**properly** 10:15
**proposed** 10:2
  12:15 19:17,22,24
  20:3
**protected** 18:19
  19:2,7
**protection** 3:2
**provide** 16:23
**provided** 12:8,19
  12:23 13:7 16:11,21
**provision** 16:1
  17:21
**provisions** 20:6
**public** 7:18 8:2
**pursuant** 9:23
**putting** 15:2 17:9

**q**

**question** 17:2
**questionnaire** 11:3
  11:25 12:7,8,16

[questionnaire - that's]                                                                                    Page 5

13:11,21 14:3,3
16:4,17,20,22 18:7
18:15
**questionnaires**  2:8
9:23 12:25 15:13
17:1 20:17 21:4
22:7
**questions**  21:10
**quite**  10:11 19:20

**r**

**r**  1:23 3:1 7:1 23:1
**raise**  21:12
**raised**  19:12
**raises**  21:10
**raj**  6:3
**read**  10:19 18:10
**reading**  13:21
**really**  18:12 20:25
21:4
**reason**  12:4 17:20
19:4
**received**  14:24
**recognize**  10:22
**recommendation**
9:8
**record**  23:4
**reduction**  8:14
**reductions**  9:1
**reed**  2:2 3:8 7:6
**reflected**  7:22 8:12
**reflects**  7:18 8:2
**reimbursement**  2:3
**related**  19:24
**relevant**  13:19
**reliance**  7:13 9:7
**relief**  9:25 10:10,14
11:10 16:1,10 17:21
18:12
**rely**  17:19
**remarkably**  20:8
**remove**  17:23
**rendered**  2:3
**reply**  10:14 19:5
**request**  12:1,4
13:16 14:10 15:11
17:17

**requested**  11:20
**requesting**  15:20,23
15:23
**required**  11:23
12:17 16:5,5,23
**respect**  19:2 20:16
**respond**  17:3
**response**  9:18 10:8
10:9,13,18 12:14
13:2 19:5
**responses**  12:7,9
**rest**  15:16 18:11
**result**  13:14
**resulted**  8:13
**retain**  19:23
**retains**  20:5
**retention**  19:20
**retroactively**  13:10
**returns**  9:4
**review**  20:18
**revised**  10:2 20:18
**rifkind**  5:16
**right**  7:2,3,10 8:19
9:11,19 10:13 11:6
11:8,14,19 13:24
14:6,10,13,18,21,22
15:5,6 17:22 18:3,4
18:4 21:16
**rights**  17:16 18:19
19:2,7
**rishi**  6:4
**road**  23:21
**robert**  4:12
**rules**  15:11 17:18
**rulings**  22:4
**run**  17:9

**s**

**s**  3:1,14 7:1
**sanjana**  6:6
**saying**  10:20
**says**  14:8
**scc**  1:3,4
**scope**  11:10 14:4,19
14:20,22
**second**  8:9
**secured**  8:6

**securities**  3:2
**see**  7:14 13:1
**seek**  19:8
**seen**  20:19
**segued**  14:18
**send**  14:9,13
**sends**  14:7,8
**serve**  15:10
**services**  2:3 8:16
**set**  9:24 10:3
**seventeenth**  2:1 7:9
7:10
**seventh**  3:17 7:8
**share**  14:21
**shelley**  1:24
**sherman**  5:8
**side**  17:9
**sidley**  3:16
**significant**  9:5
**simply**  12:9,23
**sipa**  3:9
**sipc**  7:12,24
**sipc's**  9:7
**six**  13:6
**solution**  21:2
**solutions**  23:20
**solve**  21:12
**somebody**  14:7
19:12
**sonya**  2:25 23:3,8
**sorry**  9:14,17
**southern**  1:2
**specific**  15:19 16:12
16:19
**spoken**  19:6
**stage**  9:25
**stand**  10:12
**standard**  7:18
**standing**  11:15
**stanley**  5:2
**started**  9:20
**statement**  7:12
11:17
**states**  1:1
**sterling**  5:8
**stopped**  18:10

