Hearing Date and Time: August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)
Response Deadline: July 28, 2015 at 4:00 p.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                             :
                    Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------x

## NOTICE OF HEARING WITH RESPECT TO THE PLAN ADMINISTRATOR'S SUPPLEMENTAL OBJECTION TO THE FOUR HUNDRED THIRTY-FIRST OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)

**PLEASE TAKE NOTICE** that a sufficiency hearing to consider the four hundred thirty-first omnibus objection to claims (reduce and allow claims) [ECF No. 39569] and the supplemental objection filed by Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, on June 22, 2015, in connection therewith (the "Supplemental Objection"), will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses to the Supplemental Objection must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and

WEIL:\95378332\1\58399.0008

the Local Rules of the Bankruptcy Court, and shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a 3.5 inch disk, preferably in Portable Document Format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-182 (which can be found at www.nysb.uscourts.gov), and served in accordance with General Order M-399, and on (i) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623; (ii) attorneys for the Plan Administrator, Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153 (Attn: Jacqueline Marcus, Esq. and Candace M. Arthur, Esq.); and (iii) the Office of the United States Trustee for Region 2, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.); so as to be so filed and received by no later than **July 28, 2015 at 4:00 p.m. (prevailing Eastern Time)**.

Dated:  June 22, 2015
   New York, New York

              /s/ Jacqueline Marcus
              Jacqueline Marcus
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone:  (212) 310-8000
              Facsimile:  (212) 310-8007

              *Attorneys for Lehman Brothers Holdings Inc. and Lehman Brothers Special Financing Inc.*