**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re:                                            :   Chapter 11 Case No.
                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**  :   08-13555 (SCC)
                                                  :
                    Debtors.                      :   (Jointly Administered)
                                                  :
---------------------------------------------------------------x   Ref. Docket No. 49996

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 15, 2015, I caused to be served the "Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (AVIV LCDO 2006-3) Credit Default Swap Agreement and Indenture," dated June 15, 2015 [Docket No. 49996],

   by causing true and correct copies to be:

   i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

   ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
16th day of June, 2015
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBH\Affidavits\Brandman Declaration_DI 49996_AFF_6-15-15.doc

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | amh@amhandlerlaw.com |
| aalfonso@willkie.com | andrew.brozman@cliffordchance.com |
| abeaumont@fklaw.com | andrew.lourie@kobrekim.com |
| abraunstein@riemerlaw.com | angelich.george@arentfox.com |
| acaton@kramerlevin.com | angie.owens@skadden.com |
| adarwin@nixonpeabody.com | ann.reynaud@shell.com |
| adiamond@diamondmccarthy.com | anthony_boccanfuso@aporter.com |
| adk@msf-law.com | aoberry@bermanesq.com |
| aeckstein@blankrome.com | aostrow@beckerglynn.com |
| aentwistle@entwistle-law.com | apalazzolo@fzwz.com |
| afriedman@irell.com | appleby@chapman.com |
| agbanknewyork@ag.tn.gov | aquale@sidley.com |
| aglenn@kasowitz.com | arainone@bracheichler.com |
| agold@herrick.com | arheaume@riemerlaw.com |
| agoldstein@tnsj-law.com | arosenblatt@chadbourne.com |
| agottfried@morganlewis.com | arthur.rosenberg@hklaw.com |
| aisenberg@saul.com | arwolf@wlrk.com |
| akadish@dtlawgroup.com | aseuffert@lawpost-nyc.com |
| akantesaria@oppenheimerfunds.com | ashmead@sewkis.com |
| akolod@mosessinger.com | asnow@ssbb.com |
| alum@ftportfolios.com | asomers@rctlegal.com |
| amarder@msek.com | aunger@sidley.com |
| amartin@sheppardmullin.com | austin.bankruptcy@publicans.com |
| amcmullen@boultcummings.com | avenes@whitecase.com |
| amenard@tishmanspeyer.com | azylberberg@whitecase.com |

Lehman Brothers Holdings Inc. Email Service List

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

ben.lewis@hoganlovells.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolf@kramerlevin.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

Lehman Brothers Holdings Inc. Email Service List

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| drosner@goulstonstorrs.com | etillinghast@sheppardmullin.com |
| drosner@kasowitz.com | ezujkowski@emmetmarvin.com |
| dshaffer@wtplaw.com | fcarruzzo@kramerlevin.com |
| dshemano@peitzmanweg.com | ffm@bostonbusinesslaw.com |
| dspelfogel@foley.com | fhenn@law.nyc.gov |
| dtatge@ebglaw.com | fhyman@mayerbrown.com |
| dtheising@harrisonmoberly.com | foont@foontlaw.com |
| dwdykhouse@pbwt.com | fritschj@sullcrom.com |
| dworkman@bakerlaw.com | fsosnick@shearman.com |
| easmith@venable.com | fyates@sonnenschein.com |
| ebcalvo@pbfcm.com | gabriel.delvirginia@verizon.net |
| ecohen@russell.com | gary.ravertpllc@gmail.com |
| edward.flanders@pillsburylaw.com | gbray@milbank.com |
| efleck@milbank.com | george.south@dlapiper.com |
| efriedman@fklaw.com | ggitomer@mkbattorneys.com |
| efriedman@friedmanspring.com | ggoodman@foley.com |
| eglas@mccarter.com | giddens@hugheshubbard.com |
| ekbergc@lanepowell.com | gkaden@goulstonstorrs.com |
| eleicht@whitecase.com | glenn.siegel@dechert.com |
| ellen.halstead@cwt.com | gmoss@riemerlaw.com |
| emagnelli@bracheichler.com | goldenberg@ssnyc.com |
| emerberg@mayerbrown.com | gplotko@kramerlevin.com |
| enkaplan@kaplanlandau.com | gspilsbury@jsslaw.com |
| eobrien@sbchlaw.com | guzman@sewkis.com |
| eschwartz@contrariancapital.com | harrisjm@michigan.gov |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| harveystrickon@paulhastings.com | jar@outtengolden.com |
| hbeltzer@mayerbrown.com | jay.hurst@oag.state.tx.us |
| heim.steve@dorsey.com | jay@kleinsolomon.com |
| heiser@chapman.com | jbeemer@entwistle-law.com |
| hmagaliff@r3mlaw.com | jbeiers@co.sanmateo.ca.us |
| hollace.cohen@troutmansanders.com | jbird@polsinelli.com |
| holsen@stroock.com | jbromley@cgsh.com |
| hooper@sewkis.com | jcarberry@cl-law.com |
| howard.hawkins@cwt.com | jchristian@tobinlaw.com |
| hseife@chadbourne.com | jchubak@proskauer.com |
| hsnovikoff@wlrk.com | jclose@chapman.com |
| hsteel@brownrudnick.com | jdoran@haslaw.com |
| icatto@mwe.com | jdwarner@warnerandscheuerman.com |
| igoldstein@proskauer.com | jdweck@sutherland.com |
| ilevee@lowenstein.com | jdyas@halperinlaw.net |
| irethy@stblaw.com | jean-david.barnea@usdoj.gov |
| israel.dahan@cwt.com | jeanites@whiteandwilliams.com |
| iva.uroic@dechert.com | jeannette.boot@wilmerhale.com |
| jacobsonn@sec.gov | jeff.wittig@coair.com |
| jalward@blankrome.com | jeldredge@velaw.com |
| james.heaney@lawdeb.com | jennifer.demarco@cliffordchance.com |
| james.mcclammy@dpw.com | jennifer.gore@shell.com |
| james.sprayregen@kirkland.com | jfalgowski@reedsmith.com |
| jamesboyajian@gmail.com | jfreeberg@wfw.com |
| jamestecce@quinnemanuel.com | jg5786@att.com |

jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us

john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| jvail@ssrl.com | kovskyd@pepperlaw.com |
| jwcohen@daypitney.com | kressk@pepperlaw.com |
| jweiss@gibsondunn.com | kreynolds@mklawnyc.com |
| jwest@velaw.com | krodriguez@allenmatkins.com |
| jwh@njlawfirm.com | krosen@lowenstein.com |
| kanema@formanlaw.com | kurt.mayr@bgllp.com |
| karen.wagner@dpw.com | landon@slollp.com |
| karl.geercken@alston.com | lapeterson@foley.com |
| kdwbankruptcydepartment@kelleydrye.com | lawallf@pepperlaw.com |
| keckhardt@hunton.com | lawrence.gelber@srz.com |
| keith.simon@lw.com | lberkoff@moritthock.com |
| ken.coleman@allenovery.com | lee.stremba@troutmansanders.com |
| ken.higman@hp.com | lee.whidden@dentons.com |
| kerry.moynihan@hro.com | lgranfield@cgsh.com |
| kgwynne@reedsmith.com | lhandelsman@stroock.com |
| khang.tran@hoganlovells.com | linda.boyle@twtelecom.com |
| kiplok@hugheshubbard.com | lisa.solomon@att.net |
| kit.weitnauer@alston.com | ljkotler@duanemorris.com |
| kkelly@ebglaw.com | lkatz@ltblaw.com |
| kkolbig@mosessinger.com | lkiss@klestadt.com |
| klyman@irell.com | lmarinuzzi@mofo.com |
| klynch@formanlaw.com | lmcgowen@orrick.com |
| kmayer@mccarter.com | lnashelsky@mofo.com |
| kobak@hugheshubbard.com | loizides@loizides.com |
| korr@orrick.com | lschweitzer@cgsh.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mabrams@willkie.com | melorod@gtlaw.com |
| maofiling@cgsh.com | meltzere@pepperlaw.com |
| marc.chait@sc.com | metkin@lowenstein.com |
| margolin@hugheshubbard.com | mfeldman@willkie.com |
| mark.bane@ropesgray.com | mginzburg@daypitney.com |
| mark.ellenberg@cwt.com | mgordon@briggs.com |
| mark.mckane@kirkland.com | mgreger@allenmatkins.com |
| mark.sherrill@sutherland.com | mh1@mccallaraymer.com |
| marvin.clements@ag.tn.gov | mhopkins@cov.com |
| matt@willaw.com | michael.frege@cms-hs.com |
| matthew.klepper@dlapiper.com | michael.kelly@monarchlp.com |
| maustin@orrick.com | michael.krauss@faegrebd.com |
| mbenner@tishmanspeyer.com | michael.mccrory@btlaw.com |
| mberman@nixonpeabody.com | michaels@jstriallaw.com |
| mbienenstock@proskauer.com | millee12@nationwide.com |
| mbloemsma@mhjur.com | miller@taftlaw.com |
| mbossi@thompsoncoburn.com | mimi.m.wong@irscounsel.treas.gov |
| mcademartori@sheppardmullin.com | mitchell.ayer@tklaw.com |
| mcarthurk@sullcrom.com | mjedelman@vedderprice.com |
| mccarthyj@sullcrom.com | mjr1@westchestergov.com |
| mcordone@stradley.com | mlahaie@akingump.com |
| mcto@debevoise.com | mlandman@lcbf.com |
| mcyganowski@oshr.com | mlichtenstein@crowell.com |
| mdorval@stradley.com | mlynch2@travelers.com |
| meggie.gilstrap@bakerbotts.com | mmendez@crb-law.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mmorreale@us.mufg.jp | ned.schodek@shearman.com |
| mneier@ibolaw.com | neilberger@teamtogut.com |
| monica.lawless@brookfieldproperties.com | nherman@morganlewis.com |
| mpage@kelleydrye.com | nissay_10259-0154@mhmjapan.com |
| mparry@mosessinger.com | nlepore@schnader.com |
| mprimoff@kayescholer.com | notice@bkcylaw.com |
| mpucillo@bermanesq.com | nyrobankruptcy@sec.gov |
| mrosenthal@gibsondunn.com | otccorpactions@finra.org |
| mrothchild@mofo.com | paronzon@milbank.com |
| mruetzel@whitecase.com | pbattista@gjb-law.com |
| mschimel@sju.edu | pbosswick@ssbb.com |
| msegarra@mayerbrown.com | pdublin@akingump.com |
| mshiner@tuckerlaw.com | peisenberg@lockelord.com |
| msolow@kayescholer.com | peter.gilhuly@lw.com |
| mspeiser@stroock.com | peter.macdonald@wilmerhale.com |
| mstamer@akingump.com | peter.simmons@friedfrank.com |
| munno@sewkis.com | peter@bankrupt.com |
| mvenditto@reedsmith.com | pfeldman@oshr.com |
| mwarner@coleschotz.com | pfinkel@wilmingtontrust.com |
| mwarren@mtb.com | phayden@mcguirewoods.com |
| nathan.spatz@pillsburylaw.com | philip.wells@ropesgray.com |
| nbinder@binderschwartz.com | pmaxcy@sonnenschein.com |
| nbojar@fklaw.com | ppascuzzi@ffwplaw.com |
| ncoco@mwe.com | ppatterson@stradley.com |
| neal.mann@oag.state.ny.us | psp@njlawfirm.com |

