B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District Of New York

In re Lehman Brothers Holdings Inc.,                                    Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| HBK MASTER FUND L.P. | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>　　HBK Master Fund L.P.<br>　　c/o HBK Services LLC<br>　　2101 Cedar Springs Road, Suite 700<br>　　Dallas, TX 75201 | Court Claim # (if known): Claim No. 29557.01<br><br>Amount of Claim Transferred: $25,000,000.00<br>Date Claim Filed: September 22, 2009<br>Debtor: Lehman Brothers Holdings Inc. |
| Phone:  (214) 758-6107<br>Last Four Digits of Acct #:N/A | Phone:<br>Last Four Digits of Acct #:N/A |
| Name and Address where transferee payments should be sent (if different from above): | Court Claim # (if known): Claim No. 29557.02<br><br>Amount of Claim Transferred:<br>$500,000,000.00<br>Date Claim Filed: September 22, 2009<br>Debtor: Lehman Brothers Holdings Inc. |
| Phone:<br>Last Four Digits of Acct #:N/A | Phone:<br>Last Four Digits of Acct #:N/A |
| | Court Claim # (if known): Claim No. 40611<br><br>Amount of Claim Transferred: $25,000,000.00<br>Date Claim Filed: October 16, 2009<br>Debtor: Lehman Brothers Special Financing Inc. |
| | Phone:<br>Last Four Digits of Acct #:N/A |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ J. R. Smith _____        Date:  June 23, 2015 _____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number:  29557.01
Transferred Claim Amount:  $25,000,000

       CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

      HBK Master Fund L.P.
      c/o HBK Services LLC
      2101 Cedar Springs Road, Suite 700
      Dallas, Texas 75201
      Telephone: (214) 758-6107
      Facsimile: (214) 758-1207
      Attention: General Counsel
      Email: legal@hbk.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $25,000,000, docketed as Claim No. 29557.01 (the "Claim") in the above-referenced case.

      Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

      IN WITNESS WHEREOF, dated as set forth below.

| | |
|---|---|
| **CHASE LINCOLN FIRST COMMERCIAL CORPORATION** | **HBK MASTER FUND L.P.**<br>By: HBK Services LLC<br>   Investment Advisor |
| By: _____<br>(Signature of authorized signatory) | By: _____<br>(Signature of authorized signatory) |
| Name: Christopher Cestaro | Name: Beauregard A. Fournet II |
| Title: Attorney-in-fact | Title: Authorized Signatory |
| Date: June 19, 2015 | Date: June 17, 2015 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Lehman Brothers Special Financing Inc., Debtor in Case No. 08-13555 (SCC) (Jointly
Administered)

Claim Number:  40611
Transferred Claim Amount:  $25,000,000

CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable
consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of
a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably
sold, transferred and assigned to

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against
LEHMAN BROTHERS SPECIAL FINANCING INC., et al., solely to the extent of the allowed amount
of $25,000,000, docketed as Claim No. 40611 (the "Claim") in the above-referenced jointly administered
case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal
Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and
sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the
Claim.  You are hereby requested to make all future payments and distributions, and to give all notices
and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**CHASE LINCOLN FIRST COMMERCIAL
CORPORATION**

By: _____
(Signature of authorized signatory)

Name: Christopher Cestaro

Title: Attorney-in-fact

Date: June 19, 2015

**HBK MASTER FUND L.P.**
By: HBK Services LLC
      Investment Advisor

By: _____
(Signature of authorized signatory)

Name: Beauregard A. Fournet

Title: Authorized Signatory

Date: June 17, 2015

### EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number:  29557.02
Transferred Claim Amount:  $500,000,000

  CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

  HBK Master Fund L.P.
  c/o HBK Services LLC
  2101 Cedar Springs Road, Suite 700
  Dallas, Texas 75201
  Telephone: (214) 758-6107
  Facsimile: (214) 758-1207
  Attention: General Counsel
  Email: legal@hbk.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $500,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

  Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

  IN WITNESS WHEREOF, dated as set forth below.

**CHASE LINCOLN FIRST COMMERCIAL CORPORATION**

By: _____
(Signature of authorized signatory)

Name: Christopher Cestaro

Title: Attorney-in-fact

Date: June 19, 2015

**HBK MASTER FUND L.P.**
By: HBK Services LLC
 Investment Advisor

By: _____
(Signature of authorized signatory)

Name: Beauregard A. Fournot

Title: Authorized Signatory

Date: June 17, 2015