UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------------------------x  Ref. Docket No. 49985

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 11, 2015, I caused to be served *a letter from Garrett A. Fail of Weil, Gotshal & Manges LLP to The Honorable Shelley C. Chapman regarding The Plan Administrator's Five Hundredth Omnibus Objection to Claims (No Liability for Stonehill Fraud Claims) [Docket No. 49764],* dated June 11, 2015 [Docket No. 49985], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Carol Zhang*
                                                            Carol Zhang

Sworn to before me this
12th day of June, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
agottfried@morganlewis.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
khang.tran@hoganlovells.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
landon@slollp.com
lapeterson@foley.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
linda.boyle@twtelecom.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com

charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com

| | |
|---|---|
| deggert@freebornpeters.com | mstamer@akingump.com |
| demetra.liggins@tklaw.com | munno@sewkis.com |
| dennis.tracey@hoganlovells.com | mvenditto@reedsmith.com |
| dfelder@orrick.com | mwarner@coleschotz.com |
| dflanigan@polsinelli.com | mwarren@mtb.com |
| dgrimes@reedsmith.com | nathan.spatz@pillsburylaw.com |
| dhayes@mcguirewoods.com | nbinder@binderschwartz.com |
| dheffer@foley.com | nbojar@fklaw.com |
| dhurst@coleschotz.com | ncoco@mwe.com |
| dhw@dhclegal.com | neal.mann@oag.state.ny.us |
| diconzam@gtlaw.com | ned.schodek@shearman.com |
| djcarragher@daypitney.com | neilberger@teamtogut.com |
| djoseph@stradley.com | nherman@morganlewis.com |
| dkessler@ktmc.com | nissay_10259-0154@mhmjapan.com |
| dkozusko@willkie.com | nlepore@schnader.com |
| dlemay@chadbourne.com | notice@bkcylaw.com |
| dlipke@vedderprice.com | nyrobankruptcy@sec.gov |
| dmark@kasowitz.com | otccorpactions@finra.org |
| dmcguire@winston.com | paronzon@milbank.com |
| dmiller@steinlubin.com | pbattista@gjb-law.com |
| dmurray@jenner.com | pbosswick@ssbb.com |
| dneier@winston.com | pdublin@akingump.com |
| dodonnell@milbank.com | peisenberg@lockelord.com |
| dove.michelle@dorsey.com | peter.gilhuly@lw.com |
| dpegno@dpklaw.com | peter.macdonald@wilmerhale.com |
| draelson@fisherbrothers.com | peter.simmons@friedfrank.com |
| drosenzweig@fulbright.com | peter@bankrupt.com |
| drosner@goulstonstorrs.com | pfeldman@oshr.com |
| drosner@kasowitz.com | pfinkel@wilmingtontrust.com |
| dshaffer@wtplaw.com | phayden@mcguirewoods.com |
| dshemano@peitzmanweg.com | philip.wells@ropesgray.com |
| dspelfogel@foley.com | pmaxcy@sonnenschein.com |
| dtatge@ebglaw.com | ppascuzzi@ffwplaw.com |
| dtheising@harrisonmoberly.com | ppatterson@stradley.com |
| dwdykhouse@pbwt.com | psp@njlawfirm.com |
| dworkman@bakerlaw.com | ptrostle@jenner.com |
| easmith@venable.com | raj.madan@skadden.com |
| ebcalvo@pbfcm.com | ramona.neal@hp.com |
| ecohen@russell.com | raul.alcantar@alcantarlaw.com |
| edward.flanders@pillsburylaw.com | rbeacher@pryorcashman.com |
| efleck@milbank.com | rbernard@foley.com |

