B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                    Case No. **08-13555 (SCC)**
    Lehman Brothers Special Financing Inc.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **JPMorgan Core Plus Bond Fund, a Series of JPMorgan Trust II** |
|---|---|
| Name of Transferee | Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __22873__ Total Amount of Claim Transferred: USD $ _521,581.98_ Date Claim Filed: _9/21/2009_ |
| Banc of America Credit Products, Inc. c/o Bank of America Merrill Lynch Bank of America Tower – 3rd Floor One Bryant Park New York, NY 10036 Attn: Gary S. Cohen / Ante Jakic Telephone: (646) 855-7450 Fax: (646) 834-9780 / (804) 264-1108 E-mail: g.cohen@baml.com / ante.jakic@baml.com Email: bas.infomanager@bankofamerica.com | |

Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/Seth Denson_                    Date: _6/22/2015_
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II, a trust formed in Delaware ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to BANC OF AMERICA CREDIT PRODUCTS, INC., its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: **22873**) in the amount of $521,581.98 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the __22__ day of June, 2015.

JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II

By: _____
Name: James P. Shanahan, Jr.
Title: Managing Director


BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:   SETH DENSON
         VICE PRESIDENT

1045174792v4