**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
                                               :    (Jointly Administered)
Debtors.                                       :
                                               :
------------------------------------------------------------------x    Ref. Docket No. 49934

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 17, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
24th day of June, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 912

To:    BAR(23) MAILID *** 000094092406 ***



BANK VOTOBEL AG, ZURICH/ SWITZERLAND
ATTN: CORPORATE ACTIONS
GOTTHARDSTRASSE 43, POSTFACH
ZURICH CH-8022
 SWITZERLAND

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
 SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
 SWITZERLAND

BAR(23) MAILID *** 000094092406 ***    LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 912

BANK VOTOBEL AG, ZURICH/ SWITZERLAND
ATTN: CORPORATE ACTIONS
GOTTHARDSTRASSE 43, POSTFACH
ZURICH CH-8022
 SWITZERLAND

**Your transfer of claim # 59233-75 is defective for the reason(s) checked below:**

Other TRANSFER IS MISSING TRANSFEROR'S SIGNATURE AND ISIN NO.

Docket Number   49934          Date:  05/18/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK VOTOBEL AG, ZURICH/ SWITZERLAND | ATTN: CORPORATE ACTIONS, GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 3**

EPIQ BANKRUPTCY SOLUTIONS, LLC                                        Page 1 OF 1