UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
                                                 :

In re                                        :       Chapter 11 Case No.
                                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (SCC)
                                               :    (Jointly Administered)

                    Debtors.         :
                                                 :
---------------------------------------------------------------------x   Ref. Docket Nos. 49710, 49812,
                                              49814, 49816, 49818, 49820, 49823,
                                              49825, 49827, 49829, 49831, 49833,
                                              49835, 49837, 49839, 49841, 49843,
                                              49848, 49851, 49853, 49910, 49911,
                                              49918, 49919, 49925-49928, 49953,
                                              49980, 49986, 49990-49995, 49997,
                                              50001-50004, 50006-50008

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                           */s/ Lauren Rodriguez*
                                           Lauren Rodriguez

Sworn to before me this
24th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 49710, 49812, 49814...50004, 50006-50008_AFF_6-18-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (ADDRESS2, ADRKEYID3) 29968

To:    BAR(23) MAILID *** 000094127719 ***



BARCLAYS BANK PLC
ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ.
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10018

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000094127719 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 29968



BARCLAYS BANK PLC
ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ.
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10018

BARCLAYS BANK PLC
TRANSFEROR: ABSALON II, LTD.
ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 58884-01 in the above referenced case and in the amount of
$14,243,000.00 allowed at $14,246,381.38 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: BARCLAYS BANK PLC
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN; 520 MADISON AVE., 30TH FL
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     49911     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/18/2015          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 18, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT OF ARSAGO | STIRT SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED PORTFOLIOS, ATTN: DAN BEGHEGEANU, C/O ARSAGO GROUP, LIMMATQUUAI1/BELLVUE, ZURICH CH-8001 SWITZERLAND |
| ARSAGO ALTERNATIVE INVESTMENTS SPC FOR THE ACCOUNT OF ARSAGO | LOCKE LORD (UK) LLP, ATTN: SAMRAD NAZER, 201 BISHOPGATE, 2ND FLOOR, LONDON EC2M 3AB UNITED KINGDOM |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO | OPPORTUNITIES MASTER SEGREGATED PORTFOLIO, ONE OF ITS SEGREGATED, PORTFOLIOS, ATTN: DAN BEGHEGEANU, ARSAGO STRATEGIES, C/O ARSAGO GROUP, LIMMATQUAI1/BELLEVUE, ZURICH CH-8001 SWITZERLAND |
| ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO | LOCKE LORD (UK) LLP, ATTN: SAMRAD NAZER, 201 BISHOPGATE, 2ND FLOOR, LONDON EC2M 3AB UNITED KINGDOM |
| BANK JULIUS BAER & CO. LTD., ZURICH, SWITZERLAND | TRANSFEROR: RBS COUTTS BANK AG, ATTENTION: PATRIK ROOS, C/O BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD., ZURICH, SWITZERLAND | TRANSFEROR: RBS COUTTS BANK AG, C/O BANK JULIUS BAER & CO. LTD., ATTN: PATRIK ROOS; 36 BAHNOFSTRASSE, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER EUROPE AG | TRANSFEROR: UBS AG, ATTN: MIDDLE OFFICE, AN DER WELLE 1, FRANKFURT 60322 GERMANY |
| BANQUE PICTET & CIE SA | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: DAVID AESCHLIMANN, 60 ROUTE DES ACACIAS, GENEVA 1211 73 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ABSALON II, LTD., ATTN: DANIEL MIRANDA AND JEFFERY LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ., SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10018 |
| BEACH POINT DISTRESSED MASTER FUND, L.P. | TRANSFEROR: POST DISTRESSED MASTER FUND, L.P., C/O BEACH POINT CAPITAL MGMNT., 1620 26TH ST., SUITE 6000N, SANTA MONICA, CA 90404 |
| BEACH POINT DISTRESSED MASTER FUND, L.P. | TRANSFEROR: POST DISTRESSED MASTER FUND, L.P., C/O BEACH POINT CAPITAL MGMNT., 1620 26TH ST., SUITE 6000N, SANTA MONICA, CA 90404 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: LAURION CAPITAL MASTER FUND LTD., ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | MICHAEL STEPHAN, C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVE, 30TH FL, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVE., 30TH FL, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVE, 30TH FL, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVE, 30TH FL, NEW YORK, NY 10022 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | 10018-1624 |
| CVF LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, C/O CARVAL INVESTORS UK LIMITED, 25 GRENT PULTENEY STREET, 3RD FLOOR, LONGDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, C/O CARVAL INVESTORS UK LIMITED, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONGDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK (SUISSE) SA | TRANSFEROR: UBS AG, ATTN: BERENGER BOBB, 24 QUAI DU SEUJET, GENEVE 1201 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICHARD VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 234D FLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD SLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 234D FLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| DRUSILLA LLC | TRANSFEROR: TAVIRA SECURITIES LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD SLOOR, NEW YORK, NY 10022 |
| DRUSILLA LLC | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| GAIUS SPECIAL SITUATIONS FUND LP | TRANSFEROR: DRUSILLA LLC, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| GAIUS SPECIAL SITUATIONS FUND LP | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 25O WEST 55TH STREET, NEW YORK, NY 10019 |
| GAIUS SPECIAL SITUATIONS FUND LP | TRANSFEROR: DRUSILLA LLC, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| GAIUS SPECIAL SITUATIONS FUND LP | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| GAIUS SPECIAL SITUATIONS FUND LP | TRANSFEROR: DRUSILLA LLC, C/O LIVIA CAPITAL PARTNERS, 65 EAST 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| GAIUS SPECIAL SITUATIONS FUND LP | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PANNING MASTER FUND, LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: SOLA LTD., C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: ROYAL BANK OF CANADA, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HALCYON LOAN TRADING FUND LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: ROYAL BANK OF CANADA, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: ROYAL BANK OF CANADA, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: ROYAL BANK OF CANADA, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O HALCYON ASSET MANAGEMENT LP; ATTN: M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, C/O HALCYON ASSET MANAGEMENT LP, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HALCYON LOAN TRADING FUND LLC, ATTN: DERIVATIVES LEGAL, 1271 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC. | AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HCN LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HCN LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HCN LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLF LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLF LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLF LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLTS FUND II LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLTS FUND II LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: HLTS FUND II LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| PANNING MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O PANNING CAPITAL MANAGEMENT, LP, ATTN: ROBERT BOWERS, 50 MADISON AVENUE, 24TH FLOOR, NEW YORK, NY 10022 |
| POST DISTRESSED MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT, LP, 1620 26TH STREET, SUITE 6000N, SANTA MONICA, CA 90404 |
| POST DISTRESSED MASTER FUND, L.P. | C/O BEACH POINT CAPITAL MANAGEMENT, LP, 1620 26TH STREET, SUITE 6000N, SANTA MONICA, CA 90404 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: ARSAGO ALTERNATIVE INVESTMENTS SPC FOR ARSAGO STIRT S.P., ATTN: JAY CONKLIN, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: ARSAGO STRATEGIES SPC - ACCOUNT OF ARSAGO GLOBAL MACRO OPP, ATTN: JAY CONKLIN, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: ARSAGO STRATEGIES SPC - ACCOUNT OF ARSAGO GLOBAL MACRO OPP, ATTN: JAY CONKLIN, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| SEAPORT GROUP EUROPE LLP, THE | TRANSFEROR: ARSAGO ALTERNATIVE INVESTMENTS SPC FOR ARSAGO STIRT S.P., ATTN: JAY CONKLIN, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONEHILL CAPITAL MGMT - |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONEHILL MASTER FUND LTD. | S. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: KAUPTHING HF., ATTN: LISA WHEELER/ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 168**