**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re                                                                   :     Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     :     08-13555 (SCC)
                                                                           :     (Jointly Administered)
                        **Debtors.**                                :
                                                                           :
------------------------------------------------------------------x     Ref. Docket No. 49712

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 18, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
24th day of June, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 913

To:   BAR(23) MAILID *** 000094127736 ***



GOLDMAN SACHS LENDING PARTNERS LLC
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON
LUXOR CAPITAL GROUP, LP
ATTN: OMAR KHAWAJA
1114 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10036

BAR(23) MAILID *** 000094127736 ***　　　　LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 913



GOLDMAN SACHS LENDING PARTNERS LLC
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302

**Your transfer of claim # 67080-81 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   49712　　　　Date:  05/26/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, LUXOR CAPITAL GROUP, LP, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |

**Total Creditor Count 2**