UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re                                            :   Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :   08-13555 (SCC)
                                                 :   (Jointly Administered)
                   Debtors.                      :
                                                 :
------------------------------------------------------------------------x   Ref. Docket Nos. 49855, 49868-
                                                     49870, 49956, 49960-49962, 49966-
                                                     49968, 49970, 49972, 49976-49978

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 19, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
24th day of June, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

To:    BAR(23) MAILID *** 000094145352 ***



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000094145352 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-65 in the above referenced case and in the amount of $100,000.00 allowed at $100,750.00 has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      49976      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/19/2015                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 19, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA FIDEURAM SPA | TRANSFEROR: CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A., ATTN: EMANUELE CASTRO, LEGAL DEPARTMENT, P.LE G. DOUHET 31, ROMA 00143 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BANK J. SAFRA SARASIN (GIBRALTAR) LTD. | F/K/A BANK J.SAFRA GIBRALTAR LTD, SUITE 971, EUROPORT, PO BOX 524, GIBRALTAR GIBRALTAR |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: JEROME DEVILLET, 65, BOULEVARD GRANDE-DUCHESSE CHARLOTTE, LUXEMBOURG L-1331 LUXEMBOURG |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CASSA DI RISPARMIO DELLA REPUBBLICA DI SAN MARINO S.P.A. | PIAZZETTA DEL TITANO, 2, CITY OF SAN MARINO 47890 SAN MARINO |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: BRIGADE LEVERAGED CAPITAL STRUCTURES FUND LTD, C/O CITIBANK, N.A.; ATTN:BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD, OPS III, NEW CASTLE, DE |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS, INC. | 19720 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK J. SAFRA SARASIN (GIBRALTAR) LTD., ATTN.: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB LONDON |
| IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: ROBERT SOMMER, 211 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| MACDONALD, BRUCE | TRANSFEROR: BANK HAPOALIM B.M., 36 RIDGEVALLEY CRESCENT, TORONTO, ON M9A 3J6 CANADA |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |

**Total Creditor Count 41**