UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
|  | : | (Jointly Administered) |
| **Debtors.** | : |  |
|  | : |  |

---------------------------------------------------------------------x    Ref. Docket Nos. 49714-49720,
49871, 49874, 50009, 50011, 50018,
50019, 50026-50031

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                        ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On June 22, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

 

*/s/ Lauren Rodriguez*
   Lauren Rodriguez

Sworn to before me this
24th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (ADDRESS2, ADRKEYID3) 30936

To:    BAR(23) MAILID *** 000094152722 ***

BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:

BLUEMOUNTAIN DISTRESSED MASTER FUND, LP
TRANSFEROR: ILLIQUIDX LLP
C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
280 PARK AVENUE, 5TH FLOOR EAST
ATTN: YI SHU
NEW YORK, NY 10017

Please note that your claim # 15290 in the above referenced case and in the amount of
$2,071.19 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094152722 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 30936



| | |
|---|---|
| BARCLAYS BANK PLC | BARCLAYS BANK PLC |
| ATTN: JEFF LONGMUIR | TRANSFEROR: BLUEMOUNTAIN DISTRESSED |
| 745 SEVENTH AVENUE, 2ND FLOOR | MASTER FUND, LP |
| NEW YORK, NY 10019 | ATTN: DANIEL MIRANDA |
| | 745 SEVENTH AVENUE, 2ND FLOOR |
| | NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      49871      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/22/2015                    Vito Genna, Clerk of Court

                         /s/ Lauren Rodriguez
                         _____

                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                         as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANQUE FEDERATIVE DU CREDIT MUTUEL | TRANSFEROR: UBS AG, ATTN: CORPORATE ACTION DEPARTMENT, 34 RUE DU WACKEN, STRASBOURG 67000 FRANCE |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC; ATTN: JACK CHAU, 280 PARK AVE., 5TH FLOOR EAST, NEW YORK, NY 10017 |
| CHAN, KENT | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| CHAN, KENT | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHAN, KENT | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHAN, KENT | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHAN, KENT | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHAN, KENT | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHAN, KENT | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD., C/O DEUTSCHE BANK SECURITIES INC. - MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STATE STREET CAYMAN TRUST COMPANY, LTD., C/O DEUTSCHE BANK SECURITIES INC. - MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP - LCG, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP, C/O GOLDMAN, SACHS & CO., ATTN: SCOTT YOON, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLF LP, C/O GOLDMAN, SACHS & CO., ATTN: SCOTT YOON, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLTS FUND II LP, C/O GOLDMAN, SACHS & CO., ATTN: J.D. PERONE, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: J.D. PERONE, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: J.D. PERONE, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HLTS FUND II LP, C/O GOLDMAN, SACHS & CO., ATTN: J. D. PERONE, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: J.D. PERONE, 200 WEST STREET, NEW YORK, NY 10282 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: CHAN, KENT, ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| OC 19 MASTER FUND LP - LCG | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, LUXOR CAPITAL GROUP, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST, IN REPSECT OF ITS, SERIES TRUST,PACIFIC LIBOR, ALPHA CAYMAN UNIT TRUST, 45 MARKET STREET, STE 3206A, GARDENIA COURT, CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | TTEE OF GLOBAL LIBOR ALPHA CAYMAN UNIT TRUST,, IN RESPECT OF ITS SERIES TRUST, PACIFIC LIBOR, ALPHA CAYMAN UNIT TRUST, 45 MARKET STREET, STE 3206A, GARDENIA COURT, CAMANA BAY KY1 1205 CAYMAN ISLANDS |
| STATE STREET CAYMAN TRUST COMPANY, LTD. | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| **Claim Name** | **Address Information** |
| --- | --- |

| **Total Creditor Count 51** |
| --- |