UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
                            :

In re                            :     Chapter 11 Case No.
                            :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                            :    (Jointly Administered)
              Debtors.        :
                            :

------------------------------------------------------------------------x  Ref. Docket Nos. 49856, 49858-
                                                    49860, 49862, 49867, 49873, 49875,
                                                    49877, 49879, 49882, 49885-49887,
                                                    49890, 49893, 49894, 49946, 49947,
                                                    50012, 50013, 50017, 50034-50039

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
24th day of June, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (ADDRESS2, ADRKEYID3) 30938

To:    BAR(23) MAILID *** 000094162544 ***



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P.
TRANSFEROR: ILLIQUIDX LLP
C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC
280 PARK AVENUE, 5TH FLOOR EAST
ATTN: YI SHU
NEW YORK, NY 10017

Please note that your claim # 15288-02 in the above referenced case and in the amount of
$7,667.38 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094162544 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 30938



| BARCLAYS BANK PLC | BARCLAYS BANK PLC |
|---|---|
| ATTN: JEFF LONGMUIR | TRANSFEROR: BLUEMOUNTAIN CREDIT |
| 745 SEVENTH AVENUE, 2ND FLOOR | ALTERNATIVES MASTER FUND, L.P. |
| NEW YORK, NY 10019 | ATTN: DANIEL MIRANDA |
| | 745 SEVENTH AVENUE, 2ND FLOOR |
| | NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          49858          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/23/2015          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 23, 2015.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. | ATTN: GIANFRANCO PIRAINO, PIAZZA GARIBALDI, N. 16, SONDRIO (SO) 23100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC, ATTN: JACK CHAU, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC, ATTN: JACK CHAU, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, BLUE MOUNTAIN CAPITAL MANAGEMENT LLC; JACK CHAU, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRINA S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO, 4, REGGIO EMILIA 42121 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS COMMODITIES PTE. LTD., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS COMMODITIES PTE. LTD., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: |

| Claim Name | Address Information |
|---|---|
| HBK MASTER FUND, L.P. | GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, C/O HALCYON ASSET MANAGEMENT LP, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ILLIQUIDX LLP | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LEHMAN BROTHERS COMMODITIES PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS COMMODITIES PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 48581 SINGAPORE |

**Total Creditor Count 131**