# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc. et al        Case No. 08-13555 (SCC)(Jointly Administered)
                                                    Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Ultra Master Ltd | Name of Transferor:<br>CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
|---|---|
| Notices to Transferee should be sent to:<br>Ultra Master Ltd<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022<br>Fax (212) 284-4300<br>Attn: Solus Compliance Officer,<br>Intralinks Access: Compliance@soluslp.com | Court Record Address of the Transferor:<br>(Court use only)<br>CHASE LINCOLN FIRST COMMERCIAL CORPORATION<br>Attn: Jeffrey L. Panzo / MC: NY1-M138<br>383 MASDISON AVENUE, FL 37<br>NEW YORK, NY 10179 |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Ultra Master Ltd<br>C/O The Bank of New York Mellon Trust Company, N.A.<br>601 Travis Street, 17th Floor<br>Houston, Texas 77002 | |
| Type of Claim: 7 General Unsecured<br>Partial Claim Amount: $23,000,000.00 | |
| Court Claim Nos. (if known):<br>29557 | |
| Date Claims Filed:<br>September 22, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ [signed]        Date: 06/24/2015
Joshua G. Sock
Executive Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75391268.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $23,000,000

    CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

    ULTRA MASTER LTD
    C/O Solus Alternative Asset Management LP
    410 Park Avenue - 11th Floor
    New York, NY 10022
    Tele: 212-284-4300
    Email (Preferred): notices@soluslp.com
    Fax # 212-284-4347
    Attn: Solus Operations Administration

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $23,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | ULTRA MASTER LTD<br>By: Solus Alternative Asset Management LP<br>    its Investment Advisor |
|---|---|
| By: _[signature]_<br>(Signature of authorized signatory) | By: _[signature]_<br>(Signature of authorized signatory) |
| Name: Christopher Cestaro | Name: Gordon J. Yeager |
| Title: Attorney-in-fact | Title: Executive Vice President |
| Date: 6/24/15 | Date: 6/24/15 |

EU1/53128038.1

9