### EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 40611
Transferred Claim Amount: $85,000,000

CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

CVI CVF III Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al., solely to the extent of the allowed amount of $85,000,000, docketed as Claim No. 40611 (the "Claim") in the above-referenced jointly administered case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | CVI CVF III LUX MASTER S.A.R.L. By: CarVal Investors, LLC, Its Attorney-in-Fact |
|---|---|
| By: _____ (Signature of authorized signatory) | By: _____ (Signature of authorized signatory) |
| Name: Christopher Cestaro | Name: Ryan Morrell — Authorized Signer |
| Title: Attorney-in-fact | Title: _____ |
| Date: 6/24/15 | Date: 6/17/15 |

EU1/ 53128032.1

11

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.01
Transferred Claim Amount: $85,000,000

    CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

CVI CVF III Lux Master S.a.r.l.
c/o Carval Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $85,000,000, docketed as Claim No. 29557.01 (the "Claim") in the above-referenced case.

    Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

    IN WITNESS WHEREOF, dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | CVI CVF III LUX MASTER S.A.R.L. By: CarVal Investors, LLC, Its Attorney-in-Fact |
|---|---|
| By: _[signature]_ (Signature of authorized signatory) | By: _[signature]_ (Signature of authorized signatory) |
| Name: Christopher Cestaro | Name: Ryan Morrell Authorized Signer |
| Title: Attorney-in-fact | Title: |
| Date: 6/24/15 | Date: 6/17/15 |