

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com



## Message

May 18, 2015

**subject** Evidence of transfer of claim

On behalf of            Attention: Clerk of the Court

you are receiving      partial transfer of claim: ICCREA BANCA Spa

☐ for your information      ☐ returned with thanks       ☐ please return
☒ for your records          ☐ please comment             ☒ please confirm receipt
☐ as agreed                 ☐ please sign                ☒ please process
☐ please complete           ☐

Remarks
TOC333   15'000.00   XS0326542072
Transferor: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)/ Claim Number: 59233
Transferee: ICCREA BANCA SPA, Via Lucrezia Romana 41/47, 00178 Roma (Italy)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

RECEIVED MAY 26 2015 U.S. BANKRUPTCY COURT NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: __(JMP)__
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| ICCREA BANCA Spa | UBS AG |
| Notices to Transferee should be sent to:<br>ICCREA BANCA<br>Via Lucrezia Romana 41/47<br>00178 ROMA (Italy)<br>Attn.<br>EMAIL: | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>EUR 15'000.00 | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _13 maggio 2015_
Avv. Antonio Torre
Responsabile del Legale
ICCREA BANCA SPA
Via Lucrezia Romana 41/47
00178 ROMA (Italy)

Page 1 of 3

TOC 333

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

### EVIDENCE OF TRANSFER OF CLAIM

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-5.11.08 | XS0326542072 | LBS NV | LBH Inc. | EUR 15'000.00 out of EUR 2'333'000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

ICCREA BANCA
Via Lucrezia Romana 41/47
00178 ROMA (Italy)
Telephone: 06 72075814
Attention: avv. Antonio Torre

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor

Page 2 of 3

ToC 333

acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 13, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

Iccrea Banca Spa
Transferee

ICCREA BANCA SPA

By _____
Avv. Antonio Torre
Responsabile del Legale

Page 3 of 3

TOC 333