# CT

May 27, 2015



Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing
Inc., Pltf. vs. Bank of America National Association, et al. including Pinnacle Point
Funding Corp., Dfts.

Case No.  1003547SCC

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust
Company as the purported agent for service of process for Pinnacle Point Funding Corp.

Pinnacle Point Funding Corp. is inactive on the records of the State DE. Our services for
this entity have also been discontinued for more than five (5) years and, as such, we no
longer maintain an active record of this entity. Since we have no address to which to
forward this process, we have not done so.

Very truly yours,


The Corporation Trust Company

Log# 527190022

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
 Alexander Hamilton Custom House,
 One Bowling Green,
 New York, NY  10004-1408

Wolters Kluwer