**DRRT** — Pro-Active Portfolio Monitoring℠
**The Missing Piece** to Prudent Asset Management

**MIAMI OFFICE (USA)**

340 West Flagler Street
Second Floor
Miami, Florida 33130
T +1 (786) 235-5000
F +1 (786) 235-5005
W www.drrt.com

**Alexander Reus**
areus@drrt.com

June 12, 2015

**VIA FEDEX**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



RECEIVED JUN 1 5 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**RE:  Claim No. 55829**
    **DRRT FBO Liechtensteinische Landesbank AG, Vaduz**

To whom it may concern,

In reference to the claim no. 55829 we would ask you to update the dockets in regard to the transfer of the claim from Credit Suisse AG (Transferor) to Liechtensteinische Landesbank AG, Vaduz (Transferee).

The affected claim is:

Claim No. 55829:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/Amount of Claim related to Security |
|---|---|---|---|---|
| XS0220326408 | 55829 | 10/29/2009 | Lehman Brothers Treasury Co. BV | CHF 200,000 |

Sincerely,

Alexander Reus
Managing Partner

Enclosure: Power of attorney granted to DRRT

www.drrt.com                                                                Miami  ▪  Frankfurt  ▪  Dubai



RECEIVED
JUN 1 5 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG**  ("Transferor") unconditionally and irrevocably transferred to **Liechtensteinische Landesbank AG, Vaduz** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 8, 2015.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

DRRT

_____
Alexander Reus
Managing Partner

DRRT

_____
Alexander Reus
Managing Partner



## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0220326408 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 200'000 |

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS THAT the undersigned signatories of **Liechtensteinische Landesbank** ("COMPANY") have made, constituted and appointed, and do hereby make, constitute and appoint ALEXANDER REUS, Esq., ALISON LABOISSONNIERE, Esq. and Diaz, Reus & Targ, LLP ("DRRT"), located at 100 S.E. Second Street, Suite 2610, Miami, Florida 33131, USA ("ATTORNEYS") as its true and lawful attorneys-in-fact, hereby conferring upon ATTORNEYS full power and authority to act for and on behalf of COMPANY, including its clients, on whose behalf COMPANY is authorized to act, in COMPANY's name, place and stead, to do and perform any or all of the following acts:

1. To make, sign, and execute any and all forms involved in the insolvency proceeding of the following company ("Proceeding"):
   a. Lehman Brothers Holdings Inc. (bankruptcy petition filed on Sept. 15, 2008 in the US Bankruptcy Court for the Southern District of New York, Case No. 08-13555).
2. To communicate orally and in writing with the Trustee or the claims administrator(s) handling the Proceeding.
3. To receive any distributions on behalf of COMPANY made by the Trustee or claims administrator(s) in the Proceeding.
4. To do anything else necessary or required to file applicable claim forms and related documentation on behalf of COMPANY (and its above referenced clients) and to collect any funds due COMPANY (and its above referenced clients) from the Proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 14th day of September, 2009.

By: _____          _____
Robert Rastner                         Graziella Marok-Wachter
Head of Group Legal & Compliance       Head of Group Legal