# United States Bankruptcy Court

Southern District of New York

In re: **Lehman Brothers Holdings Inc.**                    Case No.: **08-13555 (SCC)**

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| | |
|---|---|
| **AAI Canyon Fund PLC,** **solely with respect to Canyon Reflection Fund** Name of Transferee | **Chase Lincoln First Commercial Corporation** Name of Transferor |
| Name and Address where notices to transferee should be sent **c/o Canyon Capital Advisors LLC** **2000 Avenue of the Stars, 11th Floor** **Los Angeles, CA 90067** **Attn:   General Counsel** **Telephone: 310-272-2700** **E-mail: legal@canyonpartners.com** | Court Claim Number:  **29557.02** Amount of Claim: **$8,579,000.00**  Date Claim Filed:  9/22/2009 |

Name and Address where transferee payments should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Andrew Jones_____                    Date: June 25, 2015
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $8,579,000

   CHASE LINCOLN FIRST COMMERCIAL CORPORATION ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

   AAI CANYON FUND PLC, SOLELY WITH RESPECT TO CANYON REFLECTION FUND
   c/o: Canyon Capital Advisors LLC
   2000 Avenue of the Stars, 11th Floor
   Los Angeles, CA 90067
   Attn: James Pagnam
   Phone: 310-272-1406
   Fax: 310-272-1407
   Email: jpagnam@canyonpartners.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $8,579,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

   IN WITNESS WHEREOF, dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | AAI Canyon Fund PLC, an umbrella investment company with variable capital and segregated liability between sub-funds, solely in respect of Canyon Reflection Fund<br>By: CANYON CAPITAL ADVISORS LLC, as its Investment Advisor |
|---|---|
| By: _____<br>(Signature of authorized signatory) | By: _____<br>(Signature of authorized signatory) |
| Name: Christopher Cestaro | Name: _____ |
| Title: Attorney-in-fact | Title: Jonathan Kaplan / General Counsel |
| Date: 6/19/15 | Date: 6/19/15 |

EU1/ 53132090.1            10