

EINSCHREIBEN

United States Bankruptcy Court
Southern District of New York
One Bowling Green New York
New York 10004
United States

Linz, 08.06.2015

**Attention: Clerk of the Count**

Dear sirs,

Please find enclosed the original notice of transfer of claims other than for security pursuant to bankruptcy rule 3001 (E)(2).

Best regards

Volkskreditbank AG

Ingomar Rametsteiner
Veranlagung-Backoffice
E-Mail:ingomar.rametsteiner@vkb-bank.at

RECEIVED

JUN 16 2015

U.S. ...
SO. DI...

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: _(JMP_
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>VOLKSKREDITBANK AG | Name of Transferor:<br>UBS AG |
| Notices to Transferee should be sent to:<br>VOLKSKREDITBANK AG<br>Pfarrplatz 12<br>AT-4010 Linz (Austria)<br>Attn. Ingomar Rametsteiner<br>EMAIL: ingomar.rametsteiner@vkb-bank.at | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br>**Account No. 400880563200**<br>**BIC: COBADEFF** | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>Units 50.00 | *NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 03.06.2015
Stefan Sulß
VKB-Bank AG
Veranlagung-Back Office

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

### EVIDENCE OF TRANSFER OF CLAIM

TO:            United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO:      Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number:  *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number:  59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | XS0306179168 | LBT BV | LBH Inc. | Units 50.00 out of Units 17'639.00 |

The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

VOLKSKREDITBANK AG
Pfarrplatz 12
AT-4010 Linz (Austria)
Telephone: +43 732 7637 1194
Attention: Ingomar Rametsteiner

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

Page 2 of 3

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 28, 2015.

UBS AG
Transferor

By: _____
    Name:  Matthias Mohos
    Title:  Associate Director

By: _____
    Name:  Stephan Gfeller
    Title:  Associate Director

ACKNOWLEDGED BY:

VOLKSKREDITBANK AG, Linz

By: _____
    Name: Stefan Süß