FILED / RECEIVED

'JUN 1 5 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 CJMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banque Bemo SAL
Name of Transferee

Securities Support Desk
Esseily Building – 7th floor
Riad El Solh Street
Beirut - Lebanon

Phone: 009611992600
Last Four Digits of Acct#:_____

Banque Pictet & Cie SA
Name of Transferor

Court Claim# (if known): 36532.10
Date Claim Filed: October 29, 2009
Amount of Claim: USD 73'558.16
Portion of Claim Transferred (see Schedule I): Nominal EUR 100'000

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

RECEIVED
JUN 1 9 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ J. RAFFOUL   M. SOUFAN _____   Date: 09/06/2015
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **Banque Bemo SAL** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 36532.10**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON JUNE 8, 2015

**Banque Pictet & Cie SA**

By: .................................................

Name: David Aeschlimann

Title: Vice President

By: .................................................

Name: Mélanie Pichonnaz

Title: Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0316372522 | 36532.10 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 100,000 |
| | | | | |

Allowed Claim Amount = USD 73'558.16



## Lehman Brothers Holdings Claims Processing Center

FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Attention: EPIQ BANKRUPTCY SOLUTIONS, LLC

Beirut, June 10th, 2015
Ref: OPD/MGT/21/15

Dear Sirs,

      Please find enclosed herewith the "Evidence Of Transfer Of Claim", Schedule I and Form 210A, signed by Mr. David Aeschlimann, Vice President, and Mrs. Melanie Pichonnaz, Officer, on behalf of Banque Pictet & Cie SA, and by Mr. Joseph Raffoul, Assistant General Manager, and Mrs. Myrna Soufan, Chief Operating Officer, on behalf of Banque Bemo sal.

We thank you for your cooperation and remain Dear Sirs,

Sincerely Yours,

## Banque Bemo SAL

Myrna SOUFAN
Chief Operating Officer

Banque BEMO sal      Capital LBP 62.599.400.000      96 Pasteur building      Tel: +961 1 568 250
     B.C.R. 17837, B.S.E. N° 1111      Pasteur street, Medawar area      Fax: +961 1 568 265/6/7
     List of Banks N° 93      Beirut, Lebanon      www.bemobank.com



Maximum recommended weight 2 kg/4.4 lbs