FILED / RECEIVED

JUN 15 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banca Ifigest S.p.A.
Name of Transferee

Banque Pictet & Cie SA
Name of Transferor

Name and Address where notices to transferee should be sent:

ENRICO ALGIERI (GEN. MANAGER)
PIAZZA S. MARIA SOPRARNO, 1
50125 FIRENZE - ITALY

Court Claim # (if known): 55724.04
Date Claim Filed: October 29, 2009
Amount of Claim: USD 65'266.15
Portion of Claim Transferred (see Schedule I): EUR 45'000.00

Phone: +39 055 24631
Last Four Digits of Acct #: ___

Phone: ___
Last Four Digits of Acct. #: ___

Name and Address where transferee payments should be sent (if different from above):

Phone: ___
Last Four Digits of Acct #: ___

RECEIVED
JUN 19 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 23rd APRIL 2015
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banque Pictet & Cie SA** ("Transferor") unconditionally and irrevocably transferred to **Banca Ifigest S.p.A.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55724.04**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administrated), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON DECEMBER 02, 2014

Banque Pictet & Cie SA

By: ...............................
Name: David Aeschlimann
Title: Vice President

By: ...............................
Name: Mélanie Pichonnaz
Title: Officer

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0208459023 | 55724.04 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 45,000 |

PROTOCOLLO

n° 150064/Del 28·04·2015



Società iscritta all'albo delle Banche al n. 5485
CAB 02800 ABI 03185  SWIFT IFIGIT 31
Sede: 50125 FIRENZE – Piazza Santa Maria Soprarno, 1
Tel. 055 24631 – Fax 055 2463231 – e-mail: info@bancaifigest.it
Numero d'Iscrizione al Registro delle Imprese e Codice Fiscale 03712110588
R.E.A. di Firenze n. 425733 –P.IVA 04337180485 –Cap.Soc. Euro 16.425.000 i.v.
Aderente al Fondo Interbancario di Tutela dei Depositi
Iscritta Albo Gruppi Bancari n. 3185.6

BANCA IFIGEST S.p.A. – Società capogruppo
Gruppo Bancario Ifigest

Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Firenze, 3rd June 2015

## THIS LETTER REPLACE OUR PREVIUOS OF 28TH APRIL 2015

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banca Ifigest Spa, we are pleased to request the transfer of a portion of the claim number 55724.04 filled in the name of Banque Picet & Cie SA (Transferor) to Banca Ifigest SPA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (segreteria.ifigest@legalmail.it), or fax (+390552463234).

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANCA IFIGEST S.P.A.



BANCA IFIGEST S.p.A. – Società capogruppo
Gruppo Bancario Ifigest

Società iscritta all'albo delle Banche al n. 5485
CAB 02800 ABI 03185  SWIFT IFIGIT 31
Sede: 50125 FIRENZE – Piazza Santa Maria Soprarno, 1
Tel. 055 24631 – Fax 055 2463231 – e-mail: info@bancaifigest.it
Numero d'Iscrizione al Registro delle Imprese e Codice Fiscale 03712110588
R.E.A. di Firenze n. 425733 –P.IVA 04337180485 –Cap.Soc. Euro 16.425.000 i.v.
Aderente al Fondo Interbancario di Tutela dei Depositi
Iscritta Albo Gruppi Bancari n. 3185.6

Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Firenze, 28.04.2015

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banca Ifigest Spa, we are pleased to request the transfer of a portion of the claim number **40659** filled in the name of Banque Pictet & Cie SA (Transferor) to Banca Ifigest Spa (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (segreteria.ifigest@legalmail.it) or fax (+390552463234).

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANCA IFIGEST S.P.A.

banca ifigest

BANCA IFIGEST S.p.A.
Piazza Santa Maria Soprarno, 1 - 50125 Firenze

RA 1782 4752 6 IT

Registered Mail
AR A003
50125 FIRENZE
Posteitaliane

Spett.le
Lehman Brothers Holdings
Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

FILED
JUN 15 2015
EPIQ