

**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

## Message

June 15, 2015

**RECEIVED JUN 2 3 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

subject  **WITHDRAWAL**

On behalf of              Attention: Clerk of the Court

you are receiving         Notice of Withdrawal Docket Nr. 49984

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ | |

Remarks
TOCE108   CHF 75'000.00    XS0329812084
Please WITHRAW Docket Nr. 49984
Transferor: Credit Suisse AG, Zurich/ Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E        07.03.2012        N1                                    15.06.2015        Page 1/1



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------- x
:       Chapter 11
In re                                       :
:       Case No. 08-13555
LEHMAN BROTHERS HOLDINGS INC.               :
:       (Jointly Administered)
:
Debtor.                                     :
------------------------------------------- x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

PLEASE TAKE NOTICE that UBS AG 8001 ZURICH hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No 49984], dated 06/05/15, filed in reference to Claim No. 55829, and served on the Debtor and the Debtor's claims and noticing agent.

Dated: June 15, 2015

UBS AG, Zürich (Switzerland)

Signature         Signature
UBS AG            UBS AG

Matthias Mohos    Stephan Gfeller
Associate Director    Associate Director