**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
In re:                                                                  :    Chapter 11
                                                                        :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                                :
                                                                        :
                          Debtors.                                      :
------------------------------------------------------------------------ X

**SO ORDERED STIPULATION CONCERNING LIST OF NON-OBJECTING PARTIES ANNEXED AS EXHIBIT A TO THE ORDER GRANTING MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE**

WHEREAS, this Court having entered an order, dated June 9, 2015 [Dkt. No. 49936] (the "DQ Order"), approving the Motion for an Order to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"),[1] dated March 19, 2015, filed by (i) Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates (collectively, "Lehman"), and (ii) the Official Committee of Unsecured Creditors (the "Creditors Committee," and together with Lehman, "Movants"); and

WHEREAS, Landesbank Baden-Württemberg (formerly Sudwestdeutsche Landesbank Girozentrale and successor in interest to Landesbank Rheinland-Pfalz Girozentrale) ("Landesbank") having contacted Movants and notified them that Landesbank filed a joinder [Dkt. No. 49116] to two objections to the Motion, and thus was erroneously included in the list of Non-Objecting Parties annexed as Exhibit A to the DQ Order; and

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Motion.

WHEREAS, Movant having agreed (a) to amend the list of Non-Objecting Parties by this So Ordered Stipulation, and (b) that Landesbank shall be treated as an Objecting Party under the DQ Order.

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED** that Exhibit A to the DQ Order shall be deemed amended to delete Landesbank from the list of Non-Objecting Parties, and Landesbank henceforth shall be treated as an Objecting Party under the DQ Order.

| | |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. AND CERTAIN OF ITS AFFILIATES | LANDESBANK BADEN-WURTTEMBERG |
| /s/ Peter J. Behmke<br>Turner P. Smith<br>L.P. Harrison 3rd<br>Peter J. Behmke<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178 | /s/ Douglas P. Bartner<br>Douglas P. Bartner<br>Stacey L. Corr-Irvine<br>SHEARMAN & STERLING, LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF LEHMAN BROTHERS HOLDINGS INC.

 /s/ Scott C. Shelley
Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010

**SO ORDERED:**

Dated:  July 29, 2015
          New York, NY

/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE