WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
```

| | |
|---|---|
| **In re** : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | **08-13555 (SCC)** |
| : | |
| **Debtors.** : | **(Jointly Administered)** |
| : | |

```
------------------------------------------------------------------ x
```

### NOTICE OF ADJOURNMENT OF
### HEARING ON THE FOUR HUNDRED NINETY-SIXTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-

Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was

scheduled for July 1, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **July 22, 2015** at

**10:00 a.m. (Eastern Time)** with respect to the claims listed on Exhibit A annexed hereto.

Dated:   June 29, 2015
        New York, New York

                               */s/ Garrett A. Fail*
                               Garrett A. Fail

                               WEIL, GOTSHAL & MANGES LLP
                               767 Fifth Avenue
                               New York, New York 10153
                               Telephone: (212) 310-8000
                               Facsimile: (212) 310-8007

                               Attorneys for Lehman Brothers Holdings Inc.
                               and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. | Response |
|---|---|---|
| Dongbu Securities Co., Ltd. | 14184 | ECF No. 49298 |
| Hana Bank as Trustee and My Asset Investment Management Co., Ltd. | 27288 | ECF No. 49425 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | ECF No. 49427 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | ECF No. 49426 |
| Kyobo Securities Co., Ltd. | 25776 | ECF No. 49298 |
| Mirae Asset Securities Co., Ltd. | 10870 | ECF No. 49963 |
| Standard Chartered First Bank as Trustee | 27287 | ECF No. 49971 |
| Woori 2 Star Derivatives Fund KH-3 | 8699 | ECF No. 49969 |
| Woori 2 Star Derivatives Fund KW-8 | 8700 | ECF No. 49965 |