**EXHIBIT A-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,594,155.42 of the claim against Lehman Brothers Holdings Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,019,588,693.07 | 11306 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,594,155.42 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | | |
|---|---|---|---|---|
| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |
| Signature:<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: 6/22/2015 | | Signature:<br>Name:<br>Title:<br>Date: | |

- 3 -

Doc#: US1:10021322v7

**EXHIBIT A-1**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,594,155.42 of the claim against Lehman Brothers Holdings Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,019,588,693.07 | 11306 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,594,155.42 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: HBK Master Fund L.P. | ASSIGNOR: Citigroup Financial Products Inc. |
|---|---|
| Address: c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |
| Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | Signature: *Joelle Gavlick*<br>Name: Joelle Gavlick<br>Title: Authorized Signatory<br>Date: June 22, 2015 |

- 3 -

Doc#: US1:10021322v7

**EXHIBIT A-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,594,155.42 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,019,588,693.07 | 11307 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,594,155.42 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |
| Signature:<br>Name:<br>Title:<br>Date: | [signature]<br>Beauregard A. Fournet<br>Authorized Signatory<br>6/22/2015 | Signature:<br>Name:<br>Title:<br>Date: | |

- 4 -

Doc#: US1:10021322v7

**EXHIBIT A-2**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $4,594,155.42 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $1,019,588,693.07 | 11307 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,594,155.42 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |
| Signature:<br>Name:<br>Title:<br>Date: | | Signature:<br>Name:<br>Title:<br>Date: | *[signature]*<br><br>Joelle Gavlick<br>Authorized Signatory<br>June 22, 2015 |

- 4 -

Doc#: US1:10021322v7

EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

　　　　　　　　Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$18,333,333.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$38,333,333.00** | **10350** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$18,333,333.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR:
CITIGROUP FINANCIAL PRODUCTS INC.

Address: 390 Greenwich Street, 4th Floor
　　　　　New York, NY 10013
　　　　　Attn: Kenneth Keeley
　　　　　Telephone Number: 212-723-6501
　　　　　Email: Kenneth.keeley@citi.com

Signature: _Joelle Gavlick_
Name:
Title: Joelle Gavlick
Date: Authorized Signatory
　　　June 22, 2015

ASSIGNEE:
HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
　　　　　2101 Cedar Springs Road Suite 700
　　　　　Dallas, Texas 75201
　　　　　Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$18,333,333.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $38,333,333.00 | 10350 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$18,333,333.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR:
CITIGROUP FINANCIAL PRODUCTS INC.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Telephone Number: 212-723-6501
Email: Kenneth.keeley@citi.com

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNEE:
HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
2101 Cedar Springs Road Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: [signature]
Name: Beauregard A. Fournet
Title: Authorized Signatory
Date: 6/22/2015

## EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$18,333,333.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$38,333,333.00** | **10349** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$18,333,333.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

**ASSIGNOR:**
CITIGROUP FINANCIAL PRODUCTS INC.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013
Attn: Kenneth Keeley
Telephone Number: 212-723-6501
Email: Kenneth.keeley@citi.com

Signature: _____
Name: Joelle Gavlick
       Authorized Signatory
Title: _____
Date: June 22, 2015

**ASSIGNEE:**
HBK MASTER FUND L.P.

Address: c/o HBK Services LLC
2101 Cedar Springs Road Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$18,333,333.00** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| **$38,333,333.00** | **10349** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$18,333,333.00** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR:<br>CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE:<br>HBK MASTER FUND L.P. |
|---|---|
| Address:  390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Attn: Kenneth Keeley<br>Telephone Number: 212-723-6501<br>Email: Kenneth.keeley@citi.com | Address:  c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | Signature: [signed]<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory VT<br>Date: 6/22/201[?] |