UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :   08-13555 (SCC)
                                                                  :
                                    Debtors.                      :   (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to proof of claim number 47496 asserted against Lehman Brothers Holdings Inc. on October 26, 2009 (the "Claim"). PLEASE TAKE NOTICE that the undersigned hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.

Dated:    June 15, 2015
          Montevideo, Uruguay

                                                        _____
                                                        BENSION MALLO, ANDRES

WEIL:\95369331\4\58399.0011