WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC., *et al.*,** | : | **08-13555 (SCC)** |
| **Debtors.** | : | **(Jointly Administered)** |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON JULY 1, 2015 AT 9:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## I. ADVERSARY PROCEEDING:

1. Lehman Brothers Holdings Inc, *et al*. v. U.S. Bank National Association. *et al*. [**Adversary Proceeding No. 15-01112**]

**Motions to Enforce Stay and File Under Seal**

Related Documents:

A. Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 2**]

B. Lehman's Motion Pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9018 for Entry of an Order (A) Authorizing the Filing of Certain Information Under Seal in Connection with Lehman's Adversary Proceeding Against U.S. Bank N.A., Syncora Guarantee, Inc., and GreenPoint Mortgage Funding, Inc., and Lehman's Motion for Stay of the GreenPoint Litigation, and (B) Granting Related Relief [**ECF No. 3**]

C. Declaration of John S. Craig in Support of Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 18**]

D. Syncora Guarantee Inc.'s Memorandum of Law in Objection and Opposition to the Motion by Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Staying U.S. Bank, N.A., as Indenture Trustee V. Greenpoint Mortgage [**ECF No. 19**]

E. Declaration of Constance Boland in Support of Opposition to Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 20**]

F. Memorandum of Law in Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Actions [**ECF No. 21**]

G. Objection of Greenpoint Mortgage Funding, Inc. to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 22**]

H. Declaration of Kevin J. Burke in Support of the Objection of Greenpoint Mortgage Funding, Inc. to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 23**]

I. Declaration of Constance Boland in Support of Opposition to Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 24**]

J. Memorandum of Law in Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Actions [**ECF No. 25**]

K. Memorandum of Law in Reply to the Objections of Defendants to the Motion Under Sections 105 And 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and stay a Related Third-Party Action [**ECF No. 31**]

L. Notice of Filing of Revised Proposed Order Pursuant to Section 107 of the Bankruptcy Code and Bankruptcy Rule 9018 (a) Authorizing the Filing of Certain Information Under Seal in Connection With Lehman's Adversary Proceeding Against U.S. Bank, N.A., Syncora Guarantee Inc., and GreenPoint Mortgage Funding, Inc., and Lehman's Motion for Stay of the GreenPoint Litigation, and (b) Granting Related Relief **[ECF No. 35]**

Status: The parties to the Adversary Proceeding have reached an agreement regarding the Sealing Motion and have submitted a revised proposed order to the Court for its approval. The motion to stay a related third-party proceeding is going forward.

**MATTERS TO BE HEARD AT 11:00 A.M.**

**II. UNCONTESTED MATTER:**

2. Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (Aviv LCDO 2006-3) Credit Default Swap Agreement and Indenture [**ECF No. 49703**]

Response Deadline: June 11, 2015 at 4:00 p.m.

Responses Received: None.

Related Documents:

A. Notice Relating to Certain Matter Scheduled for Omnibus and Claims Hearing on June 18, 2015 [**ECF No. 49802**]

B. Affidavit of Donald F. Higgins in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (Aviv LCDO 2006-3) Credit Default Swap Agreement and Indenture [**ECF No. 49989**]

C. Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(A) of the Bankruptcy Code for Approval of Settlement Agreement Relating to Airlie LCDO I (Aviv LCDO 2006-3) Credit Default Swap Agreement and Indenture [**ECF No. 49996**]

Status: This matter is going forward on an uncontested basis.

**III. CONTESTED MATTER:**

3. Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims [**ECF No. 49709**]

Response Deadline: June 5, 2015 at 4:00 p.m.

Response Received:

A. Opposition of Highland CDO Opportunity Master Fund, L.P. to Motion of Lehman Brothers Holdings Inc. for Further Extension of the Period to File Objections to and Requests to Estimate Claims [**ECF No. 49916**]

Related Document:

B. Reply to Opposition of Highland CDO Opportunity Master Fund, L.P. to Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims [**ECF No. 50159**]

Status: This matter is going forward on a contested basis as to the claim of Highland CDO Opportunity Master Fund, L.P.

## IV. ADJOURNED MATTER:

4. The Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 48956**]

Status: This has been adjourned to July 22, 2015 at 10:00 a.m.

Dated: June 30, 2015
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates