UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    08-13555 (SCC)
                                                  :
                    Debtors.                      :    (Jointly Administered)
------------------------------------------------------------------x

**SUPPLEMENTAL ORDER SUSTAINING THE PLAN ADMINISTRATOR'S FOUR
HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(SATISFIED CLAIMS)**

Upon the four hundred eighty-sixth omnibus objection to claims, dated November 26, 2014 (the "Four Hundred Eighty-Sixth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, pursuant to section 502(b) of title 11 of the Bankruptcy Code, Rule 3007(d) of the Bankruptcy Rules, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance of the Relevant Guarantee Claims, all as more fully described in the Four Hundred Eighty-Sixth Omnibus Objection to Claims; and due and proper notice of the Four Hundred Eighty-Sixth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Four Hundred Eighty-Sixth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Four Hundred Eighty-Sixth Omnibus Objection to Claims establish just cause for the relief granted herein; and the Plan Administrator and KN Asset Management Co. having agreed to the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Four Hundred Eighty-Sixth Omnibus Objection to Claims.

Court's consideration of the Four Hundred Eighty-Sixth Omnibus Objection to Claims without a hearing; and the Court having considered (i) the Four Hundred Eighty-Sixth Omnibus Objection to Claims; (ii) KN Asset Management Co.'s Response to LBHI's Four Hundred Eighty-Sixth Omnibus Objection to Claims, dated December 29, 2014 [ECF No. 47570]; (iii) KN Asset Management Co.'s Supplemental Response to LBHI's Four Hundred Eighty-Sixth Omnibus Objection to Claims, dated March 2, 2015 [ECF NO. 48678]; and (iv) the Plan Administrator's Reply to Response of KN Asset Management Co. to Plan Administrator's Four Hundred Eighty-Sixth Omnibus Objection to Claims (Satisfied Claims), dated March 9, 2015 [ECF No. 48785] (the "Reply"); and for the reasons stated in the Reply and on the record of the hearing on the Response of Nomura Securities Co., Ltd. to the Four Hundred Eighty-Sixth Omnibus Objection to Claims held on February 19, 2015; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Four Hundred Eighty-Sixth Omnibus Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, proof of claim number 22602 is disallowed and expunged in its entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  June 30, 2015
     New York, New York

                          /S/ Shelley C. Chapman
                          UNITED STATES BANKRUPTCY JUDGE