UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

### MAY 2015 POST-EFFECTIVE OPERATING REPORT

MAY 1, 2015 – MAY 31, 2015
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o MICHAEL S. LETO<br>CHIEF FINANCIAL OFFICER<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o  JACQUELINE MARCUS, GARRETT A. FAIL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date:  June 30, 2015

**TABLE OF CONTENTS**

| | |
|---|---:|
| Schedule of Debtors ……………………………………………………………………………………… | 3 |
| Lehman Brothers Holdings Inc. and Other Debtors and Other Controlled Entities | |
|     Basis of Presentation — Schedule of Cash Receipts and Disbursements ……………………………………. | 4 |
|     Schedule of Cash Receipts and Disbursements …………………………………………………….... | 6 |
| LBHI | |
|     Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. | 10 |
|     Schedule of Professional Fee and Expense Disbursements …………………………………………………... | 11 |

# SCHEDULE OF DEBTORS

The following entities (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. The Debtors' Chapter 11 cases remain open as of the date hereof.

| | Case No. | Date Filed |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| LB 745 LLC | 08-13600 | 9/16/2008 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc.("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| CES Aviation LLC | 08-13905 | 10/5/2008 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |
| LB Somerset LLC | 09-17503 | 12/22/2009 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the questions' origination). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as needed, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's posted responses were last updated on October 30, 2014, and can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under Key Documents, Responses to Questions Submitted**

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
MAY 1, 2015 – MAY 31, 2015**

The information and data included in this May 2015 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. and foreign money-market funds, U.S. government obligations, U.S. government guaranteed securities, investment grade corporate bonds and commercial paper, and AAA-rated asset-backed securities secured by auto loans and credit card receivables.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity; and
   - Cash held at real estate owned properties or at third party real estate managers.

5. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of May 31, 2015:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | LBHI | LBSF | LCPI | Other | Total | | |
| **Reserves for Claims:** | | | | | | | |
| Disputed unsecured claims [1] | $ 1,882 | $ 1,515 | $ 16 | $ 309 | $ 3,722 | $ - | $ 3,722 |
| Tax claims [2] | 0 | 25 | - | 4 | 29 | - | 29 |
| Distributions on Allowed Claims (not remitted) [3] | 113 | 1 | 50 | 4 | 168 | - | 168 |
| Secured, Admin, Priority Claims and Other [4] | 69 | 15 | 9 | 10 | 102 | - | 102 |
| Subtotal, Claims Reserves | 2,064 | 1,556 | 74 | 326 | 4,021 | - | 4,021 |
| Cash pledged to JPMorgan (CDA) [5] | 76 | - | - | - | 76 | - | 76 |
| Citigroup and HSBC [6] | 2,034 | - | - | - | 2,034 | - | 2,034 |
| Other [7] | 181 | 21 | 6 | 25 | 233 | 82 | 315 |
| **Total** | $ 4,355 | $ 1,577 | $ 81 | $ 351 | $ 6,364 | $ 82 | $ 6,446 |

Totals may not foot due to rounding.

(1) Represents the cash reserve for the principal amount of the disputed unsecured claims subsequent to the seventh Plan distribution on April 2, 2015.

(2) The $29 million at LBSF and LBCC represents the cash reserve for non-income tax issues.

(3) Includes (i) approximately $69 million related to claimants subject to Office of Foreign Asset Control ("OFAC"), and (ii) $99 million related to other open items.

(4) Includes approximately $28 million related to post-petition intercompany payables and $74 million related to other administrative and other activities.

(5) Represents $76 million of cash deposited into accounts by LBHI and pledged to JPMorgan (and its affiliates, "JPM") pursuant to paragraph 6(b) of the Collateral Disposition Agreement ("CDA") with JPM effective March 31, 2010; related to, but not limited to, clearance exposures and derivative exposures pending resolution of these items.

(6) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $26 million, including interest earned thereon. The Company is in discussion with HSBC Bank and commenced litigation against Citigroup regarding these deposits, among other things.

