# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Bank. Case No. 08-13555 (JMP)<br>(Jointly Administered) |
| LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN BANK OF CINCINNATI,<br><br>Defendant. | Adv. Proc. No. 13-01330 (JMP) |
| FEDERAL HOME LOAN BANK OF CINCINNATI,<br><br>Movant,<br><br>v.<br><br>LEHMAN BROTHERS SPECIAL FINANCING INC.,<br><br>Respondent. | **ORDER FOR ADMISSION<br>PRO HAC VICE** |

The motion of Beth A. Bryan for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the state of Ohio; and that her contact information is as follows:

>Beth A. Bryan
>Taft Stettinius & Hollister LLP
>425 Walnut Street, Suite 1800
>Cincinnati, Ohio 45202
>Telephone:  513.381.2838
>Facsimile:  513.381.0205
>bryan@taftlaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Federal Home Loan Bank of Cincinnati in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Bankruptcy Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Court, including the Rules governing discipline of attorneys.


Dated: July 1, 2015            /S/ Shelley C. Chapman
                               United States Bankruptcy Court

10787543.1                            2