UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
-------------------------------------------------------------------x   Ref. Docket Nos. 49208, 49808,
49861, 49863-49866, 49872, 49876,
49878, 49880, 49895, 49896, 50040-
50051, 50055

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 24, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

08-13555-mg    Doc 50179    Filed 07/01/15    Entered 07/01/15 17:14:58    Main Document
Pg 2 of 11

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 30903

To:   BAR(23) MAILID *** 000094166099 ***



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To: BAR(23) MAILID *** 000094166099 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 30903



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD.
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 55817-05 in the above referenced case and in the amount of $300,000.00 allowed at $300,000.00 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O HBK SERVICES LLC ATTN: LEGAL
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER  49896  in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/24/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 24, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANQUE PICTET & CIE SA | 60 ROUTE DES ACACIAS, GENEVA 73 CH-1211 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN GUADALUPE PEAK FUND L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN TIMBERLINE, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLACKWELL PARTNERS, LLC - SERIES A | TRANSFEROR: KORE FUND LTD, C/O DUMAC, INC.; ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BLACKWELL PARTNERS, LLC - SERIES A | TRANSFEROR: KORE FUND LTD, C/O DUMAC, INC., ATTN: JANNINE LALL, 280 SOUTH MANGUM STREET, SUITE 210, DURHAM, NC 27701-3675 |
| BLUE MOUNTAIN CREDIT ALTERNATIVES MASTER FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC, ATTN: JACK CHAU, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN GUADALUPE PEAK FUND L.P. | TRANSFEROR: BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP, C/O BLUE MOUNTAIN CAPITAL MANAGEMENT LLC; ATTN: JACK CHAU, 280 PARK AVENUE, 5TH FLOOR EAST, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN LONGSHORT CREDIT MASTER FUND, LP | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| BLUEMOUNTAIN TIMBERLINE, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CAROL, CLAYTON | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, |

| Claim Name | Address Information |
|---|---|
| CAROL, CLAYTON | TOKYO 107-6029 JAPAN |
| CAROL, CLAYTON | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CAROL, CLAYTON | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CAROL, CLAYTON | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CAROL, CLAYTON | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CAROL, CLAYTON | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CAROL, CLAYTON | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, C/O CRAVATH, SWAINE & MOORE LLP/ ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | ATTN: MRS. ST. SWEENEY, C/O KWJS & S, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE (MONACO) SAM | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, C/O CRAVATH, SWAINE & MOORE LLP/ ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | ATTN: MRS. ST. SWEENEY, C/O KWJS & S, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DOE, JOCELYN J. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| DOE, JOCELYN J. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| DOE, JOCELYN J. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| FATAI INVESTMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, P.O. BOX 210, THIRD FLOOR, 24 SAND STREET, ST. HELIER, JERSEY JE2 3QF CHANNEL ISLANDS |

| Claim Name | Address Information |
|---|---|
| FATAI INVESTMENT LIMITED | C/O CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019-6131 |
| FATAI INVESTMENT LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, P.O. BOX 210, THIRD FLOOR, 24 SAND STREET, ST. HELIER, JERSEY JE2 3QF CHANNEL ISLANDS |
| FATAI INVESTMENT LIMITED | C/O CLIFFORD CHANCES US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019-6131 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | (AKA "FANNIE MAE"), ATTN: JONATHAN GRIFFITH, DEPUTY GENERAL COUNSEL, 3900 WISCONSIN AVENUE, N.W., WASHINGTON, DC 20016 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | FANNIE MAE, ATTN: PETER MCGONIGLE, ESQ., 1835 MARKET STREET, SUITE 2300, PHILADELPHIA, PA 19103 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | (AKA "FANNIE MAE"), ATTN: JONATHAN GRIFFITH, DEPUTY GENERAL COUNSEL, 3900 WISCONSIN AVENUE, NW, WASHINGTON, DC 20016 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | ATTN: PETER MCGONIGLE, ESQ., 1835 MARKET STREET, SUITE 2300, PHILADELPHIA, PA 19103 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | (AKA "FANNIE MAE"), ATTN: JONATHAN GRIFFITH, DEPUTY GENERAL COUNSEL, 3900 WISCONSIN AVENUE, N.W., WASHINGTON, DC 20016 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | FANNIE MAE, ATTN: PETER MCGONIGLE, ESQ., 1835 MARKET STREET, SUITE 2300, PHILADELPHIA, PA 19103 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: ALAN KRAUS, ESQ., ONE NEWARK CENTER, NEWARK, NJ 07102 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: DOUGLAS BACON, ESQ., 233 SOUTH WACKER DRIVE, SUITE 5800, CHICAGO, IL 60606 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: ALAN KRAUS, ESQ., ONE NEWARK CENTER, 16TH FLOOR, NEWARK, NJ 07101-3174 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: DOUGLAS BACON, ESQ., 233 SOUTH WACKER DRIVE, SUITE 5800, CHICAGO, IL 60606 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: ALAN KRAUS, ESQ., ONE NEWARK CENTER, NEWARK, NJ 07102 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | LATHAM & WATKINS LLP, ATTN: DOUGLAS BACON, ESQ., 233 SOUTH WACKER DRIVE, SUITE 5800, CHICAGO, IL 60606 |
| GERTRUD, HOCHSTRASSER-GRAF | TRANSFEROR: UBS AG, SANTISSTRASSE 1, HETTLINGEN CH-8442 SWITZERLAND |
| GRETENER, ADELHEID | TRANSFEROR: ROTHSCHILD BANK AG, VOLTASTRASSE 71, ZURICH 8004 SWITZERLAND |
| GUGGENHEIM PORTFOLIO COMPANY X, LLC | TRANSFEROR: MORGAN STANLEY & CO.INTERNATIONAL PLC, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: MR. CELESTINO AMORE, 80 FLEET |

