**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                                                                          :    Chapter 11 Case No.
                                                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,            :    08-13555 (SCC)
                                                                                                  :    (Jointly Administered)
                                                        Debtors.             :
                                                                                                  :
------------------------------------------------------------------------x    Ref. Docket Nos. 45301, 50064-
                                                                                                        50068, 50078-50099, 50107, 50110,
                                                                                                        50125-50134

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                    ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 30, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                */s/ Lauren Rodriguez*
                                                                                 Lauren Rodriguez

Sworn to before me this
1st day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170145

To:   BAR(23) MAILID *** 000094232506 ***



AAI CANYON FUND PLC, SOLELY WITH RESPECT TO CANYON REFLECTION FUND
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
C/O CANYON CAPITAL ADVISORS LLC/ATTN: GENERAL COUNSEL
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

Please note that your claim # 29557-14 in the above referenced case and in the amount of $75,566,347.04 allowed at $8,579,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094232506 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000170145



AAI CANYON FUND PLC, SOLELY WITH RESPECT TO CANYON REFLECTION FUND
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
C/O CANYON CAPITAL ADVISORS LLC/ATTN: GENERAL COUNSEL
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    50127    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 06/30/2015      Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 30, 2015.

**EXHIBIT B**

08-13555-mg    Doc 50183    Filed 07/01/15    Entered 07/01/15 17:26:28    Main Document
LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST
Pg 6 of 10

| Claim Name | Address Information |
|---|---|
| AAI CANYON FUND PLC, SOLELY WITH RESPECT TO CANYON REFLECTION FUND | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/ATTN: GENERAL COUNSEL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST I, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST I, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN TOTAL RETURN FUND, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | VIA SAN CARLO 8/20, MODENA 41100 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT, PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L., ATTN: CARLO NEGRO, PIAZZA G: SELLA 1, BIELLA 13900 ITALY |
| CANYON BALANCED MASTER FUND, LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON BLUE CREDIT INVESTMENT FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON VALUE REALIZATION MASTER FUND, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-GRF MASTER FUND II, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS,11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-SL VALUE FUND, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/ATTN: GENERAL COUNSEL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON-TCDRS FUND, LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: |

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: SOCIETE GENERALE, AS SUCESSOR IN INTEREST, ATTN: ANTHONY PRESCOTT AND RENEE NG, 1-5 CABOT SQUARE, LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: SOCIETE GENERALE, ANTHONY PRESCOTT AND RENEE NG, 1-5 CABOT SQUARE, LONDON E144QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O CARVAL INVESTORS GB LLC; ATTN DAVID SHORT, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O CARVAL INVESTORS GB LLC; ATTN DAVID SHORT, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: TERI SALBERG, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55353 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES, ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL STREET, NEW YORK, NY 10005 |
| FINECOBANK SPA | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLWY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | SIDLEY AUSTIN LLP, ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, LLC, ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEINGTER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | ATTN: SCOTT E. RICHTER, JP MORGANASSET MANAGEMENT, 1111 POLARIS PARKWAY, FLOOR 4P, COLUMBUS, OH 43240 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | J.P. MORGAN INVESTMENT MANAGEMENT, INC., C/O LEGAL DEPT. FLOOR 4P - ATTN: SCOTT E. RICHTER, ESQ., 1111 POLARIS PARKWAY, COLUMBUS, OH 43240 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC., C/O JPMORGAN ASSET MANAGEMENT, ATTN: ZHILUN PANG, 270 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN CORE PLUS BOND FUND, A SERIES OF JPMORGAN TRUST II | C/O JPMORGAN ASSET MANAGEMENT, 270 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | ATTN: SCOTT E. RICHTER, JP MORGANASSET MANAGEMENT, 1111 POLARIS PARKWAY, FLOOR 4P, COLUMBUS, OH 43240 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | JP MORGAN INVESTMENT MANAGEMENT INC., C/O LEGAL DEPT FLOOR 4P, ATTN: SCOTT E. RICHTER, 1111 POLARIS PARKWAY, COLUMBUS, OH 43240 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF & KATHRYN GETTLES-ATWA, ESQS., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | J.P MORGAN INVESTMENT MANAGEMENT INC, C/O LEGAL DEPT - FLOOR 4P, ATTN: SCOTT E. RICHTER, ESQ., 1111 POLARIS PARKWAY, COLUMBUS, OH 43240 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN DIVERSIFIED FUND, A SERIES OF JPMORGAN TRUST I | C/O JPMORGAN ASSET MANAGEMENT, 270 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| JPMORGAN TOTAL RETURN FUND | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC., A SERIES OF JPMORGAN TRUST I, ATTN: ZHILUN PANG, C/O JPMORGAN ASSET MANAGEMENT, 270 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | ATTN: SCOTT E. RICHTER, JP MORGANASSET MANAGEMENT, 1111 POLARIS PARKWAY, FLOOR 4P, COLUMBUS, OH 43240 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | JP MORGAN INVESTMENT MANAGEMENT INC., C/O LEGAL DEPT. FLOOR 4P, ATTN: SCOTT E. RICHTER, 1111 POLARIS PARKWAY, COLUMBUS, OH 43240 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | WACHTELL, LIPTON, ROSEN & KATZ, ATTN: HAROLD S. NOVIKOFF, ESQ. AND KATHRYN GETTLES-ATWA, ESQ., 51 WEST 52ND STREET, NEW YORK, NY 10019 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ, AND JEFFERY BLACK, ESQ, 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | BINGHAM MCCUTCHEN LLP, ATTN: EDWIN E. SMITH, ESQ. AND JEFFERY BLACK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022-4689 |
| JPMORGAN TOTAL RETURN FUND, A SERIES OF JPMORGAN TRUST I | C/O JPMORGAN ASSET MANAGEMENT, 270 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10017 |
| PERMAL CANYON FUND LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| PERMAL CANYON IO LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| SOLA LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET |

| Claim Name | Address Information |
|---|---|
| SOLA LTD. | MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 3 LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 5 LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND III MASTER LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| ULTRA MASTER LTD. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 114**