**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :

In re                                        :        **Chapter 11 Case No.**
                                                     :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (SCC)**
                                                   :        **(Jointly Administered)**
                        **Debtors.**         :
                                                     :

------------------------------------------------------------------------x        **Ref. Docket No. 49810**

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On June 30, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                        Lauren Rodriguez

Sworn to before me this
1st day of July, 2015
*/s/  Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 49810_Aff 6-30-15.doc

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC.
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000142397

To:    BAR(23) MAILID *** 000094232553 ***

CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000094232553 ***        LBH DEFTRFNTC (MERGE2, TXNUM2) 4000142397



CORRE OPPORTUNITIES FUND, L.P.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

CORRE OPPORTUNITIES II MASTER FUND, LP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

**Your transfer of claim # 17423-07 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   49810                    Date:   06/02/2015

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| CORRE OPPORTUNITIES FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |

**Total Creditor Count 2**