**REED SMITH LLP**
599 Lexington Avenue
New York, NY 10022

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                  :

In re                        :       Chapter 11
                                    :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :       Case No. 08-13555 (SCC)
                                  :       (Jointly Administered)

                     Debtors.  :
                                  :

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| | |
|---|---|
| **Debtor Name and Case Number:** | Lehman Brothers Holdings Inc. Case No. 08-13555 (SCC) |
| **Creditor Name and Address:** | Leoforos B.V<br>c/o The Bank of New York Mellon, London Branch<br>Attn: Global Corporate Trust<br>One Canada Square<br>London E14 5AL<br>England |
| **Court Claim Number:** | 40743 |
| **Date Claim Filed:** | October 16, 2009 |
| **Total Amount of Claim Filed:** | Contingent and Unliquidated |

The Bank of New York Mellon, London Branch., acting for and on behalf of Leoforos B.V (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 2, 2015                 The Bank of New York Mellon, London Branch

                                      By: _____
                                      Name: Mark Brescacin
                                      Title: Vice President