UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                              Debtors.                             :    (Jointly Administered)
------------------------------------------------------------------ x

## SUPPLEMENTAL ORDER EXTENDING THE PERIOD TO FILE OBJECTIONS TO AND REQUESTS TO ESTIMATE CLAIMS

Upon the motion, dated May 22, 2015 (the "Motion"),[1] of Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, pursuant to sections 105(a) and 1142(b) of title 11 of the United States Code and Rule 9006(b) of the Federal Rules of Bankruptcy Procedure, to extend the Objection Deadline, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the second amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635] to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) all parties who have requested notice in these chapter 11 cases; and (vi) all holders of Disputed Claims; and it appearing that no other or further notice

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

need be provided; and upon consideration of the objection of Highland CDO Opportunity Master Fund, L.P. (the "Highland Objection"), solely with respect to proof of claim 16838 (the "Highland Claim") [ECF No. 49916]; and upon consideration of the Plan Administrator's reply to the Highland Objection [ECF No. 50159]; and a hearing having been held on July 1, 2015 (the "Hearing") to consider the relief requested in the Motion; and upon arguments of counsel at the Hearing; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that, with respect to the Highland Claim, the Objection Deadline imposed by section 9.1 of the Plan is hereby extended for a period of eighteen (18) months to March 6, 2017, without prejudice to the ability of the Plan Administrator to request further extensions; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated:   July 6, 2015
         New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE