B 210A (Form 210A) (12/09)

UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re Lehman Brothers Holdings Inc.,  Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| TCA Opportunity Investments S.a.r.l. <br><br> Name of Transferee | TCA Event Investments S.a.r.l. <br><br> Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent: <br><br> TCA Opportunity Investments S.a.r.l. <br> c/o Taconic Capital Advisors LP <br> 280 Park Avenue, 5th Floor <br><br> NY, NY 10017 <br> Attention : Alexandra Grigos <br> Phone: 212 209-3125 <br> Fax 212-209-3189 <br> e-mail: agrigos@taconiccap.com | Court Claim # (if known): 200214 <br><br> Filed: $0 <br><br> Allowed: $574,802.73 <br><br> Date Claim Filed: 11 December 2014 <br><br> Debtor: Lehman Brothers Holdings Inc. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: *July 2nd, 2015*

TCA Opportunity Investments S.a.r.l.
By: Taconic Capital Advisors L.P. acting as special proxyholders
Transferee

Zachary Levenick
Principal

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 357

Confidential