Notice Pursuant to Bankruptcy Rule 3001

**JUN 29 2015**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.                Case No.: (JMP)
                                                        Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: COMMERZBANK AG | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: COMMERZBANK AG 25, RUE Edward Steichen L-2540 Luxemburg Attn. Corporate Actions Luxembourg EMAIL: Corporate-Actions-Luxembourg@commerzbank.com | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: CHF 120'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 18.06.15
COMMERZBANK AG
25, RUE Edward Steichen
L-2540 Luxemburg

Stefanie Ackermann                Andrea Groth

**Commerzbank AG, Luxembourg Branch**

Page 1 of 3

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

JUN 29 2015

AND TO:   Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-30.10.49 | XS0326427480 | LBS NV | LBH Inc. | CHF 120'000.00 out of CHF 25'301'000'.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

COMMERZBANK AG
25, RUE Edward Steichen
L-2540 Luxemburg
Telephone: +352 477 911 2601
Attention: Corporate Actions (Luxemburg)

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy

Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 19, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

COMMERZBANK AG

By: _____
Name:

Stefanie Ackermann        Simone Steuer

Commerzbank AG, Luxembourg Branch


# COMMERZBANK

Commerzbank AG, Filiale Luxemburg, L-2013 Luxemburg

**Filiale Luxemburg**

United States Bankruptcy Court for Southern District of New York
Attn.: Clerk of the Court
One Bowling Green New York

New York 10004
United States

Stefanie Ackermann
Postanschrift: Postfach 303
L-2013 Luxemburg
Geschäftsräume: 25, rue Edward Steichen
L-2540 Luxemburg
Telefon +352 477911 2601

Fax  +352 477911 2849

Corporate-Actions-Luxembourg@commerzbank.com

JUN 29 2015

22. Juni 2015
Claim Transfer

Dear sirs,

please find attached our claim Transfer regarding Lehman Brothers Holdings Inc.

Should you need further details, please do not hesitate to contact me under
tel. +352 477911 2601

Regards

S. Ackermann         S.Steuer

Commerzbank AG
Filiale Luxembourg
GS-MBO Corporate Actions & Static Data

Vorsitzender des Aufsichtsrats: Klaus-Peter Müller
Vorstand: Martin Blessing (Vorsitzender), Frank Annuscheit, Markus Beumer,
Achim Kassow, Jochen Klösges, Michael Reuther, Stefan Schmittmann,
Ulrich Sieber, Eric Strutz

Handelsregister Luxemburg B 119317, USt-IdNr.: LU 213319-75
Commerzbank Aktiengesellschaft, Frankfurt am Main
Handelsregister: Amtsgericht Frankfurt am Main, HRB 32000
USt-IdNr.: DE 114 103 514