Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.            Case No.: 08-13555
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>NOVO BANCO S.A. SUCURSAL EN ESPAÑA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>NOVO BANCO S.A. SUCURSAL EN ESPAÑA<br>SERRANO 88<br>28006 MADRID, SPAIN<br>PHONE +34914005557<br>Attn: ARTUR DE OLIVEIRA GUTERRES<br>EMAIL artur.guterres@novobanco.es | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>€10.500.000 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____   Date: 25/05/2015
    ARTUR DE OLIVEIRA GUTERRES, CFO
    NOVO BANCO SA, SUC EN ESPAÑA

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOC 376

Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

JUN    2015

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| CPP Alpha Note Lehman Bros Treasury BV 2006-8.12.2011 | XS0277185152 | LBT BV | LBH Inc. | EUR 4'000'000.00 out of EUR 7'000'000.00 |
| CPN Lehman Bros Treasury BV 2007-28.1.2010 | XS0288356123 | LBT BV | LBH Inc. | EUR 2'000'000.00 out of EUR 2'270'000.00 |
| CPN Lehman Bros Treasury BV 2006-1.12.2009 | XS0276439493 | LBT BV | LBH Inc. | EUR 500'000.00 out of EUR 500'000.00 |
| ELN Lehman Bros Treasury BV 2006-30.11.2010 | XS0276272936 | LBT BV | LBH Inc. | EUR 4'000'000.00 out of EUR 4'000'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

NOVO BANCO SA, SUC EN ESPAÑA
SERRANO 88, 28006 MADRID, SPAIN
Telephone: +34914005557

TOC 376

Attention: ARTUR DE OLIVEIRA GUTERRES,

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 25, 2015.

UBS AG
Transferor

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Matthias Mohos
Title: Associate Director


ACKNOWLEDGED BY:

NOVO BANCO SA, SUC EN ESPAÑA
Transferee

By: _____
Name: JOSE LUIS SANTOS GARCIA
Title: DIRECTOR GENERAL NOVO BANCO SA SUC EN ESPAÑA


By: _____
Name: ARTUR DE OLIVEIRA GUTERRES
Title: CFO NOVO BANCO SA SUC EN ESPAÑA

TOC 376