B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>LEHMAN BROTHERS HOLDINGS INC., *et al.*</u>,      Case No. <u>08-13555 (SCC)</u>
                              Debtors                                       (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Burlington Loan Management Limited</u> | <u>Deutsche Bank AG, London Branch</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Burlington Loan Management Limited
Pinnacle 2
Eastpoint Business Park
Dublin 3, Ireland

*With a copy to:*
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212-446-4018
Facsimile: 212-371-4318
Email: jdonovan@dkpartners.com

Court Claim # (if known): <u>67669</u>
Amount of Claim: <u>$41,006,355.48</u>
Date Claim Filed: <u>September 28, 2011</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

REMAINDER OF PAGE INTENTIONALLY BLANK; SIGNATURE FOLLOWS.

3817214
7006547

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BURLINGTON LOAN MANAGEMENT LIMITED
Acting through Davidson Kempner Capital Management LLC, its investment manager

By: _____   Date: July 8, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

SIGNATURE PAGE TO TRANSFER OF CLAIM OTHER THAN FOR SECURITY

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, DEUTSCHE BANK AG, LONDON BRANCH (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to BURLINGTON LOAN MANAGEMENT LIMITED (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claim (as such term is defined in Section 101(5) of the Bankruptcy Code) docketed as Claim No. 67669 against Lehman Brothers Holdings, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re Lehman Brothers Holdings, Inc. et al, Chapter 11, Case No. 08-13555 (JMP) (Jointly administered), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the amount of $41,006,355.48 (the "**Claim**").

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 30th day of JUNE 2015.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name: Simon Glennie
Title: Director

Duncan Robertson
Managing Director

BURLINGTON LOAN MANAGEMENT LIMITED
Acting through Davidson Kempner Capital Management LLC,
Its investment manager

By: _____
Name: Anthony Yoseloff
Title: Deputy Executive Managing Member