**ASHURST LLP**
7 Times Square
New York, NY 10036

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., et al., : Case No. 08-13555
(SCC) :
: (Jointly Administered)
Debtors. :
:
----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

| Debtor Name and Case Number: | Lehman Brothers Holdings Inc. Case No. 08-13555 (SCC) |
|---|---|
| Creditor Name and Address: | Leoforos B.V<br>Olympic Plaza<br>Fred. Roeskestraat 123-I, 1076 EE<br>Amsterdam, The Netherlands<br>Attn: Dirk Stolp |
| Court Claim Number: | 27212 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Contingent and Unliquidated |

Leoforos B.V (hereinafter, the "Creditor") having filed the above-referenced proof of claim ("Claim"), hereby gives notice of the withdrawal of the Claim pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure. The Creditor hereby withdraws the Claim and authorizes the Clerk of this Court, or the duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: July 6, 2015       Leoforos B.V.

By: _____
Name: _____
Title: _____
R. Posthumus
Managing Director

D.P. Stolp
Man. Dir.