UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                      :    Chapter 11 Case No.
                                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :    08-13555    SCC
                                                            :
                              Debtors.                      :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

  Deutsche Bank AG, London Branch

Name of Transferor

  Aurelius Investment, LLC

Name and Address where notices to transferee should be sent:

  Winchester House
  1 Great Winchester Street
  London EC2N 2DB

  Contact: Alexander Kraemer
  Email: alexander.kraemer@db.com
  Telephone: +44 20 7547 3463

Court Claim # (if known):  10117
Total Amount of Claim: $29,106,324.47
Date Claim Filed: September 2, 2009
Transferred Portion: 2.75% or $800,423.92

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Deutsche Bank AG, London Branch**

By:  *Alex Darbyshire* / *[signature]*
Name:
Title: **Vice President**      Alexander Kraemer
                               Director

JUL - 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Transfer of LBHI Claim # 10117

## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Holdings Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO. | Chapter 11, Case No. 08-13555 (JMP) (Jointly administered) |
| CLAIM NO. | 10117 (In Part – See Below) |
| DESCRIPTION OF CLAIM SUBJECT TO TRANSFER: | This Evidence of Transfer of Claim relates to the transfer of a 2.75% or $800,423.92 portion (the "Transferred Portion") of the above claim which has been filed against the Debtor in the Bankruptcy Court in the principal amount of $29,106,324.47 (the "Claim"). |

It is hereby certified that **Aurelius Investment, LLC** ("Seller"), has assigned all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim to the extent of the Transferred Portion to:

**Deutsche Bank AG, London Branch**

Contact: Alexander Kraemer
Address: Winchester House
1 Great Winchester Street
London EC2N 2DB
Telephone: +44 20 7547 3463
Email: alexander.kraemer@db.com
Reference: Lehman Brothers Bankhaus /Aurelius

("Buyer") by assignment agreement dated 7 June 2015.

Seller hereby waives any objection to the transfer of the Transferred Portion of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Portion of the Claim and recognizing Buyer as the sole owner and holder of the Transferred Portion of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Portion of the Claim, and all payments or distributions of money or property in respect of the Transferred Portion of the Claim, shall be delivered or made to Buyer.



Transfer of LBHI Claim # 10117

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS ___ day of June 2015.

| Deutsche Bank AG, London Branch | Aurelius Investment, LLC |
|---|---|
| | By: Aurelius Capital Management, LP, solely as manager and not in its individual capacity |
| Name: **Alex Darbyshire** Title: **Vice President** | Name: **Richard Petrilli** Title: **Chief Financial Officer** |

Alexander Kraemer
Director