# Exhibit B

# Josh Rievman

| | |
|---|---|
| **Subject:** | FW: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement |
| **Attachments:** | ATT169720.htm; LB Guarantee.pdf; LBH - Certificate of Incumbency - James J. Killerlane III 5-31-07.pdf; ATT169721.htm |

**From:** Bailey J. Korell [mailto:bailey@rgmadvisors.com]
**Sent:** Tuesday, December 18, 2012 3:08 PM
**To:** Josh Rievman
**Cc:** Bree Stotz
**Subject:** Fwd: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement

**REDACTED**

Best
Bailey

---

Bailey J. Korell
Managing Director and General Counsel
RGM Advisors, LLC
bailey@rgmadvisors.com

+1 512 807 5528 (direct tel & fax)
RGM Advisors, LLC
221 W. 6th Street, Suite 1600
Austin, TX 78701
USA

---

This email, along with any attachments, is confidential and may be privileged.  If you believe you received this message in error, please contact me immediately and delete all copies of the message.  Thank you.

Begin forwarded message:

**From:** "Peralta, Frank" <fraperal@lehman.com>
**Subject: RE: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement**
**Date:** February 7, 2008 11:47:54 AM CST
**To:** "Margot Gill" <mgill@rgmadvisors.com>
**Cc:** "Bailey J. Korell" <bailey@rgmadvisors.com>

1

RGM 0029

Hi Margot,

apologize for the delay. Attached please find the Lehman Brothers Holdings Inc. Guarantee along with the signing verification for your records.

Best Regards,

Frank Peralta
**LEHMAN BROTHERS** | Capital Markets Contracts - Legal
745 Seventh Avenue, 19th Floor | New York, NY 10019
T: 212.526.2778 | F: 646-758-4306 | E: Frank.Peralta@lehman.com

---

**From:** Margot Gill [mailto:mgill@rgmadvisors.com]
**Sent:** Thursday, February 07, 2008 12:12 PM
**To:** Peralta, Frank
**Cc:** Bailey J. Korell
**Subject:** Re: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement

Hi Frank,

Any word on the executed Guarantee?

Thank you,
Margot

------------------------------------
Margot Gill
**RGM Advisors, LLC**
mgill@rgmadvisors.com
+1 512 226 7535 (tel & fax)

------------------------------------

This email is confidential and may be privileged.  If you believe you received this message in error, please contact me immediately and delete all copies of the message.  Thank you.

------------------------------------

On Jan 30, 2008, at 2:19 PM, Margot Gill wrote:

Hi Frank,

Just following up on this, I do not see that we received the executed Guarantee as mentioned below.  Can you please re-send this for our files?

Please let me know if you have any questions.

2

RGM 0030

Thanks,
Margot

----------------------------------
Margot Gill
**RGM Advisors, LLC**
mgill@rgmadvisors.com
+1 512 226 7535 (tel & fax)

----------------------------------

This email is confidential and may be privileged.  If you believe you received this message in error, please contact me immediately and delete all copies of the message.  Thank you.

----------------------------------

**From:** "Bailey J. Korell" <bailey@rgmadvisors.com>
**Date:** January 12, 2008 1:24:16 PM CST
**To:** "Peralta, Frank" <fraperal@lehman.com>
**Cc:** "Velez, Hector" <hector.velez@lehman.com>, "Margot Gill" <mgill@rgmadvisors.com>, "Paul A. Famighetti" <paul@rgmadvisors.com>
**Subject: Re: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement**

Frank

Great - thanks for following up on this for us.  Have a good weekend.

Best
Bailey


-------------------------------------------
Bailey J. Korell
General Counsel and
Director of Business Affairs
RGM Advisors, LLC
bailey@rgmadvisors.com
+1 512 226 7528 (direct tel & fax)
-------------------------------------------

This email, along with any attachments, is confidential and may be privileged.  If you believe you received this message in error, please contact me immediately and delete all copies of the message.  Thank you.



On Jan 11, 2008, at 5:21 PM, Peralta, Frank wrote:


Hi Bailey,

3

RGM 0031

The guarantee on p. 20 of the agreement is the an exhibit. I have requested for an executed guarantee, which I will be sending you with

the original documents. I will PDF you a copy once received.

