Objection Deadline: July 10, 2015 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time: July 22, 2015 at 10:00 a.m. (Prevailing Eastern Time)

David J. Molton
Howard S. Steel
Mason C. Simpson
Joseph A. Spina
**BROWN RUDNICK LLP**
Seven Times Square
New York, NY 10036
Telephone:  (212) 209-4800
Facsimile:  (212) 209-4801

*Counsel to Hain Capital Holdings, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

**HAIN CAPITAL HOLDINGS, LTD.'S**
**JOINDER TO THE OBJECTION OF NEWPORT**
**GLOBAL OPPORTUNITIES FUND L.P. AND NEWPORT**
**GLOBAL CREDIT FUND (MASTER) L.P. TO THE MOTION OF**
**PLAN ADMINISTRATOR PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1**
**OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**
**TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

Hain Capital Holdings, Ltd. ("**Hain Capital**"), by and through its undersigned counsel, hereby joins in (the "**Joinder**") the *Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. to the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman*

*Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* [ECF No. 50258 ] (the "**Objection**").[1]

The Hain Capital guarantee claim against LBHI that is subject to the Motion is Claim No. 13207 (the "**Hain Guarantee Claim**").  Hain Capital hereby joins in and incorporates by reference the legal arguments made in the Objection.  Specifically, the Motion should be denied as to the Hain Guarantee Claim because Hain Capital has not recovered the full value of its claim entitlements, which are enforceable against LBHI under the LBHI Guarantees.  Accordingly, Hain Capital respectfully requests that the Court deny the Motion as it relates to the Hain Guarantee Claim.

Dated: July 10, 2015
New York, New York

**BROWN RUDNICK LLP**

 /s/ Howard S. Steel
David J. Molton
Howard S. Steel
Mason C. Simpson
Joseph A. Spina
Seven Times Square
New York, New York 10036
Telephone: 212-209-4800

*Counsel to Hain Capital Holdings, Ltd.*

---

[1] Capitalized terms used but not otherwise defined in this Joinder shall have the meanings set forth in the Objection.

2