# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.        Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Stonehill Institutional Partners, L.P. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Stonehill Institutional Partners, L.P.
Ops Department c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Telephone Number: 212-739-7470
Fax Number: 212-838-2291
Email Address: ops@stonehillcap.com

Last Four Digits of Acct. #: _____

Court Claim Number: 67079

Amount of Claim Transferred: $887,000.00, plus all interest, fees and other recoveries due.

Date Claim Filed: September 21, 2009

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:  Stonehill Capital Management LLC,
     its Investment Adviser

By: _[signature]_                                    Date: July 10, 2015
Name: Thomas Varky
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AN AUTHORIZED SIGNATORY OF
STONEHILL CAPITAL MANAGEMENT LLC,
ITS ADVISER

159-706/COURT/4704665.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc, et al,</u>    Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 67079 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on           .

| Goldman Sachs Lending Partners LLC | Stonehill Institutional Partners, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ 07302<br>Fax: 212-428-1243<br>Attention: Michelle Latzoni<br>Telephone: 212-934-3921<br>Email: gsd.link@gs.com | Stonehill Institutional Partners, L.P.<br>Ops Department c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Telephone: 212-739-7470<br>Fax: 212-838-2291<br>ops@stonehillcap.com |

**DEADLINE TO OBJECT TO TRANSFER**

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
CLERK OF THE COURT

EXECUTION COPY

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
         Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

**Goldman Sachs Lending Partners LLC**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Stonehill Institutional Partners, L.P.**
Ops Department c/o Stonehill Capital Management, LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Telephone: 212-739-7470
Fax: 212-838-2291
Email: ops@stonehillcap.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of $887,000.00 (the "Assigned Claim"), against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ___July 10___, 2015.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By:   Stonehill Capital Management LLC, its
      Investment Adviser

By: _____
Name: Pete Sisitsky
Title: Authorized Signature

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
   Name:
   Title:

888257v.1 3091/00619

EXECUTION COPY

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
      Attn: Clerk

AND TO:   Lehman Brothers Holdings Inc. ("Debtor")
          Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 67079

Goldman Sachs Lending Partners LLC, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

Stonehill Institutional Partners, L.P.
Ops Department c/o Stonehill Capital Management, LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Telephone: 212-739-7470
Fax: 212-838-2291
Email: ops@stonehillcap.com

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of $887,000.00 (the "Assigned Claim"), against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated ___July 10___, 2015.

STONEHILL INSTITUTIONAL PARTNERS, L.P.

By:   Stonehill Capital Management LLC, its
      Investment Adviser

      By:_____
      Name:
      Title:

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____
    Name:   Mehmet Barlas
    Title:  Authorized Signatory

888257v.1 3091/00619