UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (JMP) |
| Debtors | : | (Jointly Administered) |

## NOTICE OF PARTIAL WITHDRAWAL OF CLAIMS

Reference is made to the proof of claim listed on the attached Exhibit A (the "Claim"), which was filed against Lehman Brothers Holdings Inc. ("LBHI") in the amount listed thereon (the "Filed Amount"), and which is currently held by State of Oregon, Inc. (the "Claimant").

PLEASE TAKE NOTICE that in accordance with a prior agreement between the Claimant and LBHI, a portion of the Claim was allowed (the "Allowed Amount") and a portion remains unresolved (the "Unresolved Amount").

PLEASE TAKE FURTHER NOTICE that Claimant hereby withdraws with prejudice the portion of the Claim related to the Unresolved Amount and directs Epiq Bankruptcy Solutions LLC to expunge the portion of the Claim related to the Unresolved Amount from the claims register. Claimant represents and warrants that the withdrawal of the Unresolved Amount is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

1

US_ACTIVE:\44538607\1\58399.0011

Dated: June 22, 2015
      New York, New York

[_____]

By: _____
Name:    Karl Cheng
Title:    Public Equity Investment Officer

## EXHIBIT A

| Claim # | Claimant | Filed Amount | Allowed Amount | Unresolved Amount |
|---|---|---|---|---|
| 18650 | STATE OF OREGON | $377,378.16 | $35,914.00 | $341,464.16 |