UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                      :    Chapter 11 Case No.
                                                            :
                                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,                      :    08-13555 (JMP)
                                                            :
                                                            :
                    Debtors.                                :    (Jointly Administered)
                                                            :
-----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM(S)

Reference is made to the proof of claim numbered 13993 against Lehman Brothers Holdings Inc. by Hewlett-Packard Ltd Retirement Benefits Plan (the "Claimant"), filed in the amount of $ 94,699.14 (the "Claim").

PLEASE TAKE NOTICE that Claimant hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. Claimant represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order, or administrative action binding on it.

Dated: JUNE 3, 2015
New York, New York

Name: JONATHAN LORD
Title: TRUSTEE

KEITH NARRINGTON
TRUSTEE