WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

### CERTIFICATE OF NO OBJECTION
### UNDER 28 U.S.C. § 1746 REGARDING THE
### PLAN ADMINISTRATOR'S OBJECTION TO CLAIM
### NUMBERS 11013, 11014 AND 21973 (RELEASED CLAIMS)

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures (ECF No. 9635) (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1.     On June 8, 2015, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's Objection to Claim Numbers 11013, 11014 and 21973 (Released Claims) (ECF No. 49932) (the "Claims Objection") with the Court for hearing.

2.    In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objection.  The Response Deadline was set for July 8, 2015 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3.    The Response Deadline has now passed and, to the best of my knowledge, no responsive pleadings to the Claims Objection have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, which is unmodified since the filing of the Claims Objection, be entered in accordance with the procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.

Dated:    July 13, 2015
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

**<u>Exhibit A</u>**

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

In re                                                        :        Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :        08-13555 (SCC)
                                                             :
                              Debtors.                       :        (Jointly Administered)

------------------------------------------------------------------ x

### ORDER GRANTING OBJECTION TO
### CLAIM NUMBERS 11013, 11014 AND 21973 (RELEASED CLAIMS)

Upon the objection to claim numbers 11013, 11014 and 21973, filed by Lehman

Brothers International (Europe) (in administration) ("LBIE"), dated June 8, 2015 (the

"Objection"),[1] of Lehman Brothers Holdings Inc., as *Plan Administrator under the Modified*

*Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated*

*Debtors*, seeking to disallow and expunge claim numbers 11013, 11014 and 21973 (the

"Released Claims") pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF

No. 6664), all as more fully described in the Objection; and due and proper notice of the

Objection having been provided as stated therein, and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the

Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in

interest, and that the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Objection.

ORDERED that, that, pursuant to section 502(b) of the Bankruptcy Code, the

Released Claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2015
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1 - NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/09/2009 | 11013 | $42,760,579.09 * | $42,760,579.09 * | No Liability |
| 2 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/09/2009 | 11014 | $42,760,579.09 * | $42,760,579.09 * | No Liability |
| 3 | LEHMAN BROTHERS INTERNATIONAL (EUROPE) | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21973 | $51,008,465.12 | $51,008,465.12 | No Liability |

* - Indicates claim contains unliquidated and/or undetermined amounts