FOX ROTHSCHILD LLP  
Mitchell Berns  
Oksana Wright  
Kathleen Aiello  
100 Park Avenue, 15th Floor  
New York, New York 10017  
(212) 878-7900  

*Attorneys for Federal Home Loan Bank of New York*

Presentment Date: **July 21, 2015**  
Presentment Time: **12:00 p.m.**

Objection Deadline: **July 20, 2015**

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------x  

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | |

------------------------------------------------------x

## NOTICE OF PRESENTMENT OF CONSENT ORDER GRANTING FEDERAL HOME LOAN BANK OF NEW YORK AUTHORITY TO AMEND ITS PROOFS OF CLAIM TO REDUCE THE AMOUNTS ASSERTED AGAINST THE DEBTORS

TO COUNSEL TO THE DEBTORS AND THE OFFICE OF THE UNITED STATES TRUSTEE:

*PLEASE TAKE NOTICE* that the undersigned will present a proposed consent order (the "Consent Order"), a copy of which is annexed hereto as Exhibit A, between and among Federal Home Loan Bank of New York ('FHLBNY"), Lehman Brothers Holding, Inc. ("LBHI") and Lehman Brothers Special Financing "LBSF") (collectively, the "Debtors" and together with FHLBNY, the "Parties"), authorizing FHLBNY to amend its proofs of claim to reduce the amounts asserted against the Debtors, which, resolves, as between the Parties. the Motion of FHLBNY Seeking Authority to Amend its Proofs of Claim to Reduce the Amounts Asserted Against the Debtors (the "Motion"), filed on June 1, 2015 [ECF Nos. 49792, 49793], subject to the Court's approval, on the **21st day of July, 2015, at 12:00 p.m.** (the "Presentment Date"), to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in chambers, United States Bankruptcy Court for the Southern District of New York (the "Court"), One Bowling Green, New York, New York 10004.

*PLEASE TAKE FURTHER NOTICE* that the Consent Order has been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at http://www.nysb.uscourts.gov. Copies of the Consent Order may be obtained by telephonic or e-

30726343v1

mail request to the undersigned counsel for FHLBNY, Attn: Kathleen Aiello, Attorney (Tel: (212) 878-7908; e-mail kaiello@foxrothschild.com).

*PLEASE TAKE FURTHER NOTICE* that objections, if any, to the relief sought in the Consent Order shall be made in writing, filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's electronic case filing system and, by all other parties in interest, e-mailed, preferably in Portable Document Format (PDF), Microsoft Word, WordPerfect, or any other Windows-based word processing format, or mailed to the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, and served in accordance with General Order M-399, or other form, upon: (i) Fox Rothschild LLP, Attorneys for FHLBNY, 100 Park Avenue, 15th Floor, New York, New York 10017, Attn: Mitchell Berns, Oksana Wright and Kathleen Aiello; (ii) Weil, Gotshal & Manges, LLP, Attorneys for the Debtors, 767 Fifth Avenue, New York, New York 10153; and (iii) The Office of the United States Trustee, 201 Varick Street, Room 1006, New York, New York 10014, so as to be actually received no later than one business day prior to the Presentment Date, or July 20, 2015. Unless objections are timely filed, the Consent Order may be signed without a hearing.

*PLEASE TAKE FURTHER NOTICE* that if timely objections are filed and served, or if the Court so directs, a hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, on **August 4, 2015 at 10:00 a.m.**, or as soon thereafter as counsel may be heard.

Dated: New York, New York  
        July 13, 2015

FOX ROTHSCHILD LLP  
*Attorneys for Federal Home Loan Bank of New York*

By: */s/ Kathleen M. Aiello*  
    Mitchell Berns  
    Oksana Wright  
    Kathleen Aiello  
    100 Park Avenue, 15th Floor  
    New York, New York 10017  
    (212) 878-7900