UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re                                                       :
                                                            :      Chapter 11 Case
LEHMAN BROTHERS HOLDINGS,           :
INC. et al.,                                              :      Case No. 08-13555 (SCC)
                                                            :
                    Debtors.                        :      (Jointly Administered)
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                              )  ss:
COUNTY OF NEW YORK   )

JEANNETTE LITOS being sworn, deposes and says:

1. I am not a party to this action, am over eighteen years of age, am a resident of Richmond County, and am an employee of Fox Rothschild LLP, 100 Park Avenue, 15th Floor, New York, New York 10017.

2. On **July 13, 2015**, I served true and correct copies of the *Notice of Presentment of Consent Order Granting Federal Home Loan Bank of New York Authority to Amend Its Proofs of Claim to Reduce the Amounts Asserted Against the Debtors* [DE 50281] upon the parties listed below at the addresses designated for that purpose by depositing true copies of the same enclosed in a first class, post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York:

Ralph Miller, Esq.
Weil, Gotshal & Manges LLP
Attorneys for Lehman Brothers Holdings, Inc.
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314

30775624v1

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
Attorneys for Lehman Brothers Holdings, Inc.
767 Fifth Avenue
New York, NY  10153

Vito Genna, Clerk of Court
U.S. Bankruptcy Court, SDNY
One Bowling Green
New York, NY 10004

|  |  |
|---|---|
|  | /s/ Jeannette Litos |
|  | Jeannette Litos |

Sworn to before me this
13th day of July, 2015

/s/ Heather Wrenn
Heather Wrenn
Notary Public, State of New York
No. 01WR6134614
Qualified in Queens County
My Commission Expires October 3, 2017

2

30775624v1