ROPES & GRAY LLP
Mark I. Bane
Kristina K. Alexander
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Ellsworth Partners, L.L.C. and Certain Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

COMMONWEALTH OF MASSACHUSETTS    )
                                 :ss.:
COUNTY OF SUFFOLK                )

MEIR C. WEINBERG, being duly sworn, deposes and says:

1. I am employed by the law firm of Ropes & Gray LLP. I am over 18 years of age and I reside in Massachusetts. I am not a party to this action.

2. On Friday, July 10, 2015, I caused true and correct copies of the *Limited Objection of Ellsworth Partners, L.L.C. and Certain Affiliates to the Plan Administrator's Motion to Estimate Claims for Reserve and Distribution Purposes*, which was filed by Ropes & Gray LLP on Friday, July 10, 2015, at docket number 50257, to be served via overnight mail upon the parties listed on the annexed Exhibit A at the addresses set forth in such exhibit.

51778496_1

        I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: July 13, 2015

*Meir C. Weinberg*

51778496_1

## **EXHIBIT A**

The Honorable Shelley C. Chapman
United States Bankruptcy Court
for the Southern District of New York
One Bowling Green
New York, NY 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Garret A. Fail, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014,
Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.

51778496_1