**Calculation of LBHI Secured Note Related to LBSF Citibank Reserve**

| | |
|---|---|
| Max Interest Rate - Derivatives (Compounded Daily) | 4.59% |
| Max Interest Rate - HK Loan (Compounded Annually) | 3.55% |
| Max Interest Rate - Other Claims (Compounded Annually) | 3.59% |
| Interest End Date | 7/31/20 |
| Interest Years | 11.87 |
| Fess and Expenses | 250,000,000 |
| LBSF Paid to Date | 33.92% |

Assumptions:
(1) Citibank wins collateral case and recovers LBHI post petition interest and fees.
(2) Claim amounts are reduced by subsidiary deposits/collateral held by Citibank and payments received by Citibank to date from affiliates.
(3) Allowed claims, post petition interest and fees are capped at the LBHI deposit amount.

(USD in millions)

| | | | | Minimum Amount of Secured Note | 295 | | | |
|---|---|---|---|---|---|---|---|---|
| LBHI Deposit Held by Citibank | Non-LBSF Claims Approved at Current Claim Amounts | Approved LBSF Claim Amount | Post Petition Interest & Fees Recovered by Citibank | Cash Returned by Citibank to LBHI | Payout to LBHI on LBHI Subrogation Claims | Cash Available to LBHI to Repay LBSF on the Secured Note | PPI on LBSF Derivatives | PPI on HK Loan & Other Claims | Fees |
| 2,069 | (217) | 0 | (355) | 1,498 | 0 | 1,498 | 0 | (105) | (250) |
| 2,069 | (217) | (5) | (358) | 1,489 | 2 | 1,491 | (4) | (105) | (250) |
| 2,069 | (217) | (10) | (362) | 1,481 | 3 | 1,484 | (7) | (105) | (250) |
| 2,069 | (217) | (15) | (366) | 1,472 | 5 | 1,477 | (11) | (105) | (250) |
| 2,069 | (217) | (820) | (949) | 83 | 278 | 361 | (595) | (105) | (250) |
| 2,069 | (217) | (825) | (953) | 75 | 280 | 354 | (598) | (105) | (250) |
| 2,069 | (217) | (830) | (957) | 66 | 282 | 348 | (602) | (105) | (250) |
| 2,069 | (217) | (835) | (960) | 57 | 283 | 341 | (606) | (105) | (250) |
| 2,069 | (217) | (840) | (964) | 49 | 285 | 334 | (609) | (105) | (250) |
| 2,069 | (217) | (845) | (968) | 40 | 287 | 327 | (613) | (105) | (250) |
| 2,069 | (217) | (850) | (971) | 32 | 288 | 320 | (616) | (105) | (250) |
| 2,069 | (217) | (855) | (975) | 23 | 290 | 313 | (620) | (105) | (250) |
| 2,069 | (217) | (860) | (978) | 14 | 292 | 306 | (624) | (105) | (250) |
| 2,069 | (217) | (865) | (982) | 6 | 293 | 299 | (627) | (105) | (250) |
| 2,069 | (217) | (870) | (983) | 0 | 295 | 295 | (631) | (105) | (250) |
| 2,069 | (217) | (875) | (978) | 0 | 297 | 297 | (635) | (105) | (250) |
| 2,069 | (217) | (880) | (973) | 0 | 298 | 298 | (638) | (105) | (250) |
| 2,069 | (217) | (885) | (968) | 0 | 300 | 300 | (642) | (105) | (250) |
| 2,069 | (217) | (890) | (963) | 0 | 302 | 302 | (645) | (105) | (250) |
| 2,069 | (217) | (895) | (958) | 0 | 304 | 304 | (649) | (105) | (250) |
| 2,069 | (217) | (900) | (953) | 0 | 305 | 305 | (653) | (105) | (250) |
| 2,069 | (217) | (905) | (948) | 0 | 307 | 307 | (656) | (105) | (250) |
| 2,069 | (217) | (910) | (943) | 0 | 309 | 309 | (660) | (105) | (250) |
| 2,069 | (217) | (915) | (938) | 0 | 310 | 310 | (664) | (105) | (250) |
| 2,069 | (217) | (920) | (933) | 0 | 312 | 312 | (667) | (105) | (250) |
| 2,069 | (217) | (1,585) | (268) | 0 | 538 | 538 | (1,149) | (105) | (250) |
| 2,069 | (217) | (1,590) | (263) | 0 | 539 | 539 | (1,153) | (105) | (250) |
| 2,069 | (217) | (1,595) | (258) | 0 | 541 | 541 | (1,157) | (105) | (250) |
| 2,069 | (217) | (1,599) | (254) | 0 | 542 | 542 | (1,160) | (105) | (250) |