**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | Case No. 08-13555 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | (SCC) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served a copy of **Citigroup Financial Products Inc.'s Objection to Motion Pursuant to Section 8.4, 9.3 and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes** on the persons set forth on the attached service list in the manner and on the dates shown thereon.

/s/ Kyle Kimpler
Kyle Kimpler

Dated: July 15, 2015

## SERVICE LIST

**By Hand Delivery on July 10, 2015**

Garrett A. Fail, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**By Hand Delivery on July 13, 2015**

William K. Harrington, Esq.
Susan Golden, Esq.
Office of the U.S. Trustee for Region 2
201 Varick Street, Suite 1006
New York, NY 10014