

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,          Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Luis Alberto Amaral Gomes Sousa | Island Capital Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Cartachanas-Apartado 73
2564-909 Torres Vedras-Portugal

Court Claim # (if known): __57036__
Amount of Claim: __$1,514,527.26__
Date Claim Filed: _____

Phone: __00351968931986__
Last Four Digits of Acct #: _____

Phone: __00351968931986__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
SWIFT:BCOMPTPL-IBAN:
PT50003300004523708810205

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: __06/12/2015__
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.