**COLE SCHOTZ P.C.**
900 Third Avenue, 16th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Ilana Volkov, Esq.

-and-

**COLE SCHOTZ P.C.**
301 Commerce Street, Suite 1700
Fort Worth, TX 76102
(817) 810-5250
(817) 810-5255 (Fax)
Michael D. Warner, Esq.

*Attorneys for Creditor Highland CDO Opportunity Master Fund, L.P.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | : Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| Debtors. | : (Jointly Administered) |

## AFFIDAVIT OF SERVICE

STATE OF TEXAS            )
                          ) ss.:
COUTNY OF TARRANT         )

Kerri LaBrada, being duly sworn, deposes and says:

1. I am over the age of 18, am not a party to this action, and am employed by

Cole Schotz P.C., located at 301 Commerce Street, Suite 1700, Fort Worth, Texas 76102.

76332/0044-11907135v1

2. On the 10th day of July, 2015, I caused to be served copies of the *Opposition of Highland CDO Opportunity Master Fund, L.P. to Motion Pusaunt to Section 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* [Docket No. 50244], upon all parties that are registered to receive electronic service through this court's ECF notice system in the above cases and by hand delivery to the parties listed on **Exhibit A**.

Kerri LaBrada

Sworn to before me this
15th day of July, 2015

_____
Notary Public:
Commission Expires:



CHRISTY NEWMAN
My Commission Expires
October 10, 2018

76332/0044-11907135v1

# EXHIBIT A

Honorable Shelley C. Chapman
One Bowling Green, Courtroom 621
New York, NY 10004

Att: Garrett A. Fail, Esq.
Att: Alexander Woolverton, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Office of the United States Trustee
for Region 2
Att: William K. Harrington, Esq.
Att: Susan Golden, Esq.
Att: Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY 10014