Allan S. Brilliant
Shmuel Vasser
Stephen M. Wolpert
DECHERT LLP
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500

*Attorneys for Stonehill Institutional Partners, L.P.*
*and Stonehill Offshore Partners Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Allan S. Brilliant, an attorney admitted to practice in the State of New York and

the Partner of the firm of Dechert LLP, hereby certify that:

On July 13, 2015, I caused *Stonehill's Response to the Plan Administrator's Five

Hundredth Omnibus Objection to Claims* [ECF No. 50282] to be served by Federal

Express upon:

> Garrett A. Fail, Esq.
> Ralph Miller
> Weil Gotshal & Manges, LLP
> 767 Fifth Avenue
> New York, NY 10153

> William K. Harrington, Esq.
> Susan D. Golden, Esq.
> Andrea B. Schwartz, Esq.
> U.S. Federal Office Building
> Office of the United States Trustee
> 201 Varick Street, Suite 1006
> New York, NY 10014

21274495

Dated: New York, New York
July 15, 2015

By: ＿＿/s/ Allan S. Brilliant＿＿
Allan S. Brilliant