## **EXHIBIT C**

AMERICAS 90680607 (2K)

**EXHIBIT FILED UNDER SEAL**