FILED / RECEIVED
JUL 0 3 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque de Luxembourg** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 17, 2015.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

RECEIVED
JUL - 9 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0339537804 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 100'000 |



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>        Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANQUE DE LUXEMBOURG | CREDIT SUISSE AG ZURICH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BANQUE DE LUXEMBOURG
-Corporate Actions Department-
55, rue des Scillas
L-2529 Luxembourg
LUXEMBOURG

Phone: +352 49 924 2458

Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: OCTOBER 29, 2009
Amount of Claim: USD 7'998'000 (XS0339537804)
Portion of Claim Transferred (see Schedule I): USD 100'000

Phone: +41 44 332 86 11

Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Deutsche Bank Trust Company Americas New York
BKTRUS33XXX
04401506     ABA: 021001033

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: June 30, 2015
    Transferee/Transferee's Agent

Jacky FUNK
Corporate Actions

Jean-Claude MAAS
Head of Transactional Services

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055829 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse<br><br>See Attached Rider | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Telephone number:            Email Address: | |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:            Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ See Attached Rider_____ **(Required)**

[✓] Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider_____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider_____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider_____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>10/20/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Martina Stettler Vice President    Reto Kälune Director | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Credit Suisse against LBHI (Lehman Programs Securities)

1. In accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in Schedule I. Schedule I lists the International Securities Identification Number, Depository Participant Account Number, and Depository Blocking Reference Number for each LPS related to this claim.

2. As the LPS are booked either in units or nominal amounts in the relevant depository systems, CS has provided the number of units or nominal amounts held for each LPS in Schedule I in lieu of claim amounts. CS reserves the right to amend this proof of claim at a later date to specify claim amounts in United States dollars.

3. CS reserves the right to amend, modify or supplement this proof of claim in any manner, for any purpose and at any time.

4. CS reserves the right to assert and file any and all additional claims of whatever kind or nature that it has or may hereinafter have against LBHI.

5. CS reserves the right to set-off any claim set forth in this proof of claim against any claim that LBHI or the LBHI estate has or may assert against CS.

6. CS reserves all rights it has or may have in the future against LBHI. This proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

7. No judgment has been rendered on the claims set forth in this proof of claim.

8. No payments on the claims set forth in this proof of claim have been made by the debtor.

9. All notices concerning this proof of claim should be sent to:

Credit Suisse
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph: (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph: (212) 474-1135

# SCHEDULE I

**CS Entity:** Credit Suisse Schweiz

| ISIN | Denominational Currency | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | | SIX SIS AG Account No. 20004518 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Nominal | Units | Nominal | Units | Blocking No. | Nominal | Units | Blocking No. |
| XS0176153350 | EUR | 1,352,000 | - | 1,352,000 | - | 9494541 | - | - | - |
| XS0178969209 | EUR | 151,000 | - | 151,000 | - | 9494542 | - | - | - |
| XS0211093041 | EUR | 30,000 | - | 30,000 | - | 9494543 | - | - | - |
| XS0335964648 | EUR | 3,638,000 | - | 3,638,000 | - | 9494544 | - | - | - |
| XS0336151088 | EUR | 7,644,000 | - | 7,644,000 | - | 9494545 | - | - | - |
| XS0282978666 | EUR | 3,337,000 | - | 3,337,000 | - | 9494546 | - | - | - |
| XS0301813522 | USD | 6,790,000 | - | 6,790,000 | - | 9494547 | - | - | - |
| XS0335352877 | USD | - | 1,600 | - | 1,600 | 9494548 | - | - | - |
| XS0203783526 | USD | 5,230,000 | - | 5,230,000 | - | 9494549 | - | - | - |
| ANN521331184 | USD | - | 707 | - | 524 | 9494550 | - | 183 | CA16261 |
| XS0312480196 | JPY | 297,000,000 | - | 297,000,000 | - | 9494551 | - | - | - |
| XS0325369725 | USD | 8,692,000 | - | 8,692,000 | - | 9494552 | - | - | - |
| XS0339537804 | USD | 7,998,000 | - | 7,998,000 | - | 9494553 | - | - | - |
| XS0335394879 | JPY | 310,000,000 | - | 310,000,000 | - | 9494554 | - | - | - |
| XS0202417050 | EUR | 6,000 | - | 6,000 | - | 9494555 | - | - | - |
| XS0186883798 | USD | 43,582,000 | - | 43,582,000 | - | 9494556 | - | - | - |
| XS0187966949 | USD | 19,152,000 | - | 19,152,000 | - | 9494557 | - | - | - |
| XS0204933997 | USD | 16,281,000 | - | 16,281,000 | - | 9494558 | - | - | - |
| XS0235227302 | EUR | - | 383 | - | 383 | 9494559 | - | - | - |
| XS0250879763 | USD | 1,150,000 | - | 1,150,000 | - | 9494560 | - | - | - |
| XS0266486025 | USD | 2,183,000 | - | 2,183,000 | - | 9494561 | - | - | - |
| XS0268033908 | EUR | 2,475,000 | - | 2,475,000 | - | 9494562 | - | - | - |
| XS0274985828 | USD | 5,655,000 | - | 5,655,000 | - | 9494563 | - | - | - |
| ANN5214A3502 | USD | - | 4,450 | - | 4,450 | 9494564 | - | - | - |
| ANN5214A8634 | USD | - | 1,000 | - | 1,000 | 9494565 | - | - | - |
| XS0303746571 | EUR | 3,538,000 | - | 3,538,000 | - | 9494566 | - | - | - |
| XS0332645422 | USD | 390,000 | - | 390,000 | - | 9494567 | - | - | - |
| XS0337685670 | USD | 2,867,000 | - | 2,867,000 | - | 9494568 | - | - | - |
| XS0346699613 | USD | 1,000,000 | - | 1,000,000 | - | 9494569 | - | - | - |
| XS0347732892 | USD | 7,605,000 | - | 7,605,000 | - | 9494570 | - | - | - |
| XS0351272322 | EUR | 251,000 | - | 251,000 | - | 9494571 | - | - | - |
| XS0360599665 | EUR | 150,000 | - | 150,000 | - | 9494572 | - | - | - |
| XS0213899510 | EUR | 411,000 | - | 411,000 | - | 9494573 | - | - | - |
| XS0246082043 | EUR | 3,498,000 | - | 3,498,000 | - | 9494574 | - | - | - |
| XS0258947745 | EUR | - | 6,036 | - | 6,036 | 9494575 | - | - | - |
| XS0290294742 | EUR | - | 265 | - | 265 | 9494576 | - | - | - |
| ANN5214A8303 | CHF | - | 7,409 | - | 7,409 | 9494577 | - | - | - |
| DE000A0N6GH8 | EUR | - | 30 | - | 30 | 9494578 | - | - | - |
| XS0307745744 | EUR | 1,350,000 | - | 1,350,000 | - | 9494579 | - | - | - |
| XS0335137120 | EUR | - | 20 | - | 20 | 9494580 | - | - | - |
| XS0186243118 | CHF | 42,309,000 | - | 42,309,000 | - | 9494581 | - | - | - |

