UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re                                       :    Chapter 11 Case No.
                                            :    08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    (Jointly Administered)
                    Debtors.                :
                                            :

---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK
                    s.s.:
COUNTY OF NEW YORK

Ian J. Silverbrand, being duly sworn, deposes and states:

1)   I am an employee of White & Case LLP at 1155 Avenue of the Americas, in New York, New York.   I am over the age of twenty-one years and I am not a party to this proceeding.

2)   On the 10th day of July, 2015, I caused to be filed on the docket that *Motion of SRM Global Master Fund Limited Partnership for Leave to File Under Seal* [Docket No. 50260] (the "**Seal Motion**").

3)   On the 10th day of July, 2015, I caused to be served via courier:

- the Seal Motion;
- *SRM Global Master Fund Limited Partnership's Limited Objection to Plan Administrator's Motion to Estimate Claims for Reserve and Distribution Purposes* (the "**SRM Objection**"); and
- the *Declaration of Richard A. Graham in Support of SRM Global Master Fund Limited Partnership's Limited Objection to Plan Administrator's Motion to Estimate Claims for Reserve and Distribution Purposes* (the "**Graham Declaration**")

upon the following addresses:

Weil Gotshal & Manges LLP
Attn: Garrett A. Fail, Attorneys for LBHI
and Certain of Its Affiliates
767 Fifth Avenue
New York, New York  10153

Office of the United States Trustee
for Region 2
Attn: William K. Harrington, Susan Golden, Andrea B. Schwartz
201 Varick Street, Suite 1006
New York, NY  10013

4) On the 10th day of July, 2015, I also e-mailed copies of the SRM Objection and the Graham Declaration to: scc.chambers@nysb.uscourts.gov; garrett.fail@weil.com; andrea.b.schwartz@usdoj.gov; and susan.golden@usdoj.gov.

5) On the 13th day of July, 2015, I caused to be delivered via hand delivery a copy of each of the SRM Objection and the Graham Declaration to:

>Chambers of the Honorable Shelley C. Chapman
>United States Bankruptcy Court for the Southern District of New York
>One Bowling Green
>New York, NY 10004

6) On the 17th day of July, 2015, I caused to be filed on the docket a redacted copy of each of the SRM Objection [Docket No. 50319] and the Graham Declaration [Docket No. 50321].

_____
Ian J. Silverbrand

Sworn to before me this
17th day of July, 2015

_____
Notary Public, State of New York
Commission expires:

ALLISON W. PARR
Notary Public, State of New York
No. 01PA6310552
Qualified in New York County
Commission Expires Aug. 25, 2018