WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF
## HEARING ON THE MOTION OF PLAN ADMINISTRATOR PURSUANT TO
## SECTIONS 8.4, 9.3, AND 14.1 OF THE MODIFIED THIRD AMENDED JOINT
## CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS
## AFFILIATED DEBTORS TO ESTIMATE CLAIMS FOR RESERVE AND
## DISTRIBUTION PURPOSES

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan

Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint

Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims

for Reserve and Distribution Purposes [ECF No. 49954], which was scheduled for July 22, 2015

at 10:00 a.m. (Eastern Time), has been adjourned to **August 4, 2015** at **10:00 a.m. (Eastern**

**Time)**.

Dated:   July [17], 2015
         New York, New York

                                          */s/ Garrett A. Fail*
                                          Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

2

WEIL:\95323512\3\58399.0011