WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED NINETY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was scheduled for July 22, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **September 9, 2015** at **10:00 a.m. (Eastern Time)** with respect to the claims listed on Exhibit A annexed hereto.

Dated:   July [17], 2015
         New York, New York

                                             */s/ Garrett A. Fail*
                                             Garrett A. Fail
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Telephone: (212) 310-8000
                                             Facsimile: (212) 310-8007

                                             Attorneys for Lehman Brothers Holdings Inc.
                                             and Certain of Its Affiliates

WEIL:\95323512\3\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Dongbu Securities Co., Ltd. | 14184 | ECF No. 49298 |
| Hana Bank as Trustee and My Asset Investment Management Co., Ltd. | 27288 | ECF No. 49425 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | ECF No. 49427 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | ECF No. 49426 |
| Kyobo Securities Co., Ltd. | 25776 | ECF No. 49298 |
| Mirae Asset Securities Co., Ltd. | 10870 | ECF No. 49963 |
| Standard Chartered First Bank as Trustee | 27287 | ECF No. 49971 |
| Woori 2 Star Derivatives Fund KH-3 | 8699 | ECF No. 49969 |
| Woori 2 Star Derivatives Fund KW-8 | 8700 | ECF No. 49965 |