

**Insured:** Lehman Brothers Holdings Inc.
**Policy No.:** C012682/001
**Eff. Dates:** 8/1/2009-8/1/2010
**Policy No.:** 0305-8109
**Eff. Dates:** 8/1/2010-8/1/2011
**Insurer:** Allied World Assurance Company (U.S.) Inc.

This certifies that the attached documents constitute a true copy of the declarations, terms, exclusions and conditions of the above identified policies as of the date of this certification.

Date: July 15, 2015

By: _____

Wayne W. Schwarte
Senior Vice President
Allied World Insurance Company

ALLIED WORLD INSURANCE COMPANY    199 Water Street    T. 646 794 0500    E. info@awac.com
24th & 29th Floors    F. 646 794 0611    awac.com
New York  NY  10038
U.S.A.