**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                          :     Chapter 11 Case No.
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :     08-13555 (SCC)
                                                                                    :     (Jointly Administered)
                              Debtors.                                  :
                                                                                    :
---------------------------------------------------------------x     Ref. Docket Nos. 48883-48886,
                                                                                           49011, 49857, 50136, 50137, 50139,
                                                                                           50143, 50145, 50149, 50153-50155


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                                  ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                       */s/ Lauren Rodriguez*
                                                                                                        Lauren Rodriguez

Sworn to before me this
17th day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 3270

To:   BAR(23) MAILID *** 000094235813 ***



ABU DHABI INVESTMENT AUTHORITY
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SETH GROSSHANDLER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000094235813 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 3270



ABU DHABI INVESTMENT AUTHORITY
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: SETH GROSSHANDLER, ESQ.
ONE LIBERTY PLAZA
NEW YORK, NY 10006

ABU DHABI INVESTMENT AUTHORITY
ATTN: EXECUTIVE DIRECTOR - TREASURY
211 CORNICHE, P.O. BOX 3600
ABU DHABI
UNITED ARAB EMIRATES

Please note that your claim # 15649-12 in the above referenced case and in the amount of $199,894,222.00 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   50149   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/01/2015                  Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 1, 2015.

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR - TREASURY, 211 CORNICHE, P.O. BOX 3600, ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| ABU DHABI INVESTMENT AUTHORITY | ATTN: EXECUTIVE DIRECTOR - TREASURY, 211 CORNICHE, P.O. BOX 3600, ABU DHABI UNITED ARAB EMIRATES |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| ABU DHABI INVESTMENT AUTHORITY | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, NA, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BANQUE BEMO SAL | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: SECURITIES SUPPORT DESK, ESSEILY BUILDING - 7TH FLOOR; RIAD EL SOLH STREET, BEIRUT LEBANON |
| BANQUE PICTET & CIE SA | TRANSFEROR: SG PRIVATE BANKING SUISSE SA, ATTN: LEGAL DEPARTMENT, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUEMOUNTAIN CREDIT ALTERNATIVES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN CAPITAL MANAGEMENT, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GN3 SIP LIMITED, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: ING BELGIUM S.A./N.V., C/O CITIBANK, N.A., ATTN: BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD OPS III, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: ING BELGIUM S.A./N.V., C/O CITIBANK, N.A., ATTN: BRIAN BLESSING/BRIAN BROYLES, 1615 BRETT ROAD OPS III, NEW CASTLE, DE 19720 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ABU DHABI INVESTMENT AUTHORITY, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
| --- | --- |
| GOLDMAN SACHS & CO. | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PENN MUTUAL LIFE INSURANCE COMPANY, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GRUPPO BANCA LEONARDO SPA | TRANSFEROR: UBS AG, ATTN: ANNALISA ROMANO, VIA BROLETTO 46, MILANO 20121 ITALY |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O HBK SERVICES LLC ATTN: GENERAL COUNSEL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: DERIVATIVES LEGAL - GEORGE J CAHILL, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) ATTN: STEVEN ANTHONY PEARSON, 25 BANK STREET, LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP, ATTN: STEVEN ANTHONY PEARSON, PLUMTREE COURT, LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP, ATTN: TITIA HOLTZ, KIAH BEVERLY-GRAHAM, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP, ATTN: STEVEN ANTHONY PEARSON, PLUMTREE COURT, LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP, ATTN: TITIA HOLTZ, KIAH BEVERLY-GRAHAM, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP, ATTN: STEVEN ANTHONY PEARSON, PLUMTREE COURT, LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP, ATTN: TITIA HOLTZ, KIAH BEVERLY-GRAHAM, 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: RBS COUTTS BANK AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VOLKSKREDITBANK AG | TRANSFEROR: UBS AG, ATTN: INGOMAR RAMETSTEINER, PFARRPLATZ 12, LINZ AT-4010 AUSTRIA |

**Total Creditor Count 57**