**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :    08-13555 (SCC)
                                              :    (Jointly Administered)
Debtors.                                      :
                                              :
---------------------------------------------------------------x    Ref. Docket No. 50140

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 916

To:   BAR(23) MAILID *** 000094235825 ***



BANCA IFIGEST S.P.A.
ATTN: ENRICO ALGIERI (GENERAL MANAGER)
PIAZZA S. MARIA SOPRARNO, 1
FIRENZE 50125
 ITALY

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BANQUE PICTET & CIE SA  
TRANSFEROR: BANCA SAI  
ATTN: DAVID AESCHLIMANN  
ROUTE DES ACACIAS 60  
GENEVA 1211  
 SWITZERLAND

BAR(23) MAILID *** 000094235825 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 916



BANCA IFIGEST S.P.A.  
ATTN: ENRICO ALGIERI (GENERAL MANAGER)  
PIAZZA S. MARIA SOPRARNO, 1  
FIRENZE 50125  
 ITALY

**Your transfer of claim # 55724-04 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   50140            Date:  06/15/2015

/s/ Lauren Rodriguez

_____

_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA IFIGEST S.P.A. | ATTN: ENRICO ALGIERI (GENERAL MANAGER), PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANCA SAI, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 1211 SWITZERLAND |

**Total Creditor Count 2**