**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re                                                                : Chapter 11 Case No.
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**        : 08-13555 (SCC)
                                                                     : (Jointly Administered)
                    Debtors.                                         :
                                                                     :
------------------------------------------------------------------------------x   Ref. Docket Nos. 50141, 50142

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 2, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
                                                                    Lauren Rodriguez

Sworn to before me this
17th day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 50141, 50142_AFF_7-2-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000170180

To:     BAR(23) MAILID *** 000094242149 ***

HILTRAUD SUMMERER
TRANSFEROR: UBS AG
GEBHARDSTR. 9
WOLFRATSHAUSEN D-82515
 GERMANY

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otewise being assigned the claim.

To:

| UBS AG | UBS AG |
|---|---|
| BAHNHOFSTR. 45 | ATTN: HUGO KOLLER, OQ9C/O5GC |
| ATTN: HUGO KOLLER | P.O. BOX |
| ZURICH 8001 | ZURICH 8098 |
| SWITZERLAND | SWITZERLAND |

Please note that your claim # 5359233-69 in the above referenced case and in the amount of $0.00 allowed at $25,426.94 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094242149 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000170180



HILTRAUD SUMMERER
TRANSFEROR: UBS AG
GEBHARDSTR. 9
WOLFRATSHAUSEN D-82515
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     50141     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/02/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 2, 2015.

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK S.P.A. | TRANSFEROR: UBS AG, C/O DB CONSORZIO S. CONS. A.R.L., GTO GBS PICS, ATTN. MR. ANTONIO ROSCIA/MASSIMO SERVA, PIAZZA DEL CALENDARIO, 3, MILANO 20126 ITALY |
| HILTRAUD SUMMERER | TRANSFEROR: UBS AG, GEBHARDSTR. 9, WOLFRATSHAUSEN D-82515 GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 6**