UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
:
In re                                                                           :     Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                         :      08-13555 (SCC)
:     (Jointly Administered)
Debtors.                                                  :
:
-------------------------------------------------------------------------------x    Ref. Docket Nos. 49219, 49234,
49357, 49705, 49728, 49832, 49840,
49852, 50100-50106, 50108, 50109,
50114, 50124, 50212-50216

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
) ss.:
COUNTY OF NEW YORK           )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170192

To:    BAR(23) MAILID *** 000094427109 ***



BARCLAYS BANK PLC
TRANSFEROR: SEB AG
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To: BAR(23) MAILID *** 000094427109 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000170192



BARCLAYS BANK PLC
TRANSFEROR: SEB AG
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 60577-02 in the above referenced case and in the amount of
$756,457.93 allowed at $717,474.67 has been transferred (unless previously expunged by court order)

TCA OPPORTUNITY INVESTMENTS S.A.R.L.
TRANSFEROR: BARCLAYS BANK PLC
C/O TACONIC CAPITAL ADVISORS LP
ATTN: ALEXANDRA GRIGOS
280 PARK AVENUE, 5TH FLOOR
NEW YORK, NY 10017

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     50214     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/08/2015                  Vito Genna, Clerk of Court

                                   /s/ Lauren Rodriguez
_____

                                   EPIQ BANKRUPTCY SOLUTIONS, LLC

                                   as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 8, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: NOTENSTEIN PRIVATBANK AG, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, TA'XBIEX SEAFRONT, TA'XBIEX XBX 1026 MALTA |
| BANCA DEL PIEMONTE S.P.A. | TRANSFEROR: VENETO BANCA HOLDING SCPA, ATTN: DOTT. CAMILLO VENESIO, VIA CERNAIA, 7, TORINO 10121 ITALY |
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA, ATTN: MR MARIO MUSSO, VIA CAVOUR, N 4, ALBA (CN) 12051 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: SEB AG, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C., ATTN: GABUTTI LUIGI, VIA PRINCIPI DI PIEMONTE, 12, BRA (CUNEO) 12042 ITALY |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: GRF MASTER FUND II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ULTRA MASTER LTD, C/O GOLDMAN, SACHS & CO; ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, C/O ANCHORAGE CAPITAL GROUP, L.L.C.; ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |

| Claim Name | Address Information |
|---|---|
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O ANCHORAGE CAPITAL GROUP, L.L.C., ATTN: SUSAN MORIELLO, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GRF MASTER FUND II, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN MORIELLO, C/O ANCHORAGE CAPITAL GROUP, LLC, 610 BROADWAY, 6TH FLOOR, NEW YORK, NY 10012 |
| GRF MASTER FUND II, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: ANTONIO TORRE, VIA LUCRAZIA ROMANA, 41/47, ROMA 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| NOTENSTEIN PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT, LLC, ATTN: STEVEN D. NELSON, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| SWISSQUOTE BANK SA | CASE POSTALE 319, ATTN: NOZHA OVERGHI, CHEMIN DE LA CRETAUX 33, GLAND CH-1196 SWITZERLAND |
| TCA EVENT INVESTMENTS S.A.R.L. | C/O TACONIC CAPITAL ADVISORS LP, ATTN: ALEXANDRA GRIGOS, 450 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10022 |
| TCA EVENT INVESTMENTS S.A.R.L. | TRANSFEROR: TCA OPPORTUNITY INVESTMENTS S.A.R.L., C/O TACONIC CAPITAL ADVISORS LP, ATTN: ALEXANDRA GRIGOS, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L | TRANSFEROR: TCA EVENT INVESTMENTS S.A.R.L., C/O TACONIC CAPITAL ADVISORS LP, ATTN: ALEXANDRA GRIGOS, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC, C/O TACONIC CAPITAL ADVISORS LP, ATTN: ALEXANDRA GRIGOS, 280 PARK AVENUE, 5TH FLOOR, NEW YORK, NY 10017 |
| TCA OPPORTUNITY INVESTMENTS S.A.R.L. | C/O TACONIC CAPITAL ADVISORS LP, ATTN: ALEXANDRA GRIGOS, 450 PARK AVENUE, 9TH FLOOR, NEW YORK, NY 10022 |
| UBI BANCA SCPA | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: ANDREA ANCIDEI, PIAZZA VITTORIO, 8, BERGAMO 24122 ITALY |
| UBS AG | TRANSFEROR: SWISSQUOTE BANK SA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VENETO BANCA HOLDING SCPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

**Total Creditor Count 63**