UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (SCC)
                                          :    (Jointly Administered)
                  Debtors.                :
                                          :
-----------------------------------------------------------------x    Ref. Docket No. 49692
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 8, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
17th day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 49692_Aff 7-8-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested
Legal Department or President



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 918

To:   BAR(23) MAILID *** 000094427164 ***



BANCA DI CARAGLIO DEL CUNEESE E DELLA RIVIERA DEI FIORI
ATTN: ROBERTO LEVICO
PIAZZA DELLA COOPERAZIONE 1
CARAGLIO (CN) 12023
 ITALY

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

CASSA DI RISPARMIO DI BRA SPA
TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C.
ATTN: GABUTTI LUIGI
VIA PRINCIPI DI PIEMONTE, 12
BRA (CUNEO) 12042
 ITALY

BAR(23) MAILID *** 000094427164 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 918



BANCA DI CARAGLIO DEL CUNEESE E DELLA RIVIERA DEI FIORI
ATTN: ROBERTO LEVICO
PIAZZA DELLA COOPERAZIONE 1
CARAGLIO (CN) 12023
 ITALY

**Your transfer of claim # 48659-10 is defective for the reason(s) checked below:**

Other SCHEDULE 1 TO TRANSFER MISSING, TRANSFER INTENT NOT CLEAR

Docket Number   49692            Date:  05/19/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA DI CARAGLIO DEL CUNEESE E DELLA RIVIERA DEI FIORI | ATTN: ROBERTO LEVICO, PIAZZA DELLA COOPERAZIONE 1, CARAGLIO (CN) 12023 ITALY |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C., ATTN: GABUTTI LUIGI, VIA PRINCIPI DI PIEMONTE, 12, BRA (CUNEO) 12042 ITALY |

**Total Creditor Count 2**