**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
:
In re                                                                      :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
                                                                           :    (Jointly Administered)
                  Debtors.                                        :
                                                                           :
---------------------------------------------------------------------------x    Ref. Docket Nos. 50218-50220,
                                                                                          50222-50226, 50228, 50229

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 31050

To:     BAR(23) MAILID *** 000094429291 ***



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000094429291 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 31050



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: ORE HILL HUB FUND LTD.
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 63862 in the above referenced case and in the amount of $1,483,680.00 allowed at $1,116,810.49 has been transferred (unless previously expunged by court order)

HBK MASTER FUND, L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O HBK SERVICES LLC
2101 CEDAR SPRINGS ROAD, SUITE 700
DALLAS, TX 75201

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       50225              in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/09/2015        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 9, 2015.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKTIENGESELLSCHAFT, ERICANA FINANZ | SCHAANERSTRASSE 13, VADUZ LI-9490 LIECHTENSTEIN |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA FINNAT EURAMERICA S.P.A. | TRANSFEROR: BANCA AKROS SPA, PIAZZA DEL GESU, 49, ROME 00186 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: VALERIA VIGANO, VIA ROSSELLINI 16, MILANO 20124 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ORE HILL HUB FUND LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BSI BANK SA | TRANSFEROR: CREDIT SUISSE AG, C/O BSI SA, ATTN: ANDREA FERRARI, CUSTODY ADMINISTRATION, VIA MAGATTI 2, LUGANO 6900 ITALY |
| COMMERZBANK AG | TRANSFEROR: UBS AG, ATTN: CORPORATE ACTIONS LUXEMBURG, 25, RUE EDWARD STEICHEN, LUXEMBURG L-2540 LUXEMBURG |
| CREDIT SUISSE AG | TRANSFEROR: HYPOSWISS PRIVATBANK AG, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: LUZERNER KANTONALBANK AG, PARADEPLATZ 1, ZURICH CH-8001 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| HBK MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O HBK SERVICES LLC, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| LURZERNER KANTONALBANK | TRANSFEROR: UBS AG, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | TRANSFEROR: AKTIENGESELLSCHAFT, ERICANA FINANZ, ATTN: PETER FELDER, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | LEGAL & COMPLIANCE DEPARTMENT, PILATUSSTRASSE 12, LUZERN CH-6002 SWITZERLAND |
| LUZERNER KANTONALBANK AG | IRA A. REID, BAKER & MCKENZIE LLP, 1114 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| NOVO BANCO S.A. SUCURSAL EN ESPANA | TRANSFEROR: UBS AG, ATTN: ARTUR DE OLIVEIRA GUTERRES, SERRANO 88, MADRID 28006 SPAIN |
| UBS AG | TRANSFEROR: BERNER KANTONALBANK AG, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 30**