**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (SCC)
                                                              :    (Jointly Administered)
                              **Debtors.**                    :
                                                              :
----------------------------------------------------------------x    Ref. Docket Nos. 49729, 50221

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 9, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
17th day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 25807

To:   BAR(23) MAILID *** 000094429299 ***



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000094429299 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 25807



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH CH-8001
SWITZERLAND

ST. GALLER KANTONALBANK AG
ST. LEONHARDSTRASSE 21
ST. GALLEN 9001
SWITZERLAND

**Your transfer of claim # 55813-19 is defective for the reason(s) checked below:**

Other SCHEDULE 1 TO TRANSFER WITH ISIN DETAIL MISSING FROM DOC

Docket Number   50221          Date:  06/24/2015

/s/ Lauren Rodriguez

———————————————

———————————————————————
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI MILANO S.C.A.R.L. | F/K/A BANCA DI LEGNANO S.P.A., ATTN: MARIA TERESA GUERRA, LEGAL DEPT., PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| INTESA SANPAOLO S.P.A. | LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| ST. GALLER KANTONALBANK AG | ST. LEONHARDSTRASSE 21, ST. GALLEN 9001 SWITZERLAND |

**Total Creditor Count 7**