UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                   :   Chapter 11 Case No.
                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (SCC)
                                        :   (Jointly Administered)
            Debtors.                    :
                                        :
---------------------------------------------------------------x   Ref. Docket Nos. 48808, 50061,
                                            50239-50241, 50243

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 13, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

08-13555-mg    Doc 50361    Filed 07/17/15    Entered 07/17/15 17:35:28    Main Document
Pg 2 of 6

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 31065

To:   BAR(23) MAILID *** 000094455254 ***



ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P.
C/O SHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP
919 THIRD AVENUE
NEW YORK, NY 10022

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

MORGAN STANLEY & CO. LLC
TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF DWS ENHANCED
COMMODITY STRATEGY FUND
1585 BROADWAY
NEW YORK, NY 10036

Please note that your claim # 66286 in the above referenced case and in the amount of
$1,652,640.20 allowed at $1,639,868.93 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094455254 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 31065



ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P.
C/O SHULTE ROTH & ZABEL LLP
ATTN: DAVID J. KARP
919 THIRD AVENUE
NEW YORK, NY 10022

ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: MORGAN STANLEY & CO. LLC
C/O ALDEN GLOBAL CAPITAL LLC
ATTN: ITHRAN OLIVACCE
888 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        50241                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/13/2015                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 13, 2015.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O ALDEN GLOBAL CAPITAL LLC, ATTN: ITHRAN OLIVACCE, 888 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P. | C/O SHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| AURELIUS INVESTMENT, LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O AURELIUS CAPITAL MANAGEMENT, LP, ATTN: JASON STRAMAGLIA/PATRICK VANCE, 535 MADISON AVENUE, 22ND FLOOR, NEW YORK, NY 10022 |
| BARCLAYS BANK PLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: FEDERAL NATIONAL MORTGAGE ASSOCIATION, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AURELIUS INVESTMENT, LLC, ATTN: ALEXANDER KRAEMER, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O ALDEN GLOBAL CAPITAL LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | C/O SHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF DWS ENHANCED, COMMODITY STRATEGY FUND, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY & CO. LLC | TRANSFEROR: DWS INSTITUTIONAL FUNDS ON BEHALF OF DWS ENHANCED, COMMODITY STRATEGY FUND, 1585 BROADWAY, NEW YORK, NY 10036 |
| SL TRADE CLAIM I LLC | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP, C/O SERENGETI ASSET MANAGEMENT LP, AS INVESTMENT ADVISER, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O YORK CAPITAL MGT LP/LAUREN SEARING, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 23**