**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (SCC)
                                          :   (Jointly Administered)
                    Debtors.              :
                                          :
-------------------------------------------------------------------x
```
Ref. Docket Nos. 50247, 50249,
50251, 50252, 50263-50275

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On July 14, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to
    Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
17th day of July, 2015
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000161645

To:      BAR(23) MAILID *** 000094457106 ***



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CVF LUX MASTER S.A.R.L.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otherwise being assigned the claim.

To:    BAR(23) MAILID *** 000094457106 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000161645



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CVF LUX MASTER S.A.R.L.
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

Please note that your claim # 67080-83 in the above referenced case and in the amount of $8,705,693.65 allowed at $5,000,000.00 has been transferred (unless previously expunged by court order)

STONEHILL MASTER FUND LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O STONEHILL CAPITAL MANAGEMENT LLC
ATTN: OPS DEPARTMENT
885 THIRD AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        50247        in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/14/2015                        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 14, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CVF LUX MASTER S.A.R.L., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP - LCG, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP-LCG, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONEHILL INSTITUTIONAL PARTNERS, LP | NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 50**