**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------------------------x   Ref. Docket Nos. 50277, 50305-50307

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 16, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
17th day of July, 2015

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000170379

To:   BAR(23) MAILID *** 000094463877 ***

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P.
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

SOUND POINT BEACON MASTER FUND, L.P.
TRANSFEROR: UBS SECURITIES LLC
C/O SOUND POINT CAPITAL MANAGEMENT, LP
ATTN: JORDAN MICHELS
375 PARK AVENUE
NEW YORK, NY 10152

SOUND POINT BEACON MASTER FUND, L.P.
BINGHAM MCCUTCHEN LLP
ATTN: STEVEN GIORDANO
ONE FEDERAL STREET
BOSTON, MA 02110

Please note that your claim # 67508-02 in the above referenced case and in the amount of $438,681.00 allowed at $439,922.79 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094463877 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000170379



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P.
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      50305      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/16/2015                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 16, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| INTESA SANPAOLO SPA | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, LP, ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | BINGHAM MCCUTCHEN LLP, ATTN: STEVEN GIORDANO, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, LP, ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | BINGHAM MCCUTCHEN LLP, ATTN: STEVEN GIORDANO, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH, ATTENTION: JORDAN MICHELS, C/O SOUND POINT CAPITAL MANAGEMENT, LP, 375 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO, MORGAN, LEWIS & BOCKIUS, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS AG, LONDON BRANCH, ATTENTION: JORDAN MICHELS, C/O SOUND POINT CAPITAL MANAGEMENT, LP, 375 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO, MORGAN, LEWIS & BOCKIUS, ONE FEDERAL STREET, BOSTON, MA 02110 |

**Total Creditor Count 14**