UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
------------------------------------------------------------------ x

### ORDER GRANTING OBJECTION TO
### CLAIM NUMBERS 11013, 11014 AND 21973 (RELEASED CLAIMS)

Upon the objection to claim numbers 11013, 11014 and 21973, filed by Lehman Brothers International (Europe) (in administration) ("LBIE"), dated June 8, 2015 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as *Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, seeking to disallow and expunge claim numbers 11013, 11014 and 21973 (the "Released Claims") pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF No. 6664), all as more fully described in the Objection; and due and proper notice of the Objection having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, that, pursuant to section 502(b) of the Bankruptcy Code, the Released Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 20, 2015
 New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE