WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 49999], which was scheduled for July 22, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **August 4, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:    July 20, 2015
          New York, New York

                                                        /s/ Jacqueline Marcus
                                                        Jacqueline Marcus
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007

                                                        Attorneys for Lehman Brothers Holdings Inc.
                                                        and Certain of Its Affiliates

WEIL:\95404469\1\58399.0011

**EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| Banca Monte dei Paschi di Siena spa | 28176 |