Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUL 1 6 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

In re:     Lehman Brothers Holdings Inc.        Case No.: 08-13555

Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>NOVO BANCO S.A. SUCURSAL EN ESPAÑA | Name of Transferor:<br>AGUSTIN CID VEGA |
|---|---|
| Notices to Transferee should be sent to:<br>NOVO BANCO S.A. SUCURSAL EN ESPAÑA<br>SERRANO 88<br>28006 MADRID, SPAIN<br>PHONE +34914005557<br>Attn: ARTUR DE OLIVEIRA GUTERRES<br>EMAIL artur.guterres@novobanco.es | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>NOVO BANCO S.A. SUCURSAL EN ESPAÑA<br>SERRANO 88<br>28006 MADRID, SPAIN<br>PHONE +34914005557 |
| Amount of Claim Being Transferred:<br><br>$ 2.128.658,66 | SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 55945 | |
| Date Claim Filed: 10/29/2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date:   25/05/2015
ARTUR DE OLIVEIRA GUTERRES, CFO
NOVO BANCO SA, SUC EN ESPAÑA

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 25, 2015.

UBS AG
Transferor

By: _____
   Name: AGUSTIN CID VEGA


ACKNOWLEDGED BY:

NOVO BANCO SA, SUC EN ESPAÑA
Transferee

By: _____
   Name: ARTUR DE OLIVEIRA GUTERRES
   Title: CFO NOVO BANCO SA SUC EN ESPAÑA