

Swissquote Bank SA
Head Office

Chemin de la Crétaux 33
Case postale 391
CH - 1196 Gland

T. 0848 25 88 88
F. +41 22 999 94 42

United States Bankruptcy Court for the southern
District of New York (the "Bankruptcy Court")
One Bowling Green New York
New York  10004
Attention: Clerk of the Court
United States of America



Gland, 13 July 2015

# TRANSFER OF CLAIM

Dear all,

Please find attached the document duly completed and signed.

Thank you to proceed as requested, and confirms me once the transfer of claim it's done:

Isabella Simões
Settlement Specialist
Authorized Officer

Swissquote Bank SA
Back Office & Banking Applications
Ch.de la Crétaux 33
CH-1196 Gland
Switzerland

Tel +41 (0) 22 999 94 21
Fax +41 (0) 22 999 94 42
isabella.simoes@swissquote.ch


Swissquote Bank SA



**Isabella Simões**
Settlement Specialist

Regulated by the Swiss Financial Market Supervisory Authority (FINMA), Swissquote Bank Ltd is the Leading Online Bank in
Switzerland since 2000. More information available on www.swissquote.com

**RECEIVED JUL 17 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: **Swissquote Bank SA** | Name of Transferor: **UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>Swissquote Bank SA<br>Chemin de la Cretaux 33<br>1196 Gland<br>Switzerland<br>+41 22 999 97 99<br>Attn: Corporate Actions Service<br>Corporate.actions@swissquote.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>CHF 60'000.00 (Face amount) | ***NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY — SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS*** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 18.06.2015
Swissquote Bank SA
Chemin de la Cretaux 33
1196 Gland
Switzerland

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Page 1 of 4



**Evidence of Transfer**

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury 2008-4.6.2009 | CH0039308652 | LBT BV | LBH Inc. | CHF 60'000.00 out of CHF 7'674'000 |

The aggregate amount of the Transferred Claim is to Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Swissquote Bank SA**
Chemin de la Cretaux 33
1196 Gland
Switzerland
+41 22 999 97 99
Attn: Corporate Actions Service
Corporate.actions@swissquote.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court

may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 19, 2015.

**UBS AG**
Transferor

By: _____
Name: Stephan Gfeller
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director

ACKNOWLEDGED BY:

**Swissquote Bank SA**
Transferee

By: _____
Name:
Title:
Isabella Simões
Swissquote Bank SA
Authorized Officer

By: _____
Name:
Title:
Manuel Mache
Head Securities Services
Vice Director