WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------------------x
                                               :
In re                                          :  Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :  08-13555 (SCC)
                                               :
                              Debtors.         :  (Jointly Administered)
                                               :
-------------------------------------------------------------------------------x
                                               :
In re                                          :
                                               :  Case No.
LEHMAN BROTHERS INC.,                          :
                                               :  08-01420 (SCC) (SIPA)
                              Debtor.          :
                                               :
-------------------------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE EIGHTY-SEVENTH OMNIBUS
AND CLAIMS HEARING ON JULY 22, 2015 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Shelley
C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling
Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

**I.     UNCONTESTED MATTERS:**

1.     Eighteenth Application of Hughes Hubbard & Reed LLP for Allowance of
Interim Compensation for Services Rendered and Reimbursement of Actual and
Necessary Expenses Incurred from January 1, 2015 through April 30, 2015 [**LBI
ECF No. 12409**]

Response Deadline:   July 15, 2015 at 4:00 p.m.

Response Received:

A.     Recommendation of SIPC in Support of the Eighteenth
Application of Counsel for Interim Compensation and
Reimbursement of Expenses **[LBI ECF No. 12504]**

Related Document:

B.     Notice of Hearing on Trustee's Counsels' Applications for
Allowance of Compensation for Professional Services Rendered
and for Reimbursement of Actual and Necessary Expenses [**LBI
ECF No. 12410]**

Status:  This matter is going forward.

2.     Joint Notice of Presentment of Eighth Amended Order Pursuant to Section
78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code,
Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing
Procedures Governing Interim Monthly Compensation of Trustee and Hughes
Hubbard & Reed LLP [**LBI ECF No. 12408**]

Response Deadline:   July 15, 2015 at 4:00 p.m.

Status:  This matter is going forward.

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**II.    STATUS CONFERENCE:**

3.    Status Conference Regarding Order Establishing a Protocol to Resolve Claims Filed by Trustees on behalf of Certain Issuers of Residential Mortgage-Backed Securities [**ECF No. 47569**]

**III.    CONTESTED MATTER:**

4.    Plan Administrator's Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 49382**]

Response Deadline:    June 1, 2015 at 4:00 p.m.

Response Received:

A.    Response of Ontario Teachers' Pension Plan Board to the Plan Administrator's Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50192**]

Related Document:

B.    Reply of the Plan Administrator [**ECF No. 50365**]

Status:  This matter is going forward solely with respect to claim number 67738.

## LEHMAN BROTHERS INC. PROCEEDING

**IV.    CONTESTED MATTER:**

5.    Trustee's Supplemental Objection to the Amended and Supplemental Pleading to Proofs of Claim Subject to the Two Hundred Seventh Omnibus Objection (No Liability Claims) [**LBI ECF No. 12143**]

Response Deadline:    June 22, 2015 at 4:00 p.m.

Response Received:

A.    Claimants' Memorandum of Law in Response to the Trustee's Supplemental Objection to Claimants' Amended and Supplemental Pleading, Subject to the Two Hundred Seventh Omnibus Objection (No Liability Claims) [**LBI ECF No. 12269**]

Related Documents:

B.    The Trustee's Two Hundred Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 8246**]

WEIL:\95401465\2\58399.0011

     C.     Amended and Supplemental Pleading to Proofs of Claim of Richard E. Witten, Nancy Oring, as Trustee of Alvin M. Lapidus Trust, Harold Shamah, Isaac Shamah, Shamah 2000 Family Trust, and Robert Perl, General Unsecured Claimants Subject to Trustee's 207th Omnibus Objection, Relating to Common Law Fraud and Violations of the Federal Securities Law by Lehman Brothers Inc., Debtor, In Placement and Sale to Claimants of Lehman Brothers Holding Inc. "Warrants" [**LBI ECF No. 11723**]

     D.     Trustee's Reply in Further Support of the Trustee's Supplemental Objection to the Claimants' Amended and Repleaded Claims Subject to the Trustee's Two Hundred Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 12482**]

Status:  This matter is going forward.

