UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                            :        Chapter 11
                                                 :
LEHMAN BROTHERS HOLDINGS,                        :        Case No. 08-13555 (SCC)
INC., *et al.*,                                  :
                                                 :        (Jointly Administered)
                                                 :
                        Debtors.                 :
---------------------------------------------------------x

**CONSENT ORDER GRANTING FEDERAL HOME LOAN BANK OF NEW YORK
AUTHORITY TO AMEND ITS PROOFS OF CLAIM TO REDUCE THE
AMOUNTS ASSERTED AGAINST THE DEBTORS**

Upon the motion, dated June 1, 2015 (the "Motion"), of Federal Home Loan Bank of New York ("FHLBNY"), for an order authorizing FHLBNY to amend its claims filed against Lehman Brothers Holding, Inc. ("LBHI"), and its subsidiary Lehman Brothers Special Financing ("LBSF") (collectively, the "Debtors"); and it appearing that good and sufficient notice of the Motion has been given; and due consideration having been given to any responses thereto; and the parties having advised the Court of a consensual resolution of the Motion; and for good and sufficient cause; it is hereby

**ORDERED** that FHLBNY is authorized to further amend its proofs of claim filed on October 20, 2009, claim number 42290 against LBHI and claim number 42291 against LBSF (together, the "Current FHLBNY Claims"), which amended and replaced FHLBNY's original proofs of claim filed on September 18, 2009, claim numbers 19165 and 19166 (together, the "Original Claims"), by filing the claim amendments (the "Second Amended Claims"), in accordance with the rules set forth for the Chapter 11 Cases; and it is further

**ORDERED** that, pursuant to section 502(b) of the Bankruptcy Code, the Current FHLBNY Claims are hereby amended and superseded by the Second Amended Claims and the

Current FHLBNY Claims are hereby deemed expunged in their entirety with prejudice except as to the date of their filing; and it is further

**ORDERED** that, to the degree and the extent the Current FHLBNY Claims are timely filed in accordance with this Court's order entered on July 2, 2009, setting forth the procedures and deadlines for filing proof of claim in the Chapter 11 Cases [ECF No. 4271], and pursuant to the order entered by the Court on March 25, 2010 [ECF No. 7828], then solely with respect to any Second Amended Claims where the corresponding Original Claim was timely filed, such Second Amended Claim shall be deemed to relate back to the filing date of the Original Claim; and it is further

**ORDERED** that nothing in this Order or the expungement of the Current FHLBNY Claims constitutes any admission or finding with respect to the Second Amended Claims; and it is further

**ORDERED** that the Court appointed claims agent shall update the claims register in accordance with this Order; and it is further

**ORDERED** that any and all rights, claims, defenses, challenges, and objections of the Plan Administrator, LBHI and LBSF on any grounds relating to the Original Claims, the Current FHLBNY Claims, or the Second Amended Claims are expressly reserved and are not waived; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated:   July 21, 2015                     /S/ Shelley C. Chapman
                                                                                 HONORABLE SHELLEY C. CHAPMAN
                                                                                 UNITED STATES BANKRUPTCY JUDGE