B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (JMP)</u>
                                                                      (Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| CVI GVF Lux Ninety Nine SARL | The Royal Bank of Scotland plc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

CVI GVF Lux Ninety Nine SARL
c/o CarVal Investors GB LLP
3rd Floor, 25 Great Pulteney Street,
London, W1F 9LT
United Kingdom
Email: matt.shipton@carval.com

Court Claim # (if known): <u>23672</u>
Amount of Claim Transferred: <u>$1,784,573.29</u>
Date Claim Filed: <u>09/21/2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _22 June 2015_____
      Transferee/Transferee's Agent


Agreed and Acknowledged:


By: _____     Date: _____
      Transferor/Transferor's Agent


*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.


By: _____          Date: _____
       Transferee/Transferee's Agent



Agreed and Acknowledged:

*BY: RBS Securities, Its Agent*

By: _____          Date: *6/15/15* _____
       Transferor/Transferor's Agent

**Matthew S. Rosencrans**
**Vice President**

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.