# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

July 22, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Sixty-eighth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the sixty-eighth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the July 22, 2015 omnibus hearing.

In the 43 days following the last prior report, the debtors served one new ADR Notice in Tier One. The total number of Notices served in Tiers One and Two is now 493. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in three additional ADR matters, all following mediation. Including the $7.3 million from these settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have received an aggregate of $2,946,969,637 new dollars for the various estates as a result of the ADR process. Settlements now have been achieved in 413 ADR matters involving 530 counterparties.

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
July 22, 2015
Page 2

To date, of the 236 ADR matters that have reached the mediation stage in Tier One and have been concluded, 222 have been settled in or following mediation; only fourteen mediations have terminated and not been settled. Two additional receivables mediations have been scheduled to commence on the following dates: July 22 and 30, 2015.

Respectfully submitted,

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)