J. Eric Ivester
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Phone: (212) 735-3000
Fax: (212) 735-2000

*Attorneys for CRC Credit Fund*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, J. Eric Ivester, an attorney, certify that on July 17, 2015, I caused the following document to be filed electronically with the Clerk of the Court using the CM/ECF System:

1. Objection of CRC Credit Fund Ltd. to Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes **(Docket No. 50320)**

I further certify that on July 17, 2015, I caused the document listed above to be served by regular mail on the parties identified on the attached Exhibit A.

Dated: New York, New York
July 22, 2015

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP

By: */s/ J. Eric Ivester*

J. Eric Ivester
Four Times Square
New York, New York 10036
(212) 735-3000

*Attorneys for CRC Credit Fund*

## EXHIBIT A

Chambers of the Hon. Shelley C. Chapman
U.S. Bankruptcy Court,
  Southern District of New York
One Bowling Green
New York, NY 10004-1408

Office of the United States Trustee
William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street,     1006
New York, NY 10014

Weil, Gotshal & Manges LLP
Jacqueline Marcus, Esq.
Alfredo R. Perez, Esq.
Robert J. Lemons, Esq.
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, NY 10153

Milbank, Tweed, Hadley & McCloy LLP
Dennis Dunne, Esq.
Wilbur Foster, Jr.
Dennis O'Donnell, Esq.
Evan Fleck, Esq.
1 Chase Manhattan Plaza
New York, NY 10005

Milbank, Tweed, Hadley & McCloy LLP
Paul Aronzo, Esq.
Gregory Bray
601 South Figueroa Street,   30th Floor
Los Angeles, CA 90017

Curtis, Mallet-Prevost, Colt & Mosle LLP
Turner P. Smith, Esq.
L.P. Harrison 3rd, Esq.
Peter J. Behmke, Esq.
101 Park Avenue
New York, NY 10178

Quinn Emanuel Urqhart & Sullivan, LLP
Adnrew J. Rossman, Esq.
Diane C. Hutnyan, Esq.
Lindsay M. Weber, Esq.
51 Madison Avenue
New York, NY 10010

918355-NYCSR06A - MSW