

**THE BETTER BANK**

July 21, 2015

RECEIVED
JUL 22 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

US Bankruptcy Court
One Bowling Green
New York, NY 10004

Attn: Clerk of the Court

    Re: Lehman Brothers Holdings Inc.,et al., Debtor / Transfer of Claim

Dear Sir/Madam,

Enclosed please find a Transfer of Claim form 210A with an Agreement and Evidence of Transfer of Claim form duly executed by the Transferor; Bank Lombard Odier & Co Ltd., Geneva, Switzerland and IDB Bank as Transferee.

We kindly ask you to process this claim transfer and advise us when completed.

Thanks for your help in this matter.   We remain

Sincerely yours,

Luis Marrero
Vice President – Custody Operations

ISRAEL DISCOUNT BANK OF NEW YORK • MEMBER FDIC
511 FIFTH AVE. NEW YORK, NY 10017-4997 • TEL: (212) 551-8500

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM

## LEHMAN PROGRAM SECURITY



RECEIVED JUL 2 2 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**TO : THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Lombard Odier & Co Ltd ("Transferor") unconditionally and irrevocably transferred to IDB Bank ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (The "Debtor"), Chapter 11 Case No. : 88-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of :

Date : __July 3, 2015__                                           Date : __July 15, 2015__

**Transferor**

Bank Lombard Odier & Co Ltd

11 Rue de la corraterie

1204 Geneva, Switzerland

Signature(s) : _____
José Fiella
Senior Vice President

Signature(s) : _____
Loraine Dugerdil
Assistant Vice President

**Transferee**

IDB Bank

511 Fifth Avenue

New York, N.Y. 10017, USA

Signature(s) : _____
Michael Derle
Senior Vice President
IDB Bank

Signature(s) : _____
Luis Marrero - 566
Vice President
IDBBank, Custody Operations

Form 210A (10/06)



# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Israel Discount Bank of New York**
Name of Transferee

Name and Address where notices
to transferee should be sent:

IDB Bank of New york
Attn: Custody Ops
511 Fifth Ave
New York, NY 10017
ref: CIF 104840

Phone: 212-551-8976

Last Four Digits of Acct #: _____

Name and Address where transferee
payments should be sent (if different
from above):
IDB Bank
ABA: 026009768
For futher credit: G00012
ref: 104840
Phone: 212-551-8976

Last Four Digits of Acct #: _____

**Banque Lombard Odier & Cie SA**
Name of Transferor

Court Claim # (if known): 51762
Date Claim Filed: 10/28/2009
Amount of Claim: $38,199.24
Portion of Claim Transferred (see
Schedule I): 100%

Phone: +41-22-709-2201/Jose Filella
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: July 21, 2015
    Transferee/Transferee's Agent

Luis Marrero - 566
Vice President
IDBBank, Custody Operations

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| ANN521338783 | 51762 | 10/28/2009 | Lehman Brothers securities NV | 5 Units |