# SOCIETE GENERALE
Securities Services



United States Bankruptcy Court
for the Southern District of New-York
One Bowling Green,
NEW-YORK, NY 10004-1408
USA

Zürich, 13.07.2015

**Notice of Transfer of Claims (59233)**

Dear Sirs,

Please find enclosed a Notice of Transfer of Claims (from UBS AG to SOCIETE GENERALE, Zürich Branch) regarding claim 59233 for Lehman Bros Product ISIN CH0036891254 (5000 EUR).

Many thanks for proceeding to the Transfer and confirming it is done.

Best regards,

Antoine Dauban
Head of Operations
Société Générale, Zürich Branch
Talacker 50 / Postfach 1928
CH-8021 ZÜRICH, Switzerland

---

Société Générale, Paris
Zweigniederlassung Zürich
Talacker 50
Postfach 1928 - CH-8021 Zürich

Tel.: +41 58 272 31 11
Fax : +41 58 272 35 49
Swift: SG AB CH ZZ ACC

**RECEIVED JUL 21 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK**

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.   Case No.: __JMP__
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: SOCIÉTÉ GÉNÉRALE Paris, Zürich Branch | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: SOCIÉTÉ GÉNÉRALE Paris, Zürich Branch Talacker 50/Postfach 1928 CH- 8021 ZÜRICH Attn.Antoine DAUBAN EMAIL: antoine.dauban@sgss.socgen.com | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: EUR 5'000.00 | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 16.07.2015
SOCIÉTÉ GÉNÉRALE
Talacker 50/Postfach 1928
CH- 8021 ZÜRICH

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

DOC 382 UBS0240 SK 3689125

Page 1 of 3



## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "*Debtor*")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0036891254 | LBT BV | LBH Inc. | EUR 5'000.00 out of EUR 3'755'000 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

SOCIÉTÉ GÉNÉRALE Paris, Zürich Branch
Talacker 50/Postfach 1928
CH- 8021 ZÜRICH
Telephone: 0041 58 272 3503
Attention: Antoine DAUBAN

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC382 UBS0240 5K 3689125
Page 2 of 3

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 7, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Marco Mendelowitsch
Title: Authorized Officer

ACKNOWLEDGED BY:

SOCIÉTÉ GÉNÉRALE Paris, Zürich Branch

By: _____
Name: Camillo Zbinden
Title: Head of Compliance

By: _____
Name: Antoine Dauban
Title: Head of Operations