Robyn F. Pollack
Lucian B. Murley *(Admitted Pro Hac Vice)*
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone:    (215) 972-7537

*Attorneys for the Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong)*
*Capital Markets Limited, and BGC Partners (Australia) PTY Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION OF THE**
**CANTOR/BGC PARTIES' MOTION FOR RECONSIDERATION OF**
**ORDERS GRANTING FOUR HUNDRED SIXTY-SIXTH**
**AND FOUR HUNDRED SIXTY-SEVENTH OMNIBUS CLAIM OBJECTIONS**

**PLEASE TAKE NOTICE** that the hearing regarding the *Motion of Cantor/BGC Parties for Reconsideration of Orders Granting Four Hundred Sixty-Sixth and Fourth Hundred Sixty-Seventh Omnibus Claim Objections* (the "Motion") (D.I. No. 46631] that was scheduled for August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time) **has been adjourned to September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"). The Hearing on the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline to file and serve a response, if any, to the Motion is hereby extended to **September 2, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

SAUL EWING LLP

By: _____

Robyn F. Pollack
Lucian B. Murley (Admitted Pro Hac Vice)
**SAUL EWING LLP**
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102-2186
Telephone:   (215) 972-7537
Facsimile:   (215) 972-1946

*Attorneys for Attorneys for the Cantor Fitzgerald Europe, Cantor Fitzgerald (Hong Kong) Capital Markets Limited, and BGC Partners (Australia) PTY Limited*

Dated: July 23, 2015