Notice Pursuant to Bankruptcy Rule 3001

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

FILED / RECEIVED

JUL 1 3 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

In re:   Lehman Brothers Holdings Inc.         Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Banque Cantonale du Jura SA | Name of Transferor:<br>Berner Kantonalbank AG |
|---|---|
| Notices to Transferee should be sent to:<br>Banque Cantonale du Jura SA<br>ADMT<br>Malvoisins 23<br>CH 2900 Porrentruy<br>PHONE ++41 32 465 13 34<br>Attn: JM Farine<br>EMAIL aa-admt@bcj.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Berner Kantonalbank AG<br>Postfach<br>CH 3001 Bern<br>PHONE ++41 31 666 11 33<br>Attn: Samuel Stucki<br>EMAIL samuel.stucki@bekb.ch |
| Amount of Claim Being Transferred:<br><br>CHF 19'000.00 (face amount of securities) | *NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS* |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____   Date: April 2nd, 2015
    JM Farine / S. Piquerez, authorized representative

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York  10004
Attention:  Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| CPC Lehman Bros Treasury BV 2007-13.4.2011/Climate Change | CH0027120820 | LBT BV | LBH Inc. | EUR 19'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

BERNER KANTONALBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Banque Cantonale du Jura SA
Malvoisins 23
CH 2900 Porrentruy
PHONE ++41 32 465 13 34
Attn:  JM Farine
EMAIL aa-admt@bcj.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the

Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 2nd, 2015.

Berner Kantonalbank AG
Transferor

By: _____
    Name: Samuel Stucki
    Title: Authorized representative

By: _____
    Name: Hans-Georg Schmid
    Title: Authorized representative

ACKNOWLEDGED BY:

Banque Cantonale du Jura SA
Transferee

By: _____
    Name: JM Farine
    Title: Authorized representative

By: _____
    Name: Serge Piquerez
    Title: Authorized representative


# swisscom

registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Reto Braun
T +41 31 950 73 10, F +41 31 950 76 51
reto.braun1@swisscom.com
Gümligen, July 7th, 2015

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached two notices of transfer of claims

| ISIN CH0027120820 | Transferee: Banque Cantonale du Jura SA | Transferor: Berner Kantonalbank AG |
| ISIN CH0027120812 | Transferee: Banque Cantonale du Jura SA | Transferor: Berner Kantonalbank AG |

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
**Swisscom Banking Provider AG**

Fabian Müller                    Reto Braun

Swisscom IT Services, Banking Services, Mattenstrasse 8, 3073 Gümligen, Telefon +41 58 892 92 92





