**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $218,529.21 of the claim against Lehman Brothers Holdings Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $213,525,103.75 | 17424 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $218,529.21 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
|---|---|---|---|
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |

| | | | |
|---|---|---|---|
| Signature: | *[signature]* | Signature: | _____ |
| Name: | Beauregard A. Fournet | Name: | _____ |
| Title: | Authorized Signatory | Title: | _____ |
| Date: | July 22, 2015 | Date: | _____ |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $218,529.21 of the claim against Lehman Brothers Holdings Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $213,525,103.75 | 17424 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $218,529.21 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
|---|---|---|---|
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |
| Signature:<br>Name:<br>Title:<br>Date: | _____ | Signature:<br>Name:<br>Title:<br>Date: | *(signed)*<br>Joelle Gavlick<br>Authorized Signatory<br>July 22, 2015 |

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

**NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that $218,529.21 of the claim against Lehman Brothers Special Financing Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $213,525,103.75 | 17423 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $218,529.21 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | HBK Master Fund L.P. | ASSIGNOR: | Citigroup Financial Products Inc. |
| Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel | Address: | Kenneth Keeley<br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Kenneth.keeley@citi.com |

| | | | |
|---|---|---|---|
| Signature: | _[signature]_ | Signature: | |
| Name: | Beauregard A. Fournet | Name: | |
| Title: | Authorized Signatory | Title: | |
| Date: | July 22, 2015 | Date: | |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $218,529.21 of the claim against Lehman Brothers Special Financing Inc. set forth below (such portion being the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $213,525,103.75 | 17423 |

has been transferred and assigned to **HBK Master Fund L.P.** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $218,529.21 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE:  HBK Master Fund L.P.

Address:  c/o HBK Services LLC
2101 Cedar Springs Road Suite 700
Dallas, Texas 75201
Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address:  Kenneth Keeley
390 Greenwich Street, 4th Floor
New York, NY 10013
Kenneth.keeley@citi.com

Signature: *[signed]*
Name: Joelle Gavlick
Title: Authorized Signatory
Date: July 22, 2015

**EXHIBIT C**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$10,618,241.80** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$264,000,000.00** | **66653** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$10,618,241.80** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
|---|---|---|---|
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | *[signature]* Joelle Gavlick<br>Authorized Signatory<br>July 22, 2015 | Signature:<br>Name:<br>Title:<br>Date: | |

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that a **$10,618,241.80** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$264,000,000.00** | 66653 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$10,618,241.80** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | _____ | Signature:<br>Name:<br>Title:<br>Date: | *[signature]*<br>Beauregard A. Fournet<br>Authorized Signatory<br>July 22, 2015 |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$10,618,241.80** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| $264,000,000.00 | 66655 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$10,618,241.80** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | *[signed]*<br>Joelle Gavlick<br>Authorized Signatory<br>July 22, 2015 | Signature:<br>Name:<br>Title:<br>Date: | |

**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that a **$10,618,241.80** ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $264,000,000.00 | 66655 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of a **$10,618,241.80** ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE: | HBK MASTER FUND L.P. |
| Address: | 1615 Brett Road, Bldg 3<br>New Castle, DE 19720 | Address: | c/o HBK Services LLC<br>2101 Cedar Springs Road<br>Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | | Signature: _[signature]_<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: July 22, 2015 | |

## EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

### NOTICE AND EVIDENCE OF TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount (allowed) | Proof of Claim<br>No. |
|---|---|
| **$3,230,465.00** | **10346** |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR:<br>CITIGROUP FINANCIAL PRODUCTS INC. | ASSIGNEE:<br>HBK MASTER FUND L.P. |
|---|---|
| Address: 390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Attn: Kenneth Keeley<br>Telephone Number: 212-723-6501<br>Email: Kenneth.keeley@citi.com<br><br>Signature: _[signed]_<br>Name:<br>Title: Joelle Gavlick<br>        Authorized Signatory<br>Date: July 22, 2015 | Address: c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel<br><br>Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ |

EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

**NOTICE AND EVIDENCE OF TRANSFER OF
CLAIM PURSUANT TO RULE 3001(e)**

PLEASE TAKE NOTICE that 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $3,230,465.00 | 10346 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | HBK MASTER FUND L.P. |
| Address: 390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Attn: Kenneth Keeley<br>Telephone Number: 212-723-6501<br>Email: Kenneth.keeley@citi.com | Address: c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature:<br>Name:<br>Title:<br>Date: | Signature: _[signed]_<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: July 22, 2015 |

EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
HOLDINGS, INC., et al.,

    Debtors

Case No. 08-13555
Chapter 11
Jointly Administered

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $3,230,465.00 | 10345 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNOR:
CITIGROUP FINANCIAL PRODUCTS INC.

