# **EXHIBIT L**

```
                                                           Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-13555(SCC)

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5   In the Matter of:

 6   LEHMAN BROTHERS HOLDINGS INC.,

 7             Debtor.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9   ADV. PROC. NO.: 14-02030(SCC)

10   LEHMAN BROTHERS SPECIAL FINANCING, INC.,

11             Plaintiff.

12   v

13   MERRILL LYNCH CAPITAL SERVICES, INC.,

14             Defendants.

15   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16                  U.S. Bankruptcy Court

17                  One Bowling Green

18                  New York, New York

19

20                  May 12, 2015

21                  2:05 PM

22

23   B E F O R E :

24   HON SHELLEY C. CHAPMAN

25   U.S. BANKRUPTCY JUDGE
```

Page 2

1  Doc #16 Motion to Dismiss Adversary Proceeding filed by
2  William J.F. Roll, III on behalf of Merrill Lynch Capital
3  Services, Inc.
4
5  Doc #24 Motion of Defendant, Merrill Lynch Capital Services,
6  Inc. to Amend Answer to Adversary Complaint
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sherri L. Breach

Page 3

```
 1   A P P E A R A N C E S :
 2   WOLLMUTH MAHER & DEUTSCH, LLP
 3        Attorneys for
 4        500 Fifth Avenue
 5        New York, New York 10110
 6
 7   BY:  WILLIAM A. MAHER, ESQ.
 8
 9   SHEARMAN & STERLING, LLP
10        Attorneys for Defendant
11        599 Lexington Avenue
12        New York, New York 10022
13
14   BY:  WILLIAM J.F. ROLL, III, ESQ.
15        ADAM J. GOLDSTEIN, ESQ.
16
17   ALSO APPEARING TELEPHONICALLY:
18   MADLYN PRIMOFF
19   JOSEPH OTCHIN
20   RALPH MILLER
21   JACQUELINE MARCUS
22   DENISE ALVAREZ
23   RICHARD KATZ
24
25
```

```
 1                  P R O C E E D I N G S
 2            THE COURT:  Hello.  Good morning.  Is anyone on
 3    the line?
 4            MS. PRIMOFF:  Yes.  It's Kaye Scholer, Madlyn
 5    Primoff and Joseph Otchin.
 6            THE COURT:  Okay.  Good morning.  How are you?
 7            MR. MILLER:  Good morning, Your Honor.  This is
 8    Ralph Miller.  Can you hear me?
 9            THE COURT:  Yes.
10            MR. MILLER:  Yes, Your Honor.  I am here and also
11    with me on a different line are my partner, Jacqueline
12    Marcus, Denise Alvarez from Weil.  We also have listening
13    the managing director at Lehman who is in charge of this
14    claim.  That's Richard Katz and (indiscernible), a lawyer
15    with the general counsel's office.
16            THE COURT:  Okay.  All right.  I read -- I read
17    both letters and I'm really not going to have any re-
18    argument of the discussion that we had.  None of this,
19    frankly, turns on the characterization of the type of
20    damages.  I was convinced then and I remain convinced now
21    that LBHI out to be entitled, if it believes it's in a
22    position to do so, to file a dispositive motion.  And I
23    viewed the letter from Kaye Scholer as a motion for
24    reconsideration, and to the extent that that's, in fact,
25    what it is I'm going to deny it.  We had a long, thorough,
```

1   and I thought very useful conversation about this issue and
2   we're going to stick with it.  And that's really all I had
3   to say.
4           So we -- where we had left it was that eventually
5   there was going to be an agreed schedule between the
6   parties.  Well, there was going to be a threshold
7   determination by LBHI whether or not it indeed was in a
8   position to seek summary judgment.  And at that point when
9   it so determined there would be this discussion between the
10  parties as to a schedule and we would hear from you either
11  with an agreed schedule or with a request for assistance in
12  order to reach an agreed schedule.
13          MS. PRIMOFF:  Okay.  We'll proceed in that
14  fashion, Your Honor.
15          MR. MILLER:  And, Your Honor, this is Ralph
16  Miller.  We certainly will proceed in that fashion.  We just
17  received the complete information on the payoff letter
18  yesterday and we're still analyzing it.
19          Our tentative view at this point is there is a
20  basis for a summary judgment, both on the issue of whether
21  there is a valid waiver of consequential, special and other
22  non-general or direct damages, and that is the payoff letter
23  issue primarily.  And, also, on whether the significant
24  components of this are within the definition of general
25  damages or whether they are barred by the waiver.

Page 6

```
 1            And we feel pretty good about that based on the
 2    discovery that has already occurred, Your Honor.
 3            THE COURT:  Okay.  All right.  So let's continue
 4    to go down that path and I'll look forward to hearing from
 5    you when you're ready for next steps.
 6            Thank you for making yourselves available for the
 7    call today.
 8            MR. MILLER:  Thank you for your time, Your Honor.
 9            THE COURT:  Certainly.
10            MS. PRIMOFF:  Thank you.  Bye-bye.
11       (Recess taken at 11:09 a.m.; resume at 2:05 p.m.)
12            THE COURT:  How is everyone today?
13            MR. ROLL:  Good.
14            MR. MAHER:  Very well, thank you.
15            THE COURT:  Some of you are going to qualify for
16    frequent flyer awards given the frequency with which you
17    appear here.
18       (Laughter)
19            THE COURT:  I'm ready when you are.
20            MR. ROLL:  Good afternoon, Your Honor.
21            THE COURT:  Good afternoon.
22            MR. ROLL:  William Roll of Shearman & Sterling
23    appearing on behalf of Bank of America, Merrill Lynch in the
24    Chapter 11 cases and Merrill Lynch Capital Services, Inc.,
25    the defendant in the adversary proceeding.
```