# Exhibit B

| | |
|---|---|
| From: | Gittlitz, Sheryl |
| Sent: | Monday, January 30, 2012 8:53 PM |
| To: | andrew.colao@weil.com; philip.ratner@weil.com |
| Cc: | Wallace, William; Settle, Marci; Gabbay, Edmond |
| Subject: | Spanish Broadcasting |

Gentlemen- I understand that you are working on the payoff of the SBS loan facility, and I wanted to touch base on when we can expect to receive a draft of the payoff letter.

In connection with the payoff, attached for your review are drafts of IP releases related to the first lien credit facility, as well as an IP release related to the previously terminated second lien facility (based on recent IP searches, it appears that some of the trademarks still have second lien filings against them). Please let us know if you have any comments with respect to the attached.

In addition, we would appreciate it if you could please send us copies of all of the stock certificates/pledged notes in Lehman's possession.

Thank you and please let me know if you have any questions regarding this matter.

Regards,

Sheryl

  

12813612)_(1)_SBS  12813623)_(1)_SBS  12813556)_(1)_SBS
Release of...        Release of...        Release of...

**Sheryl Gittlitz**
Partner
**K**aye Scholer LLP

425 Park Avenue | New York, NY 10022
☎: (212) 836-8119 | 📠: (212) 836-6619
✉: sgittlitz@kayescholer.com
Thank you for considering the environmental impact of printing emails.

Confidential                                                                                                    KS_SB-00000622