# Exhibit F

**LEHMAN COMMERCIAL PAPER INC.**
**1271 Avenue of the Americas**
**New York, NY 10020**

February [  ], 2012

Spanish Broadcasting System, Inc.
2601 South Bayshore Drive, PH II
Coconut Grove, FL 33133

Re:    Payoff Letter

Ladies and Gentlemen:

Reference is made to that certain First Lien Credit Agreement, dated as of June 10, 2005 (as amended, supplemented, replaced or otherwise modified from time to time, the "Credit Agreement"), by and among Spanish Broadcasting System, Inc., a Delaware corporation (the "Borrower"), the several banks and other financial institutions or entities from time to time party thereto, Wachovia Bank, National Association, as documentation agent, Merrill Lynch, Pierce Fenner & Smith Incorporated, as syndication agent and Lehman Commercial Paper Inc. ("Lehman"), as administrative agent (in such capacity, the "Administrative Agent"). Capitalized terms used but not defined herein have the meanings given such terms in the Credit Agreement.

1.    Payoff and Lien Termination. Effective as of the Effective Date (as defined below):

(a)    all outstanding Loans and all other amounts owing by the Borrower under the Credit Agreement (including all principal, accrued interest and fees) shall be paid in full and the Credit Agreement and all obligations of the Borrower and the other Loan Parties thereunder and under the other Loan Documents shall be terminated (other than contingent obligations which **expressly** survive by the terms of the Credit Agreement or such other Loan Documents, including without limitation, Section 10.5 of the Credit Agreement); **and**

(b)    all liens and security interests in favor of the Administrative Agent or the Secured Parties in and to any and all properties and assets of the Borrower, and the other Loan Parties, whether personal, real or mixed, tangible or intangible, granted under or pursuant to the Loan Documents, or the Security Documents securing their Obligations in favor of the Secured Parties shall automatically be, without further action, discharged, released and terminated; and(c)    the Commitments shall be terminated.[1]

2.    Effectiveness. This payoff letter (this "Payoff Letter") shall become effective as of the date (the "Effective Date") the following conditions precedent have been satisfied:

(a)    the Administrative Agent shall have received this Payoff Letter, duly acknowledged by the Borrower; and

---

[1] **NTD: The Revolving Credit Commitments have already terminated, and the Term Loan Commitments terminated when the Term Loan was funded pursuant to Section 2.1(b) of the Credit Agreement.**

US_ACTIVE:\43910283\02\73683.4025

Confidential                                                                                         KS_SB-00000600

(b)    the Administrative Agent shall have received, in immediately available funds, the "total payoff amount" referred to on Exhibit A attached hereto in the accounts specified thereon (including any per diem amounts, if applicable).

3.    Further Assurances.  The Administrative Agent agrees to promptly deliver to the Borrower **(or to any person designated by the Borrower)** all Collateral, and all certificates or agreements representing Collateral, in the possession of the Administrative Agent, including, without limitation, the originals of the promissory notes, stock and other equity certificates, together with any allonges, stock powers and other equity powers, currently held by it as Collateral.  In addition, the Administrative Agent agrees to furnish, at the Borrower's expense, additional releases, termination statements and such other documents, instruments and agreements as may be reasonably requested by the Borrower in order to effect and evidence more fully the matters covered hereby including, without limitation, mortgage releases, account control agreement terminations and intellectual property security interest terminations.  The Administrative Agent authorizes the Borrower (and ~~its counsel~~**any other person designated by the Borrower**) to file releases of all financing statements filed by the Administrative Agent showing Borrower **or any other Loan Party** as debtor, including, without limitation, such UCC financing statement releases and terminations under the Uniform Commercial Code in the offices and jurisdictions that the Borrower deems necessary or appropriate to evidence the matters referred to herein.

