# Exhibit G

| | |
|---|---|
| From: | Ratner, Philip <philip.ratner@weil.com> |
| Sent: | Thursday, February 02, 2012 5:53 PM |
| To: | Gittlitz, Sheryl; Wallace, William; Settle, Marci; Gabbay, Edmond |
| Cc: | 'Francis@frasersullivan.com'; Colao, Andrew; Lee, Justin D.; 'michelle.rosolinsky@lamcollc.com'; 'mmontenegro@sbscorporate.com'; Moreno, Raul |
| Subject: | RE: Spanish Broadcasting |
| Attachments: | US_ACTIVE_WSComparison_#43910283v2_US_ACTIVE_ - SBS Payoff Letter-#43910283v3_US_ACTIVE_ - SBS Payoff Letter_43917242_1.DOC; US_ACTIVE_SBS Payoff Letter_43910283_3.DOC |

Sheryl,

Attached is a revised payoff letter, which remains subject to the review of Lehman. Let us know if you would like to discuss.

Thanks,



**Philip Ratner**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Philip.Ratner@weil.com
+1 212 310 8369 Direct
+1 212 310 8007 Fax

---

**From:** Gittlitz, Sheryl [mailto:SGittlitz@kayescholer.com]
**Sent:** Thursday, February 02, 2012 10:54 AM
**To:** Ratner, Philip; Wallace, William; Settle, Marci; Gabbay, Edmond
**Cc:** 'Francis@frasersullivan.com'; Colao, Andrew; Lee, Justin D.; 'michelle.rosolinsky@lamcollc.com'; 'mmontenegro@sbscorporate.com'; Moreno, Raul
**Subject:** Re: Spanish Broadcasting

Following up - when can we expect to see a revised draft of payoff letter. Also, checking on status of copies of the stock certificates/pledged notes. Thanks.

---

**From**: Gittlitz, Sheryl
**To**: Ratner, Philip <philip.ratner@weil.com>; Wallace, William; Settle, Marci; Gabbay, Edmond
**Cc**: Francis Chang (Francis@frasersullivan.com) <Francis@frasersullivan.com>; Colao, Andrew <andrew.colao@weil.com>; Lee, Justin D. <Justin.d.Lee@weil.com>; Rosolinsky, Michelle (michelle.rosolinsky@lamcollc.com) <michelle.rosolinsky@lamcollc.com>; Melanie Montenegro (Corporate) <Mmontenegro@sbscorporate.com>; Moreno, Raul
**Sent**: Tue Jan 31 18:55:19 2012
**Subject**: RE: Spanish Broadcasting

1

Confidential                                                                                                                                                KS_SB-00000411

Attached please find our comments on the Payoff Letter.  A clean copy of the Payoff Letter incorporating our comments is also attached.  Note that the attached remains subject in all respects to review and comment by SBS.

Please let me know if you have any questions regarding the attached.

Sheryl

**Sheryl Gittlitz**
Partner
**K**aye Scholer LLP

425 Park Avenue | New York, NY 10022
☎: (212) 836-8119 | 📠: (212) 836-6619
✉: sgittlitz@kayescholer.com
🌿Thank you for considering the environmental impact of printing emails.

---

**From:** Ratner, Philip [mailto:philip.ratner@weil.com]
**Sent:** Tuesday, January 31, 2012 12:35 PM
**To:** Gittlitz, Sheryl; Wallace, William; Settle, Marci; Gabbay, Edmond
**Cc:** Francis Chang (Francis@frasersullivan.com); Colao, Andrew; Lee, Justin D.; Rosolinsky, Michelle (michelle.rosolinsky@lamcollc.com)
**Subject:** RE: Spanish Broadcasting

Sheryl,

The IP release documents are OK by us.  Attached is a draft of the requested payoff letter.  We are still looking into the collateral and will let you know when we have more information (later this week).

  Do you have any firm sense of timing for the payoff at this point?  We will obviously need to run the numbers based on the relevant date.

Thanks,



Philip Ratner

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Philip.Ratner@weil.com
+1 212 310 8369 Direct
+1 212 310 8007 Fax



---------- Forwarded message ----------
From: **Gittlitz, Sheryl** <SGittlitz@kayescholer.com>
Date: Mon, Jan 30, 2012 at 8:53 PM
Subject: Spanish Broadcasting

2

To: "andrew.colao@weil.com" <andrew.colao@weil.com>, "philip.ratner@weil.com" <philip.ratner@weil.com>
Cc: "Wallace, William" <WWallace@kayescholer.com>, "Settle, Marci" <MSettle@kayescholer.com>, "Gabbay, Edmond" <EGabbay@kayescholer.com>

Gentlemen- I understand that you are working on the payoff of the SBS loan facility, and I wanted to touch base on when we can expect to receive a draft of the payoff letter.

In connection with the payoff, attached for your review are drafts of IP releases related to the first lien credit facility, as well as an IP release related to the previously terminated second lien facility (based on recent IP searches, it appears that some of the trademarks still have second lien filings against them). Please let us know if you have any comments with respect to the attached.

In addition, we would appreciate it if you could please send us copies of all of the stock certificates/pledged notes in Lehman's possession.

Thank you and please let me know if you have any questions regarding this matter.

Regards,

Sheryl


**Sheryl Gittlitz**
Partner
**K**aye Scholer LLP

_____

425 Park Avenue | New York, NY 10022
☎: (212) 836-8119 | 📠: (212) 836-6619
✉: sgittlitz@kayescholer.com
🚴Thank you for considering the environmental impact of printing emails.


\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

Confidential                                                                                                                    KS_SB-00000413

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, <u>postmaster@weil.com</u>, and destroy the original message. Thank you.

\*    \*    \*    \*

```
IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.
```

Confidential                                                                                          KS_SB-00000414