# Exhibit I

| | |
|---|---|
| From: | Ratner, Philip <philip.ratner@weil.com> |
| Sent: | Friday, February 03, 2012 4:53 PM |
| To: | Gittlitz, Sheryl; Wallace, William; Settle, Marci; Gabbay, Edmond |
| Cc: | 'Francis@frasersullivan.com'; Colao, Andrew; Lee, Justin D.; 'michelle.rosolinsky@lamcollc.com'; 'mmontenegro@sbscorporate.com'; Moreno, Raul |
| Subject: | Spanish Broadcasting - Revised Payoff Letter |
| Attachments: | US_ACTIVE_SBS Payoff Letter_43910283_4.DOC; US_ACTIVE_WSComparison_# 43910283v3_US_ACTIVE_ - SBS Payoff Letter-#43910283v4_US_ACTIVE_ - SBS Payoff Letter_43918185_1.DOC; 99980-0001(2012-02-03 16-42-14).pdf |

Attached is a revised draft of the SBS payoff letter, which remains subject to Lehman review. We are also attaching backup for the Weil invoice in the PDF.

Thanks,



**Philip Ratner**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Philip.Ratner@weil.com
+1 212 310 8369 Direct
+1 212 310 8007 Fax

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

1