# Exhibit K

| | |
|---|---|
| From: | Gittlitz, Sheryl |
| Sent: | Friday, February 03, 2012 5:49 PM |
| To: | Ratner, Philip; Wallace, William; Settle, Marci; Gabbay, Edmond |
| Cc: | 'Francis@frasersullivan.com'; Colao, Andrew; Lee, Justin D.; 'michelle.rosolinsky@lamcollc.com'; 'mmontenegro@sbscorporate.com'; Moreno, Raul |
| Subject: | RE: Spanish Broadcasting - Revised Payoff Letter |
| Attachments: | image001.jpg |

The language at the end of the release should say:

The foregoing release shall not apply to the Proof of Claim (Claim Number 67707) filed against Lehman on September 18, 2009, as amended on November 3, 2011 (as such claim may be further amended in accordance with applicable law or in accordance with the Attachment to Amended Proof of Claim of Spanish Broadcasting System, Inc., as filed with the United States Bankruptcy Court/Southern District of New York on November 3, 2011).

**Sheryl Gittlitz**
Partner
**K**aye Scholer LLP
_____
425 Park Avenue | New York, NY 10022
☎: (212) 836-8119 | 🖷: (212) 836-6619
✉: sgittlitz@kayescholer.com
🖶Thank you for considering the environmental impact of printing emails.

---

**From:** Ratner, Philip [mailto:philip.ratner@weil.com]
**Sent:** Friday, February 03, 2012 4:53 PM
**To:** Gittlitz, Sheryl; Wallace, William; Settle, Marci; Gabbay, Edmond
**Cc:** 'Francis@frasersullivan.com'; Colao, Andrew; Lee, Justin D.; 'michelle.rosolinsky@lamcollc.com'; 'mmontenegro@sbscorporate.com'; Moreno, Raul
**Subject:** Spanish Broadcasting - Revised Payoff Letter

Attached is a revised draft of the SBS payoff letter, which remains subject to Lehman review. We are also attaching backup for the Weil invoice in the PDF.

Thanks,



**Philip Ratner**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Philip.Ratner@weil.com
+1 212 310 8369 Direct
+1 212 310 8007 Fax

---

Confidential                                                                                                KS_SB-00000234

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, <u>postmaster@weil.com</u>, and destroy the original message. Thank you.

Confidential                                                                                                                                        KS_SB-00000235