# Exhibit Q

| | |
|---|---|
| From: | Karshenboyem, Viktoriya |
| Sent: | Tuesday, February 07, 2012 4:03 AM |
| To: | Lee, Justin D.; Gabbay, Edmond; Gittlitz, Sheryl; Wallace, William; Moreno, Raul |
| Cc: | Ratner, Philip |
| Subject: | RE: Call on Delivery of Stock Certificates, etc. |
| Attachments: | Payoff Letter.pdf |

Justin:

Please find attached the executed payoff letter (countersigned by the Company), which is to be held in escrow pending our express authorization for its release.

Regards,

Viktoriya

Viktoriya Karshenboyem
Admission Pending
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8469 | F: +1 212.836.6667
viktoriya.karshenboyem@kayescholer.com | www.kayescholer.com

**From:** Lee, Justin D. [mailto:Justin.d.Lee@weil.com]
**Sent:** Monday, February 06, 2012 6:24 PM
**To:** Gabbay, Edmond; Gittlitz, Sheryl; Karshenboyem, Viktoriya; Wallace, William; Moreno, Raul
**Cc:** Ratner, Philip
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

Dear all,

Please find attached the executed payoff letter (which needs the Company's countersignature page) and the executed loss affidavit, both held in escrow pending our express authorization for their release.

Best,
Justin



**Justin D. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.D.Lee@weil.com
+1 212 310 8397 Direct
+1 201 723 3848 Mobile
+1 212 310 8007 Fax

**From:** Gabbay, Edmond [mailto:EGabbay@kayescholer.com]
**Sent:** Monday, February 06, 2012 6:16 PM

1

**To:** Lee, Justin D.; Gittlitz, Sheryl; Karshenboyem, Viktoriya; Wallace, William; Moreno, Raul
**Cc:** Ratner, Philip
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

We plan on restating the notes, so if you would send them endorsed over to the company, and not cancelled, that would be appreciated. We don't want any suggestion that the underlying indebtedness was cancelled.

---

**From:** Lee, Justin D. [mailto:Justin.d.Lee@weil.com]
**Sent:** Monday, February 06, 2012 5:56 PM
**To:** Gittlitz, Sheryl; Karshenboyem, Viktoriya; Wallace, William; Gabbay, Edmond; Moreno, Raul
**Cc:** Ratner, Philip
**Subject:** FW: Call on Delivery of Stock Certificates, etc.

Dear all,

This seems like a more logical conclusion - the cancellation of the notes which will now be incorrect (referencing the 2003 agreement) and having the Company replace them. Please let me know how you would like to handle this. If you'd like to deliver new notes to STB at closing, we can send over the notes for cancellation by your team.

Best,
Justin



**Justin D. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.D.Lee@weil.com
+1 212 310 8397 Direct
+1 201 723 3848 Mobile
+1 212 310 8007 Fax

---

**From:** Hepler, Erik [mailto:ehepler@stblaw.com]
**Sent:** Monday, February 06, 2012 5:49 PM
**To:** Lee, Justin D.; Moreno, Raul; Ericson, John C; Mason, Brandon C.; Browder, Vanessa K.; Ratner, Philip; Robledo, Marcela
**Cc:** Ratner, Philip; Nentin, Sheri G.
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

I leave it to the company as to how they want to handle the notes.

---

**From:** Lee, Justin D. [mailto:Justin.d.Lee@weil.com]
**Sent:** Monday, February 06, 2012 5:44 PM
**To:** Moreno, Raul; Ericson, John C; Mason, Brandon C.; Browder, Vanessa K.; Ratner, Philip; Robledo, Marcela
**Cc:** Ratner, Philip; Nentin, Sheri G.; Hepler, Erik
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

Dear all,

2

Having thought about this a little bit, does it not make sense for us to deliver the promissory notes for cancellation (to either STB or the Company) with the Company issuing new notes/powers at closing. This seems more fitting especially given that there is a reference to the 2003 credit agreement in the current notes.

Let me know if you would like to discuss.

Best,
Justin




**Justin D. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.D.Lee@weil.com
+1 212 310 8397 Direct
+1 201 723 3848 Mobile
+1 212 310 8007 Fax


**From:** Lee, Justin D.
**Sent:** Monday, February 06, 2012 5:30 PM
**To:** 'Moreno, Raul'; 'Ericson, John C'; 'Mason, Brandon C.'; 'Browder, Vanessa K.'; Ratner, Philip; 'MRobledo@stblaw.com'
**Cc:** Ratner, Philip
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

Dear all,

Please find attached a revised Collateral Receipt reflecting minor comments from STB and our understanding that notes will not be delivered with the original stock certificates. They will instead be endorsed by Lehman back to the applicable Lender and then pledged by that Lender. We will get these over for signatures tomorrow morning and will get them to STB as soon as possible (but can make no assurances as to timing since they must go to Lehman and come back).

Best,
Justin




**Justin D. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.D.Lee@weil.com
+1 212 310 8397 Direct
+1 201 723 3848 Mobile
+1 212 310 8007 Fax


**From:** Lee, Justin D.
**Sent:** Monday, February 06, 2012 11:09 AM

3

**To:** 'Moreno, Raul'; 'Ericson, John C'; Mason, Brandon C.; Browder, Vanessa K.; Ratner, Philip; MRobledo@stblaw.com
**Subject:** RE: Call on Delivery of Stock Certificates, etc.

Dear all,

As discussed, here is a copy of the collateral receipt, if someone can let me know to whom it should be addressed, I will fill out that information as well.

Best,
Justin



**Justin D. Lee**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Justin.D.Lee@weil.com
+1 212 310 8397 Direct
+1 201 723 3848 Mobile
+1 212 310 8007 Fax

---

**From:** Moreno, Raul [mailto:Raul.Moreno@kayescholer.com]
**Sent:** Sunday, February 05, 2012 10:28 PM
**To:** 'Ericson, John C'; Mason, Brandon C.; Browder, Vanessa K.; Ratner, Philip; Lee, Justin D.; MRobledo@stblaw.com
**Subject:** Call on Delivery of Stock Certificates, etc.

All,

We suggest having a call tomorrow morning to discuss the delivery of stock certificates, IP releases, etc. Please let me know when you are available tomorrow morning. Does 10:30 work for you? Please let me know.

Regards,

Raul

Raul Moreno
KAYE SCHOLER LLP
425 Park Avenue | New York, New York 10022
T: +1 212.836.8157 | F: +1 212.836.6371
raul.moreno@kayescholer.com | www.kayescholer.com

This message may contain confidential and/or legally privileged information from the law firm Kaye Scholer LLP. If delivered to anyone other than the intended recipient, please notify the sender immediately by return email or by telephone (+1 212.836.8157) and delete the message, along with any attachments, from your computer. Thank you.
                                    *   *   *   *

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury
Department regulations, we inform you that any U.S. federal tax advice
contained in this correspondence (including any attachments) is not
intended or written to be used, and cannot be used for the purpose of (i)
avoiding penalties that may be imposed under the U.S. Internal

Confidential                                                                                                  KS_SB-00000135

Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email, postmaster@weil.com, and destroy the original message. Thank you.

\*   \*   \*   \*

IRS CIRCULAR 230 DISCLOSURE:  To ensure compliance with Treasury Department regulations, we inform you that any U.S. federal tax advice contained in this correspondence (including any attachments) is not intended or written to be used, and cannot be used for the purpose of (i) avoiding penalties that may be imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Confidential                                                KS_SB-00000136