# EXHIBIT M

08-13555-mg    Doc 50423    Filed 07/24/15    Entered 07/24/15 11:45:11    Main Document
Pg 1 of 2

## Otchin, Joseph

| | |
|---|---|
| **From:** | Alvarez, Denise <denise.alvarez@weil.com> |
| **Sent:** | Thursday, May 14, 2015 10:54 AM |
| **To:** | Primoff, Madlyn; Otchin, Joseph |
| **Cc:** | Miller, Ralph; Marcus, Jacqueline; Woolverton, Alexander |
| **Subject:** | Lehman/SBS -- Draft Briefing Schedule |
| **Attachments:** | Lehman_Spanish Broadcasting_ Stipulated Briefing Schedule_WEIL_95333158_2.DOCX |

Madlyn, Joe:

We have reviewed the production Kaye Scholer made on Monday, and concluded that LBHI has a sufficient basis to move for summary judgment. To that end, attached is a draft of our proposed briefing schedule. As you will see, the proposed schedule allows LBHI 5 weeks from today to file its brief, SBS 5 weeks to respond, and LBHI 3 weeks to reply. This would allow the motion to be heard on September 9.

If SBS agrees to the proposed schedule, please sign it and send it back to us. Otherwise, please provide us with your comments. Thank you.

Regards,
Denise



**Denise Alvarez**

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
denise.alvarez@weil.com
+1 212 310 8965 Direct
+1 212 310 8007 Fax