**Hearing Date and Time: August 4, 2015 at 10:00 am (Prevailing Eastern Time)**
**Response Deadline: July 28, 2015 at 4:00 pm (Prevailing Eastern Time)**

Gary Gwilliam (Bar No. 33430)
Randall E. Strauss (Bar No. 168363)
**GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER**
1999 Harrison Street, Suite 1600
Oakland, California 94612-3528
Telephone: (510) 832-5411
Fax: (510) 832-1918
Email: GGwilliam@giccb.com, rstrauss@giccb.com

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Claimants, Sylvia Vega-Sutfin, Michelle Seymour,
Cheryl McNeil, Linda Howard-James, Isabel Guajardo and
Denise Colombo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

**<u>AFFIDAVIT OF SERVICE</u>**

    I, Mark S. Bostick, an attorney, hereby certify that on **July 27, 2015**, I caused true and correct copies of the following documents to be served by my office:

**CLAIMANTS' SYLVIA VEGA-SUTFIN, MICHELLE SEYMOUR,
CHERYL MCNEIL, LINDA HOWARD-JAMES, ISABEL GUAJARDO
AND DENISE COLOMBO OPPOSITION TO PLAN ADMINISTRATOR'S
SUPPLEMENTAL OBJECTION TO THE FOUR HUNDRED THIRTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (REDUCE AND ALLOW CLAIMS)**

**BY ECF** to all registered electronic filing recipients for this case.

and also

**BY FEDERAL EXPRESS:**  by enclosing said document(s) in Federal Express envelopes marked for express overnight delivery, addressed to the persons listed below.  Said envelopes were then hand delivered to a Federal Express office next day delivery.

Chambers of the Hon. Shelley C. Chapman
United States Bankruptcy Judge
U.S. Bankruptcy Court, So Dist. of NY
Courtroom 623
One Bowling Green
New York, NY  10004

Office of the U.S. Trustee
Attn:  William K. Harrington, Esq.;
Susan D. Golden, Esq.; and
Andrea B. Schwartz, Esq.
201 Varick Street, Suite 1006
New York, NY  10014

Weil, Gotshal & Manges LLP
Attn:  Jacqueline Marcus, Esq. and
Candace M. Arthur, Esq.
767 Fifth Ave.
New York, NY  10153
(*Counsel for Plan Administrator*)

DATED:  July 27, 2015

WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Mark S. Bostick*  _____
    Mark S. Bostick
    Attorneys for Claimants, Sylvia Vega-Sutfin,
    Michelle Seymour, Cheryl McNeil, Linda
    Howard-James, Isabel Guajardo and Denise
    Colombo