# **EXHIBIT A**

## CLAIMS OWNED BY CARVAL OR IN WHICH CARVAL HAS AN INTEREST

| ORIGINAL CLAIMANT | CLAIM NUMBER |
|---|---|
| BAYERISCHE HYPO -UND VEREINSBANK | 67464 |
| TIGER ASIA FUND LP | 14633 |
| TIGER ASIA OVERSEAS FUND LTD. | 14634 |
| DEPFA ACS BANK | 6943 |
| CLIKEO | 29356 |
| CREDIT FONCIER DE FRANCE SA | 17268 |
| DEUTSCHE PFANDBRIEFBK | 8721 |
| CASAM GLG EUROPEAN EQUITY MARKET | 42911 |
| PRACTIS 09.09 | 29354 |
| SWISS RE FINANCIAL PROD | 27879 |
| HSH NORDBANK AG | 30067 |
| CQS ABS MASTER FD LTD | 20766 |
| CLIKEO 3 | 29355 |
| 3I GROUP PLC | 19472 |
| DRAKKAR JULLIET 2011 | 29358 |
| BLUE MOUNTAIN EQU ALT MAST FUND | 24950 |
| INTESA SANPAOLO SPA MILAN | 11021 |
| CQS DIRECL OPPO MASTER FD | 66591 |
| PROTEIN 2 | 29364 |
| BLACK RIVER EMCO MASTER FUDN LTD | 45147 |
| LONDON SELECT FUND | 23593 |
| KOMMUNINVEST I SVERIGE | 2072 |
| CQS CAP STRUCTURE ARB MAST FD | 20762 |
| DEUTSCHE PFANDBRIEFBK | 17543 |
| CASAM GLG EUROPEAN LONG-SHORT FU | 42910 |
| BLACK RIVER EMRG MKTS CREDIT FD | 45149 |
| PULSIA 2 | 29363 |
| SWISS REINSURANCE CO ZURICH | 27877 |
| GENERALI ITALIA SPA | 17506 |
| BK POLSKA KASA OPIEKI (PEKAO) | 17737 |
| AXA LIFE LTD | 17827 |
| EUROPEAN CREDIT | 21777 |
| LILY POND MASTER FUND LTD | 21583 |
| THE COAST FUND L.P. | 22193 |
| Banca Profilo SpA | 66886 |
| CBARB | 64322 |
| SEMERIA MONDE | 29362 |
| RAIFFEISEN BANK ZRT | 13018 |
| EVOLUTION MASTER FUND LTD SEGREG | 10373 |
| DIVERSIFIED EUR CREDIT | 21776 |
| Assicurazioni Generali SPA | 17517 |
| VENDOME QUINTUPLE OPPORTUNITE VI | 29361 |
| EVERESET CAPITAL ASIA FUND | 33268 |
| ROTHORN FUND LTD | 3641 |
| AUGUSTUS GLOBAL RATES | 42912 |
| VENDOME OUINTUPLE OPPORTUN VIII | 29360 |
| DRAKKAR 30.04.2012 | 29359 |
| FILTREO CLIC | 29357 |
| BLACK RIVER CONV BONDS N DERIV F | 26154 |
| BRAHMAN PARTNERS II LP - NEW YOR | 25649 |
| BRAHMAM PARTNERS IV LP - NEW YOR | 25649 |
| SMOLANSKY FUND LTD | 3651 |
| BLACK RIVER CMDTY SELECT FD LTD | 22704 |
| LILY POND MASTER FUND LTD | 21592 |
| CQS ASIA MASTER FUND LTD | 20765 |
| RELATIVE EUROPEAN VALUE | 21558 |
| LILY POND MASTER FUND LTD | 21593 |
| WATERSTONE MRKT NTRL MAC 51 | 3645 |
| BCO POPULAR ESPANOL SA | 30091 |
| ROCKVIEW TRADING LTD | 33150 |
| BRAHMAN CPF PARTNERS LP | 19787 |
| BLUEBAY EMER BD SUB(SHINSEI) | 20078 |
| EAC PARTNERS MASTERS FUND LTD | 65988 |
| CIGOGNE ASSET MANAGEMENT SA | 18802 |
| BLUEBAY STRUC HY BD SUB(PANACEA) | 20092 |
| BLACK RIVER GLOBAL EQUITY FUND L | 26156 |
| CANYON VALUE REALIZ MAC 18 LTD | 3648 |
| VISIONGAIN CHINA ABS RETURN | 33604 |
| VINCI SA | 13031 |
| MS ALPHA ADVANTAGE | 27114 |
| MALAYAN BANKING BHD | 18065 |
| BANCA FIDEURAM SPA | 22045 |
| Arsago Global Macro Opportunities Master Segregated Portfolio | 28005 |
| CASTLE MARKET HOLDINGS LIMITED | 45308 |
| METLIFE ASSURANCE LIMITED | 26960 |
| MARATHON GLOBAL EQUITY MASTER FUND LTD | 23672 |
| ASIAN CENTURY QUEST OFFSHORE FUN | 33289 |
| ASIAN CENTURY QUEST FUND QP LP | 33287 |
| CAISSE REGIONALE DE CREDIT AGRICOLE MUTUEL CHARENTE-PERIGORD | 27706 |
| WELLS FARGO ADVANTAGE GLOBAL DIVIDEND OPPORTUNITY FUND | 29870 |
| ARSAGO STIRT SEGREGATED PORTFOLIO | 28003 |