WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                            :    Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (SCC)
                                                 :
                    Debtors.                     :    (Jointly Administered)
                                                 :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 49999], which was scheduled for August 4, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **September 9, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to the claim listed on Exhibit A annexed hereto.

WEIL:\95404469\1\58399.0011

The response deadline with respect to the claim listed on <u>Exhibit A</u> has been extended to

**August 24, 2015** at **4:00 p.m. (Eastern Time)**.

Dated:   July 28, 2015
         New York, New York

<u>/s/ Jacqueline Marcus</u>
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| Banca Monte dei Paschi di Siena spa | 28176 |