**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :  Chapter 11
**In re:**                                                       :
                                                                 :  Case No. 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                     :
                                                                 :  (Jointly Administered)
    **Debtors.**                              :
                                                                 :  Re: Docket No. 50466
                                                                 :
---------------------------------------------------------------- x

## CERTIFICATE OF SERVICE

    I, Jocelyn C. Kuo, a paralegal for the firm of Paul Hastings LLP, hereby certify under penalty of perjury that, on July 28, 2015, I served a copy of the *Preliminary Objection of CarVal Investors UK Limited to Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes* [Docket No. 50466], electronically by ECF and by overnight mail upon the following persons:

        Honorable Shelley C. Chapman
        One Bowling Green
        New York, New York 10004

        Garret A. Fail, Esq.,
        Weil, Gotshal & Manges LLP
        767 Fifth Avenue
        New York, New York 10153

        William K. Harrington, Esq.
        Office of the US Trustee
        U.S. Federal Office Building
        201 Varick Street, Room 1006
        New York, New York 10014

Dated: July 29, 2015                                                   */s/ Jocelyn C. Kuo*
                                                                             Jocelyn C. Kuo