**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
In re                                                                                  :        Chapter 11 Case No.
                                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**     :        08-13555 (SCC)
                                                                                           :
                                       Debtors.                             :        (Jointly Administered)
---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED THIRD
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF 50000] (the "Objection"), which was scheduled for August 4, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)** with respect to the claims listed on Exhibit A attached hereto.

[*Remainder of page intentionally left blank*]

Any responses to the Objection must be received no later than **September 2, 2015** **at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: July 29, 2015
      New York, New York

                **CURTIS, MALLET-PREVOST,**
                 **COLT & MOSLE LLP**

                By:  */s/ L. P. Harrison 3rd*
                    L. P. Harrison 3rd
                    Cindi Eilbott Giglio
                101 Park Avenue
                New York, New York 10178-0061
                (212) 696-6000

                *Counsel for Lehman Brothers Holdings Inc.*
                 *and Certain of Its Affiliates*

22767118

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| DEUTSCHE BANK AG | 26970 |
| DEUTSCHE BANK AG | 27141 |

22767118