**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re:                                                       :   Chapter 11
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :   Case No. 08-13555 (SCC)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
-------------------------------------------------------------x
                                                             :
LEHMAN BROTHERS SPECIAL FINANCING                            :
INC.,                                                        :   Adv. Proc. No. 13-01330 (SCC)
                                                             :
                    Plaintiff,                               :
                                                             :
    -against-                                                :
                                                             :
FEDERAL HOME LOAN BANK OF                                    :
CINCINNATI,                                                  :
                                                             :
                    Defendant.                               :
-------------------------------------------------------------x
```

## SECOND STIPULATED JOINT PRETRIAL SCHEDULING ORDER

WHEREAS, this Court previously so-ordered the Parties' Stipulated Joint Pretrial Scheduling Order, dated August 20, 2014 [Docket No. 32] (the "Stipulated Scheduling Order");

WHEREAS, the parties have met and conferred and agreed to extend various deadlines in the Stipulated Scheduling Order;

NOW, THEREFORE, the parties hereby stipulate and agree to modify the Stipulated Scheduling Order as follows:

1. The deadline for all fact discovery to be completed under paragraph 1 of the Stipulated Scheduling Order shall be October 23, 2015.

2. The deadline for the parties to serve Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) and requests for admissions under paragraph 2.E of the Stipulated Scheduling Order shall be September 23, 2015, and the deadline for responses under paragraph 2.E of the Stipulated Scheduling Order shall be October 23, 2015.

3. Depositions of fact witnesses under paragraph 2.K of the Stipulated Scheduling Order shall take place no earlier than June 1, 2015 and no later than October 23, 2015.

4. The deadline for the parties to disclose the identities of any testifying expert witnesses and serve any expert reports under paragraph 3 of the Stipulated Scheduling Order shall be November 20, 2015.

5. The deadline for the parties to serve any rebuttal expert reports under paragraph 4 of the Stipulated Scheduling Order shall be December 18, 2015.

6. Depositions of expert witnesses under paragraph 5 of the Stipulated Scheduling Order shall take place no earlier than January 4, 2016 and no later than January 29, 2016.

7. Subject to applicable rules, the deadline for the parties to request a pre-motion conference with respect to a dispositive motion under paragraph 6 of the Stipulated Scheduling Order shall be February 16, 2016. Absent further direction of the Court at a pre-motion conference or otherwise, any dispositive motions must be filed by March 30, 2016.

Dated: July 30, 2015
      New York, New York

*/s/ Laura Washington Sawyer*
Jayant W. Tambe
Laura Washington Sawyer
Benjamin Rosenblum
Mahesh Venkatakrishnan
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939

*Attorneys for Plaintiff*

Dated: July 30, 2015
      New York, New York

*/s/ Stephen L. Ratner*
Martin J. Bienenstock
Stephen L. Ratner
Philip M. Abelson
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000

TAFT STETTINIUS & HOLLISTER LLP
W. Timothy Miller, Esq.
W. Stuart Dornette, Esq.
425 Walnut Street, Suite 1800
Cincinnati, Ohio 45202
Telephone: (513) 381-2838

*Attorneys for Defendant*

Dated: _____, 2015    SO ORDERED
      New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

-3-