UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al.,

                    Debtor

-----------------------------------------------------------x

                    Plaintiff

           v.

                    Defendant

-----------------------------------------------------------x

Case No.: 08-13555JMP

Chapter 11

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nathan R. Jaskowiak, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Lehman Brothers Holdings Inc., a Plan Administrator on behalf of BNC Mortgage Inc. in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 22, 2015
San Francisco, ~~New York~~
California

/s/ Nathan Jaskowiak
*Mailing Address*:

KEESAL, YOUNG & LOGAN
450 Pacific Avenue
San Francisco, CA 94133
*E-mail address*: nathan.jaskowiak@kyl.com
*Telephone number*: (415) 398-6000

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice seeking admission *pro hac vice* of Nathan R. Jaskowiak, to represent Lehman Brothers Holdings Inc. (the "**Client**"), in its capacity as Plan Administrator on behalf of BNC Mortgage Inc., in the above-captioned proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of Califronia, it is hereby

ORDERED that Nathan R. Jaskowiak, Esq. is admitted to practice *pro hac vice*, in the above-captioned proceedings to represent the Client before the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2015
           New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE