Presentment Date and Time:  August 7, 2015 at 12:00 p.m. noon (Prevailing Eastern Time)
Objection Deadline:  August 6, 2015 at 4:00 p.m. (Prevailing Eastern Time)
Hearing Date and Time (Only if Objection Filed):  September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                        :
In re                                   :    Chapter 11 Case No.
                                        :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :    08-13555 (SCC)
                                        :
                  Debtors.              :    (Jointly Administered)
                                        :
-------------------------------------------------------------------x
```

**NOTICE OF PRESENTMENT OF**
**STIPULATION, AGREEMENT AND ORDER**
**GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

      **PLEASE TAKE NOTICE** that the undersigned will present the annexed Stipulation, Agreement and Order Granting Limited Relief From the Automatic Stay (the "Stipulation, Agreement and Order") to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **August 7, 2015 at 12:00 p.m. (Prevailing Eastern Time)**.

      **PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Stipulation, Agreement and Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to the undersigned and to the chambers of the Honorable Shelley C. Chapman so as to be received by **August 6, 2015 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Stipulation, Agreement and Order may be signed.

      **PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing will be held to consider the Stipulation, Agreement and Order on **September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 623, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: July 30, 2015
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95235537\5\58399.0011

WEIL GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STAES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|   |   |   |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
------------------------------------------------------------------------x

**STIPULATION, AGREEMENT AND ORDER**
**GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

Lehman Brothers Holdings Inc. ("LBHI"), in its capacity as Plan Administrator (the

"Plan Administrator") under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and Its Affiliated Debtors, on behalf of LB Rose Ranch LLC ("Rose

Ranch"), and Evanston Insurance Company ("Evanston"), by and through their respective

counsel, hereby enter into this Stipulation, Agreement and Order (the "Stipulation, Agreement

and Order") and represent and agree as follows:

**RECITALS**

A.     Commencing on September 15, 2008, and periodically thereafter, LBHI and

certain of its subsidiaries (collectively, the "Chapter 11 Entities") commenced voluntary cases

(collectively, the "Chapter 11 Cases") under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") in the Bankruptcy Court for the Southern District of New York (the

"Bankruptcy Court"). Rose Ranch commenced its Chapter 11 Case on February 9, 2009.

B.      On May 14, 2010, certain plaintiffs (collectively, the "Colorado Plaintiffs")

commenced an action captioned Vaughn Counts, et al. v. Ironbridge Homes, LLC, et al., (Case

No. 2010CV142) (the "Homeowners' Litigation") that currently is pending in the District Court

for Garfield County, Colorado (the "Colorado Court") against Rose Ranch, Ironbridge Homes,

LLC ("Ironbridge") and others.  The Homeowners' Litigation involves claims asserted by the

Colorado Plaintiffs arising out of certain alleged defects in the residences that the Colorado

Plaintiffs purchased from defendant Ironbridge Homes or one of its affiliates.

C.      The Homeowners' Litigation is continuing pursuant to so-ordered stipulations

entered by the Bankruptcy Court [ECF Nos. 22336 and 47130] providing for modification of the

automatic stay extant in the Chapter 11 Cases pursuant to section 362 of the Bankruptcy Code

(the "Automatic Stay") solely to the extent set forth therein.

D.      Ironbridge Homes is the insured party under a Commercial Lines Policy, policy

number 04GLP1007471 (the "Policy").[1]  Rose Ranch is an additional insured under the Policy.

E.      Both Ironbridge Homes and Rose Ranch have tendered their respective claims for

payment of defense costs incurred in the Homeowners' Litigation[2] to Evanston.

F.      Due to competing claims for coverage under the Policy, on December 31, 2014,

Evanston commenced an action in the Colorado Court, assigned case number 2014CV30354 (the

"Interpleader Action"), by the filing of a complaint (the "Complaint") against Rose Ranch,

Ironbridge Homes and other defendants.  The Complaint seeks (i) authority to interplead

$299,708.77, the remaining amount available under the Policy (the "Interpleader Amount"), and

---

[1] A copy of the Policy is annexed hereto as "Exhibit A".

[2] The Colorado Plaintiffs' claims against Ironbridge Homes and certain of its affiliates were stayed in favor of arbitration.

WEIL:\95235537\5\58399.0011

(ii) a declaration from the Colorado Court with respect to Evanston's rights, duties, and obligations under the Policy.

G.    Rose Ranch contends that the Interpleader Action may violate the Automatic Stay.

H.    In light of the foregoing, the Parties have agreed, subject to approval of the Bankruptcy Court, to modify the Automatic Stay for the limited purpose and subject to the terms and conditions set forth below.

**NOW, THEREFORE, UPON THE FOREGOING RECITALS, WHICH ARE INCORPORATED AS THOUGH FULLY SET FORTH HEREIN, IT IS HEREBY STIPULATED AND AGREED, BY AND BETWEEN THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL, AND UPON COURT APPROVAL HEREOF, IT SHALL BE ORDERED THAT:**

1.    This Stipulation and Order shall have no force or effect unless and until approved by the Court (the "Effective Date").

2.    Upon the Effective Date, the Automatic Stay extant in the Chapter 11 Cases of Rose Ranch shall be modified solely to the extent necessary to permit Evanston to proceed with the Interpleader Action solely to seek the relief set forth in the Complaint.

3.    Notwithstanding paragraph 2 above, nothing contained herein shall be construed as a waiver by Rose Ranch of its right to (i) object to any and all claims of other defendants in the Interpleader Action to the Interpleader Amount; (ii) raise any cross claims, counterclaims or defenses in the Interpleader Action; or (iii) contest or object to the relief requested in the Complaint on any grounds other than that the commencement of the Interpleader Action and the relief requested in the Complaint constitutes a violation of the Automatic Stay.

4.    The limited relief set forth herein shall not be construed as an admission of liability by the Chapter 11 Entities or any of their non-debtor affiliates regarding any claim or

3

cause of action arising from or in relation to the Interpleader Action, the Policy, or any other matter.

5.    To the extent applicable, neither the post-discharge injunction of section 524 of the Bankruptcy Code nor the terms of the confirmed Modified Third Amended Joint Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors shall in any way be interpreted to preclude or bar Evanston from proceeding with the Interpleader Action solely to seek the relief set forth in the Complaint.

