**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | Chapter 11 |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION PURSUANT TO RULE 2090-1(b) OF THE LOCAL RULES OF THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motion Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York for Admission Pro Hac Vice seeking admission *pro hac vice* of Lisa M. Bertain, to represent Lehman Brothers Holdings Inc. (the "**Client**"), in its capacity as Plan Administrator on behalf of BNC Mortgage Inc., in the above-captioned proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Northern District of Califronia, it is hereby

ORDERED that Lisa M. Bertain, Esq. is admitted to practice *pro hac vice,* in the above-captioned proceedings to represent the Client before the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: July 31, 2015
         New York, New York

                              /S/ Shelley C. Chapman
                              HONORABLE SHELLEY C. CHAPMAN
                              UNITED STATES BANKRUPTCY JUDGE

WEIL:\95420125\1\58399.0011