Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**                Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Primeshares World Markets, LLC** | **Banco Do brasil- S.A. Grand Cayman Branch** |

**Name and Address where notices to Transferee should be sent:**
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attn: Roger von Spiegel
Tel: 212-889-1601
Email: cw@primeshares.com

Court Claim# (if Known**): 27837**
Amount of Claim: **$12,341,267.18**
Date Claim Filed**: 09.21.2009**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**                Date:   07-31-15
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that the following claim(s) of Banco Do Brasil S.A.—Grand Cayman Branch ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $12,341,267.18 | 27837 |

has / have been transferred and assigned to PrimeShares World Markets, LLC ("Assignee"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: PrimeShares World Markets, LLC
Address: 261 Fifth Avenue, 22nd Floor
New York, NY 10016

ASSIGNOR: Banco Do Brasil—S.A.-Grand Cayman Branch
Address: Attn: Idel Alberto Blajfeder
80 Shedden Road, Elizabeth Square—Phase 3
Building, 4th Floor
P.O. Box 1360
Grand Cayman, KY1-1108
Cayman Islands

Signature: Roger Von Spiegel
Name: Managing Director
Title:
Date:

Signature:
Name: Paulo Roberto R Ferraz
Title: General Manager
Date: 05/20/2014

18