**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
|  |  |
|:--|:--|:--|
| | : | |
| In re: | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |
-----------------------------------------------------------------------x    **Ref. Docket No. 50473**

<u>**AFFIDAVIT OF SERVICE**</u>

| | |
|:--|:--|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 29, 2015, I caused to be served the "Notice of Adjournment of Hearing on the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes," dated July 29, 2015 [Docket No. 50473], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
30th day of July, 2015
*/s/ Diane M. Streany*
Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

**EXHIBIT A**

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ASPEN LUCIAN, LIMITED | C/O DEUTSCHE BANK (CAYMAN) LIMITED ATTN DIRECTORS BOUNDARY HALL, CRICKET SQUARE PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN LUCIAN, LIMITED | SIDLEY AUSTIN LLP ATTN LEE S ATTANASIO AND ALEX R ROVIRA 787 SEVENTH AVENUE NEW YORK NY 10019 |
| ASPEN NOAH, LIMITED | C/O DUETSCHE BANK (CAYMAN) LIMITED ATTN: DIRECTORS PO BOX 1984 GRAND CAYMAN KY1-1104 CAYMAN ISLANDS |
| ASPEN NOAH, LIMITED | JEROME RANAWAKE AND RICH MERTL FRESHFIELDS BRUCKHAUS DERINGER US LLP 520 MADISON AVENUE, 34TH FLOOR NEW YORK NY 10022 |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: CHILTON NEW ERA PARTNER, L.P ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE C/O ATTESTOR CAPITAL LLP; ATTN ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ATTESTOR CAPITAL LLP; ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: FIRSTRAND BANK LIMITED C/O ATTESTOR CAPITAL LLP; ATTN: ISOBELLE WHITE 21 UPPER BROOK STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITOL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON W1K7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 21 UPPER BROOK STREET LONDON WIK 7PY UNITED KINGDOM |
| BAA PENSION TRUST COMPANY LTD. | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| BAA PENSION TRUST COMPANY LTD. | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| BANK LEUMI LE-ISRAEL B.M. | ATT: PROF. DANEL TSIDDON 35 YEHUDA HALEVI STREET TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | DAVIS POLK & WARDWELL LLP ATT: BENJAMIN S. KAMINETZKY 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| BANK OF NOVA SCOTIA, THE | ATTN: KEN THORLAKSON V.P. & ASSOCIATE GENERAL COUNSEL 40 KING STREET WEST, 8TH FLOOR TORONTO ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| BARCLAYS BANK PLC | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |
| BARCLAYS BANK PLC | TRANSFEROR: DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS DYNAMIC RISK MASTER FUND OFFSHORE LTD ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ANTHONY VITIELLO AND DAN MIRANDA BARCLAYS BANK PLC 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA FUND PLC ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA FUND LP ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO ATTN: DAN MIRANDA 745 SEVENTH AVENUE NEW YORK NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: GOLDMAN SACHS GLOBAL ALPHA DYNAMIC RISK FUND, LLC ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166 |
| BARCLAYS BANK PLC | TRANSFEROR: ALLGEMEINE SPARKASSE OBEROSTERREICH BANKAKTIENGESELLSCHAFT ATTN: AILEEN MONTANA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10166 |
| BARCLAYS BANK PLC | CREDIT RESTRUCTURING AND ADVISORY GROUP ATTN: DAVID SAWYER 200 PARK AVENUE NEW |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | YORK NY 10166 |
| BARCLAYS CAPITAL SECURITIES LTD. | ATTN: CHRIS ALLEN 5 NORTH COLONNADE LONDON E14 4BB UNITED KINGDOM |
| BARCLAYS CAPITAL SECURITIES LTD. | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: LINDSEE P. GRANFIELD, ESQ. ONE LIBERTY PLAZA A NEW YORK NY 10006 |
| BARCLAYS GLOBAL INVESTORS ASCENT UK LONG CORPORATE | OF BARCLAYS GLOBAL INVESTORS ACTIVE SELECTION FUND (DUBLIN), J.P. MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE, INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBALALPHA | BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBAL ALPHA FUNDS (DUBLIN) INVESTORS TRUST & CUSTODIAL SERVICES (IRELAND) LIMITED, BLOCK D IVEAGH COURT, HARCOURT ROAD, DUBLIN 2, IRELAND C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE, 1 ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUND | 2010-2014 FUND A SUB-FUND OF BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUNDS (DUBLIN) JP MORGAN BANK (IRELAND) PLC, JP MORGAN HOUSE INTERNATIONAL FINANCIAL CENTRE, DUBLIN 1, IRELAND, C/O BARCLAYS GLOBAL INVESTORS LIMITED MURRAY HOUSE,  ROYAL MINT COURT LONDON EC3N 4HH UNITED KINGDOM |
| BIRKS PLACE, L.L.C. | TRANSFEROR: TIKEHAU CAPITAL ADVISORS SAS C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BIRKS PLACE, L.L.C. | TRANSFEROR: TIKEHAU CAPITAL PARTNERS SAS C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BURLINGTON LOAN MANAGEMENT LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) PINNACLE 2 EASTPOINT BUSINESS PARK DUBLIN 3 IRELAND |
| BURLINGTON LOAN MANAGEMENT LIMITED | C/O DAVIDSON KEMPNER CAPITAL MGMT ATTN: JENNIFER DONOVAN 520 MADISON AVENUE, 30TH FLOOR NEW YORK NY 10022 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED) C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEPFA BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: EAC PARTNERS MASTER FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD. C/O CARVAL |

