WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                               Debtors.                            :    (Jointly Administered)
------------------------------------------------------------------ x

## NOTICE OF WITHDRAWAL OF THE DEBTORS ONE HUNDRED SIXTY-SECOND OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its One Hundred Sixty-Second Objection to Claims (Valued Derivative Claims) [ECF No. 18405] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:   August 3, 2015
         New York, New York

                                              /s/ Garrett A. Fail
                                              Garrett A. Fail

                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              *Attorneys for Lehman Brothers Holdings Inc.*
                                              *and Certain of Its Affiliates*

WEIL:\95406588\1\58399.0011

**Exhibit A**

**Claims for Which Objection Is Withdrawn:**

| Claimant Name | Claim Number |
|---|---|
| Cascade | 21741 |
| Cascade | 21730 |