WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (SCC)**
                                                              :
                    **Debtors.**                              :    **(Jointly Administered)**
                                                              :
---------------------------------------------------------------x
                                                              :
**In re**                                                     :
                                                              :    **Case No.**
**LEHMAN BROTHERS INC.,**                                     :
                                                              :    **08-01420 (SCC) (SIPA)**
                    **Debtor.**                               :
                                                              :
---------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR THE EIGHTY-EIGHTH OMNIBUS
AND CLAIMS HEARING ON AUGUST 4, 2015 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

I.  **UNCONTESTED MATTERS:**

1.  Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Putnam Structured Product CDO 2002-1 LTD., Putnam Structured Product CDO 2002-1 LLC, U.S. Bank National Association, as Successor Trustee, Lehman Brothers Special Financing Inc., and Lehman Brothers Holdings Inc. [**ECF No. 50217**]

    Response Deadline:   July 28, 2015 at 4:00 p.m. or as otherwise extended.

    Responses Received:  None.

    Related Documents:

    A.  Affidavit of Roman Vysloukh in Connection with the Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Putnam Structured Product CDO 2002-1 Ltd., Putnam Structured Product CDO 2002-1 LLC, U.S. Bank National Association, as Successor Trustee, Lehman Brothers Special Financing Inc., and Lehman Brothers Holdings Inc. [**ECF No. 50487**]

    B.  Declaration of Lawrence Brandman in Support of Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Putnam Structured Product CDO 2002-1 Ltd., Putnam Structured Product CDO 2002-1 LLC, U.S. Bank National Association, as Successor Trustee, Lehman Brothers Special Financing Inc., and Lehman Brothers Holdings Inc. [**ECF No. 50519**]

    Status:  This matter is going forward on an uncontested basis.

2.     Motion for Entry of an Order Authorizing Lehman Brothers Special Financing Inc. to Invest Disputed Claim Reserves for Claim Number 67733 Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors [**ECF No. 50296**]

<u>Response Deadline</u>:     July 28, 2015 at 4:00 p.m. or as otherwise extended.

<u>Responses Received</u>:   None.

<u>Related Documents</u>:

A.     Declaration of William Montuoro in Support of Motion for Entry of an Order Authorizing Lehman Brothers Special Financing Inc. to Invest Disputed Claim Reserves for Claim Number 67733 Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors [**ECF No. 50297**]

B.     Notice of Filing of Transaction Documents and Revised [Proposed] Form of Order With Respect to Motion of Plan Administrator for Entry of an Order Authorizing Lehman Brothers Special Financing Inc. to Invest Disputed Claims Reserves Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 50488**]

C.     Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Motion of Plan Administrator For Entry of an Order Authorizing Lehman Brothers Special Financing Inc. to Invest Disputed Claims Reserves Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors [**ECF No. 50513**]

<u>Status</u>:   This matter is going forward on an uncontested basis.

## LEHMAN BROTHERS INC. PROCEEDING

**II.**    **<u>CONTESTED MATTER</u>:**

3.     Trustee's Motion for an Order to (I) Establish a Third Interim Distribution Fund for General Unsecured Creditor Claims, (II) Release Reserves from the Secured and Priority Claim Reserve, the First Interim Distribution Fund, and the Second Interim Distribution Fund, and (III) Make a Third Interim Distribution to Holders of Allowed General Unsecured Creditor Claims with a Record Date of July 10, 2015 [**LBI ECF No. 12478**]

<u>Response Deadline</u>:     July 27, 2015 at 4:00 p.m.

Responses Received:

    A.    1EE LLC's Reservation of Rights [**LBI ECF No. 12538**]

    B.    J. Robert Chamber's Reservation of Rights [**LBI ECF No. 12540**]

    C.    Wayne Judkins' Reservation of Rights [**LBI ECF No. 12541**]

Related Documents:

    D.    Declaration of John A. Dunn in Support of the Trustee's Motion [**LBI ECF No. 12542**]

    E.    Notice of Schedules to Trustee's Motion [**LBI ECF No. 12543**]

    F.    Trustee's Reply in Further Support of Motion and Revised Proposed Order [**LBI ECF No. 12564**]

Status:  This matter is going forward.

## **LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

### III.  **CONTESTED MATTER:**

4.    Plan Administrator's Supplemental Objection to the Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 50054**]

Response Deadline:    July 28, 2015 at 4:00 p.m. or as otherwise extended.

Response Received:

    A.    Claimants' Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel Guajardo and Denise Colombo Opposition to Plan Administrator's Supplemental Objection to the Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 50457**]

Related Documents:

    B.    Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 39569**]

    C.    Response and Opposition of Sylvia Vega-Sutfin, *et al*. to the Four Hundred and Thirty-First Omnibus Objection to Claims Nos. 5222, 5223, 5224, 5225, 5226 and 5227 and Request for Relief from Injunction [**ECF No. 40127**]

    D.    The Plan Administrators Reply to Claimants Sylvia Vega-Sutfin, Michelle Seymour, Cheryl McNeil, Linda Howard-James, Isabel

4

>   Guajardo and Denise Colombo Opposition to Plan Administrators Supplemental Objection to the Four Hundred Thirty-First Omnibus Objection to Claims (Reduce and Allow Claims) [**ECF No. 50497**]

Status:   This matter is going forward on a contested basis.

