# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

August 4, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holdings Inc.
ADR Procedures Order Dated 9/17/09 (the "Order")
Sixty-ninth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the sixty-ninth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the August 4, 2015 omnibus hearing.

In the 13 days following the last prior report, the debtors served no new ADR Notices in Tier One. The total number of Notices served in Tiers One and Two is now 493. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in one additional ADR matter (following mediation). Including the $188,000 from this settlement, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have received an aggregate of $2,947,157,637 new dollars for the various estates as a result of the ADR process. Settlements now have been achieved in 414 ADR matters involving 531 counterparties.

08-13555-mg    Doc 50522    Filed 08/04/15    Entered 08/04/15 13:59:50    Main Document
Pg 2 of 2

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
August 4, 2015
Page 2

To date, of the 238 ADR matters that have reached the mediation stage in Tier One and have been concluded, 223 have been settled in or following mediation; only fifteen mediations have terminated and not been settled. No receivables mediations currently are scheduled.

Respectfully submitted,

*[signature]*

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc:  Stephen Crane, Esq
     Jacob Esher, Esq.
     James Freund, Esq.
     David Geronemus, Esq.
     Jane Greenspan, Esq.
     Ralph Mabey, Esq.
     David Cohen, Esq.
     (all cc's via E-mail)

WEIL:\95423879\1\58399.0011