**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                          :
:
---------------------------------------------------------------------x    Ref. Docket Nos. 50300, 50301,
50303, 50309, 50315, 50316, 50343

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 21, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

To:   BAR(23) MAILID *** 000094480703 ***



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000094480703 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-70 in the above referenced case and in the amount of $200,000.00 allowed at $204,130.00 has been transferred (unless previously expunged by court order)

IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
C/O MICHAEL ZLATIN
552 CUMBERLAND STREET
ENGLEWOOD, NJ 07631

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    50343    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/21/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 21, 2015.

# EXHIBIT B

| Claim Name | Address Information |
| --- | --- |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA PASSADORE & C. S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| BANCA PASSADORE E C. S.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| BANCA POPOLARE DI MILANO SOC. COOP. A.R.L. | TRANSFEROR: BANCA PASSADORE & C. S.P.A., ATTN: EMILIANO CORTINOVIS, PIAZZA F. MEDA, 4, MILANO 20121 ITALY |
| BANCA POPOLARE DI MILANO SOC. COOP. A.R.L. | TRANSFEROR: BANCA PASSADORE E C. S.P.A., ATTN: EMILIANO CORTINOVIS, PIAZZA F. MEDA, 4, MILANO 20121 ITALY |
| BANCA SELLA HOLDING SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: BRUNO TORCHIO, MANAGER, PIAZZA G SELLA, 1, BIELLA 13900 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., C/O MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| ISLAND CAPITAL INC | 60 MARKET SQUARE, PO BOX 364, BELIZE CITY  BELIZE |
| ISLAND CAPITAL INC | LUIS AMARAL SOUSA, SILVEIRA, APARTADO 73, TORRES VEDRAS 2564-909 PORTUGAL |
| SMITS, MONIKA | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM WALD 8, NORTMOOR 26845 GERMANY |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, L.P., ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | C/O MORGAN, LEWIS & BOCKIUS LLP, ATTN: STEVEN GIORDANO, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUSA, LUIS ALBERTO AMARAL GOMES | TRANSFEROR: ISLAND CAPITAL INC, CARTACHANAS-APARTADO 73, TORRES VEDRAS 2564-909 PORTUGAL |

**Total Creditor Count 19**