**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x   Ref. Docket Nos. 50119, 50312,
50313, 50334-50340

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 22, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170403

To:   BAR(23) MAILID *** 000094597126 ***



ELLIOTT ASSOCIATES, L.P.
TRANSFEROR: MARSHGATE INTERNATIONAL LIMITED
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

MARSHGATE INTERNATIONAL LIMITED
TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND, LTD
C/O ELLIOTT MANAGEMENT CORPORATION
ATTN: MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

Please note that your claim # 5062783-03 in the above referenced case and in the amount of $23,403,600.00 allowed at $23,352,301.02 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000094597126 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000170403



ELLIOTT ASSOCIATES, L.P.
TRANSFEROR: MARSHGATE INTERNATIONAL LIMITED
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          50313                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/22/2015                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 22, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C. | TRANSFEROR: CASSA DI RISPARMIO DI BRA SPA, ATTN: MR MARIO MUSSO, VIA CAVOUR, N 4, ALBA 12051 ITALY |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C., ATTN: GABUTTI LUIGI, VIA PRINCIPI DI PIEMONTE, 12, BRA (CUNEO) 12042 ITALY |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: MARSHGATE INTERNATIONAL LIMITED, C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| LYDIAN OVERSEAS PARTNERS MASTER FUND, LTD | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), (IN VOLUNTARY LIQUIDATION), C/O ELLIOTT MANAGEMENT CORPORATION, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| MARSHGATE INTERNATIONAL LIMITED | TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND, LTD, C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| MARSHGATE INTERNATIONAL LIMITED | TRANSFEROR: LYDIAN OVERSEAS PARTNERS MASTER FUND, LTD, C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND VIII LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1570, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1570, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND LP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ILLIQUIDX LTD, 8500 NORMANDALE LAKE BLVD., SUITE 1570, ATTN: EDWINA P.J. STEFFER, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 22**