UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, :  08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
-----------------------------------------------------------------------x    Ref. Docket Nos. 50294, 50308,
50323-50325, 50327, 50366, 50368,
50369, 50372, 50376, 50385-50387,
50391

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
4th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

To:   BAR(23) MAILID *** 000094630082 ***



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000094630082 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-71 in the above referenced case and in the amount of $50,000.00 allowed at $50,563.89 has been transferred (unless previously expunged by court order)

IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: ROBERT SOMMER
211 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 50366 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/23/2015               Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 23, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI SPOLETO | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN MENGANA MAURIZIO, VIA ROVAGNATI 1, DESIO 20832 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANQUE DE LUXEMBOURG | TRANSFEROR: CREDIT SUISSE, ATTN: CORPORATE ACTIONS DEPARTMENT, 55, RUE DES SCILLAS, LUXEMBOURG L-2529 LUXEMBOURG |
| BANQUE DE LUXEMBOURG | TRANSFEROR: CREDIT SUISSE, ATTN: CORPORATE ACTIONS DEPARTMENT, 55, RUE DES SCILLAS, LUXEMBOURG L-2529 LUXEMBOURG |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOUND POINT BEACON MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VR-LIW GMBH, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VR-LIW GMBH, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | C/O PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: UBS AG, ONE RAFFLES LINK # 05-02, SOUTH LOBBY, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE AG, SINGAPORE BRANCH | ONE RAFFLES LINK, UNITS 04-02, SINGAPORE 039393 SINGAPORE |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS GB LLP, ATTN: MATT SHIPTON, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS GB LLP, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON WIF 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS GB LLP, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CARVAL INVESTORS GB LLP, 3RD FLOOR, 25 GREAT PULTENEY STREET, LONDON W1F 9LT UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HAGAR, ANTON | TRANSFEROR: UBS AG, MARKTPLATZ 33, MASSING 84323 GERMANY |
| IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: ROBERT SOMMER, 211 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: CASTLE MARKET HOLDINGS LIMITED, ATTN: MATTHEW ROSENCRANS, 600 WASHINGTON BLVD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: VINCI S.A., ATTN: MATTHEW ROSENCRANS, 600 WASHINGTON BLVD., |

| Claim Name | Address Information |
|---|---|
| ROYAL BANK OF SCOTLAND, PLC, THE | STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: MALAYAN BANKING BERHAD, ATTN: MATTHEW ROSENCRANS, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: MARATHON GLOBAL EQUITY MASTER FUND, LTD., ATTN: FRANCESCA SENA, 600 WASHINGTON BLVD., STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, LP, ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO, BINGHAM MCCUTCHEN LLP, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, LP, ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO, BINGHAM MCCUTCHEN LLP, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS SECURITIES LLC, C/O SOUND POINT CAPITAL MANAGEMENT, L.P., ATTN: JORDAN MICHELS, 375 PARK AVENUE, NEW YORK, NY 10152 |
| SOUND POINT BEACON MASTER FUND, L.P. | STEVEN GIORDANO, BINGHAM MCCUTCHEN LLP, ONE FEDERAL STREET, BOSTON, MA 02110 |
| SWISSQUOTE BANK SA | TRANSFEROR: UBS AG, ATTN: CORPORATE ACTIONS SERVICE, CHEMIN DE LA CRETAUX 33, GLAND 1196 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE FUND V-B LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 53**