**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :      Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :      08-13555 (SCC)
                                                   :      (Jointly Administered)
                       Debtors.                    :
                                                   :
---------------------------------------------------------------x      Ref. Docket Nos. 49729, 50322

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 23, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Lauren Rodriguez*
                                                         Lauren Rodriguez

Sworn to before me this
4th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 921

To:   BAR(23) MAILID *** 000094630198 ***



GMO COMPLETION FUND
40 ROWES WHARF
BOSTON, MA 02110

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BARCLAYS BANK PLC
TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK
ATTN: RICHARD KEARNEY
5 THE NORTH COLONNADE, CANARY WHARF
LONDON E14 4BB
 UNITED KINGDOM

BAR(23) MAILID *** 000094630198 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 921

GMO COMPLETION FUND
40 ROWES WHARF
BOSTON, MA 02110

**Your transfer of claim # 67114 is defective for the reason(s) checked below:**

Signature Missing

Docket Number   50322            Date:  07/09/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI MILANO S.C.A.R.L. | F/K/A BANCA DI LEGNANO S.P.A., ATTN: MARIA TERESA GUERRA, LEGAL DEPT., PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK, ATTN: RICHARD KEARNEY, 5 THE NORTH COLONNADE, CANARY WHARF, LONDON E14 4BB UNITED KINGDOM |
| GMO COMPLETION FUND | 40 ROWES WHARF, BOSTON, MA 02110 |
| INTESA SANPAOLO S.P.A. | LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |

**Total Creditor Count 4**