UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------x
: 
In re                                                                  :  Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,        :   08-13555 (SCC)
                                                                       :  (Jointly Administered)
             Debtors.                                              :
                                                                       :
----------------------------------------------------------------------x  Ref. Docket Nos. 48712-48718,
                                                                            48720-48722, 49603-49609, 49611,
                                                                            50328-50332, 50373-50375, 50401,
                                                                            50402, 50404, 50406, 50407

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                               ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                            */s/ Lauren Rodriguez*
                                                                            Lauren Rodriguez

Sworn to before me this
4th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170448

To: BAR(23) MAILID *** 000094722321 ***



0C19 MASTER FUND LP - LCG
TRANSFEROR: DEUTSCHE BANK AG, LONDON
ATTN: OMAR KHAWAJA
1114 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000094722321 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000170448



0C19 MASTER FUND LP - LCG
TRANSFEROR: DEUTSCHE BANK AG, LONDON
ATTN: OMAR KHAWAJA
1114 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10036

Please note that your claim # 67080-87 in the above referenced case and in the amount of $147,486.60 allowed at $84,706.98 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: 0C19 MASTER FUND LP - LCG
C/O GOLDMAN SACHS & CO.
ATTN: MICHELLE LATXONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    49611    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/27/2015

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 27, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 0C19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| 0C19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| BANK LOMBARD ODIER & CO LTD | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, 11 RUE DE LA CORRATERIE, CH-1204 GENEVA SWITZERLAND |
| CID VEGA, D. AUSTIN | BANCO ESPIRITO SANTO, SA. SUC. EN ESPANA, C/ SERRANO, 88., MADRID 28006 SPAIN |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STRATEGIC VALUE SPECIAL SITUATIONS MASTER FUND II., L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC19 MASTER FUND LP - LCG, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATXONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, C/O GOLDMAN SACHS, INC., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC19 MASTER FUND LP - LCG, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK LOMBARD ODIER & CO LTD, ATTN: CUSTODY OPS, REF: CIF 104840, 511 FIFTH AVE, NEW YORK, NY 10017 |
| LGT BANK (SWITZERLAND) LTD. | TRANSFEROR: CREDIT SUISSE, GLAERNISCHSTRASSE 36, ZURICH CH-8022 SWITZERLAND |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR SPECTRUM OFFSHORE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| LUXOR WAVEFRONT LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| MEYER, MR. HORST WERNER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM KREUZ 11, ESSEN 45326 GERMANY |
| NOVO BANCO S.A. SUCURSAL EN ESPANA | TRANSFEROR: CID VEGA, D. AUSTIN, ATTN: ARTUR DE OLIVEIRA GUTERRES, SERRANO 88, MADRID 28006 SPAIN |
| OC19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| OC19 MASTER FUND LP - LCG | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: OMAR KHAWAJA, 1114 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10036 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MGMT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FL, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| VARDE FUND IX LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND VIII LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 70**