**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                          :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                           :
:
---------------------------------------------------------------x    Ref. Docket Nos. 50221, 50333

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 27, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                         Lauren Rodriguez

Sworn to before me this
4th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 50528    Filed 08/04/15    Entered 08/04/15 15:18:13    Main Document
Pg 2 of 6

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 25807

To:   BAR(23) MAILID *** 000094722297 ***



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000094722297 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 25807



CREDIT SUISSE AG  
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA  
CRAVATH SWAINE & MOORE LLP  
825 8TH AVENUE  
NEW YORK, NY 10019

CREDIT SUISSE AG  
PARADEPLATZ 8  
ZURICH CH-8001  
  SWITZERLAND

    ST. GALLER KANTONALBANK AG  
    ST. LEONHARDSTRASSE 21  
    ST. GALLEN 9001  
     SWITZERLAND

**Your transfer of claim # 55813-19 is defective for the reason(s) checked below:**

Other SCHEDULE 1 TO TRANSFER WITH ISIN DETAIL MISSING FROM DOC

Docket Number   50221        Date:  06/24/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. | ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| ST. GALLER KANTONALBANK AG | ST. LEONHARDSTRASSE 21, ST. GALLEN 9001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 7**