**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **Ref. Docket Nos. 50397, 50399,** |
| | : | **50425, 50459-50462** |
| | : | |

-------------------------------------------------------------------------x
| | : | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : | **08-13888 (SCC)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | **Ref. Docket Nos. 416, 417,** |
| | : | |

-------------------------------------------------------------------------x


## AFFIDAVIT OF SERVICE


STATE OF NEW YORK      )
                                       ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2015,  I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
4th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 50397, 50399, 50425, 50459-50462; (08-13888) 416, 417_AFF_7-30-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed

Please direct to the attention

of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 26995

To:    BAR(23) MAILID *** 000094979538 ***



BARCLAYS BANK PLC
ATTN: ANTHONY VITIELLO
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:         BAR(23) MAILID *** 000094979538 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 26995



BARCLAYS BANK PLC
ATTN: ANTHONY VITIELLO
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 55164-01 in the above referenced case and in the amount of
$3,049,336.96 allowed at $3,048,950.00 has been transferred (unless previously expunged by court order)

CORBIN OPPORTUNITY FUND LP
TRANSFEROR: BARCLAYS BANK PLC
C/O CORBIN CAPITAL PARTNERS, LP
590 MADISON AVENUE, 31ST FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          50397          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/30/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 30, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: NATIONAL BANK OF FUJAIRAH PSC, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: ANTHONY VITIELLO, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS PRIVATE CLIENTS INTL LIMITED, JERSEY BRANCH | TRANSFEROR: CREDIT SUISSE, BPCI LTD, 13 LIBRARY PLACE, ST HELIER, JERSEY JE4 8NE UNITED KINGDOM |
| BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK | FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST (F/K/A THE BLACKROCK, MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER:, MSFIA-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV, ATTN: PETER VAUGHAN, ESQ., 40 EAST 52ND STREET, NEW YORK, NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK | FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST (F/K/A THE BLACKROCK, MULTI-STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER:, MSFIA-C) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADV, ATTN: PETER VAUGHAN, ESQ., 40 EAST 52ND STREET, NEW YORK, NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF THE BLACKROCK | FIXED INCOME PORT ALPHA MASTER SER TRUST (FKA BLACKROCK MULTI-STRATEGY, FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKET: MSFIA-GL), C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT AND INVESTMENT ADVISOR, ATTN: PETER VAUGHAN, ESQ., 40 EAST 52ND STREET, NEW YORK, NY 10022 |
| BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF THE BLACKROCK | FIXED INCOME PORTABLE ALPHA MASTER SER TRUST (FKA THE BLACKROCK MULTI-, STRATEGY FIXED INCOME ALPHA MASTER SERIES TRUST) (BLK TICKER: MSFIA-, GL) C/O BLACKROCK FINANCIAL MANAGEMENT, AS AGENT & INVESTMENT ADVISOR, ATTN: PETER VAUGHAN, ESQ., 40 EAST 52ND STREET, NEW YORK, NY 10022 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CORBIN OPPORTUNITY FUND LP | TRANSFEROR: BARCLAYS BANK PLC, C/O CORBIN CAPITAL PARTNERS, LP, 590 MADISON AVENUE, 31ST FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK, FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BLACKROCK MULTI-STRATEGY SUB-TRUST C OF THE BLACKROCK, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF THE BLACKROCK, FIXED INCOME PORTABLE ALPHA MASTER SERIES TRUST, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BLACKROCK MULTI-STRATEGY SUB-TRUST GL OF THE BLACKROCK, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, JP MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |

| Claim Name | Address Information |
|---|---|
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK SECURITIES INC., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: BANC OF AMERICA SECURITIES LLC, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| NIEM, C H P | FLAT 112, FELIX COURT, 11 CHARCOT ROAD, COLINDALE, LONDON NW9 5ZE UNITED KINGDOM |
| OCULUS ADVISORS LIMITED | TRANSFEROR: BARCLAYS PRIVATE CLIENTS INTL LIMITED, JERSEY BRANCH, ATTN: ANNETTE HEATH, PO BOX 227, CLINCH'S HOUSE, LORD STREET, DOUGLAS IM99 1RZ ISLE OF MAN |
| VONWIN CAPITAL MANAGEMENT, LP | TRANSFEROR: NIEM, C H P, ROGER VON SPIEGEL, MANAGING DIRECTOR, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 46**