**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 49866 |

---

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                          ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                      */s/ Lauren Rodriguez*
                                                                                      Lauren Rodriguez

Sworn to before me this
4th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 923

To:   BAR(23) MAILID *** 000094979540 ***



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BLUEMOUNTAIN DISTRESSED MASTER FUND, LP
TRANSFEROR: ILLIQUIDX LLP
C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC
280 PARK AVENUE, 5TH FLOOR EAST
ATTN: YI SHU
NEW YORK, NY 10017

BAR(23) MAILID *** 000094979540 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 923



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

**Your transfer of claim # 59233-85 is defective for the reason(s) checked below:**

Amount On Transfer Agreement Does Not Match

Docket Number   49866          Date:  06/02/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |

**Total Creditor Count 2**