**JENNER & BLOCK LLP**
Richard Levin
919 Third Avenue, 37th Floor
New York, New York 10020
212-891-1601
212-891-1699

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF RICHARD LEVIN, ESQUIRE AS COUNSEL FOR CREDIT SUISSE AND REQUEST FOR REMOVAL FROM THE MAILING MATRIX AND THE COURT'S ELECTRONIC NOTIFICATION SYSTEM**

Richard Levin, Esq. of the firm of Jenner & Block LLP, hereby withdraws his appearance in the above-captioned bankruptcy case and requests that he no longer receive electronic filing notifications.

Date: August 4, 2015          By:   /s/ Richard Levin
                                    Richard Levin
                                    JENNER & BLOCK LLP
                                    919 Third Avenue
                                    New York, New York 10022