SCHEDULE 2 – Claim Transfer Forms

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re __Lehman Brothers Holdings, Inc__        Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banc of America Credit Products, Inc. | Storm Funding Limited (in administration) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036

Phone: (646) 855-7450
Last Four Digits of Acct #: ____

Court Claim # (if known): 200027

Allowed Claim Amount: $80,568,540
Date New Claim Number Assigned: 3/6/2012

Debtor against claim filed: _LBHI_____

Phone: (212) 903-9000
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

[insert]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Seth Denson_   **SETH DENSON**
    **VICE PRESIDENT**        Date: __8/4/2015__
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Storm Funding Limited (in administration)** ("Assignor") by and through its joint administrators, **Anthony Victor Lomas, Steven Anthony Pearson, Dan Yoram Schwarzmann and Julian Guy Parr** (the "Joint Administrators" and each a "Joint Administrator") without personal liability, pursuant to the terms of the Assignment Agreement dated 24 July 2015 and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Banc of America Credit Products, Inc.** ("Assignee") all right, title and interest in and to Claim Number 200027 in the amount of **$80,568,540** in Assignor's name against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13555 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court to the extent of the foregoing claim (the "Assigned Claim").

2. Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

3. One of the Joint Administrators has signed this Evidence of Transfer of Claim as agent for and on behalf of Assignor and neither the Joint Administrators, their firm, its members, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer of Claim. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer of Claim, the Joint Administrators, their firm and its members, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer of Claim as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of July 2015.

| | |
|---|---|
| **Storm Funding Limited (in administration)** | **Banc of America Credit Products, Inc.** |
| By: _____ | By: _____ |
| Name: Guy Parr | Name: |
| Title: Joint Administrator | Title: |
| For and on behalf of *Storm Funding Limited (in administration)* acting as its agent and without personal liability | |
| | c/o Bank of America Merrill Lynch |
| 7 More London | Bank of America Tower – 3rd Floor |
| Riverside, London, SE1 2RT | One Bryant Park |
| United Kingdom | New York, New York 10036 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **Storm Funding Limited (in administration)** ("Assignor") **by and through its joint administrators, Anthony Victor Lomas, Steven Anthony Pearson, Dan Yoram Schwarzmann and Julian Guy Parr** (the "Joint Administrators" and each a "Joint Administrator") without personal liability, pursuant to the terms of the Assignment Agreement dated 24 July 2015 and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Banc of America Credit Products, Inc.** ("Assignee") all right, title and interest in and to Claim Number **200027** in the amount of **$80,568,540** in Assignor's name against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13555 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court to the extent of the foregoing claim (the "Assigned Claim").

2.   Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

3.   One of the Joint Administrators has signed this Evidence of Transfer of Claim as agent for and on behalf of Assignor and neither the Joint Administrators, their firm, its members, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer of Claim. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer of Claim, the Joint Administrators, their firm and its members, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer of Claim as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of July 2015.

| | |
|---|---|
| **Storm Funding Limited (in administration)** | **Banc of America Credit Products, Inc.** |
| By:_____ | By:_____ |
| Name: Guy Parr | Name: |
| Title: Joint Administrator | Title: **SETH DENSON** |
| For and on behalf of *Storm Funding Limited (in administration)* acting as its agent and without personal liability | **VICE PRESIDENT** |
| | |
| 7 More London | c/o Bank of America Merrill Lynch |
| Riverside, London, SE1 2RT | Bank of America Tower – 3rd Floor |
| United Kingdom | One Bryant Park |
| | New York, New York 10036 |