SCHEDULE 2 – Claim Transfer Forms

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings, Inc</u>          Case No. <u>08-13555 (SCC)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>Banc of America Credit Products, Inc.</u> | <u>Southern Pacific Funding 3 Limited</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036

Phone: <u>(646) 855-7450</u>
Last Four Digits of Acct #: ____

Court Claim # (if known): <u>200034</u>

Allowed Claim Amount: <u>$35,450,774</u>
Date New Claim Number Assigned: <u>3/6/2012</u>
Debtor against claim filed: <u>LBHI</u>

Phone: <u>(212) 903-9000</u>
Last Four Digits of Acct. #: _N/A___

Name and Address where transferee payments should be sent (if different from above):

[insert]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____SETH DENSON____          Date:____8/4/2015_____
      Transferee/Transferee's Agent       VICE PRESIDENT

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **Southern Pacific Funding 3 Limited** ("Assignor"), pursuant to the terms of the Assignment Agreement dated 24 July 2015 and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Banc of America Credit Products, Inc.** ("Assignee") all right, title and interest in and to Claim Number 200034 in the amount of $35,450,774.00 against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13555 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court to the extent of the foregoing claim (the "Assigned Claim").

2. Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of July 2015.

| | |
|---|---|
| **Southern Pacific Funding 3 Limited** | **Banc of America Credit Products, Inc.** |
| By: _/s/ Lee Brandon_ | By: _____ |
| Name: Lee Brandon | Name: |
| Title: Director | Title: |
| Level 23 | c/o Bank of America Merrill Lynch |
| 25 Canada Square, | Bank of America Tower – 3rd Floor |
| London, | One Bryant Park |
| E14 5LQ | New York, New York 10036 |

# EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, **Southern Pacific Funding 3 Limited** ("Assignor"), pursuant to the terms of the Assignment Agreement dated 24 July 2015 and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Banc of America Credit Products, Inc.** ("Assignee") all right, title and interest in and to Claim Number 200034 in the amount of $35,450,774.00 against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13555 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court to the extent of the foregoing claim (the "Assigned Claim").

2.    Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claim. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 24 day of July 2015.

**Southern Pacific Funding 3 Limited**

By:_____
Name: Lee Brandon
Title: Director

Level 23
25 Canada Square,
London,
E14 5LQ

**Banc of America Credit Products, Inc.**

By:_____
Name:
Title: SETH DENSON
VICE PRESIDENT

c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036