ANNEX 2
LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Ch-11 LEHMAN BROTHERS HOLDINGS, INC.

Debtor

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Scotiabank (Ireland) Limited ("Assignor") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $6,542,015 | 12602 |

have been transferred and assigned to The Seaport Group Europe LLP ("Assignee"). The signature of Assignor on this document is evidence of the transfer of the claims and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Assignee.

ASSIGNEE: The Seaport Group Europe LLP

Address: Ground Floor West, One Finsbury Circus, London, EC2M 7EB

Signature:
Name: L. Jay Conklin
Title: Designated Member
Date: 96 July 2013

ASSIGNOR: Scotiabank (Ireland) Limited

Address: IFSC House, IFSC, Dublin 1, Ireland

Signature:
Name: DAVID MURDOCH
Title: MANAGING DIRECTOR
Date: 27th June 2013

22

Signature: _[signature]_
Name: CLIVE SINNAMON
Title: DIRECTOR CORPORATE BANKING
Date: 27th June 2013

23