## ANNEX 2
## LBHI TRANSFER NOTICE/EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc., et al. Case No. 08-13555 (JMP)

Claim Number: 12602
Aggregate Claim Amount: $ 6,542,015.00
**Dollar Amount Transferred: $6,542,015.00**

THE SEAPORT GROUP EUROPE LLP and its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby acknowledge that it has unconditionally and irrevocably sold, transferred and assigned unto:

ATTESTOR VALUE MASTER FUND LP
c/o Attestor Capital LLP
21 Upper Brook Street
London W1K 7PY
Attn: Anke Heydenreich
Email: Anke.Heydenreich@attestorcapital.com

its successors and assigns ("Buyer"), an undivided interest, solely to the extent of the Dollar Amount Transferred set forth above, in and to all rights, title and interest in and to the claim of Seller, as reflected in Claim Number 12602 set forth above, including all rights of stoppage in transit, replevin and reclamation, against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July ___, 2013.

THE SEAPORT GROUP EUROPE LLP

By: _____
Name:
Title: L. Jay Conklin
Designated Member

Attestor Value Master Fund LP
acting by Attestor Capital LLP

By: _____
Name: ANKE HEYDENREICH
Title: Managing Member

22

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., et al

Case No. 08-13555 (JMP)
Court ID (Court Use Only)

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the partial transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> ATTESTOR VALUE MASTER FUND LP | Name of Transferor: <br> THE SEAPORT GROUP EUROPE LLP |
|---|---|
| Notices to Transferee should be sent to: <br> ATTESTOR VALUE MASTER FUND LP <br> c/o Attestor Capital LLP <br> 21 Upper Brook Street <br> London W1K 7PY <br> United Kingdom <br> +44 20 7074 9621 <br> Attn: Anke Heydenreich <br> Email: Anke.Heydenreich@attestorcapital.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> The Seaport Group Europe LLP <br> Fax: +44 (0) 20 7614 9128 <br> Attn: Chris Jones <br> Email: cjones@theseaportgroup.com |
| Transferred Claim Amount: $6,542,015.00 | |
| Court Claim No. (if known): <br> 12602 | |
| Date Claim Filed: <br> September 14, 2009 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____ July 2013
    Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

23