## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **MILLENNIUM PARTNERS, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **ATTESTOR VALUE MASTER FUND LP** (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $13,063,533.00 (the "LBHI Claim"), and assigned claim no. 24492.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 3rd day of June 2015.

| ASSIGNEE: | Attestor Value Master Fund LP | ASSIGNOR: | Millennium Partners, L.P |
|---|---|---|---|
| Address: | c/o Attestor Capital LLP<br>20 Balderton Street<br>London, W1K 6TL | Address: | c/o Millennium Management LLC<br>666 Fifth Ave,<br>8th Floor<br>New York<br>NY 10103 |
| Telephone: | +44 20 7074 9610 / +44 20 7074 9619 | Tel: | 212-841-4100 |
| Email: | isobelle.white@attestorcapital.com / jessica.tuck@attestorcapital.com | Email: | generalcounsel@mlp.com |
| Attention: | Isobelle White / Jessica Tuck | Attention: | General Counsel |
| Signature: | *[signed]* | Signature: | |
| Name: | Anke Heydenrich | Name: | |
| Title: | Managing Member | Title: | |
| Date: | 1/6/2015 | Date: | |

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **MILLENNIUM PARTNERS, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **ATTESTOR VALUE MASTER FUND LP** (the "Assignee"), all right, title, interest, in and to, or arising under or in connection with, Assignor's general unsecured claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "Guarantor"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (JMP)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), in the amount of $13,063,533.00 (the "LBHI Claim"), and assigned claim no. 24492.

Assignor hereby waives any objection to the transfer of the LBHI Claim to Assignee on the books and records of the Guarantor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the LBHI Claim and recognizing the Assignee as the sole owners and holders of the LBHI Claim. Assignor further directs the Guarantor, the Bankruptcy Court and all other interested parties that all further notices relating to the LBHI Claim, and all payments or distributions of money or property in respect of the LBHI Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 3rd day of June 2015.

| ASSIGNEE: Attestor Value Master Fund LP | ASSIGNOR: Millennium Partners, L.P |
|---|---|
| Address: c/o Attestor Capital LLP<br>20 Balderton Street<br>London, W1K 6TL | Address: c/o Millennium Management LLC<br>666 Fifth Ave,<br>8th Floor<br>New York<br>NY 10103 |
| Telephone: +44 20 7074 9610 / +44 20 7074 9619 | Tel: 212-841-4100 |
| Email: isobelle.white@attestorcapital.com / jessica.tuck@attestorcapital.com | Email: generalcounsel@mlp.com |
| Attention: Isobelle White / Jessica Tuck | Attention: General Counsel |
| Signature: ................................... | Signature: [signed] |
| Name: ........................................ | Name: Kevin Byrne |
| Title: ......................................... | Title: Chief Financial Officer |
| Date: ......................................... | Date: 3 June 2015 |

MLP Legal
Initials [initialed]