Form 210A (10/06)

FILED / RECEIVED
JUL 2 0 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 CJMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banque Pictet & Cie SA | HSBC Private Bank (Suisse) S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Banque Pictet & Cie SA
Att : David Aeschlimann
Route des Acacias 60
1211 Geneva 73

Phone: +41.58.323.2197
Last Four Digits of Acct#:_____

Court Claim# (if known): 51762
Date Claim Filed: October 28, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): Nominal USD 200'000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date : 17 JUIL. 2015
Transferee/Transferee's Agent
Mélanie PICHONNAZ        David AESCHLIMANN

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

JUL 29 2015

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to BANQUE PICTET & CIE SA ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 16 JUIL. 2015                                              Date: - 6 JUIL. 2015

**Transferor**                                                    **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                                  BANQUE PICTET & CIE SA

Quai des Bergues 9 – 17 / P.O. Box 2888                          Route des Acacias 60

CH- 1211 Geneva 1                                                CH – 1211 Geneva 73

Signature: _____                               Signature: _____
           M.G. Burgio Chiappa                                                David AESCHLIMANN
           11982

Signature: _____                               Signature: _____
           Stéphane Bernotti                                                  Mélanie PICHONNAZ
           Associate

RECEIVED JUL 29 2015

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0296595910 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | USD 200'000.- |

**BANQUE PICTET & CIE SA**

Route des Acacias 60
1211 Genève 73
Suisse
TÉL +41 (0)58 323 2323
FAX +41 (0)58 323 2324

www.pictet.com



By registered mail
Lehman Brothers Holdings Claims Processing Center
c/o EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
USA

Geneva, 17.07.2015
Our ref: 2197/DA

Re :   Lehman Brothers Holding Inc., et al., Debtors
       Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)
       TRANSFER OF CLAIM

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number 51762 filled in the name of HSBC Private Bank (Suisse) S.A. (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (daeschlimann@pictet.com), fax (+41583232050), telephone (+41583232197) or post mail to the attention of Mr. David Aeschlimann.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Mélanie Pichonnaz           David Aeschlimann

