Form 210A (10/06)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings, Inc.**                    Case No. **08-13555**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee**                                      **Name of Transferor**

**Attestor Value Master Fund, L.P.**                         **Primeshares World Markets, LLC**

**Name and Address where notices to Transferee should be sent:**
21 Upper Brook Street
London, W1K 7PY
United Kingdom
Attention: Isobelle White
Email: Isobelle.white@attestorcapital.com

Court Claim# (if Known**): 27837**
Amount of Claim: **$12,341,267.18**
Date Claim Filed**: 09.21.2009**
Debtor: **Lehman Brothers Holdings, Inc.**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Anke Heydereich**                    Date: _____8-5-15_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXHIBIT C: LBHI TRANSFER NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.

DEBTOR

Case No. 08-13555

Chapter 11

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of PrimeShares World Markets, LLC as noted in the signature block below ("Seller") that are scheduled by the Debtor(s) and or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following:

| Scheduled Claim Amount | Schedule Claim No. |
| --- | --- |
| $12,341,267.18 | 27837 |

have been transferred and assigned to Attestor Value Master Fund, LP ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to the Buyer.

SELLER:   PrimeShares World Markets, LLC

Address:   261 Fifth Avenue

22nd Floor
New York, NY 10016

Signature: _____

Name:   Roger von Spiegel

Title:   Managing Director

Date: _____

SELLER:   Attestor Value Master Fund, L.P.

Address:   21 upper Brook Street
London, W1K 7PY
United Kingdom

Signature: _____

Name:   ANKE HEYDENREICH

Title:   MANAGING MEMBER

Date: _____