**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re:                                                            :   Chapter 11 Case No.
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                      :   08-13555 (SCC)
                                                                  :
             Debtors.                                             :   (Jointly Administered)
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 50485 & 50486

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 30, 2015, I caused to be served the:

   a. "Notice of Presentment of Stipulation, Agreement and Order Granting Limited Relief from the Automatic Stay," dated July 30, 2015 [Docket 50485], (the "Notice of Presentment"), and

   b. "June 2015 Post-Effective Operating Report," dated July 30, 2015 [Docket No. 50486], the "Operating Report"),

   by causing true and correct copies of the:

   i. Notice of Presentment and Operating Report, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

   ii. Notice of Presentment, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *Joseph F. Bermudez, Suzanne M. Meintzer, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP,1225 17th Street, 27th Floor, Denver, Colorado 80202*,

    iii.    Operating Report, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *Federal Reserve Bank of Philadelphia c/o William T. Wisser, Assistant Vice President, Ten Independence Mall, Philadelphia, PA 19106-1574,*

    iv.    Notice of Presentment and Operating Report, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    v.    Notice of Presentment, to be delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                */s/ Konstantina Haidopoulos*
                                                Konstantina Haidopoulos

Sworn to before me this
3rd day of August, 2015
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
apalazzolo@fzwz.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com

aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com

| | |
|---|---|
| cpappas@dilworthlaw.com | dlemay@chadbourne.com |
| craig.goldblatt@wilmerhale.com | dlipke@vedderprice.com |
| craigjustinalbert@gmail.com | dmark@kasowitz.com |
| crmomjian@attorneygeneral.gov | dmcguire@winston.com |
| csalomon@beckerglynn.com | dmiller@steinlubin.com |
| cschreiber@winston.com | dmurray@jenner.com |
| cshore@whitecase.com | dneier@winston.com |
| cshulman@sheppardmullin.com | dodonnell@milbank.com |
| cszyfer@stroock.com | dove.michelle@dorsey.com |
| cwalsh@mayerbrown.com | dpegno@dpklaw.com |
| cward@polsinelli.com | draelson@fisherbrothers.com |
| cweber@ebg-law.com | drosenzweig@fulbright.com |
| cweiss@ingramllp.com | drosner@goulstonstorrs.com |
| dallas.bankruptcy@publicans.com | drosner@kasowitz.com |
| dave.davis@isgria.com | dshaffer@wtplaw.com |
| david.bennett@tklaw.com | dshemano@peitzmanweg.com |
| david.heller@lw.com | dspelfogel@foley.com |
| david.livshiz@freshfields.com | dtatge@ebglaw.com |
| david.powlen@btlaw.com | dtheising@harrisonmoberly.com |
| davids@blbglaw.com | dwdykhouse@pbwt.com |
| davidwheeler@mvalaw.com | dworkman@bakerlaw.com |
| dbarber@bsblawyers.com | easmith@venable.com |
| dbaumstein@whitecase.com | ebcalvo@pbfcm.com |
| dbesikof@loeb.com | ecohen@russell.com |
| dcimo@gjb-law.com | edward.flanders@pillsburylaw.com |
| dcoffino@cov.com | efleck@milbank.com |
| dcrapo@gibbonslaw.com | efriedman@fklaw.com |
| ddavis@paulweiss.com | efriedman@friedmanspring.com |
| ddrebsky@nixonpeabody.com | ekbergc@lanepowell.com |
| ddunne@milbank.com | eleicht@whitecase.com |
| deggermann@kramerlevin.com | ellen.halstead@cwt.com |
| deggert@freebornpeters.com | emagnelli@bracheichler.com |
| demetra.liggins@tklaw.com | emerberg@mayerbrown.com |
| dennis.tracey@hoganlovells.com | enkaplan@kaplanlandau.com |
| dfelder@orrick.com | eobrien@sbchlaw.com |
| dflanigan@polsinelli.com | eschwartz@contrariancapital.com |
| dgrimes@reedsmith.com | etillinghast@sheppardmullin.com |
| dhayes@mcguirewoods.com | ezujkowski@emmetmarvin.com |
| dheffer@foley.com | fcarruzzo@kramerlevin.com |
| dhurst@coleschotz.com | ffm@bostonbusinesslaw.com |
| dhw@dhclegal.com | fhenn@law.nyc.gov |
| diconzam@gtlaw.com | fhyman@mayerbrown.com |
| djcarragher@daypitney.com | foont@foontlaw.com |
| djoseph@stradley.com | fritschj@sullcrom.com |
| dkessler@ktmc.com | fsosnick@shearman.com |
| dkozusko@willkie.com | fyates@sonnenschein.com |

