B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re LEHMAN BROTHERS HOLDINGS INC., et al.,     Case No. 08-13555 (SCC)
Debtors     (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BKM Holdings (Cayman) Ltd | Banc of America Credit Products, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

With a copy to:
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212-446-4018
Facsimile: 212-371-4318
Email: jdonovan@dkpartners.com

Court Claim # (if known): 200029
Amount of Claim: $42,632,876.00
Date Claim Filed: March 6, 2012
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____  Date: August 10, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

1.  For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banc of America Credit Products, Inc.** ("Assignor"), pursuant to the terms of the Assignment Agreement dated on or about the date hereof, and entered into between Assignor and Assignee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to **BKM Holdings (Cayman) Ltd.** ("Assignee") all right, title and interest in and each of the 4 Claims as further referenced in the table below, in Assignor's name against Lehman Brothers Holdings Inc. (the "Debtor"), a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), jointly administered under Case No. 08-13555 (SCC), and any and all proofs of claim filed by Assignor with the Bankruptcy Court to the extent of the foregoing claim (the "Assigned Claims").

| Prior Seller | Claim Number | Allowed Claim Amount |
|---|---|---|
| Storm Funding Limited (in administration) | 200027 | $80,568,540.00 |
| Resetfan Limited | 200045 | 531,281.00 |
| Preferred Mortgages Limited | 200029 | 42,632,876.00 |
| Southern Pacific Funding 3 Limited | 200034 | 35,450,774.00 |
| | TOTAL | $159,183,471.00 |

2.  Assignor hereby waives any objection to the transfer of the Assigned Claims to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Assignor by Assignee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Assigned Claims. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claims, recognizing Assignee as the sole owner and holder of the Assigned Claims, and directing that all notices or payments or distributions of money or property in respect of the Assigned Claims be delivered or made to Assignee.

[signature page follows]

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this day of July 24, 2015.

| | |
|---|---|
| **Banc of America Credit Products, Inc.** | **BKM Holdings (Cayman) Ltd.**<br>By Midtown Acquisitions LP, its sole shareholder,<br>By Midtown Acquisitions GP LLC, its general partner |
| By: _____<br>Name:<br>Title: **SETH DENSON**<br>**VICE PRESIDENT** | By: _____<br>Name: Anthony Yoculan<br>Title: Manager |
| Address:<br>Banc of America Credit Products, Inc.<br>c/o Bank of America Merrill Lynch<br>Bank of America Tower – 3rd Floor<br>One Bryant Park<br>New York, New York 10036<br>Attention:  Ante Jakic / Gary S. Cohen<br>Telephone:  (646) 855-7450<br>Email:  Ante.Jakic@baml.com / g.cohen@baml.com | Address:<br>Intertrust Corporate Services (Cayman) Limited<br>190 Elgin Avenue<br>George Town, Grand Cayman KY1-9005<br><br>*With a copy to:*<br>c/o Davidson Kempner Capital Management<br>520 Madison Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan<br>Telephone: 212 446 4018<br>Facsimile: 212 371 4318<br>Email: jdonovan@dkpartners.com |