**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                                :   Chapter 11 Case No.
                                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                 :   08-13555 (SCC)
                                                                                     :   (Jointly Administered)
Debtors.                                                                       :
                                                                                     :
---------------------------------------------------------------------x   Ref. Docket Nos. 50322, 50463,
                                                                                         50467, 50468

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                                  ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 3, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170495

To:   BAR(23) MAILID *** 000095092437 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P.
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

LIBERTY HARBOR MASTER FUND I, L.P.
C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P.
ATTN: WENDY YUN
200 WEST STREET
NEW YORK, NY 10282

LIBERTY HARBOR MASTER FUND I, L.P.
DAVID AMAN
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

Please note that your claim # 15826 in the above referenced case and in the amount of $68,522,914.00 allowed at $27,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095092437 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000170495



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P.
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    50467    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/03/2015                                Vito Genna, Clerk of Court

                                                /s/ Lauren Rodriguez
                                                _____
                                                EPIQ BANKRUPTCY SOLUTIONS, LLC
                                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 3, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: LANDWIRTSCHAFTLICHE RENTENBANK, ATTN: RICHARD KEARNEY, 5 THE NORTH COLONNADE, CANARY WHARF, LONDON E14 4BB UNITED KINGDOM |
| GMO COMPLETION FUND | TRANSFEROR: BARCLAYS BANK PLC, 40 ROWES WHARF, BOSTON, MA 02110 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| LIBERTY HARBOR MASTER FUND I, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |
| LIBERTY HARBOR MASTER FUND I, L.P. | DAVID AMAN, CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| LIBERTY HARBOR MASTER FUND I, L.P. | C/O GOLDMAN SACHS ASSET MANAGEMENT, L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |
| LIBERTY HARBOR MASTER FUND I, L.P. | DAVID AMAN, CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |

**Total Creditor Count 10**