UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :    08-13555 (SCC)
                                                             :    (Jointly Administered)
                                    Debtors.              :
                                                             :
---------------------------------------------------------------x    Ref. Docket Nos. 49694, 50375,
                                                                  50462, 50476, 50491, 50509-50512

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                        ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 5, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279

To:     BAR(23) MAILID *** 000095094675 ***



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000095094675 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-72 in the above referenced case and in the amount of $180,000.00 allowed at $183,717.00 has been transferred (unless previously expunged by court order)

IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: ROBERT SOMMER
211 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   50476   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/05/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 5, 2015.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA ALBERTINI SYZ & C.S.P.A., ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO, 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA ALBERTINI SYZ & C.S.P.A., ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO, 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: YORK GLOBAL FINANCE BDH, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: ROBERT SOMMER, 211 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: GOLDMAN, SACHS & CO., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| MEYER, MR. HORST WERNER | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM KREUZ 11, ESSEN 45326 GERMANY |
| PRIMESHARES WORLD MARKETS, LLC | TRANSFEROR: BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH, ATTN: ROGER VON SPIEGEL, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, OPS DEPARTMENT C/O STONEHILL CAPITAL MANAGEMENT LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, OPS DEPARTMENT C/O STONEHILL CAPITAL MANAGEMENT LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, OPS DEPARTMENT C/O STONEHILL CAPITAL MANAGEMENT LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL MASTER FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, OPS DEPARTMENT C/O STONEHILL CAPITAL MANAGEMENT LLC, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 23**