**EXHIBIT 1**

08-13555-scc Doc 50583-1 Filed 08/12/15 Entered 08/12/15 15:19:05 Exhibit 1 Pg 2 of 2

IN RE: LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (SCC)
OMNIBUS OBJECTION 502: EXHIBIT 1 - INSUFFICIENT DOCUMENTATION

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21971 | Undetermined | Undetermined | Insufficient Documentation |
| 2 | ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 21972 | Undetermined | Undetermined | Insufficient Documentation |
| 3 | ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 26512 | $9,568,125.00 * | $9,568,125.00 * | Insufficient Documentation |