UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
-------------------------------------------------------------------x  Ref. Docket Nos. 49219, 50226,
50229, 50343, 50508, 50514, 50535-
50538, 50540-50542

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000170524

To:   BAR(23) MAILID *** 000095095855 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: PREFERRED MORTGAGES LIMITED
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

PREFERRED MORTGAGES LIMITED  
ATTN: LEE BRANDON, AS DIRECTOR  
ST. JOHNS PLACE  
EASTON STREET  
HIGH WYCOMBE HP11 INL  
UNITED KINGDOM

PREFERRED MORTGAGES LIMITED  
DAVIS POLK & WARDWELL LLP  
ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK  
450 LEXINGTON AVENUE  
NEW YORK, NY 10017

Please note that your claim # 200029 in the above referenced case and in the amount of $42,632,876.00 allowed at $42,632,876.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095095855 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000170524



BANC OF AMERICA CREDIT PRODUCTS, INC.  
TRANSFEROR: PREFERRED MORTGAGES LIMITED  
C/O BANK OF AMERICA MERRILL LYNCH  
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK  
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 50535 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/06/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez  
_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC  
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 6, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, C/O ATTESTOR CAPITAL LLP, ATTN: ANKE HEYDENREICH, 21 UPPER BROOK STREET, LONDON W1K 7PY UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: PREFERRED MORTGAGES LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RESETFAN LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOUTHERN PACIFIC FUNDING 3 LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STORM FUNDING LIMITED (IN ADMINISTRATION), C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA FINNAT EURAMERICA S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: ARTURO NATTINO, PIAZZA DEL GESU, 49, ROME 00186 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: VALERIA VIGANO, VIA ROSSELLINI 16, MILANO 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: VENETO BANCA HOLDING SCPA, ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | MARINA I. ZELINSKY, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PREFERRED MORTGAGES LIMITED | ATTN: LEE BRANDON, AS DIRECTOR, ST. JOHNS PLACE, EASTON STREET, HIGH WYCOMBE HP11 INL UNITED KINGDOM |
| PREFERRED MORTGAGES LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| PREFERRED MORTGAGES LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| RESETFAN LIMITED | C/O REED SMITH LLP, ATTN: JEFF DREW & MONIKA KUZELOVA, THE BROADGATE TWR,20 PRIMROSE ST, LONDON EC2A 2RS UNITED KINGDOM |
| RESETFAN LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| RESETFAN LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| SCOTIABANK (IRELAND) LIMITED | ATTN: JOHN R. M. CAMPBELL, I.F.S.C. HOUSE, CUSTOM HOUSE QUAY, DUBLIN 1 IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |

| Claim Name | Address Information |
|---|---|
| SOUTHERN PACIFIC FUNDING 3 LIMITED | ATTN: LEE BRANDON, AS DIRECTOR, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| SOUTHERN PACIFIC FUNDING 3 LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| SOUTHERN PACIFIC FUNDING 3 LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| STORM FUNDING LIMITED (IN ADMINISTRATION) | TRANSFEROR: ACENDEN LIMITED (F/K/A CAPSTONE MORTGAGE SERVICES LTD.), ATT: THE JOINT ADMINISTRATORS, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| THE SEAPORT GROUP EUROPE LLP | TRANSFEROR: SCOTIABANK (IRELAND) LIMITED, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| THE SEAPORT GROUP EUROPE LLP | TRANSFEROR: SCOTIABANK (IRELAND) LIMITED, GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |
| UBI BANCA SCPA | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: ANDREA ANCIDEI, PIAZZA VITTORIO, 8, BERGAMO 24122 ITALY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANK OF AMERICA, N.A., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VENETO BANCA HOLDING SCPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: UBS AG, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 11016 |

**Total Creditor Count 42**