**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (SCC)
                                                :    (Jointly Administered)
                    Debtors.                    :
                                                :
-------------------------------------------------------------------x    Ref. Docket Nos. 49692, 50491
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 6, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97005

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 924

To:   BAR(23) MAILID *** 000095095873 ***



PRIMESHARES WORLD MARKETS, LLC
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH
ATTN: IDEL ALBERTO BLAJFEDER
80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR
P. O. BOX 1360
GRAND CAYMAN KY1- 1108
 CAYMAN ISLANDS

BAR(23) MAILID *** 000095095873 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 924



PRIMESHARES WORLD MARKETS, LLC
261 FIFTH AVENUE, 22ND FLOOR
NEW YORK, NY 10016

**Your transfer of claim # 27837 is defective for the reason(s) checked below:**

Other ESO CLAIM - NOT ELIGIBLE FOR TRANSFER PER DN 50298

Docket Number   50491            Date:  07/31/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA DI CARAGLIO DEL CUNEESE E DELLA RIVIERA DEI FIORI | ATTN: ROBERTO LEVICO, PIAZZA DELLA COOPERAZIONE 1, CARAGLIO (CN) 12023 ITALY |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| CASSA DI RISPARMIO DI BRA SPA | TRANSFEROR: BANCA DI CREDITO COOPERATIVO DI ALBA, LANGHE E ROERO S.C., ATTN: GABUTTI LUIGI, VIA PRINCIPI DI PIEMONTE, 12, BRA (CUNEO) 12042 ITALY |
| PRIMESHARES WORLD MARKETS, LLC | 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |

**Total Creditor Count 4**