**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :   Chapter 11 Case No.
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   08-13555 (SCC)
                                                               :   (Jointly Administered)
                         Debtors.                              :
                                                               :
---------------------------------------------------------------x   Ref. Docket No. 50388

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 7, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

08-13555-mg    Doc 50586    Filed 08/12/15    Entered 08/12/15 15:25:30    Main Document
Pg 2 of 6

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000163839

To:   BAR(23) MAILID *** 000095107669 ***



ROYAL BANK OF SCOTLAND, PLC, THE
TRANSFEROR: METLIFE ASSURANCE LIMITED
ATTN: MATTHEW ROSENCRANS
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000095107669 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000163839



ROYAL BANK OF SCOTLAND, PLC, THE
TRANSFEROR: METLIFE ASSURANCE LIMITED
ATTN: MATTHEW ROSENCRANS
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

Please note that your claim # 26960 in the above referenced case and in the amount of $2,412,725.00 has been transferred (unless previously expunged by court order)

CVI GVF LUX NINETY NINE SARL
TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
C/O CAR VAL INVESTORS GB LLP
25 GREAT PULTENEY STREET, 3RD FLOOR
LONDON W1F 9LT
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    50388    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/07/2015            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 7, 2015.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CAR VAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F 9LT UNITED KINGDOM |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: METLIFE ASSURANCE LIMITED, ATTN: MATTHEW ROSENCRANS, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |

**Total Creditor Count 2**