**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
In re                                                      :  Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,               :  08-13555 (SCC)
                                                           :  (Jointly Administered)
                              Debtors.                     :
                                                           :
------------------------------------------------------------------------x  Ref. Docket Nos. 49729, 50333,
                                                              50552-50555

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000170540

To:  BAR(23) MAILID *** 000095184880 ***



CRS MASTER FUND, L.P.
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

JPMORGAN SECURITIES PLC
TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL
J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC
ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
383 MADISON AVENUE - FLOOR 43
NEW YORK, NY 10179

Please note that your claim # 62806-01 in the above referenced case and in the amount of $306,709.08 allowed at $305,526.07 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095184880 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000170540



CRS MASTER FUND, L.P.
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     50554     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/10/2015                                    Vito Genna, Clerk of Court

                                                    /s/ Lauren Rodriguez
                                                    _____
                                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
                                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 10, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI MILANO S.C.A.R.L. | F/K/A BANCA DI LEGNANO S.P.A., ATTN: MARIA TERESA GUERRA, LEGAL DEPT., PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| INTESA SANPAOLO SPA | TRANSFEROR: BANCA POPOLARE DI MILANO S.C.A.R.L., ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, JP MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREYL. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY |

| Claim Name | Address Information |
|---|---|
| JPMORGAN SECURITIES PLC | 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECUITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 36**