**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :    (Jointly Administered)
                    Debtors.                  :
                                              :
-----------------------------------------------------------------x    Ref. Docket No. 50548
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Lauren Rodriguez
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 50548_Aff 8-10-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 926

To:   BAR(23) MAILID *** 000095184888 ***



ATTESTOR VALUE MASTER FUND, LP
ATTN: ISOBELLE WHITE
21 UPPER BROOK STREET
LONDON W1K7PY

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH
ATTN: IDEL ALBERTO BLAJFEDER
80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR
P. O. BOX 1360
GRAND CAYMAN KY1- 1108
 CAYMAN ISLANDS

BAR(23) MAILID *** 000095184888 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 926



ATTESTOR VALUE MASTER FUND, LP
ATTN: ISOBELLE WHITE
21 UPPER BROOK STREET
LONDON W1K7PY

**Your transfer of claim # 27837 is defective for the reason(s) checked below:**

Other Claim is not held by Primeshares World Markets, LLC

Docket Number   50548        Date:  08/05/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND, LP | ATTN: ISOBELLE WHITE, 21 UPPER BROOK STREET, LONDON W1K7PY |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |

**Total Creditor Count 2**