UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                                                             :    (Jointly Administered)
                    Debtors.                           :
                                                             :
---------------------------------------------------------------x    Ref. Docket Nos. 50491, 50540-
                                                                            50542

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                            ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
12th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 50491, 50540-50542_Aff 8-11-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000070872

To:   BAR(23) MAILID *** 000095185547 ***



MILLENNIUM PARTNERS, L.P.
ATTN: GENERAL COUNSEL
666 FIFTH AVENUE, 8TH FLOOR
NEW YORK, NY 10103

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000095185547 ***     LBH DEFTRFNTC (MERGE2, TXNUM2) 4000070872



MILLENNIUM PARTNERS, L.P.
ATTN: GENERAL COUNSEL
666 FIFTH AVENUE, 8TH FLOOR
NEW YORK, NY 10103

MILLENNIUM PARTNERS, L.P.
MARINA I. ZELINSKY
WILLKIE FARR & GALLAGHER LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

ATTESTOR VALUE MASTER FUND LP
C/O ATTESTOR CAPITAL LLP
20 BALDERTON STREET
LONDON W1K 6TL
 UNITED KINGDOM

**Your transfer of claim # 24492 is defective for the reason(s) checked below:**

Other ESTIMATED AT $0 PURSUANT TO COURT ORDER

Docket Number   50542              Date:  08/05/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | C/O ATTESTOR CAPITAL LLP, 20 BALDERTON STREET, LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | C/O ATTESTOR CAPITAL LLP; ATTN: ANKE HEYDENREICH, 21 UPPER BROOK STREET, LONDON W1K 7PY UNITED KINGDOM |
| BANCO DO BRASIL S. A.- GRAND CAYMAN BRANCH | ATTN: IDEL ALBERTO BLAJFEDER, 80 SHEDDEN ROAD, ELIZABETHAN SQUARE- PHASE 3 BUILDING, 4TH FLOOR, P. O. BOX 1360, GRAND CAYMAN KY1- 1108 CAYMAN ISLANDS |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | MARINA I. ZELINSKY, WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PRIMESHARES WORLD MARKETS, LLC | ATTN: ROGER VON SPIEGEL, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 10016 |
| SCOTIABANK (IRELAND) LIMITED | ATTN: JOHN R. M. CAMPBELL, I.F.S.C. HOUSE, CUSTOM HOUSE QUAY, DUBLIN 1 IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |
| SCOTIABANK (IRELAND) LIMITED | ATTN: JOHN R. M. CAMPBELL, I.F.S.C. HOUSE, CUSTOM HOUSE QUAY, DUBLIN 1 IRELAND |
| SCOTIABANK (IRELAND) LIMITED | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |
| SEAPORT GROUP EUROPE LLP, THE | GROUND FLOOR WEST, ONE FINSBURY CIRCUS, LONDON EC2M 7EB UNITED KINGDOM |

**Total Creditor Count 11**