UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re                                                             :   Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   08-13555 (SCC)
                                                                  :   (Jointly Administered)
            Debtors.                                         :
                                                                  :
------------------------------------------------------------------x   Ref. Docket Nos. 50389, 50390,
                                                                            50403, 50405, 50565-50571

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                        ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 12, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000170524

To:  BAR(23) MAILID *** 000095218901 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: PREFERRED MORTGAGES LIMITED
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000095218901 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000170524



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: PREFERRED MORTGAGES LIMITED
C/O BANK OF AMERICA MERRILL LYNCH
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 200029 in the above referenced case and in the amount of $42,632,876.00 allowed at $42,632,876.00 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED
190 ELGIN AVENUE
GEORGE TOWN KY1-9005
 GRAND CAYMAN

BKM HOLDINGS (CAYMAN) LTD.
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    50570    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/12/2015    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 12, 2015.

**EXHIBIT B**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: STORM FUNDING LIMITED (IN ADMINISTRATION), C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: RESETFAN LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: PREFERRED MORTGAGES LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SOUTHERN PACIFIC FUNDING 3 LIMITED, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | BARCLAYS BANK PLC, ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND PLC, THE, C/O CARVAL INVESTORS GB LLP, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O CAR VAL INVESTORS BF LLP, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F 9LT UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| LEHMAN BROTHERS HOLDINGS, INC. | TRANSFEROR: GOAL LINE PARTNERS, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS, INC. | WEIL GOTSHAL & MANGES LLP, GARRETT FAIL AND SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: LEHMAN BROTHERS HOLDINGS, INC., ATTN: RICHARD KATZ, 1271 AVENUE OF AMERICAS, 40TH FLOOR, NEW YORK, NY 10022 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | WEIL GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL & SUNNY SINGH, 767 FIFTH AVENUE, NEW YORK, NY 10153 |

| Claim Name | Address Information |
|---|---|
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MGMT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| ROYAL BANK OF SCOTLAND PLC, THE | TRANSFEROR: EVERGREEN GLOBAL DIVIDEND OPPORTUNITY FUND, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | TRANSFEROR: CAISSE REGIONALE, ATTN: MATTHEW ROSENCRANS, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ILLIQUIDX LLP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 35**