**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                        :
In re                                                   :         **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,            :         **08-13555 (SCC)**
                                                        :         **(Jointly Administered)**
                         **Debtors.**                   :
                                                        :
------------------------------------------------------------------------x         **Ref. Docket Nos. 49694, 50111**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 12, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
13th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC.
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129341

To:    BAR(23) MAILID *** 000095218927 ***



BANCA ALBERTINI SYZ & C.S.P.A.
VIA BORGONUOVO 14
MILANO I-20121
 ITALY

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000095218927 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129341



BANCA ALBERTINI SYZ & C.S.P.A.
VIA BORGONUOVO 14
MILANO I-20121
 ITALY

CREDIT EMILIANO SPA
ATTN: EFISIO BERTRAND
VIA EMILIA SAN PIETRO, N.4
REGGIO EMILIA 42121
 ITALY

**Your transfer of claim # 65845-02 is defective for the reason(s) checked below:**

Expunged By Court Order
 Expunged By Court Order

Docket Number   49694                    Date:  05/19/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| CREDIT EMILIANO SPA | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| ICCREA BANCA SPA | ICCREA BANCA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA SPA | ICCREA BANCA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 8**