**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------x
:
In re                                                                    :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :    **08-13555 (SCC)**
:   **(Jointly Administered)**
**Debtors.**                      :
:
--------------------------------------------------------------------------x   **Ref. Docket No. 50553**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 13, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
13th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfer 50553_AFF_8-13-15.doc

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000170564

To:    BAR(23) MAILID *** 000095220280 ***



CYRUS OPPORTUNITIES MASTER FUND II, LTD.
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

 To:

JPMORGAN SECURITIES PLC
TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL
J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC
ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138
383 MADISON AVENUE - FLOOR 43
NEW YORK, NY 10179

Please note that your claim # 58221-13 in the above referenced case and in the amount of
$722,060.65 allowed at $727,489.89 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095220280 ***            LBH TRFNTC (MERGE2, TXNUM2) 4000170564



CYRUS OPPORTUNITIES MASTER FUND II, LTD.
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        50553                in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

 Date:  08/13/2015                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

  FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 13, 2015.

**EXHIBIT B**

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, J.P. MORGAN SECURITIES LLC, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE – FLOOR 43, NEW YORK, NY 10179 |

**Total Creditor Count 2**

EPIQ BANKRUPTCY SOLUTIONS, LLC