UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| Lehman Brothers Holdings Inc., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF PARTIAL WITHDRAWAL OF CLAIM 28108

Reference is made to proof of claim number 28108 (the "Claim"), which was filed against Lehman Brothers Holdings Inc. ("LBHI") in the amount listed thereon (the "Filed Amount") by Goldman Sachs International ("GSI") and which is currently held by GSI. The Claim arises under a certain Guarantee (as defined in the Claim) by LBHI of transactions entered into pursuant to an ISDA Master (as defined in the Claim) between GSI and Lehman Brothers Finance S.A. ("LBF"). In May 2013, GSI's underlying claim under the ISDA Master was allowed in LBF's bankruptcy proceeding in Switzerland in the amount of CHF 91,000,000.00.

PLEASE TAKE NOTICE that in accordance with prior agreement between GSI and LBHI GSI hereby withdraws with prejudice the portion of the Claim listed in Exhibit A as the "Withdrawn Amount" and directs Epiq Bankruptcy Solutions LLC, LBHI's claims and noticing agent, to update the official claims register for LBHI to reflect such withdrawal, resulting in the "Revised Amount" specified in Exhibit A. GSI represents and warrants that the withdrawal of the Withdrawn Amount is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action

1

binding on it.  For the avoidance of doubt, GSI does not withdraw any part of the Claim other than the Withdrawn Amount.  In addition, GSI expressly reserves all, and nothing herein shall constitute an admission with respect to or impair any, of its rights, actions, defenses, objections, causes of action and claims it might have against (A) LBHI (or any other person or entity), to the extent not related to the Withdrawn Amount of the Claim, or (B) LBF (or any person or entity other than LBHI), whether or not related to the Withdrawn Amount of the Claim.

[*Remainder of Page Left Intentionally Blank*]

Dated: August 14, 2015
New York, New York

                        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:   /s/ Thomas J. Moloney_____
      Thomas J. Moloney
      Sean A. O'Neal
      Humayun Khalid
      One Liberty Plaza
      New York, New York 10006
      Telephone: (212) 225-2000
      Fax: (212) 225-3999

*Attorneys for Claimant*
*Goldman Sachs International*

## **EXHIBIT A**

| Claim No. | Claimant | Filed Amount | Withdrawn Amount | Revised Amount |
|---|---|---|---|---|
| 28108 | Goldman Sachs International | $201,956,285.51 | $96,921,817.51 | $105,034,468.00 |