## EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Special Financing Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Special Financing Inc. |
| CASE NO. | Chapter 11, Case No. 08-13888 (JMP) (Jointly administered) |
| CLAIM NO. | 29512 **(full transfer)** |

It is herby certified that Anthracite Reference Company (12) Limited ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (LUX) MASTER S.A R.L.
c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London W1F 9LT
Att: Matt Shipton

("Buyer"), by agreement dated 29 July 2015 all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13th day of August 2015.

| **Anthracite Reference Company (12) Limited** | **CVI GVF (Lux) Master S.A.R.L** |
|---|---|
| ................................ | ................................ |
| Name: | Name: Mirko Fischer |
| Title: | Title: Manager |
| | |
| ................................ | ................................ |
| Name: | Name: |
| Title: | Title: |

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor")

CASE NAME: In re Lehman Brothers Special Financing Inc.

CASE NO. Chapter 11, Case No. 08-13888 (JMP) (Jointly administered)

CLAIM NO. 29512 **(full transfer)**

It is herby certified that Anthracite Reference Company (12) Limited ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

CVI GVF (LUX) MASTER S.A R.L.
c/o Carval Investors UK Limited
3rd Floor, 25 Great Pulteney Street
London W1F 9LT
Att: Matt Shipton

("Buyer"), by agreement dated 29 July 2015 all rights, title, interest, claims and causes of action in and to, or arising under or in connection with, the Claim.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13th day of August 2015.

| **Anthracite Reference Company (12) Limited** | **CVI GVF (Lux) Master S.A.R.L** |
|---|---|
| Name: SAMIT GHOSH<br>Title: Authorised Signatory | Name:<br>Title: |
| Name: SIMON OWITI<br>Title: Authorised Signatory | Name:<br>Title: |