WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Robert J. Lemons

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF THE DEBTORS
SIXTY-SEVENTH OBJECTION TO CLAIMS
(VALUED DERIVATIVE CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Sixty-Seventh Omnibus Objection to Claims (Valued Derivative Claims) [ECF No. 12533] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  August 17, 2015
        New York, New York

                                    /s/ Robert J. Lemons
                                    Robert J. Lemons

                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    *Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates*

WEIL:\95433945\1\58399.0011

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| Federal Home Loan Bank of Des Moines | 23895 |
| Federal Home Loan Bank of Des Moines | 23896 |

WEIL:\95433945\1\58399.0011