UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS INC., et al.,

         Debtor

Case No.: 08-13555

Chapter 11

-----------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC. and STRUCTURED ASSET SECURITIES CORPORATION,
         Plaintiff

v.

U.S. BANK NATIONAL ASSOCIATION, et al.,
         Defendant

Adversary Proceeding No.: 15-01112

-----------------------------------------------------------------x

### MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Francis M. Correll, Jr., request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent Syncora Guarantee Inc., a Defendant in the above-referenced ☐ case ☑ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: July 29, 2015
_____, New York

[signature]

*Mailing Address*:

Klehr Harrison Harvey Branzburg LLP
1835 Market Street, 14th Floor
Philadelphia, PA 19103
*E-mail address*: fcorrell@klehr.com
*Telephone number*: (215) 569-2700