UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    LEHMAN BROTHERS HOLDINGS
    INC., et al.

                         Debtor

Case No.: <u>08-13555</u>

Chapter <u>11</u>

------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS
INC. and STRUCTURED ASSET
SECURITIES CORP.,
                      Plaintiff

                  v.

U.S. BANK, NATIONAL
ASSOCIATION, et al.,
                      Defendant

Adversary Proceeding No.: <u>15-01112</u>

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

       Upon the motion of <u>Francis M. Correll, Jr.</u>, to be admitted, *pro hac vice*, to represent <u>Syncora Guarantee Inc.</u>, (the "Client") a <u>Defendant</u> in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Pennsylvania</u> and, if applicable, the bar of the U.S. District Court for the <u>Eastern</u> District of <u>Pennsylvania</u>, it is hereby

       **ORDERED**, that <u>Francis M. Correll, Jr.</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York

/s/ _____

                                      UNITED STATES BANKRUPTCY JUDGE