

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _____,     Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

SANGEETA MANOJ MEHTA
Name of Transferee

RED HOUSE FINANCE
SUDHIR R. MEHTA  *Sudhir R. Mehta*
Name of Transferor

Name and Address where notices to transferee should be sent:
BERKENLAAN 14, 2610 WILRYK
BELGIUM
Phone: +32 32332420
Last Four Digits of Acct #: 6004

Court Claim # (if known): 6986
Amount of Claim: 2,000,000-00
Date Claim Filed: _____

Phone: +912223638689
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
UBS AG SINGAPORE
ACC NO 816004  UBSWSGSG
Phone: +32 32332420
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: *Sangeeta Mehta*     Date: 22/06/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



**RED HOUSE FINANCE LTD**

Signapore, 17th of March 2014

Concerning:    TRANSFER OF CLAIM TO MRS SANGEETA MEHTA

I would like to transfer the following claims mentioned below to Mrs Sangeeta Mehta, address Mag 218, marina, Dubai UAE

1. Lehman Brothers callable Equity linked note 1.000.000 of XS0351630347 blocking ref CA24603

2. Lehman Brothers callable Equity linked note 1.000.000 of XS0351629687 blocking ref CA24604

All contributions concerning the above claim should be transferred to Mrs Sangeeta Mehta

*Sudhir R. Mehta*

Sudhir R. Mehta

Red house finance ltd

date:- 27/04/2015

---

6 temasek Boulevard nr 09-05 Suntec Tower four, Signapore, 038986 Signapore