UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    LEHMAN BROTHERS HOLDINGS INC., et al.

                    Debtor

Case No.: 08-13555

Chapter 11

------------------------------------------------------------x

LEHMAN BROTHERS HOLDINGS INC. and STRUCTURED ASSET SECURITIES CORP.,
                    Plaintiff

v.

U.S. BANK, NATIONAL ASSOCIATION, et al.,
                    Defendant

Adversary Proceeding No.: 15-01112

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Francis M. Correll, Jr., to be admitted, *pro hac vice*, to represent Syncora Guarantee Inc., (the "Client") a Defendant in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Pennsylvania and, if applicable, the bar of the U.S. District Court for the Eastern District of Pennsylvania, it is hereby

**ORDERED**, that Francis M. Correll, Jr., Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: August 18, 2015
      New York, New York

/s/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE