2015-07-01-11:08   ID: +49 69 71701 40524   CMS Hasche Sigle, Frankfurt   5/5



FILED / RECEIVED
AUG 0 5 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

Anlage

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

RECEIVED
AUG 1 0 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 35218**

We would like to inform you that Mr. Hans-Peter Strepp who filed the claim Number 35218 on 09/28/2009 has assigned the rights arising out of this claim corresponding with the following securities

45 "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TLL96)
in the amount of a face value of USD 134,909.50

to
Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Germany.

Bethmann Bank AG has agreed to the assignment mentioned herein above. Both Mr. Strepp and Bethmann Bank AG acknowledge and represent that due to the assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 28.7.15                    Heikendorf, 14/7/15

Bethmann Bank AG                              Hans-Peter Strepp
(Assignee)                                    (Assignor)

ppa. Oliver Körner    ppa. Andreas Becker     Hans-Peter Strepp

Dr. Hans-Peter Strepp
Konsul-Lieder-Allee 27
24226 Heikendorf-Kitzeberg
Tel. 04 31 / 23 14 56



AUG 0 5 2015



Postfach 10 06 32
60006 Frankfurt am Main

