**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                            :
In re:                                      :    Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., et al.,      :    08-13555 (SCC)
                                            :
              Debtors.                      :    (Jointly Administered)
                                            :
------------------------------------------------------------x    Ref. Docket Nos. 50615 and 50616
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2015, I caused to be served the:

   a) "Notice of Withdrawal of the Debtors Sixty-Seventh Objection to Claims (Valued Derivative Claims) Solely as to Certain Claims," dated August 17, 2015 [Docket No. 50615], (the "67th Omnibus NOW"), and

   b) "Notice of Withdrawal of the Four Hundred Ninety-Ninth Omnibus Objection to Claims (No Liability Claims) Solely as to Certain Claim," dated August 17, 2015 [Docket No. 50616], (the "499th Omnibus NOW"),

   by causing true and correct copies of the:

   i. 67th Omnibus NOW and 499th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. 67th Omnibus NOW and 499th Omnibus NOW, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

    iii.    67th Omnibus NOW, to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *FEDERAL HOME LOAN BANK OF DES MOINES, ATTN: AARON B. LEE, 801 WALNUT STREET, SUITE 200, DES MOINES, IA 50309*, and

    iv.    499th Omnibus NOW, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Carol Zhang*
                                                                       Carol Zhang

Sworn to before me this
18th day of August, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**MSL-OVERNIGHT**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH FLOOR
NEW YORK, NY 10020


LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ 07068

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jschwartz@hahnhessen.com |
| aalfonso@willkie.com | jsheerin@mcguirewoods.com |
| abeaumont@fklaw.com | jsherman@bsfllp.com |
| abraunstein@riemerlaw.com | jshickich@riddellwilliams.com |
| acaton@kramerlevin.com | jsmairo@pbnlaw.com |
| adarwin@nixonpeabody.com | jstoll@mayerbrown.com |
| adiamond@diamondmccarthy.com | jsullivan@mosessinger.com |
| adk@msf-law.com | jtimko@shutts.com |
| aeckstein@blankrome.com | judy.morse@crowedunlevy.com |
| aentwistle@entwistle-law.com | jvail@ssrl.com |
| afriedman@irell.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jweiss@gibsondunn.com |
| aglenn@kasowitz.com | jwest@velaw.com |
| agold@herrick.com | jwh@njlawfirm.com |
| agoldstein@tnsj-law.com | jzulack@fzwz.com |
| aisenberg@saul.com | kanema@formanlaw.com |
| akadish@dtlawgroup.com | karen.wagner@dpw.com |
| akantesaria@oppenheimerfunds.com | karl.geercken@alston.com |
| akolod@mosessinger.com | kdwbankruptcydepartment@kelleydrye.com |
| alum@ftportfolios.com | keckhardt@hunton.com |
| amarder@msek.com | keith.simon@lw.com |
| amartin@sheppardmullin.com | ken.coleman@allenovery.com |
| amcmullen@boultcummings.com | ken.higman@hp.com |
| amenard@tishmanspeyer.com | kerry.moynihan@hro.com |
| amh@amhandlerlaw.com | kgwynne@reedsmith.com |
| andrew.brozman@cliffordchance.com | khang.tran@hoganlovells.com |
| andrew.lourie@kobrekim.com | kiplok@hugheshubbard.com |
| andrewtenzer@paulhastings.com | kit.weitnauer@alston.com |
| angelich.george@arentfox.com | kkelly@ebglaw.com |
| angie.owens@skadden.com | kkolbig@mosessinger.com |
| ann.reynaud@shell.com | klyman@irell.com |
| anthony_boccanfuso@aporter.com | klynch@formanlaw.com |
| aoberry@bermanesq.com | kmayer@mccarter.com |
| aostrow@beckerglynn.com | kobak@hugheshubbard.com |
| appleby@chapman.com | korr@orrick.com |
| aquale@sidley.com | kovskyd@pepperlaw.com |
| arainone@bracheichler.com | kressk@pepperlaw.com |
| arheaume@riemerlaw.com | kreynolds@mklawnyc.com |
| arosenblatt@chadbourne.com | krodriguez@allenmatkins.com |
| arthur.rosenberg@hklaw.com | krosen@lowenstein.com |
| arwolf@wlrk.com | kurt.mayr@bgllp.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| aseuffert@lawpost-nyc.com | landon@slollp.com |
| ashmead@sewkis.com | lapeterson@foley.com |
| asnow@ssbb.com | lawallf@pepperlaw.com |
| asomers@rctlegal.com | lawrence.gelber@srz.com |
| aunger@sidley.com | lberkoff@moritthock.com |
| austin.bankruptcy@publicans.com | lee.stremba@troutmansanders.com |
| avenes@whitecase.com | lee.whidden@dentons.com |
| azylberberg@whitecase.com | lgranfield@cgsh.com |
| bankruptcy@goodwin.com | lhandelsman@stroock.com |
| bankruptcy@morrisoncohen.com | lisa.solomon@att.net |
| bankruptcy@ntexas-attorneys.com | ljkotler@duanemorris.com |
| bankruptcymatters@us.nomura.com | lkatz@ltblaw.com |
| barbra.parlin@hklaw.com | lkiss@klestadt.com |
| bbisignani@postschell.com | lmarinuzzi@mofo.com |
| bcarlson@co.sanmateo.ca.us | lmcgowen@orrick.com |
| bdk@schlamstone.com | lnashelsky@mofo.com |
| ben.lewis@hoganlovells.com | loizides@loizides.com |
| bguiney@pbwt.com | lschweitzer@cgsh.com |
| bmanne@tuckerlaw.com | lucdespins@paulhastings.com |
| bmiller@mofo.com | mabrams@willkie.com |
| boneill@kramerlevin.com | maofiling@cgsh.com |
| brian.corey@greentreecreditsolutions.com | marc.chait@sc.com |
| brosenblum@jonesday.com | margolin@hugheshubbard.com |
| brotenberg@wolffsamson.com | mark.bane@ropesgray.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.mckane@kirkland.com |
| bstrickland@wtplaw.com | mark.sherrill@sutherland.com |
| btrust@mayerbrown.com | marvin.clements@ag.tn.gov |
| bturk@tishmanspeyer.com | matt@willaw.com |
| bwolf@kramerlevin.com | matthew.klepper@dlapiper.com |
| bwolfe@sheppardmullin.com | maustin@orrick.com |
| cahn@clm.com | mbenner@tishmanspeyer.com |
| canelas@pursuitpartners.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mbienenstock@proskauer.com |
| cbelmonte@ssbb.com | mbloemsma@mhjur.com |
| cdesiderio@nixonpeabody.com | mbossi@thompsoncoburn.com |
| cfarley@mccarter.com | mcademartori@sheppardmullin.com |
| cgonzalez@diazreus.com | mcarthurk@sullcrom.com |
| chad.husnick@kirkland.com | mccarthyj@sullcrom.com |
| chammerman@paulweiss.com | mcordone@stradley.com |
| charles@filardi-law.com | mcto@debevoise.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com

mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| deggert@freebornpeters.com | msolow@kayescholer.com |
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dennis.tracey@hoganlovells.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbinder@binderschwartz.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmark@kasowitz.com | notice@bkcylaw.com |
| dmcguire@winston.com | nyrobankruptcy@sec.gov |
| dmiller@steinlubin.com | otccorpactions@finra.org |
| dmurray@jenner.com | paronzon@milbank.com |
| dneier@winston.com | pbattista@gjb-law.com |
| dodonnell@milbank.com | pbosswick@ssbb.com |
| dove.michelle@dorsey.com | pdublin@akingump.com |
| dpegno@dpklaw.com | peisenberg@lockelord.com |
| draelson@fisherbrothers.com | peter.gilhuly@lw.com |
| drosenzweig@fulbright.com | peter.macdonald@wilmerhale.com |
| drosner@goulstonstorrs.com | peter.simmons@friedfrank.com |
| drosner@kasowitz.com | peter@bankrupt.com |
| dshaffer@wtplaw.com | pfeldman@oshr.com |
| dshemano@peitzmanweg.com | pfinkel@wilmingtontrust.com |
| dspelfogel@foley.com | phayden@mcguirewoods.com |
| dtatge@ebglaw.com | philip.wells@ropesgray.com |
| dtheising@harrisonmoberly.com | pmaxcy@sonnenschein.com |
| dwdykhouse@pbwt.com | ppascuzzi@ffwplaw.com |
| dworkman@bakerlaw.com | ppatterson@stradley.com |
| easmith@venable.com | psp@njlawfirm.com |
| ebcalvo@pbfcm.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| efriedman@fklaw.com | rbeacher@pryorcashman.com |
| efriedman@friedmanspring.com | rbernard@foley.com |
| ekbergc@lanepowell.com | rbyman@jenner.com |
| eleicht@whitecase.com | rdaversa@orrick.com |
| ellen.halstead@cwt.com | relgidely@gjb-law.com |
| emagnelli@bracheichler.com | rflanagan@flanassoc.com |
| emerberg@mayerbrown.com | rfriedman@silvermanacampora.com |
| enkaplan@kaplanlandau.com | rgmason@wlrk.com |
| eobrien@sbchlaw.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| fcarruzzo@kramerlevin.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard@rwmaplc.com |
| fhenn@law.nyc.gov | rick.murphy@sutherland.com |
| fhyman@mayerbrown.com | rjones@boultcummings.com |
| foont@foontlaw.com | rleek@hodgsonruss.com |
| fritschj@sullcrom.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| glenn.siegel@morganlewis.com | rroupinian@outtengolden.com |
| gmoss@riemerlaw.com | rrussell@andrewskurth.com |
| goldenberg@ssnyc.com | russj4478@aol.com |
| gplotko@kramerlevin.com | sabin.willett@bingham.com |
| gspilsbury@jsslaw.com | sabramowitz@velaw.com |
| guzman@sewkis.com | sabvanrooy@hotmail.com |
| harrisjm@michigan.gov | sally.henry@skadden.com |
| harveystrickon@paulhastings.com | samuel.cavior@pillsburylaw.com |
| hbeltzer@mayerbrown.com | sandyscafaria@eaton.com |
| heim.steve@dorsey.com | scargill@lowenstein.com |
| heiser@chapman.com | schager@ssnyc.com |
| hmagaliff@r3mlaw.com | schannej@pepperlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hollace.cohen@troutmansanders.com | schepis@pursuitpartners.com |
| holsen@stroock.com | schnabel.eric@dorsey.com |
| hooper@sewkis.com | schristianson@buchalter.com |
| howard.hawkins@cwt.com | scott.golden@hoganlovells.com |
| hseife@chadbourne.com | scottj@sullcrom.com |
| hsnovikoff@wlrk.com | scottshelley@quinnemanuel.com |
| hsteel@brownrudnick.com | scousins@armstrongteasdale.com |
