

Form 210A (10/06)

**FILED / RECEIVED**
**AUG 0 5 2015**
**EPIQ BANKRUPTCY SOLUTIONS, LLC**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Prof. Dr. med. Klaus von Wild
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Prof. Dr. med. Klaus von Wild
Frauenburgstraße 32
48155 Münster

Phone: +49 251 311992
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: 29.10.2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_    Date: 16-07-2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Dr. med Klaus von Wild** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 6, 2015.**

**Credit Suisse AG**

By: _____
Name: Claudio P. Sieber
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP



RECEIVED AUG 10 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0265627751 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Units 2'000 |



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 29.07.2015

Dear Sir or Madam,

please note that claims # 35218 and # 55829 have been transferred to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank

Anja Sonnleithner

Claudia Schön

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Dr. Peter von Arx,
Johannes Baratta, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

2014-09



AUG 0 5 2015

Postfach 10 06 32
60006 Frankfurt am Main

