# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings, Inc., et al.

Case No.: 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THESE CASES or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2) of the Federal Rules of Bankruptcy Procedure of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

The Locator Services Group Ltd.
Name of Transferee

Name and Address where notices to transferee should be sent:

280 Summer Street, Suite 400
Boston, Massachusetts 02210
Attn: Kim Sawyer
Ksawyer@tlsgltd.com

Phone: 617-859-0600 x 10

Name and Address where transferee payments should be sent:

The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, Massachusetts 02210
Attn: Kim Sawyer, President

US Bancorp
Name of Transferor

Court Claim # (if known): 42121

Amount of Allowed Claim: $42,750,000.00

Date Claim Filed: 10/19/2009

Creditor: Global Corporate Actions, a division of U.S. Bank National Association, a wholly owned subsidiary of US Bancorp. (see attached)

Debtor: Lehman Brothers Holdings Inc.
Amount of Transferred Claim: $7,267,500.00, i.e., 17% of allowed claim, per attached agreement

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief:

Dated: August 19, 2015

The Locator Services Group Ltd.

By: ______________________
Kim Sawyer, President



All of **us** serving you

PARTIAL TRANSFER OF CLAIM

Between:

The Locator Services Group Ltd.
280 Summer Street, Suite 400
Boston, MA 02210
(Hereinafter "Transferee")

And:

US Bancorp, c/o Catherine Fox, AVP
800 Nicollet Mall, BC-MN-H21N
Minneapolis, MN 55402
(Hereinafter "Transferor")

In consideration of Transferee's assistance in recovering and preventing the loss of a 7th distribution and all future distributions, associated with an allowed claim in the amount of $42,750,000.00 pertaining to the Lehman Brothers Holding Inc., held in the name of "Global Corporate Actions" (Claim # 42121), belonging to US Bancorp ("Allowed Claim") Transferor hereby acknowledges to have unconditionally and irrevocably transferred and assigned 17% of all rights, titles and interest of the Allowed Claim to Transferee.

It is understood that:

1. All future payments and distributions and notices concerning the partial transfer of the Allowed Claim will be sent to Transferee at the above address.

2. This executed Partial Transfer of Claim supersedes the Limited Professional Services Agreements executed by the above parties on August 11, 2015 and on August 13, 2015.

In witness whereof, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative.

Dated this 17th day of August, 2015

US Bancorp

By: [signature]
Name: Catherine Thomas Fox
Title: Assistant Vice President

The Locator Services Group Ltd.

By: [signature]
Kim Sherrie Sawyer
President & General Counsel

Witnessed:

By: [signature]

Name: Rachel Benoit
Title: Vice President

All of us serving you
Corporate Legal
BC-MN-H21N
800 Nicollet Mall, 21st Floor
Minneapolis, MN 55402
612.303.7845
Catherine Thomas Fox
Assistant Vice President
Unclaimed Property Specialist
cathy.thomas@usbank.com
usbank.
usbank.com

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP) 0000042121

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Global Corporate Actions
EP-MN-WN3K
60 Livingston Ave
St. Paul, MN 55107

Telephone number: [redacted] Email Address: [redacted]

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: ____________
(*If known*)

Filed on: ____________

Name and address where payment should be sent (if different from above)

Wire Instructions: USBank [redacted]

Telephone number: Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 60,598,156.97 (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0249955930 (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

6048263 (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

BNY-Mellon Acct # 812204, EuroClear Acct # 97816 (Required)

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED
OCT 19 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10/14/09 | [signature] |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Extremely Urgent**

This envelope is for use with the following services: UPS Next Day Air® UPS Worldwide Express℠ UPS 2nd Day Air®

Call 1-800-PICK-UPS® (1-800-742-5877) or visit UPS.com®.

- For UPS Next Day Air services, there is no weight limit for envelopes containing correspondence, urgent documents, and electronic media. When a UPS Next Day Air service is selected; UPS Express Envelopes containing items other than those listed above are subject to the corresponding rates for the applicable weight.
- For UPS Worldwide Express, the UPS Express Envelope may be used only for documents of no commercial value. There is no limit on the weight or number of pages you can enclose.
- Do not use UPS 2nd Day Air services to send letters weighing over 13 ounces in this envelope. For UPS 2nd Day Air services, UPS Express Envelopes weighing one pound or more are subject to the corresponding rates for the applicable weight.
- Do not send cash or cash equivalent.

