

CREDIT SUISSE AG

| Uetlibergstrasse 231 | Phone | 044 332 86 11 |
| P.O. Box 900 | Fax | 044 334 26 02 |
| CH-8070 Zürich | Swift | CRESCHZZ80A |
| Switzerland | | |

Corporate Actions
Marija Petrovic, TSZA 13
marija.petrovic@credit-suisse.com

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NX 10004-1408

August 19, 2015

### Withdrawal of Transfer of Claim Docket No. 50373

Please take notice that Credit Suisse AG withdraws its Evidence of Transfer of Claim (Claim 55829) filed on July 15, 2015 (Docket No. **50373**) from LGT Bank (Switzerland) Ltd. in the amount of CHF 55'000.

Freundliche Grüsse   Vos dévoués
Distinti saluti   Yours very truly

CREDIT SUISSE AG

Adrian Graf                    Reto Baumgartner