

Bank Vontobel AG



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
United States

Zurich, August 7, 2015/VBFRG
Telephone 0041 58 283 50 56
Telefax    0041 58 283 51 60
roger.fivat@vontobel.ch

☐ as discussed            ☒ please process
☐ for your information    ☐ please comment
☐ for your records        ☐ please sign
☐ please return           ☐ returned with thanks
☐ please call             ☐ please clarify
☐ forward to              ☐

Please note:
Enclosed please find one form "Evidence of Transfer of Claim".
Please note, that the mentioned Lehman Products are deposited in our bank.
Our claim number is: 67373
If you have any questions, don't hesitate to contact me.

Yours sincerely,

Bank Vontobel AG

Roger Fivat

Bank Vontobel AG            Gotthardstrasse 43           Telephone +41(0)58 283 71 11
                            CH-8022 Zurich               Telefax   +41(0)58 283 76 50



Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bank Vontobel AG, Zurich / Switzerland
Name of Transferee

Bank J. Safra Sarasin Ltd / Switzerland
Name of Transferor

Name and Address where notices to transferee should be sent:

Bank Vontobel AG
Gotthardstrasse 43
Corporate Actions
Postfach
CH-8022 Zurich / Switzerland

Phone: 0041 58 283 50 56
Last Four Digits of Acct #: _____

Court Claim # (if known): 60415
Date Claim Filed: not known
Amount of Claim: to be determined
Portion of Claim Transferred (see Schedule I): Units -4300-

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Bank Vontobel AG_ /signature/    Date: August 07, 2015
Transferee/Transferee's Agent
Gotthardstrasse 43
CH-8022 Zürich

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**SARASIN**

Nachhaltiges Schweizer Private Banking seit 1841.

[RECEIVED AUG 1 0 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK]

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

Zurich

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("Transferor") unconditionally and irrevocably transferred to **Bank Vontobel AG, Basel** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60415) in the amount of 4'300 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this July 10, 2015.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Executive Director

Frank Link
Director

Bank Sarasin & Cie AG
Elisabethenstrasse 62 | Postfach | CH-4002 Basel
T: +41 (0)61 277 77 77 | F: +41 (0)61 272 02 05
www.sarasin.ch

1 | 2



RECEIVED
AUG 1 0 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK



**SARASIN**

Nachhaltiges Schweizer Private Banking seit 1841.

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0279493398 | 60415 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 4'300 out of 634'000 |