**St.Galler Kantonalbank**

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

Hauptsitz

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

By Courier
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
    Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Date  06/08/2015
u/Ref  Sfca
Phone-No.  +41 71 231 34 13 / Anina Zürcher
E-Mail  anina.zuercher@sgkb.ch

**Claim Transfer**

Dear Sir or Madam,

Enclosed you receive the forms 'Evidence of Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Pascal Schmid                    Anina Zürcher
Member of Management    Member of Management

Form 210A (10/06)

FILED / RECEIVED

AUG 1 1 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)

RECEIVED AUG 1 7 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St. Galler Kantonalbank AG
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St. Galler Kantonalbank AG
St. Leonhardstrasse 25
9001 St. Gallen
SWITZERLAND

Court Claim # (if known): 46365
Date Claim Filed: 10/29/2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule 1): CHF 10'000.00

Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 8/6/15
Transferee/Transferee's Agent
Pascal Schmid   Anina Zürcher

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**St. Galler Kantonalbank AG**



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **St. Galler Kantonalbank** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 46365** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **August 3, 2015.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title: AVP

By:_____
Name: Rita von Wyl
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| CH0027120838 | 46365 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 10'000 |

