# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.                    Case No. 08-13555 (SCC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Empyrean Investments, LLC** | **Citigroup Financial Products Inc.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 11308 |
| | Allowed General Unsecured Claim |
| c/o Empyrean Capital Partners, LP | Transferred Claim Amount: $8,258,423.19 |
| 10250 Constellation Blvd., Ste. 2950 | Date Claim Filed: 9/10/09 |
| Los Angeles, CA  90067 | Last Four Digits of Acct #: N/A |
| Fax:    (310) 843-3070 | |
| Attn:  Sterling Hathaway | |
| E-mail:  operations@empyrean.com | |

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                    Date:August 20, 2015

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7670181.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

               Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,549,422.74 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,549,422.74 in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:

Name: **Sterling Hathaway**

Title: **Director of Operations**

Date: (310) 843-3070
operations@empyrean.com

Signature: _____

Name: _____

Title: _____

Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS SPECIAL FINANCING | Chapter 11 |
|  | Jointly Administered |
| Debtors |  |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,549,422.74 of the claim set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,549,422.74 in the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
Title: Authorized Signatory
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,406,873.28 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400.142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,406,873.28 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:          Sterling Hathaway
Title:         Director of Operations
Date:          (310) 843-3070
               operations@empyrean.com

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date:          August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,406,873.28 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,406,873.28 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
       Authorized Signatory
Title: _____
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Case No. 08-13555

LEHMAN BROTHERS
SPECIAL FINANCING

Chapter 11

Jointly Administered

Debtors

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $31,233.19 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400.142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $31,233.19 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

ASSIGNOR: Citigroup Financial Products Inc.

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:            Sterling Hathaway
                  Director of Operations
Date:             (310) 843-3070
                  operations@empyrean.com

Signature:
Name:
Title:
Date:             August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>SPECIAL FINANCING<br><br>              Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $31,233.19 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $31,233.19 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
        Authorized Signatory
Title: _____
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $60,337.69 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $60,337.69 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:
Title:
Date:

Sterling Hathaway
Director of Operations
(310) 843-3070
operations@empyrean.com

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date:    August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS SPECIAL FINANCING | Chapter 11 |
| Debtors | Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $60,337.69 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $60,337.69 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
Title: Authorized Signatory
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
|---|---|
| LEHMAN BROTHERS SPECIAL FINANCING | Chapter 11 |
| Debtors | Jointly Administered |

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $255,034.98 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400.142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $255,034.98 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name: ~~Sterling Hathaway~~
Title: Director of Operations
Date: (310) 843-3070
~~operations@empyrean.com~~

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Case No. 08-13555

LEHMAN BROTHERS                                           Chapter 11
SPECIAL FINANCING
                                                          Jointly Administered
                        Debtors

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $255,034.98 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $255,034.98 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC          ASSIGNOR:  Citigroup Financial Products Inc.

Address: 10250 Constellation Blvd., Ste 2950   Address: 390 Greenwich Street, 4th Floor
Los Angeles, CA 90067                          New York, NY 10013

Signature: _____                 Signature: _Joelle Gavlick_
Name: _____                   Name: _Joelle Gavlick_
Title: _____                 Title: _Authorized Signatory_
Date: _____                  Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Case No. 08-13555 |
| LEHMAN BROTHERS SPECIAL FINANCING | Chapter 11 |
| | Jointly Administered |
| Debtors | |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $79,020.56 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $79,020.56 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:
Title: Sterling Hathaway
       Director of Operations
Date: (310) 843-3070
      operations@empyrean.com

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $79,020.56 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $79,020.56 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
Authorized Signatory
Title: _____
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,045,238.01 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,045,238.01 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:
Title:
Date:

Sterling Hathaway
Director of Operations
(310) 843-3070
operations@empyrean.com

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date:          August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $2,045,238.01 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $2,045,238.01 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:
Title:
Date:

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name: Joelle Gavlick
       Authorized Signatory
Title:
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                    Case No. 08-13555

LEHMAN BROTHERS                                           Chapter 11
SPECIAL FINANCING
                                                          Jointly Administered
                        Debtors

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $117,218.44 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $117,218.44 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC            ASSIGNOR: Citigroup Financial Products Inc.

Address: 10250 Constellation Blvd , Ste 2950   Address: 390 Greenwich Street, 4th Floor
Los Angeles, CA 90067                          New York, NY 10013

Signature:                                     Signature: _____
Name:      Sterling Hathaway                   Name:      _____
Title:     Director of Operations              Title:     _____
Date:      (310) 843-3070                       Date:      August 19, 2015
           operations@empyrean.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                          Case No. 08-13555

LEHMAN BROTHERS                                 Chapter 11
SPECIAL FINANCING
                                                Jointly Administered

                    Debtors

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $117,218.44 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $117,218.44 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC          ASSIGNOR:  Citigroup Financial Products Inc.

Address: 10250 Constellation Blvd., Ste 2950     Address: 390 Greenwich Street, 4th Floor
Los Angeles, CA 90067                            New York, NY 10013

Signature: _____                       Signature: _____
Name: _____                            Name: Joelle Gavilck
Title: _____                           Title: Authorized Signatory
Date: _____                            Date:    August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Case No. 08-13555

LEHMAN BROTHERS
SPECIAL FINANCING

Chapter 11

Jointly Administered

Debtors

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $683,295.43 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $683,295.43 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____

Signature: _____

Name: _____
—Sterling Hathaway

Name: _____

Title: _____
Director of Operations

Title: _____

Date: _____
(310) 843-3070
operations@empyrean.com

Date:    August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                    Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $683,295.43 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
| --- | --- |
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee").  The signature of Assignor on this document is evidence of the transfer of $683,295.43 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:
Title:
Date:

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY  10013

Signature:
Name:       Joelle Gavin
            Authorized Signatory
Title:
Date:       August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,030,748.87 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,030,748.87 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature:
Name:    Sterling Hathaway
Title:    Director of Operations
Date:    (310) 843-3070
         operations@empyrean.com

ASSIGNOR:  Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature:
Name:
Title:
Date:    August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

                              Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $1,030,748.87 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $179,400,142 | 11308 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $1,030,748.87 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: Joelle Gavlick
Title: Authorized Signatory
Date: August 19, 2015