# UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.　　　　Case No. 08-13555 (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Empyrean Investments, LLC** | **Citigroup Financial Products Inc.** |
| Name and Address where notices to transferee should be sent:<br><br>c/o Empyrean Capital Partners, LP<br>10250 Constellation Blvd., Ste. 2950<br>Los Angeles, CA 90067<br>Fax:  (310) 843-3070<br>Attn: Sterling Hathaway<br>E-mail: operations@empyrean.com | Court Claim # (if known): 15644<br>Allowed General Unsecured Claim<br>Transferred Claim Amount: $20,058,794.02<br>Date Claim Filed: 9/17/09<br>Last Four Digits of Acct #: N/A |

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Sterling Hathaway___　　　　　　　　　　　Date: August 20, 2015
　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7670181.1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $20,058,794.02 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $31,611,633.64 | 15644 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $20,058,794.02 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: /s/ Sterling Hathaway
Name: Sterling Hathaway
Title: Director of Operations
Date: (310) 843-3070
operations@empyrean.com

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: _____
Name: _____
Title: _____
Date: August 19, 2015

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS
SPECIAL FINANCING

Debtors

Case No. 08-13555

Chapter 11

Jointly Administered

### NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
### CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $20,058,794.02 of the claim against Lehman Brothers Special Financing Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $31,611,633.64 | 15644 |

has been transferred and assigned to **Empyrean Investments, LLC** ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $20,058,794.02 of the claim and all rights thereto.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

ASSIGNEE: Empyrean Investments, LLC

Address: 10250 Constellation Blvd., Ste 2950
Los Angeles, CA 90067

Signature: _____
Name: _____
Title: _____
Date: _____

ASSIGNOR: Citigroup Financial Products Inc.

Address: 390 Greenwich Street, 4th Floor
New York, NY 10013

Signature: [signed]
Name: Joelle Gavlick
Title: Authorized Signatory
Date: August 19, 2015