Form 210A (10/06)

FILED / RECEIVED
AUG 1 2 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,      Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI SA LUGANO | CREDIT SUISSE AG, ZUERICH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI SA
ATTN: Mr Andrea Ferrari
Custody administration
Via Magatti 2
6900 Lugano

Phone: 0041 58 809 35 46
Last Four Digits of Acct #: _____

Court Claim # (if known): 40668
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): USD 130'000

Phone: 0041 44 332 86 11
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

CITIBANK NY / SWIFT CITIUS33
ACCOUNT 10938561
In the name of BSI SA

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ (signed) Date: AUGUST 10, 2015
Transferee/Transferee's Agent
pp S. Mattea    pp S. Brunelli

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED AUG 17 2015

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **BSI SA, Lugano** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 40668** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **August 3, 2015.**

Credit Suisse AG

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0247028391 | 40668 | October 29, 2009 | Lehman Brothers Treasury BV | USD 130'000 |

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

BAR(23) MAILID *** 000094242153 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 917

BSI, SA LUGANO
ATTN. MR. ANDREA FERRARI
CUSTODY ADMINISTRATION
VIA MAGATTI 2
LUGANO 6900
SWITZERLAND

Your transfer of claim # 55829 is defective for the reason(s) checked below:

Other INCORRECT ISIN → Incorrect CLAIM NR

Docket Number  50138        Date: 06/10/2015

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).



**BANCHIERI SVIZZERI DAL 1873**

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano    August 10, 2015

Notice of transfer, from CREDIT SUISSE AG (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Treasury B.V. (the "Securities") and claim n. 40668 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "Evidence of Transfer of Claim", signed by CREDIT SUISSE AG, Switzerland as Transferor, as proof that CREDIT SUISSE AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pp S. Mattea                    p.m. S. Brunelli

Attachments: as above

BSI SA
Sede centrale Lugano, Via Magatti 2, CH-6901 Lugano
Tel. +41(0)58 809 31 11, Fax +41(0)58 809 36 78
info@bsibank.com, www.bsibank.com

