Form 210A (10/06)

FILED / RECEIVED
AUG 14 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,   Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Générale Private Banking (Suisse) SA
Name of Transferee

CREDIT SUISSE AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 55829
Date Claim Filed: 10/29/2009
Amount of Claim: CHF 300,000
Portion of Claim Transferred (see Schedule I): _____

Phone: +41 21 343 13 18
Last Four Digits of Acct #: 4SS19

Phone: +41 44 332 86 11
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
EUROCLEAR BANK BRUSSELS
BOULEVARD Roi ALBERT II, 1210 SAINT-JOSSE TEN NOODE, BELGIQUE
Phone: +32 2 326 42 45
Last Four Digits of Acct #: 4SS19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Terence Thorpe
    Transferee/Transferee's Agent

Date: 11th AUGUST 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Serge Naef

RECEIVED
AUG 20 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0187967160 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 300'000 |

# EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Societe Generale Private Banking (Suisse)** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 30, 2015.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

Société Générale
Private Banking (Suisse) SA

Térence Thorpe

Serge Naef


## SOCIETE GENERALE
Private Banking

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

LAUSANNE 11th AUGUST 2015-08-11

Evidence of Transfer of Claim Lehman XS0346650798 CHF 300.000

Dear all,
pleas find attached and duly signed form of evidence of transfer of claim.
I you want more information you may contact the email below:

Société Générale Private Banking (Suisse) SA
bertrand.malraison@socgen.com
www.privatebanking.societegenerale.ch

Best Regards

Térence Thorpe                                        Serge Naef

Société Générale Private Banking (Suisse) SA

Siège
Rue de la Corraterie 6
Case postale 5022
CH-1211 Genève 11
Tél. +41 (0)22 819 02 02
Fax +41 (0)22 819 04 03
www.privatebanking.societegenerale.ch
www.societegenerale.com

Zweigniederlassung Zürich
Talstrasse 66
Postfach
CH-8021 Zürich
Tel. +41 (0)44 218 56 11
Fax +41 (0)44 211 64 16

Succursale de Lausanne
Avenue de Rumine 20
Case postale 220
CH-1001 Lausanne
Tél. +41 (0)21 343 12 12
Fax +41 (0)21 343 12 13

BERTRAND MALRAISON
**Société Générale**
**Private Banking (Suisse) SA**
Avenue de Rumine 20
Case postale 220
1001 Lausanne
SWITZERLAND

