**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | ) | Case No. 08-13555 (JMP) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF PARTIAL TRANSFER OF CLAIM**
**PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Pyrell Fund, L.L.C.
_____
Name of Transferee

Goldman, Sachs & Co.
_____
Name of Transferor

$7,169,087.28
_____
Amount of Claim Transferred

67181
_____
Proof of Claim Number

November 2, 2010
_____
Date Claim Filed

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

TRANSFEREE:  Pyrell Fund, L.L.C.
Address:         Mark N. Parry
                     Moses & Singer LLP
                     The Chrysler Building
                     405 Lexington Avenue
                     New York, New York 10174-1299

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.


By: /s/_____          Date:  _August 21, 2015_____

Name: Mark N. Parry
Title:   Moses & Singer LLP, Counsel for Transferee