B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS INC., et al., ,    Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr MARK JOHN LEWIS | OCULUS ADVISORS LIMITED |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
9 Bassett Road, Remuera 1050,
Auckland, New Zealand

Court Claim # (if known): 5255829-76
Amount of Claim: $100,000.00
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct #: _____

Phone: +44 1624 683292
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
N/a

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 15 August 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[Stamp: RECEIVED AUG 21 2015 U.S. BANKRUPTCY COURT DISTRICT OF NEW YORK]

| Form **W-8BEN** | **Certificate of Foreign Status of Beneficial Owner for United States Tax Withholding and Reporting (Individuals)** | |
|---|---|---|
| (Rev. February 2014) | ► For use by individuals. Entities must use Form W-8BEN-E. | OMB No. 1545-1621 |
| Department of the Treasury Internal Revenue Service | ► Information about Form W-8BEN and its separate instructions is at *www.irs.gov/formw8ben*. ► Give this form to the withholding agent or payer. Do not send to the IRS. | |

**Do NOT use this form if:**                                                                 Instead, use Form:
- You are NOT an individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8BEN-E
- You are a U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . W-9
- You are a beneficial owner claiming that income is effectively connected with the conduct of trade or business within the U.S. (other than personal services) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- You are a beneficial owner who is receiving compensation for personal services performed in the United States . . . . . . . . 8233 or W-4
- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

### Part I    Identification of Beneficial Owner (see instructions)

**1** Name of individual who is the beneficial owner
Mark Lewis

**2** Country of citizenship
British

**3** Permanent residence address (street, apt. or suite no., or rural route). **Do not use a P.O. box or in-care-of address.**
9 Bassett Road

City or town, state or province. Include postal code where appropriate.
Remuera 1050, Auckland

Country
New Zealand

**4** Mailing address (if different from above)

City or town, state or province. Include postal code where appropriate.

Country

**5** U.S. taxpayer identification number (SSN or ITIN), if required (see instructions)

**6** Foreign tax identifying number (see instructions)
047-846-072

**7** Reference number(s) (see instructions)

**8** Date of birth (MM-DD-YYYY) (see instructions)
03-23-1970

### Part II    Claim of Tax Treaty Benefits (for chapter 3 purposes only) (see instructions)

**9** I certify that the beneficial owner is a resident of New Zealand within the meaning of the income tax treaty between the United States and that country.

**10** **Special rates and conditions** (if applicable—see instructions): The beneficial owner is claiming the provisions of Article _____ of the treaty identified on line 9 above to claim a _____ % rate of withholding on (specify type of income): _____.

Explain the reasons the beneficial owner meets the terms of the treaty article: _____

### Part III    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I further certify under penalties of perjury that:

- I am the individual that is the beneficial owner (or am authorized to sign for the individual that is the beneficial owner) of all the income to which this form relates or am using this form to document myself as an individual that is an owner or account holder of a foreign financial institution,
- The person named on line 1 of this form is not a U.S. person,
- The income to which this form relates is:
  (a) not effectively connected with the conduct of a trade or business in the United States,
  (b) effectively connected but is not subject to tax under an applicable income tax treaty, or
  (c) the partner's share of a partnership's effectively connected income,
- The person named on line 1 of this form is a resident of the treaty country listed on line 9 of the form (if any) within the meaning of the income tax treaty between the United States and that country, and
- For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or any withholding agent that can disburse or make payments of the income of which I am the beneficial owner. **I agree that I will submit a new form within 30 days if any certification made on this form becomes incorrect.**

**Sign Here** ► *[signature]*     Date: 08-15-2015

Signature of beneficial owner (or individual authorized to sign for beneficial owner)

Print name of signer: Mark Lewis

Capacity in which acting (if form is not signed by beneficial owner)

For Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN** (Rev. 2-2014)



## CERTIFICATION REGARDING STATUS

Creditor Name:
Claim Number(s):

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor, to the best of the Creditor's knowledge, any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 15 August 2015

Signature

Print Name: MARK JOHN LEWIS

Title (if applicable)