**Exhibit 1**

# IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (SCC)
## MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BAA PENSION TRUST COMPANY LTD. | 67767 | Lehman Brothers Holdings Inc. | 12/06/2011 | $11,456,673.62 * | $11,456,673.62 * | $0.00 |
| 2 | BURLINGTON LOAN MANAGEMENT LIMITED | 67669 | Lehman Brothers Holdings Inc. | 09/28/2011 | $41,006,355.48 | $41,006,355.48 | $0.00 |
| 3 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 20764 | Lehman Brothers Holdings Inc. | 09/21/2009 | $25,726,155.00 * | $25,726,155.00 * | $0.00 |
| 4 | CITIGROUP GLOBAL MARKETS UK EQUITY LIMITED | 29634 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,103,949.00 | $1,103,949.00 | $0.00 |
| 5 | CITIGROUP PTY LIMITED | 29635 | Lehman Brothers Holdings Inc. | 09/22/2009 | Undetermined | Undetermined | $0.00 |
| 6 | OLD LANE FINANCIAL PRODUCTS, L.P. | 17896 | Lehman Brothers Holdings Inc. | 09/18/2009 | $4,845,359.00 * | $4,845,359.00 * | $0.00 |
| 7 | POTSIOS, ANDREA M | 18737 | Lehman Brothers Holdings Inc. | 09/18/2009 | $4,836,246.41 | $4,836,246.41 | $0.00 |
| 8 | SAUDI ARABIAN MONETARY AGENCY | 67772 | Lehman Brothers Holdings Inc. | 12/06/2011 | $3,159,819.37 * | $3,159,819.37 * | $0.00 |
| 9 | SINGAPORE PRESS HOLDINGS (LIANHE INV PTE) | 67773 | Lehman Brothers Holdings Inc. | 12/06/2011 | $1,022,062.95 * | $1,022,062.95 * | $0.00 |
| 10 | STATE OF WISCONSIN INVESTMENT BOARD VARIABLE PORTFOLIO | 65405 | Lehman Brothers Holdings Inc. | 11/11/2009 | $10,793.14 | $10,793.14 | $0.00 |
| 11 | STICHTING BLUE SKY ACTIVE LONG DURATION GLOBAL INFLATION LINKED BOND | 27967 | Lehman Brothers Holdings Inc. | 09/22/2009 | $1,974,363.48 | $1,974,363.48 | $0.00 |
| 12 | TRAFALGAR HOUSE | 67774 | Lehman Brothers Holdings Inc. | 12/06/2011 | $3,022,062.95 * | $3,022,062.95 * | $0.00 |
| 13 | WOO HAY TONG INVESTMENT LTD. | 67768 | Lehman Brothers Holdings Inc. | 12/06/2011 | $28,302.45 * | $28,302.45 * | $0.00 |

\* - Indicates claim contains unliquidated and/or undetermined amounts