

Form 210A (10/06)

FILED / RECEIVED
AUG 19 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Marseillaise de Crédit
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices
to transferee should be sent:
Société Marseillaise de Crédit
Agence Internationale
45 Bld Dubouchage
06000 Nice

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): see Evidence of Transfer of Claim Form

Phone: +33 4 93 69 57 13
Last Four Digits of Acct #: _____

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

---

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Pothin Gilles       Date: 10/07/2015
   Transferee/Transferee's Agent
International Brand Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Gilles POTHIN

S.M.C.
AGENCE INTERNATIONALE

10 JUIL. 2015

GILLES POTHIN
DIRECTEUR AGENCE

Société Marseillaise de Crédit
Agence Internationale
45 Bld Dubouchage
06000 Nice
France



Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA