

RECEIVED

AUG 2 4 2015

U.S. BANKRUPTCY COURT
SO. DIST OF NEW YORK

FILED / RECEIVED

AUG 19 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>BSI SA, LUGANO - SWITZERLAND | Name of Transferor:<br>BANQUE POPULAIRE COTE D'AZUR , Monaco |
| Notices to Transferee should be sent to:<br>BSI SA<br>ATTN. MR ANDREA FERRARI / VILLA OPERATIONS<br>VIA MAGATTI 2<br>6900 LUGANO | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>CITIBANK NY / SWIFT CITIUS33<br>ACCOUNT 10938561<br>In the name of BSI SA | Name and Current Address of Transferor<br>BANQUE POPULAIRE COTE D'AZUR, Monaco<br>3/9 Bld des Moulins – 98000 MONACO<br>Tel : 00 377 92 16 57 57 |
| Amount of claim being transferred<br><br>EUR 15.000 (face amount of securities | NOTE:  THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 37179 | |
| Date Claim Filed: October 09, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: ___31.07.2015___

pp A. Ferrari        BSI SA Lugano        pm M. Irak

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*



Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy
           Court")
           One Bowling Green
           New York, New York 10004
           Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 37179 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on
the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 5 1/8% Lehman Bros UK Cap Funding II LP perpetual | XS0229269856 | Lehman bros UK Capital Funding II L | Lehman brother Holding Inc | EUR 15.000<br><br>out of<br><br>EUR 662.000 |
|  |  |  |  |  |
|  |  |  |  |  |

The aggregate amount of the Transferred Claim is To Be Determined.  For the avoidance of doubt,
these Lehman Programs Securities are described on pages __8__ and in paragraphs/lines _29___ of the
Addendum to the Proof of Claim.

BANQUE POPULAIRE COTE D'AZUR, MONACO , ("Transferor") hereby acknowledges to have
unconditionally and irrevocably transferred and assigned to:

BSI SA, LUGANO
VIA MAGATTI 2
6900 LUGANO


("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-
13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of
the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.    Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _04TH August 2015.

BANQUE POPULAIRE COTE D'AZUR, Monaco
Transferor

By: _____
Name: Serge CROUZET
Title: Director

**Banque Populaire Côte d'Azur**
*SUCCURSALE DE MONACO*
MONTE-CARLO - 3-9, Bd des Moulins
B.P. 207 - 98004 MONACO CEDEX
Tél. +377 92 16 57 57 Fax +377 92 16 57 58
RCI 00 S 03781
NIS 8419209214

By: _____
Name: Michel PROST-DUMONT
Title: Associate Director

ACKNOWLEDGED BY:            **BSI SA** Lugano
Transferee

By: _____
Name:
Title:        pp A. Ferrari

pm M. Irak





To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano        August 18, 2015

**Notice of transfer, from BANQUE POPULAIRE COTE D'AZUR (the "Transferor") to BSI
SA on behalf of its client (the "Transferee"), of securities issued by Lehman
Brothers Treasury B.V. (the "Securities") and claim n. 37179 attached thereto
(the "Claim")**

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of
the Claim to our bank as nominee on behalf of its client/s (the "**Transfer**").

In order to duly notify you of the Transfer, please find here attached the
following documents, so that you can kindly proceed and amend the Claim Register
accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by BANQUE POPULAIRE COTE D'AZURE,
   MONACO as Transferor, as proof that BANQUE POPULAIRE COTE D'AZURE has
   partially transferred a registered claim to BSI SA on behalf of its
   client/s.

Given the importance of this Notice in the interests of our client/s, We would
also appreciate if you can advise us immediately if something (e.g. information,
document, etc.) is missing by sending a message to the following e-mail address:
group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

**BSI SA**

pp S. Mattea                    pm S. Andjelic

*Attachments: as above*

| Recommended weight | 1 = 0.5 kg | 2 = 1 kg | 3 = 2 kg | 4 = 5 kg | 5 = 10 kg | 6 = 15 kg | 7 = 20 kg | 8 = 25 kg |
|---|---|---|---|---|---|---|---|---|

**EXPRESS WORLDWIDE**
IntraShip (7.1) / *17–1409*

DOX _DHL_

From BSI SA
+4191/8093111
VIA FRANSCINI 8
6900 LUGANO
CH SWITZERLAND

Origin
**LUG**

To
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
LEHMAN BROTHERS CLAIMS C/O
EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE 3RD FLOOR
**10017 NEW YORK NEW YORK**
**US UNITED STATES OF AMERICA**

Phone:

**JFK    US-ZYP-TSS**

Day    Time

Ref code    2010009–93546–81749    Piece Weight: 0.5 kg
Account No  150044796    Pickup date: 2015-08-18    Piece 1/1
Content / Commerce Control Statement / RC
DOCUMENT
Incoterm    : DAP    Customs Value  :  0.00 CHF
Imp/Exp Type : permanent   IV    :  0.00 CHF

AUG 19 2015    EPIQ SYSTEMS



WAYBILL 20 6854 7412

(2L)US10017+42000000



(J)JD01 4600 0022 3827 3657