UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
:
In re:                                                                  :     Chapter 11 Case No.
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                            :     08-13555 (SCC)
                                                                        :
                              Debtors.                                  :     (Jointly Administered)
                                                                        :
------------------------------------------------------------------------x     Ref. Docket No. 50734

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 21, 2015, I caused to be served the "Certificate of No Objection under 28 U.S.C. § 1746 Regarding the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes," dated August 21, 2015 [Docket No. 50734], by causing true and correct copies to be:

    i.  enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *OFFICE OF THE U.S. TRUSTEE, U.S. FEDERAL OFFICE BUILDING, ATTN: WILLIAM K. HARRINGTON, ESQ., SUSAN D. GOLDEN, ESQ., ANDREA B. SCHWARTZ, ESQ., 201 VARICK STREET, ROOM 1006, NEW YORK, NY 10014*, and

    ii. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Carol Zhang*
                                                            Carol Zhang

Sworn to before me this
24th day of August, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

# Exhibit A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com