Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CREDIT SUISSE AG, HONG KONG BRANCH | UBS AG, ZURICH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Credit Suisse AG, Hong Kong Branch

Court Claim # (if known): 59233
Date Claim Filed: 30 OCT 2009
Amount of Claim:
Portion of Claim Transferred (see Schedule I): EUR 100,000 XS0285759121

Phone: +65 6036 8006
Last Four Digits of Acct #: _____

Phone: +41 44 236 07 54
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ _____    Date: 12 AUG 2015
Transferee/Transferee's Agent
LIM YOUKEHIN AVP    TUNG TER SOON AVP.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.