



Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Title of Action: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. // To: Bank of America National Association, et al., Dfts. // To: Vox Place CDO LLC
　　Entity Served: VOX PLACE CDO LLC
　　Received Date: 08/17/2015
　　Case/Docket Number: 0813555SCC

Dear Sir/Madam,

NRAI is unable to receive the document(s) on behalf of the defendant/party due to the following reason:
[ ] NRAI Resigned as Agent with the State Authority on .
[ ] NRAI is no longer the Registered Agent. A Change of Agent was filed with the State Authority.
[ ] NRAI cannot determine the party being served – the legal documents must clearly state the legal name of the entity you are serving.
[ ] NRAI can find no record of the entity being listed with the State Authority.
[ ] Method of Service is unacceptable – .
[ ] Fewer sets of pleadings/documents than parties named – sufficient copies of the documents must be provided if serving one or more of
　　the defendants/parties listed in the above titled action. Sufficient copies of the documents must be provided to the registered agent to
　　send to all parties being served.
[ ] Other Agent listed with the State Authority.
[ ] The registered agent's authority to receive service has been revoked.
[ ] NRAI is unable to locate a viable address for the entity being served. All addresses on record have been attempted.
　　NRAI takes no position as to the validity of the service. We are merely stating that after reasonable efforts,
　　we do not have any address to which to forward the papers.
[X] Other : [ Entity Cancelled-Voided For More Than 5 Years ]
Therefore, the legal documents served are being returned to you for the above stated reason(s).

Very truly yours,

NRAI Services, LLC

Transmittal # 527657330

Enclosures

cc: United States Bankruptcy Court - Southern District of New York
　　One Bowling Green,
　　New Orleans, NY 10004-1408