William J.F. Roll, III
Solomon J. Noh
Randall Martin
Stacey L. Corr-Irvine
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318

*Attorneys for the Maverick Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
::
::
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08–13555 (SCC)
:
Debtors. : (Jointly Administered)
:
::
----------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

    I, Stacey L. Corr-Irvine, an attorney, certify that I am over 18 years of age and on August 21, 2015, I caused the *Objection of Maverick Entities to the Motion Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Leham Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distributions Purposes* [Docket No. 50761] to be filed wih the Clerk of the Court using the CM/ECF System.

    I further certify that on August 21, 2015, I caused the document listed above to be served by hand delivery on the parties identified on Exhibit A.

Dated: New York, New York
August 25, 2015

                          SHEARMAN & STERLING LLP

                    By:    */s/ Stacey L. Corr-Irvine*
                          William J.F. Roll, III
                          Solomon J. Noh
                          Randall Martin
                          Stacey L. Corr-Irvine
                          599 Lexington Avenue
                          New York, New York 10022
                          Telephone:  (212) 848-4000
                          Facsimile:  (646) 848-8318

*Attorneys for the Maverick Entities*

## **Exhibit A**

The Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Attn: Garret A. Fail, Esq.

Office of the United States Trustee for Region 2
201 Varick Street, Suite 1006
New York, New York 10014
Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.