**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
: 
In re                                                    :   Chapter 11 Case No.
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                 :   08-13555 (SCC)
                                                         :   (Jointly Administered)
                          Debtors.                       :
                                                         :
----------------------------------------------------------------------x   Ref. Docket Nos. 49694, 50591

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 17, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Panagiota Manatakis*
                                                         Panagiota Manatakis

Sworn to before me this
25th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 31084

To:     BAR(23) MAILID *** 000095543444 ***

BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

GROSVENOR PLACE CLO 1 B.V.
C/O CQS (UK) LLP AS COLLATERAL SUB-MANAGER
ATTN: HEAD OF LEGAL
5TH FLOOR
33 GROSVENOR PLACE
LONDON SW1X 7HY
 UNITED KINGDOM

GROSVENOR PLACE CLO 1 B.V.
CADWALADER, WICKERSHAM & TAFT LLP
WENDY KANE, CQS CLAIMS GROUP
ONE WORLD FINANCIAL CENTER
NEW YORK, NY 10281

Please note that your claim # 26479 in the above referenced case and in the amount of $2,760,814.00 allowed at $1,709,203.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000095543444 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 31084



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: GROSVENOR PLACE CLO 1 B.V.
ATTN: ALEX WILK
1301 SIXTH AVENUE, 8TH FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     50591     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/17/2015                    Vito Genna, Clerk of Court

/s/ Panagiota Manatakis
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 17, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA ALBERTINI SYZ & C.S.P.A. | VIA BORGONUOVO 14, MILANO I-20121 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: GROSVENOR PLACE CLO 1 B.V., ATTN: ALEX WILK, 1301 SIXTH AVENUE, 8TH FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | SIDLEY AUSTIN LLP, ATTN: ANDREW J. CALLAHAN, ESQ. AND ANDREW P. PROPPS, ESQ., 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA ALBERTINI SYZ & C.S.P.A., ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO, 4, REGGIO EMILIA 42121 ITALY |
| GROSVENOR PLACE CLO 1 B.V. | C/O CQS (UK) LLP AS COLLATERAL SUB-MANAGER, ATTN: HEAD OF LEGAL, 5TH FLOOR, 33 GROSVENOR PLACE, LONDON SW1X 7HY UNITED KINGDOM |
| GROSVENOR PLACE CLO 1 B.V. | CADWALADER, WICKERSHAM & TAFT LLP, WENDY KANE, CQS CLAIMS GROUP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |

**Total Creditor Count 7**