**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :         Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :         08-13555 (SCC)
                                                   :         (Jointly Administered)
                           **Debtors.**             :
                                                   :
---------------------------------------------------------------x         Ref. Docket No. 50550

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 19, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Panagiota Manatakis*
                                                    Panagiota Manatakis

Sworn to before me this
25th day of August, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 50550_Aff 8-19-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000130270

To:  BAR(23) MAILID *** 000095598021 ***



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000095598021 ***     LBH DEFTRFNTC (MERGE2, TXNUM2) 4000130270



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE LUXEMBOURG SA
CRAVATH, SWAINE & MOORE LLP
ATTN: STEPHANIE R. TUMBIOLO
825 8TH AVENUE
NEW YORK, NY 10019

**Your transfer of claim # 555829-27 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number   50550          Date: 08/06/2015

/s/ Panagiota Manatakis
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LUXEMBOURG SA | CRAVATH, SWAINE & MOORE LLP, ATTN: STEPHANIE R. TUMBIOLO, 825 8TH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 2**