**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11 Case No.
                                                       :
LEHMAN BROTHERS HOLDINGS INC., et al.,                 :        08-13555 (SCC)
                                                       :        (Jointly Administered)
                          Debtors.                     :
                                                       :
---------------------------------------------------------------x        Ref. Docket Nos. 50639, 50650
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 20, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Panagiota Manatakis*
                                                  Panagiota Manatakis

Sworn to before me this
25th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000103073

To:     BAR(23) MAILID *** 000097294167 ***



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000097294167 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

LIECHTENSTEINISCHE LANDESBANK AG
1861, STADTLE 44
POSTFACH 384
VADUZ 9490
 LIECHTENSTEIN

**Your transfer of claim # 55829 is defective for the reason(s) checked below:**

Other INSUFFICIENT FUNDS

Docket Number   50650                    Date:  08/06/2015

/s/ Panagiota Manatakis
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| GERHARD WONSCHIK | BERKHEIM STRASE 17, DENKENDORF DE-73770 GERMANY |
| LIECHTENSTEINISCHE LANDESBANK AG | 1861, STADTLE 44, POSTFACH 384, VADUZ 9490 LIECHTENSTEIN |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 7**