UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                         :

In re                                 :        Chapter 11 Case No.
                                         :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :     08-13555 (SCC)
                                       :     (Jointly Administered)
                       Debtors.        :
                                         :

-------------------------------------------------------------------------------x  Ref. Docket Nos. 48906, 50627,
                                                     50628, 50632-50634, 50636, 50643,
                                                     50644, 50652, 50655-50658, 50660-
                                                     50689

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On August 21, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
25th day of August, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000160380

To:    BAR(23) MAILID *** 000097295850 ***

ALDEN GLOBAL ADFERO BPI FUND, LTD.
TRANSFEROR: GOLDMAN SACHS & CO.
C/O ALDEN GLOBAL CAPITAL, L.L.C.
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000097295850 *** LBH TRFNTC (MERGE2, TXNUM2) 4000160380



ALDEN GLOBAL ADFERO BPI FUND, LTD.
TRANSFEROR: GOLDMAN SACHS & CO.
C/O ALDEN GLOBAL CAPITAL, L.L.C.
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 55398-04 in the above referenced case and in the amount of $357,780.01 allowed at $236,710.58 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| BARCLAYS BANK PLC<br>TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD.<br>ATTN: DANIEL MIRANDA<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 | BARCLAYS BANK PLC<br>ATTN: JEFF LONGMUIR<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER 50628 in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/21/2015 Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 21, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL ADFERO BPI FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O ALDEN GLOBAL CAPITAL, L.L.C., ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LTD, ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON (HK), ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD., ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAER & CO. LTD., ZURICH, SWITZERLAND | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: PATRIK ROSS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK VONTOBEL AG | TRANSFEROR: BANK J. SAFRA SARASIN LTD., GOTTHARDSTRASSE 43, POSTFACH, ZURICH CH-8022 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL ADFERO BPI FUND, LTD., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A, L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A, LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER), LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA & JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: WILSHIRE INSTITUTIONAL MASTER FUND II SPC, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: STREPP, HANS-PETER, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVE., 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: JPMORGAN SECURITIES LLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GLOBAL CORPORATE ACTIONS | DIVISION OF U.S. BANK, N.A.- SUB. OF US BANCORP, C/O U.S. BANK NATIONAL ASSOCIATION, ATTN: CATHERINE THOMAS FOX, BC-MN-H21N, 800 NICOLLET MALL, 21ST FLOOR, MINNEAPOLIS, MN 55402 |
| GRUPPO BANCA LEONARDO S.P.A. | VIA BROLETTO 46, MILAN 20121 ITALY |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: BANK J. SAFRA SARASIN LTD., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| JPMORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL OPPORTUNITIES MASTER FUND, L.P., ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND LP, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES LLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: JEFFREY L PANZO MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| LGT BANK (SWITZERLAND) LTD. | TRANSFEROR: CREDIT SUISSE, GLAERNISCHSTRASSE 36, ZURICH CH-8022 SWITZERLAND |
| LGT BANK (SWITZERLAND) LTD. | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |

| Claim Name | Address Information |
| --- | --- |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | TRANSFEROR: MORGAN STANLEY & CO. LLC, C/O ALDEN GLOBAL CAPITAL LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND LP | C/O SCHULTE ROTH & ZABEL LLP, ATTN: DAVID J. KARP, 919 THIRD AVENUE, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: NEWFINANCE ALDEN SPV, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| LOCATOR SERVICES GROUP LTD., THE | TRANSFEROR: GLOBAL CORPORATE ACTIONS, ATTN: KIM SAWYER, 280 SUMMER STREET, SUITE 400, BOSTON, MA 02210 |
| STREPP, HANS-PETER | KONSUL-LIEDER-ALLEE 27, HEIKENDORF-KITZEBERG D-24226 GERMANY |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP., C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: GRUPPO BANCA LEONARDO S.P.A., ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND VI-A, LP, THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER), LP, THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P. J. |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MASTER, L.P. | STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE FUND, LP, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD SUITE 1500, MINNEAPOLIS, MN 55437 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP., C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| WILSHIRE INSTITUTIONAL MASTER FUND II SPC | TRANSFEROR: ALDEN GLOBAL HEDGED OPPORTUNITIES MASTER FUND, LP., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 184**