WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------- x

### TWENTY-SIXTH NOTICE OF ESTABLISHMENT
### OF COMBINED OMNIBUS AND CLAIMS HEARING DATES
### PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER
### IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF

No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and

case management procedures, the United States Bankruptcy Court for the Southern District of

New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims

hearing dates in the above-captioned cases:

**September 21, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

**October 8, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

**November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the

Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all

matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held before the

Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, United

States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York,

New York 10004.

Dated:  August 25, 2015
       New York, New York

                    /s/ Garrett A. Fail
                    Garrett A. Fail

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    *Attorneys for Lehman Brothers Holdings Inc.*
                    *and Certain of Its Affiliates*

WEIL:\95438726\2\58399.0011