WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
----------------------------------------------------------------- x
In re                                            :     Chapter 11 Case No.
                                                 :
LEHMAN BROTHERS HOLDINGS INC., et al.,           :     08-13555 (SCC)
                                                 :
                          Debtors.               :     (Jointly Administered)
----------------------------------------------------------------- x
```

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THE
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 12589 AND 12590**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.      On July 24, 2015, Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11*

*Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's

Objection to Claim Numbers 12589 and 12590 [**ECF No. 50454**] (the "Claims Objection") with

the Court for hearing.

2.      In accordance with the Second Amended Case Management Order, the

Plan Administrator established a deadline (the "Response Deadline") for parties to object or file

responses to the Claims Objection.  The Response Deadline was set for August 24, 2015 at

4:00 p.m.  The Second Amended Case Management Order provides that pleadings may be

granted without a hearing, provided that no objections or other responsive pleadings have been

filed on or prior to the relevant response deadline and the attorney for the entity who filed the

pleading complies with the relevant procedural and notice requirements.

3.      The Response Deadline has now passed with respect to both of the claims

on the Claims Objection.  To the best of my knowledge, no responsive pleadings have been

(a) filed with the Court on the docket of the above-referenced cases in accordance with the

procedures set forth in the Second Amended Case Management Order, or (b) served on counsel

to the Plan Administrator.  Accordingly, the Plan Administrator respectfully requests that the

proposed order granting the Claims Objection annexed hereto as Exhibit A, be entered in

accordance with the procedures described in the Second Amended Case Management Order.  No

changes have been made to the proposed order.

I declare that the foregoing is true and correct.

Dated:    August 25, 2015
          New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

WEIL:\95446071\1\58399.0011

## Exhibit A

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                                    :        Chapter 11 Case No.
                                                                         :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,      :        08-13555 (SCC)
                                                                         :
                             Debtors.                       :        **(Jointly Administered)**
-------------------------------------------------------------------x

<u>**ORDER GRANTING OBJECTION TO CLAIM NUMBERS 12589 AND 12590**</u>

Upon the objection to claim numbers 12589 and 12590, filed by Westernbank

Puerto Rico ("<u>Westernbank</u>"), dated July 24, 2015 (the "<u>Objection</u>"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors; and due and proper notice of the

Objection having been provided as stated therein, and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the

Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in

interest, and that the legal and factual bases set forth in the Objection establish just cause for the

relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that claim number 12589 is hereby disallowed and expunged in its

entirety with prejudice; and it is further

ORDERED that, claim number 12590 is hereby reduced and allowed in the

amount that is set forth on Exhibit 1 next to the row heading "Claim as Modified"; and it is

further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2015
        New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>EXHIBIT 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**EXHIBIT 1 - REDUCE AND ALLOW CLAIM**

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|------|---------|------------|-----------------|-----------------|---------------|---------|----------|------------|-------|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1  WESTERNBANK PUERTO RICO | 12590 | 9/14/09 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | | | | | |
| | | | AMOUNT SUBJECT TO OBJECTION | | | $1,519,650.00 | | $489,575.00 | $2,009,225.00 |
| | | | CLAIM AS MODIFIED | | | $0.00 | | $240,000.00 | $240,000.00 |
| | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | | $1,519,650.00 | | $489,575.00 | $2,009,225.00 |
| | | | TOTAL CLAIMS AS MODIFIED | | | $0.00 | | $240,000.00 | $240,000.00 |