UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (SCC)
                                                           :
                    Debtors.                               :    (Jointly Administered)
-----------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

Reference is made to the below claim (the "Claim") asserted against Lehman Brothers Holdings Inc. in the above captioned cases under title 11 of the United States Code proof of which was filed on the date and in the amount listed below. Mizrahi Tefahot Bank, Ltd. ("Mizrahi") represents and warrants that as of the date hereof, it has not sold, assigned or transferred the Claim.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed |
|---|---|---|---|---|
| 19172 | $577,142.74 | $577,142.74 | 100% | 09/18/2009 |

PLEASE TAKE NOTICE that, through its undersigned counsel, Mizrahi hereby withdraws with prejudice the Claim and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. This withdrawal shall not affect any claim held by Mizrahi other than the Claim. Mizrahi represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated:       August 26, 2015

MIZRAHI TEFAHOT BANK, LTD.

Racheli Friedman
Chief Legal Advisor

SYSTEM.OBJECT[]
73078708v2