**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
Debtors.                                                    :
                                                                  :
-----------------------------------------------------------------x    Ref. Docket Nos. 50756, 50807,
                                                                        50826

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 26, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
                                                                    Lauren Rodriguez

Sworn to before me this
1st day of September, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 50756, 50807, 50826_Aff 8-26-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 949

To:   BAR(23) MAILID *** 000097303582 ***



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

VARDE FUND IX LP, THE
TRANSFEROR: THE SEAPORT GROUP EUROPE LLP
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD
SUITE 1500
MINNEAPOLIS, MN 55437

BAR(23) MAILID *** 000097303582 ***     LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 949



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

**Your transfer of claim # 48734-09 is defective for the reason(s) checked below:**

Previously Transferred
Other Transfer DN 50807 is a duplicate of Transfer DN 50806

Docket Number   50807          Date:  08/21/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANQUE POPULAIRE COTE D'AZUR | SPORTING D'HIVER - PLACE DU CASINO, MONTE-CARLO 98000 MONACO |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BSI SA, LUGANO | ATTN: MR. ANDREA FERRARI/VILLA OPERATIONS, VIA MAGATTI 2, LUGANO 6900 SWITZERLAND |
| ICCREA BANCA SPA | ATTN: MR. ANTONIO TORRE, VIA LUCREZIA ROMANA 41-47, ROMA 00178 ITALY |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 8**