UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                          :     Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :     08-13555 (SCC)
                                                               :
                              Debtors.                 :     (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO CLAIM NUMBERS 12589 AND 12590

Upon the objection to claim numbers 12589 and 12590, filed by Westernbank Puerto Rico ("Westernbank"), dated July 24, 2015 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors; and due and proper notice of the Objection having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that claim number 12589 is hereby disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that, claim number 12590 is hereby reduced and allowed in the amount that is set forth on Exhibit 1 next to the row heading "Claim as Modified"; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 1, 2015
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT 1**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

### EXHIBIT 1 - REDUCE AND ALLOW CLAIM

| NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1  WESTERNBANK PUERTO RICO | 12590 | 9/14/09 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | $1,519,650.00 | | $489,575.00 | $2,009,225.00 |
| | | | | CLAIM AS MODIFIED | | $0.00 | | $240,000.00 | $240,000.00 |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | $1,519,650.00 | | $489,575.00 | $2,009,225.00 |
| | | | | TOTAL CLAIMS AS MODIFIED | | $0.00 | | $240,000.00 | $240,000.00 |