**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED THIRD
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF 50000] (the "Objection"), which was scheduled for September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to October 8, 2015 at 10:00 a.m. (Prevailing Eastern Time)** with respect to the claims listed on Exhibit A attached hereto.

[*Remainder of page intentionally left blank*]

Any responses to the Objection must be received no later than **September 23, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: September 1, 2015
      New York, New York

                            **CURTIS, MALLET-PREVOST,
                             COLT & MOSLE LLP**

                            By:  */s/ L. P. Harrison 3rd*
                                L. P. Harrison 3rd
                                Cindi Eilbott Giglio
                            101 Park Avenue
                            New York, New York 10178-0061
                            (212) 696-6000

                            *Counsel for Lehman Brothers Holdings Inc.
                             and Certain of Its Affiliates*

-2-

23068427

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| DEUTSCHE BANK AG | 26970 |
| DEUTSCHE BANK AG | 27141 |

23068427