**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

----------------------------------------------------------------x

### NOTICE OF ADJOURNMENT OF HEARING ON
### THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM OF
### MORGAN STANLEY & CO. INTERNATIONAL PLC (FORMERLY KNOWN AS
### MORGAN STANLEY & CO. INTERNATIONAL LIMITED) (CLAIM NO. 20531)

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's Objection to Claim of Morgan Stanley & Co. International PLC (Formerly Known as Morgan Stanley & Co. International Limited) (Claim No. 20531) [ECF 50014] (the "Objection"), which was scheduled for September 9, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to October 8, 2015 at 10:00 a.m. (Prevailing Eastern Time)**.

[*Remainder of page intentionally left blank*]

Any responses to the Objection must be received no later than **September 23, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: September 1, 2015
New York, New York

**CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP**

By:  */s/ L. P. Harrison 3rd*
L. P. Harrison 3rd
Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliate*