WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING
THE MOTION OF PLAN ADMINISTRATOR PURSUANT TO SECTIONS 8.4, 9.3, AND
14.1 OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS
TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.    On June 10, 2015, Lehman Brothers Holdings Inc., as Plan Administrator

under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and

Its Affiliated Debtors, filed and served the Motion of Plan Administrator Pursuant to Sections

8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers

Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution

Purposes [ECF No. 49954] (the "Motion").

2.      In accordance with the Second Amended Case Management Order, the

Plan Administrator established a deadline (the "Objection Deadline") for parties to object or file

responses to the Motion.  The Objection Deadline was set for July 10, 2015 at 4:00 p.m. and was

extended for certain claims only (the "Extended Claims").  The Second Amended Case

Management Order provides that pleadings may be granted without a hearing, provided that no

objections or other responsive pleadings have been filed on or prior to the relevant response

deadline and the attorney for the entity who filed the pleading complies with the relevant

procedural and notice requirements.

3.      The Objection Deadline for all claims other than certain Extended Claims

has passed.  To the best of my knowledge, no objection, responsive pleading, or request for a

hearing has been (a) filed with the Court on the docket of the above-referenced cases in

accordance with the procedures set forth in the Second Amended Case Management Order or (b)

served on counsel to the Plan Administrator with respect to the claims listed on Exhibit 1 of the

proposed order annexed hereto (which excludes, among others, certain Extended Claims and

claims for which an objection or responsive pleading was filed (collectively, the "Excluded

Claims")).  Accordingly, the Plan Administrator respectfully requests that the proposed order

annexed hereto be entered in accordance with the procedures described in the Second Amended

Case Management Order.  The proposed order has been modified only to clarify that the Motion

is not being granted with respect to, and is without prejudice to, any Excluded Claim or portion

of a claim not listed on Exhibit 1 attached thereto.

WEIL:\95439232\1\58399.0011

I declare that the foregoing is true and correct.

Dated:    September 2, 2015
          New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

## Exhibit A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                   :

In re                            :        **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :        **08-13555 (SCC)**
                                   :

            **Debtors.**        :        **(Jointly Administered)**
                                   :
------------------------------------------------------------------x

## ORDER PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1
## OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN
## OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS
## TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

Upon the motion (the "Motion"),[1] dated June 10, 2015, of Lehman Brothers

Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), for approval,

pursuant to sections 8.4, 9.3, and 14.1 of the Plan and sections 105(a), 502(c), and 1142(b) of

title 11 of the United States Code (the "Bankruptcy Code"), to estimate the maximum amount of

the Relevant Guarantee Claims for reserve and distribution purposes, all as more fully described

in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested

therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of

Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided to (i) the United States Trustee for Region 2; (ii) the Securities

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or, if not defined in the Motion, in the *Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding The Motion Of Plan Administrator Pursuant To Section 8.4, 9.3, And 14.1 Of The Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors To Estimate Claims For Reserve And Distribution Purposes.*

and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney

for the Southern District of New York; (v) the parties listed on Exhibit 1 attached hereto; and (vi)

all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [ECF No. 9635]; and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the Motion is in

the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent set forth herein; and it is

further

ORDERED that each Relevant Guarantee Claim listed on Exhibit 1 hereto is

hereby estimated in its entirety in the amount of zero dollars for purposes of establishing (i) the

amount of reserves to be retained for such Relevant Guarantee Claim under the Plan and (ii) the

maximum amount of Distributions (as such term is defined in the Plan) that a holder of a

Relevant Guarantee Claim is entitled to receive on account of such Relevant Guarantee Claim

under the Plan; and it is further

ORDERED that under no circumstances shall LBHI be required to retain any

reserve on account of any Relevant Guarantee Claim listed on Exhibit 1 hereto; and it is further

ORDERED that under no circumstances shall any holder of a Relevant Guarantee

Claim listed on Exhibit 1 hereto be entitled to a Distribution (as such term is defined in the Plan)

from LBHI on account of a Relevant Guarantee Claim; and it is further

3

ORDERED that this order is without prejudice to any party's rights with respect

to any claim or portion of a claim not included on Exhibit 1 hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       _____, 2015


_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

4

**MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 17600 | Lehman Brothers Holdings Inc. | 09/18/2009 | $23,820,228.00 * | $23,820,228.00 * | $0.00 |
| 2 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 26476 | Lehman Brothers Holdings Inc. | 09/22/2009 | $4,752.00 * | $4,752.00 * | $0.00 |
| 3 | C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | 67642 | Lehman Brothers Holdings Inc. | 08/24/2011 | $26,088,018.00 * | $26,088,018.00 * | $0.00 |
| 4 | CVI CVF II LUX MASTER S.A.R.L. | 21514 | Lehman Brothers Holdings Inc. | 09/21/2009 | Undetermined | Undetermined | $0.00 |
| 5 | CVI CVF II LUX MASTER S.A.R.L. | 28526 | Lehman Brothers Holdings Inc. | 09/22/2009 | Undetermined | Undetermined | $0.00 |
| 6 | MAVERICK LONG FUND, LTD. | 27697 | Lehman Brothers Holdings Inc. | 09/22/2009 | $115,499.00 * | $115,499.00 * | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts