WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

In re                                        :        Chapter 11 Case No.

:

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :        08-13555 (SCC)

:

Debtors.      :        (Jointly Administered)

------------------------------------------------------------------- x

### CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THE PLAN ADMINISTRATOR'S FIVE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.        On July 31, 2015, Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11*

*Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's

Five Hundred Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 50501**]

(the "Claims Objection") with the Court for hearing.

2. In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objection. The Response Deadline was set for August 31, 2015 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed with respect to all of the Valued Derivative Claims, with the exception of claim number 28171, as to which the Plan Administrator has adjourned the hearing and extended the Response Deadline. To the best of my knowledge and with respect to the Valued Derivative Claims other than claim number 28171, no responsive pleadings have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, be entered in accordance with the procedures described in the Second Amended Case Management Order. No changes have been made that would affect the Valued Derivative Claims.

WEIL:\95451504\1\58399.0011

I declare that the foregoing is true and correct.

Dated:    September 3, 2015
            New York, New York

                                        /s/ Garret A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        *Attorneys for Lehman Brothers Holdings Inc.*
                                        *and Certain of Its Affiliates*

WEIL:\95451504\1\58399.0011

**<u>Exhibit A</u>**

Proposed Order

WEIL:\95451504\1\58399.0011

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                :   **Chapter 11 Case No.**
                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :   **08-13555 (SCC)**
                   :
         **Debtors.**   :   **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING FIVE HUNDRED FIFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the five hundred fifth omnibus objection to claims, dated July 31, 2015 (the "Five Hundred Fifth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow the Valued Derivative Claims, all as more fully described in the Five Hundred Fifth Omnibus Objection to Claims; and due and proper notice of the Five Hundred Fifth Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Fifth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Fifth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Fifth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Fifth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that (i) each Valued Derivative Claim listed on Exhibit 1 annexed hereto is hereby modified and allowed as a prepetition non-priority general unsecured claim in the amount set forth on Exhibit 1 in the row "Claim as Modified" and (ii) with respect to each Valued Derivative Claim, any asserted amount in excess of the modified amount is disallowed and expunged; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Five Hundred Fifth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2015
       New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

08-13555-mg   Doc 50886   Filed 09/03/15   Entered 09/03/15 11:25:54   Main Document
Pg 7 of 8

**OMNIBUS OBJECTION 505: EXHIBIT 1 - VALUED DERIVATIVE CLAIMS**

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | AMTD STRATEGIC CAPITAL LIMITED | 12494 | 9/14/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | | $2,704,448.86 | $2,704,448.86* |
| | | | | CLAIM AS MODIFIED | | | | | $2,678,945.00 | $2,678,945.00 |
| 2 | BANCA IMI SPA | 15057 | 9/17/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | | $2,141,035.39 | $2,141,035.39* |
| | | | | CLAIM AS MODIFIED | | | | | $1,450,499.85 | $1,450,499.85 |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | | | | $4,845,484.25 | $4,845,484.25 |
| | | | | TOTAL CLAIMS AS MODIFIED | | | | | $4,129,444.85 | $4,129,444.85 |

\* - Indicates claim contains unliquidated and/or undetermined amounts