WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :  Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :  08-13555 (SCC)
                                                                   :
                                        Debtors.                   :  (Jointly Administered)
------------------------------------------------------------------ x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746
REGARDING THE PLAN ADMINISTRATOR'S FIVE HUNDRED FOURTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On July 31, 2015, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50500**] (the "Claims Objection") with the Court for hearing.

08-13555-mg    Doc 50890    Filed 09/03/15    Entered 09/03/15 15:41:17    Main Document
Pg 2 of 9

2. In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objection. The Response Deadline was set for August 31, 2015 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed with respect to all of the No Liability Claims, with the exception of claim numbers 32542, 32321, and 14181, as to which the Plan Administrator has adjourned the hearing and extended the Response Deadline, and claim numbers 28174, 56080, and 56079, as to which the Plan Administrator has extended the Response Deadline. A response has been filed to the Claims Objection with respect to claims 23446, 32901, 30875, 30991, 30995, 23447, 30881, and 30965. To the best of my knowledge and with respect to the No Liability Claims other than claim numbers 32542, 32321, 14181, 28174, 56080, 56079, 23446, 32901, 30875, 30991, 30995, 23447, 30881, and 30965, no responsive pleadings have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, be entered in accordance with the procedures described in the Second Amended Case Management Order. No changes have been made that would affect the No Liability Claims.

2

WEIL:\95451504\1\58399.0011

I declare that the foregoing is true and correct.

Dated: September 3, 2015
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

3

WEIL:\95451504\1\58399.0011

**Exhibit A**

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    08-13555 (SCC)
                                                                  :
                    Debtors.                                :    (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING FIVE HUNDRED FOURTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the five hundred fourth omnibus objection to claims, dated July 31, 2015 (the "Five Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Five Hundred Fourth Omnibus Objection to Claims; and due and proper notice of the Five Hundred Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Fourth Omnibus Objection to Claims.

08-13555-mg    Doc 50890    Filed 09/03/15    Entered 09/03/15 15:41:17    Main Document

ORDERED that the relief requested in the Five Hundred Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on <u>Exhibit A</u> annexed to the Five Hundred Fourth Omnibus Objection to Claims that is not listed on <u>Exhibit 1</u> annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2015
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## OMNIBUS OBJECTION 504: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | AMBER FINANCE LIMITED | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28181 | $12,273,688.14 * | $12,273,688.14 * | Books and Records |
| 2 | BANK OF ALAND PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16096 | $906,289.99 | $906,289.99 | Invalid Guarantee |
| 3 | CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $79,887.67 * | $79,887.67 * | Satisfied |
| 4 | CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $5,417.36 * | $5,417.36 * | Satisfied |
| 5 | CSCP II ACQUISITION LUXCO, SARL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $37,259.67 * | $37,259.67 * | Satisfied |
| 6 | DEXIA CREDIT LOCAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19932 | $1,903,293.76 * | $1,903,293.76 * | Invalid Guarantee |
| 7 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24634 | $15,613.00 * | $15,613.00 * | Satisfied |
| 8 | SUN HUNG KAI INVESTMENT SERVICES LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22782 | Undetermined | Undetermined | Sun Hung Kai Claim |
| 9 | TAYLOR CREEK LIMITED | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15783 | Undetermined | Undetermined | Taylor Creek LBSF Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

## OMNIBUS OBJECTION 504: EXHIBIT 1 - NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 10 | TAYLOR CREEK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15784 | Undetermined | Undetermined | Taylor Creek Guarantee Claim |