WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

------------------------------------------------------------------ x

**AMENDED NOTICE OF ADJOURNMENT**
**OF HEARING ON THE FIVE HUNDRED FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fourth

Omnibus Objection to Claims (No Liability Claims) [ECF No. 50500], which was scheduled for

September 9, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **October 8, 2015** at

**10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.


Dated:   September 4, 2015
         New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates


WEIL:\95416367\3\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| BRK/A Investors, L.L.C. | 32542 |
| NRC Partners, L.P. | 32321 |
| UniCredit S.P.A. | 14181 |