WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- x

In re                                                                 :        **Chapter 11 Case No.**
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :        **08-13555 (SCC)**
                                                                      :
                                    Debtors.                  :        **(Jointly Administered)**
                                                                      :

--------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED NINETY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-

Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was scheduled

for September 9, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **October 8, 2015** at **10:00**

**a.m. (Eastern Time)** with respect to the claims listed on Exhibit A annexed hereto.

Dated:    September 4, 2015
            New York, New York

                                                    */s/ Garrett A. Fail*
                                                    Garrett A. Fail
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates

WEIL:\95323512\4\58399.0011

## EXHIBIT A

| Claimant | Claim No. | Response |
|---|---|---|
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | ECF No. 49427 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | ECF No. 49426 |