WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746 REGARDING THE
PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 21730 AND 21741**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management Order"), the undersigned hereby certifies as follows:

1. On August 3, 2015, Lehman Brothers Holdings Inc. (the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's Objection to Claim Numbers 21730 and 21741 [**ECF No. 50518**] (the "Claims Objection") with the Court for hearing.

2. In accordance with the Second Amended Case Management Order, the Plan Administrator established a deadline (the "Response Deadline") for parties to object or file responses to the Claims Objection. The Response Deadline was set for September 3, 2015 at 4:00 p.m. The Second Amended Case Management Order provides that pleadings may be granted without a hearing, provided that no objections or other responsive pleadings have been filed on or prior to the relevant response deadline and the attorney for the entity who filed the pleading complies with the relevant procedural and notice requirements.

3. The Response Deadline has now passed with respect to both of the claims on the Claims Objection. To the best of my knowledge, no responsive pleadings have been (a) filed with the Court on the docket of the above-referenced cases in accordance with the procedures set forth in the Second Amended Case Management Order, or (b) served on counsel to the Plan Administrator. Accordingly, the Plan Administrator respectfully requests that the proposed order granting the Claims Objection annexed hereto as Exhibit A, be entered in accordance with the procedures described in the Second Amended Case Management Order. No changes have been made to the proposed order.

I declare that the foregoing is true and correct.

Dated:  September 4, 2015
        New York, New York

        /s/ Garret A. Fail
        Garrett A. Fail

        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

## Exhibit A

Proposed Order

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :    08-13555 (JMP)
                                                               :
                    Debtors.                                   :    (Jointly Administered)
---------------------------------------------------------------x

### ORDER GRANTING THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBERS 21730 AND 21741

Upon the objection to claim numbers 21730 and 21741 filed by Cascade Investment L.L.C. ("Cascade"), dated August 3, 2015 (the "Objection"),[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan") for the entities in the above-referenced chapter 11 cases (together, the "Chapter 11 Estates"), seeking to revalue and allow claim numbers 21730 and 21741 on the grounds that the Chapter 11 Estates and Cascade have agreed upon a claim amount that is not currently reflected on Cascade's proofs of claim, all as more fully described in the Objection; and due and proper notice of the Objection having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) Cascade; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that Cascade Claims are hereby reduced and allowed in the amount that is set forth on Exhibit 1 under the column heading *"Modified Amount"*; *provided that*, Cascade may not receive an aggregate recovery from LBHI and Lehman Brothers Special Financing, Inc. in respect of the Cascade Claims that is greater than the *"Modified Amount"*; and it is further

ORDERED that (i) the *"Modified Amount"* sets forth the total amount due to Cascade under, in respect of, or related to the applicable derivatives contract and (ii) the Cascade Claims shall represent the sole right of Cascade to any distributions from the applicable Chapter 11 Estate under, in respect of, or related to the applicable derivatives contract; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2015
      New York, New York

                                                                     _____
                                                                      UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT 1

08-13555-mg    Doc 50896    Filed 09/04/15    Entered 09/04/15 15:24:34    Main Document
Pg 7 of 8

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

EXHIBIT 1: VALUED DERIVATIVE CLAIMS

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | CASCADE INVESTMENT, L.L.C. | 21730 | 9/21/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | | $11,708,287.49 | $11,708,287.49 |
| | | | | MODIFIED AMOUNT | | | | | $11,620,000.00 | $11,620,000.00 |
| 2 | CASCADE INVESTMENT, L.L.C. | 21741 | 9/21/09 | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | | $11,708,287.49 | $11,708,287.49 |
| | | | | MODIFIED AMOUNT | | | | | $11,620,000.00 | $11,620,000.00 |
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | | | | $23,416,574.98 | $23,416,574.98 |
| | | | | TOTAL MODIFIED AMOUNT | | | | | $23,240,000.00 | $23,240,000.00 |