WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
:
**In re**                                                     :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (SCC)**
:
          **Debtors.**                    :    **(Jointly Administered)**
:
-------------------------------------------------------------------x
:
**In re**                                                     :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                       :
:    **08-01420 (SCC) (SIPA)**
          **Debtor.**                     :
:
-------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE EIGHTY-NINTH OMNIBUS
## AND CLAIMS HEARING ON SEPTEMBER 9, 2015 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I. CONTESTED MATTER:

1. Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 42105**]

    Response Deadline: February 18, 2014 at 4:00 p.m.

    Response Received:

    A. Response of International Fund Management S.A., *et al.* to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims [**ECF No. 48077**]

    Related Documents:

    B. Reply to Response of International Fund Management S.A, *et al.* to Plan Administrator's Four Hundred Fifty-Fifth Omnibus Objection to Claims **[ECF No. 50897]**

    C. Declaration of Martin Potts in Support of Reply **[ECF No. 50898]**

    Status: This matter is going forward.

### II. ADVERSARY PROCEEDINGS:

2. Lehman Brothers Holdings Inc., *et al.* v. Federal Home Loan Bank of New York [**Adversary Proceeding No. 15-01110**]

    **Pre-Trial Conference and Motion to Dismiss**

    Related Documents:

    A. Adversary Complaint [**ECF No. 1**]

    B. Memorandum of Law in Support of Defendant's Motion to Dismiss [**ECF No. 10**]

      C.      Declaration of Mitchell Berns in Support of Defendant's Motion to Dismiss **[ECF No. 10-1]**

      D.      Notice of Hearing and Motion to Dismiss Adversary Complaint [**ECF No. 11**]

      E.      Opposition of Lehman Brothers Holdings Inc. to Motion to Dismiss Adversary Complaint [**ECF No. 15**]

      F.      Reply Memorandum of Law in Support of Defendant's Motion to Dismiss **[ECF No. 17]**

      G.      Plaintiffs' Letter Concerning Proposed Scheduling Order **[ECF No. 18]**

      H.      Defendant's Letter Concerning Proposed Scheduling Order **[ECF No. 19]**

Status:  This matter is going forward.

3. Lehman Brothers Holdings Inc., *et al.* v. LHM Financial Corp. [**Adversary Proceeding No. 14-02393**]

**Defendant's Jury Demand**

Related Documents:

      A.      Adversary Complaint [**ECF No. 1**]

      B.      LHM Financial Corporation's Motion for Leave to Appeal Order and Memorandum Decision Denying Motion to Dismiss [**ECF No. 31**]

      C.      Statement of Jury Demand by LHM Financial Corp. [**ECF No. 32**]

      D.      Motion of Lehman Brothers Holdings Inc. to Strike Defendant's Jury Demand [**ECF No. 37**]

      E.      LHM Financial Corporation's Opposition to Lehman Brothers Holdings, Inc.'s Motion to Strike Jury Demand and Request for Exercise of Judicial Discretion [**ECF No. 40**]

      F.      LBHI's Memorandum of Law in Reply in Further Support of its Motion to Strike Defendant's Jury Demand and in Opposition to LHM Financial Corporation's Cross-Motion for Enlargement of Time Pursuant to FRCP 6(b) [**ECF Nos. 44, 45**]

3

|   |   |
|---|---|
| G. | Memorandum of Law in Support of LHM Financial Corporation's Reply to Lehman Brothers Holdings, Inc.'s Opposition to Its Motion for Enlargement of Time Pursuant to FRCP 6(b)(2) and Exercise of Judicial Discretion Pursuant to FRCP 39(b) [**ECF No. 47**] |
| H. | Memorandum of Law in Support of LHM Financial Corporation's Reply to Lehman Brothers Holdings, Inc.'s Opposition to Its Motion for Enlargement of Time Pursuant to FRCP 6(b)(2) and Exercise of Judicial Discretion Pursuant to FRCP 39(b) [**ECF No. 48**] |

Status:  This matter is going forward.

4. Lehman Brothers Holdings Inc., *et al.* v. Commonwealth of Massachusetts [**Adversary Proceeding No. 15-01287**]

   **Pre-Trial Conference**

   Related Documents:

   A. Adversary Complaint [**ECF No. 1**]

   B. Response of Commonwealth of Massachusetts [**ECF No. 4**]

   Status:  This matter is going forward.

### III. ADJOURNED MATTERS:

**A.  Lehman Brothers Holdings Inc. Chapter 11 Cases**

5. The Plan Administrator's Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 48956**]

   Response Deadline:    April 23, 2015 at 4:00 p.m.

