KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Eric R. Wilson
Jennifer D. Raviele

Attorneys for DekaBank Deutsche Girozentrale, DEKA
International S.A., and International Fund Management S.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08–13555 (SCC)<br><br>Jointly Administered |

**NOTICE OF WITHDRAWAL OF RESPONSE TO LBHI'S FOUR HUNDRED
FIFTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that DekaBank Deutsche Girozentrale, DEKA International S.A., and International Fund Management S.A. by and through their undersigned counsel, Kelley Drye & Warren LLP, hereby withdraw their *Response to LBHI's Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)* [Docket No. 48077].

Dated: New York, New York
       September 8, 2015

KELLEY DRYE & WARREN LLP

By: */s/ Eric R. Wilson*
    Eric R. Wilson
    Jennifer D. Raviele
101 Park Avenue
New York, New York 10178
Tel: (212) 808-7800
Fax: (212) 808-7897

*Attorneys for DekaBank Deutsche Girozentrale,
DEKA International S.A., and International Fund
Management S.A.*

KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Eric R. Wilson
Jennifer D. Raviele

Attorneys for DekaBank Deutsche Girozentrale, DEKA
International S.A., and International Fund Management S.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Case No. 08–13555 (SCC)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

   I, Jennifer D. Raviele, hereby certify that, on September 8, 2015, I served a true and complete copy of the foregoing document upon on the following parties by first-class mail postage pre-paid:

| | |
|---|---|
| The Honorable Shelley C. Chapman<br>United States Bankruptcy Court<br>One Bowling Green, Courtroom 621<br>New York, NY 10004 | Attn: Robert J. Lemons, Esq.<br>Attn: Maurice Horowitz, Esq.<br>Weil, Gotshal & Mages LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Attn: William K. Harrington, Esq.<br>Attn: Susan Golden, Esq.<br>Attn: Andrea B. Schwartz, Esq.<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick St, Ste 1006<br>New York, NY 10014 | |

                By: */s/ Jennifer D. Raviele*
                   Jennifer D. Raviele