WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :    08-13555 (SCC)
                                                   :
                    Debtors.                       :    (Jointly Administered)
                                                   :
---------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 50500], which was scheduled for September 9, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **October 8, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   September 8, 2015
         New York, New York

                                                    /s/ Garrett A. Fail
                                                    Garrett A. Fail
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| U.S. Bank National Association | 23446, 23447, 30965, 30991 |