UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

NOTICE OF TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Zombrano Capital, L.L.C. | Citi Ventus Ltd. c/o Citigroup Alternative Investments LLC |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| 100% | 17912 |
| **Amount of Claim Transferred** | **Proof of Claim Number** |

September 18, 2009

**Date Claim Filed**

The Transferor has waived any notice requirements imposed by Bankruptcy Rule 3001(e) or otherwise and has consented to the substitution of Transferee for Transferor for all purposes in the above-referenced case, including, without limitation, with respect to payment and distribution purposes with respect to the above-reference claim.

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

52639511_2

      Zombrano Capital, L.L.C.
      Attention: Philip A. Wells
      ROPES & GRAY LLP
      1211 Avenue of the Americas
      New York, NY 10036-8704

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: /s/ Philip A. Wells             Date: 9/9/15

Name: Philip A. Wells
Title: Counsel for Transferee

52639511_2

EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: **CITI VENTUS LTD.** ("Seller")

      Seller, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **ZOMBRANO CAPITAL, L.L.C.** ("Buyer"), all right, title and interest in and to the claim (proof of claim number 17912) of Seller against Lehman Brothers Holdings Inc. (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

50241929_5

IN WITNESS WHEREOF, dated as of _____, 2015.

CITI VENTUS LTD.

By: _____
Name: Paul Sebetic
Title: Director

Signed by Paul Sebetic as duly authorized Signatory for and on behalf of Citi Ventus LTD.