UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 08-13555 (SCC) |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |

**NOTICE OF PARTIAL TRANSFER OF CLAIM
PURSUANT TO RULE 3001(e)(2)**

A CLAIM HAS BEEN FILED IN THIS CASE (Lehman Brothers Holdings, Inc., Debtor, Case No. 08-13555) or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lagan Partners, L.L.C.                                    UBS AG
_____                   _____
**Name of Transferee**                                **Name of Transferor**

92.094% of claim (representing
$86,036,679.73 on the Debtor's claims            43877
register)
_____          _____
**Amount of Claim Transferred**                    **Proof of Claim Number**

October 22, 2009
_____
**Date Claim Filed**

The Transferor has waived any notice requirements imposed by Bankruptcy Rule 3001(e) or otherwise and has consented to the substitution of Transferee for Transferor for all purposes in the above-referenced case, including, without limitation, with respect to payment and distribution purposes with respect to the above-reference claim.

You are hereby requested to make all future payments and distributions, and give all notices and other communications, in respect of the Claim to the Transferee at the address below.

52639540_2

       Lagan Partners, L.L.C.
       Attention: Philip A. Wells
       ROPES & GRAY LLP
       1211 Avenue of the Americas
       New York, NY 10036-8704

I declare under penalty of perjury that the information provided in this evidence and notice is true and correct to the best of my knowledge and belief.

By: /s/ Philip A. Wells                        Date: 9/9/15

Name: Philip A. Wells
Title: Counsel for Transferee

52639540_2