# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

September 9, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
   **ADR Procedures Order Dated 9/17/09 (the "Order")**
   **Seventieth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the seventieth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the September 9, 2015 omnibus hearing.

In the 36 days following the last prior report, the Lehman entities served no new ADR Notices in Tier One; a total of 493 Notices now have been served in Tiers One and Two. During the immediately past reporting period, the Lehman entities achieved settlements with counterparties in three additional court-ordered ADR matters and in one consensual ADR (all following mediation). Including the $33,500,000 from these four settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have received an aggregate of $2,980,657,637 new dollars for the various estates as a result of the ADR process. Settlements now have been achieved in 418 ADR matters involving 535 counterparties.

WEIL:\95457528\1\58399.0011

Honorable Shelley C. Chapman
September 9, 2015
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 242 ADR matters that have reached the mediation stage and been concluded, 227 have been settled in or following mediation; only fifteen mediations have terminated and not been settled. Additional receivables mediations currently are scheduled for September 18; and October 15, 20, and 22, 2015.

Respectfully submitted,

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)

WEIL:\95457528\1\58399.0011