# CT

August 31, 2015


Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs.
Bank of America National Association, et al., Dfts. // To: Class V Funding III, Corp.

Case No.  0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation
Trust Company is not the registered agent for an entity by the name of Class V Funding III, Corp..

CT was unable to forward.

Very truly yours,



The Corporation Trust Company

Log# 527731192

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY  10004-1408

RECEIVED
SEP - 4 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

Wolters Kluwer

