**SUSMAN GODFREY L.L.P**.
560 Lexington, 15th Floor
New York, NY 10022
Phone: (212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators*
*of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

---

| | |
|---|---|
| In re | Case No.: |
| LEHMAN BROTHERS, INC., | |
| Debtor. | 08-01420 (SCC) (SIPA) |

---

TO:  THE HONORABLE SHELLEY C. CHAPMAN
     UNITED STATES BANKRUPTCY JUDGE

### NOTICE OF MOTION TO
### WITHDRAW AS COUNSEL AND ATTORNEY OF RECORD

Susman Godfrey L.L.P. formerly represented Joint Administrators of Lehman Brothers International (Europe) (in administration) in these bankruptcy proceedings. All matters requiring Susman Godfrey's representation of its former client have been previously resolved. Susman Godfrey L.L.P. no longer represents a party in these proceedings.

1

Susman Godfrey former attorney Charles R. Eskridge, III, previously filed a Notice of Withdrawal of Appearance on behalf of the firm on January 12, 2012 under Case No.: 08-13555, (Doc. 24225), attached as Exhibit A. However, no Order apparently was ever issued to remove Susman Godfrey and its attorneys from service lists.

Susman Godfrey attorney Mark Hatch-Miller, who had not previously appeared in this matter in any capacity, recently filed a Notice of Withdrawal of Appearance on behalf of the firm on September 2, 2015 under Case No.: 08-01420, (Doc. 12654), attached as Exhibit B.

The court services clerk has advised that a motion and order are required, and that the two previously filed Notices of Withdrawal were not effective. Accordingly, Susman Godfrey files this motion with the attached proposed Order in this regard.

Further, Charles R. Eskridge and Suyash Agrawal, who are listed as counsel of record, have left the firm of Susman Godfrey L.L.P. and have not thereafter made any appearance in this matter on behalf of any party. Therefore, the proposed Order also requests that Charles R. Eskridge and Suyash Agrawal also be withdrawn from all service lists and ECF notices on to this matter.

Therefore, it is respectfully requested that this Court grant this motion to allow Susman Godfrey L.L.P be withdrawn as counsel, and further, that Mark Hatch-Miller, Charles Eskridge, Suyash Agrawal, and David M. Peterson all be withdrawn from all service lists and ECF notices on this matter.

Dated:  September 11, 2015           SUSMAN GODFREY L.L.P.
        New York, New York
                                      By:  /s/ Mark H. Hatch-Miller
                                           Mark H. Hatch-Miller (MH-4981)
                                           560 Lexington, 15th Floor
                                           New York, NY 10022
                                           Tel.: (212) 336-8330
                                           Fax: (212) 336-8340

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 11th day of September 2015, via the ECF filing system.

Dated: September 11, 2015       SUSMAN GODFREY L.L.P.
New York, New York

By:  */s/ Mark H. Hatch-Miller*
Mark H. Hatch-Miller

3