# EXHIBIT A

Charles R. Eskridge III (*pro hac vice*)
William R. H. Merrill (*pro hac vice*)
David M. Peterson (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street – Suite 5100
Houston, TX 77002-5096
(713) 651-9366  Fax: (713) 654-6669

Suyash Agrawal (SA-2189)
SUSMAN GODFREY L.L.P.
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330  Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Lindsey N. Godfrey (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle WA 98101
206-516-3880  Fax: (206) 516-3883

David H. Orozco (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 9067-6029
(310) 789-3100  Fax: (310) 789-3150
*Conflicts Counsel for the Joint Administrators
of the UK Administration Companies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
In Re:                               :   Chapter 11 Case No.
                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :   08-13555 (JMP)
                                     :
          Debtors.                   :   (Jointly Administered)
                                     :
                                     :
------------------------------------ x

## NOTICE OF WITHDRAWAL OF APPEARANCE

2112617v1/012774

**PLEASE TAKE NOTICE** that Susman Godfrey L.L.P. hereby withdraws its appearance as counsel to Joint Administrators of the UK Administration Companies (UK Joint Administrators) in the above-captioned Chapter 11 cases. Given the status of the Chapter 11 cases, UK Joint Administrators have determined that Susman Godfrey L.L.P.'s services are no longer required in connection with the Chapter 11 cases.

Dated  January 12, 2012.
New York, New York

SUSMAN GODFREY L.L.P.

By  /s/ Charles R. Eskridge III
    Charles R. Eskridge III (*pro hac vice*)
William R. H. Merrill (*pro hac vice*)
David M. Peterson (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
(713) 651-9366
Fax: (713) 654-6669

Suyash Agrawal (SA-2189)
560 Lexington, 15th Floor
New York, NY 10022
(212) 336-8330
Fax: (212) 336-8340

Edgar Sargent (*pro hac vice*)
Matthew R. Berry (*pro hac vice*)
Lindsey N. Godfrey (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle WA 98101
206-516-3880
FAX: (206) 516-3883

David H. Orozco (*pro hac vice*)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 9067-6029
(310) 789-3100
Fax: (310) 789-3150

*Conflicts Counsel for the Joint Administrators of the UK Administration Companies*

2

2112617v1/012774