# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: LEHMAN BROTHERS INC.,

           Debtor

Case No.: 08-01420 (SCC) SIPA

## Notice of Withdrawal of Susman Godfrey L.L.P., Charles Eskridge, and Suyash Agrawal

    Susman Godfrey L.L.P. formerly represented Joint Administrators of Lehman Brothers International (Europe) (in administration) in these bankruptcy proceedings. All matters requiring Susman Godfrey's representation of its former client have been resolved. Therefore, Susman Godfrey L.L.P. no longer represents a party in these proceedings. Moreover, Charles R. Eskridge and Suyash Agrawal, who are listed as counsel of record, have left the firm of Susman Godfrey L.L.P. Therefore, Susman Godfrey L.L.P. requests that Susman Godfrey L.L.P., Charles R. Eskridge, and Suyash Agrawal be withdrawn from all service lists and ECF notices on to this matter.

Dated: September 2, 2015

                                      Respectfully submitted,

                                      *Mark Hatch-Miller*
                                      Mark Hatch-Miller
                                      Susman Godfrey L.L.P.
                                      560 Lexinton Avenue, 15th Floor
                                      New York, New York
                                      Telephone: (212) 336-8330
                                      Fax: (212) 336-8340
                                      mhatch-miller@susmangodfrey.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served on the following counsel of record, this 2nd day of September 2015, via the ECF filing system:

*Mark Hatch-Miller*
Mark Hatch-Miller
