**SUSMAN GODFREY L.L.P**.
560 Lexington, 15th Floor
New York, NY 10022
Phone: (212) 336-8330
Fax: (212) 336-8340

*Conflicts Counsel for the Joint Administrators of the UK Administration Companies*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

| | |
|---|---|
| In re | Case No.: |
| LEHMAN BROTHERS, INC., | 08-01420 (SCC) (SIPA) |
| Debtor. | x |

**ORDER GRANTING SUSMAN GODFREY, LLP**
**MOTION TO WITHDRAW**

AND NOW, this matter having come before the Court on Notice of Motion to Withdraw as Counsel and Attorney of Record, and good cause having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the law firm of Susman Godfrey, LLP is hereby withdrawn as counsel for the Joint Administrators of Lehman Brothers International (Europe) (in administration) for all purposes; and

IT IS FURTHER ORDERED that the Clerk hereby remove Mark Hatch-Miller, Esq., from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove Charles R. Eskridge, III, from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove Suyash Agrawal from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove David M. Peterson from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED the withdrawal of counsel will not alter any deadlines existing in this case.


ENTERED: _____                                     _____
                                                            United States Bankruptcy Judge