

HESSENMETALL · Postfach 50 05 61 · 60394 Frankfurt

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York
NY 10004-1408
-Unites States of America-

Thomas Wagner
01-TWa/sn
Administration - HR - Finance
Tel.: 069 95808-349
Fax: 069 95808-5-349
E-Mail: TWagner@hessenmetall.de
Frankfurt am Main, 08/24/2015

**Transfer of claim other than for security**

To whom it may concern,

Please find enclosed Form B 210A (Form 210A) (12/09) signed by us.
The Claim /Schedule No. and ISIN/CUSIP of Case No 08-13555 JMP are:

- 40226.00 / ANN5214A3353
- 40227.00 / ANN5214R5938
- 40228.00 / XS0331249291
- 40229.00 / ANN5214R7751

We hope that all information as required were given by us now.

If you have further questions do not hesitate to contact Mr. Wagner directly.

Best regards,

Thomas Wagner



Enc:
B 210 A (Form 210A) (12/09)

HESSENMETALL · Verband der Metall- und Elektro-Unternehmen Hessen e.V.
Emil-von-Behring-Str. 4 · 60439 Frankfurt am Main
Tel.: 069 95808-0 · Fax: 069 95808-126
E-Mail info@hessenmetall.de · www.hessenmetall.de
Commerzbank AG, Frankfurt am Main · BLZ 500 800 00 · Konto 90123400



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 JMP

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

VERBAND DER METALL-
UND ELEKTRO-UNTERNEHMEN
HESSEN E.V.
Name of Transferee

BAM Berlin Asset Management GMBH
Name of Transferor

Name and Address where notices to transferee should be sent:

THOMAS WAGNER
EMIL-VON-BEHRING-STR. 4
60394 FRANKFURT

Phone: _____
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Amount of Claim:    $142,893.97
Date Claim Filed:    10/14/2009

Phone: _____
Last Four Digits of Acct. #: _____

BAM Berlin Asset Management GmbH
Rankestraße 26  10789 Berlin

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 08/21/2015
  Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Verband der Metall- und
lektro-Unternehmen Hessen e.v
Emil-von-Behring-Straße 4
60439 Frankfurt-Mertonviertel