Todd G. Cosenza
Paul V. Shalhoub
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Tel: (212) 728-8000
Fax: (212) 728-8111

*Counsel to Debtors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., et al. | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference pursuant section VIII of the *Order Establishing a Protocol to Resolve Claims Filed by Trustees on behalf of Certain Issuers of Residential Mortgage-Backed Securities* [Docket No. 47569] (the "**Status Conference**") will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**") on September 17, 2015 at 10:00 a.m. (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held at the Bankruptcy Court, Alexander Hamilton Custom House, Courtroom No. 623, One Bowling Green, New York, NY 10004, unless otherwise ordered by the Bankruptcy Court.

15263873.1

**PLEASE TAKE FURTHER NOTICE** that if you wish to be heard with respect to the foregoing matters, you must attend the Status Conference.

Dated: September 11, 2015
      New York, New York

    WILLKIE FARR & GALLAGHER LLP

    By:  /s/ Paul V. Shalhoub
        Todd G. Cosenza
        Paul V. Shalhoub
        787 Seventh Avenue
        New York, New York 10019
        Tel:  (212) 728-8000
        Fax:  (212) 728-8111

    *Counsel to Debtors*