Aaron R. Cahn
Carter, Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Telephone: (212) 238-8629
Facsimile: (212) 732-3232
e-mail: cahn@clm.com

*Attorneys for Hana Bank, as trustee, and My Asset Investment Management Co., LTD., as Investment Manager for MY Dual Star Derivatives Fund D-1.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC., et. al.,** | Case No. 08-13555 (SCC) |
| | **(Jointly Administered)** |
| Debtors. | |

### STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that CARTER LEDYARD & MILBURN LLP, 2 Wall Street, New York, New York 10005, is substituted, pursuant to Local Bankruptcy Rule 2090-1(e), as the attorneys of record for Hana Bank, as trustee, and My Asset Investment Management Co., LTD, as Investment Manager for MY Dual Star Derivatives Fund D-1, in place of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036.

7656845.1

Dated: New York, New York
September 10, 2015

| **WHITE & CASE LLP** | **CARTER LEDYARD & MILBURN LLP** |
|---|---|
| By: s/ Elizabeth Feld | By: /s/ *Aaron R. Cahn* |
| Elizabeth Feld | Aaron R. Cahn |
| 1155 Avenue of the Americas | 2 Wall Street |
| New York, New York 10036. | New York, New York 10005 |
| Telephone: 212-819-8549 | Telephone: 212.238-8629 |
| Email: efeld@whitecase.com | Facsimile: 212.732.3232 |
| | Email: cahn@clm.com |

SO ORDERED.
Dated: _____, 2015
New York, New York

_____
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

7656845.1