UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re: : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x  Ref. Docket No. 50864

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 1, 2015, I caused to be served the "Amended Notice of Adjournment of Claims Objection with Respect to Objection to Proof of Claim No. 24663," dated September 1, 2015 [Docket No. 50864], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Carol Zhang
Carol Zhang

Sworn to before me this
2nd day of September, 2015
/s/ Sidney J. Garabato
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
OVERNIGHT MAIL SERVICE LIST

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADD-OVN**
BANCA MONTE DEI PASCHI DI SIENA SPA
TRANSFEROR: ANTHRACITE RATED INVESTMENTS (JERSEY) LTD
ATTN: GIOVANNI FULCI
AREA FINANZA TESORERIA E CAPITAL MANAGEMENT
SERVIZIO GOVERNO STRATEGICO DEL RISCHIO
SETTORE FINANZA E MERCATI, VIA ROSELLINI, 16
MILAN 20124
ITALY

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

## MASTER SERVICE E-MAIL LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
khang.tran@hoganlovells.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | kurt.mayr@bgllp.com |
| aseuffert@lawpost-nyc.com | landon@slollp.com |
| ashmead@sewkis.com | lapeterson@foley.com |
| asnow@ssbb.com | lawallf@pepperlaw.com |
| asomers@rctlegal.com | lawrence.gelber@srz.com |
| aunger@sidley.com | lberkoff@moritthock.com |
| austin.bankruptcy@publicans.com | lee.stremba@troutmansanders.com |
| avenes@whitecase.com | lee.whidden@dentons.com |
| azylberberg@whitecase.com | lgranfield@cgsh.com |
| bankruptcy@goodwin.com | lhandelsman@stroock.com |
| bankruptcy@morrisoncohen.com | lisa.solomon@att.net |
| bankruptcy@ntexas-attorneys.com | ljkotler@duanemorris.com |
| bankruptcymatters@us.nomura.com | lkatz@ltblaw.com |
| barbra.parlin@hklaw.com | lkiss@klestadt.com |
| bbisignani@postschell.com | lmarinuzzi@mofo.com |
| bcarlson@co.sanmateo.ca.us | lmcgowen@orrick.com |
| bdk@schlamstone.com | lnashelsky@mofo.com |
| ben.lewis@hoganlovells.com | loizides@loizides.com |
| bguiney@pbwt.com | lschweitzer@cgsh.com |
| bmanne@tuckerlaw.com | lucdespins@paulhastings.com |
| bmiller@mofo.com | mabrams@willkie.com |
| boneill@kramerlevin.com | maofiling@cgsh.com |
| brian.corey@greentreecreditsolutions.com | marc.chait@sc.com |
| brosenblum@jonesday.com | margolin@hugheshubbard.com |
| brotenberg@wolffsamson.com | mark.bane@ropesgray.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.mckane@kirkland.com |
| bstrickland@wtplaw.com | mark.sherrill@sutherland.com |
| btrust@mayerbrown.com | marvin.clements@ag.tn.gov |
| bturk@tishmanspeyer.com | matt@willaw.com |
| bwolf@kramerlevin.com | matthew.klepper@dlapiper.com |
| bwolfe@sheppardmullin.com | maustin@orrick.com |
| cahn@clm.com | mbenner@tishmanspeyer.com |
| canelas@pursuitpartners.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mbienenstock@proskauer.com |
| cbelmonte@ssbb.com | mbloemsma@mhjur.com |
| cdesiderio@nixonpeabody.com | mbossi@thompsoncoburn.com |
| cfarley@mccarter.com | mcademartori@sheppardmullin.com |
| cgonzalez@diazreus.com | mcarthurk@sullcrom.com |
| chad.husnick@kirkland.com | mccarthyj@sullcrom.com |
| chammerman@paulweiss.com | mcordone@stradley.com |

