**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                :
In re:                                          :    Chapter 11 Case No.
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                :
                    Debtors.                    :    (Jointly Administered)
                                                :
------------------------------------------------------------------x    Ref. Docket Nos. 50887 & 50888

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2015, I caused to be served the:

    a) "Notice of Adjournment of Hearing on the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes," dated September 3, 2015 [Docket No. 50887], (the "3rd Amended NOA regarding Docket No. 50887"), and

    b) "Notice of Adjournment of Hearing on the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes," dated September 3, 2015 [Docket No. 50888], (the "3rd Amended NOA regarding Docket No. 50888"),

    by causing true and correct copies of the:

    i.   3rd Amended NOA regarding Docket No. 50887 and 3rd Amended NOA regarding Docket No. 50888, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii.  3rd Amended NOA regarding Docket No. 50887 and 3rd Amended NOA regarding Docket No. 50888, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    iii. 3rd Amended NOA regarding Docket No. 50888, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
8th day of September, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| charles_malloy@aporter.com | deggert@freebornpeters.com |
| chemrick@connellfoley.com | demetra.liggins@tklaw.com |
| chipford@parkerpoe.com | dennis.tracey@hoganlovells.com |
| chris.donoho@lovells.com | dfelder@orrick.com |
| christopher.greco@kirkland.com | dflanigan@polsinelli.com |
| claude.montgomery@dentons.com | dgrimes@reedsmith.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cmestres@aclawllp.com | dheffer@foley.com |
| cohen@sewkis.com | dhurst@coleschotz.com |
| cp@stevenslee.com | dhw@dhclegal.com |
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dshemano@peitzmanweg.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | edward.flanders@pillsburylaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |

2

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| efriedman@fklaw.com | hollace.cohen@troutmansanders.com |
| efriedman@friedmanspring.com | holsen@stroock.com |
| ekbergc@lanepowell.com | hooper@sewkis.com |
| eleicht@whitecase.com | howard.hawkins@cwt.com |
| ellen.halstead@cwt.com | hrh@lhmlawfirm.com |
| emagnelli@bracheichler.com | hseife@chadbourne.com |
| emerberg@mayerbrown.com | hsnovikoff@wlrk.com |
| enkaplan@kaplanlandau.com | hsteel@brownrudnick.com |
| eobrien@sbchlaw.com | icatto@mwe.com |
| eschwartz@contrariancapital.com | igoldstein@proskauer.com |
| etillinghast@sheppardmullin.com | irethy@stblaw.com |
| ezujkowski@emmetmarvin.com | israel.dahan@cwt.com |
| fcarruzzo@kramerlevin.com | iva.uroic@dechert.com |
| ffm@bostonbusinesslaw.com | jacobsonn@sec.gov |
| fhenn@law.nyc.gov | jalward@blankrome.com |
| fhyman@mayerbrown.com | james.heaney@lawdeb.com |
| foont@foontlaw.com | james.mcclammy@dpw.com |
| fritschj@sullcrom.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamesboyajian@gmail.com |
| fyates@sonnenschein.com | jamestecce@quinnemanuel.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gary.ravertpllc@gmail.com | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.south@dlapiper.com | jbeemer@entwistle-law.com |
| ggitomer@mkbattorneys.com | jbeiers@co.sanmateo.ca.us |
| ggoodman@foley.com | jbromley@cgsh.com |
| giddens@hugheshubbard.com | jcarberry@cl-law.com |
| gkaden@goulstonstorrs.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | jclose@chapman.com |
| glenn.siegel@morganlewis.com | jdoran@haslaw.com |
| gmoss@riemerlaw.com | jdwarner@warnerandscheuerman.com |
| goldenberg@ssnyc.com | jdweck@sutherland.com |
| gplotko@kramerlevin.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzman@sewkis.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| hmagaliff@r3mlaw.com | jfalgowski@reedsmith.com |

