**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                    :
In re:                                              :    Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :    **08-13555 (SCC)**
                                                    :
                    Debtors.                        :    **(Jointly Administered)**
                                                    :
------------------------------------------------------------------------x    **Ref. Docket Nos. 50897 and 50898**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 4, 2015, I caused to be served the:

    a)  "Reply to Response of Deka to Plan Administrator's Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)," dated September 4, 2015 [Docket No. 50897], and

    b)  "Declaration of Martin Potts in Support of Reply to Response of Deka to the Plan Administrator's Four Hundred Fifty-Fifth Omnibus Objection to Claims (No Liability Claims)," dated September 4, 2015 [Docket No. 50898],

    by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Carol Zhang*
                                                    Carol Zhang

Sworn to before me this
10th day of September, 2015
 */s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

**LBH_REPLY-DEC_(D.I. 50897-50898)_9-4-15**

INTERNATIONAL FUND MANAGEMENT S.A. AS
MGMT CO. ON ACCOUNT OF  MUTUAL FUNDS:
IFM-INVEST: AKTIEN GLOBAL & AKTIEN
EUROPA
3 RUE DES LABOURS
LUXEMBOURG  L-1912

**LBH_REPLY-DEC_(D.I. 50897-50898)_9-4-15**

DEKA INTERNATIONAL S.A.
AS MGMT CO. ON ACCOUNT OF  MUTUAL
FUNDS:
DEKALUX-EUROPA TF
5 RUE DES LABOURS
LUXEMBOURG  L-1912

**LBH_REPLY-DEC_(D.I. 50897-50898)_9-4-15**

DEKABANK DEUTSCHE GIROZENTRALE
ATTN: ANDREAS BINDER
MAINZER LANDSTRASSE 16
FRANKFURT AM MAIN 60325
GERMANY

**LBH_REPLY-DEC_(D.I. 50897-50898)_9-4-15**

KELLEY DRYE & WARREN LLP
ATTN: ERIC WILSON, JASON ADAMS, JENNIFER
RAVIELE
(COUNSEL TO DEKA)
101 PARK AVENUE
NEW YORK, NY 10178