**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------

|   |   |
|---|---|
| In re | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : |
| | : (Jointly Administered) |
| | : |

-----------------------------------------------------------------------------

|   |   |
|---|---|
| In re | Case No.: |
| | |
| LEHMAN BROTHERS, INC., | 08-01420 (SCC) (SIPA) |
| | |
| Debtor.                    x | |

-----------------------------------------------------------------------------

**ORDER GRANTING SUSMAN GODFREY, LLP**
**MOTION TO WITHDRAW**

AND NOW, this matter having come before the Court on Notice of Motion to Withdraw as Counsel and Attorney of Record, and good cause having been shown, it is hereby,

ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that the law firm of Susman Godfrey, LLP is hereby withdrawn as counsel for the Joint Administrators of Lehman Brothers International (Europe) (in administration) for all purposes; and

IT IS FURTHER ORDERED that the Clerk hereby remove Mark Hatch-Miller, Esq., from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove Charles R. Eskridge, III, from any and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove Suyash Agrawal from any

and all electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED that the Clerk hereby remove David M. Peterson from any

and  all  electronic notifications and service lists in regards to this matter.

IT IS FURTHER ORDERED the withdrawal of counsel will not alter any deadlines

existing in this case.


DATE:  September 15, 2015                                /S/ Shelley C. Chapman
           New York, New York                            United States Bankruptcy Judge