**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In Re | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS, INC.,** et. al., | Case No. 08-13555 (SCC) (Jointly Administered) |
| Debtors. |  |

## STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned, that CARTER LEDYARD & MILBURN LLP, 2 Wall Street, New York, New York 10005, is substituted, pursuant to Local Bankruptcy Rule 2090-1(e), as the attorneys of record for Hana Bank, as trustee, and My Asset Investment Management Co., LTD, as Investment Manager for MY Dual Star Derivatives Fund D-1, in place of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036.

7656845.1

Dated: New York, New York
September 10, 2015

| **WHITE & CASE LLP** | **CARTER LEDYARD & MILBURN LLP** |
|---|---|
| By: s/ Elizabeth Feld<br>Elizabeth Feld<br>1155 Avenue of the Americas<br>New York, New York 10036.<br>Telephone: 212-819-8549<br>Email: efeld@whitecase.com | By: /s/ *Aaron R. Cahn*<br>Aaron R. Cahn<br>2 Wall Street<br>New York, New York 10005<br>Telephone: 212.238-8629<br>Facsimile: 212.732.3232<br>Email: cahn@clm.com |

SO ORDERED.
Dated: September 15, 2015
New York, New York

/S/ Shelley C. Chapman
HON. SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

7656845.1