UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                 :
                            Debtors.                        :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING FIVE HUNDRED FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the five hundred fourth omnibus objection to claims, dated July 31, 2015 (the "Five Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Five Hundred Fourth Omnibus Objection to Claims; and due and proper notice of the Five Hundred Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to, any claim listed on Exhibit A annexed to the Five Hundred Fourth Omnibus Objection to Claims that is not listed on Exhibit 1 annexed hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 15, 2015
       New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | AMBER FINANCE LIMITED | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/22/2009 | 28181 | $12,273,688.14 * | $12,273,688.14 * | Books and Records |
| 2 | BANK OF ALAND PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 16096 | $906,289.99 | $906,289.99 | Invalid Guarantee |
| 3 | CCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $79,887.67 * | $79,887.67 * | Satisfied |
| 4 | CSCP CREDIT ACQUISITION HOLDINGS LUXCO, S.A.R.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $5,417.36 * | $5,417.36 * | Satisfied |
| 5 | CSCP II ACQUISITION LUXCO, SARL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/18/2009 | 17279 | $37,259.67 * | $37,259.67 * | Satisfied |
| 6 | DEXIA CREDIT LOCAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 19932 | $1,903,293.76 * | $1,903,293.76 * | Invalid Guarantee |
| 7 | NATIONAL AUSTRALIA BANK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 24634 | $15,613.00 * | $15,613.00 * | Satisfied |
| 8 | SUN HUNG KAI INVESTMENT SERVICES LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 22782 | Undetermined | Undetermined | Sun Hung Kai Claim |
| 9 | TAYLOR CREEK LIMITED | 08-13888 (SCC) | Lehman Brothers Special Financing Inc. | 09/17/2009 | 15783 | Undetermined | Undetermined | Taylor Creek LBSF Claim |

\* - Indicates claim contains unliquidated and/or undetermined amounts

**OMNIBUS OBJECTION 504: EXHIBIT 1 - NO LIABILITY CLAIMS**

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|
| 10 TAYLOR CREEK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/17/2009 | 15784 | Undetermined | Undetermined | Taylor Creek Guarantee Claim |