**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |

-------------------------------------------------------------------x

## ORDER GRANTING FIVE HUNDRED SEVENTH OMNIBUS
## OBJECTION TO CLAIMS (DUPLICATE CLAIMS)

Upon the five hundred seventh omnibus objection to claims, dated July 31, 2015

(the "Five Hundred Seventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc.,

as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman

Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the

United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy

Procedure, and this Court's order approving procedures for the filing of omnibus objections to

proofs of claim [ECF No. 6664], seeking disallowance and expungement of the Duplicate

Claims, all as more fully described in the Five Hundred Seventh Omnibus Objection to Claims;

and due and proper notice of the Five Hundred Seventh Omnibus Objection to Claims having

been provided, and it appearing that no other or further notice need be provided; and the Court

having found and determined that the relief sought in the Five Hundred Seventh Omnibus

Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all

parties in interest, and that the legal and factual bases set forth in the Five Hundred Seventh

Omnibus Objection to Claims establish just cause for the relief granted herein; and after due

deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in
the Five Hundred Seventh Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Seventh Omnibus

Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claims

listed on <u>Exhibit 1</u> annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: September 15, 2015
      New York, New York

                    /S/ Shelley C. Chapman          
                    UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

## OMNIBUS OBJECTION 507: EXHIBIT 1 – DUPLICATIVE CLAIMS

| | | CLAIMS TO BE DISALLOWED | | | | | SURVIVING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS | NAME | DATE FILED | CASE NUMBER | CLAIM # | TOTAL CLAIM DOLLARS |
| 1 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 09/22/2009 | 08-13555 (SCC) | 26480^ | $ 10,694.44* | JPMORGAN JPMCB BANK, N.A. | 09/21/2009 | 08-13555 (SCC) | 22077 | $427,778.00* |

^This objection only applies to that portion of Claim 26480 relating to the "March Facility Fees" referenced in the proof of claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | SUN HUNG KAI INVESTMENT SERVICES LIMITED | 09/21/2009 | 08-13555 (SCC) | 22783 | Undetermined | CVIC II LUX MASTER SARL TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE | 09/21/2009 | 08-13555 (SCC) | 20832 | Undetermined |

| | TOTAL | $ 10,694.44 |
|---|---|---|