UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                 :
                              Debtors.                      :    (Jointly Administered)
------------------------------------------------------------------x

## ORDER GRANTING PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 26480

Upon the objection to claim number 26480, dated July 31, 2015 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow a portion of claim number 26480, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the portion of the Claim listed on <u>Exhibit 1</u> annexed hereto related to an April 2007 credit facility is allowed in the amount of $5,718.75; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: September 15, 2015
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

08-13555-mg    Doc 50943    Filed 09/15/15    Entered 09/15/15 14:25:16    Main Document
    Pg 3 of 4

**Exhibit 1**

## EXHIBIT 1 - REDUCE AND ALLOW

| | NAME | CLAIM # | FILED DATE | ASSERTED DEBTOR | MODIFIED DEBTOR | AMOUNTS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ADMINIS-TRATIVE | SECURED | PRIORITY | UNSECURED | TOTAL |
| 1 | SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) | 26480 | 9/22/09 | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | | | | | |
| | | | | AMOUNT SUBJECT TO OBJECTION | | | | | $5,718.75 * | $5,718.75 * |
| | | | | CLAIM AS MODIFIED | | | | | $5,718.75 | $5,718.75 |

This objection only applies to that portion of Claim 26480 relating to the "July Facility Fees" referenced in the proof of claim.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TOTAL AMOUNT SUBJECT TO OBJECTION | | | | | $5,718.75 | $5,718.75 |
| | | | | TOTAL CLAIMS AS MODIFIED | | | | | $5,718.75 | $5,718.75 |