**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                                      :      **Chapter 11 Case No.**
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :      **08-13555 (SCC)**
                                                          :
                       Debtors.            :      **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING THE PLAN ADMINISTRATOR'S OBJECTION TO PROOF OF CLAIM NUMBER 8952 FILED BY MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD. (NO LIABILITY)

Upon the objection to claim number 8952, dated August 4, 2015 (the

"Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified

Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated

Debtors for certain entities in the above-referenced chapter 11 cases (collectively, the "Chapter

11 Estates"), pursuant to section 502(b) of the Bankruptcy Code and Rule 3007(a) of the

Bankruptcy Rules seeking disallowance and expungement of claim number 8952, all as more

fully described in the Objection; and due and proper notice of the Objection having been

provided, and it appearing that no other or further notice need be provided; and the Court having

found and determined that the relief sought in the Objection is in the best interests of the Chapter

11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth

in the Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, claim

number 8952 is disallowed and expunged with prejudice; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: September 15, 2015
      New York, New York

                     /S/ Shelley C. Chapman
                     UNITED STATES BANKRUPTCY JUDGE