**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X
: 
In re:                                                  :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*  :   Case No. 08-13555 (SCC)
                                                        :
   Debtors.                                          :   (Jointly Administered)
                                                        :
---------------------------------------------------------- X

# NOTICE OF WITHDRAWAL OF CLAIMS

Reference is made to the below claims (the "**Claims**") asserted against Lehman Brothers Holdings Inc., or its affiliates in the above captioned cases under title 11 of the United States Code, proofs of which were filed on the date and in the amounts listed below. Stonehill Offshore Partners Limited ("**Stonehill Offshore**") and Stonehill Institutional Partners, L.P. ("**Stonehill Institutional**", and together with Stonehill Offshore ("**Stonehill**")) represents and warrants that as of the date hereof, it has not sold, assigned or transferred the Claims.

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed |
|---|---|---|---|---|
| 68232 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68233 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68234 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68235 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68236 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68237 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68238 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68239 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68240 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68241 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68242 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68243 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68244 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68245 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68246 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68247 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68248 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68249 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68250 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |
| 68251 | $77,380,909.22 | $77,380,909.22 | 100% | 04/10/2015 |

21478778.1

| Claim | Total Claim Amount | Amount Owned | Percentage Owned | Date Filed |
|---|---|---|---|---|
| 68212 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68213 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68214 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68215 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68216 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68217 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68218 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68219 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68220 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68221 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68222 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68223 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68224 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68225 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68226 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68227 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68228 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68229 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68230 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |
| 68231 | $86,659,892.26 | $86,659,892.26 | 100% | 04/10/2015 |

*remainder of page intentionally left blank*

PLEASE TAKE NOTICE that, through its undersigned counsel, Stonehill hereby withdraws with prejudice the Claims and directs Epiq Bankruptcy Solutions LLC to expunge the Claims from the claims register. This withdrawal shall not affect any claim held by Stonehill other than the Claims. Stonehill represents and warrants that the withdrawal of the Claims is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 16, 2015
New York, NY

DECHERT LLP

By: /s/Shmuel Vasser
Shmuel Vasser

1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599

*Attorneys for Stonehill*