Edward J. Leen
MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for Stonehill Institutional Partners, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM**

PLEASE TAKE NOTICE that Stonehill Institutional Partners, L.P. hereby withdraws its Evidence of Partial Transfer of Claim (Claim #67080) filed on July 10, 2015 (ECF Docket No. 50263) from Goldman Sachs Lending Partners LLC to Stonehill Institutional Partners, L.P. in the amount of USD 887,000.00.

Respectfully submitted this 15th day of September, 2015

/s/ Edward J. Leen
Edward J. Leen

MANDEL, KATZ & BROSNAN LLP
The Law Building
210 Route 303
Valley Cottage, New York 10989
(845) 639 7800

*Attorneys for Stonehill Institutional Partners, L.P.*

159-706/CERTS/4770229.1