WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :
                          Debtors.                 :    (Jointly Administered)
------------------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S FIVE HUNDREDTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY FOR STONEHILL FRAUD CLAIMS)

**PLEASE TAKE NOTICE** that pursuant to a settlement agreement, Stonehill Offshore Partners Limited and Stonehill Institutional Partners, L.P. have withdrawn all claims subject to the Plan Administrator's Five Hundredth Omnibus Objection to Claims (No Liability for Stonehill Fraud Claims) [ECF No. 49764] (the "Objection"). Accordingly, Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws the Objection.

Dated:    September 16, 2015
          New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*