WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                     Debtors.                                      :    (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF THE FOUR HUNDRED FORTY-FIRST
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY DERIVATIVES
CLAIMS) SOLELY AS TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Four Hundred Forty-First Omnibus Objection to Claims (No Liability Derivatives Claims) [ECF No. 40473] **solely as to the claim listed on Exhibit A attached hereto**.

Dated:    September 16, 2015
         New York, New York

                                                    /s/ Garrett A. Fail
                                                    Garrett A. Fail

                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    *Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates*

WEIL:\95465949\1\58399.0011

**Exhibit A**

**Claim for Which Objection Is Withdrawn:**

| Claimant Name | Claim Number |
|---|---|
| UniCredit Bank Czech Republic, A.S. | 26513 |

WEIL:\95465949\1\58399.0011