

**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Hugo Koller

+41 44 236 07 54
+41 44 235 47 21
hugo.koller@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA



RECEIVED SEP 9 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

# Message

September 03, 2015

**subject** Evidence of transfer of claim

On behalf of          Attention: Clerk of the Court

you are receiving    partial transfer of claim: JULIUS BAER & Co. Ltd. and UBS AG, Zurich (Switzerland)

☐ for your information      ☐ returned with thanks      ☐ please return
☒ for your records          ☐ please comment            ☒ please confirm receipt
☐ as agreed                 ☐ please sign               ☒ please process
☐ please complete           ☐

Remarks
TOCE142   400'000.00   XS0328064810
TOCE143    50'000.00   XS0264209387
Transferor: JULIUS BAER & Co. Ltd.  Postfach Switzerland)/Claim Number: 58786
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Hugo Koller
Director



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **UBS AG, Bahnhofstrasse 45, 8001 Zürich** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2 September 2015.

Bank Julius Baer & Co. Ltd.

Patrik Roos
Executive Director

Fabian Burckhardt
Executive Director

UBS AG
By: _____
Name:  Hugo Koller
Title:    Director

By: _____
Name:  Stephan Gfeller
Title:    Associate Director

TOCE143 UBS0247 JBAERZH 50K 2624205

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Number of Units |
|---|---|---|---|---|
| XS0264209387 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | 50,000 |

TOCE143 UBS0247 JBAERZH 50K 2624205