Dr. Hans-Peter Strepp
Konsul-Lieder-Allee 27
24226 Heikendorf-Kitzeberg
Tel. 04 31 / 23 14 56

RECEIVED
SEP 14 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

8/31/15

Ref.: Int. Control № 50652

I recieved the attached document on 8/28/15.

I object to the complete transfer of my claim # 35218 to the Bethmann Bank, Frankfurt.

I kindly ask to confirm the receipt of this letter.

DR. H.-P. Strepp

φ Copy to: Bethmann Bank, Frankfurt

φ Dr. C. Ansay (Attorney)

Dr. Hans-Peter Strepp
Konsul-Lieder-Allee 27
24226 Heikendorf-Kitzeberg
Tel 04 31 / 23 14 56

UNITED STATES BANKRUPTCY COURT
Southern District of New York

[illegible]

UNITED STATES BANKRUPTCY COURT
Southern District of New York

Eing. 28/8/15
∅ Anzeige 31/8

| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |
|---|---|

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, transferor refers to the claimant who is selling or otherwise assigning its claim. While transferee refers to the party who is *purchasing or othewise being assigned the claim.*

To: BAR(23) MAILID *** 000097295820 *** LBH TRFNTC (MERGE2, TXNUM2) 4000082221

STREPP, HANS-PETER
KONSUL-LIEDER-ALLEE 27
HEIKENDORF-KITZEBERG D-24226
GERMANY

Please note that your claim # 35218 in the above referenced case and in the amount of $134,909.50 allowed at $134,815.05 has been transferred (unless previously expunged by court order)

BETHMANN BANK AG
TRANSFEROR: STREPP, HANS-PETER
BETHMANNSTRASSE 7-9
FRANKFURT AM MAIN 60311
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WIT 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 50652 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/21/2015

Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 21, 2015.