

SEP  8 2015

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Andbank Luxembourg | HSBC PRIVATE BANK (SUISSE) SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Andbank Luxembourg
7 A rue Robert Stümper
L-2557 Luxembourg

Phone: (+352) 27 49 76 50
Last Four Digits of Acct #: _____

Court Claim # (if known): _____
Date Claim Filed: _____
Amount of Claim: 50 000 GBP
Portion of Claim Transferred (see Schedule I): XS0271141565

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 03/09/2015
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Gérard ESTRADA    Manuel SAN SALVADOR
Managing Director    Managing Director

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

SEP 8 2015

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transferred to Andbank Luxembourg ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 21/08/2015

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888

CH- 1211 Geneva 1

Signature: Valentino Villagran

Signature: Sean PIKE
Managing Director
Ext 4351

Date: 27 JUIL. 2015

**Transferee**

Andbank Luxembourg
7A rue Robert Stümper
L-2557 Luxembourg

Amadeu PASTOR
Responsable Middle Office et Client Administration
Signature:

Manuel SAN SALVADOR
Signature: Managing Director

03 SEP. 2015

Derek WILSON
Head of Funds Operations

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 50'000.- |

RECEIVED SEP 8 2015