

**MIAMI OFFICE (USA)**
Second Floor
340 West Flagler Street
Miami, Florida 33130
T +1 (786) 235-5000
F +1 (786) 235-5005

W www.drrt.com

**Joseph Gulino**
jgulino@drrt.com

September 16, 2015

**VIA FEDEX**
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408



RE:   **Claim No. 58786**
      **DRRT FBO Liechtensteinische Landesbank AG, Vaduz**

To whom it may concern:

In reference to the claim no. 58786 we would ask you to update the dockets in regard to the transfer of the claim from Bank Julius Baer & Co. Ltd. (Transferor) to Liechtensteinische Landesbank AG, Vaduz (Transferee).

The affected claim is:

Claim No. 58786:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/Amount of Claim related to Security |
|------|---------------|------------------|--------|----------------------------------------------------------------------|
| ANN521338783 | 58786 | 10/30/2009 | Lehman Brothers Securities Co. NV | |

Sincerely,

*Joseph Gulino*

Joseph Gulino, Esq.

Enclosure: Power of attorney granted to DRRT, Transfer notice

---



## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Liechtensteinische Landesbank AG, Vaduz** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 10 September 2015.

**Bank Julius Baer & Co. Ltd.**


Patrik Roos
Executive Director

Fabian Burckhardt
Executive Director

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

RECEIVED

SEP 1 8 2015

U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Number of Units |
|---|---|---|---|---|
| ANN521338783 | 58786 | 30 October 2009 | LEHMAN BROTHERS SECURITIES CO. NV | 1 |



## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS THAT the undersigned signatories of **Liechtensteinische Landesbank** ("COMPANY") have made, constituted and appointed, and do hereby make, constitute and appoint ALEXANDER REUS, Esq., ALISON LABOISSONNIERE, Esq. and Diaz, Reus & Targ, LLP ("DRRT"), located at 100 S.E. Second Street, Suite 2610, Miami, Florida 33131, USA ("ATTORNEYS") as its true and lawful attorneys-in-fact, hereby conferring upon ATTORNEYS full power and authority to act for and on behalf of COMPANY, including its clients, on whose behalf COMPANY is authorized to act, in COMPANY's name, place and stead, to do and perform any or all of the following acts:

1. To make, sign, and execute any and all forms involved in the insolvency proceeding of the following company ("Proceeding"):

    a. **Lehman Brothers Holdings Inc.** (bankruptcy petition filed on Sept. 15, 2008 in the US Bankruptcy Court for the Southern District of New York, Case No. 08-13555).

2. To communicate orally and in writing with the Trustee or the claims administrator(s) handling the Proceeding.

3. To receive any distributions on behalf of COMPANY made by the Trustee or claims administrator(s) in the Proceeding.

4. To do anything else necessary or required to file applicable claim forms and related documentation on behalf of COMPANY (and its above referenced clients) and to collect any funds due COMPANY (and its above referenced clients) from the Proceeding.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 14th day of September, 2009.

By: _____    _____
Robert Rastner    Graziella Marok-Wachter
Head of Group Legal & Compliance    Head of Group Legal