**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
                                                           :
**In re**                                                  :       **Chapter 11 Case No.**
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,               :       **08-13555 (SCC)**
                                                           :
                              **Debtors.**                 :       **(Jointly Administered)**
                                                           :
------------------------------------------------------------------x

**ORDER PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1**
**OF THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN**
**OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**
**TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

Upon the motion (the "Motion"),[1] dated June 10, 2015, of Lehman Brothers

Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter

11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), for approval,

pursuant to sections 8.4, 9.3, and 14.1 of the Plan and sections 105(a), 502(c), and 1142(b) of

title 11 of the United States Code (the "Bankruptcy Code"), to estimate the maximum amount of

the Relevant Guarantee Claims for reserve and distribution purposes, all as more fully described

in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested

therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of

Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the

relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being

proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of

the Motion having been provided to (i) the United States Trustee for Region 2; (ii) the Securities

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion or, if not
defined in the Motion, in the *Certificate Of No Objection Under 28 U.S.C. § 1746 Regarding The Motion Of Plan
Administrator Pursuant To Section 8.4, 9.3, And 14.1 Of The Modified Third Amended Joint Chapter 11 Plan Of
Lehman Brothers Holdings Inc. And Its Affiliated Debtors To Estimate Claims For Reserve And Distribution
Purposes.*

and Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney

for the Southern District of New York; (v) the parties listed on Exhibit 1 attached hereto; and (vi)

all other parties entitled to notice in accordance with the procedures set forth in the second

amended order entered on June 17, 2010 governing case management and administrative

procedures for these cases [ECF No. 9635]; and it appearing that no other or further notice need

be provided; and the Court having found and determined that the relief sought in the Motion is in

the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the

legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted to the extent set forth herein; and it is

further

ORDERED that each Relevant Guarantee Claim listed on Exhibit 1 hereto is

hereby estimated in its entirety in the amount of zero dollars for purposes of establishing (i) the

amount of reserves to be retained for such Relevant Guarantee Claim under the Plan and (ii) the

maximum amount of Distributions (as such term is defined in the Plan) that a holder of a

Relevant Guarantee Claim is entitled to receive on account of such Relevant Guarantee Claim

under the Plan; and it is further

ORDERED that under no circumstances shall LBHI be required to retain any

reserve on account of any Relevant Guarantee Claim listed on Exhibit 1 hereto; and it is further

ORDERED that under no circumstances shall any holder of a Relevant Guarantee

Claim listed on Exhibit 1 hereto be entitled to a Distribution (as such term is defined in the Plan)

from LBHI on account of a Relevant Guarantee Claim; and it is further

ORDERED that this order is without prejudice to any party's rights with respect

to any claim or portion of a claim not included on Exhibit 1 hereto; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: New York, New York
       September 22, 2015


/S/ Shelley C. Chapman
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

## MOTION TO ESTIMATE LBIE-BASED GUARANTEE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES

| | NAME | CLAIM # | DEBTOR NAME | FILED DATE | TOTAL ASSERTED CLAIM AMOUNT | AMOUNT SUBJECT TO MOTION | ESTIMATED AMOUNT |
|---|---|---|---|---|---|---|---|
| 1 | BARCLAYS GLOBAL INVESTORS ASCENT UK LONG CORPORATE BOND FUND A SUBFUND | 14006 | Lehman Brothers Holdings Inc. | 09/16/2009 | $278,997.93 * | $278,997.93 * | $0.00 |
| 2 | BARCLAYS GLOBAL INVESTORS FIXED INCOME GLOBALALPHA FUND A SUB FUND OF | 14007 | Lehman Brothers Holdings Inc. | 09/16/2009 | $4,707,576.74 * | $4,707,576.74 * | $0.00 |
| 3 | BARCLAYS GLOBAL INVESTORS LIABILITY SOLUTIONS FUNDS LEVERAGE E FIXED | 65727 | Lehman Brothers Holdings Inc. | 11/25/2009 | $130,098.02 * | $130,098.02 * | $0.00 |

* - Indicates claim contains unliquidated and/or undetermined amounts