14 September 2015

United States Bankruptcy Court
Southern District Of New York
One Bowling Green
New York, NY 10004-1408
U.S.A.

Attentions: United States Bankruptcy Court
Southern District Of New York

Dear Sir / Madam,

**LEHMAN PROGRAMS SECURITIES
PARTIAL TRANSFER OF CLAIM FROM DBS BANK LTD
TO DBS BANK (HONG KONG) LIMITED**

Please find attached Form B210A and evidence of partial transfer of claim for your necessary action.

If you have any queries, please do not hesitate to contact the undersigned at telephone +852 3668 1800 / +852 3668 1775.

Yours faithfully
For and on behalf of
DBS Bank (Hong Kong) Limited

Connie, Li Man Ping
Senior Vice-President

Wong Yuk Chit
Vice-President

DBS Bank (Hong Kong) Limited
11th Floor, The Center
99 Queen's Road Central
Central, Hong Kong

星展銀行(香港)有限公司
香港中環
皇后大道中 99 號
中環中心 11 樓

電話 Tel : 852. 3668 0808
傳真 Fax : 852. 2167 8222
www.dbs.com



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.,et al</u>    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>DBS BANK (Hong Kong) Limited</u>    <u>DBS BANK LTD</u>
Name of Transferee                  Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known):<u>62901</u>
should be sent:                                 Amount of Claim: <u>Refer to attached</u>
DBS BANK (HONG KONG) LIMITED
Wealth Management Operations
14th Floor, One Island East
18 Westlands Road
Quarry Bay, Hong Kong
Attn: Head of Wealth Management Ops
Email: pbohkcorpact@dbs.com                     Date Claim Filed: <u>11/02/2009</u>

Phone: +852 36681775                            Phone: <u>+65 68784323</u>
Last Four Digits of Acct #: _____             Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>Connie Li / Yuk Chit Wong</u>    Date: <u>14 September 2015</u>
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED SEP 17 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>DBS BANK (HONG KONG) LIMITED | Name of Transferor:<br>DBS BANK LTD |
|---|---|
| Notices to Transferee should be sent to:<br><br>DBS BANK (HONG KONG) LIMITED<br>Wealth Management Operations<br>14th Floor, One Island East<br>18 Westlands Road<br>Quarry Bay, Hong Kong<br>Attn: Head of Wealth Management Ops<br>Tel: +852 36681775<br>Email: pbohkcorpact@dbs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>DBS BANK LTD<br>2 Changi Business Park Crescent #09-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn : Head of Wealth Management Ops<br>Tel : +65 6878 4323 / + 65 668 20298 |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached  (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____ [signatures: YUK CHIT WONG, CONNIE LI]    Date: _____

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM



TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.,* No. 08-13555 (JMP)

Proof of Claim Number: 62901 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 2.75 YR HSBC HOLDINGS LEHMAN BROTHERS HOLDINGS PLC DAILY ACCRUAL CALLABLE | XS0306341958 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD200,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**DBS BANK LTD** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

DBS BANK (HONG KONG) LIMITED
Wealth Management Operations
14th Floor, One Island East
18 Westlands Road
Quarry Bay, Hong Kong
Attn: Head of Wealth Management Ops
Tel: +852 36681775
Email: pbohkcorpact@dbs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated _____.

DBS BANK LTD
Transferor

By: _____
Name: LIEW CHIN CHOY / SIM GEOK KIM
Title: Senior Vice-President / Vice-President


ACKNOWLEDGED BY:

NAME OF TRANSFEREE
Transferee

By: _____
Name: CONNIE LI / YUK CHIT WONG
Title: Senior Vice-President / Vice-President