WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                          :    Chapter 11 Case No.
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    08-13555 (JMP)
                                                               :
                                     Debtors.             :    (Jointly Administered)
------------------------------------------------------------------x

### NOTICE REGARDING EIGHTH DISTRIBUTION PURSUANT TO THE MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS

As previously disclosed, additional Distributions under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, dated December 5, 2011 [ECF No. 23023] (the "Plan"),[1] will commence on October 1, 2015 (the "Eighth Distribution Date").

Attached hereto as Exhibit A is a list that indicates the percentage recovery that will be distributed to holders of Allowed Claims (other than secured, administrative, priority or convenience claims) against each Debtor in each Class under the Plan as well as the cumulative percentage recovery.

Attached hereto as Exhibit B is a summary of the aggregate amount that will be distributed to holders of Allowed non-priority unsecured Claims on the Eighth Distribution Date.

Attached hereto as Exhibit C is a list that indicates the amount and percentage of the Minimum Cash Reserve and the Asset-to-Reserve Ratio that will be maintained by each Debtor that uses Non-Cash Assets in lieu of Available Cash as reserves for Disputed Claims.

Attached hereto as Exhibit D is a summary of the aggregate amount of Allowed Claims eligible for distributions from certain Debtors, listed by Plan Class.

---

[1] Capitalized terms used herein shall have the meanings ascribed to them in the Plan or the *Order Authorizing Use of Non-Cash Assets In Lieu of Available Cash As Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Plan* [ECF No. 25641], as applicable.

US_ACTIVE:\44221154\2\58399.0011

The aggregate amount that will be distributed on the Eighth Distribution Date will total approximately $5.8 billion and will include approximately (i) $5.3 billion of Distributions identified in Exhibit B, (ii) $0.4 billion of Distributions to holders of recently Allowed Claims for amounts that would have been received had such Claims been Allowed at the time of previous Distributions and (iii) $0.1 billion of Distributions to holders of Allowed Claims against Lehman Brothers OTC Derivatives Inc. on account of post-petition interest demands that have been allowed.

Dated:   September 24, 2015
         New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of its Affiliates

