



US Bankruptcy Court for the
Southern District of New York
Attn: Clerk of the Court
One Bowling Green
New York, NY 10004

CA Voluntary Events/NK 6808

Luxembourg,
September 11, 2015

Claim N° 59233

Case N° 08-13555 (JMP) at US Bankruptcy Court

USD 20'000.00 Lehman Bros Treasury BV 2005-20.1.10 XS0209198927

Dear Sirs,

Please find enclosed a copy of a transfer of claim form UBS AG to BIL Banque Internationale à Luxembourg SA.

Yours faithfully,

Nico Lux
Head of CA-Voluntary Events

Norbert Krecké
Conseiller

Banque Internationale à Luxembourg
société anonyme fondée en 1856

69, route d'Esch • L-2953 Luxembourg • RCS Luxembourg B-6307
T (+352) 4590-1 • F (+352) 4590-2010
contact@bil.com • www.bil.com

## Notice Pursuant to Bankruptcy Rule 3001

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK



In re:  Lehman Brothers Holdings Inc.

Case No.: (JMP)
Court ID (Court Use Only)

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>BIL<br>Banque Internationale à Luxembourg SA | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>BIL<br>Banque Internationale à Luxembourg SA<br>69, route d' Esch<br>Office PLM + 101C<br>L-2953 Luxembourg<br>Attn. Norbert Krecke<br>EMAIL: norbert.krecke@bil.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>USD 20'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11/09/2015

Nico Lux                Norbert Krecké
Head of CA-Voluntary Events    Conseiller
BIL
Banque Internationale à Luxembourg SA
69, route d' Esch
Office PLM + 101C
L-2953 Luxembourg

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC352 UBSLUX BIL 200K 2030454

Page 1 of 3

**RECEIVED SEP 16 2015 U.S. BANKRUPTCY COURT SDNY NEW YORK**

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates <u>solely</u> to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV 2005-20.1.10 | XS0209198927 | LBT BV | LBH Inc. | USD 20'000.00 out of USD 705'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

BIL
Banque Internationale à Luxembourg SA
69, route d' Esch
Office PLM + 101C
L-2953 Luxembourg
Telephone: 0033 352 4590 6808
Attention: Mr. Norbert Krecke

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 13, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Hugo Koller
Title: Director

ACKNOWLEDGED BY:

BIL
Banque Internationale à Luxembourg SA

By: _____
Nico Lux
Head of CA-Voluntary Events

Norbert Krecké
Conseiller