**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    : 08-13555 (SCC)
                                                     :
                          Debtors.                   : (Jointly Administered)
--------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED THIRD
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF 50000] (the "Objection"), which was scheduled for October 8, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time)** with respect to the claims listed on Exhibit A attached hereto.

[*Remainder of page intentionally left blank*]

Any responses to the Objection must be received no later than **October 7, 2015 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: September 25, 2015
     New York, New York

    **CURTIS, MALLET-PREVOST,**
     **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
    L. P. Harrison 3rd
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

-2-

23303944

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| DEUTSCHE BANK AG | 26970 |
| DEUTSCHE BANK AG | 27141 |