UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re                                                  :         Chapter 11
                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :         Case No. 08-13555 (SCC)
                                                       :
              Debtors.                                 :         (Jointly Administered)
----------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF CLAIM

      PLEASE TAKE NOTICE that, through its undersigned counsel, CRC Credit Fund Ltd. ("Claimant") hereby withdraws with prejudice proof of claim number 67271 (the "Claim") in its entirety with prejudice and directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register.  This withdrawal shall not affect any claim, debt, liability, right or obligation held by or owed to CRC Credit Fund Ltd. other than the Claim.  CRC Credit Fund Ltd. represents and warrants that the withdrawal of the Claim is within its corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

Dated: September 25, 2015

                                        SKADDEN, ARPS, SLATE, MEAGHER
                                                                            & FLOM LLP

                                        By:   */s/ J. Eric Ivester*
                                                 J. Eric Ivester
                                                 Four Times Square
                                                 New York, New York 10036
                                                 (212) 735-3000

                                                 *Counsel for CRC Credit Fund Ltd.*