UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                       :    Chapter 11 Case No. 08-13555 (JMP)
                                                             :
LEHMAN BROTHERS HOLDINGS, INC.,                              :    (Jointly Administered)
et al.,                                                      :
                                                             :
         Debtors.                                            :
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL WITH PREJUDICE OF CLAIM NOS. 4415 THROUGH AND INCLUDING 4434 FILED BY PETROLEUM REALTY INVESTMENT PARTNERS, L.P., *ET AL.*

Creditors, Petroleum Realty Investment Partners, L.P., *et al.*[1] (hereafter, collectively, the "PRIP"), hereby withdraw, with prejudice, each of PRIP's Proofs of Claims filed in this case on or about May 19, 2009 (bearing Claim Nos. 4415, 4416, 4417, 4418, 4419, 4420, 4421, 4422, 4423, 4424, 4425, 4426, 4427, 4428, 4429, 4430, 4431, 4432, 4433 and 4434).

PRIP authorizes the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the Official Claims Register for the above-referenced Debtors.

Dated this 18 day of September, 2015.

*[signature]*

Scott Fitzgerald
PETROLEUM REALTY INVESTMENT
PARTNERS, L.P., *et al.*
801 Godfrey Road, Suite 600
Miami Beach, Florida 33140
Tel. (305) 695-8700

---

[1] Each of the twenty Proofs of Claims (bearing Claim Nos. 4415 through 4434) filed in this Chapter 11 case was filed by, collectively, Petroleum Realty Investment Partners, L.P., Petroleum Realty Corporation, Petroleum Realty Holding Corporation, Florida Fuel Partners, LLC, Petroleum Realty I, LLC, Petroleum Realty II, LLC, Petroleum Realty III, LLC, Petroleum Realty IV, LLC, Petroleum Realty V, LLC and Petroleum Realty VI, LLC.

6681732-1