## LBHI TRANSFER NOTICE

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (SC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ELLIOTT ASSOCIATES, L.P. | THE BANK OF NOVA SCOTIA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Elliott Management Corporation
40 West 57th Street
New York, New York 10019
Attn: Michael Stephan
Telephone: 212 478 2310
Facsimile: 212 478 2311
Email: MStephan@Elliottmgmt.com
Last Four Digits of Acct #: _____

Court Claim # (if known): 67931
Amount of Claim: $131,667,013.00 *
Date Claim Filed: 02/28/2012
Phone: _____

Last Four Digits of Acct#: _____

* plus additional amounts as set forth in the proof of claim

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By: _____         Date: September 28, 2015
Transferee/Transferee's Agent
Elliot Greenberg, Vice President

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

A-3

**EXHIBIT A**

**EVIDENCE OF TRANSFER OF CLAIMS**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

The Bank of Nova Scotia, a Canadian chartered bank ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Elliott Associates, L.P., its successors and assigns, with offices at 40 West 57th Street, New York, New York 10019 ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Holdings Inc**. (Claim No.: 67931) in the amount of $131,667,013.00, plus any other amounts set forth in the proof of claim (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 14 day of September 2015.

Elliott Associates, L.P.
By: Elliott Capital Advisors, L.P., General Partner
By: Braxton Associates, Inc., General Partner

By:_____
Name:    **Elliot Greenberg**
Title:    **Vice President**

The Bank of Nova Scotia


By:_____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS IS EXECUTED THIS 14 day of September 2015.

        Elliott Associates, L.P.
        By: Elliott Capital Advisors, L.P., General Partner
        By: Braxton Associates, Inc., General Partner

        By:_____
        Name:
        Title:

        The Bank of Nova Scotia

        By: *[signature]*
        Name:
        Title: