UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            )
In re:                                                      )   Chapter 11
                                                            )
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    )   Case No. 08-13555 (JMP)
                                                            )
                                                            )
                                                            )
                                                            )
Debtors                                                     )   (Jointly Administered)
------------------------------------------------------------x

## TERMINATION OF SECURITY INTEREST IN CLAIM

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(4), Fed. R. Bankr. P., of the termination of the security interest in the claims referenced in this evidence and notice.

<u>CVF Lux Finco, LLC</u>
Name of Transferee

<u>CVF Lux Securities Trading S.à r.l</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
c/o Carval Investors LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Teri Salberg
(952) 984-3416

Case No. See attached Evidence of Transfer
Court Claim # (if known): See attached Evidence of Transfer
Amount of Claim Transferred for Security: See attached Evidence of Transfer
Date Claim Filed: See attached Evidence of Transfer
Debtor: See attached Evidence of Transfer

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent
CVF LUX FINCO, LLC
By: CVF LUX MASTER S.À.R.L.,
Its sole Member/Manager

By: _____
Name:     Cécile Gadisseur
Title:    Manager

Date:     September 14, 2015

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF
TERMINATION OF SECURITY INTEREST IN CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:   THE DEBTOR AND THE BANKRUPTCY COURT

Pursuant to that certain 3001(e)(4) (Transfer of Claim for Security) and Evidence of Transfer, copies of which are attached hereto as Exhibit A, CVF Lux Finco, LLC ("FINCO") granted a first priority security interest (the "Security Interest") to CVF Lux Securities Trading S.à r.l ("CVF") in respect of the claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers OTC Derivatives Inc. (the "Debtor"), the debtor in Case No. 08-13893 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), listed below (the "Claims").

| Court Claim # | Amount of Claim Terminated for Security | Date Claim Filed: | Debtor | Case No |
|---|---|---|---|---|
| 28160 | $2,716,782.05 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 28161 | $2,772,294.88 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 28162 | 1,375,605.01 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 28163 | $1,403,713.17 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |
| 28164 | $831,721.41 | 9/22/09 | Lehman Brothers OTC Derivatives Inc. | 08-13893 |
| 28165 | $855,827.53 | 9/22/09 | Lehman Brothers Holdings Inc. | 08-13555 |

For value received, the adequacy and sufficiency of which are hereby acknowledged, CVF hereby unconditionally and irrevocably terminates its Security Interest in the Claims.

CVF hereby waives any objection to the termination of its Security Interest in the Claims on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS FOR SECURITY is executed this 14th day of September 2015.

| CVF LUX FINCO, LLC<br>By: CVF LUX MASTER S.À.R.L.,<br>Its sole Member/Manager<br><br>By: _____<br>Name: Cécile Gadisseur<br>Title: Manager | CVF Lux Securities Trading S.à r.l.<br><br><br><br>By: _____<br>Name: Cécile Gadisseur<br>Title: Manager |

3