B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
    (Jointly Administered)

Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Goldman Sachs Lending Partners LLC | OZ Special Master Fund, Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

c/o Goldman, Sachs & Co.
30 Hudson Street, 38th Floor
Jersey City, NJ 07302
Attn:  Michelle Latzoni
Email: gsd.link@gs.com
Tel: (212) 934-3921

Court Claim # (if known): 68032 (amending 67939, which amended 67502, which in turn amended 11034)

Amount of Claim:  $329,870,721.00 (as allowed)

Amount of Claim Transferred: $3,428,211.62 (as allowed)

Date Claim Filed: March 6, 2012 (with respect to 68032)

Debtor: Lehman Brothers Holdings Inc.

Phone:      Phone:
Last Four Digits of Acct #:      Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

[signatures on next page]

Assignment (Claims)      - 5 -
892789v.1 3091/00641

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**
as Transferee

By: _____  Date: 09/04/2015
Name: Mehmet Barlas
Title: Authorized Signatory

Acknowledged and agreed:

**OZ SPECIAL MASTER FUND, LTD.**
as Transferor

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner


By: _____  Date: _____
Name: Joel Frank
Title: Chief Financial Officer


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**GOLDMAN SACHS LENDING PARTNERS LLC**
  as Transferee

By: _____         Date: _____
Name:
Title:


Acknowledged and agreed:

**OZ SPECIAL MASTER FUND, LTD.**
  as Transferor

By: OZ Management LP, its investment manager
By: Och-Ziff Holding Corporation, its general partner


By: _____         Date:   9/28/15
Name: Joel Frank
Title: Chief Financial Officer

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.