**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500
Holly R. Holecek, Esq.
hrh@lhmlawfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS, INC., et al.,

        Debtors.
---------------------------------------------------------------x

Chapter 11
Case No.: 08-13555 (SCC)
(Jointly Administered)

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE**, LaMonica Herbst & Maniscalco, LLP, by Holly R. Holecek, Esq., hereby withdraws its appearance in the above-captioned chapter 11 cases on behalf of The Locator Services Group Ltd. [Dkt. No. 50659] and requests that Holly R. Holecek, Esq. be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in these cases.

Dated: September 29, 2015
       Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**

By:   *s/ Holly R. Holecek*
      Holly R. Holecek, Esq.
      3305 Jerusalem Avenue
      Wantagh, New York 11793
      Telephone: (516) 826-6500