UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
:
In re: : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
----------------------------------------------------------------x
:
LEHMAN BROTHERS SPECIAL FINANCING :
INC., : Adv. Proc. No. 13-01330 (SCC)
:
Plaintiff, :
:
-against- :
:
FEDERAL HOME LOAN BANK OF :
CINCINNATI, :
:
Defendant. :
---------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, David A. Picon, and attorney admitted to practice before this Court, hereby enters his Appearance on behalf of Federal Home Loan Bank of Cincinnati in the above-captioned proceeding.

Dated: September 30, 2015
New York, New York

        PROSKAUER ROSE LLP

        By: */s/ David A. Picon*
            David A. Picon

        Eleven Times Square
        New York, New York 10036
        Telephone: (212) 969-3000
        Facsimile: (212) 969-2900
        Email:    dpicon@proskauer.com
        *Attorneys for Federal Home Loan Bank of Cincinnati*