UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------x
In re:                                                    :   Chapter 11
                                                          :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  :   Case No. 08-13555 (SCC)
                                                          :
                    Debtors.                              :   (Jointly Administered)
                                                          :
----------------------------------------------------------x
                                                          :
LEHMAN BROTHERS SPECIAL FINANCING                         :
INC.,                                                     :   Adv. Proc. No. 13-01330 (SCC)
                                                          :
                    Plaintiff,                            :
                                                          :
     -against-                                            :
                                                          :
FEDERAL HOME LOAN BANK OF                                 :
CINCINNATI,                                               :
                                                          :
                    Defendant.                            :
---------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Massiel Pedreira-Bethencourt, an attorney admitted to practice before this Court, hereby enters her Appearance on behalf of Federal Home Loan Bank of Cincinnati in the above-captioned proceeding.

Dated: September 30, 2015
       New York, New York

                                    PROSKAUER ROSE LLP

                                    By:   */s/ Massiel Pedreira –Bethencourt*
                                          Massiel Pedreira-Bethencourt

                                    Eleven Times Square
                                    New York, New York 10036
                                    Telephone:  (212) 969-3000
                                    Facsimile:  (212) 969-2900
                                    Email:    mpedreira@proskauer.com
                                    *Attorneys for Federal Home Loan Bank of Cincinnati*