UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                       :

| | | |
|---|---|---|
| In re: | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

-------------------------------------------------------------------------x   **Ref. Docket No. 51001**

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 28, 2015, I caused to be served the **"**Notice of Presentment of Second Stipulated Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to Claims of QVT Fund LP and Quintessence Fund L.P.," dated September 28, 2015 [Docket No. 51001], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Konstantina Haidopoulos*
                                                               Konstantina Haidopoulos

Sworn to before me this
29th day of September, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| charles_malloy@aporter.com | deggert@freebornpeters.com |
| chemrick@connellfoley.com | demetra.liggins@tklaw.com |
| chipford@parkerpoe.com | dennis.tracey@hoganlovells.com |
| chris.donoho@lovells.com | dfelder@orrick.com |
| christopher.greco@kirkland.com | dflanigan@polsinelli.com |
| claude.montgomery@dentons.com | dgrimes@reedsmith.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cmestres@aclawllp.com | dheffer@foley.com |
| cohen@sewkis.com | dhurst@coleschotz.com |
| cp@stevenslee.com | dhw@dhclegal.com |
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dshemano@peitzmanweg.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | edward.flanders@pillsburylaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |

Lehman Brothers Holdings Inc. Email Service List

efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com

holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jclose@chapman.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com

| | |
|---|---|
| jg5786@att.com | jschiller@bsfllp.com |
| jgenovese@gjb-law.com | jschreib@chapman.com |
| jgoodchild@morganlewis.com | jschwartz@hahnhessen.com |
| jguy@orrick.com | jsheerin@mcguirewoods.com |
| jhiggins@fdlaw.com | jsherman@bsfllp.com |
| jhorgan@phxa.com | jshickich@riddellwilliams.com |
| jhuggett@margolisedelstein.com | jsmairo@pbnlaw.com |
| jim@atkinslawfirm.com | jstoll@mayerbrown.com |
| jjtancredi@daypitney.com | jsullivan@mosessinger.com |
| jjureller@klestadt.com | jtimko@shutts.com |
| jlamar@maynardcooper.com | judy.morse@crowedunlevy.com |
| jlawlor@wmd-law.com | jvail@ssrl.com |
| jlee@foley.com | jwcohen@daypitney.com |
| jlevitin@cahill.com | jweiss@gibsondunn.com |
| jlscott@reedsmith.com | jwest@velaw.com |
| jmaddock@mcguirewoods.com | jwh@njlawfirm.com |
| jmakower@tnsj-law.com | jzulack@fzwz.com |
| jmazermarino@msek.com | kanema@formanlaw.com |
| jmelko@gardere.com | karen.wagner@dpw.com |
| jmerva@fult.com | karl.geercken@alston.com |
| jmmurphy@stradley.com | kdwbankruptcydepartment@kelleydrye.com |
| jmr@msf-law.com | keckhardt@hunton.com |
| jnm@mccallaraymer.com | keith.simon@lw.com |
| john.beck@hoganlovells.com | ken.coleman@allenovery.com |
| john.monaghan@hklaw.com | ken.higman@hp.com |
| john.mule@ag.state.mn.us | kerry.moynihan@hro.com |
| john.rapisardi@cwt.com | kgwynne@reedsmith.com |
| johnramirez@paulhastings.com | kiplok@hugheshubbard.com |
| jonathan.goldblatt@bnymellon.com | kit.weitnauer@alston.com |
| jonathan.henes@kirkland.com | kkelly@ebglaw.com |
| jorbach@hahnhessen.com | kkolbig@mosessinger.com |
| joseph.cordaro@usdoj.gov | klyman@irell.com |
| joseph.serino@kirkland.com | klynch@formanlaw.com |
| joshua.dorchak@morganlewis.com | kmayer@mccarter.com |
| jowen769@yahoo.com | kobak@hugheshubbard.com |
| joy.mathias@dubaiic.com | korr@orrick.com |
| jpintarelli@mofo.com | kovskyd@pepperlaw.com |
| jporter@entwistle-law.com | kressk@pepperlaw.com |
| jprol@lowenstein.com | kreynolds@mklawnyc.com |
| jrabinowitz@rltlawfirm.com | krodriguez@allenmatkins.com |
| jrsmith@hunton.com | krosen@lowenstein.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| kurt.mayr@bgllp.com | mcto@debevoise.com |
| landon@slollp.com | mcyganowski@oshr.com |
| lapeterson@foley.com | mdorval@stradley.com |
| lawallf@pepperlaw.com | meggie.gilstrap@bakerbotts.com |
| lawrence.gelber@srz.com | melorod@gtlaw.com |
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lee.whidden@dentons.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mginzburg@daypitney.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| lisa.solomon@att.net | mgreger@allenmatkins.com |
| ljkotler@duanemorris.com | mh1@mccallaraymer.com |
| lkatz@ltblaw.com | mhopkins@cov.com |
| lkiss@klestadt.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kelly@monarchlp.com |
| lmcgowen@orrick.com | michael.krauss@faegrebd.com |
| lnashelsky@mofo.com | michael.mccrory@btlaw.com |
| loizides@loizides.com | michaels@jstriallaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmendez@crb-law.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mberman@nixonpeabody.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mprimoff@kayescholer.com |
| mbloemsma@mhjur.com | mpucillo@bermanesq.com |
| mbossi@thompsoncoburn.com | mrosenthal@gibsondunn.com |
| mcademartori@sheppardmullin.com | mrothchild@mofo.com |
| mcarthurk@sullcrom.com | mruetzel@whitecase.com |
| mccarthyj@sullcrom.com | mschimel@sju.edu |
| mcordone@stradley.com | msegarra@mayerbrown.com |

mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com

raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

Lehman Brothers Holdings Inc. Email Service List

wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**<u>Additional Emails</u>**
alfredo.perez@weil.com
garrett.fail@weil.com
jacqueline.marcus@weil.com
robert.lemons@weil.com