UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re: : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x  Ref. Docket No. 51005

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2015, I caused to be served the "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Plan Administrator's Five Hundred Fifth Omnibus Objection to Claims (Valued Derivative Claims)," dated September 28, 2015 [Docket No. 51005], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *OFFICE OF THE U.S. TRUSTEE, U.S. FEDERAL OFFICE BUILDING, ATTN: WILLIAM K. HARRINGTON, ESQ., SUSAN D. GOLDEN, ESQ., ANDREA B. SCHWARTZ, ESQ., 201 VARICK STREET, ROOM 1006, NEW YORK, NY 10014.*

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
29th day of September, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\505th Omnibus Certificate of No Objection_DI 51005_AFF_9-28-15.docx

# EXHIBIT A

# Exhibit A

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com, efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com