UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
In re:                                                             :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    08-13555 (SCC)
                                                                   :
                         Debtors.                                  :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x    Ref. Docket No. 51006

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 28, 2015, I caused to be served the "Notice of Hearing on Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims)," dated September 28, 2015, to which was attached the "Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims)," dated September 28, 2015 [Docket No. 51006], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Carol Zhang*
                                                                      Carol Zhang

Sworn to before me this
29th day of September, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018
T:\Clients\LBH\Affidavits\509th Omnibus Objection_DI 51006_AFF_9-28-15.docx

# EXHIBIT A

# LEHMAN BROTHERS INC.
MASTER SERVICE OVERNIGHT MAIL LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

# LEHMAN BROTHERS INC.
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | jschwartz@hahnhessen.com |
| aalfonso@willkie.com | jsheerin@mcguirewoods.com |
| abeaumont@fklaw.com | jsherman@bsfllp.com |
| abraunstein@riemerlaw.com | jshickich@riddellwilliams.com |
| acaton@kramerlevin.com | jsmairo@pbnlaw.com |
| adarwin@nixonpeabody.com | jstoll@mayerbrown.com |
| adiamond@diamondmccarthy.com | jsullivan@mosessinger.com |
| adk@msf-law.com | jtimko@shutts.com |
| aeckstein@blankrome.com | judy.morse@crowedunlevy.com |
| aentwistle@entwistle-law.com | jvail@ssrl.com |
| afriedman@irell.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jweiss@gibsondunn.com |
| aglenn@kasowitz.com | jwest@velaw.com |
| agold@herrick.com | jwh@njlawfirm.com |
| agoldstein@tnsj-law.com | jzulack@fzwz.com |
| aisenberg@saul.com | kanema@formanlaw.com |
| akadish@dtlawgroup.com | karen.wagner@dpw.com |
| akantesaria@oppenheimerfunds.com | karl.geercken@alston.com |
| akolod@mosessinger.com | kdwbankruptcydepartment@kelleydrye.com |
| alum@ftportfolios.com | keckhardt@hunton.com |
| amarder@msek.com | keith.simon@lw.com |
| amartin@sheppardmullin.com | ken.coleman@allenovery.com |
| amcmullen@boultcummings.com | ken.higman@hp.com |
| amenard@tishmanspeyer.com | kerry.moynihan@hro.com |
| amh@amhandlerlaw.com | kgwynne@reedsmith.com |
| andrew.brozman@cliffordchance.com | kiplok@hugheshubbard.com |
| andrew.lourie@kobrekim.com | kit.weitnauer@alston.com |
| andrewtenzer@paulhastings.com | kkelly@ebglaw.com |
| angelich.george@arentfox.com | kkolbig@mosessinger.com |
| angie.owens@skadden.com | klyman@irell.com |
| ann.reynaud@shell.com | klynch@formanlaw.com |
| anthony_boccanfuso@aporter.com | kmayer@mccarter.com |
| aoberry@bermanesq.com | kobak@hugheshubbard.com |
| aostrow@beckerglynn.com | korr@orrick.com |
| appleby@chapman.com | kovskyd@pepperlaw.com |
| aquale@sidley.com | kressk@pepperlaw.com |
| arainone@bracheichler.com | kreynolds@mklawnyc.com |
| arheaume@riemerlaw.com | krodriguez@allenmatkins.com |
| arosenblatt@chadbourne.com | krosen@lowenstein.com |
| arthur.rosenberg@hklaw.com | kurt.mayr@bgllp.com |
| arwolf@wlrk.com | landon@slollp.com |

