EXHIBIT C

## LEHMAN BROTHERS FINANCE AG IN LIQUIDATION

SW Zürich
R 14. Jan. 2013
BES/VW

To: BNP Paribas SA
16, boulevard des Italiens
75009 Paris
France
Attn: The Management

Cc: Schellenberg Wittmer
Benno Strub
Löwenstrasse 19
PO Box 1876
8021 Zurich
Switzerland

Cc: by email: cedric.evrat@bnpparibas.com

Zurich, 10 January 2013

**Claim submitted to Lehman Brothers Finance AG in Liquidation under an ISDA Master Agreement dated 8 June 1994 between Lehman Brothers Finance AG and BNP Paribas (formerly Banque Paribas) ("BNPP") (the "Agreement")**

Dear Sirs

In the bankruptcy proceedings of Lehman Brothers Finance AG in Liquidation ("LBF"), BNPP has submitted a claim dated 24 September, 2012 against LBF in the amount of USD 120,079,135.00 which includes interest in the amount of USD 6,121,110.00 calculated up to the date of the claim, plus legal fees in the amount of GBP 11,000.00. BNPP claims interest up to the date of payment. LBF has converted these amounts into Swiss francs as at 22 December 2008 using the USD/CHF exchange rate of 1.09130000 and the GBP/CHF exchange rate of 1.61745961 resulting in a claim of CHF 131,060,152.09.

In your claim submitted, you request payment of interest accruing after the opening of bankruptcy of 22 December 2008 in the amount of USD 5,342,245.00. Please note that interest stops accruing by virtue of law following the opening of bankruptcy (Art. 209 para. 1 SchKG).

Accordingly, the Liquidator would allow BNPP's claim in the amount of CHF 125,230,160.12 in its schedule of claims.

This letter is for information purposes only and does not bind the Liquidator. The Liquidator expressly reserves its rights to change its view and to take a different decision on BNPP's claims in the schedule of claims.

Kind regards,

Lehman Brothers Finance AG in Liquidation
PricewaterhouseCoopers AG as appointed bankruptcy liquidator

_____          _____
for Christiana Suhr Brunner                            Pascal Portmann

LEHMAN BROTHERS FINANCE AG IN LIQUIDATION (PRICEWATERHOUSECOOPERS AG AS APPOINTED BANKRUPTCY LIQUIDATOR)
STAMPFENBACHSTRASSE 48 – P.O.BOX 2828 – CH-8006 ZURICH – SWITZERLAND
TELEPHONE (41) 44 287 88 42