...

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
In re                                        :    Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       :    08-13555 (SCC)
                                             :
                   Debtors.                  :    (Jointly Administered)
                                             :
------------------------------------------------------------------ x
```

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED SECOND OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF No. 49999], which was scheduled for October 8, 2015 at 10:00 a.m. (Eastern Time), has been adjourned *sine die* solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:  October 1, 2015
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95482212\1\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| Banca Monte dei Paschi di Siena spa | 28176 |

WEIL:\95482212\1\58399.0011