**MAYER BROWN LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel. (212) 506-2500
Fax (212) 262-1910
Howard S. Beltzer, Esq.
Christine A. Walsh, Esq.

*Counsel to BNP Paribas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>**Case No. 08-13555 (SCC)**<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, James Hennessey, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the State Bar of New York and admitted to practice in this Court, and that on October 2, 2015, I caused a copy of the Response of BNP Paribas to Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) (the "Response") to be served by hand delivery upon: The Honorable Shelley C. Chapman, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004.

I further certify that on October 1, 2015, I caused copies of the Response to be served by electronic mail upon: (i) Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Garrett Fail, Esq. (garrett.fail@weil.com) and Melissa Siegel, Esq. (melissa.siegel@weil.com), and (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Andrea B.

717947296

Schwartz, Esq., andrea.b.schwartz@usdoj.gov, Susan Golden, Esq., susan.golden@usdoj.gov, and William K. Harrington, Esq., william.k.harrington@usdoj.gov.

I further certify that on October 1, 2015, upon electronic filing of the Response, electronic mail filing notifications of the Response were caused to be sent to all attorneys of record registered to receive electronic mail notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated:  New York, New York
        October 2, 2015

                                            /s/ James Hennessey
                                            James Hennessey

717947296                         2