## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court, Southern District of New York

AND TO:    LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
Chapter 11, Case No. 08-13555 ("Case")

Claim Nos. 17247 and 67079

Permal Stone Lion Fund Ltd. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Chase Lincoln First Commercial Corporation
> Mail Code: NY1-M138
> 383 Madison Avenue – Floor 37
> New York, New York 10179
> ATTN: Jeffrey L. Panzo
> Telephone No.: (212) 834-5857
> Email: Jeffrey.L.Panzo@jpmorgan.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:

- Proof of Claim No. 17247 solely to the extent of $3,000,000.00
- Proof of Claim No. 67079 solely to the extent of $1,000,000.00

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

PERMAL STONE LION FUND LTD.
By: Stone Lion Capital Partners L.P.,
Its Investment Manager
By: _____
Name: __Claudia Borg__
Title: __Authorized Signatory__
Date: __10/2/15__

CHASE LINCOLN FIRST COMMERCIAL CORPORATION
By: _____
Name: __Christopher Cestaro__
Title: __Authorized Signatory__
Date: __10/2/15__

J:\CLS\Claims\Lehman\(LCPI)\(LCPI) Stone Lion to CLFCC [1966325], 8.19.15TD, 25M\EOT (LCPI-LBHI) Permal SL to CLFCC (from Danske and Swedbank) $4MM, 67079,80, 17427, 19487 POCs.docx