# United States Bankruptcy Court
# Southern District of New York

In re: Lehman Brothers Holdings, Inc. et al.          Case No. 08-13555 (SCC) (Jointly Administered)

## PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Stonehill Institutional Partners, L.P. | Chase Lincoln First Commercial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ops Department c/o Stonehill Capital Management LLC
885 Third Avenue, 30th Floor
New York, New York 10022
Telephone Number: 212-739-7470
Fax Number: 212-838-2291
Email Address: ops@stonehillcap.com

Last Four Digits of Acct. #: _____

Court Claim Number: 67080

Amount of Claim Transferred: $9,000,000.00, plus all interest, fees and other recoveries due.

Date Claim Filed: September 20, 2010

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**STONEHILL INSTITUTIONAL PARTNERS, L.P.**

By: Stonehill Capital Management LLC,
    its Investment Adviser

By: _____         Date: 10/2/15
Name: Tom Varky
Title: Authorized Signatory

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

159-727/COURT/4778166.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>     Case No. <u>08-13555 (SCC) (Jointly Administered)</u>

### PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 67080 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claims other than for Security in the Clerk's office of this court on           .

| Chase Lincoln First Commercial Corporation | Stonehill Institutional Partners, L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| Chase Lincoln First Commercial Corporation<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, NY 10179<br>Attn: Jeffrey L. Panzo<br>Email Address: Jeffrey.L.Panzo@jpmorgan.com<br>Telephone Number: 212-834-5857 | Ops Department c/o Stonehill Capital Management LLC<br>885 Third Avenue, 30th Floor<br>New York, New York  10022<br>Telephone Number: 212-739-7470<br>Fax Number: 212-838-2291<br>Email Address: ops@stonehillcap.com |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____                                    _____
                                                                                                        CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court, Southern District of New York

AND TO: LEHMAN COMMERCIAL PAPER INC. ("Debtor")
Case No. 08-13900 (jointly administered under In re Lehman Brothers Holdings Inc., et al., Chapter 11, Case No. 08-13555) ("Case")

Claim Nos. 67080

Chase Lincoln First Commercial Corporation ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Stonehill Institutional Partners, L.P. 885 Third Avenue, 30th Floor
New York, New York 10022
ATTN: Thomas Varkey
Telephone No.: (212) 212.739-7474
Email: tvarkey@stonehillcap.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:
- Proof of Claim No. 67080 solely to the extent of $9,000,000.00

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| CHASE LINCOLN FIRST COMMERCIAL CORPORATION | STONEHILL INSTITUTIONAL PARTNERS, L.P.<br>By: STONEHILL CAPITAL MANAGEMENT LLC, its Investment Adviser |
|---|---|
| By: _____<br>Name: Christopher Gestaro<br>Title: Authorized Signatory<br>Date: 10/2/15 | By: _____<br>Name: Tom Varkey<br>Title: Authorized Signature<br>Date: 9/30/15 |

J:\CLS\Claims\Lehman\(LCPI)\(LCPI) CLFCC to Stone Hill (from Stone Lion) [1966326], 8.19.15TD, 25M\EOT (LCPI-LBHI) CL to Stonehill (from Danske and Swedbank) $25M, 67079,80, 17427, 19487 POCs.docx