**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re:                                              :   Chapter 11 Case No.
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   08-13555 (SCC)
                                                    :
                            Debtors.                :   (Jointly Administered)
                                                    :
------------------------------------------------------------------x   Ref. Docket No. 51014

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 30, 2015, I caused to be served the "Notice of Adjournment of Hearing on Debtors' Application to Assume Certain Executory Contracts," dated September 30, 2015 [Docket No. 51014], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
1st day of October, 2015
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| Claim Name | Address Information |
|---|---|
| ALEX R. ROVIRA, MICHAEL G. BURKE | SIDLEY AUSTIN LLP 787 SEVENTH AVE NEW YORK NY 10019 |
| ANDREW C. GOLD | HANH V. HUYNH HERRICK, FEINSTEIN LLP 2 PARK AVE NEW YORK NY 10016 |
| BRYAN KRAKAUER | SIDLEY AUSTIN LLP ONE SOUTH DEARBORN CHICAGO IL 60603 |
| CHADBOURNE & PARKE LLP | ATTN: DAVID M. LEMAY, CHRISTY L. RIVERA 1301 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CHAPMAN AND CUTLER LLP | CRAIG M. PRICE 330 MADISON AVE, 34TH FL NEW YORK NY 10017-5010 |
| CHARLES M. TATELBAUM | STEVEN E. SEWARD HINSHAW & CULBERTSON LLP 1 EAST BROWARD BOULEVARD STE 1010 FT. LAUDERDALE FL 33301 |
| CLIFFORD CHANCE US LLP | JENNIFER C. DEMARCO DAVID A. SULLIVAN 31 WEST 52ND ST NEW YORK NY 10019 |
| DLA PIPER LLP (US) | THOMAS R. CALIFANO, ESQ. DANIEL G. EGAN, ESQ. 1251 AVE OF THE AMERICAS, 25TH FLR. NEW YORK NY 10020 |
| ERIC A. SCHAFFER | MICHAEL J. VENDITTO REED SMITH LLP 599 LEXINGTON AVE NEW YORK NY 10022 |
| JAMES E. SPIOTTO | ANN E. ACKER FRANKLIN H. TOP, III JEREMY SCHREIBER CHAPMAN AND CUTLER LLP 111 WEST MONROE ST CHICAGO IL 60603 |
| JENNIFER C. DEMARCO | SARA M. TAPINEKIS CLIFFORD CHANCE US LLP 31 WEST 52ND ST NEW YORK NY 10019 |
| JENNIFER C. DEMARCO | DAVID A. SULLIVAN 31 WEST 52ND STREET NEW YORK NY 10019 |
| LAUREN MACKSOUD | JOSHUA FRIEDMAN KRAMER LEVIN NAFTALIS & FRANKEL LLP 1177 AVE OF THE AMERICAS NEW YORK NY 10036 |
| STEVEN J. FINK | THOMAS C. MITCHELL ORRICK, HERRINGTON & SUTCLIFFE LLP 51 WEST 52ND ST NEW YORK NY 10019-6142 |

**Total Creditor count  14**

# EXHIBIT B

Lehman Brothers Holdings Inc. Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

Lehman Brothers Holdings Inc. Email Service List

charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dshemano@peitzmanweg.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com

efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com

holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jclose@chapman.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jfreeberg@wfw.com

Lehman Brothers Holdings Inc. Email Service List

jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com

jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com

Lehman Brothers Holdings Inc. Email Service List

kurt.mayr@bgllp.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com

mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mshiner@tuckerlaw.com | raul.alcantar@alcantarlaw.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| munno@sewkis.com | rdaversa@orrick.com |
| mvenditto@reedsmith.com | relgidely@gjb-law.com |
| mwarner@coleschotz.com | rflanagan@flanassoc.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com |
| nbinder@binderschwartz.com | rgoodman@moundcotton.com |
| nbojar@fklaw.com | rgraham@whitecase.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com |
| neilberger@teamtogut.com | richard@rwmaplc.com |
| nherman@morganlewis.com | rick.murphy@sutherland.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| nlepore@schnader.com | rleek@hodgsonruss.com |
| notice@bkcylaw.com | rlevin@cravath.com |
| nyrobankruptcy@sec.gov | rmatzat@hahnhessen.com |
| otccorpactions@finra.org | rnetzer@willkie.com |
| paronzon@milbank.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.honeywell@klgates.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | robin.keller@lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| peter.simmons@friedfrank.com | rpedone@nixonpeabody.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rroupinian@outtengolden.com |
| pfinkel@wilmingtontrust.com | rrussell@andrewskurth.com |
| phayden@mcguirewoods.com | russj4478@aol.com |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | samuel.cavior@pillsburylaw.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |
| raj.madan@skadden.com | scargill@lowenstein.com |
| ramona.neal@hp.com | schager@ssnyc.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| schannej@pepperlaw.com | stephen.hessler@kirkland.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | streusand@slollp.com |
| scott.golden@hoganlovells.com | susheelkirpalani@quinnemanuel.com |
| scottj@sullcrom.com | swolowitz@mayerbrown.com |
| scottshelley@quinnemanuel.com | szuch@wiggin.com |
| scousins@armstrongteasdale.com | tannweiler@greerherz.com |
| sdnyecf@dor.mo.gov | tbrock@ssbb.com |
| seba.kurian@invesco.com | tdewey@dpklaw.com |
| sehlers@armstrongteasdale.com | tgoren@mofo.com |
| sfalanga@connellfoley.com | thomas.califano@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.harkness@freshfields.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgraziano@blbglaw.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmm@mullaw.org |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tomwelsh@orrick.com |
| sidorsky@butzel.com | tsalter@blankrome.com |
| sldreyfuss@hlgslaw.com | tslome@msek.com |
| sleo@bm.net | tunrad@burnslev.com |
| slerman@ebglaw.com | vguldi@zuckerman.com |
| slerner@ssd.com | villa@slollp.com |
| slevine@brownrudnick.com | vmilione@nixonpeabody.com |
| sloden@diamondmccarthy.com | vrubinstein@loeb.com |
| smillman@stroock.com | wanda.goodloe@cbre.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wchen@tnsj-law.com |
| sory@fdlaw.com | wcurchack@loeb.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wisotska@pepperlaw.com |
| sselbst@herrick.com | wk@pwlawyers.com |
| sshimshak@paulweiss.com | wmaher@wmd-law.com |
| sskelly@teamtogut.com | wmarcari@ebglaw.com |
| sstarr@starrandstarr.com | wmckenna@foley.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephen.cowan@dlapiper.com | wswearingen@llf-law.com |

Lehman Brothers Holdings Inc. Email Service List

wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com