B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | HHLF L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

Court Claim # (if known): <u>33160</u>
Amount of Claim Transferred: <u>$13,494.37</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____  Date: October 1, 2015
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: _____  Date: October 1, 2015
Transferor/Transferor's Agent
Claudia Borg
General Counsel

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (SCC)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | HHLF L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Court Claim # (if known): 27310
Amount of Claim Transferred: $532,999.63
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

HHLF L.P.
By: HHLF LLC, its General Partner
By: SLGP Partners L.P., its Managing Member

By: _____
Transferor/Transferor's Agent
**Claudia Borg**
General Counsel

Date: October 1, 2015

17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                                       (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>          <u>HHLF L.P.</u>
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>33614</u>
should be sent:                                    Amount of Claim Transferred: <u>$400,487.87</u>
                                                   Date Claim Filed: <u>09/22/2009</u>
1585 Broadway, 2nd Floor                           Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa                                  Court Claim # (if known): <u>33659</u>
Tel: 212-761-1069                                  Amount of Claim Transferred: <u>$50,731.34</u>
Email: nydocs@morganstanley.com                    Date Claim Filed: <u>09/22/2009</u>
                                                   Debtor: <u>Lehman Brothers Special Financing Inc.</u>
With a copy to:
                                                   Court Claim # (if known): <u>33582</u>
Chapman and Cutler LP                              Amount of Claim Transferred: <u>$139,472.29</u>
1270 Avenue of the Americas, 30th Floor            Date Claim Filed: <u>09/22/2009</u>
New York, NY 10020-1708                            Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000                                  Court Claim # (if known): <u>33585</u>
Fax: 212-697-7210                                  Amount of Claim Transferred: <u>$199,653.36</u>
Email: zelinsky@chapman.com                        Date Claim Filed: <u>09/22/2009</u>
                                                   Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                   Court Claim # (if known): <u>33588</u>
                                                   Amount of Claim Transferred: <u>$83,470.76</u>
                                                   Date Claim Filed: <u>09/22/2009</u>
                                                   Debtor: <u>Lehman Brothers Special Financing Inc.</u>

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: *(signed)* John Ragusa
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

HHLF L.P.
By: HHLF LLC, its General Partner
    By: SLGP Partners L.P., its Managing Member

By: *(signed)*
Transferor/Transferor's Agent
Claudia Borg
General Counsel

Date: October 1, 2015

19