B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>      <u>LLSM L.P.</u>
Name of Transferee          Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3218</u>
Amount of Claim Transferred:  <u>$1,337,845.80</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

15

3853741.01.05.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____

Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
  By: LLS General Partner Ltd., its General Partner

Date: _October 1, 2015_

By: _____

Transferor/Transferor's Agent

Claudia Borg
Authorized Signatory

16

3853741.01.05

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferee | <u>LLSM L.P.</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>3220</u>
Amount of Claim Transferred:  <u>$786,392.24</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

15

3853747.01.05.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____

Transferee/Transferee's Agent
John Raguse
Authorized Signatory

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
   By: LLS General Partner Ltd., its General Partner

By: _____

Transferor/Transferor's Agent

Claudia Borg
Authorized Signatory

Date: _October 1, 2015_

16

3853747.01.05

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.　　　　Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>　<u>LLSM L.P.</u>
Name of Transferee　　　　　　　　　　　Name of Transferor

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Court Claim # (if known): <u>3221</u>
Amount of Claim Transferred: <u>$467,134.25</u>
Date Claim Filed: <u>3/6/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

15

3853712.01.06.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____

Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
By: LLS General Partner Ltd., its General Partner

By: _____

Transferor/Transferor's Agent
Claudia Borg
**Authorized Signatory**

Date: October 1, 2015

16

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>MORGAN STANLEY SENIOR FUNDING, INC.</u> | <u>LLSM L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred:  <u>$1,027,273.38</u>
Date Claim Filed: <u>09/22/2009</u>

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____
Transferor/Transferor's Agent

**Claudia Borg**
**Authorized Signatory**

Date: _October 1, 2015_

17

**EXHIBIT B**
B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

In re Lehman Brothers Holdings, Inc., et al. Debtors          Case No. 08-13555(SCC)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Morgan Stanley Senior Funding, Inc.          LLSM L.P.
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 66107 (which amended 33613)
Amount of Claim: $2,568,183.66

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Date Claim Filed: January 12, 2010 (originally filed September 18, 2009)
Debtor: Lehman Brothers Special Financing Inc.

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

8

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____     Date: _October 1, 2015_
         Transferee/Transferee's Agent
                   **John Ragusa**
              **Authorized Signatory**

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
      By: LLS General Partner Ltd., its General Partner     Date: _October 1, 2015_

By: _____
         Transferor/Transferor's Agent
         **Claudia Borg**
         **Authorized Signatory**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.