B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferee | <u>LLSM L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>1585 Broadway, 2nd Floor<br>New York, NY 10036<br>Attn: John Ragusa<br>Tel: 212-761-1069<br>Email: nydocs@morganstanley.com | Court Claim # (if known): <u>19936</u><br>Amount of Claim Transferred: <u>$1,540,910.20</u><br>Date Claim Filed: <u>09/21/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
    Transferee/Transferee's Agent
    **John Ragusa**
    **Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____
    Transferor/Transferor's Agent
    **Claudia Borg**
    **Authorized Signatory**

Date: October 1, 2015

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferee | <u>LLSM L.P.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>1585 Broadway, 2nd Floor<br>New York, NY 10036<br>Attn: John Ragusa<br>Tel: 212-761-1069<br>Email: nydocs@morganstanley.com | Court Claim # (if known): <u>24539</u><br>Amount of Claim Transferred: <u>$3,801,215.71</u><br>Date Claim Filed: <u>3/6/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

15

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: ____*John Ragusa*____
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: ____*Claudia Borg*____
Transferor/Transferor's Agent
Claudia Borg
Authorized Signatory

Date: October 1, 2015

16

3853749.01.05

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.         Case No. 08-13555 (SCC)
                                                              (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | LLSM L.P. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Court Claim # (if known): 33160
Amount of Claim Transferred: $807,436.94
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

17

3853763.01.04.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____
Transferor/Transferor's Agent

Claudia Borg
Authorized Signatory

Date: October 1, 2015

18

3853763.01.04

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>     <u>LLSM L.P.</u>
Name of Transferee                                                     Name of Transferor

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Court Claim # (if known): <u>27310</u>
Amount of Claim Transferred: <u>$1,027,273.47</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

By: _____
Transferor/Transferor's Agent

Claudia Borg
**Authorized Signatory**

Date: October 1, 2015

17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (SCC)</u>
                                                                 (Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | LLSM L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

Court Claim # (if known): 33591
Amount of Claim Transferred: $495,918.83
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33614
Amount of Claim Transferred: $1,100,744.93
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33659
Amount of Claim Transferred: $1,588,240.61
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33582
Amount of Claim Transferred: $383,341.00
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33585
Amount of Claim Transferred: $548,749.27
Date Claim Filed: 09/22/2009

Debtor:  Lehman Brothers Special Financing Inc.

Court Claim # (if known):  33588
Amount of Claim Transferred:  $229,420.23
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____*John Ragusa*_____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
    By: LLS General Partner Ltd., its General Partner

By: _____*signature*_____
Transferor/Transferor's Agent
**Claudia Borg**
**Authorized Signatory**

Date: _October 1, 2015_