B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                                      (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>     <u>LLSM L.P.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>33160</u>
should be sent:                                  Amount of Claim Transferred:  <u>$65,745.50</u>
                                                 Date Claim Filed:  <u>09/22/2009</u>
1585 Broadway, 2nd Floor                         Debtor:  <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent

**John Ragusa
Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

Date: _October 1, 2015_

By: _____
Transferor/Transferor's Agent

**Claudia Borg
Authorized Signatory**

55

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                                      (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>   <u>LLSM L.P.</u>
Name of Transferee                           Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>27310</u>
should be sent:                                 Amount of Claim Transferred:  <u>$2,596,811.21</u>
                                                Date Claim Filed:  <u>09/22/2009</u>
1585 Broadway, 2nd Floor                        Debtor:  <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
BY: LLS GP L.P., ITS GENERAL PARTNER
By: LLS General Partner Ltd., its General Partner

Date: October 1, 2015

By: _____
Transferor/Transferor's Agent

**Claudia Borg**
**Authorized Signatory**

17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                          (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>      <u>LLSM L.P.</u>
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): <u>33614</u>
should be sent:                                 Amount of Claim Transferred: <u>$1,951,204.70</u>
                                                Date Claim Filed: <u>09/22/2009</u>
1585 Broadway, 2nd Floor                        Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa                               Court Claim # (if known): <u>33659</u>
Tel: 212-761-1069                               Amount of Claim Transferred: <u>$247,166.62</u>
Email: nydocs@morganstanley.com                 Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>
With a copy to:
                                                Court Claim # (if known): <u>33582</u>
Chapman and Cutler LP                           Amount of Claim Transferred: <u>$679,518.70</u>
1270 Avenue of the Americas, 30th Floor         Date Claim Filed: <u>09/22/2009</u>
New York, NY 10020-1708                         Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000                               Court Claim # (if known): <u>33585</u>
Fax: 212-697-7210                               Amount of Claim Transferred: <u>$972,725.04</u>
Email: zelinsky@chapman.com                     Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                Court Claim # (if known): <u>33588</u>
                                                Amount of Claim Transferred: <u>$406,675.35</u>
                                                Date Claim Filed: <u>09/22/2009</u>
                                                Debtor: <u>Lehman Brothers Special Financing Inc.</u>

18

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

LLSM L.P.
By: LLS GP L.P., its General Partner
       By: LLS General Partner Ltd., its General Partner

By: _____
Transferor/Transferor's Agent
**Claudia Borg**
**Authorized Signatory**

Date: _October 1, 2015_

19