B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>   <u>SL LIQUIDATION FUND L.P.</u>
Name of Transferee                         Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known):  <u>19936</u>
should be sent:                                 Amount of Claim Transferred:  <u>$976,180.82</u>
                                                Date Claim Filed:  <u>09/21/2009</u>
1585 Broadway, 2nd Floor                        Debtor:  <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

17

3853906.01.05.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _John Ragusa_____
    Transferee/Transferee's Agent
    **John Ragusa**
    **Authorized Signatory**

Date: _October 1, 2015_____

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____
    Transferor/Transferor's Agent
    **Claudia Borg**
    **General Counsel**

Date: _October 1, 2015_____

18

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                                       (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>          <u>SL LIQUIDATION FUND L.P.</u>
Name of Transferee                                   Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>24539</u>
should be sent:                                   Amount of Claim Transferred: <u>$2,407,709.29</u>
                                                  Date Claim Filed: <u>3/6/2009</u>
1585 Broadway, 2nd Floor                          Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

15

3853749.01.05.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
       Transferee/Transferee's Agent
              John Ragusa
            Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SL LIQUIDATION FUND L.P.
By: SL Liquidation LLC, its General Partner
    By: SLGP Partners L.P., its Managing Member

Date: October 1, 2015

By: _____
       Transferor/Transferor's Agent
              Claudia Borg
             General Counsel

16

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (SCC)
                                                              (Jointly Administered)


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


MORGAN STANLEY SENIOR FUNDING, INC.          SL LIQUIDATION FUND L.P.
Name of Transferee                            Name of Transferor

Name and Address where notices to transferee   Court Claim # (if known): 33160
should be sent:                                 Amount of Claim Transferred: $41,650.38
                                                Date Claim Filed: 09/22/2009
1585 Broadway, 2nd Floor                        Debtor: Lehman Brothers Special Financing Inc.
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

3853782.01.04.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____John Ragusa_____
      Transferee/Transferee's Agent
      John Ragusa
      **Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

By: _____Claudia Borg_____
      Transferor/Transferor's Agent
      Claudia Borg
      General Counsel

Date: October 1, 2015

17

3853782.01.04

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
                                                                       (Jointly Administered)


## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>          <u>SL LIQUIDATION FUND L.P.</u>
Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>27310</u>
should be sent:                                    Amount of Claim Transferred: <u>$650,787.22</u>
                                                   Date Claim Filed: <u>09/22/2009</u>
1585 Broadway, 2nd Floor                           Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

17

3854600.01.04.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _John Ragusa_____
    Transferee/Transferee's Agent
    **John Ragusa**
    **Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.


Acknowledged and agreed:

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

Date: _October 1, 2015_

By: _____
    Transferor/Transferor's Agent
    **Claudia Borg**
    General Counsel

18

3854600.01.04

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.        Case No. <u>08-13555 (SCC)</u>
                                                                   (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>        <u>SL Liquidation Fund L.P.</u>
Name of Transferee                                Name of Transferor

Name and Address where notices to transferee     Court Claim # (if known): <u>33591</u>
should be sent:                                   Amount of Claim Transferred: <u>$314,169.16</u>
                                                  Date Claim Filed: <u>09/22/2009</u>
1585 Broadway, 2nd Floor                          Debtor: <u>Lehman Brothers Special Financing Inc.</u>
New York, NY 10036
Attn: John Ragusa                                 Court Claim # (if known): <u>33614</u>
Tel: 212-761-1069                                 Amount of Claim Transferred: <u>$697,332.06</u>
Email: nydocs@morganstanley.com                   Date Claim Filed: <u>09/22/2009</u>
                                                  Debtor: <u>Lehman Brothers Special Financing Inc.</u>
With a copy to:
                                                  Court Claim # (if known): <u>33659</u>
Chapman and Cutler LP                             Amount of Claim Transferred: <u>$1,006,165.07</u>
1270 Avenue of the Americas, 30th Floor           Date Claim Filed: <u>09/22/2009</u>
New York, NY 10020-1708                           Debtor: <u>Lehman Brothers Special Financing Inc.</u>
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000                                 Court Claim # (if known): <u>33582</u>
Fax: 212-697-7210                                 Amount of Claim Transferred: <u>$242,850.06</u>
Email: zelinsky@chapman.com                       Date Claim Filed: <u>09/22/2009</u>
                                                  Debtor: <u>Lehman Brothers Special Financing Inc.</u>

                                                  Court Claim # (if known): <u>33585</u>

19

3855905.01.04.docx

Amount of Claim Transferred: <u>$347,637.72</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33588</u>
Amount of Claim Transferred: <u>$145,339.83</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

20

3855905.01.04.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
    Transferee/Transferee's Agent
            John Ragusa
         Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

SL LIQUIDATION FUND L.P.
BY: SL LIQUIDATION LLC, ITS GENERAL PARTNER
BY: SLGP PARTNERS L.P., ITS MANAGING MEMBER

Date: October 1, 2015

By: _____
    Transferor/Transferor's Agent
            Claudia Borg
          General Counsel

21

3855905.01.04