B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>          <u>HHLF L.P.</u>
Name of Transferee                                                        Name of Transferor

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

Court Claim # (if known): <u>33591</u>
Amount of Claim Transferred: <u>$101,788.13</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33614</u>
Amount of Claim Transferred: <u>$225,929.65</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33659</u>
Amount of Claim Transferred: <u>$325,988.91</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33582</u>
Amount of Claim Transferred: <u>$78,681.35</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33585</u>
Amount of Claim Transferred: <u>$112,631.66</u>
Date Claim Filed: <u>09/22/2009</u>

19

Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known):  <u>33588</u>
Amount of Claim Transferred:  <u>$47,088.87</u>
Date Claim Filed:  <u>09/22/2009</u>
Debtor:  <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
        Transferee/Transferee's Agent

        **John Ragusa**
        **Authorized Signatory**

Date: _October 1, 2015_

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

HHLF L.P.
By: HHLF LLC, its General Partner
        By: SLGP Partners L.P., its Managing Member

By: _____
        Transferor/Transferor's Agent

        **Claudia Borg**
        General Counsel

Date: _October 1, 2015_