B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| MORGAN STANLEY SENIOR FUNDING, INC. | PERMAL STONE LION FUND LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

Court Claim # (if known): <u>33160</u>
Amount of Claim Transferred: <u>$87,316.59</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

17

3853763.01.04.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: John Ragusa
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

Date: October 1, 2015

By:
Transferor/Transferor's Agent

**Claudia Borg**
**Authorized Signatory**

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferee | <u>PERMAL STONE LION FUND LTD.</u><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>1585 Broadway, 2nd Floor<br>New York, NY 10036<br>Attn: John Ragusa<br>Tel: 212-761-1069<br>Email: nydocs@morganstanley.com<br><br>With a copy to:<br><br>Chapman and Cutler LP<br>1270 Avenue of the Americas, 30th Floor<br>New York, NY 10020-1708<br>Attn: Marina Zelinsky, Esq.<br>Tel: 212-655-6000<br>Fax: 212-697-7210<br>Email: zelinsky@chapman.com | Court Claim # (if known): <u>27310</u><br>Amount of Claim Transferred: <u>$111,089.80</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

16

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____
Transferor/Transferor's Agent
Claudia Borg
Authorized Signatory

Date: October 1, 2015

17

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>MORGAN STANLEY SENIOR FUNDING, INC.</u>    <u>Permal Stone Lion Fund Ltd.</u>
Name of Transferee    Name of Transferor

Name and Address where notices to transferee should be sent:

1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Tel: 212-761-1069
Email: nydocs@morganstanley.com

With a copy to:

Chapman and Cutler LP
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
Attn: Marina Zelinsky, Esq.
Tel: 212-655-6000
Fax: 212-697-7210
Email: zelinsky@chapman.com

Court Claim # (if known): <u>33614</u>
Amount of Claim Transferred: <u>$211,004.14</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33659</u>
Amount of Claim Transferred: <u>$26,728.71</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33582</u>
Amount of Claim Transferred: <u>$73,483.45</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33585</u>
Amount of Claim Transferred: <u>$105,190.92</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

Court Claim # (if known): <u>33588</u>
Amount of Claim Transferred: <u>$43,978.05</u>
Date Claim Filed: <u>09/22/2009</u>
Debtor: <u>Lehman Brothers Special Financing Inc.</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____
Transferee/Transferee's Agent
**John Ragusa**
**Authorized Signatory**

Date: October 1, 2015

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

PERMAL STONE LION FUND LTD.
BY: STONE LION CAPITAL PARTNERS L.P., INVESTMENT MANAGER

By: _____
Transferor/Transferor's Agent
**Claudia Borg**
**Authorized Signatory**

Date: October 1, 2015