Logistik
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

Einschreiben
US Bankruptcy Court
Southern District of New York
Re: Lehman Brothers Holdings, Inc.
One Bowling Green
New York, NY 10004-1408
USA



Zürich, 21. September 2015

Partial Transfer of Claim „Lehman Brothers Securities NV"

Dear Sir or Madam,

Please find enclosed the originally signed "Notice Pursuant to Bankruptcy Rule 3001" and "Evidence of Transfer of Claim", released by UBS on September 14, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0324890440 |
| Titel: | 5 % (10 % P.A) Barrier Reverse Convertible Lehman Br.Sec NV 2007-30.10.08 (EXP.23.10.08) on a Basket of Shs -In default- |
| Nominal: | Nom. -150'000- |

**AND**

| | |
|---|---|
| ISIN: | ANN5214A8303 |
| Titel: | Certificates Lehman Br.Sec NV 2007-10.11.08 (EXP.27.10.08) on a Bskt of Shs -In Default- |
| Nominal: | units -100- |

| | |
|---|---|
| Transferor: | UBS |
| Transferee: | Arthur Schmed |
| Initial Proof of Claim Number: | 59233 |

Best regards

Zürcher Kantonalbank

Oguzhan Demirel                    Sandro Azzolina

Zürcher Kantonalbank
1/1

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED SEP 28 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

In re:   Lehman Brothers Holdings Inc.            Case No.: 08-13555 (JMP)
                                                  Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Arthur Schmed** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Arthur Schmed<br>Bellevueweg 1<br>8832 Wollerau | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br><br>CHF 150'000.00 (face amount of securities)<br>Units    100.00 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Oguzhan Demirel / Sondra Azzolina_    Date: 21.09.2015
Zürcher Kantonalbank
Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC392 UBS0230 ZKBZH 150K 100 units 2750605-3042385

Page 1 of 3

# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"): CHF 150'000.00
                                                                                                          Units: 100.00

This Evidence of Transfer of Claim relates **solely** to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-30.10.08 | XS0324890440 | LBS NV | Lehman Bros Holding Inc. | CHF 150'000.00 out of CHF 52'547'000.00 |

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV 2007-10.11.08 | ANN5214A8303 | LBS NV | Lehman Bros Holding Inc. | Units 100.00 out of Units 455.00 |

The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Arthur Schmed
Bellevueweg 1
CH-8832 Wollerau
Tel: +41 44 888 99 90

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOC392 UBS0230 ZKBZH 150K 100 units 2750605-3042385

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 14, 2015.

**UBS AG**
Transferor

By: _____
Name: Stephan Gfeller
Title: Associate Director

By: _____
Name: Matthias Mohos
Title: Associate Director