**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                       :    08-13555 (SCC)
                                                                   :
            Debtors.                                               :    (Jointly Administered)
                                                                   :
---------------------------------------------------------------------x    Ref. Docket No. 51024

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 1, 2015, I caused to be served the "Notice of Adjournment of Hearing on the Five Hundred Second Omnibus Objection to Claims (Insufficient Documentation Claims)," dated October 1, 2015 [Docket No. 51024], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Carol Zhang*
                                                            Carol Zhang

Sworn to before me this
1st day of October, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADD-OVN**
BANCA MONTE DEI PASCHI DI SIENA SPA
TRANSFEROR: ANTHRACITE RATED INVESTMENTS (JERSEY) LTD
ATTN: GIOVANNI FULCI
AREA FINANZA TESORERIA E CAPITAL MANAGEMENT
SERVIZIO GOVERNO STRATEGICO DEL RISCHIO
SETTORE FINANZA E MERCATI, VIA ROSELLINI, 16
MILAN 20124
ITALY

1

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| aaaronson@dilworthlaw.com | ashmead@sewkis.com |
| aalfonso@willkie.com | asnow@ssbb.com |
| abeaumont@fklaw.com | asomers@rctlegal.com |
| abraunstein@riemerlaw.com | aunger@sidley.com |
| acaton@kramerlevin.com | austin.bankruptcy@publicans.com |
| adarwin@nixonpeabody.com | avenes@whitecase.com |
| adiamond@diamondmccarthy.com | azylberberg@whitecase.com |
| adk@msf-law.com | bankruptcy@goodwin.com |
| aeckstein@blankrome.com | bankruptcy@morrisoncohen.com |
| aentwistle@entwistle-law.com | bankruptcy@ntexas-attorneys.com |
| afriedman@irell.com | bankruptcymatters@us.nomura.com |
| agbanknewyork@ag.tn.gov | barbra.parlin@hklaw.com |
| aglenn@kasowitz.com | bbisignani@postschell.com |
| agold@herrick.com | bcarlson@co.sanmateo.ca.us |
| agoldstein@tnsj-law.com | bdk@schlamstone.com |
| aisenberg@saul.com | ben.lewis@hoganlovells.com |
| akadish@dtlawgroup.com | bguiney@pbwt.com |
| akantesaria@oppenheimerfunds.com | bmanne@tuckerlaw.com |
| akolod@mosessinger.com | bmiller@mofo.com |
| alum@ftportfolios.com | boneill@kramerlevin.com |
| amarder@msek.com | brian.corey@greentreecreditsolutions.com |
| amartin@sheppardmullin.com | brosenblum@jonesday.com |
| amcmullen@boultcummings.com | brotenberg@wolffsamson.com |
| amenard@tishmanspeyer.com | broy@rltlawfirm.com |
| amh@amhandlerlaw.com | bruce.wright@sutherland.com |
| andrew.brozman@cliffordchance.com | bstrickland@wtplaw.com |
| andrew.lourie@kobrekim.com | btrust@mayerbrown.com |
| andrewtenzer@paulhastings.com | bturk@tishmanspeyer.com |
| angelich.george@arentfox.com | bwolf@kramerlevin.com |
| angie.owens@skadden.com | bwolfe@sheppardmullin.com |
| ann.reynaud@shell.com | cahn@clm.com |
| anthony_boccanfuso@aporter.com | canelas@pursuitpartners.com |
| aoberry@bermanesq.com | cbelisle@wfw.com |
| aostrow@beckerglynn.com | cbelmonte@ssbb.com |
| appleby@chapman.com | cdesiderio@nixonpeabody.com |
| aquale@sidley.com | cfarley@mccarter.com |
