WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (SCC)
                                                :
               Debtors.                         :    (Jointly Administered)
                                                :
-------------------------------------------------------------------x
```

**NOTICE OF ADJOURNMENT OF**
**HEARING ON THE FOUR HUNDRED NINETY-SIXTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 48956], which was scheduled for October 8, 2015 at 10:00 a.m. (Eastern Time), has been **adjourned** *sine die* with respect to the claims listed on Exhibit A annexed hereto.

Dated:   October 6, 2015
         New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates

## **EXHIBIT A**

| Claimant | Claim No. | Response |
|---|---|---|
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27290 | ECF No. 49427 |
| Kookmin Bank as Trustee and UBS Hana Asset Management Co., Ltd. | 27291 | ECF No. 49426 |