B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.          Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>VÄRDE INVESTMENT PARTNERS, L.P.</u>          <u>MORGAN STANLEY SENIOR FUNDING, INC.</u>
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee    Court Claim # (if known): <u>24539</u>
should be sent:                                  Amount of Claim Transferred: <u>$780,077.22</u>
                                                 Date Claim Filed: <u>3/6/2009</u>
Värde Investment Partners, L.P.                  Debtor: <u>Lehman Brothers Special Financing Inc.</u>
8500 Normandale Lake Blvd.
Suite 1500
Minneapolis, MN 55437
Tel:    952.374.6983
Email: esteffer@varde.com

15

3856603.01.03 - AOC 24539 MS to Varde.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By:_____ Scott T. Hartman                Date:    October 5, 2015
Transferee/Transferee's Agent        Managing Director


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.


By:_____                                  Date:    October 5, 2015
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory