**EXHIBIT B**
B 210A (Form 210A) (12/09)

**United States Bankruptcy Court**

**Southern District of New York**

<u>In re Lehman Brothers Holdings, Inc.</u>, et al. Debtors             Case No. <u>08-13555(SCC)</u>

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.  Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001 (e), Fed. R. Bankr. P. of the transfer of the claim.  Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes.  Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim.  Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| <u>VÄRDE INVESTMENT PARTNERS, L.P.</u> | <u>Morgan Stanley Senior Funding, Inc.</u> |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>66107 (which amended 33613)</u> |
| | Amount of Claim: <u>$2,568,183.66</u> |
| Värde Investment Partners, L.P. | Date Claim Filed: <u>January 12, 2010 (originally filed September 18, 2009)</u> |
| 8500 Normandale Lake Blvd. | |
| Suite 1500 | Debtor: <u>Lehman Brothers Special Financing Inc.</u> |
| Minneapolis, MN  55437 | |
| Tel:     952.374.6983 | |
| Email:  esteffer@varde.com | |

9

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

Date: October 5, 2015

By: _____
    Scott T. Hartman
    Managing Director
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

Date: October 5, 2015

By: _____
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

10

AOC 66107 (ZAIS) MS to Varde - 3856901.01.02.docx