B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>VÄRDE INVESTMENT PARTNERS, L.P.</u><br>Name of Transferee | <u>MORGAN STANLEY SENIOR FUNDING, INC.</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Värde Investment Partners, L.P.<br>8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN 55437<br>Tel:   952.374.6983<br>Email: esteffer@varde.com | Court Claim # (if known): <u>33160</u><br>Amount of Claim Transferred: <u>$511,518.75</u><br>Date Claim Filed: <u>09/22/2009</u><br>Debtor: <u>Lehman Brothers Special Financing Inc.</u> |

17

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____ Scott T. Hartman, Managing Director       Date: October 5, 2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____       Date: October 5, 2015
    Transferor/Transferor's Agent
    John Ragusa
    Authorized Signatory

18

AOC 33160 (Ore Hill) MS to Varde - 3856609.01.03.docx