B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.   Case No. 08-13555 (SCC)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VÄRDE INVESTMENT PARTNERS, L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Värde Investment Partners, L.P.
8500 Normandale Lake Blvd.
Suite 1500
Minneapolis, MN  55437
Tel:    952.374.6983
Email:  esteffer@varde.com

Court Claim # (if known): 33591
Amount of Claim Transferred: $314,169.24
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33614
Amount of Claim Transferred: $697,332.06
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33659
Amount of Claim Transferred: $1,006,165.07
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33582
Amount of Claim Transferred: $242,850.06
Date Claim Filed: 09/22/2009
Debtor: Lehman Brothers Special Financing Inc.

Court Claim # (if known): 33585
Amount of Claim Transferred: $347,637.72

19

Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

Court Claim # (if known):  33588
Amount of Claim Transferred:  $145,339.83
Date Claim Filed:  09/22/2009
Debtor:  Lehman Brothers Special Financing Inc.

20

3858551.01.03.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____ Scott T. Hartman, Managing Director    Date: October 5, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: October 5, 2015
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

21

AOC ZAIS claims (SPCP) MS to Varde - 3858551.01.03.docx