B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (SCC)
                                                             (Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VÄRDE INVESTMENT PARTNERS, L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 33614 |
| | Amount of Claim Transferred: $1,236,106.18 |
| | Date Claim Filed: 09/22/2009 |
| Värde Investment Partners, L.P. | Debtor: Lehman Brothers Special Financing Inc. |
| 8500 Normandale Lake Blvd. | |
| Suite 1500 | Court Claim # (if known): 33659 |
| Minneapolis, MN 55437 | Amount of Claim Transferred: $156,582.34 |
| Tel: 952.374.6983 | Date Claim Filed: 09/22/2009 |
| Email: esteffer@varde.com | Debtor: Lehman Brothers Special Financing Inc. |
| | |
| | Court Claim # (if known): 33582 |
| | Amount of Claim Transferred: $430,481.36 |
| | Date Claim Filed: 09/22/2009 |
| | Debtor: Lehman Brothers Special Financing Inc. |
| | |
| | Court Claim # (if known): 33585 |
| | Amount of Claim Transferred: $616,230.29 |
| | Date Claim Filed: 09/22/2009 |
| | Debtor: Lehman Brothers Special Financing Inc. |
| | |
| | Court Claim # (if known): 33588 |
| | Amount of Claim Transferred: $257,632.59 |
| | Date Claim Filed: 09/22/2009 |
| | Debtor: Lehman Brothers Special Financing Inc. |

19

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____ Scott T. Hartman, Managing Director       Date: October 5, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____       Date: October 5, 2015
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

20

AOC ZAIS claims (Serengeti) MS to Varde - 3858622.01.03.docx