B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (SCC)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| VÄRDE INVESTMENT PARTNERS, L.P. | MORGAN STANLEY SENIOR FUNDING, INC. |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 33614<br>Amount of Claim Transferred: $1,951,204.70<br>Date Claim Filed: 09/22/2009<br>Debtor: Lehman Brothers Special Financing Inc. |
| Värde Investment Partners, L.P.<br>8500 Normandale Lake Blvd.<br>Suite 1500<br>Minneapolis, MN  55437<br>Tel:   952.374.6983<br>Email:  esteffer@varde.com | Court Claim # (if known): 33659<br>Amount of Claim Transferred: $247,166.62<br>Date Claim Filed: 09/22/2009<br>Debtor: Lehman Brothers Special Financing Inc. |
| | Court Claim # (if known): 33582<br>Amount of Claim Transferred: $679,518.70<br>Date Claim Filed: 09/22/2009<br>Debtor: Lehman Brothers Special Financing Inc. |
| | Court Claim # (if known): 33585<br>Amount of Claim Transferred: $972,725.04<br>Date Claim Filed: 09/22/2009<br>Debtor: Lehman Brothers Special Financing Inc. |
| | Court Claim # (if known): 33588<br>Amount of Claim Transferred: $406,675.35<br>Date Claim Filed: 09/22/2009<br>Debtor: Lehman Brothers Special Financing Inc. |

19

3858622.01.03.docx

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____ Scott T. Hartman, Managing Director    Date: October 5, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

MORGAN STANLEY SENIOR FUNDING, INC.

By: _____    Date: October 5, 2015
Transferor/Transferor's Agent
John Ragusa
Authorized Signatory

20

AOC ZAIS claims (Serengeti) MS to Varde - 3858622.01.03.docx