WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                            :       Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :       08-13555 (SCC)
                                                                 :
                              Debtors.                      :       (Jointly Administered)
                                                                 :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING
ON THE MOTION OF PLAN ADMINISTRATOR
PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1 OF THE
MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF
LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS
TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [ECF No. 49954], which was scheduled for October 8, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **November 4, 2015** at **10:00 a.m. (Eastern Time)**.

Dated:    October 6, 2015
             New York, New York

                                                                    /s/Garrett A. Fail
                                                                    Garrett A. Fail
                                                                    WEIL, GOTSHAL & MANGES LLP
                                                                    767 Fifth Avenue
                                                                    New York, New York 10153
                                                                    Telephone: (212) 310-8000
                                                                    Facsimile: (212) 310-8007
                                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                                    and Certain of Its Affiliates

WEIL:\95419154\1\58399.0011