WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                            :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                     :    **08-13555 (SCC)**
                                                                 :
                              Debtors.                           :    **(Jointly Administered)**
                                                                 :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 50899], which was scheduled for October 8, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **November 4, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   October 6, 2015
         New York, New York

                                                                 */s/ Garrett A. Fail*
                                                                 Garrett A. Fail
                                                                 WEIL, GOTSHAL & MANGES LLP
                                                                 767 Fifth Avenue
                                                                 New York, New York 10153
                                                                 Telephone: (212) 310-8000
                                                                 Facsimile: (212) 310-8007

                                                                 Attorneys for Lehman Brothers Holdings Inc.
                                                                 and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011

# EXHIBIT A

| Claimant | Claim No. |
|---|---|
| BNP Paribas | 67938 |
| Mitsubishi UFJ Securities International PLC | 20242 |
| Skandinaviska Enskilda Banken AB (Publ) | 26485 |