UNITED STATES BANKRUPTCY COURT
SOURTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x Ref. Docket No. 51066

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2015, I caused to be served the "Notice of Adjournment of Hearing on the Four Hundred Ninety-Sixth Omnibus Objection to Claims (No Liability Claims)," dated October 6, 2015 [Docket No. 51066], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
7th day of October, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**MSL-OVN**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADD-OVN**
WHITE & CASE LLP
1155 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
SCOTT GREISSMAN
ANDREW HAMMOND
ELIZABETH FELD

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

## MASTER SERVICE E-MAIL LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
afriedman@irell.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com

jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com

1

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| arwolf@wlrk.com | landon@slollp.com |
| aseuffert@lawpost-nyc.com | lapeterson@foley.com |
| ashmead@sewkis.com | lawallf@pepperlaw.com |
| asnow@ssbb.com | lawrence.gelber@srz.com |
| asomers@rctlegal.com | lberkoff@moritthock.com |
| aunger@sidley.com | lee.stremba@troutmansanders.com |
| austin.bankruptcy@publicans.com | lee.whidden@dentons.com |
| avenes@whitecase.com | lgranfield@cgsh.com |
| azylberberg@whitecase.com | lhandelsman@stroock.com |
| bankruptcy@goodwin.com | lisa.solomon@att.net |
| bankruptcy@morrisoncohen.com | ljkotler@duanemorris.com |
| bankruptcy@ntexas-attorneys.com | lkatz@ltblaw.com |
| bankruptcymatters@us.nomura.com | lkiss@klestadt.com |
| barbra.parlin@hklaw.com | lmarinuzzi@mofo.com |
| bbisignani@postschell.com | lmcgowen@orrick.com |
| bcarlson@co.sanmateo.ca.us | lnashelsky@mofo.com |
| bdk@schlamstone.com | loizides@loizides.com |
| ben.lewis@hoganlovells.com | lschweitzer@cgsh.com |
| bguiney@pbwt.com | lucdespins@paulhastings.com |
| bmanne@tuckerlaw.com | mabrams@willkie.com |
| bmiller@mofo.com | maofiling@cgsh.com |
| boneill@kramerlevin.com | marc.chait@sc.com |
| brian.corey@greentreecreditsolutions.com | margolin@hugheshubbard.com |
| brosenblum@jonesday.com | mark.bane@ropesgray.com |
| brotenberg@wolffsamson.com | mark.ellenberg@cwt.com |
| broy@rltlawfirm.com | mark.mckane@kirkland.com |
| bruce.wright@sutherland.com | mark.sherrill@sutherland.com |
| bstrickland@wtplaw.com | marvin.clements@ag.tn.gov |
| btrust@mayerbrown.com | matt@willaw.com |
| bturk@tishmanspeyer.com | matthew.klepper@dlapiper.com |
| bwolf@kramerlevin.com | maustin@orrick.com |
| bwolfe@sheppardmullin.com | mbenner@tishmanspeyer.com |
| cahn@clm.com | mberman@nixonpeabody.com |
| canelas@pursuitpartners.com | mbienenstock@proskauer.com |
| cbelisle@wfw.com | mbloemsma@mhjur.com |
| cbelmonte@ssbb.com | mbossi@thompsoncoburn.com |
| cdesiderio@nixonpeabody.com | mcademartori@sheppardmullin.com |
| cfarley@mccarter.com | mcarthurk@sullcrom.com |
| cgonzalez@diazreus.com | mccarthyj@sullcrom.com |
| chad.husnick@kirkland.com | mcordone@stradley.com |
| chammerman@paulweiss.com | mcto@debevoise.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| charles@filardi-law.com | mcyganowski@oshr.com |
| charles_malloy@aporter.com | mdorval@stradley.com |
| chemrick@connellfoley.com | meggie.gilstrap@bakerbotts.com |
| chipford@parkerpoe.com | melorod@gtlaw.com |
| chris.donoho@lovells.com | meltzere@pepperlaw.com |
| christopher.greco@kirkland.com | metkin@lowenstein.com |
| claude.montgomery@dentons.com | mfeldman@willkie.com |
| clynch@reedsmith.com | mginzburg@daypitney.com |
| cmestres@aclawllp.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mprimoff@kayescholer.com |
| dbesikof@loeb.com | mpucillo@bermanesq.com |
| dcimo@gjb-law.com | mrosenthal@gibsondunn.com |
| dcoffino@cov.com | mrothchild@mofo.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |

3

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**
E-MAIL SERVICE LIST

| | |
|---|---|
| deggermann@kramerlevin.com | msolow@kayescholer.com |
| deggert@freebornpeters.com | mspeiser@stroock.com |
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dennis.tracey@hoganlovells.com | munno@sewkis.com |
| dfelder@orrick.com | mvenditto@reedsmith.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dgrimes@reedsmith.com | mwarren@mtb.com |
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbinder@binderschwartz.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmark@kasowitz.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dworkman@bakerlaw.com | psp@njlawfirm.com |
| easmith@venable.com | ptrostle@jenner.com |
| ebcalvo@pbfcm.com | raj.madan@skadden.com |
| ecohen@russell.com | ramona.neal@hp.com |
| edward.flanders@pillsburylaw.com | raul.alcantar@alcantarlaw.com |

