**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,     :    08-13555 (SCC)
                                                 :
            Debtors.                             :    (Jointly Administered)
                                                 :
---------------------------------------------------------------x    Ref. Docket No. 51121

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2015, I caused to be served the "Notice of Adjournment of Hearing on the Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims)," dated October 6, 2015 [Docket No. 51121], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
7th day of October, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | aseuffert@lawpost-nyc.com |
| aalfonso@willkie.com | ashmead@sewkis.com |
| abeaumont@fklaw.com | asnow@ssbb.com |
| abraunstein@riemerlaw.com | asomers@rctlegal.com |
| acaton@kramerlevin.com | aunger@sidley.com |
| adarwin@nixonpeabody.com | austin.bankruptcy@publicans.com |
| adiamond@diamondmccarthy.com | avenes@whitecase.com |
| adk@msf-law.com | azylberberg@whitecase.com |
| aeckstein@blankrome.com | bankruptcy@goodwin.com |
| aentwistle@entwistle-law.com | bankruptcy@morrisoncohen.com |
| afriedman@irell.com | bankruptcy@ntexas-attorneys.com |
| agbanknewyork@ag.tn.gov | bankruptcymatters@us.nomura.com |
| aglenn@kasowitz.com | barbra.parlin@hklaw.com |
| agold@herrick.com | bbisignani@postschell.com |
| agoldstein@tnsj-law.com | bcarlson@co.sanmateo.ca.us |
| aisenberg@saul.com | bdk@schlamstone.com |
| akadish@dtlawgroup.com | ben.lewis@hoganlovells.com |
| akantesaria@oppenheimerfunds.com | bguiney@pbwt.com |
| akolod@mosessinger.com | bmanne@tuckerlaw.com |
| alum@ftportfolios.com | bmiller@mofo.com |
| amarder@msek.com | boneill@kramerlevin.com |
| amartin@sheppardmullin.com | brian.corey@greentreecreditsolutions.com |
| amcmullen@boultcummings.com | brosenblum@jonesday.com |
| amenard@tishmanspeyer.com | brotenberg@wolffsamson.com |
| amh@amhandlerlaw.com | broy@rltlawfirm.com |
| andrew.brozman@cliffordchance.com | bruce.wright@sutherland.com |
| andrew.lourie@kobrekim.com | bstrickland@wtplaw.com |
| andrewtenzer@paulhastings.com | btrust@mayerbrown.com |
| angelich.george@arentfox.com | bturk@tishmanspeyer.com |
| angie.owens@skadden.com | bwolf@kramerlevin.com |
| ann.reynaud@shell.com | bwolfe@sheppardmullin.com |
| anthony_boccanfuso@aporter.com | cahn@clm.com |
| aoberry@bermanesq.com | canelas@pursuitpartners.com |
| aostrow@beckerglynn.com | cbelisle@wfw.com |
| appleby@chapman.com | cbelmonte@ssbb.com |
| aquale@sidley.com | cdesiderio@nixonpeabody.com |
| arainone@bracheichler.com | cfarley@mccarter.com |
| arheaume@riemerlaw.com | cgonzalez@diazreus.com |
| arosenblatt@chadbourne.com | chad.husnick@kirkland.com |
| arthur.rosenberg@hklaw.com | chammerman@paulweiss.com |
| arwolf@wlrk.com | charles@filardi-law.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| charles_malloy@aporter.com | deggert@freebornpeters.com |
| chemrick@connellfoley.com | demetra.liggins@tklaw.com |
| chipford@parkerpoe.com | dennis.tracey@hoganlovells.com |
| chris.donoho@lovells.com | dfelder@orrick.com |
| christopher.greco@kirkland.com | dflanigan@polsinelli.com |
| claude.montgomery@dentons.com | dgrimes@reedsmith.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cmestres@aclawllp.com | dheffer@foley.com |
| cohen@sewkis.com | dhurst@coleschotz.com |
| cp@stevenslee.com | dhw@dhclegal.com |
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dshemano@peitzmanweg.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | edward.flanders@pillsburylaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| efriedman@fklaw.com | holsen@stroock.com |
| efriedman@friedmanspring.com | hooper@sewkis.com |
| ekbergc@lanepowell.com | howard.hawkins@cwt.com |
| eleicht@whitecase.com | hrh@lhmlawfirm.com |
| ellen.halstead@cwt.com | hseife@chadbourne.com |
| emagnelli@bracheichler.com | hsnovikoff@wlrk.com |
| emerberg@mayerbrown.com | hsteel@brownrudnick.com |
| enkaplan@kaplanlandau.com | icatto@mwe.com |
| eobrien@sbchlaw.com | igoldstein@proskauer.com |
| eschwartz@contrariancapital.com | irethy@stblaw.com |
| etillinghast@sheppardmullin.com | israel.dahan@cwt.com |
| ezujkowski@emmetmarvin.com | iva.uroic@dechert.com |
| fcarruzzo@kramerlevin.com | jacobsonn@sec.gov |
| ffm@bostonbusinesslaw.com | jalward@blankrome.com |
| fhenn@law.nyc.gov | james.heaney@lawdeb.com |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| foont@foontlaw.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamesboyajian@gmail.com |
| fyates@sonnenschein.com | jamestecce@quinnemanuel.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gary.ravertpllc@gmail.com | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.south@dlapiper.com | jbeemer@entwistle-law.com |
| ggitomer@mkbattorneys.com | jbeiers@co.sanmateo.ca.us |
| ggoodman@foley.com | jbromley@cgsh.com |
| giddens@hugheshubbard.com | jcarberry@cl-law.com |
| gkaden@goulstonstorrs.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | jclose@chapman.com |
| glenn.siegel@morganlewis.com | jdoran@haslaw.com |
| gmoss@riemerlaw.com | jdwarner@warnerandscheuerman.com |
| goldenberg@ssnyc.com | jdweck@sutherland.com |
| gplotko@kramerlevin.com | jdyas@halperinlaw.net |
| gspilsbury@jsslaw.com | jean-david.barnea@usdoj.gov |
| guzman@sewkis.com | jeanites@whiteandwilliams.com |
| harrisjm@michigan.gov | jeannette.boot@wilmerhale.com |
| harveystrickon@paulhastings.com | jeff.wittig@coair.com |
| hbeltzer@mayerbrown.com | jeldredge@velaw.com |
| heim.steve@dorsey.com | jennifer.demarco@cliffordchance.com |
| heiser@chapman.com | jennifer.gore@shell.com |
| hmagaliff@r3mlaw.com | jfalgowski@reedsmith.com |
| hollace.cohen@troutmansanders.com | jfreeberg@wfw.com |

