

September 25, 2015

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc., Pltf. vs. Bank of America National Association, et al., Dfts. // To: Class V Funding III, Corp.

Case No. 0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Class V Funding III, Corp..

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 527877126

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408

(Returned To)

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY 10110



RECEIVED
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

http://arrow.ctadvantage.com/SOP/SOP_RejectionLetter.aspx?WorksheetId=527877126&... 9/25/2015



September 25, 2015


Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  In re: LEHMAN BROTHERS HOLDINGS INC., et al., Debtors/Pltfs. vs. BANK OF AMERICA
NATIONAL ASSOCIATION, et al., Dfts. // To: Pinnacle Point Funding Corp.

Case No.  0813555SCC

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Pinnacle Point Funding Corp..

Pinnacle Point Funding Corp. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we have not done so.

Very truly yours,



The Corporation Trust Company

Log# 527877074

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY  10004-1408




(Returned To)

Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110