FILED / RECEIVED

SEP 1 4 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

14 pcs. "Lehman Bros Treasury Co. B.V." (ISIN XS0335137120)

to

**Targobank AG & Co. KGaA**, Kasernenstraße 10, 40213 Düsseldorf, Germany.

The remaining rights arising out of the claim Number 55284 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Targobank AG & Co. KGaA have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Targobank AG & Co. KGaA acknowledge and represent that due to the assignment mentioned herein above Targobank AG & Co. KGaA has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, _____          Düsseldorf, 20.08.2015

Bethmann Bank AG                          Targobank AG & Co. KGaA
(Assignor)                                (Assignee)

ppa.                                      
~~Jochen Weber~~  Oliver Körner            Britta Robic    Dr. Peter Quante
Dr. Benjamin Contrael



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076

USA

Investment Services
Anja Sonnleithner

Frankfurt, 2. September 2015

Dear Sir or Madam,

please note that claim # 55824 has been transferred to TARGOBANK AG & Co. KGaA (see attachment).

Could you please process it accordingly?

Thank you in advance

Kind regards
Bethmann Bank AG

Alexander Herbert
Leiter Investment Services & Monitoring

Anja Sonnleithner
Leiterin Investment Services

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand:
Horst Schmidt (Vors.),
Michael Arends, Dr. Peter von Arx,
Johannes Baratta, Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951

Deutsche Post
FRANKIT 2,45 EUR
03.06.15
Brief
PP - PRIORITY

Postfach 10 06 32
60006 Frankfurt am Main

SEP 14 2015