Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED / RECEIVED
SEP 14 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: BANK OF SINGAPORE LIMITED | Name of Transferor: RBS COUTTS BANK AG, SWITZERLAND |
|---|---|
| Notices to Transferee should be sent to: Bank of Singapore Limited Attention: Security Transfer 63 Market Street, #22-00 Bank of Singapore Centre Singapore 048942 Email: OperationCS.SecTransfer@BankofSingapore | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): By wire transfer to: JP Morgan Chase Bank New York (ABA 021000021) Favour Bank of Singapore Ltd a/c 400-938820 Swift Code : INGPSGSG | Name and Current Address of Transferor RBS Coutts Bank AG, Switzerland |
| Amount of Claim Being Transferred: USD 100,000 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 41773 | |
| Date Claim Filed: October 19, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BANK OF SINGAPORE LIMITED

By: ................[signatures]................ Date: _____
        Authorised Signatures

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

BANK OF SINGAPORE LIMITED

..................................................
Authorised Signature

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Bank of Singapore Limited** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 11 August 2015

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0347785312 | 45221 | October 23, 2009 | Lehman Brothers Securities NV | USD   100'000.00 |



10 September 2015

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processsing Centre
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**Notice of transfer from RBS Coutts Bank AG, Switzerland (the 'Transferor') to BANK OF SINGAPORE LTD on behalf of its client (the 'Transferee'), of securities issued by Lehman Brothers Sercurities N.V. (the 'Securities') and claim n. 45221 attached thereto (the 'Claim')**

Dear Sirs,

Reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank on behalf of its client/s (the 'Transfer').

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly :

1) For 210/A signed by our Bank as Transferee on behalf of its client ;

2) 'Evidence of Transfer of Claim', signed by RBS Coutts Bank AG, Switzerland as Transferor, as proof that RBS Coutts Bank AG, has partially transferred a registered claim to BANK OF SINGAPORE on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, we would also appreciate if you can advise us immediately if something (eg. Information, document, etc.) is missing by sending a message to the following e-mail address : OperationCS.SecTransfer@BankofSingapore

Thank you very much in advance for your kind help and attention.

Yours faithfully

Lynette Choa
Associate Director

Yeo Guek Hoon
Associate Director

BANK OF SINGAPORE LIMITED
63 Market Street #22-00 Bank of Singapore Centre Singapore 048942  T: +65 6559 8000  F: +65 6559 8180
www.bankofsingapore.com
Company Registration Number 197700866R, GST Registration Number M200265939

08-13555-mg    Doc 51142    Filed 09/14/15    Entered 10/09/15 12:26:31    Main Document
Pg 6 of 6

