AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

FILED / RECEIVED

SEP 22 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to LUZAMBA CORPORATION LTD, Brazil ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 03. Sep. 2015                                    Date: 15, September, 2015

**Transferor**                                          **Transferee**

HSBC PRIVATE BANK (SUISSE) S.A.                         LUZAMBA CORPORATION LTD

Quai des Bergues 9 – 17 / P.O. Box 2888                 Est Leopoldo Froes n. 600 casa 16B

CH- 1211 Geneva 1                                       Sao Francisco, Brazil  CEP 24 360-005

Signature: _____ Sandrine Zahler              Signature: _____
                            5184                        Marco Antonio Espindola dos Santos

Signature: _____ Valentino Villagran          Signature: _____
                                                        Rejane Leonardo de Souza e Santos

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 139'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 109'000.- |
| XS0314871293 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | GBP112'000.- |
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 135'000.- |

**To: The Debtor and the Bankruptcy Court**

15 September, 2015.

Any value to be transferred to Luzamba Corporation Ltd shall observe the following information:

<u>CASH:</u>

CREDIT AGRICOLE (SUISSE) S.A.
CP – 5260
1211 GENEBRA 11
BIC: AGRICHGGXXX
For further credit to
Account: 0671180 – LUZAMBA CORPORATION LTD

Correspondent:
JP MORGAN CHASE BANK NA, NEW YORK, NEW YORK, US
Swift: CHASUS33XXX
IBAN: CH30 0874 1006 7118 0000 1 C.C.

<u>SECURITIES – BONDS – FUNDS (*):</u>

| | |
|---|---|
| Correspondent: | CEDEL LUXEMBOURG |
| In favour of: | CRÉDIT AGRICOLE (SUISSE) S.A. – GENÈVE – SWETZERLAND |
| Account CEDEL: | 11.886 |
| Beneficiary: | LUZAMBA CORPORATION LTD. |
| Account: | 0671180 |
| Contact: | CREDIT AGRICOLE (SUISSE) S.A. – Lausane – Security Department |
| Phone: | (41 58) 321 5101 / Fax: (41 58) 321 5110 |

U.S. Equities (*)

| | |
|---|---|
| Correspondent: | Brown Brothers Harriman New York |
| In favour of: | Crédit Agricole (Suisse) S.A. – Genève – Switzerland |
| Account: | 159 5792 |
| Beneficiary: | Luzamba Corporation Ltd. |
| Account: | 0671180 |
| Contact: | Credit Agricole (Suisse) S.A. – Lausanne – Security Department |
| Phone: | (41 58) 321 5101 / Fax: (41 58) 321 5110 |

(*) In the case of any Security transfer, please ask your correspondent bank to contact Mr. Claude Olivier, at the Security Dept. of Crédit Agricole Lausanne

Kind regards,

LUZAMBA CORPORATION LTD

LUZAMBA CORPORATION LTD

ESTRADA LEOPOLDO FRÓES, N. 600, CASA 16B;

CEP 24 360 – 005, SÃO FRANCISCO, BRASIL

SENDER/REMETENTE
Name/Nome: Luzamba Corporation Ltd
Address-Post Code/Endereço-CEP: Estrada Leopoldo Fróes n. 600, casa 16 B CEP 24360-005 São Francisco
City-State/Cidade-UF: Niterói - RJ
Country/País: Brasil
Phone-Fax/Tel-Fax: +5521 98800 1068    E-mail: marco@espindola.biz




Documents
Total 0,061

ADDRESSEE/DESTINATÁRIO