B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)
(Jointly Administered)

Debtors.

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Stonehill Master Fund Ltd. | Goldman Sachs Lending Partners LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Attn: OPS Department
885 Third Avenue 30th Floor
New York, NY  10022
Telephone Number: 212-739-7474
Fax Number: 212-838-2291
E-Mail Address: ops@stonehillcap.com

Court Claim # (if known): 68032 (amending 67939, which amended 67502, which in turn amended 11034)

Amount of Claim: $329,870,721.00 (as allowed)

Amount of Claim Transferred: $3,427,946.59 (as allowed)

Date Claim Filed: March 6, 2012 (with respect to 68032)

Debtor: Lehman Brothers Holdings Inc.

Phone: 212 739 7474
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[signatures on next page]


RECEIVED
OCT - 2 2015
U.S. BANKRUPTCY COURT
SO. DIST. OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Stonehill Master Fund Ltd.**
  as Transferee

By: _____[signature]_____                           Date: ___9/4/15___
Name: Thomas Vorkey
Title:      **AN AUTHORIZED SIGNATORY OF
            STONEHILL CAPITAL MANAGEMENT LLC,**
*Penalty for making a false statement*  **ITS ADVISER** *000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

Acknowledged and agreed:

**Goldman Sachs Lending Partners LLC**
  as Transferor


By: _____           Date: _____
Name:
Title:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Stonehill Master Fund Ltd.**
  as Transferee

By: _____     Date: _____
Name:
Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**Goldman Sachs Lending Partners LLC**
  as Transferor

By: _____     Date: 9/04/15
Name:
Title:     **Mehmet Barlas**
       **Authorized Signatory**