B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,

             Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Stonehill Institutional Partners, L.P.</u>
Name of Transferee

<u>Goldman Sachs Lending Partners LLC</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

Attn: OPS Department
885 Third Avenue 30th Floor
New York, NY  10022
Telephone Number: 212-739-7474
Fax Number: 212-838-2291
E-Mail Address: ops@stonehillcap.com

Court Claim # (if known): <u>68032 (amending 67939, which amended 67502, which in turn amended 11034)</u>

Amount of Claim: <u>$329,870,721.00 (as allowed)</u>

Amount of Claim Transferred: <u>$4,015,487.42 (as allowed)</u>

Date Claim Filed: <u>March 6, 2012 (with respect to 68032)</u>

Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: 212 739 7474
Last Four Digits of Acct #: _____

Phone:_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

[signatures on next page]



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Stonehill Institutional Partners, L.P.**
    as Transferee

By: _____          Date: _____9/4/15_____

Name: Thomas Varkey

Title:
                 AN AUTHORIZED SIGNATORY OF
                 STONEHILL CAPITAL MANAGEMENT LLC,
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
                 ITS ADVISER


Acknowledged and agreed:

**Goldman Sachs Lending Partners LLC**
    as Transferor


By: _____          Date: _____

Name:

Title:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Stonehill Institutional Partners, L.P.**
   as Transferee

By: _____     Date: _____

Name:
Title:

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

Acknowledged and agreed:

**Goldman Sachs Lending Partners LLC**
   as Transferor

By: _____     Date:  09/04/15

Name:
Title:       Mehmet Barlas
             **Authorized Signatory**