

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to NEUE BANK AG as nominee of a client ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786) in the **amount of CHF 100'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 21 September 2015.

**Bank Julius Baer & Co. Ltd.**

Patrik Roos
Executive Director

Fabian Burckhardt
Executive Director

NEUE BANK AG, Vaduz

Reinhard Malin
First Vice President

Rita Schädler
Vice President

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0264209387 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | CHF 100'000 |

# NEUE BANK
LIECHTENSTEINER PRIVATBANK
Gegründet 1992

United States Bankruptcy Court
Southern District of New York
Attn.: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408



Vaduz, September 25, 2015 WPV/rs

**Lehman Brothers Holdins, Inc. – Chapter 11 Case-No.: 08-13555 (JMP)**
**ISIN XS0264209387 – CHF 100'000.00 nom.**
**Court Claim: 58786**
**Evidence of Transfer of Claim**

Dear Ladies and Gentlemen

Please find enclosed the form „Evidence of Transfer of Claim" regarding Court Claim 58786.

For future distributions starting spring 2016, our correspondence bank is as follows:

Deutsche Bank Trust Company
Bankers Trust Plaza
Floor 16
P.O.Box 318
New York, NY 10015

BIC (Swift): BKTRUS33

for account 04-456-742 in the name of NEUE BANK AG, Marktgass 20, 9490 Vaduz.

We kindly ask you to inform us, when we must pay the fee ($ 25.00). Do we get a reference number, which we can use in the payment?

Please do not hesitate to contact Rita Schädler, telephone number 00423 / 236 08 15, fax number 00423 / 236 08 01, or rita.schaedler@neuebankag.li.

Yours faithfully,

**NEUE BANK AG**

Reinhard Malin      Rita Schädler
First Vice President     Vice President

---

NEUE BANK AG · Marktgass 20 · Postfach 1533 · FL-9490 Vaduz · Fürstentum Liechtenstein
Tel: +423/236 08 08 · Fax +423/232 92 60 · info@neuebankag.li · www.neuebankag.li · FL-1.502.960