UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION FOR WITHDRAWAL AS ATTORNEY OF RECORD**

Upon consideration of Credit Suisse's Motion to Withdraw Richard Levin as counsel of record for Credit Suisse, it is hereby

**ORDERED,** that Richard Levin is withdrawn as counsel of record for Credit Suisse in the above referenced case.

Dated: _____    /s/_____
New York, New York                UNITED STATES BANKRUPTCY JUDGE