6.  This Supplemental Order and the Protective Order shall survive the termination of the Deficiency Objection. To the extent this paragraph contradicts any provision of the Protective Order, this paragraph shall control.

| | |
|---|---|
| QUINN EMANUEL URQUHART & SULLIVAN LLP | FARELLA BRAUN + MARTEL LLP |
| By: *[signature]* | By: *[signature]* |
| Tyler G. Whitmer<br>51 Madison Avenue<br>New York, New York 10010<br>*Counsel for the Official Committee of Unsecured Creditors* | Carly O. Alameda<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>*Counsel for Gifford Fong Associates* |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | WACHTELL, LIPTON, ROSEN & KATZ |
| By: *[signature]* | By: *[signature]* |
| Michael J. Moscato<br>101 Park Avenue<br>New York, New York 10178<br>*Counsel for Lehman Brothers Holdings, Inc.* | Ian Boczko<br>51 West 52nd Street<br>New York, New York 10019<br>*Counsel for JPMorgan Chase Bank, N.A.* |

***SO ORDERED:***

Dated: New York, New York
October ___, 2015

_____
UNITED STATES BANKRUPTCY JUDGE

5