# **<u>Exhibit B</u>**

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601    TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7080**

WRITER'S INTERNET ADDRESS
**ericataggart@quinnemanuel.com**

April 25, 2013

<u>VIA E-MAIL</u>

Ian Boczko
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

Re:    <u>LBHI v. JPMorgan: Side Letter to Protective Order Entered September 1, 2010</u>

Dear Ian:

The following agreement between JPMorgan Chase Bank, N.A. ("JPMorgan"), Lehman Brothers Holdings Inc. ("LBHI") and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (the "Committee" and, together with JPMorgan and LBHI, the "Parties") supplements the Confidentiality Stipulation and Protective Order entered by Judge Peck on September 1, 2010 (the "Protective Order").  The Parties hereby agree through their undersigned counsel that the following language be added to the end of section 4 of the Protective Order:

> For the avoidance of doubt, "outside consultants, financial advisors
> or experts retained for the purpose of assisting outside counsel of
> record who has appeared in the Litigation on behalf of a Party in
> the Litigation," under 4(k) shall include current JPMorgan
> and Lehman employees in their capacity as financial advisors
> to JPMorgan, LBHI or the Committee, and "counsel for the Parties
> to the Litigation" under 4(c) shall include outside counsel for the
> Parties, regardless of whether such outside counsel has appeared as
> counsel of record in this Litigation, provided that all such
> employees and counsel comply with the requirements of paragraph
> 12.

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES  SAN FRANCISCO  SILICON VALLEY  CHICAGO  WASHINGTON, DC  LONDON  TOKYO  MANNHEIM  MOSCOW  HAMBURG  PARIS

DATED: April 25, 2013

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By_____

Name: Erica P. Taggart
Title: Partner
Counsel for The Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc.

**Agreed and Accepted:**

DATED: April 29 , 2013

WACHTELL, LIPTON, ROSEN & KATZ

By_____

Name: Ian Boczko
Title: Partner
Counsel for JPMorgan Chase Bank, N.A.

DATED: April 26, 2013

CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By_____

Name: Peter J. Behmke
Title: Partner
Cuonsel for Lehman Brothers Holdings Inc.