# Exhibit C

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7282**

WRITER'S INTERNET ADDRESS
andrewrossman@quinnemanuel.com

March 21, 2014

VIA E-MAIL

Ian Boczko
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York  10019

Re:   LBHI v. JPMorgan Adversary Proceeding No. 10-03266 (SCC)
      Side Letter to Protective Order Entered September 1, 2010

Dear Ian:

The following agreement between JPMorgan Chase Bank, N.A. ("JPMorgan"), Lehman Brothers Holdings Inc. ("LBHI") and the Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. (the "Committee" and, together with JPMorgan and LBHI, the "Parties") supplements the Confidentiality Stipulation and Protective Order entered by Judge Peck on September 1, 2010 (the "Protective Order") with respect to the Parties' Highly Confidential Discovery Materials.  The Parties hereby agree through their undersigned counsel that the following language be added to the end of the second sentence in section 4 of the Protective Order:

> ; and (l) current employees, officers or directors of the Parties (separate from inside counsel contemplated by part (c) of this paragraph) who are consulted for the purpose of assisting outside counsel of record who has appeared in the Litigation on behalf of a Party to the Litigation, provided that no Party shall disclose the Highly Confidential Discovery Material that the Party receives to more than thirty (30) current employees, officers or directors of the Party.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS

DATED: March     , 2014    QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By _____
Name: Andrew J. Rossman
Title: Partner
Counsel for The Official Committee of Unsecured
Creditors of Lehman Brothers Holdings Inc.

**Agreed and Accepted:**

DATED: March 21, 2014    WACHTELL, LIPTON, ROSEN & KATZ

By _____
Name: Ian Boczko
Title: Partner
Counsel for JPMorgan Chase Bank, N.A.

DATED: March 22, 2014    CURTIS, MALLET-PREVOST, COLT & MOSLE
LLP

By _____
Name: Peter J. Behmke
Title: Partner
Counsel for Lehman Brothers Holdings Inc.

2