FILED / RECEIVED

SEP 0 8 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc., *et al.*,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

THE CLAIMS SET FORTH ON EXHIBIT A HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfers, other than for security, of the claim referenced in this evidence and notice.

| Frankfurter Sparkasse | See Exhibit A |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Frankfurter Sparkasse
Attn: Dr. Sven Matthiesen, R11
Neue Mainzer Straße 47-53
60255 Frankfurt, Germany

Phone: 011-49-69 2641-2610

Court Claim # (if known): See Exhibit A
Amount of Claim: See Exhibit A
Date Claim Filed: See Exhibit A

Name and Address where transferee payments should be sent (if different from above):

[N/A]

Phone: [N/A]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

By: *S. Matthiesen*        Date: 08-31-2015
Title or Source of Authority: Dr. Sven Matthiesen, Director, Frankfurter Sparkasse

Transferee's Agent

30.08.2012 21:44
FRANKFURT 1985166 v1 [1985166_1.DOCX]

## Exhibit A

Transferor:                          Edith Welter
                                     Schillerstraße 13
                                     64380 Roßdorf
                                     Germany

Court Claim # (if known):            Claim Number 55404,56
                                     Blocking Number 4062200910150271980/1

Date Claim Filed

Amount of Claim:                     46.544,85 USD


We kindly ask to receive distributions by wire, see the enclosed form.