# ⬡ SWISSQUOTE

Swissquote Bank SA
Head Office

Chemin de la Crétaux 33
Case postale 391
CH - 1196 Gland

T. 0848 25 88 88
F. +41 22 999 94 42

United States Bankruptcy Court for the southern
District of New York (the "Bankruptcy Court")
One Bowling Green New York
New York  10004
Attention:  Clerk of the Court
United States of America



Gland, 15 September 2015

## TRANSFER OF CLAIM

Dear all,

Please find attached the document duly completed and signed.

Thank you to proceed as requested, and confirm me once the transfer of claim is done :

David Sousa
Settlement Agent

Swissquote Bank SA
Back Office & Banking Applications
Ch.de la Crétaux 33
CH-1196 Gland
Switzerland

Tel  +41 (0) 22 525 93 67
Fax +41 (0) 22 999 94 42
david.sousa@swissquote.ch

Swissquote Bank SA

**David Sousa**
Settlement Agent

Regulated by the Swiss Financial Market Supervisory Authority (FINMA), Swissquote Bank Ltd is the Leading Online Bank in
Switzerland since 2000. More information available on www.swissquote.com

RECEIVED

SEP 2 5 2015

U.S. BANKRUPTCY COURT
S.D. ... NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Swissquote Bank SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786) in the **amount of EUR 20,000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31 August 2015.

**Bank Julius Baer & Co. Ltd.**

Patrik Roos
Executive Director

Fabian Burckhardt
Executive Director

Swissquote Bank
Case postale 319
Chemin de la Crétaux 33
CH-1196 Gland

Johann Post
Swissquote Bank SA
Authorized Officer

Manuel Mache
Head Securities Services
Vice Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| CH0043088670 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 20,000 |