United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,         Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Pacific Holdings Pte. Ltd. | Lehman Brothers Pte. Ltd. |
| --- | --- |
| (In Creditors' Voluntary Liquidation) | (In Members' Voluntary Liquidation) |
| Name of Transferee | Name of Transferor |

Court Claim #: see attached schedule
Total Claim Amount: see attached schedule

Name and Address where notices to Transferee should be sent:

Lehman Brothers Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay
Hong Leong Building #22-00
Singapore 048581

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD.
(IN CREDITORS' VOLUNTARY LIQUIDATION)

By: _/s/ Chay Fook Yuen_          Date: 15 October 2015
Name: Chay Fook Yuen
Title: Joint & Several Liquidator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2919297.1

## Schedule

| Debtor | Type of Claim | Claim Number | Claim Amount US Dollars ($) |
|---|---|---|---|
| Lehman Brothers Holdings Inc. | Senior Affiliate Claim (Class 4A) | 18552 | $42,210.00 |
| Lehman Brothers Holdings Inc. | Senior Affiliate Guarantee (Class 4B) | 18555 | $2,138,273.00 |
| **TOTAL** | | | **$2,180,483.00** |

KL2 2919297.1