

Cornèr Banca SA
Sede di Lugano



UNITED STATES BANKRUPTCY COURT
FOR THE SOURTHERN DISTRICT OF
NEW YORK
One Bowling Green

For the attention of Clerk of the Court
10004  New York

/ 4758- boss

Lugano, 21 September 2015

**TRANSFER OF CLAIM**

Dear Sirs,

please note that on 2011 a position of nom USD 40'000, Cert. Lehman 10-SXSD (ISIN CH0027120622) had been transferred from UBS Zurich to Cornèr Banca Lugano.

As the transfer of the securities settled without the claim transfer, we herewith send you the attached form in order to receive further payments directly from you.

For any questions please do not hesitate to contact us and we kindly ask you to send us your confirmation by e-mail (serviziotitoli@corner.ch) that everything is fine.

Many thanks and best regards

Cornèr Bank Ltd

Michael Bosshard          Giacomo Carmine

Via Canova 16 • CP 5894 • 6901 Lugano / Switzerland
Tel. + 41 91 800 51 11 • Fax: + 41 91 800 53 49 • info@cornerbanca.com • www.cornerbanca.com
Telex 841041 cbl ch • Swift CBLUCH22 • Clearing 8490 • CHE-105.962.409 IVA

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: __(JMP)__
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Corner Banca SA, Lugano | Name of Transferor:<br>UBS AG |
|---|---|
| Notices to Transferee should be sent to:<br>Corner Banca SA, Lugano<br>Via Canova 16<br>6900 Lugano<br>Attn. Giacomo Carmine<br>EMAIL: giacomo.carmine@corner.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>USD 40'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    _____    Date:    21.09.2015
Corner Banca SA, Lugano
Via Canova 16
6900 Lugano

Cornèr Banca SA.

M. Bosshard            Avv. G. Carmine

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e)

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Treasury BV | CH0027120622 | LBT BV | LBH Inc. | USD 40'000.00 out of USD 3'236'000.00 |

**The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.**

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Corner Banca SA, Lugano
Via Canova 16
6900 Lugano
Telephone: +41(0) 91 800 51 11
Attention: Giacomo Carmine

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 20, 2015.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

~~Commerzbank AG~~
~~XXXXXXXXXXXXX~~

By: _____
Name: Giacomo Carmine

Cornèr Banca SA

M. Bosshard

Avv. G. Carmine

LOC300 UBS0247 CORNERBANK 40K 2712062
Page 3 of 3