UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
                                                           :
In re:                                                     :   Chapter 11
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :   Case No. 08-13555 (SCC)
                                                           :
                    Debtors.                               :   (Jointly Administered)
                                                           :
-----------------------------------------------------------x
                                                           :
LEHMAN BROTHERS SPECIAL FINANCING                          :
INC.,                                                      :   Adv. Proc. No. 13-01330 (SCC)
                                                           :
                    Plaintiff,                             :
                                                           :
    -against-                                              :
                                                           :
FEDERAL HOME LOAN BANK OF                                  :
CINCINNATI,                                                :
                                                           :
                    Defendant.                             :
-------------------------------------------------------- x

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that, David A. Picon, hereby withdraws the appearance previously entered on behalf of Federal Home Loan Bank of Cincinnati in the above-captioned proceeding.

The undersigned further requests to be removed from the ECF notice list in this case.

Dated: October 14, 2015
       New York, New York

PROSKAUER ROSE LLP

By:  /s/ David A. Picon
     David A. Picon

Eleven Times Square
New York, New York 10036
Telephone:  (212) 969-3000
Facsimile:   (212) 969-2900
Email:       dpicon@proskauer.com
*Attorneys for Federal Home Loan Bank of Cincinnati*

2