UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :
                                                                 :   Chapter 11
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 :   Case No. 08-13555 (JMP)
                   Debtors.                                      :   (Jointly Administered)
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective October 19, 2015, the address of the firm of Klestadt Winters Jureller Southard & Stevens, LLP, Conflicts counsel to Retirement Housing Foundation and its affliates, is changed to Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036.  Our telephone number remains (212) 972-3000.

We hereby request that the Clerk of the Court make note of our new firm address.  Should you have any questions, please do not hesitate to contact Kristen Garofalo, a paralegal at our firm, at 212-972-3000 or via email at kgarofalo@klestadt.com.

Dated:  New York, New York
        October 14, 2015

                                        Respectfully submitted,

                                        By: _____
                                            John E. Jureller, Jr.
                                        KLESTADT WINTERS JURELLER
                                        SOUTHARD & STEVENS, LLP
                                        200 West 41st Street, 17th Floor
                                        New York, New York 10018
                                        (212) 972-3000