B210A (Form 210A) (09/15)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Commercial International Bank - Egypt (S.A.E.) | Citibank Egypt N.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

B211/F2, Financial district., Smart Village, Cairo Alexandria Desert Road. Giza, Cairo, Egypt
Attention: Tamer Fouad
Phone: +20227903600
Email: Tamer.fouaad@cibeg.com

Court Claim # (if known): 55402

Total Amount of Claim Filed: $ 2,197,454.48
Allowed Amount of Claim Transferred:
$ 2,197,454.48 (100% of the Allowed Amount)
Date Claim Filed: September, 2015

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                Date: 12/10/2015
   Transferee/Transferee's Agent