

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

September 28, 2015



subject  **Evidence of transfer of claim**

On behalf of          Attention: Clerk of the Court

you are receiving     partial transfer of claim: HSBC PRIVATE BANK (SUISSE) S.A., GENEVA and
                      UBS AG, ZURICH (Switzerland)

☐ for your information        ☐ returned with thanks         ☐ please return
☒ for your records            ☐ please comment               ☒ please confirm receipt
☐ as agreed                   ☐ please sign                  ☒ please process
☐ please complete             ☐

Remarks

TOCE144    USD 50'000 XS0320100323
Transferor:  HSBC PRIVATE BANK (SUISSE) S.A., GENEVA (Switzerland)/Claim Number: 51762
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E      07.03.2012      N1                                28.09.2015        Page 1/1



AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to UBS AG, Bahnhofstrasse 45, CH-8001 Zürich ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 23. Sep. 2015                                        Date: 14.09.2015

Transferor                                                 Transferee
HSBC PRIVATE BANK (SUISSE) S.A.                            UBS AG

Quai des Bergues 9 – 17 / P.O. Box 2888                    Bahnhofstrasse 45

CH- 1211 Geneva 1                                          CH-8001 ZÜRICH

                                                           Attn. Mr. Hugo Koller / +41 44 235 37 36

                                                           Email: hugo.koller@ubs.com

Signature: _____                                 Signature: _____
MARIANNE MUIR                                              Name:   Matthias Mohos
                                                           Title:  Associate Director

Signature: Valentino Villagran                             Signature: _____
                                                           Name:   Stephan Gfeller
                                                           Title:  Associate Director

Page 1 of 2

TOCE 144

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0320100323 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 50'000.- |

TOCE 144