

dwpbank · Derendorfer Allee 2 · 40476 Düsseldorf

United States Bankruptcy Court
for the Southern District of New York
(the "Bankruptcy Court")
To the attention: Clerk of Court
One Bowling Green New York
New York 10004
United States of America



Gesprächspartner/in
Adriana Hohnen

Abteilung
DSOUN

Telefon
+49 69 5099-6180

Telefax
+49 69 5099-6189

E-Mail
adriana.hohnen@dwpbank.de

Düsseldorf, 01.10.2015

**Claim transfer from UBS AG to Mr. Erwin Frey No. 59233**

Dear Sirs,

please find attached further documents from our client for further processing.

Thanking you in advance.

Kind regards

Deutsche WertpapierService Bank AG

Dirk Gerigk                    Adriana Hohnen

Deutsche WertpapierService Bank AG    Telefon:  +49 69 5099-0         Vorstand:     Thomas Klanten         Bankverbindung: DZ BANK Frankfurt am Main
Wildunger Straße 14                   Telefax:  +49 69 5099-1111                    Dr. Christian Tonnesen                 IBAN: DE08 5006 04 00 0005 0104 28
60487 Frankfurt am Main               E-Mail:   info@dwpbank.de       Aufsichtsrat: Wilfried Groos (Vors.)                  BIC:  GENODEFFXXX (Frankfurt a. M.)
                                      Internet: www.dwpbank.de
Postfach 90 01 39                                                                                                          Helaba Landesbank Hessen-Thüringen
60441 Frankfurt am Main               Sitz der AG: Frankfurt am Main · HRB 56913   USt-IdNr.: DE 813759005                  NL. Düsseldorf
                                                                                                                           IBAN: DE67 3005 0000 0000 0043 01
                                                                                                                           BIC:  WELADEDDXXX (Düsseldorf)

2015-09-23 13:34    KSK WN Abt. 56 WP +49 7151 505506 >> +496950992371    P 1/3

**RECEIVED OCT - 9 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK**

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

16.09.2015 0 8:29
Filialdirektion Fellbach

In re:   Lehman Brothers Holdings Inc.          Case No.: ___(JMP)___
                                                Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee: <br> Mr. Erwin Frey | Name of Transferor: <br> UBS AG |
| Mr. Erwin Frey <br> Strümpfelbacher Str. 168 <br> 713484 Weinstadt <br> Germany <br><br> EMAIL: e.frey@t-online.de | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> UBS AG <br> Bahnhofstrasse 45 <br> 8001 Zurich, Switzerland <br> Attn: Mr. Hugo Koller <br> +41 44 235 37 36 – hugo.koller@ubs.com |
| Amount of Claim Being Transferred: <br><br> EUR 20'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: _15.09.2015_
Mr. Erwin Frey
Strümpfelbacher Str. 168
713484 Weinstadt
Germany

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.* As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:   Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0338495087 | LBS NV | LBH Inc. | EUR 20'000.00 out of EUR 2'523'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Mr. Erwin Frey
Strümpfelbacher Str. 68
71384 Weinstadt
Germany
Telephone: +49 7151 967842

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOC389 UBS0241 xxx 20K 3477186
Page 2 of 3

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated September 09, 2015.

UBS AG
Transferor

By: _____
    Name: Hugo Koller
    Title: Director

By: _____
    Name: Stephan Gfeller
    Title: Associate Director

ACKNOWLEDGED BY:

By: _____
    Name: (Erwin Frey)

TOC389 UBS0241 xxx 20K 3477186
Page 3 of 3