**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :   Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :   08-13555 (SCC)
                                                   :   (Jointly Administered)
Debtors.                                           :
                                                   :
---------------------------------------------------------------x   Ref. Docket Nos. 50822, 50832, 50916

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 6, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez
Sworn to before me this
16th day of October, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479

To:    BAR(23) MAILID *** 000099393743 ***



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000099393743 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 55855-65 in the above referenced case and in the amount of $100,000.00 allowed at $100,750.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    50822    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/06/2015        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 6, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BAM BERLIN ASSET MANAGEMENT GMBH | ATTN: DIRK BRENSSELL, RANKESTR. 26, BERLIN 10789 GERMANY |
| BAM BERLIN ASSET MANAGEMENT GMBH | ATTN: DIRK BRENSSELL, RANKESTR. 26, BERLIN 10789 GERMANY |
| BAM BERLIN ASSET MANAGEMENT GMBH | ATTN: DIRK BRENSSELL, RANKESTR. 26, BERLIN 10789 GERMANY |
| BAM BERLIN ASSET MANAGEMENT GMBH | ATTN: DIRK BRENSSELL, RANKESTR. 26, BERLIN 10789 GERMANY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GLOBAL CORPORATE ACTIONS | DIVISION OF U.S. BANK, N.A.- SUB. OF US BANCORP, C/O U.S. BANK NATIONAL ASSOCIATION, ATTN: CATHERINE THOMAS FOX, BC-MN-H21N, 800 NICOLLET MALL, 21ST FLOOR, MINNEAPOLIS, MN 55402 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: ZESTDEW LIMITED, ATTN: MICHAEL LETO, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: ZESTDEW LIMITED, ATTN: MICHAEL LETO, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS SPECIAL FINANCING INC. | TRANSFEROR: GLOBAL CORPORATE ACTIONS, C/O MICHAEL LETO, 1271 AVENUE OF THE AMERICAS; 40TH FLOOR, NEW YORK, NY 10020 |
| MWAM HOLDINGS, LLC | TRANSFEROR: WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD, TCW 865 S. FIGUEROA STREET, SUITE 1800, LOS ANGELES, CA 90017 |
| MWAM HOLDINGS, LLC | TRANSFEROR: WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD MW 1002, TCW 868 S. FIGUEROA STREET, SUITE 1800, LOS ANGELES, CA 90017 |
| VERBAND DER METALL-UND ELEKTRO-UNTERNEHMEN HESSEN E.V. | TRANSFEROR: BAM BERLIN ASSET MANAGEMENT GMBH, ATTN: THOMAS WAGNER, EMIL-VON-BEHRING-STR. 4, FRANKFURT 60394 GERMANY |
| VERBAND DER METALL-UND ELEKTRO-UNTERNEHMEN HESSEN E.V. | TRANSFEROR: BAM BERLIN ASSET MANAGEMENT GMBH, ATTN: THOMAS WAGNER, EMIL-VON-BEHRING-STR. 4, FRANKFURT 60394 GERMANY |
| VERBAND DER METALL-UND ELEKTRO-UNTERNEHMEN HESSEN E.V. | TRANSFEROR: BAM BERLIN ASSET MANAGEMENT GMBH, ATTN: THOMAS WAGNER, EMIL-VON-BEHRING-STR. 4, FRANKFURT 60394 GERMANY |
| VERBAND DER METALL-UND ELEKTRO-UNTERNEHMEN HESSEN E.V. | TRANSFEROR: BAM BERLIN ASSET MANAGEMENT GMBH, ATTN: THOMAS WAGNER, EMIL-VON-BEHRING-STR. 4, FRANKFURT 60394 GERMANY |
| WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD | (MW # 1002), C/O METROPOLITAN WEST ASSET MANAGEMENT, LLC, ATTN: BIBI KHAN, 865 SOUTH FIGUEROA STREET, SUITE 1800, LOS ANGELES, CA 90017 |
| WEST GATE STRATEGIC INCOME FUND I MASTER FUND, LTD MW 1002 | METROPOLITAN WEST ASSET MANAGEMENT LLC, ATTN: BIBI KHAN, 865 S FIGUEROA STREET, SUITE 1800, LOS ANGELES, CA 90017 |
| ZESTDEW LIMITED | ATTN: DEREK A. HOWELL, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| ZESTDEW LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ZESTDEW LIMITED | ATTN: DEREK A. HOWELL, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| ZESTDEW LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| ZESTDEW LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| ZESTDEW LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |

**Total Creditor Count 25**