**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                                :
In re                                                                          :   Chapter 11 Case No.
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :   08-13555 (SCC)
                                                                                :   (Jointly Administered)
Debtors.                                                              :
                                                                                :
---------------------------------------------------------------x   Ref. Docket Nos. 50830, 50834

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 12, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Lauren Rodriguez*
                                                                    Lauren Rodriguez

Sworn to before me this
16th day of October, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129077

To:   BAR(23) MAILID *** 000099470331 ***



CREDIT SUISSE ITALY SPA
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000099470331 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000129077



CREDIT SUISSE ITALY SPA
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE ITALY SPA
CRAVATH, SWAINE & MOORE LLP
WORLDWIDE PLAZA
ATTN: RICHARD LEVIN
825 EIGHTH AVENUE
NEW YORK, NY 10019

CREDITO EMILIANO S.P.A.
ATTN: EFISIO BERTRAND
VIA EMILIA SAN PIETRO, N.4
REGGIO EMILIA 42121
 ITALY

**Your transfer of claim # 55820-02 is defective for the reason(s) checked below:**

Other ISIN XS0244093927 NOT RELATED TO CLAIM 55820

Docket Number   50830            Date:  08/24/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE AG, HONG KONG BRANCH | ONE RAFFLES LINK, UNITS 04-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 7**