**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
:
In re                                                                  :   Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                           :   08-13555 (SCC)
:   **(Jointly Administered)**
Debtors.                                            :
:
-----------------------------------------------------------------------x   Ref. Docket Nos. 50862, 50863,
50875, 50876, 50893, 50905, 50906,
50921, 50936, 50959, 50961, 50964,
50965, 50969, 50970, 50976, 50985,
50993, 50994, 51000, 51021, 51022,
51044, 51054-51056, 51058-51060

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 7, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
16th day of October, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000120554

To:  BAR(23) MAILID *** 000099395202 ***



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ODDO & CIE
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000099395202 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000120554



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ODDO & CIE
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 67361-15 in the above referenced case and in the amount of $257,741.74 allowed at $258,344.00 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| BARCLAYS BANK PLC<br>TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.<br>ATTN: DANIEL MIRANDA<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 | BARCLAYS BANK PLC<br>ATTN: JEFF LONGMUIR<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   50862   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/07/2015                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 7, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ODDO & CIE, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O ALDEN GLOBAL CAPITAL; ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| AMSTEL ALTERNATIVE CREDIT FUND SICAV PLC | TRANSFEROR: TRENCH CAPITAL PARTNERS LLP, ATTN: ALEX VAN LEYEN, WHITEHALL MANSIONS, GROUND FLOOR OFFICE, TA'XBIEX SEAFRONT XBX 1026 MALTA |
| ANDBANK LUXEMBOURG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, 7 ARUE ROBERT STUMPER, LUXEMBOURG L-2557 LUXEMBOURG |
| BANCA ESPERIA S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: LUCA PELLEGRINO, VIA FILODRAMMATICI, 5, MILANO 20121 ITALY |
| BANCA ESPERIA S.P.A. | TRANSFEROR: UBS AG, ATTN: SIMONE FATO, VIA DANTE 16, MILANO 20121 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA, ATTN: GERRY DE ALBERTI, SERVIZIO FINANZA-AMMINISTRAZIONE TITOLI, PIAZZA GARIBALDI, 16, SONDRIO 23100 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK OF NOVA SCOTIA, THE | ATTN: KEN THORLAKSON, V.P. & ASSOCIATE GENERAL COUNSEL, 40 KING STREET WEST, 8TH FLOOR, TORONTO, ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC | ATTN: RAY NOLTE, 55 EAST 59TH STREET, 10TH FLOOR, NEW YORK, NY 10022 |
| CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O CARVAL INVESTORS UK LIMITED, ATTN: MATT SHIPTON, 25 GREAT PULTENEY STREET, 3RD FLOOR, LONDON W1F 9LT UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: FCI HOLDINGS I LTD., C/O FORTRESS INVESTMENT GROUP LLC, ATTN: DAVID SHARPE, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LP | TRANSFEROR: FCI HOLDINGS I LTD., C/O FORTRESS INVESTMENT GROUP LLC, ATTN: DAVID SHARPE, 1345 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY 10105 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BANK OF NOVA SCOTIA, THE, C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: BIMINI INVESTMENTS S.A.R.L., C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| FCI HOLDINGS I LTD. | C/O FORTRESS INVESTMENT GROUP LLC, ATTN: JAMES K. NOBLE III, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| FCI HOLDINGS I LTD. | C/O FORTRESS INVESTMENT GROUP LLC, ATTN: JAMES K. NOBLE III, 1345 AVENUE OF THE AMERICAS, 46TH FLOOR, NEW YORK, NY 10105 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PP OPPORTUNITIES LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| JPMORGAN SECURITIES LLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, AS AGENT FOR J.P. MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO - MAIL CODE NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| JPMORGAN SECURITIES PLC | TRANSFEROR: KNIGHTHEAD MASTER FUND, LP, AS AGENT FOR JP MORGAN SECURITIES PLC, ATTN: JEFFREY L. PANZO - MAIL CODE: NY1-M138, 383 MADISON AVENUE-FLOOR 43, NEW YORK, NY 10179 |
| KNIGHTHEAD MASTER FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LAGAN PARTNERS, L.L.C. | TRANSFEROR: UBS AG, C/O ROPES & GRAY LLP, ATTN: PHILIP A. WELLS, 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-8704 |
| LEUMI PRIVATE BANK LTD | F/K/A BANQUE SAFDIE SA, 1, RUE DE LA TOUR-DE-L'ILE, CASE POSTALE 5415, GENEVA 11 CH-1211 SWITZERLAND |
| LEUMI PRIVATE BANK LTD | EDWARD NEIGER, 317 MADISON AVE FL 21, NEW YORK, NY 10017-5208 |
| LIECHTENSTEINISCHE LANDESBANK AG, VADUZ | TRANSFEROR: BANK JULIUS BAER & CO. LTD., DIAZ, REUS & TARG, LLP, ATTN: ALEXANDER REUS, ESQ & ALISON LABOISSONNIERE, ESQ., 100 SE SECOND STREET, SUITE 2610, MIAMI, FL 33131 |
| LLSM L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| LLSM L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA., 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, C/O PAULSON & CO. INC, ATTN: JAMES OLIVO, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, |

| Claim Name | Address Information |
|---|---|
| AS CUSTODIAN | RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: LEUMI PRIVATE BANK LTD, 1-3 FREDRICK'S PLACE, LONDON EC2R 8AE UNITED KINGDOM |
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: LEUMI PRIVATE BANK LTD, 1-3 FREDRICK'S PLACE, LONDON EC2R 8AE UNITED KINGDOM |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, LP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| UBS AG | ATTN: BERT FUQUA, ESQ., 677 WASHINGTON BLVD., STAMFORD, CT 06901 |
| UBS AG | MORGAN LEWIS & BOCKIUS LLP, ATTN: JOSHUA DORCHAK, ESQ., 399 PARK AVENUE, NEW YORK, NY 10022 |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: UBS AG, ATTN: ROSA DUNIA BRAMBILIA, PIAZZA VITTORIO VENETO, 8, BERGAMO 24051 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |
| ZOMBRANO CAPITAL, L.L.C. | TRANSFEROR: CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC, C/O ROPES & GRAY LLP, ATTN: PHILIP A. WELLS, 1211 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-8704 |

**Total Creditor Count 97**