**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re                                                                          :    Chapter 11 Case No.
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                                    :    (Jointly Administered)
Debtors.                                                    :
                                                                                    :
---------------------------------------------------------------x   Ref. Docket Nos. 50823, 50827-
                                                                                        50831, 50848, 50906, 50960, 50962,
                                                                                        50963, 50968, 50986, 50987, 51049

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                                                ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 13, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
16th day of October, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000120883

To:    BAR(23) MAILID *** 000099470279 ***



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ILLIQUIDX LTD
ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE
NEW YORK, NY 10022

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000099470279 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000120883



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ILLIQUIDX LTD
ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE
NEW YORK, NY 10022

Please note that your claim # 35550-01 in the above referenced case and in the amount of $1,611,601.71 allowed at $1,615,366.64 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| BARCLAYS BANK PLC<br>TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.<br>ATTN: DANIEL MIRANDA<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 | BARCLAYS BANK PLC<br>ATTN: JEFF LONGMUIR<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim. However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    50968    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/13/2015         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 13, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LTD, ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: GERRY DE ALBERTI, SERVIZIO FINANZA-AMMINISTRAZIONE TITOLI, PIAZZA GARIBALDI, 16, SONDRIO 23100 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: GERRY DE ALBERTI; SERVIZIO FINANZA-AMMINISTRAZIONE TITOLI, PIAZZA GARIBALDI, 16, CONDRIO 23100 ITALY |
| BANK HAPOALIM (SCHWEIZ) AG | TRANSFEROR: UBS AG, ATTN: MARK LAVENDER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LEUMI PRIVATE BANK LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| EFG BANK AG | TRANSFEROR: CREDIT SUISSE, QUAI DU SEUJET 24, P.O. BOX 2391, 1211 GENEVE 2, ZURICH  SWITZERLAND |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OC 19 MASTER FUND LP - LCG, ATTN: MICHELLE LATZONI, C/O GOLDMAN SACHS & CO., 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS OFFSHORE MASTER FUND, LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR WAVEFRONT LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR CAPITAL PARTNERS LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: LUXOR SPECTRUM OFFSHORE MASTER FUND LP, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: 0C19 MASTER FUND LP - LCG, C/O GOLDMAN SACHS & CO., ATTN: MICHELLE LATXONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| JOSE NABANTINO RAMOS | TRANSFEROR: CREDIT SUISSE, PARKSTRASSE 13, BAD SODEN AM TAUNUS DE-65812 |
| LEUMI PRIVATE BANK LTD. | TRANSFEROR: CREDIT SUISSE, DIANASTRASSE 5, ZURICH 8002 SWITZERLAND |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX LLP, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| LIQUIDATION OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: CHENAVARI FINANCIAL ADVISORS LTD, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, NEW YORK, NY 10022 |
| LLSM L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAAS, 30TH FLOOR, NEW YORK, NY 10020 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: EDWINA PJ STEFFER, 8500 |

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 58**