UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                                   :    Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    Case No. 08-13555 (SCC)
                                                                              :
            Debtors.                                                :    (Jointly Administered)
---------------------------------------------------------------x

## REVISED SECOND STIPULATED CLAIMS LITIGATION SCHEDULE

WHEREAS, on February 11, 2015, the Court so-ordered the Parties' stipulated Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to the Claims of QVT Fund LP and Quintessence Fund L.P. [Docket No. 48190] (the "Claims Litigation Schedule");

WHEREAS, the Parties have met and conferred and agreed to extend various deadlines in the Claims Litigation Schedule;

NOW, THEREFORE, the Parties hereby stipulate and agree to modify the Claims Litigation Schedule as follows:

1. All fact discovery shall be completed by February 12, 2016.

2. Initial document productions pursuant to agreed search terms and other agreements between the parties must commence on a rolling basis no later than October 12, 2015. The parties' document productions shall be substantially completed by November 6, 2015.

3. Privilege logs shall be served on or before December 7, 2015.

4. Depositions of fact witnesses must be completed no later than February 12, 2016.

5. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) and requests for admissions will be served at least 30 days prior to close of discovery.

6. QVT Fund LP and Quintessence Fund L.P. (collectively, "QVT") shall disclose the identities of any of its testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on March 11, 2016.

7. Depositions of experts disclosed pursuant to paragraph 6 must be completed no later than April 8, 2016.

8. Debtors shall disclose the identities of any of their testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on May 13, 2016.

9. Depositions of experts disclosed pursuant to paragraph 8 must be completed no later than June 10, 2016.

10. The parties shall serve any rebuttal expert reports on July 8, 2016.

11. Depositions of experts disclosed pursuant to paragraph 10 must be completed no later than August 5, 2016.

12. As required by applicable rules, if a party wishes to file a dispositive motion, that party shall request a pre-motion conference with respect to such motion on or before August 19, 2016.

13. The Claims Hearing regarding the Claims of QVT Fund LP and Quintessence Fund L.P. shall commence on September 19, 2016.

Dated: October 12, 2015
      New York, New York

           */s/ Laura Washington Sawyer*
           Jayant W. Tambe
           Laura Washington Sawyer
           Ryan J. Andreoli

           JONES DAY
           222 East 41st Street
           New York, New York 10017
           Telephone:   (212) 326-3939
           Facsimile:    (212) 755-7306

           jwtambe@jonesday.com
           lwsawyer@jonesday.com

           *Attorneys for Debtors and*
           *Debtors in Possession*

Dated:    October 12, 2015
           New York, New York

           */s/ Dennis H. Tracey, III*
           Dennis H. Tracey, III
           Robin E. Keller
           Benjamin J.O. Lewis
           John D. Beck

           HOGAN LOVELLS US LLP
           875 Third Avenue
           New York, New York 10022
           Telephone:   (212) 918-3000
           Facsimile:    (212) 918-3100

           dennis.tracey@hoganlovells.com
           robin.keller@hoganlovells.com
           ben.lewis@hoganlovells.com
           john.beck@hoganlovells.com

           *Attorneys for QVT Fund LP and*
           *Quintessence Fund L.P.*

-4-

Dated: October 19, 2015    SO ORDERED
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE