**Logistik**
LOAA2



| | |
|---|---|
| Kontakt | LOAA2 |
| Telefon | 044 292 98 92 |
| Fax | 044 292 86 64 |
| E-Mail | corporateactions@zkb.ch |
| Adresse | Postfach |
| | 8010 Zürich |

Einschreiben

United States Bankruptcy Court
Southern District of New York
re: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA



Zürich, 9. Oktober 2015

**Partial Transfer of Claim „Lehman Brothers BV"**

Dear Sir or Madam,

Please find enclosed the „Form 210A" and the originally signed „Evidence of Transfer of Claim" including „Schedule 1" released by Credit Suisse AG on October 12th, 2015.

We kindly ask you to process the partial transfer of claim:

| | |
|---|---|
| ISIN: | XS0340696466 |
| Titel: | 100% Capital Guaranteed Lehman Brothers 2007-31.1.18 VRN on a Basket of Funds -In Default |
| Nominal: | Nom. -350'000- |
| Transferor: | Credit Suisse AG |
| Transferee: | Specogna Personalvorsorgestiftung |
| Initial Proof of Claim Number: | 55829 |

Best regards
Zürcher Kantonalbank

Oguzhan Demirel          Sandra Azzolina

Zürcher Kantonalbank
1/1

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Specogna Personalvorsorgestiftung
Name of Transferee

Credit Suisse AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Specogna Personalvorsorgestiftung
Steinackerstrasse 55
CH-8302 Kloten
Switzerland

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): EUR 350'000.00

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Oguzhan Demirel        Andra Azzolina
By: _____        Date: 09.10.2015
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

Specogna
Personalvorsorgestiftung

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to ~~Zürcher-Kantonalbank-AG~~ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

      Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 12, 2015.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:  AVP

By:_____
Name: Rita von Wyl
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0340696466 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 350'000 |