FILED / RECEIVED

OCT 16 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555 (SCC)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of all rights, title and interest in the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| Lehman Brothers Holdings Inc. | GMO Credit Opportunities Fund, L.P. |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 32088 |
| | Amount of Claim Transferred: 3,622,608.00 |
| | Date Claim Filed: 09/22/2009 |
| 1271 Avenue of the Americas | Debtor: Lehman Brothers Commercial Corp. |
| New York, New York 10020 | |
| Attention: Richard Katz | |
| Telephone: +1 646 285 9065 | |
| Email: Richard.Katz@lehmanholdings.com | |

*[Remainder of page left intentionally blank]*



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 10/14/15
Transferee/Transferee's Agent


Agreed and Acknowledged:

Transferor: **GMO CREDIT OPPORTUNITIES FUND, L.P.**

By: _____  Date: 10/14/15


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*[Signature Page to 3001(e)(2) for Claim No. 32088 Against LBCC]*