UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (JMP)
                                              :
                    Debtors.                  :    (Jointly Administered)
                                              :
                                              :
                                              :
------------------------------------------------------------------x

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that effective October 19, 2015, the address of the firm of Klestadt Winters Jureller Southard & Stevens, LLP, counsel to GLG Credit Fund, is changed to Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, NY 10036-7203.  Our telephone number remains (212) 972-3000.

We hereby request that the Clerk of the Court make note of our new firm address. Should you have any questions, please do not hesitate to contact Renea Gargiulo, a paralegal at our firm, at 212-972-3000 or via email at rgargiulo@klestadt.com.

Dated: New York, New York
        October 19, 2015

                                    Respectfully submitted,

                                    By: _____
                                        John E. Jureller, Jr.

                                    KLESTADT WINTERS JURELLER
                                    SOUTHARD & STEVENS, LLP
                                    200 West 41st Street, 17th Floor
                                    New York, NY 10036-7203
                                    (212) 972-3000