FILED / RECEIVED
OCT 16 2015
EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc.    Case No. 08-13555 (SCC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of all rights, title and interest in the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Lehman Brothers Holdings Inc.
Name of Transferee

Neuberger Berman Management LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

1271 Avenue of the Americas
New York, New York 10020
Attention: Ian Burke
Telephone: +1 646 285 9596
Email: Ian.Burke@lehmanholdings.com

Court Claim # (if known): 22011
Amount of Claim Transferred: 1,649,066.67
Date Claim Filed: September 21, 2009
Debtor: Lehman Brothers Commercial Corp.


RECEIVED OCT 20 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 9/30/15
Transferee/Transferee's Agent

Agreed and Acknowledged:

By: _____    Date: 9/30/15
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

WEIL\95302504\3\58399.0013