Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: LANDOLT & Cie SA | Name of Transferor: CREDIT ANDORRA S.A. |
|---|---|
| Notices to Transferee should be sent to:<br><br>LANDOLT & CIE SA<br>Ch. de Roseneck 6<br>1006 Lausanne | Court Record Address of the Transferor:<br>CREDIT ANDORRA S.A.<br>AVDA.MERITXELL 80<br>AD 500 ANDORRA LA VELLA<br>PHONE +37688807<br>Attn: Joan Marc Caminal<br>Email: backoffice@creditandorra.ad |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br>CREDIT ANDORRA S.A.<br>AVDA.MERITXELL 80<br>AD 500 ANDORRA LA VELLA<br>PHONE +37688807<br>Attn: Joan Marc Caminal<br>Email: backoffice@creditandorra.ad |
| Amount of Claim Being Transferred:<br><br>EUR 70'000.00<br>(face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): | |
| Date Claim Filed: Oct-30th-2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Marion Amiguet    Gaëtan Chabbey
Authorized Officer    Assistant Vice President    Date: 15.10.2015
By: _____
Landolt & Cie SA
18, place de Longemalle
1204 Geneve, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 60324 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN BROS FRN | XS0224346592 | LBT BV | LBH Inc. | EUR 70'000.00 |

The aggregate amount of the Transferred Claim is around 8,800 USD

CRÈDIT ANDORRÀ S.A., ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Landolt & Cie SA
18, place de Longemalle
1204 Geneve, Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated October 8, 2015.

Crèdit Andorrà S.A.
Transferor

By: _____
Name: Jose Luis Dorado
Title: CIO

By: _____
Name: Bonaventura Vidal
Title: Back office Director

ACKNOWLEDGED BY:

LANDOLT & CIE SA
Ch. de Roseneck 6
1006 Lausanne

LANDOLT & CIE S.A..
Transferee

By: _____
Name:        Marion Amiguet        Gaëtan Chabbey
Title:       Authorized Officer    Assistant Vice President