**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Stephanie Sweeney
Christopher J. Reilly

*Counsel to Credit Suisse AG*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 1 |
| LEHMAN BROTHERS HOLDINGS INC., et al.,, | : | |
| | : | Case No. 08-13555 (SCC) |
| Debtors. | : | |
| | : | (Jointly Administered) |

-----------------------------------------------------------------x

## <u>NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM</u>

PLEASE TAKE NOTICE that, through its undersigned counsel, Credit Suisse AG

("<u>Transferor</u>") hereby withdraws its Evidence of Partial Transfer of Claim (Claim No.

55829) filed on June 16, 2015 (Docket No. 50120) from Transferor to Liechtensteinische

Landesbank AG, Vaduz ("<u>Transferee</u>") in the amount of CHF 200'000.

Dated: October 22, 2015

KLESTADT WINTERS JURELLR
SOUTHARD & STEVENS, LLP

By:    */s/ Christopher Reilly*
       Stephanie Sweeney
       Christopher Reilly
       570 Seventh Avenue, 17th Floor
       New York, New York 10018
       (212)-972-3000