# EXHIBIT A

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| 1st Advantage Mortgage LLC ("1st Advantage") | Draper and Kramer Mortgage Corp. d/b/a 1st Advantage Mortgage ("DKMC") | Information obtained by LBHI indicates the following: The original entity, 1st Advantage, was voluntarily dissolved. DKMC purchased the ongoing business operations of 1st Advantage, including its assets and liabilities. DKMC continued 1st Advantage's business operations with 1st Advantage's former members, directors, and employees. Moreover, DKMC continues to operate at 1st Advantage's former place of business. |
| Access National Mortgage Corporation ("ANMC") | Access National Bank ("ANB") | Information obtained by LBHI indicates the following: The original entity, ANMC, termined its corporate status. ANB dissolved ANMC and established Access National Mortgage ("ANM"), which is a division of ANB. ANB's address is the same as the address for both ANM and ANMC and the logos for ANMC and ANM are the same. The website for ANB states that ANM was formed in 1985, which is actually the formation date for ANMC. |
| Advantage Mortgage Network, Inc. ("Advantage") | Ameripro Funding, Inc. ("Ameripro") | Information obtained by LBHI indicates the following: The original entity, Advantage, is listed as an active corporation, but it appears to operate as Ameripro. Advantage is still in existence and is now known by the name Republic of Texas Mortgage, Inc. ("Republic"). Ameripro's filings indicate that Republic is an alternative name for Ameripro. The website for Advantage redirects to Ameripro website. The President and 100% owner of Advantage is also the President of Republic and Ameripro. |
| American Mortgage Alliance, Inc. ("AMA") | Cherry Creek Mortgage Co., Inc. ("Cherry Creek") | Information obtained by LBHI indicates the following: The original entity, AMA, was administratively dissolved. AMA was purchased by or otherwise merged into Cherry Creek, and now operates as a division therein. AMA's officers and directors are now branch managers in that Cherry Creek Division, which continues to operate at AMA's former address. |
| American Mortgage Professionals, Inc. ("AMP") | Fidelity General, Inc. ("Fidelity") | Information obtained by LBHI indicates the following: The original entity, AMP, was suspended by the Franchise Tax Board. Fidelity was formed after another apparent successor entity, Amwest Capital Mortgage ("Amwest"), was also suspended by the Franchise Tax Board. AMP and Amwest's former President and registered agent is the President and registered agent for Fidelity. Moreover, Fidelity's President continues to use the same email address and phone number to conduct Fidelity business as he did for AMP and Amwest. |
| America's Mortgage Banc, Inc. ("AMB") | Pulaski Bank ("Pulaski") | Information obtained by LBHI indicates the following: The original entity, AMB, was voluntarily dissolved. Prior to dissolution, AMB changed its name to Community Home Lending, Inc. ("CHM"). On 10/14/2014 Pulaski announced an association with CHM (f/k/a AMB) and that the new association would operate as Pulaski's Comsumer Direct Mortgage Origination Division. Several officers of CHM (f/k/a AMB) are now or had recently been officers of Pulkaski. The CHM website redirects to a website entitled Pulaski Bank Home Lending, which lists the same street address that AMB had previously used. Moreover, Pulaski's website lists branch locations under the heading "Community Home Lending Branch Loactions." |
| Arlington Capital Mortgage Corporation ("ACMC") | Gateway Funding Diversified Mortgage Services, L.P. ("Gateway") & Finance of America Holdings, LLC ("FAH") | Information obtained by LBHI indicates the following: The original entity, ACMC, was acquired by Gateway in 2008. In 2013, the District Court for the Eastern District of Pennsylvania found that Gateway had successor liability for ACMC. In 2015, FAH acquired Gateway. After the acquisition, Gateway's website redirects to FAH's website. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Ascent Home Loans, Inc. ("Ascent") | Loan Simple, Inc ("Simple") | Information obtained By LBHI indicates the following: The original entity, Ascent, changed its name to Simple, and is the same entity. Simple operates out of the same principal place of business as Ascent, and several officers of Ascent are officers of Simple. |
