# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ─────────────────────────────────────── x :<br>In re: :<br> :<br>LEHMAN BROTHERS HOLDINGS INC., *et al.*, :<br> :<br>Debtors. :<br>─────────────────────────────────────── x | Chapter 11<br><br>Case No. 08-13555 (SCC) |

**ORDER IN AID OF ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST MORTGAGE LOAN SELLERS**

Upon the motion, dated October 22, 2015 (the "Motion"),[1] of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, for an order in aid of the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers*, dated June 24, 2014 [Dkt. No. 45277] (the "ADR Order"), as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Court's amended Order entered June 17, 2010, governing case management and administrative procedures [Docket No. 9635]; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

ORDERED that all Successors are bound by the terms of the ADR Order and are thereby required to, among other things, participate in the mediation of LBHI's Indemnification Claims in good faith; and it is further

ORDERED that the ADR Order shall remain in full force and effect notwithstanding the filing of the Motion and the entry of this Order; and it is further

ORDERED that service of the ADR Package on the Successors and the exchange of documents and other information concerning the Indemnification Claim at issue between the respective Successor and LBHI shall not constitute a violation of the ADR Order, including but not limited to, any provision governing confidentiality; and it is further

ORDERED that any purchaser of assets from any Seller whose purchase has been approved by a court of competent jurisdiction, and which immunizes the asset purchaser from successor liability to the Seller's creditors either by its terms or under applicable law will not be subject to the terms of this order or the ADR Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: _____, 2015
         New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE