

October 14, 2015

Richard L. Levine
Weil, Gotshal & Manages LLP
767 Fifth Avenue,
New York, NY 10153

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Financial Products Inc., Pltfs. vs. The Bank of New York Mellon Trust Co., et al. including Liberty Square CDO II, Corp., Dfts.

Case No. 0813555SCC

Dear Sir/Madam:

The Corporation Trust Company has filed a resignation of agent with the State of DE on 01/01/0001. Service can no longer be taken for this entity.

CT was unable to forward.

Very truly yours,

The Corporation Trust Company

Log# 527980841

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408

**(Returned To)**

Richard L. Levine
Weil, Gotshal & Manages LLP
767 Fifth Avenue,
New York, NY 10153