UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., et al          Case No. 08-13555 (JMP)
Name of Debtor: Lehman Brothers Special Financing Inc.    Case No. of Debtor 08-13888
                                    Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claim referenced herein.

| Name of Transferee: <br> ATTESTOR VALUE MASTER FUND LP | Name of Transferor: <br> MILLENNIUM PARTNERS, L.P. |
|---|---|
| Notices to Transferee should be sent to: <br> ATTESTOR VALUE MASTER FUND LP <br> c/o Attestor Capital LLP <br> 20 Balderton Street <br> London W1K 6TL <br> United Kingdom <br> Tel: +44 20 7074 9625 <br> Fax: +44 20 7074 9611 <br> Attn: Isobelle White <br> Email: Isobelle.White@attestorcapital.com | Court Record Address of the Transferor: <br> *(Court use only)* |
| Last Four Digits of Acct.#: 7713 | Last Four Digits of Acct.#: N/A |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor |
| Transferred Claim Amount: <br> $8,000,000.00 | |
| Court Claim No. (if known): <br> 66978 | |
| Date Claim Filed: <br> 02 August 2010 | |

**As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 21 October 2015
    Transferee's Authorized Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*