## EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court, Southern District of New York

AND TO:      LEHMAN BROTHERS SPECIAL FINANCING INC. ("Debtor.")
Case No. 08-13888 (jointly administered under In re Lehman Brothers Holdings Inc., et al.,
Chapter 11, Case No. 08-13555) ("Case.")

Claim Nos.   11307, 11308, 19173, 66653, 20149, 24541, 17727, 33600, 15937, 22043, 19528, 19526, 19538,
19533, 19530

Stone Lion Portfolio L.P. ("Seller."), for good and valuable consideration, the receipt and sufficiency of
which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Chase Lincoln First Commercial Corporation
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
ATTN: Jeffrey L. Panzo
Telephone No.: (212) 834-5857
Email: Jeffrey.L.Panzo@jpmorgan.com.

its successors and assigns ("Buyer."), all of Seller's rights, title and interest in and to:

Proof of Claim No. 11307 solely to the extent of $11,227,481.22
Proof of Claim No. 11308 solely to the extent of $2,324,134.11
Proof of Claim No. 19173 solely to the extent of $5,000,000.00
Proof of Claim No. 66653 solely to the extent of $5,900,000.00
Proof of Claim No. 20149 solely to the extent of $18,000,000.00
Proof of Claim No. 24541 solely to the extent of $1,466,739.00
Proof of Claim No. 17727 solely to the extent of $5,000,000.00
Proof of Claim No. 33600 solely to the extent of $809,147.20
Proof of Claim No. 15937 solely to the extent of $6,090,000.00
Proof of Claim No. 22043 solely to the extent of $5,800,000.00
Proof of Claim No. 19528 solely to the extent of $1,372,383.37
Proof of Claim No. 19526 solely to the extent of $611,513.41
Proof of Claim No. 19538 solely to the extent of $739,296.25
Proof of Claim No. 19533 solely to the extent of $822,533.93
Proof of Claim No. 19530 solely to the extent of $562,928.99

against the Debtor and filed in the Case (the "Claim.").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the
Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or
right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the
Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands
and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further
notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the
Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other
communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly
authorized representative dated as set forth below.

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P.,
    Its Investment Manager
By: _____
Name: _____Claudia Borg_____
Title: _____General Counsel_____
Date: ___10/23/15___

Stone Lion to CLFCC EOTs.docx

CHASE LINCOLN FIRST COMMERCIAL
CORPORATION
By:_____
Name:_____Christopher Cestaro_____
Title:_____Authorized Signatory_____
Date:___10/23/15___