**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court, Southern District of New York

AND TO:   LEHMAN BROTHERS HOLDINGS INC. ("Debtor.")
           Chapter 11, Case No. 08-13555 ("Case.")

Claim Nos.   11305, 11306, 19174, 66655, 20121, 24530, 17728, 33597, 15949, 22044, 19531, 19537, 67358, 19521, 67359

Stone Lion Portfolio L.P. ("Seller."), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Chase Lincoln First Commercial Corporation
Mail Code: NY1-M138
383 Madison Avenue – Floor 37
New York, New York 10179
ATTN: Jeffrey L. Panzo
Telephone No.: (212) 834-5857
Email: Jeffrey.L.Panzo@jpmorgan.com

its successors and assigns ("Buyer."), all of Seller's rights, title and interest in and to:

Proof of Claim No. 11305 solely to the extent of $2,324,134.11
Proof of Claim No. 11306 solely to the extent of $11,227,481.22
Proof of Claim No. 19174 solely to the extent of $5,000,000.00
Proof of Claim No. 66655 solely to the extent of $5,900,000.00
Proof of Claim No. 20121 solely to the extent of $18,000,000.00
Proof of Claim No. 24530 solely to the extent of $1,466,739.00
Proof of Claim No. 17728 solely to the extent of $5,000,000.00
Proof of Claim No. 33597 solely to the extent of $809,147.20
Proof of Claim No. 15949 solely to the extent of $6,090,000.00
Proof of Claim No. 22044 solely to the extent of $5,800,000.00
Proof of Claim No. 19531 solely to the extent of $1,372,383.37
Proof of Claim No. 19537 solely to the extent of $611,513.41
Proof of Claim No. 67358 solely to the extent of $739,294.81
Proof of Claim No. 19521 solely to the extent of $822,533.93
Proof of Claim No. 67359 solely to the extent of $562,926.99

against the Debtor and filed in the Case (the "Claim.").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P.,
Its Investment Manager
By: _____
Name: Claudia Borg
Title: General Counsel
Date: 10/23/15

CHASE LINCOLN FIRST COMMERCIAL CORPORATION
By: _____
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 10/23/15

Stone Lion to CLFCC EOTs.docx