# United States Bankruptcy Court
# Southern District of New York

*In re: Lehman Brothers Holdings Inc., et al.*               *Case No. 08-13555 (SCC)*

## TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| | |
|---|---|
| **Värde Investment Partners, L.P.** | **Chase Lincoln First Commercial Corporation** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim nos. and Amount of Claims Transferred: |
| | (i) Court Claim No. 11305 with respect to the claim amount of $2,324,134.11; |
| 8500 Normandale Lake Boulevard | (ii) Court Claim No. 11306 with respect to the claim amount of $11,227,481.22; |
| Suite 1500 | |
| Minneapolis, MN 55437 | (iii) Court Claim No. 19174 with respect to the claim amount of $5,000,000.00; |
| Attn: Edwina P.J. Steffer | |
| e-mail: *esteffer@varde.com* | (iv) Court Claim No. 66108 with respect to the claim amount of $1,638,700.38; |
| | (v) Court Claim No. 66655 with respect to the claim amount of $10,000,000.00; |
| Last Four Digits of Acct. #: | (vi) Court Claim No. 20121 with respect to the claim amount of $20,000,000.00; |
| | (vii) Court Claim No. 24530 with respect to the claim amount of $1,466,739.00; and |
| | (viii) Court Claim No. 17728 with respect to the claim amount of $5,000,000.00; |
| | |
| | plus, in each case, all interest, fees and other recoveries due. |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

BY: VÄRDE INVESTMENT PARTNERS G.P., LLC,
ITS GENERAL PARTNER
BY: VÄRDE PARTNERS, L.P.,
ITS MANAGING MEMBER
BY: VÄRDE PARTNERS, INC.,
ITS GENERAL PARTNER

By: _/s/ Scott T. Hartman_                                    Date: _10-23-15_
Name:    Scott T. Hartman
Title:    Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1861/CERTS/4802576.1

# United States Bankruptcy Court
## Southern District of New York

*In re: Lehman Brothers Holdings Inc.*          *Case No. 08-13555 (SCC)*

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM NOS. 11305, 11306, 19174, 66108, 66655, 20121, 24530 and 17728 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of those claims, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on         .

| **Chase Lincoln First Commercial Corporation**<br>Name of Alleged Transferor<br><br>Address of Alleged Transferor:<br>Chase Lincoln First Commercial Corporation<br>Mail Code: NY1-M138<br>383 Madison Avenue – Floor 37<br>New York, New York 10179<br>ATTN: Jeffrey L. Panzo | **Värde Investment Partners, L.P.**<br>Name of Transferee<br><br>Address of Transferee<br>Värde Investment Partners, L.P.<br>8500 Normandale Lake Boulevard<br>Suite 1500<br>Minneapolis, MN 55437<br>Attn: Edwina P.J. Steffer<br>E-mail: *esteffer@varde.com* |
|---|---|
| | |

| ~~DEADLINE TO OBJECT TO TRANSFER~~ |
|---|

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date: _____        _____
                                                                        CLERK OF THE COURT

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court, Southern District of New York

AND TO:    LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
           Chapter 11, Case No. 08-13555 ("Case")

Claim Nos. 11305, 11306, 19174, 66108, 66655, 20121, 24530, 17728, 33597, 15949, 22044, 19531, 19537, 67358, 19521, 67359

Chase Lincoln First Commercial Corporation ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Varde Investment Partners, L.P.
8500 Normandale Lake Blvd, Suite 1500
Minneapolis, MN 55437
ATTN: Edwina Steffer
Fax: (952) 893-9613
Email: esteffer@varde.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:

Proof of Claim No. 11305 solely to the extent of $2,324,134.11
Proof of Claim No. 11306 solely to the extent of $11,227,481.22
Proof of Claim No. 19174 solely to the extent of $5,000,000.00
Proof of Claim No. 66108 solely to the extent of $1,638,700.38
Proof of Claim No. 66655 solely to the extent of $10,000,000.00
Proof of Claim No. 20121 solely to the extent of $20,000,000.00
Proof of Claim No. 24530 solely to the extent of $1,466,739.00
Proof of Claim No. 17728 solely to the extent of $5,000,000.00
Proof of Claim No. 33597 solely to the extent of $2,901,953.13
Proof of Claim No. 15949 solely to the extent of $6,090,000.00
Proof of Claim No. 22044 solely to the extent of $5,800,000.00
Proof of Claim No. 19531 solely to the extent of $1,372,383.37
Proof of Claim No. 19537 solely to the extent of $611,513.41
Proof of Claim No. 67358 solely to the extent of $739,294.81
Proof of Claim No. 19521 solely to the extent of $822,533.93
Proof of Claim No. 67359 solely to the extent of $562,926.99

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

1

CLFCC to Varde LBHI EOT

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

CHASE LINCOLN FIRST COMMERCIAL
CORPORATION

By: *(signature)*
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 10/23/15

VARDE INVESTMENT PARTNERS, L.P.
By: Varde Investment Partners G.P., LLC, Its General Partner
By: Varde Partners, L.P., Its Managing Member
By: Varde Partners, Inc., Its General Partner

By: *(signature)*
Name: Scott T. Hartman
Title: Managing Director
Date: 10/23/15