B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS INC., et al.,          ,          Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Mr MARK JOHN LEWIS
Name of Transferee

OCULUS ADVISORS LIMITED
Name of Transferor

Name and Address where notices to transferee should be sent:
9 Bassett Road, Remuera 1050,
Auckland, New Zealand

Court Claim # (if known): 5255829-76
Amount of Claim: $100,000.00  relating to
Date Claim Filed: _____  ISIN
                                    XS0339537804

Phone: _____
Last Four Digits of Acct #: _____

Phone:  +44 1624 683292
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
N/a

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____           Date:  19 October 2015
   Transferee/~~Transferee's Agent~~

*Penalty for making a false statement:* Fine of up $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATION REGARDING STATUS

Creditor Name: MARK JOHN LEWIS
Claim Number(s): 5255829-76   ISIN XS0339537804

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor (the "Creditor"), and hereby certify that neither the Creditor nor, to the best of the Creditor's knowledge, any person or entity for whom the Creditor may be acting or who may be the beneficial owner of the applicable claim(s), security/(ies), or interest(s) is a person or entity with whom it is illegal for a U.S. person to transact under the OFAC sanctions regulations and the list of Specially Designated Nationals and Blocked Persons.

Dated: 14/10/15

Signature

MARK JOHN LEWIS
Print Name

Title (if applicable)