**Hearing Date and Time: December 17, 2015 at 10:00 a.m. (Eastern Time)**
**Objection Deadline: November 5, 2015 at 4:00 p.m. (Eastern Time)**

Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Attorneys for Lehman Brothers Holdings, Inc.*
*and Certain Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X
| | |
|---|---|
| In re: : | Chapter 11 |
| : | |
| : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | |
| : | (Jointly Administered) |
| Debtors. : | |

------------------------------------------------------------------------X

**NOTICE OF HEARING ON MOTION FOR ORDER COMPELLING**
**ARBITRATION OF DISPUTES UNDER SETTLEMENT AGREEMENT**
**BETWEEN DEBTORS AND ARCH INSURANCE COMPANY**

**PLEASE TAKE NOTICE** that on October 26, 2015, Lehman Brothers Holdings Inc., its affiliated debtor, Lehman Commercial Paper Inc., and its non-debtor affiliates Lehman ALI, Inc. and LV Ritter Ranch LLC (collectively, "Lehman") filed a *Motion for Order Compelling Arbitration of Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company* (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, that a hearing (the "Hearing") to consider the relief requested in the Motion shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on **December 17, 2005 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

1

**PLEASE TAKE FURTHER NOTICE**, that objections or responses, if any, to the Motion and the relief requested therein must be in writing; shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York; shall be made with specificity as to the name of the objector and the legal and factual grounds for the objection; shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable portable document format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399, and shall be served in accordance with General Order M-399 upon: (a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 623, New York, New York 10004; (b) attorneys for Lehman, Pachulski Stang Ziehl & Jones LLP, 780 Third Avenue, 34th Floor, New York, NY 10017 (Attn: Dean A. Ziehl and Maria A. Bove); and (c) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Susan Golden and Andrea B. Schwartz); so as to be so filed and received by no later than **November 5, 2015 at 4:00 p.m**. **(Eastern Time)** (the "Objection Deadline"), pursuant to paragraph 32 of the Second Amended Case Management Order [Docket No. 9635].

**PLEASE TAKE FURTHER NOTICE** that if no objections or responses are received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing or further notice to any party.

Dated: October 26, 2015
      New York, New York

                                            */s/ Dean A. Ziehl*
                                         Dean A. Ziehl
                                         Maria A. Bove
                                         PACHULSKI STANG ZIEHL & JONES LLP
                                         780 Third Avenue, 34th Floor
                                         New York, New York 10017-2024
                                         Telephone: (212) 561-7700
                                         Facsimile: (212) 561-7777

                                         *Attorneys for Lehman Brothers Holdings Inc.*
                                         *and Certain Affiliates*

DOCS_NY:33149.1 52063/001