UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

### DECLARATION OF DEAN A. ZIEHL IN SUPPORT OF MOTION FOR ORDER COMPELLING ARBITRATION OF DISPUTES UNDER SETTLEMENT AGREEMENT BETWEEN DEBTORS AND ARCH INSURANCE COMPANY

Pursuant to 28 U.S.C. § 1746, Dean A. Ziehl declares:

1. I am a partner of the firm of Pachulski Stang Ziehl & Jones LLP ("PSZJ"), 780 Third Ave., 34th Floor, New York, New York 10017, and am admitted to practice law in the States of California and New York, as well as the District of Columbia. I am also admitted to practice before various district and circuit courts, including the Southern District of New York and the Second Circuit Court of Appeals.

2. I am authorized to submit this Declaration in support of the *Motion for Order Compelling Arbitration of Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company* (the "Motion").[1] All facts set forth in this Declaration are based upon my personal knowledge. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the letter from Lehman to the JAMS arbitrator, the Hon. Daniel Weinstein (Ret.), dated August 20, 2015.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

*DOCS_NY:33162.1 52063/001*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 26, 2015
      Los Angeles, California

                                                  */s/ Dean A. Ziehl*
                                                  Dean A. Ziehl