**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING ON**
**THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM OF**
**MORGAN STANLEY & CO. INTERNATIONAL PLC (FORMERLY KNOWN AS**
**MORGAN STANLEY & CO. INTERNATIONAL LIMITED) (CLAIM NO. 20531)**

    **PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's

Objection to Claim of Morgan Stanley & Co. International PLC (Formerly Known as Morgan

Stanley & Co. International Limited) (Claim No. 20531) [ECF 50014], which was scheduled for

November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be**

**determined**.

Dated: October 26, 2015
      New York, New York

                                  **CURTIS, MALLET-PREVOST,**
                                     **COLT & MOSLE LLP**

                                By:  */s/ L. P. Harrison 3rd*
                                    L. P. Harrison 3rd
                                    Cindi Eilbott Giglio
                              101 Park Avenue
                              New York, New York 10178-0061
                              (212) 696-6000

                              *Counsel for Lehman Brothers Holdings Inc.*
                               *and Certain of Its Affiliate*