B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re **Lehman Brothers Holdings Inc.** | Case No. **08-13555 (SCC)** |
| **Lehman Brothers Special Financing, Inc.** | (jointly administered) |

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc.** | **Centerbridge Special Credit Partners II, L.P.** |
|---|---|
| Name of Transferee | Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): __37431__ |
| | Total Amount of Claim Transferred: |
| | USD $ __18,860,000.00__ |
| Banc of America Credit Products, Inc. | Date Claim Filed: __10/13/2009__ |
| c/o Bank of America Merrill Lynch | |
| Bank of America Tower – 3rd Floor | |
| One Bryant Park | |
| New York, NY 10036 | |
| Attn: Gary S. Cohen / Ante Jakic | |
| Telephone: (646) 855-7450 | |
| Fax: (646) 834-9780 / (804) 264-1108 | |
| E-mail: g.cohen@baml.com / ante.jakic@baml.com | |
| Email: bas.infomanager@bankofamerica.com | |

Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__          Date:     __10/29/2015__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor"), Case No. 08-13888 (JMP)

Claim Number: 37431

**CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Banc of America Credit Products, Inc.**
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention:   Ante Jakic / Gary S. Cohen
Telephone:   (646) 855-7450
Email:   Ante.Jakic@baml.com / g.cohen@baml.com

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 37431, **in the amount of $18,860,000.00 (the "Claim"),** against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13888 (jointly administered under Case No. 08-13555) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

[*Signatures to Follow*]

NYC:344876.5

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October 28, 2015.

**CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.**

By: Centerbridge Special Credit Partners General Partner II, L.P., its general partner

By: Centerbridge Special GP Investors II, L.L.C., its general partner

By: _____
Name: Aleksandra Markovis
Title: Authorized Signatory

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:
Title:     Jonathan M. Barnes
           Vice President

21