WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Adam M. Bialek
Fletcher W. Strong
*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

─────────────────────────────────────x

In re:                                            :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :     Case No. 08-13555 (SCC)

               Debtors.                            :

─────────────────────────────────────x

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
MOTION FOR ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST MORTGAGE LOAN SELLERS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**] (the "Motion") and any objections to the Motion, which is currently scheduled for November 4, 2015 at 10:00 a.m. (E.S.T.), **has been adjourned to December 17, 2015 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
October 29, 2015

/s/ Adam M. Bialek
Adam M. Bialek
Fletcher W. Strong

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*