UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                             :     Chapter 11 Case No.
                                                                                      :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     08-13555 (SCC)
                                                                                      :
                                                Debtors.                 :     (Jointly Administered)
------------------------------------------------------------------x

**ORDER GRANTING FIVE HUNDRED FOURTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

Upon the five hundred fourth omnibus objection to claims, dated July 31, 2015 (the "Five Hundred Fourth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking disallowance and expungement of the No Liability Claims, all as more fully described in the Five Hundred Fourth Omnibus Objection to Claims; and due and proper notice of the Five Hundred Fourth Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Fourth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Fourth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Fourth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Fourth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, claim number 28174 is hereby disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 30, 2015
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE