WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (SCC)
                                                             :
                              Debtors.                       :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x
```

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED NINTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51006], which was scheduled for November 4, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **December 17, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:  October 30, 2015
        New York, New York

                                                */s/ Jacqueline Marcus*
                                                Jacqueline Marcus
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers Holdings Inc.
                                                and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| Ironbridge Aspen Collection, LLC | 30849 |
| Ironbridge Homes, LLC | 66154 |
| Ironbridge Mountain Cottages, LLC | 30848 |