HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)
OBJECTION DEADLINE: November 6, 2015 at 4:00 p.m. (Eastern Time)

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 PARK AVENUE
NEW YORK, NEW YORK 10178

Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 MADISON AVENUE
NEW YORK, NEW YORK 10010

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X
In re:                                                  :    Chapter 11
                                                        :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                :
                                                        :
                    Debtors.                            :
------------------------------------------------------------------------ X

**NOTICE OF HEARING ON MOTION TO RENEW MOTION TO ALLOW
DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT
TO SECTION 107(A) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on October 30, 2015 Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates (collectively, "Lehman"),) filed a Motion to Renew The March 19, 2015 Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (Docket No. 48939) (the "Renewal Motion").

**PLEASE TAKE FURTHER NOTICE,** that a copy of the Renewal Motion may be obtained from the official court electronic document filing system of the United States Bankruptcy Court for the Southern District of New York at *http://www.nysb.uscourts.gov*. Copies of the Renewal Motion will also be available (i) on the Lehman website at *http://www.lehman-docket.com*, (ii) by written request to Epiq Systems, 757 Third Avenue, New York, New York 10017 or via facsimile at (646) 282-2501, Attn: Angharad Bowdler, or (iii) by calling Epiq Systems at (646) 282-2400.

**PLEASE TAKE FURTHER NOTICE,** that a hearing (the "Hearing") to consider the relief requested in the Renewal Motion and entry of the proposed Order attached thereto shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on **November 13, 2015 at 12:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE,** that objections or responses, if any, to the Renewal Motion and the relief requested therein must be in writing; shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York; shall be made with specificity as to the name of the objector and the legal and factual grounds for the objection; shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable portable document format (PDF), WordPerfect, or any other Windows-based word processing format (with a hard copy delivered directly to Chambers), in accordance with General Order M-399, and shall be served in

accordance with General Order M-399 upon: (a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 623, New York, New York 10004; (b) attorneys for LBHI and certain of its affiliates, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178 (Attn: Turner P. Smith and Peter J. Behmke), and Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Andrew J. Rossman); and (c) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Susan Golden and Andrea B. Schwartz); so as to be so filed and received by no later than **November 6, 2015 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE,** that any objections or responses that were submitted before October 30, 2015 in response to the initial Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (Docket No. 48939) (hereinafter, the "Initial Motion") may not be considered in connection with the Renewal Motion unless they are timely renewed with a new or renewed objection or response submitted pursuant to the procedures set forth in the previous paragraph.

PLEASE TAKE FURTHER NOTICE that if no new or renewed objections or responses are received by the Objection Deadline, the relief requested may be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing or further notice to any party.

Dated: October 30, 2015
New York, New York

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

By: */s/ Peter J. Behmke*
Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke

and

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Andrew J. Rossman*
Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

4