**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ X

In re:                                                        :        Chapter 11

                                                              :        Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :

                                                              :

                    Debtors.                                  :

------------------------------------------------------------------------ X

### ORDER APPROVING MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE

Upon the Motion to Renew the Motion to Allow Disclosure of the Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"),[1] dated October 30, 2015 of Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates (collectively, "Lehman"); and the Court having previously entered an order dated June 9, 2015 [Docket No. 49936] (the "Initial Order") allowing disclosure of derivatives questionnaires as to parties that failed to object (the "Non-Objecting Parties") to the Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "Initial Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, Loretta C.J.); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the motion having been provided in accordance with the procedures set forth in the Second Amended Order Implementing Certain Notice and Case Management

---

[1]        Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed thereto in the Motion.

Procedures entered June 17, 2010 [Dkt. No 9635] (the "Case Management Order") to (i) the United States Trustee for the Southern District of New York; (ii) the attorneys for the Official Committee of Unsecured Creditors; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue Service; (v) the United States Attorney for the Southern District of New York; (vi) all parties who have requested notice in these chapter 11 cases; and (vii) all parties who filed an objection to the Initial Motion; and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion and any exhibits filed in support thereof, the responses and objections thereto, if any, and Lehman's reply in support of the Motion; and the Court having determined that the relief sought in the Motion, is in the best interest of all parties in interest, and that the legal and factual bases set forth in the Motion and the Reply establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; it is hereby

ORDERED that the Motion is granted on the terms and conditions set forth herein; and it is further

ORDERED that nothing herein shall modify the relief granted by the Initial Order as to the Non-Objecting Parties; and it is further

ORDERED that, notwithstanding anything to the contrary in the Bar Date Order, Lehman is authorized to use and produce the Derivative Questionnaires (and supporting materials) of the Objecting Parties as discovery materials solely in connection with any Lehman-related litigation, including any adversary proceeding or claim objection, on the terms and conditions set forth herein; and it is further

ORDERED that this Order shall be effective and enforceable immediately upon entry; and it is further

2

ORDERED that this Order is without prejudice to the rights of the Litigation Claimants

to seek additional discovery from Lehman; and it is further

ORDERED that this Court retains jurisdiction to interpret, implement, and enforce the

provisions of this Order.

Dated: November _____, 2015
       New York, NY


_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE