Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,    Case No. 08-13555 ,(SCC)
(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee                     Name of Transferor

Deutsche Bank AG, London Branch        Rapax OC Master Fund, Ltd

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch        Court Claim # and Date Claim Filed:
Winchester House, 1 Great Winchester Street
London EC2N 2DB                        (i)      67116 – October 4, 2010
Tel: +44 20 7547 2400                  (ii)     67116 – October 4, 2010
Fax: +44 113 336 2010                  (iii)    67116 – October 4, 2010
Attention: Michael Sutton              (iv)     45214 – October 23, 2009
E-mail:  Michael.sutton@db.com         (v)      60086 – October 30, 2009
                                       (vi)     60268 – October 30, 2009
                                       (vii)    60273 – October 30, 2009
                                       (viii)   60274 – October 30, 2009
                                       (ix)     60275 – October 30, 2009
                                       (x)      60284 – October 30, 2009
                                       (xi)     60289 – October 30, 2009
                                       (xii)    60294 – October 30, 2009
                                       (xiii)   60296 – October 30, 2009
                                       (xiv)    60297 – October 30, 2009
                                       (xv)     60298 – October 30, 2009
                                       (xvi)    60299 – October 30, 2009
                                       (xvii)   60300 – October 30, 2009
                                       (xviii)  60318 – October 30, 2009
                                       (xix)    45214 – October 23, 2009
                                       (xx)     48734 – October 27, 2009
                                       (xxi)    60273 – October 30, 2009
                                       (xxii)   60274 – October 30, 2009
                                       (xxiii)  60275 – October 30, 2009
                                       (xxiv)   60290 – October 30, 2009
                                       (xxv)    60292 – October 30, 2009
                                       (xxvi)   60299 – October 30, 2009
                                       (xxvii)  60316 – October 30, 2009
                                       (xxviii) 63079 – November 2, 2009
                                       (xxix)   50315 – October 28, 2009
                                       (xxx)    50316 – October 28, 2009
                                       (xxxi)   63604 – November 2, 2009
                                       (xxxii)  50315 – October 28, 2009
                                       (xxxiii) 50316 – October 28, 2009
                                       (xxxiv)  62743 – November 2, 2009
                                       (xxxv)   62744 – November 2, 2009
                                       (xxxvi)  49790 – October 27, 2009
                                       (xxxvii) 58079 – October 30, 2009
                                       (xxxviii)41195 – October 19, 2009

Amount of Claim (transferred):

| | |
|---|---|
| (i) | CHF 2,140,000.00 in principal amount of ISIN XS0325550472 (plus all interest, costs and fees relating to this claim) |
| (ii) | CHF 6,669,000.00 in principal amount of ISIN XS0248620899 (plus all interest, costs and fees relating to this claim) |
| (iii) | CHF 5,196,000.00 in principal amount of ISIN XS0251180906 (plus all interest, costs and fees relating to this claim) |
| (iv) | EUR 5,012,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (v) | EUR 23,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (vi) | EUR 30,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (vii) | EUR 82,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (viii) | EUR 15,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (ix) | EUR 29,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (x) | EUR 28,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xi) | EUR 8,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xii) | EUR 11,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xiii) | EUR 14,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xiv) | EUR 58,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xv) | EUR 32,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xvi) | EUR 24,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xvii) | EUR 8,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xviii) | EUR 6,000.00 in principal amount of ISIN XS0346080590 (plus all interest, costs and fees relating to this claim) |
| (xix) | EUR 5,637,425.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim) |
| (xx) | EUR 2,234,575.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim) |

(xxi) EUR 30,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxii) EUR 20,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxiii) EUR 20,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxiv) EUR 70,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxv) EUR 10,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxvi) EUR 50,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxvii) EUR 100,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxviii) EUR 7,000.00 in principal amount of ISIN XS0296281735 (plus all interest, costs and fees relating to this claim)

(xxix) EUR 378,737.96 in principal amount of ISIN XS0128700274 (plus all interest, costs and fees relating to this claim)

(xxx) EUR 2,006,262.04 in principal amount of ISIN XS0128700274 (plus all interest, costs and fees relating to this claim)

(xxxi) EUR 1,355,000.00 in principal amount of ISIN XS0128700274 (plus all interest, costs and fees relating to this claim)

(xxxii) EUR 2,094,000.00 in principal amount of ISIN XS0317188059 (plus all interest, costs and fees relating to this claim)

(xxxiii) EUR 11,131,000.00 in principal amount of ISIN XS0317188059 (plus all interest, costs and fees relating to this claim)

(xxxiv) EUR 500,000.00 in principal amount of ISIN XS0285045943 (plus all interest, costs and fees relating to this claim)

(xxxv) EUR 6,000,000.00 in principal amount of ISIN XS0285045943 (plus all interest, costs and fees relating to this claim)

(xxxvi) EUR 4,000,000.00 in principal amount of ISIN XS0330181776 (plus all interest, costs and fees relating to this claim)

(xxxvii) USD 5,316,000.00 in principal amount of ISIN XS0236268024 (plus all interest, costs and fees relating to this claim)

(xxxviii) USD 2,680,000.00 in principal amount of ISIN XS0343872734 (plus all interest, costs and fees relating to this claim)

Tel: N/A

Last Four Digits of Acct. #:  N/A                    Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best
of my knowledge and belief.

By: _____                    Date: _____

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Alex Darbyshire**
**Vice President**

**Duncan Robertson**
**Managing Director**

*PROGRAM SECURITY*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Rapax OC Master Fund, Ltd** ("<u>Seller</u>") hereby unconditionally and irrevocably sells, transfers and assigns to **Deutsche Bank AG, London Branch** (the "<u>Purchaser</u>"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable amounts specified in <u>Schedule 1</u> hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers set forth on <u>Schedule 1</u> filed by or on behalf of Seller or Seller's predecessor-in-title (copies of which are attached at <u>Schedule 4</u> hereto) (the "<u>Proofs of Claim</u>") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Securities (as defined below) and debtor in proceedings for reorganization (the "<u>Proceedings</u>") in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>"), administered under Case No. 08-13555 (JMP) (the "<u>Debtor</u>"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights and obligations underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "<u>Transferred Claims</u>"), and (d) the security or securities (any such securities, the "<u>Purchased Securities</u>") relating to the Purchased Portion and specified in <u>Schedule 1</u> attached hereto.  For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims or the Proceedings.

2.      Seller hereby represents and warrants to Purchaser that:  (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proofs of Claim include the Purchased Portion specified in <u>Schedule 1</u> attached hereto; (f) the Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) the Transferred Claims are Class 5 Senior Third Party Guarantee Claims; (h) on or around the dates set forth on <u>Schedule 2</u>, Seller or any affiliate of Seller received the distributions in the amounts set forth on <u>Schedule 2</u> relating to the Transferred Claims; (i) on or about the dates set forth on <u>Schedule 3</u>, Seller or an affiliate of Seller received the distributions in the amounts set forth on <u>Schedule 3</u> made by Lehman Brothers Treasury Co. B.V., with respect to the securities relating to the Transferred Claims; and (j) other than the distributions set out in <u>Schedule 2</u> and <u>Schedule 3</u>, neither Seller nor any affiliate of Seller has received any distributions in respect of the Transferred Claims or the Proofs of Claim for the Purchased Securities.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect

DB Ref: [ ]

to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.       All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.       Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller after February 27, 2015 in respect of the Transferred Claims to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.       Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.       Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this ⸺ day of October 2015.

29th

SdS.

RAPAX OC MASTER FUND, LTD

By: ⸺
Name:    Marc Baum
Title:      Director

c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
New York, NY 10012
Attn: Erin Finegan Rogers
T: 212-672-2248 | F: 212-672-2249
erogers@serengeti-am.com

DEUTSCHE BANK AG, LONDON BRANCH

By: ⸺
Name:
Title:

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Schedule 1

Transferred Claims

Lehman Programs Securities and Purchased Portion to which Transfer Relates

| ISIN / CUSIP | Blocking Number | Issuer | Guarantor | Principal / Notional Amount | ISIN CCY | POC # | USD Allowed Amount |
|---|---|---|---|---|---|---|---|
| XS032555047 2 | 9494636 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,140,000.00 | CHF | 67116 | 1,908,971.33 |
| XS024862089 9 | 9494623 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 6,669,000.00 | CHF | 67116 | 5,949,032.60 |
| XS025118090 6 | 9494624 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 5,196,000.00 | CHF | 67116 | 4,872,230.76 |
| XS034608059 0 | C469351 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 5,012,000.00 | EUR | 45214 | 7,272,380.54 |
| XS034608059 0 | C433835 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 23,000.00 | EUR | 60086 | 33,372.86 |
| XS034608059 0 | C433837 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 30,000.00 | EUR | 60268 | 43,529.81 |
| XS034608059 0 | C433833 C433881 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 82,000.00 | EUR | 60273 | 118,981.48 |
| XS034608059 0 | C433839 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 15,000.00 | EUR | 60274 | 21,764.91 |
| XS034608059 0 | C433832 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 29,000.00 | EUR | 60275 | 42,078.82 |
| XS034608059 0 | C433840 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 28,000.00 | EUR | 60284 | 40,627.82 |
| XS034608059 0 | C433870 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 8,000.00 | EUR | 60289 | 11,607.95 |
| XS034608059 0 | C433866 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 11,000.00 | EUR | 60294 | 15,960.93 |
| XS034608059 0 | C433877 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 14,000.00 | EUR | 60296 | 20,313.91 |
| XS034608059 0 | C433865 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 58,000.00 | EUR | 60297 | 84,157.64 |
| XS034608059 0 | C433837 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 32,000.00 | EUR | 60298 | 46,431.80 |
| XS034608059 0 | C433875 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 24,000.00 | EUR | 60299 | 34,823.85 |
| XS034608059 0 | C433841 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 8,000.00 | EUR | 60300 | 11,607.95 |
| XS034608059 0 | C433872 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 6,000.00 | EUR | 60318 | 8,705.96 |
| XS029628173 5 | C469359 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 5,637,425.00 | EUR | 45214 | 3,026,501.76 |
| XS029628173 5 | 6034028 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,234,575.00 | EUR | 48734 | 1,199,652.31 |
| XS029628173 5 | C437026 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 30,000.00 | EUR | 60273 | 16,104.12 |
| XS029628173 5 | C437825 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 20,000.00 | EUR | 60274 | 10,736.08 |
| XS029628173 5 | C433832 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 20,000.00 | EUR | 60275 | 10,736.08 |
| XS029628173 5 | C437832 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 70,000.00 | EUR | 60290 | 37,576.29 |

Schedule 1-1

DB Ref: [ ]

| | | | | | |
|---|---|---|---|---|---|
| XS0296281735 | CA37838 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 10,000.00 | EUR | 60292 | 5,368.04 |
| XS0296281735 | CA37824 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 50,000.00 | EUR | 60299 | 26,840.21 |
| XS0296281735 | CA37833 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 100,000.00 | EUR | 60316 | 53,680.41 |
| XS0296281735 | CA17246 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 7,000.00 | EUR | 63079 | 3,757.63 |
| XS0128700274 | 6050460 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 378,737.96 | EUR | 50315 | 538,930.27 |
| XS0128700274 | 6050459 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,006,262.04 | EUR | 50316 | 2,854,837.52 |
| XS0128700274 | CA84157 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 1,355,000.00 | EUR | 63604 | 1,928,115.45 |
| XS0317188059 | 6034360 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,094,000.00 | EUR | 50315 | 3,056,507.13 |
| XS0317188059 | 6034367 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 11,131,000.00 | EUR | 50316 | 16,247,355.09 |
| XS0285045943 | 6046210 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 500,000.00 | EUR | 62743 | 716,908.72 |
| XS0285045943 | 6046351 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 6,000,000.00 | EUR | 62744 | 8,602,904.74 |
| XS0330181776 | 9434561 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 4,000,000.00 | USD | 49790 | 5,758,507.85 |
| XS0236268024 | CA44542 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 5,316,000.00 | USD | 58079 | 5,324,673.94 |
| XS0343872734 | 9554889 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,680,000.00 | USD | 41195 | 2,705,969.20 |

Schedule 2

## LBHI DISTRIBUTIONS

| ISIN / CUSIP | POC # | USD Allowed Amount | 17-Apr-12 | 1-Oct-12 | 4-Apr-13 | 3-Oct-13 | 3-Apr-14 | 2-Oct-14 | 2-Apr-15 | 2-Oct-15 |
|---|---|---|---|---|---|---|---|---|---|---|
| XS032555472 | 67116 | 1,908,971.33 | $68,899.15 | $46,494.50 | $58,725.97 | $69,626.24 | $75,630.31 | $56,760.49 | $38,735.64 | $29,544.40 |
| XS028620899 | 67116 | 5,949,032.60 | $214,714.21 | $144,893.39 | $183,010.98 | $216,980.08 | $235,690.92 | $175,885.86 | $120,714.02 | $92,070.86 |
| XS025118090 6 | 67116 | 4,872,230.76 | $175,849.97 | $118,567.03 | $149,885.17 | $177,705.70 | $193,029.79 | $144,868.72 | $98,864.24 | $75,405.62 |
| XS034608059 0 | 45214 | 7,272,380.54 | - | - | $223,721.33 | $265,246.77 | $288,119.79 | $216,233.69 | $147,566.56 | $112,551.80 |
| XS034608059 0 | 60086 | 33,372.86 | - | - | $1,026.65 | $1,217.21 | $1,322.18 | $992.29 | $677.18 | $516.50 |
| XS034608059 0 | 60268 | 43,529.81 | - | - | $1,339.11 | $1,587.67 | $1,724.58 | $1,294.30 | $883.28 | $673.69 |
| XS034608059 0 | 60273 | 118,981.48 | - | - | $3,660.25 | $4,339.63 | $4,713.85 | $3,537.74 | $2,414.30 | $1,841.43 |
| XS034608059 0 | 60274 | 21,764.91 | - | - | $669.56 | $793.84 | $862.29 | $647.15 | $441.64 | $336.85 |
| XS034608059 0 | 60275 | 42,078.82 | - | - | $1,294.48 | $1,534.75 | $1,667.09 | $1,251.15 | $853.84 | $651.24 |
| XS034608059 0 | 60284 | 40,627.82 | - | - | $1,249.84 | $1,481.83 | $1,609.61 | $1,208.01 | $824.39 | $628.78 |
| XS034608059 0 | 60289 | 11,607.95 | - | - | $357.10 | $423.38 | $459.89 | $345.15 | $235.54 | $179.65 |
| XS034608059 0 | 60294 | 15,960.93 | - | - | $491.01 | $582.15 | $632.35 | $474.58 | $323.87 | $247.02 |
| XS034608059 0 | 60296 | 20,313.91 | - | - | $624.92 | $740.91 | $804.80 | $604.00 | $412.20 | $314.39 |
| XS034608059 0 | 60297 | 84,157.64 | - | - | $2,588.95 | $3,069.50 | $3,334.19 | $2,502.31 | $1,707.67 | $1,302.47 |
| XS034608059 0 | 60298 | 46,431.80 | - | - | $1,428.39 | $1,693.51 | $1,839.55 | $1,380.58 | $942.16 | $718.61 |
| XS034608059 0 | 60299 | 34,823.85 | - | - | $1,071.29 | $1,270.14 | $1,379.66 | $1,035.44 | $706.62 | $538.96 |
| XS034608059 0 | 60300 | 11,607.95 | - | - | $357.10 | $423.38 | $459.89 | $345.15 | $235.54 | $179.65 |
| XS034608059 0 | 60318 | 8,705.96 | - | - | $267.82 | $317.53 | $344.92 | $258.86 | $176.66 | $134.74 |
| XS029628173 5 | 45214 | 3,026,501.76 | - | $29,218.48 | $93,104.73 | $110,386.11 | $119,905.04 | $89,988.64 | $61,411.87 | $46,839.99 |
| XS029628173 5 | 48734 | 1,199,652.31 | $43,298.20 | $36,905.08 | $43,755.12 | $47,528.26 | $35,669.92 | $24,342.59 | $18,566.55 |
| XS029628173 5 | 60273 | 16,104.12 | $581.23 | $392.23 | $495.41 | $587.37 | $638.02 | $478.83 | $326.77 | $249.24 |
| XS029628173 5 | 60274 | 10,736.08 | $387.49 | $261.49 | $330.28 | $391.58 | $425.35 | $319.22 | $217.85 | $166.16 |
| XS029628173 5 | 60275 | 10,736.08 | $387.49 | $261.49 | $330.28 | $391.58 | $425.35 | $319.22 | $217.85 | $166.16 |
| XS029628173 5 | 60290 | 37,576.29 | $1,356.21 | $915.20 | $1,155.97 | $1,370.53 | $1,488.71 | $1,117.28 | $762.47 | $581.55 |
| XS029628173 5 | 60292 | 5,368.04 | $193.74 | $130.74 | $165.14 | $195.79 | $212.67 | $159.61 | $108.92 | $83.08 |
| XS029628173 5 | 60299 | 26,840.21 | $968.72 | $653.71 | $825.69 | $978.95 | $1,063.37 | $798.05 | $544.62 | $415.40 |
| XS029628173 5 | 60316 | 53,680.41 | $1,937.45 | $1,307.43 | $1,651.38 | $1,957.89 | $2,126.73 | $1,596.11 | $1,089.25 | $830.79 |

Schedule 1 - 1

DB Ref: [ ]

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0296281735 | 63079 | 3,757.63 | $135.62 | $91.52 | $115.60 | $137.05 | $148.87 | $111.73 | $76.25 | $58.16 |
| XS0128700274 | 50315 | 538,930.27 | $19,451.23 | $13,126.07 | $16,579.19 | $19,656.50 | $21,351.53 | $16,024.31 | $10,935.63 | $8,340.81 |
| XS0128700274 | 50316 | 2,854,837.52 | $103,037.62 | $69,531.82 | $87,823.79 | $104,124.97 | $113,103.98 | $84,884.45 | $57,928.56 | $44,183.21 |
| XS0128700274 | 63604 | 1,928,115.45 | $69,590.10 | $46,960.77 | $59,314.90 | $70,324.48 | $76,388.77 | $57,329.72 | $39,124.10 | $29,840.69 |
| XS0317188059 | 50315 | 3,056,507.13 | $110,316.34 | $74,443.65 | $94,027.79 | $111,480.50 | $121,093.80 | $90,880.81 | $62,020.72 | $47,304.37 |
| XS0317188059 | 50316 | 16,247,355.09 | $586,404.25 | $395,717.17 | $499,819.82 | $592,592.54 | $643,693.56 | $483,091.54 | $329,681.09 | $251,453.98 |
| XS0285045943 | 62743 | 716,908.72 | - | - | | $26,147.93 | $28,402.75 | $21,316.24 | $14,547.06 | $11,095.32 |
| XS0285045943 | 62744 | 8,602,904.74 | - | - | | $313,775.21 | $340,832.98 | $255,794.90 | $174,564.72 | $133,143.80 |
| XS0330181776 | 49790 | 5,758,507.85 | - | - | $177,149.84 | $210,031.04 | $228,142.64 | $171,220.88 | $116,848.01 | $89,122.18 |
| XS0236268024 | 58079 | 5,324,673.94 | $192,179.68 | $129,686.64 | $163,803.74 | $194,207.74 | $210,954.85 | $158,321.46 | $168,044.93 | $82,407.90 |
| XS0343872734 | 41195 | 2,705,969.20 | $597,664.63 | $65,906.02 | $83,244.14 | $98,695.27 | $107,206.06 | $80,458.07 | $54,907.82 | $41,879.23 |

Schedule 3

LBT DISTRIBUTIONS

| ISIN | ISIN CCY | Principal / Notional Amount | 1st 5/8/13 | 2nd 10/24/13 | 3rd 4/28/14 | 4th 10/28/14 | 5th 4/28/15 |
|---|---|---|---|---|---|---|---|
| XS0128700274 | EUR | 3,740,000.00 | 460,283.09 | 180,320.36 | 193,806.80 | 160,232.82 | 128,371.76 |
| XS0236268024 | USD | 5,316,000.00 | 610,740.79 | 248,544.26 | 269,106.55 | 206,101.32 | 138,774.17 |
| XS0248620899 | CHF | 6,669,000.00 | 666,779.10 | 263,392.16 | 280,091.33 | 228,638.53 | 155,641.12 |
| XS0251180906 | CHF | 5,196,000.00 | 531,754.00 | 210,053.49 | 223,370.84 | 182,353.00 | 124,127.24 |
| XS0285045943 | EUR | 6,500,000.00 | - | 312,526.50 | 335,900.50 | 277,712.50 | 222,488.50 |
| XS0296281735 | EUR | 8,179,000.00 | 398,785.12 | 156,227.08 | 167,914.87 | 138,822.16 | 111,218.03 |
| XS0317188059 | EUR | 13,225,000.00 | 1,584,568.80 | 620,768.28 | 667,201.25 | 551,614.75 | 441,926.60 |
| XS0325550472 | CHF | 2,140,000.00 | 204,263.40 | 80,688.70 | 85,803.30 | 70,057.54 | 47,681.34 |
| XS0330181776 | EUR | 4,000,000.00 | 446,151.09 | 174,784.00 | 187,860.00 | 155,316.00 | 124,428.00 |
| XS0343872734 | USD | 2,680,000.00 | 361,224.85 | 147,003.36 | 159,165.20 | 121,899.80 | 82,080.36 |
| XS0346080590 | EUR | 5,380,000.00 | 613,517.47 | 240,351.50 | 258,331.46 | 213,575.24 | 171,105.52 |

Schedule

PROOFS OF CLAIM

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000041195

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Name: Hontai Life Insurance Co., Ltd.
Address: 4th fl., 156, Minsheng E. Rd., Sec. 3, Taipei, Taiwan R.O.C.
886-2-27166888 #9207 fi@hontai.com.tw
886-2-27166888 #1609 betty.liu@hontai.com.tw

Telephone number:                    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

The same as above.

