**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

---------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED THIRD
OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing on the Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [ECF 50000] (the "Objection"), which was scheduled for November 4, 2015 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to December 17, 2015 at 10:00 a.m. (Prevailing Eastern Time)** with respect to the claims listed on Exhibit A attached hereto.

Dated:  November 2, 2015
         New York, New York

                                                    **CURTIS, MALLET-PREVOST,**
                                                     **COLT & MOSLE LLP**

                                                    By:  */s/ L. P. Harrison 3rd*
                                                         L. P. Harrison 3rd
                                                         Cindi Eilbott Giglio
                                                    101 Park Avenue
                                                    New York, New York 10178-0061
                                                    (212) 696-6000

                                                    *Counsel for Lehman Brothers Holdings Inc.*
                                                     *and Certain of Its Affiliates*

## **EXHIBIT A**

## **Adjourned Claims**

| **Claimant** | **Claim Number** |
|---|---|
| DEUTSCHE BANK AG | 26970 |
| DEUTSCHE BANK AG | 27141 |

23674014