WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 50899], which was scheduled for November 4, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **December 17, 2015** at **10:00 a.m. (Eastern Time)** solely with respect to claim number 26485.

Dated:   November 2, 2015
             New York, New York

                                                            */s/ Garrett A. Fail*
                                                            Garrett A. Fail
                                                            WEIL, GOTSHAL & MANGES LLP
                                                            767 Fifth Avenue
                                                            New York, New York 10153
                                                            Telephone: (212) 310-8000
                                                            Facsimile: (212) 310-8007

                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                            and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011