WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                        Debtors.                             :    (Jointly Administered)
                                                             :
                                                             :
-------------------------------------------------------------x
```

### NOTICE OF WITHDRAWAL OF FIVE HUNDRED EIGHTH OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS) SOLELY AS TO CLAIM NUMBER 20242

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing the Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 50899] **solely with respect to claim number**

**20242 filed by Mitsubishi UFJ Securities International PLC**.

Dated: November 2, 2015
New York, New York

        /s/ Garrett A. Fail
        Garrett A. Fail
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers
        Holdings Inc. and Certain of Its Affiliate