WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
James C. Fitzpatrick
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                                                               :
In re                                                                          :    Chapter 11 Case No.
                                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                                   :    08-13555 (SCC)
                                                                               :
                                        **Debtors.**                           :    (Jointly Administered)
                                                                               :
-------------------------------------------------------------------------------x
                                                                               :
In re                                                                          :
                                                                               :    Case No.
**LEHMAN BROTHERS INC.,**                                                      :
                                                                               :    08-01420 (SCC) (SIPA)
                                        **Debtor.**                            :
                                                                               :
-------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR THE NINETY-FIRST
OMNIBUS AND CLAIMS HEARING ON NOVEMBER 4, 2015 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Shelley
C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling
Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

**I.    CONTESTED MATTERS:**

1.    Plan Administrator's Five Hundred Eighth Omnibus Objection to Claims
(Disputed Valuation Claims) [**ECF No. 50899**]

Response Deadline:    October 1, 2015 at 4:00 p.m.

Response Received:

A.    Response of BNP Paribas [**ECF No. 51023**]

Related Document:

B.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 51309**]

Status:  This matter is going forward solely with respect to claim numbers 67938.
The hearing with respect to claim number 26485 has been adjourned to December
17, 2015 at 10:00 a.m.

## LEHMAN BROTHERS INC. PROCEEDING

**II.    CONTESTED MATTERS:**

2.    Trustee's Motion to Reclassify Certain Deferred Compensation Claims as
Unsecured Non-Priority General Creditor Claims [**LBI ECF No. 12655**]

Response Deadline: September 30, 2015 at 4:00 p.m.

Response Received:

A.    Memorandum of Law of the 344 Individuals Identified in the
Notices of Appearance at ECF Dkt. Nos. 8234, 8905 and 9549 in
Opposition to the Trustee's Motions for Reclassification [**LBI ECF
No. 12832**]

WEIL:\95513609\3\58399.0011

Related Documents:

    B.    Declaration of Richard J.J. Scarola in Opposition to the Trustee's Motions for Reclassification [**LBI ECF No. 12833**]

    C.    Trustee's Omnibus Reply [**LBI ECF No. 12942**]

Status:  This matter is going forward

3.    Trustee's Motion to Reclassify Certain Substantively Identical Deferred Compensation Claims as Unsecured General Creditor Claims [**LBI ECF No. 12656**]

Response Deadline: September 30, 2015 at 4:00 p.m.

Response Received:

    A.    Memorandum of Law of the 344 Individuals Identified in the Notices of Appearance at ECF Dkt. Nos. 8234, 8905 and 9549 in Opposition to the Trustee's Motions for Reclassification [**LBI ECF No. 12832**]

Related Documents:

    B.    Declaration of Richard J.J. Scarola in Opposition to the Trustee's Motions for Reclassification [**LBI ECF No. 12833**]

    C.    Trustee's Omnibus Reply [**LBI ECF No. 12942**]

Status:  This matter is going forward

## III.    **ADVERSARY PROCEEDINGS:**

4.    Lehman Brothers Special Financing Inc., *et al.* v. Longwood at Oakmont, Inc. [**Adversary Proceeding No. 15-01299**]

**Pre-Trial Conference**

Related Documents:

    A.    Adversary Complaint [**ECF No. 1**]

    B.    Answer of Longwood at Oakmont, Inc to Complaint [**ECF No. 12**]

Status:  This matter is going forward

WEIL:\95513609\3\58399.0011

5.      Lehman Brothers Special Financing Inc., *et al.* v. Presbyterian SeniorCare
        [**Adversary Proceeding No. 15-01300**]

        **Pre-Trial Conference**

        Related Documents:

                A.      Adversary Complaint [**ECF No. 1**]

                B.      Answer of Presbyterian SeniorCare to Complaint [**ECF No. 12**]

        Status:  This matter is going forward

## IV.    ADJOURNED MATTERS:

## A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

6.      Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the
        Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings
        Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution
        Purposes [**ECF No. 49954**]

        Response Deadline:      July 22, 2015 at 4:00 p.m. or as otherwise extended.

        Responses Received:

                A.      Opposition of Highland CDO Opportunity Master Fund, L.P.
                        [**ECF No. 50244**]

                B.      Objection of RGM Trading International Limited [**ECF No.
                        50245**]

                C.      Citigroup Financial Products Inc.'s Objection [**ECF No. 50256**]

                D.      Corrected Objection of Newport Global Opportunities Fund L.P.
                        and Newport Global Credit Fund (Master) L.P. [**ECF No. 50276**]

                E.      SRM Global Master Fund Limited Partnership's Limited Objection
                        [**ECF No. 50319**]

                F.      Objection of CRC Credit Fund Ltd. [**ECF No. 50320**]

                G.      Preliminary Objection of CarVal Investors UK Limited [**ECF No.
                        50466**]

                H.      Objection of Attestor Value Master Fund LP and Deutsche Bank
                        AG [**ECF No. 50602**]

WEIL:\95513609\3\58399.0011

       I.       Objection of Maverick Fund, L.D.C., *et al.* [**ECF No. 50761**]

    Related Document:

       J.       Declaration of Richard Katz In Support of the Motion [**ECF No. 49955**]

    Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m. solely as to certain claims.

