B 210A (Form 210A) (12/09)



# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re _____,     Case No. _____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANK DELEN NV | BANK J. SAFRA SARASIN LTD. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Corp.Actions Dpt. - Jan Van Rijswijcklaan
184 - 2020 Antwerpen - Belgium

Court Claim # (if known): 60428
Amount of Claim: $110,079.00
Date Claim Filed: 10/30/2009

Phone: 0032 3 244 55 75
Last Four Digits of Acct #: _____

Phone: 0041 58 261 50 00
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                     Date: 2015-10-20
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



EVIDENCE OF TRANSFER OF CLAIM



TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank J. Safra Sarasin Ltd** ("Transferor") unconditionally and irrevocably transferred to **Delen Private Bank, Antwerpen, Belgium** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 60428) in the amount of 75'000 pieces/units related to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED this September 14, 2015.

Bank J. Safra Sarasin Ltd

Patrick Gribi
Executive Director

Frank Link
Director

Bank J. Safra Sarasin AG
Elisabethenstrasse 62, Postfach, CH-4002 Basel
T: +41 (0)58 317 44 44, F: +41 (0)58 317 44 00, www.jsafrasarasin.com                    1 | 2



2 | 2

## SCHEDULE 1

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Nominal Amount/Quantity of Claim related to Security to be transferred |
|---|---|---|---|---|
| XS0210433206 | 60428 | October 29, 2009 | Lehman Brothers Treasury Co. B.V. | 75'000 out of 355'000 |

2 | 2



# DELEN
PRIVATE BANK



**United States Bankruptcy Court**
**Southern District of New York**
**Attn: Lehman Brothers Holdings Inc.**
**One Bowling Green**
**New York, NY 10004-1408**

Antwerpen, October 20, 2015

Our Ref.: *2015-2292*

Claim-n°: *60428*

Subject: *Transfer of Claim*

Dear,

Please find enclosed the appropriate form to transfer 75,000 nominal, out of the 355,000 nominal regarding Court Claim **60428**, from "Bank J. Safra Sarasin Ltd." to "Bank Delen NV".

Enclosed you'll also find the "Evidence of Transfer of Claim" that we received from Bank J. Safra Sarasin Ltd. and a cheque for 25 USD made payable to you.

Could you please execute this Transfer of Claim and advise us upon completion by mail (ca.questions@delen.be)?

Please do not hesitate to contact us in case of any problems.

We thank you in advance for your help in this matter.

With very best regards,

Hans Van Loon
Corporate Actions Department

Tessa Thieleman
Head of Corporate Actions Department

DELEN - Private Bank - JAN VAN RIJSWIJCKLAAN 184 - 2020 ANTWERPEN
TEL.: +32 (0)3 244 55 66 - FAX: +32 (0)3 216 04 91 - BTW BE 0453 076 211 - RPR ANTWERPEN
WWW.DELEN.BE