# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

November 3, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Seventy-first Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the seventy-first) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the November 4, 2015 omnibus hearing.

In the 56 days following the last prior report, the Lehman entities served two new ADR Notices; a total of 495 Notices now have been served in Tiers One and Two. During the immediately past reporting period, the Lehman entities closed a settlement with the counterparty in one additional ADR matter. Including the $1,625,000 from this settlement, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have received an aggregate of $2,982,282,637 new dollars for the various estates as a result of the ADR process. Settlements have been achieved in 419 ADR matters involving 536 counterparties.

Honorable Shelley C. Chapman  
November 3, 2015  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 243 ADR matters that have reached the mediation stage and been concluded, 228 have been settled in or subsequent to mediation; only fifteen mediations have terminated and remain unsettled. Additional receivables mediations currently are scheduled for November 18 and 19; and December 1, 2015.

Respectfully submitted,

*/s/ Richard Levine*

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)

WEIL:\95518516\1\58399.0011