Shmuel Vasser
Janet M. Doherty
DECHERT LLP
1095 Avenue of the Americas
New York, NY  10036
Tel.: (212) 698-3500
Fax: (212) 698-3599

*Attorneys for Russell Investments and its Affiliated Entities*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x
In re:                                                               :    Chapter 11 Case No.
                                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :    08-13555 (SCC)
                                                                     :
                    Debtors.                                         :    (Jointly Administered)
--------------------------------------------------------------------- x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Janet M. Doherty, a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, request admission, *pro hac vice*, to represent Russell Investments and its Affiliated Entities.

My address is:     Dechert LLP
                   2929 Arch Street
                   Philadelphia, PA 19104-2808
                   Tel: (215) 994-4000
                   Fax: (215) 994-2222
                   Email: janet.doherty@dechert.com

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 4, 2015

                                                            */s/ Janet M. Doherty*

                                                            Janet M. Doherty

21659543

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
In re:                                                                                  :   Chapter 11 Case No.
                                                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,              :   08-13555 (SCC)
                                                                                             :
                          Debtors.                          :   (Jointly Administered)
---------------------------------------------------------------------- x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Janet M. Doherty, Esq., a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, requesting admission, *pro hac vice*, to represent Russell Investments and its Affiliated Entities, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania, it is hereby

**ORDERED**, that Janet M. Doherty, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Russell Investments and its Affiliated Entities in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2015
        New York, New York

                                                                                                _____
                                                                                 SHELLEY C. CHAPMAN
                                                          UNITED STATES BANKRUPTCY JUDGE

21659543