**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
In re:                                                                  : Chapter 11 Case No.
                                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                : 08-13555 (SCC)
                                                                        :
                         Debtors.                                       : (Jointly Administered)
------------------------------------------------------------------------ x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Janet M. Doherty, Esq., a member in good standing of the bar of the Commonwealth of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania, requesting admission, *pro hac vice*, to represent Russell Investments and its Affiliated Entities, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Pennsylvania, it is hereby

**ORDERED**, that Janet M. Doherty, Esq., is admitted to practice, *pro hac vice*, in the above-referenced cases to represent Russell Investments and its Affiliated Entities in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 5, 2015
         New York, New York            /S/ Shelley C. Chapman
                                       UNITED STATES BANKRUPTCY JUDGE

21659543