**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
|   |   |   |
|---|---|---|
| In re | : | Chapter 11 Case No. |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
|  | : | (Jointly Administered) |
| Debtors. | : |  |
|  | : |  |

------------------------------------------------------------------------x    Ref. Docket Nos. 50654, 51141

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

LBH TRFNTC (MERGE2, TXNUM2) 4000141321

To:   BAR(23) MAILID *** 000099503491 ***



CREDIT SUISSE AG
TRANSFEROR: UBS AG
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
825 8TH AVENUE
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000099503491 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000141321



CREDIT SUISSE AG
TRANSFEROR: UBS AG
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
825 8TH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5359233-93 in the above referenced case and in the amount of $0.00 allowed at $44,687.19 has been transferred (unless previously expunged by court order)

PROF. DR. MED. KLAUS VON WILD
TRANSFEROR: CREDIT SUISSE AG
FRAUENBURGSTRASSE 32
48155 MUNSTER
 GERMANY

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     50654      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/19/2015                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 19, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, 825 8TH AVENUE, NEW YORK, NY 10019 |
| PROF. DR. MED. KLAUS VON WILD | TRANSFEROR: CREDIT SUISSE AG, FRAUENBURGSTRASSE 32, 48155 MUNSTER   GERMANY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: BETHMANN BANK AG, KASERNENSTRASSE 10, 40213 DUSSELDORF   GERMANY |

**Total Creditor Count 4**