**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                  :    08-13555 (SCC)
                                                              :    (Jointly Administered)
            Debtors.                                          :
                                                              :
---------------------------------------------------------------x    Ref. Docket Nos. 51008, 51026-
                                                                   51033, 51035, 51036

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Lauren Rodriguez*
                                                   Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000171433

To:   BAR(23) MAILID *** 000099503934 ***



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: PERMAL STONE LION FUND LTD.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

PERMAL STONE LION FUND LTD.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
C/O STONE LION CAPITAL PARTNERS L.P.
ATTN: BRIAN WOOD
555 5TH AVE., 18TH FLOOR
NEW YORK, NY 10017

Please note that your claim # 17247-52 in the above referenced case and in the amount of $3,618,917.24 allowed at $3,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099503934 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000171433



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: PERMAL STONE LION FUND LTD.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    51026    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/20/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 20, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: VENETO BANCA HOLDING SCPA, ATTN: GERRY DE ALBERTI-SERVIZIO FINANZA/AMMINISTRAZIONE TITOLI, PIAZZA GARIBALDI, 15, SONDRIO 23100 ITALY |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| SL LIQUIDATION FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| SL LIQUIDATION FUND L.P. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 885 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: LOPS DEPARTMENT; 855 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O STONEHILL CAPITAL MANAGEMENT LLC, ATTN: OPS DEPARTMENT, 855 THIRD AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| VENETO BANCA HOLDING SCPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

**Total Creditor Count 26**