**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :    08-13555 (SCC)
                                                   :    (Jointly Administered)
              Debtors.                             :
                                                   :
---------------------------------------------------------------x    Ref. Docket No. 50980

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 20, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
                                                    Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 50980_Aff 10-20-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 957

To:   BAR(23) MAILID *** 000099503947 ***



CHASE LINCOLN FIRST COMMERCIAL CORP.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br>CORPORATE TRUST SERVICES<br>ATTN: PAMELA WIEDER, VP<br>EP-MN-WS1D, 60 LIVINGSTON AVENUE<br>ST. PAUL, MN 55107-2292 | U.S. BANK NATIONAL ASSOCIATION<br>CHAPMAN AND CUTLER LLP<br>ATTN: JAMES E. SPIOTTO, ANN E. ACKER &<br>FRANKLIN H. TOP, III<br>111 WEST MONROE STREET, 18TH FLOOR<br>CHICAGO, IL 60603 |

BAR(23) MAILID \*\*\* 000099503947 \*\*\*     LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 957

CHASE LINCOLN FIRST COMMERCIAL CORP.
ATTN: JEFFREY L. PANZO/MC: NY1-M138
383 MADISON AVENUE, FL 37
NEW YORK, NY 10179

**Your transfer of claim # 23450 is defective for the reason(s) checked below:**

Other Claim is Estimated at $0 Pursuant to Court Order

Docket Number   50980            Date: 09/22/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

08-13555-mg    Doc 51353    Filed 11/05/15    Entered 11/05/15 17:32:46    Main Document

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: PAMELA WIEDER, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |

**Total Creditor Count 3**