UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
                                                :
In re                                           :        Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :         08-13555 (SCC)
                                                :        (Jointly Administered)
                        Debtors.                :
                                                :
-------------------------------------------------------------------------x    Ref. Docket Nos. 50969, 50993,
                                                                             51005, 51094-51105, 51173, 51175,
                                                                             51199

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On October 21, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant
    to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
5th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000125265

To:     BAR(23) MAILID *** 000099505331 ***

JPMORGAN SECURITIES LLC
TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL
AS AGENT FOR J.P. MORGAN SECURITIES PLC
ATTN: JEFFREY L. PANZO - MAIL CODE NY1-M138
383 MADISON AVENUE - FLOOR 43
NEW YORK, NY 10179

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While   **transferee**   refers to the party who is purchasing or otherwise being assigned the claim.

To:   BAR(23) MAILID *** 000099505331 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000125265



JPMORGAN SECURITIES LLC
TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL
AS AGENT FOR J.P. MORGAN SECURITIES PLC
ATTN: JEFFREY L. PANZO - MAIL CODE NY1-M138
383 MADISON AVENUE - FLOOR 43
NEW YORK, NY 10179

Please note that your claim # 56186 in the above referenced case and in the amount of
$45,986.65 has been transferred (unless previously expunged by court order)

LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC
ATTN: LAURA TORRADO
1140 AVENUE OF THE AMERICAS, 12TH FLOOR
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER                                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/21/2015                                 Vito Genna, Clerk of Court

                                               /s/  Lauren Rodriguez

                                               EPIQ BANKRUPTCY SOLUTIONS, LLC

                                               as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 21, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ANDBANK LUXEMBOURG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, 7 A RUE ROBERT STUMPER, LUXEMBOURG L-2557 LUXEMBOURG |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT, PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| CORNER BANCA SA, LUGANO | TRANSFEROR: UBS AG, ATTN: GIACOMO CARMINE, VIA CANOVA 16, 6900 LUGANO  ITALY |
| FINECOBANK SPA | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L., ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| FREY, ERWIN | TRANSFEROR: UBS AG, STRUMPFELBACHER STR. 168, 713484 WEINSTADT  GERMANY |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| JPMORGAN SECURITIES PLC | TRANSFEROR: LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOL, ATTN: JEFFREY PANZO MAIL CODE: NY1-M138, 383 MADISON AVENUE - FLOOR 43, NEW YORK, NY 10179 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| LMA SPC FOR AND ON BEHALF OF THE MAP 84 SEGREGATED PORTFOLIO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC, ATTN: LAURA TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LLP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELISNKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAND AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 58**