**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                    :    08-13555 (SCC)
                                                                :    (Jointly Administered)
Debtors.                                                        :
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 51148

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 22, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 51148_Aff 10-22-15.doc

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000153979

To:   BAR(23) MAILID *** 000099506301 ***



GOLDMAN SACHS LENDING PARTNERS, LLC
TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
C/O GOLDMAN, SACHS & CO.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 38TH FLOOR
JERSEY CITY, NJ 07302

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000099506301 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000153979



GOLDMAN SACHS LENDING PARTNERS, LLC
TRANSFEROR: OZ SPECIAL MASTER FUND, LTD.
C/O GOLDMAN, SACHS & CO.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 38TH FLOOR
JERSEY CITY, NJ 07302


STONEHILL INSTITUTIONAL PARTNERS, L.P.
ATTN: OPS DEPARTMENT
885 THIRD AVENUE 30TH FLOOR
NEW YORK, NY 10022


**Your transfer of claim # 68032-13 is defective for the reason(s) checked below:**

Other NOT ENOUGH DOLLARS TO PROCESS REQUESTED TRANSFER AMT


Docket Number   51148          Date:  10/02/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 38TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 38TH FLOOR, JERSEY CITY, NJ 07302 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | ATTN: OPS DEPARTMENT, 885 THIRD AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | ATTN: OPS DEPARTMENT, 885 THIRD AVENUE 30TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 4**