**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------x
:
In re                                                                         :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (SCC)**
:        **(Jointly Administered)**
                                                        **Debtors.**        :
:
---------------------------------------------------------------------------x        **Ref. Docket Nos. 51113-51117,**
                                                                                    **51123, 51170, 51172**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                                        ) ss.:
COUNTY OF NEW YORK        )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 23, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                        */s/ Lauren Rodriguez*
                                                                         Lauren Rodriguez

Sworn to before me this
5th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**



Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

LBH TRFNTC (MERGE2, TXNUM2) 4000171539

To:    BAR(23) MAILID *** 000099508055 ***



CREDIT SUISSE AG, SINGAPORE BRANCH
TRANSFEROR: CHANG CHOU HOOI
C/O KLESTADT WINTERS JURELLER SOUTHHARD & STEVENS, LLP
ATTN: STEPHANIE SWEENEY, ESQ.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CHANG CHOU HOOI
TRANSFEROR: WEALTH OVERSEAS LTD
ROOM 1701, SHUN TAK CENTRE
200 CONNAUGHT ROAD CENTRAL
HONG KONG
 HONG KONG

Please note that your claim # 35554 in the above referenced case and in the amount of
$141,740.00 allowed at $100,355.27 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099508055 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000171539



CREDIT SUISSE AG, SINGAPORE BRANCH
TRANSFEROR: CHANG CHOU HOOI
C/O KLESTADT WINTERS JURELLER SOUTHHARD & STEVENS, LLP
ATTN: STEPHANIE SWEENEY, ESQ.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        51123          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/23/2015                    Vito Genna, Clerk of Court

                        /s/  Lauren Rodriguez

                        _____

                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 23, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CHANG CHOU HOOI | TRANSFEROR: WEALTH OVERSEAS LTD, ROOM 1701, SHUN TAK CENTRE, 200 CONNAUGHT ROAD CENTRAL, HONG KONG   HONG KONG |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CHANG CHOU HOOI, C/O KLESTADT WINTERS JURELLER SOUTHHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD (IN CREDITORS' VOL LIQUID) | TRANSFEROR: LEHMAN BROTHERS PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORT |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. (IN CREDITORS' VOL LIQUID) | TRANSFEROR: LEHMAN BROTHERS PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY; HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORT |
| LEHMAN BROTHERS PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 48581 SINGAPORE |
| MITSUBISHI UFJ SECURITIES INTERNATIONAL PLC | LEGAL DEPARTMENT, ATTN: RICHARD HOUSE, ESQ. HEAD OF LEGAL, CORPORATE AND PUBLIC AFFAIRS, GEORGINA DAVIDSON, HEAD OF MASTER AGREEMENTS, LEGAL, CORPORATE AND, PUBLIC AFFAIRS, ROPEMAKER PLACE, 25 ROPEMAKER STREET, LONDON EC2Y 9AJ UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 11020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAND AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LLP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA., 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 11020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKI, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATT: MARINA ZELINSKY, LP, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY, 1585 BROADWAY, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LLP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| SWISSQUOTE BANK SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: DAVID SOUSA; BACK OFFICE & BANKING APPLICATIONS, CH.DE LA CRETAUX 33, GLAND CH-1196 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 |

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 114**