**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :     Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :     08-13555 (SCC)
                                                              :     (Jointly Administered)
                    Debtors.                                  :
                                                              :
---------------------------------------------------------------x   Ref. Docket No. 51171

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 23, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Lauren Rodriguez*
                                                            Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 13902

To:   BAR(23) MAILID *** 000099508092 ***



BANK J. SAFRA SARASIN LTD.
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
ATTN: ANDRE A. BERNSTEIN, ESQ.
12, RUE DE TILSITT
PARIS 75008
 FRANCE

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000099508092 ***       LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 13902



BANK J. SAFRA SARASIN LTD.
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
ATTN: ANDRE A. BERNSTEIN, ESQ.
12, RUE DE TILSITT
PARIS 75008
 FRANCE

BANK J. SAFRA SARASIN LTD.
BAER & KARRER LTD.,
ATTN. PETER HSU
BRANDSCHENKESTRASSE 90
ZURICH CH-8027
 SWITZERLAND

SWISSQUOTE BANK SA
ATTN: DAVID SOUSA; BACK OFFICE & BANKING APPLICATIONS
CH.DE LA CRETAUX 33
GLAND CH-1196
 SWITZERLAND

**Your transfer of claim # 60416 is defective for the reason(s) checked below:**

Other CATEGORY 56 ISIN  CLAIM DISREGARDED PURSUANT TO COURT ORDER

Docket Number   51171           Date:  09/25/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| SWISSQUOTE BANK SA | ATTN: DAVID SOUSA; BACK OFFICE & BANKING APPLICATIONS, CH.DE LA CRETAUX 33, GLAND CH-1196 SWITZERLAND |

**Total Creditor Count 3**