**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------x
: 
In re                                              :    Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*       :    **08-13555 (SCC)**
                                                   :    **(Jointly Administered)**
                         **Debtors.**              :
                                                   :
--------------------------------------------------------------------------x    Ref. Docket Nos. 51125, 51189,
                                                        51193, 51195, 51196, 51198, 51215-
                                                        51219, 51222, 51224, 51226, 51242,
                                                        51243

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On October 27, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant
    to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                   */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
5th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000171568

To:    BAR(23) MAILID *** 000099518572 ***



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: GANNETT RETIREMENT PLAN MASTER TRUST
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

GANNETT RETIREMENT PLAN MASTER TRUST
C/O WESTERN ASSET MANAGEMENT COMPANY
BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT
ATTN: LEGAL DEPT W-1319
385 E. COLORADO
PASADENA, CA 91101

Please note that your claim # 20901 in the above referenced case and in the amount of
$1,314,618.30 allowed at $83,876.42 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099518572 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000171568



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: GANNETT RETIREMENT PLAN MASTER TRUST
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         51242                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/27/2015                        Vito Genna, Clerk of Court

                                         /s/  Lauren Rodriguez

                                         ──────────────────────────────

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GANNETT RETIREMENT PLAN MASTER TRUST, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GANNETT RETIREMENT PLAN MASTER TRUST, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MEDIOLANUM SPA | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI MILANO SOC. COOP. A.R.L. | TRANSFEROR: BANCA PASSADORE E C. S.P.A., ATTN: EMILIANO CORTINOVIS, PIAZZA F. MEDA, 4, MILANO 20121 ITALY |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MATER FUND, L.P. | TRANSFEROR: TAVIRA SECURITIES LIMITED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| FINECOBANK S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GANNETT RETIREMENT PLAN MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY, BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT, ATTN: LEGAL DEPT W-1319, 385 E. COLORADO, PASADENA, CA 91101 |
| GANNETT RETIREMENT PLAN MASTER TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY, BARBARA L ZIEGLER HEAD OF CLIENT SVCS & MARKETING SUPPORT, ATTN: LEGAL DEPT W-1319, 385 E. COLORADO BLVD, PASADENA, CA 91101 |
| GMO CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., 40 ROWES WHARF, BOSTON, MA 02110 |
| GMO CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., 40 ROWES WHARF, BOSTON, MA 02110 |
| GMO CREDIT OPPORTUNITIES FUND, L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: TIM LANG, 40 ROWES WHARF, BOSTON, MA 02110 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GMO CREDIT OPPORTUNITIES FUND, L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GMO CREDIT OPPORTUNITIES FUND, L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GMO CREDIT OPPORTUNITIES FUND, L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: NEUBERGER BERMAN MANAGEMENT, LLC, ATTN: IAN BURKE, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: SERENGETI LYCAON MM LP, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| NEUBERGER BERMAN MANAGEMENT, LLC | TRANSFEROR: CANTAB CAPITAL PARTNERS LLP, 605 THIRD AVENUE, ATTN: ANDREW ALLARD, NEW YORK, NY 10158-3698 |
| NEUBERGER BERMAN MANAGEMENT, LLC | HAROLD OLSEN, ESQ., STROOCK & STROOCK & LAVAL LLP, 180 MAIDEN LANE, NEW YORK, NY 10038 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P., C/O SERENGETI ASSET MGMT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| ROSFUND SPC, FOR AND ON BEHALF OF ITS | P5 - RESERVE SEGREGATED PORTIOLIO, P.O. BOX 1344, DMS HOUSE, 2ND FLOOR, 20 GENESIS CLOSE, GRAND CAYMAN KY1-1108 CAYMAN ISLANDS |
| SERENGETI LYCAON MM LP | TRANSFEROR: DEUTSCHE BANK AG, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROSFUND SPC, FOR AND ON BEHALF OF ITS, ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROSFUND SPC, FOR AND ON BEHALF OF ITS, ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LUZERNER KANTONALBANK AG, ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), ATTN: LISA WHEELER, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), ATTN: LISA WHEELER / ALEX PAULICK, 88 WOOD STREET, LONDON EC2V 7DA UNITED KINGDOM |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: LEHMAN BROTHERS SECURITIES N.V.                    N, ATTN: LISA WHEELER, 88 WOOD STREET, LONDON EC2V7DA UNITED KINGDOM |
| UBS AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: BANCA POPOLARE DI MILANO SOC. COOP. A.R.L., ATTN: ANDREA ANCIDEI, VIA CAVRIANA, 20, MILANO 20134 ITALY |

| Claim Name | Address Information |
|---|---|

Total Creditor Count 52