**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                  :   Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,           :   08-13555 (SCC)
                                                       :   (Jointly Administered)
            **Debtors.**                               :
                                                       :
---------------------------------------------------------------x   Ref. Docket No. 50981

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

<A>
<A>
</A>
</A>

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 962

To:   BAR(23) MAILID *** 000099518523 ***



CORRE OPPORTUNITIES II MASTER FUND, LP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP
TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P.
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

BAR(23) MAILID *** 000099518523 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 962



CORRE OPPORTUNITIES II MASTER FUND, LP
ATTN: CLAIMS PROCESSING (BANKRUPTCY)
1370 AVENUE OF THE AMERICAS, 29TH FLOOR
NEW YORK, NY 10019

**Your transfer of claim # 17423-07 is defective for the reason(s) checked below:**

Claim Number In Error

Docket Number   50981         Date:  09/23/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CORRE OPPORTUNITIES II MASTER FUND, LP | ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |

**Total Creditor Count 4**