**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                                                   :    (Jointly Administered)
Debtors.                                                        :
                                                                   :
---------------------------------------------------------------x    Ref. Docket No. 51229

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                        ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 28, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                           */s/ Lauren Rodriguez*
                                                                             Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 51229_Aff 10-28-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22431

To:    BAR(23) MAILID *** 000099527422 ***



CREDIT ANDORRA, S.A.
JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ.
CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000099527422 ***    LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22431



CREDIT ANDORRA, S.A.
JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ.
CLIFFORD CHANCE US LLP
31 WEST 52ND STREET
NEW YORK, NY 10019

CREDIT ANDORRA, S.A.
ATTN: MR. JOAN MARC CAMINAL
AV. MERITXELL 80, EDIFICI B, PLANTA 5
ANDORRA LA VELLA AD500
 SPAIN

LANDOLT & CIE SA
CH. DE ROSENECK 6
LAUSANNE 1006
 SWITZERLAND

**Your transfer of claim # 60324-02 is defective for the reason(s) checked below:**

Other ISIN 56 CLAIM PURSUANT TO COURT ORDER

Docket Number   51229        Date:  10/20/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CREDIT ANDORRA, S.A. | ATTN: MR. JOAN MARC CAMINAL, AV. MERITXELL 80, EDIFICI B, PLANTA 5, ANDORRA LA VELLA AD500 SPAIN |
| CREDIT ANDORRA, S.A. | JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLICAN, ESQ., CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| LANDOLT & CIE SA | CH. DE ROSENECK 6, LAUSANNE 1006 SWITZERLAND |

**Total Creditor Count 3**