**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                     :  Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              :  08-13555 (SCC)
:  **(Jointly Administered)**
Debtors.                                       :
:
------------------------------------------------------------------------x  Ref. Docket Nos. 51284-51289

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 29, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as **Exhibit A**, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached **Exhibit B**.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000171594

To:   BAR(23) MAILID *** 000099746145 ***



BARCLAYS BANK PLC
TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

PERRY PARTNERS INTERNATIONAL, INC.
TRANSFEROR: BARCLAYS BANK PLC
C/O PERRY CAPITAL / ATTN: AARON ZELIG
767 FIFTH AVENUE, 19TH FLOOR
NEW YORK, NY 10153

Please note that your claim # 59098-29 in the above referenced case and in the amount of $81,000.00 allowed at $78,604.56 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099746145 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171594



BARCLAYS BANK PLC
TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    51287    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/29/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 29, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS INTERNATIONAL, INC., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PERRY PARTNERS, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PERRY PARTNERS INTERNATIONAL, INC. | TRANSFEROR: BARCLAYS BANK PLC, C/O PERRY CAPITAL / ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PARTNERS INTERNATIONAL, INC. | TRANSFEROR: BARCLAYS BANK PLC, C/O PERRY CAPITAL / ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PARTNERS INTERNATIONAL, INC. | TRANSFEROR: BARCLAYS BANK PLC, C/O PERRY CAPITAL / ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PARTNERS INTERNATIONAL, INC. | ATTN; MICHAEL NEUS, C/O PERRY CORP., 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PARTNERS, L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O PERRY CAPITAL / ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PARTNERS, L.P. | C/O PERRY CORP., ATTN: MICHAEL NEUS, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |

**Total Creditor Count 12**