UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                              : Chapter 11 Case No.
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           : 08-13555 (SCC)
                                                   :
                        Debtors.                   : (Jointly Administered)
------------------------------------------------------------------ x

**THIRD SUPPLEMENTAL ORDER GRANTING
DEBTORS TWO HUNDRED SIXTEENTH OMNIBUS
OBJECTION TO DISALLOW AND EXPUNGE CERTAIN CLAIMS**

Upon the two hundred sixteenth omnibus objection to claims, dated September 16, 2011 (the "Two Hundred Sixteenth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (the "Chapter 11 Estates"), in accordance with Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF No. 6664); and due and proper notice having been provided; and the Court having found and determined that the relief sought in the Two Hundred Sixteenth Omnibus Objection to Claims and granted herein is unopposed and is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest; and that the legal and factual bases set forth in the Two Hundred Sixteenth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the relief requested in the Two Hundred Sixteenth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the *Notice of Presentment of Third Supplemental Order Granting Debtors' Two Hundred Sixteenth Omnibus Objection to Disallow and Expunge Certain Claims* [ECF No. [TBD]]. All rights of Wong Chin Pan Alex and Hsu Li Teh in opposition to the Objection are preserved.

ORDERED that the portion of the Remaining Disputed Claim listed on Exhibit 1 annexed hereto that is based on securities identified by ISIN XS0301813522 (the "Unopposed Portion") shall be classified under the *Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (ECF No. 22737) (the "Plan") in LBHI Class 12; and it is further

ORDERED that this Order shall not affect in any way any portion of the Remaining Disputed Claim other than the Unopposed Portion or any other proof of claim; and it is further

ORDERED that the Chapter 11 Estates' Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated:  November 6, 2015
        New York, New York        /S/ Shelley C. Chapman
                                         UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**OMNIBUS OBJECTION 216: EXHIBIT 1- NO LIABILITY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56671 | $12,235,894.91 * | $12,235,894.91 * |

\* - Indicates claim contains unliquidated and/or undetermined amounts