Douglas P. Bartner
Fay Teloni
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (646) 848-8318

*Attorneys for the Och-Ziff Respondents*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
:
:
In re:                                                          :     Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                    :     Case No. 08 – 13555 (SCC)
:
Debtors.                                                        :     (Jointly Administered)
:     Hearing Date: Nov. 13, 2015
:     Hearing Time: 12:00 p.m. (EST)
---------------------------------------------------------------- x

**RENEWAL OF OBJECTION OF THE OCH-ZIFF RESPONDENTS**
**TO THE DEBTORS' MOTION TO ALLOW DISCLOSURE**
**OF THE DERIVATIVE QUESTIONNAIRES**

Och-Ziff Capital Structure Arbitrage Master Fund, Ltd., OZ Asia Master Fund, Ltd., OZ Europe Master Fund, Ltd., OZ Global Special Investments Master Fund, LP and OZ Master Fund, Ltd. (collectively, the "**Och-Ziff Respondents**") — are creditors of Lehman Brothers Holdings Inc. ("**LBHI**") and its Affiliated Debtors[1] (LBHI together with its Affiliated Debtors, the "**Debtors**") that submitted Derivative Questionnaires in the above-captioned proceeding — by and through their undersigned counsel, hereby renew (this "**Renewal**") the objection set forth in their Joinder [Docket No. 49117] (the "**Joinder**") in the (i) Objection of Derivative

---

[1] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Original Disclosure Motion (as defined below).

NYDOCS03/1024772.3                          1

Questionnaire Respondents [Docket No. 49040] (the "**Derivative Questionnaire Respondents' Objection**") to Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Docket No. 48939] (the "**Original Disclosure Motion**"), and (ii) Objection of Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. [Docket No. 49030] (the "**Citadel Objection**") to the Original Disclosure Motion, and hereby object to the Debtors' Motion to Renew the Original Disclosure Motion [Docket No. 51312] (the "**Renewed Disclosure Motion**"; together with Original Disclosure Motion, the "**Disclosure Motions**"), notwithstanding the confidentiality provisions set forth in the Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form [Docket No. 4271] (the "**Bar Date Order**").

In support of the Joinder and this Renewal, the Och-Ziff Respondents respectfully state as follows:

## FACTS

1. On July 2, 2009, the Court entered the Bar Date Order.
2. On March 19, 2015, Movants filed the Original Disclosure Motion.
3. On March 30, 2015, the Derivative Questionnaire Respondents' Objection was filed.
4. On March 30, 2015, the Citadel Objection was filed.
5. On April 1, 2015, the Och-Ziff Respondents filed the Joinder.
6. On April 2, 2015, Movants filed a Notice of Adjournment of Hearing [Docket No. 49157] on the Original Disclosure Motion.
7. On October 30, 2015, Movants filed the Renewed Disclosure Motion.

## ARGUMENT

8. The legal and factual bases for this Renewal are set forth at length in the Derivative Questionnaire Respondents' Objection, the Citadel Objection and the Joinder. Rather than burden the Court with a duplicative filing, the Och-Ziff Respondents hereby fully renew and incorporate the Derivative Questionnaire Respondents' Objection, the Citadel Objection and the Joinder as if fully set forth herein.

## RESERVATION OF RIGHTS

9. The Och-Ziff Respondents reserve their rights to amend or supplement this Renewal and the Joinder, and to incorporate other objections to the Disclosure Motions filed by other parties in interest in any subsequent joinder or renewal filed with the Court or at the hearing to consider the Disclosure Motions.

## CONCLUSION

WHEREFORE, for the foregoing reasons, the Och-Ziff Respondents respectfully request that this Court deny the Disclosure Motions and grant such other and further relief as it may deem just and proper under the circumstances.

Dated: New York, New York
       November 6, 2015

SHEARMAN & STERLING LLP

By:    */s/ Douglas P. Bartner*
       Douglas P. Bartner
       Fay Teloni
       599 Lexington Avenue
       New York, New York 10022
       Telephone: (212) 848-4000
       Facsimile: (646) 848-8318

       *Attorneys for the Och-Ziff Respondents*