**HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: November 6, 2015 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for Convexity Capital Master Fund L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------X
In re                                                                 :        Chapter 11 Case No.
                                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (JMP)**
                                                                       :
           Debtors.                                          :        **(Jointly Administered)**
---------------------------------------------------------------------------X

**JOINDER OF CONVEXITY CAPITAL MASTER FUND L.P. TO THE OBJECTION OF
CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO
THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES
QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE**

Convexity Capital Master Fund L.P., by and through its undersigned counsel, hereby

joins in the objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the

"Citadel Objection to the Motion") filed to the Motion to Renew Motion to Allow Disclosure of

Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"),

as follows:

**OBJECTION AND JOINDER**

Convexity Capital Master Fund L.P. and the Debtors were parties to certain derivative

contracts.

1.      Convexity Capital Master Fund L.P. hereby joins and incorporates by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 51379].

WHEREFORE, for the foregoing reasons, Convexity Capital Master Fund L.P. respectfully requests that this Court deny the Debtors' Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, to (a) narrow the disclosure of the Derivatives Questionnaires to only the information included in the calculation statements that is relevant to the valuation of individual trades and (b) allow claimants to redact all identifying, confidential and proprietary information from any calculation statement excerpts, and grant such other, further or different relief as this Court deems just and proper.

Dated:  New York, New York
        November 6, 2015

SCHLAM STONE & DOLAN LLP

By:     s/ Bennette D. Kramer

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for Convexity Capital Master Fund L.P.*

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com