**HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: November 6, 2015 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the FIG Entities (as defined below)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re                                                  :        Chapter 11 Case No.
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :        08-13555 (JMP)
                                                       :
    Debtors.                        :        (Jointly Administered)
---------------------------------------------------------------X

**JOINDER OF THE FIG ENTITIES TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE**

The entities listed on Exhibit A hereto (the "FIG Entities"), by and through their undersigned counsel, hereby joins in the objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the "Citadel Objection to the Motion") filed to the Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"), as follows:

**OBJECTION AND JOINDER**

The FIG Entities and the Debtors were parties to certain derivative contracts.

1. The FIG Entities hereby join and incorporate by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 51379].

WHEREFORE, for the foregoing reasons, the FIG Entities respectfully request that this Court deny the Debtors' Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, to (a) narrow the disclosure of the Derivatives Questionnaires to only the information included in the calculation statements that is relevant to the valuation of individual trades and (b) allow claimants to redact all identifying, confidential and proprietary information from any calculation statement excerpts, and grant such other, further or different relief as this Court deems just and proper.

Dated: New York, New York
       November 6, 2015

SCHLAM STONE & DOLAN LLP

By:    s/ Bennette D. Kramer

Bennette D. Kramer (BK-1269)
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the FIG Entities*

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com

2

# Exhibit A

Drawbridge Global Macro Master Commodities Ltd
Drawbridge Global Macro Master Fund Ltd
Drawbridge Long Dated Value Fund LP
Drawbridge Long Dated Value Fund (B) LP
FCI Holdings I Ltd
FCOF Securities Ltd
Fortress Investment Fund III (Coinvestment Fund A) L.P.
Fortress Investment Fund III (Coinvestment Fund B) L.P.
Fortress Investment Fund III (Coinvestment Fund C) L.P.
Fortress Investment Fund III (Coinvestment Fund D) L.P.
Fortress Investment Fund V (Fund A) L.P.
Fortress Investment Fund V (Coinvestment Fund A) L.P.
Fortress Mortgage Opportunities Master Fund Series 2 L.P.
Fortress Value Recovery Fund I Ltd (f/k/a DB Zwirn Special Opportunities Fund, LTD)
LDVF1 FIP SARL
LDVF1 Main FIP SARL
HCM/Z Special Opportunities LLC