**HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: November 6, 2015 at 4:00 p.m. (Eastern Time)**

Bennette D. Kramer
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
(212) 344-5400
bdk@schlamstone.com

*Attorneys for the International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (JMP)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
-----------------------------------------------------------------------------X

<u>**JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE**</u>

The International Bank for Reconstruction and Development as trustee of the Retired

Staff Benefits Plan and Trust, by and through its undersigned counsel, hereby joins in the

objections of Citadel Energy Investments Ltd. and Citadel Equity Fund Ltd. (the "Citadel

Objection to the Motion") filed to the Motion to Renew Motion to Allow Disclosure of

Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (the "Motion"),

as follows:

## OBJECTION AND JOINDER

The International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust and the Debtors were parties to certain derivative contracts.

1.      The International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust hereby joins and incorporates by reference the arguments, in their entirety, made by Citadel Energy Investments Ltd. and Citadel Equity Master Fund Ltd. in the Citadel Objection to the Motion [Docket 51379].

WHEREFORE, for the foregoing reasons, the International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust respectfully requests that this Court deny the Debtors' Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, and, alternatively, if the Court grants the Motion, to (a) narrow the disclosure of the Derivatives Questionnaires to only the information included in the calculation statements that is relevant to the valuation of individual trades and (b) allow claimants to redact all identifying, confidential and proprietary information from any calculation statement excerpts, and grant such other, further or different relief as this Court deems just and proper.

Dated: New York, New York
       November 6, 2015

                                SCHLAM STONE & DOLAN LLP


                                By:   s/ Bennette D. Kramer

                                Bennette D. Kramer (BK-1269)
                                Schlam Stone & Dolan LLP
                                26 Broadway
                                New York, NY 10004
                                (212) 344-5400
                                bdk@schlamstone.com

*Attorneys for the International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust*

OF COUNSEL
Lauren Teigland-Hunt
Teigland-Hunt LLP
127 West 24th Street, 4th Floor
New York, NY 10011
(212) 269-1600
lth@t-hllp.com