Hearing Date and Time: November 13, 2015 at 12:00 p.m. (ET)
Objection Deadline: November 6, 2015 at 4:00 p.m. (ET)

Mark I. Bane
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone:  (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel to Baupost Limited Partnership 1983 A-1; Baupost Limited Partnership 1983 B-1; Baupost Limited Partnership 1983 C-1; Baupost Value Partners, L.P.-I; Baupost Value Partners, L.P.-II; Baupost Value Partners, L.P.-III; HB Institutional Limited Partnership; PB Institutional Limited Partnership; YB Institutional Limited Partnership; and LBCCO-1 L.L.C.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| | Jointly Administered |
| Debtors. | |

**JOINDER OF BAUPOST LIMITED PARTNERSHIP 1983 A-1 AND CERTAIN AFFILIATES TO OBJECTIONS TO DEBTORS' RENEWED MOTION TO ALLOW <u>DISCLOSURE OF DERIVATIVES QUESTIONNAIRES</u>**

Baupost Limited Partnership 1983 A-1; Baupost Limited Partnership 1983 B-1; Baupost Limited Partnership 1983 C-1; Baupost Value Partners, L.P.-I; Baupost Value Partners, L.P.-II; Baupost Value Partners, L.P.-III; HB Institutional Limited Partnership; PB Institutional Limited Partnership; YB Institutional Limited Partnership; and LBCCO-1 L.L.C (collectively, the "<u>Joinder Entities</u>"), by and through their undersigned counsel, hereby join with and adopt the (i) *Objection by Pentwater Growth Fund Ltd. and Pentwater Credit Partners Fund Ltd. to Debtors' Renewed Motion to Allow Disclosure of Derivatives Questionnaires* [ECF No. 51349] and (ii)

53940970_3

*Objection of Derivative Questionnaire Respondents to Renewed Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [ECF No. 51363] (together, the "Objections").[1]

The Joinder Entities timely filed derivatives proofs of claim (the "Joinder Entities' Claims") and uploaded Derivatives Questionnaires (the "Joinder Entities' Derivatives Questionnaires") to the Lehman claim website pursuant to the Bar Date Order. The Joinder Entities join in the Objections *mutatis mutandis* as applied to the Joinder Entities' Claims and Joinder Entities' Derivatives Questionnaires.

The Joinder Entities reserve their right to amend or supplement this joinder and to incorporate other objections to the Motion filed by other parties in interest in a subsequent pleading filed with the Court, or at the hearing to consider the Motion.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed thereto in the *Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [ECF No. 51312] (the "Motion").

2

53940970_3

WHEREFORE, the Joinder Entities hereby join in the relief sought in the Objections and, for the reasons set forth therein, respectfully request that the Court deny the Motion and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York
       November 6, 2015

Respectfully submitted,

ROPES & GRAY LLP

By: */s/ Mark I. Bane* _____
    Mark I. Bane
    1211 Avenue of the Americas
    New York, NY 10036-8704
    Telephone: (212) 596-9000
    Facsimile:  (212) 596-9090

*Counsel to Counsel to Baupost Limited Partnership 1983 A-1; Baupost Limited Partnership 1983 B-1; Baupost Limited Partnership 1983 C-1; Baupost Value Partners, L.P.-I; Baupost Value Partners, L.P.-II; Baupost Value Partners, L.P.-III; HB Institutional Limited Partnership; PB Institutional Limited Partnership; YB Institutional Limited Partnership; and LBCCO-1 L.L.C.*