**HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)**
**OBJECTION DEADLINE: November 6, 2015 at 4:00 p.m. (Eastern Time)**

ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399
Michael J. Canning
Rosa J. Evergreen
Anthony Boccanfuso

*Counsel for Mizrahi Tefahot Bank, Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC, *et. al*. | Case No. 08-13555 (SCC) (Jointly Administered) |
| Debtors. | |

**OBJECTION OF AND JOINDER OF MIZRAHI TEFAHOT BANK, LTD TO OBJECTIONS TO THE DEBTORS' RENEWED MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(A) OF THE BANKRUPTCY CODE**

Mizrahi Tefahot Bank, Ltd. (f/k/a United Mizrahi Bank, Ltd., and United Mizrahi-Tefahot Bank, Ltd., collectively referred to herein as "MTB"), by and through its undersigned counsel, hereby submits this objection (the "Objection") to the Debtors' Renewed Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (Docket No. 51312) (the "Renewed Motion").

MTB objects to, and joins and incorporates, to the extent applicable, objections, including the Objection of Derivative Questionnaire Respondents to Renewed Motion (Docket No. 51363), to the Renewed Motion, and the Debtors' request to abrogate the Bar Date Order's protection of confidential information.

WHEREFORE, MTB respectfully requests that the Court deny the Renewed Motion and grant such other and further relief as the Court deems just and proper.

Dated: New York, New York

November 6, 2015

ARNOLD & PORTER LLP

By: /s/ Anthony Boccanfuso_____

Michael J. Canning
Rosa J. Evergreen
Anthony Boccanfuso
399 Park Avenue
New York, New York 10022-4690
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Counsel for Mizrahi Tefahot Bank, Ltd.*