HEARING DATE AND TIME:  November 13, 2015 at 12:00 p.m. (Eastern Time)
RESPONSE DEADLINE:  November 6, 2015 at 4:00 p.m. (Eastern Time)

**LOWENSTEIN SANDLER LLP**
Michael S. Etkin, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022
212.262.6700 (Telephone)
212.262.7402 (Facsimile)

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P.*
*Reliant Energy Services, Inc. and*
*Reliant Energy Power Supply, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**JOINDER OF FIRST CHOICE POWER, L.P., RELIANT ENERGY SERVICES, INC. AND RELIANT ENERGY POWER SUPPLY, LLC TO OBJECTIONS TO DEBTORS' RENEWED MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(2) OF THE BANKRUPTCY CODE**

First Choice Power , L.P. ("FCP") and the Reliant Entities (defined below)[1], by and through their counsel, Lowenstein Sandler LLP, join in the various supplemental objections to Debtors' *Renewed Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* (the "Renewed Motion") [D.I. 51311].  Like the parties

---
[1] Various entities identified above and formerly known as Reliant Energy (the "Reliant Entities") also join in this joinder.

22218/2
11/06/2015 40726399.2

filing the objections to the Renewed Motion, FCP and the Reliant Entities prepared and filed a Derivative Questionnaire containing certain confidential and proprietary trading and other information in reliance upon the confidentiality protections set forth in the Bar Date Order.

Yesterday evening, counsel for the Debtors proposed a resolution in connection with the Renewed Motion which FCP and the Reliant Entities are now evaluating. However, given the objection deadline set for the Renewed Motion, FCP and the Reliant Entities file this Joinder to protect their interests in the event a resolution cannot be reached.

WHEREFORE, FCP and the Reliant Entities respectfully request that the relief requested in the Renewed Motion be denied, or in the alternative and in the event this Court orders disclosure, that appropriate protections be maintained with respect to the confidential and proprietary information set forth in the Derivative Questionnaire so that such information is not made generally public.

Respectfully submitted,

Dated: November 6, 2015    **LOWENSTEIN SANDLER LLP**

By: /s/ *Michael S. Etkin*
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
1251 Avenue of the Americas, 18th Floor
New York, New York 10022

-- and --

65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500 (Telephone)
973.597.2400 (Facsimile)

*Counsel to First Choice Power, L.P. and the Reliant Entities*