Dechert LLP
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Shmuel Vasser
Janet M. Doherty

*Attorney for Russell Investments
and its Affiliated Entities*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC. *et al.*, | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

<u>**CERTIFICATE OF SERVICE**</u>

I, Brett Stone, hereby certify under penalty of perjury that:

I am not a party to the action, am over the age of eighteen years of age, and reside in Maplewood, New Jersey.

On November 6, 2015, I caused to be served true and correct copies of the *Objection of Russell Investments and Its Affiliated Entities to Motion to Renew Motion to Allow Disclosure of the Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [Docket No. 51404] through the Court's CM/ECF system upon all registered electronic filers appearing in this case and by sending true and correct copies to the parties listed on the attached Exhibit A.

Dated: November 6, 2015

                                                      */s/ Brett Stone*
                                                      Brett Stone

20866130

## EXHIBIT A – PARTIES SERVED VIA OVERNIGHT DELIVERY

Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178

Andrew J. Rossman
Diane C. Hutnyan
Lindsay M. Weber
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010

Andrew D. Velez-Rivera
Andrea B. Schwartz
OFFICE OF THE U.S. TRUSTEE
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, New York 10014

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court
Courtroom 623
One Bowling Green
New York, New York 10004