HEARING DATE AND TIME: November 13, 2015 at 12:00 p.m. (Eastern Time)

Michael G. Burke
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Government of Singapore
Investment Corporation Pte Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In re:                                                            :
                                                                  :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*          :   Chapter 11
                                                                  :   Case No. 08-13555 (SCC)
                              Debtors.                            :
                                                                  :
------------------------------------------------------------------X

**RENEWAL OF OBJECTION AND RESERVATION OF RIGHTS OF
GOVERNMENT OF SINGAPORE INVESTMENT CORPORATION PTE LTD.
TO THE MOTION OF LEHMAN BROTHERS HOLDINGS INC. TO RENEW MOTION
TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO
<u>SECTION 107(a) OF THE BANKRUPTCY CODE</u>**

Government of Singapore Investment Corporation Pte Ltd. ("<u>GIC</u>"), a creditor of Lehman Brothers Holdings Inc. ("<u>LBHI</u>") and its affiliates (collectively with LBHI, "<u>Lehman</u>"), by and through its undersigned counsel, hereby renews (this "<u>Renewal</u>") its objection dated March 30, 2015 [Docket No. 49043] (the "<u>Original Objection</u>") to the Motion of LBHI to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, filed March 19, 2015 [Docket No. 48939] (the "<u>Original Motion</u>"), and hereby objects to the Motion of LBHI, as Plan Administrator, to Renew Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code, filed October 30, 2015 [Docket No. 51312] (the "<u>Renewed Motion</u>" and together with the Original Motion, the

"Motions"). In support hereof, in order to avoid burdening the Court with a duplicative filing, GIC hereby fully renews and incorporates the Original Objection as if fully set forth herein.[1]

## RESERVATION OF RIGHTS

GIC reserves all rights to amend or supplement this Renewal and the Original Objection, and to incorporate other objections to the Motions filed by other creditors or other parties in interest filed with the Court or at the hearing to consider the Motions.

## CONCLUSION

Wherefore, for the reasons set forth herein and in the Original Objection, GIC requests that this Court (i) deny the relief requested in the Motions and (ii) grant such other and further relief as this Court deems just and proper; or, in the alternative, require Lehman to implement protections for information contained within the Derivative Questionnaires to maintain the Bankruptcy Code's required protections for the 107(b)(1) Information.

Dated: November 6, 2015
New York, New York

        SIDLEY AUSTIN LLP

        By: */s/ Michael G. Burke*

        Michael G. Burke (mgburke@sidley.com)
        Andrew P. Propps (apropps@sidley.com)
        SIDLEY AUSTIN LLP
        787 Seventh Avenue
        New York, New York 10019
        Telephone: (212) 839-5300
        Facsimile: (212) 839-5599

        *Attorneys for Government of Singapore Investment Corporation Pte Ltd.*

---

[1] All capitalized terms used but not defined herein shall have the meaning ascribed to them in the Original Objection.

2