WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
                                                                 :
**In re**                                     :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (JMP)**
                                                                 :
                    Debtors.                  :    **(Jointly Administered)**
                                                                 :
                                                                 :
-----------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF MOTION OF PLAN ADMINISTRATOR PURSUANT
TO SECTIONS 8.4, 9.3, AND 14.1 OF THE MODIFIED THIRD AMENDED JOINT
CHAPTER 11 PLAN OF LEHMAN BROTHERS HOLDINGS INC. AND ITS
AFFILIATED DEBTORS TO ESTIMATE CLAIMS FOR RESERVE AND
DISTRIBUTION PURPOSES (SOLELY AS TO CERTAIN CLAIMS)**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing without prejudice the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [ECF

No. 49954] <u>solely with respect to the claims listed on Exhibit A annexed hereto</u>.

Dated:  November 6, 2015
         New York, New York

                                      /s/ Garrett A. Fail
                                      Garrett A. Fail

                                      WEIL, GOTSHAL & MANGES LLP
                                      767 Fifth Avenue
                                      New York, New York 10153
                                      Telephone: (212) 310-8000
                                      Facsimile: (212) 310-8007

                                      Attorneys for Lehman Brothers
                                      Holdings Inc. and Certain of Its Affiliates

## Exhibit A

| Claimants | Claim Number |
|---|---|
| Barclays Bank PLC | 20789 |
| Barclays Bank PLC | 20793 |
| Barclays Bank PLC | 20794 |
| Barclays Bank PLC | 20795 |
| Barclays Bank PLC | 27747 |
| Barclays Bank PLC | 67266 |
| Barclays Bank PLC | 18074 |
| Barclays Capital Securities Ltd. | 18072 |
| Maverick Fund II, Ltd. | 27703 |
| Maverick Fund USA, Ltd. | 27702 |
| Maverick Fund, L.D.C. | 27704 |
| Maverick Long Enhanced Fund, Ltd. | 27695 |
| Maverick Neutral Fund, Ltd. | 27701 |

| | |
|---|---|
| Maverick Neutral Levered Fund, Ltd. | 27696 |
| SRM Global Master Fund Limited Partnership | 29606 |