**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA SPA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A. – Instituto Centrale del Credito Cooperativo (formerly ICCREA S.p.A. – Instituto Centrale delle Banche di Credito Cooperativo, as Agent ("ICCREA" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount of at least $190,423,075.43, which has been designated as claim no. 58221 (the "Claim"). Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of the claim in the amount of $36,114.13 with respect to the security ISIN Code number XS0213899510 held by Transferor on behalf of CREDITO COOPERATIVE INTERPROVINCIALE VENETO SOCIETA' COOPERATIVA, which itself was acting as agent on behalf of MARIUCCIA SIMONINI. (A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference).

**Name of Assignee**: MARIUCCIA SIMONINI

Name and Address Where
  Notices to Assignee Should be Sent:
  VIA RODIGINA NORD 36 37045 LEGNAGO VR
  ITALY

**Name of Transferor**: ICCREA BANCA S.P.A.
 ON BEHALF OF CREDITO COOPERATIVO INTERPROVINCIALE
  VENETO SOCIETA' COOPERATIVA
  VIA LUCREZIA ROMANA 41/47- 00178
  ROMA, ITALY

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York        **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       November 5, 2015

                                 By: /s/ Lorraine S. McGowen
                                     Lorraine S. McGowen, Esq.
                                     51 West 52nd Street
                                     New York, NY 10019-6142
                                     Telephone: (212) 506-5000
                                     Facsimile:  (212) 506-5151

                                     ATTORNEYS FOR TRANSFEROR
                                     ICCREA BANCA S.p.A., As Agent

Exhibit A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICCREA BANCA S.P.A. ("Assignor"), as agent on behalf of CREDITO COOPERATIVO INTERPROVINCIALE VENETO SOCIETA' COOPERATIVA (the "Beneficial Holder"), acting on behalf of SIMONINI MARIUCCIA ("Assignee"), among others, upon the instruction of Beneficial Holder hereby unconditionally and irrevocably sells, transfers and assigns to Assignee an undivided interest in the amount of $ 36114.13 (ISIN CODE N. XS0213899510) in the claims held by Assignor, as agent on behalf of Beneficial Holder, acting on behalf of Assignee (the "Transferred Claim") against Lehman Brothers Holdings Inc. ("Debtor"), one of the debtors-in-possession in Lehman Brothers Holding Inc., et al. (the "Case") pending in the United States Bankruptcy Court Southern District Of New York (the "Bankruptcy Court"), including Proof of Claim filed on 30 October 2009 herewith attached as Annex 1, in respect of the Transferred Claim, but only to the extent of such Transferred Claim.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor partially transferring to Assignee the foregoing claim and recognizing the Assignee as the owner and holder of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 12/11/2012.

WITNESS: _____ (signature)

Name: BERTOCASO DANIELE
Title:
(Print name and title of witness)

CUSTOMER

By: _____ (signature)

Name: SIMONINI MARIUCCIA
Title:
Tel.:

TRANSFEROR

WITNESS:

Name: MARIANNA VERARO
Title: Adultta
(Print name and title of witness)

By: _____
Name:
Title: Avv. ANTONIO TORRE
Tel.: Responsabile del Legale

BENEFICIAL HOLDER

WITNESS:

_____

Name:
Title:
(Print name and title of witness)

By: _____
Name: PIERGIORGIO AGOSTINI
Title: CEO
Tel.: 0039 0429 806111

CREDIVENETO
Filiale di Legnago - S. Pietro

OHSEUROPE:551048734.2

7