**OTTERBOURG P.C.**
230 Park Avenue
New York, New York 10169-0075
(212) 661-9100
Peter Feldman, Esq.
Jennifer S. Feeney, Esq.

*Counsel for Mitsubishi UFJ Securities
International plc*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : |

------------------------------------ x

**CERTIFICATE OF SERVICE**

I, Jennifer S. Feeney, hereby certify that on November 6, 2015, I caused true and correct copies of the following documents to be (1) filed and served electronically via the ECF system; and (2) sent to the parties listed on the attached Service List via first class mail, postage pre-paid:

- Objection of Mitsubishi UFJ Securities International plc to the Debtors' Motion to Renew its Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Dkt. No. 51368]

- Objection of The Bank of Tokyo-Mitsubishi UFJ, Ltd. to the Debtors' Motion to Renew its Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code [Dkt. No. 51369]

Dated: November 6, 2015

*/s/ Jennifer S. Feeney*
Jennifer S. Feeney

3843199.1

# SERVICE LIST

| Honorable Shelley C. Chapman<br>One Bowling Green<br>Courtroom 623<br>New York, NY 10004 | Office Of The United States Trustee for Region 2<br>201 Varick Street<br>Suite 1006<br>New York, NY 10014<br>Attn: William Harrington, Esq.<br>      Susan Golden, Esq.<br>      Andrea B. Schwartz, Esq. |
|---|---|
| Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn: Turner P. Smith, Esq.<br>      Peter J. Behmke, Esq. | Quinn Emanuel Urquhart & Sullivan, LLP<br>51 Madison Avenue<br>22nd Floor<br>New York, NY 10010<br>Attn: Andrew J. Rossman, Esq. |