VENABLE LLP
Rockefeller Center, 24th Floor
1270 Avenue of the Americas
New York, New York  10020
Telephone:  (212) 307-5500
Facsimile: (212) 307-5598
Edward A. Smith
Konstantina A. Calabro

- and -

VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone:  (410) 244-7400
Facsimile: (410) 244-7742
Andrew J. Currie

*Counsel to American Trading and Production Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,                         :   Case No. 08-13555 (SCC)
                                                               :   (Jointly Administered)
                   Debtors.                                    :
                                                               :
---------------------------------------------------------------x
```

## CERTIFICATE OF SERVICE

I, KONSTANTINA CALABRO, hereby certify that on November 6, 2015, copies of the following document was served on the parties listed and by the means indicated on the attached Service list:

- *American Trading and Production Corporation's Limited Objection to Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code* [Docket No. 51371]

                    */s/ Konstantina Calabro*
                    KONSTANTINA CALABRO

## Service List

**By FedEx**

Honorable Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Curtis, Mallet-Prevost, Colt & Mosle LLP
Attn: Turner P. Smith and Peter J. Behmke
101 Park Avenue
New York, NY 10178

Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Andrew J. Rossman
51 Madison Avenue, 22nd Floor
New York, New York 10010

Office of the United States Trustee for Region 2
Attn: William K. Harrington, Susan Golden, and Andrea B. Schwartz
201 Varick Street, Suite 1006
New York, New York 10014