UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>　　　　　　　　　　　　　　Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br><br>CERTIFICATE OF SERVICE |

　　　　　I, Brendan Cyr, an attorney admitted to practice before this Court, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

　　　　　1. On the 6th day of November 2015, the Renewed Objection of Creditors to the Debtors' Renewed Motion to Allow Disclosure of the Derivative Questionnaires with Exhibits was served by Federal Express upon:

> Andrew J. Rossman, Esq.
> Quinn Emanuel Urquhart & Sullivan, LLP
> 51 Madison Avenue, 22nd Floor
> New York, N.Y. 10010
>
> William K. Harrington, Esq.
> Susan Golden, Esq.
> Andrea B. Schwartz, Esq.
> Office of the United States Trustee for Region 2
> 201 Varick Street, Suite 1006
> New York, N.Y. 10014
>
> Turner P. Smith, Esq.
> Peter J. Behmke, Esq.
> Curtis, Mallet-Prevost, Colt & Mosle LLP
> 101 Park Avenue
> New York, N.Y. 10178

2

    2. This service was made by an assistant managing clerk of this firm under my general supervision.

Dated: New York, New York
        November 9, 2015

                                                                         Brendan Cyr