## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Hayman Capital Master Fund, L.P.

**Hayman Capital Master Fund, L.P.**, a Cayman Islands exempted limited partnership, having offices located at 2101 Cedar Springs Road, Suite 1400, Dallas, Texas 75201 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Chase Lincoln First Commercial Corporation**, with offices located at Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC., et al. in the amount of $3,500,000 docketed as Claim No. **16480** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**Hayman Capital Master Fund, L.P.**
By: Hayman Capital Management, L.P., its general partner
By: _____
(Signature of authorized signatory)

Name: Christopher E. Kirkpatrick
Title: General Counsel
Date: November 6, 2015

**Chase Lincoln First Commercial Corporation**
By: _____
(Signature of authorized signatory)

Name: Christopher Cestaro
Title: Authorized Signatory
Date: 11/9/2015

Hayman to CLFCC POC 16480 17287 $3 5MM AOC.doc

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Hayman Capital Master Fund, L.P.

**Hayman Capital Master Fund, L.P.**, a Cayman Islands exempted limited partnership, having offices located at 2101 Cedar Springs Road, Suite 1400, Dallas, Texas 75201 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **Chase Lincoln First Commercial Corporation**, with offices located at Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179, ATTN: Jeffrey L. Panzo ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC., et al. in the amount of $3,500,000 docketed as Claim No. **17287** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

**Hayman Capital Master Fund, L.P.**
By: Hayman Capital Management, L.P., its general partner

By: _____
(Signature of authorized signatory)

Name: Christopher E. Kirkpatrick
Title: General Counsel
Date: November 6, 2015

**Chase Lincoln First Commercial Corporation**

By: _____
(Signature of authorized signatory)

Name: Christopher Cestaro
Title: Authorized Signatory
Date: 11/9/2015

Hayman to CLFCC POC 16480  17287 $3 5MM AOC.doc