## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

      **JAE-HEE HONEY**, being duly sworn, deposes and states:

      I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

      On November 6, 2015, I served true and complete copies of the **OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF BILL & MELINDA GATES FOUNDATION TRUST TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF CASCADE INVESTMENT, L.L.C. TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF CASTLERIGG MASTER INVESTMENTS LTD TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF CONVEXITY CAPITAL MASTER FUND L.P. TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF THE FIG ENTITIES TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF GE FINANCIAL MARKETS TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF HBK MASTER FUND L.P. TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT AS TRUSTEE OF THE RETIRED STAFF BENEFITS PLAN AND TRUST TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD.**

TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT AS TRUSTEE OF THE STAFF RETIREMENT PLAN AND TRUST TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT FOR THE POST-EMPLOYMENT BENEFITS PLAN TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF THE INTERNATIONAL BANK FOR RECONSTRUCTION AND DEVELOPMENT TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, JOINDER OF NATIXIS AND NATIXIS FINANCIAL PRODUCTS INC. TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE, and the JOINDER OF UNITED TECHNOLOGIES CORPORATION TO THE OBJECTION OF CITADEL ENERGY INVESTMENTS LTD. AND CITADEL EQUITY FUND LTD. TO THE MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF DERIVATIVES QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE upon:

| | |
|---|---|
| Turner P. Smith<br>L.P. Harrison 3rd<br>Peter J. Behmke<br>CURTIS, MALLET-PREVOST, COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178 | Andrew J. Rossman<br>Diane C. Hutnyan<br>Lindsay M. Weber<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue<br>New York, New York 10010 |
| Chambers of the Honorable Shelley C. Chapman<br>United States Bankruptcy Court<br>Courtroom 623<br>One Bowling Green<br>New York, New York 10004 | Andrew D. Velez-Rivera<br>Andrea B. Schwartz<br>OFFICE OF THE U.S. TRUSTEE<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, New York 10014 |

by placing the above-mentioned documents in a postage paid, sealed **FEDERAL EXPRESS-NEXT DAY PRIORITY DELIVERY** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository before the last time for overnight

delivery designated by Federal Express, causing the above-mentioned document to be delivered to the above-named persons at the above listed addresses, by overnight next business day mail.

_____
JAE-HEE HONEY

Sworn to before me this
10th day of November, 2015

_____
Notary Public

GRETA    JERNSTEDT
Notary Public, State of New York
No. 01-4979612
Qualified in New York County
Commission Expires April 1, 2019