## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

**JAE-HEE HONEY**, being duly sworn, deposes and states:

I am over 18 years of age, I am not a party to the within action, and I reside in Brooklyn, New York.

On November 6, 2015, I served true and complete copies of the **RESPONSE OF JR MOORE, LP, LM MOORE, LP, MF MOORE LP (FORMERLY MOORE GLOBAL FIXED INCOME FUND (MASTER) LP), MOORE CAPITAL ADVISORS, LLC, MOORE GLOBAL INVESTMENTS, LTD., MOORE EMERGING MARKETS FUNDS (MASTER) LP, MOORE MACRO FUND, LP, MOORE MACRO MARKETS FUND (MASTER), LP, SJL MOORE LTD., AND TRADE PROCESS CORPORATION TO MOTION TO RENEW MOTION TO ALLOW DISCLOSURE OF THE DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION 107(a) OF THE BANKRUPTCY CODE** upon:

| | |
|---|---|
| Turner P. Smith | Andrew J. Rossman |
| L.P. Harrison 3rd | Diane C. Hutnyan |
| Peter J. Behmke | Lindsay M. Weber |
| CURTIS, MALLET-PREVOST, COLT | QUINN EMANUEL URQUHART |
| & MOSLE LLP | & SULLIVAN, LLP |
| 101 Park Avenue | 51 Madison Avenue |
| New York, New York 10178 | New York, New York 10010 |
| | |
| Chambers of the Honorable Shelley C. Chapman | Andrew D. Velez-Rivera |
| | Andrea B. Schwartz |
| United States Bankruptcy Court | OFFICE OF THE U.S. TRUSTEE |
| Courtroom 623 | U.S. Federal Office Building |
| One Bowling Green | 201 Varick Street, Room 1006 |
| New York, New York 10004 | New York, New York 10014 |

by placing the above-mentioned document in a postage paid, sealed **FEDERAL EXPRESS-NEXT DAY PRIORITY DELIVERY** envelope and depositing the envelope into a **FEDERAL EXPRESS** mail depository before the last time for overnight delivery designated by Federal Express, causing the above-mentioned document to be delivered to the above-named persons at the above listed addresses, by overnight next business day mail.

_____
JAE-HEE HONEY

Sworn to before me this
10th day of November, 2015

_____
Notary Public

GRETA   JERNSTEDT
Notary Public, State of New York
No. 31-4979612
Qualified in New York County
Commission Expires April 1, 2019