UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>Jointly Administered |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE        )
                         ) ss.:
COUNTY OF NEW CASTLE     )

ELIZABETH C. THOMAS, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by the law firm of Greenberg Traurig, LLP, 1007 N. Orange Street, Suite 1200, Wilmington, DE 19801.

2. On November 6, 2015, I caused to be served, via Overnight Mail upon the parties listed on the attached **Exhibit A**, a true and accurate copy of:

- Renewed Objection of Bridgewater Associates, LP and Certain Funds under its Management to the Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code (Docket No. 51383).

_____
Elizabeth C. Thomas

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

[Notary Seal: CYNTHIA L. STILES, MY COMMISSION EXPIRES April 28, 2018, NOTARY PUBLIC STATE OF DELAWARE]

NY 245508207v1

# EXHIBIT A

U.S. Bankruptcy Court
Southern District of New York
One Bowling Green
Courtroom 623
New York, New York 10004
Attn: Honorable Shelley C. Chapman

Curtis, Mallet-Prevost & Mosle, LLP
101 Park Avenue
New York, NY 10178
Attn:  Turner P. Smith
       Peter J. Behmke

Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn: Andrew J. Rossman

Office of the US Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
Attn: William K. Harrington
      Susan D. Golden
      Andrea B. Schwartz

*NY 245508207v1*