Michael G. Burke
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Brevan Howard Asset
Management LLP and its managed funds

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
In re: :
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.* : Chapter 11
: Case No. 08-13555 (SCC)
Debtors. :
:
-----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             )   s.s.:
COUNTY OF NEW YORK           )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On November 6, 2015, I caused to be served a true and correct copy of the (1) **Renewal of Objection and Reservation of Rights of Brevan Howard Asset Management , LLP, and Certain Funds Under Its Management to the Motion of Lehman Brothers Holdings Inc., to Renew Motion to Allow Disclosure of Derivatives Questionnaires**

**Pursuant to Section 107(a) of the Bankruptcy Code** (dkt 51409) by email and by First Class Mail, postage prepaid upon: (i) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, Attn; Turner R. Smith, Esq. (tsmith@curtis.com) and Peter J. Behmke, Esq. (pbehmke@curtis.com); (ii) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Fl., New York, NY 10010, Attn: Andrew J. Rossman, Esq. (arossman@quinnemanuel.com); and by Federal Express for overnight delivery to (iii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; Attn: William K. Harrington, Esq.; Susan Golden, Esq. and Andrea Schwartz, Esq.

/s/ Eileen A. McDonnell
EILEEN A. MCDONNELL

Sworn to before me this
10th day of November 2015

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2018