08-13555-mg    Doc 51430    Filed 11/10/15    Entered 11/10/15 19:01:48    Main Document
                                       Pg 1 of 2

Michael G. Burke
Andrew P. Propps
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

Attorneys for Government of Singapore
Investment Corporation Pte Ltd.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
In re:                                                               :
                                                                     :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*          :   Chapter 11
                                                                     :   Case No. 08-13555 (SCC)
                          Debtors.                                   :
                                                                     :
---------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK           )
                            )   s.s.:
COUNTY OF NEW YORK          )

    1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

    2. On November 6, 2015, I caused to be served a true and correct copy of the **Renewal of Objection and Reservation of Rights of Government of Singapore Investment Corporation Pte Ltd. to the Motion of Lehman Brothers Holdings Inc, to Renew Motion to Allow Disclosure of the Derivatives Questionnaires Pursuant to Section 107(a) of the**

**Bankruptcy Code** (dkt 51410) by email and by First Class Mail, postage prepaid upon: (i) Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178, Attn; Turner R. Smith, Esq. (tsmith@curtis.com) and Peter J. Behmke, Esq. (pbehmke@curtis.com); (ii) Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Fl., New York, NY 10010, Attn: Andrew J. Rossman, Esq. (arossman@quinnemanuel.com); and by Federal Express for overnight delivery to (iii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014; Attn: William K. Harrington, Esq.; Susan Golden, Esq. and Andrea Schwartz, Esq.

/s/ Eileen A. McDonnell
EILEEN A. MCDONNELL

Sworn to before me this
10th day of November 2015

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2018

2

NY1 7118012v.1