**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | ) <br> ) <br> ) Chapter 11 <br> ) Case No. 08-13555 (JMP) <br> ) (Jointly Administered) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Timothy M. Swanson, request admission *pro hac vice* before the Honorable Shelley C. Chapman to represent Cherry Creek Mortgage Co., Inc., a creditor in the above-referenced proceeding.

I certify that I am a member in good standing of the bar of the State of Colorado and, if applicable, the bar of the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  November 13, 2015.
Denver, Colorado

By: *s/ Timothy M. Swanson*
Timothy M. Swanson
CO BAR No. 47267

MOYE WHITE LLP
1400 16th Street, Suite 600
Denver, CO 80202
Telephone: (303) 292-2900
Fax: (303) 292-4510

*Attorneys for Creditor Cherry Creek Mortgage Company, Inc.*

02470894.1