**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | )<br>)<br>) Chapter 11<br>) Case No. 08-13555 (JMP)<br>) (Jointly Administered)<br>)<br>)<br>) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Paul R. Franke, III, request admission *pro hac vice* before the Honorable Shelley C. Chapman to represent Cherry Creek Mortgage Co., Inc., a creditor in the above-referenced proceeding.

I certify that I am a member in good standing of the bar of the State of Colorado and, if applicable, the bar of the U.S. District Court for the District of Colorado.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: November 13, 2015.
Denver, Colorado

By: *s/ Paul R. Franke, III*
Paul R. Franke, III
CO BAR No. 12275

MOYE WHITE LLP
1400 16th Street, Suite 600
Denver, CO 80202
Telephone: (303) 292-2900
Fax: (303) 292-4510

*Attorneys for Creditor Cherry Creek Mortgage Company, Inc.*

02470887.1