WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing to consider the matters set forth on Exhibit A hereto with respect to the portions of the proofs of claim listed on Exhibit B hereto will be held on **December 17, 2015 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing"), or as soon thereafter as counsel may be heard. The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated:   November 13, 2015
         New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

WEIL:\95530200\1\58399.0011

# Exhibit A

1. Debtors' Two Hundred Thirteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20102**]

2. Debtors' Two Hundred Fourteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20103**]

3. Debtors' Two Hundred Fifteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20104**]

4. Debtors' Two Hundred Sixteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20105**]

5. Three Hundred Seventy-Ninth Omnibus Objection to Claims, dated December 7, 2012 [**ECF No. 32652**]

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
EXHIBIT B - SUBORDINATED GUARANTEE CLAIMS

|   | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 1 | ADVENTIST UNION LIMITED | 40232 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,069,000.00 |
| 2 | ALMADA GONZALEZ, ERNESTO JAVIER & ANA MARIA GOMEZ MUNDO | 51285 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 300,000.00 |
| 3 | ALONSO VERTIZ, RAFAEL | 47459 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 200,000.00 |
| 4 | AVELINO ORNELAS, MANUEL | 43259 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,020,316.67 |
| 5 | BANCO SANTANDER INTERNATIONAL, AS AGENT | 55675 | 08-13555 (SCC) | Omnibus Objection 213 | XS0301813522 | $ 0.00 * |
| 6 | BANK JULIUS BAER & CO. LTD. | 55515 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 203,948.33 * |
| 7 | BANK OF EAST ASIA LTD., THE, AS NOMINEE | 47294 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 109,948.00 |
| 8 | BANK OF EAST ASIA LTD., THE, AS NOMINEE | 47296 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 109,948.00 |
| 9 | BANQUE PRIVEE | 46890 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 145,098.00 |
|   |   |   | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 377,377.00 |
|   |   |   |   |   |   | $522,475.00 |
| 10 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR | 44436 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 28,302.00 |
| 11 | BESSIO, MIRTA | 47444 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 12 | BIROL, ATIL | 10985 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 61,196.00 |
| 13 | BITKID B.V. | 52186 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 72,626.00 |
| 14 | BLASCO MARTIN, GREGORIO & | 60503 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 43,691.57 |
| 15 | BLOOMINGDALE'S INT VENT LTD. | 45086 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 16 | BORRINO, ALBERTO M. | 41133 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 15,000.00 |
| 17 | BRICENO VARGAS, ANTONIO & DE LA R DE BRICENO, PATRICIA | 49488 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 400,000.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

Page 1 of 7

|    | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|----|------|---------|-------------|-------------------|-------|----------------------------|
| 18 | BUOYANT HILL CORPORATION | 45682 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 16,000.00 |
| 19 | CALZADA REBOLLEDO, ROSA MARIA & | 56936 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 105,000.00 |
| 20 | CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 56943 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 294,000.00 |
| 21 | CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 56945 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 727,000.00 |
| 22 | CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | 56944 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 410,000.00 |
| 23 | CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | 56942 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 241,000.00 |
| 24 | CASTANEDA SAN ROMAN, HERMINIA & | 50842 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 25 | CASTELLANOS RAMIREZ, HECTOR | 50682 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 167,000.00 |
| 26 | CHAN, PETER AND ROSE | 41639 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 11,000.00 |
| 27 | CHEN, ROSA TE | 40968 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 28 | CHINA UNIQUE HOLDINGS LTD | 40813 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 29 | CHIPHAR CORPORATION | 40814 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 30 | COLE, FRANK | 37020 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 41,580.00 |
| 31 | DARYANI, PARASRAM, NEELAM P., VIKAS P. & NIKESH P | 59233 | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 1,000,000.00 |
| 32 | DARYANI, PARASRAM/ NEELAM P DARYANI/ | 36634 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,000,000.00 * |
| 33 | DARYANI, VIKAS PARASRAM/ | 36639 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 34 | DAVID JESUS ALPIZAR CARRILLO & | 49481 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 35 | DE BAEREMAECKER, CAROLINA | 36813 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 36 | DIAZ CLARK, MONICA | 49486 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 37 | DIEZ EZCURRA, CLARA | 37672 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 49,528.50 |
| 38 | DOTSON INVESTMENTS, LTD | 47035 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 237,304.48 |
| 39 | DUARTE, ALEJANDRO DIEGO | 61645 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 40 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | 64859 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 142,000.00 |
| 41 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA | 65592 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 50,000.00 |
| 42 | FUNG, GRACE SIN YU | 36560 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 43 | GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA HERNANDEZ | 50393 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 80,000.00 |
| 44 | GARCIA PASTORI, SYLVIA | 36815 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 45 | GESTION PARTICIPATIVA XXI, S.L. | 50526 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 73,585.20 |
| 46 | GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | 56949 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 1,000,000.00 |
| 47 | GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ, RUBEN | 51597 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 48 | GONZALEZ, GEORGINA MARGARITA | 49490 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 49 | GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 86,818.71 |
| 50 | GUZMAN ALDANA, ESTHELA M. | 51091 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 345,000.00 |
| 51 | HEINZ-JOACHIN, ELBE | 24466 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 56,744.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 52 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 56671 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 2,699,533.32 * |
| | | | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 918,457.50 * |
| | | | | | | $3,617,990.82 |
| 53 | IP LAM SANG & TSE SIU MUI | 45386 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 54 | JABBOUR, LAMITA | 56189 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 500,000.00 |
| 55 | JANUS SYSTEMS S A | 55211 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 56 | JIMENEZ CASADO, MARIA DEL CARMEN | 41120 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 211,258.86 |
| 57 | JIMENEZ CASADO, SANTIAGO | 41121 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 138,909.94 |
| 58 | JOSE RUIVO DRAGAO, JOAO | 64556 | 08-13555 (SCC) | Omnibus Objection 379 | XS0301813522 | $ 51,015.83 |
| 59 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | 64860 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 258,000.00 |
| 60 | KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 36674 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 * |
| 61 | KRAEMER, WILHELM | 41222 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 16,000.00 |
| 62 | LEE, TSU-SHIU AND LEE, YEN SHU MEEI | 42343 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 63 | LIN WEN YEN AND LIN-CHOU CHIANG HUA | 41316 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 64 | LINUESA SANCHEZ, ANDRES | 42390 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 36,174.46 |
| 65 | LLOVET GARCIA, JUAN ENRIQUE | 36808 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 66 | LLOVET GARCIA, MARIA DOLORES | 36807 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 67 | LLOVET GARCIA, MARIA ISABEL | 36810 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |

* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## EXHIBIT B - SUBORDINATED GUARANTEE CLAIMS

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 68 | LLOVET GARCIA, MARIA SYLVIA | 36806 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 69 | LLOVET RUBIO, JUAN ENRIQUE | 36809 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 70 | LUMINANCE VENTURES LTD | 40810 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 71 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES | 56480 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 105,000.00 |
| 72 | MARTINEZ, ENRIQUE VILLAGRASA | 41489 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 47,750.29 |
| 73 | MATEOS ESCUDERO, MARIA AGUEDA | 46683 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 283,020.00 |
| 74 | MATRIX CONTROL | 40812 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 32,000.00 |
| 75 | MICHELINI, MARGARITA | 36811 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 76 | MM2275 CO. LTD. | 40397 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 77 | MURCIA, JAMIE H. | 67453 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 1,417,829.53 |
| 78 | NEMOY, DANIEL | 36817 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 30,000.00 |
| 79 | OCCHIONE, LIONEL DARDO | 47474 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 89,000.00 |
| 80 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES | 64861 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 320,000.00 |
| 81 | OCTAVIO VELASCO, MARGARITA AND SEVILLA | 50683 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 116,000.00 |
| 82 | OROZCO COVARRUBIAS, FRANCISCO | 51092 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 83 | PARAMO, PATRICIA DE GUADALUPE | 65675 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 84 | PEREZ GARCIA, BLAS | 57034 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 21,704.68 |
| 85 | PINKY LIMITED | 42614 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

**EXHIBIT B - SUBORDINATED GUARANTEE CLAIMS**

|  | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 86 | PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, AND A CHEUNG FAN KIT LING | 41254 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 87 | PRECIAT DE MENENDEZ, ANA MARIA | 51128 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 148,000.00 |
| 88 | RIDGECREST HOLDINGS LTD | 46589 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 89 | ROLDOS, JORGE | 36814 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 20,000.00 |
| 90 | ROLDOS, MARGARITA | 36818 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 |
| 91 | S. FEIJ | 63000 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 7,087.50 |
| 92 | SAEZ JORGE, CONCEPCION | 60501 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 142,725.80 |
| 93 | SANTOS GRADIM, JOAQUIM ARMINDO | 61429 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 708,707.44 |
| 94 | SAUER, KLAUS PETER | 34579 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 95 | SHYH-AN SU AND SHIOW-CHIN SU LUO | 40346 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 96 | SR. SIMON JUAN GALMES CERDO | 55517 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 203,948.33 * |
| 97 | SUGIARTO, BAMBANG/ LAU HA CHUN | 36650 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 * |
| 98 | SUWANG-SUN CO LTD | 40811 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 99 | TACTICS LIMITED | 54791 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 11,000.00 |
| 100 | TAHRA HOLDINGS INC | 57049 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 101 | TAN, CARIDAD & ALLEN ANTONIO | 45610 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 25,000.00 |
| 102 | TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | 50394 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 103 | TU, CHARLES AND PATTY | 55003 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 23,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
**EXHIBIT B - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 104 | UBS AG | 59233 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 0.00 * |
| | | | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 0.00 * |
| | | | | | | Undetermined |
| 105 | VAN ROOY, S.A.B. | 54549 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 106,132.50 |
| 106 | VIDRIO CHAVEZ, GERARDO ARMANDO | 56046 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 107 | VIDRIO CHAVEZ, GERARDO ARMANDO | 57713 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 110,000.00 |
| 108 | WING LUNG BANK LIMITED | 45202 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 3,522,076.25 |
| 109 | WONG HUNG YING | 43442 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 110 | YARNOZ DIEZ, ISABEL MARIA | 37668 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 84,906.00 |
| 111 | YETTI LTD. | 40541 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 112 | ZEELAND INTERNATIONAL LIMITED | 37379 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 427,290.00 |
| | | | | | TOTAL | $ 26,444,540.69 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.