# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.,*<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Paul R. Franke, III to be admitted *pro hac vice* to represent Cherry Creek Mortgage Co. Inc., a Creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the Bar in the State of Colorado and if applicable, the bar of the U.S. District Court for the District of Colorado, it is hereby

ORDERED that Paul R. Franke, III is admitted to practice *pro hac vice* in the above-referenced case to represent Cherry Creek Mortgage Co., Inc. in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 13, 2015.
New York, New York

                                              */s/ Shelley C. Chapman*
                                              UNITED STATES BANKRUPTCY JUDGE

02470898.1