UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                                          :    Chapter 11
                                                                                    :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Jointly Administered
                                                                                    :
                                        Debtors.                            :
---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

Rachel Bressi, being duly sworn, deposes and says:

1. I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart and Sullivan, LLP, counsel to Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates in the above-captioned proceeding. On November 11, 2105, I caused a true and correct copy of the following documents (including the exhibits thereto) to be filed and to be served via electronic mail to the parties set forth in Schedule A:

> *Omnibus Reply to Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code; and*
>
> *Declaration of Diane Cafferata Hutnyan in Support of Reply in Support of Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code*

2. Additionally, on November 11, 2105 I caused true and correct copies of the aforementioned documents to be left in the care and custody of the U.S. Postal Service in a properly addressed envelope, first class, postage paid, to the parties set forth in Schedule B.

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:   November 13, 2015
         Los Angeles, California

                                              /s/ Rachel Bressi
                                              RACHEL BRESSI

# SCHEDULE A

'jacqueline.marcus@weil.com';
'alfredo.perez@weil.com';
'robert.lemons@weil.com';
'garrett.fail@weil.com';
'giddens@hugheshubbard.com';
'kiplok@hugheshubbard.com';
'kobak@hugheshubbard.com';
'margolin@hugheshubbard.com';
'lubell@hugheshubbard.com';
'wiltenburg@hugheshubbard.com';
'ddunne@milbank.com';
'wfoster@milbank.com';
'dodonnell@milbank.com';
'efleck@milbank.com';
'paronzon@milbank.com';
'gbray@milbank.com';
'robert.yalen@usdoj.gov';
'sharbeck@sipc.org'; 'jean-david.barnea@usdoj.gov';
'joseph.cordaro@usdoj.gov';
'newyork@sec.gov';
'nyrobankruptcy@sec.gov';
'jacobsonn@sec.gov';
'jbromley@cgsh.com';
'lschweitzer@cgsh.com';
'lgranfield@cgsh.com';
'mstamer@akingump.com';
'pdublin@akingump.com';
'mlahaie@akingump.com';
'mstamer@akingump.com';
'sschultz@akingump.com';
'craigjustinalbert@gmail.com';
'raul.alcantar@alcantarlaw.com';
'lisa.kraidin@allenovery.com';
'ken.coleman@allenovery.com';
'mgreger@allenmatkins.com';
'krodriguez@allenmatkins.com';
'karl.geercken@alston.com';
'will.sugden@alston.com';
'kit.weitnauer@alston.com';
'tduffy@andersonkill.com';
'rhorkovich@andersonkill.com';
'rrussell@andrewskurth.com';
'angelich.george@arentfox.com';
'scousins@armstrongteasdale.com';
'sehlers@armstrongteasdale.com';
'charles_malloy@aporter.com';
'anthony_boccanfuso@aporter.com';
'jg5786@att.com';
'neal.mann@oag.state.ny.us';
'dworkman@bakerlaw.com';
'ian.roberts@bakerbotts.com';
'peter@bankrupt.com';
'michael.mccrory@btlaw.com';
'david.powlen@btlaw.com';
'ffm@bostonbusinesslaw.com';
'csalomon@beckerglynn.com';
'aostrow@beckerglynn.com';
'sleo@bm.net';
'mpucillo@bermanesq.com';
'wzoberman@bermanesq.com';
'aoberry@bermanesq.com';
'davids@blbglaw.com';
'sgraziano@blbglaw.com';
'dbarber@bsblawyers.com';
'dbarber@bsblawyers.com';
'smulligan@bsblawyers.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'sabin.willett@bingham.com';
'jeffrey.sabin@bingham.com';
'robert.dombroff@bingham.com';
'steven.wilamowsky@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'joshua.dorchak@bingham.com';
'jeffrey.sabin@bingham.com';
'ronald.silverman@bingham.com';
'steven.wilamowsky@bingham.com';
'carol.weinerlevy@bingham.com';
'jeffrey.sabin@bingham.com';
'joshua.dorchak@bingham.com';
'joshua.dorchak@bingham.com';
'aeckstein@blankrome.com';
'jalward@blankrome.com';
'tsalter@blankrome.com';
'jschiller@bsfllp.com';
'jsherman@bsfllp.com';
'amcmullen@boultcummings.com';
'rjones@boultcummings.com';
'kurt.mayr@bgllp.com';
'emagnelli@bracheichler.com';
'arainone@bracheichler.com';
'notice@bkcylaw.com';
'mgordon@briggs.com';
'monica.lawless@brookfieldproperties.com'; 'slevine@brownrudnick.com';
'hsteel@brownrudnick.com';
'schristianson@buchalter.com';
'tunrad@burnslev.com';
'sidorsky@butzel.com';
'john.rapisardi@cwt.com';
'howard.hawkins@cwt.com';
'ellen.halstead@cwt.com';
'israel.dahan@cwt.com';
'mark.ellenberg@cwt.com';
'howard.hawkins@cwt.com';
'ellen.halstead@cwt.com';
'howard.hawkins@cwt.com';
'ellen.halstead@cwt.com';
'howard.hawkins@cwt.com';
'mark.ellenberg@cwt.com';
'howard.hawkins@cwt.com';
'jason.jurgens@cwt.com';
'ellen.halstead@cwt.com';
'sgordon@cahill.com';
'jlevitin@cahill.com';
'cahn@clm.com';
'wanda.goodloe@cbre.com';
'dlemay@chadbourne.com';
'hseife@chadbourne.com';
'arosenblatt@chadbourne.com';
'jclose@chapman.com';
'jschreib@chapman.com';
'appleby@chapman.com';
'heiser@chapman.com';
'heiser@chapman.com';
'lgranfield@cgsh.com';
'lschweitzer@cgsh.com';
'maofiling@cgsh.com';
'jennifer.demarco@cliffordchance.com';
'andrew.brozman@cliffordchance.com'; ; 'psp@njlawfirm.com';
'jwh@njlawfirm.com';
'lmay@coleschotz.com';
'jdrucker@coleschotz.com';
'mwarner@coleschotz.com';
'dhurst@coleschotz.com';
'mmendez@crb-law.com';

