**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
:
In re                                                                   :        Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                           :         08-13555 (SCC)
:        **(Jointly Administered)**
                        **Debtors.**                                   :
:
-------------------------------------------------------------------------------x        Ref. Docket Nos. 51232-51239,
                                                                                        51246-51250, 51252-51256, 51268,
                                                                                        51269, 51270, 51272, 51277-51283,
                                                                                        51295, 51296

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On November 3, 2015, I caused to be served the "Notice: Filing of Transfer of Claim
    Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is
    attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with
    the transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                     Lauren Rodriguez

Sworn to before me this
16th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (MERGE2, TXNUM2) 4000171666

To:    BAR(23) MAILID *** 000099761474 ***

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
375 PARK AVENUE, 13TH FLOOR
NEW YORK, NY 10152

CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.
ANDREWS KURTH LLP
ATTN: DAVID HOYT
450 LEXINGTON AVENUE
NEW YORK, NY 10017

Please note that your claim # 37433-04 in the above referenced case and in the amount of $30,038,778.74 allowed at $18,860,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099761474 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171666



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P.
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        51295        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/03/2015                    Vito Genna, Clerk of Court

                            /s/  Lauren Rodriguez

                            _____

                            EPIQ BANKRUPTCY SOLUTIONS, LLC

                            as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 3, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM EUROPEAN HOLDINGS S.A.R.L., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: MILLENNIUM PARTNERS, L.P., C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: NEWBERRY CREDIT OPPORTUNITIES LLC, C/O ATTESTOR CAPITAL LLP, ATTN: ISOBELLE WHITE, 20 BALDERTON STREET, LONDON W1K6TL UNITED KINGDOM |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE CREDIT PARTNERS MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO L.P., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM EUROPEAN HOLDINGS S.A.R.L. | PAUL V. SHALHOUB, ESQ., WILLKIE FARR & GALLAGHER, LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | MARC ABRAMS, ESQ., WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVENUE, 8TH FLOOR, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | MARC ABRAMS, ESQ., WILLKIE FARR & GALLAGHER LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MILLENNIUM PARTNERS, L.P. | ATTN: GENERAL COUNSEL, 666 FIFTH AVE, 8TH FL, NEW YORK, NY 10103 |
| MILLENNIUM PARTNERS, L.P. | RICHARDS KIBBE & ORBE LLP, ATTN: MICHAEL FRIEDMAN, ESQ., 200 LIBERTY STREET, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL CREDIT ALPHA FUND, L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL CREDIT ALPHA FUND, L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL SECURITIES FUND II LP, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL SECURITIES FUND II LP, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL SECURITIES FUND LP, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL SECURITIES FUND LP, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD, ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| NEWBERRY CREDIT OPPORTUNITIES LLC | ATTN: GENERAL COUNSEL, 666 FIFTH AVE, 8TH FL, NEW YORK, NY 10103 |
| NEWBERRY CREDIT OPPORTUNITIES LLC | RICHARDS KIBBE & ORBE LLP, ATTN: MICHAEL FRIEDMAN, ESQ., 200 LIBERTY STREET, NEW YORK, NY 10281 |
| NEWBERRY CREDIT OPPORTUNITIES LLC | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| OAK HILL CREDIT ALPHA FUND, L.P. | ATTN: SCOTT KRASE, 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76102 |
| OAK HILL CREDIT ALPHA FUND, L.P. | OAK HILL SECURITIES FUND, L.P., ATTN: GREGORY S. RUBIN, C/O OAK HILL ADVISORS, L.P., 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| OAK HILL CREDIT ALPHA FUND, L.P. | ATTN: SCOTT KRASE, 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76102 |
| OAK HILL CREDIT ALPHA FUND, L.P. | C/O OAK HILL ADVISORS, L.P., ATTN: GREGORY S. RUBIN, 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | ATTN: SCOTT KRASE, DIRECTOR, WALKER HOUSE, 87 MARY STREET, GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL CREDIT OPPORTUNITY MASTER FUND, LTD, C/O OAK HILL ADVISORS, L.P., ATTN: GREGORY S. RUBIN, 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | ATTN: SCOTT KRASE, DIRECTOR, WALKER HOUSE, 87 MARY STREET, GEORGE TOWN KY1-9002 CAYMAN ISLANDS |
| OAK HILL CREDIT OPPORTUNITIES MASTER FUND LTD | OAK HILL CREDIT OPPORTUNITY MASTER FUND, LTD., C/O OAK HILL ADVISORS, L.P., ATTN: GREGORY S. RUBIN, 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P., 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76112 |
| OAK HILL SECURITIES FUND II LP | C/O OAK HILL ADVISORS, L.P., 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| OAK HILL SECURITIES FUND II LP | YORK, NY 10036 |
| OAK HILL SECURITIES FUND II LP | OAK HILL ADVISORS, L.P., ATTN: SCOTT KRASE, 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76102 |
| OAK HILL SECURITIES FUND II LP | C/O OAK HILL ADVISORS, L.P., 1114 AVENUE OF THE AMERICAS, 27TH FL, NEW YORK, NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P., ATTN: SCOTT KRASE, 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76102 |
| OAK HILL SECURITIES FUND LP | OAK HILL SECURITIES FUND, L.P., C/O OAK HILL ADVISORS, L.P., 1114 AVENUE OF THE AMERICAS, 27TH FL, NEW YORK, NY 10036 |
| OAK HILL SECURITIES FUND LP | OAK HILL ADVISORS, L.P., ATTN: SCOTT KRASE, 201 MAIN STREET, SUITE 1250, FORT WORTH, TX 76102 |
| OAK HILL SECURITIES FUND LP | OAK HILL SECURITIES FUND, L.P., C/O OAK HILL ADVISORS, L.P., 1114 AVENUE OF THE AMERICAS, 27TH FLOOR, NEW YORK, NY 10036 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO L.P. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 555 5TH AVE FL 18, NEW YORK, NY 10017-9253 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVE., 18TH FLOOR ATTN: CLAUDIA BORG, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVE., 18TH FLOOR  ATTN: CLAUDIA BORG, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O STONE LION CAPITAL PARTNERS LP, ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FL, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH CREDIT PRODUCTS, LLC, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: CLAUDIA BORG, 461 5TH AVE, 14TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVE., 18TH FLOOR  ATTN: CLAUDIA BORG, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O STONE LION CAPITAL PARTNERS LP, 555 5TH AVE., 18TH FLOOR  ATTN: CLAUDIA BORG, NEW YORK, NY 10017 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE CREDIT PARTNERS MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD - SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, L.P. | NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 175**