**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                              :      Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,       :       08-13555 (SCC)
:      (Jointly Administered)
Debtors.                            :
:
---------------------------------------------------------------------x    Ref. Docket Nos. 50976, 51251,
51256-51258, 51260, 51297, 51298,
51315, 51322, 51325, 51332-51334

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 5, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
16th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President


SYSTEMS

LBH TRFNTC (MERGE2, TXNUM2) 4000171737

To:    BAR(23) MAILID *** 000099856931 ***

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
375 PARK AVENUE, 13TH FLOOR
NEW YORK, NY 10152

CCP CREDIT ACQUISITION HOLDINGS, LLC
ANDREWS KURTH LLP
ATTN: DAVID HOYT
450 LEXINGTON AVENUE
NEW YORK, NY 10017

Please note that your claim # 37431-05 in the above referenced case and in the amount of $49,597,432.13 allowed at $31,140,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099856931 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000171737



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51297          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/05/2015                          Vito Genna, Clerk of Court

                                           /s/  Lauren Rodriguez
                                           _____
                                           EPIQ BANKRUPTCY SOLUTIONS, LLC

                                           as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 5, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CANTON FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ANNT: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, 375 PARK AVENUE, 13TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 |

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERMAL STONE LION FUND, LTD., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDONN 2DB, UM EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| LIECHTENSTEINISCHE LANDESBABK AG, VADUZ | TRANSFEROR: BANK JULIUS BAER & CO. LTD., C/O DIAZ, REUS & TARG, LLP, ATTN: ALEXANDER REUS, ESQ. & ALISON LABOISSONNIERE, ESQ., 100 S.E. SECOND STREET, SUITE 2610, MIAMI, FL 33131 |
| NEUE AARGAUER BANK AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | C/O KWJS & S, ATTN: ST. SWEENEY, 570 7TH AVENUE, 17TH FLOOR, NEW YORK, NY 10018-1624 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., STONE LION CAPITAL PARTNERS L.P., ATTN: CLAUDIA BORG, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 555 5TH AVE FL 18, NEW YORK, NY 10017-9253 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |

| Claim Name | Address Information |
|---|---|
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: CLAUDIA BORG, 461 5TH AVE, 14TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT – ERIN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RAPAX OC MASTER FUND, LTD. | FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM. L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM, L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, ATTN: HUGO KOLLER, BAHNHOFSTR. 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: BANKHAUS CARL F. PLUMP & CO AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |

Total Creditor Count 134