**MOYE WHITE LLP**
1400 16th Street, Sixth Floor
Denver, CO, 80206
(303) 292-2900
(303) 292-4510 *facsimile*

*Attorneys for Cherry Creek Mortgage Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | ) Case No. 08-13555 (JMP)<br>) (Jointly Administered) |
| Debtors. | )<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Timothy M. Swanson, certify that I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the Supreme Court of Colorado and admitted *pro hac vice* in this Court for the above captioned case only, and that on November 16, 2015, I caused copies of the Response and Objection to Lehman Brothers Holding Inc.'s Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Objection") to be served by Federal Express Next Day Air upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq.), (iii) Special Counsel for LBHI, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: James N. Lawlor, Esq.),

02476000.1

and (iv) Special Counsel for LBHI, Rollin Braswell Fisher, 8350 E. Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael Rollin).

I further certify that on November 16, 2015, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: Denver, Colorado
November 16, 2015

/s/ Timothy M. Swanson
Timothy M. Swanson

02476000.1