**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x

| | | |
|---|---|---|
| | : | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | **(Jointly Administered)** |
| Debtors. | : | |
| | : | |

-----------------------------------------------------------------------x    **Ref. Docket No. 51316**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK       )
                                        ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On November 5, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
 Lauren Rodriguez

Sworn to before me this
16th day of November, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC.
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



LBH DEFTRFNTC (MERGE2, TXNUM2) 4000145864

To:    BAR(23) MAILID *** 000099856983 ***



RAPAX OC MASTER FUND, LTD.
TRANSFEROR: SERENGETI OVERSEAS MM L.P.
C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012

# THE REMAINDER OF THIS PAGE
# INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000099856983 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000145864



RAPAX OC MASTER FUND, LTD.
TRANSFEROR: SERENGETI OVERSEAS MM L.P.
C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012

DEUTSCHE BANK AG, LONDON BRANCH
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
UNITED KINGDOM

**Your transfer of claim # 67116-02 is defective for the reason(s) checked below:**

Other CLAIM NUMBER AND AMOUNT ARE NOT ON TRANSFER AGREEMENT

Docket Number    51316

Date:    11/02/2015

/s/ Lauren Rodriguez

_____

_____

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 2**