UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :   08-13555 (SCC)
                                          :   (Jointly Administered)
                Debtors.                  :
                                          :
-----------------------------------------------------------------x   Ref. Docket Nos. 50921, 51000,
                                                                     51171
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 6, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    /s/ Lauren Rodriguez
                                    Lauren Rodriguez

Sworn to before me this
16th day of November, 2015

/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22607

To:   BAR(23) MAILID *** 000099859191 ***



BANK OF NOVA SCOTIA, THE
NATHAN F. COCO
MCDERMOTT WILL & EMERY LLP
227 WEST MONROE STREET
SUITE 4700
CHICAGO, IL 60606-5096

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000099859191 ***        LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22607



BANK OF NOVA SCOTIA, THE
NATHAN F. COCO
MCDERMOTT WILL & EMERY LLP
227 WEST MONROE STREET
SUITE 4700
CHICAGO, IL 60606-5096

BANK OF NOVA SCOTIA, THE
ATTN: KEN THORLAKSON
V.P. & ASSOCIATE GENERAL COUNSEL
40 KING STREET WEST, 8TH FLOOR
TORONTO, ON M5H 1H1
CANADA

ELLIOTT ASSOCIATES, L.P.
C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**Your transfer of claim # 67931 is defective for the reason(s) checked below:**

Other CLAIMS ESTIMATED AT $0, SUBJECT TO DN 50298

Docket Number   51000                Date:  09/28/2015

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK OF NOVA SCOTIA, THE | ATTN: KEN THORLAKSON, V.P. & ASSOCIATE GENERAL COUNSEL, 40 KING STREET WEST, 8TH FLOOR, TORONTO, ON M5H 1H1 CANADA |
| BANK OF NOVA SCOTIA, THE | NATHAN F. COCO, MCDERMOTT WILL & EMERY LLP, 227 WEST MONROE STREET, SUITE 4700, CHICAGO, IL 60606-5096 |
| BIMINI INVESTMENTS S.A.R.L. | TRANSFEROR: SL TRADE CLAIM I LLC, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 LUXEMBOURG |
| BIMINI INVESTMENTS S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT ASSOCIATES, L.P. | C/O ELLIOTT MGMT CORP - MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| SWISSQUOTE GROUP HOLDING SA | C/O SWISSQUOTE BANK SA, ATTN: DAVID SOUSA; BACK OFFICE & BANKING APPLICATIONS, CH.DE LA CRETAUX 33, GLAND CH-1196 SWITZERLAND |

**Total Creditor Count 9**