**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: **(Jointly Administered)**
Debtors. :
:
-----------------------------------------------------------------------x  Ref. Docket Nos. 51220, 51346, 51347

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
16th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,

Address Service Requested

Legal Department or President



LBH TRFNTC (ADDRESS2, ADRKEYID3) 31583

To:    BAR(23) MAILID *** 000099865408 ***



E-CAPITAL PROFITS LIMITED
P.O. BOX 957
OFFSHORE INCORPORATIONS CENTRE
ROADTOWN, TORTOLA
 BRITISH VIRGIN ISLANDS

THE REMAINDER OF THIS PAGE
INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:

LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED
(IN LIQUIDATION)
TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
8TH FLOOR, PRINCE'S BUILDING
10 CHATER ROAD
CENTRAL
HONG KONG

Please note that your claim # 5062783-05 in the above referenced case and in the amount of $4,500,000.00 allowed at $4,500,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000099865408 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 31583



| E-CAPITAL PROFITS LIMITED | E-CAPITAL PROFITS LIMITED |
| P.O. BOX 957 | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL |
| OFFSHORE INCORPORATIONS CENTRE | CORPORATION ASIA LIMITED |
| ROADTOWN, TORTOLA | C/O BAKER & MCKENZIE |
| BRITISH VIRGIN ISLANDS | 14/F, HUTCHISON HOUSE |
| | 10 HARCOURT ROAD |
| | HONG KONG |

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     51346     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2015                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 2015.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| E-CAPITAL PROFITS LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, C/O BAKER & MCKENZIE, 14/F, HUTCHISON HOUSE, 10 HARCOURT ROAD   HONG KONG |
| E-CAPITAL PROFITS LIMITED | P.O. BOX 957, OFFSHORE INCORPORATIONS CENTRE, ROADTOWN, TORTOLA   BRITISH VIRGIN ISLANDS |
| E-CAPITAL PROFITS LIMITED | C/O 7/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL   HONG KONG |
| HIMFIELD LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, ATTN: COMPANY SECRETARY, C/O 7/F, CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL   HONG KONG |
| HIMFIELD LIMITED | P.O. BOX 173, KINGSTON CHAMBERS, ROAD TOWN, TORTOLA   BRITISH VIRGIN ISLANDS |
| HIMFIELD LIMITED | C/O 12/F., CHEUNG KONG CENTER, 2 QUEEN'S ROAD CENTRAL   HONG KONG |
| HIMFIELD LIMITED | C/O CHEUNG KONG (HOLDINGS) LTD, 8/F CHEUNG KONG CTR, 2 QUEEN'S RD, CENTRAL   HONG KONG |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| UBS AG | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |

**Total Creditor Count 11**