**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    08-13555 (SCC)
                                                                 :    (Jointly Administered)
                        **Debtors.**                  :
                                                                 :
-----------------------------------------------------------------x    Ref. Docket Nos. 51192, 51220

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                                         ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                              */s/ Lauren Rodriguez*
                                                                              Lauren Rodriguez

Sworn to before me this
16th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 51192, 51220_Aff 11-10-15.doc

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,



Address Service Requested

Legal Department or President

LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22309

To:    BAR(23) MAILID *** 000099865417 ***



CITIBANK ESPANA, S.A.
PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000099865417 ***    LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22309



CITIBANK ESPANA, S.A.
PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK ESPANA, S.A.
ATTN: JOSE ALBERTO PASCUAL
AVENIDA DE EUROPA, P.E. LA MORALEJA
ALCOBENDAS
MADRID 28108
 SPAIN

COMMERCIAL INTERNATIONAL BANK - EGYPT (S.A.E.)
ATTN: TAMER FOUAD
B211/F2, FINANCIAL DISTRICT, SMART VILLAGE
CAIRO ALEXANDRIA DESERT ROAD
GIZA, CAIRO
 EGYPT

**Your transfer  of claim # 55402-02 is defective for the reason(s) checked below:**

Other No Schedule Transfer Detail Provided or ISIN Detail

Docket Number   51192        Date:  10/16/2015

/s/ Lauren Rodriguez

———————————————————

———————————————————————
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CITIBANK ESPANA, S.A. | ATTN: JOSE ALBERTO PASCUAL, AVENIDA DE EUROPA, P.E. LA MORALEJA, ALCOBENDAS, MADRID 28108 SPAIN |
| CITIBANK ESPANA, S.A. | PAUL,WEISS,RIFKINK,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMMERCIAL INTERNATIONAL BANK - EGYPT (S.A.E.) | ATTN: TAMER FOUAD, B211/F2, FINANCIAL DISTRICT, SMART VILLAGE, CAIRO ALEXANDRIA DESERT ROAD, GIZA, CAIRO   EGYPT |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| UBS AG | BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |

**Total Creditor Count 5**