**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                      :   Chapter 11 Case No.
                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (SCC)
                                           :   (Jointly Administered)
Debtors.                                   :
                                           :
---------------------------------------------------------------x   Ref. Docket Nos. 50940, 50967,
51002, 51057

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
16th day of November, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



Address Service Requested

LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 967

To:   BAR(23) MAILID *** 000099971389 ***



BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA; JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

TURNPIKE LIMITED
TRANSFEROR: BARCLAYS BANK PLC
C/O ALDEN GLOBAL CAPITAL, LLC
ATTN: ITHRAN OLIVACCE
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

BAR(23) MAILID *** 000099971389 ***      LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 967

BARCLAYS BANK PLC
ATTN: DANIEL MIRANDA; JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

**Your transfer of claim # 566962-04 is defective for the reason(s) checked below:**

Docket Number   50940           Date: 09/15/2015

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA ESPERIA S.P.A. | VIA DEL FILODRAMMATICI 5, MILAN 20121 ITALY |
| BARCLAYS BANK PLC | ATTN: DANIEL MIRANDA; JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BASLER KANTONALBANK | ATTN: JURGEN LISS, POSTFACH, BASEL CH-4002 SWITZERLAND |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CVF LUX FINCO, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: CVF LUX FINCO, LLC, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | WEIL GOTSHAL & MANGES LLP, ATTN: GARRETT FAIL, 767 FIFTH AVENUE, NEW YORK, NY 10153 |
| SAVINO, GARGANO | VIA F. VENOSTA, 20, MILANO 20143 ITALY |
| TURNPIKE LIMITED | TRANSFEROR: BARCLAYS BANK PLC, C/O ALDEN GLOBAL CAPITAL, LLC, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 15**