Evans Prieston, Esq. 3062098
James W. Brody, Esq. 212967
Tracy L. Henderson, Esq. 252888
American Mortgage Law Group
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0300

*Attorneys for Gateway Funding Diversified Mortgage Services, L.P., First Mortgage Corporation, Bank of Commerce Mortgage ("BCM"), Apex Home Loans, Inc., and Hartland Mortgage Centers, Inc. and Pacor Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS., et al.,** | Case No. 08-13555-scc |
| Debtors. | |

**CERTIFICATE OF SERVICE**

I, EVANS PRIESTON, being duly sworn deposes and says:

That I am over 18 years of age, not a party to this action, and reside in Novato, California.

That on November 16, 2015, I served a true copy of the Response of Gateway Funding Diversified Mortgage Services L.P., First Mortgage Corporation, Bank of Commerce Mortgage, Apex Home Loans, Inc., and Hartland Mortgage Centers, Inc. and Pacor Mortgage Corporation to Lehman Brothers Holding's Inc.'s Motion in Aid of Alternative Dispute Resolution

Procedures Order for Idemnification Claims of the Debtors Against Mortgage Loan Sellers to be served by Federal Express Next Day Air within the State of California to:

Federal Express Next Day Air:
    The Honorable Shelley C. Chapman,
    United States Bankruptcy Court, One Bowling
    Green, New York, New York 10004,

    Office of the United States Trustee, U.S. Federal Office
    Building, 201 Varick Street, Room 1006,
    New York, New York 10014
    (Attn: William K. Harrington, Esq., Susan Golden, Esq.),

    Special Counsel for LBHI,
    Wollmuth Maher & Deutsch LLP,
    500 Fifth Avenue,
    New York, New York 10110 (Attn: James N. Lawlor, Esq.),

    Special Counsel for LBHI,
    Rollin Braswell Fisher,
    8350 E. Crescent Parkway, Suite
    100, Greenwood Village, Colorado 80111
    (Attn: Michael Rollin).

    I further certify that on November 16, 2015, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

    I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: November 16, 2015
    Novato, California

                                                /s/ Evans Prieston
                                              EVANS PRIESTON