HINSHAW & CULBERTSON LLP
800 Third Avenue, 13th Floor
New York, New York 10022
(212) 471-6200
Alan F. Kaufman, Esq.
akaufman@hinshawlaw.com

*Attorneys for Freedom Mortgage Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHER HOLDINGS INC., et al.,<br><br>Debtors. | Case No. 08-13555 (SCC)<br>Chapter 11<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

I, Anne King, being duly sworn, deposes and says:

I am over eighteen (18) years of age, am not a party to this action and have a business address located at 800 Third Avenue, 13th Floor, New York, New York 10022.

On November 16, 2015, I caused copies of the Objection Of Freedom Mortgage Corporation To Motion In Aid Of Alternative Dispute Resolution Procedures Order For Indemnification Claims Of The Debtors Against Mortgage Loan Sellers (the "Objection") to be served by UPS Next Day Air upon: (i) The Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, (ii) Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq. and Andrea B. Schwartz, Esq.), and (iii) Special Counsel for LBHI, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110 (Attn: James N. Lawlor, Esq.).

Also, on November 16, 2015, upon electronic filing, a copy of the Objection was caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via this Court's ECF filing system.

_____
ANNE KING

Sworn before me this
16th day of November, 2015

_____
Notary Public

ROSELIA HICKEY
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HI6142120
Qualified in New York County
My Commission Expires March 13, 2018