**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------x
                                :

In re                          :    Chapter 11 Case No.
                                :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
                                :

           Debtors.         :    (Jointly Administered)
                                :

----------------------------------------------------------------------x    Ref. Docket Nos. 51444, 51445, 51450
                                                    & 51451

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 13, 2015, I caused to be served the:

    a)  "Omnibus Reply to Responses to Omnibus Objections to Claims," dated November 13, 2015 [Docket No. 51444], (the "Omnibus Reply"),

    b)  "Notice of Hearing," dated November 13, 2015 [Docket No. 51445], (the "Hearing Notice"),

    c)  "Notice of Hearing on the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims)," dated November 13, 2015, to which was attached the "Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims)," dated November 13, 2015 [Docket No. 51450], (the "512th Omnibus Objection"), and

    d)  "Notice of Hearing on Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims)," dated November 13, 2015, to which was attached the "Plan Administrator's Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims)," dated November 13, 2015 [Docket No. 51451], (the "513th Omnibus Objection"),

    by causing true and correct copies of the:

    i.  Omnibus Reply, Hearing Notice, 512th Omnibus Objection, and 513th Omnibus Objection, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

ii.   Omnibus Reply, Hearing Notice, 512th Omnibus Objection, and 513th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>,

iii.  Omnibus Reply and Hearing Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iv.   512th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

v.    513th Omnibus Objection, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit E</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
16th day of November, 2015
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

T:\Clients\LBH\Affidavits\Omnibus Reply, Hearing Notice, 512th & 513th  Omnibus Objections_DI 51444, 51445, 51450 & 51451_AFF_11-13-15_SS.docx

**EXHIBIT A**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
agoldstein@tnsj-law.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com

ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

emerberg@mayerbrown.com

enkaplan@kaplanlandau.com

eobrien@sbchlaw.com

eschwartz@contrariancapital.com

etillinghast@sheppardmullin.com

ezujkowski@emmetmarvin.com

fcarruzzo@kramerlevin.com

ffm@bostonbusinesslaw.com

fhenn@law.nyc.gov

fhyman@mayerbrown.com

foont@foontlaw.com

fsosnick@shearman.com

fyates@sonnenschein.com

gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com

gbray@milbank.com

george.south@dlapiper.com

ggitomer@mkbattorneys.com

ggoodman@foley.com

giddens@hugheshubbard.com

gkaden@goulstonstorrs.com

glenn.siegel@dechert.com

glenn.siegel@morganlewis.com

gmoss@riemerlaw.com

goldenberg@ssnyc.com

gplotko@kramerlevin.com

gspilsbury@jsslaw.com

guzman@sewkis.com

harrisjm@michigan.gov

harveystrickon@paulhastings.com

hbeltzer@mayerbrown.com

heim.steve@dorsey.com

heiser@chapman.com

hmagaliff@r3mlaw.com

hollace.cohen@troutmansanders.com

holsen@stroock.com

hooper@sewkis.com

howard.hawkins@cwt.com

hrh@lhmlawfirm.com

hseife@chadbourne.com

hsnovikoff@wlrk.com

hsteel@brownrudnick.com

icatto@mwe.com

igoldstein@proskauer.com

irethy@stblaw.com

israel.dahan@cwt.com

iva.uroic@dechert.com

jacobsonn@sec.gov

jalward@blankrome.com

james.heaney@lawdeb.com

james.mcclammy@dpw.com

james.sprayregen@kirkland.com

jamesboyajian@gmail.com

jamestecce@quinnemanuel.com

jar@outtengolden.com

jay.hurst@oag.state.tx.us

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jclose@chapman.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmakower@tnsj-law.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschreib@chapman.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com
lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com

mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com

msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com

rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wchen@tnsj-law.com

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com
yuwatoko@mofo.com

**EXHIBIT B**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


BRICE, VANDER LINDEN & WERNICK, P.C.
ATTN: HILARY B. BONIAL
(COUNSEL TO LITTON LOAN SERVICING, LP)
14841 DALLAS PARKWAY , SUITE 300
DALLAS, TX 75254

