

**CT**

October 27, 2015

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaverton, OR 97076

Re: Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc, Pltf. vs. Bank of America National Association, et al., Dfts. // To: Class V Funding III, Corp.

Case No. 0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Class V Funding III, Corp..

CT was unable to forward.

Very truly yours,

The Corporation Trust Company

Log# 528059888

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
Alexander Hamilton Custom House,
One Bowling Green,
New York, NY 10004-1408

(Returned To)

Epiq Bankruptcy Solutions, LLC
PO Box 4470,
Beaverton, OR 97076