



Stadt- und Kreissparkasse Leipzig · Postfach 10 08 40 · 04008 Leipzig

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408

MarktServiceCenter
Passiv/ Abgeltungsteuer/ Nachlass
Gitte Hamel
Telefon: 0049341 986-1920
Telefax: 0049341 986-1919
Gitte.Hamel@Sparkasse-Leipzig.de

10-21-2015

### Form 210A and Evidence of Transfer of Claim

Dear Sir or Madam,

as an arrangement we send you for the paraphrase of the claims against Lehman Brothers of the Credit Suisse to the Sparkasse Leipzig to requested documents. Please you confirm to me the entrance appropriate for term of the documents.

Yours sincerely

Stadt- und Kreissparkasse Leipzig

Gitte Hamel            Sabine Wagner

Stadt- und Kreissparkasse Leipzig       Vorstand:                              Telefon: +49 341 986-0         BIC: WELADE8LXXX
Humboldtstraße 25, 04105 Leipzig        Dr. Harald Langenfeld (Vors.)          Fax: +49 341 986-2299          BLZ: 860 555 92
HRA 13414 (Amtsgericht Leipzig)         Martin Bücher                          www.sparkasse-leipzig.de
Ust-ID-Nr.: DE141505490                 Andreas Koch                           info@sparkasse-leipzig.de
Steuer-Nr.: 231/145/00216               Andreas Nüdling (Stv.)
                                        Vorsitzender des Verwaltungsrates:
                                        Burkhard Jung

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Stadt- und Kreissparkasse Leipzig** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 6, 2015.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Rita von Wyl
Title: AVP

## SCHEDULE 1

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214R1481 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | Units 100 |

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sparkasse Leipzig
**Name of Transferee**

Credite Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Stadt- und Kreissparkasse Leipzig
MarktServiceCenter
Postfach 10 08 40 · 04008 Leipzig

Phone: 00493419861920   Germany
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: October 6, 2015
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): Evidence of Transfer of Claim

Phone: 0041443328611
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: October 20, 2015
  Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



