

October 30, 2015

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., et al., Debtors, Lehman Brothers Special Financing Inc, Pltf. vs. Bank of America National Association, et al., Dfts. // To: Class V Funding III, Corp.

Case No.  0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Class V Funding III, Corp..

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528092298

Sent By Regular Mail

cc:  Southern District of New York - U.S. Bankruptcy Court
     Alexander Hamilton Custom House,
     One Bowling Green,
     New York, NY  10004-1408
     **(Returned To)**

William F. Dahill
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

