

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

November 05, 2015

RECEIVED NOV 18 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

**subject** Evidence of transfer of claim

On behalf of / you are receiving    Attention: Clerk of the Court

partial transfer of claim: CREDIT SUISSE AG, ZURICH and UBS AG, ZURICH (Switzerland)

- [ ] for your information
- [x] for your records
- [ ] as agreed
- [ ] please complete
- [ ] returned with thanks
- [ ] please comment
- [ ] please sign
- [ ] please return
- [x] please confirm receipt
- [x] please process

Remarks
TOCE149    CHF 15'000    XS0328873681        EUR 9'000    XS0336151088
Transferor: CREDIT SUISSE AG, ZURICH (Switzerland)/Claim Number: 55829
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **UBS AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 4, 2015.**

**Credit Suisse AG**

By: _____
Name: Claudio P. Sieber
Title:  AVP

By: _____
Name: Rita von Wyl
Title:  AVP

**UBS AG**
**Transferee**

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

RECEIVED NOV 18 2015 U.S. BANKRUPTCY COURT SO. DIST. OF NEW YORK

TOCE149 UBS0230 CSZH 15K + 9K 3516082/3615570

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0328873681 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 15'000 |
| XS0336151088 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 9'000 |

TOCE149 UBS0230 CSZH 15K+9K 3516082/3615570