|  |  |
|---|---|
| Lehman Brothers Holdings Inc | ) |
|  | ) Chapter 11 |
|  | ) |
|  | ) |
|  | ) |
|  | ) Case Number 08-13555 |
| Debtor | ) |

## NOTICE OF WITHDRAWL OF TRANSFER OF CLAIM

**PLEASE TAKE NOTICE** that the transfer of claim for Corre Opportunities Qualified Master Fund, LP related docket entry number 50981 by Corre Opportunities II Master Fund, LP is hereby withdrawn.

Date: 10/27/2015

By: Eric Soderlund

Signed: _____.

Corre Partners Management LLC

646-863-7155 (Office Phone)

FILED 2015 NOV 18 A 11:34 U.S. BANKRUPTCY COURT S.D. OF N.Y.