## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Perry Principals LLC

Perry Principals LLC with offices at 767 Fifth Avenue, Floor 19, New York, New York 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) docketed as Claim No. 32695 to the extent of $14,675,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

Perry Principals LLC

By: _____
(Signature of authorized signatory)
Name: _____
Title: _____
Date: _____

APPROVED BY:
James Sorrentino   11/20/15
Director of Operations

Chase Lincoln First Commercial Corporation

By: _____
(Signature of authorized signatory)
Name: Christopher Cestaro
Title: Authorized Signatory
Date: 11/20/15

10

LCPI State Street - Perry to CLFCC $14.675MM AOC (2).doc

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Perry Principals LLC

Perry Principals LLC with offices at 767 Fifth Avenue, Floor 19, New York, New York 10153 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Chase Lincoln First Commercial Corporation with offices located at c/o J.P. Morgan Securities LLC, Mail Code: NY1-M138, 383 Madison Avenue, Floor 37, New York, New York 10179 ("Buyer"), all right, title and interest in and to the claims of Seller against LEHMAN COMMERCIAL PAPER INC. (and its affiliates) docketed as Claim No. 32697 to the extent of $14,675,000 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13900 (JMP) (jointly administered under Case No. 08-13555).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

Perry Principals LLC

By: _____
(Signature of authorized signatory)
Name:
Title:      APPROVED BY:
Date:       James Sorrentino    11/20/15
            Director of Operations

Chase Lincoln First Commercial Corporation

By: _____
(Signature of authorized signatory)
Name:   Christopher Cestaro
Title:  Authorized Signatory
Date:   11/20/15

LCPI State Street - Perry to CLFCC $14.675MM AOC (2).doc