WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――――x

In re:                                            :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,          :    Case No. 08-13555 (SCC)

                    Debtors.                      :

―――――――――――――――――――――――――――――x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 23, 2015, AT 2:00 P.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.    CONTESTED MATTERS**

1. Debtor's Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers ("Motion in Aid of ADR Order") **[Dkt. No. 51241]**

   Response Deadline:    November 16, 2015 at 4:00 p.m.

   Responses Received:

   A. Response and Objection of Cherry Creek Mortgage Company, Inc. to Debtor's Motion in Aid of ADR Order **[Dkt. No. 51335]**

B. Objection of Freedom Mortgage Corporation to Debtor's Motion in Aid of ADR Order **[Dkt. No. 51462]**

C. Response of Gateway Funding Diversified Mortgage Services, L.P., First Mortgage Corporation, Bank of Commerce Mortgage, Apex Home Loans, Inc., Hartland Mortgage Centers, Inc., and Pacor Mortgage Corporation to Debtor's Motion in Aid of ADR Order **[Dkt. No. 51464]**

Status: This matter is going forward solely with respect to those parties that did not file an objection to the Motion in Aid of ADR Order. This matter is being adjourned until January 14, 2016, at 10:00 a.m. with respect to the parties that filed objections.

Dated: New York, New York
November 20, 2015

WOLLMUTH MAHER & DEUTSCH LLP

/s/ James N. Lawlor
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong

500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

*Counsel for Lehman Brothers Holdings Inc.*