# Société Marseillaise de Crédit

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Regards,
Gregory

**Gregory Winter**
Case Manager
Epiq Systems
Bankruptcy Solutions
Phone: 646-282-2517

oo ^-



RECEIVED
NOV 12 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

SA à Directoire et Conseil de Surveillance au capital de 24 471 936 euros - SIREN 054 806 542 - RCS Marseille - N° TVA FR 79 054 806 542
Banque et Société de Courtage d'Assurances immatriculée à l'ORIAS sous le n° 07 019 357 (informations consultables sur www.orias.fr).

Siège Social : 75, rue Paradis - 13006 Marseille - Tél. 04 91 13 33 33 - Fax 04 91 13 55 15 - www.smc.fr

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.        Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Société Marseillaise de Crédit
**Name of Transferee**

Credit Suisse AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Société Marseillaise de Crédit
Agence Internationale
45 Bld Dubouchage
06000 Nice

Phone: +33 4 93 69 57 13
Last Four Digits of Acct #: _____

Court Claim # (if known): 55829
Date Claim Filed: October 29, 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: --
Last Four Digits of Acct. #: --

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

RECEIVED
NOV 12 2015
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Pothin Gilles    Date: 10/07/2015
Transferee/Transferee's Agent
International Brand Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Gilles POTHIN

S.M.C.
AGENCE INTERNATIONALE
10 JUIL. 2015
GILLES POTHIN
DIRECTEUR AGENCE

Société Marseillaise de Crédit
Agence Internationale
45 Bld Dubouchage
06000 Nice

Société Marseillaise de Crédit
Agence Internationale
45 Bld Dubouchage
06000 Nice



## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Societe Marseillaise de Credit** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **June 2, 2015.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:    AVP

By: _____
Name: Rita von Wyl
Title:    AVP

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0323535418 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | Units 3 |