# Exhibit 3

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

In re:                                                    :

                                                            :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :

                                                            :    Case No. 08-13555 (SCC)

                    Debtors.    :    (Jointly Administered)

                                                            :

-------------------------------------------------------------------X

                                                            :

MOORE MACRO FUND, LP, MOORE MACRO                         :

MARKETS FUND (MASTER), LP, SJL MOORE, LTD.,               :    Adv. Proc. Case No. 14-02021

JR MOORE, LP, LM MOORE LP, MF MOORE LP                    :    (SCC)

(formerly MOORE GLOBAL FIXED INCOME FUND                  :

(MASTER) LP), MOORE GLOBAL INVESTMENTS,                   :

LTD., MOORE EMERGING MARKETS FUND                         :

(MASTER) LP, MOORE CAPITAL ADVISORS, L.L.C.,              :

and TRADE PROCESS CORPORATION,                            :

                                                            :

                    Plaintiffs,    :    **NOTICE AND**

                                                            :    **STIPULATION OF**

v.                                                        :    **VOLUNTARY DISMISSAL**

                                                            :    **WITH PREJUDICE**

LEHMAN BROTHERS HOLDINGS INC., LEHMAN                     :

BROTHERS SPECIAL FINANCING INC., and                      :

LEHMAN BROTHERS COMMERCIAL                                :

CORPORATION,                                              :

                                                            :

                    Defendants.    :

-------------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 41(a)(2), it is hereby stipulated and agreed

by and between counsel for Plaintiffs and Defendants Lehman Brothers Holdings Inc., Lehman

Brothers Special Financing, Inc., and Lehman Brothers Commercial Corporation (together,

"Defendants") that the (i) Eighth Counterclaim in the above-captioned action is voluntarily

dismissed with prejudice, and (ii) Ninth and Tenth Counterclaims solely to the extent predicated

upon Plaintiffs' failure to properly calculate amounts payable or receivable in accordance with

the definition of Market Quotation or Loss under the Master Agreements are voluntarily

dismissed with prejudice.  Each party shall bear its own costs and attorney's fees related to the

dismissed counterclaims.


Dated:   October 29, 2015                        Respectfully submitted,
            New York, New York
                                                        JONES DAY

                                                        _____
                                                        Jayant W. Tambe
                                                        Tracy V. Schaffer
                                                        Locke R. McMurray
                                                        Stephen P. Farrelly
                                                        222 East 41st Street
                                                        New York, New York  10017
                                                        Telephone:  (212) 326-3939
                                                        Facsimile:  (212) 755-7306

                                                        *Attorneys for Defendants*

Respectfully submitted,

SCHLAM STONE & DOLAN LLP

_____

Bennette D. Kramer
Jeffrey M. Eilender
Erik S. Groothuis
Samuel L. Butt
26 Broadway
New York, NY  10004
Telephone:  (212) 344-5400
Facsimile:  (212) 344-7677
E-Mail:  bdk@schlamstone.com
E-Mail:  jme@sclamstone.com
E-Mail:  egroothuis@schlamstone.com
E-Mail:  sbutt@schlamstone.com

TEIGLAND-HUNT LLP

Lauren Teigland-Hunt
127 West 24th Street
New York, New York  10011
Telephone:  (212) 269-1600
Facsimile:  (212) 269-1580

*Attorneys for Plaintiffs*

Dated: October __, 2015                **SO ORDERED:**

                                       _____

                                       JUDGE SHELLEY C. CHAPMAN
                                       United States Bankruptcy Judge
                                       Southern District of New York