**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ronald W. Hopkins, Esq., request admission, *pro hac vice,* before the Honorable

Shelley C. Chapman, to represent Arch Insurance Company, a creditor and party-in-interest in

the above-referenced case.

*I certify that I am a member in good standing* of the bar in the State of California and

the bars of the U.S. District Court's for the Central, Southern, Northern and Eastern Districts of

California.

Dated: November 24, 2015

GASCOU HOPKINS LLP

By:   /s/ Ronald W. Hopkins
      RONALD W. HOPKINS, ESQ.
      rhopkins@gascouhopkins.com
      9696 Culver Blvd, Suite 302
      Culver City, CA  90232
      Tel: (310) 785-9341/Fax: (310) 785-9149
      *Co-Counsel for Arch Insurance Company*