Armen Shahinian, Esq.
Scott A. Zuber, Esq.
CHIESA SHAHINIAN & GIANTOMASI PC
One Boland Drive
West Orange, New Jersey 07052
Tel: (973) 530-2046; Fax: (973) 530-2246

-and-

Ronald W. Hopkins, Esq.
GASCOU HOPKINS LLP
9696 Culver Blvd Suite 302
Culver City CA 90232
Tel: (310) 785-9116; Fax: (310) 785-9149
*Attorneys for Arch Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
                                      :  Chapter 11
In re:                                :
                                      :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC. et al.  :
                                      :  (Jointly Administered)
            Debtors.                  :
                                      :
                                      :
------------------------------------- x

## CERTIFICATE OF SERVICE

I, Steven J. Sheldon, certify that, on November 19, 2015, I caused to be served true and correct copies of the *Opposition of Arch Insurance Company to Motion for Order Compelling Arbitration of Disputes Under Settlement Agreement between Debtors and Arch Insurance Company* [Docket No. 51511] through the Court's CM/ECF system upon all registered electronic filers appearing in this case and by sending true and correct copies to the parties on Exhibit "A," via overnight mail, and on Exhibit "B," via hand delivery.

Dated: November 25, 2015                    /s/ Steven J. Sheldon
                                            Steven J. Sheldon

1

5630779.1

# EXHIBIT A

A. Velez-Rivera, P. Schwartzberg,
B. Masumoto, L, Riffkin, and T. Hope Davis
U.S. Trustee
201 Varick Street
New York, NY  10014

R. Krasnow, Lori Fife,
Shai Waisman, and Jacqueline Marcus
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY  10153

D. Dunne, D. O'Donnell, and E. Fleck
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

B. Tilden Kim
Richards Watson Gershon
355 South Grand Avenue, 40th Floor
Los Angeles, CA  90071-3101

5630779.1

# EXHIBIT B

Chambers of the Honorable Shelley C. Chapman
United States Bankruptcy Court
Courtroom 623
One Bowling Green
New York, New York 10004