Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC)

(Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Deutsche Bank AG, London Branch | Stone Lion Portfolio L.P. |

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7545 3346
Fax: +44 113 336 2010
Attention: Jack Pelzig
E-mail: Jack.Pelzig@db.com

| | |
|---|---|
| Last Four Digits of Acct. #: N/A | Last Four Digits of Acct. #: N/A |
| Amount of Claim (transferred): | USD 11,777,757.41 |
| Date Claim Filed: | March 2, 2012 |
| Court Claim # (if known): | 68032 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 3 December 2015
Alex Darbyshire          Duncan Robertson
Vice President           Managing Director
DEUTSCHE BANK AG, LONDON BRANCH

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("**Bankruptcy Court**")
Attn: Clerk
AND To: Lehman Brothers Holdings, Inc. ("**Debtor**")
Case No: 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 68032

**STONE LION PORTFOLIO L.P.**, its successors and assigns ("**Seller**"), for good and valuate consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7545 3346
Fax: +44 113 336 2010
Attention: Jack Pelzig
E-mail: Jack.Pelzig@db.com

its successors and assigns ("**Buyer**"), all rights, title and interest in and to Proof of Claim Number 68032 in the allowed amount of **USD 11,777,757.41** (the "**Assigned Claim**") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to the Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Seller transferring to the Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

The Seller further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated: 3 December 2015

DEUTSCHE BANK AG, LONDON BRANCH

By: _____   By: _____
Name: Alex Darbyshire              Name:
Title: Vice President              Title:

Duncan Robertson
Managing Director

STONE LION PORTFOLIO L.P.

By: _____
Name: Claudia Borg
Title: General Counsel