UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Ronald W. Hopkins, Esq., to be admitted, *pro hac vice*, to serve as co-counsel to Arch Insurance Company (the "Client"), a creditor and party-in-interest in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of California and the bars of the U.S. District Court's for the Central, Southern, Northern, and Eastern Districts of California; it is hereby

ORDERED, that Ronald W. Hopkins, Esq., is admitted to practice, *pro hac vice,* as co-counsel to the Client in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: December 3, 2015

New York, New York        /s/ Shelley C. Chapman

UNITED STATES BANKRUPTCY JUDGE

5627839.1