B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.,                Case No. 08-13555 (SCC)
                                                            (Jointly Administered)
                    Debtors.

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Gaius Special Situations Fund LP | Eugenia III Investment Holdings Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Gaius Special Situations Fund LP
c/o Livia Capital Partners
65 E. 55th Street, 23rd Floor
New York, NY 10022
Tel: +1 212 858 9326
Email: dkamensky@LiviaCap.com

With a copy to:
Stephen Rutenberg
Kaye Scholer LLP
250 W. 55th Street
New York, NY 10019
stephen.rutenberg@kayescholer.com

Court Claim # (if known): 66558
Amount of Claim as Filed: _____
Amount of Claim Transferred: $7,220,952
Date Claim Filed: April 22, 2010
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/___                                              Date: 12/1/15
       Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

63157487