Hearing Date and Time: January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time: January 14, 2016 at 4:00 p.m. (Prevailing Eastern Time)

**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th St.
New York, NY 10019
(212) 265-6888 Telephone
(212) 957-3983 Facsimile
Attorney Appearing:  Robert M. Schechter (RS-0601)
                    Rachel A. Parisi (RP-3786)

*Attorneys for Aadit Seshasayee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AADIT SESHASAYEE'S MOTION FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R. BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1, OF THE DISALLOWANCE OF HIS CLAIM**

**PLEASE TAKE NOTICE**, that, upon (i) the accompanying Motion of Aadit Seshasayee (the "Claimant"), for reconsideration of the disallowance of his claim pursuant to the Order Granting Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) [Dkt. No. 27107] ("Claim Objection Order"); and (ii) the Certification of Aadit Seshasayee filed contemporaneously herewith, the Claimant moves this Court pursuant to § 502(j) of title 11 of the United State Codes, Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedures, and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York for reconsideration of this Court's Claim Objection

3167651

Order (the "Motion for Reconsideration"), and for such other and/or further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion for Reconsideration will be held on **January 21, 2016 at 10:00 a.m.** (Prevailing Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004, Room 623.

**PLEASE TAKE FURTHER NOTICE** that the Claimant has served this Notice of this Motion for Reconsideration, the Motion for Reconsideration and all exhibits hereto, on all ECF Notice parties and: (i) the Chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, NY 10004-1408, Courtroom 623; (ii) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq. and Jacqueline Marcus, Esq.; (iii) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.; (iv) the Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq.; and (v) all parties listed on the Master Service List in accordance with the Court's Second Amended Case Management Order [Dkt. No. 9635].

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion for Reconsideration shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, shall be filed with the Bankruptcy Court (a) electronically in accordance with General Order M-399 (which can be found at

www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, and (b) by all other parties in interest, on a CD-ROM or 3.5 inch disk, preferably in text-searchable Portable Document Format (PDF) by **January 14, 2016 at 4:00 p.m.** (Prevailing Eastern Time) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion for Reconsideration is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing on any date after the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated:     December 7, 2015

                                                  Respectfully Submitted,

                                                  **PORZIO, BROMBERG & NEWMAN, P.C.**

                                                  By:    /s/ *Robert M. Schechter*
                                                           Robert M. Schechter

                                                  *Attorneys for Aadit Seshasayee*

3167651