**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING AADIT SESHASAYEE'S MOTION FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R. BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1, OF THE DISALLOWANCE OF HIS CLAIM**

Upon the motion and supporting certification of Aadit Seshasayee seeking entry of an order pursuant to § 502(j) of title 11 of the United States Codes, Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedures, and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York granting a hearing for reconsideration (the "Motion for Reconsideration") of this Court's order [Docket No. 27107] (the "Claim Objection Order") granting the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims [Docket No. 25059] (the "Claim Objection"), as to claim 5132 (the "Seshasayee Proof of Claim"); and due and proper notice of the Motion for Reconsideration haven been given; and the Court having read and considered the Motion for Reconsideration and objections to the Motion for Reconsideration, if any; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

ORDERED that the Motion for Reconsideration is granted as provided in this Order; and it is further

ORDERED that responses and objections to the Motion for Reconsideration, if any, that have not been withdrawn are overruled; and it is further

3159164

ORDERED, the reconsideration of the Claim Objection Order as to the Seshasayee Proof of Claim is granted; and it is further

ORDERED, that a hearing on the Claim Objection solely as to the Seshasayee Proof of Claim shall be held on _____ ____, 2016 at _____:_____ ___.m. or as soon thereafter as counsel may be heard; and it is further

ORDERED, that the Motion for Reconsideration shall be deemed to be a response to the Claim Objection; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: January ___, 2016
       New York, New York

                                                           HONORABLE SHELLEY C. CHAPMAN
                                                           UNITED STATES BANKRUPTCY JUDGE

3159164