B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (SCC)
(Jointly Administered)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| TRC Master Fund LLC | Morgan Stanley & Co. International plc |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
TRC Master Fund LLC
100 Merrick Road, Suite 308E
Rockville Centre, NY 11570
Attn: Terrel Ross
Email: tross@tremllc.com

Court Claim # (if known): 11305
Date Claim Filed: September 10, 2009
Amount of Claim Transferred: $4,404,643.36
Debtor: Lehman Brothers Holdings Inc.

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 12/2/15

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

903309v.1 9999/00999

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
           Southern District of New York ("Bankruptcy Court")
Attn:   Clerk
And to: Lehman Brothers Holdings Inc ("Debtor")
           Case No. 08-13555 (SCC)
Claim No.: 11305

      For value received, the adequacy and sufficiency of which are hereby acknowledged, **Morgan Stanley & Co. International plc** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to:

      TRC Master Fund LLC
      100 Merrick Road, Suite 308E
      Rockville Centre, NY 11570
      Attn: Terrel Ross
      Email: tross@trcmllc.com

      its successors and assigns ("Assignee"), all of Assignor's right, title and interest in and to Proof of Claim Number 11305, solely to the extent of $4,404,643.36 (the "Assigned Claim"). Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

      IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _3_ day of December 2015.

                    Morgan Stanley & Co. International plc

                    By: _____
                    Name:
                    Title:    BRIAN ____ __
                            Authorised Signatory

                    TRC Master Fund LLC

                    By: _____
                    Name:
                    Title:

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the
        Southern District of New York ("Bankruptcy Court")
Attn:   Clerk
And to: Lehman Brothers Holdings Inc ("Debtor")
        Case No. 08-13555 (SCC)
Claim No.: 11305

For value received, the adequacy and sufficiency of which are hereby acknowledged, Morgan Stanley & Co. International plc ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to:

**TRC Master Fund LLC**
**100 Merrick Road, Suite 308E**
**Rockville Centre, NY 11570**
**Attn: Terrel Ross**
**Email: tross@tremllc.com**

its successors and assigns ("Assignee"), all of Assignor's right, title and interest in and to Proof of Claim Number 11305, solely to the extent of $4,404,643.36 (the "Assigned Claim"). Assignor hereby waives any objection to the transfer of the Assigned Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the United States Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim, recognizing Assignee as the sole owner and holder of the Assigned Claim, and directing that all payments or distributions of money or property in respect of the Assigned Claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 3 day of December 2015.

Morgan Stanley & Co. International plc

By: _____
Name:
Title:

TRC Master Fund LLC

By: _____
Name: Terrel Ross
Title: Managing Member

21