ROPES & GRAY LLP
Philip A. Wells
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Wooderson Partners, L.L.C.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | 08-13555 (SCC) |
| Debtors | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF CLAIM**

Reference is made to the following claim (the "Claim") held by Wooderson Partners, L.L.C. (the "Claimant") against Lehman Brothers Holdings Inc. ("LBHI") in the above-referenced case:

| Claim Number | Debtor | Percentage Withdrawn |
|---|---|---|
| 66442 | LBHI | 100% of Claimant's Claim |

PLEASE TAKE NOTICE that the Claimant hereby withdraws the Claim with prejudice. The Claimant authorizes LBHI's claims and noticing agent to file and reflect this withdrawal on the official claims register of LBHI.

Except with respect to the Claim, the foregoing shall not limit, impair, or modify any other claim that the Claimant may hold against LBHI or any of its affiliates, and the Claimant hereby reserves all of its rights, actions, defenses, objections, and causes of action in respect thereof.

54286181_2

Dated: December 8, 2015
New York, New York

  /s/ Philip A. Wells

Philip A. Wells
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, New York 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090

*Counsel to Wooderson Partners, L.L.C.*

54286181_2