Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Case No. 08-13555-scc
4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5  In the Matter of:
6
7  LEHMAN BROTHERS HOLDINGS INC.,
8
9              Debtor.
10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11
12
13              U.S. Bankruptcy Court
14              One Bowling Green
15              New York, NY  10004
16
17              November 23, 2015
18              2:09 PM
19
20
21
22
23  B E F O R E :
24  HON SHELLY C. CHAPMAN
25  U.S. BANKRUPTCY JUDGE

```
                                                              Page 2
 1   Hearing re:  Doc# 51311 Motion to Renew Motion to Allow
 2   Disclosure of Derivatives Questionnaires.
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Sonya Ledanski Hyde
```

```
 1   A P P E A R A N C E S :

 2

 3   SHEARMAN & STERLING LLP

 4        599 Lexington Avenue

 5        New York, NY 10022

 6

 7   BY:  FOTEINI TELONI

 8

 9   SIDLEY AUSTIN LLP

10        787 7th Avenue

11        New York, NY 10019

12

13   BY:  CLIFFORD LANEY

14

15   WACHTELL, LIPTON, ROSEN & KATZ

16        Attorney for JP Morgan

17        51 West 52nd Street

18        New York, NY 10019

19

20   BY:  GARRETT ORDOWER

21

22

23

24

25
```

```
 1   BAKER & MCKENZIE
 2        Attorney for Pentwater
 3        452 5th Avenue
 4        New York, NY 10018
 5
 6   BY:   IRA A. REID
 7
 8   ALLEN & OVERY
 9        1221 Avenue of the Americas
10        New York, NY 10020
11
12   BY:   MARK NIXDORF
13
14   GREENBERG TRAURIG, LLP
15        Attorney for Bridgewater Associates
16        200 Park Avenue
17        New York, NY 10166
18
19   BY:   MARIA DICONZA
20
21   FEIN, SUCH, KAHN & SHEPARD, P.C.
22        7 Century Drive, Suite 201
23        Parsippany, NJ 07054
24
25   BY:   CONIKA MAJUMDAR
```

```
 1   QUINN EMANUEL URQUHART & SULLIVAN, LLP
 2        Attorney for Debtor
 3        51 Madison Avenue, 22nd Floor
 4        New York, NY 10010
 5
 6   BY:  SCOTT C. SHELLEY
 7        DIANE HUTNYAN
 8        LINDSAY WEBER
 9
10   WOLLMUTH MAHEN
11        Attorney for the Debtor
12        500 5th Avenue
13        New York, NY 10110
14
15   BY:  PAUL R. DEFILIPPO
16
17   ALSO PRESENT TELEPHONICALLY:
18   ALYSE ARUCH
19   MARK BANE
20   CHRISTOPHER DRESSELL
21   RAJ V. IYER
22   MICHAEL G. LINN
23   DOUGLAS B. ROSNER
24   JASON B. SANJANA
25
```

Page 6

1           P R O C E E D I N G S
2           THE COURT:  Good morning.  How are you?
3           MS. HUTNYAN:  Good morning.  Fine, thank you.  How
4    are you?
5           THE COURT:  All right.  I see that you submitted a
6    status report sometime this morning or last evening.
7           MS. HUTNYAN:  Yes, Your Honor.
8           THE COURT:  Okay, all right.  So let's see where
9    things stand.
10          MS. HUTNYAN:  Okay.  This week, we continued our
11   negotiations with the objecting parties and some remaining
12   parties who actually didn't have an objection or had not
13   renewed their objection.  The results are in the status
14   report.  We have, to my knowledge, all of the remaining
15   parties signed up to one of the two proposals, with the
16   exception of those parties who either did not renew their
17   objection or actually weren't objectors and had filed a
18   response in favor of the motion.
19          THE COURT:  So is it different from what it says
20   in the status report that you have -- there's a -- the
21   status report that there were 152 who could not come to a
22   final decision.
23          MS. HUTNYAN:  They were close.  They knew that
24   they needed to get their names onto a list, and they are on
25   a list.

1                THE COURT:  So everyone is on the list.

2                MS. HUTNYAN:  Everybody is accounted for, but we

3     do have some remaining corrections and, you know, entity

4     names --

5                THE COURT:  Okay.

6                MS. HUTNYAN:  -- and somebody's on the wrong list.

7     And so we hope to finalize those by tomorrow and submit it

8     to you.

9                THE COURT:  I see.  Okay, that's great.

10               MS. HUTNYAN:  Yes.

11               THE COURT:  I'm waiting for the but, but maybe

12    there's not one.

13               MS. HUTNYAN:  There is not one.

14               THE COURT:  Okay.

15               MS. HUTNYAN:  I do have copies of the current

16    Orders, if you'd like to see who we've got on now.  They're

17    just not final.

18               THE COURT:  Okay.

19               MS. HUTNYAN:  There are three Orders, one is for

20    each proposal, and the third one is for this remaining

21    group.

22               THE COURT:  Right.  So the non-objecting group,

23    which is 4(a) and 4(b) on your status report.

24               MS. HUTNYAN:  Correct, Your Honor.

25               THE COURT:  All right.  So we can hold off until

1    you have the final, and then that should encompass the

2    entire universe.  That's wonderful.  Does anyone wish to be

3    heard with respect to the resolution of Lehman's motion to

4    allow disclosure of the derivatives questionnaire?  And I

5    would note that there are also a number of parties on the

6    phone as well.  All right.  Well, notwithstanding --

7           MR. ETKIN:  Your Honor.

8           THE COURT:  Yes.

9           MR. ETKIN:  I apologize.

10          THE COURT:  Don't apologize.

11          MR. ETKIN:  I'll either ask that --

12          THE COURT:  Come up to the microphone though so we

13   can record you. How are you?  Always a pleasure to see you.

14          MR. ETKIN:  Good to see you too. Michael Etkin,

15   Lowenstein Sandler on behalf of the (indiscernible) entities

16   and First Choice Power, only to ask that whatever is going

17   to be submitted just to be circulated.  Ms. Hutnyan has been

18   meticulous about doing that, and I expected that that would

19   happen again, but just to make sure that we get a look at it

20   before it gets submitted.

21          THE COURT:  Okay, certainly.  All right.  Well

22   done.  Notwithstanding where we were the last time we were

23   all together.  It looks like this is really come together.

24   So thank you, and have a nice holiday.

25          MS. HUTNYAN:  Thank you, Your Honor.

1            THE COURT:  All right?  Thank you.  We'll be back
2    at 11:00.

```
 1                C E R T I F I C A T I O N
 2
 3    I, Sonya Ledanski Hyde, certified that the foregoing
 4    transcript is a true and accurate record of the proceedings.
 5
 6    Sonya Ledanski Hyde
 7
 8    Sonya Ledanski Hyde
 9
10
11
12
13
14
15
16
17
18
19
20    Veritext Legal Solutions
21    330 Old Country Road
22    Suite 300
23    Mineola, NY 11501
24
25    Date:  November 25, 2015
```

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o=Veritext, ou, email=digital@veritext.com, c=US
Date: 2015.11.25 14:05:13 -05'00'