**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                  :

In re                                              :        Chapter 11 Case No.
                                                 :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :       08-13555 (SCC)
                                               :        **(Jointly Administered)**
                    **Debtors.**                    :
                                               :
------------------------------------------------------------------x        Ref. Docket Nos. 51411, 51417

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 17, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Lauren Rodriguez*
                                                              Lauren Rodriguez

Sworn to before me this
10th day of December, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfers 51411, 51417_Aff 11-17-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

    Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000100046422 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22287



ICCREA BANCA S.P.A.
ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ALYSSA D. ENGLUND, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103

ICCREA BANCA S.P.A.
ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE
& CLAUDIA PRIVITERA
VIA LUCREZIA ROMANA 41/47
ROMA 00178
 ITALY

    BALESTRA, CARLA
    VIA ALPONE 2 F
    RONCA'VR 37030
     ITALY

**Your transfer of claim # 58221-07 is defective for the reason(s) checked below:**

Other DEFECTIVE - PART OF 56 ISIN LIST

Docket Number   51411          Date:  11/06/2015

/s/ Lauren Rodriguez
———————————————————

———————————————————————
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BALESTRA, CARLA | VIA ALPONE 2 F, RONCA'VR 37030 ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| SIMONINI, MARIUCCIA | VIA RODIGINA NORD 36, LEGNAGO VR 37045 ITALY |

**Total Creditor Count 6**