UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                 :

In re                           :       Chapter 11 Case No.
                                 :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                 :     **(Jointly Administered)**
                  **Debtors.**      :
                                 :

-------------------------------------------------------------------------------x   **Ref. Docket No. 51321**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 19, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
10<u>th</u> day of December, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000100083166 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000145864



RAPAX OC MASTER FUND, LTD.
TRANSFEROR: SERENGETI OVERSEAS MM L.P.
C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012

Please note that your claim # 67116-16 in the above referenced case and in the amount of
$1,496,591.27 allowed at $1,489,648.83 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: RAPAX OC MASTER FUND, LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51321                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/19/2015                    Vito Genna, Clerk of Court

                    /s/  Lauren Rodriguez

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 19, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| RAPAX OC MASTER FUND, LTD. | FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MGMT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI RAPAX MM L.P., C/O SERENGETI ASSET MANAGEMENT LP - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 50**