UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------------x
                                :

In re                             :        **Chapter 11 Case No.**
                                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (SCC)**
                                :        **(Jointly Administered)**
                **Debtors.**        :
                                :

----------------------------------------------------------------------------x   **Ref. Docket Nos. 51316, 51412,**
                                            **51413, 51440, 51453-51455, 51497,**
                                            **51498**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                          ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 20, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Panagiota Manatakis*
                                          Panagiota Manatakis

Sworn to before me this
10th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,     **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While     **transferee**    refers to the party who is purchasing or otehwise being assigned the claim.

To:

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: VARDE FUND X (MASTER) LP, THE
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

Please note that your claim # 47620 in the above referenced case and in the amount of
$186,178.14 allowed at $186,798.87 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000100281156 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000171879



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51453                    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/20/2015                     Vito Genna, Clerk of Court

/s/  Panagiota Manatakis
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 20, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL, LAZIO SOCIETA' COOPERATIVA/ ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA, ATTN: MR. PIERO PIETRINI, SERVIZIO AMM. STRUMENTI FINANZIARI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| BANCO DI DESIO E DELLA BRANZA SPA | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MAURIZIO MENGANA, VIA ROVAGNATI 1, DESIO (MB) 20832 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: BANK JULIUS BAER & CO. LTD., CH. DE LA VALLOMBREUSE 100, PRILLY 1008 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| ICCREA BANCA S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: ANTONIO TORRE, VIA LUCRAZIA ROMANA, 41/47, ROMA 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: AVV. ANTONIO TORRE - LEGAL DIRECTOR, VIA LUCREZIA ROMANA 41-47, ROMA 00178 ITALY |
| INTESA SANPAOLO S.P.A. | F/K/A BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S., ATTN: ATOS CAVAZZA, VIA FARINI, 17, BOLOGNA 40124 ITALY |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT - ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 18**