UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x
: 
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                     :    08-13555 (SCC)
                                                             :    (Jointly Administered)
                        Debtors.                             :
                                                             :
-------------------------------------------------------------------------x    Ref. Docket Nos. 51499, 51518,
                                                                  51520, 51526

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 24, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
10th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

NATIONAL AUSTRALIA BANK LIMITED
ATTN: ROSEMARIE DICANTO
245 PARK AVENUE
FLOOR 28
NEW YORK, NY 10167

NATIONAL AUSTRALIA BANK LIMITED
CRAIG M. PRICE & LAURA E. APPLEBY
CHAPMAN AND CUTLER LLP
1270 AVENUE OF THE AMERICAS, 30TH FL
NEW YORK, NY 10020

Please note that your claim # 32764 in the above referenced case and in the amount of $1,800,000.00 allowed at $400,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000100305631 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171887



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 51520 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/24/2015         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 24, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: NATIONAL AUSTRALIA BANK LIMITED, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERRY PRINCIPALS, L.L.C., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERRY PRINCIPALS, L.L.C., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERRY PRINCIPALS, L.L.C., ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| NATIONAL AUSTRALIA BANK LIMITED | ATTN: ROSEMARIE DICANTO, 245 PARK AVENUE, FLOOR 28, NEW YORK, NY 10167 |
| NATIONAL AUSTRALIA BANK LIMITED | CRAIG M. PRICE & LAURA E. APPLEBY, CHAPMAN AND CUTLER LLP, 1270 AVENUE OF THE AMERICAS, 30TH FL, NEW YORK, NY 10020 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O PERRY CAPITAL, ATTN: MICHAEL NEUS, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: MICHAEL NEUS, C/O PERRY CAPITAL, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE, ATTN: ANINA ZUERCHER/ SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 12**