**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. : 
: 
------------------------------------------------------------------------------x  Ref. Docket Nos. 50971, 51478-
51483, 51503, 51525, 51540, 51542,
51546-51550

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 1, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
10th day of December, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000100904720 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 30117



AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND
JAMES OLIVO - OPERATIONS MANAGER
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND
TRANSFEROR: GOLDMAN SACHS & CO.
C/O PAULSON CREDIT OPPORTUNITIES MASTER LTD
C/O PAULSON & CO. INC
1251 AVE. OF THE AMERICAS, 50TH FL
NEW YORK, NY 10020

Please note that your claim # 63595-53 in the above referenced case and in the amount of $13,671,792.68 allowed at $12,033,058.89 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51547    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/01/2015                Vito Genna, Clerk of Court

/s/  Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 1, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON CREDIT OPPORTUNITIES MASTER LTD, C/O PAULSON & CO. INC, 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERAT., ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA, ATTN: MR. PIERO PIETRINI, SERVIZIO AMM. STRUMENTI FINANZIARI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| CASSA DI RISPARMIO DEL VENTO S.P.A. | TRANSFEROR: UBS AG, ATTN: NICOLA FRANCESCON, VIA TRIESTE, 57/59, PADOVA 35121 ITALY |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O JP MORGAN SECURITIES LLC; ATTN: JEFFREY L. PANZO/MC: NY1-M138, 383 MADISON AVENUE, FL 37, NEW YORK, NY 10179 |
| ENTRUST PC SPC 2 SEG INV POR 1 | TRANSFEROR: PAULSON PARTNERS L.P., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| ENTRUST PC SPC 2 SEG INV POR 1 | MICHAEL GREENBLATT, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| GOLDMAN SACHS & CO. | TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ENTRUST PC SPC 2 SEG INV POR 1, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET. 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHEELE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 | TRANSFEROR: PAULSON ENHANCED LTD., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MANAGED ACCOUNTS MASTER FUND SERVICES - MAP 15 | PAULSON & CO. INC., ATTN: JAMES OLIVO, OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD | TRANSFEROR: PAULSON INTERNATIONAL LTD., PAULSON PARTNERS ENHANCED LTD., C/O PAULSON & CO. INC., 1251 AVE OF THE AMERICAS 50TH FLR, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD | TRANSFEROR: PAULSON INTERNATIONAL LTD., PAULSON PARTNERS ENHANCED LTD., C/O PAULSON & CO. INC., 1251 AVE OF THE AMERICAS 50TH FLR, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD | MICHAEL GREENBLATT, KAYE SCHOLER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON ENHANCED LTD | MICHAEL GREENBLATT, KAYE SCHOLER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON ENHANCED LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD. | SIDLEY AUSTIN LLP, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON ENHANCED LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON ENHANCED LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON ENHANCED LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON ENHANCED LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY |

| Claim Name | Address Information |
|---|---|
| PAULSON ENHANCED LTD. | 10020 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | SIDLEY AUDTIN LLP, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | SIDLEY AUSTIN, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON INTERNATIONAL LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON INTERNATIONAL LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | SIDLEY AUSTIN LLP, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | SIDLEY AUSTIN LLP, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: PAULSON PARTNERS L.P., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | C/O KAYE SCHOLER LLP, ATTN: MICHAEL GREENBLATT, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: PAULSON PARTNERS L.P., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | MICHAEL GREENBLATT, KAYE SCHOLER LLP, 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO INC, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS ENHANCED L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS ENHANCED L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |

| Claim Name | Address Information |
|---|---|
| PAULSON PARTNERS ENHANCED L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | SIDLEY AUSTIN LLP, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | ATTN: ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | SIDLEY AUSTIN LLP, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO INC, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON PARTNERS L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON PARTNERS L.P. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PERRY CAPITAL / ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVE, 19TH FLOOR, NEW YORK, NY 10153 |
| PERRY PRINCIPALS, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O PERRY CAPITAL, ATTN: AARON ZELIG, 767 FIFTH AVENUE, 19TH FLOOR, NEW YORK, NY 10153 |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD., STE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 108**