UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
: 
In re                                                     :   Chapter 11 Case No.
                                                          :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,              :   08-13555 (SCC)
                                                          :   (Jointly Administered)
              Debtors.                                    :
                                                          :
-----------------------------------------------------------------------x   Ref. Docket No. 51503

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 4, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Lauren Rodriguez*
                                                       Lauren Rodriguez

Sworn to before me this
10th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:


UBS AG
TRANSFEROR: SANTANDER PRIVATE BANKING SPA
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
ZURICH 8001
 SWITZERLAND

Please note that your claim # 46908-31 in the above referenced case and in the amount of $17,266.70 allowed at $17,090.86 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000100965220 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171941



CASSA DI RISPARMIO DEL VENTO S.P.A.
TRANSFEROR: UBS AG
ATTN: NICOLA FRANCESCON
VIA TRIESTE, 57/59
PADOVA 35121
 ITALY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     51503     in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/04/2015                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 4, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CASSA DI RISPARMIO DEL VENTO S.P.A. | TRANSFEROR: UBS AG, ATTN: NICOLA FRANCESCON, VIA TRIESTE, 57/59, PADOVA 35121 ITALY |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: RELIASTAR LIFE INSURANCE COMPANY, ATTN: RICHARD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| RELIASTAR LIFE INSURANCE COMPANY | C/O ING INVESTMENT MANAGEMENT LLC, ATTN: A. APONTE, 230 PARK AVENUE, NEW YORK, NY 10169 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER, ING BANK NV, LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG, AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER, ING BANK NV, LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG, AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| RELIASTAR LIFE INSURANCE COMPANY | M.J.S.J. MULLER, ING BANK NV, LOCATIONCODE AMP F 04.044 BIJLMERPLEIN 888 1102 MG, AMSTERDAM THE NETHERLANDS |
| RELIASTAR LIFE INSURANCE COMPANY | JENNIFER C DEMARCO ESQ, CLIFFORD CHANCE US LLP, 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 12**