**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
                                   :

In re                                :       **Chapter 11 Case No.**
                                   :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :     **08-13555 (SCC)**
                                   :     **(Jointly Administered)**

                   **Debtors.**        :

---------------------------------------------------------------------x   **Ref. Docket Nos. 51499, 51502,**
                                           **51504, 51509, 51512, 51513, 51529**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 8, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
10th day of December, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000100988786 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000103073



| | |
|---|---|
| CREDIT SUISSE<br>ATTN: PAUL GILMORE<br>ELEVEN MADISON AVENUE<br>NEW YORK, NY 10010 | CREDIT SUISSE<br>CRAVATH, SWAINE & MOORE LLP<br>ATTN: RICHARD LEVIN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019 |

Please note that your claim # 5355829-13 in the above referenced case and in the amount of $0.00 allowed at $89,394.88 has been transferred (unless previously expunged by court order)

ST. GALLER KANTONALBANK AG
TRANSFEROR: CREDIT SUISSE
ATTN: ANINA ZUERCHER/ SFCA
ST. LEONHARDSTRASSE 25
ST. GALLEN 9001
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     51499     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/08/2015            Vito Genna, Clerk of Court

                    /s/  Lauren Rodriguez

                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 8, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | TRANSFEROR: STADT-UND KREISSPARKASSE LEIPZIG, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG, UETLIBERGSTRASSE 231, ZURICH 8070 SWITZERLAND |
| DRRT FBO LIECHTENSEINISCHE LANDESBANK AG | C/O DRRT, ATTN: ALEXANDER REUS, P.A., 340 W FLAGLER ST STE 201, MIAMI, FL 33130 |
| FRANKFURTER VOLKSBANK | TRANSFEROR: UBS AG, AM WEISSEN STEIN 9, FRANKFURT ESCHERSHEIM DE-60431 GERMANY |
| ILLIQUIDX LLP | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LGT BANK AG (HONG KONG BRANCH) | TRANSFEROR: UBS AG, 4203 TWO EXCHANGE SQUARE,, 8 CONNAUGHT PLACE, GPO BOX 13398, CENTRAL 13398 HONG KONG |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE, ATTN: ANINA ZUERCHER/ SFCA, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| STADT- UND KREISSPARKASSE LEIPZIG | TRANSFEROR: CREDIT SUISSE, MARKT SERVICE CENTER, POSTFACH 10 08 40, LEIPZIG 04008 GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VENETOBANCA SCPA | TRANSFEROR: BANCA MEDIOLANUM S.P.A., PZA DALL'ARMI N.1, MONTEBELLUNA TREVISO 31044 ITALY |

**Total Creditor Count 18**