HEARING DATE AND TIME:   December 17, 2015 at 10:00 am (New York Time)

Tally M. Wiener
**LAW OFFICES OF TALLY M. WIENER, ESQ.**
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975 (Telephone)
(212) 496-4170 (Facsimile)
tally.wiener@thecomi.com

*Attorneys for Lionel Dardo Occhione*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                                    :
                                                             :   **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :   **08-13555 (SCC)**
                                                             :
          **Debtors.**                                       :
-------------------------------------------------------------x

**JOINDER OF LIONEL DARDO OCCHIONE
IN (I) THE OBJECTION OF WONG CHIN PANG ALEX
TO THE RELIEF REQUESTED BY LEHMAN BROTHERS HOLDINGS INC.,
AS PLAN ADMINISTRATOR, IN THE "OMNIBUS REPLY TO RESPONSES TO
OMNIBUS OBJECTIONS TO CLAIMS" [DOCKET NO. 51445] AND
(II) THE RESPONSES FILED BY SIMILARLY SITUATED CLAIMANTS
[DOCKET NO. 51635]**

Lionel Dardo Occhione (the "Claimant"), holder of proof of claim number 47474, which is subject to the *Two Hundred Fourteenth Omnibus Objection to Disallow and Expunge Certain Proofs of Claim* [Docket No. 20103], by and through his undersigned counsel, hereby submits his Joinder opposing the relief requested by Lehman Brothers Holdings Inc., as Plan Administrator, in the *Omnibus Reply to Responses to Omnibus Objections to Claims* [Docket No. 51445] (the "Omnibus Reply").

**WHEREFORE**, based upon the foregoing, the Claimant respectfully requests entry of an Order (i) denying the relief requested in the Omnibus Reply and (ii) granting such other and further relief as the Court deems just and proper.

Dated: December 11, 2015

/s/ Tally M. Wiener
Tally M. Wiener
Law Offices of Tally M. Wiener, Esq.
119 West 72nd Street, PMB 350
New York, New York 10023
(212) 574-7975
tally.wiener@thecomi.com