Tally M. Wiener
**LAW OFFICES OF TALLY M. WIENER, ESQ.**
119 West 72nd Street, PMB 350
New York, NY 10023
(212) 574-7975 (Telephone)
(212) 496-4170 (Facsimile)
tally.wiener@thecomi.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
**In re**                                                               :
                                                                                :        **Chapter 11 Case No.**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :        **08-13555 (SCC)**
                                                                                :
             **Debtors.**                                           :
-------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 12, 2015, she timely caused the *Objection of Wong Chin Pang Alex to the Relief Requested by Lehman Brothers Holdings Inc., as Plan Administrator, in the "Omnibus Reply to Responses to Omnibus Objections to Claims" [Docket No. 51445] and Joinder in Responses Filed by Similarly Situated Claimants* [Docket No. 51635] and the *Joinder of Lionel Dardo Occhione in (I) the Objection of Wong Chin Pang Alex to the Relief Requested by Lehman Brothers Holdings Inc., as Plan Administrator, in the "Omnibus Reply to Responses to Omnibus Objections to Claims" [Docket No. 51445] and (II) the Responses Filed by Similarly Situated Claimants [Docket No. 51635]* [Docket No. 51637] to be delivered to Chambers by courier and to be delivered via First Class U.S. mail to:

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Garrett A. Fail, Esq.

Milbank, Tweed, Hadley & McCloy LLP
28 Liberty Street
New York, NY 10005
Attn: Evan Fleck, Esq.

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street
New York, NY 10014
Attn:   William K. Harrington, Esq.
        Susan D. Golden, Esq.
        Andrea B. Schwartz, Esq.

Dated: December 14, 2015

                                        /s/ Tally M. Wiener
                                        Tally M. Wiener
                                        Law Offices of Tally M. Wiener, Esq.
                                        119 West 72nd Street, PMB 350
                                        New York, New York 10023
                                        (212) 574-7975