| | |
|---|---|
| Franklin H. Top III (admitted *pro hac vice*)<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe Street<br>Chicago, Illinois  60603<br>Telephone: (312) 845-3000<br><br>*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts* | M. William Munno<br>Daniel E. Guzmán<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York  10004<br>Telephone: (212) 574-1587<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts* |
| John C. Weitnauer (admitted *pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309<br>Telephone: (404) 881-7000<br><br>*Counsel for Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* | Christopher M. Desiderio<br>Richard C. Pedone (admitted *pro hac vice*)<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York  10022<br>Telephone: (212) 940-3085<br><br>*Counsel for Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I, Scott A. Lewis, an attorney, hereby certify that prior to 4:00 pm EST on the 14th day of December 2015, I caused a true and correct copy of the **Third Status Report of RMBS Trustees' in Connection with the** *Order Establishing a Protocol to Resolve Claims Filed by RMBS Trustees on Behalf of Certain Issuers of Residential Mortgage-Backed Securities* to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

3904391.01.02.doc

- 2 -

The Chambers of the Honorable Shelley C. Chapman
Courtroom 623
One Bowling Green
New York, New York 10004

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York  10153
Attn:  Robert Lemons, Esq. and
Ralph Miller, Esq.

The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014
Attn:  William K. Harrington, Esq., Susan Golden, Esq. and Andrea B. Schwartz, Esq.

/s/ Scott A. Lewis
_____
Scott A. Lewis