**CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                   :     Chapter 11 Case No.
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :     08-13555 (SCC)
                                                        :
                      Debtors.                          :     (Jointly Administered)
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE FIVE HUNDRED THIRD OMNIBUS OBJECTION TO CLAIMS (INSUFFICIENT DOCUMENTATION CLAIMS)

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws its Five Hundred Third Omnibus Objection to Claims (Insufficient Documentation Claims) [Docket No. 50000].

Dated:  December 14, 2015
       New York, New York

                                            **CURTIS, MALLET-PREVOST,**
                                              **COLT & MOSLE LLP**

                                            By:      */s/ L. P. Harrison 3rd*
                                                   L. P. Harrison 3rd
                                                   Cindi Eilbott Giglio
                                            101 Park Avenue
                                            New York, New York 10178-0061
                                            Telephone: (212) 696-6000
                                            Facsimile:  (212) 697-1559

                                            *Counsel for Lehman Brothers Holdings Inc.*
                                             *and Certain of Its Affiliates*

24097400v1