WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

----------------------------------------------------------------- x

## NOTICE OF ADJOURNMENT OF HEARING ON THE
## FIVE HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS
## (NO LIABILITY CLAIMS) SOLELY WITH RESPECT TO CERTAIN CLAIM

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred

Thirteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51451], which was

scheduled for December 17, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to

**January 21, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claim listed on

Exhibit A annexed hereto.

The response deadline with respect to the claim listed on <u>Exhibit A</u> has been extended to

**<u>January 8, 2016 at 4:00 p.m. (Eastern Time)</u>**.

Dated:    December 15, 2015
          New York, New York

                                    */s/ Garrett A. Fail*
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| E-Capital Profits Limited | 65989 |