**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :    08-13555 (SCC)
                                              :
            Debtors.                          :    (Jointly Administered)
                                              :
------------------------------------------------------------------x    Ref. Docket No. 51575
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2015, I caused to be served the "Order in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated December 1, 2015 [Docket No. 51575], by causing true and correct copies to be:

    i.  delivered via electronic mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of December, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc.,
Email Service List

aaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akadish@dtlawgroup.com

akantesaria@oppenheimerfunds.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aseuffert@lawpost-nyc.com

ashmead@sewkis.com

asnow@ssbb.com

asomers@rctlegal.com

aunger@sidley.com

austin.bankruptcy@publicans.com

avenes@whitecase.com

azylberberg@whitecase.com

bankruptcy@goodwin.com

bankruptcy@morrisoncohen.com

bankruptcy@ntexas-attorneys.com

bankruptcymatters@us.nomura.com

barbra.parlin@hklaw.com

bbisignani@postschell.com

bcarlson@co.sanmateo.ca.us

bdk@schlamstone.com

ben.lewis@hoganlovells.com

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brian.corey@greentreecreditsolutions.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolf@kramerlevin.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgonzalez@diazreus.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.heller@lw.com |
| charles@filardi-law.com | david.livshiz@freshfields.com |
| charles_malloy@aporter.com | david.powlen@btlaw.com |
| chemrick@connellfoley.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@lovells.com | dbarber@bsblawyers.com |

