WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF CLAIMS OBJECTION HEARING**
**WITH RESPECT TO OBJECTION TO PROOF OF CLAIM NO. 24663**

**PLEASE TAKE NOTICE** that the hearing on the Objection to Claim No. 24663

[ECF No. 46335], which was scheduled for December 17, 2015 at 10:00 a.m. (Prevailing Eastern

Time), **has been adjourned to January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the

"Hearing"), or as soon thereafter as counsel may be heard.  The Hearing will be held before the

Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom

House, One Bowling Green, New York, New York, Room 623, and such Hearing may

be further adjourned from time to time without further notice other than an announcement at the

Hearing.

Dated:    December 15, 2015
          New York, New York

                                       */s/ Garrett A. Fail*
                                       Garrett A. Fail

                                       WEIL, GOTSHAL & MANGES LLP
                                       767 Fifth Avenue
                                       New York, New York 10153
                                       Telephone: (212) 310-8000
                                       Facsimile: (212) 310-8007

                                       *Attorneys for Lehman Brothers Holdings Inc.*
                                       *and Certain of Its Affiliates*

WEIL:\95548485\1\58399.0011