WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                                  :       **Chapter 11 Case No.**
                                                       :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           :       **08-13555 (SCC)**
                                                       :
                    Debtors.                           :       **(Jointly Administered)**
                                                       :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED FOURTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 50500], which was scheduled for December 17, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **January 21, 2016** at **10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:    December 15, 2015
          New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| U.S. Bank National Association | 23446, 23447, 30965, 30991 |