WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                            :    **Chapter 11 Case No.**
                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :    **08-13555 (SCC)**
                                                 :
                Debtors.                         :    **(Jointly Administered)**
                                                 :
------------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED EIGHTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 50899], which was scheduled for December 17, 2015 at 10:00 a.m. (Eastern Time), has been adjourned to **January 21, 2016** at **10:00 a.m. (Eastern Time)** solely with respect to claim numbers 67938 and 26485.

Dated:    December 15, 2015
          New York, New York

                                                 */s/ Garrett A. Fail*
                                                 Garrett A. Fail
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 Attorneys for Lehman Brothers Holdings Inc.
                                                 and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011