Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Attorneys for Lehman Brothers Holdings, Inc.
and Certain Affiliates*

**UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK**

------------------------------------------------------------------------X
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 |
| (SCC) LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
------------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

I, Denise A. Harris, certify that, on the 15th of December 2015, I caused true and accurate

copies of *Lehman's Reply to Opposition of Arch Insurance Company to Motion for Order*

*Compelling Arbitration of Disputes Under Settlement Agreement Between Debtors and Arch*

*Insurance Company [Docket No. 51659]* to be served upon the following parties, via telecopier,

by email and by Federal Express, an overnight courier:

Arch Insurance Group, Inc.
300 Plaza III, 3d Floor
Jersey City, NJ 07311
Attn: Patrick K. Nails, Esq.
Senior Vice President and
Associate General Counsel
Facsimile: (201) 743-4659

Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602
Attn: T. Scott Leo, Esq.
Facsimile: (312) 857-1240

Gascou Hopkins LLP
1801 Avenue of the Stars, Suite 302
Los Angeles, CA. 90067
Attn: Ronald Hopkins, Esq.
Facsimile: (310) 785-9149

Cheiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange, NJ 07052
Attn: Armen Shahinian Esq., & Scott Zuber, Esq.
Facsimile: (973) 530-2246

DOCS_NY:33164.2 52063/001