08-13555-mg    Doc 51663    Filed 12/16/15    Entered 12/16/15 15:14:30    Main Document
Pg 1 of 1

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT *SINE DIE***
**OF HEARING ON THE FIVE HUNDRED NINTH**
<u>**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**</u>

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51006], which was scheduled for December 17, 2015 at 10:00 a.m. (Eastern Time), <u>**has been adjourned to a date to be determined**</u>.

Dated:   December 16, 2015
              New York, New York

                                                                            */s/ Jacqueline Marcus*
                                                                            Jacqueline Marcus
                                                                            WEIL, GOTSHAL & MANGES LLP
                                                                            767 Fifth Avenue
                                                                            New York, New York 10153
                                                                            Telephone: (212) 310-8000
                                                                            Facsimile: (212) 310-8007

                                                                            Attorneys for Lehman Brothers Holdings Inc.
                                                                            and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011