FILED / RECEIVED

NOV 17 2015

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>        Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St.Galler Kantonalbank AG
**Name of Transferee**

UBS AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
9001 St. Gallen
Switzerland

Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____

Court Claim # (if known): 59233
Date Claim Filed: 10/30/2009
Amount of Claim: Units 17'639
Portion of Claim Transferred (see Schedule I): Units 130

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

**St.Galler Kantonalbank AG**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____         Date: 11/12/2015
    Transferee/Transferee's Agent
    Anina Zürcher / Pascal Schmid

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UBS AG** ("Transferor") unconditionally and irrevocably transferred to **St. Galler Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 59233**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 17th day of September 2015.

UBS AG (Transferor)

By: _____
Name: Matthias Mohos
Title:  Associate Director

By: _____
Name: Stephan Gföller
Title:  Associate Director

TOC393 UBS0208 SGKB 130 units 2750567
Seite 1 von 2

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim No. 59233:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0306179168 | 59233 | October 30, 2009 | Lehman Brothers Tresasury BV | Units 130 out of Units 17'639.00 |



**St.Galler Kantonalbank**

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

By Courier
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
    Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Date: 11/12/2015
u/Ref: Sfca
Phone-No.: +41 71 231 34 13 / Anina Zürcher
E-Mail: anina.zuercher@sgkb.ch

**Claim Transfer**

Dear Sir or Madam,

Enclosed you receive the forms 'Evidence of Partial Transfer of Claim' and Form 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Pascal Schmid                Anina Zürcher
Member of Management         Member of Management

| Recommended weight | |
|---|---|
| 1 = | 0.5 kg |
| 2 = | 1 kg |
| 3 = | 2 kg |
| 4 = | 5 kg |
| 5 = | 10 kg |
| 6 = | 15 kg |
| 7 = | 20 kg |
| 8 = | 25 kg |

EXPRESS WORLDWIDE    DOX    DHL
IntraShip (7.1) / *17-1409*

From St Galler Kantonalbank AG
Spedition 0000000
St. Leonhardstrasse 25
9001 ST. GALLEN POSTAUTO
CH SWITZERLAND

Origin
BSL

To  Bankruptcy Solutions, LLC
0
Third Anenue 3Floor 757
Lehman Brothers Holdings Inc
Claims Processing
10017 USA NEW YORK
US UNITED STATES OF AMERICA

Phone: 0

JFKE    US-ZYP-TSS

Day    Time

Ref code    3630
Account No  150534932
Piece Weight: 0.12 kg
Pickup date: 2015-11-16
Piece 1/1

Content / Commerce Control Statement / RC
Documente
Incoterm      : DAP       Customs Value : 0.00 CHF
Imp/Exp Type : permanent  IV            : 0.00 CHF

FILED / RECEIVED
NOV 17 2016
EPIQ SYSTEMS

WAYBILL 67 3937 7584

(2L)US10017+42000000