WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
**In re**                                              : **Chapter 11 Case No.**
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,           : **08-13555 (SCC)**
: 
         **Debtors.**                          : **(Jointly Administered)**
: 
------------------------------------------------------------------x
: 
**In re**                                              : 
: **Case No.**
**LEHMAN BROTHERS INC.,**                              : 
: **08-01420 (SCC) (SIPA)**
         **Debtor.**                           : 
: 
------------------------------------------------------------------x

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR THE NINETY-SECOND OMNIBUS
AND CLAIMS HEARING ON DECEMBER 17, 2015 AT 10:00 A.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**I.   CONTESTED MATTERS:**

1.   Motion of Lehman Brothers Holdings Inc. for Order Compelling Arbitration of Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company [**ECF No. 51263**]

   Response Deadline:   November 5, 2015 at 4:00 p.m.

   Response Received:

   A.   Opposition of Arch Insurance Company [**ECF No. 51511**]

   Related Document:

   B.   Lehman's Reply to Opposition of Arch Insurance Company [**ECF No. 51659**]

   Status:  This matter is going forward.

2.   Debtors' Two Hundred Thirteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20102**]

   Response Deadline:   November 11, 2011 at 4:00 p.m.

   Responses Received:

   A.   See Exhibit A.

   Related Documents:

   B.   Omnibus Reply to Responses to Debtors' Two Hundred Thirteenth Omnibus Objection to Claims [**ECF No. 27540**]

   C.   Apr. 26, 2012 Hr'g Tr. [**ECF No. 27739**]

        D.      Omnibus Reply to Responses to Omnibus Objections to Claims [**ECF No. 51444**]

        E.      Notice of Hearing [**ECF No. 51445**]

Status: This matter is going forward.

3.   Debtors' Two Hundred Fourteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20103**]

    Response Deadline:    November 11, 2011 at 4:00 p.m.

    Responses Received:

        A.      See Exhibit A.

        B.      Opposition of Lionel Dardo Occhione [**ECF No. 51637**]

    Related Documents:

        C.      Omnibus Reply to Responses to Debtors' Two Hundred Fourteenth Omnibus Objection to Claims [**ECF No. 27541**]

        D.      Apr. 26, 2012 Hr'g Tr. [**ECF No. 27739**]

        E.      Omnibus Reply to Responses to Omnibus Objections to Claims [**ECF No. 51444**]

        F.      Notice of Hearing [**ECF No. 51445**]

Status: This matter is going forward.

4.   Debtors' Two Hundred Fifteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20104**]

    Response Deadline:    November 11, 2011 at 4:00 p.m.

    Responses Received:

        A.      See Exhibit A.

    Related Documents:

        B.      Omnibus Reply to Responses to Debtors' Two Hundred Fifteenth Omnibus Objection to Claims [**ECF No. 27542**]

        C.      Apr. 26, 2012 Hr'g Tr. [**ECF No. 27739**]

      D.    Omnibus Reply to Responses to Omnibus Objections to Claims [**ECF No. 51444**]

      E.    Notice of Hearing [**ECF No. 51445**]

Status: This matter is going forward.

5. Debtors' Two Hundred Sixteenth Omnibus Objection to Claims, dated September 16, 2011 [**ECF No. 20105**]

Response Deadline: November 11, 2011 at 4:00 p.m.

Responses Received:

      A.    See Exhibit A.

      B.    Opposition of Alex Wong Chin Pang [**ECF No. 51635**]

Related Documents:

      C.    Omnibus Reply to Responses to Debtors' Two Hundred Sixteenth Omnibus Objection to Claims [**ECF No. 27543**]

      D.    Apr. 26, 2012 Hr'g Tr. [**ECF No. 27739**]

      E.    Omnibus Reply to Responses to Omnibus Objections to Claims [**ECF No. 51444**]

      F.    Notice of Hearing [**ECF No. 51445**]

Status: This matter is going forward.

6. Three Hundred Seventy-Ninth Omnibus Objection to Claims, dated December 7, 2012 [**ECF No. 32652**]

Response Deadline: January 9, 2013 at 4:00 p.m.

