# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

December 16, 2015

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
     **ADR Procedures Order Dated 9/17/09 (the "Order")**
     **Seventy-second Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the seventy-second) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the December 17, 2015 omnibus hearing.

In the 44 days following the last prior report, the Lehman entities did not serve any new ADR Notices; a total of 495 Notices have been served in Tiers One and Two. During the immediately past reporting period, the Lehman entities closed settlements with the counterparties in four additional ADR matters, three following mediation. Including the $13,122,500 from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have received an aggregate of $2,995,405,137 new dollars for the various estates as a result of the ADR process. Settlements have been achieved in 423 ADR matters involving 540 counterparties.

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
December 16, 2015
Page 2

To date, of the 244 ADR matters that have reached the mediation stage and been concluded, 231 have been settled in or subsequent to mediation; only thirteen mediations have terminated and remain unsettled. One additional receivables mediation currently is scheduled for February 25, 2016.

Respectfully submitted,

*[signature]*

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)