EVIDENCE OF TRANSFER OF CLAIMS
LEHMAN PROGRAM SECURITIES

TO:   LEHMAN BROTHERS HOLDINGS, INC. AND THE BANKRUPTCY COURT

1.  **HKSCC Nominees Limited** ("Transferor") does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Lehman Brothers Securities Asia Limited (in liquidation)** ("Transferee") all right, title and interest in and to Proof of Claim Numbers 10051, 10052, 10053, 10054, 10055, 10056 and 10057 filed by or on behalf of the Transferor against Lehman Brothers Holdings, Inc., formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), administered under Case No. 08-13555 (JMP), **solely to the extent of the securities and in the quantities reflected in the Schedule attached hereto** (the "Transferred Claims").

2.  Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferee for Transferor for all purposes related to the Transferred Claims, including, without limitation, for distribution purposes with respect to the Transferred Claims. Transferor acknowledges and understands, and hereby stipulates and agrees, that (a) the Transferred Claims may be transferred to Transferee without the need for the entry of an order of the Bankruptcy Court, and/or (b) an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claims be delivered or made to Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this 2nd day of November 2015.

42162425.3

| | |
|---|---|
| **HKSCC Nominees Limited** | **Lehman Brothers Securities Asia Limited (in liquidation)** |
| By: _[signature]_ | By: _[signature]_ |
| Name: POON HON CHEUNG | Name: LUI YEE MAN |
| Title: DIRECTOR | Title: Joint and Several Liquidator |
| For and on behalf of | For and on behalf of |
| HKSCC Nominees Limited | Lehman Brothers Securities Asia Limited (in liquidation) acting as its agent and without personal liability |
| 7/F, Infinitus Plaza | 8/F, Prince's Building |
| 199 Des Voeux Road Central | 10 Chater Road, Central |
| Hong Kong | Hong Kong |

## SCHEDULE

| Claim No. | Stock Code | Stock Name | Reduced filed claim amount (as allowed by LBHI) US$ | Transferred Claim amount US$ |
|---|---|---|---|---|
| 10051 | 14510 | LB-HSI@EP0903D | 12,718,903.91 | 12,575,180.30 |
| 10052 | 14509 | LB-HSI@EP0903C | 10,227,784.01 | 10,203,578.25 |
| 10053 | 14386 | LB-HSI@EP0901C | 6,779,127.04 | 6,584,823.73 |
| 10054 | 14041 | LB-PETCH@EP0904 | 9,836,212.94 | 9,836,212.94 |
| 10055 | 14040 | LB-CMOB@EP0904 | 14,372,597.25 | 14,372,597.25 |
| 10056 | 14387 | LB-HSI@EP0901D | 8,243,998.33 | 8,184,916.34 |
| 10057 | 14643 | LB-COVS@EC0903B | 219,354.84* | 215,976.77 |
| | | | 62,397,978.32 | 61,973,285.58 |

\* No reduction applied by LBHI

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Securities Asia Limited (in liquidation)
Name of Transferee

HKSCC Nominees Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): 10051
Claim Amount Filed: US$27,793,548.39
Claim Amount Allowed: US$12,718,903.91
Allowed Claim Amount transferred (as allowed): US$12,575,180.30
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +852 2140 2888
Last Four Digits of Acct #: N/A

Phone: +852 2211 6249
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]                                              Date: -2 NOV 2015
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>            Case No. <u>08-13555 (JMP)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Securities Asia Limited (in liquidation) | HKSCC Nominees Limited |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): <u>10052</u>
Claim Amount Filed: <u>US$24,658,064.52</u>
Claim Amount Allowed: <u>US$10,227,784.01</u>
Allowed Claim Amount transferred
(as allowed): <u>US$10,203,578.25</u>
Date Claim Filed: <u>1 September 2009</u>

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+852 2140 2888</u>                           Phone: <u>+852 2211 6249</u>
Last Four Digits of Acct #: <u>N/A</u>               Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                    Date: **- 2 NOV 2015**
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>            Case No. <u>08-13555 (JMP)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Lehman Brothers Securities Asia Limited (in liquidation)</u>           <u>HKSCC Nominees Limited</u>
Name of Transferee                                                       Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): <u>10053</u>
Claim Amount Filed: <u>US$23,357,264.52</u>
Claim Amount Allowed: <u>US$6,779,127.04</u>
Allowed Claim Amount transferred (as allowed): <u>US$6,584,823.73</u>
Date Claim Filed: <u>1 September 2009</u>

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+852 2140 2888</u>                                               Phone: <u>+852 2211 6249</u>
Last Four Digits of Acct #: <u>N/A</u>                                    Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                     Date: <u>- 2 NOV 2015</u>
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>        Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Lehman Brothers Securities Asia Limited (in liquidation)</u>        <u>HKSCC Nominees Limited</u>
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Switzerland

Court Claim # (if known): <u>10054</u>
Claim Amount Filed: <u>US$16,335,483.87</u>
Claim Amount Allowed: <u>US$9,836,212.94</u>
Allowed Claim Amount transferred
(as allowed): <u>US$9,836,212.94</u>
Date Claim Filed: <u>1 September 2009</u>

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+852 2140 2888</u>                                   Phone: <u>+852 2211 6249</u>
Last Four Digits of Acct #: <u>N/A</u>                        Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: <u>- 2 NOV 2015</u>
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Securities Asia Limited (in liquidation)
Name of Transferee

HKSCC Nominees Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): 10055
Claim Amount Filed: US$17,767,741.94
Claim Amount Allowed: US$14,372,597.25
Allowed Claim Amount transferred (as allowed): US$14,372,597.25
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +852 2140 2888
Last Four Digits of Acct #: N/A

Phone: +852 2211 6249
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: - 2 NOV 2015
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Securities Asia Limited (in liquidation)
Name of Transferee

HKSCC Nominees Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): 10056
Claim Amount Filed: US$25,625,806.45
Claim Amount Allowed: US$8,243,998.33
Allowed Claim Amount transferred (as allowed): US$8,184,916.34
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +852 2140 2888
Last Four Digits of Acct #: N/A

Phone: +852 2211 6249
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: [signature]          Date: - 2 NOV 2015
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.      Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Securities Asia Limited (in liquidation)
Name of Transferee

HKSCC Nominees Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
KPMG, 8/F Prince's Building
10 Chater Road, Central
Hong Kong

Court Claim # (if known): 10057
Claim Amount Filed: US$219,354.84
Claim Amount Allowed: US$219,354.84
Allowed Claim Amount transferred (as allowed): US$215,976.77
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +852 2140 2888
Last Four Digits of Acct #: N/A

Phone: +852 2211 6249
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: -2 NOV 2015
Transferee/Transferee's Agent
Lui Yee Man
Joint and Several Liquidator
The Joint and Several Liquidators act as agents of the Company without personal liability.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

42162425.3