EVIDENCE OF TRANSFER OF CLAIMS
LEHMAN PROGRAM SECURITIES


TO:    LEHMAN BROTHERS HOLDINGS, INC. AND THE BANKRUPTCY COURT


1.    **Lehman Brothers Securities Asia Limited (in liquidation)** ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably transferred and assigned to **Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) by and through its Liquidator** ("Transferee") all right, title and interest in and to Proof of Claim Numbers 10051, 10052, 10053, 10054, 10055, 10056 and 10057 filed by or on behalf of the Transferor against Lehman Brothers Holdings, Inc., formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court"), administered under Case No. 08-13555 (JMP), **solely to the extent of the securities and in the quantities reflected in the Schedule attached hereto** (the "Transferred Claims").

2.    Transferor hereby waives any objection to the transfer of the Transferred Claims to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferee for Transferor for all purposes related to the Transferred Claims, including, without limitation, for distribution purposes with respect to the Transferred Claims. Transferor acknowledges and understands, and hereby stipulates and agrees, that (a) the Transferred Claims may be transferred to Transferee without the need for the entry of an order of the Bankruptcy Court, and/or (b) an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claims, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claims be delivered or made to Transferee.

3.    The Transferee's Liquidator has signed this Evidence of Transfer as agent for and on behalf of Transferee and neither the Transferee's Liquidator, its firm, partners, employees, agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Transferee's Liquidators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Transferee's Liquidator, its firm, partners, employees, agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIMS is executed this 2nd day of November 2015.

| Lehman Brothers Securities Asia Limited (in liquidation) | Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) |
|---|---|
| By:_____ | By:_____ |
| Name: | Name: PricewaterhouseCoopers AG, Zurich |
| Title: Joint and Several Liquidator | Title: Bankruptcy Liquidator |
| For and on behalf of | For and on behalf of |
| Lehman Brothers Securities Asia Limited (in liquidation) acting as its agent and without personal liability | Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) acting as its agent and without personal liability |
| 8/F, Prince's Building<br>10 Chater Road, Central<br>Hong Kong | Stampfenbachstrasse 48<br>CH-8006 Zurich<br>Switzerland |

### SCHEDULE

| Claim No. | Stock Code | Stock Name | Reduced filed claim amount (as allowed by LBHI) US$ | Transferred Claim amount US$ |
|---|---|---|---|---|
| 10051 | 14510 | LB-HSI@EP0903D | 12,718,903.91 | 12,575,180.30 |
| 10052 | 14509 | LB-HSI@EP0903C | 10,227,784.01 | 10,203,578.25 |
| 10053 | 14386 | LB-HSI@EP0901C | 6,779,127.04 | 6,584,823.73 |
| 10054 | 14041 | LB-PETCH@EP0904 | 9,836,212.94 | 9,836,212.94 |
| 10055 | 14040 | LB-CMOB@EP0904 | 14,372,597.25 | 14,372,597.25 |
| 10056 | 14387 | LB-HSI@EP0901D | 8,243,998.33 | 8,184,916.34 |
| 10057 | 14643 | LB-COVS@EC0903B | 219,354.84* | 215,976.77 |
|  |  |  | 62,397,978.32 | 61,973,285.58 |

\* No reduction applied by LBHI

**Lehman Brothers Securities Asia Limited (in liquidation)**

By: *[signature]*

Name: PATRICK COULEY

Title: Joint and Several Liquidator

For and on behalf of

Lehman Brothers Securities Asia Limited
(in liquidation) acting as its agent and without personal liability

8/F, Prince's Building
10 Chater Road, Central
Hong Kong

**Lehman Brothers Finance AG in Liquidation**
(also known as Lehman Brothers Finance SA en Liquidation)

By: *[signature]*

Name: PricewaterhouseCoopers AG, Zurich

Title: Bankruptcy Liquidator

For and on behalf of

Lehman Brothers Finance AG in Liquidation
(also known as Lehman Brothers Finance SA en Liquidation) acting as its agent and without personal liability

Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

## SCHEDULE

| Claim No. | Stock Code | Stock Name | Reduced filed claim amount (as allowed by LBHI) US$ | Transferred Claim amount US$ |
|---|---|---|---|---|
| 10051 | 14510 | LB-HSI@EP0903D | 12,718,903.91 | 12,575,180.30 |
| 10052 | 14509 | LB-HSI@EP0903C | 10,227,784.01 | 10,203,578.25 |
| 10053 | 14386 | LB-HSI@EP0901C | 6,779,127.04 | 6,584,823.73 |
| 10054 | 14041 | LB-PETCH@EP0904 | 9,836,212.94 | 9,836,212.94 |
| 10055 | 14040 | LB-CMOB@EP0904 | 14,372,597.25 | 14,372,597.25 |
| 10056 | 14387 | LB-HSI@EP0901D | 8,243,998.33 | 8,184,916.34 |
| 10057 | 14643 | LB-COVS@EC0903B | 219,354.84* | 215,976.77 |
|  |  |  | 62,397,978.32 | 61,973,285.58 |

