B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

## *PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>P  STONE  LION  IE,  a  fund  of  Permal  Managed</u>
<u>Account Platform ICAV</u>
        Name of Transferee

<u>Permal Stone Lion Fund Ltd.</u>
        Name of Transferor

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor New
New York, NY 10017
bwood@stonelioncapital.com
Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim # (if known):<u>25155</u>
Total Amount of Claim: <u>$12,909,634.00</u>
Transferred Amount of Claim: <u>$801,659.00</u>
Date Claim Filed: <u>September 21, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>


Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
        Transferee/Transferee's Agent

Date: __12/15/15__

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **P STONE LION IE, a fund of Permal Managed Account Platform ICAV** ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 25155, solely to the extent of the claims thereunder in the amount of $801,659.00, arising from a promissory note dated March 8, 2005 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim assigned herein (the "Assigned Claim") to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representatives dated the 15th day of December, 2015.

| Permal Stone Lion Fund Ltd. By: Stone Lion Capital Partners L.P., Investment Manager | P STONE LION IE, a fund of Permal Managed Account Platform ICAV By: Stone Lion Capital Partners L.P., Investment Manager |
|---|---|
| By: Name: Danielle Schaefer Title: Authorized Signatory | By: Name: Claudia Borg Title: Authorized Signatory |

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| P STONE LION IE, a fund of Permal Managed Account Platform ICAV | Permal Stone Lion Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor New
New York, NY 10017
bwood@stonelioncapital.com
Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim # (if known):56009
Transferred Amount of Claim: $2,000,000.00
Date Claim Filed: October 30, 2009
Debtor: Lehman Commercial Paper Inc.


Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: 12/15/15

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **P STONE LION IE, a fund of Permal Managed Account Platform ICAV** ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 56009 in the principal amount of $2,000,000.00 (the "Assigned Claim") against Lehman Commercial Paper Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Assigned Claim assigned herein to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representatives dated the __ day of December, 2015.

| **Permal Stone Lion Fund Ltd.**<br>By: Stone Lion Capital Partners L.P., Investment Manager | **P STONE LION IE, a fund of Permal Managed Account Platform ICAV**<br>By: Stone Lion Capital Partners L.P., Investment Manager |
|---|---|
| By: _____<br>Name:<br>Title:     Danielle Sch___<br>**Authorized Signatory** | By: _____<br>Name:     **Claudia Borg**<br>Title:     **Authorized Signatory** |

B 210A (Form 210A) (12/09)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.

Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>P STONE LION IE, a fund of Permal Managed Account Platform ICAV</u>
Name of Transferee

<u>Permal Stone Lion Fund Ltd.</u>
Name of Transferor

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor New
New York, NY 10017
bwood@stonelioncapital.com
Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim # (if known):<u>58233</u>
Transferred Amount of Claim: <u>$1,811,915.31</u>
Date Claim Filed: <u>October 30, 2009</u>
Debtor: <u>Lehman Brothers Holding Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: <u>12/15/15</u>

*Penalty for making a false statement:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **P STONE LION IE, a fund of Permal Managed Account Platform ICAV** ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 58233 in the principal amount of $1,811,915.31 (the "Assigned Claim") against Lehman Brothers Holding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Assigned Claim assigned herein to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representatives dated the __ day of December, 2015.

| **Permal Stone Lion Fund Ltd.**<br>By: Stone Lion Capital Partners L.P., Investment Manager<br><br><br><br>By: _____<br>Name: **Danielle Schaefer**<br>Title: **Authorized Signatory** | **P STONE LION IE, a fund of Permal Managed Account Platform ICAV**<br>By: Stone Lion Capital Partners L.P., Investment Manager<br><br><br>By: _____<br>Name: **Claudia Borg**<br>Title: **Authorized Signatory** |