WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard L. Levine

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBPOENA ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities [ECF No. 5910], dated November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served and the date, time, and place of the requested production are set forth on "Exhibit A" attached hereto.

Dated: December 18, 2015
      New York, New York

/s/ Richard L. Levine
Richard L. Levine

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

# **Exhibit A**

NOTICE OF SUBPOENA

| Name of Witness | Date of Service of Subpoena | Subject of Subpoena: | Date, Time, and Place of any Examination |
|---|---|---|---|
| Maverick Neutral Fund, Ltd. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| Maverick Fund USA, Ltd. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| Maverick Fund II, Ltd. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| Maverick Fund, L.D.C. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| Maverick Long Enhanced Fund, Ltd. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| Maverick Neutral Levered Fund, Ltd. | December 15, 2015 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by January 13, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |