# **EXHIBIT A**

| Committee Member | Amount Paid Pursuant to Original Application | Amount Sought in Remand Proceeding |
|---|---:|---:|
| Wilmington Trust Company | $3,339,405.64 | $2,149,738.70 |
| Wilmington Trust Company – Loeb & Loeb, LLP | $402,237.25 | $402,237.25 |
| Wilmington Trust Company – Covington & Burling | $8,081,813.56 | $4,582,739.51 |
| Wilmington Trust Company – Citibank | $96,000.00 | $0.00 |
| The Bank of NY Mellon | $4,580,284.31 | $3,341,929.70 |
| The Vanguard Group, Inc. | $1,367,455.67 | $976,719.77 |
| Mizuho Bank Ltd., formerly known as Mizuho Corporate Bank, Ltd. | $3,026,197.78 | $3,026,197.78 |
| U.S. Bank National Association | $3,148,223.03 | $2,772,987.30 |
| Elliott Management Corp. | $2,562,548.10 | $2,326,020.86 |
| | | |
| **Grand Total** | $26,604,165.34 | $19,578,570.87 |

This schedule summarizes the amounts set forth in separate attached declarations submitted on behalf of all Applicants except Mizuho, which declarations contain information concerning the methodology used in determining the amounts sought in the Remand Proceedings. Mizuho will file its declaration separately in connection with the Supplemental Application of Mizuho Bank, Ltd for Payment of Fees and Expenses of its Counsel as a Substantial Contribution Award Based on Mizuho's Contribution as (A) A Creditors' Committee Member (B) Co-Chair of the Creditors' Committee and (C) Individual Creditor.

The time records or other analyses representing the fees and expenses requested in this Amended Omnibus Application are voluminous and are not attached hereto; however, each Applicant will provide copies of such time records (which may be in redacted form) and/or such analyses to the United States Trustee during discovery.

Except with respect to BNY Mellon, the amounts set forth as "Sought in Original Application" includes "stub period" amounts, which relate to the period between January 1, 2012 and March 9, 2012, the Effective Date of the Lehman Plan, the payment of which was authorized in the Approval Order and which were subsequently paid to Applicants. BNY Mellon will file a declaration that includes stub period amounts separately.