`

# EXHIBIT E

### Subcommittee Membership

A. **Derivatives Subcommittee**

1. Mizuho
2. Wilmington Trust
3. BNYM
4. Elliott
5. U.S. Bank

B. **Private Equity Subcommittee**

1. BNYM
2. Elliott
3. U.S. Bank
3. Vanguard

C. **Real Estate Subcommittee**

1. Mizuho
2. Elliott
3. U.S. Bank
4. Vanguard

D. **Domestic Banks Subcommittee**

1. Mizuho
2. Wilmington Trust
3. U.S. Bank
4. Vanguard

E. **Loan Book Subcommittee**

1. Mizuho
2. Wilmington Trust
3. Elliott
4. U.S. Bank

F. **EMTN (Structured Securities Valuation) Working Group**

1. Mizuho
2. Wilmington Trust
3. Elliott

**G.** **Litigation Subcommittee**

1. Mizuho
2. Wilmington Trust
3. U.S. Bank
4. Elliott

**H.** **Tax Subcommittee**

1. Mizuho
2. Wilmington Trust
3. U.S. Bank
4. Elliott