# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.        Case No. 08-13555 (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Empyrean Investments, LLC** | **Barclays Bank PLC** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 19934<br>Allowed General Unsecured Claim<br>Transferred Claim Amount: $41,415,000.00 |
| c/o Empyrean Capital Partners, LP<br>10250 Constellation Blvd., Ste. 2950<br>Los Angeles, CA 90067<br>Fax: (310) 843-3070<br>Attn: Sterling Hathaway<br>E-mail: operations@empyrean.com | Date Claim Filed: 9/21/09<br>Last Four Digits of Acct #: N/A |

Last Four Digits of Acct #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sterling Hathaway_  Date: December 16, 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

7670508.1

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Barclays Bank PLC ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Empyrean Investments, LLC ("Buyer") all rights, title and interest in and to the claims of Seller 19934 in the principal amount of $41,415,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) (the "Bankruptcy Court") as In re Lehman Brothers Special Financing Inc., Case No 08-13888 (SCC) jointly administered under the case pending in the Bankruptcy Court as In re Lehman Brothers Holdings Inc., Case No. 08-13555 (Jointly Administered) (SCC).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 16 day of December, 2015.

SELLER:                                             BUYER:

**BARCLAYS BANK PLC**                               **EMPYREAN INVESTMENTS, LLC**

Name: _[signature]_                                 Name: Sterling Hathaway
      Jennu Yoo
      Authorized Signatory
Title:                                              Title:  Director of Operations

7

ACTIVE 209179564v.5

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Barclays Bank PLC ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto Empyrean Investments, LLC ("Buyer") all rights, title and interest in and to the claims of Seller 19934 in the principal amount of $41,415,000.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Financing Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (or any other court with jurisdiction over the bankruptcy proceedings) (the "Bankruptcy Court") as In re Lehman Brothers Special Financing Inc., Case No 08-13888 (SCC) jointly administered under the case pending in the Bankruptcy Court as In re Lehman Brothers Holdings Inc., Case No. 08-13555 (Jointly Administered) (SCC).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the /0 day of November December, 2015.

SELLER:

BARCLAYS BANK PLC

Name:

Title:

BUYER:

EMPYREAN INVESTMENTS, LLC

Name: Sterling Hathaway

Title: Director of Operations

ACTIVE 200179564v 5

7