**STROOCK & STROOCK & LAVAN LLP**
Mark A. Speiser
Claude G. Szyfer
Sherry Millman
180 Maiden Lane
New York, NY 10038-4982
(212) 806-5400

*Counsel for Mizuho Bank Ltd., formerly known as Mizuho Corporate Bank, Ltd., As Co-Chair of the Committee*

**UNITED STATES BANKRUPTCY COURT**
**SOTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
                                                                   :
**In re:**                                                         :  Case No. 08-13555 (SCC)
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :  Chapter 11
                                                                   :
             **Debtors.**                                          :  Jointly Administered
                                                                   :
------------------------------------------------------------------ x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

    Michael Magzamen, being duly sworn, affirms and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Stroock & Stroock & Lavan LLP, having offices at 180 Maiden Lane, New York, New York 10038.

2. On December 18, 2015, affiant caused to be served, true and correct copies of the *Supplemental Application of Mizuho Bank, Ltd. for Payment of Fees and Expenses of its Counsel as a Substantial Contribution Award Based on Mizuho's Contribution as (A) a Creditors' Committee Member, (B) Co-Chair of the Creditors' Committee and (C) Individual Creditor* [Docket No. 51686] via overnight mail, upon:

Office of the United States Trustee (Region 2)　　Milbank, Tweed, Hadley & McCloy LLP
Attn:   Susan Golden, Esq.　　　　　　　　　　　Attn: Dennis Dunne, Esq.
201 Varick Street, Suite 1006　　　　　　　　　　One Chase Manhattan Plaza
New York, NY  10014　　　　　　　　　　　　　New York, NY 10005

Weil, Gotshal & Manges LLP
Attn: Garrett Fail, Esq.
767 Fifth Avenue
New York, NY 10153-0119


　　　　　　　　　　　　　　　　　　　　　　　 /s/ Michael Magzamen
　　　　　　　　　　　　　　　　　　　　　　　Michael Magzamen

Sworn to before me this
21st day of December, 2015

 /s/ Jonathan David Canfield
 NOTARY PUBLIC

 Jonathan David Canfield
 Notary Public, State of New York
 No. 02CA6253320
 Qualified in New York County
 Commission Expires Dec. 27, 2019