UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
                                                                :
In re:                                                          :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :
                Debtors.                                        :    (Jointly Administered)
                                                                :
                                                                :    Ref. Docket Nos. 51648, 51651 and
----------------------------------------------------------------x    51655

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2015, I caused to be served the:

    a) "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Plan Administrator's Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims)," dated December 15, 2015 [Docket No. 51648],

    b) "Certificate of No Objection Under 28 U.S.C. § 1746 Regarding the Plan Administrator's Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims)," dated December 15, 2015 [Docket No. 51651], and

    c) "Certificate of No Objection Under 28 U.S.C. 1746 § Regarding the Plan Administrator's Five Hundred Fourteenth Omnibus Objection to Claims (No Liability Claims)," dated December 15, 2015 [Docket No. 51655],

    by causing true and correct copies to be:

      i. enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the following party: *OFFICE OF THE U.S. TRUSTEE, U.S. FEDERAL OFFICE BUILDING, ATTN: WILLIAM K. HARRINGTON, ESQ., SUSAN D. GOLDEN, ESQ., ANDREA B. SCHWARTZ, ESQ., 201 VARICK STREET, ROOM 1006, NEW YORK, NY 10014*, and

    ii.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
16th day of December, 2015
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**Exhibit A**

**Counsel To The Official Committee Of Unsecured Creditors**

MILBANK, TWEED, HADLEY & MCCLOY LLP
DENNIS DUNNE, LUC DESPINS, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK, ESQ.
(COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS)
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
EMAIL: ddunne@milbank.com; wfoster@milbank.com, dodonnell@milbank.com,
efleck@milbank.com


MILBANK, TWEED, HADLEY & MCCLOY, LLP
ATTN: PAUL ARONZO & GREGORY BRAY
(COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
601 SOUTH FIGUEROA STREET, 30TH FLOOR
LOS ANGELES, CA 90017
EMAIL: paronzon@milbank.com; gbray@milbank.com