## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court, Southern District of New York

AND TO:    LEHMAN BROTHERS SPECIAL FINANCING INC. ("Debtor")
Case No. 08-13888 (jointly administered under In re Lehman Brothers Holdings Inc., et al.,
Chapter 11, Case No. 08-13555) ("Case")

Claim No. 66361

KT Credit LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Chase Lincoln First Commercial Corporation
Mail Code: NY1-L204
277 Park Avenue - Floor 11
New York, New York 10172
ATTN: Jeffrey L. Panzo
Telephone No.: 212-834-5857
Email: Jeffrey.L.Panzo@jpmorgan.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:

Proof of Claim No. 66361 solely to the extent of $15,000,000.00

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| KT CREDIT LLC | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
|---|---|
| By: | By: |
| Name: Aleksandra Markovic | Name: Amita Rodriguez |
| Title: Authorized Signatory | Title: Authorized Signatory |
| Date: 12/22/15 | Date: 12/22/15 |

## EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court, Southern District of New York

AND TO:     LEHMAN BROTHERS HOLDINGS INC. ("Debtor")
            Chapter 11, Case No. 08-13555 ("Case")

Claim No.  66360

KT Credit LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

> Chase Lincoln First Commercial Corporation
> Mail Code: NY1-L204
> 277 Park Avenue - Floor 11
> New York, New York 10172
> ATTN: Jeffrey L. Panzo
> Telephone No.: 212-834-5857
> Email: Jeffrey.L.Panzo@jpmorgan.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:

Proof of Claim No. 66360 solely to the extent of $15,000,000.00

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

| KT CREDIT LLC | CHASE LINCOLN FIRST COMMERCIAL CORPORATION |
|---|---|
| By: _____ | By: _____ |
| Name: Aleksandra Markovic | Name: Amita Rodriguez |
| Title: Authorized Signatory | Title: Authorized Signatory |
| Date: 12/22/15 | Date: 12/22/15 |

EOT KT Credit to CLFCC $50,684MM.docx