**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                           :   Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :   08-13555 (SCC)
                                                :
               Debtors.                         :   (Jointly Administered)
                                                :
---------------------------------------------------------------x   Ref. Docket No. 51688

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2015, I caused to be served the "Notice of Plan Administrator's Objection to Claim 17562," dated December 21, 2015, to which was attached the "Plan Administrator's Objection to Claim 17562," dated December 21, 2015 [Docket No. 51688], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                         */s/ Carol Zhang*
                                                         Carol Zhang

Sworn to before me this
23rd day of December, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc.
Overnight Service Parties

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

HIMFIELD LIMITED
C/O BAKER & MCKENZIE
ATTN: IRA REID
452 FIFTH AVENUE
NEW YORK NY 10018

HIMFIELD LIMITED
P.O. BOX 173, KINGSTON CHAMBERS
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

HIMFIELD LIMITED
C/O CHEUNG KONG (HOLDINGS) LTD
8/F CHEUNG KONG CTR
2 QUEEN'S RD
CENTRAL
HONG KONG

**EXHIBIT B**

Lehman Brothers Holdings Inc.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com

ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com

1

Lehman Brothers Holdings Inc.
Email Service List

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolf@kramerlevin.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@connellfoley.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| dbaumstein@whitecase.com | dmiller@steinlubin.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dpegno@dpklaw.com |
| ddrebsky@nixonpeabody.com | draelson@fisherbrothers.com |
| ddunne@milbank.com | drosenzweig@fulbright.com |
| deggermann@kramerlevin.com | drosner@goulstonstorrs.com |
| deggert@freebornpeters.com | drosner@kasowitz.com |
| demetra.liggins@tklaw.com | dshaffer@wtplaw.com |
| dennis.tracey@hoganlovells.com | dshemano@peitzmanweg.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dgrimes@reedsmith.com | dtheising@harrisonmoberly.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dworkman@bakerlaw.com |
| dhurst@coleschotz.com | easmith@venable.com |
| dhw@dhclegal.com | ebcalvo@pbfcm.com |
| diconzam@gtlaw.com | ecohen@russell.com |
| djcarragher@daypitney.com | edward.flanders@pillsburylaw.com |
| djoseph@stradley.com | efleck@milbank.com |
| dkessler@ktmc.com | efriedman@fklaw.com |
| dkozusko@willkie.com | efriedman@friedmanspring.com |
| dlemay@chadbourne.com | ekbergc@lanepowell.com |
| dlipke@vedderprice.com | eleicht@whitecase.com |
| dmark@kasowitz.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emagnelli@bracheichler.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hmagaliff@r3mlaw.com |
| fcarruzzo@kramerlevin.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |
| fhenn@law.nyc.gov | hooper@sewkis.com |
| fhyman@mayerbrown.com | howard.hawkins@cwt.com |
| foont@foontlaw.com | hrh@lhmlawfirm.com |
| fsosnick@shearman.com | hseife@chadbourne.com |
| fyates@sonnenschein.com | hsnovikoff@wlrk.com |
| gabriel.delvirginia@verizon.net | hsteel@brownrudnick.com |
| gary.ravertpllc@gmail.com | icatto@mwe.com |
| gbray@milbank.com | igoldstein@proskauer.com |
| george.south@dlapiper.com | irethy@stblaw.com |
| ggitomer@mkbattorneys.com | israel.dahan@cwt.com |
| ggoodman@foley.com | iva.uroic@dechert.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | jalward@blankrome.com |
| glenn.siegel@dechert.com | james.heaney@lawdeb.com |
| glenn.siegel@morganlewis.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| goldenberg@ssnyc.com | jamesboyajian@gmail.com |
| gplotko@kramerlevin.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzman@sewkis.com | jay.hurst@oag.state.tx.us |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jay@kleinsolomon.com | jjtancredi@daypitney.com |
| jbeemer@entwistle-law.com | jjureller@klestadt.com |
| jbeiers@co.sanmateo.ca.us | jlamar@maynardcooper.com |
| jbromley@cgsh.com | jlawlor@wmd-law.com |
| jcarberry@cl-law.com | jlee@foley.com |
| jchristian@tobinlaw.com | jlevitin@cahill.com |
| jclose@chapman.com | jlscott@reedsmith.com |
| jdoran@haslaw.com | jmaddock@mcguirewoods.com |
| jdwarner@warnerandscheuerman.com | jmazermarino@msek.com |
| jdweck@sutherland.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com |
| jeannette.boot@wilmerhale.com | jnm@mccallaraymer.com |
| jeff.wittig@coair.com | john.beck@hoganlovells.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jennifer.demarco@cliffordchance.com | john.mule@ag.state.mn.us |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jfalgowski@reedsmith.com | johnramirez@paulhastings.com |
| jfreeberg@wfw.com | jonathan.goldblatt@bnymellon.com |
| jg5786@att.com | jonathan.henes@kirkland.com |
| jgenovese@gjb-law.com | jorbach@hahnhessen.com |
| jgoodchild@morganlewis.com | joseph.cordaro@usdoj.gov |
| jguy@orrick.com | joseph.serino@kirkland.com |
| jhiggins@fdlaw.com | joshua.dorchak@morganlewis.com |
| jhorgan@phxa.com | jowen769@yahoo.com |
| jhuggett@margolisedelstein.com | joy.mathias@dubaiic.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |

