# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings Inc., et al.       Case No. 08-13555 (SCC)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claims referenced in this evidence and notice.

| **Värde Investment Partners, L.P.** | **Chase Lincoln First Commercial Corporation** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

901 Marquette Ave S.
Suite 3300
Minneapolis, MN 55402
Attn: Edwina P.J. Steffer
e-mail: *esteffer@varde.com*

Last Four Digits of Acct. #:

Court Claim nos. and Amount of Claims Transferred:

(i)      Court Claim No. 17198 with respect to the claim amount of $20,684,000.00;
(ii)     Court Claim No. 66361 with respect to the claim amount of $15,000,000.00; and
(iii)    Court Claim No. 67308 with respect to the claim amount of $15,000,000.00;

plus, in each case, all interest, fees and other recoveries due.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

BY: VÄRDE INVESTMENT PARTNERS G.P., LLC,
ITS GENERAL PARTNER
BY: VÄRDE PARTNERS, L.P.,
ITS MANAGING MEMBER
BY: VÄRDE PARTNERS, INC.,
ITS GENERAL PARTNER

By: ____/s/____                 Date: _____12-23-15_____
Name: **Scott T. Hartman**
Title: **Managing Director**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1873/CERTS/4851591.1

# United States Bankruptcy Court
## Southern District of New York

*In re: Lehman Brothers Holdings Inc.*      *Case No. 08-13555 (SCC)*

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM NOS. 17198, 66361 and 67308 were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of those claims, the transferee filed a Transfer of Claims other than for Security in the Clerk's office of this court on         .

| **Chase Lincoln First Commercial Corporation** <br> Name of Alleged Transferor <br><br> Address of Alleged Transferor: <br> Chase Lincoln First Commercial Corporation <br> Mail Code: NY1-M138 <br> 383 Madison Avenue – Floor 37 <br> New York, New York 10179 <br> ATTN: Jeffrey L. Panzo | **Värde Investment Partners, L.P.** <br> Name of Transferee <br><br> Address of Transferee <br> Värde Investment Partners, L.P. <br> 901 Marquette Ave S. <br> Suite 3300 <br> Minneapolis, MN 55402 <br> Attn: Edwina P.J. Steffer <br> E-mail: *esteffer@varde.com* |
|---|---|

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

_____  
CLERK OF THE COURT

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court, Southern District of New York

AND TO:    LEHMAN BROTHERS SPECIAL FINANCING INC. ("Debtor")
Case No. 08-13888 (jointly administered under In re Lehman Brothers Holdings Inc., et al.,
Chapter 11, Case No. 08-13555) ("Case")

Claim Nos. 17198, 66361, 67308

Chase Lincoln First Commercial Corporation ("Seller"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Värde Investment Partners, L.P.
901 Marquette Ave S.
Suite 3300
Minneapolis, MN 55402
ATTN: Edwina Steffer
Fax: 952-893-9613
Email: esteffer@varde.com

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to:

Proof of Claim No. 17198 solely to the extent of $20,684,000.00
Proof of Claim No. 66361 solely to the extent of $15,000,000.00
Proof of Claim No. 67308 solely to the extent of $15,000,000.00

against the Debtor and filed in the Case (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated as set forth below.

CHASE LINCOLN FIRST COMMERCIAL
CORPORATION

By: _____
Name:   Arnita Rodriguez
Title:    Authorized Signatory
Date:    12/22/15

VÄRDE INVESTMENT PARTNERS, L.P.
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Scott T. Hartman
Title:    Managing Director
Date:    12/22/15

CLFCC to Varde EOTs $50,684.docx