In re:   Lehman Brothers Holdings Inc.          Case No. 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a).  Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein

| | |
|---|---|
| Name of Transferee: <br> Empyrean Investments LLC | Name of Transferor <br> Deutsche Bank AG, London Branch |
| Notices to Transferee should be sent to: <br><br> **Empyrean Investments LLC** <br> **10250 Constellation Blvd., Suite 2950** <br> **Los Angeles, CA 90067** <br> **Attn: Sterling Hathaway** <br> **Email: operations@empyrean.com** | Court Record Address of the Transferor <br> (Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct # |
| Name and Address where transferee payments should be sent (if different from above). | |
| Transferred Claim Amount:  $25,000,000.00 | *This is a partial transfer of claim* |
| Court Claim No.: <br> 27141 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**EMPYREAN INVESTMENTS LLC**

By: _____
    Name:  Sterling Hathaway
    Title:  Director of Operations

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both  18 U.S.C. §§ 152 &3571*

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Holdings Inc. ("Debtor")
           Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 27141

DEUTSCHE BANK AG, LONDON BRANCH, its successors and assigns ("Seller") for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Empyrean Investments LLC**
10250 Constellation Blvd., Suite 2950
Los Angeles, CA 90067
Attn: Sterling Hathaway
Email: operations@empyrean.com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 27141, in the allowed amount of $25,000,000.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 24        , 2015.

**DEUTSCHE BANK AG, LONDON BRANCH**

By:                                             By:
   Name:                                           Name:
   Title:                                          Title:


**EMPYREAN INVESTMENTS LLC**
By:


By:
   Name: Sterling Hathaway
   Title: Director of Operations

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO,     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO,     Lehman Brothers Holdings Inc ("Debtor")
            Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number 27141

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

    Empyrean Investments LLC
    10250 Constellation Blvd., Suite 2950
    Los Angeles, CA 90067
    Attn: Sterling Hathaway
    Email: operations@empyrean com

its successors and assigns ("Buyer"), all rights, title and interest in and to Proof of Claim Number 27141, in the allowed amount of $25,000,000.00 (the "Assigned Claim") against the Debtor in the Bankruptcy Court or any other court with jurisdiction over the bankruptcy proceedings of the Debtor

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated December 24 ___, 2015.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
     Name                                   Name
     Title                                  Title

**EMPYREAN INVESTMENTS LLC**
By

By: _____
     Name   Sterling Hathaway
     Title   Director of Operations