UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                    :    Chapter 11 Case No.
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :    08-13555 (SCC)
                                                                              :
                    Debtors.                                      :    (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING FIVE HUNDRED ELEVENTH
### OMNIBUS OBJECTION TO CLAIMS (SUBORDINATED GUARANTEE CLAIMS)

Upon the five hundred eleventh omnibus objection to claims, dated November 9, 2015 (the "Five Hundred Eleventh Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to sections 502(b) and 510(a) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [Docket No. 6664], seeking to classify the Subordinated Guarantee Claims, all as more fully described in the Five Hundred Eleventh Omnibus Objection to Claims; and due and proper notice of the Five Hundred Eleventh Omnibus Objection to Claims having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Eleventh Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Eleventh Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Eleventh Omnibus Objection to Claims.

23981214

ORDERED that the relief requested in the Five Hundred Eleventh Omnibus Objection to Claims is granted; and it is further

ORDERED that all portions of the claims listed on Exhibit 1 annexed hereto that relate to the securities identified by ISIN XS0282978666 or ISIN XS0301813522 or the guarantees issued by LBHI in connection therewith, whether liquidated, unliquidated or undetermined, shall be classified as allowed claims in LBHI Class 12 under the Plan in the respective amounts shown on Exhibit 1; and it is further

ORDERED that the Court-appointed claims agent is authorized to modify the claims register to reflect this Order; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: December 29, 2015
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 511: EXHIBIT 1 - SUBORDINATED GUARANTEE CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN* | AMOUNTS TO BE ALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | J.P. MORGAN SECURITIES PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/09 | 49681 | XS0301813522 | $ 1,009,734.00 |
| 2 | J.P. MORGAN SECURITIES PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/09 | 49783 | XS0282978666 | $ 1,615,034.59 |
| 3 | J.P. MORGAN SUISSE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/09 | 59849 | XS0301813522 | $ 101,936.00 |
| 4 | JP MORGAN INTERNATIONAL BANK LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/30/09 | 59848 | XS0301813522 | $ 841,445.00 |
| 5 | MANUEL COELHO AFFONSO DE BARROS, ANTONIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/09 | 49837 | XS0282978666 | $ 44,754.00 |
| | | | | | | TOTAL | $ 3,612,903.59 |

\* Only those portions of the claim related to the ISINs listed are subject to the Plan Administrators' Five Hundred Eleventh Omnibus Objection.