

UBS AG
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

November 30, 2015

**subject**  NOTICE OF WITHDRAWAL

On behalf of       Attention: Clerk of the Court
you are receiving  Notice of Withdrawal for Docket Nr. 51198

☐ for your information    ☐ returned with thanks    ☐ please return
☒ for your records        ☐ please comment          ☒ please confirm receipt
☐ as agreed               ☐ please sign             ☒ please process
☐ please complete         ☐

Remarks

NOTICE OF WITHDRAWAL FOR DOCKET NR. 51198

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

61555 E    07.03.2012    N1                          30.11.2015    Page 1/1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :   Chapter 11
                                                             :
                                                             :   Case No. 08-13555
                                                             :
LEHMAN BROTHERS HOLDINGS INC.                                :   (Jointly Administered)
                                                             :
                       Debtor.                               :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**PLEASE TAKE NOTICE** that UBS AG, Zurich hereby withdraws the *Partial Transfer of Claim other than for Security* [Docket No. 51198], dated 10/09/2015, filed in reference to Claim No. 51762, and served on the Debtor and the Debtor's claims and noticing agent.

Dated:  November 30, 2015          UBS AG

                                   Signature                Signature
                                   Matthias Mohos           Stephan Gfeller