

**UBS AG**
Badenerstrasse 574/C
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

December 03, 2015

subject  **WITHDRAWAL OF A SUBMITTED NOTICE OF WITHDRAWAL**

On behalf of        Attention: Clerk of the Court

you are receiving   A withdrawal for the notice of Withdrawal submitted regarding Docket Nr. 51198

| | | |
|---|---|---|
| ☐ for your information | ☐ returned with thanks | ☐ please return |
| ☒ for your records | ☐ please comment | ☒ please confirm receipt |
| ☐ as agreed | ☐ please sign | ☒ please process |
| ☐ please complete | ☐ | |

Remarks

Dear all,

We sent you on 30.11.2015 a Notice of Withdrawal regarding the Docket 51198.
We would like to WITHDRAW this Withdrawal notice. Please do not process it.

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director



RECEIVED DEC - 9 2015 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

61555 E        07.03.2012        N1                    03.12.2015        Page 1/1