**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                              :
In re                                         :   Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :   08-13555 (SCC)
                                              :
                        Debtors.              :   (Jointly Administered)
                                              :
------------------------------------------------------------x   Ref. Docket No. 51688
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2015, I caused to be served the "Notice of Plan Administrator's Objection to Claim 17562," dated December 21, 2015, to which was attached the "Plan Administrator's Objection to Claim 17562," dated December 21, 2015 [Docket No. 51688], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
23rd day of December, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc.
Overnight Service Parties

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

HIMFIELD LIMITED
C/O BAKER & MCKENZIE
ATTN: IRA REID
452 FIFTH AVENUE
NEW YORK NY 10018

HIMFIELD LIMITED
P.O. BOX 173, KINGSTON CHAMBERS
ROAD TOWN, TORTOLA
BRITISH VIRGIN ISLANDS

HIMFIELD LIMITED
C/O CHEUNG KONG (HOLDINGS) LTD
8/F CHEUNG KONG CTR
2 QUEEN'S RD
CENTRAL
HONG KONG

**EXHIBIT B**

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | appleby@chapman.com |
| adarwin@nixonpeabody.com | aquale@sidley.com |
| adiamond@diamondmccarthy.com | arainone@bracheichler.com |
| adk@msf-law.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| amartin@sheppardmullin.com | bankruptcy@goodwin.com |
| amcmullen@boultcummings.com | bankruptcy@morrisoncohen.com |
| amenard@tishmanspeyer.com | bankruptcy@ntexas-attorneys.com |
| amh@amhandlerlaw.com | bankruptcymatters@us.nomura.com |
| andrew.brozman@cliffordchance.com | barbra.parlin@hklaw.com |
| andrew.lourie@kobrekim.com | bbisignani@postschell.com |
| andrewtenzer@paulhastings.com | bcarlson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | ben.lewis@hoganlovells.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brian.corey@greentreecreditsolutions.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolf@kramerlevin.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgonzalez@diazreus.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.heller@lw.com |
| charles@filardi-law.com | david.livshiz@freshfields.com |
| charles_malloy@aporter.com | david.powlen@btlaw.com |
| chemrick@connellfoley.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@lovells.com | dbarber@bsblawyers.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| dbaumstein@whitecase.com | dmiller@steinlubin.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dpegno@dpklaw.com |
| ddrebsky@nixonpeabody.com | draelson@fisherbrothers.com |
| ddunne@milbank.com | drosenzweig@fulbright.com |
| deggermann@kramerlevin.com | drosner@goulstonstorrs.com |
| deggert@freebornpeters.com | drosner@kasowitz.com |
| demetra.liggins@tklaw.com | dshaffer@wtplaw.com |
| dennis.tracey@hoganlovells.com | dshemano@peitzmanweg.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dgrimes@reedsmith.com | dtheising@harrisonmoberly.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dworkman@bakerlaw.com |
| dhurst@coleschotz.com | easmith@venable.com |
| dhw@dhclegal.com | ebcalvo@pbfcm.com |
| diconzam@gtlaw.com | ecohen@russell.com |
| djcarragher@daypitney.com | edward.flanders@pillsburylaw.com |
| djoseph@stradley.com | efleck@milbank.com |
| dkessler@ktmc.com | efriedman@fklaw.com |
| dkozusko@willkie.com | efriedman@friedmanspring.com |
| dlemay@chadbourne.com | ekbergc@lanepowell.com |
| dlipke@vedderprice.com | eleicht@whitecase.com |
| dmark@kasowitz.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emagnelli@bracheichler.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hmagaliff@r3mlaw.com |
| fcarruzzo@kramerlevin.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |
