**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------x
                                                  :
In re                                             :   Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :   08-13555 (SCC)
                                                  :
             Debtors.                             :   (Jointly Administered)
                                                  :
------------------------------------------------------------------x   Ref. Docket No. 51691
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 21, 2015, I caused to be served the "Notice of Plan Administrator's (I) Reply to Response to and (II) Supplemental Objection to Certain Claims Listed on Debtors' Two Hundred Seventeenth Omnibus Objection," dated December 21, 2015, to which was attached the "Plan Administrator's (I) Reply to Response to and (II) Supplemental Objection to Certain Claims Listed on Debtors' Two Hundred Seventeenth Omnibus Objection," dated December 21, 2015 [Docket No. 51691], by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   iii. delivered via hand delivery to the following party: Brown Rudnick LLP, Howard S. Steel, 7 Times Square, New York, NY 10036.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
23rd day of December, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

Lehman Brothers Holdings Inc.
Email Service List

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com

ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brian.corey@greentreecreditsolutions.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolf@kramerlevin.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgonzalez@diazreus.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.heller@lw.com |
| charles@filardi-law.com | david.livshiz@freshfields.com |
| charles_malloy@aporter.com | david.powlen@btlaw.com |
| chemrick@connellfoley.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@lovells.com | dbarber@bsblawyers.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| dbaumstein@whitecase.com | dmiller@steinlubin.com |
| dbesikof@loeb.com | dmurray@jenner.com |
| dcimo@gjb-law.com | dneier@winston.com |
| dcoffino@cov.com | dodonnell@milbank.com |
| dcrapo@gibbonslaw.com | dove.michelle@dorsey.com |
| ddavis@paulweiss.com | dpegno@dpklaw.com |
| ddrebsky@nixonpeabody.com | draelson@fisherbrothers.com |
| ddunne@milbank.com | drosenzweig@fulbright.com |
| deggermann@kramerlevin.com | drosner@goulstonstorrs.com |
| deggert@freebornpeters.com | drosner@kasowitz.com |
| demetra.liggins@tklaw.com | dshaffer@wtplaw.com |
| dennis.tracey@hoganlovells.com | dshemano@peitzmanweg.com |
| dfelder@orrick.com | dspelfogel@foley.com |
| dflanigan@polsinelli.com | dtatge@ebglaw.com |
| dgrimes@reedsmith.com | dtheising@harrisonmoberly.com |
| dhayes@mcguirewoods.com | dwdykhouse@pbwt.com |
| dheffer@foley.com | dworkman@bakerlaw.com |
| dhurst@coleschotz.com | easmith@venable.com |
| dhw@dhclegal.com | ebcalvo@pbfcm.com |
| diconzam@gtlaw.com | ecohen@russell.com |
| djcarragher@daypitney.com | edward.flanders@pillsburylaw.com |
| djoseph@stradley.com | efleck@milbank.com |
| dkessler@ktmc.com | efriedman@fklaw.com |
| dkozusko@willkie.com | efriedman@friedmanspring.com |
| dlemay@chadbourne.com | ekbergc@lanepowell.com |
| dlipke@vedderprice.com | eleicht@whitecase.com |
| dmark@kasowitz.com | ellen.halstead@cwt.com |
| dmcguire@winston.com | emagnelli@bracheichler.com |

3

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hmagaliff@r3mlaw.com |
| fcarruzzo@kramerlevin.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |
| fhenn@law.nyc.gov | hooper@sewkis.com |
| fhyman@mayerbrown.com | howard.hawkins@cwt.com |
| foont@foontlaw.com | hrh@lhmlawfirm.com |
| fsosnick@shearman.com | hseife@chadbourne.com |
| fyates@sonnenschein.com | hsnovikoff@wlrk.com |
| gabriel.delvirginia@verizon.net | hsteel@brownrudnick.com |
| gary.ravertpllc@gmail.com | icatto@mwe.com |
| gbray@milbank.com | igoldstein@proskauer.com |
| george.south@dlapiper.com | irethy@stblaw.com |
| ggitomer@mkbattorneys.com | israel.dahan@cwt.com |
| ggoodman@foley.com | iva.uroic@dechert.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | jalward@blankrome.com |
| glenn.siegel@dechert.com | james.heaney@lawdeb.com |
| glenn.siegel@morganlewis.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| goldenberg@ssnyc.com | jamesboyajian@gmail.com |
| gplotko@kramerlevin.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzman@sewkis.com | jay.hurst@oag.state.tx.us |

