**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------------------x
                        :

In re                         :      **Chapter 11 Case No.**
                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :      **08-13555 (SCC)**
                         :

             **Debtors.**        :      **(Jointly Administered)**
                         :

----------------------------------------------------------------------------x   **Ref. Docket No. 51692**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 21, 2015, I caused to be served the "Notice of Hearing on the Plan Administrator's Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims)," dated December 17, 2015, to which was attached the "The Plan Administrator's Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) ," dated December 17, 2015 [Docket No. 51692], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
23rd day of December, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

Lehman Brothers Holdings Inc. Overnight Service List

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| aaaronson@dilworthlaw.com | ann.reynaud@shell.com |
| aalfonso@willkie.com | anthony_boccanfuso@aporter.com |
| abeaumont@fklaw.com | aoberry@bermanesq.com |
| abraunstein@riemerlaw.com | aostrow@beckerglynn.com |
| acaton@kramerlevin.com | appleby@chapman.com |
| adarwin@nixonpeabody.com | aquale@sidley.com |
| adiamond@diamondmccarthy.com | arainone@bracheichler.com |
| adk@msf-law.com | arheaume@riemerlaw.com |
| aeckstein@blankrome.com | arosenblatt@chadbourne.com |
| aentwistle@entwistle-law.com | arthur.rosenberg@hklaw.com |
| agbanknewyork@ag.tn.gov | arwolf@wlrk.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akantesaria@oppenheimerfunds.com | aunger@sidley.com |
| akolod@mosessinger.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | azylberberg@whitecase.com |
| amartin@sheppardmullin.com | bankruptcy@goodwin.com |
| amcmullen@boultcummings.com | bankruptcy@morrisoncohen.com |
| amenard@tishmanspeyer.com | bankruptcy@ntexas-attorneys.com |
| amh@amhandlerlaw.com | bankruptcymatters@us.nomura.com |
| andrew.brozman@cliffordchance.com | barbra.parlin@hklaw.com |
| andrew.lourie@kobrekim.com | bbisignani@postschell.com |
| andrewtenzer@paulhastings.com | bcarlson@co.sanmateo.ca.us |
| angelich.george@arentfox.com | bdk@schlamstone.com |
| angie.owens@skadden.com | ben.lewis@hoganlovells.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| bguiney@pbwt.com | christopher.greco@kirkland.com |
| bmanne@tuckerlaw.com | claude.montgomery@dentons.com |
| bmiller@mofo.com | clynch@reedsmith.com |
| boneill@kramerlevin.com | cmestres@aclawllp.com |
| brian.corey@greentreecreditsolutions.com | cohen@sewkis.com |
| brosenblum@jonesday.com | cp@stevenslee.com |
| brotenberg@wolffsamson.com | cpappas@dilworthlaw.com |
| broy@rltlawfirm.com | craig.goldblatt@wilmerhale.com |
| bruce.wright@sutherland.com | craigjustinalbert@gmail.com |
| bstrickland@wtplaw.com | crmomjian@attorneygeneral.gov |
| btrust@mayerbrown.com | csalomon@beckerglynn.com |
| bturk@tishmanspeyer.com | cschreiber@winston.com |
| bwolf@kramerlevin.com | cshore@whitecase.com |
| bwolfe@sheppardmullin.com | cshulman@sheppardmullin.com |
| cahn@clm.com | cszyfer@stroock.com |
| canelas@pursuitpartners.com | cwalsh@mayerbrown.com |
| cbelisle@wfw.com | cward@polsinelli.com |
| cbelmonte@ssbb.com | cweber@ebg-law.com |
| cdesiderio@nixonpeabody.com | cweiss@ingramllp.com |
| cfarley@mccarter.com | dallas.bankruptcy@publicans.com |
| cgonzalez@diazreus.com | dave.davis@isgria.com |
| chad.husnick@kirkland.com | david.bennett@tklaw.com |
| chammerman@paulweiss.com | david.heller@lw.com |
| charles@filardi-law.com | david.livshiz@freshfields.com |
| charles_malloy@aporter.com | david.powlen@btlaw.com |
| chemrick@connellfoley.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@lovells.com | dbarber@bsblawyers.com |

