Hearing Date and Time: January 21, 2016 at 10:00 a.m. (Prevailing Eastern Time)
Response Date and Time: January 14, 2016 at 4:00 p.m. (Prevailing Eastern Time)

**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th St.
New York, NY 10019
(212) 265-6888 Telephone
(212) 957-3983 Facsimile
Attorney Appearing:   Robert M. Schechter (RS-0601)
                     Rachel A. Parisi (RP-3786)

*Attorneys for Aadit Seshasayee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**SUPPLEMENTAL SUPPORT OF AADIT SESHASAYEE TO MOTION
FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R.
BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1,
OF THE DISALLOWANCE OF HIS CLAIM**

TO:   THE HONORABLE SHELLEY C. CHAPMAN
      UNITED STATES BANKRUPTCY JUDGE

On December 7, 2015, Aadit Seshasayee ("Mr. Seshasayee") filed a motion for reconsideration (the "Reconsideration Motion," ECF No. 51601), pursuant to 11 U.S.C. § 502(j), Fed. R. Bankr. P. 3008 and 9024, and Local Bankruptcy Rule 3008-1, of the disallowance of his Proof of Claim, Claim Number 5132, pursuant to the Order Granting Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) [Dkt. No. 27107]. Annexed hereto as **Exhibit I** in further support of Mr. Seshasayee's Reconsideration Motion is a proposed amended proof of claim, which Mr. Seshasayee seeks permission of the Court to file and have allowed pursuant to his Reconsideration Motion.

3247992

Dated:    January 4, 2016

                      **PORZIO, BROMBERG & NEWMAN, P.C.**
                      *Attorneys for Aadit Seshasayee*

By:    */s/ Robert M. Schechter*
        Robert M. Schechter

3247992