# Exhibit I

| United States Bankruptcy Court/Southern District of New York | | PROOF OF CLAIM |
|---|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Holdings Inc. | 08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Aadit Seshasayee
ATTN: Robert M. Schechter, Esq.
c/o Porzio, Bromberg & Newman, P.C.
100 Southgate Parkway
Morristown, NJ 07962-1997

Telephone number: (973) 538-4006    Email Address:

[✓] Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: 5132
(If known)

Filed on: 07/06/2009

Name and address where payment should be sent (if different from above)

[ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

[ ] Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ $249,160.68 plus contingent, unliquidated damages
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   [ ] Check this box if all or part of your claim is based on a Derivative Contract.*
   [ ] Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** See attached Schedule 1 and Documentation.
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: [ ] Real Estate    [ ] Motor Vehicle    [ ] Other
   Describe: _____
   Value of Property: $_____    Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____    Basis for perfection: _____
   Amount of Secured Claim: $_____    Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

   Specify the priority of the claim:

   [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

   [✓] Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

   [ ] Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   [ ] Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

   [ ] Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

   [ ] Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

   **Amount entitled to priority:**

   $ $10,950.00

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. *(See definition of "redacted" on reverse side.)* If the documents are voluminous, attach a summary.
   **DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
   If the documents are not available, please explain:

**FOR COURT USE ONLY**

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Name of Debtor, and Case Number:**
YOU MUST INDICATE THE SPECIFIC DEBTOR AGAINST WHICH YOUR CLAIM IS ASSERTED, INCLUDING THE THE NAME OF THE DEBTOR AND THE RELATED CASE NUMBER (DEBTORS AND CASE NUMBERS LISTED BELOW), IN THE SPACE ALLOTTED AT THE TOP OF THE CLAIM FORM.

| Case No. | Debtor | Case No. | Debtor |
|---|---|---|---|
| 08-13555 | Lehman Brothers Holdings Inc. | 08-13905 | CES Aviation LLC |
| 08-13600 | LB 745 LLC | 08-13906 | CES Aviation V LLC |
| 08-13885 | Lehman Brothers Commodity Services Inc. | 08-13907 | CES Aviation IX LLC |
| 08-13888 | Lehman Brothers Special Financing Inc. | 08-13908 | East Dover Limited |
| 08-13893 | Lehman Brothers OTC Derivatives Inc. | 09-10108 | Luxembourg Residential Properties Loan Finance S.a.r.l. |
| 08-13899 | Lehman Brothers Derivative Products Inc. | 09-10137 | BNC Mortgage LLC |
| 08-13900 | Lehman Commercial Paper Inc. | 09-10558 | Structured Asset Securities Corporation |
| 08-13901 | Lehman Brothers Commercial Corporation | 09-10560 | LB Rose Ranch LLC |
| 08-13902 | Lehman Brothers Financial Products Inc. | 09-12516 | LB 2080 Kalakaua Owners LLC |
| 08-13904 | Lehman Scottish Finance L.P. | 08-13664 | PAMI Statler Arms LLC |

If your Claim is against multiple Debtors, complete a separate form for each Debtor.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4, 5 and 6. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9)**
State the value of any goods received by the debtor within 20 days before the date of commencement in which the goods have been sold to the debtor in the ordinary course of the debtor's business.

**7. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**8. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:
Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**
Priority claims are certain categories of unsecured Claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Derivative Contract**
A contract that is any of (i) a "swap agreement" as such term is defined in section 101(53B) of the Bankruptcy Code or (ii) a "forward contract" as such term is defined in section 101(25) of the Bankruptcy Code. A cash-market purchase or sale of a security or loan (i.e. any purchase or sale of a security or loan for settlement within the standard settlement cycle for the relevant market), exchange-traded future or option, securities loan transaction, repurchase agreement in respect of securities or loans, and any guarantee or reimbursement obligations which would otherwise be included in the definition of such terms in the Bankruptcy Code shall not be considered a Derivative Contract for the purposes of this definition nor shall any notes, bonds, or other securities issued by the Debtors or their affiliates (including, but not limited to, Lehman Brothers Holdings Inc., Lehman Brothers Treasury Co. B.V., Lehman Brothers Bankhaus AG, Lehman Brothers Holdings plc, Lehman Brothers Securities N.V., and Lehman Brothers (Luxembourg) Equity Finance S.A.).

