**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                              :
In re                                         :    Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*  :    08-13555 (SCC)
                                              :
                        Debtors.              :    (Jointly Administered)
                                              :
-------------------------------------------------------------------------x    Ref. Docket No. 51692

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 21, 2015, I caused to be served the "Notice of Hearing on the Plan Administrator's Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims)," dated December 17, 2015, to which was attached the "The Plan Administrator's Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims)," dated December 17, 2015 [Docket No. 51692], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
23rd day of December, 2015
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

T:\Clients\LBH\Affidavits\Quarterly Financial Report, Nov 2015 Post Effective Date Report, NOW-Omni 245_DI 51709, 51710 and
51712_AFF_12-22-15.docx

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

| Email Addresses | |
|---|---|
| aaaronson@dilworthlaw.com | arwolf@wlrk.com |
| aalfonso@willkie.com | aseuffert@lawpost-nyc.com |
| abeaumont@fklaw.com | ashmead@sewkis.com |
| abraunstein@riemerlaw.com | asnow@ssbb.com |
| acaton@kramerlevin.com | asomers@rctlegal.com |
| adarwin@nixonpeabody.com | aunger@sidley.com |
| Adiamond@DiamondMcCarthy.com | austin.bankruptcy@publicans.com |
| adk@msf-law.com | avenes@whitecase.com |
| aeckstein@blankrome.com | azylberberg@whitecase.com |
| aentwistle@entwistle-law.com | bankruptcy@goodwin.com |
| agbanknewyork@ag.tn.gov | bankruptcy@morrisoncohen.com |
| aglenn@kasowitz.com | bankruptcy@ntexas-attorneys.com |
| agold@herrick.com | bankruptcymatters@us.nomura.com |
| aisenberg@saul.com | barbra.parlin@hklaw.com |
| akadish@dtlawgroup.com | bbisignani@postschell.com |
| akantesaria@oppenheimerfunds.com | bcarlson@co.sanmateo.ca.us |
| akolod@mosessinger.com | bdk@schlamstone.com |
| alum@ftportfolios.com | ben.lewis@hoganlovells.com |
| amarder@msek.com | bguiney@pbwt.com |
| amartin@sheppardmullin.com | bmanne@tuckerlaw.com |
| AMcMullen@BoultCummings.com | BMiller@mofo.com |
| amenard@tishmanspeyer.com | boneill@kramerlevin.com |
| amh@amhandlerlaw.com | Brian.Corey@greentreecreditsolutions.com |
| Andrew.Brozman@cliffordchance.com | brosenblum@jonesday.com |
| andrew.lourie@kobrekim.com | brotenberg@wolffsamson.com |
| andrewtenzer@paulhastings.com | broy@rltlawfirm.com |
| angelich.george@arentfox.com | bruce.wright@sutherland.com |
| angie.owens@skadden.com | bstrickland@wtplaw.com |
| ann.reynaud@shell.com | btrust@mayerbrown.com |
| anthony_boccanfuso@aporter.com | bturk@tishmanspeyer.com |
| aoberry@bermanesq.com | bwolf@kramerlevin.com |
| aostrow@beckerglynn.com | bwolfe@sheppardmullin.com |
| appleby@chapman.com | cahn@clm.com |
| aquale@sidley.com | canelas@pursuitpartners.com |
| arainone@bracheichler.com | cbelisle@wfw.com |
| arheaume@riemerlaw.com | cbelmonte@ssbb.com |
| arosenblatt@chadbourne.com | cdesiderio@nixonpeabody.com |
| arthur.rosenberg@hklaw.com | cfarley@mccarter.com |
| | cgonzalez@diazreus.com |

