**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 08-13555 (SCC) |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Lindsee P. Granfield[1] hereby withdraws her appearance as counsel for party in interest Barclays Capital, Inc.

PLEASE TAKE FURTHER NOTICE that copies of all notices give and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case should be served on the following:

> Lisa M. Schweitzer
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York  10006
> (212) 225-2000
> lschweitzer@cgsh.com
> maofiling@cgsh.com
>
> Luke A. Barefoot
> Cleary Gottlieb Steen & Hamilton LLP
> One Liberty Plaza
> New York, New York  10006
> (212) 225-2000
> lbarefoot@cgsh.com
> maofiling@cgsh.com

---

[1] Ms. Granfield retired as a partner Cleary Gottlieb Steen & Hamilton LLP on December 31, 2015.

PLEASE TAKE FURTHER NOTICE that Lindsee P. Granfield requests that she be deleted from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

Dated: January 6, 2016
      New York, New York

| | |
|---|---|
| /s/*Lindsee P. Granfield* | /s/*Lisa M. Schweitzer* |
| Lindsee P. Granfield | Lisa M. Schweitzer |
| CLEARY GOTTLIEB STEEN & HAMILTON, LLP | CLEARY GOTTLIEB STEEN & HAMILTON, LLP |
| One Liberty Plaza | One Liberty Plaza |
| New York, New York  10006 | New York, New York  10006 |
| (212) 225-2000 | (212) 225-2000 |
| lgranfield@cgsh.com | lschweitzer@cgsh.com |

*Withdrawing Attorney for*
*Barclays Capital, Inc.*

                                      /s/*Luke A. Barefoot*
                                      Luke A. Barefoot
                                      CLEARY GOTTLIEB STEEN & HAMILTON, LLP
                                      One Liberty Plaza
                                      New York, New York  10006
                                      (212) 225-2000
                                      lbarefoot@cgsh.com