QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue
New York, New York 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Andrew J. Rossman
Scott C. Shelley

*Attorneys for Lehman Brothers Holdings Inc. and*
*Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X
In re:                                                : Chapter 11
                                                      : Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*              :
                                                      :
            Debtors.                                  :
---------------------------------------------------------------------- X

**NOTICE OF SUBPOENA ISSUED PURSUANT TO**
**ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE**
**SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND**
**AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities [ECF No. 5910], dated November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoena issued by a Debtor pursuant to the Order. The date the subpoena was served and the date, time, and place of the requested production are set forth on "Exhibit A" attached hereto.

Dated: January 6, 2016
      New York, New York

                            QUINN EMANUEL URQUHART & SULLIVAN, LLP

                By: */s/ Scott C. Shelley*
                     Andrew J. Rossman
                     Scott C. Shelley

                     *Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

# Exhibit A

NOTICE OF SUBPOENA

| Name of Witness | Date of Service of Subpoena | Subject of Subpoena | Date, Time, and Place of any Examination |
|---|---|---|---|
| JPMorgan Chase Bank, N.A. | December 11, 2015 (receipt of service acknowledged on January 6, 2016) | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be furnished by February 24, 2016 at 10 a.m. (EST), at Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, New York, New York 10010 |