**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, :  08-13555 (SCC)
: **(Jointly Administered)**
Debtors. :
:
------------------------------------------------------------------------------x  Ref. Docket Nos. 51503, 51566, 51596

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 10, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 51796    Filed 01/08/16    Entered 01/08/16 12:52:52    Main Document
Pg 2 of 5

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,   **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While   **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

CREDIT SUISSE (LUXEMBOURG) S.A.  
ZN OSTERREICH  
TRANSFEROR: UBS AG  
CREDIT SUISSE AG  
ATTN: PAUL GILMORE  
ELEVEN MADISON AVENUE  
NEW YORK, NY 10010

CREDIT SUISSE (LUXEMBOURG) S.A.  
RICHARD LEVIN, ESQ.  
CRAVATH, SWAINE & MOORE LLP  
825 8TH AVENUE  
NEW YORK, NY 10019

Please note that your claim # 59233-09 in the above referenced case and in the amount of $0.00 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101005216 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171984



BANKHAUS CARL SPANGLER & CO. AKTIENGESELLSCHAFT  
TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A.  
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP  
ATTN: STEPHANIE SWEENEY, ESQ  
570 SEVENTH AVENUE, 17TH FLOOR  
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51566    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/10/2015                            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez  
_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC  
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 10, 2015.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANKHAUS CARL SPANGLER & CO. AKTIENGESELLSCHAFT | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A., C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ, 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| CASSA DI RISPARMIO DEL VENETO S.P.A. | TRANSFEROR: UBS AG, ATTN: NICOLA FRANCESCON, VIA TRIESTE, 57/59, PADOVA 35121 ITALY |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ZN OSTERREICH, TRANSFEROR: UBS AG, CREDIT SUISSE AG, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND XI (MASTER), L.P., THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| UBS AG | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 11**