**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                       :      Chapter 11 Case No.
                                            :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :      08-13555 (SCC)
                                            :      (Jointly Administered)
                      Debtors.              :
                                            :
---------------------------------------------------------------x   Ref. Docket Nos. 51616-51620

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                            Lauren Rodriguez

Sworn to before me this
29th day of December, 2015
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000101012176 ***        LBH DEFTRFNTC (MERGE2, TXNUM2) 4000163095



VARDE FUND VI-A, L.P., THE
TRANSFEROR: JPMORGAN SECURITIES PLC
ATTN: EDWINA P.J. STEFFER
8500 NORMANDALE LAKE BOULEVARD, SUITE 1500
MINNEAPOLIS, MN 55437


DEUTSCHE BANK AG, LONDON BRANCH
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

**Your transfer of claim # 58568-12 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   51616            Date:  12/10/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE,  GREAT WINCHESTER STREET, LONDON EC2N 2DB UNTIED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE,  GREAT WINCHESTER STREET, LONDON ECN2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| VARDE FUND VI-A, L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND X (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND XI (MASTER), L.P., THE | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 24**