**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :     08-13555 (SCC)
                                                :    (Jointly Administered)
                         Debtors.               :
                                                :
-------------------------------------------------------------------x
```

Ref. Docket Nos. 51515, 51516,
51532, 51552, 51564, 51565, 51569,
51572, 51642-51646

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 16, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        _/s/ Lauren Rodriguez_____
                                         Lauren Rodriguez

Sworn to before me this
29th day of December, 2015
_/s/ Sidney J. Garabato_____
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

---

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

| | |
|---|---|
| PP OPPORTUNITIES LTD | PP OPPORTUNITIES LTD |
| TRANSFEROR: GOLDMAN SACHS & CO. | SIDLEY AUSTIN LLP |
| C/O PAULSON & CO. INC | ATTN: MICHAEL GREENBLATT |
| 1251 AVE. OF THE AMERICAS, 50TH FL | 787 SEVENTH AVENUE |
| NEW YORK, NY 10020 | NEW YORK, NY 10019 |

Please note that your claim # 63595-41 in the above referenced case and in the amount of $1,032,612.73 allowed at $908,841.30 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101180892 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000171991



BARCLAYS BANK PLC
TRANSFEROR: PP OPPORTUNITIES LTD
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51642          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/16/2015                    Vito Genna, Clerk of Court

                    /s/  Lauren Rodriguez
_____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 16, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., BANCA MEDIOLANUM S.P.A., VIA F. SFORZA, BISAGLIO 20080 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: PP OPPORTUNITIES LTD., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BSI SA O | TRANSFEROR: UBS AG, CUSTODY ADMINISTRATION - ATTN: ANDREA FERRARI, VIA MAGATTI 2, LUGANO 6900 SWITZERLAND |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAYERISCHE LANDESBANK, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: OZ SPECIAL MASTER FUND, LTD., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC ATTN: VIVIAN TORIAN, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED, C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  MARK C. ELLENBERG, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, C/O MORGAN STANLEY & CO. INCORPORATED, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC, 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PP OPPORTUNITIES LTD | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO., INC, 1251 AVE. OF THE AMERIAS, 50TH FL, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PP OPPORTUNITIES LTD | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., ATTN: JAMES OLIVO, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD. | SIDLEY AUSTIN LLP, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., ATTN: JAMES OLIVO, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD. | SIDLEY AUSTIN, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PP OPPORTUNITIES LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO INC, ATTN: JAMES OLIVO, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PP OPPORTUNITIES LTD. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, SUITE 1500, MINNEAPOLIS, MN 55437 |

**Total Creditor Count 45**