**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
                                                                :
In re                                                           :    Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                        :    08-13555 (SCC)
                                                                :    (Jointly Administered)
           Debtors.                                             :
                                                                :
-----------------------------------------------------------------x    Ref. Docket No. 51566

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 16, 2015, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                        */s/ Lauren Rodriguez*
                                                          Lauren Rodriguez

Sworn to before me this
29th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

CREDIT SUISSE (LUXEMBOURG) S.A.
ZN OSTERREICH
TRANSFEROR: UBS AG
CREDIT SUISSE AG
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE (LUXEMBOURG) S.A.
RICHARD LEVIN, ESQ.
CRAVATH, SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

BAR(23) MAILID *** 000101180924 ***    LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 996



BANKHAUS CARL SPANGLER & CO. AKTIENGESELLSCHAFT
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: STEPANIE SWEENEY, ESQ
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

**Your transfer of claim # 59233-09 is defective for the reason(s) checked below:**

Other PART OF 56 ISIN LIST

Docket Number   51566          Date: 11/25/2015

/s/ Lauren Rodriguez

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANKHAUS CARL SPANGLER & CO. AKTIENGESELLSCHAFT | C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPANIE SWEENEY, ESQ, 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ZN OSTERREICH, TRANSFEROR: UBS AG, CREDIT SUISSE AG, ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 3**