**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
:
---------------------------------------------------------------x Ref. Docket Nos. 51572, 51573,
51587-51593, 51666-51669

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 18, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
29th day of December, 2015

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Transfers 51572, 51573, 51587-51593, 51666-51669_AFF_12-18-15.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

UBS AG
BAHNHOFSTR. 45
ATTN: HUGO KOLLER
ZURICH 8001
SWITZERLAND

UBS AG
ATTN: HUGO KOLLER, OQ9C/O5GC
P.O. BOX
ZURICH 8098
SWITZERLAND

Please note that your claim # 5459233-05 in the above referenced case and in the amount of $0.00 allowed at $20,641.54 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101202632 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000172010



CREDIT SUISSE AG
TRANSFEROR: UBS AG
CRAVATH, SWAINE & MOORE LLP
MR. TREVOR BROAD
825 8TH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51573    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/18/2015                            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 18, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO, 8/20, MODENA 41121 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH, SWAINE & MOORE LLP, MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BAYERISCHE LANDESBANK, ATTN: JEFFREY OLINSKY, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, NEW YORK, NY 10005 |
| EUGENIA III INVESTMENT HOLDINGS LIMITED | C/O EAGLE ADVISORS INC., ATTN: DAVID ALEXANDER, THREE WORLD FINANCIAL CENTER, 200 VESEY STREET 25TH FLOOR, NEW YORK, NY 10281-1097 |
| FUNG, SUEN SIM | FLAT 308 3/F BLOCK R KORNHILL, 2 HONG ON ST.,    HONG KONG |
| GAIUS SPECIAL SITUATIONS FUND LP | TRANSFEROR: EUGENIA III INVESTMENT HOLDINGS LIMITED, C/O LIVIA CAPITAL PARTNERS, 65 E. 55TH STREET, 23RD FLOOR, NEW YORK, NY 10022 |
| GAIUS SPECIAL SITUATIONS FUND LP | C/O KAYE SCHOLER LLP, ATTN: STEPHEN RUTENBERG, 250 W. 55TH STREET, NEW YORK, NY 10019 |
| HBK MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HBK SERVICES LLC ATTN: LEGAL, 2101 CEDAR SPRINGS ROAD, SUITE 700, DALLAS, TX 75201 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SCHILLER PARK CLO LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SCHILLER PARK CLO LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS, KIBBE & ORBE LLP, ATTN: MANAGING CLERK (BANKRUPTCY), ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| ROYAL BANK OF SCOTLAND N.V., THE | TRANSFEROR: FUNG, SUEN SIM, ATTN: CLIENT ENGAGEMENT TEAM, 7/F LINCOLN HOUSE, TAIKOO PLACE, 979 KING'S ROAD, QUARRY BAY   HONG KONG |
| SCHILLER PARK CLO LTD. | C/O CIFC ASSET MANAGEMENT, ATTN: ROBERT RANOCCHIA, 250 PARK AVE., 5TH FLOOR, NEW YORK, NY 10177 |
| SCHILLER PARK CLO LTD. | ANDREW SHAFFER, MAYER BROWN LLP, 1675 BROADWAY, NEW YORK, NY 10019-8520 |
| SCHILLER PARK CLO LTD. | C/O CIFC ASSET MANAGEMENT, ATTN: ROBERT RANOCCHIA, 250 PARK AVE., 5TH FLOOR, NEW YORK, NY 10177 |
| SCHILLER PARK CLO LTD. | ANDREW SHAFFER, MAYER BROWN LLP, 1675 BROADWAY, NEW YORK, NY 10019-5820 |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: UBS AG, ST. LEOHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 |

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 33**