**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                         :

In re                               :       Chapter 11 Case No.
                                           :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :      08-13555 (SCC)
                                           :      **(Jointly Administered)**
                      **Debtors.**            :
                                           :

-------------------------------------------------------------------------------x    Ref. Docket Nos. 51545, 51570,
                                                        51571, 51576, 51579, 51582, 51672,
                                                        51673, 51675, 51676, 51689, 51690

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 23, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                         */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
5th day of January, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101295592 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000069102



AKANTHOS ARBITRAGE MASTER FUND, LP
C/O AKANTHOS CAPITAL MANAGEMENT, LLC
21700 OXNARD STREET, SUITE 1520
ATTENTION: MICHAEL KAO
ATTENTION: JOSHUA NIP
WOODLAND HILLS, CA 91367

Please note that your claim # 22211 in the above referenced case and in the amount of
$5,668,535.24 allowed at $4,700,000.00 has been transferred (unless previously expunged by court order)

JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC
TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP
C/O JEFFERIES LLC
ATTN: JESSICA BERMAN
101 HUDSON STREET, 11TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        51570                in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/23/2015                        Vito Genna, Clerk of Court

                                /s/  Lauren Rodriguez

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 23, 2015.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC, 21700 OXNARD STREET, SUITE 1520, ATTENTION: MICHAEL KAO, ATTENTION: JOSHUA NIP, WOODLAND HILLS, CA 91367 |
| AKANTHOS ARBITRAGE MASTER FUND, LP | C/O AKANTHOS CAPITAL MANAGEMENT, LLC, 21700 OXNARD STREET, SUITE 1520, ATTENTION: MICHAEL KAO, ATTENTION: JOSHUA NIP, WOODLAND HILLS, CA 91367 |
| BANCA POPOLARE DI MILANO SCARL | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: EMILIANO CORTINOVIS, PIAZZA MEDA 4, MILANO 20121 ITALY |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK JULIUS BAR, ZURICH | TRANSFEROR: BANK J. SAFRA SARASIN LTD., C/O BANK JULIUS BAER & CO. LTD., ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA CREDIT LOCAL, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: DEXIA CREDIT LOCAL, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA, ATTN: STEFANIA CATELLANI, VIA GANDHI, 2/C, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: STONE LION PORTFOLIO LP, ATTN: JACK PELZIG, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE. 2950, LOS ANGELES, CA 90067 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GONET & CIE | TRANSFEROR: LOMBARD ODIER & CIE, 6 BOULEVARD DU THEATRE, CP 5009, GENEVA 11 CH-1211 SWITZERLAND |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | REF. PAOLO POLLASTRI (LEGAL DEPARTMENT), VIA HOEPLI, 10, MILANO 20121 ITALY |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP, C/O JEFFERIES LLC, ATTN: JESSICA BERMAN, 101 HUDSON STREET, 11TH FLOOR, JERSEY CITY, NJ 07302 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP, C/O JEFFERIES LLC, ATTN: JESSICA BERMAN, 101 HUDSON STREET, 11TH FLOOR, JERSEY CITY, NJ 07302 |
| LOMBARD ODIER & CIE | TRANSFEROR: CREDIT SUISSE, 11, RUE DE LA CORRATERIE, GENEVA 1211 SWITZERLAND |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: JAMIE SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVE. OF THE AMERICAS, 50TH FL., NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: JAIME SENIOR, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAIME SENIOR, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | SIDLEY AUSTIN LLP, ATTN: MICHAEL GREENBLATT, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| STONE LION PORTFOLIO LP | TRANSFEROR: MIZUHO CORPORATE BANK, LTD., STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| UBS AG | TRANSFEROR: CREDIT SUISSE AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |

**Total Creditor Count 76**