**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: **(Jointly Administered)**
Debtors. :
:
-----------------------------------------------------------------------x  Ref. Docket Nos. 50971, 51219,
   51552, 51672, 51677, 51678

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 29, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
5th day of January, 2016

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101305108 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-16 in the above referenced case and in the amount of $0.00 allowed at $148,000.00 has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: CREDIT SUISSE
BAHNHOFSTRASSE 45
ZURICH CH-8001
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51672    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/29/2015    Vito Genna, Clerk of Court

/s/  Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 29, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOP., ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA, ATTN: MR. PIERO PIETRINI, SERVIZIO AMM. STRUMENTI FINANZIARI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| FINECOBANK S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MR. RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |

| Claim Name | Address Information |
| --- | --- |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG11022015 |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL   HONG KONG11022015 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFREIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: JEFFERIES HIGH YIELD TRADING, LLC, ATTN: STUART MERZER, 1251 AVENUE OF AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| UBS AG | TRANSFEROR: CREDIT SUISSE, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |

**Total Creditor Count 51**