**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |
| | : | Ref. Docket Nos. 51563, 51729 |

---

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS SPECIAL FINANCING INC.,** | : | 08-13888 (SCC) |
| Debtors. | : | (Jointly Administered) |
| | : | Ref. Docket No. 420 |

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 30, 2015, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Lauren Rodriguez*
                                      Lauren Rodriguez

Sworn to before me this
5th day of January, 2016

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101311927 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000124890



DEUTSCHE BANK AG
ATTN: CHIP GOODRICH, ESQ.
60 WALL STREET
NEW YORK, NY 10005-2858

DEUTSCHE BANK AG
BINGHAM MCCUTCHEN LLP
ATTN: RANAN WELL, ESQ.
2020 K STREET, NW
WASHINGTON, DC 20006

Please note that your claim # 26969-27 in the above referenced case and in the amount of $25,000,000.00 allowed at $25,000,000.00 has been transferred (unless previously expunged by court order)

EMPYREAN INVESTMENTS LLC
TRANSFEROR: DEUTSCHE BANK AG
ATTN: STERLING HATHAWAY
10250 CONSTELLATION BLVD., SUITE 2950
LOS ANGELESE, CA 90067

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      420      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  12/30/2015        Vito Genna, Clerk of Court

/s/  Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  December 30, 2015.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ., 60 WALL STREET, NEW YORK, NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP, ATTN: RANAN WELL, ESQ., 2020 K STREET, NW, WASHINGTON, DC 20006 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ., 60 WALL STREET, NEW YORK, NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP, ATTN: RANAN WELL, ESQ., 2020 K STREET, NW, WASHINGTON, DC 20006 |
| EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: UBS AG, ATTN: MARTINE BOILLON, 18 RUE DE HESSE, GENEVA 1204 SWITZERLAND |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: DEUTSCHE BANK AG, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: DEUTSCHE BANK AG, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., SUITE 2950, LOS ANGELESE, CA 90067 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| UBS AG | TRANSFEROR: EDMOND DE ROTHSCHILD (SUISSE) SA, BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 13**