UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                                : Chapter 11 Case No.
                                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    : 08-13555 (SCC)
                                                                         :
                    Debtors.                                 : (Jointly Administered)
------------------------------------------------------------------x

### ORDER GRANTING FIVE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the five hundred twelfth omnibus objection to claims, dated November 13, 2015 (the "Five Hundred Twelfth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to reduce and allow or disallow and expunge the Disputed Valuation Claims, all as more fully described in the Five Hundred Twelfth Omnibus Objection to Claims; and due and proper notice of the Five Hundred Twelfth Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Twelfth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Twelfth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Twelfth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Twelfth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the portions of claim numbers 27822, 27873 and 27823 held by the parties listed on Exhibit 1 annexed hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim or portion of claim listed on Exhibit A annexed to the Five Hundred Twelfth Omnibus Objection to Claims that is not listed on Exhibit 1; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: January 11, 2016
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 512: EXHIBIT 1 - DISPUTED CLAIMS**

| # | NAME | CLAIM # | FILED DATE | DEBTOR NAME | | AMOUNTS UNSECURED | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | ANDORRA BANC AGRICOL REIG, S.A. | 27822 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| 2 | ANDORRA BANC AGRICOL REIG, S.A. | 27823 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| 3 | ANDORRA BANC AGRICOL REIG, S.A. | 27873 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| 4 | GRANITE FINANCE LIMITED | 27822 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| 5 | GRANITE FINANCE LIMITED | 27823 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |

| | | |
|---|---|---|
| TOTAL ASSERTED | $0.00 | $0.00 |
| TOTAL NOT SUBJECT TO OBJECTION | 0.00 | 0.00 |
| TOTAL SUBJECT TO OBJECTION | 0.00 | 0.00 |
| **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** |

\* - Indicates claim contains unliquidated and/or undetermined amounts