WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |
| : | |

------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**FIVE HUNDRED THIRTEENTH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CLAIMS) SOLELY WITH RESPECT TO CERTAIN CLAIM**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51451], which was scheduled for January 21, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **February 23, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claim listed on Exhibit A annexed hereto.

WEIL:\95559852\1\58399.0011

The response deadline with respect to the claim listed on <u>Exhibit A</u> has been extended to

**<u>January 29, 2016 at 4:00 p.m. (Eastern Time)</u>**.

Dated:   January 12, 2016
         New York, New York

                                          /s/ Garrett A. Fail
                                          Garrett A. Fail
                                          WEIL, GOTSHAL & MANGES LLP
                                          767 Fifth Avenue
                                          New York, New York 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007

                                          Attorneys for Lehman Brothers Holdings Inc.
                                          and Certain of Its Affiliates

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| E-Capital Profits Limited | 65989 |