WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard L. Levine

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SUBPOENAS ISSUED PURSUANT TO
ORDER GRANTING THE DEBTORS AUTHORITY TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND
AUTHORIZING THE EXAMINATION OF PERSONS AND ENTITIES**

Pursuant to the Order Granting the Debtors Authority to Issue Subpoenas for the Production of Documents and Authorizing the Examination of Persons and Entities [ECF No. 5910], dated November 23, 2009 (the "Order"),[1] the Court granted Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases (together, the "Debtors") authority to issue subpoenas requiring persons or entities to produce documents to the Debtors and submit to examinations by the Debtors.

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Order.

As required by the Order, the Debtors hereby file this notice of subpoenas issued by a Debtor pursuant to the Order. The date the subpoenas were served and the date, time, and place of the requested production are set forth on "Exhibit A" attached hereto.

Dated: January 13, 2016
      New York, New York

/s/ Richard L. Levine
Richard L. Levine

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

## **Exhibit A**

NOTICE OF SUBPOENAS

| Name of Witness | Date of Service of Subpoena | Subject of Subpoena: | Date, Time, and Place of any Examination |
|---|---|---|---|
| Anthracite Rated Investments (Jersey) Limited | January 11, 2016 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by February 16, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |
| HSH Nordbank AG Luxembourg Branch | January 11, 2016 | Production of Documents and Interrogatories, pursuant to Fed. R. Bankr. P. 2004 | Documents to be produced by February 16, 2016 at Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153 |