SQUIRE PATTON BOGGS (US) LLP
4900 Key Tower, 127 Public Square
Cleveland, Ohio 44114
Tel.: (216) 479-8500
Fax: (216) 479-8580
G. Christopher Meyer
christopher.meyer@squirepb.com

30 Rockefeller Plaza
New York, New York 10112
Tel.: (212) 872-9800
Fax: (212) 872-9815
Stephen D. Lerner
stephen.lerner@squirepb.com
Elliot M. Smith
elliot.smith@squirepb.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| ------------------------------------------------------------x | : |  |
| **In re** | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC.,** *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| Debtors. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | **Re: Docket No. 51818** |
| ------------------------------------------------------------x |  |  |

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2016, a copy of the *Response of Buckeye Tobacco Settlement Financing Authority with Respect to Claim Nos. 22666 and 22667, Opposing the Plan Administrator's Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims)* (Docket No. 51818) was served automatically through the Court's ECF System.

In addition, on January 13, 2016, a hard copy was served via Federal Express upon the following:

VIA FEDERAL EXPRESS:

Chambers of the Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, NY 10004

Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
Attn: Garrett A. Fail, Esq. and Melissa Siegel, Esq.

Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1003
New York, NY 10014
Attn: William K. Harrington, Esq., Susan Golden, Esq., and Andrea B. Schwartz, Esq.

| Dated: January 13, 2016 | Respectfully Submitted, <br><br> /s/ Elliot M. Smith <br> G. Christopher Meyer (Ohio No. 0016268) <br> Squire Patton Boggs (US) LLP <br> 4900 Key Tower, 127 Public Square <br> Cleveland, Ohio 44114 <br> Tel.: (216) 479-8500 <br> Fax: (216) 479-8580 <br> Email: christopher.meyer@squirepb.com <br><br> Stephen D. Lerner (Ohio No. 2067841) <br> Elliot M. Smith (Ohio No. 0078506) <br> Squire Patton Boggs (US) LLP <br> 30 Rockefeller Plaza <br> New York, New York 10112 <br> Tel.: (212) 872-9800 <br> Fax: (212) 872-9815 <br> Email: stephen.lerner@squirepb.com <br> elliot.smith@squirepb.com <br><br> *Counsel for the Buckeye Tobacco Settlement Financing Authority* |
|---|---|

2