# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

January 13, 2016

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Seventy-third Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested, Your Honor, that we submit this monthly report to the Court (the seventy-third) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the January 14, 2016 omnibus hearing.

A total of 495 ADR Notices now have been served in Tiers One and Two. In the 28 days following the last prior report, the Lehman entities closed a settlement with the counterparty in one additional ADR matter (following mediation). Including the $6,022,428 from this new settlement, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have passed *the $3 billion mark* as a result of the ADR process, having now received an aggregate of $3,001,427,565 new dollars for the various estates. Settlements have been achieved in 424 ADR matters involving 541 counterparties.

WEIL:\95589253\1\58399.0011

Honorable Shelley C. Chapman  
January 13, 2016  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 245 ADR matters that have reached the mediation stage and been concluded, 232 have been settled in or subsequent to mediation; only thirteen mediations have terminated and remain unsettled. Additional receivables mediations currently are scheduled for February 1 and 25, 2016.

Respectfully submitted,

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)