UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x   Ref. Docket No. 51817

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 12, 2016, I caused to be served the "Notice of Adjournment of Hearing on the Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims) Solely with Respect to Certain Claim," dated January 12, 2016 [Docket No. 51817], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

            */s/ Carol Zhang*
            Carol Zhang

Sworn to before me this
13th day of January, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
OVERNIGHT MAIL SERVICE LIST

**MASTER SERVICE LIST**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADDITIONAL SERVICE LIST**
E-CAPITAL PROFITS LIMITED
C/O BAKER & MCKENZIE
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


E-CAPITAL PROFITS LIMITED
P.O. BOX 957
OFFSHORE INCORPORATIONS CENTRE
ROADTOWN, TORTOLA
BRITISH VIRGIN ISLANDS


BAKER MCKENZIE LLP
COUNSEL TO E-CAPITAL PROFITS LIMITED
ATTN: IRA REID
1114 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


CHAPMAN & CUTLER LLP
ATTN: LEGAL DEPARTMENT
(COUNSEL TO FIRST TRUST STRATEGIC HIGH INCOME FUND II)
111 WEST MONROE STREET
CHICAGO, IL 60603

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

**MASTER SERVICE E-MAIL LIST**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsheerin@mcguirewoods.com |
| aalfonso@willkie.com | jsherman@bsfllp.com |
| abeaumont@fklaw.com | jshickich@riddellwilliams.com |
| abraunstein@riemerlaw.com | jsmairo@pbnlaw.com |
| acaton@kramerlevin.com | jstoll@mayerbrown.com |
| adarwin@nixonpeabody.com | jsullivan@mosessinger.com |
| adiamond@diamondmccarthy.com | jtimko@shutts.com |
| adk@msf-law.com | judy.morse@crowedunlevy.com |
| aeckstein@blankrome.com | jvail@ssrl.com |
| aentwistle@entwistle-law.com | jwcohen@daypitney.com |
| agbanknewyork@ag.tn.gov | jweiss@gibsondunn.com |
| aglenn@kasowitz.com | jwest@velaw.com |
| agold@herrick.com | jwh@njlawfirm.com |
| aisenberg@saul.com | jzulack@fzwz.com |
| akadish@dtlawgroup.com | kanema@formanlaw.com |
| akantesaria@oppenheimerfunds.com | karen.wagner@dpw.com |
| akolod@mosessinger.com | karl.geercken@alston.com |
| alum@ftportfolios.com | kdwbankruptcydepartment@kelleydrye.com |
| amarder@msek.com | keckhardt@hunton.com |
| amartin@sheppardmullin.com | keith.simon@lw.com |
| amcmullen@boultcummings.com | ken.coleman@allenovery.com |
| amenard@tishmanspeyer.com | ken.higman@hp.com |
| amh@amhandlerlaw.com | kerry.moynihan@hro.com |
| andrew.brozman@cliffordchance.com | kgwynne@reedsmith.com |
| andrew.lourie@kobrekim.com | kiplok@hugheshubbard.com |
| andrewtenzer@paulhastings.com | kit.weitnauer@alston.com |
| angelich.george@arentfox.com | kkelly@ebglaw.com |
| angie.owens@skadden.com | kkolbig@mosessinger.com |
| ann.reynaud@shell.com | klyman@irell.com |
| anthony_boccanfuso@aporter.com | klynch@formanlaw.com |
| aoberry@bermanesq.com | kmayer@mccarter.com |
| aostrow@beckerglynn.com | kobak@hugheshubbard.com |
| appleby@chapman.com | korr@orrick.com |
| aquale@sidley.com | kovskyd@pepperlaw.com |
| arainone@bracheichler.com | kressk@pepperlaw.com |
| arheaume@riemerlaw.com | kreynolds@mklawnyc.com |
| arosenblatt@chadbourne.com | krodriguez@allenmatkins.com |
| arthur.rosenberg@hklaw.com | krosen@lowenstein.com |
| arwolf@wlrk.com | kurt.mayr@bgllp.com |
| aseuffert@lawpost-nyc.com | landon@slollp.com |

