WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------- x | | |
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------- x | | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED TWELFTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450], which was scheduled for January 21, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **February 23, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claims or portions of claims held by the parties listed on Exhibit A annexed hereto.

Dated:   January 15, 2016
         New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95563809\2\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| DNB Nor Bank ASA | 27279 |
| Lehman Brothers Bankhaus AG I Ins. | 27822 |
| Lehman Brothers Bankhaus AG I Ins. | 27873 |