B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,   Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Finlandia Group Plc
Name of Transferee

Jokitalo, Martti Aukusti
Name of Transferor

Name and Address where notices to transferee should be sent:  Finlandia Group
FI ETELARANTA 20
00100 Helsinki, Finlandia
Attention: Jarkko Sistonen

Phone: 358 50 383 4713
Last Four Digits of Acct #: _____

Court Claim # (if known): 63879
Amount of Claim: $709,552.89
Date Claim Filed: 11/02/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jarkko Sistonen    Date: 18 January 2016
Transferee/Transferee's Agent
JARKKO SISTONEN / Finlandia Group Plc

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.