**PORZIO, BROMBERG & NEWMAN, P.C.**
156 West 56th St.
New York, NY 10019
(212) 265-6888 Telephone
(212) 957-3983 Facsimile
Attorney Appearing:    Robert M. Schechter (RS-0601)
                       Rachel A. Parisi (RP-3786)

*Attorneys for Aadit Seshasayee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

1.      I, Maria P. Dermatis,

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for Robert M. Schechter of Porzio, Bromberg & Newman, P.C., who represents Aadit Seshasayee, in the above matter.

☐ am the _____ in the this case and am representing myself.


2.      On January 4, 2016, I sent a copy of the following pleading and/or document to the parties listed on Exhibit A via electronical mail and the parties listed on Exhibit B via regular mail.

**SUPPLEMENTAL SUPPORT OF AADIT SESHASAYEE TO MOTION FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R. BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1, OF THE DISALLOWANCE OF HIS CLAIM [ECF DOCKET NO. 51752]**

3.      On January 19, 2016, I sent a copy of the following pleading and/or document to the parties listed on Exhibit A via electronic mail and the parties listed on Exhibit B via regular mail.

**AADIT SESHASAYEE'S REPLY TO LEHMAN BROTHERS HOLDINGS INC.'S OBJECTION TO THE MOTION OF AADIT SESHASAYEE FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R. BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1, OF THE DISALLOWANCE OF HIS CLAIM [ECF DOCKET NO. 51833]**

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  <u>January 19, 2016</u>                     Signature:  <u>/s/ Maria P. Dermatis</u>
                                                              Maria P. Dermatis

## EXHIBIT A

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER, PHILIP C. DUBLIN AND
MEREDITH A. LAHAIE
(COUNSEL TO INFORMAL NOTEHOLDER GROUP)
ONE BRYANT PARK
NEW YORK, NY, 10036-6715

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: MICHAEL S. STAMER
(COUNSEL TO SUNSHINE ENTERPRISES, L.P.)
ONE BRYANT PARK
NEW YORK, NY, 10036

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SARAH LINK SCHULTZ
(COUNSEL TO SUNSHINE ENTERPRISES L.P.)
1700 PACIFIC AVENUE, SUITE 4100
DALLAS, TX, 75201

ALBERT PLLC
ATTN: CRAIG J. ALBERT, ESQ.
(COUNSEL TO EDWARD J. AGOSTINI & SYLVIA AGOSTINI
INDIVIDUALLY AND AS JOINT TENTANTS AS TRUSTEES)
733 THIRD AVE., 15TH FLOOR
NEW YORK, NY, 10017-3293

ALCANTAR LAW PLLC
ATTN: JOSE RAUL ALCANTAR VILLAGRAN, ESQ.
(COUNSEL TO JUNTA ADMINISTRADORA DE CREDICAN,C.A.)
22 CORTLANDT STREET, 16TH FLOOR
NEW YORK, NY, 10007

ALLEN & OVERY LLP
ATTN: LISA KRAIDIN
(COUNSEL TO BANK OF CHINA)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020

ALLEN MATKINS LECK GAMBLE & MALLORY LLP
ATTN: MICHAEL S. GREGER AND KIM RODRIGUEZ
(COUNSEL TO CONSTELLATION PL, ADV PORTFOLIO TECH, SUN GUARD, ET AL., INF SRVS, WALL ST CONCEPTS)
1900 MAIN STREET, 5TH FLOOR
IRVINE, CA, 92614-7321

ALSTON & BIRD LLP
ATTN: KARL GEERCKEN
(COUNSEL TO AOZORA BANK, LTD.)
90 PARK AVENUE
NEW YORK, NY, 10016-1387

ALSTON & BIRD LLP
ATTN: WILLIAM S. SUGDEN, ESQ.
(COUNSEL TO AOZORA BANK)
1201 WEST PEACHTREE STREET
ATLANTA, GA, 30309

ALSTON & BIRD LLP
ATTN: JOHN C. WEITNAUER
(COUNSEL TO WILMINGTON TRUST COMPANY, AS TRUSTEE)
ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA, 30309-3424

ANDERSON KILL & OLICK, P.C.
ATTN: ROBERT M HORKOVICH, TODD E DUFFY
DENNIS J NOLAN, ESQ
(COUNSEL TO ESSEX EQUITY HOLDINGS USA, LLC)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1182

ANDREWS KURTH LLP
ATTN: ROBIN RUSSELL, ESQ.
(COUNSEL TO EPCO HOLDINGS, INC.)
600 TRAVIS, STE. 4200
HOUSTON, TX, 77019

## EXHIBIT A

ARMSTRONG TEASDALE LLP
ATTN: STEVEN COUSINS & SUSAN
EHLERS
(COUNSEL TO AMEREN ET AL.)
ONE METROPOLITAN SQUARE, SUITE
2600
SAINT LOUIS, MO, 63102-2740

ARNOLD & PORTER LLP
ATTN: CHARLES A. MALLOY
(COUNSEL TO DANSKE BANK A/S AND
SAMPO BANK PLC)
555 12TH ST., NW
WASHINGTON, DC, 20004

ARNOLD & PORTER LLP
ATTN: ANTHONY D. BOCCANFUSO
(COUNSEL TO DANSKE BANK A/S &
SAMPO BANK PLC)
399 PARK AVENUE
NEW YORK, NY, 10022-4690

ASSISTANT UNITED STATES ATTORNEY,
SDNY
ATTN: ROBERT YALEN, ESQ.
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY, 10007

AT&T SERVICES INC.
LAW GROUP COUNSEL
ATTN: JAMES W. GRUDUS
ONE AT&T WAY, ROOM 3A218
BEDMINSTER, NJ, 07921

ATTORNEY GENERAL OF THE STATE OF
NEW YORK
ATTN: NEAL S. MANN, ASSISTANT
ATTORNEY GENERAL
120 BROADWAY, 24TH FLOOR
NEW YORK, NY, 10271

BAKER BOTTS L.L.P.
ATTN: MEGGIE GILSTRAP
(COUNSEL TO LINN ENERGY, LLC)
910 LOUISIANA STREET
HOUSTON, TX, 77002-4995

BANKRUPTCY CREDITORS' SERVICE, INC.
ATTN: PETER A. CHAPMAN
572 FERNWOOD LANE
FAIRLESS HILLS, PA, 19030

BARNES & THORNBURG LLP
ATTN: MICHAEL K. MCCRORY
(COUNSEL TO NB COATINGS, INC.)
11 S. MERIDIAN STREET
INDIANAPOLIS, IN, 46204

BARNES & THORNBURG LLP
ATTN: DAVID M. POWLEN
(COUNSEL TO NB COATINGS, INC.)
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE, 19801

BARTLETT HACKETT FEINBERG P.C.
ATTN: FRANK F. MCGINN (MASS. BBO#
564729)
(COUNSEL TO IRON MOUNTAIN
MANAGEMENT INC)
155 FEDERAL STREET 9TH FLOOR
BOSTON, MA, 02110

BECKER, GLYNN, MELAMED & MUFFLY
LLP
ATTN: CHESTER B. SALOMON
(COUNSEL TO 469 BERGMAN PROPERTIES
LLC, SUMMIT
CAPITAL PARTNERS, IRA
WERTENTIEL,RICHARD E WITTEN)
299 PARK AVENUE
NEW YORK, NY, 10171

BERGER & MONTAGUE, P.C.
ATTN: MERRILL DAVIDOFF, LAWRENCE
LEDERER, ROBIN
SWITZENBAUM AND DAVID ANZISKA
(COUNSEL TO STATE OF NJ,
DEPARTMENT OF TREASURY)
1622 LOCUST STREET
PHILADELPHIA, PA, 19103

## EXHIBIT A

BERNSTEIN LITOWITZ BERGER &
GROSSMAN LLP
ATTN: DAVID R. STICKNEY, ESQ.
(COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM, N.IRELAND
GOVT COMM, EDINBURGH COUNCIL &
OPER. ENG. LCL 13)
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA, 92130

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
ATTN: SALVATORE GRAZIANO, ESQ.
(COUNSEL TO ALMEDA CNTY, GOVT OF
GUAM, N. IRELAND
GOVT COMM, EDINBURGH COUNCIL &
OPER. ENG. LCL 13)
1285 AVENUE OF THE AMERICAS
NEW YORK, NY, 10019

BIEGING SHAPIRO & BURNS LLP
ATTN: DUNCAN E. BARBER, STEVEN T.
MULLIGAN
(COUNSEL TO PAYREEL, INC.)
4582 SOUTH ULSTER STREET PARKWAY
SUITE 1650
DENVER, CO, 80237

BIEGING SHAPIRO & BURRUS LLP
ATTN: DUNCAN E. BARBER, STEVEN T.
MULLIGAN
(COUNSEL TO IRONBRIDGE ASPEN,
MOUNTAIN & HOMES)
4582 SOUTH ULSTER STREET PARKWAY,
SUITE 1650
DENVER, CO, 80237

BINDER & SCHWARTZ LLP
ATTN: NEIL S. BINDER
(COUNSEL TO BKM HOLDINGS, BLUE
ANGEL CLAIMS LLC &
HIGHTIP CAPITAL LLC)
28 WEST 44TH STREET, 7TH FLOOR
NEW YORK, NY, 10036

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY S.SABIN, ROBERT M.
DOMBROFF AND
STEVEN WILAMOWSKY
(COUNSEL TO DEUTSCHE BANK)
399 PARK AVENUE
NEW YORK, NY, 10022-4689

BINGHAM MCCUTCHEN LLP
ATTN: JEFFREY SABIN, RONALD
SILVERMAN, STEVEN WILAMOWSKY
(COUNSEL TO HALBIS DISTRESSED OPP
MASTER FUND LTD)
399 PARK AVENUE
NEW YORK, NY, 10022-4689

BLANK ROME LLP
ATTN: ANDREW ECKSTEIN, ESQ.
(COUNSEL TO THOMSON REUTERS)
THE CHRYSLER BUILDING, 405
LEXINGTON AVE
NEW YORK, NY, 10174

BLANK ROME LLP
ATTN: TIMOTHY W. SALTER & JILL E.
ALWARD
(COUNSEL TO STEARNS LENDING INC.)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY, 10174

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN D. SCHILLER
(COUNSEL TO SANKATY ADVISORS LLC,
SANKATY CREDIT
OPPORTUNITIES I LP, ET AL.)
575 LEXINGTON AVENUE, 7TH FLOOR
NEW YORK, NY, 10022

BOIES, SCHILLER & FLEXNER LLP
ATTN: JONATHAN SHERMAN
(COUNSEL TO SANKATY ADVISORYS,
LLC; SANKATY CREDIT
OPPORTUNITES I LP, ET AL.)
5301 WISCONSIN AVE NW, SUITE 800
WASHINGTON, DC, 20015

## EXHIBIT A

BRACEWELL & GIULIANI LLP
ATTN: KURT A. MAYR
(COUNSEL TO MR. ALAIN BACHELOT,
THE PROVISIONAL
FRENCH ADMINISTRATOR OF BANQUE
LEHMAN BROTHERS SA)
225 ASYLUM STREET, SUITE 2600
HARTFORD, CT, 06103

BRACH EICHLER LLC
(COUNSEL TO THOMAS P. BLAKESLEE)
C/O ANTHONY M. RAINONE, ESQ. & ERIC
MAGNELLI, ESQ.
101 EISENHOWER PARKWAY
ROSELAND, NJ, 07068-1067

BRIGGS & MORGAN, P.A.
ATTN: MICHAEL D. GORDON
(COUNSEL TO MEMBERS UNTD CORP
FEDERAL CRDT UNION)
2200 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MN, 55402

BROOKFIELD PROPERTIES ONE WFC CO.
LLC
ATTN: MONICA LAWLESS
(COUNSEL TO BROOKFIELD PROPERTIES
ONE WFC CO. LLC)
THREE WORLD FINANCIAL CENTER
200 VESEY STREET
NEW YORK, NY, 10281-1021

BROWN RUDNICK LLP
ATTN: STEVEN B. LEVINE
(COUNSEL TO LBT AD HOC GROUP)
ONE FINANCIAL CENTER
BOSTON, MA, 02111

BROWN RUDNICK LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO ASR LEVENSVERZEKERING
N.V., FALCON LEVEN N.V., ET AL.)
SEVEN TIMES SQUARE
NEW YORK, NY, 10036

BURNS & LEVINSON LLP
ATTN: TAL M. UNRAD, ESQUIRE
(COUNSEL TO ZPR INTERNATIONAL, INC.)
125 SUMMER STREET
BOSTON, MA, 02110

BUTZEL LONG, A PROFESSIONAL
CORPORATION
ATTN: ROBERT SIDORSKY
(COUNSEL TO CAIXA GERAL DE
DEPOSITOS, S.A.)
380 MADISON AVENUE, 22ND FLOOR
NEW YORK, NY, 10017

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: JOHN RAPISARDI, ESQ, AND GARY
TICOLL, ESQ.
(COUNSEL TO CITIGROUP INC.)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: HOWARD HAWKINS, JR., AND
ELLEN HALSTEAD
(COUNSEL TO MORGAN STANLEY,
CHILTON NEW ERA)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: LITIGATION DEPARTMENT
(COUNSEL TO FXCM HOLDINGS LLC)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

## EXHIBIT A

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: MARK C. ELLENBERG
(COUNSEL TO FXCM HOLDINGS LLC,
MORGAN STANLEY & CO INC &
AFFILIATES, ET AL. & JEREMY DAVIS)
700 SIXTH STREET, NW
WASHINGTON, DC, 20001

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: HOWARD HAWKINS, JR. AND
ELLEN M. HALSTEAD
(COUNSEL TO LEHMAN BROTHERS MLP
OPPORTUNITY FUND
L.P. AND LEHMAN BROTHERS CDO
OPPORTUNITY FUND LP)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: HOWARD R. HAWKINS, JR., ESQ.
(COUNSEL TO EXUM RIDGE CBO, SGS HY
CRD FUND, AVIV
LCDO, AIRLIE LCDO, PEBBLE CREEK AND
WHITE MARLIN)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

CADWALADER, WICKERSHAM & TAFT
LLP
ATTN: MARK C. ELLENBERG, ESQ. (PRO
HAC VICE)
(COUNSEL TO TOM WOLF)
700 SIXTH STREET, NW
WASHINGTON, DC, 20001

CADWALDER, WICKERSHAM & TAFT, LLP
ATTN: HOWARD R. HAWKINS, JASON
JURGENS & ELLEN M. HALSTEAD, ESQ.
(COUNSEL TO WESTLB AG, NEW YORK
BRANCH)
ONE WORLD FINANCIAL CENTER
NEW YORK, NY, 10281

