WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------------- x

### NOTICE OF ADJOURNMENT OF HEARING ON THE
### FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51692], which was scheduled for January 21, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **February 23, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to claim numbers 22666 and 22667.

Dated: January 19, 2016
New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95559852\1\58399.0011