WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,                             :   08-13555 (SCC)
                                                                   :
                                       Debtors.                    :   (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x
                                                                   :
In re                                                              :
                                                                   :   Case No.
LEHMAN BROTHERS INC.,                                              :
                                                                   :   08-01420 (SCC) (SIPA)
                                       Debtor.                     :
                                                                   :
-------------------------------------------------------------------x
```

## NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE NINETY-THIRD OMNIBUS
## AND CLAIMS HEARING ON JANUARY 21, 2016 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York,
Alexander Hamilton U.S. Custom House, before the Honorable Shelley
C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling
Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.    CONTESTED MATTER:

1.    Aadit Seshasayee's Motion for Reconsideration, Pursuant to 11 U.S.C. § 502(j),
Fed. R. Bankr. P. 3008 and 9024, and Local Bankruptcy Rule 3008-1, of the
Disallowance of His Claim [**ECF No. 51601**]

Response Deadline:    January 14, 2016 at 4:00 p.m.

Response Received:

A.    Lehman Brothers Holdings Inc.'s Objection [**ECF No. 51824**]

Related Documents:

B.    Supplemental Support of Aadit Seshasayee's Motion [**ECF No.
51752**]

C.    Aadit Seshasayee's Reply to Lehman Brothers Holdings Inc.'s
Objection to the Motion [**ECF No. 51833**]

Status:  This matter is going forward.

### II.   ADVERSARY PROCEEDINGS:

2.    Lehman Brothers Special Financing Inc., *et al.* v. HSBC Bank PLC, *et al.*
[**Adversary Proceeding No. 15-01412**]

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Answer of HSBC Bank PLC, *et al.* to Complaint [**ECF No. 4**]

Status:  This matter is going forward.

2

3.     Lehman Brothers Special Financing Inc. *et al*. v. Bank of America NA, *et al*.
       [**Adversary Proceeding No. 10-03547**]

       **Motions for Leave to File Briefs**

       Related Documents:

      A.      Motion by Amici Curiae SIFMA and ISDA for Leave to File a
       Memorandum of Law in Support of the Noteholder Defendants'
       Omnibus Motion to Dismiss in LBSF v. Bank of America NA
       [**ECF No. 1208**]

      B.      Structured Finance Industry Group's Motion for Leave to File
       Amicus Curiae Brief in Support of Defendants' Motion to Dismiss
       [**ECF No. 1210**]

      C.      Motion to Seal of The Structured Finance Industry Group [**ECF
       No. 1211**]

      D.      Declaration of Shannon M. Leitner in Support of the Structured
       Finance Industry Group's Motion for Leave to File Amicus Curiae
       Brief in Support of Defendants' Motion to Dismiss [**ECF No.
       1212**]

      E.      Memorandum Decision Regarding Motion to Dismiss [**ECF No.
       1215**]

      F.      So Ordered Stipulation Setting Briefing Schedule in Connection
       with the Motion to Dismiss of the Pyxis Defendants [**ECF No.
       1219**]

      G.      Opposition Brief to The Structured Finance Industry Group,
       Securities Industry and Financial Markets Association, and
       International Swaps and Derivatives Association, Inc.'s Motions
       for Leave to File Amicus Curiae Briefs in Support of Defendant's
       Motion To Dismiss [**ECF No. 1221**]

      H.      Declaration of Paul R. DeFilippo in Opposition to Structured
       Finance Industry Group, Securities Industry and Financial Markets
       Association, and International Swaps and Derivatives Association,
       Inc.'s Motions for Leave to File Amicus Curiae Briefs in Support
       of Defendant's Motion to Dismiss [**ECF No. 1222**]

      I.      Reply in Support of Motion for Leave to File a Memorandum of
       Law as Amici Curiae [**ECF No. 1225**]

      J.      Structured Finance Industry Group's Reply in Support of Its
       Motion for Leave to File an Amicus Curiae Brief [**ECF No. 1227**]

WEIL:\95588060\3\58399.0011

Status:  This matter is going forward.

III.    **ADJOURNED MATTERS:**

A.    **Lehman Brothers Holdings Inc. Chapter 11 Cases**

4.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

Response Deadline:    July 22, 2015 at 4:00 p.m. or as otherwise extended.

Responses Received:

    A.    Opposition of Highland CDO Opportunity Master Fund, L.P. [**ECF No. 50244**]

    B.    Objection of RGM Trading International Limited [**ECF No. 50245**]

    C.    Citigroup Financial Products Inc.'s Objection [**ECF No. 50256**]

    D.    Corrected Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. [**ECF No. 50276**]

    E.    SRM Global Master Fund Limited Partnership's Limited Objection [**ECF No. 50319**]

    F.    Objection of CRC Credit Fund Ltd. [**ECF No. 50320**]

    G.    Preliminary Objection of CarVal Investors UK Limited [**ECF No. 50466**]

    H.    Objection of Attestor Value Master Fund LP and Deutsche Bank AG [**ECF No. 50602**]

    I.    Objection of Maverick Fund, L.D.C., *et al.* [**ECF No. 50761**]

Related Document:

    J.    Declaration of Richard Katz In Support of the Motion [**ECF No. 49955**]

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

WEIL:\95588060\3\58399.0011

5.      Plan Administrator's Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 50500**]

Response Deadline:      August 31, 2015 at 4:00 p.m.

Response Received:

      A.      Response of U.S. Bank National Association, as Trustee [**ECF No. 50854**]

Related Documents:      None.

