WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- x
In re                                                         :    Chapter 11 Case No.
                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,                        :    08-13555 (SCC)
                                                              :
                          Debtors.                            :    (Jointly Administered)
                                                              :
------------------------------------------------------------- x
```

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED FOURTH**
**OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 50500], which was scheduled for January 21, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **February 23, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claims listed on Exhibit A annexed hereto.

Dated:   January 20, 2016
         New York, New York

                                              /s/ Garrett A. Fail
                                              Garrett A. Fail
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Lehman Brothers Holdings Inc.
                                              and Certain of Its Affiliates

WEIL:\95416367\3\58399.0011

## **EXHIBIT A**

| Claimant | Claim No. |
|---|---|
| U.S. Bank National Association | 23446, 23447, 30965, 30991 |