**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------------ x

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**
**FOR ASR LEVENSVERZEKERING, N.V., FALCON LEVEN N.V.,**
**AND N.V. AMERSFOORTSE LEVENSVERZEKERING MAATSCHAPPIJ**

Upon consideration of the Motion to Withdraw as Counsel for ASR Levensverzekering, N.V., Falcon Leven N.V., and N.V. Amersfoortse Levensverzekering Maatschappij (the "Motion") filed by Brown Rudnick LLP pursuant to Rule 2090-1(e) of the Local Rules of the Bankruptcy Court for the Southern District of New York; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the Second Amended Case Management Order entered June 17, 2010 governing case management and administrative procedures [Docket No. 9653]; and no objection having been filed by the objection deadline of February 16, 2016; and after due deliberation and sufficient cause appearing therefor, it is:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this order.

Dated: _____, 2016
New York, New York

_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE