UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------x
                                             :
In re                                        : Chapter 11 Case No.
                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,       : 08-13555 (SCC)
                                             :
                              Debtors.       : (Jointly Administered)
                                             :
---------------------------------------------x

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s):
   Spanish Broadcasting System, Inc.

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

| For appeals in an adversary proceeding. | For appeals in a bankruptcy case and not in an adversary proceeding. |
|---|---|
| ☐ Plaintiff | ☐ Debtor |
| ☐ Defendant | ☒ Creditor |
| ☐ Other (describe) _____ | ☐ Trustee |
| | ☐ Other (describe) _____ |

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

   Order Granting Plan Administrator's Motion for Summary Judgment Regarding Claim 67707 Filed by Spanish Broadcasting System, Inc.

2. State the date on which the judgment, order, or decree was entered:

   01/07/2016

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party: <u>Lehman Brothers Holdings Inc., as Plan Administrator</u>

Attorney: <u>Ralph I. Miller</u>

<u>Jacqueline Marcus</u>

<u>Weil, Gotshal & Manges LLP</u>

<u>767 Fifth Avenue</u>

<u>New York, New York 10153</u>

<u>(212) 310-8000</u>

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

<u>/s/ Madlyn Gleich Primoff</u>          Date: <u>01/21/2016</u>
Signature of attorney for appellant(s)
(or appellant(s) if not represented by an attorney)

Name, address, and telephone number of attorney
(or appellant(s) if not represented by an attorney):

<u>Madlyn Gleich Primoff</u>

<u>Kaye Scholer LLP</u>

<u>250 West 55th Street</u>

<u>New York, NY 10019-9710</u>

<u>(212) 836-8000</u>

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.