**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                : Chapter 11 Case No.
                                                     :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,         : 08-13555 (SCC)
                                                     :
                           Debtors.                  : (Jointly Administered)
                                                     :
---------------------------------------------------------------x  Ref. Docket No. 51850

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 20, 2016, I caused to be served the "Notice of Adjournment of Hearing on the Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims)," dated January 20, 2016 [Docket No. 51850], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii.  delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Carol Zhang*
                                                              Carol Zhang

Sworn to before me this
21st day of January, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**MASTER SERVICE OVERNIGHT MAILING LIST**
OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADDITIONAL SERVICE OVERNIGHT MAILING LIST**
U.S. BANK NATIONAL ASSOCIATION
CORPORATE TRUST SERVICES
ATTN: PAMELA WIEDER, VP
EP-MN-WS1D, 60 LIVINGSTON AVENUE
ST. PAUL, MN 55107-2292


CHAPMAN AND CUTLER LLP
ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III
111 WEST MONROE STREET, 18TH FLOOR
CHICAGO, IL  60603

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

**MASTER SERVICE E-MAIL LIST**

| | |
|---|---|
| aaaronson@dilworthlaw.com | jsherman@bsfllp.com |
| aalfonso@willkie.com | jshickich@riddellwilliams.com |
| abeaumont@fklaw.com | jsmairo@pbnlaw.com |
| abraunstein@riemerlaw.com | jstoll@mayerbrown.com |
| acaton@kramerlevin.com | jsullivan@mosessinger.com |
| adarwin@nixonpeabody.com | jtimko@shutts.com |
| adiamond@diamondmccarthy.com | judy.morse@crowedunlevy.com |
| adk@msf-law.com | jvail@ssrl.com |
| aeckstein@blankrome.com | jwcohen@daypitney.com |
| aentwistle@entwistle-law.com | jweiss@gibsondunn.com |
| agbanknewyork@ag.tn.gov | jwest@velaw.com |
| aglenn@kasowitz.com | jwh@njlawfirm.com |
| agold@herrick.com | jzulack@fzwz.com |
| aisenberg@saul.com | kanema@formanlaw.com |
| akadish@dtlawgroup.com | karen.wagner@dpw.com |
| akantesaria@oppenheimerfunds.com | karl.geercken@alston.com |
| akolod@mosessinger.com | kdwbankruptcydepartment@kelleydrye.com |
| alum@ftportfolios.com | keckhardt@hunton.com |
| amarder@msek.com | keith.simon@lw.com |
| amartin@sheppardmullin.com | ken.coleman@allenovery.com |
| amcmullen@boultcummings.com | ken.higman@hp.com |
| amenard@tishmanspeyer.com | kerry.moynihan@hro.com |
| amh@amhandlerlaw.com | kgwynne@reedsmith.com |
| andrew.brozman@cliffordchance.com | kiplok@hugheshubbard.com |
| andrew.lourie@kobrekim.com | kit.weitnauer@alston.com |
| andrewtenzer@paulhastings.com | kkelly@ebglaw.com |
| angelich.george@arentfox.com | kkolbig@mosessinger.com |
| angie.owens@skadden.com | klyman@irell.com |
| ann.reynaud@shell.com | klynch@formanlaw.com |
| anthony_boccanfuso@aporter.com | kmayer@mccarter.com |
| aoberry@bermanesq.com | kobak@hugheshubbard.com |
| aostrow@beckerglynn.com | korr@orrick.com |
| appleby@chapman.com | kovskyd@pepperlaw.com |
| aquale@sidley.com | kressk@pepperlaw.com |
| arainone@bracheichler.com | kreynolds@mklawnyc.com |
| arheaume@riemerlaw.com | krodriguez@allenmatkins.com |
| arosenblatt@chadbourne.com | krosen@lowenstein.com |
| arthur.rosenberg@hklaw.com | kurt.mayr@bgllp.com |
| arwolf@wlrk.com | landon@slollp.com |
| aseuffert@lawpost-nyc.com | lapeterson@foley.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lawallf@pepperlaw.com |
| asnow@ssbb.com | lawrence.gelber@srz.com |
| asomers@rctlegal.com | lberkoff@moritthock.com |
| aunger@sidley.com | lee.stremba@troutmansanders.com |
| austin.bankruptcy@publicans.com | lee.whidden@dentons.com |
| avenes@whitecase.com | lgranfield@cgsh.com |
| azylberberg@whitecase.com | lhandelsman@stroock.com |
| bankruptcy@goodwin.com | lisa.solomon@att.net |
| bankruptcy@morrisoncohen.com | ljkotler@duanemorris.com |
| bankruptcy@ntexas-attorneys.com | lkatz@ltblaw.com |
| bankruptcymatters@us.nomura.com | lkiss@klestadt.com |
| barbra.parlin@hklaw.com | lmarinuzzi@mofo.com |
| bbisignani@postschell.com | lmcgowen@orrick.com |
| bcarlson@co.sanmateo.ca.us | lnashelsky@mofo.com |
| bdk@schlamstone.com | loizides@loizides.com |
| ben.lewis@hoganlovells.com | lschweitzer@cgsh.com |
| bguiney@pbwt.com | lucdespins@paulhastings.com |
| bmanne@tuckerlaw.com | mabrams@willkie.com |
| bmiller@mofo.com | maofiling@cgsh.com |
| boneill@kramerlevin.com | marc.chait@sc.com |
| brian.corey@greentreecreditsolutions.com | margolin@hugheshubbard.com |
| brosenblum@jonesday.com | mark.bane@ropesgray.com |
| brotenberg@wolffsamson.com | mark.ellenberg@cwt.com |
| broy@rltlawfirm.com | mark.mckane@kirkland.com |
| bruce.wright@sutherland.com | mark.sherrill@sutherland.com |
| bstrickland@wtplaw.com | marvin.clements@ag.tn.gov |
| btrust@mayerbrown.com | matt@willaw.com |
| bturk@tishmanspeyer.com | matthew.klepper@dlapiper.com |
| bwolf@kramerlevin.com | maustin@orrick.com |
| bwolfe@sheppardmullin.com | mbenner@tishmanspeyer.com |
| cahn@clm.com | mberman@nixonpeabody.com |
| canelas@pursuitpartners.com | mbienenstock@proskauer.com |
| cbelisle@wfw.com | mbloemsma@mhjur.com |
| cbelmonte@ssbb.com | mbossi@thompsoncoburn.com |
| cdesiderio@nixonpeabody.com | mcademartori@sheppardmullin.com |
| cfarley@mccarter.com | mcarthurk@sullcrom.com |
| cgonzalez@diazreus.com | mccarthyj@sullcrom.com |
| chad.husnick@kirkland.com | mcordone@stradley.com |
| chammerman@paulweiss.com | mcto@debevoise.com |
| charles@filardi-law.com | mcyganowski@oshr.com |
| charles_malloy@aporter.com | mdorval@stradley.com |

