

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

**HSBC Private Bank**
78 St James's Street
London
SW1A 1JB
United Kingdom

T. +44 (0)20 7860 5000
F. +44 (0)20 7860 5001

www.hsbcprivatebank.com



14th December 2015

To Whom it may concern,

**Claim No. 55829**

Please find enclosed a completed Form B 210A to signify our intent to receive securities from Credit Suisse as part of the above mentioned claim number.

Regards

Stephen Dunnaway
Head of Investment Services and Reporting

HSBC Private Bank (UK) Limited
Registered in England no. 499482.
Registered Office: 8 Canada Square, London E14 5HQ, UK.
Authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority.



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.,            Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HSBC Private Bank (UK) Ltd | Credit Suisse AG, Singapore Branch |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

78 St James Street London, SW1A 1JB

Court Claim # (if known): 55829
Amount of Claim: _____
Date Claim Filed: 10/29/2009

Phone: +44 207 024 0178
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
ATTN - Pravesh Solanki
78 St James Street London, SW1A 1JB

Phone: +44 207 024 0178
Last Four Digits of Acct #: 4211

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Steve Dunnaway_            Date: 12/14/2015
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG, Singapore Branch** ("Transferor") unconditionally and irrevocably transferred to **HSBC Private Bank, London** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. 55829), USD 250,000 & USD 600,000** in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 07 DEC 2015

**Credit Suisse AG, Singapore Branch**

By: _[signature]_
Name:
Title:

LIM YOU RENG
AVP
CREDIT SUISSE

By: _[signature]_ A GROWIK, AVP
Name:
Title:

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0313791567 | 55829 | Oct 29, 2009 | LEHMAN BROTHERS | USD 250,000 |
| XS0312427460 | 55829 | Oct 29, 2009 | LEHMAN BROTHERS | USD 600,000 |