

**COPY**

December 22, 2015

Eileen McDonnel
Sidley Austin LLP
787 Seventh Avenue,
New York, NY 10019

Re: Lehman Brothers Holding Inc., et al., Debtors/Pltfs. vs. Bank of America National Association, et al., Dfts. //
To: Prebon Financial Products Inc.

Case No. 0813555SCC

Dear Sir/Madam:

PREBON FINANCIAL PRODUCTS INC. withdrew to do business in the State of AL on 11/03/2009. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity.

CT was unable to forward.

Very truly yours,

The Corporation Company

Log# 528362903

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    One Bowling Green,
    New York, NY 10004-1408



RECEIVED JAN - 4 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

(Returned To)

Eileen McDonnel
Sidley Austin LLP
787 Seventh Avenue,
New York, NY 10019