**ROBINS KAPLAN LLP**
David B. Shemano
dshemano@robinskaplan.com
2049 Century Park East
Suite 3400
Los Angeles, CA 90067
(310) 552-0130

Attorneys for Cascade Investments

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X
In re:                                   :    Chapter 11

LEHMAN BROTHERS HOLDINGS INC.,           :    Case No. 08-13555

        Debtor                           :

---------------------------------------- X

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

        The undersigned attorney with the firm of ROBINS KAPLAN LLP, as counsel for Cascade Investments, hereby withdraws his appearance and requests removal from any and all service lists including the Court's CM/ECF notification list.

Dated: Los Angeles, CA        Respectfully submitted,
       January 25, 2016

                                        **ROBINS KAPLAN LLP**

                                        By:/s/ David B. Shemano
                                           David B. Shemano
                                           dshemano@robinskaplan.com
                                           2049 Century Park East
                                           Suite 3400
                                           Los Angeles, CA 90067
                                           (310) 552-0130
                                           Attorneys for Debtor
                                           Cascade Investments

61149568.1

-2-

-2-

61149568.1

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing document was electronically filed with this Court on this 25th day of January and served through the Court's CM/ECF system upon all registered electronic filers, or by mail upon anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

By: /s/ David B. Shemano
    David B. Shemano