Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED / RECEIVED
JAN 06 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

In re:    Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Zähringer Privatbank AG | Name of Transferor:<br>Notenstein La Roche Privatbank AG |
|---|---|
| Notices to Transferee should be sent to:<br>Zähringer Privatbank AG<br>Schmiedenplatz 3<br>CH-3011 Bern<br><br>PHONE ++41 31 307 50 00<br>Attn: Adrian Lerf<br>EMAIL adrian.lerf@zaehringer-privatbank.ch | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Notenstein La Roche Privatbank AG<br>Bohl 17<br>Postfach<br>CH-9004 St. Gallen, Switzerland<br>Attn: Corprate Actions<br>+41 71 242 59 19 |
| Amount of Claim Being Transferred:<br><br>USD 8'920.43 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 555829-80 | |
| Date Claim Filed: Oktober 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 12/15/2015
Adrian Lerf, authorized representative

Tihomir Vatulic, authorized representative

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55829 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Opportunity Notes Lehman Brothers Treasury B.V. 2006-13.4.2011 | XS0248620899 | Lehman Brothers Treasury BV | LBH Inc. | CHF 10'000.-- |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

NOTENSTEIN LA ROCHE PRIVATBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Zähringer Privatbank AG
Schmiedenplatz 3
CH-3011 Bern
PHONE ++41 31 307 50 00
Attn: Adrian Lerf
EMAIL adrian.lerf@zaehringer-privatbank.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the

Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 20th 2015.

Notenstein La Roche Privatbank AG
Transferor

By: _____
   Name:  August Zingg
   Title:    Member of the Management

By: _____
   Name:  Marco Rinaldi
   Title:    Member of the Management

ACKNOWLEDGED BY:

[Zähringer Privatbank AG]
Transferee

By: _____
   Name: Adrian Lerf
   Title:   Authorized representative

By: _____
   Name: Tihomir Katulic
   Title: Authorized representative


# swisscom

registered mail

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

Contact: Michael Maurer
T +41 31 950 73 11, F +41 31 950 76 51
michael.maurer1@swisscom.com
Gümligen, December 30th, 2015

**In re: Lehman Brothers Holdings Inc.**

Dear Sir or Madam

Please find attached four notices of transfer of claims

| | | |
|---|---|---|
| ISIN XS0248620899 | Transferee: Zähringer Privatbank AG | Transferor: Notenstein La Roche Privatbank AG |
| ISIN XS0324890440 | Transferee: Zähringer Privatbank AG | Transferor: Notenstein La Roche Privatbank AG |
| ISIN XS0186243118 | Transferee: Zähringer Privatbank AG | Transferor: Notenstein La Roche Privatbank AG |
| ISIN XS0200265709 | Transferee: Zähringer Privatbank AG | Transferor: Notenstein La Roche Privatbank AG |

If you have any questions, please do not hesitate to contact us. We thank you in advance for your cooperation.

Yours faithfully
Swisscom Banking Provider AG


Michael Maurer                    Katharina Tschannen



FILED / RECEIVED
JAN 06 2016
EPIQ SYSTEMS

Registered Mail

Lehman Brothers Holdings
Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150-5076
United States

