WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :   Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :   08-13555 (SCC)
                                                                   :
                    Debtors.                                       :   (Jointly Administered)
------------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF THE FIVE HUNDRED FOURTH
OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)
SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws its Five Hundred Fourth Omnibus Objection to Claims (No Liability Claims) [ECF No. 50500] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  January 27, 2016
        New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail

                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                *Attorneys for Lehman Brothers Holdings Inc.*
                                                *and Certain of Its Affiliates*

## Exhibit A

## Claims for Which Objection Is Withdrawn:

| Claimant Name | Claim Number |
|---|---|
| U.S. Bank National Association | 23446, 23447, 30965, 30991 |