Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| VonWin Capital Management, L.P. | PERSHING LLC FBO Barry Schneiderwind |
| Notices to Transferee should be sent to: VonWin Capital Management, L.P. 261 Fifth Avenue, 22nd Floor New York, NY 11016 (212) 889-1601 Attn: Charmaine Wilson cw@vonwincapital.com | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor PERSHING LLC FBO Barry Schneiderwind c/o Clearview Trading Advisors 13501 Galleria Circle, Suite W-240 Bee Caves, TX 78738 |
| Amount of Claim Being Transferred: EUR 260,000.00 (face amount of securities) | |
| Court Claim No. (if known): 64599 | |
| Date Claim Filed: November 4, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 1-15-16
Roger Von Spiegel,
managing member of VonWin Capital,
LLC, the general partner of VonWin
Capital Management, L.P.
VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
New York, NY 10016

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571 As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)

Proof of Claim Number: 64599 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| EXPRESS NOTE LINKED TO BASKET OF SHARES | DE000A0SUT07 | LBT BV | LBH Inc. | EUR 260'000.00 out of EUR 260,000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**PERSHING LLC FBO BARRY SCHNEIDERWIND**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

VonWin Capital Management, L.P.
261 Fifth Avenue, 22nd Floor
Telephone: (212) 889-1601
Fax: (212) 889-2232
Attention: Charmaine Wilson,

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and

recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated January 15, 2016.

PERSHING LLC FBO Barry Schneiderwind
Transferor

By: _____
Name: Barry Schneiderwind
Title:

By: _____
Name:
Title:

ACKNOWLEDGED BY:

VonWin Capital Management, L.P.
Transferee

By: _____
Name: Roger Von Spiegel
Title: Managing member of VonWin Capital, LLC, the general Partner of VonWin Capital Management, L.P.

2