**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
                    :

In re                       :        **Chapter 11 Case No.**
                    :

**LEHMAN BROTHERS HOLDINGS INC.,**   :        **08 - 13555 (SCC)**
                    :

       **et al., Debtors.**          :        **(Jointly Administered)**
                    :
----------------------------------------------------------------x

### FINAL DECREE CLOSING CERTAIN OF THE DEBTORS'
### CHAPTER 11 CASES PURSUANT TO SECTION 350(a) OF
### THE BANKRUPTCY CODE AND BANKRUPTCY RULE 3022

Upon the motion, dated January 20, 2016 (the "Motion"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator (the "Plan Administrator"), pursuant to section 350(a) of

the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1 for entry of a final decree

closing the chapter 11 cases of the Closing Debtors listed on Exhibit 1 hereto, all as more fully

described in the Motion; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and Amended Standing Order

of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and

the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue

being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper

notice of the Motion having been provided and it appearing that no other or further notice need

be provided; and no objections having been filed; and the Court having found and determined

that the relief sought in the Motion is in the best interests of the Debtors, their estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Motion

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

establish just cause for the relief granted herein; and after due deliberation and sufficient cause

appearing therefor, it is

ORDERED that the relief requested in the Motion is granted; and it is further

ORDERED that, pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy

Rule 3022 and Local Rule 3022-1, the cases listed on Exhibit 1 hereto are hereby closed

effective as of the date hereof; provided, however, that the Court shall retain such jurisdiction as

is provided in Article 14 of the Plan (Retention of Jurisdiction), and the entry of this Final

Decree is without prejudice to the rights of the Closing Debtors or any party in interest to seek to

reopen the Closing Debtors' chapter 11 cases for cause shown; and it is further

ORDERED that the Closing Debtors are authorized to make a final distribution

upon entry of this order and the Plan Administrator shall not be required recognize any claim

transfer occurring after February 20, 2016; and it is further

ORDERED that the Plan Administrator is not required to publish notice of the

final distributions for the Closing Debtors; and it is further

ORDERED that all U.S. Trustee fees due and owing for the closed cases shall be

paid when due following entry of this Final Decree; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to the implementation or interpretation of this Final Decree.

Dated: January 28, 2016
        New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

2

**EXHIBIT 1**

**CLOSING DEBTORS**

| Entity | Case Number |
|---|---|
| LB 2080 Kalakaua Owners LLC | 09-12516 |
| LB Preferred Somerset LLC | 09-17505 |
| LB Somerset LLC | 09-17503 |
| LB 745 LLC | 08-13600 |
| PAMI Statler Arms LLC | 08-13664 |
| CES Aviation LLC | 08-13905 |
| CES Aviation V LLC | 08-13906 |
| CES Aviation IX LLC | 08-13907 |