HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
Adam L Schwartz

Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A.;
and Fondo De Proteccion Social De Los
Depositos Bancarios f//k/a
Fondo De Proteccion Social De Los Depositos
Bancarios Y Proteccion Bancaria

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In Re                                              :    Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., et al.,             :    Case No. 08-13555 (SCC)
                                                   :
                                                   :
          Debtors.                                 :    (Jointly Administered)
---------------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PLEADINGS AND OTHER PAPERS

PLEASE TAKE NOTICE, that Adam L. Schwartz, of the law firm of Homer Bonner Jacobs, P.A., hereby appear in the above-captioned case on behalf of CREDICAN, C.A.; BANCO CANARIAS DE VENEZUELA, C.A., and FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS f/k/a FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS Y PROTECCION BANCARIA ("FOGADE"). Undersigned demands that all notices given or required to be given and all papers served in this case be delivered to and served upon:

1

HOMER BONNER JACOBS
Attention:
Adam L. Schwartz
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
Email: aschwartz@homerbonner.com

PLEASE TAKE FURTHER NOTICE, that the foregoing demand for delivery and service of papers includes, without limitation, a demand for all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, which affect the Debtor in this case or its property.

PLEASE TAKE FURTHER NOTICE, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: January 29, 2016

                    Respectfully submitted:
                    HOMER BONNER JACOBS
                    Attorneys for Credican, C.A.;
                    Banco Canarias De Venezuela, C.A.;
                    and Fondo De Proteccion Social De Los
                    Depositos Bancarios f//k/a
                    Fondo De Proteccion Social De Los Depositos
                    Bancarios Y Proteccion Bancaria
                    1200 Four Seasons Tower
                    1441 Brickell Avenue
                    Miami Florida 33131
                    Phone: (305) 350-5116
                    Fax: (305) 982-0079

                    By: __/s/ Adam L. Schwartz_____
                            Adam L. Schwartz
                            Email: aschwartz@homerbonner.com