HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
Adam L Schwartz

Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A.;
and Fondo De Proteccion Social De Los
Depositos Bancarios f//k/a
Fondo De Proteccion Social De Los Depositos
Bancarios Y Proteccion Bancaria

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| In Re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

I, Adam L. Schwartz, am Partner of the Firm of Homer Bonner Jacobs, P.A., and am an attorney duly admitted to practice before this Court.

I hereby certify that on January 29, 2016, I caused a true and correct copy of the following document to be served on behalf of CREDICAN, C.A.; BANCO CANARIAS DE VENEZUELA, C.A., and FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS f/k/a FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS Y PROTECCION BANCARIA ("FOGADE") on all parties and counsel who have noticed their

1

appearances and requested service via the Court's ECF system:

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

/s/ Adam L. Schwartz
Adam L. Schwartz