OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
eweinick@otterbourg.com
Peter Feldman
Erik B. Weinick

*Attorneys for Credican, C.A.;*
*Banco Canarias de Venezuela, C.A.;*
*and Fondo de Proteccion Social de los*
*Depositos Bancarios f/k/a Fondo De*
*Proteccion Social De Los Depositos*
*Bancarios Y Proteccion Bancaria*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In Re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**PLEASE TAKE NOTICE**, that Peter Feldman and Erik B. Weinick, of the law firm of Otterbourg P.C., hereby appear in the above-captioned case on behalf of CREDICAN, C.A.; BANCO CANARIAS DE VENEZUELA, C.A., and FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS f/k/a FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS Y PROTECCION BANCARIA ("FOGADE"). Undersigned demands that all notices given or required to be given and all papers served in this case be delivered to and served upon:

1

4233294.1

> **OTTERBOURG P.C.**
> Attention:
>     Peter Feldman, Esq.
>     Erik B. Weinick, Esq.
> 230 Park Avenue
> New York, New York 10169-0075
> Telephone: (212) 661-9100
> Email: eweinick@otterbourg.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand for delivery and service of papers includes, without limitation, a demand for all orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral or transmitted or conveyed by mail delivery, telephone, telegraph or otherwise, which affect the Debtor in this case or its property.

**PLEASE TAKE FURTHER NOTICE**, that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, and (v) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: New York, New York
January 29, 2016

                        Respectfully submitted:

                        OTTERBOURG P.C.

                        By:   /s/ Erik B. Weinick
                              Peter Feldman
                              Erik B. Weinick

                        230 Park Avenue
New York, New York 10169-0075
Phone: (212) 905-3672
Email: eweinick@otterbourg.com
*Attorneys for Credican, C.A.;*
*Banco Canarias de Venezuela, C.A.;*
*and Fondo de Proteccion Social de los Depositos*
*Bancarios f/k/a Fondo De Proteccion Social De Los*
*Depositos Bancarios Y Proteccion Bancaria*

3

4233294.1