Trustee LBHI Claim Transfer Notice

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc., *et al*,

        Debtors.

Chapter 11

Case No. 08-13555 (SCC)

Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Aviva Life S.P.A.
Transferee

HSBC Trustee (C.I.) Limited
Transferor

Name and Address where notices to transferee should be sent:

Patrick Dixneuf
Chief Executive Officer
Aviva Italy
Via Scarsellini 14
Milan 20161
Italy

Claim No.: __18872__
Amount of Claim: Undetermined
Date Claim Filed: September 18, 2009

RECEIVED JAN 1 4 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Name and Address where transfer payments should be sent (if different from above):
As above _____

_____
Telephone: _____
Attention: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____
    Transferee/Transferee's Agent

Date: 8th JANUARY 2016

*Penalty for making a false statement:* Fine of up to USD500,000 or imprisonment for up to 5 years, or both. 18 U.S C. §152 & 3571.

110050-4-42-v1.0

- 1 -

70-40535314

**Trustee LBHI Evidence of Claim Transfer**

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC Trustee (C.I.) Limited (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Aviva Life S.P.A. (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 18872 (the "**Claim**") against Lehman Brothers Holdings Inc. (the "**Company**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Company and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Company, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 8th day of January 2016.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| HSBC Trustee (C.I.) Limited | Aviva Life S.P.A. |
| *JFBraid* | |
| Name: Authorised Signatory | Name: |
| Title: Ursula Elliott | Title: |

**Jacki Braid**
**Authorised Signatory**

*Ursula Elliott*
*Authorised Signatory*

110050-4-43-v1.0      - 1 -      70-40535314

## Trustee LBHI Evidence of Claim Transfer

**Evidence of Transfer of Claim**

- TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC Trustee (C.I.) Limited (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Aviva Life S.P.A. (the "**Assignee**"), all right, title, interest, in and to, or arising under or in connection with, Assignor's claim number 18872 (the "**Claim**") against Lehman Brothers Holdings Inc. (the "**Company**"), one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re Lehman Brothers Holdings Inc., et al., Chapter 11 Case No. 08-13555 (Jointly Administered) (SCC)*, pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Company and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Company, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 8th day of January 2016.

| ASSIGNOR: | ASSIGNEE: |
|---|---|
| HSBC Trustee (C.I.) Limited | Aviva Life S.P.A. |
| Name: | Name: PATRICK DIXNEUF |
| Title: | Title: CEO |

# WHHope Law, LLC

1230 Peachtree Street, NE, Atlanta, GA 30309

January 11, 2016

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re.: Case No. 08-13555 (SCC)   Claim Transfer Notice – Claim No. 18872

Enclosed please find a Claim Transfer Notice and Evidence of Claim Transfer for Claim No. 18872; and a check for $25.00 to cover filing costs. If you have any questions or need more information, please let me know. Thank you.

Best regards,

William H. Hope II, JD, CFA
404-626-2812
bill.hope@whhopelaw.com



RECEIVED JAN 14 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

Licensed to practice in Georgia and New York

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

# 197130    — MP

January 15, 2016
11:10:29

**TRANSFER OF CLAI**
08-13555-SCC11
Debtor.: LEHMAN BROTHERS HOLDINGS INC.
Judge..: SHELLEY C CHAPMAN
Amount.:             $25.00 CH


Total-> $25.00


FROM: 08-13555
    TRANSFER OF CLAIM

UNITED STATES
BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

# 197130   --  MP

January 15, 2016
11:10:29

TRANSFER OF CLAIM
08-13555-SCC 1
From: LEHMAN BROTHERS HOLDINGS INC.
To: OAKTREE D CHAPMAN

Amount                                        $25.00

Total-> *25.00

FROM: 08-13555
TRANSFER OF CLAIM