FILED / RECEIVED
JAN 19 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.    Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St Galler Kantonalbank AG
**Name of Transferee**

Liechtensteinische Landesbank AG
**Name of Transferor**

Name and Address where notices to transferee should be sent:

St.Galler Kantonalbank AG
Attn Sfca
St Leonhardstrasse 25
9001 St Gallen
Switzerland

Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____

Court Claim # (if known): 60950
Date Claim Filed: 11/02/2009
Amount of Claim: USD 43'128.00
Portion of Claim Transferred (see Schedule I): USD 43'128.00

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: 01/11/2016
Transferee/Transferee's Agent
Oriana Scheuss    Anina Zürcher

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

St.Galler Kantonalbank AG



RECEIVED
JAN 20 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF FULL TRANSFER OF CLAIM

TO:   The Debtor and the U.S. Bankruptcy Court

For value received, the adequacy and sufficient of which are hereby acknowledged, Liechtensteinsiche Landesbank AG ("Transferor"), unconditionally and irrevocably transfers and assigns to St.Galler Kantonalbank AG ("Transferee") an undivided pro rata interest in USD 43128 (nominal EUR 100'000) ("Transferred Portion") of Transferor's right, title, interest and claims in an to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings, Inc. ("Debtor"), debtor in Case No. 08-13555 pending in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court") and the relevant portion of the claim evidenced by Proof of Claim No. 60950 ("Claim") filed by the Transferor in the case with respect to the Claim.

Transferor waives any objection to the transfer of the Transferred Portion of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and waives to the fullest extent permitted by law any notice or right to a hearing that may be provided by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local rules of the Bankruptcy Court or applicable law with respect to such transfer. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to Transferee the foregoing Transferred Portion of the Claim, recognizing Transferor as the sole owner and holder of the Transferred Portion of the Claim, and directing that all payments or distributions of money or property in respect of the Transferred Portion of the claim be delivered or made to the Transferee.

IN WITNESS WHEREOF, this Evidence of Partial Transfer of Claim is executed as of this 11 day of January, 2016.

Transferor

DRRT FBO Liechtensteinische Landesbank Aktiengesellschaft
By:_____
Name:   Alexander Reus, Managing Partner
Title:_____

Transferee
Oriana Scheuss     Anina Zürcher

St.Galler Kantonalbank AG
By:_____
Name: Oriana Scheuss / Anina Zürcher
Title: Member of Mgmt / Member of Mgmt

1028357



