Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., Debtor     Case No.: 08-13555

Court ID (Court use only): _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001 (e) (2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> FALCON PRIVATE BANK LTD. | Name of Transferor: <br> Bank Julius Baer & Co. Ltd. |
|---|---|
| Notices to Transferee should be sent to: <br> FALCON PRIVATE BANK LTD. <br> Pelikanstrasse 37 <br> P.O. Box 1376 <br> CH-8021 Zürich (Switzerland) <br> Attn. Ms. Franziska Lips <br> Email: Markus Brändle <br> Markus.braendle@falconpb.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and address where transferee payments should be sent (if different from above): | Name and address of the transferor: <br> Bank Julius Baer & Co. Ltd. <br> Attn. Mr. Fabian Burckhardt <br> P.O. Box <br> CH-8010 Zurich (Switzerland) <br> 0041 588862245 <br> Fabian.burckhardt@juliusbaer.com |
| Amount of Claim Being Transferred: <br> EUR 50'000 <br> ISIN XS 0263871674 | |
| Court Claim No. (if known): 30. October 2009 | |
| Date Claim filed: 58786 | |




I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 12th January 2016

FALCON PRIVATE BANK LTD.
Pelikanstrasse 37
P.O. Box 1376
CH-8021 ZURICH (Switzerland)

Penalty for making a false statement: Fine up to USD 500'0000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set for the in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Annex: Evidence of Transfer of Claim



## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Falcon Private Bank Private Ltd.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 58786) **in the nominal amount of EUR 50,000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 16 November 2015.

**Bank Julius Baer & Co. Ltd.**

Patrik Roos
Executive Director

Reto Siegrist
Director


RECEIVED JAN 2 0 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0263871674 | 58786 | 30 October 2009 | LEHMAN BROTHERS TREASURY CO. BV | EUR 50,000 |

Form 210 B (12/09)

## UNITED STATES BANKRUPTCY COURT

### SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc., Debtor  Case No.: 08-13555

Court ID (Court use only): _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM NO. 58786 was filed or deemed filed under 11 U.S.C. §1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on ____12. January 2016_ .

| Name of Transferee: | Name of Transferor: |
|---|---|
| FALCON PRIVATE BANK LTD. | Bank Julius Baer & Co. Ltd. |
| Pelikanstrasse 37 | Attn. Mr. Fabian Burckhardt |
| P.O. Box 1376 | P.O. Box |
| CH-8021 Zürich (Switzerland) | CH-8010 Zurich (Switzerland) |
| Attn. Ms. Franziska Lips | 0041 588862245 |
| Email: Markus Brändle | Fabian.burckhardt@juliusbaer.com |
| Markus.braendle@falconpb.com | |

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____        Clerk of the Court:_____

