B 210A (Form 210A)(12/09)

# UNITED STATES BANKRUPTCY COURT

In re: Lehman Brothers Holding Inc., et al.,                Case No. 08-13555   (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Sound Point Beacon Master Fund, L.P.                UBS AG, Stamford Branch
Name of Transferee                                  Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): 68032
should be sent:                                     Amount of Claim: $2,826,661.78

Sound Point Beacon Master Fund, L.P.,
c/o Sound Point Capital Management, LP
375 Park Avenue, 25th Floor                         Date Claim Filed: 3/2/2012
New York, NY 10152
Attention: Jordan Michels

Phone: 212-895-2282                                 Phone: 203-719-5397
Last Four Digits of Acct #: 5825                    Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____              Date: July 7, 2014
    Transferee/Transferee's Agent

Acknowledged and Agreed:

                                                   Darlene Arias
                                                   Director
                                                   Banking Products Services, US

By: _____              Date: July 7, 2014
    Transferor/Transferor's Agent

Craig Pearson
Associate Director
Banking Product Services, US

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

141900.01018/36365885v.4

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

UBS AG, Stamford Branch ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a Transfer of Claim Agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to Sound Point Beach Master Fund, L.P. ("Buyer"), a ratable portion equal to USD $2,826,661.78 of all right, title and interest in and to the claims of Seller against LEHMAN BROTHERS HOLDINGS INC. docketed as Claim No. 68032 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered). For the avoidance of doubt, this transfer relates solely to the claim against Lehman Brothers Holdings Inc. filed by Seller having the claim number set out above and to no other claim of Seller against Lehman Brothers Holdings Inc.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 7th day of July, 2014.

**SELLER:**

**UBS AG, Stamford Branch**
By: UBS Securities LLC, as agent

By: _____
Name: Craig Pearson
Title: Associate Director
       Banking Product Services, US

By: _____
Name: Darlene Arias
Title: Director
       Banking Products Services, US

**BUYER:**

Sound Point Beacon Master Fund, L.P.
By: Sound Point Capital Management, LP
As: Investment Advisor

By: _____
Name: Jordan Michels
Title: Director of Operations

141900.01018/36365885v.4