CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000
Franklin H. Top, III (admitted *pro hac vice*)

-and-

CHAPMAN AND CUTLER LLP
1270 Avenue of the Americas, 30th Floor
New York, New York 10020
Telephone: (212) 655-6000
Laura Appleby (LA-4879)

Attorneys for U.S. Bank National Association, as Trustee

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | CHAPTER 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | CASE No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**WITHDRAWAL OF PROOFS OF CLAIM OF U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, FILED AGAINST LEHMAN BROTHERS HOLDINGS INC., AND
LEHMAN BROTHERS SPECIAL FINANCING INC. IN CONNECTION WITH THE
EXUM RIDGE CBO 2007-1 TRANSACTION**

---

**PLEAE TAKE NOTICE** that U.S. Bank National Association, not individually but as Trustee ("*U.S. Bank*"), by and through its counsel, Chapman and Cutler LLP, hereby withdraws Proof of Claim number **32840**, against Lehman Brothers Holdings Inc., and Proof of Claim number **32856**, against Lehman Brothers Special Finance Inc., relating to the above referenced

3922155.01.01.doc

Trust, and Proof of Claim number **23440** asserted by RACERS Series 2007-3-E Trust (holder of a Note issued by Exum Ridges CBO 2007-1) against Lehman Brothers Special Financing Inc. No other claim of U.S. Bank National Association, in any capacity, shall be affected hereby.

Dated: February 3, 2016
     New York, New York

Respectfully submitted,

**CHAPMAN AND CUTLER LLP**

By: _s/ Laura Appleby_____

Franklin H. Top, III *(pro hac vice)*
Scott A. Lewis
111 West Monroe Street
Chicago, IL 60603-4080
Tel: 312-845-3000
Fax: 312-701-2361
Email: top@chapman.com
Email: slewis@chapman.com

-and-

Laura E. Appleby (LA-4879)
1270 Avenue of the Americas
New York, New York 10020-1708
Telephone: (212) 655-2512
Fax: 212-655-2513
Email: appleby@chapman.com

*Attorneys for U.S. Bank National Association,*
   *as Trustee*

2