IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDING INC. | ) |
| | ) |
| Debtor. | ) Case No. 08-13555 |
| | ) |
| | ) REQUEST FOR SPECIAL NOTICE |
| | ) PURSUANT TO BANKRUPTCY RULES |
| | ) 2002(a) AND (b) AND PLEADINGS |
| | ) PURSUANT TO BANKRUPTCY RULE 3017(a) |
| _____ ) | |

PLEASE TAKE NOTICE that American Dream Realty. Inc. ("American Dream") hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

> Robert M. Yaspan
> Law Offices of Robert M. Yaspan
> 21700 Oxnard Street, Suite 1750
> Woodland Hills, CA 91367
> Telephone: (818) 905-7711
> Facsimile: (818) 501-7711
> E-mail: RYaspan@YaspanLaw.com

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive American Dreams (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which American Dreams are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

1

2

DATED: February 3, 2016                    LAW OFFICES OF ROBERT M. YASPAN

3                                          By:   /s/ Robert M. Yaspan

4                                          Robert M. Yaspan, Esq.
                                           21700 Oxnard Street, Suite 1750
5                                          Woodland Hills, CA 91367
                                           Telephone: (818) 905-7711
6                                          Facsimile: (818) 501-7711

7

8                                          Attorney for American Dream Realty Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is at Law Offices of Robert M. Yaspan, 21700 Oxnard Street, Suite 1750, Woodland Hills, CA 91367.

On February 3, 2016, I served the foregoing document described as:

**REQUEST FOR SPECIAL NOTICE PURSUANT TO BANKRUPTCY RULES 2002(a) AND (b) AND PLEADINGS PURSUANT TO BANKRUPTCY RULE 3017(a)**

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 3, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Anne Marie Aaronson**    aaaronson@dilworthlaw.com
- **Marc Abrams**    maosbny@willkie.com, mabrams@willkie.com
- **Marc Abrams**    maosbny@willkie.com, mabrams@willkie.com
- **Ann E. Acker**    acker@chapman.com
- **David J. Adler**    dadler@mccarter.com
- **David J. Adler**    dadler@mccarter.com
- **Jonathan Mark Agudelo**    jonathan.agudelo@kayescholer.com
- **Kathleen M. Aiello**    kaiello@foxrothschild.com
- **Kathleen M. Aiello**    kaiello@foxrothschild.com
- **Robert D. Albergotti**    robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com
- **Robert D. Albergotti**    robert.albergotti@haynesboone.com, kim.morzak@haynesboone.com
- **Craig J. Albert**    craigjustinalbert@gmail.com
- **Jose Raul Alcantar Villagran**    raul.alcantar@alcantarlaw.com
- **Nelson D Alexander**    nalexander@fbtlaw.com, jconiglen@fbtlaw.com
- **Ana M. Alfonso**    maosbny@willkie.com, aalfonso@willkie.com
- **Darryl J. Alvarado**    dalvarado@rgrdlaw.com, e_file_sd@rgrdlaw.com
- **Ryan J Andreoli**    randreoli@jonesday.com
- **Carla O. Andres**    candres@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com
- **George Angelich**    angelich.george@arentfox.com
- **Philip D. Anker**    philip.anker@wilmerhale.com, andrew.glantz@wilmerhale.com;Danielle.DOnfro@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Philip D. Anker**    philip.anker@wilmerhale.com, andrew.glantz@wilmerhale.com;Danielle.DOnfro@wilmerhale.com;yolande.thompson@wilmerhale.com
- **Tara B. Annweiler**    tannweiler@greerherz.com
- **Laura E. Appleby**    appleby@chapman.com
- **Thomas Arena**    jbrewster@milbank.com
- **Bruce G. Arnold**    barnold@whdlaw.com
- **John R. Ashmead**    ashmead@sewkis.com

- **John R. Ashmead**    ashmead@sewkis.com
- **Elizabeth Austin**    ea@pullcom.com, jgrossarth@pullcom.com
- **Allison R Axenrod**    allison@claimsrecoveryllc.com
- **Andrew C Baak**    andrew.baak@bartlit-beck.com
- **Douglas Bacon**    chefiling@lw.com, beth.arnold@lw.com
- **Douglas Bacon**    chefiling@lw.com, beth.arnold@lw.com
- **Katrina Lynne Baker**    kbaker@kramerlevin.com, docketing@kramerlevin.com
- **Helen Ball**    mtaylor@ba-boult.com
- **William G. Ballaine**    wballaine@lcbf.com
- **Andrew E. Balog**    aeb@gtlaw.com
- **Anthony Balsamo**    balesq1948@yahoo.com
- **Elizabeth Banda Calvo**    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- **Duncan E. Barber**    dbarber@bsblawyers.com
- **Luke A Barefoot**    lbarefoot@cgsh.com, maofiling@cgsh.com
- **Luke A Barefoot**    lbarefoot@cgsh.com, maofiling@cgsh.com
- **Jean-David Barnea**    jean-david.barnea@usdoj.gov
- **Jean-David Barnea**    jean-david.barnea@usdoj.gov
- **David L. Barrack**    dbarrack@fulbright.com
- **Peter John Barrett**    peter.barrett@kutakrock.com
- **Peter John Barrett**    peter.barrett@kutakrock.com
- **Athanasios Basdekis**    tbasdekis@baileyglasser.com, bglasser@baileyglasser.com;pmuench@baileyglasser.com;rlane@baileyglasser.com
- **Athanasios Basdekis**    tbasdekis@baileyglasser.com, bglasser@baileyglasser.com;pmuench@baileyglasser.com;rlane@baileyglasser.com
- **Lawrence Bass**    lawrence.bass@hro.com
- **Beatrice Hamza Bassey**    bassey@hugheshubbard.com
- **Paul M. Basta**    pbasta@kirkland.com, jacob.goldfinger@kirkland.com;beth.friedman@kirkland.com;ross.kwasteniet@kirkland.com;bradley.giordano@kirkland.com;joe.graham@kirkland.com;steven.serajeddini@kirkland.com;csroka@kirkland.com
- **Paul A. Batista**    batista007@aol.com
- **Christopher J. Battaglia**    cbattaglia@halperinlaw.net, lgu@halperinlaw.net
- **Kenneth L. Baum**    kbaum@coleschotz.com, ssallie@coleschotz.com
- **Kevin M. Baum**    kevin.baum@kattenlaw.com
- **Kevin M. Baum**    kevin.baum@kattenlaw.com
- **Arthur G. Baumeister**    abaumeister@amigonesanchez.com
- **Douglas P. Baumstein**    dbaumstein@whitecase.com, mcosbny@whitecase.com;jdisanti@whitecase.com
- **Peter Nils Baylor**    pnb@nutter.com
- **Ronald Scott Beacher**    rbeacher@pryorcashman.com, docketing@pryorcashman.com
- **Ronald Scott Beacher**    rbeacher@pryorcashman.com, docketing@pryorcashman.com
- **Anne E. Beaumont**    abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
- **Anne E. Beaumont**    abeaumont@fklaw.com, vgarvey@fklaw.com;jshaw@fklaw.com
- **John Douglas Beck**    john.beck@hoganlovells.com, ronald.cappiello@hoganlovells.com
- **Martin Beeler**    mbeeler@cov.com
- **Martin Beeler**    mbeeler@cov.com
- **Neil Sheehan Begley**    neil.begley@srz.com
- **Christopher Robert Belmonte**    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com
- **Howard S. Beltzer**    hbeltzer@mayerbrown.com
- **Howard S. Beltzer**    hbeltzer@mayerbrown.com
- **Evan J. Benanti**    evan.benanti@bingham.com
- **Joshua M Bennett**    joshuabennett@paulhastings.com
- **Menachem M. Bensinger**    mbensinger@mcgrailbensinger.com
- **Gregory M. Bentz**    gbentz@polsinelli.com
- **Walter Benzija**    wbenzija@halperinlaw.net, cessenfeld@halperinlaw.net
- **David Adam Berger**    dberger@abv.com

1
- **Shaya M. Berger**    bergers@dicksteinshapiro.com
- **Jed I. Bergman**    jbergman@kasowitz.com, courtnotices@kasowitz.com

2
- **Jed I. Bergman**    jbergman@kasowitz.com, courtnotices@kasowitz.com;smoskowitz@kasowitz.com
- **Elizabeth Berke-Dreyfuss**    edreyfuss@wendel.com

3
- **Leslie Ann Berkoff**    lberkoff@moritthock.com
- **Ronit J. Berkovich**    ronit.berkovich@weil.com

4
- **Howard J. Berman**    hberman@egsllp.com
- **Mark N. Berman**    1mberman@comcast.net

5
- **Richard J. Bernard**    rbernard@foley.com, rbressler@foley.com
- **Aaron M. Bernay**    abernay@fbtlaw.com

6
- **Thomas F Berndt**    tberndt@robinskaplan.com, mschroeder@robinskaplan.com
- **Darren Elliot Bernstein**    bernsted@lbitrustee.com

7
- **Scott Howard Bernstein**    sbernstein@stradley.com
- **Matthew R. Berry**    mberry@susmangodfrey.com

8
- **Gene R. Besen**    gene.besen@snrdenton.com
- **Daniel B. Besikof**    dbesikof@loeb.com

9
- **Riyaz G. Bhimani**    rbhimani@eckertseamans.com
- **Adam M. Bialek**    abialek@wmd-law.com

10
- **Adam M. Bialek**    abialek@wmd-law.com
- **Martin J. Bienenstock**    mbienenstock@proskauer.com, tkarcher@proskauer.com

11
- **Martin J. Bienenstock**    mbienenstock@proskauer.com, tkarcher@proskauer.com
- **Laurie R. Binder**    binder@sewkis.com

12
- **Neil S. Binder**    nbinder@binderschwartz.com, dclark@binderschwartz.com
- **Neil S. Binder**    nbinder@rkollp.com, dclark@binderschwartz.com

13
- **Kevin J. Biron**    kevin.biron@morganlewis.com, bryan.goff@morganlewis.com
- **Robert Jeffery Black**    michael.ableson@bingham.com

14
- **Joshua R. Blackman**    jBlackman@morganlewis.com
- **Jordan S. Blask**    jblask@tuckerlaw.com

15
- **Benjamin Blaustein**    blaustein@sewkis.com
- **Daniel S. Bleck**    dbleck@mintz.com

16
- **Tricia J. Bloomer**    tbloomer@bsfllp.com, aweber@bsfllp.com;amarcus@bsfllp.com
- **Anthony D. Boccanfuso**    Anthony_Boccanfuso@aporter.com

17
- **Anthony D. Boccanfuso**    Anthony_Boccanfuso@aporter.com
- **Carmine Boccuzzi**    maofiling@cgsh.com, cboccuzzi@cgsh.com

18
- **Carmine Boccuzzi**    maofiling@cgsh.com, cboccuzzi@cgsh.com
- **Ian Boczko**    iboczko@wlrk.com, calert@wlrk.com

19
- **James Nicholas Boeving**    james.n.boeving@usdoj.gov
- **Phillip W. Bohl**    phillip.bohl@gpmlaw.com

20
- **Nora Bojar**    nbojar@fklaw.com, vgarvey@fklaw.com
- **Anne M. Boken**    apalazzolo@fzwz.com

21
- **Hilary B. Bonial**    notice@bkcylaw.com
- **Mark V. Bossi**    mbossi@thompsoncoburn.com, lmckinnon@thompsoncoburn.com

22
- **Mark S. Bostick**    mbostick@wendel.com
- **Charles E. Boulbol**    rtrack@msn.com

23
- **Maria A. Bove**    mbove@pszjlaw.com, dharris@pszjlaw.com;mbove@pszjlaw.com
- **Armen James Boyajian**    jamesboyajian@gmail.com

24
- **Armen James Boyajian**    jamesboyajian@gmail.com
- **Stephen Louis Braga**    bragalaw@gmail.com, slbraga@msn.com

25
- **Ethan A. Brecher**    ethan@ethanbrecherlaw.com
- **Jerrold Lyle Bregman**    ecf@ebg-law.com, jbregman@ebg-law.com

26
- **Allan S. Brilliant**    allan.brilliant@dechert.com, brett.stone@dechert.com
- **Timothy W. Brink**    tbrink@mpslaw.com, dnichols@mpslaw.com

27
- **James William Brody**    jbrody@americanmlg.com, chericourt@americanmlg.com
- **James L. Bromley**    maofiling@cgsh.com, jbromley@cgsh.com;reckenrod@cgsh.com

28
- **Luke O. Brooks**    lukeb@rgrdlaw.com
- **Melvin A. Brosterman**    mbrosterman@stroock.com, docketing@stroock.com;insolvency@stroock.com

