# EXHIBIT B

# Exhibit B

## DEFENDANTS' AGREEMENTS

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| 1st Advantage Mortgage, LLC | 4/1/2004 | | |
| Affiliated Funding Corp. | 11/22/2004 | | |
| Alera Financial, LLC | 3/10/2005, 12/15/2005 MB | | |
| Alliance Financing Mortgage Corp. | 5/6/2003 | | |
| Alpine Mortgage LLC | 3/18/2004 | | |
| Amera Mortgage Corporation | 3/13/2003 | | |
| American Home Equity Corp. | 6/27/2002, 11/22/2004, 12/2/2004 MB | | |
| American Lending Network Inc. | 5/4/2006 | 05/13/2004, 08/19/2005 | |
| American Mortgage Express Financial | 8/17/1999, 8/24/2001, 7/2002 MB, 6/10/2004 MB, 1/14/2005 | | |
| America's Mortgage Alliance, Inc. | 12/22/2004 | | |
| Approved Funding Corp. | 4/10/2003, 1/14/2005, 1/14/2005 MB, 8/10/2006 MB | | |
| Apreva Financial Corp. | 1/28/2004, 11/8/2006 MB | | |
| Arlington Capital Mortgage Corp. | 11/5/1998, 8/16/2001, 11/20/2006, 1/25/2007 | | |
| Ascent Home Loans Inc. | 6/24/2004 | | |
| Atlantic Bay Mortgage Group LLC | 6/24/2004 | | |
| Aurora Mortgage, LLC | 7/21/2005 | | |
| Axiom Financial, LLC | 4/17/2003 | | |
| Axis Mortgage & Investments LLC | 7/7/2005 | | |
| Bank of England | 2/2/2006, 10/17/2006 | | |
| Bell America Mortgage LLC | 4/12/2002, 5/20/2004 | | |
| Bondcorp Realty Services, Inc. | 8/28/2000, 12/3/2004 | | |

---

[1] "MB" denotes LPAs involving bulk purchase/servicing released transactions.

1

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| Brier Mortgage Corp. | 12/19/2002 | | |
| Broadview Mortgage Corporation | 10/14/2004, 10/14/2004 MB | | |
| Central Pacific Mortgage Company | 7/29/2004, 7/29/2004 MB | | |
| Cherry Creek Mortgage Co., Inc. | 8/18/1998, 8/30/2001, 9/24/2004 | | |
| Chicago Bancorp, Inc. | 6/16/2005 | | |
| Christopher E. Hobson, Inc. (d/b/a Franklin Financial) | 6/1/1999, 8/15/2001, 9/13/2004 | | |
| Citimutual Corporation | 12/31/2003 | | |
| City First Mortgage Services, L.L.C. | 8/12/2004 | | |
| CMG Mortgage Inc. | 11/15/1999, 10/15/2001, 8/1/2005 | | |
| Community Banks of Colorado | 7/16/1998, 9/1/1998, 8/7/2001, 9/8/2004 | | |
| Cornerstone Home Mortgage Corp. | 8/3/2006 | | |
| Cornerstone Mortgage, Inc. | 11/21/2002, 11/26/2002, 7/6/2006 MB | | |
| Cranbrook Mortgage Corp. | 2/23/2006 | 05/28/2002, 10/30/2004, 11/07/2005 | |
| Crestline Funding Corp. | 4/20/2006 | | |
| CTX Mortgage Company, LLC | 2/1/2000, 8/20/2001, 2/26/2002, 1/31/2007, 1/31/2007 MB | 04/14/2004, 04/14/2007 | |
| Deutsche Bank, AG (as successor to Mortgage IT, Inc., d/b/a MIT Lending) | 12/31/2003, 12/31/2003 MB | | 01/06/2004 |
| DHI Mortgage Company, Ltd. | 12/9/2005, 12/9/2005 MB | 05/07/2002 | |
| Directors Mortgage Inc. | 3/7/2001, 5/2/2001, 4/7/2004, 6/11/2004 | | |
| Dollar Mortgage Corp. | 9/8/2005 | | |
| Duxford Financial, Inc. | 12/2/2004 | | |
| Dynamic Capital Mortgage, Inc. | 12/11/2003 | | |
| Eagle Home Mortgage, LLC | 10/21/2004 | | |

