HOMER BONNER JACOBS  
1200 Four Seasons Tower  
1441 Brickell Avenue  
Miami, Florida 33131  
Telephone: (305) 350-5100  
Facsimile: (305) 372-2738  
Adam L Schwartz  

OTTERBOURG P.C.  
230 Park Avenue  
New York, New York 10169-0075  
Telephone: (212) 661-9100  
Peter Feldman  
Erik B. Weinick  

Hearing Date and Time: February 23, 2016 at 10:00 a.m.  
Objection Deadline:    February 16, 2016 at 4:00 p.m.

*Attorneys for Credican, C.A.;*  
*Banco Canarias De Venezuela, C.A.;*  
*and Fondo De Proteccion Social De Los*  
*Depositos Bancarios f//k/a*  
*Fondo De Proteccion Social De Los Depositos*  
*Bancarios Y Proteccion Bancaria*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x  
In Re                                                                    :    Chapter 11  
                                                                              :  
LEHMAN BROTHERS HOLDINGS INC., et al.,    :    Case No. 08-13555 (SCC)  
                                                                              :  
                                                                              :  
     Debtors.                                                          :  
---------------------------------------------------------------x

### NOTICE OF HEARING ON MOTION OF FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS FOR SUBSTITUTION OF COUNSEL AND TO DESIGNATE HOMER BONNER JACOBS AS AGENT FOR RECEIPT OF ALL DISTRIBUTIONS

**PLEASE TAKE NOTICE** that on February 5, 2016, Fondo de Proteccion Social de los Depositos Bancarios ("FOGADE"), by and through its undersigned counsel, filed its Motion for Substitution of Counsel and to Designate Homer Bonner Jacobs As Agent For Receipt of All Distributions (the "Motion"), and that a hearing to consider the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

1

Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 623, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court"), on **February 23, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must (i) be in writing; (ii) state the name and address of the responding party and nature of the claim or interest of such party; (iii) state with particularity the legal and factual bases of such response; (iv) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, together with proof of service, electronically, in accordance with General Order M-399 by registered users of the Court's Electronic Case Filing system, and by all other parties in interest, on a 3.5 inch disk, compact disk, or flash drive preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format no later than **February 16, 2016 at 4:00 p.m. (Prevailing Eastern Time)** (the "Response Deadline") and (iv) be served on (a) Homer Bonner Jacobs, 1200 Four Seasons Tower, 1441 Brickell Avenue, Miami, FL 33131, Attn: Adam L. Schwartz, Esq.; (b) Otterbourg P.C., 230 Park Avenue, New York, New York 10169-0075, Attn: Erik B. Weinick, Esq; (c) Hughes Hubbard & Reed LLP, One Battery Park Plaza, New York, New York, 10004, Attn: Meaghan C. Gragg, Esq.; (d) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y. Waisman, Esq., and Jacqueline Marcus, Esq.; (e) the U.S. Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004, Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracey Home Davis, Esq.; (f) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq.; (g) Diaz Reus & Targ, LLP, 100 SE 2nd Street, Suite 3400, Miami, Florida, 33131, Attn: Michael Diaz,

Jr., with a courtesy copy to the chambers of the Honorable Shelly C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 623.

**PLEASE TAKE FURTHER NOTICE** that if no responses to the Motion are timely filed and served, FOGADE may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which may be entered with no further notice or opportunity to be heard offered to any party.

Dated: February 5, 2016

Respectfully submitted:

# HOMER BONNER JACOBS

By: /s/ Adam L. Schwartz
  Adam L. Schwartz

1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida  33131
Phone:  (305) 350-5116
Fax:  (305) 982-0079
Email: aschwartz@homerbonner.com

OTTERBOURG P.C.

By: /s/ Erik B. Weinick
  Peter Feldman
  Erik B. Weinick

230 Park Avenue
New York, New York 10169-0075
Phone: (212) 905-3672
Email: eweinick@otterbourg.com

*Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A.;
and  Fondo De Proteccion Social De Los
Depositos Bancarios f//k/a
Fondo De Proteccion Social De Los
Depositos Bancarios Y Proteccion Bancaria*