FILED / RECEIVED

JAN **29** 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings Inc            ,        Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Union Bancaire Privée, UBP SA | RBS Coutts Bank AG, Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  96-98 rue du Rhône, 1211 Geneva
  Switzerland

Court Claim # (if known):  45221
Amount of Claim: _____
Date Claim Filed:  10/23/2009

Phone:  +41 58 819 3533
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Nominal amounts transferred:
EUR 7'145'000
USD 4'420'000
GBP 50'000
CHF 100'000

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date:  27 January 2016
    Transferee/Transferee's Agent
                    Riad SULTAN

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Jean-Baptiste
ERATH
Director

RECEIVED
FEB - 3 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

## TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Union Bancaire Privée, UBP SA, Genève, Switzerland**  ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 45221**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 20 January 2016

RBS Coutts Bank AG

By: _____
Name: Erich Vogel
Title: Vice President

By: _____
Name: Hans-Peter Schmid
Title: Director

SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|------|---------------|------------------|--------|------------------------------------------------|
| XS0180154550 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 200'000.00 |
| XS0213629487 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 410'000.00 |
| XS0257807288 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 2'660'000.00 |
| XS0257807874 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD 350'000.00 |
| XS0260769434 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD 500'000.00 |
| XS0260770010 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 450'000.00 |
| XS0272635185 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | GBP 50'000.00 |
| XS0274890523 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD 1'960'000.00 |
| XS0290588572 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 700'000.00 |
| XS0300477709 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR 2'525'000.00 |
| XS0302282602 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD 100'000.00 |
| XS0302351266 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | CHF 100'000.00 |

| | | | | |
|---|---|---|---|---|
| XS0345680655 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | USD  1'510'000.00 |
| XS0349282151 | 45221 | October 23, 2009 | Lehman Brothers Treasury BV | EUR  200'000.00 |

