ORIGINAL

JAN 30, 2016

**Honorable Shelley C. Chapman** USBC SDNY

Re: LEHMAN BROTHERS HOLDINGS INC., *et al.*, Case No. 08-13555

      JP MORGAN CHASE SETTLEMENT

Your Honor:

Recently it was reported in the Press that a 'settlement' has been docketed for hearing within a week or so.

As the Court may be aware, I had my prior claims expunged by Judge Peck based upon the 'absorption' by Lehman of a $3 Million Cash Escrow in the Grand Union Bankruptcy Proceedings had New Jersey before Judge Winfield. Despite the fact that Weil, Gotshal was Co-Counsel to Grand Union in New Jersey, Judge Peck allowed them to proceed with a not insignificant objection to my claims. At the same time, I had requested details on this Escrow from C&S wholesalers in New Hampshire that was refused and as a result, I was not able to produce the clear and convincing evidence that would have saved those claims.

More recently, I have learned that the New York State Comptroller's Office of Unclaimed Funds is holding some kind of interest I have in Lehman but as of yet, they have not clarified that deposit.

As I understand the events that led to this Ch 11, it is now perhaps obvious that the JPM Chase action led to a Bankruptcy instead of a 'bailout' such as was given to AIG. While I understand that the stockholders were more or less abandoned from the "git-go" as they say out west, it seems that the Court should consider staying this matter and consider the appointment of a Sucessor Examiner to further review the



RECEIVED
FEB -3 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

events that led to the loss of huge sums of stockholder equity.

I note that the State Comptroller's had sought a Trustee at the onset of this case and later settled more that $1 Billion in Claims for about 10 cents on the dollar.

Further, there is clearly insufficent time to review the almost 70+ pages of Pleading within the time alloted by the Moving Parties.

I trust this will have your prompt attention.

William Kuntz, III
India St PO Box 1801
Nantucket Island, Massachusetts 02554-1801 USofA


cc: Attorney Reeder, NY State Comptroller's Office of Unclaimed Funds

   parties as listed