**lehman papers feb 2016-Tracking Number: 9505510548966030019257 -Updated Delivery Day: Tuesday, February 2, 2016 (2)**

Delivered, Front Desk/Reception NEW YORK, NY 10004 Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004. February 2, 2016  7:11 am Arrive

Delivered, Front Desk/Reception NEW YORK, NY 10004 Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004. February 2, 2016  7:11 am Arrive

am          Delivered, Front Desk/Reception          NEW YORK, NY 10004

Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004.

| Date/Time | Event | Location |
|---|---|---|
| February 2, 2016, 7:11 am | Arrived at Post Office | NEW YORK, NY 10004 |
| February 2, 2016, 1:35 am | Departed USPS Facility | EASTERN NASSAU, NY |
| February 2, 2016, 1:32 am | Arrived at USPS Facility | EASTERN NASSAU, NY |
| January 31, 2016, 6:57 pm | Arrived at USPS Facility | KEARNY, NJ 07032 |
| January 30, 2016, 12:10 pm | Departed Post Office | CHAZY, NY 12921 |
| January 30, 2016, 11:20 am | Acceptance | CHAZY, NY 12921 |