| | |
|---|---|
| HOMER BONNER JACOBS<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 350-5100<br>Facsimile: (305) 372-2738<br>Adam L Schwartz | Hearing Date and Time: February 23, 2016 at 10:00 a.m.<br>Objection Deadline: February 16, 2016 at 4:00 p.m. |

OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
Peter Feldman
Erik B. Weinick

*Attorneys for Credican, C.A.;*
*Banco Canarias De Venezuela, C.A.;*
*and Fondo De Proteccion Social De Los*
*Depositos Bancarios f//k/a*
*Fondo De Proteccion Social De Los Depositos*
*Bancarios Y Proteccion Bancaria*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

| | |
|---|---|
| In Re | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (SCC) |
| Debtors. | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Erik B. Weinick, am Of Counsel to the Firm of Otterbourg P.C. and an attorney duly admitted to practice before this Court.

I hereby certify that on February 5, 2016, I caused a true and correct copy of the following document to be served on behalf of CREDICAN, C.A.; BANCO CANARIAS DE VENEZUELA, C.A., and FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS f/k/a FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS Y PROTECCION BANCARIA on all parties and counsel who have noticed their appearances and requested service via the Court's ECF system, and by U.S. Mail as indicated on the Service List below:

4242021.1

**NOTICE OF HEARING AND MOTION OF FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS BANCARIOS FOR SUBSTITUTION OF COUNSEL AND TO DESIGNATE HOMER BONNER JACOBS AS AGENT FOR RECEIPT OF ALL DISTRIBUTIONS**

| | |
|---|---|
| Dated: February 5, 2016<br>New York, New York | /s/ Erik B. Weinick<br>Erik B. Weinick |

## SERVICE LIST

The Chambers of the Honorable James M. Peck
United States Bankruptcy Court, Courtroom 601
Southern District of New York
One Bowling Green, NY, NY 10004

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
NY, NY 10005

Jeffrey R. Coleman, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

Mark A. Speiser, Esq.
Strook & Strook & Lavan LLP
180 Maiden Lane
New York, NY 10038

Andrew Howard Sherman, Esq.
Sills Cummins Epstein & Gross P.C.
30 Rockefeller Plaza
New York, NY 10112

James Tecce, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Diaz, Reus & Targ, LLP
Miami Tower at International Place
100 SE Second Street, Ste. 3400
Miami, FL 33131

Andy Velez-Rivera, Esq.
U.S. Trustee
33 Whitehall Street, 21st Floor
New York, NY 10004

Andrea B. Schwartz, Esq.
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Garrett A. Fail, Esq.
Weil, Gotshall & Manges LLP
767 Fifth Avenue
New York, NY 10153

Ron Jacobs, Esq.
Epiq Bankruptcy Solutions, LLC
777 Third Avenue, 12th Floor
New York, NY 10017

Elena Paras Ketchum, Esq.
Stichter Riedel Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602

Robert K. Dakis, Esq.
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022