B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,   Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Macquarie Bank Limited | Stone Lion Portfolio L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Macquarie Bank Limited
50 Martin Place Sydney NSW 2000
Australia

Court Claim # (if known):  28431
Amount of Claim:  $3,836,977.94
Date Claim Filed:  09/22/2009

Phone:  212-231-1000
Last Four Digits of Acct #: _____

Phone:  (212) 843-1376
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew McGrath_ _/s/ Nathan Booker_    Date: February 5, 2016
    Transferee/Transferee's Agent
    Andrew McGrath      Nathan Booker
    Executive Director   Division Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#1580866

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

and to:  Macquarie Bank Limited

Stone Lion Portfolio L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against (i) Lehman Brothers Commodity Services Inc. in the amount of US $3,836,977.94, and (ii) Lehman Brothers Holdings Inc. in the amount of US $3,935,553.57 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC) in respect of **Claim Reference Number(s):28431; 28628.**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the __5th__ day of February, 2016.

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P.,
Investment Manager

By: _____
Name: Claudia Borg
Title: General Counsel

MACQUARIE BANK LIMITED

By: _____
Name:
Title:

EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

and to: Macquarie Bank Limited

Stone Lion Portfolio L.P. ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim Agreement dated as of the date hereof, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to Macquarie Bank Limited, its successors and assigns, ("Buyer"), all rights, title and interest in and to the claim of Seller against (i) Lehman Brothers Commodity Services Inc. in the amount of US $3,836,977.94, and (ii) Lehman Brothers Holdings Inc. in the amount of US $3,935,553.57 (collectively the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC) in respect of **Claim Reference Number(s):28431; 28628.**

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement by their duly authorized representatives as of the 5th day of February, 2016.

STONE LION PORTFOLIO L.P.
By: Stone Lion Capital Partners L.P.,
Investment Manager

By: _____
Name:
Title:

MACQUARIE BANK LIMITED
By: _____
Name:    FIONA SMITH          Robert Trevena
Title:    Division Director    Division Director

Signed in Sydney, POA Ref:
#2090 dated 26 Nov 2015

- 11 -

#1580587