B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,                     Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Macquarie Bank Limited | Stone Lion Portfolio L.P. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Macquarie Bank Limited
50 Martin Place Sydney NSW 2000
Australia

Court Claim # (if known): __67783__
Amount of Claim: __$18,133,750.00__
Date Claim Filed: __12/08/2011__

Phone:  212-231-1000
Last Four Digits of Acct #: _____

Phone: (212) 843-1376
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew McGrath / Nathan Booker_            Date: February 5, 2016
      Transferee/Transferee's Agent
      Andrew McGrath      Nathan Booker
      Executive Director    Division Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#1580866

**EVIDENCE OF TRANSFER OF CLAIM**

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Stone Lion Portfolio L.P.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Macquarie Bank Limited** ("Buyer") a 100% interest in all rights, title and interest in and to that portion of the claims of Seller referenced as proof of claim number **67783**, which is in the principal amount of US$18,133,750 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 5th day of February, 2016.

| SELLER: | BUYER: |
|---|---|
| **STONE LION PORTFOLIO L.P.**<br>By: **Stone Lion Capital Partners L.P.,**<br>**Investment Manager** | **MACQUARIE BANK LIMITED** |
| Name: Claudia Borg<br>Title: General Counsel | Name:<br>Title: |

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Stone Lion Portfolio L.P.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Macquarie Bank Limited** ("Buyer") a 100% interest in all rights, title and interest in and to that portion of the claims of Seller referenced as proof of claim number **67783**, which is in the principal amount of US$18,133,750 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Commodity Services Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the __5th__ day of February, 2016.

| SELLER: | BUYER: |
|---|---|
| **STONE LION PORTFOLIO L.P.**<br>**By: Stone Lion Capital Partners L.P.,**<br>**Investment Manager** | **MACQUARIE BANK LIMITED** |
| Name:<br>Title: | Name: FIONA SMITH<br>Title: Division Director<br>Robert Trevena<br>Division Director |

Signed in Sydney, POA Ref:
#2090 dated 26 Nov 2015

#1580588