B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.  ,    Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Macquarie Bank Limited | Permal Stone Lion Fund Ltd. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Macquarie Bank Limited
50 Martin Place Sydney NSW 2000
Australia

Court Claim # (if known): __67784__
Amount of Claim: __$2,241,250.00__
Date Claim Filed: __12/08/2011__

Phone: 212-231-1000
Last Four Digits of Acct #: _____

Phone: (212) 843-1376
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Andrew McGrath / Nathan Booker_    Date: February 5, 2016
Transferee/Transferee's Agent
Andrew McGrath    Nathan Booker
Executive Director    Division Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

#1580866

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Macquarie Bank Limited** ("Buyer") a 100% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number **67784**, which is in the principal amount of $2,241,250.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.  Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the _5th_ day of February, 2016.

| SELLER: | BUYER: |
|---|---|
| **PERMAL STONE LION FUND LTD.**<br>**By: Stone Lion Capital Partners L.P.,**<br>**Investment Manager**<br><br>_(signature)_<br><br>Name: **Claudia Borg**<br>Title: **Authorized Signatory** | **MACQUARIE BANK LIMITED**<br><br><br><br>_____<br><br>Name:<br>Title: |

## EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **Macquarie Bank Limited** ("Buyer") a 100% interest in all rights, title and interest in and to the claims of Seller referenced as proof of claim number **67784**, which is in the principal amount of $2,241,250.00 plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the  5th  day of February, 2016.

| SELLER: | BUYER: |
|---|---|
| **PERMAL STONE LION FUND LTD.**<br>**By: Stone Lion Capital Partners L.P.,**<br>**Investment Manager** | **MACQUARIE BANK LIMITED** |
| Name:<br>Title: | Name: Robert Trevena<br>Title: Division Director |

FIONA SMITH
Division Director

Signed in Sydney, POA Ref:
#2090 dated 26 Nov 2015

#1580589