B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

In re: Lehman Brothers Holdings Inc.          Case No. 08-13555 (SCC)

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Wong Chin Pang Alex** | **The Hongkong and Shanghai Banking Corporation Limited** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Tally M. Wiener
119 West 72nd Street, PMB 350
New York, NY 10023
tally.wiener@thecomi.com

Phone: (212) 574-7975
Last Four Digits of Acct. #: N/A

Court Claim # (if known): 56671
Amount of Claim: $ 408,203.33
Date Claim Filed: October 29, 2009

Phone:
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ Date: _____
Transferee/Transferee's Agent
Name: Wong Chin Pong Alex
Title: Transferee

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

December 23, 2015

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED ("Transferor"), for good and valuable consideration, the adequacy and sufficiency of which are hereby acknowledged, does hereby certify that, as of November [●], 2015, it has unconditionally and irrevocably transferred and assigned to Wong Chin Pang Alex ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number 56671 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0301813522 | Lehman Brothers UK Capital Funding V L.P. | Lehman Brothers Holdings Inc. | USD 400,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the ___ of December, 2015.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: TONY KWOK
Title: AUTHORIZED SIGNATORY
Tel.: 852-36047474

WONG CHIN PANG ALEX

By: _____
Name: Wong Chin Pang Alex
Title: TRANSFEREE
Tel.: _____