UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                                           : Chapter 11 Case No.
                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : 08-13555 (SCC)
                                                                :
Debtors.                                                 : (Jointly Administered)
                                                                :
---------------------------------------------------------------x    Ref. Docket No. 51874

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2016, I caused to be served the "Notice of Hearing on the Plan Administrator's Five Hundred Sixteenth Omnibus Objection to Claims (No Liability Claims)," dated January 21, 2016, to which was attached "The Plan Administrator's Five Hundred Sixteenth Omnibus Objection to Claims (No Liability Claims)," dated January 21, 2016 [Docket No. 51874], by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, and

    iii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                 */s/ Carol Zhang*
                                                                                 Carol Zhang

Sworn to before me this
21st day of January, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akantesaria@oppenheimerfunds.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com

asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
azylberberg@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolf@kramerlevin.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com

1

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| chipford@parkerpoe.com | dennis.tracey@hoganlovells.com |
| chris.donoho@lovells.com | dfelder@orrick.com |
| christopher.greco@kirkland.com | dflanigan@polsinelli.com |
| claude.montgomery@dentons.com | dgrimes@reedsmith.com |
| clynch@reedsmith.com | dhayes@mcguirewoods.com |
| cmestres@aclawllp.com | dheffer@foley.com |
| cohen@sewkis.com | dhurst@coleschotz.com |
| cp@stevenslee.com | dhw@dhclegal.com |
| cpappas@dilworthlaw.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dshemano@peitzmanweg.com |
| dbarber@bsblawyers.com | dspelfogel@foley.com |
| dbaumstein@whitecase.com | dtatge@ebglaw.com |
| dbesikof@loeb.com | dtheising@harrisonmoberly.com |
| dcimo@gjb-law.com | dwdykhouse@pbwt.com |
| dcoffino@cov.com | dworkman@bakerlaw.com |
| dcrapo@gibbonslaw.com | easmith@venable.com |
| ddavis@paulweiss.com | ebcalvo@pbfcm.com |
| ddrebsky@nixonpeabody.com | ecohen@russell.com |
| ddunne@milbank.com | edward.flanders@pillsburylaw.com |
| deggermann@kramerlevin.com | efleck@milbank.com |
| deggert@freebornpeters.com | efriedman@fklaw.com |
| demetra.liggins@tklaw.com | efriedman@friedmanspring.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| ekbergc@lanepowell.com | howard.hawkins@cwt.com |
| eleicht@whitecase.com | hrh@lhmlawfirm.com |
| ellen.halstead@cwt.com | hseife@chadbourne.com |
| emagnelli@bracheichler.com | hsnovikoff@wlrk.com |
| emerberg@mayerbrown.com | hsteel@brownrudnick.com |
| enkaplan@kaplanlandau.com | icatto@mwe.com |
| eobrien@sbchlaw.com | igoldstein@proskauer.com |
| eschwartz@contrariancapital.com | irethy@stblaw.com |
| etillinghast@sheppardmullin.com | israel.dahan@cwt.com |
| ezujkowski@emmetmarvin.com | iva.uroic@dechert.com |
| fcarruzzo@kramerlevin.com | jacobsonn@sec.gov |
| ffm@bostonbusinesslaw.com | jalward@blankrome.com |
| fhenn@law.nyc.gov | james.heaney@lawdeb.com |
| fhyman@mayerbrown.com | james.mcclammy@dpw.com |
| foont@foontlaw.com | james.sprayregen@kirkland.com |
| fsosnick@shearman.com | jamesboyajian@gmail.com |
| fyates@sonnenschein.com | jamestecce@quinnemanuel.com |
| gabriel.delvirginia@verizon.net | jar@outtengolden.com |
| gary.ravertpllc@gmail.com | jay.hurst@oag.state.tx.us |
| gbray@milbank.com | jay@kleinsolomon.com |
| george.south@dlapiper.com | jbeemer@entwistle-law.com |
| ggitomer@mkbattorneys.com | jbeiers@co.sanmateo.ca.us |
| ggoodman@foley.com | jbromley@cgsh.com |
| giddens@hugheshubbard.com | jcarberry@cl-law.com |
| gkaden@goulstonstorrs.com | jchristian@tobinlaw.com |
| glenn.siegel@dechert.com | jdoran@haslaw.com |
| glenn.siegel@morganlewis.com | jdwarner@warnerandscheuerman.com |
| gmoss@riemerlaw.com | jdweck@sutherland.com |
| goldenberg@ssnyc.com | jdyas@halperinlaw.net |
| gplotko@kramerlevin.com | jean-david.barnea@usdoj.gov |
| gspilsbury@jsslaw.com | jeanites@whiteandwilliams.com |
| guzman@sewkis.com | jeannette.boot@wilmerhale.com |
| harrisjm@michigan.gov | jeff.wittig@coair.com |
| harveystrickon@paulhastings.com | jeldredge@velaw.com |
| hbeltzer@mayerbrown.com | jennifer.demarco@cliffordchance.com |
| heim.steve@dorsey.com | jennifer.gore@shell.com |
| heiser@chapman.com | jfalgowski@reedsmith.com |
| hmagaliff@r3mlaw.com | jfreeberg@wfw.com |
| hollace.cohen@troutmansanders.com | jg5786@att.com |
| holsen@stroock.com | jgenovese@gjb-law.com |
| hooper@sewkis.com | jgoodchild@morganlewis.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| jguy@orrick.com | jshickich@riddellwilliams.com |
| jhiggins@fdlaw.com | jsmairo@pbnlaw.com |
| jhorgan@phxa.com | jstoll@mayerbrown.com |
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jvail@ssrl.com |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlscott@reedsmith.com | jzulack@fzwz.com |
| jmaddock@mcguirewoods.com | kanema@formanlaw.com |
| jmazermarino@msek.com | karen.wagner@dpw.com |
| jmelko@gardere.com | karl.geercken@alston.com |
| jmerva@fult.com | kdwbankruptcydepartment@kelleydrye.com |
| jmmurphy@stradley.com | keckhardt@hunton.com |
| jmr@msf-law.com | keith.simon@lw.com |
| jnm@mccallaraymer.com | ken.coleman@allenovery.com |
| john.beck@hoganlovells.com | ken.higman@hp.com |
| john.monaghan@hklaw.com | kerry.moynihan@hro.com |
| john.mule@ag.state.mn.us | kgwynne@reedsmith.com |
| john.rapisardi@cwt.com | kiplok@hugheshubbard.com |
| johnramirez@paulhastings.com | kit.weitnauer@alston.com |
| jonathan.goldblatt@bnymellon.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com | kmayer@mccarter.com |
| joshua.dorchak@morganlewis.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| jpintarelli@mofo.com | kressk@pepperlaw.com |
| jporter@entwistle-law.com | kreynolds@mklawnyc.com |
| jprol@lowenstein.com | krodriguez@allenmatkins.com |
| jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | landon@slollp.com |
| jschwartz@hahnhessen.com | lapeterson@foley.com |
| jsheerin@mcguirewoods.com | lawallf@pepperlaw.com |
| jsherman@bsfllp.com | lawrence.gelber@srz.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
E-MAIL SERVICE LIST

