FILED / RECEIVED
FEB 01 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-49**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-49, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

14 pcs. "Lehman Bros Treasury Co. B.V." (ISIN **XS0335137120**)
in the amount of a face value of USD 21,984.94

to

**Targobank AG & Co. KGaA**, Kasernenstraße 10, 40213 Düsseldorf,Germany
(holder of claim no. 55404).

The remaining rights arising out of the claim Number 55824-49 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Targobank AG & Co. KGaA have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Targobank AG & Co. KGaA acknowledge and represent that due to the assignment mentioned herein above Targobank AG & Co. KGaA has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 12.01.2016

Bethmann Bank AG
(Assignor)

ppa. Jochen Weber ppa. Oliver Körner

Düsseldorf, den 07.01.2016

Targobank AG & Co. KGaA
(Assignee)

ppa. N.N. N.N.

# Übertragungsvereinbarung

zwischen

der **Bethmann Bank AG,** Bethmannstraße 7- 9, 60311 Frankfurt am Main

**- nachfolgend „Zedent“ -**

u n d

der **Targobank AG & Co. KGaA**, Kasernenstraße 10, 40213 Düsseldorf

**- nachfolgend „Zessionar“ –**

**- gemeinsam „die Parteien“ -**

## Vorbemerkung

Die Eheleute Sigrid und Horst Markgraf, wohnhaft Beckbuschstraße 7, 40474 Düsseldorf (nachfolgend „Eheleute“), haben mit Auftrag vom 6. Oktober 2015 den Zedenten beauftragt, die treuhänderisch für die Eheleute gehaltenen Ansprüche und Rechte aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an den Zessionar abzutreten und zu übertragen.

Mit dieser Vereinbarung beabsichtigen die Parteien die Übertragung der zu Gunsten der Eheleute bestehenden Ansprüche aus dem Insolvenzverfahren der Lehman Brothers Holdings Inc. an den Zessionar zu vollziehen.

Dies vorausgeschickt, vereinbaren die Parteien Folgendes:

1. Der Zedent tritt hiermit Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter claim Number 55824-24, an den Zessionar ab, soweit diese im Zusammenhang mit den nachfolgenden Wertpapieren bestehen:

   **14 Stk. “Lehman Bros Treasury Co. B.V.“ (ISIN DE000A0N6GH8)**

   Klarstellend wird festgehalten, dass die weiteren Ansprüche und Rechte aus der Forderungsanmeldung vom 29. Oktober 2009, registriert unter claim Number 55824-24, bei dem Zedenten verbleiben.
   Der Zessionar nimmt die Abtretung hiermit an.

2. Die Parteien verpflichten sich, sämtliche Erklärungen und Rechtshandlungen abzugeben und vorzunehmen, die für die Übertragung der vorgenannten Ansprüche und Rechte oder im Zusammenhang damit erforderlich sind. Diese Verpflichtung umfasst insbesondere die rechtswirksame Unterzeichnung der anliegenden Abtretungsanzeige.

3. Der Zedent verpflichtet sich und der Zessionar bevollmächtigt den Zedenten, die erfolgte Abtretung der vorgenannten Ansprüche und Rechte gegenüber dem Insolvenzverwalter der Lehman Brothers Holdings Inc. unter Verwendung der anliegenden Abtretungsanzeige unverzüglich nach Erhalt der vollständig unterzeichneten Ausfertigung dieser Vereinbarung und der vollständig unterzeichneten Abtretungsanzeige mitzuteilen.

4. Die Vereinbarung unterliegt deutschem Recht. Gerichtsstand ist Frankfurt am Main.

Frankfurt am Main, den 12.01.2016
Bethmann Bank AG
(Zedent)

ppa. Jochen Weber ppa. Oliver Körner

Düsseldorf, den 07.01.2016
Targobank AG & Co. KGaA
(Zessionar)

ppa. N.N. N.N.

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-24**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-24, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

14 pcs. "Lehman Bros Treasury Co. B.V." (ISIN **DE000A0N6GH8**)
in the amount of a face value of USD 21,119.36

to

**Targobank AG & Co. KGaA**, Kasernenstraße 10, 40213 Düsseldorf,Germany
(holder of Claim no. 55404).

The remaining rights arising out of the claim Number 55824-24 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Targobank AG & Co. KGaA have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Targobank AG & Co. KGaA acknowledge and represent that due to the assignment mentioned herein above Targobank AG & Co. KGaA has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 12.01.2016

Bethmann Bank AG
(Assignor)

Jochen Weber Oliver Körner

Düsseldorf, den 07.01.2016

Targobank AG & Co. KGaA
(Assignee)

N.N. N.N.

FILED / RECEIVED
FEB 01 2016
EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main