WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | |
|---|---|
| In re : | **Chapter 11 Case No.** |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : | **08-13555 (SCC)** |
| : | |
| Debtors. : | **(Jointly Administered)** |
| : | |

------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE**
**FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS**
<u>**(NO LIABILITY CLAIMS)**</u>

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51692], which was scheduled for February 23, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **March 29, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to claim numbers 22666 and 22667.

Dated: February 10, 2016
New York, New York

*/s/ Garrett A. Fail*
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95616296\1\58399.0011