VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
Andrew J. Currie

*Counsel to American Trading and Production Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   Case No. 08-13555 (SCC)
                                                               :   (Jointly Administered)
            Debtors.                                           :
                                                               :
---------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST**
**FOR REMOVAL FROM SERVICE LISTS**

The undersigned attorney with the firm of VENABLE LLP, as counsel for American Trading and Production Corporation, hereby withdraws his appearance and requests removal from any and all service lists including the Court's CM/ECF notification list.

Dated: February 10, 2016          Respectfully submitted,
       Baltimore, Maryland

                                  */s/ Andrew J. Currie*
                                  Andrew J. Currie
                                  VENABLE LLP
                                  750 East Pratt Street, Suite 900
                                  Baltimore, Maryland 21202
                                  Telephone: (410) 244-7400
                                  Facsimile: (410) 244-7742

                                  *Counsel to American Trading and Production Corporation*

10745564-v1

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing document was electronically filed with this Court on this 10th day of February 2016 and served through the Court's CM/ECF system upon all registered electronic filers.

/s/ *Andrew J. Currie*
Andrew J. Currie

10745564-v1