WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : 08-13555 (JMP)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF FIVE HUNDRED
TWELFTH OMNIBUS OBJECTION TO CLAIMS
(DISPUTED VALUATION CLAIMS) SOLELY AS TO CLAIM NUMBER 27279**

   **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450] solely with respect to claim number 27279.

Dated: February 10, 2016
   New York, New York

                 /s/ Garrett A. Fail
                 Garrett A. Fail
                 WEIL, GOTSHAL & MANGES LLP
                 767 Fifth Avenue
                 New York, New York 10153
                 Telephone: (212) 310-8000
                 Facsimile: (212) 310-8007

                 Attorneys for Lehman Brothers
                 Holdings Inc. and Certain of Its Affiliates