**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                              :
In re                                                         :    Chapter 11 Case No.
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    08-13555 (JMP)
                                                              :
              Debtors.                                        :    (Jointly Administered)
                                                              :
---------------------------------------------------------------x   Ref. Docket No. 42176

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2014, I caused to be served the "Stipulation & Order Establishing Procedures for an Evidentiary Hearing in Connection with Omnibus Objections to Reclassify Proofs of Claim as Equity Interests," dated January 24, 2014 [Docket No. 42176], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/Pete Caris*
Sworn to before me this                                       Pete Caris
28th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\RSU Order_DI_42176_AFF_1-27-14_SS.doc

# EXHIBIT A

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ADLER, JENNIFER S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| ANTONCIC, MADELYN | Lisa Solomon | lisa.solomon@att.net |
| BANCHETTI, RICCARDO | Lisa Solomon | lisa.solomon@att.net |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com; c.bardehle@web.de |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BECKER, JENNIFER | | jennifer.becker@barclayscapital.com |
| BENSON, CRAIG O. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRASCHI, PAOLA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net; lbogert@nb.com |
| BOUGHRUM, DONALD J. | Bob Michaelson | rmichaelson@r3mlaw.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BREWER, KAREN H | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROADBENT, WILLIAM S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROOKS, DAVID J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BURKE, TIMOTHY A. | Lisa Solomon | lisa.solomon@att.net |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CALLIES, GUILLEMETTE | | guillemettecallies@orange.fr |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu; acarango@gmail.com acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CASUPLE, VIRGILIO | | vers771@gmail.com vacasuple@yahoo.com |
| CATALAO MAIA, ALEXANDRE | | alex.maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, DARIAN J. | | JamesBoyajian@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com gusicohen@hotmail.com |
| COLLIER, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| COLTON, DAVID | | dscolton@yahoo.com |

| | | |
|---|---|---|
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| CREMIN, PATRICK G. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| D'AMADEO, JOSEPH G | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DAS, NACHIKETA | | nachidas@mac.com |
| DAY, GEMMA | | bekhols@aol.com |
| DE JESUS, NESTOR E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com mathieu.desforges@ibia-eu.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DMUCHOWSKI, JOHN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DUFOURNIER, PHILIPPE | Lisa Solomon | lisa.solomon@att.net |
| DYER, ROBERT C. | | robert.dyer@ml.com |
| ENGEL, STEVEN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | garryjalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FINKEL, SETH J. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| FLEISCHMAN RICHMAN, SANDY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GLASEBROOK, RICHARD J., II | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDBERG, LOUISE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GOYAL, ANSHU | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAN, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAVES, ADRIAN T | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HAHN-COLBERT, SANDRA M | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| | | |
|---|---|---|
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HOAR, NICK JOHN | | nick.hoar.nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HORNICK, PETER | Lisa Solomon | lisa.solomon@att.net |
| HOWARD, NICHOLAS P. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IRAGORRI, JULIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JACOBSON, LARS P. | | Lars.Jacobson@jpmorgan.com; larsjaco16@gmail.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com; arthur.kenney@barclayscapital.com |
| KENNEY, JUDITH ANN | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON, JOHNINE | | kilgallon@nyc.rr.com |
| KING, HARRIET CHAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com; suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com; karenmsk@aol.com |
| LANGEVIN, MARY | | ml10463@gmail.com; ml10463@gmail.com; langevinsow@nyc.rr.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com; latifa.debbarh@ibia-eu.com |
| LAWRENCE III, HENRY MORGAN | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWRENCE, NICOLE S. | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWSKY, MICHAEL | | mhlawsky@gmail.com |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEV ARI, TAL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LEVILEV, YERUCHIM | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| | | |
|---|---|---|
| LEVINE, RICHARD S. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LEWIS, SARAH J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LIOTTI, FABIO | Daniel Carragher | djcarragher@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LUKEN, PATRICIA M. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com andrew.malcolm@nomura.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MARSHALL, NIKKI A. | | lisa.solomon@att.net |
| MCCARTHY, LAWRENCE E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MCCULLY, MICHAEL K. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCGEE, HUGH | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MONAHAN, BRIAN W. | Bob Michaelson | rmichaelson@r3mlaw.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MURPHY, PATRICIA | | pakm@optonline.et |
| NACKENSON, RICHARD | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL, GAVIN R | | gnetzel@hotmail.com |
| NEVILLE, IAN A | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| NOBLE, RICHARD GRANT | | richard.noble@kpmg.co.uk |
| NORTH-CLAUSS, BRYAN | | bryan.northclauss@hotmail.com |
| OLIVIER, HELMUT | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| O'SULLIVAN, THOMAS J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PARR, ANKE | Lisa Solomon | lisa.solomon@att.net |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PATTERSON, MARTIN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |

| | | |
|---|---|---|
| PETRUCELLI, MICHAEL J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PORTER, BARRY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PRIMIANO, VINCENT A. | Lisa Solomon | lisa.solomon@att.net |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| RAMALLO, HENRY | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| REYNOLDS, CHRISTIAN F. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| RIVKIN, JACK L. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| RONCAGLIOLO, JACQUELINE S. | | jroncagl@optonline.net |
| SAKS, ROGER | Edward Magaliff | HMagaliff@R3MLaw.Com |
| SANTODOMINGO MARTELL, ALVARO | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SARONNE, GIANCARLO | Lisa Solomon | lisa.solomon@att.net |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHUSTER, CHRISTIANE | | chris.schuster@btopenworld.com |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com; sschwabs5@mgn.com |
| SCHWARTZ, MARVIN C | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SEBIRI, JONATHAN | Lisa Solomon | lisa.solomon@att.net |
| SEWARD, BRIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHAH, HARSH | Lisa Solomon | lisa.solomon@att.net |
| SHAPIRO, ROSS B. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net paul.shotton@ubs.com |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| SMITH, MARGARET E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| | | |
|---|---|---|
| SNELLING, STEPHEN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SOMMA, GREGG | | greggsomma23@comcast.com |
| SPERO, CHARLES | Lisa Solomon | lisa.solomon@att.net |
| STEVENS, CHRISTIAN E. | | mforsythe@goeforlaw.com |
| STIEFEL, STEPHANIE J | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SULLIVAN, ANDREA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| SWEELY, GORDON | Lisa Solomon | lisa.solomon@att.net |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com jvalecce@aol.com |
| VELEBA, MILAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| VOLINI, PIERLUIGI | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WARD, PETER | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WECKER, JEFFREY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WEINER, DAVID I. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WIDEMAN, ANDREW | | mforsythe@goeforlaw.com |
| WILKINSON,TIMOTHY B | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WINCHESTER, JUDITH A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WREN, ALEX H | | alexwren@hotmail.com |

robert_dyer@ml.com
barryfalltrick@aol.com
nick.hoar@nb.com
pakm@optonline.net
bryan_northclauss@hotmail.com
greggsomma23@comcast.net

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BAREGGI, MICHELE | 33 DONERAILE STREET LONDON SW6 6EW UNITED KINGDOM |
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HAWES, GREGG | 1911 RUXTON ROAD RUXTON MD 21204 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WELCH, COLIN S. A. | 8 LOCKWOOD AVE NEW CANAAN CT 06840 |

**Total Creditor count  32**