**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                          :          Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     :          **08-13555 (JMP)**
:
**Debtors.**                       :          **(Jointly Administered)**
:
------------------------------------------------------------------------x      **Ref. Docket No. 42356**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK          )
) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1.   I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third
     Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party
     to the above-captioned action.

2.   On January 29, 2014, I caused to be served the:

     a.   "Memorandum in Opposition to Debtors' Fourteen Omnibus Objections Seeking to
          Reclassify Compensation Claims as Equity, or alternatively, to Subordinate Claims
          Pursuant to Section 510(b) of the Bankruptcy Code," dated January 28, 2014 [Docket No.
          42356], and

     b.   *Email from Stamell & Schager, LLP regarding the Represented Claimants' Opening
          Brief*, dated January 29, 2014, annexed hereto as <u>Exhibit A</u>,

     by causing true and correct copies to be:

               i.    delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,
                     and

               ii.   enclosed securely in separate postage pre-paid envelopes and delivered via
                     overnight mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
29th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

| | |
|---|---|
| **From:** | Andrew Goldenberg <goldenberg@ssnyc.com> |
| **Sent:** | Wednesday, January 29, 2014 12:20 AM |
| **To:** | Miller, Ralph; Alvarez, Denise; Brady, Teresa; Kenter, Doron; 'Richard Schager'; 'Lisa Solomon'; 'James Boyajian'; 'Michael Schlesinger'; 'Eugene Neal Kaplan'; 'Robert Michaelson'; 'Andrew Goldenberg'; 'Howard Magaliff'; 'Michelle Pomerantz' |
| **Subject:** | Represented Claimants' Opening Brief |
| **Attachments:** | 2014-1-28 Represented Participants Opening Brief.pdf |

Attached is the Represented Claimants' Opening Brief.

Andrew R. Goldenberg
Stamell & Schager, LLP
One Liberty Plaza, 23/F
New York, NY 10006-1404
Tel.:  212-566-4054
Fax:  212-566-4061

CONFIDENTIALITY NOTICE - This Email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and is legally privileged. The information contained in this email is intended for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or duplication of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and destroy the original message. Thank you.

**EXHIBIT B**

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com; c.bardehle@web.de |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BECKER, JENNIFER | | jennifer.becker@barclayscapital.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net; lbogert@nb.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CALLIES,GUILLEMETTE | | guillemettecallies@orange.fr |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu; acarango@gmail.com acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CASUPLE, VIRGILIO | | vers771@gmail.com vacasuple@yahoo.com |
| CATALAO MAIA, ALEXANDRE | | alex_maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com gusicohen@hotmail.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| DAS, NACHIKETA | | nachidas@mac.com |
| DAY, GEMMA | | bekhols@aol.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com; mathieu.desforges@lbia-eu.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ERTMANN, JAMES | | james.ertmann@barclays james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JACOBSON, LARS P. | | Lars.Jacobson@jpmorgan.com; larsjaco16@gmail.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON,JOHNINE | | kilgallon@nyc.rr.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com; karenmsk@aol.com |
| LANGEVIN, MARY | | ml10463@gmail.com; ml10463@gmail.com langevinsow@nyc.rr.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LAWSKY, MICHAEL | | mhlawsky@gmail.com |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LIOTTI, FABIO | Daniel Carragher | djcarragher@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL,GAVIN R | | gnetzel@hotmail.com |
| NOBLE, RICHARD GRANT | | richard.noble@kpmg.co.uk |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| RONCAGLIOLO,JACQUELINE S. | | jroncagl@optonline.net |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| SARODE, SUNIL | | sunil.sarode1981@gmail.com<br>sunil.sarode@nomura.com |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHUSTER, CHRISTIANE | | chris.schuster@btopenworld.com |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com<br>sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net<br>paul.shotton@ubs.com |
| SIEGEL, NORMAN | | norman.siegel@barclays.com<br>norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| STEVENS, CHRISTIAN E. | | mforsythe@goeforlaw.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com<br>dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WIDEMAN, ANDREW | | mforsythe@goeforlaw.com |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WREN, ALEX H | | alexwren@hotmail.com |

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO,RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HAWES, GREGG | 1911 RUXTON ROAD RUXTON MD 21204 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON,JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA,DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG,YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WELCH, COLIN S. A. | 8 LOCKWOOD AVE NEW CANAAN CT 06840 |

**Total Creditor count  32**