**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (JMP)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
                                                             :
-------------------------------------------------------------x    Ref. Docket Nos. 42385-42388
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Neuberger Berman Claimants' Opening Memorandum of Law," dated January 28, 2014 [Docket No. 42385],

   b. "Declaration of Stephanie Stiefel," dated January 27, 2014 [Docket No. 42386],

   c. "Declaration of Judith Ann Kenney," dated January 27, 2014 [Docket No. 42387],

   d. "Declaration of Henry Ramallo," dated January 27, 2014 [Docket No. 42388],

   e. *Email from Kaplan Landau LLP regarding Neuberger Berman Claimants' Opening Papers*, dated January 28, 2014, annexed hereto as <u>Exhibit A</u>, and

   f. *Letter from Eugene Neal Kaplan from Kaplan Landau LLP to the Honorable Shelley C. Chapman*, dated January 28, 2014, annexed hereto as <u>Exhibit B</u>,

by causing true and correct copies to be:

i. delivered via electronic mail to those parties listed on the annexed Exhibit C, on January 28, 2014,

ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, on January 28, 2014, and

iii. enclosed securely in a separate postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit E, on January 29, 2014.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
29th day of January, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

-2-

T:\Clients\LBH\Affidavits\LBH - RSU Service Affidavits\RSU Affidavits - Final\RSU - Neuberger Berman Claimants' Documents_DI 42385-42388_AFF_1-28-14 & 1-29-14.doc

# EXHIBIT A

| | |
|---|---|
| **From:** | Eugene Neal Kaplan <ENKaplan@kaplanlandau.com> |
| **Sent:** | Tuesday, January 28, 2014 7:29 PM |
| **To:** | Miller, Ralph; Alvarez, Denise; Brady, Teresa; Kenter, Doron; Richard Schager; Lisa Solomon; James Boyajian; Robert Michaelson; Andrew Goldenberg; Howard Magaliff |
| **Cc:** | Michael Schlesinger; Michelle Pomerantz |
| **Subject:** | Neuberger Berman Claimants' Opening Papers |
| **Attachments:** | Kenny Dec and Ex.pdf; Stiefel Dec and Ex1.pdf; Stiefel Dec and Ex2.pdf; Ramallo Declaration and Exhibit.pdf; Opening Mem. of Law.pdf; Chapman Letter 1-28.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

All – Attached are the Neuberger Berman Claimants' Opening Papers consisting of the Neuberger Berman Claimants' Opening Memorandum of Law and the Declarations of Stephanie Stiefel, Judith Ann Kenney and Henry Ramallo and their respective exhibits. Also attached is our letter transmitting Chambers' copies of same to Judge Chapman. Service is made herewith in accordance with the Procedures Stipulation and Order, ECF No. 42176.

# EUGENE NEAL KAPLAN

# KAPLAN LANDAU LLP

1065 Avenue of the Americas
New York, NY 10018
Phone:      Main:   (212) 593-1700 Ext. 111

　　　　　Direct:  (212) 201-5330

　　　　　Fax:     (212) 201-5331
　　　　　Mobile: (516) 359-4111

Email:  enkaplan@kaplanlandau.com

This email and/or its attachments contain information from the law offices of Kaplan Landau LLP that is or may be confidential and/or legally privileged from disclosure. The information is intended only for use by the individuals and/or entities to which it is properly addressed.  If you are not the intended recipient of this email,  you are notified that your receipt and any disclosure, copying, printing, saving, use or distribution of, or the taking of any action in reliance on, this email and/or its contents and/or attachments is strictly prohibited.  You are instructed to immediately delete this email and remove its contents and/or attachments from your system without printing, copying, saving, distributing or disclosing same.

