**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------x

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
|  | : |  |
| **Debtors.** | : | **(Jointly Administered)** |
|  | : |  |

-------------------------------------------------------------------------x    **Ref. Docket Nos. 43424, 43457,**
**43459-43461, 43464, 43476 and**
**43477**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PETE CARIS, being duly sworn, deposes and says:

1.  I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Neuberger Berman Claimants' Reply and Opposition Memorandum of Law," dated March 4, 2014 [Docket No. 43424], (the "Memo"),

    b.  "Declaration of Claimant Darian J. Cohen in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43457], (the "Cohen Declaration"),

    c.  "Declaration of Claimant Virgilio Casuple in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 3, 2014 [Docket No. 43459], (the "Casuple Declaration"),

    d.   "Declaration of Claimant Lars P. Jacobson in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43460], (the "Jacobson Declaration"),

    e.  "Declaration of Claimant Mary E. Langevin in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43461], (the "Langevin Declaration"),

f.    "Declaration of Claimant Amit Kumar Sarkar in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 3, 2014 [Docket No. 43464], (the "Sarkar Declaration"),

g.    "Declaration of Claimant Andrew Wideman in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43476], (the "Wideman Declaration"),

h.    "Declaration of Claimant Christian Stevens in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 1, 2014 [Docket No. 43477], (the "Stevens Declaration"), and

i.    *Letter from Eugene Neal Kaplan of Kaplan Landau LLP to Honorable Shelley C. Chapman*, dated March 4, 2014, annexed hereto as <u>Exhibit A</u>, (the "Letter"),

by causing true and correct copies of the:

i.    Memo, Cohen Declaration, Casuple Declaration, Jacobson Declaration, Langevin Declaration, Sarkar Declaration, Wideman Declaration, Stevens Declaration and Letter, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>, on March 4, 2014,

ii.   Memo and Letter, to be delivered via electronic mail to the party listed on the annexed <u>Exhibit C</u>, on March 4, 2014,

iii.  Memo, Cohen Declaration, Casuple Declaration, Jacobson Declaration, Langevin Declaration, Sarkar Declaration, Wideman Declaration, Stevens Declaration and Letter, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit D</u>, on March 4, 2014,

iv.   Memo and Letter, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit E</u>, on March 4, 2014, and

v.    Memo, Cohen Declaration, Casuple Declaration, Jacobson Declaration, Langevin Declaration, Sarkar Declaration, Wideman Declaration, Stevens Declaration and Letter, to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed <u>Exhibit F</u>, on March 10, 2014.

T:\Clients\LBH\Affidavits\LBH - RSU Service Affidavits\RSU Affidavits - Final\RSU - NB Reply Memo,KL Letter to Chapman,Various Decs_DI 43424,43457,43459-43461,43464,43476-43477_AFF_3-4-14 & 3-10-14.doc

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
13th day of March, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\LBH - RSU Service Affidavits\RSU Affidavits - Final\RSU - NB Reply Memo,KL Letter to Chapman,Various
Decs_DI 43424,43457,43459-43461,43464,43476-43477_AFF_3-4-14 & 3-10-14.doc

# EXHIBIT A

# KAPLAN LANDAU LLP

ATTORNEYS AT LAW

1065 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10018-0161

(212) 593-1700

FAX: (212) 593-1707

WWW.KAPLANLANDAU.COM

MARK S. LANDAU
EUGENE NEAL KAPLAN
PATRICK TRAIN-GUTIÉRREZ
———
PAUL C. EVANS
VALERIE A. PHILLIPS
MARY CECILIA SWEENEY

ALFRED M. MARKS
LOUIS I. KAPLAN
(1914-2007)
COUNSEL

March 4, 2014

**VIA FEDEX**

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom 621
New York, New York 10004

Re:    In re Lehman Brothers Holdings, Inc., Chapter 11 Case No. 08-13555

Dear Judge Chapman:

Enclosed please find a Chambers' copy of the Neuberger Berman Claimants'
Reply and Opposition Memorandum in connection the April 1-3, 2014 hearing ("Hearing")
scheduled on Lehman's motions to reclassify the Neuberger Berman Claimants' compensation
claims as equity interests.  All such papers were electronically served by e-mail in accordance
with the January 24, 2014 Stipulation and Order Establishing Procedures for the Hearing (ECF
No. 42176).

Respectfully yours,

Eugene Neal Kaplan

Encls.

cc:    All E-Served Parties

**EXHIBIT B**

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com;<br>c.bardehle@web.de |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net;<br>lbogert@nb.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com<br>ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu;<br>acarango@gmail.com<br>acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CATALAO MAIA, ALEXANDRE | | alex_maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com<br>gusicohen@hotmail.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| DAY, GEMMA | | bekhols@aol.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com<br>mathieu.desforges@lbia-eu.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com<br>james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON,JOHNINE | | kilgallon@nyc.rr.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com<br>suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com;<br>karenmsk@aol.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LIOTTI, FABIO | Daniel Carragher, M Ginzburg, Day Pitney | djcarragher@daypitney.com; mginzburg@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL,GAVIN R | | gnetzel@hotmail.com |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| RONCAGLIOLO,JACQUELINE S. | | jroncagl@optonline.net |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net paul.shotton@ubs.com |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WREN, ALEX H | | alexwren@hotmail.com |

**EXHIBIT C**

| NAME | CONTACT | EMAIL ADDRESS |
|------|---------|---------------|
| KAPLAN LANDAU LLP | EUGENE NEAL KAPLAN | enkaplan@kaplanlandau.com |

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO, RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON, JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA, DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG, YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  28**

**EXHIBIT E**

KAPLAN LANDAU LLP
ATTN: EUGENE NEAL KAPLAN
1065 AVENUE OF THE AMERICAS
NEW YORK, NY 10018

**EXHIBIT F**

CHAN, SHIRLEY
20B DRAGONVIEW COURT 5 KOTEWALL
MID-LEVELS
HONG KONG