UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2014, I caused to be served a *Letter from Ralph I. Miller of Weil, Gotshal & Manges to The Honorable Shelley C. Chapman*, *regarding certain omnibus objections to claims relating to Restricted Stock Units and Contingent Stock Awards*, dated February 25, 2014, annexed hereto as Exhibit A, by causing true and correct copies to be:

    i. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
27th day of February, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

T:\Clients\LBH\Affidavits\LBH - RSU Service Affidavits\RSU Affidavits - Final\RSU - Feb. 25th Weil Letter to Judge Chapman_AFF_2-26-14_SS.doc

**EXHIBIT A**

# Weil, Gotshal & Manges LLP

February 25, 2014

Ralph I. Miller
+1 (202) 682-7133
ralph.miller@weil.com

The Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Alexander Hamilton Customs House
One Bowling Green
New York, New York 10004

Re: **In re Lehman Brothers Holdings Inc., et al. – Case No. 08-13555 (SCC)**

Dear Judge Chapman:

I write regarding those certain omnibus objections to claims relating to Restricted Stock Units and Contingent Stock Awards, as to which an evidentiary hearing is scheduled to commence on April 1, 2014. A list of the affected omnibus objections is attached hereto.

The Court-approved procedures (the "Procedures") regarding the upcoming evidentiary hearing [ECF No. 42176] permit LBHI to file separate memoranda in opposition to the opening memoranda of the Represented Participants, the Neuberger Berman Participants, and the Claimants who are not Represented Participants (as each of those terms is defined in the Procedures). Those opposition memoranda are limited to thirty pages, twenty pages, and ten pages (subject to enlargement), respectively. All together, the Procedures permit LBHI to file sixty pages of briefing in response to the various Claimants' opening memoranda.

Upon review of the opening memoranda, LBHI believes that it will be able to streamline its responses and minimize the number of filings in this matter by submitting one consolidated opposition memorandum in response to the various opening memoranda filed by the various Claimants. This consolidated response will avoid duplication of arguments and efforts and will minimize the burdens on counsel, on the Claimants, and on the Court. LBHI expects that this memorandum will be less than fifty pages, but in no event, however, will it exceed sixty pages in total. In addition, LBHI will endeavor to clearly identify which portions of its memorandum respond to the various arguments made by the different individual Claimants and Claimant groups. Should the Court direct otherwise, LBHI will, of course, follow the Court's instruction.

Respectfully submitted,

*[signature]*

Ralph I. Miller

cc: RSU Claimants

## Omnibus Objections Subject to the Evidentiary Hearing

1. Debtors' Fortieth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 11305]

2. Debtors' Seventy-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 13295]

3. Debtors' One Hundred Eighteenth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 15666]

4. Debtors' One Hundred Thirtieth Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 16115]

5. Debtors' One Hundred Thirty-First Omnibus Objection to Claims (to Reclassify Proofs of Claim as Equity Interests) [ECF No. 16116]

6. Debtors' One Hundred Thirty-Third Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16530]

7. Debtors' One Hundred Thirty-Fourth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16532]

8. Debtors' One Hundred Thirty-Fifth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 16808]

9. Debtors' One Hundred Seventy-Sixth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 19392]

10. Debtors' One Hundred Seventy-Seventh Omnibus Objection to Claims (No Liability Non-Debtor Employee Claims) [ECF No. 19393]

11. Debtors' One Hundred Eighty-Fifth Omnibus Objection to Claims (Compound Claims) [ECF No. 19714]

12. Debtors' Two Hundred Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 20012]

13. Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims (Employment-Related Claims) [ECF No. 25059]

14. Three Hundred Thirteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28433]

15. Three Hundred Fourteenth Omnibus Objection to Claims (Late-Filed Claims) [ECF No. 28435]

16. Three Hundred Nineteenth Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 28777]

17. Three Hundred Twenty-Ninth Omnibus Objection to Claims (Misclassified Claims) [ECF No. 29324]

18. Three Hundred Forty-Seventh Omnibus Objection to Claims (To Reclassify Proofs of Claim as Equity Interests) [ECF No. 30357]

