**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,        :        08-13555 (SCC)
                                              :
                      Debtors.                :        (Jointly Administered)
                                              :
-----------------------------------------------------------------------x    Ref. Docket Nos. 43432-43447,
                                                                             43450-43477
```

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK          )
                               ) ss.:
COUNTY OF NEW YORK      )

PETE CARIS, being duly sworn, deposes and says:

1. I am employed as Noticing Supervisor by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Deposition Designations of Claimants Represented by Stamell & Schager, LLP," annexed hereto as <u>Exhibit A</u>,

    b. "Compensation Claimants' Rebuttal Witness List," annexed hereto as <u>Exhibit B</u>,

    c. "Declaration of Roger Saks in Opposition to Debtors' 176th Omnibus Objection to Reclassify Proofs of Claim as Equity Interests, or Alternatively, to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43432],

    d. "Declaration of Riccardo Banchetti," dated March 4, 2014 [Docket No. 43433],

    e. "Affidavit of Madelyn Antoncic, Ph. D," dated February 27, 2014 [Docket No. 43434],

    f. "Declaration of Michele Bareggi," dated February 28, 2014 [Docket No. 43435],

    g. "Affidavit of Timothy A. Burke," dated March 4, 2014 [Docket No. 43436],

    h. "Affidavit of Nachiketa Das," dated March 4, 2014 [Docket No. 43437],

i. "Declaration of Philippe Dufournier," dated March 3, 2014 [Docket No. 43438],

j. "Affidavit of Peter Hornick," dated March 4, 2014 [Docket No. 43439],

k. "Affidavit of Michael Lawsky," dated March 3, 2014 [Docket No. 43440],

l. "Declaration of Richard Noble," dated March 4, 2014 [Docket No. 43441],

m. "Declaration of Anke Parr," dated March 3, 2014 [Docket No. 43442],

n. "Affidavit of Vincent Primiano," dated March 4, 2014 [Docket No. 43443],

o. "Affidavit of Jonathan Sebiri," dated March 3, 2014 [Docket No. 43444],

p. "Affidavit of Charles Spero," dated March 3, 2014 [Docket No. 43445],

q. "Affidavit of Gordon Sweely," dated March 4, 2014 [Docket No. 43446],

r. "Memorandum in Further Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43447],

s. "Supplemental Citations for Compensation Claimants' Reply Brief," dated March 4, 2014 related to Docket No. 43447,

t. "Declaration of Claimant Paola Biraschi in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," [Docket No. 43450],

u. "Declaration of Claimant Nestor De Jesus Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 3, 2014 [Docket No. 43451],

v. "Declaration of Claimant Donald J Boughrum in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43452],

w. "Declaration of Claimant Joseph G. D'Amadeo in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43453],

x. "Declaration of Claimant Steven Engel in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43454],

y. "Declaration of Claimant Julian Iragorri in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43455],

z. "Declaration of Claimant Michael Gran in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 3, 2014 [Docket No. 43456],

aa. "Declaration of Claimant Darian J. Cohen in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43457],

bb. "Declaration of Claimant Harriet Chan King in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 3, 2014 [Docket No. 43458],

cc. "Declaration of Claimant Virgilio Casuple in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 3, 2014 [Docket No. 43459],

dd. "Declaration of Claimant Lars P. Jacobson in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43460],

ee. "Declaration of Claimant Mary E. Langevin in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43461],

ff. "Declaration of Claimant Karen M. Simon Krieger in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to §510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43463],

gg. "Declaration of Claimant Amit Kumar Sarkar in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 3, 2014 [Docket No. 43464],

