**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- X
In re:                                                          :    Chapter 11
                                                                :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,     :
                                                                :
                    Debtors.                                 :
------------------------------------------------------------------------------- X

## ORDER DENYING APPLICATION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A NOTICE OF APPEAL FROM JPM SETTLEMENT AGREEMENT

Upon the application (the "Enlargement Application") of William Kuntz for the entry of an order enlarging the time within which to file a notice of appeal of the *Order Granting Motion, Pursuant To Fed. R. Bankr. P. 9019 And 11 U.S.C. § 105(a), For Entry Of Order Approving Settlement Agreement With JPMorgan Chase Bank, N.A. And Certain Of Its Affiliates With Respect To Avoidance Action And Derivatives Claims Objections And Granting Related Relief* (the "Settlement Order"), it is hereby

ORDERED THAT:

1. The Opposition is SUSTAINED

2. The Enlargement Application is DENIED.

Dated: February    , 2016
New York, New York

                                              HONORABLE SHELLEY C. CHAPMAN
                                              UNITED STATES BANKRUPTCY JUDGE