WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON THE MOTION OF PLAN ADMINISTRATOR**
**PURSUANT TO SECTIONS 8.4, 9.3, AND 14.1 OF THE**
**MODIFIED THIRD AMENDED JOINT CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**
**TO ESTIMATE CLAIMS FOR RESERVE AND DISTRIBUTION PURPOSES**

**PLEASE TAKE NOTICE** that the hearing to consider the Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [ECF No. 49954], which was scheduled for February 23, 2016 at 10:00 a.m. (Eastern Time), has been adjourned *sine die*.

Dated:  February 16, 2016
        New York, New York

                                        */s/ Garrett A. Fail*
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95419154\1\58399.0011