United States Bankruptcy Court
Southern District of New York

In re <u>Lehman Brothers Holdings, Inc., et al.</u>,          Case No. <u>08-13555 (SCC)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Lehman Brothers Investments PTE Ltd</u><br><u>(In Creditors' Voluntary Liquidation)</u><br>Name of Transferee | <u>Lehman Brothers Finance Asia PTE. Ltd.</u><br><u>(In Creditors' Voluntary Liquidation)</u><br>Name of Transferor |
| | Court Claim #: <u>multiple; see attached schedule 1</u><br>Total Claim Amount: <u>see attached schedule 1</u> |

Name and Address where notices to Transferee
should be sent:

Lehman Brothers Investments PTE Ltd (In Creditors' Voluntary Liquidation)
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay
Hong Leong Building #22-00
Singapore 048581
Attn: Messrs Chay Fook Yuen, Bob Yap Cheng Ghee, and
Tay Puay Cheng

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LEHMAN BROTHERS INVESTMENTS PTE LTD (IN CREDITORS' VOLUNTARY LIQUIDATION)

By: _____          Date: <u>  16 FEBRUARY 2016  </u>
Name: Bob Yap Cheng Ghee
Title: Joint and Several Liquidator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2937014.1

# Schedule 1

| | Debtor | Case No. | Type of Claim | Amount of Claim (US$) | Claim Number |
|---|---|---|---|---|---|
| 1 | Lehman Brothers Holdings Inc. | 08-13555 SCC | Senior Affiliate Claim (Class 4A) | $9,382.00 | 65146 |
| 2 | Lehman Brothers Holdings Inc. | 08-13555 SCC | Senior Affiliate Guarantee (Class 4B) | $13,500.00 | 65150 |
| 3 | Lehman Brothers Holdings Inc. | 08-13555 SCC | Senior Affiliate Guarantee (Class 4B) | $49,376.00 | 65151 |
| 4 | Lehman Brothers Holdings Inc. | 08-13555 SCC | Derivative Affiliate/ Affiliate Guarantee (Class 8) | $14,332,033.00 | 67286 |
| 5 | Lehman Brothers Special Financing Inc. | 08-13888 SCC | Affiliate Claim (Class 5C) | $4,266,907.00 | 65147 |
| 6 | Lehman Brothers Commodity Services Inc. | 08-13885 SCC | Affiliate Claim (Class 5C) | $1,910,000.00 | 65149 |
| 7 | Lehman Brothers Commercial Corporation | 08-13901 SCC | Affiliate Claim (Class 5C) | $89,140,861.00 | 65148 |
| | | | Total | **$109,722,059.00** | |

KL2 2937014.1