UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
                    DEBTOR                    Chapter 11 Case No. 08-13555 (SCC)

## PROOF OF MAILING/FAX

```
          CHAZY
    9578 STATE ROUTE 9
          CHAZY
           NY
        129219998
        3514450921
01/30/2016   (800)275-8777   11:22 AM
======================================

Product           Sale     Final
Description       Qty      Price
--------------------------------------
Folk Art PSA #     1       $0.62
10
    (Unit Price:$0.62)
PM 2-Day           1       $6.45
Gift Card Env
    (Domestic)
    (NEW YORK, NY  10004)
    (Flat Rate)
    (Expected Delivery Day)
    (Monday 02/01/2016)
    (USPS Tracking #)
    (9505 5105 4896 6030 0192 57)
Insurance          1       $0.00
    (Up to $50.00 included)

Total                      $7.07

Cash                      $10.07
Change                    ($3.00)

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit USPS.com
USPS Tracking or call 1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm.

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.

*************************************
Get your mail when and where you want
```

```
    (Up to $50.00 included)
PM 2-Day           1       $6.45
Gift Card Env
    (Domestic)
    (NEW YORK, NY  10011)
    (Flat Rate)
    (Expected Delivery Day)
    (Thursday 02/04/2016)
    (USPS Tracking #)
    (9505 5105 4897 6033 0195 98)
Insurance          1       $0.00
    (Up to $50.00 included)
First-Class        1       $0.49
Mail
Letter
    (Domestic)
    (NEW YORK, NY  10014)
    (Weight:0 Lb 1.00 Oz)
    (Expected Delivery Day)
    (Thursday 02/04/2016)
Affixed            1       ($0.49)
Postage
    (Affixed Amount:$0.49)
First-Class        1       $0.49
Mail
Letter
    (Domestic)
    (NEW YORK, NY  10019)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Thursday 02/04/2016)
Affixed            1       ($0.49)
Postage
    (Affixed Amount:$0.49)
First-Class        1       $0.49
Mail
Letter
    (Domestic)
    (NEW YORK, NY  10010)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Thursday 02/04/2016)
Affixed            1       ($0.49)
Postage
    (Affixed Amount:$0.49)
First-Class        1       $0.49
Mail
Letter
    (Domestic)
    (NEW YORK, NY  10178)
    (Weight:0 Lb 0.70 Oz)
    (Expected Delivery Day)
    (Thursday 02/04/2016)
Affixed            1       ($0.49)
Postage
    (Affixed Amount:$0.49)

Total                     $25.80

Cash                      $50.00
                         ($24.20)
```

HP Officejet Pro 8610 Series

Fax Log for
Elizabethtown library
518 873 2670
Feb 01 2016 2:16PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Feb 1 | 2:13PM | Fax Sent | 12124032000 | 2:45 N/A | 6 | OK |

HP Officejet Pro 8610 Series

Fax Log for
Elizabethtown library
518 873 2670
Feb 01 2016 2:11PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Feb 1 | 2:09PM | Fax Sent | 12128497100 | 1:46 N/A | 6 | OK |

HP Officejet Pro 8610 Series

Fax Log for
Elizabethtown library
518 873 2670
Feb 01 2016 2:06PM

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| | | | | Digital Fax | | |
| Feb 1 | 2:04PM | Fax Sent | 12126971559 | 1:43 N/A | 6 | OK |

LEHMAN BROTHERS HOLDINGS INC., *et al.*
Chapter 11
Case No. 08-13555

Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004,

1>attorneys for LBHI and certain of its affiliates, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178 (Attn: Joseph D. Pizzurro, Michael J. Moscato and Peter J. Behmke); fax 212-697-1559

2> attorneys for the Committee, Quinn Emanuel Urquhart & Sullivan,
LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani,Andrew J. Rossman and James Tecce); fax 1 212 849 7100

3> the Office of the United States Trustee for Region 2,
U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan Golden, Esq. and Andrea B. Schwartz, Esq.); and

4> attorneys for JPMorgan Chase Bank, N.A., Wachtell, Lipton, Rosen & Katz, 51 West 52nd Street, New York, NY 10019 (Attn: Harold S. Novikoff and Ian Boczko),

Fax 212.403.2000

**Attorney Advertising and Other Notices**

so as to be so filed and received by no later than February 2, 2016 at 4:00 p.m. February 2, 2016  (Prevailing Eastern Time)