**Piguet Galland & vous.**



DHL

<u>UNITED STATES BANKRUPTCY COURT</u> - Southern District of New York
Attn : Lehman Brothers Holdings Inc.
Chapter 11 Case No.: 08-13555
One Bowling Green
New York, NY 10004-1408
USA

Geneva, 15th February 2016
JUR/YF

**Lehman Brothers Holdings Inc. – Evidence of transfer of claim**

Sirs,

Please find enclosed an evidence of transfer of claim from Bank Julius Baer & Co Ltd ("Transferor") to Piguet Galland & Cie SA ("Transferee") in original, dated 22nd December 2015 and signed, concerning the following portion of claim :

| ISIN | Court claim Nr | Date claim filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0326244133 | 66929 | 9 July 2010 | Lehman Brothers Securities NV | CHF 20'000 |

We thank you in advance to take notice of the transfer and to update the claim registry in the name of Piguet Galland & Cie SA accordingly.

The undersigned on the right stays at your disposal for any information you require.

Yours sincerely,

PIGUET GALLAND & CIE SA

Jean-Marc Blanchet
Vice-President

Yan Friedrich
Assistant Vice-President

Enclosures as mentioned

Genève
Lausanne
Neuchâtel
Nyon
Yverdon-les-Bains

Piguet Galland & Cie SA
Avenue Peschier 41
Case postale 3456
1211 Genève 3
T +41 58 310 40 00
F +41 58 310 44 50

piguetgalland.ch

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Piguet Galland & Cie SA, Avenue Peschier 41, P.O. Box 3456, CH - 1211 Genève 3** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 66929) **in the nominal amount of CHF 20'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 22 December 2015.

**Bank Julius Baer & Co. Ltd.**

Michael Gerny  
Managing Director Senior Advisor

Fabian Burckhardt  
Executive Director

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0326244133 | 66929 | 9 July 2010 | LEHMAN BROTHERS SECURITIES N.V. | CHF 20'000 |