Attention Ms. Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY10004
United States of America

K. Norimatsu
2-4-306, Nakazato-Cho,
2-Chome, Kitaku, Kobe-City,
Hyogo-Pref., 651-1103
Japan
TEL 0+11 ( our National
No.)+81-90-1594-6136

February 5, 2016

Attn : Ms. Chapman

Re : Lehman Brothers Holdings Inc., et al. (08−13555 (JMP) )

Dear sirs,

Facing the final stage of decree, would you please remind to charge new money for the settlement of shortage from Lehman Brothers Holdings Inc. ?

*New Company* [handwritten]

Your kind attention will be highly appreciated.

Yours sincerely,

1

K. Norimatsu

_____*C. Norimatsu*_____ signature

VIA AIR MAIL

Registered

Attn: Ms. Shelley C. Chapman
United States Bankruptcy Court
Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, NY 10004
United States of America

RECEIVED
FEB 16 2016
U.S. BANKR[UPTCY]
SO DIST O[F NEW]
[YOR]K

K. Norimatsu
2-4-306, Nakazato-Cho,
2-Chome, Kitaku, Kobe-City,
Hyogo-Pref., 651-1103  Japan