UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                                             :    **Chapter 11**
**In re:**                                                   :
                                                             :    **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :
                                                             :
                        **Debtors.**                         :
------------------------------------------------------------ x

### ORDER ENFORCING THE AUTOMATIC STAY, THE PLAN, AND THE CONFIRMATION ORDER AGAINST iFREEDOM DIRECT CORPORATION AND SECURITYNATIONAL MORTGAGE COMPANY.

Upon the motion, dated February 17, 2016 (the "Motion"),[5] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to sections 105, 362, and 1141 of title 11 of the United States Code (the "Bankruptcy Code"), to enforce the automatic stay as to iFreedom Direct Corporation ("iFreedom") and SecurityNational Mortgage Company ("SecurityNational"), as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M- 431, dated January 31, 2012 (Preska, C.J.); and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided in accordance with the procedures set forth in the second amended order entered June 17, 2010 governing case management and administrative procedures [ECF No. 9635] to (i) the United States Trustee for Region 2; (ii) the Securities and

---

[5] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

Exchange Commission; (iii) the Internal Revenue Service; (iv) the United States Attorney for the Southern District of New York; (v) all parties who have requested notice in these chapter 11 cases; and (vi) iFreedom and SecurityNational, and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that the filing of the Utah Actions and Delaware Action violated section 362(a) of the Bankruptcy Code and therefore violated the automatic stay; and it is further

ORDERED that iFreedom is directed, within seven (7) days of entry of this order, to dismiss without prejudice the Utah Actions as it pertains to LBHI; and it is further

ORDERED that SecurityNational is directed, within seven (7) days of entry of this order, to dismiss without prejudice the Delaware Action as it pertains to LBHI; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
       _____, 2016

                                                         UNITED STATES BANKRUPTCY JUDGE