# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et. al.          Case No. 08-13888 (JMP)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Citigroup Financial Products Inc.** | **EUROSAIL-UK 2007-3BL PLC** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 28791, as subsequently amended by Claim #66821 Allowed General Unsecured Claim Transferred Claim Amount: 100% Date Claim Filed: 9/22/2009 , as subsequently amended on 6/10/10 |
| 390 Greenwich Street, 4th Floor New York, NY 10013 Attention: Kenneth Keeley Email: Kenneth.keeley@citi.com | |

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____   Date: __2/16/16__
      Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 & 3571

Brian S. Broyles
Authorized Signatory

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

### Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.          Case No. 08-13888 (JMP)
                                                                (Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed.
R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence
and notice. Transferor waives its right to raise any objection to the transfer of the claim to
Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R.
Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by
Transferee for all purposes in the above referenced bankruptcy cases with respect to the
claim, including without limitation, for voting and distribution purposes. Transferor
stipulates that an order of the Bankruptcy Court may be entered without further notice to
Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner
and holder of the claim. Transferor hereby directs that all payments, distributions, notices
and communications in respect of or with respect to the claim be made to Transferee.

| Citigroup Financial Products Inc | Eurosail-UK 2007-3BL PLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 28791, as
subsequently amended by Claim # 66821
Amount of Claim Transferred: $    178,000,000
Date Claim Filed: 22 September 2009, as
subsequently amended on 10 June 2010

Citigroup Financial Products Inc
1615 Brett Road, Building 3
New Castle, DE 19720
Attn: Brian Broyles/Scott Evan
Email: glcorporateaction@citi.com

Debtor: Lehman Brothers Special Financing

27

UMIP_ACTIVE:502656326 3-CSTEWART

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 2/10/16
Transferee/Transferee's Agent     Joelle Gavlick
                                  Authorized Signatory

Acknowledged and Agreed:

By: _____     Date: 10 February 2016
Transferor/Transferor's Agent     Mark Filer
                                  Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571.

28

EME_ACTIVE-562660326.5-CSTEWART