# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et. al.</u>      Case No. <u>08-13555 (JMP)</u>

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Citigroup Financial Products Inc.** | **EUROSAIL-UK 2007-3BL PLC** |
| Name and Address where notices to transferee should be sent:<br><br>390 Greenwich Street, 4th Floor<br>New York, NY 10013<br>Attention: Kenneth Keeley<br>Email: Kenneth.keeley@citi.com | Court Claim # (if known): 28792, as subsequently amended by Claim #66822<br>Allowed General Unsecured Claim<br>Transferred Claim Amount: 100%<br>Date Claim Filed: 9/22/2009, as subsequently amended on 6/10/10 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 2/18/16
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 & 3571

Brian S. Broyles
Authorized Signatory

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.        Case No. 08-13555 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| Citigroup Financial Products Inc | Eurosail-UK 2007-3BL PLC |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 28792, as subsequently amended by Claim # 66822<br>Amount of Claim Transferred: $ 178,000,000<br>Date Claim Filed: 22 September 2009, as subsequently amended on 10 June 2010 |
| Citigroup Financial Products Inc<br>1615 Brett Road, Building 3<br>New Castle, DE 19720<br>Attn: Brian Broyles/Scott Evan<br>Email: glcorporateaction@citi.com | Debtor: Lehman Brothers Holding Inc. |

29

BMF_ACTIVE-562656326 5-CS1 EWART

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 2/10/16
Transferee/Transferee's Agent
Joelle Gavlick
Authorized Signatory

Acknowledged and Agreed:

Mark Filer
Director

By: _____  Date: 10 February 2016
Transferor/Transferor's Agent

*Penalty for making a false statement* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.