WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
William F. Dahill
Vincent T. Chang
Adam M. Bialek

*Counsel for Plaintiff*
*Lehman Brothers Special Financing Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____X

In re:                                                        :    Chapter 11
                                                              :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*    :
                                                              :
                         Debtors.                    :
_____X  **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                        )    ss:
COUNTY OF NEW YORK  )

       GEOFFREY LITER, being duly sworn, deposes and says that he is over the age of eighteen years, is employed at the law firm Wollmuth Maher & Deutsch LLP, and is not a party to this action.

       That on the 18th day of February, 2016, deponent caused true and correct copies of the NOTICE OF HEARING ON MOTION TO ENFORCE AUTOMATIC STAY, PLAN AND CONFIRMATION ORDER AGAINST IFREEDOM DIRECT CORP. AND SECURITYNATIONAL MORTGAGE COMPANY and MOTION OF LEHMAN BROTHERS HOLDINGS INC. TO ENFORCE THE AUTOMATIC STAY, THE PLAN, AND THE CONFIRMATION ORDER AGAINST IFREEDOM DIRECT <u>CORPORATION AND SECURITYNATIONAL MORTGAGE COMPANY</u>, both dated February 17, 2016, in the above-referenced adversary proceeding to be served by FEDERAL EXPRESS OVERNIGHT MAIL upon the recipients in the Service List annexed hereto.

_____
Geoffrey Liter

Sworn to before me this
18th day of February 2016

_____
Notary Public

```
MARTINA S FREDERICK
Notary Public - State of New York
NO. 01FR6236978
Qualified in Westchester County
My Commission Expires  3/14/19
```

## Service List

Security National Mortgage Company
5300 S. 360 West
Suite 150
Murray, UT 84123


Scott M. Quist, Registered Agent
Security National Mortgage Company
5300 S. 360 W STE 310
Salt Lake City, UT 84123


CT CORPORATION System
1108 E South Union Ave
Midvale, UT 84047

iFreedom Direct Corporation
124 N. Charles Lindbergh Drive
Salt Lake City, UT 84116
Attn: Kevin Gates, Ceo