WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Ralph I. Miller
Jacqueline Marcus

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 Case No. |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------x

**PLAN ADMINISTRATOR–APPELLEE'S COUNTER–DESIGNATION OF**
**ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellee, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* (ECF No. 22737), on behalf of Lehman Commercial Paper Inc. ("LCPI"), hereby designates, pursuant to Rule 8009(a)(2) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the following additional items to be included in the record on appeal.[1]

---

[1] LBHI does not re-designate any items that it may rely upon that have already been designated by Spanish Broadcasting System, Inc. ("Spanish Broadcasting" or the "Appellant") in its designation (ECF No. 51965) but, rather, will rely on Appellant's designations. For the items designated by either LBHI or the Appellant, LBHI treats the designations as including all exhibits and attachments to such items. Moreover, while LBHI does not, at this time, object to any items designated by the Appellant, LBHI does not concede the relevance of any such items. Furthermore, although LBHI disagrees with many of the statement of issues identified by the Appellant, LBHI has not re-stated the issues because Rule 8009 of the Bankruptcy Rules does not provide for the filing of Appellee's statement of the issues absent a cross-appeal. LBHI, therefore, reserves its right to re-state the issues on appeal in its brief.

**COUNTER-DESIGNATION OF RECORD**

| Designation Number | ECF Number | Date of Filing | Description |
|---|---|---|---|
| 1. | 34990 | 02/14/2013 | Transcript regarding Hearing Held on 2/13/2013 10:04AM Re: *inter alia*, Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claims). |
| 2. | 46498 | 10/14/2014 | Claims Litigation Schedule with Respect to Claim No. 67707 filed by Spanish Broadcasting Systems, Inc. and the Objection Interposed by Lehman Brothers Holdings, Inc., filed by Mary Lopez. |
| 3. | 47473 | 12/19/2014 | So Ordered Amended Claims Litigation Schedule with Respect to Claim No. 67707 Filed by Spanish Broadcasting System, Inc. and the Objection Interposed by Lehman Brothers Holdings Inc. signed on 12/19/2014, filed by Greg White. |
| 4. | 48418 | 02/20/2015 | So Ordered Second Amended Claims Litigation Schedule with Respect to Claim No. 67707 Filed by Spanish Broadcasting System Inc. and the Objection Interposed by Lehman Brothers Holding Inc. signed on 2/20/2015, filed by Greg White. |
| 5. | 51991 | 04/29/2015 | Transcript regarding Hearing Held on 4/27/2015 2:03PM Re: Spanish Broadcasting Discovery Conference; Three Hundred Twenty-Eighth Omnibus Objection to Claims (No Liability Claim) Solely as to Certain Claims. |
| 6. | 52074 | 02/17/2016 | Transcript regarding Hearing Held on 5/12/2015 11:05AM |

Dated: February 18, 2016
New York, New York

/s/ Ralph I. Miller
Ralph I. Miller
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2

WEIL:\95615938\6\58399.0011