UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

---

| LEHMAN BROTHERS HOLDINGS INC., *et al.* | |
|---|---|
| DEBTOR | Chapter 11 Case No. 08-13555 (SCC) |

---

## NOTICE OF APPEAL

SIR/MADAM:

PLEASE TAKE NOTICE THAT THE UNDERSIGNED, WILLIAM KUNTZ, III WHO APPEARS HERE PRO SE MAKES THIS NOTICE OF APPEAL FROM THE ORDER OF THE COURT MADE ON THE 8TH OF FEB, 2016 WHICH APPROVED THE PROPOSED SETTLEMENT BETWEEN THE ESTATE OF LEHMAN AND THE JPM CHASE BANK.

RESPECTFULLY,

WILLIAM KUNTZ, III

INDIA ST PO BOXC 1801

NANTUCKET ISLAND, MA 02554-1801

FEB 17, 2016

CHAZY, NY

QUINN EMANUEL URQUHART & SULLIVAN, LLP

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

US TRUSTEE

WACHTELL LIPTON ROSEN AND KATZ



RECEIVED FEB 18 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK