**EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- X
In re:                                                                        :    Chapter 11
                                                                              :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                                      :
                                                                              :
        Debtors.                                                              :
------------------------------------------------------------------------------- X

## ORDER GRANTING MOTION FOR SANCTIONS AGAINST WILLIAM KUNTZ III

Upon the motion (the "Motion")[1] of Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors [Docket No. 23023-1] (the "Plan"), for sanctions against William Kuntz III, it is hereby

ORDERED THAT:

1. The Motion is GRANTED;

2. LBHI is awarded, and Mr. Kuntz shall reimburse LBHI for any and all fees and expenses incurred by LBHI in responding to the Kuntz Submissions;

3. Mr. Kuntz is hereby enjoined from filing any complaint, motion, objection, pleading, or notice of appeal in the Bankruptcy Cases or any related adversary proceedings without first having applied to the Court to obtain, and without having obtained, express permission to file any such complaint, motion, objection, pleading, or notice of appeal; and

4. Unless the filing has been authorized by an Order of the Court, no complaint, motion, objection, pleading, or notice of appeal filed by Mr. Kuntz in the Bankruptcy Cases or any related adversary proceedings shall have any force and effect.

5. The Clerk of the Court is hereby directed to take no action with respect to any complaint, motion, objection, pleading, or notice of appeal filed by Mr. Kuntz in the Bankruptcy Cases or any related adversary proceedings unless authorized to do so by an Order of the Court.

Dated:
    New York, New York

                                            _____
                                            HONORABLE SHELLEY C. CHAPMAN
                                            UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.