# **EXHIBIT 4**



1

