**EXHIBIT 6**

FEB 17, 2016

GENTLEMEN:

Re: Lehman

In light of the papers filed in opposition to my request for an extension please find enclosed a Notice of Appeal.

With all due respect, I would request that you do more homework before putting papers before the Court.

For example, you cite the Saul, Ewing appeal before Judge McKelvie which, as I recall, in fact turns on the Grand Union Case's in Delaware. While Judge McKelvie welcomed an application for a sanction, it was never forthcoming. Those Professional's took the Fee's and were never heard from again. The Commercial Financial matter was involving the Collapse of the First American Bank and the sale of a credit card account to Key Bank of Northern New York. It would be helpful if you were to try to understand these and other cases before trying to pile them on for no relevant reason. You might as well add the jay walking ticket I got in Florida years ago for whatever value that might have to your papers.

It seems to me odd, that you cannot grasp the relationship between the Lehman Estate and the State Comptroller's Office of Unclaimed Funds. As I recall those details have already been docketed with the Court some time ago, but that was before the Comptroller's Office purged the database.

Thank you in advance,

William Kuntz, III

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
                  DEBTOR         Chapter 11 Case No. 08-13555 (SCC)

## NOTICE OF APPEAL

SIR/MADAM:

PLEASE TAKE NOTICE THAT THE UNDERSIGNED, WILLIAM KUNTZ, III WHO APPEARS HERE PRO SE MAKES THIS NOTICE OF APPEAL FROM THE ORDER OF THE COURT MADE ON THE 8TH OF FEB, 2016 WHICH APPROVED THE PROPOSED SETTLEMENT BETWEEN THE ESTATE OF LEHMAN AND THE JPM CHASE BANK.

RESPECTFULLY,

WILLIAM KUNTZ, III

INDIA ST PO BOXC 1801

NANTUCKET ISLAND, MA 02554-1801

FEB 17, 2016

CHAZY, NY

QUINN EMANUEL URQUHART & SULLIVAN, LLP

CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

US TRUSTEE

WACHTELL LIPTON ROSEN AND KATZ