B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  Case No. **08-13555 (SCC)**
**Lehman Brothers Special Financing Inc.**  **(jointly administered)**

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Merrill Lynch Credit Products, LLC** | **Merrill Lynch International** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Merrill Lynch Credit Products, LLC
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Gary S. Cohen / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: g.cohen@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known):   **20149**
Total Amount of Claim Transferred:
USD $ 303,678.16

Date Claim Filed:   9/21/2009

Name and Address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  _/s/Sandra P. Anton_   Date:   2/19/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EXHIBIT A**

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Merrill Lynch International** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Assignor has unconditionally and irrevocably sold, transferred and assigned to **Merrill Lynch Credit Products, Inc.** [LLC], its successors and assigns ("Assignee"), all rights, title and interest in and to the claim of Assignor against **Lehman Brothers Special Financing Inc.** (Claim No. **20149**) in the amount of **$303,678.16** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC). [LLC]

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulate that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Assignee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Assignee.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the 18th day of February, 2016.

MERRILL LYNCH INTERNATIONAL

By:     *[signature]*
Name:
Title:

MERRILL LYNCH CREDIT PRODUCTS, INC. [LLC]

By:     *Sandra P. Anton*
Name:  Sandra P. Anton
Title:  V.P.

- 9 -