B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>LEHMAN BROTHERS HOLDINGS INC., *et al.*,</u>
                                        Debtors

Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>BKM Holdings (Cayman) Ltd.</u> | <u>Banc of America Credit Products, Inc.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

With a copy to:
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Attention: Jennifer Donovan
Telephone: 212-446-4018
Facsimile: 212-371-4318
Email: jdonovan@dkpartners.com

Court Claim # (if known): 58185
Amount of Claim: $193,866,160.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

Court Claim # (if known): 58318
Amount of Claim: $182,857,141.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

Court Claim # (if known): 58329
Amount of Claim: $84,957,748.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

Court Claim # (if known): 17801
Amount of Claim: $410,398.35.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

Court Claim # (if known): 58330
Amount of Claim: $391,402.00
Date Claim Filed: 10/30/2009
Debtor: Lehman Brothers Holdings Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Davidson Kempner Capital Management LP, its investment advisor

By: _____          Date: ___February 19, 2016_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **BKM Holdings (Cayman) Ltd.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. having the respective Proof of Claim Numbers, and Claim Amounts set forth in the table below (each, a "Claim", and collectively, the "Claims")) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

| Proof of Claim Number | Claim Amount |
|---|---|
| 58185 | $193,866,160.00 |
| 58318 | $182,857,141.00 |
| 58329 | $84,957,748.00 |
| 17801 | $410,398.35 |
| 58330 | $391,402.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18th day of February, 2016.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:    SETH DENSON
          VICE PRESIDENT

BKM HOLDINGS (CAYMAN) LTD.
By: Davidson Kempner Capital Management LP, its investment advisor

By:_____
Name:
Title: Managing Member

13

EVIDENCE OF TRANSFER OF CLAIMS

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **BKM Holdings (Cayman) Ltd.**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claims of Seller against Lehman Brothers Holdings Inc. having the respective Proof of Claim Numbers, and Claim Amounts set forth in the table below (each, a "Claim", and collectively, the "Claims")) in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

| Proof of Claim Number | Claim Amount |
|---|---|
| 58185 | $193,866,160.00 |
| 58318 | $182,857,141.00 |
| 58329 | $84,957,748.00 |
| 17801 | $410,398.35 |
| 58330 | $391,402.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an unconditional assignment and Buyer herein as the valid owner of the Claims. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claims to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 18th day of February, 2016.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title:


BKM HOLDINGS (CAYMAN) LTD.
By: Davidson Kempner Capital Management LP, its investment advisor

By: _____
Name: Avram Friedman
Title: Managing Member

13