Pg 1 of 3

**Hearing Date and Time: February 23, 2016 at 10:00 a.m.**

HOMER BONNER JACOBS
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
Adam L. Schwartz

OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169-0075
Telephone: (212) 661-9100
Peter Feldman
Erik B. Weinick

*Attorneys for Credican, C.A.;*
*Banco Canarias De Venezuela, C.A.;*
*and Fondo De Proteccion Social De Los*
*Depositos Bancarios f//k/a*
*Fondo De Proteccion Social De Los Depositos*
*Bancarios Y Proteccion Bancaria*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
| | | |
|---|---|---|
| In Re | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : | Case No. 08-13555 (SCC) |
| | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------x

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 51970

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received with respect to Fondo de Proteccion Social De Los Depositos Bancarios' ("FOGADE['s]") Motion for Substitution of Counsel and to Designate Homer Bonner Jacobs as Agent for Receipt of all Distributions (ECF No. 51970) filed on February 5, 2016. On February 9, 2016, FOGADE's former counsel, Diaz Reus & Targ, LLP,

1

("DRT") advised that it had yet to communication with FOGADE regarding the instant motion and would provide their position after doing so. Objections were to be filed and served by February 16, 2016 at 4:00 p.m. (the "Objection Deadline"), and DRT has not filed any objection or made any subsequent communication to the undersigned.

The undersigned further certifies that the Court's docket has been reviewed in these cases no less than forty-eight (48) hours after the expiration of the Objection Deadline and no objection or responsive pleading with respect to the Motion appears thereon. This Certificate of No Objection is being filed not less than forty-eight (48) hours after the expiration of the Objection Deadline in accordance with Local Bankruptcy Rule 9075-2.

It is hereby respectfully requested that the proposed Order attached to the Motion be entered by the Court. For the Court's convenience, the proposed Order is attached as Exhibit A.

Dated: February 22, 2016    Respectfully submitted:

HOMER BONNER JACOBS

By:    /s/Adam L. Schwartz
       Adam L. Schwartz

1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida  33131
Phone:  (305) 350-5116
Fax:  (305) 982-0079
Email: aschwartz@homerbonner.com

OTTERBOURG P.C.

By:    /s/Erik B. Weinick
       Peter Feldman
       Erik B. Weinick

230 Park Avenue
New York, New York 10169-0075
Phone:  (212) 905-3672

Email: eweinick@otterbourg.com

*Attorneys for Credican, C.A.;
Banco Canarias De Venezuela, C.A.;
and Fondo De Proteccion Social De Los Depositos Bancarios f//k/a
Fondo De Proteccion Social De Los Depositos Bancarios Y Proteccion Bancaria*