WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : **08-13555 (SCC)**
:
Debtors. : **(Jointly Administered)**
:
------------------------------------------------------------------x
:
**In re** :
: **Case No.**
**LEHMAN BROTHERS INC.,** :
: **08-01420 (SCC) (SIPA)**
Debtor. :
:
------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE NINETY-FOURTH OMNIBUS
## AND CLAIMS HEARING ON FEBRUARY 23, 2016 AT 10:00 A.M.

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.   UNCONTESTED MATTERS:

1.   Plan Administrator's Objection to Claim of Morgan Stanley Bank International Limited (Claim No. 21866) **[ECF No. 51875]**

   Response Deadline:   February 22, 2016 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:   This matter is going forward on an uncontested basis.

2.   Motion of Fondo De Proteccion Social De Los Depositos Bancarios for Substitution of Counsel and to Designate Homer Bonner Jacobs as Agent for Receipt of all Distributions **[ECF No. 51969]**

   Response Deadline:   February 16, 2016 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:   This matter is going forward on an uncontested basis.

## LEHMAN BROTHERS INC. PROCEEDING

### II.   UNCONTESTED MATTERS:

3.   Nineteenth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from May 1, 2015 through August 31, 2015 [**LBI ECF No. 13104**]

   Response Deadline:   December 21, 2015 at 4:00 p.m.

<u>Response Received</u>:

    A.    Recommendation of SIPC in Support of the Nineteenth Application of Counsel for Interim Compensation and Reimbursement of Expenses **[LBI ECF No. 13263]**

<u>Related Documents</u>:   None.

<u>Status</u>:  This matter is going forward.

4.    Motion of Fondo De Proteccion Social De Los Depositos Bancarios for Substitution of Counsel and to Designate Homer Bonner Jacobs as Agent for Receipt of all Distributions  [**LBI ECF No. 13309**]

<u>Response Deadline</u>:   February 16, 2016 at 4:00 p.m.

<u>Response Received</u>:

    A.    Trustee's Statement Regarding Motion **[LBI ECF No. 13337]**

<u>Related Documents</u>:

    B.    Reply to Motion **[LBI ECF No. 13342]**

    C.    Notice of Revised Proposed Order **[LBI ECF No. 13344]**

<u>Status</u>: This matter is going forward.

### III.   <u>STATUS CONFERENCE</u>:

5.    Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 12194**]

<u>Response Deadline</u>:   July 15, 2015, extended for one party to August 12, 2015.

<u>Response Received</u>:

    A.    Memorandum of Law in Opposition to the Trustee's Motion filed by Hipotecas de America, SA **[LBI ECF No. 12584]**

<u>Related Documents</u>:

    B.    Declaration of Kathleen A. Walker in Support of the Trustee's Motion **[LBI ECF No. 12195]**

    C.    Supplement to Trustee's Motion **[LBI ECF No. 12418]**

D. So Ordered Stipulations Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims **[LBI ECF Nos. 12519, 12529, 12530]**

E. Order Granting the Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims as to Certain Claims **[LBI ECF No. 12570]**

F. Declaration of Mauricio Barreto in Opposition to the Trustee's Motion **[LBI ECF No. 12585]**

G. Declaration of Alejandro Villamizar in Opposition to the Trustee's Motion **[LBI ECF No. 12586]**

H. Declaration of David J. Hoffman in Opposition to the Trustee's Motion **[LBI ECF No. 12587]**

I. Stipulation Regarding Discovery and Further Proceedings as to the Claim of Hipotecas de America, S.A. in Connection with the Trustee's Motion **[LBI ECF No. 12758]**

J. Notice of Status Conference on Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims Solely as to the Claim of Hipotecas de America, S.A. **[LBI ECF No. 13324]**

K. Letter to the Honorable Shelley C. Chapman Regarding Status Conference **[LBI ECF No. 13339]**

Status:  A status conference regarding the Motion will go forward solely as to the claim of Hipotecas de America, SA. Certain other claims subject to this Motion were previously adjourned *sine die* and are governed by Stipulations and Orders entered by the Court and listed above.  The Motion was previously granted as to certain claims pursuant to Order of the Court [LBI ECF No. 12570].  All other claims subject to the Motion have been consensually resolved pursuant to the Order governing the adjudication of customer claims [LBI ECF No. 241].

