*Meine Bank* 

## EVIDENCE OF TRANSFER OF CLAIM

FILED / RECEIVED

FEB 18 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Luzerner Kantonalbank AG, Pilatusstrasse 12, CH-6002 Luzern, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **BNP Paribas S.A., Niederlassung Deutschland, Bahnhofstrasse 55, 90402 Nuernberg, Germany** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 44573) in the amount of $ USD 502'146.86 (claim amount as filed), respectively USD 499'695.92(Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS **15th day of January, 2016.**

Luzerner Kantonalbank AG

By: _____    _____

Name of person signing: Jörg Gubler       Josef Schuler
Title of person signing: Vice President    Holder of Procuration

 

## SCHEDULE

### Lehman Programs Securities Related to Transferred Portion of Claim:

USD 502'146.86 (Claim Amount as Filed), respectively USD 499'695.92 (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim/Units related to Security |
|---|---|---|---|---|
| CH 0027120648 | 44573 | 10/23/2009 | Lehman Brothers Treasury Co. B.V. | USD 502'146.86 (claim amount as filed) USD 499'695.92 (Allowed Claim Amount) EUR 350'000 (Nominal Amount) |

### Blocking Number:

FILED / RECEIVED

FEB 17 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC



Consors bank !

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Stationi, P.O. Box 5076
New York, NY 10150-5076

Nuremberg, January 29th 2016

**Assignment of claims arising from Chapter 11 Proceedings of Lehman Brothers Holding Inc. and transfer of counterparty regarding ISIN CH0027120648 (0,0 % LEHM.BRO.INTL 07/10 FLR 02.FEB)**

Dear Sir or Madame,

our client, Mr. Ruediger Gruen, hold 350,000 shs in 0,0 % LEHM.BRO.INTL, ISIN CH0027120648, at Luzerner Kantonalbank.

On your homepage www.lehman-docket.com we could verify that the client is registered on your side with No. 44573 (partial). Please also check the attached document from Luzerner Kantonalbank.

Mr. Gruen wants to transfer the shares from Luzerner Kantonalbank to BNP Paribas S. A., Niederlassung Deutschland, Bahnhofstr. 55, 90402 Nuremberg, Germany.

So, we would like to inform you that all present and future claims, payments and accounts receivables for this claim about 350,000 shs are paid to Mr. Ruediger Gruen, BIC-Code CSDBDE71XXX, IBAN DE83760300800700612633.

If you demand further documents or any other information please do not hesitate to contact us.

Please confirm us that the payments will be paid directly to our client Mr. Gruen on his new account at BNP Paribas.

Please note, that Consorsbank is a trademark of BNP Paribas.

Kind regards,

Michael Braun
Team Head Corporate Actions

Bahnhofstr. 55
90402 Nuremberg
Mail: Michael.Braun@Consorsbank.de
Phone: 0049-911 369 3405

Attachments: Letter from Luzerner Kantonalbank