UBS

**UBS AG**
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

RECEIVED
FEB 22 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

February 12, 2016

subject **Claim Transfer Agreement Lehman Program Securities**

On behalf of — Attention: Clerk of the Court

you are receiving — Evidence of partial transfer of claim: Notenstein-LaRoche Privatbank AG, Switzerland

- ☐ for your information
- ☒ for your records
- ☐ as agreed
- ☐ please complete
- ☐ returned with thanks
- ☐ please comment
- ☐ please sign
- ☐
- ☐ please return
- ☒ please confirm receipt
- ☒ please process

Remarks
TOCE157 40'000.00 XS0324890440
Transferor: Notenstein-LaRoche Privatbank AG, Switzerland / Claim Number: 59233
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTORAND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, NotensteinLa Roche Privatbank AG ("Transferor") unconditionally and irrevocably transferred to UBS AG ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 559233-1**) in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF. this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON January 21th, 2016.

Notenstein Privatbank AG

By: ______________________

Name: August Zingg

Title: Associate

By: ______________________

Name: Marco Rinaldi

Title: Associate




TOCE157

**Schedule 1**

**Lehman Programs Securities Related to Transferred Portion of Claim**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Amount of Claim Related to Security |
|---|---|---|---|---|
| XS0324890440 | 59233 | October 29, 2009 | Lehman Brothers Securities NV | CHF 40'000.-- |

TOCE157