**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON PLAN ADMINISTRATOR'S
OBJECTION TO CLAIM OF MORGAN STANLEY BANK
INTERNATIONAL LIMITED (CLAIM NO. 21866)**

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's Objection to Claim of Morgan Stanley Bank International Limited (Claim No. 21866) [ECF 51875] (the "Objection"), which was scheduled for February 23, 2016 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to March 29, 2016 at 10:00 a.m. (Prevailing Eastern Time)**.

[*Remainder of page intentionally left blank*]

-2-

Any responses to the Objection must be received no later than **March 24, 2016 at 4:00 p.m. (Prevailing Eastern Time)**.

Dated: February 22, 2016
      New York, New York

    **CURTIS, MALLET-PREVOST,
    COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
    L. P. Harrison 3rd
    Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.
and Certain of Its Affiliate*