WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED TWELFTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

         **PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Twelfth

Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450], which was scheduled

for February 23, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **March 29, 2016 at 10:00**

**a.m. (Eastern Time)** solely with respect to the claims or portions of claims held by the parties listed

on Exhibit A annexed hereto.

Dated:    February 23, 2016
          New York, New York

                /s/ Garrett A. Fail
                Garrett A. Fail
                WEIL, GOTSHAL & MANGES LLP
                767 Fifth Avenue
                New York, New York 10153
                Telephone: (212) 310-8000
                Facsimile: (212) 310-8007

                Attorneys for Lehman Brothers Holdings Inc.
                and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| Lehman Brothers Bankhaus AG I Ins. | 27822 |
| Lehman Brothers Bankhaus AG I Ins. | 27873 |

WEIL:\95563809\2\58399.0011