# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

February 23, 2016

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
 **ADR Procedures Order Dated 9/17/09 (the "Order")**
 **Seventy-fourth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested that we submit this monthly report to the Court (the seventy-fourth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of the February 23, 2016 omnibus hearing.

A total of 495 ADR Notices have been served in Tiers One and Two. In the 40 days following the last prior report, the Lehman entities closed settlements with the counterparties in three additional ADR matters (all following mediation). Including the $10,100,000 from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have now received an aggregate of $3,011,527,565 new dollars for the various estates through the receivables ADR process. Settlements have been achieved in 427 ADR matters involving 543 counterparties.

WEIL:\95629226\1\58399.0011

Honorable Shelley C. Chapman  
February 23, 2016  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 248 ADR matters that have reached the mediation stage and been concluded, 235 have been settled in or subsequent to mediation; only thirteen mediations have terminated and remain unsettled. Additional receivables mediations currently are scheduled for February 25, March 8 and 30, and April 6, 2016.

Respectfully submitted,

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq  
Jacob Esher, Esq.  
James Freund, Esq.  
David Geronemus, Esq.  
Jane Greenspan, Esq.  
Ralph Mabey, Esq.  
David Cohen, Esq.  
(all cc's via E-mail)