UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                        :    Chapter 11 Case No.
                                                             :
LEHMAN BROTHERS HOLDINGS INC., et al.,                       :    08-13555 (SCC)
                                                             :
                    Debtors.                                 :    (Jointly Administered)
------------------------------------------------------------x

## JOINT NOTICE OF WITHDRAWAL

**PLEASE TAKE FURTHER NOTICE** that Himfield Limited ("Claimant") hereby withdraws with prejudice proof of claim 17562 (the "Claim"), filed on September 18, 2009, against Lehman Brothers Holdings Inc., and hereby directs Epiq Bankruptcy Solutions LLC to expunge the Claim from the claims register. The undersigned represents and warrants that he is authorized by Claimant to execute this withdrawal and that the withdrawal of the Claim is within Claimant's corporate powers, has been duly authorized by all necessary action, and will not contravene any constitutional document or other instrument or agreement binding on it, or any law, regulation, judgment, order or administrative action binding on it.

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* hereby withdraws the *Plan Administrator's Objection to Proof of Claim Number 17562* [ECF No.51688].

Dated:  New York, New York
        February 1, 2016

HIMFIELD LIMITED

By: _____
    Ira A. Reid
    BAKER & MCKENZIE LLP
    425 Fifth Avenue
    New York, New York 10018
    Telephone: (212) 891-3976
    Facsimile: (212) 310-1600

    Attorneys for Himfield Limited

LEHMAN BROTHERS HOLDINGS, INC.

By: _____
    Garrett A. Fail
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153
    Telephone: (212) 310-8000
    Facsimile: (212) 310-8007

    Attorneys for Lehman Brothers
    Holdings Inc.

WEIL:\95605121\1\58399.0011