B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
# Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.     Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Morgan Stanley Senior Funding, Inc.</u><br>Name of Transferee | <u>AG Super Fund International Partners, L.P.</u><br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Morgan Stanley Senior Funding, Inc.
1585 Broadway, 2nd Floor
New York, NY 10036
Attn: John Ragusa
Email: nydocs@morganstanley.com

With a copy to:
Richards Kibbe & Orbe LLP
One World Financial Center
New York, NY 10281-1003
Attn: Managing Law Clerk

Court Claim # (if known): <u>11307</u>
Date Claim Filed: <u>September 10, 2009</u>
Amount of Claim Transferred: <u>$21,564,858.05</u>
Debtor: <u>Lehman Brother Special Financing Inc.</u>

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ John Ragusa_____     Date:    2/23/16
Transferee/Transferee's Agent
John Ragusa
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

918963v.2 892/04722

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **AG Super Fund International Partners, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Morgan Stanley Senior Funding, Inc.** ("Assignee") all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, **$21,564,858.05** of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Special Financing Inc.** (the "Debtor"), the debtor in chapter 11 Case No. 08-13888 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 11307**) filed by Morgan Stanley Capital Services, LLC, as Assignor's predecessor-in-interest, with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this __23__ day of February 2016.

        **AG SUPER FUND INTERNATIONAL PARTNERS, L.P.**, as Seller
        By: AG Super Fund International LLC, General Partner
        By: AG Funds, L.P., Managing Member

        By: _/s/ Michael L. Gordon_
        Name: Michael L. Gordon
        Title: Authorized Signatory

        **Morgan Stanley Senior Funding, Inc.**

        By: _____
        Name:
        Title:

918963v.2 892/04722

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **AG Super Fund International Partners, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **Morgan Stanley Senior Funding, Inc.** ("Assignee") all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, **$21,564,858.05** of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Special Financing Inc.** (the "Debtor"), the debtor in chapter 11 Case No. 08-13888 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 11307**) filed by Morgan Stanley Capital Services, LLC, as Assignor's predecessor-in-interest, with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this  23  day of February 2016.

AG SUPER FUND INTERNATIONAL
PARTNERS, L.P., as Seller
By:  AG Super Fund International LLC,
        General Partner
By:  AG Funds, L.P.,
        Managing Member

By: _____
Name:
Title:

**Morgan Stanley Senior Funding, Inc.**

By: _____*John Ragusa*_____
Name:   John Ragusa
Title:   Authorized Signatory

20

918963v.2 892/04722