Alex R. Rovira
Brian J. Lohan
Andrew P. Propps
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 839-5300
Facsimile: (212) 839-5599

*Attorneys For Skandinaviska Enskilda Banken AB (publ)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                          :
In re:                                    :   Chapter 11
                                          :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :   Case No. 08-13555 (SCC)
                                          :
                    Debtors,              :   (Jointly Administered)
                                          :
                                          :
------------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )   s.s.:
COUNTY OF NEW YORK        )

      1. EILEEN A. MCDONNELL, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Sidley Austin LLP.

      2. On February 19, 2016 I caused to be served true and correct copy of the

**RESPONSE AND RESERVATION OF RIGHTS OF SKANDINAVISKA ENSKILDA BANKEN AB (PUBL) TO THE PLAN ADMINISTRATOR'S FIVE HUNDRED EIGHTH-OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)** by email and by Federal Express upon: (i) Weil Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY

ACTIVE 57874298v.1

10153, Attn: Garrett A. Fail, Esq.(garrett.fail@weil.com) and Melissa Siegel, Esq. (melissa.siegel@sidley.com); and by Federal Express (ii) Office of the U.S. Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn: William K. Harrington, Esq., Andrea Schwartz, Esq. and Susan Golden, Esq.

                                    /s/ Eileen A. McDonnell
                                       EILEEN A. MCDONNELL

Sworn to before me this
23rd day of February, 2016

/s/ Ricardo A. Murray
Notary Public, State of New York
No. 01MU4995024
Qualified in Kings County
Certificate Filed in New York County
Commission Expires April 13, 2018

NY1 7118012v.1