WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                            :    **Chapter 11 Case No.**
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    **08-13555 (SCC)**
                                                                 :
            Debtors.                                         :    **(Jointly Administered)**
                                                                 :
                                                                 :
------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF FIVE HUNDRED**
**EIGHTH OMNIBUS OBJECTION TO CLAIMS**
**(DISPUTED VALUATION CLAIMS) SOLELY AS TO CLAIM NUMBER 67938**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases is withdrawing the Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 50899] **solely with respect to claim number 67938**.

Dated: February 24, 2016
      New York, New York

                                         /s/ Garrett A. Fail
                                         Garrett A. Fail
                                         WEIL, GOTSHAL & MANGES LLP
                                         767 Fifth Avenue
                                         New York, New York 10153
                                         Telephone: (212) 310-8000
                                         Facsimile: (212) 310-8007

                                         Attorneys for Lehman Brothers
                                         Holdings Inc. and Certain of Its Affiliates