Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel to Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- X
In re:                                                                    :     Chapter 11
                                                                          :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                                  :
                                                                          :
                              Debtors.                                    :
---------------------------------------------------------------------------- X

# NOTICE OF COURT CONFERENCE

**PLEASE TAKE NOTICE** that on February 19, 2016, Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors [Docket No. 23023-1] (the "Plan") filed the *Motion For Sanctions Against William Kuntz III* [Docket No. 52113] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that on February 19, 2016, LBHI filed—and delivered to the Court—a letter seeking a status conference concerning the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a conference (the "Conference") in courtroom 623 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on **March 1, 2016 at 11:00 a.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge Shelley C. Chapman's individual rule on telephonic appearances, those interested parties located outside of Manhattan unable to attend the Conference in person may participate telephonically via CourtCall by: (a) submitting a request for permission to participate telephonically to Chambers at

scc.chambers@nysb.uscourts.gov and (b) registering with CourtCall via its toll free number, (866) 582-6878.

**PLEASE TAKE FURTHER NOTICE** that if you wish to be heard with respect to the foregoing matters, you must attend the Conference.

Dated: February 24, 2016
      New York, New York

                                  Respectfully submitted,

                                  QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                  By: */s/ Andrew J. Rossman*
                                        Susheel Kirpalani
                                        Andrew J. Rossman
                                        James C. Tecce
                                        Tyler G. Whitmer

                                  *Counsel to Lehman Brothers Holdings Inc.*