**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | |

---

## CERTIFICATE OF SERVICE

I, Benjamin Odell, certify that on February 24, 2016, I caused a true and correct copy of the *Notice of Court Conference* to be filed and to be served via electronic mail and delivered by overnight, express mail postage prepaid upon the following addresses:

William Kuntz, III
India St PO Box 1801
Nantucket Island, MA 02554-1801

kuntzwm1@yahoo.com

Dated:    February 24, 2016
          Los Angeles, California

_____
Benjamin Odell