**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------------x
                                             :

| | |
|---|---|
| In re | :    **Chapter 11 Case No.** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | :    **08-13555 (SCC)** |
| | :    **(Jointly Administered)** |
| **Debtors.** | : |
| | : |

-------------------------------------------------------------------------------x    **Ref. Docket Nos. 51300, 51577**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                         ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 5, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                            */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
15th day of January, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SERENGETI OPPORTUNITIES MM L.P.
TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE
C/O SERENGETI ASSET MANAGEMENT LP
ATTN: ERIN FINEGAN
632 BROADWAY, 12TH FLOOR
NEW YORK, NY 10012

Please note that your claim # 59598-05 in the above referenced case and in the amount of
$0.00 allowed at $566,189.25 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101315272 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000172097



CANTOR FITZGERALD SECURITIES
TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P.
ATTN: NILS HORNING
110 E. 59TH STREET
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51300          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/05/2016          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 5, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ABN AMRO BANK N.V. | ATTN: SOPHIE DUVILLIER, LEGAL DEPT/FINANCIAL MARKETS TEAM INTERNAL, CODE: PAC AH2107 / J91-E1-05B, FOPPINGADREEF 26, AMSTERDAM 1102 CX NETHERLANDS |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: ABN AMRO BANK N.V., ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: THE ROYAL BANK OF SCOTLAND, PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP, C/O SERENGETI ASSET MANAGEMENT LP; ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FL, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 33**