**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                                            :       Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :       08-13555 (SCC)
:       (Jointly Administered)
Debtors.                                        :
:
---------------------------------------------------------------x   Ref. Docket No. 51578

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 6, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
15th day of January, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

  Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

RBS COUTTS BANK AG
STAUFFACHERSTRASSE 1
POSTFACH
ZURICH 8022
 SWITZERLAND

BAR(23) MAILID *** 000101316767 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1000



BANK JULIUS BAER & CO. LTD.
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
ZURICH CH-8010
 SWITZERLAND

**Your transfer of claim # 45221-36 is defective for the reason(s) checked below:**

Other ISIN not related to Claim 45221

Docket Number   51578              Date:   12/02/2015

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |

**Total Creditor Count 2**