**street**  3:3
**stuff**  14:25 15:16
17:18
**subject**  14:25 15:15
17:18
**submissions**  13:18
**submitted**  11:24
**submitting**  19:18
**subsequent**  11:9
13:18 14:12 15:1
17:6,24 18:1,8 19:8
**subsequently**  12:19
13:7,13 16:21
**sufficient**  13:1
**suisse**  10:8 13:17
18:23
**suite**  3:3 23:22
**summarizing**  8:20
**super**  7:6
**supplement**  13:20
**support**  7:12 11:18
19:9
**supporting**  8:17
13:1,25 14:4
**sure**  10:5,11 14:6
19:1,11 20:25
**swaine**  4:1
**system**  14:8

**t**

**t**  23:1,1
**table**  15:4
**taft**  5:1
**taken**  9:2
**takes**  18:16
**talk**  9:14 20:15
**talked**  10:16
**talks**  13:17
**teed**  10:15,22
**telephonically**  6:1
**ten**  7:18,20
**term**  11:3
**terms**  19:7 21:11
**thank**  8:19 9:10,11
19:14,15 21:16
**that's**  11:9,12 12:13
12:21 13:5 15:24
17:4,8,20 18:12,13

20:9
**there's**   7:11,20 15:8
   15:20 18:11
**they're**   17:18,20
**thing**   19:16
**things**   8:5 15:2
   17:13 18:15
**think**   8:12,24 9:4
   10:22 13:23,24
   15:20 18:5,14,16
   19:21 20:19 21:13
**thousands**   16:25
   18:8
**throw**   15:1
**tightened**   20:7,12
**time**   7:11,21 15:18
**today**   7:2,7,14 10:6
   15:22 18:6 19:10
   20:3,23
**told**   18:6
**total**   7:20 8:2
**trade**   12:11 16:6,8,9
   16:13
**transcribed**   2:25
**transcript**   23:4
**trevor**   4:5
**true**   17:5 23:4
**truly**   10:1,7
**trustee**   3:9 7:7
**try**   10:4 15:18
**trying**   15:25 21:2
**type**   15:19

**u**

**u.s.**   1:16,25
**ubs**   4:15
**uncontested**   9:13
**understand**   13:9,10
   16:3 19:20
**understood**   10:6
**united**   1:1
**unsecured**   8:23
**upload**   14:9 16:12
**uploaded**   11:4,7,22
   12:18,22 13:25 15:9
   15:9 17:24 18:16
**uploads**   18:13,15

**usual**   17:18

**v**

**v**   6:3
**vagueness**   19:25
**valuation**   12:11
**valuations**   16:9,13
**velazquez**   5:22
**veritext**   23:20
**versus**   14:19
**view**   9:3 16:9 19:8
**virtue**   16:16
**voluntarily**   7:22 9:1

**w**

**wachtell**   13:22
   18:22 19:21
**want**   10:20 14:11
   15:22 18:6 20:25
**wants**   20:23
**warren**   4:7
**washington**   3:4
**wasn't**   12:22 15:9,9
   18:1
**way**   12:8
**website**   11:7,8,22
   12:19,23 16:13
**week**   10:18
**weeks**   8:10
**weiss**   5:16 11:16
**welcome**   20:24
**we'd**   8:17
**we'll**   19:18 21:14
**we're**   9:11,22,25
   10:5 11:8,10 13:9
   19:9 20:10 21:6
**we've**   8:12 12:6
   14:16,18 19:6 20:21
   21:1
**wharton**   5:16
**what's**   12:2 14:6
   15:25 20:19
**wickersham**   5:1
**william**   5:21 11:16
**won't**   15:12
**words**   12:22 15:5
**work**   8:8 9:7 14:9
   14:17 21:2,8

**world**   5:3
**wrote**   7:25

**x**

**x**   1:5,9,12 22:2

**y**

**yeah**   20:12
**year**   7:16 8:10
   14:15
**years**   12:5
**york**   1:2,18,18 3:11
   3:18 4:3,10,17 5:4
   5:12,19
**you're**   7:10 13:24
   14:19,21 17:10 20:9
**you've**   16:25