Lehman Brothers Holdings Inc. Email Service List

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

raul.alcantar@alcantarlaw.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

rhorkovich@andersonkill.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| scottj@sullcrom.com | snewman@katskykorins.com |
| scottshelley@quinnemanuel.com | sory@fdlaw.com |
| scousins@armstrongteasdale.com | squsba@stblaw.com |
| sdnyecf@dor.mo.gov | sree@lcbf.com |
| seba.kurian@invesco.com | sschultz@akingump.com |
| sehlers@armstrongteasdale.com | sselbst@herrick.com |
| sfalanga@connellfoley.com | sshimshak@paulweiss.com |
| sfelderstein@ffwplaw.com | sskelly@teamtogut.com |
| sfineman@lchb.com | sstarr@starrandstarr.com |
| sfox@mcguirewoods.com | steele@lowenstein.com |
| sgordon@cahill.com | stephen.cowan@dlapiper.com |
| sgraziano@blbglaw.com | stephen.hessler@kirkland.com |
| sgubner@ebg-law.com | steve.ginther@dor.mo.gov |
| sharbeck@sipc.org | steven.usdin@flastergreenberg.com |
| shari.leventhal@ny.frb.org | steven.wilamowsky@bingham.com |
| shgross5@yahoo.com | streusand@slollp.com |
| sidorsky@butzel.com | susheelkirpalani@quinnemanuel.com |
| sldreyfuss@hlgslaw.com | swolowitz@mayerbrown.com |
| sleo@bm.net | szuch@wiggin.com |
| slerman@ebglaw.com | tannweiler@greerherz.com |
| slerner@ssd.com | tbrock@ssbb.com |
| slevine@brownrudnick.com | tdewey@dpklaw.com |
| sloden@diamondmccarthy.com | tgoren@mofo.com |
| smillman@stroock.com | thomas.califano@dlapiper.com |
| smulligan@bsblawyers.com | timothy.harkness@freshfields.com |

Lehman Brothers Holdings Inc. Email Service List

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

twheeler@lowenstein.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wballaine@lcbf.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Emails**

top@chapman.com

slewis@chapman.com

# EXHIBIT B

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

CHAPMAN AND CUTLER LLP
ATTN: FRANKLIN H. TOP, III, ESQ &
SCOTT A. LEWIS, ESQ
111 WEST MONROE STREET
CHICAGO, IL  60603