4

| | |
|---|---|
| efriedman@fklaw.com | rbyman@jenner.com |
| efriedman@friedmanspring.com | rdaversa@orrick.com |
| eglas@mccarter.com | relgidely@gjb-law.com |
| ekbergc@lanepowell.com | rflanagan@flanassoc.com |
| eleicht@whitecase.com | rfriedman@silvermanacampora.com |
| ellen.halstead@cwt.com | rgmason@wlrk.com |
| emagnelli@bracheichler.com | rgoodman@moundcotton.com |
| emerberg@mayerbrown.com | rgraham@whitecase.com |
| enkaplan@kaplanlandau.com | rhett.campbell@tklaw.com |
| eobrien@sbchlaw.com | rhorkovich@andersonkill.com |
| eschwartz@contrariancapital.com | richard.fingard@newedge.com |
| etillinghast@sheppardmullin.com | richard.lear@hklaw.com |
| ezujkowski@emmetmarvin.com | richard@rwmaplc.com |
| fcarruzzo@kramerlevin.com | rick.murphy@sutherland.com |
| ffm@bostonbusinesslaw.com | rjones@boultcummings.com |
| fhenn@law.nyc.gov | rleek@hodgsonruss.com |
| fhyman@mayerbrown.com | rlevin@cravath.com |
| foont@foontlaw.com | rmatzat@hahnhessen.com |
| fritschj@sullcrom.com | rnetzer@willkie.com |
| fsosnick@shearman.com | robert.dombroff@bingham.com |
| fyates@sonnenschein.com | robert.honeywell@klgates.com |
| gabriel.delvirginia@verizon.net | robert.malone@dbr.com |
| gary.ravertpllc@gmail.com | robert.yalen@usdoj.gov |
| gbray@milbank.com | robin.keller@lovells.com |
| george.south@dlapiper.com | roger@rnagioff.com |
| ggitomer@mkbattorneys.com | ross.martin@ropesgray.com |
| ggoodman@foley.com | rpedone@nixonpeabody.com |
| giddens@hugheshubbard.com | rrainer@wmd-law.com |
| gkaden@goulstonstorrs.com | rroupinian@outtengolden.com |
| glenn.siegel@dechert.com | rrussell@andrewskurth.com |
| gmoss@riemerlaw.com | russj4478@aol.com |
| goldenberg@ssnyc.com | sabin.willett@bingham.com |
| gplotko@kramerlevin.com | sabramowitz@velaw.com |
| gspilsbury@jsslaw.com | sabvanrooy@hotmail.com |
| guzman@sewkis.com | sally.henry@skadden.com |
| harrisjm@michigan.gov | samuel.cavior@pillsburylaw.com |
| harveystrickon@paulhastings.com | sandyscafaria@eaton.com |
| hbeltzer@mayerbrown.com | scargill@lowenstein.com |
| heim.steve@dorsey.com | schager@ssnyc.com |
| heiser@chapman.com | schannej@pepperlaw.com |
| hmagaliff@r3mlaw.com | schepis@pursuitpartners.com |

hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbird@polsinelli.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jchubak@proskauer.com
jclose@chapman.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com

schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov

jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com

steven.usdin@flastergreenberg.com
steven.wilamowsky@bingham.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
twheeler@lowenstein.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wballaine@lcbf.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com

| | |
|---|---|
| jrabinowitz@rltlawfirm.com | wswearingen@llf-law.com |
| jrsmith@hunton.com | wtaylor@mccarter.com |
| jschiller@bsfllp.com | wzoberman@bermanesq.com |
| jschreib@chapman.com | yuwatoko@mofo.com |
| jschwartz@hahnhessen.com | |

**ADDITIONAL E-MAIL ADDRESSES**

adash@brownrudnick.com
alallan.brilliant@dechert.com
dmolton@brownrudnick.com
hsteel@brownrudnick.com
jbeiswenger@brownrudnick.com
shmuel.vasser@dechert.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


STONEHILL ET AL.
C/O STONEHILL CAPITAL MANAGEMENT LLC
ATTN: PAUL D. MALEK
885 THIRD AVE, 30TH FLOOR
NEW YORK NY 10022


DECHERT LLP
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797
ATTN: ALLAN S. BRILLIANT & SHMUEL VASSER


DAVID J. MOLTON
ANDREW DASH
HOWARD S. STEEL
JACOB T. BEISWENGER
BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK, NEW YORK 10036

# EXHIBIT C

08-13555-mg    Doc 50062    Filed 06/23/15    Entered 06/23/15 15:14:34    Main Document
Pg 13 of 14

| | |
|---|---|
| **LBH _LETTER_(D.I. 49985)_6-11-15** | **LBH _LETTER_(D.I. 49985)_6-11-15** |
| STONEHILL ET AL.<br>C/O STONEHILL CAPITAL MANAGEMENT LLC<br>ATTN: PAUL D. MALEK<br>885 THIRD AVE, 30TH FLOOR<br>NEW YORK NY 10022 | DECHERT LLP<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6797<br>ATTN: ALLAN S. BRILLIANT &<br>SHMUEL VASSER |

**LBH _LETTER_(D.I. 49985)_6-11-15**

DAVID J. MOLTON
ANDREW DASH
HOWARD S. STEEL
JACOB T. BEISWENGER
BROWN RUDNICK LLP