(7) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $91 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $55 million; and (iii) other miscellaneous items of $169 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Summary Schedule of Cash Receipts and Disbursements**
**May 1, 2015 - May 31, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | Debtors | | | | | Debtor-Controlled Entities Total | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| | LBHI | LBSF | LCPI | Other | Total | | |
| **Beginning Free Cash and Investments (05/01/15)** | $ 290 | $ 43 | $ 10 | $ 560 | $ 902 | $ 510 | $ 1,412 |
| Restricted Cash | 4,366 | 1,577 | 81 | 356 | 6,380 | 60 | 6,440 |
| **Beginning Total Cash and Investments** | 4,656 | 1,619 | 91 | 916 | 7,282 | 570 | 7,852 |
| **Sources of Cash** | | | | | | | |
| Commercial Real Estate | 0 | - | 125 | - | 125 | 98 | 224 |
| Loans (Corporate and Residential) | 2 | - | 0 | - | 2 | 0 | 3 |
| Private Equity / Principal Investing | 0 | - | 0 | - | 1 | 19 | 19 |
| Derivatives | - | 28 | - | - | 28 | - | 28 |
| Receipts from Affiliates | 66 | 1 | - | 0 | 67 | 0 | 67 |
| Other | 32 | (1) | 1 | 0 | 32 | 1 | 33 |
| **Total Sources of Cash** | 101 | 28 | 126 | 0 | 256 | 119 | 375 |
| **Uses of Cash** | | | | | | | |
| Non-Operating | | | | | | | |
| Commercial Real Estate | (1) | - | (0) | - | (1) | (2) | (3) |
| Loans (Corporate and Residential) | (0) | - | (0) | - | (0) | - | (0) |
| Payments to Creditors | 11 | - | - | - | 11 | - | 11 |
| Other | (90) | - | - | - | (90) | 0 | (90) |
| Operating Expenses | (20) | (0) | (0) | (0) | (20) | (2) | (22) |
| **Total Uses of Cash** | (100) | (0) | (0) | (0) | (100) | (4) | (104) |
| **Net Cash Flow** | 0 | 28 | 126 | 0 | 155 | 116 | 271 |
| Inter-Company Transfers, Net | (10) | - | (0) | 8 | (2) | 2 | (0) |
| Loan Agencies, Net | - | - | 0 | - | 0 | - | 0 |
| FX Fluctuation | (2) | (0) | (0) | (0) | (2) | (1) | (2) |
| **Ending Total Cash and Investments** | 4,645 | 1,648 | 217 | 924 | 7,434 | 687 | 8,121 |
| Restricted Cash | (4,355) | (1,577) | (81) | (351) | (6,364) | (82) | (6,446) |
| **Ending Free Cash and Investments (05/31/15)** | $ 290 | $ 71 | $ 137 | $ 573 | $ 1,070 | $ 605 | $ 1,675 |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**May 1, 2015 - May 31, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities Total | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | | |
| **Beginning Free Cash and Investments (05/01/15)** | | $ 290 | $ 43 | $ 10 | $ 560 | $ 902 | $ 510 | $ 1,412 |
| Restricted Cash | | 4,366 | 1,577 | 81 | 356 | 6,380 | 60 | 6,440 |
| **Beginning Total Cash and Investments** | | 4,656 | 1,619 | 91 | 916 | 7,282 | 570 | 7,852 |
| **Sources of Cash** | | | | | | | | |
| Commercial Real Estate | | | | | | | | |
|   Principal | (a) | 0 | - | 125 | - | 125 | 97 | 222 |
|   Interest | | 0 | - | 0 | - | 0 | 2 | 2 |
| Loans (Corporate and Residential) | | | | | | | | |
|   Principal | | 2 | - | 0 | - | 2 | 0 | 2 |
|   Interest | | 0 | - | 0 | - | 0 | 0 | 0 |
| Private Equity / Principal Investing | | | | | | | | |
|   Principal | | 0 | - | - | - | 0 | 19 | 19 |
|   Interest and Dividends | | - | - | 0 | - | 0 | 0 | 0 |
| Derivatives | | | | | | | | |
|   Return / (Posting) of Hedging Collateral, net | | - | 8 | - | - | 8 | - | 8 |
|   Collections from Live / Terminated Trades | | - | 20 | - | - | 20 | - | 20 |
| Receipts from Affiliates | | | | | | | | |
|   Distributions from Non-Controlled Affiliates | (b) | 66 | 1 | - | 0 | 67 | 0 | 67 |
| Other | | | | | | | | |
|   Other | (c) | 32 | (1) | 1 | 0 | 32 | 1 | 33 |
| **Total Sources of Cash** | | 101 | 28 | 126 | 0 | 256 | 119 | 375 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