| Claim Name | Address Information |
|---|---|
| ILLIQUIDX LLP | STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| KORE FUND LTD | F/K/A KORE FIXED INCOME FUND LTD, C/O KORE ADVISORS LP, ATTN J. GARY KOSINSKI, 1501 CORPORATE DRIVE, SUITE 230, BOYNTON BEACH, FL 33426 |
| KORE FUND LTD | SIDLEY AUSTIN LLP, ATTN LEE S ATTANASIO AND ALEX R ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| KORE FUND LTD | F/K/A KORE FIXED INCOME FUND LTD, C/O KORE ADVISORS LP, ATTN: J. GARY KOSINSKI, 1501 CORPORATE DRIVE, SUITE 230, BOYNTON BEACH, FL 33426 |
| KORE FUND LTD | SIDLEY AUSTIN LLP, ATTN LEE S ATTANASIO AND ALEX R ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFROR0: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| MASON CAPITAL MANAGEMENT | TRANSFEROR: GUGGENHEIM PORTFOLIO COMPANY X, LLC, 110 EAST 59TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MORRIS, JASON P. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| MORRIS, JASON P. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| MORRIS, JASON P. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| MORRIS, JASON P. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| MORRIS, JASON P. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| MORRIS, JASON P. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| MORRIS, JASON P. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: CAROL, CLAYTON, ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: DOE, JOCELYN J., ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: MORRIS, JASON P., ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: RUBIN, CHARLES, ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: SOWINSKI, JOHN A., ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: STEIN, JEFFREY A., ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| NOMURA HOLDINGS, INC. | TRANSFEROR: TUNG, SHARON W., ALSTON & BIRD LLP/WILLIAM S. SUGDEN, 1201 WEST PEACHTREE STREET, ATLANTA, GA 30309-3424 |
| ROTHSCHILD BANK AG | TRANSFEROR: ST. GALLER KANTONALBANK, ZOLLIKERSTRASSE 181, CH-8034 ZURICH SWITZERLAND |
| RUBIN, CHARLES | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| RUBIN, CHARLES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| RUBIN, CHARLES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| RUBIN, CHARLES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |

| Claim Name | Address Information |
| --- | --- |
| RUBIN, CHARLES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| RUBIN, CHARLES | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| RUBIN, CHARLES | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| SOWINSKI, JOHN A. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| SOWINSKI, JOHN A. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| SOWINSKI, JOHN A. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| STEIN, JEFFREY A. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| STEIN, JEFFREY A. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| STEIN, JEFFREY A. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| TUNG, SHARON W. | C/O TATSUYA TANIGAWA, ARK MORI BUILDING 28FL., 1-12-32 AKASAKA MINATO-KU, TOKYO 107-6029 JAPAN |
| TUNG, SHARON W. | ATTN: WILLIAM S. SUGDEN, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| TUNG, SHARON W. | ATTN: SUZANNE N. BOYD, C/O ALSTON & BIRD LLP, 1201 WEST PEACHTREE STREET, ONE ATLANTIC CENTER, ATLANTA, GA 30309-3424 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| WILMOT YARDS, L.L.C. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., P.O. BOX 6280, NEW YORK, NY 10150 |
| WILMOT YARDS, L.L.C. | ATTN: PAUL HASKEL/TIM LIN, C/O RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281-1003 |

**Total Creditor Count 162**