Regards,
Frank

-----Original Message-----

From: Bailey J. Korell [mailto:bailey@rgmadvisors.com]

Sent: Friday, January 11, 2008 6:13 PM

To: Peralta, Frank; Velez, Hector

Cc: Margot Gill; Paul A. Famighetti

Subject: Re: Lehman Japan equities ISDA Master Agreement, Schedule, CSA,

and approval - Re: LBIE/RGM Master Agreement

Hi Frank

Thanks for this. It appears that the Lehman Brothers Holdings Inc. (London Branch) guarantee on p. 20 is not yet signed. Could you please

send us a scanned copy of that as well? Thanks again

Best
Bailey

------------------------------------------

Bailey J. Korell

General Counsel and

Director of Business Affairs

RGM Advisors, LLC

bailey@rgmadvisors.com

+1 512 226 7528 (direct tel & fax)

------------------------------------------

This email, along with any attachments, is confidential and may be privileged. If you believe you received this message in error, please

4

RGM 0032

contact me immediately and delete all copies of the message. Thank you.


On Jan 11, 2008, at 4:00 PM, Peralta, Frank wrote:

Attached please find the ISDA Master Agreement.

-----Original Message-----
From: Bailey J. Korell [mailto:bailey@rgmadvisors.com]
Sent: Friday, January 11, 2008 4:15 PM
To: Peralta, Frank
Cc: Velez, Hector; Margot Gill; Paul A. Famighetti
Subject: Re: Lehman Japan equities ISDA Master Agreement, Schedule,
CSA, and approval - Re: LBIE/RGM Master Agreement

Hi Frank - the ISDA/Schedule/CSA is missing. Could you please email
it?
Thanks

Best
Bailey


-----------------------------------------
Bailey J. Korell
General Counsel and
Director of Business Affairs
RGM Advisors, LLC
bailey@rgmadvisors.com
+1 512 226 7528 (direct tel & fax)
-----------------------------------------

This email, along with any attachments, is confidential and may be

5

RGM 0033

privileged. If you believe you received this message in error, please

contact me immediately and delete all copies of the message. Thank

you.

On Jan 11, 2008, at 2:36 PM, Peralta, Frank wrote:

Hi Bailey,

Attached please find the ISDA Master Agreement dated as of November

7,

2007 between Lehman Brothers International (Europe) and RGM Trading

International Limited. I have also attached the Board Resolutions for

LBIE and the signature verification for your records.

Please be advice that I will be sending the fully-executed originals

overnight along with the Lehman Brothers Inc. Guarantee shortly.

Please feel free to call or email, should you have any questions.

Regards,

Frank Peralta

LEHMAN BROTHERS | Capital Markets Contracts - Legal

745 Seventh Avenue, 19th Floor | New York, NY 10019

6

RGM 0034

T: 212.526.2778 | F: 646-758-4306 |
E: Frank.Peralta@lehman.com

-----Original Message-----

From: Bailey J. Korell
[mailto:bailey@rgmadvisors.com]

Sent: Friday, January 11, 2008 3:17 PM

To: Velez, Hector

Cc: Sisodia, Jayshree; Ford, Suzan; Barenthein, Peter; Black, Isobel J; paul@rgmadvisors.com; mgill@rgmadvisors.com

Subject: Re: Lehman Japan equities ISDA Master Agreement, Schedule, CSA, and approval - Re: LBIE/RGM Master Agreement


Hi Hector

Is it possible to have scans of all docs today? We really need to send them to our auditors ASAP so as not to slow down our audit.

Thanks!

Best
Bailey

-----------------------------------------

Bailey J. Korell
General Counsel and
Director of Business Affairs
RGM Advisors, LLC
bailey@rgmadvisors.com
+1 512 226 7528 (direct tel & fax)
-----------------------------------------

7

RGM 0035

This email, along with any attachments, is confidential and may be

privileged. If you believe you received this message in error, please

contact me immediately and delete all copies of the message. Thank you.


On Jan 9, 2008, at 8:10 PM, Velez, Hector wrote:

> Hi Bailey
>
> Let me gather the docs and send them to you.
>
> Hector
>
>
> ----- Original Message -----
>
> From: Bailey J. Korell <bailey@rgmadvisors.com>
>
> To: Velez, Hector; Sisodia, Jayshree
>
> Cc: Ford, Suzan; Barenthein, Peter; Black, Isobel J; Paul A. Famighetti <paul@rgmadvisors.com>; Margot Gill <mgill@rgmadvisors.com>
>
> Sent: Wed Jan 09 19:25:31 2008
>
> Subject: Re: Lehman Japan equities ISDA

8

RGM 0036

Master Agreement, Schedule,

CSA, and approval - Re: LBIE/RGM Master Agreement

Hi Hector and Jayshree

Going through our files, we cannot locate copies of the ISDA, Schedule

and CSA signed by you. It doesn't appear that they were ever sent

back to us.

Could you please send me scanned copies of the fully executed

documents today for our files, and put the originals in the mail if

you have not done so already? Thanks!

Best
Bailey


------------------------------------------

Bailey J. Korell

General Counsel and

Director of Business Affairs

RGM Advisors, LLC

bailey@rgmadvisors.com

9

RGM 0037