| ISIN | Ccy | C3 | C4 | C5 | C6 | C7 | C8 | C9 | Code |
|---|---|---|---|---|---|---|---|---|---|
| XS0267329307 | CHF | - | 6,658 | - | 6,658 | 9494582 | - | - | - |
| ANN5214A7560 | EUR | - | 800 | - | 800 | 9494583 | - | - | - |
| CH0026915527 | CHF | 4,555,000 | - | - | - | - | 4,555,000 | - | CH100164SUWA42-45 |
| CH0026985082 | CHF | 41,845,000 | - | - | - | - | 41,845,000 | - | CH100164SUWA42-46 |
| CH0027120663 | CHF | 600,000 | - | - | - | - | 600,000 | - | CH100164SUWA42-47 |
| CH0027120671 | CHF | 175,000 | - | - | - | - | 175,000 | - | CH100164SUWA42-48 |
| CH0027120689 | EUR | 214,000 | - | - | - | - | 214,000 | - | CH100164SUWA42-49 |
| CH0027120706 | CHF | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-50 |
| CH0027120812 | CHF | 315,000 | - | - | - | - | 315,000 | - | CH100164SUWA42-51 |
| CH0027120820 | EUR | 107,000 | - | - | - | - | 107,000 | - | CH100164SUWA42-52 |
| CH0027120846 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-53 |
| CH0027120887 | CHF | 65,000 | - | - | - | - | 65,000 | - | CH100164SUWA42-54 |
| CH0027120978 | EUR | 182,000 | - | - | - | - | 182,000 | - | CH100164SUWA42-56 |
| CH0029197156 | CHF | 11,780,000 | - | - | - | - | 11,780,000 | - | CH100164SUWA42-59 |
| CH0043088821 | CHF | 112,000 | - | - | - | - | 112,000 | - | CH100164SUWA42-61 |
| CH0043088847 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-62 |
| CH0043088854 | USD | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-63 |
| CH0036891395 | EUR | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-64 |
| XS0210433208 | EUR | 468,000 | - | 468,000 | - | 9494584 | - | - | - |
| XS0210414750 | GBP | 1,540,000 | - | 1,540,000 | - | 9494585 | - | - | - |
| XS0224348592 | EUR | 1,040,000 | - | 1,040,000 | - | 9494586 | - | - | - |
| XS0229269856 | EUR | 1,426,000 | - | 1,426,000 | - | 9494587 | - | - | - |
| XS0252634576 | EUR | 9,197,000 | - | 9,197,000 | - | 9494588 | - | - | - |
| XS0326978102 | USD | 600,000 | - | 600,000 | - | 9494589 | - | - | - |
| XS0902356737 | EUR | - | 6,575 | - | 6,575 | 9494590 | - | - | - |
| XS0339537390 | EUR | 9,264,000 | - | 9,264,000 | - | 9494591 | - | - | - |
| XS0327238814 | EUR | 167,000 | - | 167,000 | - | 9494592 | - | - | - |
| XS0337337710 | CHF | 6,430,000 | - | 6,430,000 | - | 9494593 | - | - | - |
| XS0321455312 | EUR | 10,000 | - | 10,000 | - | 9494594 | - | - | - |
| XS0234123850 | CHF | 14,440,000 | - | 14,440,000 | - | 9494595 | - | - | - |
| XS0324515518 | USD | 1,580,000 | - | 1,580,000 | - | 9494596 | - | - | - |
| XS0330222984 | CHF | - | 4,370 | - | 4,370 | 9494597 | - | - | - |
| XS0338833150 | CHF | - | 4,025 | - | 4,025 | 9494598 | - | - | - |
| XS0328064810 | USD | 2,443,000 | - | 2,443,000 | - | 9494599 | - | - | - |
| XS0349857317 | USD | 4,278,000 | - | 4,278,000 | - | 9494600 | - | - | - |
| XS0128857413 | EUR | 1,928,000 | - | 1,928,000 | - | 9494601 | - | - | - |
| ANN5214R1491 | EUR | - | 4,765 | - | 4,765 | 9494602 | - | - | - |
| XS0340735892 | USD | 442,000 | - | 442,000 | - | 9494603 | - | - | - |
| XS0223590812 | CHF | 6,262,000 | - | 6,262,000 | - | 9494604 | - | - | - |
| XS0262353831 | EUR | 5,759,000 | - | 5,759,000 | - | 9494605 | - | - | - |
| XS0318527495 | USD | 7,335,000 | - | 7,335,000 | - | 9494606 | - | - | - |
| XS0328812084 | CHF | 2,597,000 | - | 2,597,000 | - | 9494607 | - | - | - |
| CH0034783651 | EUR | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-89 |
| CH0034783636 | CHF | 150,000 | - | - | - | - | 150,000 | - | CH100164SUWA42-90 |
| CH0034783693 | EUR | 55,000 | - | - | - | - | 55,000 | - | CH100164SUWA42-91 |
| ANN5214R2547 | CHF | - | 12,159 | - | 12,159 | 9494608 | - | - | - |
| XS0213416141 | EUR | 680,000 | - | 680,000 | - | 9494609 | - | - | - |
| XS0218304458 | EUR | 395,000 | - | 395,000 | - | 9494610 | - | - | - |