## MATTERS TO BE HEARD AT 2:00 P.M.

6.     Lehman Brothers Holdings Inc, *et al*. v. U.S. Bank, N.A., *et al.* [**Adversary Proceeding No. 15-01112**]

**Pre-Trial Conference**

Related Documents:

     A.     Adversary Complaint [**ECF No. 1**]

     B.     Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 2**]

     C.     Declaration of John S. Craig In Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 18**]

     D.     Syncora Guarantee Inc.' s Memorandum of Law in Objection and Opposition to the Motion by Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Staying U.S. Bank, N.A., as Indenture Trustee v. Greenpoint Mortgage Funding, Inc. [**ECF No. 19**]

WEIL:\95401465\2\58399.0011

E. Declaration of Constance M. Boland in Opposition Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 20**]

F. Memorandum of Law in Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Actions [**ECF No. 21**]

G. Objection of GreenPoint Mortgage Funding, Inc.to Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third Party Action [**ECF No. 22**]

H. Declaration of Kevin J. Burke in Support of Objection of GreenPoint Mortgage Funding, Inc. [**ECF No. 23**]

I. Declaration of Constance M. Boland in Opposition Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors and Stay a Related Third-Party Action [**ECF No. 24**]

J. Memorandum of Law of U.S. Bank National Association in Opposition to the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Pursuant to Sections 105 and 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of LBHI and Its Affiliated Debtors and Stay a Related Third-Party Actions [**ECF No. 25**]

K. Memorandum of Law in Reply to the Objections of Defendants to the Motion Under Sections 105 And 1142 of the Bankruptcy Code to Enforce the Modified Third Amended Joint Chapter 11 Plan of

WEIL:\95401465\2\58399.0011

Lehman Brothers Holdings Inc. and its Affiliated Debtors and stay a Related Third-Party Action [**ECF No. 31**]

L.      So Ordered Stipulation Extending Time to Respond to Complaint [**ECF No. 36**]

Status:  This matter is going forward.

7.      Lehman Brothers Holdings Inc. *et al*. v. Utah Housing Corporation (f/k/a Utah Housing Finance Agency) [**Adversary Proceeding No. 14-02409**]

**Motion to Dismiss Complaint**

Related Documents:

A.      Motion of Defendant, Utah Housing Corporation (f/k/a Utah Housing Finance Agency), to Dismiss the Complaint [**ECF No. 15**]

B.      Memorandum of Law in Support of the Motion of Defendant, Utah Housing Corporation (f/k/a Utah Housing Finance Agency), to Dismiss the Complaint [**ECF No. 16**]

C.      Declaration of William A. Slaughter in Support of Motion of Defendant, Utah Housing Corporation (f/k/a Utah Housing Finance Agency), to Dismiss the Complaint [**ECF No. 17**]

D.      Opposition of Lehman Brothers Holdings Inc., *et al*. to Motion to Dismiss the Complaint [**ECF No. 22**]

E.      Reply Memorandum in Further Support of the Motion of Defendant, Utah Housing Corporation (f/k/a Utah Housing Finance Agency), to Dismiss the Complaint [**ECF No. 23**]

Status:  This matter is going forward.

8.      Moore Macro Fund, LP, *et al*. v. Lehman Brothers Holdings Inc., *et al*. [**Adversary Proceeding No. 14-02021**]

**Motions to Compel**

Related Documents:

A.      Motion of Moore Macro Fund, LP, *et al*. to Compel Discovery [**ECF No. 52**]

WEIL:\95401465\2\58399.0011

     B.       Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion to Compel [**ECF No. 63**]

     C.       Declaration of Jayant W. Tambe in Support of Defendants' Opposition to Plaintiffs' Motion to Compel [**ECF No. 64**]

     D.       Lehman's Motion for an Order Compelling Moore to Produce Documents and for Further Relief [**ECF No. 66**]

     E.       Memorandum of Law in Support of Defendants' Motion to Compel Production of Documents and for Further Relief [**ECF No. 67**]

     F.       Declaration of Jayant W. Tambe in Support of Defendants' Motion to Compel the Production of Documents and for Further Relief [**ECF No. 68**]

     G.       Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Compel [**ECF No. 70**]

     H.       Declaration of Erik S. Groothuis in Opposition to Motion to Compel [**ECF No. 71**]

<u>Status</u>:  This matter is going forward.