Address: 390 Greenwich Street, 4th Floor
         New York, NY 10013
         Attn: Kenneth Keeley
         Telephone Number: 212-723-6501
         Email: Kenneth.keeley@citi.com

Signature: /s/ Joelle Gavlick
Name: Joelle Gavlick
Title: Authorized Signatory
Date: July 22, 2015

ASSIGNEE:
HBK MASTER FUND L.P.

Address:  c/o HBK Services LLC
          2101 Cedar Springs Road Suite 700
          Dallas, Texas 75201
          Attention: General Counsel

Signature: _____
Name: _____
Title: _____
Date: _____

EXHIBIT A-2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>Debtors | Case No. 08-13555<br>Chapter 11<br>Jointly Administered |

## NOTICE AND EVIDENCE OF TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that 100% ownership interest in the claim set forth below (the "Transferred Claim"), of Citigroup Financial Products Inc. ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount (allowed) | Proof of Claim No. |
|---|---|
| $3,230,465.00 | 10345 |

has been transferred and assigned to HBK Master Fund L.P. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of 100% ownership interest in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | HBK MASTER FUND L.P. |
| Address: 390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Attn: Kenneth Keeley<br>Telephone Number: 212-723-6501<br>Email: Kenneth.keeley@citi.com | Address: c/o HBK Services LLC<br>2101 Cedar Springs Road Suite 700<br>Dallas, Texas 75201<br>Attention: General Counsel |
| Signature: _____<br>Name: _____<br>Title: _____<br>Date: _____ | Signature: *[signature]*<br>Name: Beauregard A. Fournet<br>Title: Authorized Signatory<br>Date: July 22, 2015 |

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.   Case No. 08-13555 (SCC)
(Jointly Administered)

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

HBK Master Fund L.P.                          Citigroup Financial Products Inc.
Name of Transferee                            Name of Transferor

Name and Address where notices to             Court Claim # (if known): 67308
transferee should be sent:                    Amount of Claim Transferred: $5,699,710.00
                                              Date Claim Filed: January 25, 2011
                                              Debtor: Lehman Brothers Special Financing Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                                    Date: July 22, 2015
    Transferee/Transferee's Agent   Beauregard A. Fournet
                                    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____            Date: _____, 2015
    Transferor/Transferor's Agent

## United States Bankruptcy Court

### Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et. al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 67308
<u>Amount of Claim Transferred: $5,699,710.00</u>
Date Claim Filed: January 25, 2011
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____    Date: _____, 2015
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: *[signature]*    Date: July 22, 2015
     Transferor/Transferor's Agent
     Joelle Gavlick
     Authorized Signatory

United States Bankruptcy Court

Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.          Case No. 08-13555 (SCC)
                                                                (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| HBK Master Fund L.P. | Citigroup Financial Products Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 67309
Amount of Claim Transferred: $5,699,710.00
Date Claim Filed: January 25, 2011
Debtor: Lehman Brothers Holdings Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: July 22, 2015
    Transferee/Transferee's Agent
    Beauregard A. Fournet
    Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____         Date: _____, 2015
    Transferor/Transferor's Agent

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings Inc., et. al., Debtors.   Case No. 08-13555 (SCC)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

HBK Master Fund L.P.                         Citigroup Financial Products Inc.
Name of Transferee                           Name of Transferor

Name and Address where notices to            Court Claim # (if known): 67309
transferee should be sent:                   Amount of Claim Transferred: $5,699,710.00
                                             Date Claim Filed: January 25, 2011
                                             Debtor: Lehman Brothers Holdings Inc.

HBK Master Fund L.P.
c/o HBK Services LLC
2101 Cedar Springs Road, Suite 700
Dallas, Texas 75201
Telephone: (214) 758-6107
Facsimile: (214) 758-1207
Attention: General Counsel
Email: legal@hbk.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____         Date: _____, 2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____         Date: July 22, 2015
    Transferor/Transferor's Agent
    Joelle Gavlick
    Authorized Signatory