4.    ~~Release.  The Borrower, on behalf of itself and the other Loan Parties, hereby unconditionally and irrevocably waives all claims, suits, debts, liens, losses, causes of action, demands, rights, damages or costs, or expenses of any kind, character or nature whatsoever, known or unknown, fixed or contingent, which any of them may have or claim to have against Lehman (whether in its capacity as an agent, lender, hedging counterparty or otherwise) or its agents, employees, officers, affiliates, directors, representatives, attorneys, successors and assigns (collectively, the "Released Parties") to the extent arising out of or in connection with the Loan Documents including, without limitation, any failure by the Lehman or its affiliates to fund any Loan required to be funded by it under the Credit Agreement (collectively, the "Claims").  Each of the Borrower and the other Loan Parties further agree forever to refrain from commencing, instituting or prosecuting any lawsuit, action or other proceeding against any Released Parties with respect to any and all of the foregoing described waived, released, acquitted and discharged Claims and from exercising any right of recoupment or setoff that it may have under a master netting agreement or otherwise against any Released Party with respect to Obligations under the Loan Documents.  Each of the Released Parties shall be a third party beneficiary of this letter agreement.~~

~~5.    Acknowledgement.  By its acknowledgement, the Borrower confirms its agreement to the terms and conditions hereof and agrees that all the Commitments under the Credit Agreement will be terminated as of the Effective Date and except as expressly set forth herein, there shall be no further obligations under or in respect of the Loan Documents to any Loan Party under the Credit Agreement.6.~~    GOVERNING LAW, ETC.  THIS PAYOFF LETTER SHALL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK.  EACH OF THE PARTIES HERETO IRREVOCABLY WAIVES TRIAL BY JURY IN ANY ACTION OR PROCEEDING WITH RESPECT TO THIS PAYOFF LETTER OR THE TRANSACTIONS CONTEMPLATED HEREBY.

~~7.~~**5.**    Miscellaneous.  This Payoff Letter may be executed in counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to constitute one and the same instrument.  Delivery of an executed counterpart of a signature page to this Payoff Letter by facsimile transmission shall be effective as delivery of an original counterpart of this Payoff Letter.  The

Confidential                                                                                                                                    KS_SB-00000601

headings and titles of the paragraphs above are for convenience only and have no substantive meaning herein.

[SIGNATURE PAGES FOLLOW]

Confidential                                                                                                                  KS_SB-00000602

Very truly yours,

LEHMAN COMMERCIAL PAPER INC., as
Administrative Agent


By:_____
Name:
Title:

[SIGNATURE PAGE TO SPANISH BROADCASTING PAYOFF LETTER

Confidential
KS_SB-00000603

Acknowledged and
Agreed to as of the date
first written above:


SPANISH BROADCASTING SYSTEM, INC., as Borrower

By: _____
Name:
Title:

[SIGNATURE PAGE TO SPANISH BROADCASTING PAYOFF LETTER]

Confidential                                                                                      KS_SB-00000604

Exhibit A

Payoff Amounts

| | |
|---|---|
| Principal: | $[   ] |
| Interest: | $[   ] |
| Fees: | $[   ] |
| Agent Payoff Amount: | $[   ] |
| Counsel Payment: | $[   ] |
| Total Payoff Amount: | $[   ] |

Per Diem (if payment
is received after
2:00 p.m. (NY time) on
[------].February 7, 2012 or
any day thereafter):        $[   ]

Wire Transfer Information for Agent Payoff Amount:

Citibank
ABA: 021-000-089
A/C: LCPI Bank Loans Agency
Acct # 30434141

Wire Transfer Information for Counsel Payment:

JP Morgan Chase Bank
ABA: 021-000-021
A/C: Weil Gotshal & Manges LLP
Acct# 0158-37-430
Ref: 73683.4025

US_ACTIVE:\43910283\02\73683.4025

Document comparison by Workshare Professional on Tuesday, January 31, 2012 6:52:48 PM

| Input: | |
|---|---|
| Document 1 ID | interwovenSite://DMUS/US/60574529/1 |
| Description | #60574529v1<US> - US_ACTIVE_SBS Payoff Letter_43910283_2 (2) |
| Document 2 ID | interwovenSite://DMUS/US/60574529/2 |
| Description | #60574529v2<US> - US_ACTIVE_SBS Payoff Letter_43910283_2 (2) |
| Rendering set | Style D |

| Legend: |
|---|
| Insertion |
| Deletion |
| Moved from |
| Moved to |
| Style change |
| Format change |
| Moved deletion |
| Inserted cell |
| Deleted cell |
| Moved cell |
| Split/Merged cell |
| Padding cell |

| Statistics: | |
|---|---|
|  | Count |
| Insertions | 14 |
| Deletions | 9 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 23 |

Confidential                                                                                            KS_SB-00000606