6.    This Stipulation, Agreement, and Order shall constitute the entire agreement and understanding of the Parties relating to the subject matter hereof and supersedes all prior agreements and understandings relating to the subject matter hereof.

7.    The person who executes this Stipulation, Agreement and Order by or on behalf of each respective Party represents and warrants that he or she has been duly authorized and empowered to execute and deliver this Stipulation, Agreement and Order on behalf of such Party.

8.    This Stipulation, Agreement and Order may be executed in counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument, and it shall constitute sufficient proof of this Stipulation, Agreement and Order to present any copies, electronic copies, or facsimiles signed by the Parties here to be charged.

9.    This Stipulation, Agreement and Order can only be amended or otherwise modified by a signed writing executed by the Parties, or by further Court order.

10.    This Stipulation, Agreement, and Order shall be governed by the laws of the State of New York, without regard to the application of New York's conflict of law principles.

4

11.     The Bankruptcy Court shall retain jurisdiction to resolve any disputes or

controversies arising from this Stipulation, Agreement and Order.

Dated:  July 30, 2015
      New York, New York

/s/ Suzanne M. Meintzer_____
Joseph F. Bermudez
Suzanne M. Meintzer
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
1225 17th Street, 27th Floor
Denver, Colorado 80202
Telephone: (303) 572-5300


Attorneys for Evanston Insurance Company

/s/ Jacqueline Marcus _____
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates



SO ORDERED, this
_____ day of July 2015


_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

WEIL:\95235537\5\58399.0011

**Exhibit A**

**Policy**

 

**EVANSTON INSURANCE COMPANY**
310 HIGHWAY 35 SOUTH
RED BANK NJ 07701

## NOTICE OF NONRENEWAL OF INSURANCE

Named Insured & Mailing Address:

IRONBRIDGE HOMES, LLC
310 AIRPORT BUSINESS CENTER
ASPEN CO 81611

Producer: 67700

PARTNERS SPECIALTY GROUP
444 WEST 47TH STREET
SUITE 300
KANSAS CITY MO 64112

Policy No.:  04GLP1007471
Type of Policy:  GENERAL LIABILITY OCCURRENCE
Date of Expiration:  12/08/2005; 12:01 A.M. Local Time at the mailing address of the Named Insured.

We will not renew this policy when it expires.  Your insurance will cease on the Expiration Date shown above.

The reason for nonrenewal is  we are no longer a market for any construction business in Colorado.

# Home Office Copy

Named Insured

IRONBRIDGE HOMES, LLC
310 AIRPORT BUSINESS CENTER
ASPEN CO 81611

Date Mailed:
11th day of October, 2005

AUTHORIZED REPRESENTATIVE

COCN15NONE APP
10102005MNNY
Page 1 of 1

FORM# CN9697CO51995
ODEN 3.0.05.09b

Copy for Named Insured

EVANSTON INSURANCE COMPANY
310 HIGHWAY 35 SOUTH
RED BANK NJ 07701

Named Insured: IRONBRIDGE HOMES, LLC                    Policy Number: 04GLP1007471

This page is separate and independent from the notice given.
We are informing you that the following parties were notified of this action.

**PARTIES NOTIFIED**

Named Insured
Ironbridge Homes, LLC
310 Airport Business Center
Aspen CO 81611

Producer
PARTNERS SPECIALTY GROUP
444 WEST 47TH STREET
SUITE 300
KANSAS CITY MO 64112



# GENERAL CHANGE ENDORSEMENT

| | |
|---|---|
| **Named Insured:** | **Ironbridge Homes, LLC** |
| **Policy No:** | **04GLP1007471** |
| **Endorsement Effective Date:** | **12/8/04** |
| **Endorsement No:** | **1** |
| **Company:** | **Evanston Insurance Company** |

It is understood and agreed that the following Named Insured are added to the policy:

LB Rose Ranch, LLC

**CODED**

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

_____
Signature of Authorized Representative

IG00050396

 **EVANSTON INSURANCE COMPANY**

# COMMERCIAL GENERAL
# LIABILITY POLICY

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its President and Secretary, but this policy shall not be valid unless countersigned on the Declarations page by a duly authorized representative of this Company.


_Kathleen Anne Sturgeon_
Secretary

_Gerald Albause Jr_
President

# EVANSTON INSURANCE COMPANY
## COMMERCIAL LINES POLICY
## COMMON POLICY DECLARATIONS

New

Renewal of Number

**Producer**
Partners Specialty Group, Inc.
67700

**Policy No.** 04GLP1007471

Named Insured and Mailing Address (No. Street, Town or City, County, State, Zip Code)
Ironbridge Homes, LLC
310 Airport Business Center
Aspen, CO 81611

**Policy Period: From** 12/8/2004 **to** 12/8/2005    **at 12:01 am Standard Time at your mailing address shown above**

**Business Description:** Residential Home Builder

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | **PREMIUM** |
|---|---|
| Commercial General Liability Coverage Part | $150,000.00 |

**TOTAL PREMIUMS** $150,000.00

Audit Period: Non-Auditable Unless Indicated by (X)
☒Annual  ☐Semi-Annual  ☐Quarterly  ☐Monthly  ☐Other  ☐Policy Expiration

Form(s) and Endorsements(s) made a part of this policy at time of issue*:
CL150-1185, IG00010904, IL0017(1185)
IG00800599

*Omits applicable Forms and Endorsements if shown in specific Coverage Part/Coverage Form Declarations.