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER GLOBAL EQUITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CONVERTIBLE AND QUANTITATIVE STRATEGIES MASTER FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ASIA MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CONVERTIBLE & QUANTITATIVE STRATEGIES MASTER FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: COAST FUND L.P., THE C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CITI CANYON LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI CANYON LTD. | C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC ATTN: RAY NOLTE 55 EAST 59TH STREET, 10TH FLOOR NEW YORK NY 10022 |
| CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTM | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTM | ATTN: RAY NOLTE 55 EAST 59TH STREET, 10TH FLOOR NEW YORK NY 10022 |
| CITIBANK KOREA INC. | ATTN: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 SOUTH KOREA |
| CITIBANK KOREA INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 |

| Claim Name | Address Information |
| --- | --- |
| CITIBANK KOREA INC. | AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIBANK, N.A. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI SPOLKA AKCJNA ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HIGHLAND FINANCIAL CORPORATION C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS LTD | ATTENTION: JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS UK EQUITY LIMITED | ATTN: JIM COWLES CITIGROUP CENTRE 25-33 CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS UK EQUITY LIMITED | PAUL, WEISS,  RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW  YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIGROUP GLOBAL MARKETS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILIAT | ATTENTION: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP PTY LIMITED | ATT: ALISTAIR MORGAN 2 PARK STREET SYDNEY NSW 2000 AUSTRALIA |
| CITIGROUP PTY LIMITED | PAUL, WEISS,  RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW  YORK NY 10019-6064 |
| CONSUMER STAPLES PORTFOLIO, A SERIES OF FIDELITY S | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| COOPERMAN PARTNERS, L.L.C. | TRANSFEROR: GREEN CREDIT INVESTORS, L.P. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| CRC CREDIT FUND LTD | MATTHEW CAVANAGH, GENERAL COUNSEL C/O _ CHRISTOFFERSON, ROB & COMPANY (UK) LLP 38 QUEEN ANNE'S GATE LONDON SW1H 9AB ENGLAND |
| CRC CREDIT FUND LTD | C/O CHRISTOFFERSON, ROBB & COMPANY, LLC ATTN: RICHARD ROBB 720 FIFTH AVENUE, 14TH FLOOR NEW YORK NY 10019 |
| CRC CREDIT FUND LTD | BRACEWELL & GIULIANI LLP ATTN: JENNIFER FELDSHER AND ADAM M. ADLER 1251 AVENUE OF THE AMERICAS, 49TH FLOOR NEW YORK NY 10020 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: INA ASSITALIA S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY PLUS MASTERFUND LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: RAIFFEISEN BANK RT C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER SARL | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| CVF LUX MASTER SARL | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O CARVAL INVESTORS GB LLP 3RD FLOOR 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CVI AA LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LTD 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMPANY INCO C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMITED, A C C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: ZEPHYR FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: PILSUDSKI FUND LIMITED (FORMERLY MAC PILSUDSKI 20A LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LIMITED ATTN: PAUL VERMAAK 35 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | TRANSFEROR: VISIONGAIN CHINA ABSOLUTE RETURN MASTER FUND C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG NINETY NINE SARL | TRANSFEROR: BANCA FIDEURAM S.P.A. C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: AXA LIFE LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: KOMMUNINVEST I SVERIGE AB C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SL TRADE CLAIM I LLC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LONDON SELECT FUND LIMITED ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ALCATEL-LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEGESPAR FINANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BAWAG PSK BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | POSTSPARKASSE AKTIENGESELLSCHAFT ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AREA – SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVF LUX MASTER SARL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HEART OF LA DEFENSE SAS ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC ATTN: JAMIE LIEW WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | BINGHAM & MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| E.ON AG | ATTN: DR. PATRICK WOLFF E.ON PLATZ 1 DUSSELDORF 40479 GERMANY |
| E.ON AG | MICHAEL H. TORKIN ESQ. & SOLOMON J. NOH ESQ. SHEARMAN & STERLING LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L. C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L. C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLSWORTH PARTNERS, L.L.C. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| FIDELITY ADVISOR BALANCED FUND, A SERIES OF FIDELI | ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY DIVERSIFIED INTERNATIONAL FUND | A SERIES OF FIDELITY INVESTMENT TRUST ATTN: FUND TREASURER, V10F 82 DEVONSHIRE STREET BOSTON MA 02110 |
| FIDELITY INTERNATIONAL GROWTH FUND, A SERIES OF FI | INVESTMENT TRUST ATTN: FUND TREASURER 82 DEVONSHIRE STREET, V10F BOSTON MA 02110 |
| FIDELITY TOTAL INTERNATIONAL EQUITY FUND | A SERIES OF FIDELITY INVESTMENT TRUST ATTN: FUND TREASURER 82 DEVONSHIRE STREET, V10F BOSTON MA 02110 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: ZAIS OPPORTUNITY MASTER FUND, LTD. C/O GOLDMAN SACHS & CO. ATTN: MICHELLE LATZONI 30 HUDSON STREET, 5TH FLOOR JERSEY CITY NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: PANNING MASTER FUND, LP ATTN: MICHELLE LATZONI 200 WEST STREET NEW YORK NY 10282 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |

| Claim Name | Address Information |
|---|---|
| HARRISON PASTURES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP 1211 AVENUE OF THE AMERICAS ATTN: PHILIP WELLS NEW YORK NY 10036-8704 |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | C/O MARK GEE MERCER LTD 1 VICTORIA STREET BRISTOL BS1 6AA UNITED KINGDOM |
| HEWLETT-PACKARD LTD RETIREMENT BENEFITS PLAN | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC ATTN: KEVING BRAODWATER 650 NEWPORT CENTER DRIVE, SUITE 100 NEWPORT BEACH CA 92660 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P. | 300 CRESCENT CT STE 700 DALLAS TX 75201-7849 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P. | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| JACKSON CANYON PARTNERS, LLC | TRANSFEROR: MACQUARIE BANK LIMITED C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LAMORAK ADVISORS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| LEOFOROS BV | C/O INTERTRUST ATTN: MONEY MANAGER DESK PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM NETHERLANDS |
| LEOFOROS BV | C/O INTERTRUST PO BOX 990 1000 AZ AMSTERDAM NETHERLANDS |
| LEOFOROS BV | C/O THE BANK OF NEW YORK MELLON-LONDON BRANCH ATTN: SANAJAY JOBANPUTRA, VP, GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LEOFOROS BV | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. EMEA 1 NEW YORK NY 10022 |
| LEOFOROS BV | PATRICK QUILL, ESQ. ASHURST LLP TIMES SQUARE TOWER NEW YORK NY 10036 |
| MACQUARIE BANK LIMITED | ATTN: EXECUTIVE DIRECTOR, LEGAL RISK MANAGEMENT TREASURY AND COMMODITIES GROUP NO. 1 MARTIN PLACE SYDNEY NSW 2000 AUSTRALIA |
| MAVERICK FUND II, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND II, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK FUND USA, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND USA, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK FUND, L.D.C. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND, L.D.C. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK LONG ENHANCED FUND, LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK LONG ENHANCED FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK LONG FUND, LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK LONG FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK NEUTRAL FUND, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK NEUTRAL FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK NEUTRAL LEVERED FUND, LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK NEUTRAL LEVERED FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MIZRAHI TEFAHOT BANK, LTD | MIZRAHI TEFAHOT BANK LIMITED 7 JABOTINSKY ST RAMAT GAN 52136 ISRAEL |