IV.  **ADVERSARY PROCEEDING:**

5.   Ka Kin Wong, *et al*. v. Lehman Brothers Special Financing Inc., *et al*. [**Adversary Proceeding No. 09-01120**]

**Status Conference**

Related Documents:

   A.   Adversary Complaint [**ECF No. 1**]

   B.   Order Granting Lehman Brothers Special Financing Inc.'s Motion to Dismiss the Complaint with Prejudice [**ECF No. 90**]

   C.   Amended Adversary Complaint [**ECF No. 104**]

   D.   Defendants Lehman Brothers Special Financing Inc.'s and Lehman Brother Holdings Inc.'s Motion to Dismiss the Amended Class Action and Verified Derivative Complaint [**ECF No. 110**]

   E.   Joinder of Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc., *et al*. in Defendants Lehman Brothers Special Financing Inc.'s and Lehman Brothers Holdings Inc.'s Motion to Dismiss the Amended Class Action and Verified Derivative Complaint [**ECF No. 111**]

   F.   Motion of HSBC Bank USA, *et al*. to Dismiss the Amended Class Action and Derivative Complaint [**ECF No. 112**]

   G.   Plaintiffs' Opposition to Lehman and HSBC Defendants' Motions to Dismiss the Amended Class Action and Derivative Complaint [**ECF No. 117**]

   H.   Declaration of Jason C. Davis in Support of Plaintiffs' Opposition to Lehman and HSBC Defendants' Motions to Dismiss the Amended Class Action and Derivative Complaint [**ECF No. 118**]

   I.   Reply Memorandum of Law of Defendant HSBC Bank USA, N.A. in Support of its Motion to Dismiss the Amended Class Action and Derivative Complaint [**ECF No. 121**]

5

| | |
|---|---|
| J. | Declaration of David G. Januszewski in Support of Reply Memorandum of Defendant HSBC Bank USA, N.A. in Support of its Motion to Dismiss the Amended Class Action and Derivative Complaint [**ECF No. 122**] |
| K. | Defendants Lehman Brothers Special Financing Inc.'s and Lehman Brothers Holdings Inc.'s Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action and Verified Derivative Complaint [**ECF No. 124**] |
| L. | Defendants Lehman Brothers Special Financing Inc.'s and Lehman Brothers Holdings Inc.'s Reply Memorandum of Law in Support of Their Motion to Dismiss the Amended Class Action and Verified Derivative Complaint [**ECF No. 125**] |
| M. | Notice of Plaintiffs' Motion to Withdraw the Reference of the Adversary Proceeding to the Bankruptcy Court Pursuant to the Supreme Court's Opinion in Stern v. Marshall [**ECF No. 130**] |
| N. | Plaintiffs' Motion to Withdraw the Reference of the Adversary Proceeding to the Bankruptcy Court Pursuant to the Supreme Court's Opinion in Stern v. Marshall [**ECF No. 131**] |
| O. | Order of U.S. District Court Judge Deborah A. Batts Denying Plaintiffs' Motion to Withdraw the [**ECF No. 136**] |
| P. | Letter of Lehman Brothers Holdings Inc. to Honorable Shelley C. Chapman Regarding Motion to Dismiss [**ECF No. 137**] |

Status: This matter is going forward solely as a status conference.

## MATTERS TO BE HEARD AT 2:00 P.M.

V.   **ADVERSARY PROCEEDINGS:**

6. Lehman Brothers Holdings Inc., *et al.* v. LCOR Alexandria L.L.C. [**Adversary Proceeding No. 13-01689**]

   **Motion for Leave to File a Second Amended Complaint**

   Related Documents:

   | | |
   |---|---|
   | A. | Notice of Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 29**] |
   | B. | Memorandum of Law in Support of Plaintiff's Motion for Leave to File A Second Amended Complaint [**ECF No. 30**] |

6

    C.    Opposition Brief to Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 31**]

    D.    Declaration of Thomas R. Califano in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 32**]

Status: This matter is going forward.

## VI. ADJOURNED MATTERS:

### A. Lehman Brothers Holdings Inc. Chapter 11 Cases

7.    Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

    Response Deadline:    July 15, 2015 at 4:00 p.m. or as otherwise extended.

    Response Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to September 9, 2015 at 10:00 a.m.

8.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

    Response Deadline:    July 10, 2015 at 4:00 p.m. or as otherwise extended.

    This matter has been adjourned to September 9, 2015 at 10:00 a.m.

9.    Plan Administrator's Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 49999**]

    Response Deadline:    July 15, 2015 at 4:00 p.m. or as otherwise extended.

    Response Received:    None.

    Related Documents:    None.