2

gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
ilevee@lowenstein.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us

jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jclose@chapman.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com

| | |
|---|---|
| jonathan.henes@kirkland.com | kobak@hugheshubbard.com |
| jorbach@hahnhessen.com | korr@orrick.com |
| joseph.cordaro@usdoj.gov | kovskyd@pepperlaw.com |
| joseph.serino@kirkland.com | kressk@pepperlaw.com |
| joshua.dorchak@morganlewis.com | kreynolds@mklawnyc.com |
| jowen769@yahoo.com | krodriguez@allenmatkins.com |
| joy.mathias@dubaiic.com | krosen@lowenstein.com |
| jpintarelli@mofo.com | kurt.mayr@bgllp.com |
| jporter@entwistle-law.com | landon@slollp.com |
| jprol@lowenstein.com | lapeterson@foley.com |
| jrabinowitz@rltlawfirm.com | lawallf@pepperlaw.com |
| jrsmith@hunton.com | lawrence.gelber@srz.com |
| jschiller@bsfllp.com | lberkoff@moritthock.com |
| jschreib@chapman.com | lee.stremba@troutmansanders.com |
| jschwartz@hahnhessen.com | lee.whidden@dentons.com |
| jsheerin@mcguirewoods.com | lgranfield@cgsh.com |
| jsherman@bsfllp.com | lhandelsman@stroock.com |
| jshickich@riddellwilliams.com | lisa.solomon@att.net |
| jsmairo@pbnlaw.com | ljkotler@duanemorris.com |
| jstoll@mayerbrown.com | lkatz@ltblaw.com |
| jsullivan@mosessinger.com | lkiss@klestadt.com |
| jtimko@shutts.com | lmarinuzzi@mofo.com |
| judy.morse@crowedunlevy.com | lmcgowen@orrick.com |
| jvail@ssrl.com | lnashelsky@mofo.com |
| jwcohen@daypitney.com | loizides@loizides.com |
| jweiss@gibsondunn.com | lschweitzer@cgsh.com |
| jwest@velaw.com | lucdespins@paulhastings.com |
| jwh@njlawfirm.com | mabrams@willkie.com |
| kanema@formanlaw.com | maofiling@cgsh.com |
| karen.wagner@dpw.com | marc.chait@sc.com |
| karl.geercken@alston.com | margolin@hugheshubbard.com |
| kdwbankruptcydepartment@kelleydrye.com | mark.bane@ropesgray.com |
| keckhardt@hunton.com | mark.ellenberg@cwt.com |
| keith.simon@lw.com | mark.mckane@kirkland.com |
| ken.coleman@allenovery.com | mark.sherrill@sutherland.com |
| ken.higman@hp.com | marvin.clements@ag.tn.gov |
| kerry.moynihan@hro.com | matt@willaw.com |
| kgwynne@reedsmith.com | matthew.klepper@dlapiper.com |
| khang.tran@hoganlovells.com | maustin@orrick.com |
| kiplok@hugheshubbard.com | mbenner@tishmanspeyer.com |
| kit.weitnauer@alston.com | mberman@nixonpeabody.com |
| kkelly@ebglaw.com | mbienenstock@proskauer.com |
| kkolbig@mosessinger.com | mbloemsma@mhjur.com |
| klyman@irell.com | mbossi@thompsoncoburn.com |
| klynch@formanlaw.com | mcademartori@sheppardmullin.com |
| kmayer@mccarter.com | mcarthurk@sullcrom.com |

mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com

mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com

rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org

tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com

wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

7

# EXHIBIT C

joseph.bermudez@wilsonelser.com
suzanne.meintzer@wilsonelser.com