| icatto@mwe.com | sdnyecf@dor.mo.gov |
| igoldstein@proskauer.com | seba.kurian@invesco.com |
| ilevee@lowenstein.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jclose@chapman.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| jdwarner@warnerandscheuerman.com | sory@fdlaw.com |
| jdweck@sutherland.com | squsba@stblaw.com |
| jdyas@halperinlaw.net | sree@lcbf.com |
| jean-david.barnea@usdoj.gov | sschultz@akingump.com |
| jeanites@whiteandwilliams.com | sselbst@herrick.com |
| jeannette.boot@wilmerhale.com | sshimshak@paulweiss.com |
| jeff.wittig@coair.com | sskelly@teamtogut.com |
| jeldredge@velaw.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jfalgowski@reedsmith.com | stephen.hessler@kirkland.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | steve.ginther@dor.mo.gov |
| jg5786@att.com | steven.usdin@flastergreenberg.com |
| jgenovese@gjb-law.com | streusand@slollp.com |
| jgoodchild@morganlewis.com | susheelkirpalani@quinnemanuel.com |
| jguy@orrick.com | swolowitz@mayerbrown.com |
| jhiggins@fdlaw.com | szuch@wiggin.com |
| jhorgan@phxa.com | tannweiler@greerherz.com |
| jhuggett@margolisedelstein.com | tbrock@ssbb.com |
| jim@atkinslawfirm.com | tdewey@dpklaw.com |
| jjtancredi@daypitney.com | tgoren@mofo.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | timothy.harkness@freshfields.com |
| jlawlor@wmd-law.com | tjfreedman@pbnlaw.com |
| jlee@foley.com | tkiriakos@mayerbrown.com |
| jlevitin@cahill.com | tlauria@whitecase.com |
| jlscott@reedsmith.com | tmacwright@whitecase.com |
| jmaddock@mcguirewoods.com | tmm@mullaw.org |
| jmakower@tnsj-law.com | tnixon@gklaw.com |
| jmazermarino@msek.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmelko@gardere.com | tomwelsh@orrick.com |
| jmerva@fult.com | tsalter@blankrome.com |
| jmmurphy@stradley.com | tslome@msek.com |
| jmr@msf-law.com | tunrad@burnslev.com |
| jnm@mccallaraymer.com | vguldi@zuckerman.com |
| john.beck@hoganlovells.com | villa@slollp.com |
| john.monaghan@hklaw.com | vmilione@nixonpeabody.com |
| john.mule@ag.state.mn.us | vrubinstein@loeb.com |
| john.rapisardi@cwt.com | wanda.goodloe@cbre.com |
| johnramirez@paulhastings.com | wbenzija@halperinlaw.net |
| jonathan.goldblatt@bnymellon.com | wchen@tnsj-law.com |
| jonathan.henes@kirkland.com | wcurchack@loeb.com |
| jorbach@hahnhessen.com | wfoster@milbank.com |
| joseph.cordaro@usdoj.gov | will.sugden@alston.com |
| joseph.serino@kirkland.com | wisotska@pepperlaw.com |
| joshua.dorchak@morganlewis.com | wk@pwlawyers.com |
| jowen769@yahoo.com | wmaher@wmd-law.com |
| joy.mathias@dubaiic.com | wmarcari@ebglaw.com |
| jpintarelli@mofo.com | wmckenna@foley.com |
| jporter@entwistle-law.com | wsilverm@oshr.com |
| jprol@lowenstein.com | wswearingen@llf-law.com |
| jrabinowitz@rltlawfirm.com | wtaylor@mccarter.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | wzoberman@bermanesq.com |
| jschiller@bsfllp.com | yuwatoko@mofo.com |
| jschreib@chapman.com | |

8

# EXHIBIT C

**LBH_NOWOMNI499_(D.I. 50616)_8-17-15**     **LBH_NOWOMNI499_(D.I. 50616)_8-17-15**

ONTARIO TEACHERS' PENSION PLAN BOARD  
ATTN: JEFF DAVIS  
5650 YONGE STREET  
SUITE 500  
TORONTO   M2M 4H5  
CANADA

SHEARMAN & STERLING LLP  
SOLOMON J. NOH  
599 LEXINGTON AVENUE  
NEW YORK, NY 10022