Apply shipping documents on this side.

Do not use this envelope for:

UPS Ground
UPS Standard
UPS 3 Day Select℠
UPS Worldwide Expedited℠

MAIL SERVICE
(651) 466-2065
US BANCORP WEST FLATS
60 LIVINGSTON AVE
SAINT PAUL MN 55107-2575

LTR

SHIP TO:
LEHMAN BROTHERS HOLDINGS CLAIMS
(866) 879-0688
EPIQ BANKRUPTCY SOLOUTIONS
757 THIRD AVE 3RD FLOOR
NEW YORK NY 100

RECEIVED

OCT 1 8 2009

NY 100 7-02

UPS NEXT DAY AIR 1

TRACKING #: 1Z 567 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 0259

BILLING: P/P

COST CENTER: 300-0333

**U.S. BANK NATIONAL ASSOCIATION**
**ASSISTANT SECRETARY'S CERTIFICATE**

I, Melissa S. Larson, an Assistant Secretary of U.S. Bank National Association, hereby certify that the following is a true and exact extract from the Bylaws of U.S. Bank National Association, a national banking association organized under the laws of the United States (the "Association").

**ARTICLE VI.**
**CONVEYANCES, CONTRACTS, ETC.**

All transfers and conveyances of real estate, mortgages, and transfers, endorsements or assignments of stock, bonds, notes, debentures or other negotiable instruments, securities or personal property shall be signed by any elected or appointed officer.

All checks, drafts, certificates of deposit and all funds of the Association held in its own or in a fiduciary capacity may be paid out by an order, draft or check bearing the manual or facsimile signature of any elected or appointed officer of the Association.

All mortgage satisfactions, releases, all types of loan agreements, all routine transactional documents of the Association, and all other instruments not specifically provided for, whether to be executed in a fiduciary capacity or otherwise, may be signed on behalf of the Association by any elected or appointed officer thereof.

The Secretary or any Assistant Secretary of the Association or other proper officer may execute and certify that required action or authority has been given or has taken place by resolution of the Board under this Bylaw without the necessity of further action by the Board.

I further certify that Catherine C. Thomas Fox, Assistant Vice President, is a duly appointed and qualified officer of the Association authorized to act under Article VI of the Bylaws of the Association and that such authority is in full force and effect as of the date hereof and has not been modified, amended or revoked.

IN WITNESS WHEREOF, I have set my hand this 15th day of April, 2015.

(No corporate seal)

Melissa S. Larson, Assistant Secretary

Hennepin County, Minnesota
Signed before me on April 15, 2015

Notary Public
My Commission Expires: 01/31/2017

LINDA ELVEBAK BIDON
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Individual



**U.S. BANK NATIONAL ASSOCIATION**

**CERTIFICATE OF ASSISTANT SECRETARY**

I, Melissa S. Larson, do hereby certify that I am a duly elected and acting Assistant Secretary of U.S. Bank National Association, a national banking association organized and existing under the laws of the United States of America. I further certify that pursuant to its Bylaws excerpted below, U.S. Bank National Association does not have a corporate seal.

**ARTICLE VII.**
**SEAL**

The Association shall have no corporate seal.

IN WITNESS WHEREOF, I have hereunto signed my name effective as of this 15th day of April, 2015.

Melissa S. Larson, Assistant Secretary

Hennepin County, Minnesota
Signed before me on April 15, 2015

Notary Public
My Commission Expires: 01/31/2017

LINDA ELVEBAK BIDON
Notary Public-Minnesota
My Commission Expires Jan 31, 2017



**U.S. BANK NATIONAL ASSOCIATION**
**ASSISTANT SECRETARY CERTIFICATE**

I, Melissa S. Larson, Assistant Secretary of U.S. Bank National Association, a national banking association, hereby certify as follows:

1. that U.S. Bank National Association is a national banking association (Charter Number 24) organized under the laws of the United States of America, federally chartered by the Office of the Comptroller of the Currency; and

2. that U.S. Bank National Association is a wholly owned subsidiary of U.S. Bancorp, a Delaware Corporation; and

3. that Global Corporate Actions is a division of U.S. Bank National Association, not a separate legal entity.

IN WITNESS WHEREOF, I have set my hand this 11th day of August, 2015.

(No corporate seal)

Melissa S. Larson, Assistant Secretary