   Responses Received:

   A. Response to 496th Omnibus Claim Objection [**ECF No. 49298**]

   B. Response of Hana Bank, as Trustee, and My Asset Investment Management Co. Ltd., as Investment Manager for MY Dual Star Derivative Derivatives Fund D-1 [**ECF No. 49425**]

   C. Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan IBK-

4

        Samsung Heavy Industry Equity Linked Derivatives Fund 1 [**ECF No. 49426**]

D.    Response of Kookmin Bank, as Trustee, and UBS Hana Asset Management Co. Ltd. (f/k/a Daehan Investment Trust Management Co. Ltd.), as Investment Manager, for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives Fund 1 [**ECF No. 49427**]

E.    Response and Opposition of Mirae Asset Securities Co., Ltd. [**ECF No. 49963**]

F.    Response and Opposition of Woori 2 Star Derivatives Fund KW-8 [**ECF No. 49965**]

G.    Response and Opposition of Woori 2 Star Derivatives Fund KW-8 [**ECF No. 49969**]

H.    Response of Claimant (Standard Chartered First Bank as Trustee and HI Asset Management Co., Ltd., (f/k/a CJ Asset Management Co., Ltd.) as Investment Manager for CJ 2 Star SD Cliquet Private Derivatives Trust 22) [**ECF No. 49971**]

Related Documents:  None.

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m. solely as to claim numbers 27290 and 27291.

6.   Plan Administrator's Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 49999**]

Response Deadline:  July 15, 2015 at 4:00 p.m. or as otherwise extended.

Response Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m. solely with respect to claim number 28176.

7.   Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 50000**]

Response Deadline:  July 15, 2015 at 4:00 p.m. or as otherwise extended.

Responses Received:  None.

Related Documents:  None.

5

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m. with respect to claim numbers 26970 and 27141.

8. Plan Administrator's Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50500**]

Response Deadline:    August 31, 2015 at 4:00 p.m.

Response Received:

   A.   Response of U.S. Bank National Association, as Trustee [**ECF No. 50854**]

Related Documents:   None.

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m. solely with respect to claim numbers 32542, 32321, and 14181.

9. Plan Administrator's Objection to Claim of Morgan Stanley & Co. International PLC (Formerly Known as Morgan Stanley & Co. International Limited) (Claim No. 20531) [**ECF No. 50014**]

Response Deadline:    July 24, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m.

10. Five Hundred Fifth Omnibus Objection to Claims (Valued Derivative Claims) [**ECF No. 50501**]

Response Deadline:    August 31, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status:  This matter has been adjourned to October 8, 2015 at 10:00 a.m. solely as to claim number 28171.

11. Claims Objection Hearing with respect to Debtors' Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

Response Deadline:    July 15, 2015 at 4:00 p.m. or as otherwise extended.

Response Received:    None.

Related Documents:    None.

Status: This matter has been adjourned to November 4, 2015 at 10:00 a.m.

12. Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

Response Deadline:    July 10, 2015 at 4:00 p.m. or as otherwise extended.

Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m. solely as to certain claims.

**B.    Lehman Brothers Inc. Proceeding**

13. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

Responses Received:    None.

Related Documents:

A. Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

B. Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

C. Notice of Resolution [**LBI ECF No. 9773**]

Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m., as to certain claims.

7

14. Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

    Response Deadline:   April 11, 2014 at 4:00 p.m., extended for a certain party to September 30, 2015 at 4:00 p.m.

    Response Received:   None.

    Related Documents:

    A. Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

    B. Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

    C. Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

    Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m., as to a certain claim.

15. Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9470**]

    Response Deadline:   August 13, 2014 at 4:00 p.m., extended for certain parties without date.

    Response Received:

    A. Response of Hatteras Financial Corp. [**LBI ECF No. 9722**]

WEIL:\95444771\3\58399.0011

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Fiftieth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to certain claims [**LBI ECF No. 9854**]

    C.    Notices of Resolution [**LBI ECF Nos. 10005, 10867, 10951, 11375, 11972**]

    D.    So Ordered Stipulation [**LBI ECF No. 10670**]

Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m., as to a certain claim.

16. Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:   September 5, 2014 at 4:00 p.m.

Response Received:

    A.    Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Document:

    B.    Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m., as to a certain claim.

17. Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:   September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220**]

Status: Certain claims have been adjourned to October 8, 2015 at 10:00 a.m. and an additional claim has been adjourned to November 4, 2015 at 10:00 a.m.

18.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received: None.

Related Documents:

    A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

    B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991**]

    D.    Certificate of No Objection Under 28 U.S.C. § 1746 Regarding Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 12609**]

Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m. as to certain claims.

19. Trustee's Two Hundred Seventy-Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims) [**LBI ECF No. 10776**]

    Response Deadline: January 20, 2015 at 4:00 p.m.; extended for certain parties without date.