2

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,
E-MAIL SERVICE LIST

charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com

3

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| deggermann@kramerlevin.com | mshiner@tuckerlaw.com |
| deggert@freebornpeters.com | msolow@kayescholer.com |
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dennis.tracey@hoganlovells.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbinder@binderschwartz.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmark@kasowitz.com | notice@bkcylaw.com |
| dmcguire@winston.com | nyrobankruptcy@sec.gov |
| dmiller@steinlubin.com | otccorpactions@finra.org |
| dmurray@jenner.com | paronzon@milbank.com |
| dneier@winston.com | pbattista@gjb-law.com |
| dodonnell@milbank.com | pbosswick@ssbb.com |
| dove.michelle@dorsey.com | pdublin@akingump.com |
| dpegno@dpklaw.com | peisenberg@lockelord.com |
| draelson@fisherbrothers.com | peter.gilhuly@lw.com |
| drosenzweig@fulbright.com | peter.macdonald@wilmerhale.com |
| drosner@goulstonstorrs.com | peter.simmons@friedfrank.com |
| drosner@kasowitz.com | peter@bankrupt.com |
| dshaffer@wtplaw.com | pfeldman@oshr.com |
| dshemano@peitzmanweg.com | pfinkel@wilmingtontrust.com |
| dspelfogel@foley.com | phayden@mcguirewoods.com |
| dtatge@ebglaw.com | philip.wells@ropesgray.com |
| dtheising@harrisonmoberly.com | pmaxcy@sonnenschein.com |
| dwdykhouse@pbwt.com | ppascuzzi@ffwplaw.com |
| dworkman@bakerlaw.com | ppatterson@stradley.com |
| easmith@venable.com | psp@njlawfirm.com |
| ebcalvo@pbfcm.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |
| efriedman@fklaw.com | rbeacher@pryorcashman.com |
| efriedman@friedmanspring.com | rbernard@foley.com |
| ekbergc@lanepowell.com | rbyman@jenner.com |
| eleicht@whitecase.com | rdaversa@orrick.com |
| ellen.halstead@cwt.com | relgidely@gjb-law.com |
| emagnelli@bracheichler.com | rflanagan@flanassoc.com |
| emerberg@mayerbrown.com | rfriedman@silvermanacampora.com |
| enkaplan@kaplanlandau.com | rgmason@wlrk.com |
| eobrien@sbchlaw.com | rgoodman@moundcotton.com |
| eschwartz@contrariancapital.com | rgraham@whitecase.com |
| etillinghast@sheppardmullin.com | rhett.campbell@tklaw.com |
| ezujkowski@emmetmarvin.com | richard.fingard@newedge.com |
| fcarruzzo@kramerlevin.com | richard.lear@hklaw.com |
| ffm@bostonbusinesslaw.com | richard@rwmaplc.com |
| fhenn@law.nyc.gov | rick.murphy@sutherland.com |
| fhyman@mayerbrown.com | rjones@boultcummings.com |
| foont@foontlaw.com | rleek@hodgsonruss.com |
| fritschj@sullcrom.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| glenn.siegel@morganlewis.com | rroupinian@outtengolden.com |
| gmoss@riemerlaw.com | rrussell@andrewskurth.com |
| goldenberg@ssnyc.com | russj4478@aol.com |
| gplotko@kramerlevin.com | sabin.willett@bingham.com |
| gspilsbury@jsslaw.com | sabramowitz@velaw.com |
| guzman@sewkis.com | sabvanrooy@hotmail.com |
| harrisjm@michigan.gov | sally.henry@skadden.com |
| harveystrickon@paulhastings.com | samuel.cavior@pillsburylaw.com |
| hbeltzer@mayerbrown.com | sandyscafaria@eaton.com |
| heim.steve@dorsey.com | scargill@lowenstein.com |
| heiser@chapman.com | schager@ssnyc.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hmagaliff@r3mlaw.com | schannej@pepperlaw.com |