3

Lehman Brothers Holdings Inc. Email Service List

jfreeberg@wfw.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com

jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
khang.tran@hoganlovells.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| krodriguez@allenmatkins.com | mccarthyj@sullcrom.com |
| krosen@lowenstein.com | mcordone@stradley.com |
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| landon@slollp.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lawallf@pepperlaw.com | meggie.gilstrap@bakerbotts.com |
| lawrence.gelber@srz.com | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lee.whidden@dentons.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mginzburg@daypitney.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| lisa.solomon@att.net | mgreger@allenmatkins.com |
| ljkotler@duanemorris.com | mh1@mccallaraymer.com |
| lkatz@ltblaw.com | mhopkins@cov.com |
| lkiss@klestadt.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kelly@monarchlp.com |
| lmcgowen@orrick.com | michael.krauss@faegrebd.com |
| lnashelsky@mofo.com | michael.mccrory@btlaw.com |
| loizides@loizides.com | michaels@jstriallaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmendez@crb-law.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mberman@nixonpeabody.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mprimoff@kayescholer.com |
| mbloemsma@mhjur.com | mpucillo@bermanesq.com |
| mbossi@thompsoncoburn.com | mrosenthal@gibsondunn.com |
| mcademartori@sheppardmullin.com | mrothchild@mofo.com |
| mcarthurk@sullcrom.com | mruetzel@whitecase.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mschimel@sju.edu | raj.madan@skadden.com |
| msegarra@mayerbrown.com | ramona.neal@hp.com |
| mshiner@tuckerlaw.com | raul.alcantar@alcantarlaw.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| munno@sewkis.com | rdaversa@orrick.com |
| mvenditto@reedsmith.com | relgidely@gjb-law.com |
| mwarner@coleschotz.com | rflanagan@flanassoc.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com |
| nbinder@binderschwartz.com | rgoodman@moundcotton.com |
| nbojar@fklaw.com | rgraham@whitecase.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com |
| neilberger@teamtogut.com | richard@rwmaplc.com |
| nherman@morganlewis.com | rick.murphy@sutherland.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| nlepore@schnader.com | rleek@hodgsonruss.com |
| notice@bkcylaw.com | rlevin@cravath.com |
| nyrobankruptcy@sec.gov | rmatzat@hahnhessen.com |
| otccorpactions@finra.org | rnetzer@willkie.com |
| paronzon@milbank.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.honeywell@klgates.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | robin.keller@lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| peter.simmons@friedfrank.com | rpedone@nixonpeabody.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rroupinian@outtengolden.com |
| pfinkel@wilmingtontrust.com | rrussell@andrewskurth.com |
| phayden@mcguirewoods.com | russj4478@aol.com |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | samuel.cavior@pillsburylaw.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |

Lehman Brothers Holdings Inc. Email Service List

scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@connellfoley.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com

steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com

Lehman Brothers Holdings Inc. Email Service List

wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

8

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| AMBER FINANCE LIMITED | ATTN: DEAN GODWIN (RE 2001-2 SERIES) MOURANT & CO. LIMITED 22 GRENVILLE STREET ST HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| AMBER FINANCE LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BANK OF ALAND PLC | ATTN: MALIN BELLANDER NYGATAN 2, PB 3 MARIEHAMN AX-22100 FINLAND |
| BANKIA, S.A. | ATTN: MIGUEL ANGEL RECUENCO GOMECELLO / JUAN MARIA LLATAS SERRANO EDIFICIO SOROLLA, 3A PLANTA PINTOR SOROLLA, 8 VALENCIA 46002 SPAIN |
| BANKIA, S.A. | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO & DAVID A. SULLIVAN ESQS. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BRK/A INVESTORS, L.L.C. | ATTN : JOHN H. FANT 201 MAIN STREET SUITE 300 FORT WORTH TX 76102 |
| BRK/A INVESTORS, L.L.C. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| CSCP II ACQUISITION LUXCO, SARL | DAVID HOYT ANDREWS KURTH LLP 450 LEXINGTON AVENUE NEW YORK NY 10017 |
| CSCP II ACQUISITION LUXCO, SARL | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) ATTN: BANK DEBT OPERATIONS 375 PARK AVENUE, 13TH FLOOR NEW YORK NY 10152 |
| DEXIA CREDIT LOCAL | TOUR DEXIA ATTN: VIRGINIE GUERIN-BAECHELEN, LEGAL DEPARTMENT 1 PASSERELLE DES REFLETS, LA DEFENSE 2, TSA 92202 LA DEFENSE CEDEX 92919 FRANCE |
| DEXIA CREDIT LOCAL | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & SARAH N. CAMPBELL, ESQ. 31 W. 52ND STREET NEW YORK NY 10019 |
| MIDLAND NATIONAL LIFE INSURANCE COMPANY | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| NATIONAL AUSTRALIA BANK LIMITED | CRAIG M. PRICE & LAURA E. APPLEBY CHAPMAN AND CUTLER LLP 1270 AVENUE OF THE AMERICAS, 30TH FL NEW YORK NY 10020 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: PATRICK RYAN 245 PARK AVENUE FLOOR 28 NEW YORK NY 10167 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURAN | C/O GUGGENHEIM PARTNERS ASSET MANAGEMENT, INC. ATTN: ROY CORR 100 WILSHIRE BOULEVARD, 5TH FLOOR SANTA MONICA CA 90401 |
| NRC PARTNERS, L.P. | ATTN: JOHN H. FANT 201 MAIN STREET SUITE 3100 FORT WORTH TX 76102 |
| NRC PARTNERS, L.P. | CAL JACKSON C/O KELLY HART & HALLMAN LLP 201 MAIN STREET, SUITE 2400 FORT WORTH TX 76102 |
| SUN HUNG KAI INVESTMENT SERVICES LIMITED | ATTN: MS. SYLVIA LAU 42/F THE LEE GARDENS 33 HYSAN AVE CAUSEWAY BAY HONG KONG |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTRO NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 10) NEW YORK NY 10022 |
| TAYLOR CREEK LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| UNICREDIT S.P.A. | VIA ALESSANDRO SPECCHI 16 00186 ROME ITALY |

| Claim Name | Address Information |
|---|---|

**Total Creditor count  28**