**Exhibit A**

Exhibit A
# Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Eighth Distribution on 10/1/2015 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Holdings Inc.** | | | | | |
| Class | 3 | Senior Unsecured | 34.738339% | 2.381665% | 37.120004% |
| Class | 4A | Senior Affiliate Claims | 27.854431% | 1.978478% | 29.832909% |
| Class | 4B | Senior Affiliate Guarantee | 27.161216% | 1.934468% | 29.095684% |
| Class | 5 | Senior Third-Party Guarantee | 21.732768% | 1.547661% | 23.280429% |
| Class | 6A | Convenience Claims | 26.000000% | N/A | 26.000000% |
| Class | 6B | Guarantee Convenience Claims | 17.000000% | N/A | 17.000000% |
| Class | 7 | General Unsecured | 32.542184% | 2.223110% | 34.765294% |
| Class | 8 | Derivative Affiliate / Affiliate Guarantee Claims | 25.584244% | 1.819923% | 27.404167% |
| Class | 9A | Third Party Guarantee Claims other than those of the RACERS Trusts | 20.464590% | 1.455938% | 21.920528% |
| Class | 9B | Third Party Guarantee Derivatives RACER's | 12.439759% | 0.885544% | 13.325303% |
| Class | 10A | Subordinated Class 10A Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10B | Subordinated Class 10B Claims | N/A [2] | N/A [2] | N/A [2] |
| Class | 10C | Subordinated Class 10C Claims | N/A [2] | N/A [2] | N/A [2] |
| **Lehman Commercial Paper Inc.** | | | | | |
| Class | 3 | Convenience Claims | 60.000000% | N/A | 60.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 68.183540% | 2.470457% | 70.653997% |
| Class | 4B | General Unsecured Claims of Designated Entities | 57.591199% | 2.298859% | 59.890058% |
| Class | 5A | Affiliate Claims of LBHI [3] | 71.260802% | 2.873574% | 74.134376% |
| Class | 5B | Affiliate Claims of Participating Subs | 57.591199% | 2.298859% | 59.890058% |
| Class | 5C | Affiliate claims | 61.910537% | 2.471274% | 64.381811% |
| **Lehman Brothers Special Financing Inc.** | | | | | |
| Class | 3 | Convenience Claims | 32.000000% | N/A | 32.000000% |
| Class | 4A | General Unsecured Claims other than those of Designated Entities | 33.929255% | 0.897591% | 34.826846% |
| Class | 4B | General Unsecured Claims of Designated Entities | 17.346897% | 0.318448% | 17.665345% |
| Class | 5A | Affiliate Claims of LBHI [3] | 34.998562% | 0.198156% | 35.196718% |
| Class | 5B | Affiliate Claims of Participating Subs | 28.520338% | 0.523567% | 29.043905% |
| Class | 5C | Affiliate claims | 33.511396% | 0.893374% | 34.404770% |
| **Lehman Brothers Commodity Services Inc.** | | | | | |
| Class | 3 | Convenience Claims | 55.000000% | N/A | 55.000000% |
| Class | 4 | General Unsecured Claims | 75.620392% | 1.200324% | 76.820716% |
| Class | 5A | Affiliate Claims of LBHI [3] | 87.930687% | 1.395725% | 89.326412% |
| Class | 5B | Affiliate Claims of Participating Subs | N/A | N/A | N/A |
| Class | 5C | Affiliate claims | 75.620392% | 1.200324% | 76.820716% |
| **Lehman Brothers OTC Derivatives Inc.** | | | | | |
| Class | 3 | Convenience Claims | 34.000000% | N/A | 34.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A [5] | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 5B | Affiliate Claims of Participating Subs | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Commercial Corporation** | | | | | |
| Class | 3 | Convenience Claims | 40.000000% | N/A | 40.000000% |
| Class | 4 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 5A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 5B | Affiliate Claims of Participating Subs | 100.000000% | N/A | 100.000000% |
| Class | 5C | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **Lehman Brothers Derivative Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 100.000000% | N/A | 100.000000% |

Exhibit A
# Distribution to Holders of Allowed Non-Priority Unsecured Claims

|  |  |  | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
|  |  |  | Prior Distributions [1] | Eighth Distribution on 10/1/2015 [1] | Cumulative Distributions [1] |
| **Lehman Brothers Financial Products Inc.** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | 100.000000% | N/A | 100.000000% |
| **LB 745 LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 100.000000% | N/A | 100.000000% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **PAMI Statler Arms LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 47.254213% | N/A | 47.254213% |
| Class | 4A | Affiliate Claims of LBHI [3] | 100.000000% | N/A | 100.000000% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **CES Aviation LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 83.467015% | 16.532985% | 100.000000% |
| Class | 4B | Affiliate claims | 83.467015% | 16.532985% | 100.000000% |
| **CES Aviation V LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 30.265412% | 6.036714% | 36.302126% |
| Class | 4A | Affiliate Claims of LBHI [3] | 30.265412% | 6.036714% | 36.302126% |
| Class | 4B | Affiliate claims | 30.265412% | 6.036714% | 36.302126% |
| **CES Aviation IX LLC** | | | | | |
| Class | 3 | General Unsecured Claims | 45.816914% | 18.507075% | 64.323989% |
| Class | 4A | Affiliate Claims of LBHI [3] | 45.816914% | 18.507075% | 64.323989% |
| Class | 4B | Affiliate claims | 45.816914% | 18.507075% | 64.323989% |
| **East Dover Limited [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | 7.661660% | N/A | 7.661660% |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Lehman Scottish Finance LP** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Luxembourg Residential Properties Loan Finance S.a.r.l. [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 70.869927% | N/A | 70.869927% |
| **BNC Mortgage LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **LB Rose Ranch LLC [4]** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |