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| aseuffert@lawpost-nyc.com | lapeterson@foley.com |
| ashmead@sewkis.com | lawallf@pepperlaw.com |
| asnow@ssbb.com | lawrence.gelber@srz.com |
| asomers@rctlegal.com | lberkoff@moritthock.com |
| aunger@sidley.com | lee.stremba@troutmansanders.com |
| austin.bankruptcy@publicans.com | lee.whidden@dentons.com |
| avenes@whitecase.com | lgranfield@cgsh.com |
| azylberberg@whitecase.com | lhandelsman@stroock.com |
| bankruptcy@goodwin.com | lisa.solomon@att.net |
| bankruptcy@morrisoncohen.com | ljkotler@duanemorris.com |
| bankruptcy@ntexas-attorneys.com | lkatz@ltblaw.com |
| bankruptcymatters@us.nomura.com | lkiss@klestadt.com |
| barbra.parlin@hklaw.com | lmarinuzzi@mofo.com |
| bbisignani@postschell.com | lmcgowen@orrick.com |
| bcarlson@co.sanmateo.ca.us | lnashelsky@mofo.com |
| bdk@schlamstone.com | loizides@loizides.com |
| ben.lewis@hoganlovells.com | lschweitzer@cgsh.com |
| bguiney@pbwt.com | lucdespins@paulhastings.com |
| bmanne@tuckerlaw.com | mabrams@willkie.com |
| bmiller@mofo.com | maofiling@cgsh.com |
| boneill@kramerlevin.com | marc.chait@sc.com |
| brian.corey@greentreecreditsolutions.com | margolin@hugheshubbard.com |
| brosenblum@jonesday.com | mark.bane@ropesgray.com |
| brotenberg@wolffsamson.com | mark.ellenberg@cwt.com |
| broy@rltlawfirm.com | mark.mckane@kirkland.com |
| bruce.wright@sutherland.com | mark.sherrill@sutherland.com |
| bstrickland@wtplaw.com | marvin.clements@ag.tn.gov |
| btrust@mayerbrown.com | matt@willaw.com |
| bturk@tishmanspeyer.com | matthew.klepper@dlapiper.com |
| bwolf@kramerlevin.com | maustin@orrick.com |
| bwolfe@sheppardmullin.com | mbenner@tishmanspeyer.com |
| cahn@clm.com | mberman@nixonpeabody.com |
| canelas@pursuitpartners.com | mbienenstock@proskauer.com |
| cbelisle@wfw.com | mbloemsma@mhjur.com |
| cbelmonte@ssbb.com | mbossi@thompsoncoburn.com |
| cdesiderio@nixonpeabody.com | mcademartori@sheppardmullin.com |
| cfarley@mccarter.com | mcarthurk@sullcrom.com |
| cgonzalez@diazreus.com | mccarthyj@sullcrom.com |
| chad.husnick@kirkland.com | mcordone@stradley.com |
| chammerman@paulweiss.com | mcto@debevoise.com |
| charles@filardi-law.com | mcyganowski@oshr.com |

2

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| charles_malloy@aporter.com | mdorval@stradley.com |
| chemrick@connellfoley.com | meggie.gilstrap@bakerbotts.com |
| chipford@parkerpoe.com | melorod@gtlaw.com |
| chris.donoho@lovells.com | meltzere@pepperlaw.com |
| christopher.greco@kirkland.com | metkin@lowenstein.com |
| claude.montgomery@dentons.com | mfeldman@willkie.com |
| clynch@reedsmith.com | mginzburg@daypitney.com |
| cmestres@aclawllp.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |

3

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| deggert@freebornpeters.com | mspeiser@stroock.com |
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dennis.tracey@hoganlovells.com | munno@sewkis.com |
| dfelder@orrick.com | mvenditto@reedsmith.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dgrimes@reedsmith.com | mwarren@mtb.com |
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbinder@binderschwartz.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmark@kasowitz.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dworkman@bakerlaw.com | psp@njlawfirm.com |
| easmith@venable.com | ptrostle@jenner.com |
| ebcalvo@pbfcm.com | raj.madan@skadden.com |
| ecohen@russell.com | ramona.neal@hp.com |
| edward.flanders@pillsburylaw.com | raul.alcantar@alcantarlaw.com |
| efleck@milbank.com | rbeacher@pryorcashman.com |