| arainone@bracheichler.com | cgonzalez@diazreus.com |
| arheaume@riemerlaw.com | chad.husnick@kirkland.com |
| arosenblatt@chadbourne.com | chammerman@paulweiss.com |
| arthur.rosenberg@hklaw.com | charles@filardi-law.com |
| arwolf@wlrk.com | charles_malloy@aporter.com |
| aseuffert@lawpost-nyc.com | chemrick@connellfoley.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| chipford@parkerpoe.com | dfelder@orrick.com |
| chris.donoho@lovells.com | dflanigan@polsinelli.com |
| christopher.greco@kirkland.com | dgrimes@reedsmith.com |
| claude.montgomery@dentons.com | dhayes@mcguirewoods.com |
| clynch@reedsmith.com | dheffer@foley.com |
| cmestres@aclawllp.com | dhurst@coleschotz.com |
| cohen@sewkis.com | dhw@dhclegal.com |
| cp@stevenslee.com | diconzam@gtlaw.com |
| cpappas@dilworthlaw.com | djcarragher@daypitney.com |
| craig.goldblatt@wilmerhale.com | djoseph@stradley.com |
| craigjustinalbert@gmail.com | dkessler@ktmc.com |
| crmomjian@attorneygeneral.gov | dkozusko@willkie.com |
| csalomon@beckerglynn.com | dlemay@chadbourne.com |
| cschreiber@winston.com | dlipke@vedderprice.com |
| cshore@whitecase.com | dmark@kasowitz.com |
| cshulman@sheppardmullin.com | dmcguire@winston.com |
| cszyfer@stroock.com | dmiller@steinlubin.com |
| cwalsh@mayerbrown.com | dmurray@jenner.com |
| cward@polsinelli.com | dneier@winston.com |
| cweber@ebg-law.com | dodonnell@milbank.com |
| cweiss@ingramllp.com | dove.michelle@dorsey.com |
| dallas.bankruptcy@publicans.com | dpegno@dpklaw.com |
| dave.davis@isgria.com | draelson@fisherbrothers.com |
| david.bennett@tklaw.com | drosenzweig@fulbright.com |
| david.heller@lw.com | drosner@goulstonstorrs.com |
| david.livshiz@freshfields.com | drosner@kasowitz.com |
| david.powlen@btlaw.com | dshaffer@wtplaw.com |
| davids@blbglaw.com | dshemano@peitzmanweg.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dtatge@ebglaw.com |
| dbaumstein@whitecase.com | dtheising@harrisonmoberly.com |
| dbesikof@loeb.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | easmith@venable.com |
| dcrapo@gibbonslaw.com | ebcalvo@pbfcm.com |
| ddavis@paulweiss.com | ecohen@russell.com |
| ddrebsky@nixonpeabody.com | edward.flanders@pillsburylaw.com |
| ddunne@milbank.com | efleck@milbank.com |
| deggermann@kramerlevin.com | efriedman@fklaw.com |
| deggert@freebornpeters.com | efriedman@friedmanspring.com |
| demetra.liggins@tklaw.com | ekbergc@lanepowell.com |
| dennis.tracey@hoganlovells.com | eleicht@whitecase.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| emagnelli@bracheichler.com | hsteel@brownrudnick.com |
| emerberg@mayerbrown.com | icatto@mwe.com |
| enkaplan@kaplanlandau.com | igoldstein@proskauer.com |
| eobrien@sbchlaw.com | irethy@stblaw.com |
| eschwartz@contrariancapital.com | israel.dahan@cwt.com |
| etillinghast@sheppardmullin.com | iva.uroic@dechert.com |
| ezujkowski@emmetmarvin.com | jacobsonn@sec.gov |
| fcarruzzo@kramerlevin.com | jalward@blankrome.com |
| ffm@bostonbusinesslaw.com | james.heaney@lawdeb.com |
| fhenn@law.nyc.gov | james.mcclammy@dpw.com |
| fhyman@mayerbrown.com | james.sprayregen@kirkland.com |
| foont@foontlaw.com | jamesboyajian@gmail.com |