4

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efleck@milbank.com | rbeacher@pryorcashman.com |
| efriedman@fklaw.com | rbernard@foley.com |
| efriedman@friedmanspring.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | richard.fingard@newedge.com |
| ezujkowski@emmetmarvin.com | richard.lear@hklaw.com |
| fcarruzzo@kramerlevin.com | richard@rwmaplc.com |
| ffm@bostonbusinesslaw.com | rick.murphy@sutherland.com |
| fhenn@law.nyc.gov | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| glenn.siegel@morganlewis.com | rroupinian@outtengolden.com |
| gmoss@riemerlaw.com | rrussell@andrewskurth.com |
| goldenberg@ssnyc.com | russj4478@aol.com |
| gplotko@kramerlevin.com | sabin.willett@bingham.com |
| gspilsbury@jsslaw.com | sabramowitz@velaw.com |
| guzman@sewkis.com | sabvanrooy@hotmail.com |
| harrisjm@michigan.gov | sally.henry@skadden.com |
| harveystrickon@paulhastings.com | samuel.cavior@pillsburylaw.com |
| hbeltzer@mayerbrown.com | sandyscafaria@eaton.com |
| heim.steve@dorsey.com | scargill@lowenstein.com |
| heiser@chapman.com | schager@ssnyc.com |
| hmagaliff@r3mlaw.com | schannej@pepperlaw.com |

5

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| hollace.cohen@troutmansanders.com | schepis@pursuitpartners.com |
| holsen@stroock.com | schnabel.eric@dorsey.com |
| hooper@sewkis.com | schristianson@buchalter.com |
| howard.hawkins@cwt.com | scott.golden@hoganlovells.com |
| hrh@lhmlawfirm.com | scottj@sullcrom.com |
| hseife@chadbourne.com | scottshelley@quinnemanuel.com |
| hsnovikoff@wlrk.com | scousins@armstrongteasdale.com |
| hsteel@brownrudnick.com | sdnyecf@dor.mo.gov |
| icatto@mwe.com | seba.kurian@invesco.com |
| igoldstein@proskauer.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jclose@chapman.com | smulligan@bsblawyers.com |
| jdoran@haslaw.com | snewman@katskykorins.com |
| jdwarner@warnerandscheuerman.com | sory@fdlaw.com |
| jdweck@sutherland.com | squsba@stblaw.com |
| jdyas@halperinlaw.net | sree@lcbf.com |
| jean-david.barnea@usdoj.gov | sschultz@akingump.com |
| jeanites@whiteandwilliams.com | sselbst@herrick.com |
| jeannette.boot@wilmerhale.com | sshimshak@paulweiss.com |
| jeff.wittig@coair.com | sskelly@teamtogut.com |
| jeldredge@velaw.com | sstarr@starrandstarr.com |
| jennifer.demarco@cliffordchance.com | steele@lowenstein.com |
| jennifer.gore@shell.com | stephen.cowan@dlapiper.com |
| jfalgowski@reedsmith.com | stephen.hessler@kirkland.com |

6

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jfreeberg@wfw.com | steve.ginther@dor.mo.gov |
| jg5786@att.com | steven.usdin@flastergreenberg.com |
| jgenovese@gjb-law.com | streusand@slollp.com |
| jgoodchild@morganlewis.com | susheelkirpalani@quinnemanuel.com |
| jguy@orrick.com | swolowitz@mayerbrown.com |
| jhiggins@fdlaw.com | szuch@wiggin.com |
| jhorgan@phxa.com | tannweiler@greerherz.com |
| jhuggett@margolisedelstein.com | tbrock@ssbb.com |
| jim@atkinslawfirm.com | tdewey@dpklaw.com |
| jjtancredi@daypitney.com | tgoren@mofo.com |
| jjureller@klestadt.com | thomas.califano@dlapiper.com |
| jlamar@maynardcooper.com | timothy.harkness@freshfields.com |
| jlawlor@wmd-law.com | tjfreedman@pbnlaw.com |
| jlee@foley.com | tkiriakos@mayerbrown.com |
| jlevitin@cahill.com | tlauria@whitecase.com |
| jlscott@reedsmith.com | tmacwright@whitecase.com |
| jmaddock@mcguirewoods.com | tmm@mullaw.org |
| jmakower@tnsj-law.com | tnixon@gklaw.com |
| jmazermarino@msek.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmelko@gardere.com | tomwelsh@orrick.com |
| jmerva@fult.com | tsalter@blankrome.com |
| jmmurphy@stradley.com | tslome@msek.com |
| jmr@msf-law.com | tunrad@burnslev.com |
| jnm@mccallaraymer.com | vguldi@zuckerman.com |
| john.beck@hoganlovells.com | villa@slollp.com |
| john.monaghan@hklaw.com | vmilione@nixonpeabody.com |
| john.mule@ag.state.mn.us | vrubinstein@loeb.com |
| john.rapisardi@cwt.com | wanda.goodloe@cbre.com |
| johnramirez@paulhastings.com | wbenzija@halperinlaw.net |
| jonathan.goldblatt@bnymellon.com | wchen@tnsj-law.com |
| jonathan.henes@kirkland.com | wcurchack@loeb.com |
| jorbach@hahnhessen.com | wfoster@milbank.com |
| joseph.cordaro@usdoj.gov | will.sugden@alston.com |
| joseph.serino@kirkland.com | wisotska@pepperlaw.com |
| joshua.dorchak@morganlewis.com | wk@pwlawyers.com |
| jowen769@yahoo.com | wmaher@wmd-law.com |
| joy.mathias@dubaiic.com | wmarcari@ebglaw.com |
| jpintarelli@mofo.com | wmckenna@foley.com |
| jporter@entwistle-law.com | wsilverm@oshr.com |
| jprol@lowenstein.com | wswearingen@llf-law.com |
| jrabinowitz@rltlawfirm.com | wtaylor@mccarter.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jrsmith@hunton.com | wzoberman@bermanesq.com |
| jschiller@bsfllp.com | yuwatoko@mofo.com |
| jschreib@chapman.com | |

**ADDITIONAL SERVICE E-MAIL LIST**

ahammond@whitecase.com
efeld@whitecase.com
sgreissman@whitecase.com

8