Lehman Brothers Holdings Inc. Email Service List

jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmakower@tnsj-law.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschreib@chapman.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com
jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jweiss@gibsondunn.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com

Lehman Brothers Holdings Inc. Email Service List

kurt.mayr@bgllp.com
landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com

mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mrothchild@mofo.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| mshiner@tuckerlaw.com | raul.alcantar@alcantarlaw.com |
| msolow@kayescholer.com | rbeacher@pryorcashman.com |
| mspeiser@stroock.com | rbernard@foley.com |
| mstamer@akingump.com | rbyman@jenner.com |
| munno@sewkis.com | rdaversa@orrick.com |
| mvenditto@reedsmith.com | relgidely@gjb-law.com |
| mwarner@coleschotz.com | rflanagan@flanassoc.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com |
| nbinder@binderschwartz.com | rgoodman@moundcotton.com |
| nbojar@fklaw.com | rgraham@whitecase.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com |
| neilberger@teamtogut.com | richard@rwmaplc.com |
| nherman@morganlewis.com | rick.murphy@sutherland.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| nlepore@schnader.com | rleek@hodgsonruss.com |
| notice@bkcylaw.com | rlevin@cravath.com |
| nyrobankruptcy@sec.gov | rmatzat@hahnhessen.com |
| otccorpactions@finra.org | rnetzer@willkie.com |
| paronzon@milbank.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.honeywell@klgates.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | robin.keller@lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| peter.simmons@friedfrank.com | rpedone@nixonpeabody.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rroupinian@outtengolden.com |
| pfinkel@wilmingtontrust.com | rrussell@andrewskurth.com |
| phayden@mcguirewoods.com | russj4478@aol.com |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | samuel.cavior@pillsburylaw.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |
| raj.madan@skadden.com | scargill@lowenstein.com |
| ramona.neal@hp.com | schager@ssnyc.com |