| Atterstrom Consulting Group d/b/a LMI Funding, Inc. ("LMI") | Primary Residential Mortgage, Inc. ("PRMI") | Information obtained by LBHI indicates the following: The original entity, LMI, was suspended by the Franchise Tax Board. LMI was purchased by or otherwise merged into PRMI, which added to PRMI approximately fifty former employees and two former officers of LMI. A former LMI branch manager became a PRMI team leader, and LMI's former President is now a PRMI branch manager. |
| Aurora Mortgage, LLC ("AM") | Aurora Financial, LLC ("AF") | Information obtained By LBHI indicates the following: The original entity, AM, changed its name to AF, and is the same entity. AF operates out of the same principal place of business as AM, and the CEO of AM is also the CEO of AF. |
| Banc Group Mortgage Corp. ("BGMC") | Guaranteed Rate Real Estate, LLC ("GRRE") | Information obtained by LBHI indicates the following: The original entity, BGMC, was voluntarily dissolved in 2010. GRRE has a branch office at the same office address as BGMC and several officers from BGMC went to work for GRRE in 2010. |
| Bancplus Home Mortgage Center, Inc ("Bancplus") | Advantum Mortgage Network, Inc. ("Advantum") | Information obtained By LBHI indicates the following: The original entity, Bancplus, changed its name to Advantum, and is the same entity. Further, several 2007 Additional Wholesale Branch Request forms stated that Advantum was dba Bancplus. Advantum's principal address is the same as Bancplus' address. |
| Bell America Mortgage LLC d/b/a Bell Mortgage ("Bell America") | Bell State Bank & Trust ("Bell State Bank") | Information obtained by LBHI indicates the following: The original entity, Bell America, was dissolved. Bell America was purchased by or otherwise merged into Bell State Bank, and now operates under the Bell Mortgage name as a division therein. Bell America's former lenders, locations, and management team remained the same with Bell State Bank's Bell Mortgage Division, and it's former owner, as well as various officers or directors, also continued as officers or directors with Bell Mortgage Division or Bell State Bank. |
| Brier Mortgage Corp. ("Brier Mortgage") | Bell State Bank & Trust ("Bell State Bank") | Information obtained by LBHI indicates the following: The original entity, Brier Mortgage, was administratively dissolved. Brier Mortgage was purchased by or otherwise merged into Prime Mortgage, which was in turn purchased by or otherwise merged into The Business Bank, which was ultimately purchased by or otherwise merged into Bell State Bank, and now operates under the Bell Mortgage Division therein. Moreover, Bell State Bank's Bell Mortgage Division continued to operate a main office at Prime Mortgage's former address. Brier Mortgage's former owner and officer continued employment with Prime Mortgage and Bell State Bank's Bell Mortgage Division. |
| Capital Market Funding, Inc. ("Capital Market") | Bank of Commerce Mortgage ("BCM") | Information obtained by LBHI indicates the following: The original entity, Capital Market, was suspended by the Franchise Tax Board. Capital Market was purchased by or otherwise merged into BCM, which continued to operate an office at Capital Market's former address and with its former employees. Capital Market's former owner and officer or director, as well as another former officer or director of Capital Market, continued as managers with BCM. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Christopher E. Hobson, Inc. d/b/a Franklin Financial and Franklin Financial Services Inc. ("CEH") | Directors Financial Group ("DFG") | Information obtained by LBHI indicates the following: The original entity, CEH, changed its name to Greenberry Financial Services, Inc. ("GFS") and was dissolved. DFG continued the operations of GFS f/k/a CEH, operating at CEH's former address and with its former phone number. CEH's former owner and officer continued as an officer and director of DFG. |
| Comstock Mortgage ("Comstock") | Guild Mortgage Company ("Guild") | Information obtained by LBHI indicates the following: The original entity, Comstock Mortgage, merged with Sacramento 1st Mortgage, Inc. The resulting entity was subsequently purchased by or otherwise merged into Guild, and now operates as the "Comstock Division" within Guild. A number of former partners, officers or directors are now managers or employees in that division. Additionally, Comstock's website redirects to Guild's Rosewood, California branch, where Comstock Mortgage's name is etched in glass behind the reception desk and on signage placed on the outside of the building. |