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 33,567,912.57 **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** Please see the attachment. **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Please see the attachment          **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Euroclear 23860          **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

FILED / RECEIVED

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**USD**

| ISIN | Euroclear Ref # | Cpn Rate | Currency | Investment | Accrued Interest by 2008/9/15 | Claim Amount |
|------|----------------|----------|----------|-----------|------------------------------|--------------|
| XS0301813522 | 6474052 | 6.90% | USD | 3,000,000 | 59,800.00 | 3,059,800.00 |
| XS0301813522 | 6474052 | 6.90% | USD | 3,000,000 | 59,800.00 | 3,059,800.00 |
| XS0338307936 | 6523673 | 9.30% | USD | 5,000,000 | 99,458.33 | 5,099,458.33 |
| XS0343088968 | 7051502 | 9.10% | USD | 5,000,000 | 63,194.44 | 5,063,194.44 |
| XS0342520094 | 7850037 | 10.10% | USD | 5,000,000 | 61,722.22 | 5,061,722.22 |
| XS0343872734 | 8207927 | 10.20% | USD | 5,000,000 | 53,833.33 | 5,053,833.33 |
| | | | | 26,000,000 | Total(USD) | 26,397,808.33 |

**EUR**

| ISIN | Euroclear Ref # | Cpn Rate | Currency | Investment | Accrued Interest by 2008/9/15 | Claim Amount |
|------|----------------|----------|----------|-----------|------------------------------|--------------|
| XS0346007080 | 9698146 | 9.10% | EUR | 5,000,000 | 34,125.00 | 5,034,125.00 |
| | | | | | Total(EUR) | 5,034,125.00 |
| | | | | | Total(USD) | 7,170,104.24 |
| Total | | | | | | 33,567,912.57 |



REPUBLIC OF CHINA
POSTAL ADMINISTRATION
REPUBLIC OF CHINA

Contract No. 合約號碼

Sender's name & address 寄件人姓名及地址

Hontai Life Insurance
10596 台北市松山區民生東路三段156號4樓
Minsheng E. Rd. Sec. 3, Taipei,
Taiwan, R.O.C.
郵遞區號 Postal Code TAIWAN 886 電話Tel 2716-8888

To: 收件人姓名及地址 Addressee's name & address

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, New York 10150-5076 USA
國名 Country: USA
郵遞區號 Postal Code
電話Tel (888)819-0688

PROOF OF DELIVERY (第一聯)

Office of Origin 寄局名稱

Date mailed 交寄日期(西元)

Postage 郵資

SEE REVERSE FOR INSTRUCTION

98-00-15-22                98.01 永豐紙業

總    公    司:
10596台北市松山區民生東路三段156號4樓
(02) 2716-8888

台中分公司:
40361台中市忠明南路138號11樓
(04) 2319-8200

高雄分公司:
80660高雄市前鎮區中山二路260號22樓之1
(07) 336-6383

http://www.hontai.com.tw

G0140 97.06 (習語)

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000048734

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

LY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**KAS BANK N.V.**
Spuistraat 172

**1012 VT  AMSTERDAM, The Netherlands**

Telephone number: **+31 20 5575911**        Email Address: **KASBANK@lehmanclaim.nl**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
 (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached _____        **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached _____        **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____        **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____        **(Required)**

5.  **Consent to Euroclear Bank, Clearstream Bank or Other Depository:**  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

**OCT 27 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. October 26st, 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| | Name: **Mr N.E. Blom**        **Mr R.J. Kooijman** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                    Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                            Debtors.
-------------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## KAS BANK N.V.

1.    Claimant.  KAS BANK N.V. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

2.    Transactions Between the Parties.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the "**Obligor**")

and guaranteed by the Debtor (each a "**Program Security**" and, together, the "**Program

Securities**") identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The

International Securities Identification Number ("**ISIN**") identifying each Program Security, along

with the Euroclear blocking reference number and the Euroclear account number relating to the

Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the

securities described in Exhibit 1 is provided in Exhibit 4 attached hereto.  The Program

Securities have the benefit of an express, unconditional and irrevocable guarantee of the Debtor,

and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of

the Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as Exhibit 3, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    Claim.  The Claimant is the holder of certain securities described more fully in Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 82,684,969.72 plus, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the **"Claim"**). An itemization of certain amounts compromising the Claim is set forth on Exhibit 2 attached hereto.

4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.   The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect

to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    <u>Amendments</u>.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

## EXHIBIT 1

| ISIN | Euroclear blocking reference number | Euroclear account number Account in the name of KAS BANK Effectenbewaarbedrijf N.V., Amsterdam, The Netherlands (also trading under the name of KAS Depository Trust Company) | Nominal Amount (EUR) | Nominal Amount (USD)* |
|---|---|---|---|---|
| XS0263715467 | 6035720 | 90023 | 3,924,000.00 | 5,572,472.40 |
| XS0273084656 | 6033589 | 90023 | 1,133,000.00 | 1,608,973.30 |
| XS0276441044 | 6033755 | 90023 | 13,463,000.00 | 19,118,806.30 |
| XS0285922133 | 6034019 | 90023 | 759,000.00 | 1,077,855.90 |
| XS0287672694 | 6034022 | 90023 | 6,070,000.00 | 8,620,007.00 |
| XS0295760093 | 6034023 | 90023 | 811,000.00 | 1,151,701.10 |
| XS0296067142 | 6034025 | 90023 | 2,096,000.00 | 2,976,529.60 |
| XS0296281735 | 6034028 | 90023 | 4,431,000.00 | 6,292,463.10 |
| XS0305948860 | 6034029 | 90023 | 8,100,000.00 | 11,502,810.00 |
| XS0314067140 | 6034030 | 90023 | 1,808,000.00 | 2,567,540.80 |
| XS0317240157 | 6034032 | 90023 | 4,026,000.00 | 5,717,322.60 |
| XS0327236757 | 6034033 | 90023 | 2,053,000.00 | 2,915,465.30 |
| XS0332049229 | 6034042 | 90023 | 2,326,000.00 | 3,303,152.60 |
| XS0332049815 | 6034043 | 90023 | 2,180,000.00 | 3,095,818.00 |
| XS0332050078 | 6034044 | 90023 | 58,000.00 | 82,365.80 |
| XS0339810078 | 6034047 | 90023 | 321,000.00 | 455,852.10 |
| XS0346080590 | 6034048 | 90023 | 25,000.00 | 35,502.50 |
| XS0346707903 | 6034061 | 90023 | 476,000.00 | 675,967.60 |
| XS0349530823 | 6034062 | 90023 | 798,000.00 | 1,133,239.80 |
| XS0368669007 | 6034063 | 90023 | 2,255,000.00 | 3,202,325.50 |
| XS0373219582 | 6034065 | 90023 | 12,000.00 | 17,041.20 |

**Total**                                       **57,125,000.00**    **81,123,212.50**

*\* Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EUR = 1.4201 USD.*

**EXHIBIT 2**

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|------|------|------|------|------|------|------|
| XS0263715467 | 3,924,000.00 | 287,258.30 | 4,211,258.30 | 5,572,472.40 | 407,935.51 | 5,980,407.91 |
| XS0273084656 | 1,133,000.00 | - | 1,133,000.00 | 1,608,973.30 | - | 1,608,973.30 |
| XS0276441044 | 13,463,000.00 | 619,666.85 | 14,082,666.85 | 19,118,806.30 | 879,988.89 | 19,998,795.19 |
| XS0285922133 | 759,000.00 | - | 759,000.00 | 1,077,855.90 | - | 1,077,855.90 |
| XS0287672694 | 6,070,000.00 | - | 6,070,000.00 | 8,620,007.00 | - | 8,620,007.00 |
| XS0295760093 | 811,000.00 | - | 811,000.00 | 1,151,701.10 | - | 1,151,701.10 |
| XS0296067142 | 2,096,000.00 | - | 2,096,000.00 | 2,976,529.60 | - | 2,976,529.60 |
| XS0296281735 | 4,431,000.00 | - | 4,431,000.00 | 6,292,463.10 | - | 6,292,463.10 |
| XS0305948860 | 8,100,000.00 | - | 8,100,000.00 | 11,502,810.00 | - | 11,502,810.00 |
| XS0314067140 | 1,808,000.00 | - | 1,808,000.00 | 2,567,540.80 | - | 2,567,540.80 |
| XS0317240157 | 4,026,000.00 | - | 4,026,000.00 | 5,717,322.60 | - | 5,717,322.60 |
| XS0327236757 | 2,053,000.00 | - | 2,053,000.00 | 2,915,465.30 | - | 2,915,465.30 |
| XS0332049229 | 2,326,000.00 | 49,292.08 | 2,375,292.08 | 3,303,152.60 | 69,999.69 | 3,373,152.29 |
| XS0332049815 | 2,180,000.00 | - | 2,180,000.00 | 3,095,818.00 | - | 3,095,818.00 |
| XS0332050078 | 58,000.00 | - | 58,000.00 | 82,365.80 | - | 82,365.80 |
| XS0339810078 | 321,000.00 | - | 321,000.00 | 455,852.10 | - | 455,852.10 |
| XS0346080590 | 25,000.00 | 605.48 | 25,605.48 | 35,502.50 | 859.84 | 36,362.34 |
| XS0346707903 | 476,000.00 | - | 476,000.00 | 675,967.60 | - | 675,967.60 |
| XS0349530823 | 798,000.00 | 13,817.42 | 811,817.42 | 1,133,239.80 | 19,622.12 | 1,152,861.92 |
| XS0368669007 | 2,255,000.00 | 128,857.14 | 2,383,857.14 | 3,202,325.50 | 182,990.03 | 3,385,315.53 |
| XS0373219582 | 12,000.00 | 254.30 | 12,254.30 | 17,041.20 | 361.13 | 17,402.33 |
| **Total** | 57,125,000.00 | 1,099,751.58 | 58,224,751.58 | 81,123,212.50 | 1,561,757.22 | 82,684,969.72 |

*\* Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EUR = 1.4201 USD.*

06/08/2005    16:41    LEHMAN → 916467582653                                    NO.504    D01

# EXHIBIT 3

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294                    P.02
26.06.2005   29:11   LEHMAN + 912023380294           NO.290   004
26/06/2005   16:41   LEHMAN + 916465782653           NO.524   002

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____
Richard S. Fuld, Jr.

_____
John D. Macomber

2

06/08/2005    16:41    LEHMAN → 916467582653                                        NO.504    P03

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

3

**KAS BANK**

COMMITTED SINCE 1806

## EXHIBIT 4

To whom it may concern:

## DECLARATION

KAS BANK Effectenbewaarbedrijf N.V. (also trading under the name KAS Depository Trust Company and hereinafter referred to as **KDTC**) is custodian and holder of account 90023 with Euroclear. KAS BANK N.V. (the **Claimant**) owns 100% of the shares in KDTC.

The Claimant is authorised to act on behalf of KDTC pursuant to the Rules Concerning Custody of Securities held by KDTC (the **KDTC Rules**).

The Claimant uses the services of KDTC for the custody of certain types of securities, in fulfilment of the obligation imposed on the Claimant by Netherlands law and regulations to protect the proprietary interests of its clients in respect of securities placed in custody with it. Since the Anglo-American legal concept of ownership of property by way of trust (or any other similar equitable interest) is not known under Netherlands law, the general position is that securities held by the Claimant for its clients but in its name will form a part of the assets of the Claimant and will therefore fall into its bankruptcy estate unless specific measures to protect the proprietary interests of its clients are taken. This is why such securities are held by KDTC. KDTC's sole object is the custody of securities on behalf of the Claimant's clients and it is prohibited by its Articles of Association from incurring any commercial risk in the conduct of its business. Custody of securities that are held by KDTC for the client's protection is subject to the KDTC Rules. According to Clause 2 of the KDTC Rules the Claimant shall act with respect to the securities held by KDTC on behalf of the clients in accordance with the instructions given by those clients. Under the KDTC Rules, the client has a *direct claim* on KDTC in respect of the securities held by KDTC on the client's behalf. Since this direct claim would not be affected by bankruptcy of the Claimant under Dutch bankruptcy law, the client's position with regard to securities held by KDTC is safeguarded.

Amsterdam, **26** October 2009

Name:  drs. N.E. Blom

KAS BANK N.V.

Name: R.J. Kooijman RA

KAS BANK N.V.

KAS BANK N.V.
P.O. Box 24001, 1000 DB Amsterdam, The Netherlands   **T:** +31 20 557 59 11   **E:** info@kasbank.com   Swift Kasa nl 2a
Spuistraat 172, 1012 VT Amsterdam, The Netherlands   **F:** +31 20 557 61 02   **I:** www.kasbank.com   Trade Reg no 33001320

# TNT

**Sending Depot / Receiving Depot**

SP8 | NYC | WW

GD **3198 26544**

Please quote this number if you have an enquiry.

## 1. Sender's Account Number

000062508

## 2. Invoice to Receiver

SENDER LIABLE FOR UNPAID CHARGES

Receiver's account number

**Name:** WIIS 7 VAN OOSTVEEN
**Address:** HERENGRACHT 493

**City:** AMSTERDAM    **Postal / Zip Code:** 1017 BT
**Province/Region:**    **Country:** NL
**Contact Name:** MAARTEN DU MEE    **Tel. No. (mandatory):** 020 6388226

## 3. Customer Reference

**Name:** EPIQUE BANKRUPTCY SOLUTIONS
ATT: LEHMAN BROTHERS HOLDINGS
**Address:** CLAIMS PROCESSING
757 3RD AV, 3RD FLOOR

**City:** MANHATTAN    **Postal / Zip Code:** 10017
**Province/Region:** NY    **Country:** US
**Contact Name:** 0 0    **Tel. No. (mandatory):** 0 0

RECEIVED  OCT 2 7 2009

## Address:

**Name:**
**Address:**

**City:**    **Postal / Zip Code:**
**Province/Region:**    **Country:**
**Contact Name:**    **Tel. No. (mandatory):**

Does this consignment contain any dangerous goods?   Yes ☐   No ☒

CARRIAGE OF THIS CONSIGNMENT IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE (ALWAYS THE LATEST VERSION, SEE WWW.TNTEXPRESS.EU) WHICH LIMITS TNT'S LIABILITY IN ACCORDANCE WITH THE WARSAW CONVENTION AND THE CMR.

Signature Sender                          Received by TNT

Date:          (Day/Month/Year)    Date:                Time:    :

## International

**Documents** / **Non-Documents** / **Domestic**

Special Express
900 Express
10:00 Express
12:00 Express
Express ☒

12:00 Economy Express
Economy Express

☛ Please contact Customer Service at 0800 1234 to arrange shipment for service details, please see brochure. The services selected, the Express service will be provided and invoiced.

| General Description | Number of Packages | Weight | | Dimensions | | |
|---|---|---|---|---|---|---|
| | | Kilos | Grams | Length | Width | Height |
| DOCS | 1 | 0 | 100 | 20 | 10 | 1 |
| **Total** | 1 | 0 | 100 | | | |

Stat No.

OPS verify:

Priority ☐
Saturday Delivery ☐
Insurance ☐

Volume:
Volume Weight:

**RECEIVER'S COPY**

Receiver VAT / IVA / BTW / MVA No.

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000049790

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Assimoco Vita S.p.A. Compagnia di Assicurazione sulla Vita
Centro Direzionale "Milano Oltre" Palazzo Giotto
Via Cassanese, 224
20090 Segrate (Milano)
Italy
Attention: Mr. Alessandro Masatti

Telephone number: +39 02 26962549          Email Address: alessandro.masatti@assimoco.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number.          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached _____ _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached _____ _____ `(Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | FOR COURT USE ONLY |
|---|---|
| **Date.** October **26** , 2009 | **FILED / RECEIVED** |

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name:    Enrico Porino     Title:   General Manager

Name:    Arndt Lauber     Title:   Managing Director

**FILED / RECEIVED**

OCT 27 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                              Debtors.
-------------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA

1.     <u>Claimant</u>.  Assimoco Vita S.p.A. Compagnia di Assicurazione sulla Vita (the

**"Claimant"**), hereby files the accompanying proof of claim (the **"Proof of Claim"**) against

Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor and debtor in possession in the above-

referenced chapter 11 cases.  The Claimant holds claims against the Debtor arising from certain

transactions that occurred prior to September 15, 2008 (the **"Petition Date"**), as described more

fully below.

2.     <u>Transactions Between the Parties</u>.  The Claimant is the holder of certain securities

issued by Lehman Brothers Treasury Co. B.V.(the **"Obligor"**) and guaranteed by the Debtor

(each a **"Program Security"** and, together, the **"Program Securities"**) identified on the list of

Lehman Program Securities, which is available on the Debtors' website, http://www.lehman-

docket.com under the heading "Key Documents."  The International Securities Identification

Number (**"ISIN"**) identifying each Program Security, along with the respective Euroclear Bank

electronic instruction reference number and the Euroclear Bank account number relating to the

Program Securities, is detailed on <u>Exhibit 1</u> attached hereto.  Evidence of the ownership of the

securities described in <u>Exhibit 1</u> is provided in <u>Exhibit 3</u> attached hereto. The Program Securities

have the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and

further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of the

Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the

Debtor's Board of Directors attached hereto as Exhibit 4, including but not limited to those

certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other

guarantees extended to affiliates of the Debtor and/or Lehman related entities.

     3.    Claim.  The Claimant is the holder of certain securities described more fully in

Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation

relating thereto, hereby asserts a claim against the Debtor in the amount of $ **46,406,445.45** plus,

to the extent provided pursuant to the underlying documents associated with each Program

Security all other interest, costs, fees and expenses allowed under applicable law (the **"Claim"**).

An itemization of certain amounts comprising the Claim is set forth on Exhibit 2  attached

hereto.

     4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured

claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the

Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

     5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any

known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any

and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against

the Debtor or its related entities.

     6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and

shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the

jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.    The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

**EXHIBIT 1**

| ISIN Code | Euroclear electronic instruction reference # | Euroclear account # | Sub-custodian account # | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0136264214 | 9434559 | 11224 | 74300 | Lehman Brothers Treasury Co. B.V. | € 10,735,000.00 |
| XS0328851794 | 9434560 | 11224 | 74300 | Lehman Brothers Treasury Co. B.V. | € 10,000,000.00 |
| XS0330181776 | 9434561 | 11224 | 74300 | Lehman Brothers Treasury Co. B.V. | € 4,000,000.00 |
| XS0356376995 | 9434562 | 11224 | 74300 | Lehman Brothers Treasury Co. B.V. | € 7,500,000.00 |

**EXHIBIT 2**

| ISIN Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount* (USD) | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0136264214 | 10,735,000.00 | | 10,735,000.00 | 15,191,098.50 | | 15,191,098.50 |
| XS0328851794 | 10,000,000.00 | 438,333.33 | 10,438,333.33 | 14,151,000.00 | 620,285.50 | 14,771,285.50 |
| XS0330181776 | 4,000,000.00 | 58,444.44 | 4,058,444.44 | 5,660,400.00 | 82,704.73 | 5,743,104.73 |
| XS0356376995 | 7,500,000.00 | 61,979.17 | 7,561,979.17 | 10,613,250.00 | 87,706.72 | 10,700,956.72 |

| Total Claim Amount | USD $ 46,406,445.45 |
|---|---|

\* *Amounts due in EUR have been converted in to US Dollars using the exchange reference rate published by the Bloomberg provider source European Central Bank for September 15, 2008: 1 = 1.41510 USD.*

\*\* *Interest accrued until September 14, 2008 (included).*

**EXHIBIT 3**

Evidence of Ownership

22/10 2009 08:39 FAX ++390471946540        R.L.B. BOLZANO                    ☑002

++390471946540



# Raiffeisen Landesbank
# Cassa Centrale Raiffeisen
Südtirol / Alto Adige

Raiffeisen Landesbank Südtirol AG
Cassa Centrale Raiffeisen dell'Alto Adige SpA
Rechtssitz: / Sede legale:
I-39100 Bozen / Bolzano
Laurinstraße 1 / Via Laurin 1
Tel.     0471 / 946511
Fax     0471 / 974353
e-mail:  raiffeisen.landesbank@raiffeisen.it
         cassa.centrale.raiffeisen@raiffeisen.it

Spett.le
Assimoco Vita Spa
c.a. Dott Masatti
Ufficio Finanza
Via Cassanese 224

20090 Segrate

| Organisation | Unser Zeichen nostra sigla | Anlagen allegati | Datum data |
|---|---|---|---|
| Organizzazione e-mail: Gerhard.Pfaffstaller@raiffeisen.it | co/gp - | - | 13.10.2009 |

Betreff/Oggetto:

**Confermation of holding of Lehman Brothers Treasury**

Cassa Centrale Raiffeisen dell'Alto Adige SpA hereby confirms to be the depositary bank of Società Assicurativa Assimoco Vita SpA for the following bonds:

Deposit 74400 in the name of Assimoco Vita SpA
Lehman Brothers Holdings Inc.
XS0247679573              LEHMAN TV 17MZ2011          EUR          6.000.000,00

Deposit 74300 in the name of Assimoco Vita SpA
Lehman Brother Treasury Ltd
XS0136264214              LEHMAN 05OT09 EUR           EUR          10.735.000,00
XS0328851794              LEHMAN 6% 11 ASIANCA        EUR          10.000.000,00
XS0330181776              LEHMAN 2% 11 ASI S-P        EUR          4.000.000,00
XS0356376995              LEHMAN GN11 EUR/USD         EUR          7.500.000,00

Cassa Centrale Raiffeisen dell'Alto Adige SpA has the custody accout n.100935181800 with Deutsche Bank Frankfurt. Deutsche Bank for herself is using the service of Euroclear. The Deutsche Bank account number with Euroclear is 11224.
We are sending you a copy of the statement from Deutsche Bank including the relative blocking numbers.