7.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

    Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

8.    Claims Objection Hearing with Respect to Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

9.    Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [**ECF No. 50000**]

    Response Deadline:  July 15, 2015 at 4:00 p.m. or as otherwise extended.

    Responses Received:  None.

    Related Documents:  None.

    Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

10.    Plan Administrator's Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50500**]

    Response Deadline:  August 31, 2015 at 4:00 p.m.

    Response Received:

       A.       Response of U.S. Bank National Association, as Trustee [**ECF No. 50854**]

    Related Documents:  None.

WEIL:\95513609\3\58399.0011

<u>Status</u>:  This matter has been adjourned to December 17, 2015 at 10:00 a.m. solely as to certain claims.

11.    Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51006**]

<u>Response Deadline</u>:    October 28, 2015 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to December 17, 2015 at 10:00 a.m. solely as to certain claims.

12.    Plan Administrator's Objection to Claim of Morgan Stanley & Co. International PLC (Formerly Known as Morgan Stanley & Co. International Limited) (Claim No. 20531) [**ECF No. 50014**]

<u>Response Deadline</u>:    July 24, 2015 at 4:00 p.m.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:    None.

<u>Status</u>:  This matter has been adjourned to a date to be determined.

**B.    Lehman Brothers Inc. Proceeding**

13.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

<u>Response Deadline</u>:    April 4, 2014 at 4:00 p.m., extended for certain parties without date.

<u>Responses Received</u>:  None.

<u>Related Documents</u>:

A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

WEIL:\95513609\3\58399.0011

B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

C.    Notice of Resolution [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m., as to certain claims.

14.    Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) [**LBI ECF No. 8533**]

Response Deadline:    April 11, 2014 at 4:00 p.m., extended for a certain party to November 30, 2015 at 4:00 p.m.

Response Received:    None.

Related Documents:

A.    Order Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to certain claims [**LBI ECF No. 8895**]

B.    Notices of Resolution [**LBI ECF Nos. 8914, 9350, 9532, 9558, 9576, 9597, 9602, 9604, 9725, 9810, 9995, 10014, 10159, 10676, 11289**]

C.    Supplemental Orders Granting the Trustee's Two Hundred Twenty-Second Omnibus Objection to General Creditor Claims Seeking to (I) Reduce and/or Reclassify Certain Claims and to Allow Such Claims As Modified, and (II) Disallow and Expunge Certain Claims (Accounts Payable Claims) solely as to a certain claim [**LBI ECF Nos. 9168, 9849**]

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m., as to a certain claim.

15.    Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

Response Deadline:    September 5, 2014 at 4:00 p.m.

Response Received:

A.    Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Document:

B.    Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m., as to a certain claim.

16.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m., extended for certain parties without date.

Response Received:

A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220**]

WEIL:\95513609\3\58399.0011

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m., as to certain claims.

17.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims). [**LBI ECF No. 10723**]

Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:  None.

Related Documents:

A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

C.    Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991, 12647**]

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m. as to certain claims.

18.    Trustee's Two Hundred Seventy-Fourth Omnibus Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduce Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims) [**LBI ECF No. 10776**]

Response Deadline:    October 27, 2015, with respect to the Trustee's Supplement to the Two Hundred Seventy-Fourth Omnibus Objection.

Responses Received:  None.

Related Documents:

A.    Order Granting the Trustee's Two Hundred Seventy Fourth Omnibus    Objection Seeking to (I) Allow Certain Filed Proofs of Claim in Reduced Amounts as Unsecured General Creditor Claims and (II) Disallow and Expunge Certain Filed Proofs of Claim (Financial Product Claims)  [**LBI ECF No. 11370**]

B.    Notice of Resolution [**LBI ECF No. 12796**]

WEIL:\95513609\3\58399.0011

C.      Trustee's Supplement to the Two Hundred Seventy-Fourth
        Omnibus Objection to General Creditor Claims Solely as to the
        Royal Bank of Scotland PLC Claim (Claim No. 5926) [**LBI ECF
        No. 12843**]

Status:  This matter has been resolved in principle as to the remaining contested
claim and has been adjourned to a date to be determined as to such claim.

19.     Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman
        Brothers Bank, FSBs Proof of Claim (5568)  [**LBI ECF No. 10782**]

Response Deadline:      January 20, 2015 at 4:00 p.m.; extended to October 15,
                        2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

20.     Trustee's Objection to the General Creditor Proof of Claim of Davidson Kempner
        Capital Management LLC and Certain of its Affiliates (Claim No. 5499) [**LBI
        ECF No. 10788**]

Response Deadline:      January 20, 2015 at 4:00 p.m.; extended to November 6,
                        2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

21.     Motion to Withdraw as Attorney and to Enforce Lien Rights of Rich Michaelson
        Magaliff Moser, LLP [**LBI ECF No. 12842**]

Response Deadline:      To be determined.