'sfalanga@connellfoley.com';
'chemrick@connellfoley.com';
'jeff.wittig@coair.com';
'eschwartz@contrariancapital.com';
'bcarlson@co.sanmateo.ca.us';
'jbeiers@co.sanmateo.ca.us';
'lathompson@co.sanmateo.ca.us';
'mhopkins@cov.com';
'dcoffino@cov.com';
'rlevin@cravath.com';
'judy.morse@crowedunlevy.com';
'mlichtenstein@crowell.com';
'mlichtenstein@crowell.com';
'mlichtenstein@crowell.com';
'jcarberry@cl-law.com';
'dhw@dhclegal.com';
'karen.wagner@dpw.com';
'james.mcclammy@dpw.com';
'james.mcclammy@dpw.com';
'djcarragher@daypitney.com';
'mginzburg@daypitney.com';
'jjtancredi@daypitney.com';
'jwcohen@daypitney.com';
'mcto@debevoise.com';
'glenn.siegel@dechert.com';
'iva.uroic@dechert.com';
'tdewey@dpklaw.com';
'dpegno@dpklaw.com';
'adiamond@diamondmccarthy.com';
'sloden@diamondmccarthy.com';
'cgonzalez@diazreus.com';
'akadish@dtlawgroup.com';
'aaaronson@dilworthlaw.com';
'cpappas@dilworthlaw.com';
'matthew.klepper@dlapiper.com';
'thomas.califano@dlapiper.com';
'stephen.cowan@dlapiper.com';
'george.south@dlapiper.com';
'schnabel.eric@dorsey.com';
'heim.steve@dorsey.com';
'dove.michelle@dorsey.com';
'steven.troyer@commerzbank.com';
'jjoyce@dresslerpeters.com';
'robert.malone@dbr.com';
'ljkotler@duanemorris.com';
'tduffy@andersonkill.com';
'jim@atkinslawfirm.com';
'sandyscafaria@eaton.com';
'ezujkowski@emmetmarvin.com';
'aentwistle@entwistle-law.com';
'jbeemer@entwistle-law.com';
'jporter@entwistle-law.com';
'kkelly@ebglaw.com';
'dtatge@ebglaw.com';
'wmarcari@ebglaw.com';
'slerman@ebglaw.com';
'sgubner@ebg-law.com';
'cweber@ebg-law.com';
'michael.krauss@faegrebd.com';
'lscarcella@farrellfritz.com';
'shari.leventhal@ny.frb.org';
'sfelderstein@ffwplaw.com';
'ppascuzzi@ffwplaw.com';
'charles@filardi-law.com';
'alum@ftportfolios.com';
'rflanagan@flanassoc.com';
'steven.usdin@flastergreenberg.com';
'wdase@fzwz.com';
'apalazzolo@fzwz.com';
'dheffer@foley.com';
'jlee@foley.com';
'wmckenna@foley.com';
'dspelfogel@foley.com';
'rbernard@foley.com';
'ggoodman@foley.com';
'lapeterson@foley.com';
'rbernard@foley.com';
'klynch@formanlaw.com';
'kanema@formanlaw.com';
'sory@fdlaw.com';
'jhiggins@fdlaw.com';
'deggert@freebornpeters.com';
'patrick.oh@freshfields.com';
'timothy.harkness@freshfields.com';
'david.livshiz@freshfields.com';
'peter.simmons@friedfrank.com';
'richard.tisdale@friedfrank.com';
'efriedman@friedmanspring.com';
'efriedman@fklaw.com';
'abeaumont@fklaw.com';
'abeaumont@fklaw.com';
'nbojar@fklaw.com';
'drosenzweig@fulbright.com';
'jmerva@fult.com';
'jmelko@gardere.com';
'bankruptcy@ntexas-attorneys.com';
'relgidely@gjb-law.com';
'jgenovese@gjb-law.com';
'pbattista@gjb-law.com';
'dcimo@gjb-law.com';
'dcrapo@gibbonslaw.com';
'dmarkham@gibbonslaw.com';
'mrosenthal@gibsondunn.com';
'jweiss@gibsondunn.com';
'aseuffert@lawpost-nyc.com';
'tnixon@gklaw.com';
'drosner@goulstonstorrs.com';
'gkaden@goulstonstorrs.com';
'brian.corey@greentreecreditsolutions.com';
'diconzam@gtlaw.com';
'melorod@gtlaw.com';
'tannweiler@greerherz.com';
'joy.mathias@dubaiic.com';
'jschwartz@hahnhessen.com';
'jorbach@hahnhessen.com';
'rmatzat@hahnhessen.com';
'wbenzija@halperinlaw.net';
'jdyas@halperinlaw.net';
'dtheising@harrisonmoberly.com';
'sldreyfuss@hlgslaw.com';
'mmoloshok@hlgslaw.com';
'agold@herrick.com';
'sselbst@herrick.com';
'ramona.neal@hp.com';
'ken.higman@hp.com';
'jdoran@haslaw.com';
'rleek@hodgsonruss.com';
'scott.golden@hoganlovells.com';
'robin.keller@hoganlovells.com';
'dennis.tracey@hoganlovells.com';
'ben.lewis@hoganlovells.com';
'john.beck@hoganlovells.com';
'barbra.parlin@hklaw.com';
'arthur.rosenberg@hklaw.com';
'richard.lear@hklaw.com';
'arthur.rosenberg@hklaw.com';
'john.monaghan@hklaw.com';
'barbra.parlin@hklaw.com';
'kerry.moynihan@hro.com';
'adam.brezine@hro.com';
'keckhardt@hunton.com';