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ADVENTIST UNION LIMITED | 798 THOMSON ROAD SINGAPORE 298186 SINGAPORE |
| ALMADA GONZALEZ, ERNESTO JAVIER & ANA MARIA GOMEZ | AV LAS PALMAS N 100 CASA 81, COL SANTA FE ZAPOPAN JALISCO C.P. 45110 MEXICO |
| ALONSO VERTIZ, RAFAEL | PEDRO FIGARI 1615 MONTEVIDEO CP 11500 URUGUAY |
| AVELINO ORNELAS, MANUEL | CAMINBO DA TERCA NO. 2 SAO ROQUE 9020-123 FUNCHAL PORTUGAL |
| AVELINO ORNELAS, MANUEL | MANUEL AVELINO ORNELAS CA, TERCA 2 SAO ROQUE FUNCHAL 9020-123 PORTUGAL |
| BANCO SANTANDER INTERNATIONAL, AS AGENT | DLA PIPER ATTN: WILLIAM M. GOLDMAN, ESQ. 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BANCO SANTANDER INTERNATIONAL, AS AGENT | ATTN: LEGAL DEPARTMENT 1401 BRICKWELL AVE, SUITE 1500 MIAMI FL 33131 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: LLOYDS TSB BANK PLC (GENEVA BRANCH) ATTN: PATRIK ROOS BAHNHOFSTRASSE 36 ZURICH 8010 SWITZERLAND |
| BANK OF EAST ASIA LTD., THE, AS NOMINEE | FOR A/C LUNG TAK CHUNG J, TONG YUK KWAN 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANK OF EAST ASIA LTD., THE, AS NOMINEE | FOR A/C LUNG WING MAN VIRGINIA 35/F BEA TOWER, MILLENNIUM CITY 5 CYD DEPT KWUN TONG HONG KONG |
| BANQUE PRIVEE | EDMOND DE ROTHSCHILD S.A. 18, RUE DE HESSE GENEVE 1204 SWITZERLAND |
| BARNUEVO VIGIL DE QUINONES, MARIA PILAR | ORENSE, 5 MADRID 28020 SPAIN |
| BESSIO, MIRTA | BERUTI 2485- PISO 14 BUENOS AIRES CP 1117 ARGENTINA |
| BIROL, ATIL | MIMAR SINAN MAH 1400 SOKAK NO=11 D=30 GOKTASI APT KONAK 1ZMIR TURKEY |
| BITKID B.V. | A VAN WOENSEL SINCLAIR LEWISPLAATS 7F ROTTERDAM 3068 EN NETHERLANDS |
| BLASCO MARTIN, GREGORIO & | MARTINEZ GARCIA, NATIVIDAD CL MARQUES DE LOZOYA 13,  4-A MADRID 28007 SPAIN |
| BLASCO MARTIN, GREGORIO & | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA 2"A" MADRID 28046 SPAIN |
| BLOOMINGDALE'S INT VENT LTD. | C/O MERRILL LYNCH, ATTN: TRUST DEPT 2 HARBOURFRONT PLACE #02-01 BAC ML HARBOURFRONT SINGAPORE 098499 SINGAPORE |
| BORRINO, ALBERTO M. | 402-1416 HARWOOD STREET VANCOUVER BC V6G JX5 CANADA |
| BRICENO VARGAS, ANTONIO & DE LA R DE BRICENO, PATR | CALLE 38 18B X 9 Y 11 FRACC. CAMPESTRE MERIDA YUCATAN CP 97120 MEXICO |
| BUOYANT HILL CORPORATION | 242 KWAI SHUI ST 6/F TAIPEI TAIWAN |
| CALZADA REBOLLEDO, ROSA MARIA & | SHARPE CALZADA, CLAUDIA ELENA BEETHOVEN 111 COL LEON MODERNO LEON GUANJUATO 37480 MEXICO |
| CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 220 ANTONIO ALZATE FRACC HIDALGO LEON GUANAJUATO 37220 MEXICO |
| CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 308 MONTANA, JARDINES DEL MORAL LEON GUANAJUATO 37160 MEXICO |
| CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | CANADA 105-A COL.JARDIN DEL MORAL LEON GTO 37160 MEXICO |
| CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | BLVD CAMPESTRE 1102 COL VALLE DEL CAMPESTRE LEON GTO 37150 MEXICO |
| CASTANEDA SAN ROMAN, HERMINIA & | CASTANEDA, SILVA HERMINIARAMIREZ PLATEROS # 102, COL. CARRETAS QUERETARO QRO 76050 MEXICO |
| CASTELLANOS RAMIREZ, HECTOR | LILLIAN FRANK DE CASTELLANOS AND HECTOR MANUEL CASTELLANOS EFRAIN GONZALES LUNA 2565 COL ARCOS GUADALAJARA JAL 44100 MEXICO |
| CHAN, PETER AND ROSE | 4B GREENVIEW GARDENS 125 ROBINSON ROAD HONG KONG |
| CHEN, ROSA TE | HANGCHOW SOUTH RD, SEC 1, LANE 18 NO. 13, 1F TAIPEI TAIWAN |
| CHINA UNIQUE HOLDINGS LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| CHIPHAR CORPORATION | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| COLE, FRANK | KROMVENDREEF 52 SCHOTEN B-2900 BELGIUM |