2

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| dbaumstein@whitecase.com | dmiller@steinlubin.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dpegno@dpklaw.com |
| ddrebsky@nixonpeabody.com | draelson@fisherbrothers.com |
| ddunne@milbank.com | drosenzweig@fulbright.com |
| deggermann@kramerlevin.com | drosner@goulstonstorrs.com |
| deggert@freebornpeters.com | drosner@kasowitz.com |
| demetra.liggins@tklaw.com | dshaffer@wtplaw.com |
| dennis.tracey@hoganlovells.com | dshemano@peitzmanweg.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dgrimes@reedsmith.com | dtheising@harrisonmoberly.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dworkman@bakerlaw.com |
| dhurst@coleschotz.com | easmith@venable.com |
| dhw@dhclegal.com | ebcalvo@pbfcm.com |
| diconzam@gtlaw.com | ecohen@russell.com |
| djcarragher@daypitney.com | edward.flanders@pillsburylaw.com |
| djoseph@stradley.com | efleck@milbank.com |
| dkessler@ktmc.com | efriedman@fklaw.com |
| dkozusko@willkie.com | efriedman@friedmanspring.com |
| dlemay@chadbourne.com | ekbergc@lanepowell.com |
| dlipke@vedderprice.com | eleicht@whitecase.com |
| dmark@kasowitz.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emagnelli@bracheichler.com |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hmagaliff@r3mlaw.com |
| fcarruzzo@kramerlevin.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |
| fhenn@law.nyc.gov | hooper@sewkis.com |
| fhyman@mayerbrown.com | howard.hawkins@cwt.com |
| foont@foontlaw.com | hrh@lhmlawfirm.com |
| fsosnick@shearman.com | hseife@chadbourne.com |
| fyates@sonnenschein.com | hsnovikoff@wlrk.com |
| gabriel.delvirginia@verizon.net | hsteel@brownrudnick.com |
| gary.ravertpllc@gmail.com | icatto@mwe.com |
| gbray@milbank.com | igoldstein@proskauer.com |
| george.south@dlapiper.com | irethy@stblaw.com |
| ggitomer@mkbattorneys.com | israel.dahan@cwt.com |
| ggoodman@foley.com | iva.uroic@dechert.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | jalward@blankrome.com |
| glenn.siegel@dechert.com | james.heaney@lawdeb.com |
| glenn.siegel@morganlewis.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| goldenberg@ssnyc.com | jamesboyajian@gmail.com |
| gplotko@kramerlevin.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzman@sewkis.com | jay.hurst@oag.state.tx.us |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| jay@kleinsolomon.com | jjtancredi@daypitney.com |
| jbeemer@entwistle-law.com | jjureller@klestadt.com |
| jbeiers@co.sanmateo.ca.us | jlamar@maynardcooper.com |
| jbromley@cgsh.com | jlawlor@wmd-law.com |
| jcarberry@cl-law.com | jlee@foley.com |
| jchristian@tobinlaw.com | jlevitin@cahill.com |
| jclose@chapman.com | jlscott@reedsmith.com |
| jdoran@haslaw.com | jmaddock@mcguirewoods.com |
| jdwarner@warnerandscheuerman.com | jmazermarino@msek.com |
| jdweck@sutherland.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com |
| jeannette.boot@wilmerhale.com | jnm@mccallaraymer.com |
| jeff.wittig@coair.com | john.beck@hoganlovells.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jennifer.demarco@cliffordchance.com | john.mule@ag.state.mn.us |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jfalgowski@reedsmith.com | johnramirez@paulhastings.com |
| jfreeberg@wfw.com | jonathan.goldblatt@bnymellon.com |
| jg5786@att.com | jonathan.henes@kirkland.com |
| jgenovese@gjb-law.com | jorbach@hahnhessen.com |
| jgoodchild@morganlewis.com | joseph.cordaro@usdoj.gov |
| jguy@orrick.com | joseph.serino@kirkland.com |
| jhiggins@fdlaw.com | joshua.dorchak@morganlewis.com |
| jhorgan@phxa.com | jowen769@yahoo.com |
| jhuggett@margolisedelstein.com | joy.mathias@dubaiic.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| jporter@entwistle-law.com | ken.higman@hp.com |
| jprol@lowenstein.com | kerry.moynihan@hro.com |
| jrabinowitz@rltlawfirm.com | kgwynne@reedsmith.com |
| jrsmith@hunton.com | kiplok@hugheshubbard.com |
| jschiller@bsfllp.com | kit.weitnauer@alston.com |
| jschreib@chapman.com | kkelly@ebglaw.com |
| jschwartz@hahnhessen.com | kkolbig@mosessinger.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jsherman@bsfllp.com | klynch@formanlaw.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| judy.morse@crowedunlevy.com | kreynolds@mklawnyc.com |
| jvail@ssrl.com | krodriguez@allenmatkins.com |
| jwcohen@daypitney.com | krosen@lowenstein.com |
| jweiss@gibsondunn.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | landon@slollp.com |
| jwh@njlawfirm.com | lapeterson@foley.com |
| jzulack@fzwz.com | lawallf@pepperlaw.com |
| kanema@formanlaw.com | lawrence.gelber@srz.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| karl.geercken@alston.com | lee.stremba@troutmansanders.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.whidden@dentons.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | lisa.solomon@att.net |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| ljkotler@duanemorris.com | mccarthyj@sullcrom.com |
| lkatz@ltblaw.com | mcordone@stradley.com |
| lkiss@klestadt.com | mcto@debevoise.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mginzburg@daypitney.com |
| marc.chait@sc.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.bane@ropesgray.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.sherrill@sutherland.com | michael.kelly@monarchlp.com |
| marvin.clements@ag.tn.gov | michael.krauss@faegrebd.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | michaels@jstriallaw.com |
| maustin@orrick.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| mlichtenstein@crowell.com | ned.schodek@shearman.com |
| mlynch2@travelers.com | neilberger@teamtogut.com |
| mmendez@crb-law.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | nyrobankruptcy@sec.gov |
| mparry@mosessinger.com | otccorpactions@finra.org |
| mpedreira@proskauer.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | pbattista@gjb-law.com |
| mpucillo@bermanesq.com | pbosswick@ssbb.com |
| mrosenthal@gibsondunn.com | pdublin@akingump.com |
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| msegarra@mayerbrown.com | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msolow@kayescholer.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | pfinkel@wilmingtontrust.com |
| munno@sewkis.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | philip.wells@ropesgray.com |
| mwarner@coleschotz.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| nathan.spatz@pillsburylaw.com | ppatterson@stradley.com |
| nbinder@binderschwartz.com | psp@njlawfirm.com |
| nbojar@fklaw.com | ptrostle@jenner.com |
| ncoco@mwe.com | raj.madan@skadden.com |
| neal.mann@oag.state.ny.us | ramona.neal@hp.com |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| raul.alcantar@alcantarlaw.com | rpedone@nixonpeabody.com |
| rbeacher@pryorcashman.com | rrainer@wmd-law.com |
| rbernard@foley.com | rroupinian@outtengolden.com |
| rbyman@jenner.com | rrussell@andrewskurth.com |
| rdaversa@orrick.com | russj4478@aol.com |
| relgidely@gjb-law.com | sabin.willett@bingham.com |
| rflanagan@flanassoc.com | sabramowitz@velaw.com |
| rfriedman@silvermanacampora.com | sabvanrooy@hotmail.com |
| rgmason@wlrk.com | sally.henry@skadden.com |
| rgoodman@moundcotton.com | samuel.cavior@pillsburylaw.com |
| rgraham@whitecase.com | sandyscafaria@eaton.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.fingard@newedge.com | schager@ssnyc.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard@rwmaplc.com | schepis@pursuitpartners.com |
| rick.murphy@sutherland.com | schnabel.eric@dorsey.com |
| rjones@boultcummings.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rlevin@cravath.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.dombroff@bingham.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@connellfoley.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |

Lehman Brothers Holdings Inc.,
Email Service List

| | |
|---|---|
| sgordon@cahill.com | steven.usdin@flastergreenberg.com |
| sgraziano@blbglaw.com | streusand@slollp.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuber@csglaw.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| sldreyfuss@hlgslaw.com | tbrock@ssbb.com |
| sleo@bm.net | tdewey@dpklaw.com |
| slerman@ebglaw.com | tgoren@mofo.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tjfreedman@pbnlaw.com |
| smillman@stroock.com | tkiriakos@mayerbrown.com |
| smulligan@bsblawyers.com | tlauria@whitecase.com |
| snewman@katskykorins.com | tmacwright@whitecase.com |
| sory@fdlaw.com | tmm@mullaw.org |
| squsba@stblaw.com | tnixon@gklaw.com |
| sree@lcbf.com | toby.r.rosenberg@irscounsel.treas.gov |
| sschultz@akingump.com | tomwelsh@orrick.com |
| sselbst@herrick.com | tsalter@blankrome.com |
| sshimshak@paulweiss.com | tslome@msek.com |
| sskelly@teamtogut.com | tunrad@burnslev.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| steele@lowenstein.com | villa@slollp.com |
| stephen.cowan@dlapiper.com | vmilione@nixonpeabody.com |
| stephen.hessler@kirkland.com | vrubinstein@loeb.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |

Lehman Brothers Holdings Inc.,
Email Service List

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

# EXHIBIT B

Lehman Brothers Holdings Inc.
Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| ACCESS NATIONAL BANK | SHEILA LINTON 1800 ROBERT FULTON DRIVE SUITE 300 RESTON VA 20191 |
| ADVANTUM MORTGAGE NETWORK, INC. | HOWARD VERNICK 8320 W. SUNRISE BLVD., #104 PLANTATION FL 33322 |
| AMERIPRO FUNDING, INC. | CHAD M. OVERHAUSER 8300 N. MOPAC, SUITE 120 AUSTIN TX 78759 |
| APEX HOME LOANS, INC | ERIC D. GATES 11713 ROBERTS GLEN CT POTOMAC MD 20854 |
| ARIZONA HOME WHOLESALE | TODD DISHON 7707 WEST DEER VALLEY ROAD, #110 PEORIA AZ 85382 |
| AURORA FINANCIAL, LLC | S. PRINCE AURORA 8150 LEESBURG PIKE, STE 1070 VIENNA VA 22182 |
| BANK OF COMMERCE MORTGAGE | SCOTT SIMONICH 3130 CROW CANYON PLACE SAN RAMON CA 94583 |
| BELL STATE BANK & TRUST | 3100 13TH AVENUE SOUTH FARGO ND 58103 |
| BROADVIEW MORTGAGE CORPORATION | DAVID K. LEICHTFUSS 2200 W. ORANGEWOOD AVE, #215 ORANGE CA 92868 |
| CAPITAL BANK FINANCIAL CORP. | CORPORATION SERVICE COMPANY 2711 CENTERVILLE ROAD, SUITE 400 WILMINGTON DE 19808 |
| CENTRAL ROCKIES MORTGAGE CORP | PAUL W. JARDIS 388 ELKHORN AVON CO 81620 |
| CHERRY CREEK MORTGAGE CO., INC. | THE CORPORATION COMPANY 1675 BROADWAY, SUITE 1200 DENVER CO 80202 |
| COMMERCE HOME MORTGAGE, INC. | SCOTT SIMONICH 3130 CROW CANYON PLACE SAN RAMON CA 94583 |
| CORPORATION SERVICE COMPANY | 2711 CENTERVILLE RD, STE 400 WILMINGTON DE 19808 |
| COVINO & COMPANY, INC. / LUXMAC, LLC | 560 WHITE PLAINS ROAD SUITE 400 TARRYTOWN NY 10591 |
| DAVID TATGE | ATTORNEYS TO ACCESS NATIONAL MORTGAGE AND ACCESS NATIONAL BANK EPSTEIN BECKER & GREEN 1227 25TH STREET, NW WASHINGTON DC 20037 |
| DIRECTORS FINANCIAL GROUP | PARACORP INCORPORATED 804 GATEWAY OAKS DR., #200 SACRAMENTO CA 95833 |
| DRAPER AND KRAMER MORTGAGE CORP. | D/B/A 1ST ADVANTAGE MORTGAGE CT CORPORATION SYSTEM 20 LASALLE ST., SUITE 814 CHICAGO IL 60604 |
| EMBRACE HOME LOANS, INC. | CT CORPORATION SYSTEM 450 VETERANS MEMORIAL PARKWAY, SUITE 7A EAST PROVIDENCE RI 02914 |
| FIDELITY GENERAL, INC. | KENNETH W. TERRILL 3045 ROSECRANS ST. #205 SAN DIEGO CA 92110 |
| FIRST NATIONAL BANK | DANIEL K. O'NEILL, PRESIDENT 202 E. 11TH ST. GOODLAND KS 67735 |
| FLORIDA DREAMS REALTY GROUP, INC. | ADRIANA M. MONTES 2704 REW CIRCLE, SUITE 102 OCOEE FL 34761 |
| FLORIDA MORTGAGE PROCESSING GROUP LLC | D/B/A FLORIDA MORTGAGE FUNDING GROUP LLC TIM HOLLERAN 1500 COLONIAL BLVD., SUITE 233 FORT MYERS FL 33907 |
| FREEDOM MORTGAGE CORPORATION | STANLEY MIDDLEMAN 907 PLEASTANT VALLEY AVE, STE 3 MT. LAUREL NJ 08054 |
| GATEWAY FUNDING DIVERSIFIED | MORTGAGE SERVICES, L.P. & FINANCE OF AMERICA HOLDINGS, LLC CORP GUARANTEE AND TRUST COMPANY RODNEY SQUARE 1000 NORTH KING STREET WILMINGTON DE 19801 |
| GUARANTEED RATE REAL ESTATE, LLC | CHARLES I. BACHTELL 3940 N. RAVENSWOOD, SUITE C CHICAGO IL 60613 |
| GUARANTEED RATE, INC. | CLAYTON E. HUTCHINSON 3940 N RAVENSWOOD AVE CHICAGO IL 60613 |
| GUILD MORTGAGE COMPANY | LISA IRENE KLIKA 5898 COPLEY DR., STE 300, 400 & 500 SAN DIEGO CA 92111 |
| HINSHAW & CULBERTSON LLP | ATTORNEYS FOR FREEDOM MORTGAGE CORP 800 THIRD AVENUE, 13TH FLOOR ALAN F. KAUFMAN, ESQ. NEW YORK NY 10022 |
| INTERCAP LENDING, INC. | REGISTERED AGENT SOLUTION, INC. 206 S. CORONADO AVE. ESPANOLA NM 87532 |
| LOAN SIMPLE, INC | FORBUSH LEGAL OFFICES, P.C. 902 S. WEBER STREET COLORADO SPRINGS CO 80903 |
| LOANDEPOT.COM, LLC D/B/A IMORTGAGE | THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER 1209 ORANGE ST. WILMINGTON DE 19801 |
| MARKETPLACE HOME MORTGAGE, LLC | CORPORATION SERVICE COMPANY 2345 RICE STREET, SUITE 230 ROSEVILLE MN 55113 |
| MARY ANN KIRCH | SANTA CRUZ HOME FINANCE 1535 SEABRIGHT AVENUE SANTA CRUZ CA 95062 |
| MILLENNIUM MORTGAGE CAPITAL | REMUS A. HASTE 45-150 CLUB DRIVE INDIAN WELLS CA 92210-8806 |
| MORTGAGE FACTORY, INC. | D/B/A MORTGAGES DIRECT WILLIAM EMORY TAYLOR 2000 BERING DRIVE #100 HOUSTON TX 77057 |
| MOYE WHITE LLP | ATTORNEYS FOR CHERRY CREEK MORTGAGE COMPANY, INC. PAUL FRANKE 1400 16TH STREET, SIXTH FLOOR DENVER CO 80206 |
| NFM LENDING | LA TASHA M. ROWE 505 PROGRESS DRIVE, SUITE 100 LINTHICUM MD 21090 |
| NOLAN MORTGAGE CORPORATION | D/B/A MICHIGAN MORTGAGE SOLUTIONS JASON NOLAN 91 N. SAGINAW, STE 206 PONTIAC MI 48342 |
| OBJECTORS/ATTORNEYS LIST | EVANS PRIESTON, ESQ. 3062098 JAMES W. BRODY, ESQ. 212967 TRACY L. HENDERSON, |