Response Received:

      A.    Response of Jose Ruivo Dragao, Joao [**ECF No. 34477**]

Related Documents:

      B.    Omnibus Reply to Responses to Omnibus Objections to Claims [**ECF No. 51444**]

      C.    Notice of Hearing [**ECF No. 51445**]

  Status: This matter is going forward.

II. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7. Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

  Status: This matter has been adjourned to February 23, 2015 at 10:00 a.m.

8. Claims Objection Hearing with Respect to Objection to Proof of Claim No. 24663 [**ECF No. 46335**]

  Responses Received: None.

  Related Documents: None.

  Status: This matter has been adjourned to January 21, 2016 at 10:00 a.m.

9. Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

  Response Deadline: July 22, 2015 at 4:00 p.m. or as otherwise extended.

  Responses Received:

   A. Opposition of Highland CDO Opportunity Master Fund, L.P. [**ECF No. 50244**]

   B. Objection of RGM Trading International Limited [**ECF No. 50245**]

   C. Citigroup Financial Products Inc.'s Objection [**ECF No. 50256**]

   D. Corrected Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. [**ECF No. 50276**]

   E. SRM Global Master Fund Limited Partnership's Limited Objection [**ECF No. 50319**]

   F. Objection of CRC Credit Fund Ltd. [**ECF No. 50320**]

   G. Preliminary Objection of CarVal Investors UK Limited [**ECF No. 50466**]

5

  H. Objection of Attestor Value Master Fund LP and Deutsche Bank AG [**ECF No. 50602**]

  I. Objection of Maverick Fund, L.D.C., *et al.* [**ECF No. 50761**]

Related Document:

  J. Declaration of Richard Katz In Support of the Motion [**ECF No. 49955**]

Status:  This matter has been adjourned to January 21, 2016 at 10:00 a.m.

10. Plan Administrator's Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50500**]

Response Deadline: August 31, 2015 at 4:00 p.m.

Response Received:

  A. Response of U.S. Bank National Association, as Trustee [**ECF No. 50854**]

Related Documents: None.

Status:  This matter has been adjourned to January 21, 2016 at 10:00 a.m.

11. Plan Administrator's Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 50899**]

Response Deadline: October 1, 2015 at 4:00 p.m.

Response Received:

  A. Response of BNP Paribas [**ECF No. 51023**]

Related Document:

  B. Reply of Lehman Brothers Holdings Inc. [**ECF No. 51309**]

Status:  The hearing with respect to claim numbers 26485 and 67938 has been adjourned to January 21, 2016 at 10:00 a.m.

12. Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51006**]

Response Deadline: October 28, 2015 at 4:00 p.m.

6

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to a date to be determined.

13. Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

Response Deadline:  December 10, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 21, 2016 at 10:00 a.m.

14. Plan Administrator's Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51451**]

Response Deadline:  December 10, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:  None.

Status:  This matter has been adjourned to January 21, 2016 at 10:00 a.m. solely with respect to Claim No. 65989.

**B.   Adversary Proceedings**

15. Allied World Assurance Company v. LB Rose Ranch LLC [**Adversary Proceeding No. 15-01128**]

   **Pre-Trial Conference**

   Related Documents:

   A.   Adversary Complaint [**ECF No. 1**]

   B.   Amended Adversary Complaint [**ECF No. 5**]

   C.   Stipulation Regarding Waiver of Service Between Allied World and LB Rose Ranch LLC [**ECF No. 15**]

   D.   Answer of LB Rose Ranch LLC to Amended Complaint [**ECF No. 17**]

7

    E.    Motion of Brian Alonge, *et al.* to Dismiss for Lack of Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 19**]

    F.    Answer of American Home Assurance Company to Amended Complaint [**ECF No. 20**]

    G.    Answer of National Union Fire Insurance Company of Pittsburgh, PA to Amended Complaint [**ECF No. 21**]

Status: This matter has been adjourned to January 21, 2016 at 10:00 a.m.

**C.  Lehman Brothers Inc. Proceeding**

16. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

    Response Deadline:    April 4, 2014 at 4:00 p.m.; extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

    A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

    B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

    C.    Notice of Resolution [**LBI ECF No. 9773**]

Status: This matter has been adjourned to January 21, 2016 at 10:00 a.m., as to certain claims.

17. Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 9658**]

    Response Deadline:    September 5, 2014 at 4:00 p.m.