\* No reduction applied by LBHI

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.     Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) | Lehman Brothers Securities Asia Limited (in liquidation) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): 10051
Claim Amount Filed: US$27,793,548.39
Claim Amount Allowed: US$12,718,903.91
Allowed Claim Amount transferred (as allowed): US$12,575,180.30
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +41 44 287 8842
Last Four Digits of Acct #: N/A

Phone: +852 2140 2888
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 07 November 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>    Case No. <u>08-13555 (JMP)</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en <u>Liquidation</u>) | Lehman Brothers Securities Asia Limited (in liquidation) |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>10052</u> |
| Stampfenbachstrasse 48 | Claim Amount Filed: <u>US$24,658,064.52</u> |
| CH-8006 Zurich | Claim Amount Allowed: <u>US$10,227,784.01</u> |
| Switzerland | Allowed Claim Amount transferred (as allowed): <u>US$10,203,578.25</u> |
| | Date Claim Filed: <u>1 September 2009</u> |

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+41 44 287 8842</u>    Phone: <u>+852 2140 2888</u>
Last Four Digits of Acct #:  <u>N/A</u>    Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _02 November 2015_
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) | Lehman Brothers Securities Asia Limited (in liquidation) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): 10053
Claim Amount Filed: US$23,357,264.52
Claim Amount Allowed: US$6,779,127.04
Allowed Claim Amount transferred
(as allowed): US$6,584,823.73
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +41 44 287 8842
Last Four Digits of Acct #: N/A

Phone: +852 2140 2888
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  02 November 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**TRANSFER OF CLAIM FORM**

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>     Case No. <u>08-13555 (JMP)</u>

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) | Lehman Brothers Securities Asia Limited (in liquidation) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): <u>10054</u>
Claim Amount Filed: <u>US$16,335,483.87</u>
Claim Amount Allowed: <u>US$9,836,212.94</u>
Allowed Claim Amount transferred (as allowed): <u>US$9,836,212.94</u>
Date Claim Filed: <u>1 September 2009</u>

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+41 44 287 8842</u>
Last Four Digits of Acct #: <u>N/A</u>

Phone: <u>+852 2140 2888</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: <u>02 November 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>        Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation)
Name of Transferee

Lehman Brothers Securities Asia Limited (in liquidation)
Name of Transferor

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): <u>10055</u>
Claim Amount Filed: <u>US$17,767,741.94</u>
Claim Amount Allowed: <u>US$14,372,597.25</u>
Allowed Claim Amount transferred (as allowed): <u>US$14,372,597.25</u>
Date Claim Filed: <u>1 September 2009</u>

Debtor claim filed against: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>+41 44 287 8842</u>
Last Four Digits of Acct #: <u>N/A</u>

Phone: <u>+852 2140 2888</u>
Last Four Digits of Acct. #: <u>N/A</u>

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: <u>02 November 2015</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.    Case No. 08-13555 (JMP)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) | Lehman Brothers Securities Asia Limited (in liquidation) |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): 10056
Claim Amount Filed: US$25,625,806.45
Claim Amount Allowed: US$8,243,998.33
Allowed Claim Amount transferred (as allowed): US$8,184,916.34
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +41 44 287 8842
Last Four Digits of Acct #: N/A

Phone: +852 2140 2888
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 02 November 2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# TRANSFER OF CLAIM FORM

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Finance AG in Liquidation (also known as Lehman Brothers Finance SA en Liquidation) | Lehman Brothers Securities Asia Limited (in liquidation) |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stampfenbachstrasse 48
CH-8006 Zurich
Switzerland

Court Claim # (if known): 10057
Claim Amount Filed: US$219,354.84
Claim Amount Allowed: US$219,354.84
Allowed Claim Amount transferred (as allowed): US$215,976.77
Date Claim Filed: 1 September 2009

Debtor claim filed against: Lehman Brothers Holdings Inc.

Phone: +41 44 287 8842
Last Four Digits of Acct #: N/A

Phone: +852 2140 2888
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: 02 November 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.