5

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jporter@entwistle-law.com | ken.higman@hp.com |
| jprol@lowenstein.com | kerry.moynihan@hro.com |
| jrabinowitz@rltlawfirm.com | kgwynne@reedsmith.com |
| jrsmith@hunton.com | kiplok@hugheshubbard.com |
| jschiller@bsfllp.com | kit.weitnauer@alston.com |
| jschreib@chapman.com | kkelly@ebglaw.com |
| jschwartz@hahnhessen.com | kkolbig@mosessinger.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jsherman@bsfllp.com | klynch@formanlaw.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| judy.morse@crowedunlevy.com | kreynolds@mklawnyc.com |
| jvail@ssrl.com | krodriguez@allenmatkins.com |
| jwcohen@daypitney.com | krosen@lowenstein.com |
| jweiss@gibsondunn.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | landon@slollp.com |
| jwh@njlawfirm.com | lapeterson@foley.com |
| jzulack@fzwz.com | lawallf@pepperlaw.com |
| kanema@formanlaw.com | lawrence.gelber@srz.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| karl.geercken@alston.com | lee.stremba@troutmansanders.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.whidden@dentons.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | lisa.solomon@att.net |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| ljkotler@duanemorris.com | mccarthyj@sullcrom.com |
| lkatz@ltblaw.com | mcordone@stradley.com |
| lkiss@klestadt.com | mcto@debevoise.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mginzburg@daypitney.com |
| marc.chait@sc.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.bane@ropesgray.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.sherrill@sutherland.com | michael.kelly@monarchlp.com |
| marvin.clements@ag.tn.gov | michael.krauss@faegrebd.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | michaels@jstriallaw.com |
| maustin@orrick.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| mlichtenstein@crowell.com | ned.schodek@shearman.com |
| mlynch2@travelers.com | neilberger@teamtogut.com |
| mmendez@crb-law.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | nyrobankruptcy@sec.gov |
| mparry@mosessinger.com | otccorpactions@finra.org |
| mpedreira@proskauer.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | pbattista@gjb-law.com |
| mpucillo@bermanesq.com | pbosswick@ssbb.com |
| mrosenthal@gibsondunn.com | pdublin@akingump.com |
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| msegarra@mayerbrown.com | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msolow@kayescholer.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | pfinkel@wilmingtontrust.com |
| munno@sewkis.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | philip.wells@ropesgray.com |
| mwarner@coleschotz.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| nathan.spatz@pillsburylaw.com | ppatterson@stradley.com |
| nbinder@binderschwartz.com | psp@njlawfirm.com |
| nbojar@fklaw.com | ptrostle@jenner.com |
| ncoco@mwe.com | raj.madan@skadden.com |
| neal.mann@oag.state.ny.us | ramona.neal@hp.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| raul.alcantar@alcantarlaw.com | rpedone@nixonpeabody.com |
| rbeacher@pryorcashman.com | rrainer@wmd-law.com |
| rbernard@foley.com | rroupinian@outtengolden.com |
| rbyman@jenner.com | rrussell@andrewskurth.com |
| rdaversa@orrick.com | russj4478@aol.com |
| relgidely@gjb-law.com | sabin.willett@bingham.com |
| rflanagan@flanassoc.com | sabramowitz@velaw.com |
| rfriedman@silvermanacampora.com | sabvanrooy@hotmail.com |
| rgmason@wlrk.com | sally.henry@skadden.com |
| rgoodman@moundcotton.com | samuel.cavior@pillsburylaw.com |
| rgraham@whitecase.com | sandyscafaria@eaton.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.fingard@newedge.com | schager@ssnyc.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard@rwmaplc.com | schepis@pursuitpartners.com |
| rick.murphy@sutherland.com | schnabel.eric@dorsey.com |
| rjones@boultcummings.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rlevin@cravath.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.dombroff@bingham.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@connellfoley.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |

Lehman Brothers Holdings Inc.
Email Service List

sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com

08-13555-mg    Doc 51718    Filed 12/23/15    Entered 12/23/15 11:52:17    Main Document
Pg 15 of 15

Lehman Brothers Holdings Inc.
Email Service List

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Email**

augustine.tse@ckh.com.hk

ira.a.reid@bakernet.com