| fhenn@law.nyc.gov | hooper@sewkis.com |
| fhyman@mayerbrown.com | howard.hawkins@cwt.com |
| foont@foontlaw.com | hrh@lhmlawfirm.com |
| fsosnick@shearman.com | hseife@chadbourne.com |
| fyates@sonnenschein.com | hsnovikoff@wlrk.com |
| gabriel.delvirginia@verizon.net | hsteel@brownrudnick.com |
| gary.ravertpllc@gmail.com | icatto@mwe.com |
| gbray@milbank.com | igoldstein@proskauer.com |
| george.south@dlapiper.com | irethy@stblaw.com |
| ggitomer@mkbattorneys.com | israel.dahan@cwt.com |
| ggoodman@foley.com | iva.uroic@dechert.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | jalward@blankrome.com |
| glenn.siegel@dechert.com | james.heaney@lawdeb.com |
| glenn.siegel@morganlewis.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| goldenberg@ssnyc.com | jamesboyajian@gmail.com |
| gplotko@kramerlevin.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzman@sewkis.com | jay.hurst@oag.state.tx.us |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jay@kleinsolomon.com | jjtancredi@daypitney.com |
| jbeemer@entwistle-law.com | jjureller@klestadt.com |
| jbeiers@co.sanmateo.ca.us | jlamar@maynardcooper.com |
| jbromley@cgsh.com | jlawlor@wmd-law.com |
| jcarberry@cl-law.com | jlee@foley.com |
| jchristian@tobinlaw.com | jlevitin@cahill.com |
| jclose@chapman.com | jlscott@reedsmith.com |
| jdoran@haslaw.com | jmaddock@mcguirewoods.com |
| jdwarner@warnerandscheuerman.com | jmazermarino@msek.com |
| jdweck@sutherland.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com |
| jeannette.boot@wilmerhale.com | jnm@mccallaraymer.com |
| jeff.wittig@coair.com | john.beck@hoganlovells.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jennifer.demarco@cliffordchance.com | john.mule@ag.state.mn.us |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jfalgowski@reedsmith.com | johnramirez@paulhastings.com |
| jfreeberg@wfw.com | jonathan.goldblatt@bnymellon.com |
| jg5786@att.com | jonathan.henes@kirkland.com |
| jgenovese@gjb-law.com | jorbach@hahnhessen.com |
| jgoodchild@morganlewis.com | joseph.cordaro@usdoj.gov |
| jguy@orrick.com | joseph.serino@kirkland.com |
| jhiggins@fdlaw.com | joshua.dorchak@morganlewis.com |
| jhorgan@phxa.com | jowen769@yahoo.com |
| jhuggett@margolisedelstein.com | joy.mathias@dubaiic.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jporter@entwistle-law.com | ken.higman@hp.com |
| jprol@lowenstein.com | kerry.moynihan@hro.com |
| jrabinowitz@rltlawfirm.com | kgwynne@reedsmith.com |
| jrsmith@hunton.com | kiplok@hugheshubbard.com |
| jschiller@bsfllp.com | kit.weitnauer@alston.com |
| jschreib@chapman.com | kkelly@ebglaw.com |
| jschwartz@hahnhessen.com | kkolbig@mosessinger.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jsherman@bsfllp.com | klynch@formanlaw.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| judy.morse@crowedunlevy.com | kreynolds@mklawnyc.com |
| jvail@ssrl.com | krodriguez@allenmatkins.com |
| jwcohen@daypitney.com | krosen@lowenstein.com |
| jweiss@gibsondunn.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | landon@slollp.com |
| jwh@njlawfirm.com | lapeterson@foley.com |
| jzulack@fzwz.com | lawallf@pepperlaw.com |
| kanema@formanlaw.com | lawrence.gelber@srz.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| karl.geercken@alston.com | lee.stremba@troutmansanders.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.whidden@dentons.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | lisa.solomon@att.net |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| ljkotler@duanemorris.com | mccarthyj@sullcrom.com |
| lkatz@ltblaw.com | mcordone@stradley.com |
| lkiss@klestadt.com | mcto@debevoise.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mginzburg@daypitney.com |
| marc.chait@sc.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.bane@ropesgray.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.sherrill@sutherland.com | michael.kelly@monarchlp.com |