Lehman Brothers Holdings Inc.
Email Service List

jay@kleinsolomon.com

jbeemer@entwistle-law.com

jbeiers@co.sanmateo.ca.us

jbromley@cgsh.com

jcarberry@cl-law.com

jchristian@tobinlaw.com

jclose@chapman.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jfreeberg@wfw.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jporter@entwistle-law.com | ken.higman@hp.com |
| jprol@lowenstein.com | kerry.moynihan@hro.com |
| jrabinowitz@rltlawfirm.com | kgwynne@reedsmith.com |
| jrsmith@hunton.com | kiplok@hugheshubbard.com |
| jschiller@bsfllp.com | kit.weitnauer@alston.com |
| jschreib@chapman.com | kkelly@ebglaw.com |
| jschwartz@hahnhessen.com | kkolbig@mosessinger.com |
| jsheerin@mcguirewoods.com | klyman@irell.com |
| jsherman@bsfllp.com | klynch@formanlaw.com |
| jshickich@riddellwilliams.com | kmayer@mccarter.com |
| jsmairo@pbnlaw.com | kobak@hugheshubbard.com |
| jstoll@mayerbrown.com | korr@orrick.com |
| jsullivan@mosessinger.com | kovskyd@pepperlaw.com |
| jtimko@shutts.com | kressk@pepperlaw.com |
| judy.morse@crowedunlevy.com | kreynolds@mklawnyc.com |
| jvail@ssrl.com | krodriguez@allenmatkins.com |
| jwcohen@daypitney.com | krosen@lowenstein.com |
| jweiss@gibsondunn.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | landon@slollp.com |
| jwh@njlawfirm.com | lapeterson@foley.com |
| jzulack@fzwz.com | lawallf@pepperlaw.com |
| kanema@formanlaw.com | lawrence.gelber@srz.com |
| karen.wagner@dpw.com | lberkoff@moritthock.com |
| karl.geercken@alston.com | lee.stremba@troutmansanders.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.whidden@dentons.com |
| keckhardt@hunton.com | lgranfield@cgsh.com |
| keith.simon@lw.com | lhandelsman@stroock.com |
| ken.coleman@allenovery.com | lisa.solomon@att.net |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| ljkotler@duanemorris.com | mccarthyj@sullcrom.com |
| lkatz@ltblaw.com | mcordone@stradley.com |
| lkiss@klestadt.com | mcto@debevoise.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mginzburg@daypitney.com |
| marc.chait@sc.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.bane@ropesgray.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.sherrill@sutherland.com | michael.kelly@monarchlp.com |
| marvin.clements@ag.tn.gov | michael.krauss@faegrebd.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | michaels@jstriallaw.com |
| maustin@orrick.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| mlichtenstein@crowell.com | ned.schodek@shearman.com |
| mlynch2@travelers.com | neilberger@teamtogut.com |
| mmendez@crb-law.com | nherman@morganlewis.com |
| mmorreale@us.mufg.jp | nissay_10259-0154@mhmjapan.com |
| mneier@ibolaw.com | nlepore@schnader.com |
| monica.lawless@brookfieldproperties.com | notice@bkcylaw.com |
| mpage@kelleydrye.com | nyrobankruptcy@sec.gov |
| mparry@mosessinger.com | otccorpactions@finra.org |
| mpedreira@proskauer.com | paronzon@milbank.com |
| mprimoff@kayescholer.com | pbattista@gjb-law.com |
| mpucillo@bermanesq.com | pbosswick@ssbb.com |
| mrosenthal@gibsondunn.com | pdublin@akingump.com |
| mruetzel@whitecase.com | peisenberg@lockelord.com |
| mschimel@sju.edu | peter.gilhuly@lw.com |
| msegarra@mayerbrown.com | peter.macdonald@wilmerhale.com |
| mshiner@tuckerlaw.com | peter.simmons@friedfrank.com |
| msolow@kayescholer.com | peter@bankrupt.com |
| mspeiser@stroock.com | pfeldman@oshr.com |
| mstamer@akingump.com | pfinkel@wilmingtontrust.com |
| munno@sewkis.com | phayden@mcguirewoods.com |
| mvenditto@reedsmith.com | philip.wells@ropesgray.com |
| mwarner@coleschotz.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| nathan.spatz@pillsburylaw.com | ppatterson@stradley.com |
| nbinder@binderschwartz.com | psp@njlawfirm.com |
| nbojar@fklaw.com | ptrostle@jenner.com |
| ncoco@mwe.com | raj.madan@skadden.com |
| neal.mann@oag.state.ny.us | ramona.neal@hp.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| raul.alcantar@alcantarlaw.com | rpedone@nixonpeabody.com |
| rbeacher@pryorcashman.com | rrainer@wmd-law.com |
| rbernard@foley.com | rroupinian@outtengolden.com |
| rbyman@jenner.com | rrussell@andrewskurth.com |
| rdaversa@orrick.com | russj4478@aol.com |
| relgidely@gjb-law.com | sabin.willett@bingham.com |
| rflanagan@flanassoc.com | sabramowitz@velaw.com |
| rfriedman@silvermanacampora.com | sabvanrooy@hotmail.com |
| rgmason@wlrk.com | sally.henry@skadden.com |
| rgoodman@moundcotton.com | samuel.cavior@pillsburylaw.com |
| rgraham@whitecase.com | sandyscafaria@eaton.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.fingard@newedge.com | schager@ssnyc.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard@rwmaplc.com | schepis@pursuitpartners.com |
| rick.murphy@sutherland.com | schnabel.eric@dorsey.com |
| rjones@boultcummings.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rlevin@cravath.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.dombroff@bingham.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@connellfoley.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| sgordon@cahill.com | steven.usdin@flastergreenberg.com |
| sgraziano@blbglaw.com | streusand@slollp.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuber@csglaw.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| sldreyfuss@hlgslaw.com | tbrock@ssbb.com |
| sleo@bm.net | tdewey@dpklaw.com |
| slerman@ebglaw.com | tgoren@mofo.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tjfreedman@pbnlaw.com |
| smillman@stroock.com | tkiriakos@mayerbrown.com |
| smulligan@bsblawyers.com | tlauria@whitecase.com |
| snewman@katskykorins.com | tmacwright@whitecase.com |
| sory@fdlaw.com | tmm@mullaw.org |
| squsba@stblaw.com | tnixon@gklaw.com |
| sree@lcbf.com | toby.r.rosenberg@irscounsel.treas.gov |
| sschultz@akingump.com | tomwelsh@orrick.com |
| sselbst@herrick.com | tsalter@blankrome.com |
| sshimshak@paulweiss.com | tslome@msek.com |
| sskelly@teamtogut.com | tunrad@burnslev.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| steele@lowenstein.com | villa@slollp.com |
| stephen.cowan@dlapiper.com | vmilione@nixonpeabody.com |
| stephen.hessler@kirkland.com | vrubinstein@loeb.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |

Lehman Brothers Holdings Inc.
Email Service List

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Emails**

hsteel@brownrudnick.com