Lehman Brothers Holdings Inc.
Email Service List

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dshemano@peitzmanweg.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| emerberg@mayerbrown.com | harrisjm@michigan.gov |
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| eschwartz@contrariancapital.com | heim.steve@dorsey.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| ezujkowski@emmetmarvin.com | hmagaliff@r3mlaw.com |
| fcarruzzo@kramerlevin.com | hollace.cohen@troutmansanders.com |
| ffm@bostonbusinesslaw.com | holsen@stroock.com |
| fhenn@law.nyc.gov | hooper@sewkis.com |
| fhyman@mayerbrown.com | howard.hawkins@cwt.com |
| foont@foontlaw.com | hrh@lhmlawfirm.com |
| fsosnick@shearman.com | hseife@chadbourne.com |
| fyates@sonnenschein.com | hsnovikoff@wlrk.com |
| gabriel.delvirginia@verizon.net | hsteel@brownrudnick.com |
| gary.ravertpllc@gmail.com | icatto@mwe.com |
| gbray@milbank.com | igoldstein@proskauer.com |
| george.south@dlapiper.com | irethy@stblaw.com |
| ggitomer@mkbattorneys.com | israel.dahan@cwt.com |
| ggoodman@foley.com | iva.uroic@dechert.com |
| giddens@hugheshubbard.com | jacobsonn@sec.gov |
| gkaden@goulstonstorrs.com | jalward@blankrome.com |
| glenn.siegel@dechert.com | james.heaney@lawdeb.com |
| glenn.siegel@morganlewis.com | james.mcclammy@dpw.com |
| gmoss@riemerlaw.com | james.sprayregen@kirkland.com |
| goldenberg@ssnyc.com | jamesboyajian@gmail.com |
| gplotko@kramerlevin.com | jamestecce@quinnemanuel.com |
| gspilsbury@jsslaw.com | jar@outtengolden.com |
| guzman@sewkis.com | jay.hurst@oag.state.tx.us |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| jay@kleinsolomon.com | jjtancredi@daypitney.com |
| jbeemer@entwistle-law.com | jjureller@klestadt.com |
| jbeiers@co.sanmateo.ca.us | jlamar@maynardcooper.com |
| jbromley@cgsh.com | jlawlor@wmd-law.com |
| jcarberry@cl-law.com | jlee@foley.com |
| jchristian@tobinlaw.com | jlevitin@cahill.com |
| jclose@chapman.com | jlscott@reedsmith.com |
| jdoran@haslaw.com | jmaddock@mcguirewoods.com |
| jdwarner@warnerandscheuerman.com | jmazermarino@msek.com |
| jdweck@sutherland.com | jmelko@gardere.com |
| jdyas@halperinlaw.net | jmerva@fult.com |
| jean-david.barnea@usdoj.gov | jmmurphy@stradley.com |
| jeanites@whiteandwilliams.com | jmr@msf-law.com |
| jeannette.boot@wilmerhale.com | jnm@mccallaraymer.com |
| jeff.wittig@coair.com | john.beck@hoganlovells.com |
| jeldredge@velaw.com | john.monaghan@hklaw.com |
| jennifer.demarco@cliffordchance.com | john.mule@ag.state.mn.us |
| jennifer.gore@shell.com | john.rapisardi@cwt.com |
| jfalgowski@reedsmith.com | johnramirez@paulhastings.com |
| jfreeberg@wfw.com | jonathan.goldblatt@bnymellon.com |
| jg5786@att.com | jonathan.henes@kirkland.com |
| jgenovese@gjb-law.com | jorbach@hahnhessen.com |
| jgoodchild@morganlewis.com | joseph.cordaro@usdoj.gov |
| jguy@orrick.com | joseph.serino@kirkland.com |
| jhiggins@fdlaw.com | joshua.dorchak@morganlewis.com |
| jhorgan@phxa.com | jowen769@yahoo.com |
| jhuggett@margolisedelstein.com | joy.mathias@dubaiic.com |
| jim@atkinslawfirm.com | jpintarelli@mofo.com |

Lehman Brothers Holdings Inc.
Email Service List

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschreib@chapman.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| ljkotler@duanemorris.com | mccarthyj@sullcrom.com |
| lkatz@ltblaw.com | mcordone@stradley.com |
| lkiss@klestadt.com | mcto@debevoise.com |
| lmarinuzzi@mofo.com | mcyganowski@oshr.com |
| lmcgowen@orrick.com | mdorval@stradley.com |
| lnashelsky@mofo.com | meggie.gilstrap@bakerbotts.com |
| loizides@loizides.com | melorod@gtlaw.com |
| lschweitzer@cgsh.com | meltzere@pepperlaw.com |
| lucdespins@paulhastings.com | metkin@lowenstein.com |
| mabrams@willkie.com | mfeldman@willkie.com |
| maofiling@cgsh.com | mginzburg@daypitney.com |
| marc.chait@sc.com | mgordon@briggs.com |
| margolin@hugheshubbard.com | mgreger@allenmatkins.com |
| mark.bane@ropesgray.com | mh1@mccallaraymer.com |
| mark.ellenberg@cwt.com | mhopkins@cov.com |
| mark.mckane@kirkland.com | michael.frege@cms-hs.com |
| mark.sherrill@sutherland.com | michael.kelly@monarchlp.com |
| marvin.clements@ag.tn.gov | michael.krauss@faegrebd.com |
| matt@willaw.com | michael.mccrory@btlaw.com |
| matthew.klepper@dlapiper.com | michaels@jstriallaw.com |
| maustin@orrick.com | millee12@nationwide.com |
| mbenner@tishmanspeyer.com | miller@taftlaw.com |
| mberman@nixonpeabody.com | mimi.m.wong@irscounsel.treas.gov |
| mbienenstock@proskauer.com | mitchell.ayer@tklaw.com |
| mbloemsma@mhjur.com | mjedelman@vedderprice.com |
| mbossi@thompsoncoburn.com | mjr1@westchestergov.com |
| mcademartori@sheppardmullin.com | mlahaie@akingump.com |
| mcarthurk@sullcrom.com | mlandman@lcbf.com |