**Guarantee**
A promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance.

**Lehman Programs Securities**
Lehman Programs Securities means those securities included on the Lehman Programs Securities list available on http://www.lehman-docket.com as of July 27, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## Schedule 1

Breach of Agreement including failure to satisfy tax obligations notwithstanding corresponding reduction in wages, failure to prepare tax returns, and contingent unliquidated damages for 2008 taxes asserted by the IRS and contested by Mr. Seshasayee.

3244100

Lehman Bros Global Svcs Ltd
70 Hudson Street -10h Floor
Jersey City NJ 07302

Pay Group: MEX-Monthly Expatriates
Pay Begin Date: 05/01/2008
Pay End Date: 05/31/2008

Business Unit: FID
Check #: 0459325
Check Date: 05/09/2008

Aadit Seshasayee
5-5-5-108E Jingumae
Shibuya-ku 13  150-0-001

GBL MJP FID
46091 HONGKONG 0459325

Aadit Seshasayee
5-5-5-108E Jingumae
Shibuya-ku 13  150-0-001

| TAX DATA: | Federal | XX State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances: | 999 | 999 |
| Addl. Pct.: | | |
| Addl. Amt: | | |

Employee ID: 10049777
Department: 46091-ASSG Infrastructure
Location: Hong Kong
Pay Rate: $200,000.00 Annual
SSN: XXX-XX-5429

## HOURS AND EARNINGS

| Description | Begin Date | End Date | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|
| Reg Salary | | | 96.153847 | 56.00 | 5,303.03 | 752.00 | 71,969.71 |
| COLA | | | | | 1,332.98 | | 18,599.98 |
| Bonus 2007 | | | | | 0.00 | | 559,999.98 |
| 07 Tax Eql | | | | | 0.00 | | 1,500.00 |
| 07FrgnTxEq | | | | | 0.00 | | 197,608.28 |
| Fin Svcfee | | | | | 0.00 | | 500.00 |
| 07RSU LBIS | | | | | 0.00 | | 240,000.02 |
| **Total:** | | | | | **6,636.01** | | **849,677.95** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 0.00 | 0.00 |
| Medicare Tax | 0.08 | 8,295.69 |
| Social Security Tax | 0.00 | 6,324.00 |
| **Total:** | **0.08** | **14,619.69** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Pre-Tax Medical | 284.00 | 1,420.00 |
| Pre-Tax Dental | 16.00 | 80.00 |
| Pre-Tax Vision | 8.33 | 41.65 |
| TDSP 401(k) | 0.00 | 15,500.00 |
| Housing Offset | 4,736.77 | 27,385.05 |
| HYPO Tax | 1,590.91 | 249,160.68 |
| **Total** | **6,636.01** | **293,587.38** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Voluntary AD&D Ins | 0.00 | 72.00 |
| GVUL-Supple Life Ins | 0.00 | 1,351.56 |
| Supple LTD Ins | 0.00 | 275.00 |
| Expat Medicare | 0.08- | 8,295.69- |
| Expat FICA | 0.00 | 6,324.00- |
| International Transfer | 0.00 | 197,608.28 |
| **Total:** | **0.08-** | **184,687.15** |

## TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| GVUL Basic/Taxable* | 5.24 | 26.04 |

* Taxable

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | 6,636.01 | 5.24 | 0.08 | 6,635.93 | 0.00 |
| YTD: | 849,677.95 | 556,416.51 | 14,619.69 | 478,274.53 | 356,783.73 |

NET PAY DISTRIBUTION

MESSAGE:

---

LEHMAN BROTHERS

Lehman Bros Global Svcs Ltd
70 Hudson Street -10th Floor
Jersey City NJ 07302

12/210
Check No. 459325

VOID

Date: 05/09/2008    Amount: $0.00

****NO AND 00/100 DOLLARS****

PAY TO THE ORDER OF    AADIT SESHASAYEE
5-5-5-108E Jingumae
Shibuya-ku 13  150-0-001