| | |
|---|---|
| Chad.Husnick@kirkland.com | dcrapo@gibbonslaw.com |
| chammerman@paulweiss.com | ddavis@paulweiss.com |
| charles@filardi-law.com | ddrebsky@nixonpeabody.com |
| charles_malloy@aporter.com | ddunne@milbank.com |
| chemrick@connellfoley.com | deggermann@kramerlevin.com |
| chipford@parkerpoe.com | deggert@freebornpeters.com |
| chris.donoho@lovells.com | demetra.liggins@tklaw.com |
| Christopher.Greco@kirkland.com | dennis.tracey@hoganlovells.com |
| Claude.Montgomery@dentons.com | dfelder@orrick.com |
| clynch@reedsmith.com | dflanigan@polsinelli.com |
| cmestres@aclawllp.com | dgrimes@reedsmith.com |
| cohen@sewkis.com | dhayes@mcguirewoods.com |
| cp@stevenslee.com | dheffer@foley.com |
| cpappas@dilworthlaw.com | dhurst@coleschotz.com |
| craig.goldblatt@wilmerhale.com | dhw@dhclegal.com |
| craigjustinalbert@gmail.com | diconzam@gtlaw.com |
| crmomjian@attorneygeneral.gov | djcarragher@daypitney.com |
| csalomon@beckerglynn.com | djoseph@stradley.com |
| cschreiber@winston.com | dkessler@ktmc.com |
| cshore@whitecase.com | dkozusko@willkie.com |
| cshulman@sheppardmullin.com | dlemay@chadbourne.com |
| cszyfer@stroock.com | dlipke@vedderprice.com |
| cwalsh@mayerbrown.com | dmark@kasowitz.com |
| cward@polsinelli.com | dmcguire@winston.com |
| cweber@ebg-law.com | dmiller@steinlubin.com |
| cweiss@ingramllp.com | dmurray@jenner.com |
| dallas.bankruptcy@publicans.com | dneier@winston.com |
| dave.davis@isgria.com | dodonnell@milbank.com |
| david.bennett@tklaw.com | dove.michelle@dorsey.com |
| david.heller@lw.com | dpegno@dpklaw.com |
| david.livshiz@freshfields.com | draelson@fisherbrothers.com |
| david.powlen@btlaw.com | drosenzweig@fulbright.com |
| davids@blbglaw.com | drosner@goulstonstorrs.com |
| davidwheeler@mvalaw.com | drosner@kasowitz.com |
| dbarber@bsblawyers.com | dshaffer@wtplaw.com |
| dbaumstein@whitecase.com | dshemano@peitzmanweg.com |
| dbesikof@loeb.com | dspelfogel@foley.com |
| dcimo@gjb-law.com | dtatge@ebglaw.com |
| dcoffino@cov.com | dtheising@harrisonmoberly.com |

| | |
|---|---|
| dwdykhouse@pbwt.com | gspilsbury@jsslaw.com |
| dworkman@bakerlaw.com | guzman@sewkis.com |
| easmith@venable.com | harrisjm@michigan.gov |
| ebcalvo@pbfcm.com | harveystrickon@paulhastings.com |
| ecohen@russell.com | hbeltzer@mayerbrown.com |
| edward.flanders@pillsburylaw.com | heim.steve@dorsey.com |
| efleck@milbank.com | heiser@chapman.com |
| efriedman@fklaw.com | hmagaliff@r3mlaw.com |
| efriedman@friedmanspring.com | hollace.cohen@troutmansanders.com |
| ekbergc@lanepowell.com | holsen@stroock.com |
| eleicht@whitecase.com | hooper@sewkis.com |
| ellen.halstead@cwt.com | howard.hawkins@cwt.com |
| emagnelli@bracheichler.com | hrh@lhmlawfirm.com |
| emerberg@mayerbrown.com | hseife@chadbourne.com |
| enkaplan@kaplanlandau.com | hsnovikoff@wlrk.com |
| eobrien@sbchlaw.com | hsteel@brownrudnick.com |
| eschwartz@contrariancapital.com | icatto@mwe.com |
| etillinghast@sheppardmullin.com | igoldstein@proskauer.com |
| ezujkowski@emmetmarvin.com | irethy@stblaw.com |
| fcarruzzo@kramerlevin.com | israel.dahan@cwt.com |
| ffm@bostonbusinesslaw.com | iva.uroic@dechert.com |
| fhenn@law.nyc.gov | jacobsonn@sec.gov |
| fhyman@mayerbrown.com | jalward@blankrome.com |
| foont@foontlaw.com | james.heaney@lawdeb.com |
| fsosnick@shearman.com | james.mcclammy@dpw.com |
| fyates@sonnenschein.com | james.sprayregen@kirkland.com |
| gabriel.delvirginia@verizon.net | jamesboyajian@gmail.com |
| gary.ravertpllc@gmail.com | jamestecce@quinnemanuel.com |
| gbray@milbank.com | jar@outtengolden.com |
| george.south@dlapiper.com | jay.hurst@oag.state.tx.us |
| ggitomer@mkbattorneys.com | jay@kleinsolomon.com |
| ggoodman@foley.com | jbeemer@entwistle-law.com |
| giddens@hugheshubbard.com | jbeiers@co.sanmateo.ca.us |
| gkaden@goulstonstorrs.com | jbromley@cgsh.com |
| glenn.siegel@dechert.com | jcarberry@cl-law.com |
| glenn.siegel@morganlewis.com | jchristian@tobinlaw.com |
| gmoss@riemerlaw.com | jclose@chapman.com |
| goldenberg@ssnyc.com | jdoran@haslaw.com |
| gplotko@kramerlevin.com | jdwarner@warnerandscheuerman.com |