1

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lapeterson@foley.com |
| asnow@ssbb.com | lawallf@pepperlaw.com |
| asomers@rctlegal.com | lawrence.gelber@srz.com |
| aunger@sidley.com | lberkoff@moritthock.com |
| austin.bankruptcy@publicans.com | lee.stremba@troutmansanders.com |
| avenes@whitecase.com | lee.whidden@dentons.com |
| azylberberg@whitecase.com | lgranfield@cgsh.com |
| bankruptcy@goodwin.com | lhandelsman@stroock.com |
| bankruptcy@morrisoncohen.com | lisa.solomon@att.net |
| bankruptcy@ntexas-attorneys.com | ljkotler@duanemorris.com |
| bankruptcymatters@us.nomura.com | lkatz@ltblaw.com |
| barbra.parlin@hklaw.com | lkiss@klestadt.com |
| bbisignani@postschell.com | lmarinuzzi@mofo.com |
| bcarlson@co.sanmateo.ca.us | lmcgowen@orrick.com |
| bdk@schlamstone.com | lnashelsky@mofo.com |
| ben.lewis@hoganlovells.com | loizides@loizides.com |
| bguiney@pbwt.com | lschweitzer@cgsh.com |
| bmanne@tuckerlaw.com | lucdespins@paulhastings.com |
| bmiller@mofo.com | mabrams@willkie.com |
| boneill@kramerlevin.com | maofiling@cgsh.com |
| brian.corey@greentreecreditsolutions.com | marc.chait@sc.com |
| brosenblum@jonesday.com | margolin@hugheshubbard.com |
| brotenberg@wolffsamson.com | mark.bane@ropesgray.com |
| broy@rltlawfirm.com | mark.ellenberg@cwt.com |
| bruce.wright@sutherland.com | mark.mckane@kirkland.com |
| bstrickland@wtplaw.com | mark.sherrill@sutherland.com |
| btrust@mayerbrown.com | marvin.clements@ag.tn.gov |
| bturk@tishmanspeyer.com | matt@willaw.com |
| bwolf@kramerlevin.com | matthew.klepper@dlapiper.com |
| bwolfe@sheppardmullin.com | maustin@orrick.com |
| cahn@clm.com | mbenner@tishmanspeyer.com |
| canelas@pursuitpartners.com | mberman@nixonpeabody.com |
| cbelisle@wfw.com | mbienenstock@proskauer.com |
| cbelmonte@ssbb.com | mbloemsma@mhjur.com |
| cdesiderio@nixonpeabody.com | mbossi@thompsoncoburn.com |
| cfarley@mccarter.com | mcademartori@sheppardmullin.com |
| cgonzalez@diazreus.com | mcarthurk@sullcrom.com |
| chad.husnick@kirkland.com | mccarthyj@sullcrom.com |
| chammerman@paulweiss.com | mcordone@stradley.com |
| charles@filardi-law.com | mcto@debevoise.com |
| charles_malloy@aporter.com | mcyganowski@oshr.com |