CAHILL GORDON & REINDEL LLP
ATTN: JOEL H. LEVITIN, STEPHEN J.
GORDON
(COUNSEL TO HYPO INVESTMENKBANK
AG)
EIGHTY PINE STREET
NEW YORK, NY, 10005

CARTER, LEDYARD & MILBURN LLP
ATTN: AARON R. CAHN
(COUNSEL TO PUNJAB NATIONAL BANK)
2 WALL STREET
NEW YORK, NY, 10005

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M. LEMAY,
& ANDREW ROSENBLATT
(COUNSEL TO GLG PARTNERS LP)
1301 AVENUE OF THE AMERICAS, RM 23-
068
NEW YORK, NY, 10012

CHAPMAN & CUTLER LLP
ATTN: JEFFREY G. CLOSE & JEREMY D.
SCHREIBER
(COUNSEL TO FIRST TRUST STRATEGIC
HIGH INCOME FUND II)
111 WEST MONROE STREET
CHICAGO, IL, 60603

CHAPMAN & CUTLER LLP
ATTN: LAURA APPLEBY
(COUNSEL TO FIRST TRUST STRATEGIC
HIGH INCOME FUND II)
111 WEST MONROE STREET
CHICAGO, IL, 60603

CHAPMAN AND CUTLER LLP
ATTN: FRANKLIN TOP III, JAMES HEISER
(COUNSEL TO BANK OF MONTREAL; US
BANK NATIONAL &
AUSTRALIA BANK LIMITED)
111 WEST MONROE STREET
CHICAGO, IL, 60603

## EXHIBIT A

CHAPMAN AND CUTLER LLP
ATTN: JAMES HEISER
(COUNSEL TO GENERAL HELICOPTERS
INTERNATIONAL LLC)
111 WEST MONROE STREET
CHICAGO, IL, 60603

CHIESA SHAHINIAN & GIANTOMASI PC
ATTN: SCOTT A. ZUBER, ESQ.
(COUNSEL TO ARCH INSURANCE
COMPANY)
ONE BOLAND DRIVE
WEST ORANGE, NJ, 07052

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
LISA SCHWEITZER/LINDSEE GRANFIELD
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: LINDSEE P. GRANFIELD AND LISA
M. SCHWEITZER
(COUNSEL TO BARCLAYS CAPITAL, INC.)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: THOMAS J. MALONEY, ESQ.
(COUNSEL TO D.E. SHAW COMPOSITE
PORTFOLIOS, LLC
AND D.E. SHAW OCULUS PORTFOLIOS,
LLC)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: JAMES L. BROMLEY AND SEAN A.
O'NEILL
(COUNSEL TO HELLMAN & FRIEDMAN
LLC)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: CARMINE D. BOCCUZI & DAVID
LIVSHIV
(COUNSEL TO GOLDMAN SACHS CREDIT
PARTNERS AND GS EUROPEAN
PERFORMANCE FUND LTD; ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: JEFFREY A. ROSENTHAL
(COUNSEL TO WACHOVIA BANK,
WACHOVIA SECURITIES LTD
AND EVERGREEN, ET AL.)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLEARY GOTTLIEB STEEN & HAMILTON
LLP
ATTN: DAVID Y. LIVSHIV, ESQ.
(COUNSEL TO IAN LOWITT)
ONE LIBERTY PLAZA
NEW YORK, NY, 10006

CLIFFORD CHANCE US LLP
ATTN: JENNIFER C. DE MARCO
31 WEST 52ND STREET
NEW YORK, NY, 10019

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN
(COUNSEL TO CALYON AND CALYON
SECURITIES)
31 WEST 52ND STREET
NEW YORK, NY, 10019-6131

3276888

## EXHIBIT A

CLIFFORD CHANCE US LLP
ATTN: ANDREW BROZMAN
(COUNSEL TO BANIF-BANCO, DEXIA
LUXEMBURG, DEXIA
LOCAL, DEXIA DEUTSCHLAND AND
DEXIA BELGIQUE)
31 WEST 52ND STREET
NEW YORK, NY, 10019-6131

COHN LIFLAND PEARLMAN HERRMANN
& KNOPF LLP
ATTN: PETER PEARLMAN AND JEFFREY
HERRMANN
(COUNSEL TO STATE OF NEW JERSEY,
DEPARTMENT OF
TREASURY, DIVISION OF INVESTMENT)
PARK 80 PLAZA WEST-ONE
SADDLE BROOK, NJ, 07663

COLE SCHOTZ P.C.
ATTN: MICHAEL D. WARNER
(COUNSEL TO "THE HIGHLAND
ENTITIES")
301 COMMERCE STREET, SUITE 1700
FORT WORTH, TX, 76102

CONLEY, ROSENBERG & BRENNEISE, LLP
ATTN: MICHELLE A. MENDEZ
(COUNSEL TO HEALTH CARE SERVICE
CORPORATION)
5080 SPECTRUM DRIVE - SUITE 850 E
ADDISON, TX, 75001

CONNELL FOLEY LLP
ATTN: STEPHEN V. FALANGA &
CHRISTOPHER M. HEMRICK
(COUNSEL TO EDWARD PARK)
888 SEVENTH AVENUE, 9TH FLOOR
NEW YORK, NY, 10106

CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX, 77019

CONTRARIAN CAPITAL MANAGEMENT,
LLC
ATTN: ETHAN SCHWARTZ
411 WEST PUTNAM AVENUE
SUITE 425
GREENWICH, CT, 06830

COUNTY OF SAN MATEO
ATTN: B CARLSON, J BEIERS, L
THOMPSON, CO COUNSEL
(COUNSEL TO COUNTY OF SAN MATEO
AND COUNTY OF
MONTEREY)
400 COUNTY CENTER
REDWOOD CITY, CA, 94063-1662

COVINGTON & BURLING LLP
ATTN: M HOPKINS, D COFFINO
(COUNSEL TO WILMINGTON TRUST
COMPANY)
THE NEW YORK TIMES BUILDING
NEW YORK, NY, 10018

CROWELL & MORING LLP
ATTN: MARK LICHTENSTEIN
(COUNSEL TO AMERICAN EXPRESS
TRAVEL RELATED
SERVICES COMPANY)
590 MADISON AVENUE
NEW YORK, NY, 10022

CROWELL & MORING LLP
ATTN: MARK S. LICHTENSTEIN
(COUNSEL TO IRONBRIDGE PROPERTY
OWNERS ASSOC. &
CITY EMPLOYEE WELFARE FUND LOCAL
3 IBEW)
590 MADISON AVENUE
NEW YORK, NY, 10022

CROWELL & MORING LLP
(COUNSEL TO: CITY EMPLOYEE
WELFARE FUND LOCAL 3)
ATTN: MARK S. LICHTENSTEIN, ESQ.
590 MADISON AVENUE
NEW YORK, NY, 10022

## EXHIBIT A

CUMMINGS & LOCKWOOD LLC
ATTN: JOHN F. CARBERRY, ESQ.
(COUNSEL TO 8 SOUND SHORE
ASSOCIATES LLC)
SIX LANDMARK SQUARE
STAMFORD, CT, 06901

DAVIDOFF HUTCHER & CITRON LLP
ATTN: DAVID H. WANDER, ESQ.
(COUNSEL TO THE JOINT
ADMINISTRATORS OF LB
HOLDINGS INTERMEDIATE 2 LTD.)
605 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY, 10158

DAVIS POLK & WARDWELL
ATTN: KAREN E. WAGNER AND JAMES I.
MCCLAMMY
(COUNSEL TO NATIXIS ENTITIES, ASSET
BACKED MGMT
CORP., AND BANQUE PRIVEE SAINT
DOMINIQUE)
450 LEXINGTON AVENUE
NEW YORK, NY, 10017

DAY PITNEY
ATTN: DANIEL J. CARRAGHER, ESQ.
(COUNSEL TO FABIO LIOTTI)
ONE INTERNATIONAL PLACE
BOSTON, MA, 02110

DAY PITNEY LLP
ATTN: MARGARITA Y. GINZBURG, ESQ.
(COUNSEL TO FABIO LIOTTI)
ONE JEFFERSON ROAD
PARSIPPANY, NJ, 07054

DAY PITNEY LLP
ATTN: JAMES J. TANCREDI, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE
INSURANCE CO.)
242 TRUMBULL STREET
HARTFORD, CT, 06103

DAY PITNEY LLP
ATTN: JOSHUA W. COHEN, ESQ.
(COUNSEL TO FIDELITY NATIONAL TITLE
INSURANCE CO.)
ONE AUDUBON STREET
NEW HAVEN, CT, 06510

DEBEVOISE & PLIMPTON LLP
ATTN: MY CHI TO
(COUNSEL TO JFK INTL AIR TERM, ROCK-
FORTY-NINTH, ROCKEFELLER CTR
MGMT, ROCKEF GRP DEV, ROCKEF CTR)
919 3RD AVENUE
NEW YORK, NY, 10022

DECHERT LLP
ATTN: GLEN E. SIEGEL AND IVA UROIC
(COUNSEL TO RUSSELL INVESTMENT
GROUP, INC.)
1095 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

DIAMOND MCCARTHY LLP
ATTN: ALLAN D. DIAMOND AND
STEPHEN T. LODEN
(COUNSEL TO THE KIYO BANK AND THE
KYOEI FIRE &
MARINE INSURANCE COMPANY, LTD.)
909 FANNIN, SUITE 1500
HOUSTON, TX, 77010

DICONZA TRAURIG LLP
ATTN: ALLEN G. KADISH
(COUNSEL TO BAC FLORIDA BANK)
630 THIRD AVENUE, 7TH FLOOR
NEW YORK, NY, 10017

DILWORTH PAXSON LLP
ATTN: ANNE M. AARONSON AND
CATHERINE G. PAPPAS
(COUNSEL TO JEANES HOSP, TEMPLE
HEALTH, TRANSPORT
TEAM, TEMPLE PHYS, TEMPLE U HOSP,
TEMPLE U HEALTH)
1500 MARKET STREET, 3500E
PHILADELPHIA, PA, 19102-2101

## EXHIBIT A

DLA PIPER LLP (US)
ATTN: MATTHEW T. KLEPPER
(COUNSEL TO RIVER CAPITAL ADVISORS,
INC.)
203 NORTH LASALLE STREET, SUITE 1900
CHICAGO, IL, 60601

DLA PIPER LLP (US)
ATTN: THOMAS R. CALIFANO
(COUNSEL TO LAHDE CAP MGMT,
WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND
ETIHAD AIRWAYS)
1251 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1104

DLA PIPER LLP (US)
ATTN: STEPHEN COWAN
(COUNSEL TO LAHDE CAP MGMT,
WESTPORT CAP, HANK'S
LIVING TRUST, OSTERREICHISCHE AND
ETIHAD AIRWAYS)
550 SOUTH HOPE STREET, SUITE 2300
LOS ANGELES, CA, 90071

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL
(COUNSEL TO US BANK NATIONAL
ASSOCIATION)
250 PARK AVENUE
NEW YORK, NY, 10177

DORSEY & WHITNEY LLP
ATTN: STEVEN J. HEIM AND MICHELLE
KREIDLER DOVE
(COUNSEL TO US BANK NATIONAL
ASSOCIATION)
50 SOUTH SIXTH STREET
MINNEAPOLIS, MN, 55402

DRESDNER BANK A.G.
ATTN: STEVEN TROYER
1301 AVENUE OF THE AMERICAS
NEW YORK, NY, 10019

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
(COUNSEL TO ALLIANZ GLOBAL
INVESTORS AG AND
ITS SUBSIDIARIES)
500 CAMPUS DRIVE
FLORHAM PARK, NJ, 07932-1047

DUANE MORRIS LLP
ATTN: LAWRENCE J. KOTLER, ESQUIRE
(COUNSEL TO FPB INTERNATIONAL
BANK, INC. AND
NATIONAL AGRICULTURAL
COOPERATIVE FEDERATION)
1540 BROADWAY
NEW YORK, NY, 10036-4086

DUFFY & ATKINS LLP
ATTN: TODD E. DUFFY AND JAMES E.
ATKINS
(COUNSEL TO SOUTH MISSISSIPPI POWER
ASSOCIATION
AND COAST ELECTRIC POWER
ASSOCIATION)
SEVEN PENN PLAZA, SUITE 420
NEW YORK, NY, 10001

EMMET, MARVIN & MARTIN, LLP
ATTN: EDWARD P. ZUJKOWSKI, ESQ.
(COUNSEL TO AUSTRALIA AND NEW
ZEALAND BANKING
GROUP LIMITED)
120 BROADWAY
NEW YORK, NY, 10271

ENTWISTLE & CAPPUCCI LLP
ANDREW ENTWISTLE; J BEEMER; J
PORTER
(COUNSEL TO THOMAS P. DINAPOLI, AS
SOLE TRUSTEE OF
THE NY STATE COMMON RETIREMENT
FUND)
280 PARK AVENUE, 26TH FLOOR WEST
NEW YORK, NY, 10017

## EXHIBIT A

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND
INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY, 10177-1211

EPSTEIN BECKER & GREEN, P.C.
ATTN: DAVID B. TATGE, ESQ.
(COUNSEL TO INFOSPACE, INC. AND
INTERSIL CORP.)
1227 25TH STREET, N.W.
SUITE 700
WASHINGTON, DC, 20037

EPSTEIN BECKER & GREEN, P.C.
ATTN: WENDY G. MARCARI & STEPHANIE
LERMAN
(COUNSEL TO INFOSPACE, INC.,INTERSIL
COMMUNICATION XICOR, LLC, INTERSIL
EUROPE SARL; ET AL.)
250 PARK AVENUE
NEW YORK, NY, 10177

EZRA BRUTZKUS GUBNER LLP
ATTN: STEVEN T. GUBNER, ESQ AND
COREY R. WEBER,ESQ
(COUNSEL TO THE CITY OF LONG BEACH)
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA, 91367

FEDERAL RESERVE BANK OF NEW YORK
ATTN: SHARI LEVENTHAL
ASSISTANT GENERAL COUNSEL AND
SENIOR VICE PRES
33 LIBERTY STREET
NEW YORK, NY, 10045-0001

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUSSI LLP
ATTN: STEVEN FELDERSTEIN, PAUL
PASCUZZI
(COUNSEL TO CALIFORNIA PUBLIC
EMPLOYEES RETIREMENT
SYSTEM)
400 CAPITOL MALL, SUITE 1450