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

6.      Plan Administrator's Objection to Claim 17562 [**ECF No. 51688**]

Response Deadline:      January 14, 2016 at 4:00 p.m.

Responses Received:      None.

Related Documents:      None.

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

7.      Plan Administrator's Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 50899**]

Response Deadline:      October 1, 2015 at 4:00 p.m.

Response Received:

      A.      Response of BNP Paribas [**ECF No. 51023**]

Related Document:

      B.      Reply of Lehman Brothers Holdings Inc. [**ECF No. 51309**]

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m. solely as to certain claims.

8.      Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

Response Deadline:      December 10, 2015 at 4:00 p.m.

Responses Received:  None.

WEIL:\95588060\3\58399.0011

Related Documents:    None.

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m. solely as to certain claims.

9.    Plan Administrator's Five Hundred Thirteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51451**]

Response Deadline:    December 10, 2015 at 4:00 p.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m. solely with respect to Claim No. 65989.

10.    Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51692**]

Response Deadline:    January 14, 2016 at 4:00 p.m.

Response Received:

A.    Response of Buckeye Tobacco Settlement Financing Authority [**ECF No. 51818**]

Related Documents:    None.

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

**B.    Lehman Brothers Inc. Proceeding**

11.    Nineteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2015 through August 31, 2015 [**LBI ECF No. 13104**]

Response Deadline:    December 21, 2015 at 4:00 p.m.

Response Received:

A.    Recommendation of SIPC in Support of the Nineteenth Application of Counsel for Interim Compensation and Reimbursement of Expenses [**LBI ECF No. 13263**]

Related Documents:    None.

WEIL:\95588060\3\58399.0011

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

12.     Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain
Filed Proofs of Claim in Reduced Amounts and with Proper Classification as
Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:     April 4, 2014 at 4:00 p.m.; extended for certain parties
without date.

Responses Received:  None.

Related Documents:

A.      Order Granting the Trustee's Two Hundred Eighteenth Omnibus
Objection Seeking to Allow Certain Filed Proofs of Claim in
Reduced Amounts and with Proper Classification as Unsecured
General Creditor Claims (FX Claims) solely as to certain claims
[**LBI ECF No. 8730**]

B.      Supplemental Order Granting the Trustee's Two Hundred
Eighteenth Omnibus Objection Seeking to Allow Certain Filed
Proofs of Claim in Reduced Amounts and with Proper
Classification as Unsecured General Creditor Claims (FX Claims)
solely as to a certain claim [**LBI ECF No. 9204**]

C.      Notice of Resolution [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m., as to
certain claims.

13.     Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow
Certain Filed Proofs of Claim in Reduced Amounts and With Proper
Classification as Unsecured General Creditor Claims (Financial Product Claims)
[**LBI ECF No. 9667**]

Response Deadline:     September 8, 2014 at 4:00 p.m.; extended for certain parties
without date.

Response Received:

A.      Response of Goldman Sachs Asset Management, L.P. [**LBI ECF
No. 9921**]

Related Documents:

B.      Order Granting the Trustee's Two Hundred Sixty-Third Omnibus
Objection Seeking to Allow Certain Filed Proofs of Claim in
Reduced Amounts and With Proper Classification as Unsecured

7

General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220, 13207**]

<u>Status</u>:  This matter has been adjourned to February 23, 2016 at 10:00 a.m., as to certain claims.

14.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

    <u>Response Deadline</u>:    January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

    <u>Responses Received</u>:  None.

    <u>Related Documents</u>:

    A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

    B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991, 12647**]

    D.    So Ordered Stipulation [**LBI ECF No. 13206**]

<u>Status</u>:  This matter has been adjourned to February 23, 2016 at 10:00 a.m., as to certain claims.

WEIL:\95588060\3\58399.0011

**C.    Adversary Proceedings**

15.    Allied World Assurance Company v. LB Rose Ranch LLC [**Adversary Proceeding No. 15-01128**]

**Pre-Trial Conference and Motions to Dismiss and Abstain**

Related Documents:

      A.    Adversary Complaint [**ECF No. 1**]

      B.    Amended Adversary Complaint [**ECF No. 5**]

      C.    Stipulation Regarding Waiver of Service Between Allied World and LB Rose Ranch LLC [**ECF No. 15**]

      D.    Answer of LB Rose Ranch LLC to Amended Complaint [**ECF No. 17**]

      E.    Motion of Brian Alonge, *et al.* to Dismiss for Lack of Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 19**]

      F.    Answer of American Home Assurance Company to Amended Complaint [**ECF No. 20**]

      G.    Answer of National Union Fire Insurance Company of Pittsburgh, PA to Amended Complaint [**ECF No. 21**]

WEIL:\95588060\3\58399.0011

H.      Stipulation re Colorado Homeowners' Motion to Dismiss or
Abstain [**ECF No. 29**]

Status:  This matter has been adjourned to February 23, 2016 at 10:00 a.m.

Dated: January 20, 2016
       New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

Dated: January 20, 2016
       New York, New York

                                        /s/ Jeffrey S. Margolin
                                        James B. Kobak, Jr.
                                        Christopher K. Kiplok
                                        Jeffrey S. Margolin

                                        HUGHES HUBBARD & REED LLP
                                        One Battery Park Plaza
                                        New York, New York 10004
                                        Telephone: (212) 837-6000
                                        Facsimile: (212) 422-4726

                                        Attorneys for James W. Giddens, Trustee for
                                        the SIPA Liquidation of Lehman Brothers Inc.