2

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| chemrick@connellfoley.com | meggie.gilstrap@bakerbotts.com |
| chipford@parkerpoe.com | melorod@gtlaw.com |
| chris.donoho@lovells.com | meltzere@pepperlaw.com |
| christopher.greco@kirkland.com | metkin@lowenstein.com |
| claude.montgomery@dentons.com | mfeldman@willkie.com |
| clynch@reedsmith.com | mginzburg@daypitney.com |
| cmestres@aclawllp.com | mgordon@briggs.com |
| cohen@sewkis.com | mgreger@allenmatkins.com |
| cp@stevenslee.com | mh1@mccallaraymer.com |
| cpappas@dilworthlaw.com | mhopkins@cov.com |
| craig.goldblatt@wilmerhale.com | michael.frege@cms-hs.com |
| craigjustinalbert@gmail.com | michael.kelly@monarchlp.com |
| crmomjian@attorneygeneral.gov | michael.krauss@faegrebd.com |
| csalomon@beckerglynn.com | michael.mccrory@btlaw.com |
| cschreiber@winston.com | michaels@jstriallaw.com |
| cshore@whitecase.com | millee12@nationwide.com |
| cshulman@sheppardmullin.com | miller@taftlaw.com |
| cszyfer@stroock.com | mimi.m.wong@irscounsel.treas.gov |
| cwalsh@mayerbrown.com | mitchell.ayer@tklaw.com |
| cward@polsinelli.com | mjedelman@vedderprice.com |
| cweber@ebg-law.com | mjr1@westchestergov.com |
| cweiss@ingramllp.com | mlahaie@akingump.com |
| dallas.bankruptcy@publicans.com | mlandman@lcbf.com |
| dave.davis@isgria.com | mlichtenstein@crowell.com |
| david.bennett@tklaw.com | mlynch2@travelers.com |
| david.heller@lw.com | mmendez@crb-law.com |
| david.livshiz@freshfields.com | mmorreale@us.mufg.jp |
| david.powlen@btlaw.com | mneier@ibolaw.com |
| davids@blbglaw.com | monica.lawless@brookfieldproperties.com |
| davidwheeler@mvalaw.com | mpage@kelleydrye.com |
| dbarber@bsblawyers.com | mparry@mosessinger.com |
| dbaumstein@whitecase.com | mpedreira@proskauer.com |
| dbesikof@loeb.com | mprimoff@kayescholer.com |
| dcimo@gjb-law.com | mpucillo@bermanesq.com |
| dcoffino@cov.com | mrosenthal@gibsondunn.com |
| dcrapo@gibbonslaw.com | mruetzel@whitecase.com |
| ddavis@paulweiss.com | mschimel@sju.edu |
| ddrebsky@nixonpeabody.com | msegarra@mayerbrown.com |
| ddunne@milbank.com | mshiner@tuckerlaw.com |
| deggermann@kramerlevin.com | msolow@kayescholer.com |
| deggert@freebornpeters.com | mspeiser@stroock.com |