- **Mark A. Broude**    mark.broude@lw.com, peter.gilhuly@lw.com
- **Mark Edwin Browning**    SHERRI.SIMPSON@OAG.STATE.TX.US
- **Andrew P. Brozman**    andrew.brozman@cliffordchance.com, adam.lesman@cliffordchance.com
- **Andrew P. Brozman**    andrew.brozman@cliffordchance.com, adam.lesman@cliffordchance.com
- **Robert W. Brundige**    brundige@hugheshubbard.com
- **Beth A Bryan**    bryan@taftlaw.com, docket@taftlaw.com
- **John J. Buckley**    jbuckley@wc.com
- **Martin G. Bunin**    marty.bunin@alston.com
- **Kevin J. Burke**    kburke@cahill.com, mmcloughlin@cahill.com,nmarcantonio@cahill.com
- **Michael P. Burke**    mburke@wmd-law.com
- **Spencer A. Burkholz**    spenceb@rgrdlaw.com, e_file_sd@rgrdlaw.com
- **Samuel L. Butt**    sbutt@schlamstone.com
- **Joaquin M. C De Baca**    jcdebaca@mayerbrown.com
- **Malani Cademartori**    mcademartori@sheppardmullin.com, ny-docketing@sheppardmullin.com
- **Aaron R. Cahn**    cahn@clm.com
- **Aaron R. Cahn**    cahn@clm.com
- **Daniel K. Cahn**    dcahn@cahnlaw.com
- **Thomas R. Califano**    thomas.califano@dlapiper.com, daniel.egan@dlapiper.com
- **Thomas R. Califano**    thomas.califano@dlapiper.com, daniel.egan@dlapiper.com
- **John M. Callagy**    jcallagy@kelleydrye.com
- **Carollynn H.G. Callari**    ccallari@venable.com
- **Donald F. Campbell**    dcampbell@ghclaw.com
- **Sarah Campbell**    jdisanti@whitecase.com;mcosbny@whitecase.com
- **Sarah Campbell**    jdisanti@whitecase.com;mcosbny@whitecase.com
- **David M. Capriotti**    dcapriotti@harrisbeach.com, bkemail@harrisbeach.com;ktompsett@harrisbeach.com
- **John F. Carberry**    jcarberry@cl-law.com
- **Jeffrey Morgan Carbino**    jcarbino@cohenseglias.com
- **Scott Cargill**    scargill@lowenstein.com, msavetsky@lowenstein.com
- **Lawrence F. Carnevale**    bankruptcy@clm.com
- **Michael Robert Carney**    mcarney@mckoolsmith.com
- **Michael Robert Carney**    mcarney@mckoolsmith.com
- **James S. Carr**    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Daniel J. Carragher**    djcarragher@daypitney.com, djcarragher@ecf.inforuptcy.com
- **Kelly A Carrero**    kacarrero@jonesday.com
- **Timothy J. Carter**    tcarter@goulstonstorrs.com
- **Gerard Sylvester Catalanello**    gcatalanello@duanemorris.com, gcatalanello@duanemorris.com
- **Rocco A. Cavaliere**    rcavaliere@tarterkrinsky.com
- **Gabriel I. Chacon**    gabriel.chacon@dol.lps.state.nj.us
- **Shelley C. Chapman**    maosbny@willkie.com
- **Kenneth E. Chase**    kchase@shb.com
- **Thomas E. Chase**    tchase@rlrpclaw.com
- **Omar-John C. Chavez**    ochavez@smithstratton.com
- **Pamela Rogers Chepiga**    pamela.chepiga@newyork.allenovery.com, kurt.vellek@allenovery.com
- **Elizabeth Ann Chew**    echew@foxrothschild.com
- **Ly S Chhay**    ly.chhay@activfinancial.com
- **Jonathan Chi-Shoong Cho**    jonathan.cho@allenovery.com, kurt.vellek@allenovery.com
- **Conrad Chiu**    cchiu@pryorcashman.com, docketing@pryorcashman.com
- **Bertrand J. Choe**    NYC.bknotices@kattenlaw.com
- **Dale C. Christensen**    christensen@sewkis.com
- **Jennifer A. Christian**    jennifer.christian@tklaw.com, justin.roberts@tklaw.com
- **Jennifer A. Christian**    jennifer.christian@tklaw.com, justin.roberts@tklaw.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **Robert N. H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **Robert N. H. Christmas**    rchristmas@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com
- **David N. Cinotti**    dncinotti@venable.com, NYBankruptcyDocketing@venable.com

- **Lloyd S. Clareman**    lloyd.clareman@clareman.com
- **Bruce E. Clark**    clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Bruce E. Clark**    clarkb@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Jared Riley Clark**    jared.clark@morganlewis.com, david.marcus@morganlewis.com
- **Richard W. Clary**    rclary@cravath.com, mao@cravath.com
- **Marvin E. Clements**    agbanknewyork@ag.tn.gov
- **Marvin E. Clements**    agbanknewyork@ag.tn.gov
- **Dianne F. Coffino**    dcoffino@cov.com, mmattox@cov.com
- **Dianne F. Coffino**    dcoffino@cov.com, mmattox@cov.com
- **David S. Cohen**    dcohen2@milbank.com,
  nbassett@milbank.com;malston@milbank.com;DLloyd@milbank.com
- **Hollace T. Cohen**    hollace.cohen@troutmansanders.com, nymc@troutmansanders.com
- **Joshua W. Cohen**    jwcohen@daypitney.com, arametta@daypitney.com
- **Michael A. Cohen**    jweber@curtis.com
- **Neal W. Cohen**    ncohen@halperinlaw.net
- **Ronald L. Cohen**    cohenr@sewkis.com
- **Ronald L. Cohen**    cohenr@sewkis.com
- **Joshua D. Cohn**    choupt@mayerbrown.com;jmarsala@mayerbrown.com
- **Joshua D. Cohn**    choupt@mayerbrown.com;jmarsala@mayerbrown.com
- **Michael H. Cohn**    scaba@cohnroth.com, mcohn@cohnroth.com
- **Adam D. Cole**    colea@gtlaw.com
- **Cassandra L. Coleman**    ccoleman@garfield-county.com
- **Jeffrey R. Coleman**    coleman@hugheshubbard.com
- **Kenneth P. Coleman**    kurt.vellek@allenovery.com;jonathan_cho@allenovery.com
- **Magdeline D. Coleman**    donna.curcio@bipc.com
- **Scarlett Elizabeth Collings**    scarlett.collings@weil.com
- **Patrick Collins**    pcollins@farrellfritz.com
- **Christopher Combest**    christopher.combest@quarles.com
- **Paul Condzal**    condzalesq@msn.com
- **Patrick M. Connorton**    pconnorton@cohengresser.com, managingclerksoffice@cohengresser.com
- **Michael T. Conway**    mconway@goodwin.com
- **Roger A Cooper**    racooper@cgsh.com, maofiling@cgsh.com
- **Dena Copulsky**    dlcopulsky@hhlaw.com
- **Joseph N. Cordaro**    joseph.cordaro@usdoj.gov
- **Kenneth Corey-Edstrom**    kcoreyedstrom@larkinhoffman.com
- **Francis M. Correll**    fcorrell@klehr.com
- **Todd G. Cosenza**    maosbny@willkie.com, tcosenza@willkie.com
- **Steven Cousins**    scousins@armstrongteasdale.com
- **John S. Craig**    jcraig@abv.com
- **David N. Crapo**    dcrapo@gibbonslaw.com
- **David A. Crichlow**    david.crichlow@kattenlaw.com
- **Maureen A. Cronin**    mao-ecf@debevoise.com
- **Nicholas P. Crowell**    ncrowell@sidley.com
- **Nicholas P. Crowell**    ncrowell@sidley.com
- **Leo T. Crowley**    leo.crowley@pillsburylaw.com
- **Daniel P Cunningham**    danielcunningham@quinnemanuel.com
- **Walter H. Curchack**    wcurchack@loeb.com, vrubinstein@loeb.com
- **Louis A. Curcio**    louis.curcio@snrdenton.com, nymc@troutmansanders.com
- **Kelly D. Curtin**    kdcurtin@pbnlaw.com,
  mdlaskowski@pbnlaw.com;mpdermatis@pbnlaw.com;rasegall@pbnlaw.com
- **Raniero D'Aversa**    rdaversa@orrick.com, lmetzger@orrick.com
- **Raniero D'Aversa**    rdaversa@orrick.com, lmetzger@orrick.com
- **Israel Dahan**    idahan@kslaw.com, jcmccullough@kslaw.com
- **William F. Dahill**    wdahill@wmd-law.com
- **William F. Dahill**    wdahill@wmd-law.com
- **Marilee P. Dahlman**    lschwall@kayescholer.com

- **Robert K. Dakis**    , bankruptcy@morrisoncohen.com
- **Michael R. Dal Lago**    mike@dallagolaw.com
- **J. Patrick Darby**    pdarby@babc.com
- **J. Patrick Darby**    pdarby@babc.com
- **Wolfgang A Dase**    wdase@fzwz.com
- **Brijesh P. Dave**    brijesh.dave@lehmanholdings.com
- **Scott I. Davidson**    sdavidson@kslaw.com
- **Jason C. Davis**    jdavis@rgrdlaw.com, ptiffith@rgrdlaw.com
- **Michael S. Davis**    mdavis@zeklaw.com,
  mmccarthy@zeklaw.com;rguttmann@zeklaw.com;mmillnamow@zeklaw.com
- **Paul R. DeFilippo**    pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com
- **Paul R. DeFilippo**    pdefilippo@wmd-law.com, gparascondola@wmd-law.com;jgiampolo@wmd-law.com
- **Louis T. DeLucia**    ldelucia@schiffhardin.com, sodavis@schiffhardin.com
- **Jennifer C. DeMarco**    jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com
- **Jennifer C. DeMarco**    jennifer.demarco@cliffordchance.com, adam.lesman@cliffordchance.com
- **Gabriel Del Virginia, Esq.**    gabriel.delvirginia@verizon.net
- **Bradford E. Dempsey**    bdempsey@faegre.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com, apabon@nixonpeabody.com
- **Christopher M. Desiderio**    cdesiderio@nixonpeabody.com, apabon@nixonpeabody.com
- **Mark W. Deveno**    mark.deveno@bingham.com
- **Francesco Di Pietro**    francesco.dipietro@wg-law.com
- **Maria J. DiConza**    diconzam@gtlaw.com, petermann@gtlaw.com;lowena@gtlaw.com
- **Maria J. DiConza**    diconzam@gtlaw.com, petermann@gtlaw.com;lowena@gtlaw.com
- **Daryl L. Diesing**    ddiesing@whdlaw.com, pbartoli@whdlaw.com
- **John P. Dillman**    houston_bankruptcy@publicans.com
- **Pat Dixon**    pat.dixon@fultoncountyga.gov,
  Terry1.Allen@fultoncountyga.gov;Shannon.Sams@fultoncountyga.gov
- **Caroline R. Djang**    cdjang@rutan.com
- **Stephen A. Donato**    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com
- **Christopher R. Donoho**    chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
- **Christopher R. Donoho**    chris.donoho@hoganlovells.com, ronald.cappiello@hoganlovells.com
- **J. Ted Donovan**    TDonovan@GWFGlaw.com, jstrauss@gwfglaw.com
- **Jennifer V. Doran**    jdoran@haslaw.com, calirm@haslaw.com
- **Joshua Dorchak**    joshua.dorchak@morganlewis.com, david.marcus@morganlewis.com
- **William Stuart Dornette**    dornette@taftlaw.com, docket@taftlaw.com
- **Mark J. Dorval**    mdorval@stradley.com
- **Amish R. Doshi**    adoshi@magnozzikye.com
- **Mary Joanne Dowd**    mary.dowd@arentfox.com, jeffrey.rothleder@arentfox.com
- **Thomas Alan Draghi**    tdraghi@westermanllp.com
- **Dennis J. Drebsky**    ddrebsky@nixonpeabody.com,
  nyc.managing.clerk@nixonpeabody.com;apabon@nixonpeabody.com;cfong@nixonpeabody.com
- **Robert W. Dremluk**    rwd1517@gmail.com,rdremluk@culhanemeadows.com,
  rwd1517@ecf.inforuptcy.com,lwarman@culhanemeadows.com
- **Stephen L Dreyfuss**    sldreyfuss@hlgslaw.com, efiling@hlgslaw.com
- **Todd E. Duffy**    tduffy@duffyamedeo.com, Damedeo@duffyamedeo.com
- **James C. Dugan**    maosbny@willkie.com, jdugan@willkie.com
- **Buce J. Duke**    bruceduke@comcast.net
- **Buce J. Duke**    bruceduke@comcast.net
- **David Dunn**    david.dunn@hoganlovells.com
- **Joseph W. Dunn**    jdunn@bsfllp.com
- **Matthew Dyer**    BkMail@prommis.com
- **David W. Dykhouse**    dwdykhouse@pbwt.com, mcobankruptcy@pbwt.com
- **Kevin M. Eckhardt**    keckhardt@hunton.com
- **Andrew B. Eckstein**    aeckstein@blankrome.com