2

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| Extol Mortgage Services, Inc. | 7/7/2005 | | |
| Fairmont Funding Ltd. | 1/20/2005 | 01/10/2007 | |
| First Bank | 3/8/2000, 10/1/2001, 11/21/2002 MB | | |
| First California Mortgage Company | 10/2/2003 | | |
| First Capital Group, LP | 5/8/2003 | | |
| First Equity Mortgage Bankers, Inc. | 12/2/2004 | | |
| First Mortgage Corp. | 1/27/2005 | | |
| First Residential Mortgage Services Corp | 1/27/2005 | | |
| Flick Mortgage Investors, Inc. | 10/13/2005, 7/20/2006 | | |
| Freedom Mortgage Corporation | 7/9/2004 7/9/2004 MB | | 06/01/2006 |
| Frontier Investment Company | 2/1/1999, 11/6/2001, 1/28/2004 MB, 5/20/2004 | | |
| Gateway Bank, FSB (as successor to Arlington Capital Mortgage Corporation) | 5/1/2002, 3/4/2006 MB | | |
| Gateway Funding Diversified Mortgage Services LP | 3/18/2004, 6/16/2005 | 07/09/2003, 10/25/2005 | |
| Gateway Mortgage Group, LLC | 5/18/2006 | 01/05/2004, 03/14/2005 | |
| George Mason Mortgage LLC | 11/12/2004 | | |
| Global Advisory Group, Inc. | 7/28/2005 | | |
| Greenpoint Mortgage Funding, Inc. | | | 03/02/2004, 11/23/2005, 04/10/2006, 01/01/2007 |
| Guaranteed Rate, Inc. | 7/21/2000, 12/3/2004, 8/31/2005 MB | | |
| Guaranty Bank | 10/11/2001, 11/9/2004, 9/12/2006 | | |
| Hartland Mortgage Centers, Inc. | 1/19/2006 | | |
| Home Loan Center, Inc | 4/16/2002, 5/30/2002 MB, 11/5/2004, 11/5/2004 MB | | |

3

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| Home Loan Mortgage Corp. | 9/29/2000, 1/9/2004 MB, 3/4/2004 MB, 5/20/2004, 7/27/2005 | | |
| HSBC Mortgage Services Inc. | | | 09/01/2002, 11/01/2005, 06/28/2007 |
| Hyperion Capital Group, LLC | 5/17/2005 | | |
| imortgage.com, Inc. | 6/24/2002, 9/24/2004 | | |
| ION Capital, Inc. | 4/6/2006 | | |
| Jams-01, Inc. | 11/4/2004 | | |
| K & B Capital Corp. | 1/6/2005 | | |
| Lakeland Mortgage Corp. | 9/13/2002 | | |
| Liberty Financial Group, Inc. | 10/30/2003, 1/14/2005, 3/2/2006 MB | | |
| Maribella Mortgage LLC | 9/24/2004 | | |
| Mason Dixon Funding, Inc. | 2/17/2005 | | |
| Mega Capital Funding, Inc. | 12/2/2004 | | |
| MegaStar Financial Corp. | 1/3/2002, 9/24/2004, 2/16/2006 MB | | |
| Merrimack Mortgage Company, Inc. | 11/29/2000, 8/17/2004, 2/22/2007 MB | | |
| Millennium Mortgage Corp. | 3/30/2000, 8/13/2001, 7/7/2004, 3/2/2006 MB | | |
| Minnesota Home Mortgage Corp. | 12/19/2002 | | |
| MJS Lending, Inc. | 8/3/2006 | | |
| Mortgage Capital Associates, Inc. | 11/3/2000, 9/23/2004 | | |
| Mortgage IT, Inc. | 12/31/2003, 12/31/2003 | | 01/06/2004 |
| Mortgage Partners, Inc. | 9/13/2004 | | |
| Mountain America Financial Services, LLC | 11/22/2004 | | |
| Mountain West Financial, Inc. | 12/1/2000, 12/28/2004, 12/15/2005 MB | | |
| Mylor Financial Group, Inc. | 7/2/2003, 5/17/2004 MB, 12/10/2004 MB | | |
| National Funding Company, LLC | 12/22/2006 | | |