| | |
|---|---|
| lberkoff@moritthock.com | meltzere@pepperlaw.com |
| lee.stremba@troutmansanders.com | metkin@lowenstein.com |
| lee.whidden@dentons.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mginzburg@daypitney.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| lisa.solomon@att.net | mgreger@allenmatkins.com |
| ljkotler@duanemorris.com | mh1@mccallaraymer.com |
| lkatz@ltblaw.com | mhopkins@cov.com |
| lkiss@klestadt.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kelly@monarchlp.com |
| lmcgowen@orrick.com | michael.krauss@faegrebd.com |
| lnashelsky@mofo.com | michael.mccrory@btlaw.com |
| loizides@loizides.com | michaels@jstriallaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmendez@crb-law.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mberman@nixonpeabody.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mpedreira@proskauer.com |
| mbloemsma@mhjur.com | mprimoff@kayescholer.com |
| mbossi@thompsoncoburn.com | mpucillo@bermanesq.com |
| mcademartori@sheppardmullin.com | mrosenthal@gibsondunn.com |
| mcarthurk@sullcrom.com | mruetzel@whitecase.com |
| mccarthyj@sullcrom.com | mschimel@sju.edu |
| mcordone@stradley.com | msegarra@mayerbrown.com |
| mcto@debevoise.com | mshiner@tuckerlaw.com |
| mcyganowski@oshr.com | msolow@kayescholer.com |
| mdorval@stradley.com | mspeiser@stroock.com |
| meggie.gilstrap@bakerbotts.com | mstamer@akingump.com |
| melorod@gtlaw.com | munno@sewkis.com |