# EXHIBIT B

# KAPLAN LANDAU LLP

ATTORNEYS AT LAW
1065 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10018-0161

(212) 593-1700
FAX: (212) 593-1707
WWW.KAPLANLANDAU.COM

MARK S. LANDAU
EUGENE NEAL KAPLAN
PATRICK TRAIN-GUTIÉRREZ

PAUL C. EVANS
VALERIE A. PHILLIPS
MARY CECILIA SWEENEY

ALFRED M. MARKS
LOUIS I. KAPLAN
(1914-2007)
COUNSEL

January 28, 2014

**VIA FEDEX**

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 621
New York, New York 10004

Re:   In re Lehman Brothers Holdings, Inc., Chapter 11 Case No. 08-13555

Dear Judge Chapman:

      Enclosed please find Chambers' copies of the opening papers submitted on behalf of the Neuberger Berman Claimants in connection the April 1-3, 2014 hearing ("Hearing") scheduled on Lehman's motions to reclassify the Neuberger Berman Claimants' compensation claims as equity interests. Such opening papers consist of: the Neuberger Berman Claimants' Opening Memorandum of Law and the Declarations of Henry Ramallo, Judith Ann Kenney and Stephanie Stiefel, and their respective exhibits. All such papers were electronically served by e-mail in accordance with the January 24, 2014 Stipulation and Order Establishing Procedures for the Hearing (ECF No. 42176).

Respectfully yours,

Eugene Neal Kaplan

Encls.

cc:   All E-Served Parties

**EXHIBIT C**

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com; c.bardehle@web.de |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BECKER, JENNIFER | | jennifer.becker@barclayscapital.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net; lbogert@nb.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CALLIES,GUILLEMETTE | | guillemettecallies@orange.fr |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu; acarango@gmail.com acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CASUPLE, VIRGILIO | | vers771@gmail.com vacasuple@yahoo.com |
| CATALAO MAIA, ALEXANDRE | | alex.maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com gusicohen@hotmail.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| DAS, NACHIKETA | | nachidas@mac.com |
| DAY, GEMMA | | bekhols@aol.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JACOBSON, LARS P. | | Lars.Jacobson@jpmorgan.com; larsjaco16@gmail.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON,JOHNINE | | kilgallon@nyc.rr.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com; karenmsk@aol.com |
| LANGEVIN, MARY | | ml10463@gmail.com; ml10463@gmail.com langevinsow@nyc.rr.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LAWSKY, MICHAEL | | mhlawsky@gmail.com |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LIOTTI, FABIO | Daniel Carragher | djcarragher@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL, GAVIN R | | gnetzel@hotmail.com |
| NOBLE, RICHARD GRANT | | richard.noble@kpmg.co.uk |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| RONCAGLIOLO, JACQUELINE S. | | jroncagl@optonline.net |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHUSTER, CHRISTIANE | | chris.schuster@btopenworld.com |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net paul.shotton@ubs.com |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| STEVENS, CHRISTIAN E. | | mforsythe@goeforlaw.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WIDEMAN, ANDREW | | mforsythe@goeforlaw.com |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WREN, ALEX H | | alexwren@hotmail.com |

# EXHIBIT D

| Claim Name | Address Information |
|---|---|
| BECKER, JENNIFER | 611 BUCHANAN BLVD RED BANK NJ 07701 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HAWES, GREGG | 1911 RUXTON ROAD RUXTON MD 21204 |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| NOBLE, RICHARD GRANT | THE FIELD HOUSE, TYRRELLS WOOD LEATHERHEAD SURREY KT22 8QJ UNITED KINGDOM |
| SARKAR, AMIT K | 78 LANSDOWNE RD NOTTINGHILL LONDON W112LS UNITED KINGDOM |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |
| WELCH, COLIN S. A. | 8 LOCKWOOD AVE NEW CANAAN CT 06840 |

**Total Creditor count  31**

ALEXANDRE CATALAO MAIA
205 EAST 85TH STREET, APT 3-CD
APT 514
NEW YORK, NY 10028

**EXHIBIT E**

MATHIEU DESFORGES
2 DICKENS MEWS
LONDON EC1 M5SZ
UNITED KINGDOM