**EXHIBIT B**

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ADLER, JENNIFER S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwflaw.com |
| ANTONCIC, MADELYN | Lisa Solomon | lisa.solomon@att.net |
| BANCHETTI, RICCARDO | Lisa Solomon | lisa.solomon@att.net |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com; c.bardehle@web.de |
| BAREGGI, MICHELE | Lisa Solomon | lisa.solomon@att.net |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BECKER, JENNIFER | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BENSON, CRAIG O. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRASCHI, PAOLA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net; lbogert@nb.com |
| BOUGHRUM, DONALD J. | Bob Michaelson | rmichaelson@r3mlaw.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BREWER, KAREN H | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROADBENT, WILLIAM S. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BROOKS, DAVID J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| BURKE, TIMOTHY A. | Lisa Solomon | lisa.solomon@att.net |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CALLIES, GUILLEMETTE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu; acarango@gmail.com acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CASUPLE, VIRGILIO | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| CATALAO MAIA, ALEXANDRE | | alex_maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, DARIAN J. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com gusicohen@hotmail.com |
| COLLIER, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| CREMIN, PATRICK G. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| D'AMADEO, JOSEPH G | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DAY, GEMMA | | bekhols@aol.com |
| DE JESUS, NESTOR E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DMUCHOWSKI, JOHN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DUFOURNIER, PHILIPPE | Lisa Solomon | lisa.solomon@att.net |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ENGEL, STEVEN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FINKEL, SETH J. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| FLEISCHMAN RICHMAN, SANDY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS, INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GLASEBROOK, RICHARD J., II | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDBERG, LOUISE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GOYAL, ANSHU | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAN, MICHAEL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GRAVES, ADRIAN T | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HAHN-COLBERT, SANDRA M | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HAWES, GREGG W. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HORNICK, PETER | Lisa Solomon | lisa.solomon@att.net |
| HOWARD, NICHOLAS P. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IRAGORRI, JULIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JACOBSON, LARS P. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KENNEY, JUDITH ANN | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON, JOHNINE | | kilgallon@nyc.rr.com |
| KING, HARRIET CHAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com; suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com; karenmsk@aol.com |
| LANGEVIN, MARY | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LAWRENCE III, HENRY MORGAN | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWRENCE, NICOLE S. | Bob Michaelson | rmichaelson@r3mlaw.com |
| LAWSKY, MICHAEL | Lisa Solomon | lisa.solomon@att.net |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEV ARI, TAL | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LEVILEV, YERUCHIM | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| LEVINE, RICHARD S. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LEWIS, SARAH J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LIOTTI, FABIO | Daniel Carragher, M Ginzburg, Day Pitn | djcarragher@daypitney.com; mginzburg@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LUKEN, PATRICIA M. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MARSHALL, NIKKI A. | Lisa Solomon | lisa.solomon@att.net |
| MCCARTHY, LAWRENCE E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MCCULLY, MICHAEL K. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MCGEE, HUGH | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MONAHAN, BRIAN W. | Bob Michaelson | rmichaelson@r3mlaw.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MULLEN, TRACY A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NACHIKETA, DAS | Lisa Solomon | lisa.solomon@att.net |
| NACKENSON, RICHARD | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL, GAVIN R | | gnetzel@hotmail.com |
| NEVILLE, IAN A | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| NOBLE, RICHARD GRANT | Lisa Solomon | lisa.solomon@att.net |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| OLIVIER, HELMUT | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| O'SULLIVAN, THOMAS J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PARR, ANKE | Lisa Solomon | lisa.solomon@att.net |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PATTERSON, MARTIN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| PETRUCELLI, MICHAEL J. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PORTER, BARRY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| PRIMIANO, VINCENT A. | Lisa Solomon | lisa.solomon@att.net |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| RAMALLO, HENRY | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| REYNOLDS, CHRISTIAN F. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| RIVKIN, JACK L. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| RONCAGLIOLO, JACQUELINE S. | | jroncagl@optonline.net |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| SAKS, ROGER | Edward Magaliff | HMagaliff@R3MLaw.Com |
| SANTODOMINGO MARTELL, ALVARO | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SARKAR, AMIT K | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SARONNE, GIANCARLO | Lisa Solomon | lisa.solomon@att.net |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHUSTER, CHRISTIANE | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SCHWARTZ, MARVIN C | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SEBIRI, JONATHAN | Lisa Solomon | lisa.solomon@att.net |
| SEWARD, BRIAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHAH, HARSH | Lisa Solomon | lisa.solomon@att.net |
| SHAPIRO, ROSS B. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| SMITH, MARGARET E | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SNELLING, STEPHEN J | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SOMMA, GREGG | | greggsomma23@comcast.net |
| SPERO, CHARLES | Lisa Solomon | lisa.solomon@att.net |
| STEVENS, CHRISTIAN E. | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| STIEFEL, STEPHANIE J | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| SULLIVAN, ANDREA | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| SWEELY, GORDON | Lisa Solomon | lisa.solomon@att.net |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| VELEBA, MILAN | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| VOLINI, PIERLUIGI | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WARD, PETER | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WECKER, JEFFREY | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WEINER, DAVID I. | Eugene Neal Kaplan | michaels@jstriallaw.com; michellep@jstriallaw.com; ENKaplan@kaplanlandau.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WELCH, COLIN S.A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WIDEMAN, ANDREW | Law Office of A. James Boyajian | JamesBoyajian@gmail.com |
| WILKINSON, TIMOTHY B | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WINCHESTER, JUDITH A. | Andrew R. Goldenberg* | schager@ssnyc.com; Goldenberg@ssnyc.com |
| WREN, ALEX H | | alexwren@hotmail.com |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO,RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON,JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA,DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG,YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

**Total Creditor count  28**