hh. "Declaration of Claimant H. Morgan Lawrence in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 1, 2014 [Docket No. 43465],

ii. "Declaration of Claimant Nicole S. Lawrence in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 1, 2014 [Docket No. 43466],

jj. "Declaration of Claimant Brian Monahan in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 3, 2014 [Docket No. 43467],

kk. "Declaration of Claimant Michael K. McCully in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43468],

ll. "Declaration of Claimant Helmut Olivier in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43469],

mm. "Declaration of Claimant Michael J. Petrucelli in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43470],

nn. "Declaration of Claimant Barry Porter in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43471],

oo. "Declaration of Claimant Sandy Fleischman Richman in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43472],

pp. "Declaration of Claimant Ross B. Shapiro in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 2, 2014 [Docket No. 43473],

qq. "Declaration of Claimant Gregg Somma in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43474],

rr. "Declaration of Claimant Wendy M. Uvino in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify Compensation Claims as Equity, or Alternatively to Subordinate Claims Pursuant to § 510(b) of the Bankruptcy Code," dated March 4, 2014 [Docket No. 43475],

ss. "Declaration of Claimant Andrew Wideman in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 4, 2014 [Docket No. 43476], and

tt. "Declaration of Claimant Christian Stevens in Opposition to Debtors' Fourteen Omnibus Objections Seeking to Reclassify or Subordinate Compensation Claims as Equity," dated March 1, 2014 [Docket No. 43477],

by causing true and correct copies to be:

    i.    delivered via electronic mail to those parties listed on the annexed Exhibit C, on March 5, 2014,

    ii.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D, on March 5, 2014,

    iii.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit E, on March 10, 2014, and

    iv.    enclosed securely in a postage pre-paid envelope and delivered via overnight mail to the party listed on the annexed Exhibit F, on March 11, 2014.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Pete Caris*
Pete Caris

Sworn to before me this
13th day of March, 2014
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2014

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

In re                                                           Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al*.,            08-13555 (SCC)


                                    Debtors.              Jointly Administered

---------------------------------------------------------------------x

## DEPOSITION DESIGNATIONS OF CLAIMANTS
## REPRESENTED BY STAMELL & SCHAGER, LLP

| Deponent's Name | Transcript Date | Designation |
|---|---|---|
| James Emmert, LBHI Derivative Claims Group | October 24, 2013 | Entire Deposition Transcript |

**EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re                                                    Chapter 11 Case No.

LEHMAN BROTHERS HOLDINGS INC., *et al.*,                  08-13555 (SCC)


                                    Debtors.              Jointly Administered

-------------------------------------------------------------------x

### COMPENSATION CLAIMANTS' REBUTTAL WITNESS LIST

1.  Cohen, Darian J. (represented by The Law Office of A. James Boyajian)

2.  DeJesus, Nestor (represented by Stamell & Schager, LLP)

3.  Finkel, Seth (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

4.  Gran, Michael (represented by Stamell & Schager, LLP)

5.  Kenney, Judith Ann (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

6.  Krieger, Karen M. Simon (represented by Stamell & Schager, LLP)

7.  Levine, Richard (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

8.  Petrucelli, Michael J. (represented by Stamell & Schager, LLP)

9.  Ramallo, Henry (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

10. Richman, Sandra Fleischman (represented by Stamell & Schager, LLP)

11. Stiefel, Stephanie (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