IV. **CONTESTED MATTERS:**

6. Objection to Transfer of Claim #787 to Claims Recovery Group LLC, filed by Frank H. Carraway [**LBI ECF No. 13229**]

    Response Received:

    A. Response of Claims Recovery Group LLC to Objection to Transfer of Claim #787 to Claims Recovery Group LLC Filed By Frank H. Carraway **[LBI ECF No. 13310]**

4

Related Document:

    B.    Notice of Hearing [**LBI ECF No. 13333**]

Status: This matter is going forward.

## V. ADVERSARY PROCEEDINGS:

7. Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of Cincinnati [**Adversary Proceeding No. 13-01330**]

   **Discovery Conference**

   Related Documents:

       A.    Letter from Lehman Brothers Special Financing Inc. to the Honorable Shelley C. Chapman, dated January 20, 2016

       B.    Letter from the Federal Home Loan Bank of Cincinnati to the Honorable Shelley C. Chapman, dated January 22, 2016

       C.    Letter from Lehman Brothers Special Financing Inc. to the Honorable Shelley C. Chapman, dated February 19, 2016

       D.    Letter from the Federal Home Loan Bank of Cincinnati to the Honorable Shelley C. Chapman, dated February 22, 2016

   Status: This matter is going forward solely as a discovery conference.

8. Allied World Assurance Company v. LB Rose Ranch LLC [**Adversary Proceeding No. 15-01128**]

   **Pre-Trial Conference**

   Related Documents:

       A.    Adversary Complaint [**ECF No. 1**]

       B.    Amended Adversary Complaint [**ECF No. 5**]

       C.    Stipulation Regarding Waiver of Service Between Allied World and LB Rose Ranch LLC [**ECF No. 15**]

       D.    Answer of LB Rose Ranch LLC to Amended Complaint [**ECF No. 17**]

       E.    Answer of American Home Assurance Company to Amended Complaint [**ECF No. 20**]

      F.      Answer of National Union Fire Insurance Company of Pittsburgh, PA to Amended Complaint [**ECF No. 21**]

**Motion to Dismiss and Abstain**

      G.      Motion of Brian Alonge, *et al*. to Dismiss for Lack of Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 19**]

      H.      Stipulation re Colorado Homeowners' Motion to Dismiss or Abstain [**ECF No. 29**]

      I.      Opposition of Allied World Assurance Company (U.S.) Inc. to Colorado Homeowners' Motion to Dismiss for Lack of Jurisdiction or in the Alternative to Abstain [**ECF No. 30**]

      J.      Statement of LB Rose Ranch, LLC in Response to Motion to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 31**]

      K.      Response of American Home Assurance Company, *et al*. to the Colorado Homeowners' Motion to Dismiss or in the Alternative, Motion to Abstain [**ECF No. 32**]

      L.      Exhibit A to Allied World's Opposition to Colorado Homeowners' Motion to Dismiss or in the Alternative to Abstain [**ECF No. 33**]

      M.      Colorado Homeowners' Combined Reply to (I) Allied World Assurance Company's Response and (II) American Home Assurance Company and National Union Fire Insurance Company's Joint Response to Motion to Dismiss for Lack of Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 35**]

      N.      Supplemental Response of LB Rose Ranch, LLC in Response to Motion to Dismiss for Lack of Subject Matter Jurisdiction or in the Alternative, Motion to Abstain [**ECF No. 36**]

Status:  This matter is going forward.

9.      Lehman Brothers Special Financing Inc. et al v. Sequa Corporation [**Adversary Proceeding No. 15-01404**]

      **Pre-Trial Conference**

      Related Documents:

            A.      Adversary Complaint [**ECF No. 1**]

            B.      Stipulated Joint Pretrial Scheduling Order [**ECF No. 5**]

6

08-13555-mg    Doc 52158    Filed 02/22/16    Entered 02/22/16 14:04:24    Main Document
Pg 7 of 12

        C.    Answer of Sequa Corporation to Complaint [**ECF No. 7**]

<u>Status</u>: This matter is going forward.

## VI.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

10.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

<u>Status</u>: This matter has been adjourned to April 14, 2016 at 10:00 a.m.

11.    Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers **[ECF No. 51241]**

<u>Response Deadline</u>:    November 21, 2015 at 4:00 p.m.

<u>Response Received</u>:

    A.    Response to Motion and Objection to Lehman Brothers Holding Inc.'s Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers **[ECF No. 51459]**

<u>Related Documents</u>:    None.

<u>Status</u>: This matter has been adjourned to April 14, 2016 at 10:00 a.m.