7

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**May 1, 2015 - May 31, 2015**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | Total | Total |
| **Uses of Cash** | | | | | | | | |
| Non-Operating | | | | | | | | |
| Commercial Real Estate | | | | | | | | |
|   Preservation of Assets | | (1) | - | (0) | - | **(1)** | **(2)** | **(3)** |
| Loans (Corporate and Residential) | | | | | | | | |
|   Preservation of Assets | | (0) | - | (0) | - | **(0)** | - | **(0)** |
| Payments to Creditors | | | | | | | | |
|   Plan Distributions | | 11 | - | - | - | **11** | - | **11** |
| Other | | | | | | | | |
|   Other | (d) | (90) | - | - | - | **(90)** | **0** | **(90)** |
| Operating Expenses | (e) | | | | | | | |
|   Compensation and Benefits | (f) | (5) | - | - | - | **(5)** | **(1)** | **(5)** |
|   Professional Fees | | (13) | - | (0) | (0) | **(13)** | **(0)** | **(13)** |
|   Other | (g) | (2) | (0) | (0) | (0) | **(2)** | **(1)** | **(3)** |
| **Total Uses of Cash** | | **(100)** | **(0)** | **(0)** | **(0)** | **(100)** | **(4)** | **(104)** |
| **Net Cash Flow** | | **0** | **28** | **126** | **0** | **155** | **116** | **271** |
| | | | | | | | | |
| Inter-Company Receipts | (h) | 0 | - | - | 8 | 8 | 4 | 12 |
| Inter-Company Disbursements | (h) | (10) | - | (0) | - | (10) | (2) | (12) |
| Loan Agencies, Net | | - | - | 0 | - | 0 | - | 0 |
| FX Fluctuation | | (2) | (0) | (0) | (0) | (2) | (1) | (2) |
| **Ending Total Cash and Investments** | (i) | **4,645** | **1,648** | **217** | **924** | **7,434** | **687** | **8,121** |
| Restricted Cash | | (4,355) | (1,577) | (81) | (351) | (6,364) | (82) | (6,446) |
| **Ending Free Cash and Investments (05/31/15)** | | **$ 290** | **$ 71** | **$ 137** | **$ 573** | **$ 1,070** | **$ 605** | **$ 1,675** |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".

8

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**May 1, 2015 - May 31, 2015**

Unaudited ($)

**Notes:**

(a)  Cash collections primarily include (i) $124 million and $23 million at LCPI and Property Asset Management Inc. ("PAMI"), respectively, from the sale of the Pacific Point land investment in California and (ii) $32 million at PAMI from the sale of various other assets.

(b)  Receipts from Non-Controlled Affiliates primarily include $47 million at LBHI from Lehman Brothers Securities N.V. ("LBSN"). In May 2015, the Trustees of LBSN completed its wind-down process and made a final distribution of cash and assets and completed its bankruptcy proceedings.

(c)  Other includes the net variation margin of $32 million paid on the Company's foreign currency hedging program related to movements in the Euro, British Pound, Swiss Franc and Japanese Yen.

(d)  Other includes the purchase by LBHI of claims against certain Debtors from third party creditors.

(e)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Controlled Entities.

(f)  Compensation and Benefits includes the Company's employee expenses as well as fees paid to Alvarez & Marsal (A&M).

(g)  Operating Expenses - Other includes payments related to outsourced services, IT, occupancy, taxes, insurance and other general administrative items.

(h)  Inter-Company Receipts and Disbursements include partial repayments on intercompany balances and other administrative activities.

(i)  Ending Total Cash and Investments for Debtor-Controlled Entities - Other includes $66 million of cash balances at Debtor-Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**MAY 1, 2015 – MAY 31, 2015**

The information and data included in this May 2015 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Debtor-Controlled Entities**
**Schedule of Professional Fee and Expense Disbursements**
**May 2015 (a)**

Unaudited ($ in thousands)

| | | May-15 | Year-to-date |
|---|---|---:|---:|
| Alvarez & Marsal LLC | Interim Management | $ 1,872 | $ 8,659 |
| **Professional Fees** | | | |
| Akerman Senterfitt & Eidson PA | Special Counsel | 40 | 282 |
| Curtis, Mallet-Provost, Colt & Mosle LLP | Litigation Counsel | 654 | 2,749 |
| Dechert LLP | Special Counsel | - | 225 |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 257 | 1,589 |
| Jones Day | Litigation Counsel | 528 | 3,196 |
| Jones & Keller, P.C. | Special Counsel - RMBS | 1,112 | 3,236 |
| Milbank Tweed Hadley & McCloy LLP | UCC Litigation Committee and Litigation Counsel | 357 | 1,055 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 188 | 506 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Litigation Counsel | 2,005 | 8,418 |
| Recovco Mortgage Management LLC | RMBS - Private Label And Downstream Litigations | 2,082 | 3,154 |
| Skadden, Arps, Slate, Meagher & Flom LLP | Special Counsel - Tax, Litigation, Other, and BOD counsel | - | 262 |
| Weil Gotshal & Manges LLP | Lead Counsel - Debtors | 2,430 | 11,019 |
| Willkie Farr & Gallagher LLP | Special Counsel - RMBS | - | 1,627 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives and RMBS | 663 | 3,051 |
| US Trustee Quarterly Fees | | - | 445 |
| Other Professionals | Various | 2,697 (b) | 14,222 |
| Sub-total Professional Fees | | 13,013 | 55,036 |
| **Total Professional Fees (including A&M)** | | **$ 14,884** | **$ 63,694** |

(a) The Company has incurred additional professional fee expenses that will be reflected in future Operating Reports.
(b) Other Professionals reflect disbursements, including expert witnesses fees, to over 100 vendors.