| ISIN | CCY | Col3 | Col4 | Col5 | Col6 | Ref | Col8 | Col9 | Col10 | Col11 |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0269149497 | EUR | - | 1,261 | - | 1,261 | 9494611 | - | - | | - |
| ANN5214A1035 | EUR | - | 2,790 | - | 2,790 | 9494612 | - | - | | - |
| XS0183944643 | EUR | 1,110,000 | - | 1,110,000 | - | 9494613 | - | - | | - |
| XS0229584296 | EUR | 1,625,000 | - | 1,625,000 | - | 9494614 | - | - | | - |
| XS0326006540 | EUR | 1,650,000 | - | 1,650,000 | - | 9494615 | - | - | | - |
| XS0187967160 | CHF | 25,622,000 | - | 25,622,000 | - | 9494616 | - | - | | - |
| XS0200265709 | CHF | 49,102,000 | - | 49,102,000 | - | 9494617 | - | - | | - |
| XS0251375233 | USD | 10,000 | - | 10,000 | - | 9494618 | - | - | | - |
| XS0226380334 | CHF | 8,202,000 | - | 8,202,000 | - | 9494619 | - | - | | - |
| XS0234632700 | CHF | - | 1,987 | - | 1,987 | 9494620 | - | - | | - |
| XS0238679079 | CHF | - | 50 | - | 50 | 9494621 | - | - | | - |
| XS0238681307 | CHF | - | 400 | - | 400 | 9494622 | - | - | | - |
| XS0248620899 | CHF | 51,181,000 | - | 51,181,000 | - | 9494623 | - | - | | - |
| XS0251180906 | CHF | 41,201,000 | - | 41,201,000 | - | 9494624 | - | - | | - |
| XS0252835110 | EUR | 6,740,000 | - | 6,740,000 | - | 9494625 | - | - | | - |
| XS0294745673 | EUR | 140,000 | - | 140,000 | - | 9494626 | - | - | | - |
| XS0270828584 | CHF | 26,852,000 | - | 26,852,000 | - | 9494627 | - | - | | - |
| ANN5214A1118 | CHF | - | 33 | - | 33 | 9494628 | - | - | | - |
| XS0275071230 | CHF | 100,000 | - | 100,000 | - | 9494629 | - | - | | - |
| ANN5214A1373 | CHF | - | 1,124 | - | 1,124 | 9494630 | - | - | | - |
| XS0319862818 | CHF | 6,009,000 | - | 6,009,000 | - | 9494631 | - | - | | - |
| XS0322153270 | CHF | 13,915,000 | - | 13,915,000 | - | 9494632 | - | - | | - |
| XS0322794578 | USD | 20,000 | - | 20,000 | - | 9494633 | - | - | | - |
| XS0323493584 | USD | 1,554,000 | - | 1,554,000 | - | 9494634 | - | - | | - |
| XS0323535418 | USD | - | 1,227 | - | 1,227 | 9494635 | - | - | | - |
| XS0325550472 | CHF | 21,879,000 | - | 21,879,000 | - | 9494636 | - | - | | - |
| XS0325550555 | EUR | 11,245,000 | - | 11,245,000 | - | 9494637 | - | - | | - |
| XS0326086718 | CHF | 17,366,000 | - | 17,366,000 | - | 9494638 | - | - | | - |
| XS0327822135 | USD | 4,504,000 | - | 4,504,000 | - | 9494639 | - | - | | - |
| XS0328873681 | CHF | 14,044,000 | - | 14,044,000 | - | 9494640 | - | - | | - |
| XS0329522758 | CHF | 51,000 | - | 51,000 | - | 9494641 | - | - | | - |
| XS0329635790 | CHF | 3,475,000 | - | 3,475,000 | - | 9494642 | - | - | | - |
| XS0329633829 | CHF | 3,190,000 | - | 3,190,000 | - | 9494643 | - | - | | - |
| XS0336037204 | CHF | 930,000 | - | 930,000 | - | 9494644 | - | - | | - |
| CH0027120608 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-130 | |
| XS0294585889 | CHF | 9,358,000 | - | 9,358,000 | - | 9494645 | - | - | | - |
| XS0327165550 | USD | 7,365,000 | - | 7,365,000 | - | 9494646 | - | - | | - |
| XS0384379847 | CHF | 450,000 | - | 450,000 | - | 9494647 | - | - | | - |
| ANN5214A6653 | USD | - | 1,280 | - | 1,280 | 9494648 | - | - | | - |
| ANN5214A8899 | CHF | - | 10,840 | - | 10,840 | 9494649 | - | - | | - |
| XS0387045163 | EUR | - | 1,000 | - | 1,000 | 9494650 | - | - | | - |
| CH0034774536 | CHF | 1,200,000 | - | - | - | - | 1,200,000 | - | CH100164SUWA42-137 | |
| CH0034783669 | EUR | 140,000 | - | - | - | - | 140,000 | - | CH100164SUWA42-138 | |
| XS0332199115 | USD | 7,974,000 | - | 7,974,000 | - | 9494651 | - | - | | - |
| XS0268043709 | EUR | 20,000 | - | 20,000 | - | 9494652 | - | - | | - |
| XS0302351266 | CHF | 305,000 | - | 305,000 | - | 9494653 | - | - | | - |
| XS0376511928 | CHF | 725,000 | - | 725,000 | - | 9494654 | - | - | | - |
| CH0036891247 | EUR | 130,000 | - | - | - | - | 130,000 | - | CH100164SUWA42-143 | |