## V.    <u>ADJOURNED MATTERS</u>:

### A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

9.    Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

<u>Response Deadline</u>:  February 18, 2014 at 4:00 p.m.

<u>Response Received</u>:

     A.       Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

<u>Related Documents</u>:  None.

<u>Status</u>:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

WEIL:\95401465\2\58399.0011

10. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Status: This matter has been adjourned to September 17, 2015 at 10:00 a.m.

11. The Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 48956**]

Response Deadline: April 23, 2015 at 4:00 p.m.

Responses Received:

A. Response to 496th Omnibus Claim Objection [**ECF No. 49298**]

B. Response of Hana Bank, as Trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY Dual Star Derivative Derivatives Fund D-1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 49425**]

C. Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan IBK-Samsung Heavy Industry Equity Linked Derivatives Fund 1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 49426**]

D. Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fund 1 to Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 49427**]

E. Response and Opposition to Debtors' Four Hundred Ninety-Sixth Omnibus Objection to Claims [**ECF No. 49963**]

F. Response and Opposition to Debtors' Four Hundred Ninety-Sixth Omnibus Objection to Claims [**ECF No. 49965**]

G. Response and Opposition to Debtors' Four Hundred Ninety-Sixth Omnibus Objection to Claims [**ECF No. 49969**]

H. Response of Claimant (Standard Chartered First Bank as Trustee and HI Asset Management Co., Ltd., (f/k/a CJ Asset Management Co., Ltd.) as Investment Manager for CJ 2 Star SD Cliquet Private

Derivatives Trust 22) to the Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims [**ECF No. 49971**]

Related Documents:    None.

Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

12.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

Response Deadline:    July 10, 2015 at 4:00 p.m. or as otherwise extended.

Responses Received:

A.    Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. [**ECF No. 50276**]

B.    Opposition of Highland CDO Opportunity Master Fund, L.P. [**ECF No. 50244**]

C.    Joinder to the Newport Objection of Providence Equity Partners VI LP; Providence Equity Partners VI-A, LP; Providence TMT Special Situations Fund LP; and PEP Credit Investor LP [**ECF No. 50261**]

D.    Joinder to the Newport Objection of Hain Capital Holdings, Ltd.'s [**ECF No. 50259**]

E.    Limited Objection of SRM Global Master Fund Limited Partnership, filed under seal [**ECF No. 50260**]

F.    Objection of RGM Trading International Limited [**ECF No. 50245**]

G.    Limited Objection of Ellsworth Partners, LLC and Certain Affiliates [**ECF No. 50257**]

H.    Objection of Citigroup Financial Products Inc. [**ECF No. 50256**]

Related Documents:

I.    Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to

WEIL:\95401465\2\58399.0011

Estimate Claims for Reserve and Distribution Purposes **[ECF No. 50283]**

J.      Order Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes **[ECF No. 50298]**

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m. with respect to all claims for which responses were received.

13.     Plan Administrator's Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 49999**]

Response Deadline:    July 15, 2015 at 4:00 p.m. or as otherwise extended.

Response Received:    None.

Related Documents:    None.

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m. solely with respect to claim number 28176.

14.     Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) **[ECF No. 50000]**

Response Deadline:    July 15, 2015 at 4:00 p.m. or as otherwise extended.

Responses Received:  None.

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m.

**B.    Adversary Proceedings**

15.     Lehman Brothers Holdings Inc, *et al*. v. Ella E.M. Brown Charitable Circle d/b/a Oaklawn Hospital [**Adversary Proceeding No. 14-02390**]

**Pre-Trial Conference**

Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

16.     Lehman Brothers Holdings Inc, *et al*.. v. Federal Home Loan Bank of New York [**Adversary Proceeding No. 15-01110**]

**Pre-Trial Conference**

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m.