12/14/2004    By _____
Authorized Representative

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.    **File Copy 1**
Copyright, Insurance Services Office, Inc. 1983, 1984    JDL 190(0)X  (Ed. 11-85)

# COMMERCIAL GENERAL LIABILITY COVERAGE PART
## DECLARATIONS

**Policy No.** 04GLP1007471                    Effective Date: 12/8/2004 12:01 A.M., Standard Time**

## LIMITS OF INSURANCE

| | |
|---|---|
| General Aggregate Limit (Other Than Products - Completed Operations) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $1,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Fire Damage Limit | $50,000 Any One Fire |
| Medical Expense Limit | $0 Any One Person |

## RETROACTIVE DATE (CG 00 02 only)

Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before Retroactive Date, if any, shown here: _____

(Enter Date or "None" if no Retroactive Date applies)

## FORM OF BUSINESS AND LOCATION OF PREMISES

Form of Business:

☐ Individual  ☐ Joint Venture  ☐ Partnership  ☒ Organization (Other than Partnership or Joint Venture)

Location of Premises You Own, Rent, or Occupy:
310 Airport Business Center, Aspen, CO 81611

## PREMIUM

| Classification | Code No. | Premium Basis | | Composite Rate | Advanced Premium |
|---|---|---|---|---|---|
| Residential Home Builder | 99998 | $4,500,000 | Per $1000 of Gross Receipts | $33.34 | $150,000.00 |
| | | | | | |
| | Minimum Annual Premium | $150,000.00 | Total Advance Premium | | $150,000.00 |

## FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
CG21351093, CG21441185, CG22431185, GL00010899, IC00261001, IC00400701, IC00410396, IC00430396, IC01220298, IC01870496, IC02700102, IC03030702, IC03330104, IC03590204, IC03690604, IG00630401, IG00760104

*Information omitted if shown elsewhere in the policy.

**Inclusion of date optional.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

CL 150 (Ed. 11-85) Includes copyrighted material of Insurance Services Office, Inc. with it's permission. Copyright, Insurance Services Office, Inc. 1983, 1984



Policy Number:  04GLP1007471

Named Insured:  Ironbridge Homes, LLC

# POLICY FORMS LISTING

The following forms have been attached to this policy:

| | |
|---|---|
| CG21351093 | - Exclusion Medical Payments |
| CG21441185 | - Limitation of coverage to des. premises or pr |
| CG22431185 | - Engineers Arch or Surveyors Proff Lia Excl |
| CL150-1185 | - General Liability Coverage Part |
| EVGLCOV | - Evanston General Liability Policy Jacket |
| GL00010899 | - Commercial General Liability Coverage Form |
| IC00261001 | - Limitation of Coverage - Limits of Liability |
| IC00400701 | - Self-Insured Retention Endorsement |
| IC00410396 | - Punitive or Exemplary Damages Exclusion |
| IC00430396 | - Professional Liability Exclusion |
| IC01220298 | - Contractors Special Cond casualty |
| IC01870496 | - Amendment of limits - Aggs apply more than 1 year |
| IC02700102 | - Terrorism Exclusion - Occurrence |
| IC03030702 | - Condominium, Townhouse and Co-Op Housing Exclusion |
| IC03330104 | - Contractors & Developers Amendatory Endorsement A |
| IC03590204 | - State Operations Exclusion |
| IC03690604 | - Definition of Gross Receipts / Sales Endorsement |
| IG00010904 | - Service of Suit Clause |
| IG00630401 | - Minimum Premium Endorsement |
| IG00760104 | - Fully Retained Premium Provision |
| IG00800599 | - Policy Forms Listing |
| IL0017(1185) | - Common Policy Conditions |
| JDL190(11-85) | - Common Policy Declaration |
| PCOVERST | - Policy Form Cover Sheet (IUM USE ONLY) |



# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.
2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.
3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.
4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.
5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.
6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. CHANGES

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. EXAMINATION OF YOUR BOOKS AND RECORDS

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

IL00171185                                        Page 1 of 2

## D. INSPECTIONS AND SURVEYS

We have the right but are not obligated to:
1. Make inspections and surveys at any time;
2. Give you reports on the conditions we find; and
3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public.

And we do not warrant that conditions:
1. Are safe or healthful; or
2. Comply with laws, regulations, codes or standards.

This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

## E. PREMIUMS

The first Named Insured shown in the Declarations:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

## F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

 

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION - COVERAGE C - MEDICAL PAYMENTS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

### SCHEDULE

**Description and Location of Premises or Classification:**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any premises or classification shown in the Schedule, coverage C.  MEDICAL PAYMENTS (Section I) does not apply and none of the references to it in the Coverage Part apply.

The following is added to SUPPLEMENTARY PAYMENTS (Section I):

8.    Expenses incurred by the insured for first aid administered to others at the time of an accident for "bodily injury" to which this insurance applies.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - ENGINEERS, ARCHITECTS OR SURVEYORS PROFESSIONAL LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART.**

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of the rendering or failure to render any professional services by or for you, including:

1. The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

2. Supervisory, inspection or engineering services.

CG22431185    Copyright, Insurance Services Office, Inc., 1984, 1992

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE - LIMITS OF LIABILITY

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**

Section III Limits of Insurance and Supplementary Payments Coverages A & B are both amended to show that the Supplementary Payments Coverages A & B will reduce the Limits of Insurance.

**IC00261001**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## SELF-INSURED RETENTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART**

It is understood and agreed that such insurance as provided by this policy, specifically the Insuring Agreement and Supplementary Payments Provisions are modified and subject to the following provisions:

1.  The total limit of liability of the Company as stated in the policy declarations shall apply excess of the retained limit (herein called the Self-Insured Retention) as stated in the endorsement, and the Named Insured agrees to assume this retained limit:

    Self Insured Retention:    $100,000 _____ per occurrence
    XXXXX _____ per claim

    Annual Aggregate Retention:  N/A _____

2.  The Company's obligation under this policy applies only to the amount excess of the Self-Insured Retention.  Your bankruptcy, insolvency, or inability to pay the Self-Insured Retention shall not increase our obligation under the policy.

    The Insured shall have the obligation to provide, at his own expense, proper defense and investigation of any claim and to accept any reasonable offer of settlement within the Self-Insured Retention.  The Insured's obligation to provide for his own defense is terminated upon the exhaustion of the Self-Insured Retention referenced above.  In the event that there is any other insurance, whether or not collectible, applicable to an occurrence, claim or suit within the Self-Insured Retention, the Insured must make actual payment for the full Self-Insured Retention amount before the limits of insurance under this policy apply.  **Compliance with this clause is a condition precedent for coverage under this policy.  In the event of the failure of the Insured to comply with this clause, no loss, cost or expense shall be payable by the Company.**

3.  In the event of a claim or claims arising which appear likely to exceed the Self-Insured Retention, no costs, other than adjusting expenses, shall be incurred by the Insured without the written consent of the Company.