| Claim Name | Address Information |
|---|---|
| MIZRAHI TEFAHOT BANK, LTD | STEVEN G. TEPPER ARNOLD & PORTER LLP 399 PARK AVE. 34TH FLOOR NEW YORK NY 10022 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FORMERLY KNOWN AS MORGAN STANLEY & CO. INTERNATIONAL LIMITED) 20 CABOT SQUARE CANARY WHARF LONDON E11 4QW UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP MORGAN STANLEY & CO. INTERNATIONAL PLC 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. LLC | 1585 BROADWAY, 3RD FLOOR ATTENTION: NANCY BELESKI NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. LLC | CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER ATTENTION: HOWARD R. HAWKINS, ESQ. NEW YORK NY 10281 |
| MORGAN STANLEY & CO. LLC | CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20001 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | STRADLEY RONON STEVENS & YOUNG LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CIGOGNE MANAGEMENT S.A. ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: TRIBRIDGE AF 1 LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4Q UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE GESTAO D ATTN: BRIAN CRIPPS 25 CABOT SQUARE CANARY WHARF LONDON E14 4QW UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: CHIEF LEGAL OFFICER 1585 BROADWAY NEW YORK NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | MORGAN STANLEY CAPITAL SERVICES INC. ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: HOWARD R. HAWKINS, ESQ. CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY EMERGING MARKETS DEBT FUND, INC. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY EMERGING MARKETS DEBT FUND, INC. | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY EMERGING MARKETS DOMESTIC DEBT FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY EMERGING MARKETS DOMESTIC DEBT FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND, INC., INTERNATI | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY INSTITUTIONAL FUND, INC., INTERNATI | PORTFOLIO C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY INSTITUTIONAL FUND, | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| INC.,INTERNATIO | CENTER NEW YORK NY 10281 |
| MORGAN STANLEY INSTITUTIONAL FUND, INC.,INTERNATIO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY INVESTMENT MANAGEMENT INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY INVESTMENT MANAGEMENT INTERNATIONAL | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY OFFSHORE INTERNATIONAL EQUITY FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY OFFSHORE INTERNATIONAL EQUITY FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY SECURITIES LIMITED | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY SECURITIES LIMITED | ATTN: CHIEF LEGAL OFFICER 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY SECURITIES LIMITED | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SECURITIES LIMITED | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND - P GLOBAL BOND MASTER FUND 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| NORDEA BANK FINLAND PLC (PUBL) | ATTN: MARIA KRONSTROM SMALANDSGATAN 17 STOCKHOLM SE-105 71 SWEDEN |
| NORDEA BANK FINLAND PLC (PUBL) | ANDREW P. DENATALE, ESQ. STROOCK & STROOCK & LAVAN LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS ATTN: DOUGLAS R. DAVIS NEW YORK NY 10019-6064 |
| OLD LANE FINANCIAL PRODUCTS, L.P. | ATTN: MILLIE KIM 399 PARK AVENUE, 7TH FLOOR NEW YORK NY 10022 |
| PEP CREDIT INVESTOR LP | ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| POTSIOS, ANDREA M | VIA APPIANI, 19 MILAN 20121 ITALY |
| POTSIOS, ANDREA M | SOPHIE WHITBREAD CHARLES RUSSELL LLP 5 FLEET PLACE ELAM 7 RD REF: NSH/SLW LONDON UNITED KINGDOM |
| PROVIDENCE EQUITY PARTNERS VI LP | C/O BROWN RUDNICK LLP DAVID J. MOLTON SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROVIDENCE EQUITY PARTNERS VI-A, LP | C/O BROWN RUDNICK LLP DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PYRAMIS EUROPEAN EQUITIES COMMINGLED POOL | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| PYRAMIS SELECT INTERNATIONAL EQUITY COMMINGLED POO | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | RGM TRADING INTERNATIONAL LIMITED HOGUET NEWMAN REGAL & KENNEY LLP JOSH RIEVMAN, ESQ 10 EAST 40TH STREET NEW YORK NY 10016 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | 221 W 6TH STREET, SUITE 1600 AUSTIN TX 78701 