    Status: This matter has been adjourned to September 9, 2015 at 10:00 a.m. solely with respect to claim number 28176.

10. Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 50000**]

   Response Deadline:   July 15, 2015 at 4:00 p.m. or as otherwise extended.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

**B.     Lehman Brothers Inc. Proceeding**

11. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

   Response Deadline:   April 4, 2014 at 4:00 p.m., extended for certain parties without date.

   Responses Received:   None.

   Related Documents:

   A. Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

   B. Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

   C. Notice of Resolution [**LBI ECF No. 9773**]

   Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m., as to certain claims.

12. Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

   Response Deadline:   April 11, 2014 at 4:00 p.m., extended for a certain party to August 31, 2015 at 4:00 p.m.

8

Responses Received:  None.

Related Documents:

    A.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    B.    Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m., solely as to a certain claim.

13.    Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

Response Deadline:  August 13, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

    A.    Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    C.    Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375, 11972**]

9

        D.        So Ordered Stipulation **[LBI ECF No. 10670]**

Status:  This matter has been adjourned to September 9, 2015, 2015 at 10:00 a.m., as to certain claims.

14.    Motion of BCG Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 9529**]

    Response Deadline:    December 3, 2014 at 4:00 p.m.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

15.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

    Response Deadline:    September 5, 2014 at 4:00 p.m.

    Response Received:

        A.        Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

    Related Document:

        B.        Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

    Status:  This matter has been adjourned to September 9, 2015 at 10:00 a.m., as to certain claims.

16.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

    Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220**]

Status: This matter has been adjourned to September 9, 2015 at 10:00 a.m.

17. Trustee's Two Hundred Seventy-Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims) [**LBI ECF No. 10776**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:    None.

Related Document:

    A.    Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims) **[LBI ECF No. 11370]**

Status: This matter has been adjourned to September 9, 2015 at 10:00 a.m.

18. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568) [**LBI ECF No. 10782**]

Response Deadline:    January 20, 2015 at 4:00 p.m.; extended to August 19, 2015 at 4:00 p.m.

Responses Received:    None.

Related Documents:    None.

<u>Status</u>: This matter has been adjourned to September 9, 2015 at 10:00 a.m.

19. Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

  <u>Response Deadline</u>:  January 20, 2015 at 4:00 p.m., extended without date.

  <u>Responses Received</u>:  None.

  <u>Related Documents</u>:  None.

  <u>Status</u>:  This matter has been adjourned to September 9, 2015 at 10:00 a.m.

20. Trustee's Motion for an Order Regarding Certain Forward Contract Claims [**LBI ECF No. 12135**]

  <u>Response Deadline</u>:  Response Deadline: August 20, 2015, at 4:00 p.m.

  <u>Responses Received</u>:  None.

  <u>Related Documents</u>:

   A. Declaration of Anson B. Frelinghuysen in Support of the Trustee's Motion for an Order Regarding Certain Forward Contract Claims [**LBI ECF No. 12136**]

   B. Notice of Filing of Revised Schedule 1 to the Proposed Order Granting the Trustee's Motion for an Order Regarding Certain Forward Contract Claims [**LBI ECF No. 12532**]

  <u>Status</u>:  This matter has been adjourned to September 9 at 10:00 a.m.

21. Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 12194**]

  <u>Response Deadline</u>:  July 15, 2015, currently extended for certain parties.

  <u>Responses Received</u>:  None to date.

  <u>Related Documents</u>:

   A. Declaration of Kathleen A. Walker in Support of the Trustee's Motion [**LBI ECF No. 12195**]

   B. Supplement to Trustee's Motion [**LBI ECF No. 12418**]

   C. Stipulation and Order Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims [**LBI ECF No. 12519**]

12

    D.    Stipulation and Order Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims [**LBI ECF No. 12529**]

    E.    Stipulation and Order Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims [**LBI ECF No. 12530**]

    F.    Certificate of No Objection as to Certain Claims [**LBI ECF No. 12553**]

    G.    Order Granting the Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 12570**]

Status:  This matter has been adjourned to September 9, 2015 as to a certain claim and sine die as to certain other claims.  The Motion was granted as to certain claims pursuant to Order of the Court [ECF No. 12570].  Certain claims subject to the Motion are governed by Stipulations and Orders entered by the Court and listed above.  The remaining claims subject to the Motion have been resolved pursuant to the Order governing the adjudication of customer claims [ECF No. 241].

**C.**     **Adversary Proceedings**

22.    Lehman Brothers Holdings Inc., *et al.* v. Federal Home Loan Bank of New York [**Adversary Proceeding No. 15-01110**]

    **Pre-Trial Conference**

13

Related Documents:

A. Adversary Complaint [**ECF No. 1**]

B. Memorandum of Law in Support of Defendant's Motion to Dismiss [**ECF No. 10**]

C. Notice of Hearing and Motion to Dismiss Adversary Complaint [**ECF No. 11**]

Status: This matter has been adjourned to September 9, 2015 at 10:00 a.m.

Dated: August 3, 2015
       New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated: August 3, 2015
       New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.

14