    Responses Received: None.

    Related Documents:

    A. Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims) [**LBI ECF No. 11370**]

    B. Notice of Presentment of Stipulation and Order Regarding Proofs of Claim of Credit Suisse AG, Credit Suisse International, Credit Suisse Securities (Europe) Ltd., and Credit Suisse Securities (USA) LLC (Claim Nos. 4682, 4683, 4684, 9007082, and 9008151) and Close-Out of Certain Transactions [**LBI ECF No. 12607**]

    Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m. as to certain claims.

20. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSBs Proof of Claim (5568) [**LBI ECF No. 10782**]

    Response Deadline: January 20, 2015 at 4:00 p.m.; extended to September 21, 2015 at 4:00 p.m.

    Responses Received: None.

    Related Document: None.

    Status: This matter has been adjourned to October 8, 2015 at 10:00 a.m.

21. Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI ECF No. 10788**]

    Response Deadline: January 20, 2015 at 4:00 p.m.; extended to September 18, 2015 at 4:00 p.m.

    Responses Received: None.

11

<u>Related Document</u>: None.

<u>Status</u>: This matter has been adjourned to October 8, 2015 at 10:00 a.m.

22. Trustee's Objection to the General Creditor Proof of Claim of Customer Asset Protection Company (Claim No. 7002247) [**LBI ECF No. 10790**]

<u>Response Deadline</u>: January 20, 2015 at 4:00 p.m., extended without date.

<u>Responses Received</u>: None.

<u>Related Document</u>: None.

<u>Status</u>: This matter has been adjourned to October 8, 2015 at 10:00 a.m.

23. Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 12194**]

<u>Response Deadline</u>: July 15, 2015, extended for one party to August 12, 2015

<u>Response Received</u>:

  A. Memorandum of Law in Opposition to the Trustee's Motion filed by Hipotecas de America, SA [**LBI ECF No. 12584**]

<u>Related Documents</u>:

  B. Declaration of Kathleen A. Walker in Support of the Trustee's Motion [**LBI ECF No. 12195**]

  C. Supplement to Trustee's Motion [**LBI ECF No. 12418**]

  D. So Ordered Stipulations Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims [**LBI ECF Nos. 12519, 12529, 12530**]

  E. Order Granting the Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims as to Certain Claims [**LBI ECF No. 12570**]

  F. Declaration of Mauricio Barreto in Opposition to the Trustee's Motion [**LBI ECF No. 12585**]

  G. Declaration of Alejandro Villamizar in Opposition to the Trustee's Motion [**LBI ECF No. 12586**]

  H. Declaration of David J. Hoffman in Opposition to the Trustee's Motion [**LBI ECF No. 12587**]

12

  I. Stipulation Regarding Discovery and Further Proceedings as to the Claim of Hipotecas de America, S.A. in Connection with the Trustee's Motion **[LBI ECF No. 12758]**

 Status:  Pursuant to the Stipulation and Order entered by the Court on September 8, 2015, the Motion is adjourned sine die as to the claim of Hipotecas de America, SA. Certain other claims subject to this Motion were previously adjourned sine die and are governed by Stipulations and Orders entered by the Court and listed above.  The Motion was previously granted as to certain claims pursuant to Order of the Court [LBI ECF No. 12570].  All other claims subject to the Motion have been consensually resolved pursuant to the Order governing the adjudication of customer claims [LBI ECF No. 241].

**C.** **Adversary Proceedings**

24. Lehman Brothers Holdings Inc., *et al.* v. U.S. Bank National Association [**Adversary Proceeding No. 15-01112**]

 **Motion for Summary Judgment**

 Related Documents:

  A. Adversary Complaint [**ECF No. 1**]

  B. Notice of Motion and Hearing Regarding the Motion of Lehman Brothers Holdings Inc. and Structured Asset Securities Corporation for an Order Entering Summary Judgment Against GreenPoint Mortgage Funding, Inc. and Declaring that the Assignment of Repurchase Rights from LBB to LBHI was Valid [**ECF No. 53**]

  C. Declaration of Todd G. Cosenza in Support of the Motion of Lehman Brothers Holdings Inc. [**ECF No. 54**]

 Status:  This matter has been adjourned to a date to be determined by the parties.

13

## IV. **WITHDRAWN MATTERS:**

### A. **Lehman Brothers Inc. Proceeding**

25. Motion of BGC Brokers LP for Reconsideration of Order Granting Two Hundred Fifty-Fifth Omnibus Claim Objection [**LBI ECF No. 9529**]

    Status:  BGC Brokers LP withdrew the Motion.

Dated: September 8, 2015
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: September 8, 2015
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

14