| hollace.cohen@troutmansanders.com | schepis@pursuitpartners.com |
| holsen@stroock.com | schnabel.eric@dorsey.com |
| hooper@sewkis.com | schristianson@buchalter.com |
| howard.hawkins@cwt.com | scott.golden@hoganlovells.com |
| hrh@lhmlawfirm.com | scottj@sullcrom.com |
| hseife@chadbourne.com | scottshelley@quinnemanuel.com |
| hsnovikoff@wlrk.com | scousins@armstrongteasdale.com |
| hsteel@brownrudnick.com | sdnyecf@dor.mo.gov |
| icatto@mwe.com | seba.kurian@invesco.com |
| igoldstein@proskauer.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jclose@chapman.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| jdwarner@warnerandscheuerman.com | sory@fdlaw.com |
| jdweck@sutherland.com | squsba@stblaw.com |
| jdyas@halperinlaw.net | sree@lcbf.com |
| jean-david.barnea@usdoj.gov | sschultz@akingump.com |
| jeanites@whiteandwilliams.com | sselbst@herrick.com |
| jeannette.boot@wilmerhale.com | sshimshak@paulweiss.com |
| jeff.wittig@coair.com | sskelly@teamtogut.com |
| jeldredge@velaw.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfalgowski@reedsmith.com | stephen.hessler@kirkland.com |
| jfreeberg@wfw.com | steve.ginther@dor.mo.gov |
| jg5786@att.com | steven.usdin@flastergreenberg.com |
| jgenovese@gjb-law.com | streusand@slollp.com |
| jgoodchild@morganlewis.com | susheelkirpalani@quinnemanuel.com |
| jguy@orrick.com | swolowitz@mayerbrown.com |
| jhiggins@fdlaw.com | szuch@wiggin.com |
| jhorgan@phxa.com | tannweiler@greerherz.com |
| jhuggett@margolisedelstein.com | tbrock@ssbb.com |
| jim@atkinslawfirm.com | tdewey@dpklaw.com |
| jjtancredi@daypitney.com | tgoren@mofo.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | timothy.harkness@freshfields.com |
| jlawlor@wmd-law.com | tjfreedman@pbnlaw.com |
| jlee@foley.com | tkiriakos@mayerbrown.com |
| jlevitin@cahill.com | tlauria@whitecase.com |
| jlscott@reedsmith.com | tmacwright@whitecase.com |
| jmaddock@mcguirewoods.com | tmm@mullaw.org |
| jmakower@tnsj-law.com | tnixon@gklaw.com |
| jmazermarino@msek.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmelko@gardere.com | tomwelsh@orrick.com |
| jmerva@fult.com | tsalter@blankrome.com |
| jmmurphy@stradley.com | tslome@msek.com |
| jmr@msf-law.com | tunrad@burnslev.com |
| jnm@mccallaraymer.com | vguldi@zuckerman.com |
| john.beck@hoganlovells.com | villa@slollp.com |
| john.monaghan@hklaw.com | vmilione@nixonpeabody.com |
| john.mule@ag.state.mn.us | vrubinstein@loeb.com |
| john.rapisardi@cwt.com | wanda.goodloe@cbre.com |
| johnramirez@paulhastings.com | wbenzija@halperinlaw.net |
| jonathan.goldblatt@bnymellon.com | wchen@tnsj-law.com |
| jonathan.henes@kirkland.com | wcurchack@loeb.com |
| jorbach@hahnhessen.com | wfoster@milbank.com |
| joseph.cordaro@usdoj.gov | will.sugden@alston.com |
| joseph.serino@kirkland.com | wisotska@pepperlaw.com |
| joshua.dorchak@morganlewis.com | wk@pwlawyers.com |
| jowen769@yahoo.com | wmaher@wmd-law.com |
| joy.mathias@dubaiic.com | wmarcari@ebglaw.com |
| jpintarelli@mofo.com | wmckenna@foley.com |
| jporter@entwistle-law.com | wsilverm@oshr.com |
| jprol@lowenstein.com | wswearingen@llf-law.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschreib@chapman.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

8