**Exhibit A**
# Distribution to Holders of Allowed Non-Priority Unsecured Claims

| | | | Distribution as a % of Allowed Claims | | |
|---|---|---|---|---|---|
| | | | Prior Distributions [1] | Eighth Distribution on 10/1/2015 [1] | Cumulative Distributions [1] |
| **Structured Asset Securities Corporation** | | | | | |
| Class | 3 | General Unsecured Claims | 50.863772% | 1.688956% | 52.552728% |
| Class | 4A | Affiliate Claims of LBHI [3] | 50.863772% | 1.688956% | 52.552728% |
| Class | 4B | Affiliate claims | 50.863772% | 1.688956% | 52.552728% |
| **LB 2080 Kalakaua Owners LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **Merit LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | 16.775838% | N/A | 16.775838% |
| **LB Somerset LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |
| **LB Preferred Somerset LLC** | | | | | |
| Class | 3 | General Unsecured Claims | N/A | N/A | N/A |
| Class | 4A | Affiliate Claims of LBHI [3] | N/A | N/A | N/A |
| Class | 4B | Affiliate claims | N/A | N/A | N/A |

*Notes:*

[1] "N/A" indicates either $0 Available Cash for Distributions, $0 in Allowed Claims within the specific class or, with respect to the Second through Eighth Distributions, classes that were satisfied in the previous Distributions.

[2] Distributions reallocated in accordance with Section 6.4 of the Plan.

[3] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended.

[4] In accordance with section 8.3 of the Plan, Debtors are not required to make Distributions of less than $10 million in the aggregate.

[5] In accordance with section 8.13(e) of the Plan, Distributions will be made to satisfy allowed demands for postpetition interest.

**Exhibit B**

**Exhibit B**

## Summary of Eighth Distribution to Non-Priority Unsecured Claims (October 1, 2015)

*$ in millions*

| Debtors [1] | Cash Available for Distribution ||||| | Claims [5] ||| | Distribution |||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Initial Cash Available for Distribution | Cash Available from Distributions among Debtors and Certain Controlled / Non-Controlled Entities [2] | Redistribution from Claims Reserves [3] | Plan Adjustment [4] | Catch-Up and Interest on Newly Allowed | Total Cash Available for Eighth Distribution | Allowed [6] | Disputed [7] | Total | Cash Available for Distribution | Cash Released from / (Added to) Claims Reserves | Payment to Allowed Creditors |
| Lehman Brothers Holdings Inc. | $ 2,393.6 | $ 1,312.5 | $ 57.1 | $ 89.4 | $ (255.0) | $ 3,597.5 | $ 229,234.6 | $ 12,209.9 | $ 241,444.5 | $ 3,597.5 | $ 701.1 | $ 4,298.5 |
| Lehman Commercial Paper Inc. | $ 635.2 | $ 101.9 | $ - | $ (56.9) | $ (0.3) | $ 679.9 | $ 25,623.0 | $ 66.0 | $ 25,689.0 | $ 679.9 | $ (0.4) | $ 679.4 |
| Lehman Brothers Special Financing Inc. | $ 151.6 | $ 95.4 | $ 0.8 | $ (15.0) | $ (190.6) | $ 42.2 | $ 37,576.9 | $ 5,396.3 | $ 42,973.2 | $ 42.2 | $ 174.5 | $ 216.7 |
| Lehman Brothers Commodity Services Inc. | $ 40.5 | $ 3.0 | $ - | $ (4.1) | $ (0.0) | $ 39.5 | $ 3,030.1 | $ 89.5 | $ 3,119.6 | $ 39.5 | $ (1.2) | $ 38.2 |
| Lehman Brothers Commercial Corporation | $ 5.5 | $ 0.4 | $ - | $ - | $ (0.0) | $ 5.9 | $ 1,284.6 | $ 176.9 | $ 1,461.5 | $ 5.9 | $ (5.9) | $ - |
| CES Aviation LLC | $ 7.2 | $ - | $ - | $ - | $ (0.0) | $ - | $ 18.2 | $ - | $ 18.2 | $ - | $ 3.0 | $ 3.0 |
| CES Aviation V LLC | $ 0.4 | $ 0.0 | $ - | $ - | $ (0.0) | $ - | $ 6.5 | $ - | $ 6.5 | $ - | $ 0.4 | $ 0.4 |
| CES Aviation IX LLC | $ 1.4 | $ 0.0 | $ - | $ - | $ (0.0) | $ - | $ 7.3 | $ - | $ 7.3 | $ - | $ 1.4 | $ 1.4 |
| Structured Asset Securities Corporation | $ 7.2 | $ 15.2 | $ - | $ - | $ (9.7) | $ 12.7 | $ 489.9 | $ 259.6 | $ 749.5 | $ 12.7 | $ (4.4) | $ 8.3 |
| | | | | | | $ 4,377.6 | | | | $ 4,377.6 | $ 868.3 | $ 5,245.9 |