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| efriedman@fklaw.com | rbernard@foley.com |
| efriedman@friedmanspring.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | richard.fingard@newedge.com |
| ezujkowski@emmetmarvin.com | richard.lear@hklaw.com |
| fcarruzzo@kramerlevin.com | richard@rwmaplc.com |
| ffm@bostonbusinesslaw.com | rick.murphy@sutherland.com |
| fhenn@law.nyc.gov | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| glenn.siegel@morganlewis.com | rroupinian@outtengolden.com |
| gmoss@riemerlaw.com | rrussell@andrewskurth.com |
| goldenberg@ssnyc.com | russj4478@aol.com |
| gplotko@kramerlevin.com | sabin.willett@bingham.com |
| gspilsbury@jsslaw.com | sabramowitz@velaw.com |
| guzman@sewkis.com | sabvanrooy@hotmail.com |
| harrisjm@michigan.gov | sally.henry@skadden.com |
| harveystrickon@paulhastings.com | samuel.cavior@pillsburylaw.com |
| hbeltzer@mayerbrown.com | sandyscafaria@eaton.com |
| heim.steve@dorsey.com | scargill@lowenstein.com |
| heiser@chapman.com | schager@ssnyc.com |
| hmagaliff@r3mlaw.com | schannej@pepperlaw.com |
| hollace.cohen@troutmansanders.com | schepis@pursuitpartners.com |

5

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| holsen@stroock.com | schnabel.eric@dorsey.com |
| hooper@sewkis.com | schristianson@buchalter.com |
| howard.hawkins@cwt.com | scott.golden@hoganlovells.com |
| hrh@lhmlawfirm.com | scottj@sullcrom.com |
| hseife@chadbourne.com | scottshelley@quinnemanuel.com |
| hsnovikoff@wlrk.com | scousins@armstrongteasdale.com |
| hsteel@brownrudnick.com | sdnyecf@dor.mo.gov |
| icatto@mwe.com | seba.kurian@invesco.com |
| igoldstein@proskauer.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jclose@chapman.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| jdwarner@warnerandscheuerman.com | sory@fdlaw.com |
| jdweck@sutherland.com | squsba@stblaw.com |
| jdyas@halperinlaw.net | sree@lcbf.com |
| jean-david.barnea@usdoj.gov | sschultz@akingump.com |
| jeanites@whiteandwilliams.com | sselbst@herrick.com |
| jeannette.boot@wilmerhale.com | sshimshak@paulweiss.com |
| jeff.wittig@coair.com | sskelly@teamtogut.com |
| jeldredge@velaw.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jfalgowski@reedsmith.com | stephen.hessler@kirkland.com |
| jfreeberg@wfw.com | steve.ginther@dor.mo.gov |

# LEHMAN BROTHERS INC.
MASTER SERVICE E-MAIL LIST

jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wchen@tnsj-law.com
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com

**LEHMAN BROTHERS INC.**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| jschiller@bsfllp.com | yuwatoko@mofo.com |
| jschreib@chapman.com | |

8

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| IRONBRIDGE ASPEN COLLECTION, LLC | DUNCAN BARBER, ESQ BIEGING, SHAPIRO & BURRUS, LLP 4582 S. ULSTER ST. PKWY, SUITE 1650 DENVER CO 80237 |
| IRONBRIDGE ASPEN COLLECTION, LLC | PO BOX 10493 ASPEN CO 81612 |
| IRONBRIDGE HOMES, LLC | DUNCAN E. BARBER, ESQ. BIEGING SHAPIRO & BURRUS LLP 4582 S. ULSTER ST. PKWY SUITE 1650 DENVER CO 80237 |
| IRONBRIDGE HOMES, LLC | PO BOX G ASPEN CO 81612 |
| IRONBRIDGE MOUNTAIN COTTAGES, LLC | DUNCAN BARBER, ESQ BIEGING, SHAPIRO & BURRUS, LLP 4582 S. ULSTER ST. PKWY, SUITE 1650 DENVER CO 80237 |
| IRONBRIDGE MOUNTAIN COTTAGES, LLC | PO BOX 10493 ASPEN CO 81612 |
| IRONBRIDGE PROPERTY OWNERS ASSOCIATION | 1512 GRAND AVENUE SUITE 109 GLENWOOD SPRINGS GLENWOOD SPRINGS CO 81601 |

**Total Creditor count  7**