| fsosnick@shearman.com | jamestecce@quinnemanuel.com |
| fyates@sonnenschein.com | jar@outtengolden.com |
| gabriel.delvirginia@verizon.net | jay.hurst@oag.state.tx.us |
| gary.ravertpllc@gmail.com | jay@kleinsolomon.com |
| gbray@milbank.com | jbeemer@entwistle-law.com |
| george.south@dlapiper.com | jbeiers@co.sanmateo.ca.us |
| ggitomer@mkbattorneys.com | jbromley@cgsh.com |
| ggoodman@foley.com | jcarberry@cl-law.com |
| giddens@hugheshubbard.com | jchristian@tobinlaw.com |
| gkaden@goulstonstorrs.com | jclose@chapman.com |
| glenn.siegel@dechert.com | jdoran@haslaw.com |
| glenn.siegel@morganlewis.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gplotko@kramerlevin.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| guzman@sewkis.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.gore@shell.com |
| heiser@chapman.com | jfalgowski@reedsmith.com |
| hmagaliff@r3mlaw.com | jfreeberg@wfw.com |
| hollace.cohen@troutmansanders.com | jg5786@att.com |
| holsen@stroock.com | jgenovese@gjb-law.com |
| hooper@sewkis.com | jgoodchild@morganlewis.com |
| howard.hawkins@cwt.com | jguy@orrick.com |
| hrh@lhmlawfirm.com | jhiggins@fdlaw.com |
| hseife@chadbourne.com | jhorgan@phxa.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| jhuggett@margolisedelstein.com | jstoll@mayerbrown.com |
| jim@atkinslawfirm.com | jsullivan@mosessinger.com |
| jjtancredi@daypitney.com | jtimko@shutts.com |
| jjureller@klestadt.com | judy.morse@crowedunlevy.com |
| jlamar@maynardcooper.com | jvail@ssrl.com |
| jlawlor@wmd-law.com | jwcohen@daypitney.com |
| jlee@foley.com | jweiss@gibsondunn.com |
| jlevitin@cahill.com | jwest@velaw.com |
| jlscott@reedsmith.com | jwh@njlawfirm.com |
| jmaddock@mcguirewoods.com | jzulack@fzwz.com |
| jmakower@tnsj-law.com | kanema@formanlaw.com |
| jmazermarino@msek.com | karen.wagner@dpw.com |
| jmelko@gardere.com | karl.geercken@alston.com |
| jmerva@fult.com | kdwbankruptcydepartment@kelleydrye.com |
| jmmurphy@stradley.com | keckhardt@hunton.com |
| jmr@msf-law.com | keith.simon@lw.com |
| jnm@mccallaraymer.com | ken.coleman@allenovery.com |
| john.beck@hoganlovells.com | ken.higman@hp.com |
| john.monaghan@hklaw.com | kerry.moynihan@hro.com |
| john.mule@ag.state.mn.us | kgwynne@reedsmith.com |
| john.rapisardi@cwt.com | kiplok@hugheshubbard.com |
| johnramirez@paulhastings.com | kit.weitnauer@alston.com |
| jonathan.goldblatt@bnymellon.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com | kmayer@mccarter.com |
| joshua.dorchak@morganlewis.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| jpintarelli@mofo.com | kressk@pepperlaw.com |
| jporter@entwistle-law.com | kreynolds@mklawnyc.com |
| jprol@lowenstein.com | krodriguez@allenmatkins.com |
| jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | landon@slollp.com |
| jschreib@chapman.com | lapeterson@foley.com |
| jschwartz@hahnhessen.com | lawallf@pepperlaw.com |
| jsheerin@mcguirewoods.com | lawrence.gelber@srz.com |
| jsherman@bsfllp.com | lberkoff@moritthock.com |
| jshickich@riddellwilliams.com | lee.stremba@troutmansanders.com |
| jsmairo@pbnlaw.com | lee.whidden@dentons.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| lgranfield@cgsh.com | mgordon@briggs.com |