Lehman Brothers Holdings Inc. Email Service List

| | |
|---|---|
| schannej@pepperlaw.com | stephen.hessler@kirkland.com |
| schepis@pursuitpartners.com | steve.ginther@dor.mo.gov |
| schnabel.eric@dorsey.com | steven.usdin@flastergreenberg.com |
| schristianson@buchalter.com | streusand@slollp.com |
| scott.golden@hoganlovells.com | susheelkirpalani@quinnemanuel.com |
| scottj@sullcrom.com | swolowitz@mayerbrown.com |
| scottshelley@quinnemanuel.com | szuch@wiggin.com |
| scousins@armstrongteasdale.com | tannweiler@greerherz.com |
| sdnyecf@dor.mo.gov | tbrock@ssbb.com |
| seba.kurian@invesco.com | tdewey@dpklaw.com |
| sehlers@armstrongteasdale.com | tgoren@mofo.com |
| sfalanga@connellfoley.com | thomas.califano@dlapiper.com |
| sfelderstein@ffwplaw.com | timothy.harkness@freshfields.com |
| sfineman@lchb.com | tjfreedman@pbnlaw.com |
| sfox@mcguirewoods.com | tkiriakos@mayerbrown.com |
| sgordon@cahill.com | tlauria@whitecase.com |
| sgraziano@blbglaw.com | tmacwright@whitecase.com |
| sgubner@ebg-law.com | tmm@mullaw.org |
| sharbeck@sipc.org | tnixon@gklaw.com |
| shari.leventhal@ny.frb.org | toby.r.rosenberg@irscounsel.treas.gov |
| shgross5@yahoo.com | tomwelsh@orrick.com |
| sidorsky@butzel.com | tsalter@blankrome.com |
| sldreyfuss@hlgslaw.com | tslome@msek.com |
| sleo@bm.net | tunrad@burnslev.com |
| slerman@ebglaw.com | vguldi@zuckerman.com |
| slerner@ssd.com | villa@slollp.com |
| slevine@brownrudnick.com | vmilione@nixonpeabody.com |
| sloden@diamondmccarthy.com | vrubinstein@loeb.com |
| smillman@stroock.com | wanda.goodloe@cbre.com |
| smulligan@bsblawyers.com | wbenzija@halperinlaw.net |
| snewman@katskykorins.com | wchen@tnsj-law.com |
| sory@fdlaw.com | wcurchack@loeb.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wisotska@pepperlaw.com |
| sselbst@herrick.com | wk@pwlawyers.com |
| sshimshak@paulweiss.com | wmaher@wmd-law.com |
| sskelly@teamtogut.com | wmarcari@ebglaw.com |
| sstarr@starrandstarr.com | wmckenna@foley.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephen.cowan@dlapiper.com | wswearingen@llf-law.com |

Lehman Brothers Holdings Inc. Email Service List

wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Parties**
acker@chapmanstrategicadvisors.com
spiotto@chapmanstrategicadvisors.com
top@chapman.com

# EXHIBIT B

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

| | |
|---|---|
| CHAPMAN AND CUTLER LLP<br>ATTN: JAMES E SPIOTTO ESQ, ANN E ACKER ESQ<br>FRANKLIN H TOP, III ESQ<br>111 WEST MONROE STREET, 18TH FLOOR<br>CHICAGO, IL  60603 | U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: PAMELA WIEDER, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 |