| DesPortes & Sellig LLC ("DesPortes") | Central Rockies Mortgage Corporation ("Rockies") | Information obtained by LBHI indicates the following: The original entity, DesPortes, is listed as being in Good Standing with the Colorado Secretary of State, but does not appear operational. DesPortes' President transitioned the business operations to Rockies in 2011, and DesPortes' website now links to Rockies' website. The mailing address listed on DesPortes' Colorado Secretary of State filings is the same mailing address as appears on William DesPortes' profile on Rockies' website. |
| Door to Your Dreams Mortgage, Inc. ("Door") | Florida Dreams Realty Group, Inc. ("Dreams") | Information obtained By LBHI indicates the following: The original entity, Door, is listed as an inactive corporation by the Florida Secretary of State. Dreams has the same principal place of business, the same registered agent, and the same phone number as Door. The owner and President of Door is also the owner and President of Dreams. |
| Equal Mortgage Corporation ("Equal") | Perdomo & Associates Corp ("Perdomo") | Information obtained by LBHI indicates the following: The original entity, Equal, has been dissolved. Perdomo continued Equal's operations at an office on the same floor of the same building as Equal. Perdomo's President and regisgered agent is the President and registered agent for Perdomo. Equal's Vice President has been a realtor for Perdomo. |
| First Mortgage Corporation ("First Mortgage") | Freedom Mortgage Corporation ("Freedom") | Information obtained by LBHI indicates the following: The original entity, First Mortgage, was purchased by or otherwise merged into Freedom. Freedom appears to have continued First Mortgage operations with numerous former First Mortgage employees. |
| First Ohio Banc & Lending, Inc. ("First Ohio") | Ohio Lending Consultants, LLC. ("Ohio Lending") | Information obtained by LBHI indicates the following: The original entity, First Ohio, is listed as an active corporation, but it appears its operations have been taken over by Ohio Lending. First Ohio's President is the sole member of Ohio Lending, and First Ohio and Ohio Lending share a registered agent. According to a memorandum of opinion from a case in the Northern District of Ohio, First Ohio fired all its employees, who were then immediately rehired by Proficio Mortgage Ventures ("PMV"). First Ohio's President formed Ohio Lending and entered into an Affiliate Manager Agreement with PMV to manage the particular PMV branch that hired all of First Ohio's former employees. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Florida Mortgage Trust, LC ("FMT") | Florida Mortgage Processing Group LLC d/b/a Florida Mortgage Funding Group LLC ("FMPG") | Information obtained by LBHI indicates the following:  The original entity, FMT, was administratively dissolved.  FMT's operations appear to have been continued by Florida Mortgage Funding Group LLC, which was also administratively dissolved.  Subsequently, FMPG was formed and did business as Florida Mortgage Funding Group.  FMT's former Chief Executive Officer is now FMPG's Chief Executive Officer and registered agent.  FMT's registered agent and former Vice President is now the Manager of FMPG, which continues to operate with FMT's former phone number. |
| FNB Mortgage LLC ("FNB Mortgage") | First National Bank ("FNB") | Information obtained by LBHI indicates the following:  The original entity, FNB Mortgage, was a subsidiary of FNB and has been forfeited.  FNB was a member of FNB Mortgage, and the Manager of FNB Mortgage was also the President of FNB. |
| Frels Enterprises Inc. d/b/a Mortgage Associates of Texas ("Frels") | Mortgage Factory, Inc. d/b/a Mortgages Direct ("Mortgage Factory") | Information obtained by LBHI indicates the following:  The original entity, Frels, was involuntarily dissolved.  As indicated in the broker agreement, Frels did business under the name, Mortgage Associates of Texas ("Mortgage Associates").  Mortgage Associates' website now redirects to Mortgages Direct, which has continued Frel's business operations using the same phone number.  The only staff member on Mortgages Direct's website is the former president and owner of Frels, whose title is Senior Mortgage Banker.  Mortgages Direct is a trade name for Mortgage Factory. |
| Global Advisory Group, Inc. d/b/a Mortgage Advisory Group ("GAG") | Intercap Lending, Inc. ("Intercap") | Information obtained By LBHI indicates the following:  The original entity, GAG, is listed as an active corporation.  However, GAG was acquired by Intercap in the first quarter of 2014. GAG did business under various trade names, including Mortgage Advisory Group.  Intercap uses the same NMLS number associated with Mortgage Advisory Group.  The U.S. Department of Housing and Urban Development website indicates that Mortgage Advisory Group is doing business as GAG and Intercap. |