The blocking numbers of the account 11224 with Euroclear are the following:

- ISIN XS0247679573 6,000,000        9434558
- ISIN XS0136264214 10,735,000       9434559
- ISIN XS0328851794 10,000,000       9434560
- ISIN XS0330181776 4,000,000        9434561
- ISIN XS0356376995 7,500,000        9434562

Kind regards,

**Raiffeisen Landesbank Südtirol** AG
**Cassa Centrale Raiffeisen dell'Alto Adige** SpA

Aktienkapital voll eingezahlt 97.750.000,00 Euro Capitale Sociale int. vers. - Bankleitzahl 3493 11800 N. ABI/CAB - Handelskammer BZ Nr. 74311 N. C.C.I.A.A. BZ
Steuer-, MwSt. und Handelsregister Bozen Nr. 0019446021 9 Codice Fiscale, Partita IVA e N. Registro Imprese Bolzano - SWIFT-Code RZSB IT 2B
Dem Einlagensicherungsfonds der Genossenschaftsbanken und dem Nationalen Garantiefonds laut Art. 62 LD Nr. 415/96 angeschlossene Bank
Banca aderente al fondo di Garanzia dei Depositanti del Credito Cooperativo e al Fondo Nazionale di Garanzia di cui all'art. 62 del d. lgs. N. 415/96.
www.raiffeisenlandesbank.it - www.cassacentraleraiffeisen.it

21/10 2009 14:20 FAX  +39 0471 974353          R L B MUZEN                    ⌀002/002

+39 0471 974353

20/10/09-17:17:50                    RLBDrucker1-6304-000001

1

```
***      Authentication Result: Success   ***
***      --------------------- Instance Type and Transmission --------------
***      Original received from SWIFT
***      Priority              : Normal
***      Message Output Reference   : 1717 091020RZSBIT2BAXXX2783152703
***      Correspondent Input Reference      : 1717 091020DEUTOEFFJXXX2309588145
***      --------------------------- Message Header --------------------------
***      Swift Output              : FIN 599 Free Format Message
***      Sender  : DEUTDEFFXXX
***              DEUTSCHE BANK AG
***              FRANKFURT AM MAIN DE
***      Receiver : RZSBIT2BXXX
***              RAIFFEISEN LANDESBANK SUEDTIROL AG
***              BOLZANO IT
***      MUR : 10200917333255
***      --------------------------- Message Text ---------------------------
***      20: Transaction Reference Number
***          BLOCK REFERENCES
***      21: Related Reference
***          PROOF OF CLAIM
***      79: Narrative
***          ATTN HARALD MAIR
***          PLEASE NOTE THAT AS PER OUR EOC ACCOUNT
***          THE BELOW POSITIONS ARE BLOCKED BY OUR
***          DEPOSITARY EUROCLEAR ACCOUNT 11224
***          ISIN XS0247679573   6000000
***          REP 9434558
***          ISIN XS0136264214  10735000
***          9434559
***          ISIN XS0328851794  10000000
***          9434560
***          ISIN XS0330181776   4000000
***          9434561
***          ISIN XS0356376995   7500000
***          9434562
***          BEST REGARDS
***          DEUTSCHE BANK
***          ANGELA RUSSO
***      --------------------------- Message Trailer ------------------------
***      {CHK:E09FEAB6A02B}
***      PKI Signature: MAC-Equivalent
*End of Message
```

**EXHIBIT 4**

Written Consent June 9, 2005

06/08/2005    16:41    LEHMAN → 916467592653    NO.504    P01

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294              P.02
                                                                         NO.290   094
26.05.2005  29:11   LEHM - 912020582094                                  NO.504   082
26/05/2005  16:41   LEHMAN + 912048758053

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005


Richard S. Fuld, Jr.                          John D. Macomber

06-09-05   09:49          RECEIVED FROM:212 526 8339              P.94

06/08/2005    16:41    LEHMAN → 916467582653                              NO.504    D03

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |



United States Bankruptcy Court/Southern District of New York

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY  10017

Assimoco Vita S.p.A. Compagnia di
Assicurazione sulla Vita
Centro Direzionale "MILANO OLTRE"
Palazzo Giotto
Via Cassanese, 224
20090 Segrate (Milano)
Italy

Attention: Mr. Alessandro Masatti

Tel. +39 02 26962549
E-mail: alessandro.masatti@assimoco.it

October 26th, 2009

## ASSIMOCO VITA S.P.A. COMPAGNIA DI ASSICURAZIONE SULLA VITA - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find two original copies of the proofs of claim hereby filed by Assimoco Vita S.p.A. Compagnia di Assicurazione sulla Vita against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims  Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

**Assimoco Vita S.p.A. Compagnia di Assicurazione sulla Vita**

_____
Alessandro Masatti
Head of Finance

**Compagnia di Assicurazione sulla vita** - Società per azioni soggetta all'attività di direzione e coordinamento di Assimoco S.p.A. - Capitale sociale € 50.000.000,00
interamente versato - Impresa autorizzata all'esercizio delle assicurazioni con decreto del Ministero dell'Industria, del Commercio e dell'Artigianato del





## SECURITY CHECKED
THE CONTENTS OF THIS PACKAGE HAVE BEEN CHECKED BY A DHL STAFF
MEMBER FOR SECURITY PURPOSES IN THE PRESENCE OF THE SHIPPER.

FOR DHL (PRINT NAME)    FOR CLIENT (PRINT NAME)

G. 20COO6A

STATION

A 1 2

99902553

CPI 100709

DESTINATION:
OR

ZYX
XYZ

DOX

10017 NEW YORK, UNITED STATES    A006    ZYP-TSS

WAYBILL 3426329686

(2L)US10174200000

(J)001 304 0354 6008 7287



## DHL
Shipment Air Waybill

34 2632 9686    ORIGIN 211    ORIGIN ZYP    DESTINATION CODE ZYP

From (Shipper)

CASRAIL

Company name
ASSIMOCO SPA.
Address
VIA CASSANESE 224
CENTRO DIREZIONALE - PALAZZO GIOTTO-
SEGRATE - MI - ITALY
20090    02/26962622

To (Receiver)
EPIQ BANKRUPTCY SOLUTION -LLC
757 THIRD AVENUE, 3RD FLOOR
NEW YORK

Postcode/Zip Code (required)    Country
10017    U.S.A.

Contact person
LEHMAN BROTHERS
HOLDINGS CLAIMS PROCESSING

DOCUMENTS

43.50
43.50

Date 26/10/09

## EXTREMELY URGENT    DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the airbill

| *United States Bankruptcy Court/Southern District of New York*<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS**<br>**PROOF OF CLAIM** |
|---|---|

**LEHMAN SECURITIES PROGRAMS**
**PROOF OF CLAIM**

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050315

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Fir Tree Capital Opportunity Master Fund, L.P.<br>c/o Fir Tree, Inc.<br>505 Fifth Avenue, 23rd Floor<br>New York, NY 10017<br>Attention: Scott Ganzekaufer<br>Telephone number: 212-659-4911   Email Address: scott@firtree.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:                    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ _____ See Attachment _____ (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): ____ See Attachment_____ (Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**_____ See Attachment _____ (Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**_____ See Attachment _____ (Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository**: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED / RECEIVED
FOR COURT USE ONLY

OCT 2 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>10-21-09 | Signature: *B— M*<br><br>Brian A. Meyer, Authorized Person |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF FIR TREE CAPITAL OPPORTUNITY MASTER FUND

Fir Tree Capital Opportunity Master Fund, L.P. ("Fir Tree" or "Claimant") by an authorized representative submits this attachment to the proof of claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI").

### Fir Tree's Claim

1.      Fir Tree submits this Claim with respect to certain securities issued or guaranteed by LBHI and as set forth on the Lehman Programs Securities list posted by LBHI on July 17, 2009 in accordance with the Bar Order. Such Lehman Programs Securities are listed on Exhibit A hereto.

2.      As a result, Fir Tree holds a claim against LBHI in the amount of $55,207,148 or such other amounts as may be determined in accordance with the terms of the applicable documentation and subject to applicable law.

### Reservation of Rights

3.      Claimant expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims.  Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

4.     This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against LBHI and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

5.     The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

6.     Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

7.     In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

<div align="center">Notices</div>

8.     All notices, communications and distributions with respect to this Claim should be sent to:

Fir Tree Capital Opportunity Master Fund, L.P.

c/o Fir Tree, Inc.
505 Fifth Avenue
23rd Floor
New York, NY  10017
Telephone:    (212) 659-4911
Attention:    Scott Ganzekaufer

With a copy to:

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Telephone:    (212) 878-8000
Attention:    Jennifer C. DeMarco, Esq.
              Jennifer B. Premisler, Esq.

**Exhibit A**

| ISIN | account # | account name | Position Blocked (note curncy) | Note Curncy | Exch. Rate vs. USD (9/15/08) | Position Blocked (USD) |
|------|-----------|--------------|-------------------------------|-------------|------------------------------|------------------------|
| XS0283497005 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 3,590,000 | EUR | 1.42430 | 5,113,237 |
| XS0324058865 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 29,000,000 | ILS | 0.28094 | 8,147,231 |
| XS0294922801 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,600,000 | EUR | 1.42430 | 2,278,880 |
| XS0364777689 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,869,300 | EUR | 1.42430 | 2,662,444 |
| XS0317188646 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,234,669 | EUR | 1.42430 | 1,758,539 |
| XS0317188059 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 2,101,287 | EUR | 1.42430 | 2,992,863 |
| XS0228868195 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 800,000 | USD | 1.00000 | 800,000 |
| XS0125559467 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 810,982 | EUR | 1.42430 | 1,155,082 |
| XS0126892255 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,180,687 | EUR | 1.42430 | 1,681,652 |
| XS0128700274 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,997,942 | EUR | 1.42430 | 2,845,669 |
| XS0129914874 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,381,382 | EUR | 1.42430 | 1,967,502 |
| XS0131585845 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,215,017 | EUR | 1.42430 | 1,730,549 |
| XS0160491584 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,987,795 | EUR | 1.42430 | 2,831,216 |
| XS0161241418 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 3,750,488 | EUR | 1.42430 | 5,341,820 |
| XS0162196140 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 6,225,365 | EUR | 1.42430 | 8,866,787 |
| XS0163560690 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,212,195 | EUR | 1.42430 | 1,726,529 |
| XS0168797032 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 552,625 | EUR | 1.42430 | 787,104 |
| XS0180383662 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,000,000 | USD | 1.00000 | 1,000,000 |
| XS0313893215 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 879,221 | EUR | 1.42430 | 1,252,274 |
| XS0348936914 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 188,000 | EUR | 1.42430 | 267,768 |

| | Total (USD) | 55,207,148 |
|---|---|---|

| blocking refer. # | blocking depot | Depository Participant Account # | blocking date | contact | telephone |
|---|---|---|---|---|---|
| 6034405 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6034489 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6034257 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6034397 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043369 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6034360 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6034255 | Euroclear | 90948 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6050463 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6050461 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6050460 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043569 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043574 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043581 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6050458 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6050448 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043586 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043588 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043595 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043596 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |
| 6043805 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682   Fax 31 (0) 20 7100 582 |

| email | client | address 1 |
|---|---|---|
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |

**address 2**

| |
|---|
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |

H
A
N
D

D
E
L
I
V
E
R
Y

_~~signature~~_
RECEIVED BY:

10/29/09
DATE

4:15
TIME

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050316

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Fir Tree Value Master Fund, L.P.
c/o Fir Tree, Inc.
505 Fifth Avenue, 23rd Floor
New York, NY 10017
Attention: Scott Ganzekaufer
Telephone number:  212-659-4911   Email Address:  scott@firtree.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ____See Attachment_____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ____See Attachment_____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

____See Attachment_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

____See Attachment_____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository**: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10-21-09 | Signature: ~~B⊃ ^y~~ Brian A. Meyer, Authorized Person |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF FIR TREE VALUE MASTER FUND

Fir Tree Value Master Fund, L.P. ("Fir Tree" or "Claimant") by an authorized representative submits this attachment to the proof of claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI").

### Fir Tree's Claim

1.      Fir Tree submits this Claim with respect to certain securities issued or guaranteed by LBHI and as set forth on the Lehman Programs Securities list posted by LBHI on July 17, 2009 in accordance with the Bar Order. Such Lehman Programs Securities are listed on Exhibit A hereto.

2.      As a result, Fir Tree holds a claim against LBHI in the amount of $290,491,572 or such other amounts as may be determined in accordance with the terms of the applicable documentation and subject to applicable law.

### Reservation of Rights

3.      Claimant expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims.  Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

4.      This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against LBHI and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

5.      The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

6.      Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

7.      In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

<u>Notices</u>

8.      All notices, communications and distributions with respect to this Claim should be sent to:

Fir Tree Value Master Fund, L.P.

c/o Fir Tree, Inc.
505 Fifth Avenue
23rd Floor
New York, NY  10017
Telephone:   (212) 659-4911
Attention:    Scott Ganzekaufer

With a copy to:

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Telephone:   (212) 878-8000
Attention:    Jennifer C. DeMarco, Esq.
              Jennifer B. Premisler, Esq.

**Exhibit A**

| ISIN | account # | account name | Position Blocked (note curncy) | Note Curncy | Exch. Rate vs. USD (9/15/08) | Position Blocked (USD) | blocking refer. # | blocking depot | Depository Participant Account # | blocking date |
|------|-----------|--------------|-------------------------------|-------------|------------------------------|------------------------|-------------------|----------------|----------------------------------|---------------|
| XS0283497005 | 736450 | Fir Tree Value Master Fund L.P. | 18,600,000 | EUR | 1.42430 | 26,491,980 | 6034407 | Euroclear | 92317 | 7-Oct |
| XS0324058865 | 736450 | Fir Tree Value Master Fund L.P. | 151,000,000 | ILS | 0.28094 | 42,421,789 | 6034492 | Euroclear | 92317 | 7-Oct |
| XS0294922801 | 736450 | Fir Tree Value Master Fund L.P. | 8,400,000 | EUR | 1.42430 | 11,964,120 | 6034372 | Euroclear | 92317 | 7-Oct |
| XS0364777689 | 736450 | Fir Tree Value Master Fund L.P. | 9,599,700 | EUR | 1.42430 | 13,672,853 | 6034396 | Euroclear | 92317 | 7-Oct |
| XS0317188646 | 736450 | Fir Tree Value Master Fund L.P. | 6,540,325 | EUR | 1.42430 | 9,315,385 | 6034371 | Euroclear | 92317 | 7-Oct |
| XS0317188059 | 736450 | Fir Tree Value Master Fund L.P. | 11,130,999 | EUR | 1.42430 | 15,853,882 | 6034367 | Euroclear | 92317 | 7-Oct |
| XS0228868195 | 736450 | Fir Tree Value Master Fund L.P. | 4,200,000 | USD | 1.00000 | 4,200,000 | 6034263 | Euroclear | 90948 | 7-Oct |
| XS0125559467 | 736450 | Fir Tree Value Master Fund L.P. | 4,295,955 | EUR | 1.42430 | 6,118,729 | 6050481 | Euroclear | 92317 | 19-Oct |
| XS0126892255 | 736450 | Fir Tree Value Master Fund L.P. | 6,254,372 | EUR | 1.42430 | 8,908,102 | 6050462 | Euroclear | 92317 | 19-Oct |
| XS0128700274 | 736450 | Fir Tree Value Master Fund L.P. | 10,583,557 | EUR | 1.42430 | 15,074,160 | 6050459 | Euroclear | 92317 | 19-Oct |
| XS0129914874 | 736450 | Fir Tree Value Master Fund L.P. | 7,317,500 | EUR | 1.42430 | 10,422,315 | 6043572 | Euroclear | 92317 | 14-Oct |
| XS0131585845 | 736450 | Fir Tree Value Master Fund L.P. | 6,436,223 | EUR | 1.42430 | 9,167,112 | 6043584 | Euroclear | 92317 | 14-Oct |
| XS0160491584 | 736450 | Fir Tree Value Master Fund L.P. | 10,529,803 | EUR | 1.42430 | 14,997,598 | 6043585 | Euroclear | 92317 | 14-Oct |
| XS0161241418 | 736450 | Fir Tree Value Master Fund L.P. | 19,867,196 | EUR | 1.42430 | 28,296,847 | 6050456 | Euroclear | 92317 | 14-Oct |
| XS0162196140 | 736450 | Fir Tree Value Master Fund L.P. | 32,977,187 | EUR | 1.42430 | 46,969,407 | 6050432 | Euroclear | 92317 | 19-Oct |
| XS0163560690 | 736450 | Fir Tree Value Master Fund L.P. | 6,421,275 | EUR | 1.42430 | 9,145,822 | 6043587 | Euroclear | 92317 | 14-Oct |
| XS0168797032 | 736450 | Fir Tree Value Master Fund L.P. | 2,927,381 | EUR | 1.42430 | 4,169,469 | 6043594 | Euroclear | 92317 | 14-Oct |
| XS0180383662 | 736450 | Fir Tree Value Master Fund L.P. | 5,500,000 | USD | 1.00000 | 5,500,000 | 6043575 | Euroclear | 92317 | 14-Oct |
| XS0313893215 | 736450 | Fir Tree Value Master Fund L.P. | 4,577,779 | EUR | 1.42430 | 6,520,131 | 6043599 | Euroclear | 92317 | 14-Oct |
| XS0348936914 | 736450 | Fir Tree Value Master Fund L.P. | 900,000 | EUR | 1.42430 | 1,281,870 | 6043806 | Euroclear | 92317 | 14-Oct |

| Total (USD) | 290,491,572 |
|-------------|-------------|

| contact | telephone | email | client | address 1 | address 2 |
|---|---|---|---|---|---|
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY: _____    DATE 10/29/09    TIME 4/5

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., *et al.*, Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000058079

**THIS SPACE IS FOR COURT USE ONLY**

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Telephone number:

Beryl Finance Limited Series 2005-12
c/o BNY Corporate Trustee Services
One Canada Square             with copy to:
London  E14  5 AL
England

Email Address:  dagemea @bnymellon.com

Michael J. Venditto
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

mvenditto@reedsmith.com

□  Check this box to indicate that this claim amends a previously filed claim.
**Court Claim Number:**_____ (*If known*)
Filed on: _____

---

Name and address where payment should be sent (if different from above) Telephone number:



Email Address:

□  Check this box if you are aware thatanyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1.  Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter,and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security,you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $38,792,074.00 (Required)**

□      Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

---

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates. **International Securities Identification Number (ISIN) : XS0236268024 (Required)**

---

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates. **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number: CA44542 (Required)**

---

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers. **Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: 11252 (Required)**

---

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| | **FILED / RECEIVED**  OCT 3 0 2009  EPIQ BANKRUPTCY SOLUTIONS, LLC |

Date.
28/10/09

Grace Mulvihill

**INSTRUCTIONS FOR PROOF OF CLAIM FORM** *The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.* **Creditor's Name and Address:** Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g). **Date and Signature:** The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____**INFORMATION**_____ **Debtor** A debtor is the person, corporation, or other entity that has filed a bankruptcy case. **Creditor** A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing. **Claim** A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable **Proof of Claim** A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address: **Lehman Brothers Holdings Claims Processing c/o Epiq Bankruptcy Solutions, LLC FDR Station, PO Box 5076 New York, NY 10150-5076 Lehman Programs Security** Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009. **Acknowledgment of Filing of Claim** To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim. **Offers to Purchase a Claim** Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

EMEA 19

### Addendum to the Proof of Claim filed by
### Beryl Finance Limited relating to
### Series 2005-12

1.      BNY Corporate Trustee Services Limited, f/k/a J.P. Morgan Corporate Trustee Services Limited (hereinafter, the "Trustee") acts as the trustee for the holders of notes issued under the Multi Issuer Secured Obligation Programme of Dante Finance PLC and other Specified Companies (the "Dante MISOP Programme") arranged by Lehman Brothers International (Europe) pursuant to a trust deed originally entered into on October 10, 2002 with Dante Finance PLC, as amended and restated on July 22, 2005 as Supplemented by the Supplemental Trust Deed and Drawdown Agreement, dated November 23, 2005, and amended by the Deed of Amendment, dated November 22, 2006 as may be further amended and restated from time to time (the "Principal Trust Deed").

2.      Beryl Finance Limited ("Issuer") acceded to the Dante MISOP Programme by executing a deed of accession dated July 22, 2005 (the "Deed of Accession").

3.      The Trustee files this proof of claim on behalf of the Issuer pursuant to the authority under the Principal Trust Deed and the Deed of Accession to protect the interests of investors and to preserve claims of the Issuer and the investors with respect to the Lehman Program Securities ("Program Securities") identified in this proof of claim. The Trustee currently holds these Program Securities in its capacity as Trustee.

4.      The Trustee asserts this claim in its capacity as Trustee pursuant to the authority delegated to the trustee under the Dante MISOP Programme documents.

5.      The Trustee reserves the right to amend, modify or supplement this proof of claim as additional information becomes available.  The filing of this proof of claim is not a waiver of any substantive right or claim nor a consent to the jurisdiction of the Bankruptcy Court for any purpose other than this proof of claim; and, the Trustee reserves any and all rights, defenses, claims and causes of action.

**H
A
N
D

D
E
L
I
V
E
R
Y**

_TP_
RECEIVED BY:

_10/30_
DATE

_3:49_
TIME

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000060273

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Y

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Jongman Beheer B.V.**
**c/o P.A.H.T. Jongman**
**de Lepelaar 8**
**2751 CW MOERKAPELLE**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
  (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: **$ 366.510,90** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0355133454 [1] XS0296281735 [2] XS0263715467 [3] XS0346080590 [4] XS0295760093 [5] XS0339810078 [6] XS0263715467 [7] XS0346080590 [8]

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA39897 [1] CA37826 [2] CA33856 [3] CA33833 [4] CA37785 [5] CA39965 [6] CA33874 [7] CA33881 [8]    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

13048                              **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| Date.  10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FILED / RECEIVED**  OCT 3 0 2009  **EPIQ BANKRUPTCY SOLUTIONS, LLC** |

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009 3143

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*_____
residing at *[wonende te]*_____

OR *[OF]*

The company *[De vennootschap]* JONGMAN BEHEER BV
With its registered office at *[met maatschappelijke zetel te]*_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____
                    P.H.T. JONGMAN
In its capacity of *[in zijn hoedanigheid van]*_____
                    DIRECTOR / OWNER

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV,
company incorporated pursuant to the laws of the Netherlands - now in bankruptcy,
with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105
Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a
company incorporated pursuant to the laws of Delaware (U.S.A) – now under the
protection of the Chapter XI of the US Bankruptcy Code, with registered office at
10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn
van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht –
vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland),
Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers
Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming
van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York
(USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered
office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland
(hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met
maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051,
Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te
geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework
of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman
Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om
in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de
faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc
teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*



To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This     Power     of     Attorney     is     signed     on     25 SEP 2009  in MOERKAPELLE_____ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*:_____

Name *[naam]*:_____

P.A.H.T. JONGMAN



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA S227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433026326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                    0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR              FedEx
                                          Express
NEW YORK, NY 10017

                              (US)        E
                              AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form 0430

1/1

INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                    SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR            T/C: S 433026326
CUSTOM VALUE:    EUR            D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: <br> Lehman Brothers Holdings Inc., et al., <br> Debtors. | Chapter 11 <br> Case No. 08-13555 (JMP) <br> (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060274

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

☐ Check this box to indicate that this claim amends a previously filed claim.

**P.H.J. Kurver and/or**
**W.E. Kurver-Kok**
**Zandweg 196**
**3454 HE DE MEERN**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Court Claim Number:_____
  (*If known*)

Filed on: _____

Telephone number: ++32 2 674 71 10          Email Address: dcms@deminor.com

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 84.906,00** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0296281735 [1]  XS0276441044 [2]  XS0346080590 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37825 [1]  CA33897 [2]  CA33839 [3]**                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                              **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date. <br><br> **10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> Bernard Thuysbaert, Director | **FILED / RECEIVED** <br><br> OCT 3 0 2009 <br><br> **EPIQ BANKRUPTCY SOLUTIONS, LLC** |

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

2009-3502

## POWER OF ATTORNEY / *VOLMACHT*

Mr. P.H.J. Kurver and Mrs. W.E. Kurver-Kok
residing at *[wonende te]* Zandweg 196, 3454 HE De Meern, The Netherlands

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV,
company incorporated pursuant to the laws of the Netherlands - now in bankruptcy,
with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105
Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a
company incorporated pursuant to the laws of Delaware (U.S.A) – now under the
protection of the Chapter XI of the US Bankruptcy Code, with registered office at
10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn
van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht –
vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland),
Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers
Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming
van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York
(USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered
office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland
(hereinafter "**Deminor**").*[geeft hierbij een volmacht aan Deminor Nederland BV, met
maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051,
Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te
geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework
of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman
Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om
in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de
faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc
teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This Power of Attorney is signed on 22 September 2009 in De Meern *[de volmacht is getekend op [datum] in [plaats van tekenen]].*

Signature *[handtekening]*: _____

Name *[naam]*: P.H.J. Kurver

Signature *[handtekening]*: _____

Name *[naam]*: W.E. Kurver-Kok



RECEIVE INTL PRIORITY CTR

K2 OGSA    OCT 30 2009    EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                           0015035977691
    EPIQ BANKRUPTRY SOLUTIONS LLC
    757 THIRD AVENUE 3D FLOOR            **FedEx**
                                          Express
    NEW YORK, NY 10017               (US)

                                    AWB      **E**

                                    XA OGSA
                                     I S R

TRK# 9188 5633 0870    Form
                       0430
           1/1
    INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR              SIGN: Pablo GASPAR
CUSTOM VALUE:    EUR              T/C: S 433025326
                                 D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000060275

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

□ Check this box to indicate that this claim amends a previously filed claim.