Responses Received:  None.

Related Documents:

        A.      Notice of Hearing [**LBI ECF No. 12861**]

        B.      Stipulation Extending Objection Date [**LBI ECF No. 12941**]

        C.      So Ordered Stipulation and Notice of Adjournment with Respect to
                Motion [**LBI ECF No. 12975**]

WEIL:\95513609\3\58399.0011

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

**C.    Adversary Proceedings**

22.    Allied World Assurance Company v. LB Rose Ranch LLC [**Adversary Proceeding No. 15-01128**]

**Pre-Trial Conference**

Related Documents:

   A.    Adversary Complaint [**ECF No. 1**]

   B.    Amended Adversary Complaint [**ECF No. 5**]

   C.    Stipulation Regarding Waiver of Service Between Allied World and LB Rose Ranch LLC [**ECF No. 15**]

Status:  This matter has been adjourned to December 17, 2015 at 10:00 a.m.

23.    Lehman Brothers Special Financing Inc., *et al.* v. LCOR Alexandria L.L.C., *et al.* [**Adversary Proceeding No. 13-01689**]

**Pre-Trial Conference**

Related Documents:

   A.    Adversary Complaint [**ECF No. 1**]

   B.    Answer of LCOR Alexandria L.L.C., *et al.* [**ECF No. 12**]

   C.    Amended Complaint [**ECF No. 18**]

   D.    Answer to of LCOR Alexandria L.L.C. *et al.* to Amended Complaint [**ECF No. 22**]

   E.    Motion of Lehman Brothers Holdings Inc. for Leave to File a Second Amended Complaint [**ECF No. 29**]

   F.    Memorandum of Law in Support of Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 30**]

   G.    Opposition Brief of LCOR Alexandria L.L.C. *et al.* to Plaintiff's Motion for Leave to File a Second Amended Complaint (related [**ECF No. 31**]

H.   Declaration of Thomas R. Califano in Support of Defendants' Opposition to Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 32**]

I.   Declaration of John Dziadzio in Support of Motion of Lehman Brothers Holdings Inc. for Leave to File a Second Amended Complaint [**ECF No. 33**]

J.   Reply Memorandum of Law of Lehman Brothers Holdings Inc. [**ECF No. 34**]

K.   Declaration of Leah McCallister Ray in Support of Reply Memorandum of Law of Lehman Brothers Holdings Inc. [**ECF No. 35**]

L.   Order Granting Plaintiff's Motion for Leave to File a Second Amended Complaint [**ECF No. 36**]

M.   Amended Complaint [**ECF No. 37**]

N.   Answer of LCOR Alexandria L.L.C. *et al.* to Amended Complaint [**ECF No. 40**]

O.   Motion of Barclays Bank PLC *et al.* to Dismiss the Second Amended Complaint, dated September 28, 2015 [**ECF No. 43**]

P.   Memorandum of Law in Support of Barclays Bank PLC *et al.* in Support of Motion to Dismiss the Second Amended Complaint, dated September 28, 2015 [**ECF No. 45**]

Q.   Motion of The Related Companies Inc., *et al.* to Dismiss Plaintiff's Second Amended Complaint [**ECF No. 55**]

R.   Memorandum of Law in Support of Motion of The Related Companies Inc., *et al.* to Dismiss Plaintiff's Second Amended Complaint [**ECF No. 56**]

S.   Declaration of Mark A. Kirsch in Support of Motion to Dismiss Plaintiff's Second Amended Complaint [**ECF No. 57**]

T.   So Ordered Stipulation Extending Time to Respond to the Second Amended Complaint and Setting Briefing Schedule [**ECF No. 58**]

Status:  This matter has been adjourned to a date to be determined.

WEIL:\95513609\3\58399.0011

24.    Lehman Brothers Special Financing Inc., *et al.* v. Corporate-Backed Trust
       Certificates, Goldman Sachs Capital I Securities-Backed Series 2004-6 Trust,
       U.S. Bank Trust National Association [**Adversary Proceeding No. 15-01334**]

       **Pre-Trial Conference**

       Related Document:

              A.    Adversary Complaint [**ECF No. 1**]

       Status:  This matter has been adjourned to a date to be determined.

## V.    <u>WITHDRAWN MATTERS</u>:

25.    Plan Administrator's Five Hundred Tenth Omnibus Objection to Claims
       (Disputed Valuation Claims) [**ECF No. 51009**]

       Response Deadline:    October 28, 2015 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:

              A.    Declaration of Martin Potts in Support of Five Hundred Tenth
                    Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF
                    No. 51010**]

WEIL:\95513609\3\58399.0011

B.    Notice of Withdrawal [**ECF No. 51308**]

Status:  This matter has been withdrawn.

Dated:  November 3, 2015
        New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated:  November 3, 2015
        New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
James C. Fitzpatrick
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95513609\3\58399.0011