'jrsmith@hunton.com';
'cweiss@ingramllp.com';
'dave.davis@isgria.com';
'toby.r.rosenberg@irscounsel.treas.gov';
'mimi.m.wong@irscounsel.treas.gov';
'seba.kurian@invesco.com';
'afriedman@irell.com';
'klyman@irell.com';
'mneier@ibolaw.com';
'jay.hurst@oag.state.tx.us';
'ptrostle@jenner.com';
'dmurray@jenner.com';
'rbyman@jenner.com';
'gspilsbury@jsslaw.com';
'jowen769@yahoo.com';
'joseph.cordaro@usdoj.gov';
'michaels@jstriallaw.com';
'michaels@jstriallaw.com';
'robert.honeywell@klgates.com';
'enkaplan@kaplanlandau.com';
'dmark@kasowitz.com';
'drosner@kasowitz.com';
'aglenn@kasowitz.com';
'snewman@katskykorins.com';
'mprimoff@kayescholer.com';
'mprimoff@kayescholer.com';
'msolow@kayescholer.com';
'kdwbankruptcydepartment@kelleydrye.com'; 'mpage@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'kdwbankruptcydepartment@kelleydrye.com';
'stephen.hessler@kirkland.com';
'mark.mckane@kirkland.com';
'james.sprayregen@kirkland.com';
'james.sprayregen@kirkland.com';
'jonathan.henes@kirkland.com';
'joseph.serino@kirkland.com';
'chad.husnick@kirkland.com';
'christopher.greco@kirkland.com';
'jay@kleinsolomon.com';
'jjureller@klestadt.com';
'lkiss@klestadt.com';
'andrew.lourie@kobrekim.com';
'boneill@kramerlevin.com';