| DARYANI, PARASRAM, NEELAM P., VIKAS P. & NIKESH P | TRANSFEROR: UBS AG ATTN: NIKESH P DARYANI PO BOX 15668 DUBAI, UNITED ARAB EMIRATES |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DARYANI, PARASRAM/ NEELAM P DARYANI/ | VIKAS P DARYANI/ NIKESH P DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DARYANI, VIKAS PARASRAM/ | NEELAM PARASRAM DARYANI PO BOX 15668 DUBAI UNITED ARAB EMIRATES |
| DAVID JESUS ALPIZAR CARRILLO & | MARISSA NAVARRETE SIERRA CALLE 3 # 380X8Y8B COL.LA GUERRERO MERIDA, YUC. 97118 MEXICO |
| DE BAEREMAECKER, CAROLINA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| DIAZ CLARK, MONICA | 941 ORANGE AVE # 403 CORONADO CA 92118 |
| DIEZ EZCURRA, CLARA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| DOTSON INVESTMENTS, LTD | BES SFE-ES-AV MIGUEL DANTAS - EDIFICIO STATUS VALENCA DO MINHO 4930-678 PORTUGAL |
| DUARTE, ALEJANDRO DIEGO | C/O BNP PARIBAS ATTN: EDUARDO ANDRADE 201 S. BISCAYNE BLVD. SUITE 1800 MIAMI FL 33131 |
| FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | ARCIGA 34COL CENTRO PATZCUARO MICH 61600 MEXICO |
| FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE | VERONICA VANESSA/JACQUELINE/ CYNTHIA P. D'LUNA ASCENCIO RAYON #237 COL. OBRERA ENSENADA BC-22830 MEXICO |
| FUNG, GRACE SIN YU | FLAT B, 24/F, BLOCK 7, CAVENDISH HEIGHTS 33 PERKINS ROAD, JARDINE'S LOOKOUT HONG KONG |
| GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA HERNAND | C/O HEYMAN & ASSOCIATES PO BOX 387905 LA JOLLA CA 92038-7905 |
| GARCIA PASTORI, SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| GESTION PARTICIPATIVA XXI, S.L. | ESCALMENDI, 3 VITORIA 01013 SPAIN |
| GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | CALLE 31 DE MARZO NRO 105 COL. CENTRO LAGOS DE MORENO, JALISCO 47400 MEXICO |
| GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ, RUBE | OLIMPO 106 COL LA MARTINICA LEON GUANAJUATO 37500 MEXICO |
| GONZALEZ, GEORGINA MARGARITA | CALLE DEL CRESTON # 1542 SECC. JARDINES PLAYAS DE TIJUANA BC CP 22206 MEXICO |
| GONZALO PEREZ DE GUZMAN SAN ROMAN | CL. BETIS 1, 4-C SEVILLE 41010 SPAIN |
| GUZMAN ALDANA, ESTHELA M. | PROL COLON #1605 JARDINES DE LA ASUNCION AGUASCALIENTES, AGS 20270 MEXICO |
| HEINZ-JOACHIN, ELBE | HANS-BOHM-ZEILE 32 BERLIN 14165 GERMANY |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SIN | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH ATTN: SARAH CHAN/DIRECTOR LEVEL 13 & 14 HONG KONG HONG KONG |
| IP LAM SANG & TSE SIU MUI | BLOCK 5C 11/F PHOENIX COURT 39 KENNEDY ROAD HONG KONG |
| JABBOUR, LAMITA | VILLA JABBOUR, TALLET SROUR ZONE ROUGE N 78 NACCACHE LEBANON |
| JABBOUR, LAMITA | ME GREGORY J CONNOR 100 RUE DU RHONE GENEVA 1204 SWITZERLAND |
| JANUS SYSTEMS S A | INTL TECNOPARK OF PANAMA BLDG 218, APT 10701 EL DORADO CITY OF KNOWLEDGE PANAMA |
| JIMENEZ CASADO, MARIA DEL CARMEN | C/ ONA, 183 - 5 2 MADRID 28050 SPAIN |
| JIMENEZ CASADO, SANTIAGO | C/ MALDONADO, 56 - 4 C MADRID 28006 SPAIN |
| JOSE RUIVO DRAGAO, JOAO | VILA DRAGAO ALDEIA CAMPO VILAMOURA QUARTEIRA 8125-417 PORTUGAL |
| JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | ARCIGA 34 COL CENTRO PATZCUARO MICHOACAN 61600 MEXICO |
| KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 19 ISMAIL MOHAMED STR. ZAMALEK CAIRO EGYPT |
| KRAEMER, WILHELM | FINTHER ZANDSTRASSE 89 MAINZ D-55124 GERMANY |
| LEE, TSU-SHIU AND LEE, YEN SHU MEEI | NO. 198-2 HSIN LOG ST KAOSHIUNG TAIWAN |
| LIN WEN YEN AND LIN-CHOU CHIANG HUA | C/O WING SANG CHEONG LTD 56 KA YIP STREET HONG KONG |
| LINUESA SANCHEZ, ANDRES | MA DOLORES CATALAN SANAHUJA CAMPRODON, 15-17 1-1 SANTA COLOMA GRAMANET BARCELONA 08922 SPAIN |
| LLOVET GARCIA, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA DOLORES | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA ISABEL | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LLOVET GARCIA, MARIA SYLVIA | RINCON 454 OF 503 MONTEVIDEO URUGUAY |