| Claim Name | Address Information |
|---|---|
| OBJECTORS/ATTORNEYS LIST | ESQ. 252888 AMERICAN MORTGAGE LAW GROUP ATTNYS FOR GATEWAY FNDG DIV ET AL 75 ROWLAND WAY, SUITE 350 NOVATO CA 94945 |
| OHIO LENDING CONSULTANTS, LLC. | KIRK DOSKOCIL 6594 SUMMERWIND DRIVE BRECKSVILLE OH 44141 |
| PACOR MORTGAGE CORP. | RANDALL A. PAPP 936 S PLEASANT CHICAGO IL 60643 |
| PERDOMO & ASSOCIATES CORP. | JOSE PERDOMO 2655 LE JEUNE RD., #300 CORAL GABLES FL 33134 |
| PMAC MERGER LLC | STEVEN EDELSTEIN 100 CUMMINGS CENTER, SUITE 303C BEVERLY MA 01915 |
| PREMIER LOAN PROCESSING, LLC | CHAD W. ALFANO 1274 W CHILTON AVE GILBERT AZ 85233 |
| PRIMARY RESIDENTIAL MORTGAGE, INC. | DAVE ZITTING 1480 NORTH 2200 WEST SALT LAKE CITY UT 84116 |
| PULASKI BANK | W. THOMAS REEVES 12300 OLIVE BLVD. ST. LOUIS MO 63141 |
| RESIDENTIAL HOME FUNDING CORP | BLUMBERG EXCELSIOR CORPORATE SERVICES, INC. 1478 HUNTINGTON ROAD RICHMOND VT 05477 |
| RHB PROPERTIES, INC. | RON H. BYRD 560 SOUTH C STREET OXNARD CA 93030 |
| RPM MORTGAGE INC. | ERWIN ROBERT HIRT 3240 STONE VALLEY RD W ALAMO CA 94507 |
| SANTA CRUZ HOME FINANCE | MARY ANN KIRCH 1535 SEABRIGHT AVE. SANTA CRUZ CA 95062 |
| SIERRA HOME GROUP, INC. | ARLYN J. YANT 813 MALLARD LAKES DRIVE LEXINGTON SC 29072 |
| VINTAGE MORTGAGE GROUP | ALEX GONZALEZ 344 DIVISION ST. PLEASANTON CA 94566 |
| WEDGESTONE REAL ESTATE ADVISORS, INC | DAVID BOERSNER 17 PAUL REVERE RD. ARLINGTON MA 02475 |
| WINTRUST MORTGAGE CORPORATION | MICHAEL WATERS 4393 APPLE CT. BOULDER CO 80301 |
| WORLD ALLIANCE FINANCIAL CORP. | CORPORATION SERVICE COMPANY 80 STATE STREET ALBANY NY 12207-2543 |

**Total Creditor count  56**