8

Response Received:

    A.    Response of U.S. Bank National Association, as Trustee, to Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) With Respect to Claim Number 5555 [**LBI ECF No. 9824**]

Related Document:

    B.    Order Granting Trustee's Two Hundred Sixty-First Omnibus Objection to General Creditor Claims (No Liability, Insufficient, and Subordinated Claims) [**LBI ECF No. 10084**]

Status: This matter has been adjourned to January 21, 2016 at 10:00 a.m., as to a certain claim.

18. Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m.; extended for certain parties without date.

Response Received:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220**]

Status: This matter has been adjourned to January 21, 2016 at 10:00 a.m., as to certain claims.

9

19. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

    Response Deadline:   January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

    A.  Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

    B.  Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

    C.  Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991, 12647**]

    Status:  This matter has been adjourned to January 21, 2016 at 10:00 a.m., as to certain claims.

20. Trustee's Objection to Disallow and Expunge Aurora Bank FSB F/K/A Lehman Brothers Bank, FSB's Proof of Claim (5568) [**LBI ECF No. 10782**]

    Response Deadline:   January 20, 2015 at 4:00 p.m.; extended without date.

    Responses Received:  None.

    Related Documents:   None.

    Status:  This matter has been adjourned to a date to be determined.

21. Trustee's Supplemental Objection to the Amended and Supplemental Pleading to Proofs of Claim Subject to the Two Hundred Seventh Omnibus Objection (No Liability Claims) [**LBI ECF No. 12143**]

    Response Deadline:   June 22, 2015 at 4:00 p.m.

    Response Received:

    A.  Claimants' Memorandum of Law in Response to the Trustee's Supplemental Objection to Claimants' Amended and Supplemental Pleading, Subject to the Two Hundred Seventh Omnibus Objection (No Liability Claims) [**LBI ECF No.12269**]

10

Related Documents:

    B.    Trustee's Reply in Further Support of the Trustee's Supplemental Objection to the Claimants' Amended and Repleaded Claims Subject to the Trustee's Two Hundred Seventh Omnibus Objection to General Creditor Claims (No Liability Claims) [**LBI ECF No. 12482**]

    C.    Order Denying Trustee's Supplemental Objection to the Amended and Supplemental Pleading to Proofs of Claim Subject to the Two Hundred Seventh Omnibus Objection (No Liability Claims) [**LBI ECF No. 12800**]

    D.    Notice of Status Conference [**LBI ECF No. 13045**]

Status: This matter has been settled in principle and has been adjourned to a date to be determined.

## III.   RESOLVED MATTER:

### A.   Lehman Brothers Inc. Proceeding

22.    Notice of Presentment of Proposed Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection to General Creditor Claims Solely as to the Amalgamated Bank of Chicago as Trustee Claim (Claim No. 4932) [**LBI ECF No. 13113**]

Response Deadline:   December 10, 2015 at 4:00 p.m., extended to December 11, 2015 at 4:00 p.m.

Response Received:

    A.    Limited Objection of the Chicago Board of Education to Proposed Order Granting the Trustee's Two Hundred- Sixty-Third Omnibus Objection to General Creditor Claims Solely as to the Amalgamated Bank of Chicago, as Trustee (Claim No. 4832) [**LBI ECF No. 13155**]

Related Documents:

    B.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

    C.    Trustee's Reply in Further Support of Notice of Presentment [**LBI ECF No. 13174**]

11

    <u>Status</u>:  This matter has been resolved and the Notice of Presentment will be withdrawn.

Dated:  December 16, 2015
   New York, New York

          /s/ Garrett A. Fail
          Garrett A. Fail

          WEIL, GOTSHAL & MANGES LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8000
          Facsimile: (212) 310-8007

          Attorneys for Lehman Brothers Holdings Inc.
          and Certain of Its Affiliates

Dated:  December 16, 2015
   New York, New York

          /s/ Jeffrey S. Margolin
          James B. Kobak, Jr.
          James C. Fitzpatrick
          Jeffrey S. Margolin

          HUGHES HUBBARD & REED LLP
          One Battery Park Plaza
          New York, New York 10004
          Telephone: (212) 837-6000
          Facsimile: (212) 422-4726

          Attorneys for James W. Giddens, Trustee for
          the SIPA Liquidation of Lehman Brothers Inc.