| marvin.clements@ag.tn.gov | michael.krauss@faegrebd.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | michaels@jstriallaw.com |
| maustin@orrick.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| mlichtenstein@crowell.com | ned.schodek@shearman.com |
| mlynch2@travelers.com | neilberger@teamtogut.com |
| mmendez@crb-law.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | nyrobankruptcy@sec.gov |
| mparry@mosessinger.com | otccorpactions@finra.org |
| mpedreira@proskauer.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | pbattista@gjb-law.com |
| mpucillo@bermanesq.com | pbosswick@ssbb.com |
| mrosenthal@gibsondunn.com | pdublin@akingump.com |
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| msegarra@mayerbrown.com | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msolow@kayescholer.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | pfinkel@wilmingtontrust.com |
| munno@sewkis.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | philip.wells@ropesgray.com |
| mwarner@coleschotz.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| nathan.spatz@pillsburylaw.com | ppatterson@stradley.com |
| nbinder@binderschwartz.com | psp@njlawfirm.com |
| nbojar@fklaw.com | ptrostle@jenner.com |
| ncoco@mwe.com | raj.madan@skadden.com |
| neal.mann@oag.state.ny.us | ramona.neal@hp.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| raul.alcantar@alcantarlaw.com | rpedone@nixonpeabody.com |
| rbeacher@pryorcashman.com | rrainer@wmd-law.com |
| rbernard@foley.com | rroupinian@outtengolden.com |
| rbyman@jenner.com | rrussell@andrewskurth.com |
| rdaversa@orrick.com | russj4478@aol.com |
| relgidely@gjb-law.com | sabin.willett@bingham.com |
| rflanagan@flanassoc.com | sabramowitz@velaw.com |
| rfriedman@silvermanacampora.com | sabvanrooy@hotmail.com |
| rgmason@wlrk.com | sally.henry@skadden.com |
| rgoodman@moundcotton.com | samuel.cavior@pillsburylaw.com |
| rgraham@whitecase.com | sandyscafaria@eaton.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.fingard@newedge.com | schager@ssnyc.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard@rwmaplc.com | schepis@pursuitpartners.com |
| rick.murphy@sutherland.com | schnabel.eric@dorsey.com |
| rjones@boultcummings.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rlevin@cravath.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.dombroff@bingham.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@connellfoley.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| sgordon@cahill.com | steven.usdin@flastergreenberg.com |
| sgraziano@blbglaw.com | streusand@slollp.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuber@csglaw.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| sldreyfuss@hlgslaw.com | tbrock@ssbb.com |
| sleo@bm.net | tdewey@dpklaw.com |
| slerman@ebglaw.com | tgoren@mofo.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tjfreedman@pbnlaw.com |
| smillman@stroock.com | tkiriakos@mayerbrown.com |
| smulligan@bsblawyers.com | tlauria@whitecase.com |
| snewman@katskykorins.com | tmacwright@whitecase.com |
| sory@fdlaw.com | tmm@mullaw.org |
| squsba@stblaw.com | tnixon@gklaw.com |
| sree@lcbf.com | toby.r.rosenberg@irscounsel.treas.gov |
| sschultz@akingump.com | tomwelsh@orrick.com |
| sselbst@herrick.com | tsalter@blankrome.com |
| sshimshak@paulweiss.com | tslome@msek.com |
| sskelly@teamtogut.com | tunrad@burnslev.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| steele@lowenstein.com | villa@slollp.com |
| stephen.cowan@dlapiper.com | vmilione@nixonpeabody.com |
| stephen.hessler@kirkland.com | vrubinstein@loeb.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |

Lehman Brothers Holdings Inc.
Email Service List

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Email**

augustine.tse@ckh.com.hk

ira.a.reid@bakernet.com