Lehman Brothers Holdings Inc.
Email Service List

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpedreira@proskauer.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

| | |
|---|---|
| raul.alcantar@alcantarlaw.com | rpedone@nixonpeabody.com |
| rbeacher@pryorcashman.com | rrainer@wmd-law.com |
| rbernard@foley.com | rroupinian@outtengolden.com |
| rbyman@jenner.com | rrussell@andrewskurth.com |
| rdaversa@orrick.com | russj4478@aol.com |
| relgidely@gjb-law.com | sabin.willett@bingham.com |
| rflanagan@flanassoc.com | sabramowitz@velaw.com |
| rfriedman@silvermanacampora.com | sabvanrooy@hotmail.com |
| rgmason@wlrk.com | sally.henry@skadden.com |
| rgoodman@moundcotton.com | samuel.cavior@pillsburylaw.com |
| rgraham@whitecase.com | sandyscafaria@eaton.com |
| rhett.campbell@tklaw.com | scargill@lowenstein.com |
| richard.fingard@newedge.com | schager@ssnyc.com |
| richard.lear@hklaw.com | schannej@pepperlaw.com |
| richard@rwmaplc.com | schepis@pursuitpartners.com |
| rick.murphy@sutherland.com | schnabel.eric@dorsey.com |
| rjones@boultcummings.com | schristianson@buchalter.com |
| rleek@hodgsonruss.com | scott.golden@hoganlovells.com |
| rlevin@cravath.com | scottj@sullcrom.com |
| rmatzat@hahnhessen.com | scottshelley@quinnemanuel.com |
| rnetzer@willkie.com | scousins@armstrongteasdale.com |
| robert.dombroff@bingham.com | sdnyecf@dor.mo.gov |
| robert.honeywell@klgates.com | seba.kurian@invesco.com |
| robert.malone@dbr.com | sehlers@armstrongteasdale.com |
| robert.yalen@usdoj.gov | sfalanga@connellfoley.com |
| robin.keller@lovells.com | sfelderstein@ffwplaw.com |
| roger@rnagioff.com | sfineman@lchb.com |
| ross.martin@ropesgray.com | sfox@mcguirewoods.com |

Lehman Brothers Holdings Inc.
Email Service List

| | |
|---|---|
| sgordon@cahill.com | steven.usdin@flastergreenberg.com |
| sgraziano@blbglaw.com | streusand@slollp.com |
| sgubner@ebg-law.com | susheelkirpalani@quinnemanuel.com |
| sharbeck@sipc.org | swolowitz@mayerbrown.com |
| shari.leventhal@ny.frb.org | szuber@csglaw.com |
| shgross5@yahoo.com | szuch@wiggin.com |
| sidorsky@butzel.com | tannweiler@greerherz.com |
| sldreyfuss@hlgslaw.com | tbrock@ssbb.com |
| sleo@bm.net | tdewey@dpklaw.com |
| slerman@ebglaw.com | tgoren@mofo.com |
| slerner@ssd.com | thomas.califano@dlapiper.com |
| slevine@brownrudnick.com | timothy.harkness@freshfields.com |
| sloden@diamondmccarthy.com | tjfreedman@pbnlaw.com |
| smillman@stroock.com | tkiriakos@mayerbrown.com |
| smulligan@bsblawyers.com | tlauria@whitecase.com |
| snewman@katskykorins.com | tmacwright@whitecase.com |
| sory@fdlaw.com | tmm@mullaw.org |
| squsba@stblaw.com | tnixon@gklaw.com |
| sree@lcbf.com | toby.r.rosenberg@irscounsel.treas.gov |
| sschultz@akingump.com | tomwelsh@orrick.com |
| sselbst@herrick.com | tsalter@blankrome.com |
| sshimshak@paulweiss.com | tslome@msek.com |
| sskelly@teamtogut.com | tunrad@burnslev.com |
| sstarr@starrandstarr.com | vguldi@zuckerman.com |
| steele@lowenstein.com | villa@slollp.com |
| stephen.cowan@dlapiper.com | vmilione@nixonpeabody.com |
| stephen.hessler@kirkland.com | vrubinstein@loeb.com |
| steve.ginther@dor.mo.gov | wanda.goodloe@cbre.com |

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | C/O THE OFFICE OF BUDGET AND MANAGEMENT ATTN: KURT KAUFFMAN, ASSISTANT SECRETARY 30 EAST BROAD ST., 34TH FLOOR COLUMBUS OH 43215 |
| BUCKEYE TOBACCO SETTLEMENT FINANCING AUTHORITY, TH | SQUIRE, SANDERS & DEMPSEY LLP ATTN: GREGORY STYPE 41 SOUTH HIGH STREET, SUITE 2000 COLUMBUS OH 43215 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |

**Total Creditor count  4**