JPMorgan Chase Bank, N.A.
4 Chase MetroTech Center
Brooklyn, NY 11245

Payable if desired at:
Mellon 1st Business Bank
601 West Fifth Street
Los Angeles, CA 90071

/s/ Richard Fuld

THIS MULTI-TONE AREA OF THE DOCUMENT CHANGES COLOR GRADUALLY AND EVENLY FROM DARK TO LIGHT
THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK - HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

Corrected Report

**Form 4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

## Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 1 of 2

Name and Address of Taxpayer:

Aadit Seshasayee
The Harborview Place 1 Austine Rd.
West Apartment  6303 Kowloon
Hong Kong

Taxpayer Identification Number: -5429

Return Form No.: 1040

Person with whom examination changes were discussed:

Name and Title:

| | Period End 12/31/2008 | Period End | Period End |
|---|---|---|---|
| 1. Adjustments to Income | | | |
| a. Ordinary Dividends | 2,835.00 | | |
| b. Taxable Interest | 748.00 | | |
| c. Wages, Salaries and Tips, etc. | 781,000.00 | | |
| d. Qualified dividends | 2,835.00 | | |
| e. Standard Deduction | (5,450.00) | | |
| f. Exemptions | (2,333.00) | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. Total Adjustments | 779,635.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | |
| 4. Corrected Taxable Income | 779,635.00 | | |
| Tax Method | SCHEDULE D | | |
| Filing Status | Single | | |
| 5. Tax | 250,902.00 | | |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 250,902.00 | | |
| 8. Less  a. | | | |
| Credits  b. | | | |
| c. | | | |
| d. | | | |
| 9. Balance (Line 7 less total of Lines 8a thru 8d) | 250,902.00 | | |
| 10. Plus  a. | | | |
| Other  b. | | | |
| Taxes  c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 250,902.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | |
| 13. Adjustments to:  a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 250,902.00 | | |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 250,902.00 | | |

Catalog Number 23110T    www.irs.gov    Form 4549-A (Rev. 3-2013)

Corrected Report

**Form 4549-A**
(Rev. March 2013)

Department of the Treasury-Internal Revenue Service

## Income Tax Examination Changes
(Unagreed and Excepted Agreed)

Page 2 of 2

Name of Taxpayer: Aadit Seshasayee

Taxpayer Identification Number: ___-___-5429

Return Form No.: 1040

| | Period End 12/31/2008 | Period End | Period End |
|---|---|---|---|
| **17. Penalties/ Code Sections** | | | |
| a. Delq-IRC 6651(a)(2) | 62,725.50 | | |
| b. Delq-IRC 6651(a)(1) | 56,452.95 | | |
| c. Estimated Tax-IRC 6654 | 8,063.12 | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 127,241.57 | | |

Underpayment attributable to negligence: (1981-1987)
A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.

Underpayment attributable to fraud: (1981-1987)
A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed.

| | | | |
|---|---|---|---|
| Underpayment attributable to Tax Motivated Transactions (TMT). Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | | |
| **19. Summary of Taxes, Penalties and Interest** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 250,902.00 | | |
| b. Penalties (Line 18) - computed to 08/19/2014 | 127,241.57 | | |
| c. Interest (IRC § 6601) - computed to 09/18/2014 | 62,928.31 | | |
| d. TMT Interest - computed to 09/18/2014 (on TMT underpayment) | 0.00 | | |
| e. Amount due or refund - (sum of Lines a, b, c and d) | 441,071.88 | | |

Other Information:

This Report Supersedes the Report Issued 3/7/2014

| Examiner's Signature / Name: Gaynelle D. Britt | Employee ID: 0797158 | Office: Richmond, Virginia 23219 | Date: 08/19/2014 |
|---|---|---|---|

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest payments) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T   www.irs.gov   Form 4549-A (Rev. 3-2013)