| | |
|---|---|
| jdweck@sutherland.com | Jonathan.Henes@kirkland.com |
| jdyas@halperinlaw.net | jorbach@hahnhessen.com |
| jean-david.barnea@usdoj.gov | Joseph.Cordaro@usdoj.gov |
| jeanites@whiteandwilliams.com | Joseph.Serino@kirkland.com |
| jeannette.boot@wilmerhale.com | joshua.dorchak@morganlewis.com |
| jeff.wittig@coair.com | jowen769@yahoo.com |
| jeldredge@velaw.com | joy.mathias@dubaiic.com |
| jennifer.demarco@cliffordchance.com | JPintarelli@mofo.com |
| jennifer.gore@shell.com | jporter@entwistle-law.com |
| jfalgowski@reedsmith.com | jprol@lowenstein.com |
| jfreeberg@wfw.com | jrabinowitz@rltlawfirm.com |
| jg5786@att.com | jrsmith@hunton.com |
| jgenovese@gjb-law.com | jschiller@bsfllp.com |
| jgoodchild@morganlewis.com | jschreib@chapman.com |
| jguy@orrick.com | jschwartz@hahnhessen.com |
| jhiggins@fdlaw.com | jsheerin@mcguirewoods.com |
| jhorgan@phxa.com | jsherman@bsfllp.com |
| jhuggett@margolisedelstein.com | jshickich@riddellwilliams.com |
| jim@atkinslawfirm.com | jsmairo@pbnlaw.com |
| jjtancredi@daypitney.com | jstoll@mayerbrown.com |
| jjureller@klestadt.com | jsullivan@mosessinger.com |
| jlamar@maynardcooper.com | jtimko@shutts.com |
| jlawlor@wmd-law.com | judy.morse@crowedunlevy.com |
| jlee@foley.com | jvail@ssrl.com |
| jlevitin@cahill.com | jwcohen@daypitney.com |
| jlscott@reedsmith.com | jweiss@gibsondunn.com |
| jmaddock@mcguirewoods.com | jwest@velaw.com |
| jmazermarino@msek.com | jwh@njlawfirm.com |
| jmelko@gardere.com | jzulack@fzwz.com |
| jmerva@fult.com | kanema@formanlaw.com |
| jmmurphy@stradley.com | karen.wagner@dpw.com |
| jmr@msf-law.com | karl.geercken@alston.com |
| jnm@mccallaraymer.com | kdwbankruptcydepartment@kelleydrye.com |
| john.beck@hoganlovells.com | keckhardt@hunton.com |
| john.monaghan@hklaw.com | keith.simon@lw.com |
| john.mule@ag.state.mn.us | Ken.Coleman@allenovery.com |
| john.rapisardi@cwt.com | ken.higman@hp.com |
| johnramirez@paulhastings.com | kerry.moynihan@hro.com |
| jonathan.goldblatt@bnymellon.com | kgwynne@reedsmith.com |