2

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chemrick@connellfoley.com | mdorval@stradley.com |
| chipford@parkerpoe.com | meggie.gilstrap@bakerbotts.com |
| chris.donoho@lovells.com | melorod@gtlaw.com |
| christopher.greco@kirkland.com | meltzere@pepperlaw.com |
| claude.montgomery@dentons.com | metkin@lowenstein.com |
| clynch@reedsmith.com | mfeldman@willkie.com |
| cmestres@aclawllp.com | mginzburg@daypitney.com |
| cohen@sewkis.com | mgordon@briggs.com |
| cp@stevenslee.com | mgreger@allenmatkins.com |
| cpappas@dilworthlaw.com | mh1@mccallaraymer.com |
| craig.goldblatt@wilmerhale.com | mhopkins@cov.com |
| craigjustinalbert@gmail.com | michael.frege@cms-hs.com |
| crmomjian@attorneygeneral.gov | michael.kelly@monarchlp.com |
| csalomon@beckerglynn.com | michael.krauss@faegrebd.com |
| cschreiber@winston.com | michael.mccrory@btlaw.com |
| cshore@whitecase.com | michaels@jstriallaw.com |
| cshulman@sheppardmullin.com | millee12@nationwide.com |
| cszyfer@stroock.com | miller@taftlaw.com |
| cwalsh@mayerbrown.com | mimi.m.wong@irscounsel.treas.gov |
| cward@polsinelli.com | mitchell.ayer@tklaw.com |
| cweber@ebg-law.com | mjedelman@vedderprice.com |
| cweiss@ingramllp.com | mjr1@westchestergov.com |
| dallas.bankruptcy@publicans.com | mlahaie@akingump.com |
| dave.davis@isgria.com | mlandman@lcbf.com |
| david.bennett@tklaw.com | mlichtenstein@crowell.com |
| david.heller@lw.com | mlynch2@travelers.com |
| david.livshiz@freshfields.com | mmendez@crb-law.com |
| david.powlen@btlaw.com | mmorreale@us.mufg.jp |
| davids@blbglaw.com | mneier@ibolaw.com |
| davidwheeler@mvalaw.com | monica.lawless@brookfieldproperties.com |
| dbarber@bsblawyers.com | mpage@kelleydrye.com |
| dbaumstein@whitecase.com | mparry@mosessinger.com |
| dbesikof@loeb.com | mpedreira@proskauer.com |
| dcimo@gjb-law.com | mprimoff@kayescholer.com |
| dcoffino@cov.com | mpucillo@bermanesq.com |
| dcrapo@gibbonslaw.com | mrosenthal@gibsondunn.com |
| ddavis@paulweiss.com | mruetzel@whitecase.com |
| ddrebsky@nixonpeabody.com | mschimel@sju.edu |
| ddunne@milbank.com | msegarra@mayerbrown.com |
| deggermann@kramerlevin.com | mshiner@tuckerlaw.com |
| deggert@freebornpeters.com | msolow@kayescholer.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| demetra.liggins@tklaw.com | mspeiser@stroock.com |
| dennis.tracey@hoganlovells.com | mstamer@akingump.com |
| dfelder@orrick.com | munno@sewkis.com |
| dflanigan@polsinelli.com | mvenditto@reedsmith.com |
| dgrimes@reedsmith.com | mwarner@coleschotz.com |
| dhayes@mcguirewoods.com | mwarren@mtb.com |
| dheffer@foley.com | nathan.spatz@pillsburylaw.com |
| dhurst@coleschotz.com | nbinder@binderschwartz.com |
| dhw@dhclegal.com | nbojar@fklaw.com |
| diconzam@gtlaw.com | ncoco@mwe.com |
| djcarragher@daypitney.com | neal.mann@oag.state.ny.us |
| djoseph@stradley.com | ned.schodek@shearman.com |
| dkessler@ktmc.com | neilberger@teamtogut.com |
| dkozusko@willkie.com | nherman@morganlewis.com |
| dlemay@chadbourne.com | nissay_10259-0154@mhmjapan.com |
| dlipke@vedderprice.com | nlepore@schnader.com |
| dmark@kasowitz.com | notice@bkcylaw.com |
| dmcguire@winston.com | nyrobankruptcy@sec.gov |
| dmiller@steinlubin.com | otccorpactions@finra.org |
| dmurray@jenner.com | paronzon@milbank.com |
| dneier@winston.com | pbattista@gjb-law.com |
| dodonnell@milbank.com | pbosswick@ssbb.com |
| dove.michelle@dorsey.com | pdublin@akingump.com |
| dpegno@dpklaw.com | peisenberg@lockelord.com |
| draelson@fisherbrothers.com | peter.gilhuly@lw.com |
| drosenzweig@fulbright.com | peter.macdonald@wilmerhale.com |
| drosner@goulstonstorrs.com | peter.simmons@friedfrank.com |
| drosner@kasowitz.com | peter@bankrupt.com |
| dshaffer@wtplaw.com | pfeldman@oshr.com |
| dshemano@peitzmanweg.com | pfinkel@wilmingtontrust.com |
| dspelfogel@foley.com | phayden@mcguirewoods.com |
| dtatge@ebglaw.com | philip.wells@ropesgray.com |
| dtheising@harrisonmoberly.com | pmaxcy@sonnenschein.com |
| dwdykhouse@pbwt.com | ppascuzzi@ffwplaw.com |
| dworkman@bakerlaw.com | ppatterson@stradley.com |
| easmith@venable.com | psp@njlawfirm.com |
| ebcalvo@pbfcm.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | raul.alcantar@alcantarlaw.com |
| efriedman@fklaw.com | rbeacher@pryorcashman.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com

rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.fingard@newedge.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com