SACRAMENTO, CA, 95814

FILARDI LAW OFFICES LLC
ATTN: CHARLES J. FILARDI JR.
(COUNSEL TO FEDERAL EXPRESS
CORPORATION)
65 TRUMBULL STREET
NEW HAVEN, CT, 06510

FIRST TRUST PORTFOLIOS L.P.
ATTN: AMY LUM
(COUNSEL TO FIRST TRUST PORTFOLIOS
LP, FIRST TRUST
ADVISORS LP AND BONDWAVE LLC)
120 E. LIBERTY DRIVE, SUITE 400
WHEATON, IL, 60187-5455

FLANAGAN & ASSOCIATES, PLLC
ATTN: RICHARD J. FLANAGAN
(COUNSEL TO INTERFACE CABLE
ASSEMBLIES & SERVICES
A/K/A ICAS)
1370 BROADWAY - SUITE 566
NEW YORK, NY, 10006

FLASTER/GREENBERG PC
ATTN: STEVEN D. USDIN, ESQUIRE
(COUNSEL TO THE IRVINE COMPANY)
4 PENN CENTER, 2ND FLOOR
1600 J.F.K. BOULEVARD
PHILADELPHIA, PA, 19103

FOLEY & LARDNER LLP
ATTN: DOUGLAS S. HEFFER
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
90 PARK AVENUE
NEW YORK, NY, 10016

FOLEY & LARDNER LLP
ATTN: JOANNE LEE
(COUNSEL TO TRADING TECHNOLOGIES
INTERNATIONAL)
321 N. CLARK STREET
SUITE 2800
CHICAGO, IL, 60654

## EXHIBIT A

FOLEY & LARDNER LLP
ATTN: WILLIAM MCKENNA, ESQ.
(COUNSEL TO ARAB FOREIGN
INVESTMENT CO.)
555 SOUTH FLOWER ST., SUITE 3500
LOS ANGELES, CA, 90071-2411

FOLEY & LARDNER LLP
ATTN: DOUGLAS E. SPELFOGEL, OLYA
PETUKOVA
(COUNSEL TO LIBYAN ARAB FOREIGN
INVESTMENT CO.)
90 PARK AVE., 20TH FLOOR
NEW YORK, NY, 10016

FOLEY & LARDNER LLP
ATTN: R. BERNARD
(COUNSEL TO ACCESS GROUP, INC.)
90 PARK AVENUE, 36TH FLOOR
NEW YORK, NY, 10016-1314

FOLEY & LARDNER LLP
ATTN: GEOFFREY S. GOODMAN & LARS
A. PETERSON
(COUNSEL TO ACCESS GROUP, INC.)
321 N. CLARK STREET, SUITE 2800
CHICAGO, IL, 60654

FORMAN HOLT ELIADES & RAVIN LLC
ATTN: KIM R. LYNCH, ESQ.
(COUNSEL TO JOHN MAHONCHAK)
80 ROUTE 4 EAST, SUITE 290
PARAMUS, NJ, 07652

FREDERIC DORWART, LAWYERS
ATTN: SAMUEL S. ORY AND JAMES A.
HIGGINS
(COUNSEL TO BANK OF OKLAHOMA,
N.A.)
124 EAST FOURTH STREET
TULSA, OK, 74103

FREEBORN & PETERS LLP
ATTN: DEVON J. EGGERT
(COUNSEL TO ACCENTURE LLP)
311 SOUTH WACKER DRIVE, SUITE 3000
CHICAGO, IL, 60606-6677

FRESHFIELDS BRUCKHAUS DERINGER US
LLP
ATTN: PATRICK OH, ESQ.
(COUNSEL TO SLB LEASING-FONDS
GMBH & CO HERAKLES KG ET AL.)
520 MADISON AVENUE
NEW YORK, NY, 10022

FRESHFIELDS BRUCKHAUS DERINGER US
LLP
ATTN: TIMOTHY P. HARKNESS & DAVID
LIVSHIZ,
(COUNSEL TO SHIELD SECURITIES
LIMITED)
601 LEXINGTON AVENUE, 31ST FLOOR
NEW YORK, NY, 10022

FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
ATTN: PETER SIMMONS,
(COUNSEL TO FEDERAL HOME LOAN
BANK OF ATLANTA & COMMONWEALTH
BANK OF AUSTRALIA)
ONE NEW YORK PLAZA
NEW YORK, NY, 10004-1980

FRIEDMAN DUMAS & SPRINGWATER LLP
ATTN: ELLEN A. FRIEDMAN, ESQ.
(COUNSEL TO PACIFIC GAS & ELECTRIC
COMPANY)
150 SPEAR STREET, SUITE 1600
SAN FRANCISCO, CA, 94105

FRIEDMAN KAPLAN SEILER & ADELMAN
LLP
(COUNSEL TO: BOULTBEE (HELSINKI) AB)
ATTN: WILLIAM WEINTRAUB & ANNE
BEAUMONT
7 TIMES SQUARE
NEW YORK, NY, 10036-6516

## EXHIBIT A

FRIEDMAN KAPLAN SEILER & ADELMAN
LLP
ATTN: ANNE E. BEAUMONT & NORA
BOJAR
(COUNSEL TO BANK OF MONTREAL)
7 TIMES SQUARE
NEW YORK, NY, 10036-6516

FULBRIGHT & JAWORSKI L.L.P.
ATTN: DAVID A. ROSENZWEIG
(COUNSEL TO AT&T INC.)
666 FIFTH AVENUE
NEW YORK, NY, 10103

FULTON BANK
ATTN: JOHN R. MERVA, ESQ.
ASSOCIATE COUNSEL & VP
ONE PENN CENTER PO BOX 4887
LANCASTER, PA, 17604

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO
(COUNSEL TO PYRRHULOXIA, LP)
1000 LOUISIANA, SUITE 3400
HOUSTON, TX, 77002-5011

GENOVESE, JOBLOVE & BATTISTA, P.A.
ATTN: ROBERT F. ELGIDELY
(COUNSEL TO KA KIN WONG, SIU LUI
CHING, CHUN IP, JIN LIU, YIN YING
LEUNG, LAI MEI CHAN, SING HEUNG)
BANK OF AMERICA TOWER, 100 S.E. 2ND
ST, STE 4400
MIAMI, FL, 33131

GIBBONS P.C.
ATTN: DAVID N. CRAPO, ESQ.
(COUNSEL TO STANDARD & POOR'S &
TABACCO SETTLEMENT
FINANCING CORP)
ONE GATEWAY CENTER
NEWARK, NJ, 07102-5310

GIBBONS P.C.
ATTN: DANIEL F. MARKHAM, ESQ.
(COUNSEL TO DHI MORTGAGE
COMPANY, LTD.)
ONE PENNSYLVANIA PLAZA, 37TH FLOOR
NEW YORK, NY, 10119-3701

GIBSON DUNN & CRUTCHER LLP
ATTN: MICHAEL ROSENTHAL & JANET
WEISS
(COUNSEL TO LEHMAN BROTHERS
PRIVATE EQUITY FUND)
200 PARK AVENUE
NEW YORK, NY, 10166-0193

GILMARTIN, POSTER & SHAFTO LLP
ATTN: ANDREAS SEUFFERT, ESQ.
(COUNSEL TO PIETRO FERRERO,
VERSORGUNGSWERK DER
APOTHEKERKAMMER NORDRHEIN)
845 THIRD AVENUE
NEW YORK, NY, 10022

GODFREY & KAHN, S.C.
ATTN: TIMOTHY F. NIXON
(COUNSEL TO MARSHALL FUNDS, INC.
AND MARSHALL & ILSLEY TRUST
COMPANY, N.A.)
780 NORTH WATER STREET
MILWAUKEE, WI, 53202

GREEN TREE SERVICING LLC
ATTN: BRIAN COREY, GENERAL
COUNSEL
345 ST. PETER STREET
SAINT PAUL, MN, 55102-1639

GREENBERG TRAURIG, LLP
ATTN: MARIA DICONZA, ESQ.
(COUNSEL TO NOMURA HOLDING
AMERICA, INC AND ON
BEHALF OF NOMURA HOLDINGS, INC.)
200 PARK AVENUE
NEW YORK, NY, 10166

## EXHIBIT A

GREENBERG TRAURIG, LLP
ATTN: DENNIS A MELORO, ESQ
(COUNSEL TO FLORIDA POWER & LIGHT,
NEXTRA ENERGY)
THE NEMOURS BUILDING
1007 NORTH ORANGE STREET, SUITE 1200
WILMINGTON, DE, 19801

GREER, HERZ & ADAMS, LLP
ATTN: FREDERICK BLACK AND TARA B.
ANNWEILER
(COUNSEL TO: AMERICAN NATIONAL
INSURANCE COMPANY)
ONE MOODY PLAZA, 18TH FLOOR
GALVESTON, TX, 77550

GSEF AL NAWRAS (CAYMAN) LIMITED
C/O JOY MATHIAS
DUBAI INTERNATIONAL CAPITAL LLC
DIFC BUILDING 2, 4TH FLOOR
SHEIKH ZAYED ROAD, PO BOX 72888
DUBAI, ,
UNITED ARAB EMIRATES

HAHN & HESSEN LLP
ATTN: JEFFREY L. SCHWARTZ AND
JOSEPH ORBACH
(COUNSEL TO COMMERZBANK A.G. AND
DRESDNER BANK AG)
488 MADISON AVENUE
15TH FLOOR
NEW YORK, NY, 10022

HALPERIN BATTAGLIA RAICHT, LLP
ATTN: WALTER BENZIJA AND JULIE D
DYAS
(COUNSEL TO HENEGAN CONSTRUCTION
CO., INC.)
40 WALL STREET -37TH FLOOR
NEW YORK, NY, 10005

HARRISON & MOBERLY, LLP
ATTN: DAVID J. THEISING
(COUNSEL TO BELL TRACE OBLIGATED
GROUP)
10 WEST MARKET STREET, SUITE 700
INDIANAPOLIS, IN, 46204

HELLRING LINDEMAN GOLDSTEIN &
SIEGAL LLP
ATTN: STEPHEN L. DREYFUSS
(COUNSEL TO VARIOUS CLAIMANTS)
ONE GATEWAY CENTER
NEWARK, NJ, 07102

HERRICK, FEINSTEIN LLP
ATTN: ANDREW C. GOLD
(COUNSEL TO AEW CAPITAL
MANAGEMENT, LP AND LYON
CAPITAL VENTURES)
2 PARK AVENUE
NEW YORK, NY, 10016

HERRICK, FEINSTEIN LLP
ATTN: STEPHEN B. SELBST
(COUNSEL TO COMPAGNIE FINANCIERE
TRADITION SA)
2 PARK AVENUE
NEW YORK, NY, 10016

HEWLETT-PACKARD COMPANY
ATTN: MS. RAMONA NEAL, CORPORATE
COUNSEL
11311 CHINDEN BLVD
MAILSTOP 314
GARDEN CITY, ID, 83714-0021

HINCKLEY, ALLEN & SNYDER LLP
ATTN: JENNIFER V. DORAN, ESQ.
(COUNSEL TO CITIBANK, N.A. AGENCY &
TRUST, WILMINGTON TRUST)
28 STATE STREET
BOSTON, MA, 02109

### EXHIBIT A

HODGSON RUSS LLP
ATTN: DEBORAH J. PIAZZA, RENEE LEEK
(COUNSEL TO GESCONSULT S.A. SG LLC
&  DEERE & CO.)
60 E. 42ND STREET, 37TH FLOOR
NEW YORK, NY, 10165

HOGAN & HARTSON LLP
ATTN: SCOTT GOLDEN
(COUNSEL TO KRAFT FOODS, INC.)
875 THIRD AVENUE
NEW YORK, NY, 10022

HOGAN LOVELLS US LLP
ATTN: ROBIN KELLER, DENNIS TRACEY,
III, JOHN BECK
& BENJAMIN J.O. LEWIS
(COUNSEL TO QVT FUND LP,
QUINTESSENCE FUND LP &
PINEY BRANCH PARK, INC.)
NEW YORK, NY, 10022

HOGAN LOVELLS US LLP
ATTN: CHRISTOPHER R. DONOHO, III,
ESQ.
(COUNSEL TO LLOYDS TSB BANK PLC)
875 THIRD AVENUE
NEW YORK, NY, 10022

HOGAN LOVELLS US LLP
ATTN: KHANG V. TRAN, ESQ.
(COUNSEL TO LLOYDS TSB BANK PLC)
COLUMBIA SQUARE
555 THIRTEENTH STREET, NW
WASHINGTON, DC, 20004

HOLLAND & KNIGHT LLP
RICHARD E. LEAR, ESQ.
(COUNSEL TO MONUMENT REALTY LLC)
2099 PENNSYLVANIA AVE, NW, SUITE 100
WASHINGTON, DC, 20006

HOLLAND & KNIGHT LLP
ATTN: ARTHUR ROSENBERG
(COUNSEL TO CAISSE DE DEPOT ET
PLACEMENT DU QUEBEC)
195 BROADWAY
NEW YORK, NY, 10007-3189

HOLLAND & KNIGHT LLP
ATTN: JOHN J. MONAGHAN, ESQ.
(COUNSEL TO SINGAPORE AIRLINES, US
BANK NAT ASSOC, HSBC REALTY
CREDIT, CARLTON WILLARD AND SBA
COMM.)
10 ST. JAMES AVENUE
BOSTON, MA, 02116

HOLLAND & KNIGHT LLP
ATTN: BARBRA R. PARLIN, ESQ.
(COUNSEL TO
PRICEWATERHOUSECOOPERS LLP)
195 BROADWAY, 24TH FLOOR
NEW YORK, NY, 10007

HOLMES ROBERTS & OWEN LLP
ATTN: ADAM BREZINE, ESQ. & KERRY
MOYNIHAN
(COUNSEL TO MILLENIUM MARKETING &
MANAGEMENT PTY. LTD.)
800 W. OLYMPIC BOULEVARD, 4TH
FLOOR
LOS ANGELES, CA, 90015

HUGHES HUBBARD & REED LLP
ATTN: JAMES W. GIDDENS, JEFF
MARGOLIN, JAMES B. KOBAK, JR.,
CHRISTOPHER K. KIPLOK
ONE BATTERY PARK PLAZA
NEW YORK, NY, 10004-1482

HUNTON & WILLIAMS, LLP
ATTN: J.R. SMITH
(COUNSEL: BANK OF AMERICA NA,
GENWORTH FINANCIAL)
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA, 23219-4074