3

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| demetra.liggins@tklaw.com | mstamer@akingump.com |
| dennis.tracey@hoganlovells.com | munno@sewkis.com |
| dfelder@orrick.com | mvenditto@reedsmith.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dgrimes@reedsmith.com | mwarren@mtb.com |
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbinder@binderschwartz.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmark@kasowitz.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dshemano@peitzmanweg.com | phayden@mcguirewoods.com |
| dspelfogel@foley.com | philip.wells@ropesgray.com |
| dtatge@ebglaw.com | pmaxcy@sonnenschein.com |
| dtheising@harrisonmoberly.com | ppascuzzi@ffwplaw.com |
| dwdykhouse@pbwt.com | ppatterson@stradley.com |
| dworkman@bakerlaw.com | psp@njlawfirm.com |
| easmith@venable.com | ptrostle@jenner.com |
| ebcalvo@pbfcm.com | raj.madan@skadden.com |
| ecohen@russell.com | ramona.neal@hp.com |
| edward.flanders@pillsburylaw.com | raul.alcantar@alcantarlaw.com |
| efleck@milbank.com | rbeacher@pryorcashman.com |
| efriedman@fklaw.com | rbernard@foley.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| efriedman@friedmanspring.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |
| ellen.halstead@cwt.com | rflanagan@flanassoc.com |
| emagnelli@bracheichler.com | rfriedman@silvermanacampora.com |
| emerberg@mayerbrown.com | rgmason@wlrk.com |
| enkaplan@kaplanlandau.com | rgoodman@moundcotton.com |
| eobrien@sbchlaw.com | rgraham@whitecase.com |
| eschwartz@contrariancapital.com | rhett.campbell@tklaw.com |
| etillinghast@sheppardmullin.com | richard.fingard@newedge.com |
| ezujkowski@emmetmarvin.com | richard.lear@hklaw.com |
| fcarruzzo@kramerlevin.com | richard@rwmaplc.com |
| ffm@bostonbusinesslaw.com | rick.murphy@sutherland.com |
| fhenn@law.nyc.gov | rjones@boultcummings.com |
| fhyman@mayerbrown.com | rleek@hodgsonruss.com |
| foont@foontlaw.com | rlevin@cravath.com |
| fsosnick@shearman.com | rmatzat@hahnhessen.com |
| fyates@sonnenschein.com | rnetzer@willkie.com |
| gabriel.delvirginia@verizon.net | robert.dombroff@bingham.com |
| gary.ravertpllc@gmail.com | robert.honeywell@klgates.com |
| gbray@milbank.com | robert.malone@dbr.com |
| george.south@dlapiper.com | robert.yalen@usdoj.gov |
| ggitomer@mkbattorneys.com | robin.keller@lovells.com |
| ggoodman@foley.com | roger@rnagioff.com |
| giddens@hugheshubbard.com | ross.martin@ropesgray.com |
| gkaden@goulstonstorrs.com | rpedone@nixonpeabody.com |
| glenn.siegel@dechert.com | rrainer@wmd-law.com |
| glenn.siegel@morganlewis.com | rroupinian@outtengolden.com |
| gmoss@riemerlaw.com | rrussell@andrewskurth.com |
| goldenberg@ssnyc.com | russj4478@aol.com |
| gplotko@kramerlevin.com | sabin.willett@bingham.com |
| gspilsbury@jsslaw.com | sabramowitz@velaw.com |
| guzman@sewkis.com | sabvanrooy@hotmail.com |
| harrisjm@michigan.gov | sally.henry@skadden.com |
| harveystrickon@paulhastings.com | samuel.cavior@pillsburylaw.com |
| hbeltzer@mayerbrown.com | sandyscafaria@eaton.com |
| heim.steve@dorsey.com | scargill@lowenstein.com |
| heiser@chapman.com | schager@ssnyc.com |
| hmagaliff@r3mlaw.com | schannej@pepperlaw.com |
| hollace.cohen@troutmansanders.com | schepis@pursuitpartners.com |
| holsen@stroock.com | schnabel.eric@dorsey.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| hooper@sewkis.com | schristianson@buchalter.com |