- **Michael James Edelman**    mjedelman@vedderprice.com, ecfnydocket@vedderprice.com
- **Sarah Efronson**    sefronson@jonesday.com
- **Henry A. Efroymson**    henry.efroymson@icemiller.com
- **Daniel Egan**    daniel.egan@dlapiper.com, MLinn@FarallonCapital.com
- **Daniel Eggermann**    deggermann@kramerlevin.com
- **Devon Eggert**    deggert@freeborn.com, bkdocketing@freeborn.com
- **Susan K. Ehlers**    sehlers@armstrongteasdale.com
- **Steven B. Eichel**    se@robinsonbrog.com
- **Jeremy D. Eiden**    jeremy.eiden@ag.state.mn.us, jeremy.eiden@gmail.com
- **Jeffrey M. Eilender**    jme@schlamstone.com
- **Charles R. Ekberg**    ekbergc@lanepowell.com
- **Zeh S. Ekono**    ekonoz@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Robert F. Elgidely**    relgidely@gjb-law.com, gjbecf@gjb-law.com
- **Erin L. Eliasen**    eleliasen@stoel.com, basargent@stoel.com;dblevant@stoel.com;sea_docket@stoel.com;jawoolms@stoel.com;ajbrumble@stoel.com
- **Mark C. Ellenberg**    mark.ellenberg@cwt.com, nyecfnotice@cwt.com
- **Mark C. Ellenberg**    mark.ellenberg@cwt.com, nyecfnotice@cwt.com
- **Paige L. Ellerman**    pellerman@fbtlaw.com, pellerman@ecf.inforuptcy.com
- **Kristin Elliott**    kelliott@kelleydrye.com, KDWBankruptcyDepartment@Kelleydrye.com
- **Bertin C. Emmons**    bemmons@sovereignbank.com
- **Michael R. Enright**    menright@rc.com
- **Andrew J. Entwistle**    aentwistle@entwistle-law.com, mgayle@entwistle-law.com;ncasey@entwistle-law.com;jporter@entwistle-law.com
- **Richard L. Epling**    richard.epling@pillsburylaw.com
- **Scott L. Esbin**    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- **Scott L. Esbin**    bankruptcyinfo@esbinalter.com, bankruptcyinfo@esbinalter.com
- **Edward J. Estrada**    eestrada@reedsmith.com, DocketingECFNYC@ReedSmith.com
- **Michael S. Etkin**    metkin@lowenstein.com, mseymour@lowenstein.com
- **Michael S. Etkin**    metkin@lowenstein.com, mseymour@lowenstein.com
- **William J. Factor**    wfactor@wfactorlaw.com, nbouchard@wfactorlaw.com
- **Michael A. Fagone**    mfagone@bernsteinshur.com, astewart@bernsteinshur.com;kquirk@bernsteinshur.com
- **Garrett A. Fail**    garrett.fail@weil.com
- **Jessica Fainman**    jessica.fainman@barclayscapital.com
- **Stephen Vincent Falanga**    sfalanga@connellfoley.com
- **Robert Michael Farquhar**    mfarquhar@winstead.com
- **Stephen Patrick Farrelly**    sfarrelly@jonesday.com
- **William L. Farris**    farrisw@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Adam M. Feinmesser**    afeinmesser@esbinalter.com
- **Adam M. Feinmesser**    afeinmesser@esbinalter.com
- **Michael S. Feldberg**    michael.feldberg@newyork.allenovery.com, kurt.vellek@allenovery.com
- **Matthew Allen Feldman**    maosbny@willkie.com, mfeldman@willkie.com
- **Peter L. Feldman**    awilliams@oshr.com;jbougiamas@oshr.com;ahalpern@oshr.com;pyedreyeski@oshr.com;jfeeney@otterbourg.com
- **Hydee R. Feldstein**    wiesell@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Gregg M. Ficks**    gmf@cpdb.com
- **Charles J. Filardi**    charles@filardi-law.com, abothwell@filardi-law.com
- **Joseph Daniel Filloy**    jfilloy@reedsmith.com
- **Steven E. Fineman**    sfineman@lchb.com
- **Steven E. Fineman**    sfineman@lchb.com
- **Steven J. Fink**    sfink@orrick.com, nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com;wfoley@orrick.com
- **Steven J. Fink**    sfink@orrick.com, nymao@orrick.com;tmitchell@orrick.com;jburke@orrick.com;sbridge@orrick.com;wfoley@orrick.com

1
- **Harden Alexander Fisch**    afisch@stutman.com
- **Gabriel Fischbarg**    fis123@yahoo.com

2
- **Eric Fisher**    efisher@binderschwartz.com, docket@binderschwartz.com
- **James C. Fitzpatrick**    fitzpat@hugheshubbard.com

3
- **James C. Fitzpatrick**    fitzpat@hugheshubbard.com
- **Richard J. Flanagan**    rjflanagan@flanassoc.com

4
- **Daniel J. Flanigan**    dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com
- **Robert M. Fleischer**    rfleischer@pryorcashman.com,

5
  docketing@pryorcashman.com;dstevens@pryorcashman.com
- **Thomas J. Fleming**    tfleming@olshanlaw.com, docketclerk@olshanlaw.com

6
- **Martin N. Flics**    martin.flics@linklaters.com, shauin.wang@linklaters.com;casey.bell@linklaters.com
- **Lara J Fogel**    lfogel@levinelee.com

7
- **Anthony Ford**    dcunsolo@winston.com
- **Savvas Antonios Foukas**    foukas@hugheshubbard.com

8
- **Shawn Randall Fox**    sfox@mcguirewoods.com
- **Shawn Randall Fox**    sfox@mcguirewoods.com

9
- **Paul R. Franke**    paul.franke@moyewhite.com, jill.neufer@moyewhite.com
- **Mark A. Frankel**    mfrankel@bfklaw.com,

10
  mfrankel@bfklaw.com;mark_frankel@yahoo.com;frankel.mark@gmail.com
- **Jane M. Freeberg**    jfreeberg@wfw.com

11
- **Jane M. Freeberg**    jfreeberg@wfw.com
- **Mark Freedlander**    mfreedlander@mcquirewoods.com

12
- **Rachel Freeman**    rfreeman@dealysilberstein.com
- **Elise S. Frejka**    efrejka@frejka.com

13
- **Anson B. Frelinghuysen**    frelingh@hugheshubbard.com
- **Ellen A. Friedman**    jquiambao@friedmanspring.com

14
- **Jeff J. Friedman**    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com
- **Jeff J. Friedman**    jeff.friedman@kattenlaw.com, nyc.bknotices@kattenlaw.com

15
- **Kenneth Friedman**    kfriedman@manatt.com, astaltari@manatt.com
- **Michael Friedman**    friedman@chapman.com, iyassin@chapman.com

16
- **Andrew J Frisch**    afrisch@andrewfrisch.com
- **Joshua Fritsch**    fritschj@sullcrom.com, s&cmanagingclerk@sullcrom.com

17
- **Kevin Fritz**    kaf@msf-law.com
- **Joseph Froehlich**    jfroehlich@lockelord.com

18
- **Thomas M. Gaa**    tgaa@bbslaw.com, yessenia@bbslaw.com
- **H. Rowan Gaither**    rgaither@rkollp.com, mschneider@rkollp.com

19
- **Michael Garcia**    mgarcia@nixonpeabody.com
- **Karl Geercken**    kgeercken@alston.com, kgeercken@alston.com

20
- **Lawrence V. Gelber**    lawrence.gelber@srz.com
- **Lawrence V. Gelber**    lawrence.gelber@srz.com

21
- **Andrew E. Gelfand**    gelfanda@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Andrew E. Gelfand**    gelfanda@sullcrom.com, s&cmanagingclerk@sullcrom.com

22
- **Jan B. Geller**    jbgesq@bway.net
- **Daniel F.X. Geoghan**    DGeoghan@coleschotz.com, pratkowiak@coleschotz.com

23
- **Katherine Geraci**    geraci@thalergertler.com
- **Jeffrey W. Gettleman**    jgettleman@kirkland.com

24
- **Edward N Gewirtz**    chona@bgandg.com, G31777@notify.cincompass.com
- **Anthony I. Giacobbe**    agiacobbe@zeklaw.com

25
- **John D Giampolo**    jgiampolo@wmd-law.com
- **Steven A. Ginther**    sdnyecf@dor.mo.gov

26
- **Steven A. Ginther**    sdnyecf@dor.mo.gov
- **Margarita Y. Ginzburg**    mginzburg@daypitney.com

27
- **Glenn S. Gitomer**    ggitomer@mkbattorneys.com
- **Joseph M. Gitto**    jgitto@nixonpeabody.com

28
- **Lara O. Glaesman**    lara.glaesman@leonard.com
- **Eduardo J. Glas**    eglas@mccarter.com

1
- **Gabriel I. Glazer**    gglazer@pszjlaw.com
- **John P. Gleason**    jgleason@gleasonkoatz.com

2
- **Jeffrey E. Glen**    jglen@andersonkill.com
- **Andrew K. Glenn**    aglenn@kasowitz.com, courtnotices@kasowitz.com

3
- **Larry Ivan Glick**    lglick@shutts.com
- **Jay M. Goffman**    JGoffman@skadden.com, John.Murphy@skadden.com

4
- **Kristin Going**    kristin.going@dbr.com, Daniel.Northrop@dbr.com
- **Andrew C. Gold**    agold@herrick.com

5
- **Matthew J. Gold**    mgold@kkwc.com
- **Matthew J. Gold**    mgold@kkwc.com

6
- **Ronald Eric Gold**    rgold@fbtlaw.com, kgrubbs@fbtlaw.com
- **Adam J. Goldberg**    adam.goldberg@lw.com

7
- **Thomas D. Goldberg**    tdgoldberg@dbh.com
- **Thomas D. Goldberg**    tdgoldberg@dbh.com

8
- **Andrew R Goldenberg**    goldenberg@ssnyc.com
- **Michelle Goldis**    michelle.goldis@wilmerhale.com

9
- **Richard M. Goldman**    rgoldman@teamtogut.com, lmuchnik@teamtogut.com;rgoldman@ecf.inforuptcy.com

10
- **Seth Goldman**    seth.goldman@mto.com
- **Arthur Goldstein**    agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

11
- **Irena M. Goldstein**    igoldstein@proskauer.com
- **Steven Martin Golub**    sgolub@golublaw.com

12
- **Carlos F Gonzalez**    cgonzalez@diazreus.com, nquiros@diazreus.com;axiques@diazreus.com;filings@diazreus.com

13
- **Brett D. Goodman**    brett.goodman@troutmansanders.com, harriet.cohen@troutmansanders.com;nymc@troutmansanders.com

14
- **Robert S. Goodman**    rgoodman@moundcotton.com
- **Todd M. Goren**    tgoren@mofo.com

15
- **Andrew R. Gottesman**    agottesman@secondmarket.com
- **Christopher F. Graham**    cgraham@eckertseamans.com

16
- **Richard A. Graham**    rgraham@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

17
- **Richard A. Graham**    rgraham@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;tmacwright@whitecase.com;rkebrdle@whitecase.com

18
- **Lindsee Paige Granfield**    lgranfield@cgsh.com, maofiling@cgsh.com;racooper@cgsh.com;bmorag@cgsh.com;reckenrod@cgsh.com

19
- **Timothy E. Graulich**    bankruptcy.routing@dpw.com,ecf.ct.papers@davispolk.com

20
- **Paul Bartholomew Green**    bartgreen@jonesday.com
- **Michael H Greenblatt**    Laurie.Schwall@kayescholer.com

21
- **Ira S. Greene**    igreene@edwardswildman.com
- **Carl M. Greenfeld**    cgreenfeld@lowenstein.com

22
- **Scott G. Greissman**    sgreissman@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com;rkampfner@la.whitecase.com

23
- **Michael E. Grenert**    mgrenert@grenertlaw.com
- **Emanuel C. Grillo**    emanuel.grillo@BakerBotts.com

24
- **James T. Grogan**    jamesgrogan@paulhastings.com
- **Erik S. Groothuis**    egroothuis@schlamstone.com

25
- **Robert K. Gross**    rgross@evw.com, slapriore@evw.com,bmarx@evw.com
- **Stephen H. Gross**    shgross5@yahoo.com

26
- **Howard J. Grossman**    howard.j.grossman@chase.com
- **Howard J. Grossman**    howard.j.grossman@chase.com

27
- **Edward P. Grosz**    egrosz@reitlerlaw.com
- **Steven T. Gubner**    ecf@ebg-law.com

28
- **Michael P. Guta**    karlaortega@hill-law-offices.com
- **Daniel J. Guyder**    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com