4

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| National Penn Bank | 2/26/2004 | | |
| New Fed Mortgage Corp. | 9/30/2004 | | |
| NL, Inc. | 4/1/2004, 4/1/2004 MB | | |
| North County Real Estate, Inc. | 12/8/2005 | | |
| Northwest Mortgage Group, Inc. | 11/30/2000, 9/8/2004 | | |
| Nova Financial & Investment Corp. | 3/20/2002, 1/21/2005 | | |
| Oaktree Funding Corp. | 6/25/2003 | | |
| Oro Real, Inc. | 10/6/2005 | | |
| Pacific First Financial Services, LP | 7/21/2005 | 01/18/2006 | |
| Paramount Residential Mortgage Group Inc. | 8/18/2005 | | |
| Parkside Lending, LLC | 7/6/2004 MB, 2/24/2005 | | |
| Pemm.Tek Mortgage Services, LLC | 5/23/2002, 7/16/2002 MB, 12/31/2004 | | |
| PHH Home Loans, LLC | 9/29/2005 | | |
| PMAC Lending Services, Inc. | 1/22/2004, 9/1/2005 | | |
| PMC Bancorp | 3/25/2004 | | |
| Popular Mortgage Corp. | 12/4/2003 | | |
| Primary Capital Advisors, LC | 12/10/1999, 10/1/2001, 2/12/2004 MB, 3/16/2005 MB, 3/16/2005 | | |
| Prime Mortgage Corp. | 4/29/2002, 12/31/2004 | | |
| Prominent Mortgage Corp. | 10/20/2005 | | |
| PTF Financial Corp. | 11/3/2005 | | |
| Quickdraw Real Estate Services, Inc. | 2/19/2004 | | |
| RBC Mortgage Company | 9/13/2004 | | |
| Real Estate Financial Services, Inc. | 1/19/2006 | | |
| Reliant Mortgage Company, LLC | 3/18/2004, 4/8/2004 MB | | |
| Republic Mortgage Home Loans LLC | 12/31/2004 6/25/2000 | 10/02/2003, 12/03/2004, 01/17/2006 | |
| Republic State Mortgage Company | 6/9/2005 | | |
| Residential Home Funding Corp. | 9/8/2005 | 06/16/2005 | |
| Residential Mortgage Capital | 5/20/2004, 7/18/2005 | | |
| Response Mortgage Services, Inc. | 6/9/2005 | | |

5

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| Reunion Mortgage Inc. | 5/9/2002, 4/28/2003, 2/4/2005 | | |
| RMR Financial, LLC | 10/15/2001, 1/22/2004, 5/20/2004 | | |
| Sacramento 1st Mortgage, Inc. | 12/18/2003 | | |
| San Diego Great Western Mortgage Co. Inc. | 11/11/2004 | | |
| Santa Cruz Mortgage Company | 12/1/2000, 7/7/2004 | | |
| Security National Mortgage Company | 5/27/1998, 8/23/2001, 12/4/2003 MB, 4/15/2005, 4/21/2005 MB | | |
| SGB Corp. | 4/24/2003 | | |
| Shea Mortgage Inc. | 8/22/2000, 9/1/2000, 7/20/2004, 1/26/2006 MB | | |
| Sierra Pacific Mortgage Company Inc. | 8/13/1998, 9/26/2001, 3/21/2002 MB, 9/8/2004 | 03/21/2002 | |
| Simonich Corp. | 2/26/2004, 7/27/2007 | | |
| SoluBanc Funding, Inc. | 1/25/2007 | | |
| Southeast Funding Alliance, Inc. | 4/15/2004 | | |
| Sterling National Mortgage Company, Inc. | 12/31/2004 | | |
| Suburban Mortgage, Inc. | 12/3/2004 | | |
| Sun American Mortgage Company | 1/30/2003 | | |
| Sunbelt Lending Services, Inc. | 5/24/2001, 6/13/2001, 9/24/2004 | | |
| Sunset Direct Lending, LLC | 4/6/2006 | | |
| Sunset Mortgage Co. | 2/13/2001, 2/1/2001, 11/22/2004 | | |
| Sunset Mortgage Company, LP | 9/3/2004, 4/7/2005, 6/20/2003 | 10/18/2001 | |
| The Lending Company | 12/18/2003 | | |
| Unified Capital Group | 7/6/2004 MB, 2/17/2005 | | |
| Universal American Mortgage Company, LLC | 9/20/2005, 10/1/2006 | | |

6

| Defendant Name | Dates of LPAs[1] | Dates of Broker Agreements | Dates of Flow LPAs |
|---|---|---|---|
| Vision Mortgage, L.L.C. | 2/19/2004 | | |
| Wall Street Mortgage Bankers, Ltd. | 7/20/1998, 8/13/2001, 12/12/2002 MB, 7/8/2004, 8/1/2005 MB | | |
| Webster Bank N.A. | 4/25/2005 | | |
| Weger Mortgage Corp. | 1/28/2004 | | |
| WEI Mortgage Corp. | 5/18/2006 | | |
| WestStar Mortgage, Inc. | 7/8/2004, 7/8/2004 MB | | |
| Wholesale America Mortgage, Inc | 3/10/2005 | 10/14/2004, 11/24/2003, 04/09/2003 | |
| Windsor Capital Mortgage Corp. | 9/9/2004 | 02/18/2002 | |
| Winstar Mortgage Partners, Inc. | 12/31/2003, 9/2/2004 MB | | |
| WR Starkey Mortgage LLP | 5/20/2000, 9/10/2001, 5/14/2004 | | |
| Zino Financial, Inc. | 2/26/2004 | | |