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,
E-MAIL SERVICE LIST

| | |
|---|---|
| mvenditto@reedsmith.com | relgidely@gjb-law.com |
| mwarner@coleschotz.com | rflanagan@flanassoc.com |
| mwarren@mtb.com | rfriedman@silvermanacampora.com |
| nathan.spatz@pillsburylaw.com | rgmason@wlrk.com |
| nbinder@binderschwartz.com | rgoodman@moundcotton.com |
| nbojar@fklaw.com | rgraham@whitecase.com |
| ncoco@mwe.com | rhett.campbell@tklaw.com |
| neal.mann@oag.state.ny.us | richard.fingard@newedge.com |
| ned.schodek@shearman.com | richard.lear@hklaw.com |
| neilberger@teamtogut.com | richard@rwmaplc.com |
| nherman@morganlewis.com | rick.murphy@sutherland.com |
| nissay_10259-0154@mhmjapan.com | rjones@boultcummings.com |
| nlepore@schnader.com | rleek@hodgsonruss.com |
| notice@bkcylaw.com | rlevin@cravath.com |
| nyrobankruptcy@sec.gov | rmatzat@hahnhessen.com |
| otccorpactions@finra.org | rnetzer@willkie.com |
| paronzon@milbank.com | robert.dombroff@bingham.com |
| pbattista@gjb-law.com | robert.honeywell@klgates.com |
| pbosswick@ssbb.com | robert.malone@dbr.com |
| pdublin@akingump.com | robert.yalen@usdoj.gov |
| peisenberg@lockelord.com | robin.keller@lovells.com |
| peter.gilhuly@lw.com | roger@rnagioff.com |
| peter.macdonald@wilmerhale.com | ross.martin@ropesgray.com |
| peter.simmons@friedfrank.com | rpedone@nixonpeabody.com |
| peter@bankrupt.com | rrainer@wmd-law.com |
| pfeldman@oshr.com | rroupinian@outtengolden.com |
| pfinkel@wilmingtontrust.com | rrussell@andrewskurth.com |
| phayden@mcguirewoods.com | russj4478@aol.com |
| philip.wells@ropesgray.com | sabin.willett@bingham.com |
| pmaxcy@sonnenschein.com | sabramowitz@velaw.com |
| ppascuzzi@ffwplaw.com | sabvanrooy@hotmail.com |
| ppatterson@stradley.com | sally.henry@skadden.com |
| psp@njlawfirm.com | samuel.cavior@pillsburylaw.com |
| ptrostle@jenner.com | sandyscafaria@eaton.com |
| raj.madan@skadden.com | scargill@lowenstein.com |
| ramona.neal@hp.com | schager@ssnyc.com |
| raul.alcantar@alcantarlaw.com | schannej@pepperlaw.com |
| rbeacher@pryorcashman.com | schepis@pursuitpartners.com |
| rbernard@foley.com | schnabel.eric@dorsey.com |
| rbyman@jenner.com | schristianson@buchalter.com |
| rdaversa@orrick.com | scott.golden@hoganlovells.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**