12. Zuckerman, Heather (represented by Kaplan Landau LLP and Julien & Schlesinger, P.C.)

**EXHIBIT C**

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| ABRAMS, STANLEY | | stan.abrams@ubs.com |
| ALI, ASGAR | | asgaraali@gmail.com |
| ALLARD, ANDREW | | angallard@aol.com |
| ANDERSON, IAN W. | | ian.anderson@btinternet.com |
| ANDRIOLA, ROCCO F. | | knash@gwfglaw.com |
| BARDEHLE, CHRISTIAN | | c.bardehle@me.com;<br>c.bardehle@web.de |
| BAZYLEVSKY, BO | | bobaz@mac.com |
| BIRD, RICHARD | | 4thbird@googlemail.com |
| BOGERT, LISA R | | lrbogey@earthlink.net;<br>lbogert@nb.com |
| BOWYER, MICHAEL L. | | ml.bowyer@gmail.com<br>ambowyer@hotmail.com |
| BRANCATO, JENNIFER | | jennifer.brancato@gmail.com |
| BUTLER-MCLAUGHLIN, CECELIA E. | | cebmac1@msn.com |
| CARANGO, ANTHONY T. | | acarango@mba2003.hbs.edu;<br>acarango@gmail.com<br>acarango@mba2003.hbs.edu |
| CASSANOVA, CATRINA | | catrina.cassanova@nb.com |
| CATALAO MAIA, ALEXANDRE | | alex_maia@yahoo.com |
| CHAN, SHIRLEY | | shirley.chan@nomura.co |
| CHEN, KENG-CHONG | | kchen328@gmail.com |
| COHEN, GUSTAVO SEBASTIAN | | gustavo.cohen@ba053.com<br>gusicohen@hotmail.com |
| COLTON, DAVID | | dscolton@yahoo.com |
| CRASTON, EDMUND ANTHONY | | ecraston@yahoo.co.uk |
| DAY, GEMMA | | bekhols@aol.com |
| DESFORGES, MATHIEU | | mathieu.desforges@yahoo.com<br>mathieu.desforges@lbia-eu.com |
| DICCIANNI, CHARLES | | cdiccianni@hvc.rr.com |
| DICENSO, JOSEPH | | jdicenso@gmail.com |
| DUFFY, KATHLEEN C. | | kcduffy539@nyc.rr.com |
| DYER, ROBERT C. | | robert_dyer@ml.com |
| ERTMANN, JAMES | | james.ertmann@barclays.com<br>james.ertmann@barclayswealth.com |
| ESCOBAR, CALIXTO M. JR. | | cescobar@barcap.com |
| FALLTRICK, BARRY J | | barryfalltrick@aol.com |
| FELDERHOF, STEPHEN | | steve.felderhof@hushmail.com |
| FLYNN, PATRICK | | patrick.flynn@nb.com |
| FRASER-JENKINS,INIGO L | | inigo.fraser-jenkins@nomura.com |
| GATTUSO, MARGARET E. | | mgattuso@nb.com |
| GOLDBERG, JASON | | jason.goldberg@barclayscapital.com |
| GOLDMAN, SHERYL | | goldsultan2@wideopenwest.com |
| GROSS, BRIAN M. | | grossbme@yahoo.com |
| HALL, ROOPALI A. | | roopali.hall@gmail.com |
| HARGRAVE, BRIAN | | bkhargrave@gmail.com |
| HASHIDA, AKIKO | | min616@mac.com |
| HOAR, NICK JOHN | | nick.hoar@nb.com |
| HOM, MICHAEL C. | | mikehom@yahoo.com |
| HUTTON, RANDALL J. | | rhutton@libertyview.com |
| IYER, SUBRAMANIUM | | subramanium.iyer@nomura.com |
| JAO, ANDREA T. | | Andrea.Jao@gmail.com |
| JENCKES, GEORGE A., IV | | george.jenckes@ustrust.com |
| JUDD, IAN | | i.judd@ntlworld.com |
| KENNEY, ARTHUR J. | | olimpiamilano18@gmail.com |