12.    Motion of Plan Administrator Pursuant to Sections 8.4, 9.3, and 14.1 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors to Estimate Claims for Reserve and Distribution Purposes [**ECF No. 49954**]

<u>Response Deadline</u>:    July 22, 2015 at 4:00 p.m. or as otherwise extended.

<u>Responses Received</u>:

    A.    Opposition of Highland CDO Opportunity Master Fund, L.P. [**ECF No. 50244**]

    B.    Objection of RGM Trading International Limited [**ECF No. 50245**]

    C.    Citigroup Financial Products Inc.'s Objection [**ECF No. 50256**]

7

    D.    Corrected Objection of Newport Global Opportunities Fund L.P. and Newport Global Credit Fund (Master) L.P. [**ECF No. 50276**]

    E.    SRM Global Master Fund Limited Partnership's Limited Objection [**ECF No. 50319**]

    F.    Objection of CRC Credit Fund Ltd. [**ECF No. 50320**]

    G.    Preliminary Objection of CarVal Investors UK Limited [**ECF No. 50466**]

    H.    Objection of Attestor Value Master Fund LP and Deutsche Bank AG [**ECF No. 50602**]

    I.    Objection of Maverick Fund, L.D.C., *et al.* [**ECF No. 50761**]

Related Document:

    J.    Declaration of Richard Katz In Support of the Motion [**ECF No. 49955**]

Status: This matter has been adjourned to a date to be determined.

13. Plan Administrator's Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 50899**]

Response Deadline:    October 1, 2015 at 4:00 p.m.

Response Received:

    A.    Response of BNP Paribas [**ECF No. 51023**]

Related Document:

    B.    Reply of Lehman Brothers Holdings Inc. [**ECF No. 51309**]

Status: The matter with respect to claim number 26485 has been adjourned to a date to be determined. The matter with respect to claim number 67938 has been adjourned to March 29, 2016 at 10:00 a.m.

14. Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51692**]

Response Deadline:    January 14, 2016 at 4:00 p.m.

8

    Response Received:

        A.    Response of Buckeye Tobacco Settlement Financing Authority [**ECF No. 51818**]

    Related Documents:  None.

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m.

**B.**    **Lehman Brothers Inc. Proceeding**

15.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

    Response Deadline:  April 4, 2014 at 4:00 p.m.; extended for certain parties without date.

    Responses Received:  None.

    Related Documents:

        A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

        B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

        C.    Notice of Resolution [**LBI ECF No. 9773**]

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m., as to certain claims.

16.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

    Response Deadline:  September 8, 2014 at 4:00 p.m.; extended for certain parties without date.

<u>Response Received</u>:

    A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

<u>Related Documents</u>:

    B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) solely as to a certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134, 12220, 13207**]

<u>Status</u>: This matter has been adjourned to March 29, 2016 at 10:00 a.m., as to certain claims.

17.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

<u>Response Deadline</u>:    January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

<u>Responses Received</u>: None.

<u>Related Documents</u>:

    A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

    B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991, 12647**]

    D.    So Ordered Stipulation [**LBI ECF No. 13206**]

    E.    Certificate of No Objection [**LBI ECF No. 13323**]

<u>Status</u>: This matter has been adjourned to March 29, 2016 at 10:00 a.m., solely as to a certain claim.

WEIL:\95620053\6\58399.0011

C.  **Adversary Proceedings**

18.  Lehman Brothers Holdings Inc. v. iFreedom Direct Corporation [**Adversary Proceeding No. 15-01426**]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m.

19.  Lehman Brothers Holdings Inc. v. ACTS Retirement-Life Communities, Inc. [**Adversary Proceeding No. 15-01430**]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m.

20.  Lehman Brothers Holdings Inc. v. Daiwa Securities Capital Markets Co. Ltd. [**Adversary Proceeding No. 15-01431**]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m.

21.  Lehman Brothers Holdings Inc. v. American Bank, *et al.* [**Adversary Proceeding No. 16-01003**]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to March 29, 2016 at 10:00 a.m.

22.  Lehman Brothers Holdings Inc. v. Stearns Lending, LLC [**Adversary Proceeding No. 16-01001**]

    **Pre-Trial Conference**

Related Documents:

A. Adversary Complaint [**ECF No. 1**]

B. Answer of Stearns Lending, LLC to Complaint [**ECF No. 7**]

Status: This matter has been adjourned to March 29, 2016 at 10:00 a.m.

Dated: February 22, 2016
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: February 22, 2016
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.