| ISIN | CCY | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Ref |
|---|---|---|---|---|---|---|---|---|---|
| XS0283914837 | JPY | - | 1,850 | - | 1,850 | 9494855 | - | - | - |
| CH0043088639 | CHF | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-145 |
| XS0345288459 | USD | 313,000 | - | 313,000 | - | 9494856 | - | - | - |
| CH0027120986 | CHF | 176,000 | - | - | - | - | 176,000 | - | CH100164SUWA42-147 |
| XS0261032238 | CHF | - | 1,050 | - | 1,050 | 9494857 | - | - | - |
| CH0027120770 | EUR | - | 50 | - | - | - | - | 50 | CH100164SUWA42-149 |
| XS0306179168 | CHF | - | 100 | - | 100 | 9494858 | - | - | - |
| XS0324890440 | CHF | 675,000 | - | 675,000 | - | 9494859 | - | - | - |
| XS0270987547 | EUR | 107,000 | - | 107,000 | - | 9494860 | - | - | - |
| XS0220328408 | CHF | 312,000 | - | 312,000 | - | 9494861 | - | - | - |
| XS0228154158 | CHF | 1,030,000 | - | 1,030,000 | - | 9494862 | - | - | - |
| XS0300858597 | CHF | 140,000 | - | 140,000 | - | 9494863 | - | - | - |
| XS0207381865 | USD | - | 752 | - | 752 | 9494864 | - | - | - |
| XS0307355445 | CBK | 225,700,000 | - | 225,700,000 | - | 9494865 | - | - | - |
| XS0214633967 | EUR | 40,000 | - | 40,000 | - | 9494866 | - | - | - |
| XS0238337439 | EUR | 120,000 | - | 120,000 | - | 9494867 | - | - | - |
| CH003477451O | CHF | - | 20 | - | - | - | - | 20 | CH100164SUWA42-160 |
| XS0280588572 | EUR | 30,000 | - | 30,000 | - | 9494868 | - | - | - |
| XS0248142894 | EUR | 10,000 | - | 10,000 | - | 9494869 | - | - | - |
| CH0036891429 | EUR | 747,000 | - | - | - | - | 747,000 | - | CH100164SUWA42-163 |
| XS0251909478 | CHF | - | 185 | - | 185 | 9494870 | - | - | - |
| XS0340698468 | EUR | 830,000 | - | 830,000 | - | 9494871 | - | - | - |
| XS0326427480 | CHF | 210,000 | - | 210,000 | - | 9494872 | - | - | - |
| CH0027120747 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-167 |
| CH0036891411 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-168 |
| XS0163559841 | EUR | 20,000 | - | 20,000 | - | 9494873 | - | - | - |
| XS0181945972 | EUR | 5,000 | - | 5,000 | - | 9494874 | - | - | - |
| XS0185655445 | EUR | 280,000 | - | 280,000 | - | 9494875 | - | - | - |
| XS0189284225 | EUR | 164,000 | - | 164,000 | - | 9494876 | - | - | - |
| XS0200284247 | EUR | 7,000 | - | 7,000 | - | 9494877 | - | - | - |
| XS0208458023 | EUR | 181,000 | - | 181,000 | - | 9494878 | - | - | - |
| CH0027120822 | USD | 570,000 | - | - | - | - | 570,000 | - | CH100164SUWA42-175 |
| XS0193035356 | EUR | 801,000 | - | 801,000 | - | 9494879 | - | - | - |
| CH0027120855 | CHF | 25,000 | - | - | - | - | 25,000 | - | CH100164SUWA42-177 |
| XS0242138413 | CHF | 25,000 | - | 25,000 | - | 9494880 | - | - | - |
| CH0027120836 | CHF | 170,000 | - | - | - | - | 170,000 | - | CH100164SUWA42-179 |
| CH0034783685 | USD | 35,000 | - | - | - | - | 35,000 | - | CH100164SUWA42-180 |
| XS0213829487 | EUR | 130,000 | - | 130,000 | - | 9494881 | - | - | - |
| ANN521338114 | EUR | - | 7 | - | 7 | 9494882 | - | - | - |
| XS0268992145 | USD | 33,000 | - | 33,000 | - | 9494883 | - | - | - |
| XS0279493398 | JPY | - | 1,900 | - | 1,900 | 9494884 | - | - | - |
| XS0313430483 | EUR | 160,000 | - | 160,000 | - | 9494885 | - | - | - |
| CH0036891148 | CHF | 1,257,000 | - | - | - | - | 1,257,000 | - | CH100164SUWA42-186 |
| CH0036891183 | CHF | 488,000 | - | - | - | - | 488,000 | - | CH100164SUWA42-187 |
| XS0340756898 | USD | 460,000 | - | 460,000 | - | 9494886 | - | - | - |
| CH0036891262 | CHF | 757,000 | - | - | - | - | 757,000 | - | CH100164SUWA42-190 |
| CH0036891353 | CHF | 300,000 | - | - | - | - | 300,000 | - | CH100164SUWA42-191 |
| XS0228149075 | EUR | 457,000 | - | 457,000 | - | 9494887 | - | - | - |