10

C.    **Lehman Brothers Inc. Proceeding**

17.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

   Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

   Responses Received:  None.

   Related Documents:

   A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

   B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

   C.    Notice of Resolution [**LBI ECF No. 9773**]

   Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m., as to certain claims.

18.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

   Response Deadline:    April 11, 2014 at 4:00 p.m., extended for a certain party to July 31, 2015 at 4:00 p.m.

   Response Received:  None

   Related Documents:

   A.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

WEIL:\95401465\2\58399.0011

B.       Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

C.       Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m., solely as to a certain claim.

19.     Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:    August 13, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

A.       Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

Related Documents:

B.       Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

C.       Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375, 11972**]

D.       So Ordered Stipulation [**LBI ECF No. 10670**]

Status:  This matter has been adjourned to August 4, 2015, 2015 at 10:00 a.m., as to certain claims.

20.     Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:    September 5, 2014 at 4:00 p.m.

WEIL:\95401465\2\58399.0011

Responses Received:

A.  Response of Bank of Montreal to the Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) with respect to Claim Number 5125 **[LBI ECF No. 9704]**

B.  Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Document:

C.  Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m., as to certain claims.

21.  Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:  September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

A.  Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

B.  Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

C.  Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220**]

WEIL:\95401465\2\58399.0011

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m. as to certain claims and to September 9, 2015 at 10:00 a.m. as to the claim of GMT LIBOR Alpha Cayman Unit Trust.

22.     Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:     January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:  None.

Related Documents:

      A.     Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

      B.     Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

      C.     Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991**]

Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m. as to certain claims.

23.     Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

Response Deadline:     January 20, 2015 at 4:00 p.m.; extended to August 21, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

24.     Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568)  [**LBI ECF No. 10782**]

Response Deadline:     January 20, 2015 at 4:00 p.m.; extended to July 22, 2015 at 4:00 p.m.

Responses Received:  None.

WEIL:\95401465\2\58399.0011

Related Documents:    None.

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m.

25.    Trustee's Objection to the General Creditor Proof of Claim of Customer Asset
Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

Response Deadline:    January 20, 2015 at 4:00 p.m., extended without date.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m.

26.    Trustee's Two Hundred Seventy-Fourth Omnibus Objection Seeking to (I) Allow
Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor
Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial
Product Claims) [**LBI ECF No. 10776**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties
without date.

Responses Received:  None.

Related Document:

A.    Order Granting the Trustee's Two Hundred Seventy Fourth
Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of
Claim in Reduced Amounts as Unsecured General Creditor Claims
and (II) Disallow and Expunge Certain Filed Proofs of Claim
(Financial Product Claims)  [**LBI ECF No. 11370**]

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m. as to
certain claims and to September 9, 2015 as to the claim of The Royal Bank of
Scotland, PLC.

27.    Trustee's Motion for an Order Regarding Certain Forward Contract Claims [**LBI
ECF No. 12135**]

Response Deadline: July 1, 2015 at 4:00 p.m., extended for certain parties.

Responses Received:  None.

WEIL:\95401465\2\58399.0011

Related Document:

A.      Declaration of Anson B. Frelinghuysen in Support of the Trustee's
        Motion for an Order Regarding Certain Forward Contract Claims
        **[LBI ECF No. 12136]**

Status:  This matter has been adjourned to August 4, 2015 at 10:00 a.m.

Dated:  July 21, 2015
        New York, New York

                                        /s/ Jacqueline Marcus
                                        Jacqueline Marcus

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

Dated:  July 21, 2015
        New York, New York

                                        /s/ Jeffrey S. Margolin
                                        James B. Kobak, Jr.
                                        Christopher K. Kiplok
                                        Jeffrey S. Margolin

                                        HUGHES HUBBARD & REED LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 837-6000
                                        Facsimile: (212) 422-4726

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers Inc.