IC00400701                           **Page 1 of 3**

4.   The Company shall have the right, but not the duty, in all cases to assume charge of the investigation, defense and/or settlement of any claim and upon written request from the Company the Insured shall pay directly any expense or loss incurred by the Company in the investigation, defense and/or settlement of any claim or reimburse the Company for any and all amounts paid by the Company within the Self-Insured Retention.

5.   Amended Section IV - Commercial General Liability Conditions 2 - "Insured's Duties in the Event of Occurrence, Claim or Suit" is eliminated from the Policy in its entirety and the following wording substituted therefore:

a)   The Insured or his TPA shall provide the Company with loss runs on a quarterly basis of all claims which may affect this policy. Such reports shall include the name of the claimant, date of loss, description of loss, type of injury, indicate open or closed status, date the claim was reported, the amount of paid loss and expense and the estimated future amount of loss and expense. Each report is to be submitted with twenty (20) days following the end of each quarterly period, after expiration on a quarterly basis until there are no open claims and they will apply in addition to the items listed in Paragraph 5(c) below.

b)   The Insured or the TPA shall report promptly to the Company each claim or loss for which the estimated amount of net loss is 50% or more of the Self-Insured Retention listed above.

c)   The Insured or the TPA shall report all cases of serious injury which, notwithstanding consideration of liability or coverage might involve this insurance but not limited to the following:
1)   Cord injury - paraplegia, quadriplegia;
2)   Amputations - requiring a prosthesis;
3)   Brain damage affecting mentality or central nervous system such as permanent disorientation, behavior disorder, personality change, seizures, motor deficit, inability to speak (aphasia), hemiplegia or unconsciousness (comatose);
4)   Blindness;
5)   Burns - involving over 10% of body with third degree, or 30% of body with second degree;
6)   Multiple fractures - involving more than one member or non-union;
7)   Fracture of both heel bones (fractured bilateral or calcis);
8)   Nerve Damage causing paralysis and loss of sensation in arm and hand (brachial plexus nerve damage);
9)   Massive internal injuries affecting body organs;
10)  Injury to nerves at base of spinal canal (Cauda Equina) or any other back injury resulting from incontinence of bowel and/or bladder;
11)  Fatalities;
12)  Any other serious injury which, in the judgment of the Insured, might involve the Company;

IC00400701                    **Page 2 of 3**

13) Sexual Assault / Molestation
14) All construction defect claims.

**It is agreed that the above reporting requirements shall be a condition precedent to coverage. Notwithstanding the above provisions the responsibility to guarantee proper reporting remains that of the Insured. The failure of the insured to comply with the reporting requirements may result in a denial of coverage under the policy.**

d)  The Insured shall cooperate with the Company and, upon the Company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the Insured because of liability with respect to which insurance is afforded under the policy; and the Insured shall attend hearings and trials and assist in securing and giving evidence and obtaining witnesses.

6.  The insured shall at all times:

a)  Give to the Company, or their duly appointed representatives, such information, assistance, and signed statements as the Company may require, and

b)  Assist in the defense of any claim without charge to the Company.

7.  The Insured shall indemnify and hold harmless the Company from any and all loss and all costs, including but not limited to adjusting expense and attorneys fees incurred in the investigation, defense and/or settlement of any claim incurred by the Company included within the Self-Insured Retention.

The Insured shall further indemnify and hold the Company harmless from any and all costs incurred by the Company including but not limited to the reasonable value of company employee services and attorney's fees incurred in the enforcement of this agreement.

IC00400701                          **Page 3 of 3**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## PUNITIVE OR EXEMPLARY DAMAGES EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged and regardless of any other provisions, this policy does not apply to punitive or exemplary damages.

**IC00410396**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# PROFESSIONAL LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged, it is agreed that the policy shall not apply to loss, cost or expense arising out of "Bodily Injury", "Property Damage", "Personal Injury" or "Advertising Injury", arising out of the rendering of or failure to render any professional services in the conduct of the Insured's business.

**IC00430396**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTORS SPECIAL CONDITIONS

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following condition has been added to the policy:

CONTRACTORS SPECIAL CONDITIONS

You will obtain certificates of insurance from all independent contractors providing evidence of:

1. Limits of liability equal to or greater than the coverages provided by this policy;

2. Commercial General Liability coverage equal to or broader than the coverages provided by this policy.

3. Workers Compensation Insurance in compliance with the statutes of the applicable states.

4. Independent Contractors must name the Named Insured as an additional insured.

Failure to comply with this condition does not alter the coverage provided by this policy.  However, should you fail to comply, independent contractors will be considered your employees and a premium charge will be made accordingly.  The entire cost of all work sublet will be used as our exposure base for the work performed.

**IC01220298**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# AMENDMENT OF LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE FORM**

Section III - Limits of Insurance of GL00010899 Commercial General Liability Coverage Form is deleted in its entirety and replaced by the following:

**Section III - Limits of Insurance**

1.  The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

    a.  Insureds;

    b.  Claims made or "suits" brought; or

    c.  Persons or organizations making claims or bringing "suits".

2.  The General Aggregate Limit is the most we will pay for the sum of:

    a.  Medical expenses under Coverage C;

    b.  Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

    c.  Damages under Coverage B;

    incurred within the policy period as stated in the Declarations.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard".

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5.      Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a.      Damages under Coverage A; and

b.      Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6.      Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7.      Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

**IC01870496**                              Page 2 of 2

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY**

# TERRORISM EXCLUSION
# WITH AN AMENDMENT TO THE WAR EXCLUSION

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE 2. Exclusions, i. War** is deleted in its entirety and replaced with the following:

**i.   War**

"Bodily injury" or "property damage" arising directly or indirectly as a result of or in connection with war, whether declared or not, or any act or condition incident to war.  War includes civil war, insurrection, act of foreign enemy, civil commotion, factional civil commotion, military or usurped power, rebellion or revolution.

**SECTION I – COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY, 2. Exclusions,** is amended with the addition of the following exclusion:

**"Terrorism"**

"Bodily injury" or "property damage" arising directly or indirectly as a result of or in connection with "terrorism", including but not limited to, any contemporaneous or ensuing "bodily injury" or "property damage" caused by fire, looting or theft.