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: CAISSE REGIONALE ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF SCOTLAND, PLC, THE | STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: METLIFE ASSURANCE LIMITED ATTN: MATTHEW ROSENCRANS 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| SAUDI ARABIAN MONETARY AGENCY | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| SAUDI ARABIAN MONETARY AGENCY | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SEAWORTH PARTNERS, L.L.C. | TRANSFEROR: HARBINGER CAPITAL PARTNERS MASTER FUND I, LTD. C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SHAFER FUND, L.L.C. | TRANSFEROR: DEXIA CREDIOP S.P.A C/O ROPES & GRAY LLP ATTN: PHILIP WELLS 1211 AVENUE OF THE AMERICAS NEW YORK NY 10036-8704 |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | C/O SRM ADVISERS (LONDON) LLP ATTN: IAN BARCLAY 3 CADOGAN GATE LONDON SW1X 0AS UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | CHARLES KOSTER & RICHARD GRAHAM WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STATE OF WISCONSIN INVESTMENT BOARD VARIABLE PORTF | C/O PYRAMIS GLOBAL ADVISORS 82 DEVONSHIRE STREET, OT3N3 BOSTON MA 02109 |
| STICHTING BLUE SKY ACTIVE LONG DURATION GLOBAL INF | FUND, BLUE SKY GROUP -GLOBAL REAL RETURN PROF. E.M. MEIJERSLAAN 1 POSTBUS 123 1180 AC AMSTELVEEN NETHERLANDS |
| STICHTING BLUE SKY ACTIVE LONG DURATION GLOBAL INF | MARINA I. ZELINSKY WILLKIE FARR & GALLAGHER LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| SWEDBANK AB (PUBL) | MR. JOHAN STENBERG, MR. CLAS BURENIUS SWEDBANK AB (PUBL) STOCKHOLM SE-105 34 SWEDEN |
| SWEDBANK AB (PUBL) | CLAUDE D. MONTGOMERY, ESQ. SALANS LLP 620 FIFTH AVENUE NEW YORK NY 10020 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | 280 PARK AVE FL 5E 450 PARK AVENUE NEW YORK NY 10017-1316 |
| TACONIC OPPORTUNITY FUND, L.P. | ATTN: CAROL F. LEE, GENERAL COUNSEL C/O TACONIC CAPITAL ADVISORS L.P. 450 PARK AVENUE, 9TH FLOOR NEW YORK NY 10022 |
| TRAFALGAR HOUSE | C/O ROGGE GLOBAL PARTNERS PLC ATTN: DAVID WITZER SION HALL 56 VICTORIA EMBANKMENT LONDON EC4Y 9DZ UNITED KINGDOM |
| TRAFALGAR HOUSE | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| UBS AG | ATTN: BERT FUQUA, ESQ. 677 WASHINGTON BLVD. STAMFORD CT 06901 |
| UBS AG | MORGAN LEWIS & BOCKIUS LLP ATTN: JOSHUA DORCHAK, ESQ. 399 PARK AVENUE NEW YORK NY 10022 |
| UNICREDIT BANK AG | ATTN: MR. WIDO GANZ, MCD1TP ARABELLASTRASSE 12 MUNICH D-81925 GERMANY |
| WOO HAY TONG INVESTMENT LTD. | C/O ROGGE GLOBAL PARTNERS PLC SION HALL ATTN: DAVID WITZER 56 VICTORIA EMBANKMENT LONDON EC4Y 0DZ UNITED KINGDOM |
| WOO HAY TONG INVESTMENT LTD. | DOUGLAS B. ROSNER, ESQ. GOULSTON & STORRS, P.C. 400 ATLANTIC AVENUE BOSTON MA 02110-3333 |
| WOODERSON PARTNERS, L.L.C. | TRANSFEROR: DIAMONDBACK FIXED INCOME MASTER FUND LTD. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |

```
Total Creditor count  284
```

**EXHIBIT C**

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

afriedman@irell.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

agoldstein@tnsj-law.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

apalazzolo@fzwz.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

jschreib@chapman.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

khang.tran@hoganlovells.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com

landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bslawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

mcyganowski@oshr.com

mdorval@stradley.com

meggie.gilstrap@bakerbotts.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mrothchild@mofo.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

raul.alcantar@alcantarlaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fritschj@sullcrom.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gplotko@kramerlevin.com

gspilsbury@jsslaw.com

guzman@sewkis.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rflanagan@flanassoc.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.fingard@newedge.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rjones@boultcummings.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jclose@chapman.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com

schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com

jfalgowski@reedsmith.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

wzoberman@bermanesq.com

yuwatoko@mofo.com