Notes:

[1] Includes all Debtors making a Distribution on the Eighth Distribution Date (other than Lehman Brothers OTC Derivatives, Inc, which will make distributions on account of post-petition interest). Other Debtors not listed will not be making Distributions to non-priority unsecured creditors on this date.

[2] Includes receipts from Debtors and certain Debtor Controlled / Non-Controlled Entities (Lehman Brothers Treasury Co B.V.), as well as receipts on claims a Debtor holds against itself by way of assignment or purchase.

[3] Represents Plan Adjustment that was reserved at the previous Distribution that are now available for Distribution as Disputed Claims have been reduced, withdrawn or allowed at amounts less than previously reserved.

[4] Plan Adjustment is calculated based on payment of Allowed Claims including Distributions on newly Allowed Claims. It is not calculated on the Disputed Claims Reserve.

[5] Does not include Convenience Claims.

[6] In accordance with sections 6.5 (b) and 6.5 (c) of the Plan, LBHI is participating in Distributions in the amount and to the extent set forth on Page 4 of the Debtor's Claims Schedule, as amended. Allowed Claims satisfied in full in accordance with section 8.13(a) of the Plan are not included.

[7] Estimate of Disputed Claims for reserve purposes only. Certain Claims have been estimated at less than filed amounts as agreed to through a stipulation or settlement agreement or pursuant to Court order. Does not include estimates for unliquidated Claims.

**Exhibit C**

# Minimum Cash Reserve and Asset-to-Reserve Ratios for Eighth Distribution (October 1, 2015)

*$ in millions*

| Description | Lehman Brothers Holdings Inc. | Lehman Commercial Paper Inc. | Lehman Brothers Special Financing Inc. |
|---|---:|---:|---:|
| **Assets** | | | |
| Financial Inventory as of 6/30/15 [1] | $ 137 | $ 337 | $ 250 |
| Subsequent Collections [2] | (7) | (24) | (82) |
| Receivables & Other Assets [3] | 206 | 23 | 20 |
| Investment in Affiliates [4] | 1,305 | 231 | 1 |
| Receivables from Controlled Affiliates [5] | 3,743 | 983 | 168 |
| Receivables from Non - Controlled Affiliates [6] | 3,506 | 17 | 41 |
| Pledged Assets [7] | (710) | (200) | - |
| Asset Adjustment for Cash Reserves [10] | (215) | - | - |
| **Total Assets** | $ 7,966 | $ 1,367 | $ 397 |
| **Required Claims Reserve** | | | |
| % of Cash Reserves for Disputed Claims | 25% | 25% | 93% |
| Reserve for Disputed Claims | $ 3,773 | $ 54 | $ 1,982 |
| Less: Plan Adjustments & Plan Settlement Reserves [8] | (422) | (4) | (23) |
| Reserve Available to All Classes | 3,351 | 49 | 1,959 |
| Less: Minimum Cash Reserves [9],[10] | (838) | (12) | (1,827) |
| **Net Asset Requirement** | $ 2,513 | $ 37 | $ 132 |
| **Total Asset-to-Reserve Ratio** | 3.2x | 36.9x | 3.0x |

*Notes:*

[1] As reflected in the June 30, 2015 Quarterly Financial Report filed with the Bankruptcy Court on September 24, 2015.