| lhandelsman@stroock.com | mgreger@allenmatkins.com |
| lisa.solomon@att.net | mh1@mccallaraymer.com |
| ljkotler@duanemorris.com | mhopkins@cov.com |
| lkatz@ltblaw.com | michael.frege@cms-hs.com |
| lkiss@klestadt.com | michael.kelly@monarchlp.com |
| lmarinuzzi@mofo.com | michael.krauss@faegrebd.com |
| lmcgowen@orrick.com | michael.mccrory@btlaw.com |
| lnashelsky@mofo.com | michaels@jstriallaw.com |
| loizides@loizides.com | millee12@nationwide.com |
| lschweitzer@cgsh.com | miller@taftlaw.com |
| lucdespins@paulhastings.com | mimi.m.wong@irscounsel.treas.gov |
| mabrams@willkie.com | mitchell.ayer@tklaw.com |
| maofiling@cgsh.com | mjedelman@vedderprice.com |
| marc.chait@sc.com | mjr1@westchestergov.com |
| margolin@hugheshubbard.com | mlahaie@akingump.com |
| mark.bane@ropesgray.com | mlandman@lcbf.com |
| mark.ellenberg@cwt.com | mlichtenstein@crowell.com |
| mark.mckane@kirkland.com | mlynch2@travelers.com |
| mark.sherrill@sutherland.com | mmendez@crb-law.com |
| marvin.clements@ag.tn.gov | mmorreale@us.mufg.jp |
| matt@willaw.com | mneier@ibolaw.com |
| matthew.klepper@dlapiper.com | monica.lawless@brookfieldproperties.com |
| maustin@orrick.com | mpage@kelleydrye.com |
| mbenner@tishmanspeyer.com | mparry@mosessinger.com |
| mberman@nixonpeabody.com | mprimoff@kayescholer.com |
| mbienenstock@proskauer.com | mpucillo@bermanesq.com |
| mbloemsma@mhjur.com | mrosenthal@gibsondunn.com |
| mbossi@thompsoncoburn.com | mrothchild@mofo.com |
| mcademartori@sheppardmullin.com | mruetzel@whitecase.com |
| mcarthurk@sullcrom.com | mschimel@sju.edu |
| mccarthyj@sullcrom.com | msegarra@mayerbrown.com |
| mcordone@stradley.com | mshiner@tuckerlaw.com |
| mcto@debevoise.com | msolow@kayescholer.com |
| mcyganowski@oshr.com | mspeiser@stroock.com |
| mdorval@stradley.com | mstamer@akingump.com |
| meggie.gilstrap@bakerbotts.com | munno@sewkis.com |
| melorod@gtlaw.com | mvenditto@reedsmith.com |
| meltzere@pepperlaw.com | mwarner@coleschotz.com |
| metkin@lowenstein.com | mwarren@mtb.com |
| mfeldman@willkie.com | nathan.spatz@pillsburylaw.com |
| mginzburg@daypitney.com | nbinder@binderschwartz.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| nbojar@fklaw.com | rhett.campbell@tklaw.com |
| ncoco@mwe.com | richard.fingard@newedge.com |
| neal.mann@oag.state.ny.us | richard.lear@hklaw.com |
| ned.schodek@shearman.com | richard@rwmaplc.com |
| neilberger@teamtogut.com | rick.murphy@sutherland.com |
| nherman@morganlewis.com | rjones@boultcummings.com |
| nissay_10259-0154@mhmjapan.com | rleek@hodgsonruss.com |
| nlepore@schnader.com | rlevin@cravath.com |
| notice@bkcylaw.com | rmatzat@hahnhessen.com |
| nyrobankruptcy@sec.gov | rnetzer@willkie.com |
| otccorpactions@finra.org | robert.dombroff@bingham.com |
| paronzon@milbank.com | robert.honeywell@klgates.com |
| pbattista@gjb-law.com | robert.malone@dbr.com |
| pbosswick@ssbb.com | robert.yalen@usdoj.gov |
| pdublin@akingump.com | robin.keller@lovells.com |
| peisenberg@lockelord.com | roger@rnagioff.com |
| peter.gilhuly@lw.com | ross.martin@ropesgray.com |
| peter.macdonald@wilmerhale.com | rpedone@nixonpeabody.com |