| Hartland Mortgage Centers, Inc. ("Hartland") | Pacor Mortgage Corp. ("Pacor") | Information obtained by LBHI indicates the following:  The original entity, Hartland, is still listed as an active corporation.  However, Hartland's website is expired, and it appears that Pacor has continued Hartland's operations.  Several managers and employees of Hartland are listed as managers and employees of Pacor, and Pacor is operating a branch at the address Hartland listed in the Broker Agreement. |
| iMortgage.com, Inc. ("iMortgage") | loanDepot.com, LLC d/b/a imortgage ("loanDepot") | Information obtained by LBHI indicates the following:  The original entity, iMortgage, is listed as an active limited liability company in good standing.  However, iMortgage was purchased by or otherwise merged into loanDepot, and now operates as a division within loanDepot.  iMortgage's former President, Executive Vice President, and Chief Operating Officer now hold the same positions in that division, which continues to operate at iMortgage's former address and with its former phone and fax numbers. |
| Jason Nolan d/b/a Nolan Mortgage Corporation ("Nolan") | Nolan Mortgage Corporation d/b/a Michigan Mortgage Solutions ("Nolan Mortgage") | Information obtained by LBHI indicates the following:  Nolan signed the initial broker agreement as "Jason Nolan d/b/a Nolan Mortgage, a Michigan Corporation."  Nolan is the owner and registered agent of Nolan Mortgage, which does business under the assumed name Michigan Mortgage Solutions.  Nolan's Zillow profile indicates that he founded Michigan Mortgage Solutions in 1998, where it operated for 13 years in Waterford, MI, which corresponds to the address listed in the broker agreement. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Liberty Financial Group, Inc d/b/a Liberty Financial Group, LLC ("Liberty") | Guild Mortgage Company ("Guild") | Information obtained by LBHI indicates the following: The original entity, Liberty, is listed as inactive or withdrawn on various secretary of state websites. Liberty was purchased by or otherwised merged into Guild. Guild's website states that Liberty's founder and Director "kept his team strong, before, during, and after the transition to Guild." Liberty's founder and Director is now an Executive Vice President and National Production Manager at Guild. |
| Mason Dixon Funding, Inc. ("Mason") | Embrace Home Loans, Inc. ("Embrace") | Information obtained by LBHI indicates the following: The origianal entity, Mason, was dissolved according to the Maryland Secretary of State. Mason was purchased by or otherwise merged into Embrace in 2009. Mason's address is now used by Embrace and Mason's CEO and CFO and is now CFO for Embrace. |
| Millennium Mortgage Corp ("Millennium Corp") | Millennium Mortgage Capital ("Millennium Capital") | Information obtained By LBHI indicates the following: The original entity, Millennium Corp, was suspended. Several lawsuits list Millennium Corp as d/b/a Millennium Capital. The President of Millennium Corp is also the President of Millennium Capital. |
| Monarch Mortgage Company, Inc. ("Monarch") | Broadview Mortgage Corporation ("Broadview") | Information obtained by LBHI indicates the following: The original entity, Monarch, was suspended. Monarch was purchased by or otherwise merged into Broadview. Monarch's former owner and President is now the Manager of a Broadview branch office that operates with Monarch's former phone and fax numbers. |
| Mortgage Financial Services, Inc. ("MFS") | Marketplace Home Mortgage, LLC ("Marketplace") | Information obtained by LBHI indicates the following: The original entity, MFS, was administratively dissolved. Marketplace continued the operations of MFS, operating a branch office with MFS's former phone and fax numbers. MFS's former owner and Chief Executive Officer is now the manager of that Marketplace branch office. |
| Nationwide Home Mortgage Inc. ("NHM") | Apex Home Loans, Inc. ("Apex") | Information obtained by LBHI indicates the following: The original entity, NHM, was forfeited. NHM merged into Apex, which now operates with NHM's former phone number. NHM's former President is now the Chairman of Apex, and NHM's former registered agent is now the Chief Operating Officer of Apex. |