**Van Zoomeren Beheer B.V.**
**c/o P.G. van Zoomeren**
**Rijshornstraat 155**
**1435 HH  RIJSENHOUT**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Court Claim Number:_____
  (*If known*)

Filed on: _____

Telephone number: ++32 2 674 71 10     Email Address: dcms@deminor.com

Name and address where payment should be sent (if different from above)

□ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 75.000,30** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
□ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0355133454 [1]  XS0296281735 [2]  XS0346080590 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

  **CA39902 [1]  CA37835 [2]  CA33832 [3]**                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium |
|---|---|---|

**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009-7940

19/09/2009  11:06    0297341388                VAN ZOOMEREN                    PAG.  01/02

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]* _____

residing at *[wonende te]* _____

OR *[OF]*

The company *[De vennootschap]* _VAN ZOOMEREN BEHEER B.V._

With its registered office at *[met maatschappelijke zetel te]* _Rijsen Hout._

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _T.G. VAN ZOOMEREN_

In its capacity of *[in zijn hoedanigheid van]* _DIREKTEUR._

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (U.S.A) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    13/9 '2009    in Rij SEN HOu + _____ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*: _____

P.G. vAN ZOOMEREN



TRK# 0430 9188 5633 0870

RECEIVE INTL PRIORITY ISR

K2 OGSA   OCT 30 2009   EWR

10017

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR

   NEW YORK, NY 10017

0015035977691

FedEx
Express

(US)

AWB

E

XA OGSA
ISR

TRK# 9188 5633 0870   Form
                       0430

1/1

INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:   EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060290

| In Re: | Chapter 11 |
| --- | --- |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | |
| --- | --- |
| L.M.L.H. Neefs<br>Helfrichlaan 2<br>5224 GT S HERTOGENBOSCH<br>The Netherlands<br><br>Telephone number: ++32 2 674 71 10 | Notice address<br>Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium<br><br>Email Address: dcms@deminor.com |

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 557.549,40** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0355133454 [1]  XS0285922133 [2]  XS0296281735 [3] XS0263715467 [4] XS0327236757 [5] XS0373219582 [6]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates. **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA39901 [1] CA33847 [2] CA37832 [3] CA33864 [4] CA39872 [5] CA39915 [6]          (Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048                          (Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.<br><br>10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| --- | --- | --- |

Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*6 OCT. 2009*

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*  *L. M. L. H.  NEEFS.*

residing at *[wonende te]*  *5224 G.T.  'S-HERTOGENBOSCH.  NL.*

OR *[OF]*

The company *[De vennootschap]* _____

With its registered office at *[met maatschappelijke zetel te]* _____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _____

_____

In its capacity of *[in zijn hoedanigheid van]* _____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    27-09-09    in
_____    *[de volmacht is getekend op [datum] in [plaats van tekenen].*
ʃ- HERTOGEN BOSCH. NL.
Signature *[handtekening]*:

Name *[naam]*: L. M. L. H. NEETS



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 6.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                    0015035977691
   EPIQ BANKRUPTCY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR                  FedEx
                                              Express
   NEW YORK, NY 10017              (US)

                                   AWB        E

                                   XA OGSA
                                   ISR

TRK# 9188 5633 0870    Form
                       0430
        1/1
   INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                     SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR             T/C: S 433025326
CUSTOM VALUE:    EUR             D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| United States Bankruptcy Court/Southern District of New York | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000060292 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY.

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

**R.W. Ruis and/or**
**A.M.G. Wagenaar**
**Oostwaard 52**
**3602 XA  MAARSSEN**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Telephone number: ++32 2 674 71 10      Email Address: dcms@deminor.com

**Court Claim Number:_____**
   (If known)

**Filed on: _____**

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 158.491,20** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0355133454 [1]  XS0296281735 [2]  XS0263715467 [3]  XS0332049229 [4]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA39900 [1]  CA37838 [2]  CA33862 [3]  CA39934 [4]**          **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009_5601

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*    R.W. Ruis

residing at *[wonende te]*    NL 3602 XA    Maarssen

OR *[OF]*

The company *[De vennootschap]* _____

With its registered office at *[met maatschappelijke zetel te]* _____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _____

In its capacity ~~of [in zijn hoedanigheid van]~~ _____

Hereinafter referred to as the **"Noteholder"** , *[hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**), *[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[am elke daad te stellen. elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    3 - 10 - 2009    in
_____ Maarssen _____ *[de volmacht is getekend op [datum] in [plaats van tekenen]]*

Signature *[handtekening]*: _____

Name *[naam]*: R. v. Ruis _____



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 6.2 KG
System#: 5429044/FWST0715
Account: S 433026326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING              0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR            FedEx
                                        Express
   NEW YORK, NY 10017

                              (US)      E
                              AWB

                              XA OGSA
                              ISR

TRK# 9188 5633 0870   Form
                      0430
              1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                  SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR          T/C: S 433026326
CUSTOM VALUE:    EUR          D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000060299

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Valluga B.V.**
**c/o B.P.M. Nefs**
**Burg Mastboomplein 1**
**4661 HX  HALSTEREN**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium
Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
  *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 191.038,50** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0296281735 [1] XS0263715467 [2] XS0346080590 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

  **CA37824 [1] CA33858 [2] CA33875 [3]**                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.  10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2010  6600*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]*_____

residing at *[wonende te]*_____

OR *[OF]*

The company *[De vennootschap]*_____ *Valluga  BV*

With its registered office at *[met maatschappelijke zetel te]*_____ *Halsteren  NL*
_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____
_____ *B. P. M. Nefs*
In its capacity of *[in zijn hoedanigheid van]*_____
_____ *directeur*

~~Hereinafter referred to as the **"Noteholder"**~~ , *~~[Hierna genoemd de "Noteholder"]~~*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This     Power     of     Attorney     is     signed     on     _22-9-2009_     in _Halsteren NL_     *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____ *Muye*

Name *[naam]*: _____ *B. P. m. Nefs*



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR

NEW YORK, NY 10017

0015035977691

FedEx
Express

(US)

AWB

**E**

XA OGSA
ISR

TRK# 9188 5633 0870    Form
0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:  EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| United States Bankruptcy Court/Southern District of New York | LEHMAN SECURITIES PROGRAMS |
|---|---|

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000062743

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)   Elliott Associates, L.P.
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, N.Y. 10019
Telephone number: 212 974 6000 x1310   Email Address: M STEPHAN@ELLIOTTMGMT.COM
NY MIDDLE OFFICE@ELLIOTTMGMT.COM

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: 10/30/09

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 633,921,237.46   (Required)   See attached schedule & attached statement of claim.

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):   (Required)   See attached schedule

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

(Required)   See attached schedule

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:   see attached schedule
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 11/2/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## STATEMENT OF CLAIM

### A.    Amount of Claim

In addition to the claim amounts specified otherwise, the claim includes interest and Claimant's out-of-pocket costs, including legal fees, in an amount that can not be currently calculated, but does not include additional amounts that may be claimed under applicable foreign law, or that may be asserted against other entities liable on such debt.

Claimant reserves the right to file other proofs of claim with respect to other claims Claimant may hold against Debtor.  The amounts set forth herein are exclusive of other amounts owned to Claimant not based on Lehman Program Securities.

### B.    Reservation of Rights

Claimant expressly reserves the right to hereafter amend and/or supplement its Proof of Claim, at any time, in any manner, and for any purpose including, but not limited to, the fixing of or supplementation to the amount reflected herein, and to assert rights of setoff or recoupment in relation to amounts, if any, determined to be owing by Claimant to the Debtor. Except as stated hereinabove, all offsets and deductions have been taken into consideration in making this Proof of Claim.

Claimant's filing of this Proof of Claim is not, and shall not be deemed or construed as (a) a consent by Claimant to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case or contested matter against or otherwise involving Claimant; (b) a waiver or release of Claimant's right to trial by jury in the Bankruptcy Court or any other court in any proceeding involving any of the matters set forth herein or related hereto; (c) a consent by Claimant to a jury trial in the Bankruptcy Court or any other court in any other proceeding involving any of the matters set forth herein or related hereto; (d) a waiver or release of Claimant's right to have any non-core proceedings determined by the United States District Court under *de novo* review; (e) a waiver of Claimant's right to seek withdrawal of the United States District Court's referral of the Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the Bankruptcy Court; and/or (f) an election of remedies.

This Statement of Claim is expressly incorporated by reference into, and thereby made a part of, Claimant's Proof of Claim against the Debtor.

| Fund | Isin | Principal Amount of Bonds | Currency | FX Rate | Amount of Claim | | BLOCKING REFERENCE NUMBER | EUROCLEAR ACCOUNT # | CLEARSTREAM ACCOUNT NUMB |
|---|---|---|---|---|---|---|---|---|---|
| ELLIOTT ASSOCIATES, L.P. | XS0330134007 | 6,800,000.00 | AUD | 0.8065 | $5,484,200.00 | PLUS ACCRUED | 6046237 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120663 | 1,359,000.00 | CHF | 1.1158 | $1,217,960.21 | PLUS ACCRUED | 6046245 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120671 | 433,000.00 | CHF | 1.1158 | $388,062.38 | PLUS ACCRUED | 6046244 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0026915527 | 7,365,000.00 | CHF | 1.1158 | $6,600,645.28 | PLUS ACCRUED | 6046241 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0026985082 | 10,470,000.00 | CHF | 1.1158 | $9,383,402.04 | PLUS ACCRUED | 6046238 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0213416141 | 40,000.00 | EUR | 1.4244 | $56,976.00 | PLUS ACCRUED | 6046198 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0224346592 | 5,580,000.00 | EUR | 1.4244 | $7,948,152.00 | PLUS ACCRUED | 6046199 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0307745744 | 3,850,000.00 | EUR | 1.4244 | $5,483,940.00 | PLUS ACCRUED | 6054682 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0252835110 | 17,120,000.00 | EUR | 1.4244 | $24,385,728.00 | PLUS ACCRUED | 6046201 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257022714 | 9,180,000.00 | EUR | 1.4244 | $13,075,992.00 | PLUS ACCRUED | 6046233 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0326264917 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 | PLUS ACCRUED | 6046232 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0128857413 | 400,000.00 | EUR | 1.4244 | $569,760.00 | PLUS ACCRUED | 6046230 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0282937985 | 3,950,000.00 | EUR | 1.4244 | $5,626,380.00 | PLUS ACCRUED | 6046229 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0254171191 | 8,450,000.00 | EUR | 1.4244 | $12,036,180.00 | PLUS ACCRUED | 6046227 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0272543900 | 2,600,000.00 | EUR | 1.4244 | $3,703,440.00 | PLUS ACCRUED | 6046226 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0300055547 | 13,200,000.00 | EUR | 1.4244 | $18,802,080.00 | PLUS ACCRUED | 6046225 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0214267923 | 6,800,000.00 | EUR | 1.4244 | $9,685,920.00 | PLUS ACCRUED | 6046223 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0288579260 | 2,350,000.00 | EUR | 1.4244 | $3,347,340.00 | PLUS ACCRUED | 6046222 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0193035358 | 800,000.00 | EUR | 1.4244 | $1,139,520.00 | PLUS ACCRUED | 6046221 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0183944643 | 13,600,000.00 | EUR | 1.4244 | $19,371,840.00 | PLUS ACCRUED | 6046220 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0213899510 | 14,000,000.00 | EUR | 1.4244 | $19,941,600.00 | PLUS ACCRUED | 6046219 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0293892419 | 92,000,000.00 | EUR | 1.4244 | $131,044,800.00 | PLUS ACCRUED | 6046217 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0209131001 | 2,000,000.00 | EUR | 1.4244 | $2,848,800.00 | PLUS ACCRUED | 6046213 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0215760777 | 12,000,000.00 | EUR | 1.4244 | $17,092,800.00 | PLUS ACCRUED | 6046212 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0300113841 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 | PLUS ACCRUED | 6046211 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0285045943 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 | PLUS ACCRUED | 6046210 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0126813053 | 32,204,000.00 | EUR | 1.4244 | $45,871,377.60 | PLUS ACCRUED | 6046209 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0315504323 | 60,000,000.00 | EUR | 1.4244 | $85,464,000.00 | PLUS ACCRUED | 6046208 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0313100678 | 800,000.00 | EUR | 1.4244 | $1,139,520.00 | PLUS ACCRUED | 6046206 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0218304458 | 16,000.00 | EUR | 1.4244 | $22,790.40 | PLUS ACCRUED | 6046205 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0274127009 | 935,000.00 | EUR | 1.4244 | $1,331,814.00 | PLUS ACCRUED | 6046204 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0210433206 | 370,000.00 | EUR | 1.4244 | $527,028.00 | PLUS ACCRUED | 6046203 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0163559841 | 82,000.00 | EUR | 1.4244 | $116,800.80 | PLUS ACCRUED | 6046202 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0268043709 | 140,000.00 | EUR | 1.4244 | $199,416.00 | PLUS ACCRUED | 6046249 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257988484 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 | PLUS ACCRUED | 6046248 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0257101856 | 84,000.00 | EUR | 1.4244 | $119,649.60 | PLUS ACCRUED | 6046246 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120689 | 209,000.00 | EUR | 1.4244 | $297,699.60 | PLUS ACCRUED | 6046243 | | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120697 | 66,000.00 | EUR | 1.4244 | $94,010.40 | PLUS ACCRUED | :SEME//8231873449071610 | | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120747 | 98,000.00 | EUR | 1.4244 | $139,591.20 | PLUS ACCRUED | :SEME//2938742129081610 | | |
| ELLIOTT ASSOCIATES, L.P. | CH0027120754 | 8,000.00 | EUR | 1.4244 | $11,395.20 | PLUS ACCRUED | :SEME//9901143721081610 | | |
| ELLIOTT ASSOCIATES, L.P. | XS0297183187 | 4,000,000.00 | EUR | 1.4244 | $5,697,600.00 | PLUS ACCRUED | 6046242 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0317422771 | 200,000.00 | EUR | 1.4244 | $284,880.00 | PLUS ACCRUED | 6046239 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0321455312 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 | PLUS ACCRUED | 6046236 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0321451246 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 | PLUS ACCRUED | 6046235 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0317422425 | 400,000.00 | EUR | 1.4244 | $569,760.00 | PLUS ACCRUED | 6058886 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0362467150 | 5,950,000.00 | GBP | 1.7998 | $10,708,810.00 | PLUS ACCRUED | 6046200 | 90782 | |
| ELLIOTT ASSOCIATES, L.P. | XS0299141332 | 3,000,000.00 | GBP | 1.7998 | $5,399,400.00 | PLUS ACCRUED | 6046228 | 90782 | |

| Name | ID | Amount | Currency | Rate | USD Value | Status | Number | |
|---|---|---|---|---|---|---|---|---|
| ELLIOTT ASSOCIATES, L.P. | XS0226127784 | 400,000.00 | GBP | 1.7998 | $719,920.00 | PLUS ACCRUED | 6046215 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0232526854 | 440,000.00 | GBP | 1.7998 | $791,912.00 | PLUS ACCRUED | 6046214 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0317416880 | 400,000.00 | GBP | 1.7998 | $719,920.00 | PLUS ACCRUED | 6046240 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0324058865 | 60,000,000.00 | ILS | 3.559 | $16,858,668.17 | PLUS ACCRUED | 6046216 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0566684073 | 158,760,000.00 | MXN | 10.7423 | $14,778,957.95 | PLUS ACCRUED | 6046218 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0262993264 | 32,000,000.00 | SGD | 1.4254 | $22,449,838.64 | PLUS ACCRUED | 6046207 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0329609449 | 80,000,000.00 | USD | 1 | $80,000,000.00 | PLUS ACCRUED | 6046224 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | XS0223109926 | 1,260,000.00 | USD | 1 | $1,260,000.00 | PLUS ACCRUED | 6046247 | 90782 |
| ELLIOTT ASSOCIATES, L.P. | CH0027120705 | 24,000.00 | USD | 1 | $24,000.00 | PLUS ACCRUED | | |

TOTAL :SEM(E/5-403.48472608)31610    $633,921,237.46 PLUS ACCRUED

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

_____
RECEIVED BY:

_____
DATE

4:26
_____
TIME

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et al.
08-13555 (JMP)                0000062744

0000062744

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Elliott International, L.P.
c/o Elliott Management Corporation
712 5th Avenue, 35th Floor
New York, N.Y. 10019
NYMIDDLEOFFICE@ELLIOTTMGMT.COM
Telephone number: 212 974 6000 X1310 Email Address: M.STEPHAN@ELLIOTTMGMT.COM

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
*(If known)*

Filed on: 10/30/09

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: _____ Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 1,442,845,993.76 (Required) *See attached schedule & attached statement of claim.*

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): _____ (Required) *See attached schedule*

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

(Required) *See attached schedule*

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number: *See attached schedule*
(Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date: 11/2/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## STATEMENT OF CLAIM

### A.    Amount of Claim

In addition to the claim amounts specified otherwise, the claim includes interest and Claimant's out-of-pocket costs, including legal fees, in an amount that can not be currently calculated, but does not include additional amounts that may be claimed under applicable foreign law, or that may be asserted against other entities liable on such debt.

Claimant reserves the right to file other proofs of claim with respect to other claims Claimant may hold against Debtor. The amounts set forth herein are exclusive of other amounts owned to Claimant not based on Lehman Program Securities.

### B.    Reservation of Rights

Claimant expressly reserves the right to hereafter amend and/or supplement its Proof of Claim, at any time, in any manner, and for any purpose including, but not limited to, the fixing of or supplementation to the amount reflected herein, and to assert rights of setoff or recoupment in relation to amounts, if any, determined to be owing by Claimant to the Debtor. Except as stated hereinabove, all offsets and deductions have been taken into consideration in making this Proof of Claim.

Claimant's filing of this Proof of Claim is not, and shall not be deemed or construed as (a) a consent by Claimant to the jurisdiction of the Bankruptcy Court or any other court with respect to proceedings, if any, commenced in any case or contested matter against or otherwise involving Claimant; (b) a waiver or release of Claimant's right to trial by jury in the Bankruptcy Court or any other court in any proceeding involving any of the matters set forth herein or related hereto; (c) a consent by Claimant to a jury trial in the Bankruptcy Court or any other court in any other proceeding involving any of the matters set forth herein or related hereto; (d) a waiver or release of Claimant's right to have any non-core proceedings determined by the United States District Court under *de novo* review; (e) a waiver of Claimant's right to seek withdrawal of the United States District Court's referral of the Bankruptcy Case and/or any proceedings related to the Bankruptcy Case to the Bankruptcy Court; and/or (f) an election of remedies.

This Statement of Claim is expressly incorporated by reference into, and thereby made a part of, Claimant's Proof of Claim against the Debtor.

| Fund | Isin | Principal Amount of Bonds | Currency | FX Rate | Amount of Claim | | BLOCKING REFERENCE NUMBER | EUROCLEAR ACCOUNT # | CLEARSTREAM ACCOUNT NUMB |
|---|---|---|---|---|---|---|---|---|---|
| ELLIOTT INTERNATIONAL, L.P. | XS0330134007 | 10,200,000.00 | AUD | 0.8065 | $8,226,300.00 | PLUS ACCRUED | 6046372 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120663 | 2,038,000.00 | CHF | 1.1158 | $1,826,492.20 | PLUS ACCRUED | 6046364 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120671 | 650,000.00 | CHF | 1.1158 | $582,541.67 | PLUS ACCRUED | 6046365 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0026915527 | 11,055,000.00 | CHF | 1.1158 | $9,907,689.55 | PLUS ACCRUED | 6046368 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0026985082 | 15,720,000.00 | CHF | 1.1158 | $14,088,546.33 | PLUS ACCRUED | 6046371 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0029197156 | 12,000,000.00 | CHF | 1.1158 | $10,754,615.52 | PLUS ACCRUED | 6052695 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0269529136 | 1,200,000.00 | CHF | 1.1158 | $1,075,461.55 | PLUS ACCRUED | 6052555 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0292529129 | 14,160,000.00 | CHF | 1.1158 | $12,690,446.32 | PLUS ACCRUED | 6052802 | 22449 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0213416141 | 60,000.00 | EUR | 1.4244 | $85,464.00 | PLUS ACCRUED | 6046325 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0224346592 | 8,380,000.00 | EUR | 1.4244 | $11,936,472.00 | PLUS ACCRUED | 6046326 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0307745744 | 5,850,000.00 | EUR | 1.4244 | $8,332,740.00 | PLUS ACCRUED | 6054683 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0252835110 | 25,680,000.00 | EUR | 1.4244 | $36,578,592.00 | PLUS ACCRUED | 6046328 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257022714 | 13,775,000.00 | EUR | 1.4244 | $19,621,110.00 | PLUS ACCRUED | 6046329 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0326264917 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 | PLUS ACCRUED | 6046330 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0128857413 | 600,000.00 | EUR | 1.4244 | $854,640.00 | PLUS ACCRUED | 6046331 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0282937985 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 | PLUS ACCRUED | 6046332 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0254171191 | 12,750,000.00 | EUR | 1.4244 | $18,161,100.00 | PLUS ACCRUED | 6046334 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0272543900 | 3,900,000.00 | EUR | 1.4244 | $5,555,160.00 | PLUS ACCRUED | 6046335 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0300055547 | 19,800,000.00 | EUR | 1.4244 | $28,203,120.00 | PLUS ACCRUED | 6046336 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0214267923 | 10,200,000.00 | EUR | 1.4244 | $14,528,880.00 | PLUS ACCRUED | 6046338 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0288579260 | 3,600,000.00 | EUR | 1.4244 | $5,127,840.00 | PLUS ACCRUED | 6046339 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0193035358 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 | PLUS ACCRUED | 6046340 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0183944643 | 19,722,000.00 | EUR | 1.4244 | $28,092,016.80 | PLUS ACCRUED | 6046341 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0213899510 | 21,000,000.00 | EUR | 1.4244 | $29,912,400.00 | PLUS ACCRUED | 6046342 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0293892419 | 138,000,000.00 | EUR | 1.4244 | $196,567,200.00 | PLUS ACCRUED | 6046344 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0209131001 | 3,000,000.00 | EUR | 1.4244 | $4,273,200.00 | PLUS ACCRUED | 6046348 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0215760777 | 18,000,000.00 | EUR | 1.4244 | $25,639,200.00 | PLUS ACCRUED | 6046349 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0300113841 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 | PLUS ACCRUED | 6046350 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0285045943 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 | PLUS ACCRUED | 6046351 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0126813053 | 48,305,000.00 | EUR | 1.4244 | $68,805,642.00 | PLUS ACCRUED | 6046352 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0315504323 | 90,000,000.00 | EUR | 1.4244 | $128,196,000.00 | PLUS ACCRUED | 6046353 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0313100678 | 1,200,000.00 | EUR | 1.4244 | $1,709,280.00 | PLUS ACCRUED | 6046355 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0218304458 | 24,000.00 | EUR | 1.4244 | $34,185.60 | PLUS ACCRUED | 6046356 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0274127009 | 1,405,000.00 | EUR | 1.4244 | $2,001,282.00 | PLUS ACCRUED | 6046357 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0210433206 | 555,000.00 | EUR | 1.4244 | $790,542.00 | PLUS ACCRUED | 6046358 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0163559841 | 122,000.00 | EUR | 1.4244 | $173,776.80 | PLUS ACCRUED | 6046359 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0268043709 | 210,000.00 | EUR | 1.4244 | $299,124.00 | PLUS ACCRUED | 6046360 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257988484 | 2,700,000.00 | EUR | 1.4244 | $3,845,880.00 | PLUS ACCRUED | 6046361 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0257101856 | 125,000.00 | EUR | 1.4244 | $178,050.00 | PLUS ACCRUED | 6046363 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120689 | 313,000.00 | EUR | 1.4244 | $445,837.20 | PLUS ACCRUED | 6046366 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120697 | 99,000.00 | EUR | 1.4244 | $141,015.60 | PLUS ACCRUED | :SEME//4033915049071610 | | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120747 | 147,000.00 | EUR | 1.4244 | $209,386.80 | PLUS ACCRUED | :SEME//7897344129081610 | | |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120754 | 12,000.00 | EUR | 1.4244 | $17,092.80 | PLUS ACCRUED | :SEME//1204785721081610 | | |
| ELLIOTT INTERNATIONAL, L.P. | XS0297183187 | 6,000,000.00 | EUR | 1.4244 | $8,546,400.00 | PLUS ACCRUED | 6046367 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0317422771 | 300,000.00 | EUR | 1.4244 | $427,320.00 | PLUS ACCRUED | 6046370 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0321455312 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 | PLUS ACCRUED | 6046373 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0321451246 | 1,800,000.00 | EUR | 1.4244 | $2,563,920.00 | PLUS ACCRUED | 6046374 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0317422425 | 600,000.00 | EUR | 1.4244 | $854,640.00 | PLUS ACCRUED | 6058887 | 90782 | |
| ELLIOTT INTERNATIONAL, L.P. | XS0326006540 | 57,880,000.00 | EUR | 1.4244 | $82,444,272.00 | PLUS ACCRUED | 6046391 | 22642 | |