'acaton@kramerlevin.com';
'deggermann@kramerlevin.com';
'mlandman@lcbf.com';
'wballaine@lcbf.com';
'sree@lcbf.com';
'ekbergc@lanepowell.com';
'keith.simon@lw.com';
'david.heller@lw.com';
'peter.gilhuly@lw.com';
'james.heaney@lawdeb.com';
'jamesboyajian@gmail.com';
'jamesboyajian@gmail.com';
'gabriel.delvirginia@verizon.net';
'lisa.solomon@att.net';
'lkatz@ltblaw.com';
'wswearingen@llf-law.com';
'sfineman@lchb.com';
'dallas.bankruptcy@publicans.com';
'dallas.bankruptcy@publicans.com';
'austin.bankruptcy@publicans.com';
'peisenberg@lockelord.com';
'wcurchack@loeb.com';
'vrubinstein@loeb.com';
'dbesikof@loeb.com';
'loizides@loizides.com';
'robin.keller@lovells.com';
'chris.donoho@lovells.com';
'ilevee@lowenstein.com';
'krosen@lowenstein.com';
'metkin@lowenstein.com';
'steele@lowenstein.com';
'twheeler@lowenstein.com';
'jprol@lowenstein.com';
'scargill@lowenstein.com';
'mwarren@mtb.com';
'jhuggett@margolisedelstein.com';
'fhyman@mayerbrown.com';
'msegarra@mayerbrown.com';
'btrust@mayerbrown.com';
'msegarra@mayerbrown.com';
'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'emerberg@mayerbrown.com';
'tkiriakos@mayerbrown.com';
'btrust@mayerbrown.com';
'fhyman@mayerbrown.com';
'swolowitz@mayerbrown.com';

'btrust@mayerbrown.com';
'jstoll@mayerbrown.com';
'hbeltzer@mayerbrown.com';
'cwalsh@mayerbrown.com';
'btrust@mayerbrown.com';
'cwalsh@mayerbrown.com';
'jlamar@maynardcooper.com';
'kreynolds@mklawnyc.com';
'mh1@mccallaraymer.com';
'jnm@mccallaraymer.com';
'eglas@mccarter.com';
'kmayer@mccarter.com';
'wtaylor@mccarter.com';
'ggitomer@mkbattorneys.com';
'ncoco@mwe.com';
'icatto@mwe.com';
'phayden@mcguirewoods.com';
'sfox@mcguirewoods.com';
'dhayes@mcguirewoods.com';
'jmaddock@mcguirewoods.com';
'jsheerin@mcguirewoods.com';
'jmr@msf-law.com';
'mbloemsma@mhjur.com';
'tslome@msek.com';
'amarder@msek.com';
'jmazermarino@msek.com';
'harrisjm@michigan.gov';
'michael.frege@cms-hs.com';
'sdnyecf@dor.mo.gov';
'steve.ginther@dor.mo.gov';
'michael.kelly@monarchlp.com';
'davidwheeler@mvalaw.com';
'joshua.dorchak@morganlewis.com';
'nherman@morganlewis.com';
'agottfried@morganlewis.com';
'jgoodchild@morganlewis.com';
'nissay_10259-0154@mhmjapan.com';
'lberkoff@moritthock.com';
'jpintarelli@mofo.com';
'lmarinuzzi@mofo.com';
'lmarinuzzi@mofo.com';
'yuwatoko@mofo.com';
'tgoren@mofo.com';
'jpintarelli@mofo.com';
'lnashelsky@mofo.com';
'mrothchild@mofo.com';