| Claim Name | Address Information |
|---|---|
| LLOVET RUBIO, JUAN ENRIQUE | RINCON 454 OF 503 MONTEVIDEO URUGUAY |
| LUMINANCE VENTURES LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLO | CENTAURO #3056 COL. RINC. DE LA CALMA ZAPOPAN, JALISCO 45082 MEXICO |
| MARTINEZ, ENRIQUE VILLAGRASA | SINIA MORERA, 10 1 1A SITGES (BARCELONA) 08870 SPAIN |
| MATEOS ESCUDERO, MARIA AGUEDA | AVDA JOSE MESA Y LOPEZ 15, 5 E E-35006 LAS PALMAS DE GRAN CANARIA CANARY ISLANDS SPAIN |
| MATRIX CONTROL | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| MICHELINI, MARGARITA | BOLSA DE VALORES RINCON 454 PLANTA BAJA MONTEVIDEO URUGUAY |
| MM2275 CO. LTD. | 39 AGUSAN CIRCLE ST. INSULAR VILLAGE 1, LANANG DAVAD CITY 8000 PHILIPPINES |
| MURCIA, JAMIE H. | ATTN: CARLOS SARDI, ESQ. GENOVESE JOBLOVE & BATTISTA, P.A. 100 SE 2ND STREET, SUITE 4400 MIAMI FL 33131 |
| MURCIA, JAMIE H. | 5770 LA LUNETA AVE. MIAMI FL 33155 |
| NEMOY, DANIEL | OBLIGADO 1113 MONTEVIDEO URUGUAY |
| OCCHIONE, LIONEL DARDO | PASATE BOLLINI 2281 CABA BUENOS AIRES 1425 ARGENTINA |
| OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES | TIHUAPU Y AV MICH 253 VISTA BELLA FRACC LOMA DE VISTA BELLA MORELIA MICHOACAN 58090 MEXICO |
| OCTAVIO VELASCO, MARGARITA AND SEVILLA | EFRAIN GONZALES LUNA 2565 COLONIA ARCOS GUADALAJARA, JAL 44100 MEXICO |
| OROZCO COVARRUBIAS, FRANCISCO | CIRCUNVALACION NTE #129 COL NORTE AGUASCALIENTES AGS 20020 MEXICO |
| PARAMO, PATRICIA DE GUADALUPE | OLIVEROS, JOSE MA DE LOS ANGELES OLIVEROS MAQUEO AV TORRESLANDA 204 PB COL EL PARQUE CELAYA GUANAJUATO 38010 MEXICO |
| PEREZ GARCIA, BLAS | C/AGUERE 13 - 8 A EDF TORRE CRISTAL II S/C DE TENERIFE 38005 SPAIN |
| PINKY LIMITED | PO BOX N-1576 NASSAU BAHAMAS |
| PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, AND A | 24C, BLOCK 19 555 VICTORIA ROAD POKFULAM HONG KONG |
| PRECIAT DE MENENDEZ, ANA MARIA | CALLE 6 NO.59 X 21 PRIVADA REAL MONTECRISTO MERIDA, YUCATAN 97133 MEXICO |
| RIDGECREST HOLDINGS LTD | P.O. BOX 31106 GRAND CAYMAN, KYI 1205 CAYMAN ISLANDS |
| ROLDOS, JORGE | GREGORIO SUAREZ 2726 MONTEVIDEO URUGUAY |
| ROLDOS, MARGARITA | RBLA. REPUBLICA DEL PERU 1483 PISO 3 MONTEVIDEO URUGUAY |
| S. FEIJ | HOGE BARAKKEN 7D MAASTRICHT 6221 GM NETHERLANDS |