Exhibit A

<u>Subordinated Guarantee Claims</u>

WEIL:\95561070\4\58399.0011

**SUBORDINATED GUARANTEE CLAIMS**

|    | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|----|------|---------|-------------|-------------------|-------|----------------------------|
| 1  | ADVENTIST UNION LIMITED | 40232 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,069,000.00 |
| 2  | ALMADA GONZALEZ, ERNESTO JAVIER & ANA MARIA GOMEZ MUNDO | 51285 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 300,000.00 |
| 3  | ALONSO VERTIZ, RAFAEL | 47459 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 200,000.00 |
| 4  | AVELINO ORNELAS, MANUEL | 43259 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,020,316.67 |
| 5  | BANCO SANTANDER INTERNATIONAL, AS AGENT | 55675 | 08-13555 (SCC) | Omnibus Objection 213 | XS0301813522 | $ 0.00 * |
| 6  | BANK JULIUS BAER & CO. LTD. | 55515 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 203,948.33 * |
| 7  | BANK OF EAST ASIA LTD., THE, AS NOMINEE | 47294 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 109,948.00 |
| 8  | BANK OF EAST ASIA LTD., THE, AS NOMINEE | 47296 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 109,948.00 |
| 9  | BANQUE PRIVEE | 46890 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 145,098.00 |
|    |      |         | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 377,377.00 |
|    |      |         |             |                   |       | $522,475.00 |
| 10 | BARNUEVO VIGIL DE QUINONES, MARIA PILAR | 44436 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 28,302.00 |
| 11 | BESSIO, MIRTA | 47444 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 12 | BIROL, ATIL | 10985 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 61,196.00 |
| 13 | BITKID B.V. | 52186 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 72,626.00 |
| 14 | BLASCO MARTIN, GREGORIO & | 60503 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 43,691.57 |
| 15 | BLOOMINGDALE'S INT VENT LTD. | 45086 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 16 | BORRINO, ALBERTO M. | 41133 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 15,000.00 |
| 17 | BRICENO VARGAS, ANTONIO & DE LA R DE BRICENO, PATRICIA | 49488 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 400,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

|    | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|----|------|---------|-------------|-------------------|-------|----------------------------|
| 18 | BUOYANT HILL CORPORATION | 45682 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 16,000.00 |
| 19 | CALZADA REBOLLEDO, ROSA MARIA & | 56936 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 105,000.00 |
| 20 | CAMARENA PADILLA, EDUARDO & MARIA DE LA LUZ | 56943 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 294,000.00 |
| 21 | CAMARENA PADILLA, MA DE LA LUZ & ROSA EVELIA | 56945 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 727,000.00 |
| 22 | CAMARENA PADILLA, ROSA EVELIA & MA DE LA LUZ | 56944 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 410,000.00 |
| 23 | CAMARENA PADILLA, SOCORRO & MA DE LA LUZ | 56942 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 241,000.00 |
| 24 | CASTANEDA SAN ROMAN, HERMINIA & | 50842 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 25 | CASTELLANOS RAMIREZ, HECTOR | 50682 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 167,000.00 |
| 26 | CHAN, PETER AND ROSE | 41639 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 11,000.00 |
| 27 | CHEN, ROSA TE | 40968 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 28 | CHINA UNIQUE HOLDINGS LTD | 40813 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 29 | CHIPHAR CORPORATION | 40814 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 30 | COLE, FRANK | 37020 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 41,580.00 |
| 31 | DARYANI, PARASRAM, NEELAM P., VIKAS P. & NIKESH P | 59233 | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 1,000,000.00 |
| 32 | DARYANI, PARASRAM/ NEELAM P DARYANI/ | 36634 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 1,000,000.00 * |
| 33 | DARYANI, VIKAS PARASRAM/ | 36639 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 34 | DAVID JESUS ALPIZAR CARRILLO & | 49481 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 35 | DE BAEREMAECKER, CAROLINA | 36813 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## SUBORDINATED GUARANTEE CLAIMS