| | |
|---|---|
| kiplok@hugheshubbard.com | mark.ellenberg@cwt.com |
| kit.weitnauer@alston.com | mark.mckane@kirkland.com |
| kkelly@ebglaw.com | mark.sherrill@sutherland.com |
| kkolbig@mosessinger.com | Marvin.Clements@ag.tn.gov |
| klyman@irell.com | matt@willaw.com |
| klynch@formanlaw.com | matthew.klepper@dlapiper.com |
| kmayer@mccarter.com | maustin@orrick.com |
| kobak@hugheshubbard.com | mbenner@tishmanspeyer.com |
| korr@orrick.com | mberman@nixonpeabody.com |
| kovskyd@pepperlaw.com | mbienenstock@proskauer.com |
| kressk@pepperlaw.com | mbloemsma@mhjur.com |
| KReynolds@mklawnyc.com | mbossi@thompsoncoburn.com |
| krodriguez@allenmatkins.com | mcademartori@sheppardmullin.com |
| krosen@lowenstein.com | mcarthurk@sullcrom.com |
| kurt.mayr@bgllp.com | mccarthyj@sullcrom.com |
| Landon@slollp.com | mcordone@stradley.com |
| lapeterson@foley.com | mcto@debevoise.com |
| lawallf@pepperlaw.com | mcyganowski@oshr.com |
| lawrence.gelber@srz.com | mdorval@stradley.com |
| lberkoff@moritthock.com | meggie.gilstrap@bakerbotts.com |
| Lee.Stremba@troutmansanders.com | melorod@gtlaw.com |
| Lee.whidden@dentons.com | meltzere@pepperlaw.com |
| lgranfield@cgsh.com | metkin@lowenstein.com |
| lhandelsman@stroock.com | mfeldman@willkie.com |
| lisa.solomon@att.net | mginzburg@daypitney.com |
| LJKotler@duanemorris.com | mgordon@briggs.com |
| lkatz@ltblaw.com | mgreger@allenmatkins.com |
| LKISS@KLESTADT.COM | mh1@mccallaraymer.com |
| lmarinuzzi@mofo.com | mhopkins@cov.com |
| lmcgowen@orrick.com | michael.frege@cms-hs.com |
| lnashelsky@mofo.com | michael.kelly@monarchlp.com |
| loizides@loizides.com | michael.krauss@faegrebd.com |
| lschweitzer@cgsh.com | michael.mccrory@btlaw.com |
| lucdespins@paulhastings.com | michaels@jstriallaw.com |
| mabrams@willkie.com | millee12@nationwide.com |
| MAOFILING@CGSH.COM | miller@taftlaw.com |
| Marc.Chait@SC.com | mimi.m.wong@irscounsel.treas.gov |
| margolin@hugheshubbard.com | mitchell.ayer@tklaw.com |
| mark.bane@ropesgray.com | mjedelman@vedderprice.com |

| | |
|---|---|
| MJR1@westchestergov.com | paronzon@milbank.com |
| mlahaie@akingump.com | pbattista@gjb-law.com |
| MLandman@lcbf.com | pbosswick@ssbb.com |
| mlichtenstein@crowell.com | pdublin@akingump.com |
| mlynch2@travelers.com | peisenberg@lockelord.com |
| mmendez@crb-law.com | peter.gilhuly@lw.com |
| mmorreale@us.mufg.jp | peter.macdonald@wilmerhale.com |
| mneier@ibolaw.com | peter.simmons@friedfrank.com |
| monica.lawless@brookfieldproperties.com | peter@bankrupt.com |
| mpage@kelleydrye.com | pfeldman@oshr.com |
| mparry@mosessinger.com | pfinkel@wilmingtontrust.com |
| mpedreira@proskauer.com | phayden@mcguirewoods.com |
| mprimoff@kayescholer.com | philip.wells@ropesgray.com |
| mpucillo@bermanesq.com | pmaxcy@sonnenschein.com |
| mrosenthal@gibsondunn.com | ppascuzzi@ffwplaw.com |
| mruetzel@whitecase.com | ppatterson@stradley.com |
| mschimel@sju.edu | psp@njlawfirm.com |
| msegarra@mayerbrown.com | ptrostle@jenner.com |
| mshiner@tuckerlaw.com | raj.madan@skadden.com |
| msolow@kayescholer.com | ramona.neal@hp.com |
| mspeiser@stroock.com | raul.alcantar@alcantarlaw.com |
| mstamer@akingump.com | rbeacher@pryorcashman.com |
| munno@sewkis.com | rbernard@foley.com |
| mvenditto@reedsmith.com | rbyman@jenner.com |
| mwarner@coleschotz.com | rdaversa@orrick.com |
| mwarren@mtb.com | relgidely@gjb-law.com |
| nathan.spatz@pillsburylaw.com | rflanagan@flanassoc.com |
| nbinder@binderschwartz.com | rfriedman@silvermanacampora.com |
| nbojar@fklaw.com | rgmason@wlrk.com |
| ncoco@mwe.com | rgoodman@moundcotton.com |
| neal.mann@oag.state.ny.us | rgraham@whitecase.com |
| ned.schodek@shearman.com | rhett.campbell@tklaw.com |
| neilberger@teamtogut.com | richard.fingard@newedge.com |
| Nherman@morganlewis.com | richard.lear@hklaw.com |
| nissay_10259-0154@mhmjapan.com | richard@rwmaplc.com |
| nlepore@schnader.com | rick.murphy@sutherland.com |
| notice@bkcylaw.com | RJones@BoultCummings.com |
| NYROBankruptcy@SEC.GOV | rleek@HodgsonRuss.com |
| otccorpactions@finra.org | RLevin@cravath.com |