5

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| hooper@sewkis.com | schnabel.eric@dorsey.com |
| howard.hawkins@cwt.com | schristianson@buchalter.com |
| hrh@lhmlawfirm.com | scott.golden@hoganlovells.com |
| hseife@chadbourne.com | scottj@sullcrom.com |
| hsnovikoff@wlrk.com | scottshelley@quinnemanuel.com |
| hsteel@brownrudnick.com | scousins@armstrongteasdale.com |
| icatto@mwe.com | sdnyecf@dor.mo.gov |
| igoldstein@proskauer.com | seba.kurian@invesco.com |
| irethy@stblaw.com | sehlers@armstrongteasdale.com |
| israel.dahan@cwt.com | sfalanga@connellfoley.com |
| iva.uroic@dechert.com | sfelderstein@ffwplaw.com |
| jacobsonn@sec.gov | sfineman@lchb.com |
| jalward@blankrome.com | sfox@mcguirewoods.com |
| james.heaney@lawdeb.com | sgordon@cahill.com |
| james.mcclammy@dpw.com | sgraziano@blbglaw.com |
| james.sprayregen@kirkland.com | sgubner@ebg-law.com |
| jamesboyajian@gmail.com | sharbeck@sipc.org |
| jamestecce@quinnemanuel.com | shari.leventhal@ny.frb.org |
| jar@outtengolden.com | shgross5@yahoo.com |
| jay.hurst@oag.state.tx.us | sidorsky@butzel.com |
| jay@kleinsolomon.com | sldreyfuss@hlgslaw.com |
| jbeemer@entwistle-law.com | sleo@bm.net |
| jbeiers@co.sanmateo.ca.us | slerman@ebglaw.com |
| jbromley@cgsh.com | slerner@ssd.com |
| jcarberry@cl-law.com | slevine@brownrudnick.com |
| jchristian@tobinlaw.com | sloden@diamondmccarthy.com |
| jclose@chapman.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| jdwarner@warnerandscheuerman.com | snewman@katskykorins.com |
| jdweck@sutherland.com | sory@fdlaw.com |
| jdyas@halperinlaw.net | squsba@stblaw.com |
| jean-david.barnea@usdoj.gov | sree@lcbf.com |
| jeanites@whiteandwilliams.com | sschultz@akingump.com |
| jeannette.boot@wilmerhale.com | sselbst@herrick.com |
| jeff.wittig@coair.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |
| jennifer.demarco@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.gore@shell.com | steele@lowenstein.com |
| jfalgowski@reedsmith.com | stephen.cowan@dlapiper.com |
| jfreeberg@wfw.com | stephen.hessler@kirkland.com |
| jg5786@att.com | steve.ginther@dor.mo.gov |

6

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jgenovese@gjb-law.com | steven.usdin@flastergreenberg.com |
| jgoodchild@morganlewis.com | streusand@slollp.com |
| jguy@orrick.com | susheelkirpalani@quinnemanuel.com |
| jhiggins@fdlaw.com | swolowitz@mayerbrown.com |
| jhorgan@phxa.com | szuber@csglaw.com |
| jhuggett@margolisedelstein.com | szuch@wiggin.com |
| jim@atkinslawfirm.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tbrock@ssbb.com |
| jjureller@klestadt.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tgoren@mofo.com |
| jlawlor@wmd-law.com | thomas.califano@dlapiper.com |
| jlee@foley.com | timothy.harkness@freshfields.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkiriakos@mayerbrown.com |
| jmaddock@mcguirewoods.com | tlauria@whitecase.com |
| jmazermarino@msek.com | tmacwright@whitecase.com |
| jmelko@gardere.com | tmm@mullaw.org |
| jmerva@fult.com | tnixon@gklaw.com |
| jmmurphy@stradley.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmr@msf-law.com | tomwelsh@orrick.com |
| jnm@mccallaraymer.com | tsalter@blankrome.com |
| john.beck@hoganlovells.com | tslome@msek.com |
| john.monaghan@hklaw.com | tunrad@burnslev.com |
| john.mule@ag.state.mn.us | vguldi@zuckerman.com |
| john.rapisardi@cwt.com | villa@slollp.com |
| johnramirez@paulhastings.com | vmilione@nixonpeabody.com |
| jonathan.goldblatt@bnymellon.com | vrubinstein@loeb.com |
| jonathan.henes@kirkland.com | wanda.goodloe@cbre.com |
| jorbach@hahnhessen.com | wbenzija@halperinlaw.net |
| joseph.cordaro@usdoj.gov | wcurchack@loeb.com |
| joseph.serino@kirkland.com | wfoster@milbank.com |
| joshua.dorchak@morganlewis.com | will.sugden@alston.com |
| jowen769@yahoo.com | wisotska@pepperlaw.com |
| joy.mathias@dubaiic.com | wk@pwlawyers.com |
| jpintarelli@mofo.com | wmaher@wmd-law.com |
| jporter@entwistle-law.com | wmarcari@ebglaw.com |
| jprol@lowenstein.com | wmckenna@foley.com |
| jrabinowitz@rltlawfirm.com | wsilverm@oshr.com |
| jrsmith@hunton.com | wswearingen@llf-law.com |
| jschiller@bsfllp.com | wtaylor@mccarter.com |
| jschreib@chapman.com | wzoberman@bermanesq.com |

**LEHMAN BROTHERS HOLDINGS INC., *et al.*,**
E-MAIL SERVICE LIST

| | |
|---|---|
| jschwartz@hahnhessen.com | yuwatoko@mofo.com |

**ADDITIONAL E-MAIL SERVICE LIST**
ira.reid@bakermckenzie.com