## EXHIBIT A

INGRAM YUZEK GAINEN CARROLL &
BERTOLOTTI, LLP
ATTN: CORY L. WEISS, ESQ.
(COUNSEL TO 50 BROADWAY REALTY
CORP. LLC)
250 PARK AVENUE, 6TH FLOOR
NEW YORK, NY, 10177

INSTITUTIONAL SERVICES GROUP, LLC
ATTN: HUGH L. DAVIS (DAVE) AND
VICTOR E. BLAYLOCK
PO BOX 4654
JACKSON, MS, 39296

INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
ATTN: TOBY R. ROSENBERG
33 MAIDEN LANE, 14TH FLOOR
NEW YORK, NY, 10038

INVESCO AIM MANAGEMENT GROUP,
INC.
ATTN: SEBA KURIAN, ESQ.
(COUNSEL TO AIM FUNDS AND AIM
ADVISORS)
11 GREENWAY PLAZA, SUITE 100
HOUSTON, TX, 77046-1173

IRELL & MANELLA LLP
ATTN: KERRI LYMAN
(COUNSEL TO "PARTY-IN-INTEREST")
840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA, 92660

JAY HURST, ASSISTANT ATTORNEY
GENERAL
(COUNSEL TO THE COMPTROLLER OF
PUBLIC ACCOUNTS OF THE STATE OF
TEXAS)
BANKRUPTCY & COLLECTIONS DIVISION
P.O. BOX 12548
AUSTIN, TX, 78711-2548

JENNER & BLOCK LLP
ATTN: PATRICK J. TROSTLE
(COUNSEL TO ANTON R. VALUKAS, THE
EXAMINER)
919 THIRD AVENUE, 37TH FLOOR
NEW YORK, NY, 10022-3908

JENNER & BLOCK LLP
ATTN: DANIEL R. MURRAY AND ROBERT
L. BYMAN
(COUNSEL TO ANTON R. VALUKAS, THE
EXAMINER)
353 N. CLARK ST.
CHICAGO, IL, 60654-3456

JENNINGS, STROUSS & SALMON, P.L.C.
ATTN: GEORGE C. SPILSBURY
(COUNSEL TO LA LOMA SENIOR LIVING
SERVICES, INC.)
THE COLLIER CENTER, 11TH FLOOR
201 EAST WASHINGTON STREET
PHOENIX, AZ, 85004-2385

JOSEPH N. CORDARO
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF NEW YORK
86 CHAMBERS STREET, 3RD FLOOR
NEW YORK, NY, 10007

JULIEN & SCHLESINGER, P.C.
ATTN: MICHELLE L. POMERANTZ
(COUNSEL TO RICHARD J. GLASEBROOK
II, JUDITH ANN KENNEY, RICHARD
NACKENSON, ET AL)
ONE WHITEHALL STREET, 17TH FLOOR
NEW YORK, NY, 10004

K&L GATES LLP
ATTN: ROBERT HONEYWELL
(COUNSEL TO FIRSTBANK PUERTO RICO)
599 LEXINGTON AVENUE
NEW YORK, NY, 10022

## EXHIBIT A

KAPLAN LANDAU, LLP
ATTN: EUGENE NEAL KAPLAN
(COUNSEL TO RICHARD S. LEVINE)
1065 AVENUE OF THE AMERICAS,
27TH FLOOR
NEW YORK, NY, 10018

KASOWITZ, BENSON, TOREES &
FRIEDMAN LLP
ATTN: DAVID J. MARK, ESQ.
(COUNSEL TO THOMAS P. BLAKESLEE)
1633 BROADWAY
NEW YORK, NY, 10019

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP
ATTN: DAVID S. ROSNER AND ANDREW
K. GLENN
(COUNSEL TO BAY HARBOUR MAGMT,
BAY HARBOUR MASTER,
TROPHY HUNTER, BHCO MASTER, MSS,
INST BENCHMARKS)
1633 BROADWAY
NEW YORK, NY, 10019

KATSKY KORINS LLP
ATTN: STEVEN H. NEWMAN, ESQ.
(COUNSEL TO TUXEDO RESERVE OWNER
LLC AND TUXEDO TPA OWNER LLC)
605 THIRD AVENUE, 16TH FLOOR
NEW YORK, NY, 10158

KAYE SCHOLER LLP
ATTN: MADLYN GLEICH PRIMOFF, SCOTT
D TALMADGE
(COUNSEL TO WELLS FARGO BANK NA,
WELLS FARGO & CO)
425 PARK AVENUE
NEW YORK, NY, 10022

KAYE SCHOLER LLP
ATTN: MICHAEL B. SOLOW
(COUNSEL TO STONE LION PORTFOLIO
L.P. & PERMAL STONE LION FUND LTD.)
425 PARK AVENUE
NEW YORK, NY, 10022

KELLEY DRYE & WARREN LLP
ATTN: JAMES S. CARR, ESQ.,
BEN BLAUSTEIN, ESQ., JORDAN
BERGMAN, ESQ.
(COUNSEL TO BP CORPORATION NA)
101 PARK AVENUE
NEW YORK, NY, 10178

KELLEY DRYE & WARREN LLP
ATTN: MARK W. PAGE, ESQ.
(COUNSEL TO BP N.AMERICA, BP
ENERGY, BP CANADA AND IGI
RESOURCES)
333 WEST WACKER DRIVE, 26TH FLOOR
CHICAGO, IL, 60606

KELLEY DRYE & WARREN LLP
ATTN: HOWARD S. STEEL, ESQ.
(COUNSEL TO TATA AMERICAN
INTERNATIONAL CORP AND TATA
CONSULTANCY SERVICES LTD)
101 PARK AVENUE
NEW YORK, NY, 10178-0002

KELLEY DRYE & WARREN LLP
ATTN: BENJAMIN BLAUSTEIN, ESQ.
(COUNSEL TO THE JUILLIARD SCHOOL)
101 PARK AVENUE
NEW YORK, NY, 10178

KIRKLAND & ELLIS
ATTN: STEPHEN HESSLER & MARK
MCKANE
(COUNSEL TO ELLIOT MANAGEMENT
CORP. & KING STREET CAPITAL
MANAGEMENT, L.P.)
601 LEXINGTON AVENUE
NEW YORK, NY, 10022

3276888

## EXHIBIT A

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN
(COUNSEL TO LIQUIDATORS OF LEHMAN
BROTHERS
AUSTRALIA LIMITED)
601 LEXINGTON AVENUE
NEW YORK, NY, 10022-4611

KIRKLAND & ELLIS LLP
ATTN: JONATHAN S. HENES, JOSEPH
SERINO, JR. CHAD J. HUSNICK,
CHRISTOPHER T. GRECO
(COUNSEL TO LEHMAN BROTHERS
HOLDINGS, INC.)
601 LEXINGTON AVENUE
NEW YORK, NY, 10022-4611

KLEIN SOLOMON LLP
ATTN: JAY B. SOLOMON
(COUNSEL TO HOPE GREENFIELD &
GREENFIELDS OTP LLC)
275 MADISON AVENUE, 11TH FLOOR
NEW YORK, NY, 10016

KLESTADT & WINTERS, LLP
ATTN: JOHN E. JURELLER, JR.
(COUNSEL TO OVERSTOCK.COM &
CREDIT SUISSE)
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY, 10036

KLESTADT & WINTERS, LLP
ATTN: LAUREN KISS
(COUNSEL TO EUROPEAN CREDIT
MANAGEMENT LIMITED; RELATIVE
EUROPEAN VALUE S.A., ET. AL)
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY, 10036

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
(COUNSEL TO CREDIT SUISSE)
ATTN: JOHN E. JURELLER, JR. &
STEPHANIE SWEENEY
200 WEST 41ST STREET, 17TH FLOOR
NEW YORK, NY, 10036

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
ATTN: P. BRADLEY O'NEILL AND
AMY CATON
(COUNSEL TO THE BANK OF NY MELLON
TRUST CO., NA)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
ATTN: DANIEL M. EGGERMAN
(COUNSEL TO RUTGER
SCHIMMELPENNINCK)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

KRAMER LEVIN NAFTALIS & FRANKEL
LLP
ATTN: FABIEN CARRUZZO, GREGORY G.
PLOTKO &
BANJAMIN C. WOLF
(COUNSEL TO SERENGETI ASSET
MANAGEMENT, L.P.)
1177 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

LANDMAN CORSI BALLAINE & FORD, P.C.
ATTN: MARK LANDMAN, WILLIAM
BALLAINE & SOPHIA REE
(COUNSEL TO FEDERAL HOME LOAN
MORTGAGE CORP. IN
CONSERVATORSHIP)
120 BROADWAY, 27TH FLOOR
NEW YORK, NY, 10271-0079

LANE POWELL PC
ATTN: CHARLES R. EKBERG
(COUNSEL TO FRED HUTCHINSON
CANCER RESEARCH CTR)
1420 FIFTH AVENUE SUITE 4100
SEATTLE, WA, 98101-2338

## EXHIBIT A

LATHAM & WATKINS LLP
ATTN: KEITH A. SIMON
(COUNSEL TO FANNIE MAE)
885 THIRD AVENUE
NEW YORK, NY, 10022

LATHAM & WATKINS LLP
ATTN: PETER M. GILHULY
(COUNSEL TO NETAPP, INC.; ASURION
CORPORATION)
355 SOUTH GRAND AVENUE
LOS ANGELES, CA, 90071-1560

LAW DEBENTURE TRUST COMPANY OF
NEW YORK
ATTN: JAMES D. HEANEY
400 MADISON AVENUE, 4TH FLOOR
NEW YORK, NY, 10017

LAW OFFICE OF A. JAMES BOYAJIAN
ATTN: A. JAMES BOYAJIAN
(COUNSEL TO DARIAN J. COHEN)
355 S. GRAND AVE., STE. 2450
LOS ANGELES, CA, 90071

LAW OFFICES OF A. JAMES BOYAJIAN
ATTN: JAMES BOYAJIAN
(COUNSEL TO LARS JACOBSON, MARY
LANGEVIN, AMIT
SARKAR, CHRISTIAN STEVENS, ET AL.)
355 S. GRAND AVE., STE. 2450
LOS ANGELES, CA, 90071

LAW OFFICES OF GABRIEL DEL VIRGINIA
ATTN: GABRIEL DEL VIRGINIA, ESQ.
(COUNSEL TO THE TAARP GROUP, LLP)
641 LEXINGTON AVENUE, 21ST FLOOR
NEW YORK, NY, 10022

LAW OFFICES OF LISA M. SOLOMON
ATTN: LISA M. SOLOMON
(COUNSEL TO MADELYN ANTONCIC &
MICHELE BAREGGI)
ONE GRAND CENTRAL PLACE
305 MADISON AVENUE, SUITE 4700
NEW YORK, NY, 10165

LEVI LUBARSKY & FEIGENBAUM LLP
ATTN: WALTER E. SWEARINGEN
(COUNSEL TO PETER J. AND MARY JANE
DAPUZZO)
1185 AVENUE OF THE AMERICAS, 17TH
FLOOR
NEW YORK, NY, 10036

LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
ATTN: STEVEN E FINEMAN, ESQ
(COUNSEL TO CERTIFIED CLAS IN
AUSTIN V CHISICK)
250 HUDSON STREET 8TH FLOOR
NEW YORK, NY, 10013-1413

LINEBARGER GOGGAN BLAIR &
SAMPSON LLP
ATTN: JOHN P. DILLMAN
(COUNSEL TO HARRIS COUNTY)
2323 BRYAN STREET, SUITE 1600
DALLAS, TX, 75201

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: ELIZABETH WELLER
(COUNSEL TO HUNT & SMITH COUNTY)
2323 BRYAN STREET SUITE 1600
DALLAS, TX, 75201

LINEBARGER GOGGAN BLAIR &
SAMPSON, LLP
ATTN: DIANE W. SANDERS
(COUNSEL TO MCLENNAN COUNTY)
1949 SOUTH I.H. 35
PO BOX 17428
AUSTIN, TX, 78760

LOCKE LORD BISSELL & LIDDELL LLP
ATTN: PHILIP EISENBERG
(COUNSEL TO DYNERGY POWER
MARKETING, INC.)
3400 JPMORGAN CHASE TOWER
600 TRAVIS TOWER
HOUSTON, TX, 77002-3095

## EXHIBIT A

LOIZIDES, P.A.
ATTN: CHRISTOPHER D. LOIZIDES, ESQ.
(COUNSEL TO 72 INDIVIDUALS)
1225 KING STREET, SUITE 800
WILMINGTON, DE, 19801

LOVELLS LLP
ATTN: ROBIN E. KELLER
(COUNSEL TO QVT FINANCIAL LP &
INSTITUTO
DE CREDITO OFICIAL)
590 MADISON AVE
NEW YORK, NY, 10022

LOVELLS LLP
ATTN: CHRISTOPHER R. DONOHO, III
(COUNSEL TO STANDARD CHARTERED
BANK, SEA PORT
GROUP SECURITIES, LLC AND
CENTERBRIDGE)
590 MADISON AVENUE
NEW YORK, NY, 10022

LOVELLS LLP
ATTN: ROBIN E. KELLER, ESQ.
(COUNSEL TO BRE BANK S.A., CARLTON
COMM. LTD AND
INSTITUTO CREDITO OFICIAL)
590 MADISON AVENUE
NEW YORK, NY, 10022

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

LOWENSTEIN SANDLER PC
ATTN: IRA M. LEVEE
(COUNSEL TO FACTIVA, INC.)
65 LIVINGSTON AVENUE
ROSELAND, NJ, 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN,S. JASON
TEELE, IRA LEVEE
(COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM, N.IRELAND GOVT COMM,
EDINBURGH COUNCIL & OPER. ENG. LCL
3)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, S. JASON
TEELE, IRA LEVEE
(COUNSEL TO ALAMEDA CNTY, GOVT OF
GUAM, N.IRELAND GOVT COMM,
EDINBURGH COUNCIL & OPER. ENG. LCL
3)
65 LIVINGSTON AVENUE
ROSELAND, NJ, 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON
TEELE
(COUNSEL TO PNMR SERVICES CO AND
FIRST CHOICE POWER, LP)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON
TEELE
(COUNSEL TO PNMR SERVICES COMPANY
AND FIRST CHOICE POWER, LP)
65 LIVINGSTON AVENUE
ROSELAND, NJ, 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN, ESQ.
(COUNSEL TO RELIANT ENERGY
SERVICES, INC. AND
RELIANT ENERGY POWER SUPPLY, LLC)
1251 AVENUE OF THE AMERICAS,
18TH FLOOR
NEW YORK, NY, 10020

## EXHIBIT A

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN AND S. JASON
TEELE
(COUNSEL TO ENERGYCO, LLC AND
ENERGYCO MARKETING AND TRADING)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