| howard.hawkins@cwt.com | scott.golden@hoganlovells.com |
| hrh@lhmlawfirm.com | scottj@sullcrom.com |
| hseife@chadbourne.com | scottshelley@quinnemanuel.com |
| hsnovikoff@wlrk.com | scousins@armstrongteasdale.com |
| hsteel@brownrudnick.com | sdnyecf@dor.mo.gov |
| icatto@mwe.com | seba.kurian@invesco.com |
| igoldstein@proskauer.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| jdwarner@warnerandscheuerman.com | snewman@katskykorins.com |
| jdweck@sutherland.com | sory@fdlaw.com |
| jdyas@halperinlaw.net | squsba@stblaw.com |
| jean-david.barnea@usdoj.gov | sree@lcbf.com |
| jeanites@whiteandwilliams.com | sschultz@akingump.com |
| jeannette.boot@wilmerhale.com | sselbst@herrick.com |
| jeff.wittig@coair.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |
| jennifer.demarco@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.gore@shell.com | steele@lowenstein.com |
| jfalgowski@reedsmith.com | stephen.cowan@dlapiper.com |
| jfreeberg@wfw.com | stephen.hessler@kirkland.com |
| jg5786@att.com | steve.ginther@dor.mo.gov |
| jgenovese@gjb-law.com | steven.usdin@flastergreenberg.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| jgoodchild@morganlewis.com | streusand@slollp.com |
| jguy@orrick.com | susheelkirpalani@quinnemanuel.com |
| jhiggins@fdlaw.com | swolowitz@mayerbrown.com |
| jhorgan@phxa.com | szuber@csglaw.com |
| jhuggett@margolisedelstein.com | szuch@wiggin.com |
| jim@atkinslawfirm.com | tannweiler@greerherz.com |
| jjtancredi@daypitney.com | tbrock@ssbb.com |
| jjureller@klestadt.com | tdewey@dpklaw.com |
| jlamar@maynardcooper.com | tgoren@mofo.com |
| jlawlor@wmd-law.com | thomas.califano@dlapiper.com |
| jlee@foley.com | timothy.harkness@freshfields.com |
| jlevitin@cahill.com | tjfreedman@pbnlaw.com |
| jlscott@reedsmith.com | tkiriakos@mayerbrown.com |
| jmaddock@mcguirewoods.com | tlauria@whitecase.com |
| jmazermarino@msek.com | tmacwright@whitecase.com |
| jmelko@gardere.com | tmm@mullaw.org |
| jmerva@fult.com | tnixon@gklaw.com |
| jmmurphy@stradley.com | toby.r.rosenberg@irscounsel.treas.gov |
| jmr@msf-law.com | tomwelsh@orrick.com |
| jnm@mccallaraymer.com | tsalter@blankrome.com |
| john.beck@hoganlovells.com | tslome@msek.com |
| john.monaghan@hklaw.com | tunrad@burnslev.com |
| john.mule@ag.state.mn.us | vguldi@zuckerman.com |
| john.rapisardi@cwt.com | villa@slollp.com |
| johnramirez@paulhastings.com | vmilione@nixonpeabody.com |
| jonathan.goldblatt@bnymellon.com | vrubinstein@loeb.com |
| jonathan.henes@kirkland.com | wanda.goodloe@cbre.com |
| jorbach@hahnhessen.com | wbenzija@halperinlaw.net |
| joseph.cordaro@usdoj.gov | wcurchack@loeb.com |
| joseph.serino@kirkland.com | wfoster@milbank.com |
| joshua.dorchak@morganlewis.com | will.sugden@alston.com |
| jowen769@yahoo.com | wisotska@pepperlaw.com |
| joy.mathias@dubaiic.com | wk@pwlawyers.com |
| jpintarelli@mofo.com | wmaher@wmd-law.com |
| jporter@entwistle-law.com | wmarcari@ebglaw.com |
| jprol@lowenstein.com | wmckenna@foley.com |
| jrabinowitz@rltlawfirm.com | wsilverm@oshr.com |
| jrsmith@hunton.com | wswearingen@llf-law.com |
| jschiller@bsfllp.com | wtaylor@mccarter.com |
| jschwartz@hahnhessen.com | wzoberman@bermanesq.com |
| jsheerin@mcguirewoods.com | yuwatoko@mofo.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

**ADDITIONAL SERVICE E-MAIL LIST**

pamela.wieder@usbank.com

spiotto@chapman.com

top@chapman.com