| | |
|---|---|
| 1 | • **Daniel J. Guyder**    daniel.guyder@allenovery.com, kurt.vellek@allenovery.com;jonathan.cho@allenovery.com |
| 2 | • **Daniel E. Guzman**    guzman@sewkis.com |
| | • **Richard F. Hahn**    rfhahn@debevoise.com;mao-bk-ecf@debevoise.com |
| 3 | • **Richard F. Hahn**    rfhahn@debevoise.com;mao-bk-ecf@debevoise.com |
| | • **Oren Buchanan Haker**    oren.haker@stoel.com, |
| 4 | lacey.gillet@stoel.com;jason.abrams@stoel.com;docketclerk@stoel.com |
| | • **Christopher P. Hall**    kip.hall@dlapiper.com |
| 5 | • **Laura R Hall**    laura.hall@allenovery.com, kurt.vellek@allenovery.com;justin.ormand@allenovery.com |
| | • **Robert R. Hall**    robert.hall@azag.gov |
| 6 | • **Terry E. Hall**    terry.hall@faegrebd.com |
| | • **Alan D. Halperin**    lgu@halperinlaw.net |
| 7 | • **Heidi L Hamilton**    heidi@crumbielaw.com |
| | • **Aaron L. Hammer**    ahammer@SugarFGH.com, |
| 8 | mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com |
| | • **Aaron L. Hammer**    ahammer@SugarFGH.com, |
| 9 | mmelickian@SugarFGH.com;mbrandess@SugarFGH.com;bkdocket@SugarFGH.com |
| | • **Andrew Hammond**    ahammond@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com |
| 10 | • **Andrew Hammond**    ahammond@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com |
| | • **Mark G. Hanchet**    mhanchet@mayerbrown.com, jmarsala@mayerbrown.com |
| 11 | • **James K. Haney**    jhaney@wongfleming.com |
| | • **James K. Haney**    jhaney@wongfleming.com |
| 12 | • **William Hao**    william.hao@alston.com |
| | • **Carrie V. Hardman**    chardman@klestadt.com |
| 13 | • **Carrie V. Hardman**    chardman@winston.com |
| | • **Timothy P. Harkness**    timothy.harkness@freshfields.com |
| 14 | • **Lee Harrington**    lharrington@nixonpeabody.com |
| | • **Adam Craig Harris**    adam.harris@srz.com |
| 15 | • **Christopher Harris**    Christopher.harris@lw.com |
| | • **Lynn P. Harrison**    lharrison@curtis.com, |
| 16 | jdrew@curtis.com;cgiglio@curtis.com;jpizzurro@curtis.com;ltauro@curtis.com |
| | • **Brian W. Harvey**    bharvey@goodwinprocter.com, bharvey@goodwinprocter.com |
| 17 | • **Paul B. Haskel**    phaskel@rkollp.com, mschneider@rkollp.com |
| | • **Gregory F. Hauser**    gregory.hauser@wg-law.com |
| 18 | • **Howard R. Hawkins**    howard.hawkins@cwt.com, anthony.moore@cwt.com;nyecfnotice@cwt.com |
| | • **Howard R. Hawkins**    howard.hawkins@cwt.com, anthony.moore@cwt.com;nyecfnotice@cwt.com |
| 19 | • **Patrick L. Hayden**    phayden@mcguirewoods.com |
| | • **Dion W. Hayes**    dhayes@mcguirewoods.com, |
| 20 | phayden@mcguirewoods.com;kcain@mcguirewoods.com |
| | • **Nava Hazan**    nava.hazan@squirepb.com, karen.graves@squirepb.com |
| 21 | • **Patricia H. Heer**    phheer@duanemorris.com, odmclean@duanemorris.com |
| | • **Patricia H. Heer**    phheer@duanemorris.com, odmclean@duanemorris.com |
| 22 | • **Douglas S. Heffer**    dheffer@foley.com |
| | • **Eric Paul Heichel**    eheichel@eisemanlevine.com |
| 23 | • **John Richard Hein**    jhein@hunton.com, backerly@hunton.com;bmulder@hunton.com;rgalbraith@hunton.com |
| 24 | • **Christopher R. Heinrich**    cheinrich@hslegalfirm.com |
| | • **Jay Heinrich**    jheinrich@mkbllp.com |
| 25 | • **Jay Heinrich**    jheinrich@mkbllp.com |
| | • **James M. Heiser**    heiser@chapman.com |
| 26 | • **Jay S. Hellman**    JHellman@SilvermanAcampora.com |
| | • **Jay S. Hellman**    JHellman@SilvermanAcampora.com |
| 27 | • **Tracy Lee Henderson**    thenderson@americanmlg.com |
| | • **Jonathan S. Henes**    jhenes@kirkland.com, |
| 28 | jgoldfinger@kirkland.com;laura.saal@kirkland.com;beth.friedman@kirkland.com;christopher.marcus@kirkland.com;victor.noskov@kirkland.com |

- **Jonathan S. Henes**   jhenes@kirkland.com, jgoldfinger@kirkland.com;laura.saal@kirkland.com;beth.friedman@kirkland.com;christopher.marcus@kirkland.com;victor.noskov@kirkland.com
- **Larry D. Henin**   lhenin@eapdlaw.com
- **Marian S. Henry**   mshenry@lshv.org
- **Robin A. Henry**   rhenry@bsfllp.com
- **Sally M. Henry**   Sally.Henry@skadden.com
- **Ira L. Herman**   ira.herman@tklaw.com, justin.roberts@tklaw.com
- **Neil E. Herman**   Nherman@morganlewis.com
- **David F. Heroy**   david.heroy@bakermckenzie.com
- **Jennifer B. Herzog**   jherzog@gklaw.com
- **Paul S. Hessler**   paul.hessler@linklaters.com, shauin.wang@linklaters.com
- **Paul S. Hessler**   paul.hessler@linklaters.com, shauin.wang@linklaters.com
- **William Heuer**   wheuer@duanemorris.com
- **William Heuer**   wheuer@duanemorris.com
- **Autumn D. Highsmith**   autumn.highsmith@haynesboone.com
- **Autumn D. Highsmith**   autumn.highsmith@haynesboone.com
- **Hugh F. Hill**   hugh.hill@hoganlovells.com, ronald.cappiello@hoganlovells.com
- **Robert M. Hirsh**   hirsh.robert@arentfox.com
- **David John Hoffman**   djhoffman@djhoffmanlaw.com
- **Evan C. Hollander**   evan.hollander@aporter.com
- **Pamela Smith Holleman**   pholleman@eink.com
- **Robert Neil Holtzman**   rholtzman@kramerlevin.com
- **Robert Honeywell**   robert.honeywell@klgates.com, brian.koosed@klgates.com
- **Joon P. Hong**   joonhong@chapman.com
- **Jonathan Hook**   jonathan.hook@haynesboone.com, lenard.parkins@haynesboone.com;ishmael.kamara@haynesboone.com
- **Nils Edward Horning**   nhorning@cantor.com
- **Jed Horwitt**   JHorwitt@Zeislaw.com
- **Christopher J. Houpt**   choupt@mayerbrown.com, jmarsala@mayerbrown.com
- **Casey B. Howard**   choward@lockelord.com
- **Casey B. Howard**   choward@lockelord.com
- **I-Heng Hsu**   ihhsu@jonesday.com
- **Eunice Rim Hudson**   Eunice.R.Hudson@usdoj.gov
- **Hamish Hume**   hhume@bsfllp.com, tbloomer@bsfllp.com
- **David R. Hurst**   dhurst@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- **Jay W. Hurst**   jay.hurst@texasattorneygeneral.gov, sherri.simpson@texasattorneygeneral.gov
- **Hanh V. Huynh**   hhuynh@herrick.com, courtnotices@herrick.com
- **Jennifer Hwang**   jennifer_hwang@lbitrustee.com
- **Frederick D. Hyman**   fhyman@mayerbrown.com
- **Michael D Hynes**   michael.hynes@dlapiper.com
- **Jeremiah Iadevaia**   jiadevaia@vladeck.com
- **Peter D. Isakoff**   peter.isakoff@weil.com
- **Adam H. Isenberg**   aisenberg@saul.com
- **Peter A. Ivanick**   peter.ivanick@hoganlovells.com, ronald.cappiello@hoganlovells.com
- **Eric J. Ivester**   eric.ivester@skadden.com
- **Dillon Edward Jackson**   jackd@foster.com
- **Jennifer M. Jackson**   jacksonj5@michigan.gov
- **Julie Adams Jacobs**   jjacobs@law.ga.gov
- **Lawrence Evan Jacobs**   lawrence.jacobs@davispolk.com
- **Ron Jacobs**   rjacobs@ecf.epiqsystems.com
- **Peter Jaffe**   peter.jaffe@freshfields.com
- **Steve Jakubowski**   sjakubowski@rsplaw.com, docketing@rsplaw.com
- **Aaron Javian**   aaron.javian@linklaters.com, shauin.wang@linklaters.com
- **Ian Alexander Jay**   ian.jay@aporter.com

1    • **Sedgwick M. Jeanite**    jeanites@whiteandwilliams.com,
yoderj@whiteandwilliams.com;vulpioa@whiteandwilliams.com;gibbonsj@whiteandwilliams.com

2    • **Daniel S. Jo**    djo@liddlerobinson.com
• **Brandon Johnson**    brandon.johnson@pillsburylaw.com

3    • **Joshua D. Johnson**    jjohnson@babc.com
• **Robert Alan Johnson**    rajohnson@akingump.com, nymco@akingump.com

4    • **John J. Jolley**    jay.jolley@fcsamerica.com
• **Andrew Jones**    andrew@ajoneslaw.com

5    • **Nathan E. Jones**    info@usdrllc.com
• **Roger G. Jones**    rjones@bccb.com

6    • **Christopher Joralemon**    cjoralemon@gibsondunn.com, mao@gibsondunn.com
• **Dennis Jose**    ecfnotices@grosspolowy.com

7    • **Benay L. Josselson**    josselson@sewkis.com
• **Benay L. Josselson**    josselson@sewkis.com

8    • **John E. Jureller**    jjureller@klestadt.com, jjureller@klestadt.com
• **Steven Z. Jurista**    sjurista@wjslaw.com, ldenson@wjslaw.com;sjurista@ecf.inforuptcy.com

9    • **Gregory O. Kaden**    gkaden@goulstonstorrs.com
• **Allen G. Kadish**    akadish@dtlawgroup.com, las@dtlawgroup.com

10    • **Arnold I Kalman**    arnoldkalman@arnoldkalmanlaw.com
• **Benjamin S. Kaminetzky**    kaminet@dpw.com, ecf.ct.papers@davispolk.com

11    • **William Wade Kannel**    wkannel@mintz.com
• **Richard S. Kanowitz**    rkanowitz@cooley.com

12    • **Alex J. Kaplan**    ajkaplan@sidley.com, emcdonnell@sidley.com
• **Eugene Neal Kaplan**    enkaplan@kaplanlandau.com

13    • **Eugene Neal Kaplan**    enkaplan@kaplanlandau.com
• **Gary Kaplan**    gary.kaplan@ffhsj.com, peter.siroka@friedfrank.com

14    • **Anja R. Kapoor**    akapoor@kelleydrye.com, docketing@kelleydrye.com
• **Nickolas Karavolas**    nkaravolas@phillipslytle.com

15    • **Dimitri G. Karcazes**    dimitri.karcazes@goldbergkohn.com
• **David J. Karp**    david.karp@srz.com

16    • **David J. Karp**    david.karp@srz.com
• **Marc E Kasowitz**    MEKcourtnotices@kasowitz.com, courtnotices@kasowitz.com

17    • **Diane J. Kasselman**    dkasselman@kasselman-law.com
• **Elyssa Suzanne Kates**    ekates@bakerlaw.com, bhlitdocket@bakerlaw.com

18    • **Lawrence A. Katz**    lkatz@ltblaw.com
• **Max Katz**    maxmarkuskatz@gmail.com

19    • **Philip Kaufler**    philip@kauflerlaw.com
• **Alan F. Kaufman**    akaufman@hinshawlaw.com

20    • **Jordan Kaye**    jkaye@kramerlevin.com
• **Robert J. Keach**    rkeach@bernsteinshur.com,
acummings@bernsteinshur.com;astewart@bernsteinshur.com;kquirk@bernsteinshur.com

21    • **Robin Elizabeth Keller**    robin.keller@lovells.com,
ronald.cappiello@hoganlovells.com;daniel.lanigan@hoganlovells.com

22    • **Robin Elizabeth Keller**    robin.keller@lovells.com,
ronald.cappiello@hoganlovells.com;daniel.lanigan@hoganlovells.com

23    • **Craig I. Kelley**    craig@kelleylawoffice.com,
Martha@kelleylawoffice.com;Brittany@kelleylawoffice.com

24    • **Kenneth J. Kelly**    kkelly@ebglaw.com, nyma@ebglaw.com

25    • **Elena Paras Ketchum**    eketchum.ecf@srbp.com
• **John Kibler**    john.kibler@allenovery.com

26    • **Embry J Kidd**    ekidd@wc.com
• **Austin D Kim**    adk@msf-law.com

27    • **Michael S. Kim**    michael.kim@kobrekim.com
• **Christopher K. Kiplok**    kiplok@hugheshubbard.com

28    • **Christopher K. Kiplok**    kiplok@hugheshubbard.com
• **Mark Kirsch**    mkirsch@gibsondunn.com, mao@gibsondunn.com

- **Lauren Catherine Kiss**    lkiss@klestadt.com
- **Paul Kizel**    pkizel@lowenstein.com
- **Darren S. Klein**    bankrupcty.routing@dpw.com,ecf.ct.papers@davispolk.com
- **Barry R. Kleiner**    dkleiner@kkwc.com
- **Emil A. Kleinhaus**    eakleinhaus@wlrk.com, calert@wlrk.com
- **Tracy L. Klestadt**    tklestadt@klestadt.com, tklestadt@yahoo.com
- **Joseph B. Koczko**    joseph.koczko@thompsonhine.com
- **Scott Edward Koerner**    scott.koerner@troutmansanders.com, nymc@troutmansanders.com
- **Douglas Koff**    douglaskoff@paulhastings.com
- **Howard Koh**    hkoh@meisterseelig.com
- **Kent C. Kolbig**    kkolbig@mosessinger.com
- **Claude F. Kolm**    claude.kolm@acgov.org, jamartinez@acgov.org
- **Alan Kolod**    dkick@mosessinger.com
- **Alan Kolod**    dkick@mosessinger.com
- **Brian D. Koosed**    brian.koosed@klgates.com
- **Alan W. Kornberg**    bfiller@paulweiss.com
- **Anna Kornikova**    akornikova@lcbf.com
- **Sheron Korpus**    courtnotices@kasowitz.com
- **Lawrence J. Kotler**    ljkotler@duanemorris.com
- **Deborah Kovsky-Apap**    kovskyd@pepperlaw.com, kressk@pepperlaw.com
- **Lisa J.P. Kraidin**    lisa.kraidin@allenovery.com, kurt.vellek@allenovery.com
- **Bennette D. Kramer**    bdk@schlamstone.com
- **Bennette D. Kramer**    bdk@schlamstone.com
- **Andrew B. Kratenstein**    akratenstein@mwe.com, mco@mwe.com
- **Michael M. Krauss**    michael.krauss@faegrebd.com
- **Julia S. Kreher**    rleek@hodgsonruss.com
- **Martin Krolewski**    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- **Martin Krolewski**    mkrolewski@kelleydrye.com,
  docketing@kelleydrye.com;BankruptcyCourt@KelleyDrye.com
- **Justin A. Kuehn**    kuehn@bragarwexler.com
- **Ross M. Kwasteniet**    ross.kwasteniet@kirkland.com,
  maureen.mccarthy@kirkland.com;sean.hilson@kirkland.com;will.guerrieri@kirkland.com
- **Ross M. Kwasteniet**    ross.kwasteniet@kirkland.com,
  maureen.mccarthy@kirkland.com;sean.hilson@kirkland.com;will.guerrieri@kirkland.com
- **John F. LaSalle**    jlasalle@bsfllp.com
- **Paul J. Labov**    plabov@eapdlaw.com
- **Paul J. Labov**    plabov@eapdlaw.com
- **Robinson B. Lacy**    Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Robinson B. Lacy**    Lacyr@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Darryl S. Laddin**    bkrfilings@agg.com
- **Michael C. Lambert**    mclambert@lawpost-nyc.com
- **David W Lampl**    dlampl@leechtishman.com, adabaldo@leechtishman.com
- **David W Lampl**    dlampl@leechtishman.com, adabaldo@leechtishman.com
- **Mark Landman**    mlandman@lcbf.com
- **David P. Langlois**    david.langlois@sablaw.com
- **Daniel J. Lanigan**    daniel.lanigan@hoganlovells.com
- **Robert Laplaca**    rlaplaca@levettrockwood.com
- **Kevin J. Larner**    klarner@riker.com
- **Francis J. Lawall**    lawallf@pepperlaw.com, henrys@pepperlaw.com
- **James N. Lawlor**    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- **James N. Lawlor**    jlawlor@wmd-law.com, jgiampolo@wmd-law.com
- **David M. LeMay**    dlemay@chadbourne.com
- **Michael C. Ledley**    mledley@wmd-law.com
- **Mark G. Ledwin**    mark.ledwin@wilsonelser.com
- **David H. Lee**    dlee@nixonpeabody.com, nyc.managing.clerk@nixonpeabody.com