E-MAIL SERVICE LIST

| | |
|---|---|
| scottj@sullcrom.com | swolowitz@mayerbrown.com |
| scottshelley@quinnemanuel.com | szuber@csglaw.com |
| scousins@armstrongteasdale.com | szuch@wiggin.com |
| sdnyecf@dor.mo.gov | tannweiler@greerherz.com |
| seba.kurian@invesco.com | tbrock@ssbb.com |
| sehlers@armstrongteasdale.com | tdewey@dpklaw.com |
| sfalanga@connellfoley.com | tgoren@mofo.com |
| sfelderstein@ffwplaw.com | thomas.califano@dlapiper.com |
| sfineman@lchb.com | timothy.harkness@freshfields.com |
| sfox@mcguirewoods.com | tjfreedman@pbnlaw.com |
| sgordon@cahill.com | tkiriakos@mayerbrown.com |
| sgraziano@blbglaw.com | tlauria@whitecase.com |
| sgubner@ebg-law.com | tmacwright@whitecase.com |
| sharbeck@sipc.org | tmm@mullaw.org |
| shari.leventhal@ny.frb.org | tnixon@gklaw.com |
| shgross5@yahoo.com | toby.r.rosenberg@irscounsel.treas.gov |
| sidorsky@butzel.com | tomwelsh@orrick.com |
| sldreyfuss@hlgslaw.com | tsalter@blankrome.com |
| sleo@bm.net | tslome@msek.com |
| slerman@ebglaw.com | tunrad@burnslev.com |
| slerner@ssd.com | vguldi@zuckerman.com |
| slevine@brownrudnick.com | villa@slollp.com |
| sloden@diamondmccarthy.com | vmilione@nixonpeabody.com |
| smillman@stroock.com | vrubinstein@loeb.com |
| smulligan@bsblawyers.com | wanda.goodloe@cbre.com |
| snewman@katskykorins.com | wbenzija@halperinlaw.net |
| sory@fdlaw.com | wcurchack@loeb.com |
| squsba@stblaw.com | wfoster@milbank.com |
| sree@lcbf.com | will.sugden@alston.com |
| sschultz@akingump.com | wisotska@pepperlaw.com |
| sselbst@herrick.com | wk@pwlawyers.com |
| sshimshak@paulweiss.com | wmaher@wmd-law.com |
| sskelly@teamtogut.com | wmarcari@ebglaw.com |
| sstarr@starrandstarr.com | wmckenna@foley.com |
| steele@lowenstein.com | wsilverm@oshr.com |
| stephen.cowan@dlapiper.com | wswearingen@llf-law.com |
| stephen.hessler@kirkland.com | wtaylor@mccarter.com |
| steve.ginther@dor.mo.gov | wzoberman@bermanesq.com |
| steven.usdin@flastergreenberg.com | yuwatoko@mofo.com |
| streusand@slollp.com | |
| susheelkirpalani@quinnemanuel.com | |

# EXHIBIT B

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**
OVERNIGHT MAIL SERVICE LIST

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT C

08-13555-mg    Doc 51989    Filed 02/09/16    Entered 02/09/16 17:58:13    Main Document
Pg 12 of 13

**LBH (OMNI 516)_D.I. 51874_1-21-16**

AMADEUS (HOLDINGS) U.K. LTD
ATTN; BARRY PORTER AS DIRECTOR OF AMADEUS
(HOLDINGS) UK LIMITED
25 BANK STREET
LONDON  E14 5LE
UNITED KINGDOM

**LBH (OMNI 516)_D.I. 51874_1-21-16**

PRICEWATERHOUSECOOPERS LLP
ATTN: MICHALE JOHN ANDREW JERVIS
PLUMTREE COURT
LONDON EC45 4HT
UNITED KINGDOM

**LBH (OMNI 516)_D.I. 51874_1-21-16**

LINKLATERS LLP
ATTN: RICHARD HODGSON & PAUL HESSLER
ONE SILK STREET
LONDON EC2Y 8HQ
UNITED KINGDOM

**LBH (OMNI 516)_D.I. 51874_1-21-16**

LEHMAN BROTHERS NOMINEES LIMITED
ATTN: STEVEN ANTHONY PEARSON AS
ADMINISTRATOR OF LEHMAN BROTHERS
INTERNATIONAL (EUROPE) (IN ADMINISTRATION),
SOLE SHAREHOLDER OF LEHMAN
BROTHERS NOMINEES LIMITED
25 BANK STREET
LONDON E14 5LE
UNITED KINGDOM

**LBH (OMNI 516)_D.I. 51874_1-21-16**

SPARKASSE PFORZHEIM CALW
ANSTALT DES OEFFENTILCHEN RECHTS
ATTN: MR. MICHAEL TRAUTHWEIN
POSTSTRABE 3
PFORZHEIM DE-75172
GERMANY