| KETTLER, R. KYLE | | kylekettler@comcast.net |
| KILGALLON,JOHNINE | | kilgallon@nyc.rr.com |
| KOTIAN, SURAJ | | kotiansuraj@yahoo.com<br>suraj.kotian@nomura.com |
| KRIEGER, KAREN M. SIMON | | kmskrieger@gmail.com;<br>karenmsk@aol.com |
| LANKEN, JONATHAN P | | jonathan.lanken@gmail.com |

| Creditor Name Per POC | Attorney | Email for Service |
|---|---|---|
| LATIFA, DEBBARH | | latifa.debbarh@btinternet.com |
| LEGOTTE, LEONARD J. | | dblxpresso@msn.com |
| LENG, MANHUA | | manhua_leng@yahoo.com |
| LEUNG, PAMELA | | pam.leung@gmail.com |
| LEVY, STEWART F. | | stewart.levy@barcap.com |
| LIOTTI, FABIO | Daniel Carragher, M Ginzburg, Day Pitney | djcarragher@daypitney.com; mginzburg@daypitney.com |
| LISTER, JAMES G. | | mgrenert@liddlerobinson.com |
| LOWE, TIA GELAINE | | tia.lowe@nb.com |
| LYNCH, MARY A. | | mlynch501@gmail.com |
| MALCOLM, ANDREW | | andrew.malcolmuk@gmail.com |
| MARNEY, LESLEY N | | lesley.marney@btinternet.com |
| MCCOOEY, KEVIN C. | | kevin.mccooey@barclayswealth.com |
| MENZIES, FIONA M. | | fmenzies@talktalk.net |
| MISCHLER, VINCENT | | vincent.mischler@yahoo.com |
| MUINOS, BARBARA | | 3bbbs@optonline.net |
| MURPHY, PATRICIA | | pakm@optonline.net |
| NEDEV, BORIS | | boris.nedev@gmail.com |
| NETZEL,GAVIN R | | gnetzel@hotmail.com |
| NORTH-CLAUSS, BRYAN | | bryan_northclauss@hotmail.com |
| O'MARA, MICHAEL J. | | om507@aol.com |
| PATANKAR, SAMEER | | patankarsameer@rediff.com sameer.patankar@nomura.com |
| PENTON, ANDREA M | | andreapenton@btinternet.com |
| POCHINAPEDDI, VENKATA | | pvrk_6@yahoo.com |
| POPE, SAMANTHA J. | | sammalthouse@yahoo.co.uk |
| PULJIC, GORAN | | goranp@optonline.net |
| RADICK, JONATHAN | | aer63@verizon.net |
| REINER, BRETT S. | | breiner@nb.com |
| REYCROFT, EMILY M. | | emilyreycroft@yahoo.com |
| RONCAGLIOLO,JACQUELINE S. | | jroncagl@optonline.net |
| SARODE, SUNIL | | sunil.sarode1981@gmail.com sunil.sarode@nomura.com |
| SAVILLO, JOSEPHINE M. | | jsavillo@verizon.net |
| SCHWAB, STEVEN B | | Steven.Schwab@opco.com |
| SHINDE, SUDARSHAN SUBHASH | | shindesudarshan@gmail.com sudarshan.shinde@nomura.com |
| SHOTTON, PAUL NIGEL | | paulshotton@optonline.net paul.shotton@ubs.com |
| SIEGEL, NORMAN | | norman.siegel@barclays.com norman.siegel@barclayswealth.com |
| SINGH, ANIL KUMAR | | anil.singh@btconnect.com |
| SURI, TARVINDER SINGH | | tarvinder.suri@nomura.com |
| TESCHNER, STEFAN | | stefan.teschner@web.de |
| TUIL, LAURENT | | laurent_tuil@hotmail.com |
| TURNBULL, NIGINA | | niginaturnbull@barcap.com |
| VALECCE, JOHN | | avalecce@aol.com |
| WAIRKAR, DINESH VISHWANATH | | dwairkar@gmail.com dinesh.wairkar@nomura.com |