| ISIN | CCY | Col3 | Col4 | Col5 | Col6 | Ref | Col8 | Col9 | Col10 |
|---|---|---:|---:|---:|---:|---|---:|---:|---|
| XS0169028700 | EUR | - | 35 | - | 35 | 9494688 | - | - | - |
| XS0215349357 | EUR | 58,000 | - | 58,000 | - | 9494689 | - | - | - |
| CH0027120814 | CHF | - | 20 | - | - | - | - | 20 | CH100164SUWA42-195 |
| CH0027120705 | USD | 30,000 | - | - | - | - | 30,000 | - | CH100164SUWA42-198 |
| XS0302350888 | EUR | 70,000 | - | 70,000 | - | 9494690 | - | - | - |
| XS0279424310 | CHF | - | 2,400 | - | 2,400 | 9494691 | - | - | - |
| XS0282843088 | CHF | 400,000 | - | 400,000 | - | 9494692 | - | - | - |
| XS0353821880 | USD | 500,000 | - | 500,000 | - | 9494693 | - | - | - |
| XS0222898283 | EUR | 20,000 | - | 20,000 | - | 9494694 | - | - | - |
| XS0195431613 | EUR | 55,000 | - | 55,000 | - | 9494695 | - | - | - |
| XS0299141332 | GBP | 150,000 | - | 150,000 | - | 9494696 | - | - | - |
| XS0232035880 | EUR | 185,000 | - | 185,000 | - | 9494697 | - | - | - |
| ANN521331287 | USD | - | 7 | - | 7 | 9494698 | - | - | - |
| XS0262042255 | CHF | 2,855,000 | - | 2,855,000 | - | 9494699 | - | - | - |
| CH0038891080 | CHF | 70,000 | - | - | - | - | 70,000 | - | CH100164SUWA42-207 |
| XS0285837455 | USD | 170,000 | - | 170,000 | - | 9494700 | - | - | - |
| XS0251908635 | CHF | - | 850 | - | 850 | 9494701 | - | - | - |
| XS0189741001 | EUR | 673,000 | - | 20,000 | - | 9494702 | 653,000 | - | CA16259 |
| XS0189741001 | EUR | 87,000 | - | - | - | - | 87,000 | - | CA16258 |
| XS0225326858 | CHF | 30,000 | - | 30,000 | - | 9494703 | - | - | - |
| XS0336927148 | ISK | 5,500,000 | - | 5,500,000 | - | 9494704 | - | - | - |
| XS0324192243 | EUR | 1,080,000 | - | 1,080,000 | - | 9494705 | - | - | - |
| XS0349852433 | EUR | 1,290,000 | - | 1,290,000 | - | 9494706 | - | - | - |
| XS0268848952 | EUR | 1,000,000 | - | 1,000,000 | - | 9494707 | - | - | - |
| XS0308734911 | USD | 1,500,000 | - | 1,500,000 | - | 9494708 | - | - | - |
| ANN5214A6323 | EUR | - | 1,000 | - | 1,000 | 9494709 | - | - | - |
| XS0308274140 | USD | 1,050,000 | - | 1,050,000 | - | 9494710 | - | - | - |
| XS0316992154 | USD | 200,000 | - | 200,000 | - | 9494711 | - | - | - |
| XS0317417003 | USD | 1,500,000 | - | 1,500,000 | - | 9494712 | - | - | - |
| XS0283189016 | USD | 700,000 | - | 700,000 | - | 9494713 | - | - | - |
| XS0331034768 | USD | 4,000,000 | - | 4,000,000 | - | 9494714 | - | - | - |
| ANN5214T2438 | USD | - | 20,000 | - | 20,000 | 9494715 | - | - | - |
| XS0336019996 | EUR | 200,000 | - | 200,000 | - | 9494716 | - | - | - |
| XS0312435729 | USD | 1,100,000 | - | 1,100,000 | - | 9494717 | - | - | - |
| XS0290837383 | CHF | 175,000 | - | 175,000 | - | 9494718 | - | - | - |
| XS0330422055 | HKD | 14,000,000 | - | 14,000,000 | - | 9494719 | - | - | - |
| CH0027120803 | EUR | 500,000 | - | - | - | - | 500,000 | - | CH100164SUWA42-228 |
| XS0301129549 | EUR | 750,000 | - | 750,000 | - | 9494720 | - | - | - |
| XS0330421321 | USD | 1,100,000 | - | 1,100,000 | - | 9494721 | - | - | - |
| XS0268077780 | USD | 200,000 | - | 200,000 | - | 9494722 | - | - | - |
| ANN5214R5102 | EUR | - | 2,200 | - | 2,200 | 9494723 | - | - | - |
| ANN5214R4949 | EUR | - | 2,200 | - | 2,200 | 9494724 | - | - | - |
| XS0303759832 | USD | 600,000 | - | 600,000 | - | 9494725 | - | - | - |
| XS0309971019 | EUR | 50,000 | - | 50,000 | - | 9494726 | - | - | - |
| XS0232384868 | EUR | 245,000 | - | 245,000 | - | 9494727 | - | - | - |
| ANN521334311 | USD | - | 10 | - | 10 | 9494728 | - | - | - |
| XS0265627751 | CHF | - | 92 | - | 92 | 9494729 | - | - | - |
| CH0027121034 | CHF | 180,000 | - | - | - | - | 180,000 | - | CH100164SUWA42-239 |