**SECTION I – COVERAGE, COVERAGE B PERSONAL INJURY AND ADVERTISING INJURY LIABILITY, 2. Exclusions,** is amended with the addition of the following exclusions:

**War**

"Personal and advertising injury" arising directly or indirectly as a result of or in connection with war, whether declared or not, or any act or condition incident to war.  War includes civil war, insurrection, act of foreign enemy, civil commotion, factional civil commotion, military or usurped power, rebellion or revolution.

IC02700102                                      **Page 1 of 2**



**"Terrorism"**

"Personal and advertising injury" arising directly or indirectly as a result of or in connection with "terrorism", including but not limited to any contemporaneous or ensuring "personal and advertising injury" caused by fire, looting or theft.

**SECTION I – COVERAGES, COVERAGE C MEDICAL PAYMENTS, 2. Exclusions,** is amended to add the following exclusion:

**"Terrorism"**

"Bodily injury" arising directly or indirectly as a result or in connection with "terrorism", including but not limited to, any contemporaneous or ensuing "bodily injury" or "property damage" caused by fire, looting or theft.

**SECTION V – DEFINITIONS** is amended to add:

"Terrorism" means the use or threatened use of force or violence against person or property, or commission of an act dangerous to human life or property, or commission of an act that interferes with or disrupts an electronic or communication system, undertaken by any person or group, whether or not acting on behalf of or in any connection with any organization, government, power, authority or military force, when the effect is to intimidate, coerce or harm a government, the civilian population or any segment thereof, or to disrupt any segment of the economy.

"Terrorism" shall also include any act which is verified or recognized by the United States as an act of terrorism.

# CONDOMINIUM, TOWNHOUSE AND CO-OPERATIVE HOUSING EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In consideration of the premium charged, it is hereby understood and agreed by the Named Insured that coverage afforded by this policy does not apply to any Bodily Injury or Property Damage arising from the construction, development, renovation or demolition of multi-family dwelling units owned as condominiums or under any other form of co-operative housing. This exclusion applies regardless of the original purpose or design of the units at the time of construction, if the claim is made, or suit is brought by, or on behalf of, any cooperative housing entity, or by one or more unit owners governed by any cooperative housing agreement.

**IC03030702**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT
CAREFULLY.**

## CONTRACTORS AND DEVELOPERS AMENDATORY
## ENDORSEMENT A

**This endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS HAZARD
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

**SECTION 1 – COVERAGES COVERAGE A. BODILY INJURY AND
PROPERTY DAMAGE LIABILITY 1.** Insuring Agreement. a. is deleted in its
entirety and replaced with the following:

    **a.** We will pay those sums that the Insured becomes legally obligated to pay
as damages because of "bodily injury" or "property damage" to which this
insurance applies. We will have the right and duty to defend any "suit"
seeking those damages, provided, however, that no other insurance
affording a defense or indemnity against such "suit" is available to the
insured. In the event that any other insurer has a duty to defend the "suit"
then we will have no duty to defend, or to contribute to the defense, of the
insured. We may at our discretion investigate any "occurrence" and settle
any claim or "suit" that may result. But:

    (1)   The amount we will pay for damages is limited as described in LIMITS OF
INSURANCE (SECTION III): and

    (2)   Our right and duty to defend end when we have used up the applicable
limit of insurance in the payment of "Third-party defense costs" and
judgments or settlements under Coverages A or B or medical expenses
under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered
unless explicitly provided for under SUPPLEMENTARY PAYMENTS -
COVERAGES A and B.

IC03330104

**Page 1 of 5**

**The following exclusions are applicable to Coverage A, B and C:** ·

**Mold and Microbiological Contamination**

This insurance does not apply to any claim for "bodily injury", "property damage", "personal injury" or "advertising injury" or to any costs or expenses to investigate or defend any claim or "suit" or payment of any fine or penalty, caused by, arising out of, relating to, resulting from, contributed to, or aggravated by, in whole or in part, by the actual, alleged or threatened contact with, exposure to, or inhalation, ingestion, absorption, discharge, dispersal, seepage, migration, infiltration, infestation, release, escape, presence, growth, production or reproduction of any mold, mildew, fungus, decay, mycotoxin, bacterium or any other microbiological or etiological agent or substance of any kind whatsoever, including toxins, spores or other substances derived therefrom, regardless of the cause, whether natural or manmade.

This exclusion applies whether or not the "bodily injury," "property damage" and "personal injury" or "advertising injury" is included within the "products-completed operations hazard;"

**Subsidence / Earth Movement**

This insurance does not apply to any claim for "bodily injury" or "property damage" caused by, arising out of, relating to, resulting from, contributed to, or aggravated by any actual or alleged "movement of land or earth."

"Movement of land or earth" means:

movement in any direction, including but not limited to, instability, rising, upheaval, expansion, subsidence, settling, sinking, shrinkage, slipping, falling away, tilting, caving in, eroding, shifting in a horizontal or sideways direction, mud flow, mudslide or earthquake or any other movement of land or earth, regardless of the cause, whether manmade or natural.

**Non Cumulative Coverage**

This insurance shall not apply to any claim or "suit" if any other insurance issued by the Company, or by any insurer affiliated with the Company, to an insured under this policy also applies, if such other insurance was issued or incepted prior to the effective date of this policy. This exclusion shall not apply if such other insurance is exhausted through the payment of claims.

IC03330104                                                    Page 2 of 5

**No Drop Down**

In the event that this insurance is subject to a retained limit, Self Insured Retention or is in anyway excess to any other insurance, the inability of the insured, or any other party, or any underlying insurer to fund the retained limit or Self Insured Retention or underlying limit shall not increase the company's obligations. The Company shall have no obligation to defend or indemnify any insured for sums within the retained limit or self insured retention.

**Breach of Contract**

This insurance does not apply to any "bodily injury" or "property damage" arising out of, caused by, or contributed to by your failing to fulfill the terms of a contract or agreement. The company shall have no obligation to defend or indemnify any insured for any alleged breach of contract, whether such contract is written, oral or implied in law or in fact.

The Company shall have no obligation to indemnify you for any sums which you may be found legally obligated to pay as a result of the breach of any such contract, or as a result or the breach of any warranty, whether express or implied.