[2] Reflects cash receipts related to the monetization of financial inventory through September 15, 2015.

[3] Reflects amounts included in the Quarterly Financial Report - Balance Sheets as third party receivables in the caption "Receivables from Controlled Affiliates and Other Assets" as of June 30, 2015, net of significant cash activity through September 15, 2015.

[4] Includes estimated recoveries from Investments in Affiliates reflected in the April 2, 2015 Quarterly Financial Report - Post-Seventh Distribution Cash Flow Estimates adjusted for cash activity and distributions of assets through September 15, 2015.

[5] Includes estimated recoveries from (i) pre-petition intercompany receivables as presented in the April 2, 2015 Quarterly Financial Report - Post-Seventh Distribution Cash Flow Estimates reduced for cash activity through September 15, 2015 and the Eighth Distribution, and estimated recoveries related to LB Re Financing No. 1;  and (ii) post-petition intercompany receivables as presented in the June 30, 2015 Quarterly Financial Report - Balance Sheets in the caption "Receivables from Controlled Affiliates and Other Assets" adjusted for cash activity through September 15, 2015.

[6] Includes estimated recoveries from Non-Controlled Affiliates per the April 2, 2015 Quarterly Financial Report - Post Seventh Distribution Cash Flow Estimates reduced by (i) collections through September 15, 2015 and  (ii) estimated recoveries where LBHI has partially offsetting payables and receivables from certain Non-Controlled Affiliates (Lehman Brothers Treasury Co. B.V.).

[7] Certain assets have been pledged as collateral for an intercompany loan and therefore are not used in the calculation of Asset to Reserve Ratios.  The loans to LBHI were by LOTC ($540 million), LBCC ($95 million) and Aurora ($75 million); the loan to LCPI was by LBFP ($200 million).

[8] Includes Plan Adjustment and Plan Settlement amounts reserved 100% in cash for Disputed Claims.

[9] As authorized by the Court, a portion of LBSF's minimum cash reserve has been invested in secured notes issued by LBHI.  See ECF No. 46276

[10] Plan Administrator has entered into various agreements with certain holders of disputed guarantee claims to substitute non-cash assets for cash reserved on account of such claims pursuant to the Order Authorizing Use of Non-Cash Assets in Lieu of Available Cash as Reserves for Disputed Claims Pursuant to Section 8.4 of the Debtors' Confirmed Joint Chapter 11 Plan [ECF No. 25641].

*This schedule is not meant to be relied upon as a complete description of the Company, its business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. This report was produced for the sole purpose of calculating the Minimum Cash Reserve and Asset-to-Reserve Ratio's for the Eighth Distribution.  The report should be read in conjunction with previously filed reports by the Company, including the June 30, 2015 Quarterly Financial Report, April 2, 2015 Quarterly Financial Report - Post Seventh Distribution Cash Flow Estimate, Form 8-K reports, the Plan and related Disclosure Statement.*