| peter.simmons@friedfrank.com | rrainer@wmd-law.com |
| peter@bankrupt.com | rroupinian@outtengolden.com |
| pfeldman@oshr.com | rrussell@andrewskurth.com |
| pfinkel@wilmingtontrust.com | russj4478@aol.com |
| phayden@mcguirewoods.com | sabin.willett@bingham.com |
| philip.wells@ropesgray.com | sabramowitz@velaw.com |
| pmaxcy@sonnenschein.com | sabvanrooy@hotmail.com |
| ppascuzzi@ffwplaw.com | sally.henry@skadden.com |
| ppatterson@stradley.com | samuel.cavior@pillsburylaw.com |
| psp@njlawfirm.com | sandyscafaria@eaton.com |
| ptrostle@jenner.com | scargill@lowenstein.com |
| raj.madan@skadden.com | schager@ssnyc.com |
| ramona.neal@hp.com | schannej@pepperlaw.com |
| raul.alcantar@alcantarlaw.com | schepis@pursuitpartners.com |
| rbeacher@pryorcashman.com | schnabel.eric@dorsey.com |
| rbernard@foley.com | schristianson@buchalter.com |
| rbyman@jenner.com | scott.golden@hoganlovells.com |
| rdaversa@orrick.com | scottj@sullcrom.com |
| relgidely@gjb-law.com | scottshelley@quinnemanuel.com |
| rflanagan@flanassoc.com | scousins@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sdnyecf@dor.mo.gov |
| rgmason@wlrk.com | seba.kurian@invesco.com |
| rgoodman@moundcotton.com | sehlers@armstrongteasdale.com |
| rgraham@whitecase.com | sfalanga@connellfoley.com |

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,
MASTER SERVICE E-MAIL LIST

| | |
|---|---|
| sfelderstein@ffwplaw.com | tbrock@ssbb.com |
| sfineman@lchb.com | tdewey@dpklaw.com |
| sfox@mcguirewoods.com | tgoren@mofo.com |
| sgordon@cahill.com | thomas.califano@dlapiper.com |
| sgraziano@blbglaw.com | timothy.harkness@freshfields.com |
| sgubner@ebg-law.com | tjfreedman@pbnlaw.com |
| sharbeck@sipc.org | tkiriakos@mayerbrown.com |
| shari.leventhal@ny.frb.org | tlauria@whitecase.com |
| shgross5@yahoo.com | tmacwright@whitecase.com |
| sidorsky@butzel.com | tmm@mullaw.org |
| sldreyfuss@hlgslaw.com | tnixon@gklaw.com |
| sleo@bm.net | toby.r.rosenberg@irscounsel.treas.gov |
| slerman@ebglaw.com | tomwelsh@orrick.com |
| slerner@ssd.com | tsalter@blankrome.com |
| slevine@brownrudnick.com | tslome@msek.com |
| sloden@diamondmccarthy.com | tunrad@burnslev.com |
| smillman@stroock.com | vguldi@zuckerman.com |
| smulligan@bsblawyers.com | villa@slollp.com |
| snewman@katskykorins.com | vmilione@nixonpeabody.com |
| sory@fdlaw.com | vrubinstein@loeb.com |
| squsba@stblaw.com | wanda.goodloe@cbre.com |
| sree@lcbf.com | wbenzija@halperinlaw.net |
| sschultz@akingump.com | wchen@tnsj-law.com |
| sselbst@herrick.com | wcurchack@loeb.com |
| sshimshak@paulweiss.com | wfoster@milbank.com |
| sskelly@teamtogut.com | will.sugden@alston.com |
| sstarr@starrandstarr.com | wisotska@pepperlaw.com |
| steele@lowenstein.com | wk@pwlawyers.com |
| stephen.cowan@dlapiper.com | wmaher@wmd-law.com |
| stephen.hessler@kirkland.com | wmarcari@ebglaw.com |
| steve.ginther@dor.mo.gov | wmckenna@foley.com |
| steven.usdin@flastergreenberg.com | wsilverm@oshr.com |
| streusand@slollp.com | wswearingen@llf-law.com |
| susheelkirpalani@quinnemanuel.com | wtaylor@mccarter.com |
| swolowitz@mayerbrown.com | wzoberman@bermanesq.com |
| szuch@wiggin.com | yuwatoko@mofo.com |
| tannweiler@greerherz.com | |