| Net Mortgage, Inc. ("Net") | Sierra Home Group, Inc. ("Sierra") | Information obtained by LBHI indicates the following: The original entity, Net, is an active corporation, but its phone is disconnected and website no longer active. Net's owner and registered agent incorporated Sierra and was its registered agent. The registered agent on file for Sierra was changed to a person with the same last name as Net's owner, and Net's owner remains an employee of Sierra. |
| New England Merchants Corp. ("New England") | Wedgestone Real Estate Advisors, Inc. ("Wedgestone") | Information obtained by LBHI indicates the following: The original entity, New England, was involuntarily dissolved. Wedgestone continued the operations of New England, operating at New England's former address and with its former phone number. New England's former owner, President, Treasurer, Secretary and Director is now the Treasurer, Secretary and Director of Wedgestone. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| NL, Inc. d/b/a RPM Mortgage, Inc. f/k/a Najarian Loans, Inc. d/b/a Residential Pacific Mortgage, RPM Wholesale, RPM Mortgage, Inc. ("NLI") | RPM Mortgage Inc. ("RPM") | Information obtained by LBHI indicates the following:  The original entity, NLI, does business as RPM, which operates at the same address as NLI and with the same phone number.  NLI's President, Chief Executive Officer, and Chief Financial Officer are now the Director of Operations, Chief Executive Officer, and Chief Financial Officer and Strategy Officer of RPM.  Moreover, the registered agent for each corporation was an officer of NLI and is now an officer or director of RPM. |
| Northwest Mortgage Group, Inc. ("Northwest") | Guild Mortgage Company ("Guild") | Information obtained by LBHI indicates the following:  The original entity, Northwest, was dissolved.  Northwest was purchased by or otherwise merged into Guild.  Guild continued Northwest's operations as the "Northwest Mortgage Group within Guild."  Northwest's website redirects the user to the "Guild Mortgage Company - NW Mortgage Group" webpage, which shows that Guild continues to operate all eight of Northwest's Oregon branch offices.  Further, at least three of the four partners who founded Northwest transitioned to management positions within Guild. |
| Premier Home Mortgage, LLC ("PHM") | Premier Loan Processing, LLC ("PLP") | Information obtained by LBHI indicates the following:  The original entity, PHM, terminated it status as an Arizona LLC in 2014.  PLP continued PHM's operations out of the same offices as PHM.  PHM's member and registered agent is also a member and registered agent of PLP. |
| Professional Mortgage Brokers ("Professional") | Vintage Mortgage Group ("Vintage") | Information obtained by LBHI indicates the following:  The original entity, Professional, is listed as an active corporation, but it appears its operations have been taken over by Vintage.  Professional and Vintage share a principal place of business, registered agent, NMLS number, and have at various times shared officers and principals.  Moreover, the Broker Agreement signed by Professional indicated that Professional did business as Vintage.  That Professional did business as Vintage is also reflected by the U.S. Department of Housing and Urban Development's records, court filings in the Eastern District of California, and Professional's NMLS page that lists Vintage as a trade name. |
| Reliant Mortgage Company, LLC ("Reliant") | PMAC Merger LLC ("PMAC") | Information obtained by LBHI indicates the following:  The original entity, Reliant, merged into PMAC in 2013.  PMAC operates out of the address that had been used by Reliant, and Reliant's former President is now listed as the registered agent for PMAC. |
| Resource Mortgage Banking Trust, Ltd. d/b/a Covino & Company and d/b/a Luxmac Home Mortgage ("RMBT") | Covino & Company, Inc. ("Covino") / Luxmac, LLC ("Luxmac") | Information obtained by LBHI indicates the following:  The original entity, RMBT, is listed as an active corporation.  However, a former account executive has listed his employer as "Resource Mortgage Banking / LUXMAC Covino & Company."  RMBT shares the same website and phone number as Luxmac Covino & Company, Inc.  RMBT's President, Chief Executive Officer and Chief Financial Officer is the owner of Covino, and identified at luxmac.com as part of Luxmac Covino & Company, Inc.'s team. |
| Robert Herbert Byrd ("Byrd") | RBH Properties, Inc ("RBH") & RBH Properties & Associates ("RBHA") | Information obtained by LBHI indicates the following:  Byrd entered into the initial broker agreement as a sole proprietor.  Subsequently, Byrd incorporated RBH and RBHA.  Byrd operated his sole proprietorship at the same business address as the principal place of business for RBH and RBHA. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS |||