| Name | ISIN | Amount | Currency | Rate | Value | Status | Code | Ref | Num |
|---|---|---|---|---|---|---|---|---|---|
| ELLIOTT INTERNATIONAL, L.P. | XS0366330776 | 3,000,000.00 | EUR | 1.4244 | $4,273,200.00 | PLUS ACCRUED | 6046378 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0252833476 | 14,547,000.00 | EUR | 1.4244 | $20,720,746.80 | PLUS ACCRUED | 6046383 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0223434592 | 89,290,000.00 | EUR | 1.4244 | $127,184,676.00 | PLUS ACCRUED | 6046385 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0307745744 | 14,600,000.00 | EUR | 1.4244 | $20,796,240.00 | PLUS ACCRUED | 6046381 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0252835110 | 21,240,000.00 | EUR | 1.4244 | $30,254,256.00 | PLUS ACCRUED | 6046394 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0194386616 | 15,500,000.00 | EUR | 1.4244 | $22,220,640.00 | PLUS ACCRUED | 6046375 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0205055547 | 36,080,000.00 | EUR | 1.4244 | $51,348,620.00 | PLUS ACCRUED | 6046388 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | XS0208005540 | 15,000,000.00 | EUR | 1.4244 | $21,366,000.00 | PLUS ACCRUED | 6052738 | | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0245046544 | 9,900,000.00 | EUR | 1.4244 | $14,101,560.00 | PLUS ACCRUED | 6052619 | | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0362467150 | 9,000,000.00 | GBP | 1.7998 | $16,198,200.00 | PLUS ACCRUED | 6046327 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0299141332 | 4,500,000.00 | GBP | 1.7998 | $8,099,100.00 | PLUS ACCRUED | 6046333 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0226127784 | 600,000.00 | GBP | 1.7998 | $1,079,880.00 | PLUS ACCRUED | 6046344 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0323352854 | 660,000.00 | GBP | 1.7998 | $1,187,868.00 | PLUS ACCRUED | 6046347 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0317414980 | 600,000.00 | GBP | 1.7998 | $1,079,880.00 | PLUS ACCRUED | 6046359 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0362467150 | 28,050,000.00 | GBP | 1.7998 | $50,484,390.00 | PLUS ACCRUED | 6046366 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0324056865 | 90,000,000.00 | ILS | 3.559 | $25,288,002.25 | PLUS ACCRUED | 6046345 | | 22642 |
| ELLIOTT INTERNATIONAL, L.P. | JP584117C768 | 400,000,000.00 | JPY | 104.65 | $3,822,264.69 | PLUS ACCRUED | 6052722 | | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | JP584117A5A9 | 300,000,000.00 | JPY | 104.65 | $2,866,698.52 | PLUS ACCRUED | 6052692 | | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0366684073 | 238,140,000.00 | MXN | 10.7423 | $22,168,436.93 | PLUS ACCRUED | 6046943 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0236298326 | 48,000,000.00 | SGD | 1.4254 | $33,674,757.96 | PLUS ACCRUED | 6046354 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0268040192 | 15,000,000.00 | SGD | 1.4254 | $10,523,361.86 | PLUS ACCRUED | 6052426 | | 22449 |
| ELLIOTT INTERNATIONAL, L.P. | XS0325609449 | 120,000,000.00 | USD | 1 | $120,000,000.00 | PLUS ACCRUED | 6046337 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | XS0223109926 | 1,890,000.00 | USD | 1 | $1,890,000.00 | PLUS ACCRUED | 6046362 | | 90782 |
| ELLIOTT INTERNATIONAL, L.P. | CH0027120705 | 35,000.00 | USD | 1 | $35,000.00 | PLUS ACCRUED | :SEME/7934992826081610 | | |
| ELLIOTT INTERNATIONAL, L.P. | XS0304156986 | 5,400,000.00 | USD | 1 | $5,400,000.00 | PLUS ACCRUED | 6052753 | | 22449 |
| | | | | TOTAL | $1,442,845,973.76 | | | | 22449 |

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000063079

||||||||||| (barcode)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

M. P. van Dorresteyn
Dorresteinweg 76a
3763 LL Soest

Telephone number:            Email Address: m.v.dorresteyn@live.nl

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ 109.015.20 _____ **(Required)**    Zie bijlage / see attach

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _____    **(Required)**    Zie bijlage / attach

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** CA17376 + CA17246 +CA17226
**(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** ~~29108~~ 1195J
**(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

NOV 02 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 13-10-2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

MEUR. M. VAN DORRESTEIJN

Soest, 13-10-2009

Bijlage POC

| Naam obligatie | ISIN | aantal | $ |
|---|---|---|---|
| Lehman Ger Bonus O. | XS0263715467 ① | 12000 | 18169.20 |
| Lehman Dutch Pr Nt O | XS0296281735 ② | 7000 | 10598.70 |
| Lehman Opn 0.000'6 2007- | XS0305940060 ③ | 53000 | 00247.30 |

$ 109015.20

① CA 17376
② CA 17246
③ CA 17226



*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000063604

**THIS SPACE IS FOR COURT USE ONLY**

---

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | |
|---|---|
| Bayerische Hypo- und Vereinsbank AG<br>Arabellastrasse 12, D-81925 Munich<br>Germany<br>Attentin: Dr. Johannes Wodsak | With copy to: Clifford Chance US LLP<br>31 West 52nd Street<br>New York, New York 10019<br>Attention: Jennifer C. DeMarco<br>David A. Sullivan |

Telephone number: 49 89 378-25033   Email Address: Johannes.wodsak@unicreditgroup.de

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** ___see attached_____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ___see attached_____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____see attached_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____see attached_____ **(Required)**

---

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

---

| Date.<br>27|10|09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Jörn EBERMANN          Dr. Kai NIEMANN

## ATTACHMENT TO PROOF OF CLAIM OF
## BAYERISCHE HYPO- UND VEREINSBANK AG

Bayerische Hypo- und Vereinsbank AG ("HVB" or "Claimant") by an authorized

representative submits this attachment to the proof of claim (the "Claim") against Lehman

Brothers Holdings Inc. ("LBHI").

### HVB's Claim

1.    HVB submits this Claim with respect to certain securities issued or guaranteed by

LBHI and as set forth on the Lehman Programs Securities list posted by LBHI on July 17, 2009

in accordance with the Bar Order. Such Lehman Programs Securities include:

| ISIN | BLOCKING NUMBER | PARTICIPANT ACCOUNT NUMBER | NOTIONAL AMOUNT OF ISSUE HELD (EUR)/(USD)[1] | INTEREST AMOUNT (USD) | CLAIM AMOUNT (USD) |
|---|---|---|---|---|---|
| XS0183944643 | CA90439 | 39616 | 10,604,000/ 15,005,720 | 473,234 | 15,478,954 |
| XS0282937985 | CA90447 | 39616 | 5,000,000/ 7,075,500 | 42,451 | 7,117,951 |
| XS0257022714 | CA90445 | 39616 | 9,000,000/ 12,735,900 | 5,582 | 12,741,482 |
| XS0326006540 | CA94499 | 39616 | 9,500,000/ 13,443,450 | 659,409 | 14,102,859 |
| XS0300055547 | CA94119 | 39616 | 20,000,000/ 28,302,000 | 144,953 | 28,446,953 |
| XS0128857413 | CA94740 | 39616 | 32,000/ 45,283 | 1,012 | 46,296 |
| XS0252834576 | CA90440 | 39616 | 50,000/ 70,755 | 1,039 | 71,794 |
| XS0307745744 | CA94150 | 39616 | 8,450,000/ 11,957,595 | 142,754 | 12,100,349 |
| XS0268648952 | CA90446 | 39616 | 100,000/ 141,510 | 5,833 | 147,343 |
| XS0282978666 | CA94079 | 39616 | 2,802,000/ 3,965,110 | 145,767 | 4,110,877 |

---

[1] All amounts stated in USD are converted as of September 15, 2008 using a rate of 1 EUR = 1.4151 USD.

| DE000A0TX6H7 | 2013 20091015 1864156 | 39616 | 602,000/ 851,890 | 1,479 | 853,369 |
|---|---|---|---|---|---|
| XS0166737659 | CA94112 | 39616 | 397,500/ 562,502 | 5,195 | 567,698 |
| XS0162196140 | CA94716 | 39616 | 2,627,500/ 3,718,175 | 0 | 3,718,175 |
| XS0161241418 | CA94172 | 39616 | 2,372,500/ 3,357,325 | 0 | 3,357,325 |
| XS0128700274 | CA94157 | 39616 | 1,355,000/ 1,917,461 | 0 | 1,917,461 |
| XS0168797032 | CA94761 | 39616 | 905,000/ 1,280,666 | 0 | 1,280,666 |
| XS0131585845 | CA94635 | 39616 | 707,500/ 1,001,183 | 0 | 1,001,183 |
| XS0129914874 | CA94603 | 39616 | 652,500/ 923,353 | 0 | 923,353 |
| XS0125559467 | CA94712 | 39616 | 502,500/ 711,088 | 0 | 711,088 |
| XS0126892255 | CA94746 | 39616 | 470,000/ 665,097 | 0 | 665,097 |
| XS0160491584 | CA94656 | 39616 | 435,000/ 615,569 | 0 | 615,569 |
| XS0163560690 | CA94670 | 39616 | 397,500/ 562,502 | 0 | 562,502 |
| XS0163036071 | CA94663 | 39616 | 357,500/ 505,898 | 0 | 505,898 |
| XS0317188059 | CA94509 | 39616 | 137,500/ 194,576 | 6,818 | 201,394 |
| XS0317188646 | CA94566 | 39616 | 42,500/ 60,142 | 0 | 60,142 |
| XS0245046544 | CA45444 | 39616 | 1,000,000/ 1,415,100 | 0 | 1,415,100 |
| **TOTAL:** | ------ | ----- | ----- | ----- | 112,720,876 |

2.    As a result thereof, HVB has a claim against LBHI in the amount of $112,720,876 or such other amounts as may be determined in accordance with the terms of the applicable documentation and subject to applicable law.

### Reservation of Rights

3.    Claimant expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of

(a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims. Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

4. This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against LBHI and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

5. The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

6. Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

7. In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past,

present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests

of Claimant.

<u>Notices</u>

8.    All notices, communications and distributions with respect to this Claim should

be sent to:

Bayerische Hypo- und Vereinsbank AG
Arabellastrasse 12, D-81925 Munich
Germany
Telephone:    49 89 378-25033
Attention:    Dr. Johannes Wodsak

With a copy to:

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Telephone:    (212) 878-8000
Attention:    Jennifer C. DeMarco, Esq.
              Jennifer B. Premisler, Esq.

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

NK
_____
RECEIVED BY:

_____
DATE

12:40
_____
TIME

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |

| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://vvvw.lehman-docket.com as of July 17, 2009 | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000067116 |

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Serengeti Overseas MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
Attention: Yi Shu
New York, New York 10012

Telephone number:                Email Address: yshu@serengeti-am.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 55829
(If known)

Filed on: 10/29/09

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 36,317,996.16                    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): please see attached            (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

please see attached                            (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

94285                                    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |

| Date.<br><br>10/1/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.

By: Wai-Yen Lau, Director

FILED / RECEIVED

OCT  4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC, *et, al.,* | No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## ADDENDUM TO AMENDED PROOF OF CLAIM OF
## SERENGETI OVERSEAS MM L.P.

### Amends those portions of Claim No. 55829 owned by Serengeti Overseas MM L.P.

1.      <u>Claimant</u>:  Serengeti Overseas MM L.P. ("<u>Claimant</u>").

2.      <u>Debtor</u>:  On September 15, 2008 (the "<u>Petition Date</u>"), Lehman Brothers Holdings Inc. ("<u>Debtor</u>") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "<u>Court</u>").

3.      <u>Amendment</u>:   Proof of Claim No. 55829 ("<u>Original Proof of Claim</u>") was filed on October 29, 2009.  This amended proof of claim ("<u>Amended Proof of Claim</u>") relates solely to those portions of the Original Proof of Claim acquired by Claimant and is being filed for the limited purpose of ensuring that the claim amount is denominated in U.S. dollars.  Claimant incorporates herein by reference all information included in and any supporting documentation filed with the Original Proof of Claim.

4.      <u>Basis for Claim</u>.  Claimant is the beneficial owner of the Lehman programs securities set forth on <u>Schedule A</u> attached hereto (the "<u>Claimant Lehman Programs Securities</u>").  Each of the Claimant Lehman Programs Securities set forth on <u>Schedule A</u> were guaranteed by Debtor.

614464.5/2731-00025

5.    Amount of Claim. As of the Petition Date, the claim against Debtor under its guarantee of the Claimant Lehman Programs Securities was **$36,317,996.16** (the "Claim"). Schedule A provides the amounts of the Claim attributable each Claimant Lehman Programs Security. Claimant reserves the right to claim all amounts due in respect of any legal fees or expenses, charges or post-petition interest to the extent allowed by law.

6.    Acquisition of portion of the Claim from Credit Suisse Securities (USA) LLC. Claimant previously acquired a portion (the "CS USA Portion") of the Claim and the corresponding Claimant Lehman Programs Securities from Serengeti Overseas Ltd. pursuant to a transfer agreement, and on October 1, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. Serengeti Overseas Ltd. previously acquired the CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities from Credit Suisse Securities (USA) LLC ("CS USA") pursuant to a transfer agreement, and on February 10, 2010, Serengeti Overseas Ltd. filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities acquired from CS USA are identified in Schedule A with "CS USA" listed as the "Seller".

7.    Acquisition of remainder of the Claim from Deutsche Bank. Claimant acquired the remaining portion of the Claim and the corresponding Claimant Lehman Programs Security from Deutsche Bank AG, London Branch ("Deutsche Bank") pursuant to a transfer agreement, and on June 11, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The portion of the Claim and the corresponding Claimant Lehman Programs Security acquired from Deutsche Bank is identified in Schedule A with "Deutsche Bank" listed as the "Seller".

8.    International Securities Identification Number (ISIN). The International Securities Identification Number (ISIN) for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

9.    Clearstream/Euroclear Information. The Clearstream Bank Blocking Number or Euroclear Bank Electronic Reference Number (each, a "Blocking Number") for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

10.    <u>Clearstream/Euroclear Account Number</u>. The Clearstream Bank or Euroclear Bank depository participant account number (each, an "<u>Account Number</u>") for each Claimant Lehman Programs Securities relating to this claim is set forth on <u>Schedule A</u>.

11.    <u>Notices</u>. All notices to Claimant concerning this Amended Proof of Claim should be sent to:

> Serengeti Overseas MM L.P.
> c/o Serengeti Asset Management LP
> 632 Broadway, 12th Floor
> Attention: Yi Shu
> New York, New York 10012
> Email Address: yshu@serengeti-am.com

with a copy to:

> Richards Kibbe & Orbe LLP
> One World Financial Center
> New York, New York 10281
> Attention: Managing Clerk

The request for notices to be sent to Richards Kibbe & Orbe LLP shall not be deemed authorization of Richards Kibbe & Orbe LLP to accept service of process on behalf of Claimant.

12.    <u>Amendments/Reservation of Rights</u>. Claimant shall have the right to amend or supplement this Amended Proof of Claim and to file additional proofs of claim for additional claims which may be based on the same or additional documents. The execution and filing of this Amended Proof of Claim is not: (i) a waiver or release of Claimant's rights against any person, entity or property; (ii) a consent by Claimant to the jurisdiction of this Court with respect to the subject matter of the Claim or any objection or other proceeding commenced in the above-captioned cases (or any jointly administered case) against or otherwise involving Claimant; (iii) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of this Court with respect to the subject matter of this Amended Proof of Claim, any objections or other proceedings commenced with respect thereto or any other proceeding commenced in this case (or any jointly administered case) against or otherwise involving Claimant; (iv) an election of remedy; (v) a waiver of any rights or claims Claimant may have against the Debtor or

any person or entity with respect to any pending or future litigation or to any matters related to such litigation; (vi) a waiver of any past, present or future defaults or events of default; (vii) a waiver of Claimant's right to seek payment as an administrative expense relating to any Claimant Lehman Programs Security which is the subject of this proof of claim; or (viii) a waiver of Claimant's right to seek post-petition interest relating to any Claimant Lehman Programs Security which is the subject of this proof of claim.

## Schedule A

| Seller | Issuer | Guarantor | ISIN | Blocking Number | Account Number | Principal Amount (local currency) | Principal Amount (in US$) |
|---|---|---|---|---|---|---|---|
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0246082043 | 9494574 | 94285 | EUR 455,220.00 | 648,369.85 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0325550472 | 9494636 | 94285 | CHF 2,763,691.20 | 2,476,820.05 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0328873681 | 9494640 | 94285 | CHF 2,265,309.60 | 2,030,170.46 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0336151088 | 9494545 | 94285 | EUR 747,235.20 | 1,064,287.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0262353831 | 9494605 | 94285 | EUR 569,868.00 | 811,662.99 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0204933997 | 9494558 | 94285 | USD 534,124.80 | 534,124.80 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0234123650 | 9494595 | 94285 | CHF 2,156,056.80 | 1,932,258.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0248620899 | 9494623 | 94285 | CHF 8,612,088.00 | 7,718,153.27 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0251180906 | 9494624 | 94285 | CHF 6,709,605.60 | 6,013,148.54 |
| Deutsche Bank | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0200265709 | 9494617 | 94285 | CHF 14,605,000.00 | 13,089,001.00 |
| **Total** | | | | | | | **36,317,996.16** |

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

OCT  4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

**RECEIVED BY:**          **DATE**          3 15 pm

**TIME**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS**<br>**PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000067116 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://vvvw.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Serengeti Overseas MM L.P.<br>c/o Serengeti Asset Management LP<br>632 Broadway, 12th Floor<br>Attention: Yi Shu<br>New York, New York 10012 | ☑ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number: 55829<br>*(If known)*<br><br>Filed on: 10/29/09 |
| Telephone number:          Email Address: yshu@serengeti-am.com | |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 36,317,996.16 _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): please see attached _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

please see attached _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

94285 _____ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
| Date.<br><br>10/1/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both.

By: Wai-Yen Lau, Director

FILED / RECEIVED

OCT   4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC, *et, al.,*<br><br>Debtors. | Chapter 11 Case<br><br>No. 08-13555 (JMP)<br><br>(Jointly Administered) |

## ADDENDUM TO AMENDED PROOF OF CLAIM OF
## SERENGETI OVERSEAS MM L.P.

### Amends those portions of Claim No. 55829 owned by Serengeti Overseas MM L.P.

1.      Claimant:  Serengeti Overseas MM L.P. ("Claimant").

2.      Debtor:  On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

3.      Amendment:  Proof of Claim No. 55829 ("Original Proof of Claim") was filed on October 29, 2009.  This amended proof of claim ("Amended Proof of Claim") relates solely to those portions of the Original Proof of Claim acquired by Claimant and is being filed for the limited purpose of ensuring that the claim amount is denominated in U.S. dollars.  Claimant incorporates herein by reference all information included in and any supporting documentation filed with the Original Proof of Claim.

4.      Basis for Claim.  Claimant is the beneficial owner of the Lehman programs securities set forth on Schedule A attached hereto (the "Claimant Lehman Programs Securities").  Each of the Claimant Lehman Programs Securities set forth on Schedule A were guaranteed by Debtor.

614464.5/2731-00025

5.    Amount of Claim. As of the Petition Date, the claim against Debtor under its guarantee of the Claimant Lehman Programs Securities was **$36,317,996.16** (the "Claim"). Schedule A provides the amounts of the Claim attributable each Claimant Lehman Programs Security. Claimant reserves the right to claim all amounts due in respect of any legal fees or expenses, charges or post-petition interest to the extent allowed by law.

6.    Acquisition of portion of the Claim from Credit Suisse Securities (USA) LLC. Claimant previously acquired a portion (the "CS USA Portion") of the Claim and the corresponding Claimant Lehman Programs Securities from Serengeti Overseas Ltd. pursuant to a transfer agreement, and on October 1, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. Serengeti Overseas Ltd. previously acquired the CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities from Credit Suisse Securities (USA) LLC ("CS USA") pursuant to a transfer agreement, and on February 10, 2010, Serengeti Overseas Ltd. filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities acquired from CS USA are identified in Schedule A with "CS USA" listed as the "Seller".

7.    Acquisition of remainder of the Claim from Deutsche Bank. Claimant acquired the remaining portion of the Claim and the corresponding Claimant Lehman Programs Security from Deutsche Bank AG, London Branch ("Deutsche Bank") pursuant to a transfer agreement, and on June 11, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The portion of the Claim and the corresponding Claimant Lehman Programs Security acquired from Deutsche Bank is identified in Schedule A with "Deutsche Bank" listed as the "Seller".