'bmiller@mofo.com';
'bankruptcy@morrisoncohen.com';
'jsullivan@mosessinger.com';
'akolod@mosessinger.com';
'mparry@mosessinger.com';
'kkolbig@mosessinger.com';
'rgoodman@moundcotton.com';
'amh@amhandlerlaw.com';
'sabvanrooy@hotmail.com';
'millee12@nationwide.com';
'fhenn@law.nyc.gov';
'richard.fingard@newedge.com';
'ddrebsky@nixonpeabody.com';
'adarwin@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'vmilione@nixonpeabody.com';
'mberman@nixonpeabody.com';
'cdesiderio@nixonpeabody.com';
'rpedone@nixonpeabody.com';
'bankruptcymatters@us.nomura.com';
'crmomjian@attorneygeneral.gov';
'mjr1@westchestergov.com';
'john.mule@ag.state.mn.us';
'jnadritch@olshanlaw.com';
'akantesaria@oppenheimerfunds.com'; 'rdaversa@orrick.com';
'rdaversa@orrick.com';
'jguy@orrick.com'; ;
'korr@orrick.com';
'dfelder@orrick.com';
'maustin@orrick.com';
'jguy@orrick.com';
'dfelder@orrick.com';
'lmcgowen@orrick.com';
'rdaversa@orrick.com';
'tomwelsh@orrick.com';
'otccorpactions@finra.org';
'wsilverm@oshr.com';
'pfeldman@oshr.com';
'mcyganowski@oshr.com';
'pfeldman@oshr.com';
'jar@outtengolden.com';
'rroupinian@outtengolden.com';
'wk@pwlawyers.com';
'chipford@parkerpoe.com';
'dwdykhouse@pbwt.com';

'bguiney@pbwt.com';
'harveystrickon@paulhastings.com';
'draelson@fisherbrothers.com';
'sshimshak@paulweiss.com';
'ddavis@paulweiss.com';
'chammerman@paulweiss.com';
'dshemano@peitzmanweg.com';
'cmestres@aclawllp.com';
'kressk@pepperlaw.com';
'kovskyd@pepperlaw.com';
'wisotska@pepperlaw.com';
'lawallf@pepperlaw.com';
'meltzere@pepperlaw.com';
'schannej@pepperlaw.com';
'arlbank@pbfcm.com';
'jhorgan@phxa.com';
'samuel.cavior@pillsburylaw.com';
'edward.flanders@pillsburylaw.com';
'nathan.spatz@pillsburylaw.com';
'dflanigan@polsinelli.com';
'jbird@polsinelli.com';
'cward@polsinelli.com';
'jsmairo@pbnlaw.com';
'tjfreedman@pbnlaw.com';
'bbisignani@postschell.com';
'igoldstein@proskauer.com';
'jchubak@proskauer.com';
'mbienenstock@proskauer.com';
'jchubak@proskauer.com';
'rbeacher@pryorcashman.com';
'canelas@pursuitpartners.com';
'schepis@pursuitpartners.com';
'jrabinowitz@rltlawfirm.com';
'broy@rltlawfirm.com';
'gary.ravertpllc@gmail.com';
'lhill@reedsmith.com';
'kgwynne@reedsmith.com';
'jfalgowski@reedsmith.com';
'clynch@reedsmith.com';
'mvenditto@reedsmith.com';
'jlscott@reedsmith.com';
'dgrimes@reedsmith.com';
'asomers@rctlegal.com';
'hmagaliff@r3mlaw.com';
'richard@rwmaplc.com';
'jshickich@riddellwilliams.com';
'gmoss@riemerlaw.com';