| SAEZ JORGE, CONCEPCION | FRANCISCO GUTIERREZ, JUAN ARAOZ & RUEDA ABOGADOS CASTELLANA, 164 ENTREPLANTA, 2"A" MADRID 28046 SPAIN |
| SAEZ JORGE, CONCEPCION | C/HUERTA SACEDILLA, 2 CHALET 23 MAJADAHONDA MADRID 28220 SPAIN |
| SANTOS GRADIM, JOAQUIM ARMINDO | SADOR, INC 60 MARKET SQUARE PO BOX 364 BELIZE |
| SANTOS GRADIM, JOAQUIM ARMINDO | RUA PARRINHO, 365 SAO JOAO DA MADEIRA 3700-217 PORTUGAL |
| SAUER, KLAUS PETER | 1 ALLEE L'OPIO VILLENEUVE-CHIN SU LUO 06270 FRANCE |
| SHYH-AN SU AND SHIOW-CHIN SU LUO | 11F-2, NO. 93, SEC 1, SINHAI ROAD DA-AN DISTRICT TAIPEI CITY 106 TAIWAN |
| SR. SIMON JUAN GALMES CERDO | TRANSFEROR: UNION BANCAIRE PRIVEE BANCO SABADELL ATLANTICO, PI ROSARI, S/N PALMA DE MALLORCA 07001 SPAIN |
| SUGIARTO, BAMBANG/ LAU HA CHUN | FLAT A 15TH FLOOR STARLIGHT GARDEN 2-14 ELECTRIC ST WANCHAI HONG KONG |
| SUWANG-SUN CO LTD | C/O MERRILL LYNCH INT'L BANK LTD ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| TACTICS LIMITED | FLAT 8B, BLOCK 8, BEVERLY VILLAS 16 LA SALLE ROAD KOWLOON HONG KONG |
| TAHRA HOLDINGS INC | 3 MILTIADOU STR GLYFADA ATHENS 16675 GREECE |
| TAN, CARIDAD & ALLEN ANTONIO | 2064 LUMBANG ST., CORNER CALUMPANG ST. DASMARINAS VILLAGE MAKAT PHILIPPINES |
| TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | CALLE ALGARROBO #23 CLUB DE GOLF LA CEIBA MERIDA YUCATAN 97000 MEXICO |
| TU, CHARLES AND PATTY | 2362 42ND AVENUE SAN FRANCISCO CA 94116 |
| UBS AG | BAHNHOFSTR. 45 ATTN: HUGO KOLLER ZURICH 8001 SWITZERLAND |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC P.O. BOX ZURICH 8098 SWITZERLAND |
| VAN ROOY, S.A.B. | SCHOONOUWENSEWEG 24 STOLWIJK 2821 NX NETHERLANDS |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO SAN RAIMUNDO 373 VALLE REAL ZAPOPAN JAL 45100 MEXICO |
| VIDRIO CHAVEZ, GERARDO ARMANDO | PASEO ATLAS COLOMOS #3000 INT 88 ATLAS COLOMOS ZAPOPAN JALISCO 45118 MEXICO |
| WING LUNG BANK LIMITED | ATTN: WMC 2/F WING LUNG BANK BLDG. 45 DES VOEUX RD. CENTRAL HONG KONG HONG KONG |
| WONG HUNG YING | 10E TOWER 11 PARC OASIS YAU YAT CHUEN KOWLOON HONG KONG |
| YARNOZ DIEZ, ISABEL MARIA | CARLOS VII, 7 - 4 0 IZDA PORTUGALETE - VIZCAYA 48920 SPAIN |
| YETTI LTD. | C/O MERRILL LYNCH INT'L BANK ATTN: TRUST DEPARTMENT 2 RAFFLES LINK MARINA BAYFRONT 039392 SINGAPORE |
| ZEELAND INTERNATIONAL LIMITED | 10-1 BAMBOO ROAD 2ND HSINCHU 30079 TAIWAN |