|    | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|----|------|---------|-------------|-------------------|-------|----------------------------|
| 36 | DIAZ CLARK, MONICA | 49486 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 37 | DIEZ EZCURRA, CLARA | 37672 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 49,528.50 |
| 38 | DOTSON INVESTMENTS, LTD | 47035 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 237,304.48 |
| 39 | DUARTE, ALEJANDRO DIEGO | 61645 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 40 | FLORES, SERGIO LEAL AND JOSEFINA FLORES OCHOA | 64859 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 142,000.00 |
| 41 | FRANCISCO D'LUNA CANTON, JOSE/ LILIANA ASCENCIO DE LUNA | 65592 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 50,000.00 |
| 42 | FUNG, GRACE SIN YU | 36560 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 43 | GALLEGO, JAIME HERNANDEZ & TERCERO, REGINA HERNANDEZ | 50393 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 80,000.00 |
| 44 | GARCIA PASTORI, SYLVIA | 36815 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 45 | GESTION PARTICIPATIVA XXI, S.L. | 50526 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 73,585.20 |
| 46 | GOMEZ FLORES, MA DE LA PAZ & MA DEL REFUGIO | 56949 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 1,000,000.00 |
| 47 | GONZALEZ ENRIQUE, ALICIA AND GARCIA GONZALEZ, RUBEN | 51597 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 48 | GONZALEZ, GEORGINA MARGARITA | 49490 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 49 | GONZALO PEREZ DE GUZMAN SAN ROMAN | 50562 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 86,818.71 |
| 50 | GUZMAN ALDANA, ESTHELA M. | 51091 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 345,000.00 |
| 51 | HEINZ-JOACHIN, ELBE | 24466 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 56,744.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## SUBORDINATED GUARANTEE CLAIMS

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 52 | HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | 56671 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 2,699,533.32 * |
| | | | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 918,457.50 * |
| | | | | | | $3,617,990.82 |
| 53 | IP LAM SANG & TSE SIU MUI | 45386 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 54 | JABBOUR, LAMITA | 56189 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 500,000.00 |
| 55 | JANUS SYSTEMS S A | 55211 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 56 | JIMENEZ CASADO, MARIA DEL CARMEN | 41120 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 211,258.86 |
| 57 | JIMENEZ CASADO, SANTIAGO | 41121 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 138,909.94 |
| 58 | JOSE RUIVO DRAGAO, JOAO | 64556 | 08-13555 (SCC) | Omnibus Objection 379 | XS0301813522 | $ 51,015.83 |
| 59 | JOSEFINA FLORES OCHOA/SERGIO LEAL FLORES | 64860 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 258,000.00 |
| 60 | KADER, SAMIR AMR MOHAMED ZAKI ABDEL | 36674 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 * |
| 61 | KRAEMER, WILHELM | 41222 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 16,000.00 |
| 62 | LEE, TSU-SHIU AND LEE, YEN SHU MEEI | 42343 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 63 | LIN WEN YEN AND LIN-CHOU CHIANG HUA | 41316 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 64 | LINUESA SANCHEZ, ANDRES | 42390 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 36,174.46 |
| 65 | LLOVET GARCIA, JUAN ENRIQUE | 36808 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 66 | LLOVET GARCIA, MARIA DOLORES | 36807 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 67 | LLOVET GARCIA, MARIA ISABEL | 36810 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## SUBORDINATED GUARANTEE CLAIMS

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 68 | LLOVET GARCIA, MARIA SYLVIA | 36806 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 60,000.00 |
| 69 | LLOVET RUBIO, JUAN ENRIQUE | 36809 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 70 | LUMINANCE VENTURES LTD | 40810 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 21,000.00 |
| 71 | LUNA, JOSE RICARDO ALCALA AND ANA MARIA OCAMPO FLORES | 56480 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 105,000.00 |
| 72 | MARTINEZ, ENRIQUE VILLAGRASA | 41489 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 47,750.29 |
| 73 | MATEOS ESCUDERO, MARIA AGUEDA | 46683 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 283,020.00 |
| 74 | MATRIX CONTROL | 40812 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 32,000.00 |
| 75 | MICHELINI, MARGARITA | 36811 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 76 | MM2275 CO. LTD. | 40397 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 77 | MURCIA, JAMIE H. | 67453 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 1,417,829.53 |
| 78 | NEMOY, DANIEL | 36817 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 30,000.00 |
| 79 | OCCHIONE, LIONEL DARDO | 47474 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 89,000.00 |
| 80 | OCHOA, JOSEFINA FLORES & JOSEFINA LEAL FLORES | 64861 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 320,000.00 |
| 81 | OCTAVIO VELASCO, MARGARITA AND SEVILLA | 50683 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 116,000.00 |
| 82 | OROZCO COVARRUBIAS, FRANCISCO | 51092 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 83 | PARAMO, PATRICIA DE GUADALUPE | 65675 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 150,000.00 |
| 84 | PEREZ GARCIA, BLAS | 57034 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 21,704.68 |
| 85 | PINKY LIMITED | 42614 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## SUBORDINATED GUARANTEE CLAIMS