| | |
|---|---|
| rmatzat@hahnhessen.com | sgubner@ebg-law.com |
| rnetzer@willkie.com | sharbeck@sipc.org |
| robert.dombroff@bingham.com | shari.leventhal@ny.frb.org |
| robert.honeywell@klgates.com | shgross5@yahoo.com |
| robert.malone@dbr.com | sidorsky@butzel.com |
| Robert.yalen@usdoj.gov | sldreyfuss@hlgslaw.com |
| Robin.Keller@Lovells.com | sleo@bm.net |
| roger@rnagioff.com | slerman@ebglaw.com |
| ross.martin@ropesgray.com | slerner@ssd.com |
| rpedone@nixonpeabody.com | slevine@brownrudnick.com |
| rrainer@wmd-law.com | SLoden@DiamondMcCarthy.com |
| rroupinian@outtengolden.com | smillman@stroock.com |
| rrussell@andrewskurth.com | smulligan@bsblawyers.com |
| russj4478@aol.com | snewman@katskykorins.com |
| sabin.willett@bingham.com | sory@fdlaw.com |
| sabramowitz@velaw.com | squsba@stblaw.com |
| sabvanrooy@hotmail.com | SRee@lcbf.com |
| Sally.Henry@skadden.com | sschultz@akingump.com |
| samuel.cavior@pillsburylaw.com | sselbst@herrick.com |
| sandyscafaria@eaton.com | sshimshak@paulweiss.com |
| scargill@lowenstein.com | sskelly@teamtogut.com |
| schager@ssnyc.com | sstarr@starrandstarr.com |
| schannej@pepperlaw.com | steele@lowenstein.com |
| Schepis@pursuitpartners.com | stephen.cowan@dlapiper.com |
| schnabel.eric@dorsey.com | stephen.hessler@kirkland.com |
| schristianson@buchalter.com | steve.ginther@dor.mo.gov |
| scott.golden@hoganlovells.com | steven.usdin@flastergreenberg.com |
| scottj@sullcrom.com | Streusand@slollp.com |
| scottshelley@quinnemanuel.com | susheelkirpalani@quinnemanuel.com |
| scousins@armstrongteasdale.com | swolowitz@mayerbrown.com |
| sdnyecf@dor.mo.gov | szuber@csglaw.com |
| seba.kurian@invesco.com | szuch@wiggin.com |
| sehlers@armstrongteasdale.com | tannweiler@greerherz.com |
| sfalanga@connellfoley.com | tbrock@ssbb.com |
| sfelderstein@ffwplaw.com | tdewey@dpklaw.com |
| sfineman@lchb.com | TGoren@mofo.com |
| sfox@mcguirewoods.com | thomas.califano@dlapiper.com |
| sgordon@cahill.com | timothy.harkness@freshfields.com |
| sgraziano@blbglaw.com | tjfreedman@pbnlaw.com |

| | |
|---|---|
| tkiriakos@mayerbrown.com | wbenzija@halperinlaw.net |
| tlauria@whitecase.com | wcurchack@loeb.com |
| tmacwright@whitecase.com | wfoster@milbank.com |
| tmm@mullaw.org | will.sugden@alston.com |
| tnixon@gklaw.com | wisotska@pepperlaw.com |
| toby.r.rosenberg@irscounsel.treas.gov | wk@pwlawyers.com |
| tomwelsh@orrick.com | wmaher@wmd-law.com |
| tsalter@blankrome.com | wmarcari@ebglaw.com |
| tslome@msek.com | wmckenna@foley.com |
| tunrad@burnslev.com | wsilverm@oshr.com |
| vguldi@zuckerman.com | wswearingen@llf-law.com |
| Villa@slollp.com | wtaylor@mccarter.com |
| vmilione@nixonpeabody.com | wzoberman@bermanesq.com |
| vrubinstein@loeb.com | YUwatoko@mofo.com |
| wanda.goodloe@cbre.com | |

**EXHIBIT C**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT D**

**LBH_NOW_OMNI 245_(D.I.51712)**

MIDFIRST BANK
ATTN: LEGAL DEPARTMENT
501 N.W. GRAND BLVD.
OKLAHOMA CITY , OK  73118

**LBH_NOW_OMNI 215_(D.I. 51712)**

SUTHERLAND ASBILL & BRENNAN LLP
COUNSEL TO MIDFIRST BANK
ATTN: MARK D. SHERRILL
1275 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 2004

**LBH_NOW_OMNI 215_(D.I.51712)**

SUTHERLAND ASBILL & BRENNAN LLP
COUNSEL TO MIDFIRST BANK
ATTN: PAUL B. TURNER
1001 FANNIN STREET, SUITE 3700
HOUSTON, TX 77002