LOWENSTEIN SANDLER PC
ATTN: MICHAEL S. ETKIN
(COUNSEL TO BINDING COMPANY, INC.)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

LOWENSTEIN SANDLER PC
ATTN:  JEFFREY PROL, ESQ.
(COUNSEL TO FUBON SECURITIES CO.,
FUBON INSURANCE
CO.,LTD.,  TAIPEI FUBON COMMERCIAL
BANK CO.)
65 LIVINGSTON AVENUE
ROSELAND, NJ, 07068

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL
MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES
FUND, ET AL)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10022

LOWENSTEIN SANDLER PC
ATTN: MICHAEL ETKIN, SCOTT CARGILL
(COUNSEL TO LIBERTYVIEW CAPITAL
MANAGEMENT LLC,
LIBERTYVIEW CREDIT OPPORTUNITIES
FUND, ET AL)
65 LIVINGSTON STREET
ROSELAND, NJ, 07068

LOWENSTEIN SANDLER PC
ATTN: S. JASON TEELE, ESQ.
(COUNSEL TO GENON INC.)
1251 AVENUE OF THE AMERICAS, 18TH
FLOOR
NEW YORK, NY, 10020

MANUFACTURERS AND TRADER TRUST
COMPANY
ATTN: MARK W. WARREN, ESQ.
(COUNSEL TO M&T BANK)
ONE M&T PLAZA, 12TH FLOOR
BUFFALO, NY, 14203

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN, ESQ.,
MARIA SEGARRA, ESQ
(COUNSEL TO CIBC)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: BRIAN TRUST & MARIA SEGARRA
(COUNSEL TO SUMITOMO MITSUI BANK)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: BRIAN TRUST, FREDERICK D.
HYMAN
COUNSEL TO NATL BANK OF CANADA,
WASHINGTON MUTUAL
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: EVAN MERBERG, ESQ
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: THOMAS S KIRIAKOS
(COUNSEL TO SP4 190 S. LASALLE, L.P.)
71 S. WACKER DRIVE
CHICAGO, IL, 60606

## EXHIBIT A

MAYER BROWN LLP
ATTN: FREDERICK D. HYMAN,
(COUNSEL TO NATIONAL BANK OF
CANADA ET AL.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1101

MAYER BROWN LLP
ATTN: J. ROBERT STOLL
(COUNSEL TO THE LEHMAN HONG KONG
LIQUIDATORS)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: HOWARD S. BELTZER, ESQ.,
CHRISTINE A. WALSH, ESQ.
(COUNSEL TO BNP PARIBAS AND ITS
AFFILIATES)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYER BROWN LLP
ATTN: BRIAN TRUST, CHRISTINE WALSH
(COUNSEL TO CYPRESSTREE
INVESTMENT MANAGEMENT, LLC
AS SUBADVISOR TO PRIMUS CLO I, LTD.)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1001

MAYNARD COOPER & GALE, PC
ATTN: JAYNA PARTAIN LAMAR
(COUNSEL TO REGIONS BANK)
1901 SIXTH AVENUE NORTH
2400 REGIONS/HARBERT PLAZA
BIRMINGHAM, AL, 35203

MCBREEN & KOPKO
ATTN: KENNETH A. REYNOLDS, ESQ.
(COUNSEL TO EXECUTIVE FLITEWAYS,
INC.)
500 NORTH BROADWAY, SUITE 129
JERICHO, NY, 11753

MCCALLA RAYMER, LLC
ATTN: A MICHELLE HART LUREECE
LEWIS
(COUNSEL TO AMERICA'S SERVICING
COMPANY)
1544 OLD ALABAMA ROAD
ROSWELL, GA, 30076-2102

MCCARTER & ENGLISH, LLP
ATTN: EDUARDO J. GLAS, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING INC.)
FOUR GATEWAY CENTER, 100
MULBERRY STREET
NEWARK, NJ, 07102-4096

MCCARTER & ENGLISH, LLP
ATTN: KATHERINE L. MAYER, ESQ.
(COUNSEL TO OCCIDENTAL ENERGY
MARKETING INC.)
RENAISSANCE CENTRE, 405 NORTH KING
STREET
WILMINGTON, DE, 19801

MCCARTER & ENGLISH, LLP
ATTN: WILLIAM F. TAYLOR, ESQ
(COUNSEL TO LANDAMERICA FINANCIAL
GROUP, INC.)
405 NORTH KING STREET
RENAISSANCE CENTER, 8TH FLOOR
WILMINGTON, DE, 19801

MCCAUSLAN, KEEN & BUCKLAND
ATTN: GLENN S. GITOMER, ESQ.
(COUNSEL TO DR. PETER BERMAN, JOYCE
L. REHORST,
STEPHEN J. EDELMANN & JACQUELINE
W. EDELMANN)
11 BROADWAY, SUITE 715
NEW YORK, NY, 10004

MCDERMOTT WILL & EMERY LLP
ATTN: NATHAN F. COCO
(COUNSEL TO MARIE PAPILLON)
227 WEST MONROE STREET, SUITE 4400
CHICAGO, IL, 60606-5096

3276888

## EXHIBIT A

MCDERMOTT WILL & EMERY LLP
ATTN:  ISKENDER CATTO
(COUNSEL TO PACIFIC SUMMIT ENERGY
LLC)
340 MADISON AVENUE
NEW YORK, NY, 10173-1922

MCGUIREWOODS LLP
ATTN: DION W. HAYES
(COUNSEL TO TORONTO-DOMINION
BANK)
ONE JAMES CENTER, 901 EAST CARY
STREET
RICHMOND, VA, 23219

MCGUIREWOODS LLP
ATTN: JOHN H. MADDOCK III AND JOSEPH
S. SHEERIN
(COUNSEL TO CSX TRANSPORTATION,
INC.)
ONE JAMES CENTER
901 EAST CARY STREET
RICHMOND, VA, 23219

MEISTER SEELIG & FEIN LLP
ATTN: JAMES M. RINGER
(COUNSEL TO ROSSLYN INVESTORS I,
LLC)
2 GRAND CENTRAL TOWER, 19TH FLOOR
140 EAST 45TH STREET
NEW YORK, NY, 10017

MEISTER SEELIG & FEIN LLP
ATTN: AUSTIN D. KIM
(COUNSEL TO KFW (KREDITANSTALT
FUR WIEDERAUFBAU)
125 PARK AVENUE, 7TH FLOOR
NEW YORK, NY, 10017

MENAKER & HERRMANN LLP
ATTN: MICHIEL BLOEMSMA & ALBENA
PERRAKOV
(COUNSEL TO STIBBE N.V.)
10 EAST 40TH STREET
NEW YORK, NY, 10016

MEYER SUOZZI ENGLISH & KLEIN
ATTN: THOMAS R. SLOME, ESQ.
(COUNSEL TO DRESDNER KLEINWORT
GROUP HOLDINGS LLC)
900 STEWART AVENUE, SUITE 300 PO BOX
9194
GARDEN CITY, NY, 11530

MICHAEL A. COX, ATTORNEY GENERAL
ATTN: JUANDISHA HARRIS, ASSISTANT
ATTORNEY GENERAL
(COUNSEL TO STATE OF MICHIGAN,
DEPT. OF TREASURY)
CADILLAC PLACE, STE. 10-200
3030 W. GRAND BLVD.
DETROIT, MI, 48202

MICHAEL C. FREGE
IN SEINER EIGENSCHAFT ALS
INSOLVENZVERWALTER UBER
DAS VERMOGEN DER LEHMAN
BROTHERS BANKHAUS
AKTIENGESELLSCHAFT
BARCKHAUSSTR. 12-16
60325 FRANKFURT AM MAIN, ,
GERMANY

MILBANK, TWEED, HADLEY & MCCLOY
LLP
DENNIS DUNNE, WILBUR FOSTER, JR
DENNIS O'DONNELL, ESQ., EVAN FLECK,
ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NY, 10005

MILBANK, TWEED, HADLEY & MCCLOY,
LLP
ATTN: PAUL ARONZO & GREGORY BRAY
601 SOUTH FIGUEROA STREET, 30TH FL
LOS ANGELES, CA, 90017

## EXHIBIT A

MISSOURI DEPARTMENT OF REVENUE,
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
P.O. BOX 475
301 W HIGH STREET, ROOM 670
JEFFERSON CITY, MO, 65105-0475

MONARCH ALTERNATIVE CAPITAL LP
MICHAEL J KELLY, ESQ
535 MADISON AVENUE
NEW YORK, NY, 10022

MORGAN LEWIS & BOCKIUS LLP
ATTN: JOSHUA DORCHAK
(COUNSEL TO METROPOLITAN LIFE
INSURANCE COMPANY)
399 PARK AVENUE
NEW YORK, NY, 10022

MORGAN LEWIS & BOCKIUS LLP
ATTN: JEFFREY S. SABIN, AND
JOSHUA DORCHAK
(COUNSEL TO CURRENEX, STATE ST
BANK & UBS SEC'S)
399 PARK AVENUE
NEW YORK, NY, 10022-4689

MORGAN LEWIS & BOCKIUS LLP
ATTN: NEIL E. HERMAN, ESQ.
(COUNSEL TO COGNIZANT TECHNOLOGY
SOLUTIONS)
101 PARK AVENUE
NEW YORK, NY, 10178-0600

MORGAN LEWIS & BOCKIUS LLP
ATTN: JEFFREY S. SABIN AND JOSHUA
DORCHAK
(COUNSEL TO PUTNAM INVESTMENTS,
LLC & AFFILIATES)
399 PARK AVENUE
NEW YORK, NY, 10022

MORGAN LEWIS & BOCKIUS LLP
ATTN:  JOSHUA DORCHAK,
(COUNSEL TO WELLS FARGO BANK
NORTHWEST, N.A)
399 PARK AVENUE
NEW YORK, NY, 10022

MORGAN, LEWIS & BOCKIUS LLP
ATTN: GLENN E. SIEGEL
(COUNSEL TO LINCOLN NATIONAL LIFE
INSURANCE CO.)
101 PARK AVENUE
NEW YORK, NY, 10178-0600

MORI HAMADA & MATSUMOTO
ATTN: KEN MIURA, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE
COMPANY)
MARUNOUCHI KITAGUCHI BUILDING
1-6-5 MARUNOUCHI, CHIYODA-KU
TOKYO 100-8222, ,
JAPAN

MORITT HOCK HAMROFF & HOROWITZ
LLP
ATTN: LESLIE A. BERKOFF
(COUNSEL TO THE HOTCHKISS SCHOOL)
400 GARDEN CITY PLAZA
GARDEN CITY, NY, 11530

MORRISON & FOERSTER LLP
ATTN: JOHN A. PINTARELLI AND
LORENZO MARINUZZI
(COUNSEL TO BROOKFIELD PROPERTIES
ONE WFC CO. LLC)
250 WEST 55TH STREET
NEW YORK, NY, 10019

MORRISON & FOERSTER LLP
ATTN: LORENZO MARINUZZI, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE
COMPANY & GMACM)
250 WEST 55TH STREET
NEW YORK, NY, 10019

## EXHIBIT A

MORRISON & FOERSTER LLP
ATTN: YUKITOSHI UWATOKO, ESQ.
(COUNSEL TO NIPPON LIFE INSURANCE)
SHIN-MARUNOUCHI BUILDING, 29TH
FLOOR 5-1, MARUNOUCHI 1 -CHOME,
CHIYODA-KU
TOKYO, 100-6529 JAPAN

MORRISON & FOERSTER LLP
ATTN: TODD M. GOREN, ESQ.
(COUNSEL TO CB RICHARD ELLIS, INC.)
250 WEST 55TH STREET
NEW YORK, NY, 10019

MORRISON & FOERSTER LLP
ATTN: LARREN M. NASHELSKY
(COUNSEL TO PACIFIC COAST CAP.
PARTNERS, LLC,
MITSUBISHI UGJ SEC CO., ING REAL
ESTATE FINANCE)
250 WEST 55TH STREET
NEW YORK, NY, 10019

MORRISON & FOERSTER LLP
ATTN: MERYL L. ROTHCHILD
(COUNSEL TO GMAC MORTGAGE, LLC)
250 WEST 55TH STREET
NEW YORK, NY, 10019

MORRISON & FOERSTER, LLP
ATTN: BRETT H. MILLER, ESQ
(COUNSEL TO OVERSEA-CHINESE
BANKING CORP, INF GRP
OF TAIWAN FIN INST, FONDO LATINO
AND AB BANKAS)
250 WEST 55TH STREET
NEW YORK, NY, 10019

MORRISON COHEN LLP
ATTN: MICHAEL R. DAL LAGO, ESQ.
(COUNSEL TO CARMIGNAC GESTION)
909 THIRD AVENUE
NEW YORK, NY, 10022

MOSES & SINGER LLP
ATTN:  JAMES M. SULLIVAN, ESQ.
(COUNSEL TO CHINA DEVELOPMENT
INDUSTRIAL BANK & DOTSON
INVESTMENTS LIMITED)
THE CHRYSLER BUILDING 405
LEXINGTON AVENUE
NEW YORK, NY, 10174

MOSES & SINGER LLP
ATTN: ALAN KOLOD, MARK PARRY &
KENT KOLBIG
(COUNSEL TO DEUTSCHE BANK AG)
THE CHRYSLER BUILDING)
405 LEXINGTON AVENUE
NEW YORK, NY, 10174

MRS. S.A.B. VAN ROOY, DVM AND LLM
SCHOONOUWENSEWEG 24
2821 NX STOLWIJK,
THE NETHERLANDS

NATIONWIDE FUND ADVISORS
ATTN: ERIC E MILLER, ESQ
SVP/GENERAL COUNSEL
1000 CONTINENTAL DR STE 400
KING OF PRUSSIA, PA, 19406-2850

NEW YORK CITY LAW DEPARTMENT
FRANCES HENN ASSISTANT
CORPORATION COUNSEL
100 CHURCH STREET, ROOM 5-199
NEW YORK, NY, 10077

NEWEDGE USA, LLC
ATTN: RICHARD FINGARD, GROUP
DEPUTY GENERAL COUNSEL, NEWEDGE
550 WEST JACKSON BLVD, SUITE 500
CHICAGO, IL, 60661

NIXON PEABODY LLP
ATTN: DENNIS J. DREBSKY
(COUNSEL TO SAN MATEO, MONTEREY,
MITSUI-MOL)
437 MADISON AVENUE
NEW YORK, NY, 10022