1
- **Kenneth E. Lee**    klee@levinelee.com, malinikoff@levinelee.com
- **Alexander B. Lees**    ablees@wlrk.com, calert@wlrk.com

2
- **David S. Leinwand**    dleinwand@avenuecapital.com
- **Shannon Leitner**    shannon.leitner@freshfields.com

3
- **Robert J. Lemons**    robert.lemons@weil.com
- **Stephen D. Lerner**    stephen.lerner@squirepb.com, karen.graves@squirepb.com

4
- **Ira M. Levee**    ilevee@lowenstein.com, mseymour@lowenstein.com
- **Ira M. Levee**    ilevee@lowenstein.com, mseymour@lowenstein.com

5
- **Shari D. Leventhal**    shari.leventhal@ny.frb.org
- **Erin S. Levin**    elevin@lowenstein.com

6
- **Richard B. Levin**    rlevin@jenner.com
- **Eric B. Levine**    levine@whafh.com

7
- **Jonathan Levine**    bankruptcy@andrewskurth.com
- **Michael Levine**    ml@levlaw.org

8
- **Jeffrey W. Levitan**    jlevitan@proskauer.com, srutsky@proskauer.com
- **Joel H. Levitin**    JLevitin@cahill.com,

9
MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com
- **Joel H. Levitin**    JLevitin@cahill.com,

10
MMcLoughlin@cahill.com;SGordon@cahill.com;MPeleg@cahill.com
- **Leo V. Leyva**    lleyva@coleschotz.com

11
- **Isabelle Liberman**    iliberman@akingump.com
- **Michael Liberman**    nyma@ebglaw.com

12
- **Mark S. Lichtenstein**    mlichtenstein@crowell.com, mlichtenstein@crowell.com
- **Mark S. Lichtenstein**    mlichtenstein@crowell.com, mlichtenstein@crowell.com

13
- **Valdi Licul**    vlicul@vladeck.com
- **David Liebenstein**    david.liebenstein@haynesboone.com

14
- **Mara R Lieber**    mlieber@wmd-law.com
- **Seth H. Lieberman**    slieberman@pryorcashman.com

15
- **Seth H. Lieberman**    slieberman@pryorcashman.com
- **David Liebov**    liebovd@sullcrom.com, S&Cmanagingclerk@sullcrom.com

16
- **Demetra Liggins**    demetra.liggins@tklaw.com,
justin.roberts@tklaw.com;patricia.flores@tklaw.com;tj.crittendon@tklaw.com;Nashira.Parker@tklaw.co
m

17
- **Angelina E. Lim**    angelinal@jpfirm.com, minervag@jpfirm.com

18
- **Lewis J. Liman**    LLiman@cgsh.com, maofiling@cgsh.com
- **Douglas J. Lipke**    dlipke@vedderprice.com

19
- **Joanne K. Lipson**    jlipson@crockerlaw.com, ttracy@crockerlaw.com;nancy@crockerlaw.com
- **Marion H. Little**    little@litohio.com

20
- **Judy G.Z. Liu**    jliu@proskauer.com, syoon@proskauer.com
- **David Y. Livshiz**    david.livshiz@freshfields.com

21
- **Barbara E. Locklin**    blocklin@umwafunds.org
- **Stephen T. Loden**    sloden@diamondmccarthy.com,

22
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;
bgarry@diamondmccarthy.com
- **Stephen T. Loden**    sloden@diamondmccarthy.com,

23
adiamond@diamondmccarthy.com;tmarkovich@diamondmccarthy.com;tpavalis@diamondmccarthy.com;
bgarry@diamondmccarthy.com

24
- **Christopher Loizides**    loizides@loizides.com
- **Ryan Eric Long**    rlong@landapllc.com

25
- **Sarah K. Loomis Cave**    cave@hugheshubbard.com
- **Eric Lopez Schnabel**    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

26
- **Eric Lopez Schnabel**    mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com
- **Sara E. Lorber**    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com

27
- **Sara E. Lorber**    slorber@wfactorlaw.com, slorber@ecf.inforuptcy.com;nbouchard@wfactorlaw.com
- **Alexander S. Lorenzo**    alexander.lorenzo@alston.com

28

- **Daniel A. Lowenthal**    dalowenthal@pbwt.com, mcobankruptcy@pbwt.com;bguiney@pbwt.com;cdent@pbwt.com
- **Mark L. Lubelsky**    mark@mllassociates.com
- **Alan Lungen**    alungen@kasowitz.com, alungen@kasowitz.com
- **Charles A. Lyman**    cal@soslaw.com, tmk@soslaw.com
- **Kerri Anne Lyman**    klyman@irell.com
- **Kim R. Lynch**    klynch@formanlaw.com, kanema@formanlaw.com
- **Michael C. Lynch**    mlynch@kelleydrye.com, docketing@kelleydrye.com
- **Bruce G. MacIntyre**    bmacintyre@perkinscoie.com
- **Bruce G. MacIntyre**    bmacintyre@perkinscoie.com
- **Kevin L. MacMillan**    kmacmillan@abv.com
- **John H. Maddock**    jmaddock@mcguirewoods.com, jsheerin@mcguirewoods.com
- **Howard P. Magaliff**    hmagaliff@r3mlaw.com, wlancaster@r3mlaw.com
- **Wendy Mager**    wmager@smithstratton.com
- **Eric Magnelli**    emagnelli@bracheichler.com
- **George E.B. Maguire**    gebmaguire@debevoise.com, mao-bk-ecf@debevoise.com
- **William R. Maguire**    maguire@hugheshubbard.com
- **William A Maher**    wmaher@wmd-law.com
- **William A Maher**    wmaher@wmd-law.com
- **John S. Mairo**    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- **John S. Mairo**    jsmairo@pbnlaw.com, mdlaskowski@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com
- **Christopher J. Major**    cjm@msf-law.com, bm@msf-law.com
- **Jill L. Makower**    jmakower@tarterkrinsky.com, snobles@tarterkrinsky.com
- **Charles Malloy**    charles.malloy@aporter.com
- **Robert K. Malone**    robert.malone@dbr.com, andrew.groesch@dbr.com
- **Ray A. Mandlekar**    e_file_sd@csgrr.com
- **Boris I. Mankovetskiy**    bmankovetskiy@sillscummis.com
- **Beverly Weiss Manne**    bmanne@tuckerlaw.com
- **Beverly Weiss Manne**    bmanne@tuckerlaw.com
- **Julie A. Manning**    bankruptcy@goodwin.com;bankruptcyparalegal@goodwin.com;egoldstein@goodwin.com
- **Wendy G. Marcari**    wmarcari@ebglaw.com, nyma@ebglaw.com
- **Wendy G. Marcari**    wmarcari@ebglaw.com, nyma@ebglaw.com
- **David J. Marck**    dmarck@kelleydrye.com
- **David M. Marcus**    david.marcus@morganlewis.com
- **Jacqueline Marcus**    jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- **Jacqueline Marcus**    jacqueline.marcus@weil.com, jessica.liou@weil.com;matthew.goren@weil.com;candace.arthur@weil.com
- **Alan E. Marder**    lgomez@msek.com
- **Brian Matthew Margolies**    bmargolies@traublieberman.com
- **Jeffrey S. Margolin**    margolin@hugheshubbard.com
- **Jeffrey S. Margolin**    margolin@hugheshubbard.com
- **David J. Mark**    dmark@kasowitz.com, courtnotices@kasowitz.com
- **David J. Mark**    dmark@kasowitz.com, courtnotices@kasowitz.com
- **Daniel F. Markham**    dmarkham@gibbonslaw.com
- **Scott S. Markowitz**    smarkowitz@tarterkrinsky.com, kmenendez@tarterkrinsky.com
- **Thomas S. Marrion**    tmarrion@haslaw.com
- **Damien J. Marshall**    dmarshall@bsfllp.com
- **D. Ross Martin**    ross.martin@ropesgray.com
- **D. Ross Martin**    ross.martin@ropesgray.com
- **Richard W. Martinez**    claire@rwmaplc.com
- **Patrick Maschio**    pmaschio@nixonpeabody.com
- **Cameron S. Matheson**    cmatheson@mmlawus.com

- **Rosanne Thomas Matzat**
  hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;sgryll@hahnhessen.com
- **Rachel J. Mauceri**    rmauceri@morganlewis.com
- **Laurence May**    lmay@coleschotz.com
- **Douglas Kirk Mayer**    dkmayer@wlrk.com, calert@wlrk.com
- **Sandra E. Mayerson**    mayersonlaw@gmail.com
- **Kurt A. Mayr**    kurt.mayr@bgllp.com
- **Jil Mazer-Marino**    jmazermarino@msek.com, kgiddens@msek.com
- **Kathleen S McArthur**    mcarthurk@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **John G. McCarthy**    mccarthyj@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **James I. McClammy**    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **James I. McClammy**    james.mcclammy@davispolk.com, ecf.ct.papers@davispolk.com
- **Aaron G. McCollough**    amccollough@mcguirewoods.com
- **Theodore McCombs**    mccombst@sullcrom.com
- **Richard J. McCord**    RMcCord@CBAH.com,
  afollett@certilmanbalin.com;cfollett@certilmanbalin.com;cglick@certilmanbalin.com
- **Michael K. McCrory**    mmccrory@btlaw.com
- **Mark McDermott**    Mark.McDermott@skadden.com, John.Murphy@skadden.com
- **Hugh M. McDonald**    hugh.mcdonald@snrdenton.com,
  elsmith@sonnenschein.com;lcurcio@sonnenschein.com
- **Mark E McDonald**    memcdonald@cgsh.com, maofiling@cgsh.com
- **Douglas J. McGill**    dmcgill@webbermcgill.com
- **Frank McGinn**    ffm@bostonbusinesslaw.com
- **Lorraine S. McGowen**    lmcgowen@orrick.com, dfelder@orrick.com
- **Lorraine S. McGowen**    lmcgowen@orrick.com, dfelder@orrick.com
- **Mark E. McKane**    mmckane@kirkland.com, beth.friedman@kirkland.com;sarah.farley@kirkland.com
- **William J. McKenna**    wmckenna@foley.com
- **Caitrin Una McKiernan**    caitrin.mckiernan@freshfields.com
- **Maeghan J. McLoughlin**    mmcloughlin@klestadt.com
- **Michelle McMahon**    michelle.mcmahon@bryancave.com, jamila.willis@bryancave.com
- **Locke Randall McMurray**    lmcmurray@jonesday.com, ihhsu@jonesday.com
- **Matthew S. Melamed**    MMelamed@rgrdlaw.com
- **John P. Melko**    jmelko@gardere.com,
  koliver@gardere.com;mriordan@gardere.com;bfriedrich@gardere.com
- **Richard G. Menaker**    rmenaker@mhjur.com
- **Michelle A. Mendez**    mmendez@crb-law.com, kim@crb-law.com
- **Michael T. Mervis**    Mmervis@proskauer.com, Mmervis@proskauer.com;LSONYSB@proskauer.com
- **Ciro A. Mestres**    ecfmail@aldridgepite.com, cmestres@ecf.inforuptcy.com
- **Richard M. Meth**    msteen@foxrothschild.com, mlsecf@gmail.com
- **G. Christopher Meyer**    cmeyer@ssd.com
- **Robert N. Michaelson**    rmichaelson@r3mlaw.com, wlancaster@r3mlaw.com
- **Jessica Mikhailevich**    mikhailevich.jessica@dorsey.com
- **Lisa Milas**    lmilas@schillerknapp.com,
  mpilinko@schillerknapp.com;mpilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
- **Angela Z. Miller**    amiller@phillipslytle.com, jhahn@phillipslytle.com
- **Brett H. Miller**    bmiller@mofo.com, ecf@mofo.com
- **David Emanuel Miller**    dmiller@rakowerlaw.com
- **Harvey R. Miller**    garrett.fail@weil.com
- **Nicholas M. Miller**    nmiller@ngelaw.com, ecfdocket@ngelaw.com
- **Ralph I. Miller**    ralph.miller@weil.com
- **Ralph I. Miller**    ralph.miller@weil.com
- **Richard Steven Miller**    robert.honeywell@klgates.com
- **W. Timothy Miller**    miller@taftlaw.com, docket@taftlaw.com;ljasper@taftlaw.com;grote@taftlaw.com
- **Anne Miller-Hulbert**    rocbkcourt@logs.com
- **Joseph G. Minias**    maosbny@willkie.com, jminias@willkie.com