| WALKER, MATTHEW | | matthew.walker@nomura.com |
| WEINREICH, RUTH | | ruthiewein@yahoo.com |
| WHAMOND, CHRISTIAN | | chriswhamond@optonline.net |
| WILSON, KELLY WEINBERGER | | kelly.wilson@bnymellon.com |
| WILSON, ROBERT W. | | mr.mrswilson@hotmail.com |
| WREN, ALEX H | | alexwren@hotmail.com |

**EXHIBIT D**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABRAMS, STANLEY | 712 N. CRESCENT DRIVE BEVERLY HILLS CA 90210 |
| CASSANOVA, CATRINA | 605 THIRD AVENUE, 22ND FLOOR NEW YORK NY 10158 |
| CINTRON, JACQUELINE | 84-01 MAIN ST APT 406 JAMAICA NY 11435 |
| DELLARUSSO,RICHARD J. | 8 SUNSET ROAD DARIEN CT 06820 |
| DESFORGES, MATHIEU | 2 DICKENS MEWS LONDON EC1 M5SZ UNITED KINGDOM |
| DUNKIN, ROBEN L | 107 CLARK STREET GLEN RIDGE NJ 07028 |
| ESCOBAR, CALIXTO M. JR. | 84 SHERIDAN AVE. STATEN ISLAND NY 10305 |
| FLACKMAN, CYNTHIA | 105 PINE BROOK ROAD MONTVILLE NJ 07045 |
| FRYER, DANIEL J. | 3 RIDGEWAY GARDENS ESSEX WESTCLIFF ON SEA SS08PZ UNITED KINGDOM |
| HOOPER, HELEN | 1722 EAST 51ST STREET BROOKLYN NY 11234 |
| JOHNSON, BRIAN A. | 888 TOWER ROAD WINNETKA IL 60093 |
| KELLARD, CRAIG J | 8 JESMOND ROAD ESSEX CANVEY ISLAND SS8 0AH UNITED KINGDOM |
| KILGALLON,JOHNINE | 21 TENNYSON DR NANUET NY 10954-1116 |
| LEE, MAN YANG | 306 GOLD ST APT 31C BROOKLYN NY 11201-3051 |
| LEGOTTE, LEONARD J. | 370 ALBOURNE AVE. STATEN ISLAND NY 10309 |
| MCLAUGHLIN, MARY DEIRDRE | 84 BASEVI WAY GREENWICH LONDON SE8 3JS UNITED KINGDOM |
| MEARS, RUSSELL | 44 HOWARD ROAD UPMINSTER ESSEX, ESSEX RM14 2UF UNITED KINGDOM |
| MODASIA,DIPAK | 801 CASCADES TOWER 4 WESTFERRY ROAD LONDON E14 8JN UNITED KINGDOM |
| MONTALVO, MIRIAM | 1918 KIMBALL STREET BROOKLYN NY 11234 |
| MUINOS, BARBARA | 10 GIMBALL RD LTL EGG HBR NJ 08087-3670 |
| SHUM, DANIEL T. | 11763 E CHARTER OAK DRIVE SCOTTSDALE AZ 85259 |
| SIBIRSKI, LINDA J. | 2165 BRIGHAM STREET APT 6E BROOKLYN NY 11229 |
| STEFFENS, EDWARD M. | 77 MOTLEY STREET MALVERNE NY 11565 |
| TOAL, IAN G | 20 PAIGNTON CLOSE ESSEX RAYLEIGH SS69PW UNITED KINGDOM |
| TRAVERSA, ROBERT | 85 RIVER STREET SLEEPY HOLLOW NY 10591-2415 |
| TURNBULL, NIGINA | 70 W 93RD ST APT 28G NEW YORK NY 10025-0012 |
| WANG,YULAN | 95 SPRING ST MILLBURN NJ 07041-1129 |
| WATTEVILLE, JEAN DE | 42 ELSWORTHY ROAD LONDON NW3 3DL UNITED KINGDOM |

```
Total Creditor count  28
```

DUFFY, KATHLEEN C.
375 SOUTH END AVENUE
APT 27A
NEW YORK, NY 10280

**EXHIBIT E**

SHOTTON, PAUL NIGEL
124 LUKES WOOD ROAD
NEW CANAAN, CT 06840


ABRAMS, STANLEY
712 N. CRESCENT DRIVE
BEVERLY HILLS, CA 90210

**EXHIBIT F**

CHAN, SHIRLEY
20B DRAGONVIEW COURT 5 KOTEWALL
MID-LEVELS
HONG KONG