| ISIN | Ccy | Col3 | Col4 | Col5 | Col6 | Col7 | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| XS0256782720 | EUR | 5,600,000 | - | 5,600,000 | - | 9494730 | - | - | - |
| ANN5214R4030 | CHF | - | 80 | - | 80 | 9494731 | - | - | - |
| XS0362467150 | GBP | 50,000 | - | 50,000 | - | 9494732 | - | - | - |
| XS0257022714 | EUR | 112,000 | - | 112,000 | - | 9494733 | - | - | - |
| XS0328401830 | EUR | 50,000 | - | 50,000 | - | 9494734 | - | - | - |
| XS0346007320 | EUR | 70,000 | - | 70,000 | - | 9494735 | - | - | - |
| XS0178304869 | EUR | 20,000 | - | 20,000 | - | 9494736 | - | - | - |
| XS0340740116 | USD | 2,300,000 | - | 2,300,000 | - | 9494737 | - | - | - |
| ANN5214T3428 | EUR | - | 40 | - | 40 | 9494738 | - | - | - |
| XS0211814123 | EUR | 50,000 | - | 50,000 | - | 9494739 | - | - | - |
| CH0027120994 | EUR | 500,000 | - | - | - | - | 500,000 | - | CH100164SUWA42-250 |
| CH0027120897 | EUR | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-251 |
| CH0027120754 | EUR | 35,000 | - | - | - | - | 35,000 | - | CH100164SUWA42-252 |
| XS0274445120 | CHF | 30,000 | - | 30,000 | - | 9494740 | - | - | - |
| XS0308319341 | EUR | 100,000 | - | 100,000 | - | 9494741 | - | - | - |
| XS0230607524 | EUR | 150,000 | - | 150,000 | - | 9494742 | - | - | - |
| XS0257101856 | EUR | - | 15 | - | 15 | 9494743 | - | - | - |
| XS0322748202 | CHF | 100,000 | - | 100,000 | - | 9494744 | - | - | - |
| CH0034783844 | CHF | 355,000 | - | - | - | - | 355,000 | - | CH100164SUWA42-258 |
| CH0034783701 | EUR | 55,000 | - | - | - | - | 55,000 | - | CH100164SUWA42-259 |
| DE000A0G4LS9 | EUR | - | 10 | - | 10 | 9494745 | - | - | - |
| XS0288814552 | EUR | 15,000 | - | 15,000 | - | 9494746 | - | - | - |
| XS0348850798 | CHF | 6,000,000 | - | 6,000,000 | - | 9494747 | - | - | - |
| XS0328005610 | CHF | 25,000 | - | 25,000 | - | 9494748 | - | - | - |
| CH0039308852 | CHF | 40,000 | - | - | - | - | 40,000 | - | CH100164SUWA42-264 |
| CH0038891403 | CHF | 20,000 | - | - | - | - | 20,000 | - | CH100164SUWA42-265 |
| XS0333940129 | USD | - | 2,000 | - | 2,000 | 9494749 | - | - | - |
| XS0338105801 | USD | 1,737,000 | - | 1,737,000 | - | 9494750 | - | - | - |
| XS0284811689 | EUR | 2,700,000 | - | 2,700,000 | - | 9494751 | - | - | - |
| XS0321101007 | USD | 3,100,000 | - | 3,100,000 | - | 9494752 | - | - | - |
| XS0362725540 | USD | 203,000 | - | 203,000 | - | 9494753 | - | - | - |
| XS0269942828 | USD | - | 250,000 | - | 250,000 | 9494754 | - | - | - |
| ANN5214A6166 | EUR | - | 8 | - | - | - | - | 8 | CA16260 |
| XS0320520884 | USD | 800,000 | - | 800,000 | - | 9494755 | - | - | - |
| XS0330421834 | HKD | 1,000,000 | - | 1,000,000 | - | 9494756 | - | - | - |
| XS0331399930 | USD | 700,000 | - | 700,000 | - | 9494757 | - | - | - |
| XS0276149738 | USD | 600,000 | - | 600,000 | - | 9494758 | - | - | - |
| XS0287044869 | EUR | 50,000 | - | 50,000 | - | 9494759 | - | - | - |
| CH0034783677 | USD | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-278 |
| XS0328172557 | USD | 2,000,000 | - | 2,000,000 | - | 9494760 | - | - | - |
| XS0328828829 | USD | 5,000,000 | - | 5,000,000 | - | 9494761 | - | - | - |
| XS0180153826 | USD | 300,000 | - | 300,000 | - | 9494762 | - | - | - |
| XS0328884698 | HKD | 2,000,000 | - | 2,000,000 | - | 9494763 | - | - | - |
| XS0326539102 | USD | 1,000,000 | - | 1,000,000 | - | 9494764 | - | - | - |
| XS0301568977 | USD | 200,000 | - | 200,000 | - | 9494765 | - | - | - |
| XS0331053718 | USD | 950,000 | - | 950,000 | - | 9494766 | - | - | - |
| XS0301567227 | USD | 1,800,000 | - | 1,800,000 | - | 9494767 | - | - | - |
| XS0275725611 | USD | 250,000 | - | 250,000 | - | 9494768 | - | - | - |