**EIFS Systems**

This insurance does not apply to any "Property Damage" or "Bodily Injury" resulting from the sale, distribution, handling , or installation of any class Exterior Insulation and Finish System (EIFS), regardless of the brand name of the system installed.

**The definition of Products/Completed Operations Hazard in SECTION V – DEFINITIONS is deleted in its entirety and replaced by the following:**

"Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1)    Products that are still in your physical possession; or

(2)    Work that has not yet been completed or abandoned.

a.    "Your work" will be deemed completed at the earliest of the following times:

(1)    When all of the work called for in your contract has been completed.

(2)    When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3)    When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.    This hazard does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

(4) Any claim or "suit" arising out of or attributable to a "Project", or any part thereof, unless the dwelling, lot, building or structure out of which the claim or "suit" arose was first sold or conveyed during the policy period. Where more than one dwelling, building or structures within a "Project" are the subject of a claim or "suit", this insurance shall only apply to those dwellings, buildings or structures which were first sold or conveyed during the policy period. Where a claim or "suit" seeks damages arising out of common area improvements within or associated with or connected to a "Project", or any common area improvements that are not conveyed or sold to third parties, or are conveyed or sold to a common area interest corporation, by any name, or to any governmental entity or quasi governmental entity, this insurance shall only apply to such common area improvements if the first unit, dwelling, lot, building or structure was sold or conveyed or closed escrow during the policy period.



"Project" means any real estate development built pursuant to a single master plan regardless of whether the entire "project" is constructed at one time or is built in two or more discrete and/or overlapping phases and regardless of whether the owner, developer, general contractor, engineer, project manager, subcontractors or anyone else performing work of any kind whatsoever at any time on the "project" remain the same or change during the design, planning and/or construction of the "project" or any phase thereof.

**The following is added to SECTION V – DEFINITIONS:**

"Third Party Defense Costs" means any sum expended by us in the defense of any claim or suit where the company must pay for, in whole or in part, or indemnify you, in whole or in part, for the cost of defending any party other than you, regardless of whether the third party defended is an additional insured or the obligation to indemnify for defense costs is an obligation you undertook by contract or agreement, and such contract or agreement is an "insured contract". All such payments will reduce the limit of liability.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# DEFINITION OF GROSS RECEIPTS / SALES ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is hereby understood and agreed that for the purpose of this policy the Definition of Gross Sales / Receipts is as follows:

1. Definition

   The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:
   a. All goods or products, sold or distributed:
   b. Operations performed during the policy period; and
   c. Rentals.
   d. Dues or fees

2. Exclusions

   The following items shall be deducted from gross sales:
   a. Sales or excise taxes which are collected and submitted to a governmental division;
   b. Credits for repossessed merchandise and products returned. Allowances for damaged and spoiled goods;
   c. Finance charges for items sold on installments;
   d. Freight charges on sales if freight is charged as a separate item on customers invoice; and
   e. Royalty income from patent rights or copyrights, which are not product sales.

**IC03690604**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT CLAUSE

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**
**COMMERCIAL PROPERTY COVERAGE PART**

It is agreed that in the event of the failure of the Insurer hereon to pay any amount claimed to be due hereunder, the Insurer hereon, at the request of the Insured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States of America and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that service of process in such suit may be made upon Alex Sardinia, Vice President, Claims Manager 310 Highway 35 South, Red Bank, NJ 07701 or his designee, and that, in any suit instituted under this contract, the Insurer hereon will abide by the final decision of such Court or of any Appellate Court in the event of an appeal.

The above named is authorized and directed to accept service of process on behalf of the Insurer in any such suit and/or upon the request of the Insured to give a written undertaking to the Insured that it or they will enter a general appearance upon the Insurer's behalf in the event such suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States of America, which make provision therefore, the Insurer hereon hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the statute, or his successor or his successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the Insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designates the above named as the person to whom the said officer is authorized to mail such process of true copy thereof.

IG00010904

# MINIMUM PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

This policy has a minimum amount of premium that applies to the term of insurance as listed on the policy. Unless otherwise stated, the minimum premium is equal to the advance and deposit premium as shown in the declarations, adjusted for subsequent endorsements. In the event that audit premiums are greater than the advance and deposit premium, the additional premium is due and payable upon notice to the insured. If audit premiums are less than the deposit, then the Company shall retain the advance and deposit premium.

If this insurance is cancelled, the minimum premium is determined as set forth in the Minimum Retained Premium Provision or Fully Retained Premium Provisions.

For the purpose of this policy, terms are defined as follows:

Advance and Deposit Premium - that premium which is stated in the policy declarations and payable in full by the insured at policy inception.

Minimum Premium - is  100  % of the advanced and deposit premium as stated in the policy declarations.

**IG00630401**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## FULLY RETAINED PREMIUM PROVISION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**
**PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART**
**OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

In the event of cancellation by the insured within the first 90 days of coverage, the Minimum Premium retained by the Company for this policy is 25% of the Advance and Deposit premium.

In the event of cancellation by the insured after 90 days of coverage, the Minimum Premium retained by the Company for this policy is 100% of the Advanced and Deposit Premium.

In no event will the Minimum Retained Premium be less than 25% of the Minimum and Deposit Premium.

It is further agreed that cancellation for non-payment of premium after the effective date of the policy shall be deemed a request by the named insured for cancellation of this policy, thereby activating the foregoing Fully Retained Premium Provision.

IG00760104



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PROJECT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

**SCHEDULE**

**Projects:**

    **9 Single Family Detached Homes in Glenwood Springs, CO**

        **Lot 166 – 0067 River Bend Way**
        **Lot 147 – 0026 River Bend Way**
        **Lot 148 – 0054 Silver Mountain Drive**
        **Lot 141 – 0119 White Peaks Lane**
        **Lot 142 – 0099 White Peaks Lane**
        **Lot 138 – 0116 White Peaks Lane**
        **Lot 137 – 0092 White Peaks Lane**
        **Lot 167 – 0091 River Bend Way**
        **Lot 143 – 0081 White Peaks Lane**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal injury", "advertising injury" and medical expenses arising out of:

1.    The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.    The project shown in the Schedule.

**CG21441185**       Copyright, Insurance Services Office, Inc. 1984, 1992



**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# STATE OPERATIONS EXCLUSION

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART**

It is hereby understood and agreed that no insurance coverage is provided under this policy to defend or indemnify any insured for "bodily injury" or "property damage" or "personal injury" arising out of any insured operation or any insured contractual obligation in the following states:

      Alaska
      Arizona
      Hawaii
      Louisiana
      Nevada
      New York
      Oregon
      South Carolina
      Texas
      Washington

All other terms and conditions of this policy remain unchanged.