**Exhibit D**

**Exhibit D**
**Allowed Claims Eligible for Eighth Distribution (October 1, 2015)**

*$ in millions*

| | | | D8 Activity Bridge | | | |
|---|---|---|---|---|---|---|
| Debtor | Class | Designation | Allowed Claims Eligible for Distributions at D7 [1] | Newly Allowed Claims [2] | Claims Satisfied in Full & Other [3] | Allowed Claims Eligible for Distributions at D8 [1] |
| **Lehman Brothers Holdings Inc.** | | | | | | |
| | 3 | Senior Unsecured | $ 83,744.0 | $ - | $ - | $ 83,744.0 |
| | 4A | Senior Affiliate Claims | 58,822.0 | - | (3.1) | 58,818.9 |
| | 4B | Senior Affiliate Guarantee | 11,068.1 | 3.2 | (72.7) | 10,998.5 |
| | 5 | Senior Third-Party Guarantee | 35,137.0 | 23.2 | (871.4) | 34,288.8 |
| | 7 | General Unsecured | 3,313.9 | 9.9 | 0.0 | 3,323.9 |
| | 8 | Derivative Affiliate / Affiliate Guarantee Claims | 504.9 | - | (13.4) | 491.5 |
| | 9A | Third Party Guarantee Derivatives | 25,577.0 | 956.2 | (6,134.3) | 20,398.8 |
| | 9B | Third Party Guarantee Derivatives RACER's | 1,947.7 | - | - | 1,947.7 |
| | 10A | Subordinated Class 10A Claims | 3,399.1 | - | - | 3,399.1 |
| | 10B | Subordinated Class 10B Claims | 10,330.4 | - | - | 10,330.4 |
| | 10C | Subordinated Class 10C Claims | 1,492.9 | - | - | 1,492.9 |
| | | Total | $ 235,337.0 | $ 992.5 | $ (7,094.9) | $ 229,234.6 |
| **Lehman Commercial Paper Inc.** | | | | | | |
| | 4A | General Unsecured Claims other than those of Designated Entities | $ 1,527.9 | $ 0.4 | $ 0.0 | $ 1,528.4 |
| | 4B | General Unsecured Claims of Designated Entities | 5,230.0 | - | - | 5,230.0 |
| | 5A | Affiliate Claims of LBHI | 13,732.6 | - | - | 13,732.6 |
| | 5B | Affiliate Claims of Participating Subs | 5.5 | - | - | 5.5 |
| | 5C | Affiliate claims | 5,231.3 | - | (104.7) | 5,126.6 |
| | | Total | $ 25,727.3 | $ 0.4 | $ (104.7) | $ 25,623.0 |
| **Lehman Brothers Special Financing Inc.** | | | | | | |
| | 4A | General Unsecured Claims other than those of Designated Entities | $ 17,818.8 | $ 480.3 | $ (181.0) | $ 18,118.1 |
| | 4B | General Unsecured Claims of Designated Entities | 1,947.7 | - | - | 1,947.7 |
| | 5A | Affiliate Claims of LBHI | 15,340.7 | - | - | 15,340.7 |
| | 5B | Affiliate Claims of Participating Subs | 521.5 | - | - | 521.5 |
| | 5C | Affiliate claims | 1,597.8 | 51.9 | (0.8) | 1,648.9 |
| | | Total | $ 37,226.5 | $ 532.3 | $ (181.8) | $ 37,576.9 |
| **Lehman Brothers Commodity Services Inc.** | | | | | | |
| | 4 | General Unsecured Claims | $ 2,070.5 | $ - | $ - | $ 2,070.5 |
| | 5A | Affiliate Claims of LBHI | 939.5 | - | - | 939.5 |
| | 5B | Affiliate Claims of Participating Subs | - | - | - | - |
| | 5C | Affiliate claims | 20.0 | - | - | 20.0 |
| | | Total | $ 3,030.1 | $ - | $ - | $ 3,030.1 |

[1] "Allowed" claims as reported in aggregate on Exhibit B of the Seventh and Eighth Distribution Notice filed on March 26th, 2015 and hereto, respectively.
[2] Claims allowed subsequent to the Seventh Distribution.
[3] Represents claims that were allowed as of the Seventh Distribution that were subsequently satisfied in full primarily through the combination of the primary obligor and guarantee distributions from LBHI. Also includes previously allowed claims that have been withdrawn subsequent to the Seventh Distribution.