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Sacramento 1st Mortgage, Inc. ("Sacramento 1st") | Guild Mortgage Company ("Guild") | Information obtained by LBHI indicates the following: The original entity, Sacramento 1st, is listed as active. However, Sacramento 1st merged with Comstock Mortgage. The resulting entity was subsequently purchased by or otherwise merged into Guild, and now operates as the "Comstock Division" within Guild. A number of former partners, officers or directors are now managers or employees in that division, which continues to operate a branch location at Sacramento 1st's principal address. |
| Santa Cruz Mortgage Company ("SCMC") | Santa Cruz Home Finance ("SCHF") | Information obtained by LBHI indicates the following: The original entity, SCMC, had its corporate status administrative suspended by the Franchise Tax Board. SCHF operates out of the same address as SCMC. The NMLS number used by SCHF was formerly used in connection with SCMC. Of the six co-owners of SCMC, at least three are associated with SCHF. |
| SGB Corp ("SGB") | Wintrust Mortgage Corporation ("Wintrust") | Information obtained by LBHI indicates the following: The original entity, SGB, merged with Wintrust, The merger is referenced in Wintrust's 2004 prospectus. LBHI has previously sued Wintrust for deficient loans sold by SGB. |
| Sher Financial Group ("Sher") | NFM Lending ("NFM") | Information obtained by LBHI indicates the following: The original entity, Sher, is not in good standing with the Maryland Secretary of State. Sher d/b/a Citizen's Lending Group ("Citizen") merged with NFM. Sher's President and registered agent is on NFM's executive team. Moreover, one or more former Sher brokers worked for NFM after the merger. |
| Simonich Corporation ("Simonich") | Commerce Home Mortgage, Inc. ("CHMI") | Information obtained by LBHI indicates the following: The original entity, Simonich, is doing business as CHMI and remains an active corporation. Simonich and CHMI have the same principal address. Simonich's former President, Chairman, and Chief Executive Officer is now the President and Chief Executive Officer of CHMI, and another former Chief Executive Officer of Simonich is now the Director and Chief Financial Officer of CHMI. |
| State Financial Services, LLC ("SFS") | Arizona Home Wholesale ("AHW") | Information obtained by LBHI indicates the following: The original entity, SFS, is listed as an active limited liability company in good standing. However, there have been no filings with the Arizona Corporate Commission since 2011. The two managing members of SFS are also managing members of AHW, which operates at the same address as SFS. |
| Superior Mortgage Corp. d/b/a Superior Home Mortgage Corporation ("SMC") | Guaranteed Rate, Inc. ("Guaranteed Rate") | Information obtained by LBHI indicates the following: The original entity, SMC, is inactive or withdrawn according to various secretary of state websites. SMC was purchased by or otherwise merged into Guaranteed Rate, adding three hundred former employees of SMC and twenty former SMC offices. SMC's former Chief Executive Officer is now a Senior Vice President and Regional Director of Guaranteed Rate. |

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS | | |
|---|---|---|
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| The Mortgage Corner, LLC ("TMC") | Residential Home Funding Corp ("RHFC") | Information obtained by LBHI indicates the following: The oringinal entity, TMC, is inactive. Home Owner's Asset Co purchased RHFC, which subsequently merged with TMC. The resulting entity is RHFC. Both the previous owners/principals of TMC became owners/principals of RHFC. |
| TIB Bank ("TIB") | Capital Bank Financial Corp. ("CBFC") | Information obtained by LBHI indicates the following: The original entity, TIB, is inactive. In 2010, CBFC acquired TIB. TIB's former addesss is now occupied by CBFC. Several former officers of TIB became officers of CBFC. |
| Vertical Lend, Inc ("Vertical") | World Alliance Financial Corp ("World Alliance") | Information obtained by LBHI indicates the following: The original entity, Vertical, changed its name to World Alliance following its acquisition by KBC Bank. World Alliance continued to focus on the reverse mortgage business at the same principal place of business as Vertical. The Connecticut Superior Court found that Vertical changed its name to World Alliance, and treated them as the same entity. |