8.    International Securities Identification Number (ISIN). The International Securities Identification Number (ISIN) for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

9.    Clearstream/Euroclear Information. The Clearstream Bank Blocking Number or Euroclear Bank Electronic Reference Number (each, a "Blocking. Number") for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

10.   <u>Clearstream/Euroclear Account Number</u>.  The Clearstream Bank or Euroclear Bank
depository participant account number (each, an "<u>Account Number</u>") for each Claimant Lehman
Programs Securities relating to this claim is set forth on <u>Schedule A</u>.

11.   <u>Notices</u>.  All notices to Claimant concerning this Amended Proof of Claim should be sent
to:

<div style="margin-left:4em">

Serengeti Overseas MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
Attention: Yi Shu
New York, New York 10012
Email Address: yshu@serengeti-am.com

</div>

with a copy to:

<div style="margin-left:4em">

Richards Kibbe & Orbe LLP
One World Financial Center
New York, New York 10281
Attention: Managing Clerk

</div>

The request for notices to be sent to Richards Kibbe & Orbe LLP shall not be deemed
authorization of Richards Kibbe & Orbe LLP to accept service of process on behalf of Claimant.

12.   <u>Amendments/Reservation of Rights</u>.  Claimant shall have the right to amend or
supplement this Amended Proof of Claim and to file additional proofs of claim for additional
claims which may be based on the same or additional documents. The execution and filing of
this Amended Proof of Claim is not: (i) a waiver or release of Claimant's rights against any
person, entity or property; (ii) a consent by Claimant to the jurisdiction of this Court with respect
to the subject matter of the Claim or any objection or other proceeding commenced in the above-
captioned cases (or any jointly administered case) against or otherwise involving Claimant; (iii) a
waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction
of this Court with respect to the subject matter of this Amended Proof of Claim, any objections
or other proceedings commenced with respect thereto or any other proceeding commenced in
this case (or any jointly administered case) against or otherwise involving Claimant; (iv) an
election of remedy; (v) a waiver of any rights or claims Claimant may have against the Debtor or

any person or entity with respect to any pending or future litigation or to any matters related to such litigation; (vi) a waiver of any past, present or future defaults or events of default; (vii) a waiver of Claimant's right to seek payment as an administrative expense relating to any Claimant Lehman Programs Security which is the subject of this proof of claim; or (viii) a waiver of Claimant's right to seek post-petition interest relating to any Claimant Lehman Programs Security which is the subject of this proof of claim.

## Schedule A

| Seller | Issuer | Guarantor | ISIN | Blocking Number | Account Number | Principal Amount (local currency) | Principal Amount (in US$) |
|--------|--------|-----------|------|-----------------|----------------|-----------------------------------|---------------------------|
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0246082043 | 9494574 | 94285 | EUR 455,220.00 | 648,369.85 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0325550472 | 9494636 | 94285 | CHF 2,763,691.20 | 2,476,820.05 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0328873681 | 9494640 | 94285 | CHF 2,265,309.60 | 2,030,170.46 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0336151088 | 9494545 | 94285 | EUR 747,235.20 | 1,064,287.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0262353831 | 9494605 | 94285 | EUR 569,868.00 | 811,662.99 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0204933997 | 9494558 | 94285 | USD 534,124.80 | 534,124.80 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0234123650 | 9494595 | 94285 | CHF 2,156,056.80 | 1,932,258.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0248620899 | 9494623 | 94285 | CHF 8,612,088.00 | 7,718,153.27 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0251180906 | 9494624 | 94285 | CHF 6,709,605.60 | 6,013,148.54 |
| Deutsche Bank | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0200265709 | 9494617 | 94285 | CHF 14,605,000.00 | 13,089,001.00 |
| **Total** | | | | | | | **36,317,996.16** |

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

FILED / RECEIVED

OCT 4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY:

DATE

3 15
pm

TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://vvvw.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000067116

0000067116

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Serengeti Overseas MM L.P.
c/o Serengeti Asset Management LP
632 Broadway, 12th Floor
Attention: Yi Shu
New York, New York 10012

Telephone number:          Email Address: yshu@serengeti-am.com

☑ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 55829
(*If known*)

Filed on: 10/29/09

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 36,317,996.16                    (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): please see attached                    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

please see attached                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

94285                    (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| Date:<br><br>10/1/10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.

By: Wai-Yen Lau, Director

FILED / RECEIVED

OCT 4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 Case |
| LEHMAN BROTHERS HOLDINGS INC, *et, al.,* | No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

## ADDENDUM TO AMENDED PROOF OF CLAIM OF
## SERENGETI OVERSEAS MM L.P.

### Amends those portions of Claim No. 55829 owned by Serengeti Overseas MM L.P.

1.      Claimant:  Serengeti Overseas MM L.P. ("Claimant").

2.      Debtor:  On September 15, 2008 (the "Petition Date"), Lehman Brothers Holdings Inc. ("Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York (the "Court").

3.      Amendment:  Proof of Claim No. 55829 ("Original Proof of Claim") was filed on October 29, 2009.  This amended proof of claim ("Amended Proof of Claim") relates solely to those portions of the Original Proof of Claim acquired by Claimant and is being filed for the limited purpose of ensuring that the claim amount is denominated in U.S. dollars.  Claimant incorporates herein by reference all information included in and any supporting documentation filed with the Original Proof of Claim.

4.      Basis for Claim.  Claimant is the beneficial owner of the Lehman programs securities set forth on Schedule A attached hereto (the "Claimant Lehman Programs Securities").  Each of the Claimant Lehman Programs Securities set forth on Schedule A were guaranteed by Debtor.

614464.5/2731-00025

5.    Amount of Claim. As of the Petition Date, the claim against Debtor under its guarantee of the Claimant Lehman Programs Securities was **$36,317,996.16** (the "Claim"). Schedule A provides the amounts of the Claim attributable each Claimant Lehman Programs Security. Claimant reserves the right to claim all amounts due in respect of any legal fees or expenses, charges or post-petition interest to the extent allowed by law.

6.    Acquisition of portion of the Claim from Credit Suisse Securities (USA) LLC. Claimant previously acquired a portion (the "CS USA Portion") of the Claim and the corresponding Claimant Lehman Programs Securities from Serengeti Overseas Ltd. pursuant to a transfer agreement, and on October 1, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. Serengeti Overseas Ltd. previously acquired the CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities from Credit Suisse Securities (USA) LLC ("CS USA") pursuant to a transfer agreement, and on February 10, 2010, Serengeti Overseas Ltd. filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The CS USA Portion of the Claim and the corresponding Claimant Lehman Programs Securities acquired from CS USA are identified in Schedule A with "CS USA" listed as the "Seller".

7.    Acquisition of remainder of the Claim from Deutsche Bank. Claimant acquired the remaining portion of the Claim and the corresponding Claimant Lehman Programs Security from Deutsche Bank AG, London Branch ("Deutsche Bank") pursuant to a transfer agreement, and on June 11, 2010, Claimant filed an evidence of the transfer pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure. The portion of the Claim and the corresponding Claimant Lehman Programs Security acquired from Deutsche Bank is identified in Schedule A with "Deutsche Bank" listed as the "Seller".

8.    International Securities Identification Number (ISIN). The International Securities Identification Number (ISIN) for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

9.    Clearstream/Euroclear Information. The Clearstream Bank Blocking Number or Euroclear Bank Electronic Reference Number (each, a "Blocking. Number") for each Claimant Lehman Programs Security relating to this Claim is set forth on Schedule A.

10.    <u>Clearstream/Euroclear Account Number</u>. The Clearstream Bank or Euroclear Bank depository participant account number (each, an "<u>Account Number</u>") for each Claimant Lehman Programs Securities relating to this claim is set forth on <u>Schedule A</u>.

11.    <u>Notices</u>. All notices to Claimant concerning this Amended Proof of Claim should be sent to:

> Serengeti Overseas MM L.P.
> c/o Serengeti Asset Management LP
> 632 Broadway, 12th Floor
> Attention: Yi Shu
> New York, New York 10012
> Email Address: yshu@serengeti-am.com

with a copy to:

> Richards Kibbe & Orbe LLP
> One World Financial Center
> New York, New York 10281
> Attention: Managing Clerk

The request for notices to be sent to Richards Kibbe & Orbe LLP shall not be deemed authorization of Richards Kibbe & Orbe LLP to accept service of process on behalf of Claimant.

12.    <u>Amendments/Reservation of Rights</u>. Claimant shall have the right to amend or supplement this Amended Proof of Claim and to file additional proofs of claim for additional claims which may be based on the same or additional documents. The execution and filing of this Amended Proof of Claim is not: (i) a waiver or release of Claimant's rights against any person, entity or property; (ii) a consent by Claimant to the jurisdiction of this Court with respect to the subject matter of the Claim or any objection or other proceeding commenced in the above-captioned cases (or any jointly administered case) against or otherwise involving Claimant; (iii) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of this Court with respect to the subject matter of this Amended Proof of Claim, any objections or other proceedings commenced with respect thereto or any other proceeding commenced in this case (or any jointly administered case) against or otherwise involving Claimant; (iv) an election of remedy; (v) a waiver of any rights or claims Claimant may have against the Debtor or

any person or entity with respect to any pending or future litigation or to any matters related to such litigation; (vi) a waiver of any past, present or future defaults or events of default; (vii) a waiver of Claimant's right to seek payment as an administrative expense relating to any Claimant Lehman Programs Security which is the subject of this proof of claim; or (viii) a waiver of Claimant's right to seek post-petition interest relating to any Claimant Lehman Programs Security which is the subject of this proof of claim.

## Schedule A

| Seller | Issuer | Guarantor | ISIN | Blocking Number | Account Number | Principal Amount (local currency) | Principal Amount (in US$) |
|---|---|---|---|---|---|---|---|
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0246082043 | 9494574 | 94285 | EUR 455,220.00 | 648,369.85 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0325550472 | 9494636 | 94285 | CHF 2,763,691.20 | 2,476,820.05 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0328873681 | 9494640 | 94285 | CHF 2,265,309.60 | 2,030,170.46 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0336151088 | 9494545 | 94285 | EUR 747,235.20 | 1,064,287.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0262353831 | 9494605 | 94285 | EUR 569,868.00 | 811,662.99 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0204933997 | 9494558 | 94285 | USD 534,124.80 | 534,124.80 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0234123650 | 9494595 | 94285 | CHF 2,156,056.80 | 1,932,258.10 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0248620899 | 9494623 | 94285 | CHF 8,612,088.00 | 7,718,153.27 |
| CS USA | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0251180906 | 9494624 | 94285 | CHF 6,709,605.60 | 6,013,148.54 |
| Deutsche Bank | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | XS0200265709 | 9494617 | 94285 | CHF 14,605,000.00 | 13,089,001.00 |
| **Total** | | | | | | | **36,317,996.16** |

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

OCT  4 2010

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY:                    DATE                    TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000045214

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Theodoor Gilissen Global Custody N.V.**
**Keizersgracht 617**

**1017 DS AMSTERDAM, The Netherlands**

Telephone number: +31 20 5276000        Email Address: tgservices@gilissen.nl

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number: _____    Email Address: _____

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: See attached** _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached** _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached** _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached** _____ **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 2 3 2009

EPIQ BANKRUPTCY SOLUTIONS LLC

| Date. October 21st , 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| | Mister drs. J. G.C.D. Versteeg          Mister R. van Barneveld |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                              Debtors.
------------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## THEODOOR GILISSEN GLOBAL CUSTODY N.V.

1.    Claimant.    Theodoor Gilissen Global Custody N.V., custodian and holder of

account 51/267148/29 with KBL European Private Bankers S.A., Luxemburg, holder of account

13048 with Clearstream Luxemburg (the **"Claimant"**), hereby files the accompanying proof of

claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor

and debtor in possession in the above-referenced chapter 11 cases.    The Claimant holds claims

against the Debtor arising from certain transactions that occurred prior to September 15, 2008

(the **"Petition Date"**), as described more fully below.

2.    Transactions Between the Parties.    The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the **"Obligor"**)

and guaranteed by the Debtor (each a **"Program Security"** and, together, the **"Program

Securities"**) identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."    The

International Securities Identification Number (**"ISIN"**) identifying each Program Security, along

with the Clearstream blocking reference number and the Clearstream account number relating to

the Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the

securities described in Exhibit 1 is provided in Exhibit 4 attached hereto. The Program Securities

have the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and

further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of the

Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the

Debtor's Board of Directors attached hereto as Exhibit 3, including but not limited to those

certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other

guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    Claim.  The Claimant is the holder of certain securities described more fully in

Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation

relating thereto, hereby asserts a claim against the Debtor in the amount of $ 114,469,619.48

plus, to the extent provided pursuant to the underlying documents associated with each Program

Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**").

An itemization of certain amounts comprising the Claim is set forth on Exhibit 2   attached

hereto.

4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured

claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the

Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any

known claims, counterclaims, setoffs or defenses by the Debtor.   The Claimant also reserves any

and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against

the Debtor or its related entities.

6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and

shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the

jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    <u>Amendments</u>.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

**EXHIBIT 1**

| ISIN | Clearstream blocking reference number | Clearstream account number Account in the name of KBL European Private Bankers S.A., Luxemburg. Securities held on behalf of custodian Theodoor Gilissen Global Custody N.V., Amsterdam, Holland | Nominal Amount (EUR) | Nominal Amount (USD)* |
|---|---|---|---|---|
| XS0346707903 | CA69354 | 13048 | 641,000.00 | 910,284.10 |
| XS0295760093 | CA69339 | 13048 | 1,587,000.00 | 2,253,698.70 |
| XS0355133454 | CA69358 | 13048 | 3,162,000.00 | 4,490,356.20 |
| XS0379217184 | CA69336 | 13048 | 20,000.00 | 28,402.00 |
| XS0273084656 | CA69337 | 13048 | 554,000.00 | 786,735.40 |
| XS0332049815 | CA69340 | 13048 | 1,715,000.00 | 2,435,471.50 |
| XS0285922133 | CA69353 | 13048 | 3,836,000.00 | 5,447,503.60 |
| XS0375356648 | CA69345 | 13048 | 255,000.00 | 362,125.50 |
| XS0305948860 | CA69344 | 13048 | 4,825,000.00 | 6,851,982.50 |
| XS0314067140 | CA76209 | 13048 | 1,499,000.00 | 2,128,729.90 |
| XS0317240157 | CA69352 | 13048 | 2,325,000.00 | 3,301,732.50 |
| XS0339810078 | CA69343 | 13048 | 1,177,000.00 | 1,671,457.70 |
| XS0287672694 | CA69355 | 13048 | 5,467,000.00 | 7,763,686.70 |
| XS0296281735 | CA69359 | 13048 | 8,970,000.00 | 12,738,297.00 |
| XS0332050078 | CA69338 | 13048 | 1,357,000.00 | 1,927,075.70 |
| XS0377288450 | CA69360 | 13048 | 14,000.00 | 19,881.40 |
| XS0368669007 | CA69357 | 13048 | 3,543,000.00 | 5,031,414.30 |
| XS0263715467 | CA69346 | 13048 | 10,430,000.00 | 14,811,643.00 |
| XS0276441044 | CA69347 | 13048 | 11,284,000.00 | 16,024,408.40 |
| XS0327236757 | CA69350 | 13048 | 5,483,000.00 | 7,786,408.30 |
| XS0296067142 | CA69356 | 13048 | 996,000.00 | 1,414,419.60 |
| XS0365839835 | CA69349 | 13048 | 1,030,000.00 | 1,462,703.00 |
| XS0332049229 | CA69342 | 13048 | 1,597,000.00 | 2,267,899.70 |
| XS0373219582 | CA69348 | 13048 | 755,000.00 | 1,072,175.50 |
| XS0349530823 | CA69341 | 13048 | 200,000.00 | 284,020.00 |
| XS0346080590 | CA69351 | 13048 | 6,196,000.00 | 8,798,939.60 |

TOTALS                                                                    78,918,000.00    112,071,451.80

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EURO = 1.4201 USD.*

**EXHIBIT 2**

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|---|---|---|---|---|---|---|
| XS0346707903 | 641,000.00 | - | 641,000.00 | 910,284.10 | - | 910,284.10 |
| XS0295760093 | 1,587,000.00 | - | 1,587,000.00 | 2,253,698.70 | - | 2,253,698.70 |
| XS0355133454 | 3,162,000.00 | - | 3,162,000.00 | 4,490,356.20 | - | 4,490,356.20 |
| XS0379217184 | 20,000.00 | - | 20,000.00 | 28,402.00 | - | 28,402.00 |
| XS0273084656 | 554,000.00 | - | 554,000.00 | 786,735.40 | - | 786,735.40 |
| XS0332049815 | 1,715,000.00 | - | 1,715,000.00 | 2,435,471.50 | - | 2,435,471.50 |
| XS0285922133 | 3,836,000.00 | - | 3,836,000.00 | 5,447,503.60 | - | 5,447,503.60 |
| XS0375356648 | 255,000.00 | - | 255,000.00 | 362,125.50 | - | 362,125.50 |
| XS0305948860 | 4,825,000.00 | - | 4,825,000.00 | 6,851,982.50 | - | 6,851,982.50 |
| XS0314067140 | 1,499,000.00 | - | 1,499,000.00 | 2,128,729.90 | - | 2,128,729.90 |
| XS0317240157 | 2,325,000.00 | - | 2,325,000.00 | 3,301,732.50 | - | 3,301,732.50 |
| XS0339810078 | 1,177,000.00 | - | 1,177,000.00 | 1,671,457.70 | - | 1,671,457.70 |
| XS0287672694 | 5,467,000.00 | - | 5,467,000.00 | 7,763,686.70 | - | 7,763,686.70 |
| XS0296281735 | 8,970,000.00 | - | 8,970,000.00 | 12,738,297.00 | - | 12,738,297.00 |
| XS0332050078 | 1,357,000.00 | - | 1,357,000.00 | 1,927,075.70 | - | 1,927,075.70 |
| XS0377288450 | 14,000.00 | - | 14,000.00 | 19,881.40 | - | 19,881.40 |
| XS0368669007 | 3,543,000.00 | 202,457.14 | 3,745,457.14 | 5,031,414.30 | 287,509.39 | 5,318,923.69 |
| XS0263715467 | 10,430,000.00 | 763,533.15 | 11,193,533.15 | 14,811,643.00 | 1,084,293.43 | 15,895,936.43 |
| XS0276441044 | 11,284,000.00 | 519,373.15 | 11,803,373.15 | 16,024,408.40 | 737,561.81 | 16,761,970.21 |
| XS0327236757 | 5,483,000.00 | - | 5,483,000.00 | 7,786,408.30 | - | 7,786,408.30 |
| XS0296067142 | 996,000.00 | - | 996,000.00 | 1,414,419.60 | - | 1,414,419.60 |
| XS0365839835 | 1,030,000.00 | - | 1,030,000.00 | 1,462,703.00 | - | 1,462,703.00 |
| XS0332049229 | 1,597,000.00 | 33,843.27 | 1,630,843.27 | 2,267,899.70 | 48,060.83 | 2,315,960.53 |
| XS0373219582 | 755,000.00 | 15,999.79 | 770,999.79 | 1,072,175.50 | 22,721.31 | 1,094,896.81 |
| XS0349530823 | 200,000.00 | 3,463.01 | 203,463.01 | 284,020.00 | 4,917.83 | 288,937.83 |
| XS0346080590 | 6,196,000.00 | 150,062.03 | 6,346,062.03 | 8,798,939.60 | 213,103.09 | 9,012,042.69 |
| **TOTALS** | **78,918,000.00** | **1,688,731.55** | **80,606,731.55** | **112,071,451.80** | **2,398,167.68** | **114,469,619.48** |

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EURO = 1.4201 USD.*

## EXHIBIT 3

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS**, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS**, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS**, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS**, Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS**, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS**, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294                    P.02
                                                                           NO.298   004
26.06.2005   29:11   LEHMN + 912023380294                                  NO.524   002
26/06/2005   16:41   LEHMN + 912023380294

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____
Richard S. Fuld, Jr.

_____
John D. Macomber

06-09-05   09:46              RECEIVED FROM:212 526 9339              P.04

06/08/2005    16:41    LEHMAN → 916467582653                    NO.504    003

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

# EXHIBIT 4



**TO WHOM IT MAY CONCERN:**

Keizersgracht 617
1017 DS Amsterdam

Postbus 3325
1001 AC Amsterdam

t +31 (0)20 527 60 00
f +31 (0)20 527 60 60

info@gilissen.nl
www.gilissen.nl

### DECLARATION

Theodoor Gilissen Global Custody N.V. ('TGGC') is custodian and accountholder (accountnumber 51/267148/29) with KBL European Private Bankers S.A., Luxemburg ('KBL'). KBL is holder of account 13048 with Clearstream Luxemburg. At present, all securities under the Lehman Brothers Securities Program held by TGGC, for which a blocking number is applied for, are registered on their account (51/267148/29) with KBL. These securities are being held in the name of KBL with Clearstream on account 13048.

AMSTERDAM/LUXEMBOURG, 15th of October 2009,

Theodoor Gilissen Global Custody N.V.,

drs. Ir. G.C.D. Versteeg
director Theodoor Gilissen Global Custody N.V.

drs. C.A. Heijne RA CPC
director Theodoor Gilissen Global Custody N.V.

KBL European Private Bankers S.A.,

Jérôme Gendarme
Head of Custody

Philippe VAN DOOREN
HEAD OF OPERATIONS

**KBL** EUROPEAN
PRIVATE BANKERS

THEODOOR GILISSEN BANKIERS N.V.
Statutair gevestigd te Amsterdam
Amsterdam Handelsregister nr. 33024357
KBL van KBL European Private Bankers



| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000045214 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Theodoor Gilissen Global Custody N.V.**<br>**Keizersgracht 617**<br><br>**1017 DS  AMSTERDAM, The Netherlands**<br><br>**Telephone number: +31 20 5276000       Email Address: tgservices@gilissen.nl** | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>  (*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:                Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: See attached** _____      **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached** _____      **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached** _____      **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached** _____      **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.**<br>October<br>21st , 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mister J.G.C.D. Versteeg          Mister R. van Barneveld | **FILED / RECEIVED**<br><br>OCT 2 3 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

In re:                                                      Chapter 11

Lehman Brothers Holdings Inc., *et al.*                     Case No. 08-13555 (JMP)

                                                            (Jointly Administered)

                              Debtors.
----------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## THEODOOR GILISSEN GLOBAL CUSTODY N.V.

1.      Claimant.  Theodoor Gilissen Global Custody N.V., custodian and holder of

account 51/267148/29 with KBL European Private Bankers S.A., Luxemburg, holder of account

13048 with Clearstream Luxemburg (the **"Claimant"**), hereby files the accompanying proof of

claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor

and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds claims

against the Debtor arising from certain transactions that occurred prior to September 15, 2008

(the **"Petition Date"**), as described more fully below.

2.      Transactions Between the Parties.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the **"Obligor"**)

and guaranteed by the Debtor (each a **"Program Security"** and, together, the **"Program

Securities"**) identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The

International Securities Identification Number (**"ISIN"**) identifying each Program Security, along

with the Clearstream blocking reference number and the Clearstream account number relating to

the Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the

securities described in Exhibit 1 is provided in Exhibit 4 attached hereto. The Program Securities

have the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and

further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of the

Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the

Debtor's Board of Directors attached hereto as Exhibit 3, including but not limited to those

certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other

guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    Claim. The Claimant is the holder of certain securities described more fully in

Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation

relating thereto, hereby asserts a claim against the Debtor in the amount of $ 114,469,619.48

plus, to the extent provided pursuant to the underlying documents associated with each Program

Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**").