'abraunstein@riemerlaw.com';
'arheaume@riemerlaw.com';
'roger@rnagioff.com';
'mark.bane@ropesgray.com';
'ross.martin@ropesgray.com';
'philip.wells@ropesgray.com';
'ecohen@russell.com';
'russj4478@aol.com';
'mschimel@sju.edu';
'cmontgomery@salans.com';
'lwhidden@salans.com';
'cbelmonte@ssbb.com';
'tbrock@ssbb.com';
'pbosswick@ssbb.com';
'asnow@ssbb.com';
'aisenberg@saul.com';
'jtorf@schiffhardin.com';
'dkessler@ktmc.com';
'bdk@schlamstone.com';
'nlepore@schnader.com';
'jvail@ssrl.com';
'lawrence.gelber@srz.com';
'ep@scottwoodcapital.com';
'cohen@sewkis.com';
'ashmead@sewkis.com';
'munno@sewkis.com';
'guzman@sewkis.com';
'fsosnick@shearman.com';
'ned.schodek@shearman.com';
'ann.reynaud@shell.com';
'jennifer.gore@shell.com';
'jennifer.gore@shell.com';
'cshulman@sheppardmullin.com';
'etillinghast@sheppardmullin.com';
'mcademartori@sheppardmullin.com';
'amartin@sheppardmullin.com';
'rreid@sheppardmullin.com';
'bwolfe@sheppardmullin.com';
'bankruptcy@goodwin.com';
'jtimko@shutts.com';
'aquale@sidley.com';
'aunger@sidley.com';
'rfriedman@silvermanacampora.com';
'squsba@stblaw.com';
'irethy@stblaw.com';
'raj.madan@skadden.com';
'angie.owen@skadden.com';

'sally.henry@skadden.com';
'fyates@sonnenschein.com';
'pmaxcy@sonnenschein.com';
'slerner@ssd.com';
'rterenzi@stcwlaw.com';
'cgoldstein@stcwlaw.com';
'j.zelloe@stahlzelloe.com';
'schager@ssnyc.com';
'goldenberg@ssnyc.com';
'marc.chait@sc.com';
'sstarr@starrandstarr.com';
'dmiller@steinlubin.com';
'eobrien@sbchlaw.com';
'shgross5@yahoo.com';
'cp@stevenslee.com';
'cp@stevenslee.com';
'mcordone@stradley.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'ppatterson@stradley.com';
'mcordone@stradley.com';
'mdorval@stradley.com';
'mdorval@stradley.com';
'ppatterson@stradley.com';
'djoseph@stradley.com';
'jmmurphy@stradley.com';
'landon@slollp.com';
'villa@slollp.com';
'streusand@streusandlandon.com';
'mspeiser@stroock.com';
'smillman@stroock.com';
'lhandelsman@stroock.com';
'dwildes@stroock.com';
'holsen@stroock.com';
'cszyfer@stroock.com';
'lacyr@sullcrom.com';
'clarkb@sullcrom.com';
'schwartzmatthew@sullcrom.com';
'wrightth@sullcrom.com';
'fritschj@sullcrom.com';
'scottj@sullcrom.com';
'Charles.Malloy@aporter.com';
'Ira.Reid@bakermckenzie.com';
'top@chapman.com';
'bkramer@schlamstone.com'; 'lth@t-hllp.com'; 'jmr@msf-law.com';
'mark.sherrill@sutherland.com';
'Michael.Canning@aporter.com';
'robert.albergotti@haynesboone.com';
'autumn.highsmith@haynesboone.com'; 'mgburke@sidley.com';
'ajcurrie@Venable.com';
'KACamuti@venable.com';
'shmuel.vasser@dechert.com';
'metkin@lowenstein.com';
'jbienstock@coleschotz.com';
'mwarner@coleschotz.com';
'kmayer@mccarter.com';
'Fay.Teloni@Shearman.com';
'jfeeney@otterbourg.com';
'Andrew.Devore@ropesgray.com';
'daniel.guyder@allenovery.com';
'david.dubrow@arentfox.com';
'George.Angelich@arentfox.com';
'john.bicks@klgates.com';
'DiConzaM@gtlaw.com';
'christopher.dressel@skadden.com';
'jsherman@bsfllp.com';
'gkaden@goulstonstorrs.com';
'fcarruzzo@kramerlevin.com';
'gplotko@kramerlevin.com';
'Kristina.Alexander@ropesgray.com';
'dbartner@shearman.com';
'ned.schodek@shearman.com';
'robert.britton@shearman.com';
'CShesky@kingstreet.com';
'daniel.guyder@allenovery.com';
'lgranfield@cgsh.com';
'bmorag@cgsh.com';
'lbarefoot@cgsh.com';
'cboccuzzi@cgsh.com';
'daniel.laguardia@shearman.com';
'mhanchet@mayerbrown.com';
'tmoloney@cgsh.com';
'joshua.dorchak@morganlewis.com';
'soneal@cgsh.com';
'ellen.halstead@cwt.com';
'choupt@mayerbrown.com';
'igoldstein@proskauer.com';
'mhanchet@mayerbrown.com';
'wclareman@paulweiss.com';
'chammerman@paulweiss.com';
'jwood@paulweiss.com';
'lvelazquez@paulweiss.com';
'gkroup@paulweiss.com';
'nkelly@paulweiss.com';
'bkarp@paulweiss.com';
'MGAbraham@wlrk.com';
'CLHeavey@wlrk.com';
'HSNovikoff@wlrk.com';
'gordower@wlrk.com';
'rclary@cravath.com';
'dslifkin@cravath.com';
'mpaskin@cravath.com"mccarthyj@sullcrom.com';
'raislerk@sullcrom.com';
'mcarthurk@sullcrom.com';
'jdweck@sutherland.com';
'rick.murphy@sutherland.com';
'mark.sherrill@sutherland.com';
'bruce.wright@sutherland.com';
'miller@taftlaw.com';
'agbanknewyork@ag.tn.gov';
'marvin.clements@ag.tn.gov';
'jonathan.goldblatt@bnymellon.com';
'mmorreale@us.mufg.jp';
'foont@foontlaw.com';
'yamashiro@sumitomotrust.co.jp';
'matt@willaw.com';
'demetra.liggins@tklaw.com';
'rhett.campbell@tklaw.com';
'rhett.campbell@tklaw.com';
'mitchell.ayer@tklaw.com';
'david.bennett@tklaw.com';
'mbossi@thompsoncoburn.com';
'amenard@tishmanspeyer.com';
'mbenner@tishmanspeyer.com';
'bturk@tishmanspeyer.com';
'jchristian@tobinlaw.com';
'wchen@tnsj-law.com';
'agoldstein@tnsj-law.com';
'jmakower@tnsj-law.com';
'neilberger@teamtogut.com';
'sskelly@teamtogut.com';
'mlynch2@travelers.com';
'hollace.cohen@troutmansanders.com';
'lee.stremba@troutmansanders.com';
'bmanne@tuckerlaw.com';
'mshiner@tuckerlaw.com';
'linda.boyle@twtelecom.com';