**Total Creditor count  120**

| Claim Name | Address Information |
| --- | --- |
| ALLEN & OVERY LLP | JOHN KIBLER JONATHAN CHO 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BINGHAM MCCUTCHEN LLP | ATTN: JEFFREY S.SABIN, JOSHUA DORCHAK 399 PARK AVENUE NEW YORK NY 10022 |
| FLEMIMING ZULACK WILLIAMSON ZAUDERER LLP | JOHN F. ZULACK ONE LIBERTY PLAZA NEW YORK NY 10006 |
| GENOVESE, JOBLOVE & BATTISTA, P.A. | ROBERT F. ELGIDELY, ESQ. CARLOS E. SARDI, ESQ. BARRY P. GRUHER, ESQ. MICHAEL A. FRIEDMAN, ESQ. MIAMI TOWER, 100 S.E. 2ND STREET, SUITE 4400 MIAMI FL 33131 |
| LAW OFFICES OF TALLY M. WIENER, ESQ. | JTALLY M. WIENER 119 WEST 72ND STREET, PMB 350 NEW YORK NY 10023 |
| LUNG WING MAN VIRGINIA | FLAT C, 41/F. BLK 3 LES SAISONS 28 TAI ON STREET, SAI WAN HO, HONG KONG |
| MOSES & SINGER LLP JAMES M. SULLIVAN | THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| VENTURINI & ASSOCIATES | AUGUST C. VENTURINI, ESQ. 230 PARK AVENUE, SUITE 545 NEW YORK NY 10169 |
| WING LUNG BANK | ATTN: SHIRLEY LEUNG, ANGELA TANG TOWER 9 CENTRAL PARK TOWERS II, 2 YIN ROAD CENTRAL HONG KONG |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | DAVID R. HURST, ESQ. 1270 AVENUE OF THE AMERICAS SUITE 2210 NEW YORK NY 10020 |

**Total Creditor count  10**

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCLAER, 6 ESCALDES ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: JOSE MARIA ALFIN CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES - ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | TRANSFEROR: GRANITE FINANCE LIMITED CALLE MANUEL CERQUEDA I ESCALER, 6 ESCALDES - ENGORDANY ESCALDES - ENGORDANY ANDORRA |
| ANDORRA BANC AGRICOL REIG, S.A. | 68, WEST BAY ROAD GEORGE TOWN CAYMAN ISLANDS |
| DNB NOR BANK ASA | ATTN: INGRID DE LA FOREST NO-0021 OSLO NORWAY |
| DNB NOR BANK ASA | POSTBOKS 1600 SENTRUM OSLO NO-0021 NORWAY |
| DNB NOR BANK ASA | DRONNING EUFEMIAS GATE 30 OSLO NO-0191 NORWAY |
| DNB NOR BANK ASA | WHITE & CASE LLP ATTN: RICHARD GRAHAM 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GRANITE FINANCE LIMITED | 68, WEST BAY ROAD GEORGE TOWN CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | ATTN: THE DIRECTORS PO BOX 1109 HSBC HOUSE, 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: DR. JOACHIM KAETZLER C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | RATHENAUPLATZ 1 GEMANY FRANKFURT AM MAIN D-60313 GERMANY |

**Total Creditor count  14**

**EXHIBIT E**

| Claim Name | Address Information |
|---|---|
| E-CAPITAL PROFITS LIMITED | P.O. BOX 957 OFFSHORE INCORPORATIONS CENTRE ROADTOWN, TORTOLA BRITISH VIRGIN ISLANDS |
| E-CAPITAL PROFITS LIMITED | C/O 7/F, CHEUNG KONG CENTER 2 QUEEN'S ROAD CENTRAL HONG KONG |
| E-CAPITAL PROFITS LIMITED | C/O BAKER & MCKENZIE 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| GRANITE FINANCE LIMITED | 68, WEST BAY ROAD GEORGE TOWN CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | ATTN: THE DIRECTORS PO BOX 1109 HSBC HOUSE, 68 WEST BAY ROAD GEORGETOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| GRANITE FINANCE LIMITED | JENNIFER C. DEMARCO & DAVID A. SULLIVAN CLIFFORD CHANCE US LLP 31 WEST 52ND STREET NEW YORK NY 10019 |

**Total Creditor count  6**