|  | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 86 | PO WAN LUK, KIT CHE FAN, KITTY KIT TAK FAN, AND A CHEUNG FAN KIT LING | 41254 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 87 | PRECIAT DE MENENDEZ, ANA MARIA | 51128 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 148,000.00 |
| 88 | RIDGECREST HOLDINGS LTD | 46589 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 89 | ROLDOS, JORGE | 36814 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 20,000.00 |
| 90 | ROLDOS, MARGARITA | 36818 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 |
| 91 | S. FEIJ | 63000 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 7,087.50 |
| 92 | SAEZ JORGE, CONCEPCION | 60501 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 142,725.80 |
| 93 | SANTOS GRADIM, JOAQUIM ARMINDO | 61429 | 08-13555 (SCC) | Omnibus Objection 215 | XS0282978666 | $ 708,707.44 |
| 94 | SAUER, KLAUS PETER | 34579 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 |
| 95 | SHYH-AN SU AND SHIOW-CHIN SU LUO | 40346 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 96 | SR. SIMON JUAN GALMES CERDO | 55517 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 203,948.33 * |
| 97 | SUGIARTO, BAMBANG/ LAU HA CHUN | 36650 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 50,000.00 * |
| 98 | SUWANG-SUN CO LTD | 40811 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 10,000.00 |
| 99 | TACTICS LIMITED | 54791 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 11,000.00 |
| 100 | TAHRA HOLDINGS INC | 57049 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 200,000.00 |
| 101 | TAN, CARIDAD & ALLEN ANTONIO | 45610 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 25,000.00 |
| 102 | TOUCHE, ANTONIO WALKER & DE WALKER, IRMA OLVERA | 50394 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 103 | TU, CHARLES AND PATTY | 55003 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 23,000.00 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.

## SUBORDINATED GUARANTEE CLAIMS

| | NAME | CLAIM # | CASE NUMBER | OMNIBUS OBJECTION | ISIN^ | AMOUNTS TO BE SUBORDINATED |
|---|---|---|---|---|---|---|
| 104 | UBS AG | 59233 | 08-13555 (SCC) | Omnibus Objection 216 | XS0282978666 | $ 0.00 * |
| | | | 08-13555 (SCC) | Omnibus Objection 216 | XS0301813522 | $ 0.00 * |
| | | | | | | Undetermined |
| 105 | VAN ROOY, S.A.B. | 54549 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 106,132.50 |
| 106 | VIDRIO CHAVEZ, GERARDO ARMANDO | 56046 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 100,000.00 |
| 107 | VIDRIO CHAVEZ, GERARDO ARMANDO | 57713 | 08-13555 (SCC) | Omnibus Objection 215 | XS0301813522 | $ 110,000.00 |
| 108 | WING LUNG BANK LIMITED | 45202 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 3,522,076.25 |
| 109 | WONG HUNG YING | 43442 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 100,000.00 * |
| 110 | YARNOZ DIEZ, ISABEL MARIA | 37668 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 84,906.00 |
| 111 | YETTI LTD. | 40541 | 08-13555 (SCC) | Omnibus Objection 214 | XS0301813522 | $ 80,000.00 |
| 112 | ZEELAND INTERNATIONAL LIMITED | 37379 | 08-13555 (SCC) | Omnibus Objection 213 | XS0282978666 | $ 427,290.00 |
| | | | | | TOTAL | $ 26,444,540.69 |

\* Indicates claim contains unliquidated and/or undetermined amounts

^ Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.