## EXHIBIT A

NIXON PEABODY, LLP
ATTN: AMANDA DARWIN
(COUNSEL TO DEUTSCHE BANK TRUST
CO. AMERICAS & LONGSHORE CDO
FUNDING 2007-3, LTD. & ZAIS INVST.)
100 SUMMER STREET
BOSTON, MA, 02110

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN
(COUNSEL TO THE METROPOLITAN
TRANSIT AUTHORITY &
WELLINGTON MGMT COMPANY,
GEORGETOWN UNIVERSITY)
100 SUMMER STREET
BOSTON, MA, 02110

NIXON PEABODY, LLP
ATTN: VICTOR G. MILIONE
(COUNSEL TO BRYANT UNIVERSITY)
100 SUMMER STREET
BOSTON, MA, 02110

NIXON PEABODY, LLP
ATTN: MARK N. BERMAN &
CHRISTOPHER M. DESIDERIO
(COUNSEL TO THE COMMONWEALTH OF
PUERTO RICO, PUERTO RICO SALES TAX
FINANCING CORPORATION &
437 MADISON AVENUE
NEW YORK, NY, 10022

NIXON PEABODY, LLP
ATTN: RICHARD C. PEDONE
(COUNSEL TO LONGSHORE CDO
FUNDING 2007-3, LTD. &
ZAIS INVESTMENT GRADE LIMITED II)
100 SUMMER STREET
BOSTON, MA, 02110

NOMURA HOLDING AMERICA, INC
ATTN: PENNY TEHRANI
TWO WORLD FINANCIAL CENTER
BUILDING B, 22ND FLOOR
NEW YORK, NY, 10281

OFFICE OF ATTORNEY GENERAL
ATTN: CHRISTOPHER R. MOMJIAN
(COUNSEL TO THE COMMONWEALTH OF
PENNSYLVANIA
DEPT OF REVENUE, BUREAU OF
ACCOUNTS SETTLEMENT)
21 S. 12TH STREET, 3RD FLOOR
PHILADELPHIA, PA, 19107-3603

OFFICE OF THE MINNESOTA ATTORNEY
GENERAL
ATTN: JOHN MULE'
(COUNSEL TO MINNESOTA STATE BOARD
OF INVESTMENT)
445 MINNESOTA STREET, SUITE 900
SAINT PAUL, MN, 55101-2127

OPPENHEIMERFUNDS, INC.
CHIEF COMPLIANCE OFFICER
6803 SOUTH TUCSON WAY
ENGLEWOOD, CO, 80112-3924

OPPENHEIMERFUNDS, INC.
2 WORLD FINANCIAL CENTER
225 LIBERTY STREET, 16TH FL
NEW YORK, NY, 10281-1008

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA
(COUNSEL TO TELECOM ITALIA CAPITAL
S.A. & DEPFA
BANK PLC)
51 WEST 52ND STREET
NEW YORK, NY, 10019-6142

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: RANIERO D'AVERSA, JR.
(COUNSEL TO THE BANK OF NOVA
SCOTIA)
51 WEST 52ND STREET
NEW YORK, NY, 10019-6142

## EXHIBIT A

ORRICK HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY, ESQ.
(COUNSEL TO THE BANK OF NOVA
SCOTIA)
1152 15TH STREET, NW
WASHINGTON, DC, 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: JONATHAN P. GUY
DEBRA L. FELDER
(COUNSEL TO RIZAL COMMERCIAL
BANKING CORPORATION)
1152 15TH STREET, N.W.
WASHINGTON, DC, 20005-1706

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: LORRAINE S. MCGOWEN, RANIERO
D'AVERSA, JR.
(COUNSEL TO RIZAL COMMERCIAL
BANKING CORPORATION)
666 FIFTH AVENUE
NEW YORK, NY, 10103-0001

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: THOMAS J. WELSH, ESQ.
(COUNSEL TO DEPFA BANK PLC)
400 CAPITAL MALL
SUITE 3000
SACRAMENTO, CA, 95814

OTC CORPORATE ACTIONS
ATTN: SHAMIRA ASSURIAN
9509 KEY WEST AVENUE
ROCKVILLE, MD, 20850

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATTN: WILLIAM M. SILVERMAN AND
PETER FELDMAN, ESQ
(COUNSEL TO THE BANK OF TOKYO-
MITSUBISHI UFJ, LTD & FDIC AS
RECEIVER OF WESTERNBANK PUERTO
RICO)
230 PARK AVENUE
NEW YORK, NY, 10169-0075

OTTERBOURG, STEINDLER, HOUSTON &
ROSEN, P.C.
ATTN: MELANIE CYGANOWSKI ESQ. &
PETER FELDMAN, ESQ
(COUNSEL TO THE FREEDOM FORUM,
INC.)
230 PARK AVENUE
NEW YORK, NY, 10169-0075

PADUANO & WEINTRAUB LLP
ATTN: WILLARD KNOX
(COUNSEL TO JASON T TAYLOR &
PHILLIP WALSH)
1251 AVENUE OF THE AMERICAS
NINTH FLOOR
NEW YORK, NY, 10020

PARKER POE ADAMS & BERNSTEIN LLP
ATTN: KIAH T. FORD IV
(COUNSEL TO DUKE ENERGY OHIO, INC.)
THREE WACHOVIA CENTER
401 S. TRYON STREET, SUITE 3000
CHARLOTTE, NC, 28202

PATTERSON BELKNAP WEBB & TYLER
LLP
ATTN: DAVID W. DYKHOUSE AND BRIAN
P. GUINEY
(COUNSEL TO ASBURY ATLANTIC AND
ASBURY-SOLOMONS)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036-6710

PAUL HASTINGS LLP
ATTN: HARVEY A. STRICKON (HS5210)
(COUNSEL TO GE CAPITAL CORP,
EUROPEAN BANK FOR
RECONSTRUCTION)
75 EAST 55TH STREET
NEW YORK, NY, 10022-3205

## EXHIBIT A

PAUL HASTINGS LLP
ATTN: MARTIN EDELMAN, ROBERT
WERTHEIMBER
(COUNSEL TO 605 THIRD AVENUE FEE
LLC)
75 EAST 55TH STREET
NEW YORK, NY, 10022

PAUL HASTINGS LLP
ATTN: LUC DESPINS, ANDREW TENZER,
JOHN RAMIREZ
(COUNSEL TO CARVAL INVESTORS UK
LIMITED & CERTAIN
OF ITS AFFILIATES)
75 EAST 55TH STREET
NEW YORK, NY, 10022-3205

PEITZMAN, WEG & KEMPINSKY LLP
ATTN: DAVID B. SHEMANO
(COUNSEL TO AVISTA CORP., CASCADE
INVESTEMENT LLC,
AND POWEREX CORP.)
10100 SANTA MONICA BLVD., SUITE 1450
LOS ANGELES, CA, 90067

PENNYMAC LOAN SERVICES, LLC
C/O ALRDRIDGE CONNORS LLP
ATTN: CIRO A. MESTRES, ESQ -
BANKRUPTCY DEPT.
FIFTEEN PIEDMONT CENTER
3575 PIEDMONT ROAD, N.E., SUITE 500
ATLANTA, GA, 30305

PEPPER HAMILTON LLP
ATTN: KAY STANDRIDGE KRESS
DEBORAH KOVSKY-APAP
(COUNSEL TO ING BANK)
4000 TOWN CENTER, SUITE 1800
SOUTHFIELD, MI, 48075

PEPPER HAMILTON LLP
ATTN: AUDREY D. WISOTSKY, ESQ.
(COUNSEL TO ING BANK)
301 CARNEGIE CENTER, SUITE 400
PRINCETON, NJ, 08543-5276

PEPPER HAMILTON LLP
ATTN: FRANCIS J. LAWALL, ESQ NINA
VARUGHESE, ESQ
(COUNSEL TO ENCANA CORP, ENCANA
OIL & GAS)
3000 TWO LOGAN SQUARE
EIGHTEENTH AND ARCH STREETS
PHILADELPHIA, PA, 19103-2799

PEPPER HAMILTON LLP
ATTN: EVELYN J. MELTZER AND JOHN H.
SCHANNE II
(COUNSEL TO ENCANA CORP. AND
ENCANA OIL & GAS)
HERCULES PLAZA, SUITE 5100
1313 MARKET STREET, P.O. BOX 1709
WILMINGTON, DE, 19899-1709

PHOENIX AMERICAN FINANCIAL
SERVICES, INC.
ATTN: JOSEPH HORGAN
2401 KERNER BLVD
SAN RAFAEL, CA, 94901

PILLSBURY WINTHROP SHAW PITTMAN
LLP
ATTN: SAMUEL CAVIOR,ESQ. EDWARD
FLANDERS,ESQ.
(COUNSEL TO UNION BANK OF
CALIFORNIA, N.A.)
1540 BROADWAY
NEW YORK, NY, 10036-4039

PILLSBURY WINTHROP SHAW PITTMAN
LLP
ATTN: NATHAN SPATZ
(COUNSEL TO UNION BANK OF
CALIFORNIA, N.A.)
725 SOUTH FIGUEROA STREET, SUITE
2800
LOS ANGELES, CA, 90017-5443

## EXHIBIT A

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
ATTN: DANIEL J. FLANIGAN
(COUNSEL TO EHMD, LLC)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO, 64112

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
ATTN: JAMES E BIRD
(COUNSEL TO BATS HOLDINGS, INC.)
700 W. 47TH STREET, SUITE 1000
KANSAS CITY, MO, 64112

POLSINELLI SHALTON FLANIGAN
SUELTHAUS PC
ATTN: CHRISTOPHER A WARD
(COUNSEL TO BATS HOLDINGS, INC.)
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE, 19801

POST & SCHELL, P.C.
ATTN: BRIAN W. BISIGNANI, ESQ.
(COUNSEL TO AON CONSULTING)
17 NORTH 2ND STREET, 12TH FLOOR
HARRISBURG, PA, 17101-1601

PROSKAUER ROSE LLP
ATTN: IRENA M. GOLDSTEIN
(COUNSEL TO ROYAL BANK OF
SCOTLAND PLC, ROYAL
BANK OF SCOTLAND, N.V., RBS
SECURITIES INC, ET AL)
ELEVEN TIMES SQUARE
NEW YORK, NY, 10036

PROSKAUER ROSE LLP
ATTN: MARTIN J. BIENENSTOCK &
JEFFREY CHUBAK
(COUNSEL TO THE WALT DISNEY
COMPANY & THE WALT
DISNEY COMPANY MASTER RETIREMENT
PLAN)
ELEVEN TIMES SQUARE
NEW YORK, NY, 10036

PROSKAUER ROSE LLP
ATTN: MASSIEL PEDREIRA -
BETHENCOURT
(COUNSEL TO FEDERAL HOME LOAN
BANK OF CINCINNATI)
ELEVEN TIMES SQUARE
NEW YORK, NY, 10036

PRYOR CASHMAN LLP
ATTN: RONALD S BEACHER, ESQ
(COUNSEL TO SPCP GROUP, BANK OF
VALLETTA P.L.C &
APS BANK LTD.)
7 TIMES SQUARE
NEW YORK, NY, 10036

PURSUIT PARTNERS
ATTN: FRANK CANELAS, ANTHONY
SCHEPIS,
333 LUDLOW STREET, NORTH TOWER,
4TH FLOOR
STAMFORD, CT, 06902

RABINOWITZ LUBETKIN & TULLY, LLC
ATTN: JONATHAN I. RABINOWITZ AND
BARRY J. ROY
(COUNSEL TO SOMERSET PROPERTIES
SPE, LLC)
293 EISENHOWER PARKWAY SUITE 100
LIVINGSTON, NJ, 07039

RAVERT PLLC
ATTN: GARY O. RAVERT, ESQ.
(COUNSEL TO SCOTIA CAPITAL (USA)
INC.)
116 WEST 23 STREET, FIFTH FLOOR
NEW YORK, NY, 10011

REED SMITH LLP
ATTN: L HILL
(COUNSEL TO GALLEON BUCCANEERS
OFFSHORE LTD)
599 LEXINGTON AVENUE
NEW YORK, NY, 10022

## EXHIBIT A

REED SMITH LLP
ATTN: KURT F. GWYNNE, J. CORY
FALGOWSKI
(COUNSEL TO GE CAPITAL INFORMATION
TECH SOLUTION)
1201 N MARKET STREET SUITE 1500
WILMINGTON, DE, 19801

REED SMITH LLP
ATTN: CHRIS LYNCH
(COUNSEL TO GE CAPITAL INFORMATION
TECH SOLUTIONS;
QUEST & QWEST COMMUNICATIONS;
IKON OFFICE)
599 LEXINGTON AVENUE 30TH FLOOR
NEW YORK, NY, 10022

REED SMITH LLP
ATTN: MICHAEL J. VENDITTO
(COUNSEL TO BNY CORPORATE TRUSTEE
SERVICES LTD.)
599 LEXINGTON AVE.
NEW YORK, NY, 10022

REID COLLINS & TSAI LLP
ATTN: ANGELA J. SOMERS, ESQ.
(COUNSEL TO BLACK DIAMOND
OFFSHORE LTD. & DOUBLE
BLACK DIAMOND OFFSHORE LTD.)
ONE PENN PLAZA, 49TH FLOOR
NEW YORK, NY, 10119

RICH MICHAELSON MAGALIFF MOSER,
LLP
ATTN: HOWARD P. MAGALIFF, ESQ.
(COUNSEL TO ROGER SAKS)
340 MADISON AVENUE, 19TH FLOOR
NEW YORK, NY, 10173

RICHARD W. MARTINEZ, APLC
RICHARD W. MARTINEZ
(COUNSEL TO LOUISIANA SHERIFF'S
PENSION & RELIEF
FUND)
228 ST. CHARLES AVENUE, SUITE 1310
NEW ORLEANS, LA, 70130

RIDDELL WILLIAMS P.S.
ATTN: JOSPEH E. SHICKICH
(COUNSEL TO MICROSOFT CORP &
LICENSING GP)
1001 4TH AVENUE SUITE 4500
SEATTLE, WA, 98154-1192

RIEMER & BRAUNSTEIN LLP
ATTN: GUY MOSS, ALAN BRAUNSTEIN
AND ALEXANDER
RHEAUME
(COUNSEL TO SALEM FIVE CENTS
SAVINGS BANK)
THREE CENTER PLAZA
BOSTON, MA, 02108

ROGER B. NAGIOFF
THE LEYS
BARNET LANE
ELSTREE
HERFORDSHIRE, , WD6 3RQ
UNITED KINGDOM

ROPES & GRAY LLP
ATTN: D. ROSS MARTIN
(COUNSEL TO MASSACHUSETTS
HOUSING FINANCE AGENCY)
PRUDENTIAL TOWER
800 BOYLSTON STREET
BOSTON, MA, 02199