- **Joseph G. Minias**    maosbny@willkie.com, jminias@willkie.com
- **Robert K. Minkoff**    rminkoff@cedargladecapital.com
- **Homer Lamar Mixson**    mixson@bmelaw.com, gober@bmelaw.com
- **Joseph Thomas Moldovan**    bankruptcy@morrisoncohen.com
- **Joseph Thomas Moldovan**    bankruptcy@morrisoncohen.com
- **Thomas J. Moloney**    maofiling@cgsh.com, tmoloney@cgsh.com
- **Thomas J. Moloney**    maofiling@cgsh.com, tmoloney@cgsh.com
- **Christopher R. Momjian**    crmomjian@attorneygeneral.gov
- **John J. Monaghan**    bos-bankruptcy@hklaw.com
- **Martin A. Mooney**    mmooney@ecf.courtdrive.com,
  mpilinko@schillerknapp.com;mpilinko@ecf.courtdrive.com;kcollins@ecf.courtdrive.com
- **James C. Moore**    jcmoore1939@gmail.com
- **Boaz S. Morag**    bmorag@cgsh.com, maofiling@cgsh.com
- **Boaz S. Morag**    bmorag@cgsh.com, maofiling@cgsh.com
- **William M. Moran**    wmoran@mccarter.com
- **Brian P. Morgan**    brian.morgan@dbr.com
- **Matthew P. Morris**    matthew.morris@lovells.com
- **Joshua D. Morse**    jmorse@jonesday.com
- **Judy Hamilton Morse**    judy.morse@crowedunlevy.com, ecf@crowedunlevy.com
- **Jeanne Morton**    bkmail@prommis.com
- **Max Anderson Moseley**    mmoseley@bakerdonelson.com, syoung@bakerdonelson.com
- **Eric T. Moser**    emoser@r3mlaw.com
- **Seth A. Moskowitz**    smoskowitz@kasowitz.com, courtnotices@kasowitz.com
- **Kerry Moynihan**    kerry.moynihan@bryancave.com, raul.morales@bryancave.com
- **Jonathan W Muenz**    jmuenz@sidley.com, nyefiling@sidley.com
- **Monique J. Mulcare**    mmulcare@mayerbrown.com
- **Monique J. Mulcare**    mmulcare@mayerbrown.com
- **Lance Mulhern**    lmulhern@velaw.com
- **Thomas M. Mullaney**    tmm@mullaw.org
- **Andrew S. Muller**    amuller@platzerlaw.com, lgibbs@platzerlaw.com
- **Steven T. Mulligan**    smulligan@bsblawyers.com
- **M. William Munno**    munno@sewkis.com
- **H. Kent Munson**    hkm@stolarlaw.com
- **Lucian Murley**    lmurley@saul.com, rwarren@saul.com
- **Michael F. Murphy**    murphym2@michigan.gov, ballingerb1@michigan.gov
- **Jordanna L. Nadritch**    jnadritch@olshanlaw.com, ssallie@olshanlaw.com
- **Jason A. Nagi**    jnagi@polsinelli.com, tbackus@polsinelli.com;docketing@polsinelli.com
- **Alissa M. Nann**    anann@foley.com
- **Kevin J. Nash**    KNash@gwflaw.com, jstrauss@gwflaw.com
- **David Neier**    dneier@winston.com, dcunsolo@winston.com
- **David Neier**    dneier@winston.com, dcunsolo@winston.com
- **Melissa Z. Neier**    mneier@ibolaw.com
- **Edward E. Neiger**    eneiger@askllp.com, lmiskowiec@askllp.com
- **Edward E. Neiger**    eneiger@askllp.com, lmiskowiec@askllp.com
- **Laura E. Neish**    lneish@zuckerman.com
- **Roger David Netzer**    maosbny@willkie.com, rnetzer@willkie.com
- **James D. Newbold**    James.Newbold@illinois.gov
- **Deborah Newman**    djnewman@akingump.com, nymco@akingump.com
- **Steven H. Newman**    snewman@katskykorins.com, snewman@katskykorins.com
- **Philip John Nichols**    pnichols@philipjohnnichols.com
- **Robert E. Nies**    rnies@csglaw.com, ecf@csglaw.com
- **Timothy F. Nixon**    tnixon@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com
- **Solomon J Noh**    solomon.noh@shearman.com
- **Solomon J Noh**    solomon.noh@shearman.com
- **Dennis J. Nolan**    dnolan@andersonkill.com
- **Rebecca Northey**    rnorthey-lbi@mhjur.com

- **Richard P. Norton**   rnorton@hunton.com
- **Richard P. Norton**   rnorton@hunton.com
- **Robert M. Novick**   rnovick@kasowitz.com, courtnotices@kasowitz.com
- **Harold S. Novikoff**   hsnovikoff@wlrk.com, calert@wlrk.com
- **Edmond P. O'Brien**   eobrien@sbchlaw.com
- **Brian Edward O'Connor**   maosbny@willkie.com, boconnor@willkie.com
- **Brian Edward O'Connor**   maosbny@willkie.com, boconnor@willkie.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Sean A. O'Neal**   soneal@cgsh.com, maofiling@cgsh.com
- **Kalman Ochs**   ochska@ffhsj.com
- **Patrick D. Oh**   patrick.oh@freshfields.com
- **Sean A. Okeefe**   sokeefe@winthropcouchot.com
- **Jeffrey M. Olinsky**   jeffrey.olinsky@db.com, james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com; justin.ramos@db.com
- **Jeffrey M. Olinsky**   jeffrey.olinsky@db.com, james.macinnis@db.com;shawn.faurot@db.com;matthew.weinstein@db.com;richard.vichaidith@db.com; justin.ramos@db.com
- **Matthew Olsen**   molsen@morganlewis.com
- **Matthew W. Olsen**   matthew.olsen@kattenlaw.com, nyc.bknotices@kattenlaw.com
- **David H. Orozco**   dorozco@susmangodfrey.com
- **Jody Michelle Oster**   ECF.Oster@huntington.com
- **Alec P. Ostrow**   aostrow@beckerglynn.com, saltreuter@beckerglynn.com
- **Neil J. Oxford**   oxford@hugheshubbard.com
- **Neil J. Oxford**   oxford@hugheshubbard.com
- **Isaac M. Pachulski**   ipachulski@stutman.com
- **Anthony Paduano**   ap@pwlawyers.com
- **R. Stephen Painter**   spainter@cftc.gov
- **Deryck A. Palmer**   deryck.palmer@pillsburylaw.com
- **Peter V. Pantaleo**   ppantaleo@stblaw.com
- **Merritt A. Pardini**   dustin.branch@kattenlaw.com;brian.huben@kattenlaw.com
- **David W. Parham**   david.w.parham@bakernet.com, julia.rogic@bakermckenzie.com
- **Michelle Young Suh Park**   michelle.park@freshfields.com
- **Barbra R. Parlin**   barbra.parlin@hklaw.com
- **Hillel Ira Parness**   hiparness@rkmc.com
- **Mark Nelson Parry**   mparry@mosessinger.com, dkick@mosessinger.com
- **Peter S. Partee**   ppartee@hunton.com
- **Michael A. Paskin**   mpaskin@cravath.com, mao@cravath.com
- **Jon T. Pearson**   pearsonj@ballardspahr.com
- **Massiel Pedreira-Bethencourt**   mpedreira@proskauer.com
- **David S. Pegno**   dpegno@dpklaw.com
- **John D. Penn**   jpenn@perkinscoie.com, docketdal@perkinscoie.com
- **Alfredo R. Perez**   alfredo.perez@weil.com, Chris.lopez@weil.com;nicole.aliseo@weil.com
- **Robert E. Pershes**   rpershes@bdblaw.com
- **Anne M. Peterson**   anne.m.peterson@us.hsbc.com, lorraine.b.lubecki@us.hsbc.com
- **Albena Petrakov**   apetrakov@mhjur.com
- **Gregory M. Petrick**   gregory.petrick@cwt.com, nyecfnotice@cwt.com
- **Brian D. Pfeiffer**   donna.angiulo@srz.com
- **Brian D. Pfeiffer**   donna.angiulo@srz.com
- **Deborah J. Piazza**   dpiazza@tarterkrinsky.com, cvazquez@tarterkrinsky.com
- **David A. Picon**   dpicon@proskauer.com
- **Andrea Pincus**   apincus@reedsmith.com
- **Andrea Pincus**   apincus@reedsmith.com
- **Lauren J. Pincus**   lpincus@abv.com
- **Leslie A. Plaskon**   leslieplaskon@paulhastings.com
- **Frederick B. Polak**   fbp@ppgms.com, vvl@ppgms.com;lml@ppgms.com

- **Emre Polat**    emre@akinlaws.com, empolat@gmail.com
- **John Polich**    john.polich@ventura.org
- **David M. Posner**    dposner@kilpatricktownsend.com, gfinizio@kilpatricktownsend.com
- **Jeffrey S. Posta**    jposta@stark-stark.com
- **John N. Poulos**    poulos@hugheshubbard.com
- **Kiyam J. Poulson**    kpoulson@dlgnylaw.com
- **Constantine Pourakis**    cp@stevenslee.com
- **Constantine Pourakis**    cp@stevenslee.com
- **Mark T. Power**    MPower@HahnHessen.com,
  jcerbone@hahnhessen.com;jzawadzki@hahnhessen.com;jorbach@hahnhessen.com;sthompson@hahnhessen.com;aladd@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com;bhall@hahnhessen.com
- **George W Pratt**    gpratt@joneswaldo.com
- **Jennifer Premisler**    Jen.Premisler@cliffordchance.com
- **Grant A. Premo**    gpremo@babc.com
- **Patricia Williams Prewitt**    pwp@pattiprewittlaw.com
- **Craig Price**    cprice@chapman.com
- **William C. Price**    wprice@clarkhill.com, aporter@clarkhill.com
- **Evans D Prieston**    eprieston@americanmlg.com, docket@americanmlg.com
- **Madlyn Gleich Primoff**    mprimoff@kayescholer.com, maosbny@kayescholer.com
- **Jeffrey D. Prol**    jprol@lowenstein.com
- **Andrew P. Propps**    apropps@sidley.com, emcdonnell@sidley.com
- **Andrew P. Propps**    apropps@sidley.com, emcdonnell@sidley.com
- **Alison B. Prout**    prout@bmelaw.com,
  theriault@bmelaw.com;gober@bmelaw.com;mixson@bmelaw.com
- **Chrystal Puleo**    cpuleo@reedsmith.com
- **Jacob S. Pultman**    jacob.pultman@allenovery.com, kurt.vellek@allenovery.com
- **Deborah Quinn**    dquinn@garfield-county.com, garcoatt@garfield-county.com
- **Jonathan I. Rabinowitz**    jrabinowitz@rltlawfirm.com, ypalmeri@rltlawfirm.com
- **Amanda Raboy**    araboy@cov.com
- **Paul A. Rachmuth**    paul@paresq.com
- **Randall Rainer**    rrainer@wmd-law.com
- **Anthony M. Rainone**    arainone@bracheichler.com
- **Kenneth M Raisler**    raislerk@sullcrom.com
- **Jahan P. Raissi**    calendar@sflaw.com, bwolff@sflaw.com
- **Michael C. Rakower**    mrakower@rakowerlaw.com
- **John J. Ramirez**    nyc.bknotices@kattenlaw.com
- **Elizabeth Bartlett Rao**    lrao@wc.com
- **John J. Rapisardi**    jrapisardi@omm.com
- **Craig V. Rasile**    craig.rasile@dlapiper.com, monica.tucker@dlapiper.com
- **Paul L. Ratelle**    pratelle@fwhtlaw.com
- **Gary O. Ravert**    gravert@mwe.com, gary.ravertpllc@gmail.com
- **Gary O. Ravert**    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- **Gary O. Ravert**    gravert@ravertpllc.com, gary.ravertpllc@gmail.com
- **Jeremy B Reckmeyer**    jeremyreckmeyer@andrewskurth.com
- **Sophia Ree**    sree@lcbf.com
- **Gregory L. Reid**    glreidesq@gmail.com
- **Ira A. Reid**    ira.reid@bakermckenzie.com
- **Ira A. Reid**    ira.reid@bakermckenzie.com
- **Russell Lowell Reid**    bwolfe@sheppardmullin.com
- **Michael J. Reilly**    michael.reilly@morganlewis.com
- **Richard W. Reinthaler**    rreinthaler@winston.com, docketny@winston.com;jfreedman@winston.com
- **Steven J. Reisman**    sreisman@curtis.com,
  cgiglio@curtis.com;jdrew@curtis.com;mgallagher@curtis.com
- **Howard D. Ressler**    hressler@diamondmccarthy.com, sloden@diamondmccarthy.com
- **Isaac M. Rethy**    irethy@stblaw.com

1
- **Kenneth A. Reynolds**    kreynolds@mklawnyc.com, jwalsh@mklawnyc.com;tcard@mklawnyc.com
- **Scott W. Reynolds**    scott.reynolds@chaffetzlindsey.com, dockets@chaffetzlindsey.com