| ISIN | CCY | Col3 | Col4 | Col5 | Col6 | Ref | Col8 | Col9 | Col10 |
|---|---|---|---|---|---|---|---|---|---|
| XS0301337225 | USD | 1,100,000 | - | 1,100,000 | - | 9494769 | - | - | - |
| XS0305631151 | USD | 1,500,000 | - | 1,500,000 | - | 9494770 | - | - | - |
| XS0299857234 | HKD | 14,000,000 | - | 14,000,000 | - | 9494771 | - | - | - |
| XS0282886192 | USD | 171,000 | - | 171,000 | - | 9494772 | - | - | - |
| XS0302689519 | EUR | 100,000 | - | 100,000 | - | 9494773 | - | - | - |
| XS0288784944 | EUR | - | 1,000 | - | 1,000 | 9494774 | - | - | - |
| XS0306153015 | USD | 100,000 | - | 100,000 | - | 9494775 | - | - | - |
| XS0301568118 | HKD | 3,000,000 | - | 3,000,000 | - | 9494776 | - | - | - |
| XS0259010022 | USD | 5,930,000 | - | 5,930,000 | - | 9494777 | - | - | - |
| CH0023838858 | USD | - | 500 | - | 500 | 9494778 | - | - | - |
| XS0308970994 | USD | 100,000 | - | 100,000 | - | 9494779 | - | - | - |
| XS0232035534 | CHF | 150,000 | - | 150,000 | - | 9494780 | - | - | - |
| XS0341732658 | USD | 2,100,000 | - | 2,100,000 | - | 9494781 | - | - | - |
| XS0351254346 | GBP | 3,500,000 | - | 3,500,000 | - | 9494782 | - | - | - |
| XS0312427460 | USD | 600,000 | - | 600,000 | - | 9494783 | - | - | - |
| XS0313791567 | USD | 250,000 | - | 250,000 | - | 9494784 | - | - | - |
| XS0334382085 | EUR | 3,650,000 | - | 3,650,000 | - | 9494785 | - | - | - |
| XS0342300729 | EUR | 1,800,000 | - | 1,800,000 | - | 9494786 | - | - | - |
| XS0342303582 | EUR | 1,800,000 | - | 1,800,000 | - | 9494787 | - | - | - |
| XS0353557233 | USD | 150,000 | - | 150,000 | - | 9494788 | - | - | - |
| XS0340433373 | USD | 178,000 | - | 178,000 | - | 9494789 | - | - | - |
| XS0334595138 | CHF | 415,000 | - | 415,000 | - | 9494790 | - | - | - |
| XS0299103084 | USD | - | 150,000 | - | 150,000 | 9494791 | - | - | - |
| XS0326826343 | EUR | 60,000 | - | 60,000 | - | 9494792 | - | - | - |
| XS0208026805 | EUR | 15,000 | - | 15,000 | - | 9494793 | - | - | - |
| XS0326730313 | USD | 140,000 | - | 140,000 | - | 9494794 | - | - | - |
| XS0359631874 | EUR | 100,000 | - | 100,000 | - | 9494795 | - | - | - |
| CH0039308878 | USD | 50,000 | - | - | - | - | 50,000 | - | CH100164SUWA42-315 |
| XS0277877489 | USD | 280,000 | - | 280,000 | - | 9494796 | - | - | - |
| XS0330834599 | EUR | 250,000 | - | 250,000 | - | 9494797 | - | - | - |
| XS0338495087 | EUR | 100,000 | - | 100,000 | - | 9494798 | - | - | - |
| XS0349054360 | USD | 200,000 | - | 200,000 | - | 9494799 | - | - | - |
| XS0207884378 | USD | 30,000 | - | 30,000 | - | 9494800 | - | - | - |
| XS0329159221 | USD | 100,000 | - | 100,000 | - | 9494801 | - | - | - |
| XS0284984459 | EUR | 10,000 | - | 10,000 | - | 9494802 | - | - | - |
| XS0234972981 | CHF | - | 6,000 | - | 6,000 | 9494803 | - | - | - |
| XS0305085218 | USD | 1,100,000 | - | 1,100,000 | - | 9494804 | - | - | - |
| ANN5214A6408 | USD | - | 1 | - | 1 | 9494805 | - | - | - |
| CH0038891169 | CHF | 10,000 | - | - | - | - | 10,000 | - | CH100164SUWA42-326 |
| XS0331195932 | USD | 7,500,000 | - | 7,500,000 | - | 9494806 | - | - | - |
| XS0322927046 | USD | 1,000,000 | - | 1,000,000 | - | 9494807 | - | - | - |
| XS0328804809 | USD | 150,000 | - | 150,000 | - | 9494808 | - | - | - |
| XS0229269856 | EUR | 26,933,000 | - | 26,933,000 | - | 9494809 | - | - | - |
| XS0229584288 | EUR | 2,488,000 | - | 2,488,000 | - | 9494810 | - | - | - |
| XS0252834576 | EUR | 50,000 | - | 50,000 | - | 9494811 | - | - | - |
| XS0282978666 | EUR | 16,111,000 | - | 16,111,000 | - | 9494812 | - | - | - |
| XS0326008540 | EUR | 150,000 | - | 150,000 | - | 9494813 | - | - | - |
| XS0338053498 | EUR | 1,000,000 | - | 1,000,000 | - | 9494814 | - | - | - |