**IC03590204**

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "Insured" means any person or organization qualifying as such under **WHO IS AN INSURED (SECTION II)**.

Other words and phrases that appear in quotation marks have special meaning. Refer to **DEFINITIONS (SECTION V)**.

## SECTION I - COVERAGES
## COVERAGE A. BODILY INJURY & PROPERTY DAMAGE LIABILITY

1.  **Insuring Agreement.**

    a.  We will pay those sums that the Insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" and settle any claim or "suit" that may result. But:

        (1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

        (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

        No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES · A AND B.

    b.  This insurance applies to "bodily injury" and "property damage" only if:

        (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2) The "bodily injury" or "property damage" occurs during the policy period.

    c.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2.  **Exclusions.**

    This insurance does not apply to:

    a.  **Expected or Intended Injury**

        "Bodily injury" or "property damage" expected or intended from the standpoint of any insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

    b.  **Contractual Liability**

        "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        (1) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

        (2) That the insured would have in the absence of the contract or agreement.

    c.  **Liquor Liability**

        "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

        (1) Causing of contributing to the intoxication of any person;

        (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

        (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

        This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

    d.  **Workers Compensation & Similar Laws**

        Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

    e.  **Employer's Liability**

        "Bodily Injury" to:

        (1) An "employee" of the insured arising out of and in the course of:

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies :

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

(2) Any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals, electromagnetic fields and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

Paragraph (1) does not apply to "Bodily injury" or "property damage" arising out of heat, smoke, or fumes from a hostile fire;

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or loaned to, any insured;

(b) At or from any premises, site or location on which any insured or any contractor or subcontractor working directly or

indirectly on any insured's behalf are performing operations;

(i) if the pollutants are brought on or to the premises, site or location in connection with such operation by such insured, contractor or subcontractor.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

g. **Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) less than 26 feet long; and

(b) not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h. **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i. **War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war,

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.    Damage to Property**

"Property damage" to:

**(1)**  Property you own, rent or occupy;

**(2)**  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)**  Property loaned to you;

**(4)**  Personal property in the care, custody or control of the insured;

**(5)**  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)**  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3), (4), (5),** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.    Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.    Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.    Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)**  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)**  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.    Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)**  "Your product";

**(2)**  "Your work"; or

**(3)**  "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

**o.    Employment-Related Practices**

"Bodily injury" to:

**(1)**  A person arising out of any:

  **(a)**  Refusal to employ that person;

  **(b)**  Termination of that person's employment; or

  **(c)**  Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)**  The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(1) (a), (b)** or **(c)** above is directed.

This exclusion applies:

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**p.  Cross Suits**

It is agreed that this insurance does not apply to any liability of one insured for "bodily injury" or "property damage" to the property or person of another insured.

**q.  Wrap-Up**

"Bodily injury" and "property damage" arising out of any work and/or project under a wrap-up or any similar rating plan.

**r.  Asbestos**

**(1)** asbestos, asbestos fibers, asbestiform talc or any material and/or substances containing asbestos, asbestos fibers or asbestiform talc or any asbestos related "bodily injury" or "property damage", or exposure to asbestos, asbestos fibers or asbestiform talc in any form, and/or manifestation of any asbestos related "bodily injury", including but not limited to asbestosis mesothelioma and/or bronchogenic carcinoma; or

**(2)** any alleged act, error, omission or duty involving asbestos, asbestos fibers, asbestiform talc or any material and/or substances containing asbestos, asbestos fibers or asbestiform talc its use, exposure, presence, existence, detection, removal, elimination or avoidance; or

**(3)** the use, exposure, presence, existence, detection, removal, elimination or avoidance of asbestos, asbestos fibers, asbestiform talc or any material and/or substances containing asbestos, asbestos fibers or asbestiform talc in any environment, building or structure.

**s.  Nuclear Energy Liability**

**(1)** Under any Liability Coverage, to "bodily injury" or "property damage":

**(a)** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**(b)** Resulting from the "hazardous properties"

of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**(2)** Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**(3)** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material", if:

**(a)** The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

**(b)** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

**(c)** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

As used in this endorsement:

"Hazardous properties" include radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission



"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement.**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend any "suit" seeking those damages. We may at our discretion investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited

as described in LIMITS OF INSURANCE (SECTION III); and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverage A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding "advertising", publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of "advertising" your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions.**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury":

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the Insured with knowledge of its falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the Insured; or

**(4)** For which the Insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**b.** "Advertising injury" arising out of:

**(1)** Breach of contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services; or

**(4)** An offense committed by an insured whose

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

business is advertising, broadcasting, publishing or telecasting.

(5) Your alleged or actual infringement of any patent, copyright, trademark, title, slogan, service mark or statutory unfair competition, common law unfair competition, violation of the Lanham Act, anti-trust violations or misappropriation of trade secrets.

## COVERAGE C. MEDICAL PAYMENTS

1. **Insuring Agreement.**

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;

      (2) On ways next to premises you own or rent; or

      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;

      (2) The expenses are incurred and reported to us within one year of the date of the accident; and

      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;

      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions.**

   We will not pay expenses for "bodily injury":

   a. To any insured.

   b. To a person hired to work for or on behalf of any insured or a tenant of any insured.

   c. To a person injured on that part of premises you own or rent that the person normally occupies.

   d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.

   e. To a person injured while taking part in athletics.

   f. Included within the "products-completed operations hazard".

   g. Excluded under Coverage A.

   h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim or "suit" we defend:

1. All Expenses we incur.

2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $100 a day because of time off from work.