An itemization of certain amounts comprising the Claim is set forth on Exhibit 2   attached

hereto.

4.    Security Interests and Priority Status. The Claim is filed as a general unsecured

claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the

Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    Claims, Counterclaims, Setoffs and Defenses. The Claim is not subject to any

known claims, counterclaims, setoffs or defenses by the Debtor.   The Claimant also reserves any

and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against

the Debtor or its related entities.

6.    Reservation of Rights. The execution and filing of this Proof of Claim is not and

shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the

jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

## EXHIBIT 1

| ISIN | Clearstream blocking reference number | Clearstream account number Account in the name of KBL European Private Bankers S.A., Luxemburg. Securities held on behalf of custodian Theodoor Gilissen Global Custody N.V., Amsterdam, Holland | Nominal Amount (EUR) | Nominal Amount (USD)* |
|---|---|---|---|---|
| XS0346707903 | CA69354 | 13048 | 641,000.00 | 910,284.10 |
| XS0295760093 | CA69339 | 13048 | 1,587,000.00 | 2,253,698.70 |
| XS0355133454 | CA69358 | 13048 | 3,162,000.00 | 4,490,356.20 |
| XS0379217184 | CA69336 | 13048 | 20,000.00 | 28,402.00 |
| XS0273084656 | CA69337 | 13048 | 554,000.00 | 786,735.40 |
| XS0332049815 | CA69340 | 13048 | 1,715,000.00 | 2,435,471.50 |
| XS0285922133 | CA69353 | 13048 | 3,836,000.00 | 5,447,503.60 |
| XS0375356648 | CA69345 | 13048 | 255,000.00 | 362,125.50 |
| XS0305948860 | CA69344 | 13048 | 4,825,000.00 | 6,851,982.50 |
| XS0314067140 | CA76209 | 13048 | 1,499,000.00 | 2,128,729.90 |
| XS0317240157 | CA69352 | 13048 | 2,325,000.00 | 3,301,732.50 |
| XS0339810078 | CA69343 | 13048 | 1,177,000.00 | 1,671,457.70 |
| XS0287672694 | CA69355 | 13048 | 5,467,000.00 | 7,763,686.70 |
| XS0296281735 | CA69359 | 13048 | 8,970,000.00 | 12,738,297.00 |
| XS0332050078 | CA69338 | 13048 | 1,357,000.00 | 1,927,075.70 |
| XS0377288450 | CA69360 | 13048 | 14,000.00 | 19,881.40 |
| XS0368669007 | CA69357 | 13048 | 3,543,000.00 | 5,031,414.30 |
| XS0263715467 | CA69346 | 13048 | 10,430,000.00 | 14,811,643.00 |
| XS0276441044 | CA69347 | 13048 | 11,284,000.00 | 16,024,408.40 |
| XS0327236757 | CA69350 | 13048 | 5,483,000.00 | 7,786,408.30 |
| XS0296067142 | CA69356 | 13048 | 996,000.00 | 1,414,419.60 |
| XS0365839835 | CA69349 | 13048 | 1,030,000.00 | 1,462,703.00 |
| XS0332049229 | CA69342 | 13048 | 1,597,000.00 | 2,267,899.70 |
| XS0373219582 | CA69348 | 13048 | 755,000.00 | 1,072,175.50 |
| XS0349530823 | CA69341 | 13048 | 200,000.00 | 284,020.00 |
| XS0346080590 | CA69351 | 13048 | 6,196,000.00 | 8,798,939.60 |

**TOTALS**                                                                                  **78,918,000.00**   **112,071,451.80**

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EURO = 1.4201 USD.*

# EXHIBIT 2

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|---|---|---|---|---|---|---|
| XS0346707903 | 641,000.00 | - | 641,000.00 | 910,284.10 | - | 910,284.10 |
| XS0295760093 | 1,587,000.00 | - | 1,587,000.00 | 2,253,698.70 | - | 2,253,698.70 |
| XS0355133454 | 3,162,000.00 | - | 3,162,000.00 | 4,490,356.20 | - | 4,490,356.20 |
| XS0379217184 | 20,000.00 | - | 20,000.00 | 28,402.00 | - | 28,402.00 |
| XS0273084656 | 554,000.00 | - | 554,000.00 | 786,735.40 | - | 786,735.40 |
| XS0332049815 | 1,715,000.00 | - | 1,715,000.00 | 2,435,471.50 | - | 2,435,471.50 |
| XS0285922133 | 3,836,000.00 | - | 3,836,000.00 | 5,447,503.60 | - | 5,447,503.60 |
| XS0375356648 | 255,000.00 | - | 255,000.00 | 362,125.50 | - | 362,125.50 |
| XS0305948860 | 4,825,000.00 | - | 4,825,000.00 | 6,851,982.50 | - | 6,851,982.50 |
| XS0314067140 | 1,499,000.00 | - | 1,499,000.00 | 2,128,729.90 | - | 2,128,729.90 |
| XS0317240157 | 2,325,000.00 | - | 2,325,000.00 | 3,301,732.50 | - | 3,301,732.50 |
| XS0339810078 | 1,177,000.00 | - | 1,177,000.00 | 1,671,457.70 | - | 1,671,457.70 |
| XS0287672694 | 5,467,000.00 | - | 5,467,000.00 | 7,763,686.70 | - | 7,763,686.70 |
| XS0296281735 | 8,970,000.00 | - | 8,970,000.00 | 12,738,297.00 | - | 12,738,297.00 |
| XS0332050078 | 1,357,000.00 | - | 1,357,000.00 | 1,927,075.70 | - | 1,927,075.70 |
| XS0377288450 | 14,000.00 | - | 14,000.00 | 19,881.40 | - | 19,881.40 |
| XS0368669007 | 3,543,000.00 | 202,457.14 | 3,745,457.14 | 5,031,414.30 | 287,509.39 | 5,318,923.69 |
| XS0263715467 | 10,430,000.00 | 763,533.15 | 11,193,533.15 | 14,811,643.00 | 1,084,293.43 | 15,895,936.43 |
| XS0276441044 | 11,284,000.00 | 519,373.15 | 11,803,373.15 | 16,024,408.40 | 737,561.81 | 16,761,970.21 |
| XS0327236757 | 5,483,000.00 | - | 5,483,000.00 | 7,786,408.30 | - | 7,786,408.30 |
| XS0296067142 | 996,000.00 | - | 996,000.00 | 1,414,419.60 | - | 1,414,419.60 |
| XS0365839835 | 1,030,000.00 | - | 1,030,000.00 | 1,462,703.00 | - | 1,462,703.00 |
| XS0332049229 | 1,597,000.00 | 33,843.27 | 1,630,843.27 | 2,267,899.70 | 48,060.83 | 2,315,960.53 |
| XS0373219582 | 755,000.00 | 15,999.79 | 770,999.79 | 1,072,175.50 | 22,721.31 | 1,094,896.81 |
| XS0349530823 | 200,000.00 | 3,463.01 | 203,463.01 | 284,020.00 | 4,917.83 | 288,937.83 |
| XS0346080590 | 6,196,000.00 | 150,062.03 | 6,346,062.03 | 8,798,939.60 | 213,103.09 | 9,012,042.69 |
| **TOTALS** | **78,918,000.00** | **1,688,731.55** | **80,606,731.55** | **112,071,451.80** | **2,398,167.68** | **114,469,619.48** |

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EURO = 1.4201 USD.*

# EXHIBIT 3

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294              P.02
                                                                        NO.290   004
26.05.2005   29:11   LEHM. + 9120238D294                                NO.524   082
26/06/300E   16:41   LEHMAN + 912657582653

**RESOLVED**, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED**, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED**, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED**, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED**, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

06/08/2005    16:41    LEHMAN → 916467582653                                    NO.504    003

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9, 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

## EXHIBIT 4



**GILISSEN**

PRIVATE BANKERS

Keizersgracht 617
1017 DS Amsterdam

Postbus 3325
1001 AC Amsterdam

t +31 (0)20 527 60 00
f +31 (0)20 527 60 60

info@gilissen.nl
www.gilissen.nl

**TO WHOM IT MAY CONCERN:**

**DECLARATION**

Theodoor Gilissen Global Custody N.V. ('TGGC') is custodian and accountholder (accountnumber
51/267148/29) with KBL European Private Bankers S.A., Luxemburg ('KBL'). KBL is holder of
account 13048 with Clearstream Luxemburg. At present, all securities under the Lehman Brothers
Securities Program held by TGGC, for which a blocking number is applied for, are registered on
their account (51/267148/29) with KBL. These securities are being held in the name of KBL with
Clearstream on account 13048.

AMSTERDAM/LUXEMBOURG, 15th of October 2009,

Theodoor Gilissen Global Custody N.V.,

drs. Ir. G.C.D. Versteeg                    drs. C.A. Heijne RA CPC
director Theodoor Gilissen Global Custody N.V.   director Theodoor Gilissen Global Custody N.V.

KBL European Private Bankers S.A.,

Jérôme Gendarme                              Philippe VAN DOOREN
Head of Custody                              HEAD OF OPERATIONS

**KBL** EUROPEAN
PRIVATE BANKERS

THEODOOR GILISSEN BANKIERS N.V.
Statutair gevestigd te Amsterdam
Amsterdam Handelsregister nr. 33031157
lid van KBL European Private Bankers



<table>
<tr><td>

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

</td><td>

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

</td></tr>
</table>

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050315

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Fir Tree Capital Opportunity Master Fund, L.P.
c/o Fir Tree, Inc.
505 Fifth Avenue, 23rd Floor
New York, NY 10017
Attention: Scott Ganzekaufer
Telephone number: 212-659-4911   Email Address: scott@firtree.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ _____See Attachment_____ (Required)**

[X] Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): ____See Attachment_____ (Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____See Attachment_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____See Attachment_____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FILED / RECEIVED
FOR COURT USE ONLY
OCT 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10-21-09 | Signature: *B— my* <br> Brian A. Meyer, Authorized Person |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF FIR TREE CAPITAL OPPORTUNITY MASTER FUND

Fir Tree Capital Opportunity Master Fund, L.P. ("Fir Tree" or "Claimant") by an authorized representative submits this attachment to the proof of claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI").

### Fir Tree's Claim

1.     Fir Tree submits this Claim with respect to certain securities issued or guaranteed by LBHI and as set forth on the Lehman Programs Securities list posted by LBHI on July 17, 2009 in accordance with the Bar Order. Such Lehman Programs Securities are listed on Exhibit A hereto.

2.     As a result, Fir Tree holds a claim against LBHI in the amount of $55,207,148 or such other amounts as may be determined in accordance with the terms of the applicable documentation and subject to applicable law.

### Reservation of Rights

3.     Claimant expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims.  Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

4.     This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against LBHI and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

5.     The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

6.     Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

7.     In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

<u>Notices</u>

8.     All notices, communications and distributions with respect to this Claim should be sent to:

Fir Tree Capital Opportunity Master Fund, L.P.

c/o Fir Tree, Inc.
505 Fifth Avenue
23rd Floor
New York, NY  10017
Telephone:    (212) 659-4911
Attention:    Scott Ganzekaufer

With a copy to:

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Telephone:    (212) 878-8000
Attention:    Jennifer C. DeMarco, Esq.
              Jennifer B. Premisler, Esq.

**Exhibit A**

| ISIN | account # | account name | Position Blocked (note curncy) | Note Curncy | Exch. Rate vs. USD (9/15/08) | Position Blocked (USD) |
|------|-----------|--------------|-------------------------------|-------------|------------------------------|------------------------|
| XS0283497005 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 3,590,000 | EUR | 1.42430 | 5,113,237 |
| XS0324058865 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 29,000,000 | ILS | 0.28094 | 8,147,231 |
| XS0294922801 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,600,000 | EUR | 1.42430 | 2,278,880 |
| XS0364777689 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,869,300 | EUR | 1.42430 | 2,662,444 |
| XS0317188646 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,234,669 | EUR | 1.42430 | 1,758,539 |
| XS0317188059 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 2,101,287 | EUR | 1.42430 | 2,992,863 |
| XS0228868195 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 800,000 | USD | 1.00000 | 800,000 |
| XS0125559467 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 810,982 | EUR | 1.42430 | 1,155,082 |
| XS0126892255 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,180,687 | EUR | 1.42430 | 1,681,652 |
| XS0128700274 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,997,942 | EUR | 1.42430 | 2,845,669 |
| XS0129914874 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,381,382 | EUR | 1.42430 | 1,967,502 |
| XS0131585845 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,215,017 | EUR | 1.42430 | 1,730,549 |
| XS0160491584 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,987,795 | EUR | 1.42430 | 2,831,216 |
| XS0161241418 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 3,750,488 | EUR | 1.42430 | 5,341,820 |
| XS0162196140 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 6,225,365 | EUR | 1.42430 | 8,866,787 |
| XS0163560690 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,212,195 | EUR | 1.42430 | 1,726,529 |
| XS0168797032 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 552,625 | EUR | 1.42430 | 787,104 |
| XS0180383662 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 1,000,000 | USD | 1.00000 | 1,000,000 |
| XS0313893215 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 879,221 | EUR | 1.42430 | 1,252,274 |
| XS0348936914 | 735990 | Fir Tree Capital Opportunity Master Fund L.P. | 188,000 | EUR | 1.42430 | 267,768 |

| | |
|---|---|
| Total (USD) | 55,207,148 |

| blocking refer. # | blocking depot | Depository Participant Account # | blocking date | contact | telephone |
|---|---|---|---|---|---|
| 6034405 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6034489 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6034257 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6034397 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043369 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6034360 | Euroclear | 92317 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6034255 | Euroclear | 90948 | 7-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6050463 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6050461 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6050460 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043569 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043574 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043581 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6050458 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6050448 | Euroclear | 92317 | 19-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043586 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043588 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043595 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043596 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |
| 6043805 | Euroclear | 92317 | 14-Oct | Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 |

| email | client | address 1 |
|---|---|---|
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |
| JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Capital Opportunity Master Fund L.P. | c/o Clifford Chance LLP |

**address 2**

| |
|---|
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |
| Droogbak 1A, 1013 GE, Amsterdam |

H
A
N
D

D
E
L
I
V
E
R
Y

_____
RECEIVED BY:

_____
DATE    10/29/09

_____
TIME    4/5

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050316

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Fir Tree Value Master Fund, L.P.
c/o Fir Tree, Inc.
505 Fifth Avenue, 23rd Floor
New York, NY 10017
Attention: Scott Ganzekaufer
Telephone number:  212-659-4911   Email Address:  scott@firtree.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** ____See Attachment_____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ____See Attachment_____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

____See Attachment_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

____See Attachment_____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository**: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br>10-21-09 | Signature: *Brian A. Meyer signature*<br><br>Brian A. Meyer, Authorized Person | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br>OCT 2 8 2009<br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF FIR TREE VALUE MASTER FUND

Fir Tree Value Master Fund, L.P. ("Fir Tree" or "Claimant") by an authorized representative submits this attachment to the proof of claim (the "Claim") against Lehman Brothers Holdings Inc. ("LBHI").

### Fir Tree's Claim

1.      Fir Tree submits this Claim with respect to certain securities issued or guaranteed by LBHI and as set forth on the Lehman Programs Securities list posted by LBHI on July 17, 2009 in accordance with the Bar Order. Such Lehman Programs Securities are listed on Exhibit A hereto.

2.      As a result, Fir Tree holds a claim against LBHI in the amount of $290,491,572 or such other amounts as may be determined in accordance with the terms of the applicable documentation and subject to applicable law.

### Reservation of Rights

3.      Claimant expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims.  Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

4.      This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against LBHI and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

5.      The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

6.      Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

7.      In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

<div align="center">Notices</div>

8.      All notices, communications and distributions with respect to this Claim should be sent to:

Fir Tree Value Master Fund, L.P.

c/o Fir Tree, Inc.
505 Fifth Avenue
23rd Floor
New York, NY  10017
Telephone:    (212) 659-4911
Attention:    Scott Ganzekaufer

With a copy to:

Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019
Telephone:    (212) 878-8000
Attention:    Jennifer C. DeMarco, Esq.
              Jennifer B. Premisler, Esq.

**Exhibit A**

| ISIN | account # | account name | Position Blocked (note curncy) | Note Curncy | Exch. Rate vs. USD (9/15/08) | Position Blocked (USD) | blocking refer. # | blocking depot | Depository Participant Account # | blocking date |
|---|---|---|---|---|---|---|---|---|---|---|
| XS0283497005 | 736450 | Fir Tree Value Master Fund L.P. | 18,600,000 | EUR | 1.42430 | 26,491,980 | 6034407 | Euroclear | 92317 | 7-Oct |
| XS0324058865 | 736450 | Fir Tree Value Master Fund L.P. | 151,000,000 | ILS | 0.28094 | 42,421,789 | 6034492 | Euroclear | 92317 | 7-Oct |
| XS0294922801 | 736450 | Fir Tree Value Master Fund L.P. | 8,400,000 | EUR | 1.42430 | 11,964,120 | 6034372 | Euroclear | 92317 | 7-Oct |
| XS0364777689 | 736450 | Fir Tree Value Master Fund L.P. | 9,599,700 | EUR | 1.42430 | 13,672,853 | 6034396 | Euroclear | 92317 | 7-Oct |
| XS0317188646 | 736450 | Fir Tree Value Master Fund L.P. | 6,540,325 | EUR | 1.42430 | 9,315,385 | 6034371 | Euroclear | 92317 | 7-Oct |
| XS0317188059 | 736450 | Fir Tree Value Master Fund L.P. | 11,130,999 | EUR | 1.42430 | 15,853,882 | 6034367 | Euroclear | 92317 | 7-Oct |
| XS0228868195 | 736450 | Fir Tree Value Master Fund L.P. | 4,200,000 | USD | 1.00000 | 4,200,000 | 6034263 | Euroclear | 90948 | 7-Oct |
| XS0125559467 | 736450 | Fir Tree Value Master Fund L.P. | 4,295,955 | EUR | 1.42430 | 6,118,729 | 6050481 | Euroclear | 92317 | 19-Oct |
| XS0126892255 | 736450 | Fir Tree Value Master Fund L.P. | 6,254,372 | EUR | 1.42430 | 8,908,102 | 6050462 | Euroclear | 92317 | 19-Oct |
| XS0128700274 | 736450 | Fir Tree Value Master Fund L.P. | 10,583,557 | EUR | 1.42430 | 15,074,160 | 6050459 | Euroclear | 92317 | 19-Oct |
| XS0129914874 | 736450 | Fir Tree Value Master Fund L.P. | 7,317,500 | EUR | 1.42430 | 10,422,315 | 6043572 | Euroclear | 92317 | 14-Oct |
| XS0131585845 | 736450 | Fir Tree Value Master Fund L.P. | 6,436,223 | EUR | 1.42430 | 9,167,112 | 6043584 | Euroclear | 92317 | 14-Oct |
| XS0160491584 | 736450 | Fir Tree Value Master Fund L.P. | 10,529,803 | EUR | 1.42430 | 14,997,598 | 6043585 | Euroclear | 92317 | 14-Oct |
| XS0161241418 | 736450 | Fir Tree Value Master Fund L.P. | 19,867,196 | EUR | 1.42430 | 28,296,847 | 6050456 | Euroclear | 92317 | 14-Oct |
| XS0162196140 | 736450 | Fir Tree Value Master Fund L.P. | 32,977,187 | EUR | 1.42430 | 46,969,407 | 6050432 | Euroclear | 92317 | 19-Oct |
| XS0163560690 | 736450 | Fir Tree Value Master Fund L.P. | 6,421,275 | EUR | 1.42430 | 9,145,822 | 6043587 | Euroclear | 92317 | 14-Oct |
| XS0168797032 | 736450 | Fir Tree Value Master Fund L.P. | 2,927,381 | EUR | 1.42430 | 4,169,469 | 6043594 | Euroclear | 92317 | 14-Oct |
| XS0180383662 | 736450 | Fir Tree Value Master Fund L.P. | 5,500,000 | USD | 1.00000 | 5,500,000 | 6043575 | Euroclear | 92317 | 14-Oct |
| XS0313893215 | 736450 | Fir Tree Value Master Fund L.P. | 4,577,779 | EUR | 1.42430 | 6,520,131 | 6043599 | Euroclear | 92317 | 14-Oct |
| XS0348936914 | 736450 | Fir Tree Value Master Fund L.P. | 900,000 | EUR | 1.42430 | 1,281,870 | 6043806 | Euroclear | 92317 | 14-Oct |

| Total (USD) | 290,491,572 |
|---|---|

| contact | telephone | email | client | address 1 | address 2 |
|---|---|---|---|---|---|
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |
| Jan-Hendrik Horsmeier | Direct 31 (0) 20 7119 682  Fax 31 (0) 20 7100 582 | JanHendrik.Horsmeier@cliffordchance.com | Fir Tree Value Master Fund L.P. | c/o Clifford Chance LLP | Droogbak 1A, 1013 GE, Amsterdam |

H
A
N
D

D
E
L
I
V
E
R
Y

_____    _____    _____
RECEIVED BY:                      DATE                      TIME

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000060086 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

---

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **P. Jongman and/or**<br>**J.M.T. Jongman - Rijsdijk**<br>**de Lepelaar 8**<br>**2751 CW MOERKAPELLE**<br>**The Netherlands**<br><br>Telephone number: ++32 2 674 71 10 | <u>Notice address</u><br>Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium<br>Email Address: dcms@deminor.com | **Court Claim Number:**_____<br>(*If known*)<br><br>**Filed on:** _____ |

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 82.075,80** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0276441044 [1]  XS0346080590 [2]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA33919 [1] CA33835 [2]**                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    **(Required)**

| **5.** Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br>Bernard Thuysbaert, Director<br><br>Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2009 3141*

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]* P.A.H.T. JONGMAN

residing at *[wonende te]* MOERKAPELLE NEDERLAND

OR *[OF]*

The company *[De vennootschap]* _____

With its registered office at *[met maatschappelijke zetel te]* _____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _____

_____

In its capacity of *[in zijn hoedanigheid van]* _____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*



To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This     Power     of     Attorney     is     signed     on     25 SEP 2009     in MOERKAPELLE _____ *[de volmacht is getekend op [datum] in plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*: _____

P.A.H.T. JONGMAN



RECEIVED INTL PRIORITY CLR

K2 OGSA    OCT 30 2009    EWR

10017

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,   1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: 5 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR

   NEW YORK, NY 10017

0015035977691

FedEx
Express

(US)

AWB

E

XA OGSA
ISR

TRK# 9188 5633 0870    Form
                       0430

1/1

INTL PRIORITY

REF: 264623
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:    EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

<table>
<tr><td>

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

</td><td>

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

</td></tr>
</table>

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060268

||||||||||||||||||||||||

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

☐ Check this box to indicate that this claim amends a previously filed claim.