'dlipke@vedderprice.com';
'mjedelman@vedderprice.com';
'easmith@venable.com';
'sabramowitz@velaw.com';
'jwest@velaw.com';
'sabramowitz@velaw.com';
'jeldredge@velaw.com';
'hsnovikoff@wlrk.com';
'rgmason@wlrk.com';
'arwolf@wlrk.com';
'jdwarner@warnerandscheuerman.com';
'cbelisle@wfw.com';
'jfreeberg@wfw.com';
'rgraham@whitecase.com';
'tmacwright@whitecase.com';
'avenes@whitecase.com';
'eleicht@whitecase.com';
'azylberberg@whitecase.com';
'eleicht@whitecase.com';
'dbaumstein@whitecase.com';
'rgraham@whitecase.com';
'mruetzel@whitecase.com';
'tlauria@whitecase.com';
'cshore@whitecase.com';
'jeanites@whiteandwilliams.com';
'bstrickland@wtplaw.com';
'dshaffer@wtplaw.com';
'szuch@wiggin.com';
'mabrams@willkie.com';
'mfeldman@willkie.com';
'aalfonso@willkie.com';
'rnetzer@willkie.com';
'dkozusko@willkie.com';
'mabrams@willkie.com';
'peter.macdonald@wilmerhale.com';
'jeannette.boot@wilmerhale.com';
'craig.goldblatt@wilmerhale.com';
'pfinkel@wilmingtontrust.com';
'cschreiber@winston.com';
'dmcguire@winston.com';
'mkjaer@winston.com';
'dneier@winston.com';
'brotenberg@wolffsamson.com';
'jlawlor@wmd-law.com';
'jlawlor@wmd-law.com';
'wmaher@wmd-law.com';
'rrainer@wmd-law.com';
'vguldi@zuckerman.com'

# SCHEDULE B

Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

Department Of Justice
Attn: Diane Winters
Ontario Regional Office
The Exchange Tower
130 King Street West
Toronto, On M5X 1K6

William K. Harrington
Susan Golden
Andrea B. Schwartz
United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014

OFFICE OF THE ATTORNEY GENERAL OF THE STATE OF NY
NEW YORK OFFICE
120 BROADWAY
NEW YORK, NY 10271-0332