ROPES & GRAY LLP
ATTN: PHILIP A. WELLS
(CONSEL TO SANKATY CREDIT
OPPORTUNITIES III, LP &
SANKATY SPECIAL SITUATIONS I, LP)
1211 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036-8704

RUSSELL INVESTMENTS
ATTN: ELOIT COHEN
909 A STREET
TACOMA, WA, 98402-5120

## EXHIBIT A

RUSSELL R. JOHNSON III
(COUNSEL TO DUKE ENERGY OHIO, INC.)
2258 WHEATLANDS DRIVE
MANAKIN SABOT, VA, 23103

SAINT JOSEPH'S UNIVERSITY
OFFICE OF THE GENERAL COUNSEL
ATTN: MARIANNE SCHIMELFENIQ, ESQ.
(COUNSEL TO SAINT JOSEPH'S
UNIVERSITY)
5600 CITY AVENUE
PHILADELPHIA, PA, 19131-1395

SALANS
ATTN: CLAUDE D. MONTGOMERY & LEE
P. WHIDDEN
(COUNSEL TO SVENSKA, SWEDBANK,
ARAB BANK, BANK PEKAO, GL TRADE,
BNY, EZE CASTLE & LIQUIDPOINT)
620 FIFTH AVENUE
NEW YORK, NY, 10020

SAUL EWING LLP
ATTN: ADAM H. ISENBERG, ESQ.
(COUNSEL TO THE PENN CONVENTION
CENTER AUTHORITY)
CENTRE SQUARE WEST
1500 MARKET STREET, 38TH FLOOR
PHILADELPHIA, PA, 19102

SCHIFF HARDIN LLP
ATTN: JASON TORF
(COUNSEL TO NORTHERN INDIANA
PUBLIC SERVICE CO.
AND NISOURCE FINANCE CORP.)
6600 SEARS TOWER
CHICAGO, IL, 60606

SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
NKA BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP
ATTN: JOHN A KEHOE, ESQ.
(COUNSEL TO ALAMEDA COUNTY, GOVT.
OF GUAM, ET AL.)
280 KING OF PRUSSIA ROAD
WAYNE, PA, 19087

SCHLAM STONE & DOLAN LLP
ATTN: BENNETTE D. KRAMER
COUNSEL TO GLENCORE COMMODITIES
LTD MOORE CAP MGT ALPHADYNE
INTERNATIONAL MASTER FUND
26 BROADWAY
NEW YORK, NY, 10004

SCHNADER HARRISON SEGAL & LEWIS
LLP
ATTN: NICHALOS J. LEPORE, III, ESQ.
(COUNSEL TO PJM INTERCONNECTION,
LLC)
1600 MARKET STREET, SUITE 3600
PHILADELPHIA, PA, 19103-7286

SCHNEIDER, SMELTZ, RANNEY &
LAFOND, PLL
ATTN: JAMES D. VAIL, ESQ.
(COUNSEL TO JUDSON)
1111 SUPERIOR AVENUE, SUITE 1000
CLEVELAND, OH, 44114

SECURITIES INVESTOR PROTECTION
CORPORATION
805 15TH STREET, N.W.
SUITE 800
WASHINGTON, DC, 20005-2215

SEWARD & KISSEL LLP
ATTN: RONALD L. COHEN, ESQ.
(COUNSEL TO THE SUMITOMO TRUST &
BANKING CO., LTD. ET AL.)
ONE BATTERY PARK PLAZA
NEW YORK, NY, 10004

## EXHIBIT A

SEWARD & KISSEL LLP
ATTN: JOHN R. ASHMEAD, ESQ.
(COUNSEL TO GLOBAL, PANTON, CFIP,
CURA, TURNBERRY, INVESTCORP ET AL,
DIAMOND NOTCH AND TANG CAPITAL)
ONE BATTERY PARK PLAZA
NEW YORK, NY, 10004

SEWARD & KISSEL LLP
ATTN: M. WILLIAM MUNNO, ESQ.
(COUNSEL TO LAW DEBENTURE TRUST
CO. OF NEW YORK)
ONE BATTERY PARK PLAZA
NEW YORK, NY, 10004

SEWARD & KISSEL LLP
ATTN: DANIEL E. GUZMAN, ESQ.
(COUNSEL TO LAW DEBENTURE TRUST
CO. OF NEW YORK)
ONE BATTERY PARK PLAZA
NEW YORK, NY, 10004

SHEARMAN & STERLING LLP
ATTN: FREDRIC SOSNICK, ESQ.,
AND NED S. SCHODEK, ESQ.
(COUNSEL TO BANK OF AMERICA, N.A.)
599 LEXINGTON AVENUE
NEW YORK, NY, 10022

SHELL OIL COMPANY
ATTN: JENNIFER M. GORE, ESQ.
1000 MAIN STREET, LEVEL 12
HOUSTON, TX, 77002

SHELL TRADING (US) COMPANY
ATTN: JENNIFER GORE
910 FANNIN, PLAZA LEVEL 1
HOUSTON, TX, 77010

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATTN: CARREN SHULMAN
(COUNSEL TO THE BANK OF NEW YORK
MELLON)
30 ROCKEFELLER PLAZA 24TH FLOOR
NEW YORK, NY, 10112

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATTN: MALANI J. CADEMARTORI, ESQ.
(COUNSEL TO NORTON GOLD FIELDS
LIMITED)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY, 10112

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATTN: EDWARD H TILLINGHAST, III &
BLANKA WOLFE
(COUNSEL TO MAKOLA 2005 SL)
30 ROCKEFELLER PLAZA
NEW YORK, NY, 10112

SHEPPARD MULLIN RICHTER &
HAMPTON LLP
ATTN: MALANI J. CADEMARTORI &
BLANKA K. WOLFE
(COUNSEL TO AGRICULTURAL BANK OF
TAIWAN)
30 ROCKEFELLER PLAZA
NEW YORK, NY, 10112

SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
ATTN: RUSSELL L. REID AND BLANKA K.
WOLFE
(COUNSEL TO ISRAEL DISCOUNT BANK
OF NEW YORK)
30 ROCKEFELLER PLAZA, 24TH FLOOR
NEW YORK, NY, 10112

SHIPMAN & GOODWIN LLP
ATTN: JULIE A. MANNING, ESQ.
(COUNSEL TO GARTNER, INC., GARTNER
UK, COMPUTER
FINANCIAL CONSULTANTS, TANGOE
AND OPEN SOLUTIONS)
ONE CONSTITUTION PLAZA
HARTFORD, CT, 06103-1919

## EXHIBIT A

SHUTTS & BOWEN LLP
ATTN: JAMES A. TIMKO
(COUNSEL TO THE "SUNGARD ENTITIES)
300 SOUTH ORANGE AVE., SUITE 1000
ORLANDO, FL, 32801

SIDLEY AUSTIN LLP
ATTN: ANDREW C. QUALE, JR., ALAN M.
UNGER
(COUNSEL TO AIRCRAFT FINANCE
TRUST)
787 SEVENTH AVENUE
NEW YORK, NY, 10019

SILVERMANACAMPORA LLP
ATTN: RONALD J. FRIEDMAN
(COUNSEL TO MARTHA CHILTON
MUELLER)
100 JERICHO QUADRANGLE, SUITE 300
JERICHO, NY, 11753

SIMPSON THACHER & BARTLETT LLP
ATTN: SANDEEP QUSBA
425 LEXINGTON AVENUE
NEW YORK, NY, 10017

SKADDEN, ARPS, MEAGHER AND FLOM
LLP
(SPECIAL COUNSEL FOR THE DEBTORS IN
POSSESSION)
ATTN: RAJIV MADAN AND ANGIE OWEN
1440 NEW YORK AVENUE
WASHINGTON, DC, 20005-2111

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
ATTN: SALLY MCDONALD HENRY
(COUNSEL TO REGION MARCHE, NASDAQ
OMX, CHICAGO
MERCANTILE EX. AND BLACKROCK
FINANCIAL MANAGEMENT)
FOUR TIMES SQUARE
NEW YORK, NY, 10036

SONNENSCHEIN NATH & ROSENTHAL
LLP
ATTN: D. FARRINGTON YATES
(COUNSEL TO DR. MICHAEL C. FREGE)
1221 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020

SONNENSCHEIN NATH & ROSENTHAL
LLP
ATTN: PATRICK C. MAXCY, ESQUIRE
(COUNSEL TO DR. MICHAEL C. FREGE)
8000 SEARS TOWER
233 WACKER DRIVE
CHICAGO, IL, 60606

SQUIRE, SANDERS & DEMPSEY L.L.P.
ATTN: STEPHEN D. LERNER
(COUNSEL TO BROADRIDGE PROCESSING
SOLUTIONS, INC.)
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH, 45202

STAGG, TERENZI, CONFUSIONE &
WABNIK, LLP
ATTN: RONALD TERENZI AND CARA
GOLDSTEIN
(COUNSEL TO LAUREL COVE
DEVELOPMENT)
401 FRANKLIN AVENUE
GARDEN CITY, NY, 11530

STAMELL & SCHAGER, LLP
ATTN: RICHARD SCHAGER, JR. &
ANDREW GOLDENBERG
(COUNSEL TO KAREN M. KRIEGER &
GREGG SOMMA, ET AL)
555 FIFTH AVENUE, STE. 1400
NEW YORK, NY, 10017

STANDARD CHARTERED BANK
ATTN: MARC CHAIT
1095 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

## EXHIBIT A

STARR & STARR, PLLC
ATTN: STEPHEN Z. STARR, ESQ.
(COUNSEL TO JUDSON)
260 MADISON AVENUE, 17TH FLOOR
NEW YORK, NY, 10016

STEIN & LUBIN LLP
ATTN: DENNIS D. MILLER
(COUNSEL TO OVERSTOCK.COM)
600 MONTGOMERY STREET, 14TH FLOOR
SAN FRANCISCO, CA, 94111

STEMPEL BENNETT CLAMAN &
HOCHBERG, P.C.
ATTN: EDMOND P. O'BRIEN
(COUNSEL TO SLG 220 NEWS OWNER
LLC)
675 THIRD AVENUE, 31ST FLOOR
NEW YORK, NY, 10017

STEVENS & LEE, P.C.
ATTN: CONSTANTINE POURAKIS
(COUNSEL TO 1301 PROPERTIES OWNER
LP PARAMOUNT GP)
485 MADISON AVE, 20TH FLOOR
NEW YORK, NY, 10022

STRADLEY RONON STEVENS & YOUNG,
LLP
ATTN: MICHAEL J. CORDONE, ESQ.
(COUNSEL TO SAINT JOSEPH'S
UNIVERSITY)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA, 19103-7098

STRADLEY RONON STEVENS & YOUNG,
LLP
ATTN: PAUL A PATTERSON AND
MICHAEL J. CORDONE
(COUNSEL TO AIM FUNDS AND AIM
ADVISORS)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA, 19103-7098

STRADLEY RONON STEVENS & YOUNG,
LLP
ATTN: PAUL PATTERSON, MICHAEL
CORDONE, MARK DORVAL
(COUNSEL TO FULTON BANK,
ABERDEEN, NATIONWIDE FUND
DELAWARE MGMT HOLDINGS,
TEMPLETON GLOBAL, ET AL.)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA, 19103-7098

STRADLEY RONON STEVENS & YOUNG,
LLP
ATTN: M DORVAL, P PATTERSON, D
JOSEPH, J MURPHY
(COUNSEL TO CARLYLE MORTGAGE
CAPITAL, LLC, BNC 2007-4, LLC, SASC
2007-BC4 A4, ET. AL)
2600 ONE COMMERCE SQUARE
PHILADELPHIA, PA, 19103-7098

STREUSAND & LANDON LLP
ATTN: G JAMES LANDON, ESQ RICHARD
D VILLA, ESQ.
(COUNSEL TO: VIGNETTE EUROPE
LIMITED)
515 CONGRESS AVE STE 2525
AUSTIN, TX, 78701-3508

STREUSAND & LANDON LLP
515 CONGRESS AVE STE 2525
AUSTIN, TX, 78701-3508

STROOCK & STROOCK & LAVAN LLP
ATTN: LAWRENCE M. HANDELSMAN AND
DENISE K. WILDES
(COUNSEL TO STAMFORD ASSOCIATES
L.P.)
180 MAIDEN LANE
NEW YORK, NY, 10038

## EXHIBIT A

STROOCK & STROOCK & LAVAN LLP
ATTN: HAROLD A. OLSEN
(COUNSEL TO MERCURIA ENERGY TR,
DEUTSCHE ZENTRAL,
BASSO CAPITAL, MAGNETAR CAPTIAL
AND MITSUI & CO.)
180 MAIDEN LANE
NEW YORK, NY, 10038

STROOCK & STROOCK & LAVAN LLP
ATTN: CLAUDE G. SZYFER
(COUNSEL TO STRUCTURED CREDIT
AMERICA LTD. &
MIZUHO INTERNATIONAL PLC)
180 MAIDEN LANE
NEW YORK, NY, 10038

SULLIVAN & CROMWELL LLP
ATTN: JEFFREY T. SCOTT & JOSHUA
FRITSCH
(COUNSEL TO BARCLAYS BANK PLC &
LONG ISLAND
INTERNATIONAL LIMITED)
125 BROAD STREET
NEW YORK, NY, 10004-2498

SULLIVAN & CROMWELL LLP
ATTN: JOHN G. MCCARTHY
(COUNSEL TO CANARY WHARF
MANAGEMENT LTD., HERON
QUAYS (HQ2) T1 LTD & HERON QUAYS
(HQ2) T2 LTD)
125 BROAD STREET
NEW YORK, NY, 10004

SULLIVAN & CROMWELL LLP
ATTN: KATHLEEN S. MCARTHUR
(COUNSEL TO BARCLAYS BANK PLC,
BARCLAYS CAPITAL
INC. AND LONG ISLAND INTERNATIONAL
LLC)
1700 NEW YORK AVE. N.W.
WASHINGTON, DC, 20006

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: RICHARD G. MURPHY, JR. MARK D
SHERRILL
(COUNSEL TO SHELL, AGBANK. AVIVA,
AGRIBANK, KRAFT, PROFUNDS, AGFIRST,
PHILIP MORRIS, VINING-SPARKS)
700 SIXTH STREET, NW, SUITE 700
WASHINGTON, DC, 20001-3980

SUTHERLAND ASBILL & BRENNAN LLP
ATTN: P. BRUCE WRIGHT, ESQ.
(COUNSEL TO CUSTOMER ASSET
PROTECTION COMPANY)
1114 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036-7703

TAFT STETTINIUS & HOLLISTER LLP
ATTN: W. TIMOTHY MILLER, ESQ.
(COUNSEL TO THE FEDERAL HOME LOAN
BANK OF CINCINNATI)
425 WALNUT STREET, STE. 1800
CINCINNATI, OH, 45202

TENNESSEE DEPARTMENT OF REVENUE
C/O TN ATTORNEY GENERAL'S OFFICE,
BANKRUPTCY DIV.
PO BOX 20207
NASHVILLE, TN, 37202-0207

THE BANK OF NEW YORK MELLON
ATTN: JONATHAN GOLDBLATT
ONE WALL STREET, 11TH FLOOR
NEW YORK, NY, 10286

THE BANK OF TOKYO-MITSUBISHI UFJ,
LTD.
ATTN: MONIQUE L. MORREALE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY, 10020-1104

## EXHIBIT A

THE LAW OFFICE OF THOMAS M.
MULLANEY
ATTN: THOMAS M. MULLANEY
(COUNSEL TO JONATHAN HOFFMAN &
1EE LLC)
489 FIFTH AVENUE
NEW YORK, NY, 10017

THE SUMITOMO TRUST & BANKING CO.,
LTD
ATTN: MR. MASAYA YAMASHIRO,
SENIOR MANAGER
GRANTOKYO, SOUTH TOWER
1-9-2, MARUNOUCHI, CHIYODA-KU
TOKYO 100-6611, JAPAN

THE WILSON LAW FIRM PC
ATTN: L. MATT WILSON, ESQ.
(COUNSEL TO GREG GEORGAS & MARK
GROCK)
950 EAST PACES FERRY ROAD
SUITE 3250 ATLANTA PLAZA
ATLANTA, GA, 30326

THOMPSON & KNIGHT LLP
ATTN: DEMETRA L. LIGGINS
(COUNSEL TO CROSSROADS
INVESTMENT ADVISORS, LP
DIRECT ENERGY BUSINESS LLC)
919 THIRD AVENUE, 39TH FLOOR
NEW YORK, NY, 10022-3915

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL
(COUNSEL TO DIRECT ENERGY
BUSINESS, LLC)
333 CLAY STREET, SUITE 3300
HOUSTON, TX, 77002-4499

THOMPSON & KNIGHT LLP
ATTN: RHETT G. CAMPBELL & MITCHELL
E. AYER
(COUNSEL TO CHEVRON NATURAL GAS)
333 CLAY STREET, SUITE 3300
HOUSTON, TX, 77002

THOMPSON COBURN LLP
ATTN: MARK V. BOSSI
(COUNSEL TO ARG FUNDING CORP AND
VANGUARD CAR
RENTAL USA HO)
ONE US BANK PLAZA
SAINT LOUIS, MO, 63101

TISHMAN SPEYER PROPERTIES, LP
ATTN: MICHAEL BENNER, ANN MENARD,
BRADLEY TURK
45 ROCKEFELLER PLAZA
NEW YORK, NY, 10111

TOBIN & TOBIN
ATTN: JOHN P. CHRISTIAN, ESQ.
(COUNSEL TO JOHN ROSEKRANS)
500 SANSOME STREET, 8TH FLOOR
SAN FRANCISCO, CA, 94111-3214

TODTMAN, NACHAMIE, SPIZZ & JOHNS,
P.C.
ATTN: WESLEY CHEN, ESQ., JILL
MAKOWER, ESQ.
(COUNSEL TO METROPOLITAN BANK &
TRUST COMPANY)
425 PARK AVENUE
NEW YORK, NY, 10022

TOGUT, SEGAL & SEGAL LLP
ATTENTION: NEIL BERGER, ESQ.
STEPHANIE SKELLY, ESQ.
(COUNSEL TO TRONOX, INCORPORATED,
ET AL.)
ONE PENN PLAZA, SUITE 3335
NEW YORK, NY, 10019

TRAVELERS
NATIONAL ACCOUNTS
ATTN: OLGA PRESS, ACCOUNT
RESOLUTION
1 TOWER SQUARE - 5MN
HARTFORD, CT, 06183-4044

## EXHIBIT A

TROUTMAN SANDERS LLP
ATTN: LEE STREMBA, ESQ.
(COUNSEL TO JASON WALLACE)
THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NY, 10174

TUCKER ARENSBURG, P.C.
ATTN: BEVERLY WEISS MANNE AND
MICHAEL A. SHINER, ESQS.
(COUNSEL TO FEDERAL HOME LOAN
BANK OF PITTSBURGH)
1500 ONE PPG PLACE
PITTSBURGH, PA, 15222

TW TELECOM INC.
ATTN: LINDA BOYLE
10475 PARK MEADOWS DRIVE, #400
LITTLETON, CO, 80124

US SECURITIES AND EXCHANGE
COMMISSION
MARK SCHONFELD, REGIONAL
DIRECTOR
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC, 20534

US SECURITIES AND EXCHANGE
COMMISSION
NEAL JACOBSON
DIVISION OF MARKET REGULATION
450 5TH STREET, NW
WASHINGTON, DC, 20534

VEDDER PRICE P.C.
ATTN: DOUGLAS J. LIPKE, ESQ.
(COUNSEL TO NEWEDGE USA, LLC)
222 N. LASALLE STREET
CHICAGO, IL, 60601-1003

VENABLE LLP
ATTN: EDWARD A. SMITH, ESQ.
(COUNSEL TO DELTA AIR LINES, INC.)
1270 AVENUE OF THE AMERICAS, 25TH
FLOOR
NEW YORK, NY, 10020

VINSON & ELKINS L.L.P.
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO GSEF AL NAWRAS
(CAYMAN) LIMITED)
666 FIFTH AVENUE, 27TH FLOOR
NEW YORK, NY, 10103

VINSON & ELKINS L.L.P.
ATTN: JOHN E. WEST AND STEVEN M.
ABRAMOWITZ
(COUNSEL TO CONTINENTAL AIRLINES,
INC.)
1001 FANNIN STREET, SUITE 2500
HOUSTON, TX, 77002-6760

VINSON & ELKINS LLP
ATTN: STEVEN M. ABRAMOWITZ
(COUNSEL TO SHINSEI BANK LIMITED)
666 FIFTH AVENUE, 26TH FLOOR
NEW YORK, NY, 10103

VINSON & ELKINS RLLP
ATTN: JEFFREY E. ELDREDGE
(COUNSEL TO GSEF AL NAWRAS
(CAYMAN) LIMITED)
CITY POINT, 33RD FLOOR
ONE ROPEMAKED STREET
LONDON EC2Y 9UE,  UK

WACHTELL, LIPTON, ROSEN & KATZ
ATTN: HAROLD S. NOVIKOFF,ESQ,
RICHARD G. MASON,ESQ
(COUNSEL TO JP MORGAN CHASE BANK)
51 WEST 52ND STREET
NEW YORK, NY, 10019-6150

## EXHIBIT A

WARNER & SCHEUERMAN
ATTN: JONATHAN D. WARNER, ESQ.
(COUNSEL TO MAXIMILIAN CORETH)
6 WEST 18TH STREET, 10TH FLOOR
NEW YORK, NY, 10011

WATSON, FARLEY & WILLIAMS (NEW
YORK) LLP
ATTN: CHRISTOPHER BELISLE, JANE
FREEBERG SARMA
(COUNSEL TO ROGER B. NAGIOFF)
1133 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

WEIL GOTSHAL & MANGES LLP
ATTN: JACQUELINE MARCUS, ALFREDO
R. PEREZ,
ROBERT J. LEMONS & GARRETT A. FAIL
(COUNSEL TO THE DEBTORS)
767 FIFTH AVENUE
NEW YORK, NY, 10153

WHITE & CASE LLP
ATTN: RICHARD GRAHAM
(COUNSEL TO DNB NOR BANK ASA)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036-2787

WHITE & CASE LLP
ATTN: THOMAS E. MACWRIGHT JR. AND
AILEEN VENES
(COUNSEL TO DNB NOR BANK ASA)
WACHOVIA FINANCIAL CENTER SUITE
4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL, 33131

WHITE & CASE LLP
ATTN: ERIC LEICHT
(COUNSEL TO TIGER ASIA FUND, L.P. AND
TIGER ASIA
OVERSEAS FUND, LTD.)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036

WHITE & CASE LLP
ATTN: MICHAEL RUETZEL,
(COUNSEL TO GERMAN ASSOCIATION OF
SAVINGS BANKS)
BOCKENHEIMER LANDSTRASSE 20
60323 FRANKFURT AM MAIN, GERMANY

WHITE & CASE LLP
ATTN: THOMAS E. LAURIA
(COUNSEL TO AD HOC GROUP OF
LEHMAN CREDITORS)
WACHOVIA FINANCIAL CENTER, SUITE
4900
200 SOUTH BISCAYNE BLVD
MIAMI, FL, 33131

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE
(COUNSEL TO AD HOC GROUP OF
LEHMAN CREDITORS)
1155 AVENUE OF THE AMERICAS
NEW YORK, NY, 10036-2787

WHITE AND WILLIAMS LLP
SEDGWICK M. JEANITE, ESQ.
(COUNSEL TO ROBERT FRANZ)
ONE PENN PLAZA, SUITE 4110
NEW YORK, NY, 10119

WHITEFORD TAYLOR & PRESTON, LLP
BRENT STRICKLAND, ESQ. DENNIS
SHAFFER, ESQ
(COUNSEL TO MONARCH ALTERNATIVE
CAPITAL LP)
SEVEN SAINT PAUL STREET
BALTIMORE, MD, 21202

WIGGIN AND DANA LLP
ATTN: SHARYN B. ZUCH
(COUNSEL TO HOTCHKISS SCHOOL)
185 ASYLUM STREET
HARTFORD, CT, 06103-3402

## EXHIBIT A

WILLKIE FARR & GALLAGHER LLP
ATTN: ANA ALFONSO
(COUNSEL TO BANK OF AMERICA, N.A.)
787 SEVENTH AVENUE
NEW YORK, NY, 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: ROGER NETZER, ESQ. AND DAN C.
KOZUSKO, ESQ.
(COUNSEL TO FIR TREE VALUE MASTER
FUND, L.P. AND FIR TREE CAPITAL
OPPORTUNITY MASTER FUND, L.P.)
787 SEVENTH AVENUE
NEW YORK, NY, 10019-6099

WILLKIE FARR & GALLAGHER LLP
ATTN: MARC ABRAMS, ESQ.
(COUNSEL TO MARSHALL WACE LLP)
787 SEVENTH AVENUE
NEW YORK, NY, 10019-6099

WILMER CUTLER PICKING HALE & DORR
LLP
ATTN: PETER J. MACDONALD,
JEANNETTE K. BOOT &
(COUNSEL TO INTEL CORPORATION)
399 PARK AVENUE
NEW YORK, NY, 10022

WILMER CUTLER PICKING HALE & DORR
LLP
ATTN: CRAIG GOLDBLATT
(COUNSEL TO INTEL CORPORATION)
1875 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC, 20006

WILMINGTON TRUST FSB
ATTN: P FINKEL
50 S 6TH ST STE 1290
MINNEAPOLIS, MN, 55402-1544

WINSTON & STRAWN LLP
ATTN: DANIEL J. MCGUIRE, MYJA K.
KJAER
(COUNSEL TO CAPGEMINI FINANCIAL
SERVICES USA, INC)
35 WEST WACKER DRIVE
CHICAGO, IL, 60601

WINSTON & STRAWN LLP
ATTN: DAVID NEIER
(COUNSEL TO PENTWATER CAPITAL
MANAGEMENT, LP AND
PIPER JAFFRAY & CO.)
200 PARK AVENUE
NEW YORK, NY, 10166-4193

WOLFF & SAMSON PC
ATTN: BETH ROTENBERG
(COUNSEL TO MACK-CALI REALTY LP)
THE OFFICES AT CRYSTAL LAKE
ONE BOLAND DRIVE
WEST ORANGE, NJ, 07052

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO
ANA G. MENDEZ)
ONE GATEWAY CENTER, 9TH FLOOR
NEWARK, NJ, 07102

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: JAMES N. LAWLOR, ESQ.
(COUNSEL TO SISTEMA UNIVERSITARIO
ANA G. MENDEZ)
500 FIFTH AVENUE
NEW YORK, NY, 10110

WOLLMUTH MAHER & DEUTSCH LLP
ATTN: WILLIAM MAHER & RANDALL
RAINER
(SPECIAL COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION)
500 FIFTH AVENUE
NEW YORK, NY, 10110

3276888

## EXHIBIT B

UNITED STATES BANKRUPTCY
COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: THE HONORABLE SHELLEY C.
CHAPMAN
ONE BOWLING GREEN,
COURTROOM 621
NEW YORK, NY 10004

WEIL GOTSHAL & MANGES LLP
ATTN: RICHARD P. KRASNOW, ESQ.
LORI R. FIFE, ESQ.
SHAI Y. WAISMAN, ESQ.
JACQUELINE MARCUS, ESQ.
767 FIFTH AVENUE
NEW YORK, NEW YORK 10153

MILBANK, TWEED, HADLEY &
MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQ.
DENNIS O'DONNELL, ESQ.
EVAN R. FLECK, ESQ.
1 CHASE MANHATTAN PLAZA
NEW YORK, NEW YORK 10005

OFFICE OF THE UNITED STATES
TRUSTEE
ATTN: ANDY VELEZ-RIVERA, ESQ.
PAUL SCHWARTZBERG, ESQ.
BRIAN MASUMOTO, ESQ.
LINDA RIFFKIN, ESQ.
TRACY HOPE DAVIS, ESQ.
33 WHITEHALL STREET, 21ST FLOOR
NEW YORK, NEW YORK 10004

DEPARTMENT OF JUSTICE
(SOLICITOR - THE RESPONDENT
CANADA REVENUE AGENCY)
ATTN: DIANE WINTERS, ONTARIO
REGIONAL OFFICE
THE EXCHANGE TWR, 130 KING ST.
W., STE 00, BOX 36
TORONTO ON, M5X 1K6 CANADA

FEDERAL RESERVE BANK OF
PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT
VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR, BONNIE
AUSTIN
290 BROADWAY
NEW YORK, NY 10007

OFFICE OF THE US TRUSTEE
WILLIAM K. HARRINGTON, ESQ
SUSAN GOLDEN, ESQ.
ANDREA B SCHWARTZ, ESQ
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, 1006
NEW YORK, NY 10014