2
- **Alexander G. Rheaume**    arheaume@riemerlaw.com
- **Matthew M. Riccardi**    mriccardi@rkollp.com, mschneider@rkollp.com

3
- **Jeffrey N. Rich**    jrich@r3mlaw.com, emoser@r3mlaw.com
- **Robert A. Rich**    rrich2@hunton.com

4
- **Michael P. Richman**    mrichman@hunton.com, candonian@hunton.com
- **Paul J. Ricotta**    pricotta@mintz.com, docketing@mintz.com

5
- **Michael J. Riela**    mriela@vedderprice.com, ecfdocket@vedderprice.com
- **Francis X Riley**    friley@saul.com

6
- **Fred B. Ringel**    fbr@robinsonbrog.com
- **Christy Rivera**    crivera@chadbourne.com

7
- **Kimberly Joan Robinson**    kim.robinson@bfkn.com
- **Jennifer L. Rodburg**    jennifer.rodburg@friedfrank.com, michael.handler@friedfrank.com

8
- **Theodore O. Rogers**    rogerst@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Vincent J. Roldan**    vroldan@ballonstoll.com

9
- **William J.F. Roll**    wroll@shearman.com
- **William J.F. Roll**    wroll@shearman.com

10
- **Michael A. Rollin**    mrollin@rbfattorneys.com,
  scoggins@rbfattorneys.com;mbeach@rbfattorneys.com;lcasanova@rbfattorneys.com

11
- **William A. Rome**    warome@hpplegal.com
- **Aaron A. Romney**    aromney@zeislaw.com

12
- **Brian James Rooder**    brian.rooder@ropesgray.com
- **Jack J. Rose**    filing@ashurst.com

13
- **Jorian L. Rose**    jrose@bakerlaw.com
- **Zachary David Rosenbaum**    zrosenbaum@lowenstein.com, claferriere@lowenstein.com

14
- **Arthur E. Rosenberg**    arthur.rosenberg@hklaw.com
- **Kermit A. Rosenberg**    krosenberg@becounsel.com

15
- **Robert J. Rosenberg**    rachel.feld@lw.com
- **Heath D. Rosenblat**    Heath.Rosenblat@dbr.com

16
- **Benjamin Rosenblum**    brosenblum@jonesday.com
- **Benjamin Rosenblum**    brosenblum@jonesday.com

17
- **Jeffrey A. Rosenthal**    maofiling@cgsh.com, jrosenthal@cgsh.com
- **Jeffrey A. Rosenthal**    maofiling@cgsh.com, jrosenthal@cgsh.com

18
- **Michael A. Rosenthal**    mrosenthal@gibsondunn.com
- **David A. Rosenzweig**    david.rosenzweig@nortonrosefulbright.com

19
- **David S. Rosner**    courtnotices@kasowitz.com
- **Douglas B. Rosner**    drosner@goulstonstorrs.com

20
- **Andrew J. Rossman**    andrewrossman@quinnemanuel.com
- **Melissa-Jean Rotini**    mjr1@westchestergov.com

21
- **Rene S. Roupinian**    rsr@outtengolden.com,
  jxh@outtengolden.com;kdeleon@outtengolden.com;rmasubuchi@outtengolden.com

22
- **Alex R. Rovira**    emcdonnell@sidley.com
- **Alex R. Rovira**    emcdonnell@sidley.com

23
- **Barry J Roy**    broy@rltlawfirm.com, ypalmeri@rltlawfirm.com
- **Samuel H. Rudman**    srudman@rgrdlaw.com, e_file_sd@rgrdlaw.com

24
- **Eric L. Ruiz**    eric.ruiz@davispolk.com
- **Eric L. Ruiz**    eric.ruiz@davispolk.com

25
- **Scott K. Rutsky**    srutsky@proskauer.com,
  erodriguez@proskauer.com;mgiddens@proskauer.com;jzajac@proskauer.com

26
- **Herbert K. Ryder**    hk3ryder@gmail.com, hk3ryder@ecf.inforuptcy.com
- **Bruce Sabados**    gregory.johnson@kattenlaw.com;mark.ciani@kattenlaw.com

27
- **Rohit Sabharwal**    sabilaw@aol.com
- **Jeffrey S. Sabin**    JSSabin@Venable.com

28
- **Jay G. Safer**    jsafer@lockelord.com
- **Chester B. Salomon**    csalomon@beckerglynn.com, saltreuter@beckerglynn.com

- **Chester B. Salomon**    csalomon@beckerglynn.com, saltreuter@beckerglynn.com
- **Timothy William Salter**    tsalter@blankrome.com,
kreda@blankrome.com;jhanner@blankrome.com;tpryan@blankrome.com
- **Michael E. Salzman**    salzman@hugheshubbard.com
- **Michael E. Salzman**    salzman@hugheshubbard.com
- **Keith N. Sambur**    ksambur@rkollp.com, mschneider@rkollp.com
- **Diane W. Sanders**    austin.bankruptcy@lgbs.com
- **Lori K. Sapir**    lsapir@sillscummis.com
- **Jeffrey L. Sapir-13**    info@sapirch13tr.com
- **Joseph Cono Savino**    savino@larypc.com,
silvestro@larypc.com;fox@larypc.com;parvaneh@larypc.com;gardella@larypc.com
- **Robert Scannell**    rscannell@morganlewis.com
- **Louis A. Scarcella**    lscarcella@farrellfritz.com
- **Richard J.J. Scarola**    rjjs@smzllp.com, az@smzllp.com,mv@smzllp.com,cc@smzllp.com
- **Eric A Schaffer**    eschaffer@reedsmith.com, slucas@reedsmith.com
- **Eric A Schaffer**    eschaffer@reedsmith.com, slucas@reedsmith.com
- **Richard J. Schager**    schager@ssnyc.com
- **Richard J. Schager**    schager@ssnyc.com
- **Ilan D. Scharf**    ischarf@pszjlaw.com
- **Philip R. Schatz**    philip.schatz@mac.com
- **Robert M. Schechter**    rmschechter@pbnlaw.com,
mdlaskowski@pbnlaw.com;lkkabse@pbnlaw.com;mpdermatis@pbnlaw.com
- **Michael L. Schein**    mschein@vedderprice.com, ecfnydocket@vedderprice.com
- **Thomas J. Schell**    tjschell@bryancave.com, dortiz@bryancave.com
- **Robert A. Scher**    rscher@foley.com
- **Jonathan D. Schiller**    jschiller@bsfllp.com
- **William B. Schiller**    wschiller@schillerknapp.com,
wschiller@ecf.courtdrive.com;mpilinko@schillerknapp.com;mpilinko@ecf.courtdrive.com;kcollins@ecf.
courtdrive.com
- **Michael L. Schleich**    mschleich@fslf.com
- **Erik Schneider**    eschneider@nixonpeabody.com
- **Edward L. Schnitzer**    eschnitzer@hahnhessen.com,
jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahnhessen.com;aladd@hahnhessen.
com;bhall@hahnhessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
- **Carey D. Schreiber**    cschreiber@winston.com
- **Carey D. Schreiber**    cschreiber@winston.com
- **Christopher P. Schueller**    christopher.schueller@bipc.com,
timothy.palmer@bipc.com;donna.curcio@bipc.com
- **Dan J. Schulman**    dschulman@schulmanblackwell.com
- **Adam Louis Schwartz**    aschwartz@homerbonner.com, jgonzalez-valdes@homerbonner.com
- **Andrea B. Schwartz**    andrea.b.schwartz@usdoj.gov
- **Jeffrey L. Schwartz**
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahn
hessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
- **Jeffrey L. Schwartz**
hahnhessen@ecf.inforuptcy.com;jcerbone@hahnhessen.com;sthompson@hahnhessen.com;jorbach@hahn
hessen.com;chunker@hahnhessen.com;sgryll@hahnhessen.com
- **Matthew A. Schwartz**    schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Matthew A. Schwartz**    schwartzmatthew@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Lisa M. Schweitzer**    lschweitzer@cgsh.com, maofiling@cgsh.com;reckenrod@cgsh.com
- **Brendan M. Scott**    bscott@klestadt.com
- **Jeffrey T. Scott**    scottj@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **John Scott**    jlscott@reedsmith.com
- **Amanda Segal**    mschneider@rkollp.com
- **Howard Seife**    arosenblatt@chadbourne.com
- **Stephen B. Selbst**    sselbst@herrick.com, courtnotices@herrick.com

- **Stephen B. Selbst**    sselbst@herrick.com, courtnotices@herrick.com
- **Shannon R. Selden**    srselden@debevoise.com, mao-bk-ecf@debevoise.com
- **Erin P. Severini**    es@dgandl.com
- **Andrew D. Shaffer**    shaffer@butzel.com
- **Dan Shaked**    dan@shakedandposner.com
- **Paul V. Shalhoub**    maosbny@willkie.com, pshalhoub@willkie.com
- **Paul V. Shalhoub**    maosbny@willkie.com, pshalhoub@willkie.com
- **Nolan E. Shanahan**    nshanahan@coleschotz.com, ssallie@coleschotz.com
- **Ross G Shank**    rshank@kasowitz.com, courtnotices@kasowitz.com
- **Scott C. Shelley**    scottshelley@quinnemanuel.com
- **David B. Shemano**    dshemano@robinskaplan.com
- **Justin M. Sher**    jsher@shertremonte.com, mcuccaro@shertremonte.com
- **Andrew Howard Sherman**    asherman@sillscummis.com
- **Jonathan Sherman**    jsherman@bsfllp.com
- **Mark Sherrill**    mark.sherrill@sablaw.com
- **Mark Sherrill**    mark.sherrill@sablaw.com
- **Stephen J. Shimshak**    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- **Stephen J. Shimshak**    sshimshak@paulweiss.com, sshimshak@paulweiss.com
- **Michael A. Shiner**    mshiner@tuckerlaw.com
- **J. Christopher Shore**    cshore@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com
- **Joshua Samuel Shteierman**    j.shteierman@devittspellmanlaw.com
- **Carren B. Shulman**    cshulman@sheppardmullin.com, ny-docketing@sheppardmullin.com
- **Motty Shulman**    MSHULMAN@BSFLLP.COM
- **George W. Shuster**    george.shuster@wilmerhale.com
- **Glenn E. Siegel**    Glenn.Siegel@morganlewis.com
- **Neil Yahr Siegel**    nsiegel@morrisoncohen.com, bankruptcy@morrisoncohen.com
- **Paul H. Silverman**    PSilverman@mclaughlinstern.com
- **Laurie Selber Silverstein**    bankruptcy@potteranderson.com
- **Paul N. Silverstein**    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- **Paul N. Silverstein**    paulsilverstein@andrewskurth.com, jlevine@akllp.com
- **Peter L. Simmons**    peter.simmons@friedfrank.com
- **Keith A. Simon**    keith.simon@lw.com, chefiling@lw.com;beth.arnold@lw.com
- **Leif T. Simonson**    lsimonson@faegre.com
- **Charles E. Simpson**    csimpson@windelsmarx.com,
  mmartir@windelsmarx.com;cdinapoli@windelsmarx.com
- **Deborah A. Skakel**    skakeld@dicksteinshapiro.com,
  nybankruptcydocketing@dicksteinshapiro.com;schere@dicksteinshapiro.com
- **William A. Slaughter**    slaughter@ballardspahr.com
- **Daniel Slifkin**    dslifkin@cravath.com, mao@cravath.com
- **Thomas R. Slome**    lgomez@msek.com
- **Edward Smith**    easmith@venable.com, NYBankruptcyDocketing@venable.com
- **Edward Smith**    easmith@venable.com, NYBankruptcyDocketing@venable.com
- **Elizabeth Page Smith**    esmith@llgm.com
- **Elliot M. Smith**    elliot.smith@squirepb.com
- **Turner P. Smith**    jclyne@cm-p.com
- **Abigail Snow**    asnow@ssbb.com
- **John H. Snyder**    john@jhsnyderlaw.com
- **Andrew T. Solomon**    asolomon@sandw.com, rlombardo@sandw.com
- **Jay B. Solomon**    jay@kleinsolomon.com
- **Lisa M. Solomon**    lisa.solomon@att.net
- **Angela Jennifer Somers**    asomers@rctlegal.com, lbroussard@rctlegal.com
- **Mark R. Somerstein**    paul.lang@ropesgray.com
- **Mark A. Speiser**    mspeiser@stroock.com, insolvency2@stroock.com
- **Mark A. Speiser**    mspeiser@stroock.com, insolvency2@stroock.com
- **Douglas E. Spelfogel**    dspelfogel@foley.com
- **Douglas E. Spelfogel**    dspelfogel@foley.com

1
- **James H.M. Sprayregen**    jsprayregen@kirkland.com, wguerrieri@kirkland.com
- **Marvin E. Sprouse**    msprouse@glennrogerslaw.com, kgradney@jw.com

2
- **J. Gregory St.Clair**    Chris.Dickerson@skadden.com
- **Katherine Stadler**    kstadler@gklaw.com, kboucher@gklaw.com;shuntema@gklaw.com

3
- **Michael Scott Stamer**    mstamer@akingump.com, dkrasa-berstell@akingump.com;sschultz@akingump.com;abeane@akingump.com;jwatters@akingump.com

4
- **Amelia Temple Redwood Starr**    astarr@davispolk.com
- **Stephen Z. Starr**    sstarr@starrandstarr.com, yortiz@starrandstarr.com

5
- **Howard Steel**    hsteel@brownrudnick.com, emolino@brownrudnick.com;mjackson@brownrudnick.com
- **Nicole Stefanelli**    nstefanelli@lowenstein.com

6
- **Heidi Steiger**    dwatnick@watnicklaw.com
- **Heidi L. Steiger**    dwatnick@watnicklaw.com

7
- **Steiger Associates L.P.**    dwatnick@watnicklaw.com
- **Grant T. Stein**    gstein@alston.com

8
- **Philip Rogers Stein**    pstein@bilzin.com, hrodriguez@bilzin.com;lflores@bilzin.com;eservice@bilzin.com

9
- **Arthur Jay Steinberg**    asteinberg@kslaw.com, sdavidson@kslaw.com;jasher@kslaw.com
- **John M Steiner**    jsteiner@leechtishman.com, bankruptcy@leechtishman.com

10
- **Bonnie Steingart**    steinbo@ffhsj.com, nydocketclrk@ffhsj.com
- **Spencer D Stiefel**    spencer.stiefel@dlapiper.com

11
- **J. Robert Stoll**    jstoll@mayerbrownrowe.com
- **Ralph M. Stone**    rstone@lawssb.com

12
- **Brent C. Strickland**    bstrickland@wtplaw.com
- **Harvey A. Strickon**    harveystrickon@paulhastings.com

13
- **Harvey A. Strickon**    harveystrickon@paulhastings.com
- **Fletcher W. Strong**    fstrong@wmd-law.com

14
- **Fletcher W. Strong**    fstrong@wmd-law.com
- **Walter B. Stuart**    walter.stuart@freshfields.com

15
- **William S. Sugden**    will.sugden@alston.com
- **William S. Sugden**    will.sugden@alston.com

16
- **David A. Sullivan**    david.sullivan@cliffordchance.com
- **James M. Sullivan**    jsullivan@mosessinger.com, dkick@mosessinger.com

17
- **Timothy M Swanson**    tim.swanson@moyewhite.com, mindy.glenn@moyewhite.com;audra.duzenack@moyewhite.com

18
- **Walter E. Swearingen**    wswearingen@llfwlaw.com
- **Stephanie R. Sweeney**    ssweeney@klestadt.com

19
- **Claude Szyfer**    cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com
- **Claude Szyfer**    cszyfer@stroock.com, docketing@stroock.com;insolvency@stroock.com

20
- **Christopher K. Tahbaz**    cktahbaz@debevoise.com, mao-bk-ecf@debevoise.com
- **Matthew S. Tamasco**    mtamasco@schnader.com

21
- **Matthew S. Tamasco**    mtamasco@schnader.com
- **Jayant W Tambe**    jtambe@jonesday.com

22
- **James J. Tancredi**    jjtancredi@dbh.com
- **Sara M. Tapinekis**    sara.tapinekis@cliffordchance.com

23
- **Robert E. Tarcza**    bobt@tglaw.net
- **Charles Martin Tatelbaum**    cmt@trippscott.com, lxc@trippscott.com

24
- **James Tecce**    jamestecce@quinnemanuel.com
- **James C Tecce**    jamestecce@quinnemanuel.com

25
- **Samuel Jason Teele**    steele@lowenstein.com, adeleo@lowenstein.com
- **Jay Teitelbaum**    jteitelbaum@tblawllp.com, dcampagne@tblawllp.com

26
- **Michael Tenenhaus**    tenenhaus@sewkis.com
- **H. Marc Tepper**    marc.tepper@bipc.com, donna.curcio@bipc.com

27
- **Ronald M. Terenzi**    rterenzi@stcwlaw.com, drizzi@stcwlaw.com
- **The Huntington National Bank**    ECF.Oster@huntington.com

28
- **April J. Theis**    april.theis@azag.gov, hua.qin@azag.gov;BankruptcyUnit@azag.gov
- **David J. Theising**    dtheising@harrisonmoberly.com

1
- **Eleni D. Theodosiou-Pisanelli**    theodosi@hugheshubbard.com
2
- **James C. Thoman**    jthoman@hodgsonruss.com,
  jmccrear@hodgsonruss.com;cnapiers@hodgsonruss.com
3
- **John H. Thompson**    johnh.thompson@cwt.com, nyecfnotice@cwt.com
- **Scott D. Thomson**    sthomson@cohengresser.com, managingclerksoffice@cohengresser.com
- **Richard C. Tisdale**    richard.tisdale@friedfrank.com
4
- **My Chi To**    mcto@debevoise.com, mao-bk-ecf@debevoise.com
5
- **Christine M. Tobin-Presser**    ctobin@bskd.com,
  psutton@bskd.com;vbraxton@bskd.com;chartung@bskd.com;mbeck@bskd.com;chartung@bskd.com
- **Lawrence E. Tofel**    letofel@tofellaw.com, mallison@tofellaw.com;jworden@tofellaw.com
6
- **Patricia Tomasco**    ptomasco@jw.com, kgradney@jw.com;ccthomas@jw.com
- **Michael Torkin**    s&cmanagingclerk@sullcrom.com
7
- **Dylan G. Trache**    dylan.trache@nelsonmullins.com, robert.ours@nelsonmullins.com
- **Patrick J. Trostle**    ptrostle@jenner.com
8
- **James N. Truitt**    james.truitt@hoganlovells.com
- **Brian Trust**    btrust@mayerbrown.com
9
- **Brian Trust**    btrust@mayerbrown.com
- **Tal Unrad**    tunrad@burnslev.com
10
- **Steven D. Usdin**    steven.usdin@flastergreenberg.com,
  briege.hartman@flastergreenberg.com;steven.usdin@ecf.inforuptcy.com
11
- **Rafael J. Valdes**    rvaldes@astidavis.com
- **Shmuel Vasser**    shmuel.vasser@dechert.com
12
- **Shmuel Vasser**    shmuel.vasser@dechert.com
- **Michael J. Venditto**    mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com
13
- **Michael J. Venditto**    mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com
- **August C. Venturini**    acv@venturini-law.com
14
- **Raymond W. Verdi**    rwvlaw@yahoo.com
- **Paul Vizcarrondo**    pvizcarrondo@wlrk.com, calert@wlrk.com
15
- **Michael Scott Vogel**    mvogel@abv.com
- **Ilana Volkov**    ivolkov@coleschotz.com, fpisano@coleschotz.com
16
- **Peter Michael Wade**    pwade@gibsondunn.com
- **Shai Waisman**    shai.waisman@weil.com
17
- **Shai Waisman1**    shai.waisman@weil.com
- **Shai Waisman2**    shai.waisman@weil.com
18
- **Adrienne Walker**    awalker@mintz.com
- **Adrienne Walker**    awalker@mintz.com
19
- **Lisa L. Wallace**    lwallace@mwc-law.com
- **Abbey Walsh**    abbey.walsh@freshfields.com
20
- **Christine Walsh**    cwalsh@mayerbrown.com
- **Rodd C. Walton**    rwalton@legacy-groups.com
21
- **David H. Wander**    dhw@dmlegal.com
- **Josephine Wang**    jwang@sipc.org
22
- **Josephine Wang**    jwang@sipc.org
- **Zheng Wang**    zwang@debevoise.com, mao-bk-ecf@debevoise.com
23
- **Jonathan David Warner**    jdwarner@warnerandscheuerman.com,
  melanie@warnerandscheuerman.com;diana@warnerandscheuerman.com
24
- **Jonathan David Warner**    jdwarner@warnerandscheuerman.com,
  melanie@warnerandscheuerman.com;diana@warnerandscheuerman.com
25
- **Michael D. Warner**    mwarner@coleschotz.com, klabrada@coleschotz.com
- **Mark W. Warren**    mwarren@mtb.com
26
- **Corey R. Weber**    ecf@ebg-law.com
- **Lindsay M. Weber**    lindsayweber@quinnemanuel.com
27
- **Jeffrey T. Wegner**    jeffrey.wegner@kutakrock.com, marybeth.brukner@kutakrock.com
- **David V. Weicht**    dweicht@leechtishman.com, adabaldo@leechtishman.com
28
- **Chaya F. Weinberg-Brodt**    chaya.weinberg@withers.us.com
- **Daniel S Weinberger**    dweinberger@gibbonslaw.com

1
- **Erik Bradley Weinick**   eweinick@otterbourg.com
- **Stephen L. Weinstein**   sweinstein@eisemanlevine.com

2
- **William P. Weintraub**   wweintraub@stutman.com, gfox@goodwinprocter.com
- **William P. Weintraub**   wweintraub@stutman.com, gfox@goodwinprocter.com

3
- **Rochelle R. Weisburg**   rochellew@shiboleth.com
- **John W. Weiss**   john.weiss@alston.com

4
- **John C. Weitnauer**   kit.weitnauer@alston.com
- **Elizabeth Weller**   dallas.bankruptcy@publicans.com, evelyn.palmer@lgbs.com

5
- **Annie Wells**   awells@morganlewis.com
- **Philip Anthony Wells**   philip.wells@ropesgray.com

6
- **Philip Anthony Wells**   philip.wells@ropesgray.com
- **Mark F. Werle**   eag@rsclaw.com;dmc@rsclaw.com

7
- **Stephen E. Weyl**   sweyl@haslaw.com
- **David B. Wheeler**   davidwheeler@mvalaw.com

8
- **Timothy Raymond Wheeler**   Timothy.Wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com
- **Thomas C. White**   whitet@sullcrom.com, s&cmanagingclerk@sullcrom.com

9
- **Corey Whiting**   cswhiting@debevoise.com, mao-bk-ecf@debevoise.com
- **Tyler Whitmer**   tylerwhitmer@quinnemanuel.com

10
- **Dennis J. Wickham**   wickham@scmv.com
- **Monika S. Wiener**   mwiener@jonesday.com

11
- **Tally M. Wiener**   tallymindy@gmail.com
- **Tally M. Wiener**   tallymindy@gmail.com

12
- **Paige M Willan**   pwillan@klehr.com
- **Brady C. Williamson**   bwilliamson@gklaw.com, eshipman@gklaw.com;kboucher@gklaw.com

13
- **Deborah D. Williamson**   dwilliamson@dykema.com, rcolbath@dykema.com
- **Eric J. Wilson**   zraiche@gklaw.com

14
- **Eric R. Wilson**   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- **Eric R. Wilson**   KDWBankruptcyDepartment@Kelleydrye.com;MVicinanza@ecf.inforuptcy.com

15
- **L. Matt Wilson**   efile@willaw.com
- **Michael G. Wilson**   michaelgwilson@zoho.com

16
- **Eric D. Winston**   ericwinston@quinnemanuel.com
- **Jane Rue Wittstein**   jruewittstein@jonesday.com

17
- **Amy R. Wolf**   arwolf@wlrk.com, calert@wlrk.com
- **Benjamin C. Wolf**   bwolf@kramerlevin.com, bbecker@kramerlevin.com

18
- **Joshua Matthew Wolf**   jowolf@law.nyc.gov
- **Blanka K. Wolfe**   bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

19
- **David J. Woll**   dwoll@stblaw.com
- **Steven Wolowitz**   swolowitz@mayerbrown.com, jmarsala@mayerbrown.com

20
- **Derek L. Wright**   dlwright@foley.com
- **James Addison Wright**   james.wright@ropesgray.com, jonathan.agudelo@ropesgray.com

21
- **James Addison Wright**   james.wright@ropesgray.com, jonathan.agudelo@ropesgray.com
- **Karon Y. Wright**   karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

22
- **Thomas John Wright**   wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com
- **Thomas John Wright**   wrightth@sullcrom.com, s&cmanagingclerk@sullcrom.com

23
- **Robert William Yalen**   robert.yalen@usdoj.gov
- **Robert C. Yan**   ryan@farrellfritz.com

24
- **David Farrington Yates**   farrington.yates@dentons.com
- **David Farrington Yates**   farrington.yates@dentons.com

25
- **Michael M. Yi**   michaelyi@leeanavchung.com
- **Jack Yoskowitz**   yoskowitz@sewkis.com

26
- **Jack Yoskowitz**   yoskowitz@sewkis.com
- **Jared D. Zajac**   jzajac@proskauer.com

27
- **Erin Zavalkoff**   ecfnydocket@vedderprice.com
- **Marina I. Zelinsky**   mschneider@rkollp.com

28
- **Menachem O. Zelmanovitz**   mendy@zelmlaw.com
- **Richard G. Ziegler**   rziegler@mayerbrownrowe.com

1

- **George A. Zimmerman**    brian.mcdermott@skadden.com
- **N. Theodore Zink**    tzink@mccarthyfingar.com

2

- **Jonathan Zinman**    jzinman@soluslp.com
- **Peter Alan Zisser**    Lawzisser@twcny.rr.com

3

- **Scott A. Zuber**    szuber@csglaw.com, ecf@csglaw.com
- **Amy A. Zuccarello**    azuccarello@sandw.com, jdarcey@sandw.com

4

- **Amy A. Zuccarello**    azuccarello@sandw.com, jdarcey@sandw.com
- **Edward P. Zujkowski**    ezujkowski@emmetmarvin.com,

5

    pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
- **Edward P. Zujkowski**    ezujkowski@emmetmarvin.com,

6

    pdelrio@emmetmarvin.com;mgeisler@emmetmarvin.com
- **John F. Zulack**    jzulack@fzwz.com

7

- **Ellen Zweig**    ezweig@optonline.net
- **Abraham L. Zylberberg**    mcosbny@whitecase.com;jdisanti@whitecase.com

8

- **Abraham L. Zylberberg**    mcosbny@whitecase.com;jdisanti@whitecase.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28