| ISIN | Ccy | | | Amount | | Ref | | | |
|---|---|---|---|---|---|---|---|---|---|
| XS0365383339 | EUR | 2,000,000 | | 2,000,000 | | 9494815 | | | |
| XS0178153350 | EUR | 135,000 | | 135,000 | | 6035134 | | | |
| XS0178868209 | EUR | 125,000 | | 125,000 | | 6035138 | | | |
| XS0178868209 | EUR | 55,000 | | 55,000 | | 9494816 | | | |
| XS0183944843 | EUR | 40,000 | | 40,000 | | 9494817 | | | |
| XS0211089041 | EUR | 422,000 | | 422,000 | | 6035144 | | | |
| XS0254171191 | EUR | 100,000 | | 100,000 | | 6035148 | | | |
| XS0202417050 | EUR | 110,000 | | 110,000 | | 9494818 | | | |
| XS0202417050 | EUR | 60,000 | | 60,000 | | 9494819 | | | |
| XS0229289856 | EUR | 200,000 | | 200,000 | | 6056295 | | | |
| XS0176153350 | EUR | 200,000 | | 200,000 | | 6058344 | | | |
| XS0282678866 | EUR | 145,000 | | 145,000 | | 6061055 | | | |

H
A
N
D

D
E
L
I
V
E
R
Y

_R. Solomon_     _10/29/09_     _3:06_
RECEIVED BY:     DATE     TIME

**BANQUE DE LUXEMBOURG**

To : United States Bankruptcy Court
Southern District of New york
Attn: Lehman brothers Holdings Inc. Claims Processing center
C/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Luxembourg, June 30, 2015

**Notice of transfer, from Credit Suisse AG (the "Transferor") to Banque de Luxembourg, S.A. (the "Transferee"), on behalf of its client, of securities issued by Lehman Brothers (the "Securities") and claim n. 55829 attached thereto (the "Claim")**

Dear Sirs,

Reference is made to the transfer (the "Transfer") of the following securities and part of the Claim to our bank, as Transferee, acting as nominee on behalf of our client.

Please find attached the following documents in order to proceed and amend the Claim register accordingly:

1/ Form 210/A signed by our Bank on behalf of our client,

2/ "Evidence of Transfer of Claim" duly signed by the Transferor evidencing that the Transferor has partially transferred a registered claim to Banque de Luxembourg S.A. on behalf of its client.

Please revert to us directly should any missing or complementary information be required by sending an e-mail to the following address: corporate.actions@bdl.lu

Yours faithfully,

Banque de Luxembourg, S.A.        Jacky FUNK                Jean-Claude MAAS
                                  Corporate Actions         Head of Transactional Services

14, boulevard Royal
L-2449 Luxembourg
tél. (+352) 499 24-1
fax. (+352) 499 24 55 99
info@bdl.lu
www.banquedeluxembourg.lu
RC B5310