5. All costs taxed against the insured in the "suit".

6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

**c.** An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

**a.** Your "employees", other than your "executive officers", but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, no "employee" is an insured for:

**(1)** "Bodily injury" or "personal injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), or to a co-"employee" while in the course of his or her employment or while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of paragraph (1)(a) above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1)(a) or (b) above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by.

you, any of your "employees" or, if you are a partnership or joint venture, by any partner or member.

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership or joint venture, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay, regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

a.  Medical expenses under Coverage C;

b.  Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

c.  Damages under Coverage B.

3.  The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4.  Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5.  Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a.  Damages under Coverage A; and

b.  Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6.  Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7.  Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1.  **Bankruptcy.**

    Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties in the Event of Occurrence, Offense, Claim or Suit.**

    a.  You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which

may result in a claim. To the extent possible, notice should include:

(1)  How, when and where the "occurrence" or offense took place;

(2)  The names and addresses of any injured persons and witnesses; and

(3)  The nature and location of any injury or damage arising out of the "occurrence" or offense.

b.  If a claim is made or "suit" is brought against any insured, you must:

(1)  Immediately record the specifics of the claim or "suit" and the date received; and

(2)  Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c.  You and any other involved insured must:

(1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2)  Authorize us to obtain records and other information;

(3)  Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

(4)  Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d.  No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3.  **Legal Action Against Us.**

No person or organization has a right under this Coverage Part:

a.  To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b.  To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgement against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance.**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over

(1) Any valid and collectible insurance available to you covering liability for damages arising out of your premises, operations, products and/or completed operations.

(2) Any other valid and collectible insurance available to you covering liability for damages arising out of the premises, operations, products and/or completed operations for which you have been added as an additional insured by an endorsement, or by definition via a contract or agreement, or by combination thereof.

(3) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(4) That is Fire Insurance for premises rented to you; or

(5) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Coverage A (Section I).

When this insurance is excess, we will have no duty under Coverage A or B to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance

would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each party contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation of Insured's.**

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

8. **Transfer of Rights of Recovery Against Others to Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

9. **When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

## SECTION V - DEFINITIONS

1. "Advertising" means the action of calling something to the attention of the public by means of printed or broadcast paid announcements for the sale of goods, products or services.

2. "Advertising injury" means injury arising out of one or more of the following offenses:

   a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   b. Oral or written publication of material that violates a person's right of privacy;

   c. Misappropriation of advertising ideas or style of doing business except as related to or arising out of infringement of patent, copyright, trademark, title, slogan or service mark.

3. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

4. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

   (1) The injury or damage arises out of:

      (a) Goods or products made or sold by you in the territory described in a. above; or

      (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

   (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement,

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission



c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection or engineering services.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto";

   or

c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers, or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment", but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

on automobile or truck chassis and used to raise or lower workers; and

    **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**14.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

   **e.** Oral or written publication of material that violates a person's right of privacy.

**15. a.** "Products-completed operations hazard" includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned.

   **b.** "Your work" will be deemed completed at the earliest of the following times:

    **(1)** When all of the work called for in your contract has been completed.

    **(2)** When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

    **(3)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **c.** This hazard does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle created by the "loading or unloading" of it;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification in this Coverage Part or in our manual of rules includes products or completed operations.

**16.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**17.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**18.** "Your product" means:

   **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(1)** You;

    **(2)** Others trading under your name; or

    **(3)** a person or organization whose business or assets you have acquired; and

   **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   "Your product" includes:

   **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

GL00010899



    **b.**  The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others, but not sold.

**19.**  "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.**  "Your work" means:

    **a.**  Work or operations performed by you or on your behalf; and

    **b.**  Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    **a.**  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **b.**  The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1993, 1996, 1998
Includes copyrighted material of Insurance Services Office, Inc. with its permission

GL00010899

## UNDERWRITING POLICY REVIEW

**Insured** _Ironbridge Homes, LLC_

**Policy Number** _04GLP100 7471_

**Underwriter** _Joe Savarese_

**Date Underwriter Received Policy** _12/14/04_

**Corrections** _P/L Ann Attach_
_Misra rfc a add Market_
_Endorsement_
_Joe 1/14/05 DS_

**Underwriter Approval Signature/Date** _____

**Please return file to** _Dina_ **to save policy.**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PROJECT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

## SCHEDULE

**Project:**    9 Single Family Detached Homes in Glenwood Springs, CO

*[handwritten text]*

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal injury", "advertising injury" and medical expenses arising out of:

1.    The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2.    The project shown in the Schedule.

**CG21441185**        Copyright, Insurance Services Office, Inc. 1984, 1992

# COVER SHEET

**Casualty**

**POLICY NUMBER:** 04GLP1007471

| | |
|---|---|
| CG21351093 | - Exclusion Medical Payments |
| CG21441185 | - Limitation of coverage to des. premises or pr |
| CG22431185 | - Engineers Arch or Surveyors Proff Lia Excl |
| CL150-1185 | - General Liability Coverage Part |
| EVGLCOV | - Evanston General Liability Policy Jacket |
| GL00010899 | - Commercial General Liability Coverage Form |
| IC00261001 | - Limitation of Coverage - Limits of Liability |
| IC00400701 | - Self-Insured Retention Endorsement |
| IC00410396 | - Punitive or Exemplary Damages Exclusion |
| IC00430396 | - Professional Liability Exclusion |
| IC01220298 | - Contractors Special Cond casualty |
| IC01870496 | - Amendment of limits - Aggs apply more than 1 year |
| IC02700102 | - Terrorism Exclusion - Occurrence |
| IC03030702 | - Condominium, Townhouse and Co-Op Housing Exclusion |
| IC03330104 | - Contractors & Developers Amendatory Endorsement A |
| IC03590204 | - State Operations Exclusion |
| IC03690604 | - Definition of Gross Receipts / Sales Endorsement |
| IG00010904 | - Service of Suit Clause |
| IG00630401 | - Minimum Premium Endorsement |
| IG00760104 | - Fully Retained Premium Provision |
| IG00800599 | - Policy Forms Listing |
| IL0017(1185) | - Common Policy Conditions |
| JDL190(11-85) | - Common Policy Declaration |
| PCOVERST | - Policy Form Cover Sheet (IUM USE ONLY) |

OK
DX
12/14/04