**C.M.J.A. Duijnisveld-de Roos and/or
P.H.C. Duijnisveld
Kornetstraat 8
5175 SE LOON OP ZAND
The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Court Claim Number:_____
*(If known)*

Filed on: _____

Telephone number: ++32 2 674 71 10      Email Address: dcms@deminor.com

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 101.887,20** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0295760093 [1]  XS0339810078 [2]  XS0346080590 [3] XS0332049229 [4]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37780 [1] CA39968 [2] CA33837 [3] CA39928 [4]          (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048          (Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|---|

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

2009 - 1400

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/~~mevrouw~~]* PHC. Duynisveld

residing at *[wonende te]* Loon op Zand

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

In its capacity of *[in zijn hoedanigheid van]*_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geinvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    22-09-2009 in *Loon op Zand* *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*:

Name *[naam]*:_____ P Duynisveld



RECEIVED **INTL PRIORITY/AIR**

9188 5633 0870

K2 OGSA    OCT 30 2009    1001.7    EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA S22T513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,   1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 6.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING               0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR              **FedEx**
                                          Express
   NEW YORK, NY 10017         (US)

                                         AWB         **E**

9188 5633 0870                           XA OGSA
                                         ISR

TRK# 9188 5633 0870    Form
                       0430
                1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                   SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR           T/C: S 433025326
CUSTOM VALUE:    EUR           D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000060273 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Y**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|---|
| **Jongman Beheer B.V.**<br>**c/o P.A.H.T. Jongman**<br>**de Lepelaar 8**<br>**2751 CW MOERKAPELLE**<br>**The Netherlands** | <u>Notice address</u><br>Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium | **Court Claim Number:**_____<br>(*If known*)<br><br>**Filed on:** _____ |
| Telephone number: ++32 2 674 71 10 | Email Address: dcms@deminor.com | |

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Telephone number:        Email Address: | |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 366.510,90** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0355133454 [1] XS0296281735 [2] XS0263715467 [3] XS0346080590 [4] XS0295760093 [5] XS0339810078 [6] XS0263715467 [7] XS0346080590 [8]

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates. **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

<u>CA39897 [1] CA37826 [2] CA33856 [3] CA33833 [4] CA37785 [5] CA39965 [6] CA33874 [7] CA33881 [8]</u>    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| Date.<br><br>**10/22/2009** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2009 31 43*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*_____

residing at *[wonende te]*_____

OR *[OF]*

The company *[De vennootschap]*  JONGMAN BEHEER BV

With its registered office at *[met maatschappelijke zetel te]*_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

P.H.T. JONGMAN

In its capacity of *[in zijn hoedanigheid van]*_____

DIRECTOR / OWNER

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV,
company incorporated pursuant to the laws of the Netherlands - now in bankruptcy,
with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105
Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a
company incorporated pursuant to the laws of Delaware (U.S.A) – now under the
protection of the Chapter XI of the US Bankruptcy Code, with registered office at
10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn
van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht –
vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland),
Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers
Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming
van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York
(USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered
office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland
(hereinafter **"Deminor"**), *[geeft hierbij een volmacht aan Deminor Nederland BV, met
maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051,
Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te
geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework
of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman
Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om
in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de
faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc
teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*



To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This   Power   of   Attorney   is   signed   on   **25 SEP 2009**   in MOERKAPELLE _____ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]:* _____

Name *[naam]:* _____

P.A.H.T. JONGMAN



TRK#
0430  9188 5633 0870   RECEIVE INTL PRIORITY VR
                                           1001
K2 OGSA      OCT 30 2009              EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000          Ship Date: 29OCT09
                                    ActWgt: 5.2 KG
VIVA XPRESS LOGISTICS - INT DIV.    System#: 5429044/FWST0715
CARGO TERMINAL 2-BAT 709-           Account: S 433026326
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE                         EIN/VAT:

TO LEHMAN BROTHERS HOLDING                    0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR                  FedEx
                                              Express
   NEW YORK, NY 10017               (US)
                                    AWB        E

                                    XA OGSA
                                    ISR

TRK# 9188 5633 0870   Form
                      0430
         1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                SIGN: Pablo GASPAR
CARRIAGE VALUE:   EUR       T/C: S 433026326
CUSTOM VALUE:   EUR         D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060274

*0000060274*

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|---|
| **P.H.J. Kurver and/or**<br>**W.E. Kurver-Kok**<br>**Zandweg 196**<br>**3454 HE  DE MEERN**<br>**The Netherlands** | Notice address<br>Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium | **Court Claim Number:_____**<br>(*If known*)<br><br>**Filed on: _____** |
| Telephone number: ++32 2 674 71 10 | Email Address: dcms@deminor.com | |

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 84.906,00** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0296281735 [1]  XS0276441044 [2]  XS0346080590 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37825 [1] CA33897 [2] CA33839 [3]                    (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048                    (Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| **Date.**<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

2009-3502

## POWER OF ATTORNEY / *VOLMACHT*

Mr. P.H.J. Kurver and Mrs. W.E. Kurver-Kok
residing at *[wonende te]* Zandweg 196, 3454 HE De Meern, The Netherlands

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**").*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This Power of Attorney is signed on 22 September 2009 in De Meern *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]:* _____

Name *[naam]:* P.H.J. Kurver

Signature *[handtekening]:* _____

Name *[naam]:* W.E. Kurver-Kok



TRK# 0430 9188 5633 0870    RECEIVED INTL PRIORITY CLR
K2 OGSA    OCT 3 0 2009    1001 7
EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING          0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR         FedEx
                                     Express
   NEW YORK, NY 10017                (US)

                                     AWB         E

                                     XA OGSA
                                     ISR

TRK# 9188 5633 0870    Form
                       0430
            1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR        SIGN: Pablo GASPAR
CUSTOM VALUE:    EUR        T/C: S 433025326
                           D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000060275

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Van Zoomeren Beheer B.V.**
**c/o P.G. van Zoomeren**
**Rijshornstraat 155**
**1435 HH  RIJSENHOUT**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Telephone number: ++32 2 674 71 10        Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
   (*If known*)

**Filed on: _____**

Name and address where payment should be sent (if different from above)

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 75.000,30 (reference: ECB; 1 € = 1,4151 $).**
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0355133454 [1]  XS0296281735 [2]  XS0346080590 [3]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

 **CA39902 [1]  CA37835 [2]  CA33832 [3]**                            **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                                        **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium |
|---|---|---|

**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009-7940



## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]* _____
residing at *[wonende te]* _____

OR *[OF]*

The company *[De vennootschap]*  VAN ZOOMEREN BEHEER B.V.
With its registered office at *[met maatschappelijke zetel te]*  Rijsen Hout.

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*  T. G. van ZooMEREN

In its capacity of *[in zijn hoedanigheid van]*  DIREKTEUR.

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV,
company incorporated pursuant to the laws of the Netherlands - now in bankruptcy,
with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105
Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a
company incorporated pursuant to the laws of Delaware (U.S.A) – now under the
protection of the Chapter XI of the US Bankruptcy Code, with registered office at
10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn
van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht –
vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland),
Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers
Holdings Inc, een vennootschap opgericht naar het recht van Delaware (U.S.A) – en onder bescherming
van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York
(U.S.A), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered
office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland
(hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met
maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051,
Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te
geven.]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    13/9 '2009    in    Rij sen Hout    *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]:* _____

Name *[naam]:* _____

P.G. van Zoomeren



TRK# 0430 9188 5633 0870    RECEIVE INTL PRIORITY ISR
K2 OGSA    OCT 3 0 2009    100 17    EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING        0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR        FedEx
                                     Express
   NEW YORK, NY 10017        (US)
                                     E
                              AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form 0430
                 1/1
INTL PRIORITY

REF: 264623
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:   EUR
CUSTOM VALUE:   EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060284

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

☐ Check this box to indicate that this claim amends a previously filed claim.

**R. Willekes and/or**
**M.W.A.M. Willekes-Stuyt**
**Achterbos 36 Z210**
**3645 CD VINKEVEEN**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Telephone number: ++32 2 674 71 10

Email Address: dcms@deminor.com

**Court Claim Number:**_____
   (If known)

**Filed on:** _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 111.792,90 (reference: ECB; 1 € = 1,4151 $).
This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
International Securities Identification Number (ISIN): XS0355133454 [1]  XS0276441044 [2]  XS0346080590 [3]

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

CA39907 [1] CA33891 [2] CA33840 [3]                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

13048                                        (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. 10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**FILED / RECEIVED**
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009- 6980

# POWER OF ATTORNEY/ *VOLMACHT*

Mr R. Willekes
residing at Achterbos 36, 3645 CD Vinkeveen

OR *[OF]*

The company *[De vennootschap]*_____
With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV,
company incorporated pursuant to the laws of the Netherlands - now in bankruptcy,
with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105
Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a
company incorporated pursuant to the laws of Delaware (U.S.A) – now under the
protection of the Chapter XI of the US Bankruptcy Code, with registered office at
10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn
van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht –
vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland),
Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers
Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming
van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York
(USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered
office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland
(hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met
maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051,
Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te
geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework
of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman
Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om
in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de
faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc
teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This Power of Attorney is signed on 26 september 2009 inVinkeveen *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*:    R · Willekes _____

K2 OGSA

RECEIVED INTL PRIORITY ISR

1001

EUR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 28OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING            0015035977691
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR              FedEx
                                       Express
NEW YORK, NY 10017

(US)      E

AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form
                       0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                SIGN: Pablo GASPAR
CARRIAGE VALUE: EUR         T/C: S 433025326
CUSTOM VALUE: EUR           D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000060289

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

*~~FILED FOR COURT USE ONLY~~*

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|---|
| **K.W. van den Berg and/or H.J. van den Berg-Gort De Waard 1 8321 LT  URK The Netherlands** | Notice address Deminor International S.C.R.L. Ed.Van Nieuwenhuyse Laan 6 bt.8 1160 Brussels Belgium | Court Claim Number:_____ (If known) Filed on: _____ |
| Telephone number: ++32 2 674 71 10 | Email Address: dcms@deminor.com | |

| Name and address where payment should be sent (if different from above) Telephone number:         Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $  58.019,10** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0295760093 [1]  XS0263715467 [2]  XS0346080590 [3]

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37788 [1] CA33876 [2] CA33870 [3]**                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                         **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.** **10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Bernard Thuysbaert, Director | **FILED / RECEIVED** **OCT 3 0 2009** **EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L. Ed.Van Nieuwenhuyse Laan 6 bt.8 1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009 - 0641

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]* Klaas Willem van den Berg

residing at *[wonende te]* Urk    De Waard 1, 8321 LT

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd **"Deminor"**), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geinvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney. *[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands. *[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    19-9-2009    in
Urk    *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*:

Name *[naam]*:    KLaas Willem van den Berg



RECEIVED INTL PRIORITY/AIR

K2 OGSA    OCT 30 2009    EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING       0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR        FedEx
                                     Express
   NEW YORK, NY 10017              (US)   E

                                   AWB

                                   XA OGSA
                                   ISR

TRK# 9188 5633 0870    Form
                       0430

        1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                  SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR          T/C: S 433025326
CUSTOM VALUE:    EUR          D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060294

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |

**R. Houtappel**
**Sportlaan 906**
**2566 NC  S GRAVENHAGE**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Telephone number: ++32 2 674 71 10

Email Address: dcms@deminor.com

Court Claim Number:_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 150.000,60 (reference: ECB; 1 € = 1,4151 $).**
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0355133454 [1]  XS0285922133 [2]  XS0287672694 [3] XS0276441044 [4] XS0332049229 [5] XS0346080590 [6]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA39896 [1]  CA33850 [2]  CA47266 [3]  CA33909 [4]  CA39930 [5]  CA33866 [6]        (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                                    **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |

| Date.

10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Bernard Thuysbaert, Director | FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC |

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009- 2542

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]*___R. HOUTAPPEL_____

residing at *[wonende te]*____DEN HAAG_____

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "**Deminor**"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    _21 - 5 - 09_    in _DEN HAAG_____ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _R 11 1 l_

Name *[naam]*: _R. HOUTAPPEL_



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING        0015035977691
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR

NEW YORK, NY 10017                (US)

FedEx
Express

AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form 0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:   EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060296

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR ...

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

**P.H.H. Snel and/or**
**M.J. Snel-Jongejan**
**Ten Hovestraat 85**
**2582 RK 'S-GRAVENHAGE**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Email Address: dcms@deminor.com

**Court Claim Number:**_____
   (*If known*)

**Filed on:** _____

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Telephone number:           Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 84.906,00** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0295760093 [1] XS0305948860 [2] XS0314067140 [3] XS0276441044 [4] XS0346080590 [5]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37784 [1] CA47288 [2] CA39880 [3] CA33893 [4] CA33877 [5]**           **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**           **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|

| Date.

10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Bernard Thuysbaert, Director | **FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC |

Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2010 5830*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]* _P·H·H Snel en M.J. Snel Jongejan._
residing at *[wonende te]* _Ten Hovestr 85   2582 RK DenHaag._

OR *[OF]*

The company *[De vennootschap]* _____
With its registered office at *[met maatschappelijke zetel te]* _____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _____

_____

In its capacity of *[in zijn hoedanigheid van]* _____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "**Deminor**"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geinvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This Power of Attorney is signed on 22 Sept 2009 in Den Haag . *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*

Name *[naam]*: P. HH Snel    M.J Snel Jongejan



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433026326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                      0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR                     FedEx
                                                 Express
   NEW YORK, NY 10017            (US)        E

                                  AWB

                                  XA OGSA
                                  ISR

TRK# 9188 5633 0870    Form
                       0430
         1/1
   INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR          SIGN: Pablo GASPAR
CUSTOM VALUE:    EUR          T/C: S 433026326
                              D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)                    0000060297

THIS SPACE IS

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Saldinyamo B.V.**
**c/o C.M. Postmus**
**C/ Magnolia 44**
**17240  Llagostera**
**Spain**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium
Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
  (*If known*)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

Telephone number:            Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 113.208,00** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0263715467 [1]  XS0346080590 [2]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA33859 [1]  CA33865 [2]**                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

**10/22/2009**

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2009  49 40*

# POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/mevrouw]*_____

residing at *[wonende te]*_____

OR *[OF]*

The company *[De vennootschap]*___Saldinyamo B.V.

With its registered office at *[met maatschappelijke zetel te]*_____

___Stuurboordstraat 12, 1433 SC  Kudelstaart

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

___C.M.Postmus

In its capacity of *[in zijn hoedanigheid van]*_____

___Directeur groot aandeelhouder

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This Power of Attorney is signed on 21 september  2009 in Kudelstaart *[de volmacht is getekend op [datum] in plaats van tekenen].*


Signature                                                    *[handtekening]:*
_____

Name *[naam]:*__C.M. Postmus



RECEIVED INTL PRIORITY CR

K2 OGSA    OCT 30 2009    EWR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433026326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING          0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR          FedEx
                                       Express
   NEW YORK, NY 10017        (US)
                                       AWB       E

XA OGSA
ISR

TRK# 9188 5633 0870   Form
                      0430
         1/1
   INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR          SIGN: Pablo GASPAR
CUSTOM VALUE:  EUR            T/C: S 433026326
                              D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000060298

THIS SPACE IS FOR COURT USE ONLY

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | |
|---|---|
| **A. Moolhuijsen & Zoon Beheer B.V.**<br>**c/o F.N. Moolhuijsen**<br>**Theo Mann Bouwmeesterhof 5**<br>**1065 HS  AMSTERDAM**<br>**The Netherlands** | Notice address<br>Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium |
| Telephone number: ++32 2 674 71 10 | Email Address: dcms@deminor.com |

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
   (If known)

Filed on: _____

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 77.830,50** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0295760093 [1]  XS0339810078 [2]  XS0346080590 [3]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37781 [1]  CA39966 [2]  CA33861 [3]**                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                              **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.**<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2009- 4040* (handwritten)

## POWER OF ATTORNEY/*VOLMACHT*

Mr/Mrs *[de heer/mevrouw]* _F.N. Moolhuysen — H. Moolhuysen-Broessi_

residing at *[wonende te]* _T.M. Bouwmeesterlaf 5 1065 HS Amsterdam_

OR *[OF]*

The company *[De vennootschap]* _A. Moolhuysen ? Zn Beheer BV_

With its registered office at *[met maatschappelijke zetel te]* _Amsterdam_

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _F.N. Moolhuysen_

In its capacity of *[in zijn hoedanigheid van]* _Directeur_

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recuperen dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    *19 Sept 2009* in *Amsterdam* _____ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*: _____ F N Moolhuysen



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR

0015035977691

**FedEx**
Express

NEW YORK, NY 10017

(US)

AWB

**E**

XA OGSA
ISR

TRK# 9188 5633 0870    Form
0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:  EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000060299

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Valluga B.V.**
**c/o B.P.M. Nefs**
**Burg Mastbooplein 1**
**4661 HX  HALSTEREN**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
    (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 191.038,50** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0296281735 [1]  XS0263715467 [2]  XS0346080590 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37824 [1]  CA33858 [2]  CA33875 [3]**                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                        **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| **10/22/2009** | |

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2010  6600*

# POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*_____

residing at *[wonende te]*_____

OR *[OF]*

The company *[De vennootschap]*_____ *Valluga   BV*

With its registered office at *[met maatschappelijke zetel te]*___ *Halsteren    NL*
_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____
_____ *B. P. M. Nefs*
In its capacity of *[in zijn hoedanigheid van]*_____
_____ *directeur*

~~Hereinafter referred to as the "**Noteholder**"~~ , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This     Power     of     Attorney     is     signed     on     _22-9- 2009_     in _Halsteren   NL_     *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]:* _____

Name *[naam]:*_____ B. P. M. Nefs



K2 OGSA

RECEIVED INTL PRIORITY ISR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR

   NEW YORK, NY 10017

0015035977691

**FedEx**
Express

(US)     E

AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form 0430

1/1
INTL PRIORITY

REF: 264623
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:  EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|
| In Re: Chapter 11<br>Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)<br>Debtors. (Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    **0000060300** |
| Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009 | ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ |

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **J.W. van der Caaij**<br>**Heechhiem 13**<br>**9084 BA  GOUTUM**<br>**The Netherlands**<br><br>Telephone number: ++32 2 674 71 10 | <u>Notice address</u><br>Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium<br>Email Address: dcms@deminor.com | **Court Claim Number:**_____<br>   (*If known*)<br><br>**Filed on:** _____ |
| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 55.188,90** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0305948860 [1] XS0276441044 [2] XS0327236757 [3] XS0346080590 [4]

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA47284 [1] CA33921 [2] CA39864 [3] CA33841 [4]          **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

13048                              **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.**<br><br>**10/22/2009** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

2009 - 0900

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]* J. W. van der Caay

residing at *[wonende te]* Goutum (NL)

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    **21 september 2009**    in    **Goutum , NL**    *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*:    _J. v. d. Caay_

Name *[naam]*:    _J. W. van der Caay_



RECEIVED INTL PRIORITY AIR

K2 OGSA   OCT 3 0 2009   EWR

ITEM# 0845 9188 5633 0870

Emp# 523140

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,   1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 6.2 KG
System#: 6429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                    0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR                   FedEx
                                                Express
   NEW YORK, NY 10017              (US)        **E**

                                   AWB

                                   XA OGSA
                                   ISR

TRK# 9188 5633 0870   Form
                      0430

             1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                  SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR          T/C: S 433025326
CUSTOM VALUE:   EUR           D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)     0000060316 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| **J.M. Snijders**<br>**Herwijnenstraat 17**<br>**5045 GP TILBURG**<br>**The Netherlands**<br><br>Telephone number: ++32 2 674 71 10 | <u>Notice address</u><br>Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels<br>Belgium<br>Email Address: dcms@deminor.com | **Court Claim Number:**_____<br>  (*If known*)<br><br>**Filed on:** _____ |

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 141.510,00** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0296281735** [1]

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA37833** [1]                                        **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                                        **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.**<br><br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br><br>Bernard Thuysbaert, Director | **FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| | Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

49621

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]* _J. M. Snijders_

residing at *[wonende te]* _Tilburg, Herwijnenstr. 17, 5045 EP_
_Holland_

**OR *[OF]***

The company *[De vennootschap]* _____

With its registered office at *[met maatschappelijke zetel te]* _____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]* _____

In its capacity of *[in zijn hoedanigheid van]* _____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code,  with registered office at 10019 New-York (USA), 745 Seventh Avenue,

*Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue,*

Hereby appoints, with power of substitution, Deminor International CVBA, with its registered office at 1160 Brussels, Belgium, Ed. Van Nieuwenhuyselaan 6b8 (hereinafter **"Deminor")**

1

*Geeft hierbij een volmacht aan Deminor International CVBA, met maatschappelijke zetel te 1160 Brussel, België, Ed. Van Nieuwenhuyselaan 6b8 (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven,*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and

*Om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc eneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes, en*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.

*Om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht.*

This Power of Attorney is subject to the laws of Belgium.

*Deze volmacht is opgesteld naar Belgisch recht.*

This    Power    of    Attorney    is    signed    on    _1² sep/t. 200²_ in _Tilburg  Holland_ [de volmacht is getekend op [datum] in [plaats van tekenen].

Signature [handtekening]: _____

2



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA S227813000          Ship Date: 29OCT09
                                    ActWgt: 5.2 KG
VIVA XPRESS LOGISTICS - INT DIV.    System#: 5429044/FWST0715
CARGO TERMINAL 2-BAT 709-           Account: S 433026326
BRUCARGO
ZAVENTEM,   1931
BELGIUM, BE                         EIN/VAT:

TO LEHMAN BROTHERS HOLDING                    0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR                  FedEx
                                              Express
   NEW YORK, NY 10017          (US)      E

                                         AWB

                                    XA OGSA
                                    ISR

TRK# 9188 5633 0870    Form
                       0430
              1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:                  SIGN: Pablo GASPAR
CARRIAGE VALUE:  EUR          T/C: S 433026326
CUSTOM VALUE:    EUR          D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)
0000060318

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

.Y

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

C.A.J. Volders
Platte Akker 113
4847 KN  TETERINGEN
The Netherlands

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Email Address: dcms@deminor.com

Court Claim Number:_____
    (*If known*)

Filed on: _____

| Name and address where payment should be sent (if different from above)<br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 65.094,60** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0332050078 [1]  XS0263715467 [2]  XS0276441044 [3] XS0346080590 [4] XS0273084656 [5] XS0276441044 [6]

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates. **Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

  CA33834 [1] CA33860 [2] CA33907 [3] CA33872 [4] CA37815 [5] CA33900 [6]        (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                                    (Required)

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director<br><br>Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2009 0741*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*  _C A J_    _Volders_

residing at *[wonende te]*  _TETERINGEN_    _Nederland_

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    _24- 9 -2006_ in _[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*: _____



Sves: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA S227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING          0015035977691
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR                  **FedEx**
                                             Express
NEW YORK, NY 10017                (US)      **E**
                                      AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form
                       0430
1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR           SIGN: Pablo GASPAR
CUSTOM VALUE:  EUR             T/C: S 433025326
                               D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH