**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x
:
In re                                                                :        **Chapter 11 Case No.**
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                         :         **08-13555 (SCC)**
                                                                     :        **(Jointly Administered)**
                          **Debtors.**                               :
                                                                     :
---------------------------------------------------------------------x        **Ref. Docket Nos. 51111, 51680,**
                                                                              **51681, 51720, 51722, 51723, 51727,**
                                                                              **51728, 51762-51764**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 8, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*
                                                      Lauren Rodriguez

Sworn to before me this
15th day of January, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101322960 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000172134



CHASE LINCOLN FIRST COMMERCIAL CORP.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C.
ATTN: JEFFREY L. PANZO/MC: NY1-L204
277 PARK AVENUE - FLOOR 11
NEW YORK, NY 10172

Please note that your claim # 17198-06 in the above referenced case and in the amount of
$43,219,651.31 allowed at $14,956,600.40 has been transferred (unless previously expunged by court order)

VARDE INVESTMENT PARTNERS, LP
TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP.
ATTN: EDWINA PJ STEFFER
901 MARQUETTE AVE S. SUITE 3300
MINNEAPOLIS, MN 55402

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51720                 in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/08/2016                              Vito Genna, Clerk of Court

                                             /s/  Lauren Rodriguez

                                             EPIQ BANKRUPTCY SOLUTIONS, LLC

                                             as claims agent for the debtor(s).

FOR EBS USE ONLY:     This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 8, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: KT CREDIT LLC, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE, FL 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE -FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: KT CREDIT LLC, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE, FL 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, LP, ATTN: JEFFREY L. PANZO/MC: NY1-L204, 277 PARK AVENUE - FLOOR 11, NEW YORK, NY 10172 |
| DBS BANK (HONG KONG) LIMITED | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, ATTN: HEAD OF WEALTH MANAGEMENT OPS, WEALTH MANAGEMENT OPERATIONS, 14TH FLOOR, ONE ISLAND EAST, 18 WESTLANDS ROAD, QUARRY BAY  HONG KONG |
| DBS BANK LTD | TRANSFEROR: DBS BANK (HONG KONG) LIMITED, ATTN: HEAD OF WEALTH MANAGEMENT OPERATIONS, 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBYB, DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: SG PRIVATE BANKING SUISSE SA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| KWOK MAN TAT / KWOK MAN PIU FRANKIE | FLAT D 6/F, CAPITAL TRADE CENTRE, 62 TSUN YIP STREET, KWUN TONG, KLN  HONG KONG |
| KWOK MAN TAT / KWOK MAN PIU FRANKIE | FLAT D 6/F, CAPITAL TRADE CENTRE, 62 TSUN YIP STREET, KWUN TONG, KLN  HONG KONG |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |

| EPIQ BANKRUPTCY SOLUTIONS, LLC | **Page 1 OF  3** |
|---|---|

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND, LTD., STONE LION PORTFOLIO L.P./STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVENUE, 18TH FLOOR NEW, NEW TORK, NY 10017 |
| PERMAL STONE LION FUND, LTD. | TRANSFEROR: MACQUARIE BANK LIMITED, STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20, LAUSANNE 1001 SWITZERLAND |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWOK MAN TAT / KWOK MAN PIU FRANKIE, 21/F STANDARD CHARTERED TOWER, 388, KWUN TONG ROAD, HONG KONG  HONG KONG |
| STANDARD CHARTERED BANK (HONG KONG) LTD. | TRANSFEROR: KWOK MAN TAT / KWOK MAN PIU FRANKIE, 21/F STANDARD CHARTERED TOWER, 388, KWUN TONG ROAD, HONG KONG  HONG KONG |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 8500 NORMANDALE LAKE BLVD, STE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND V-B LP, THE | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND V-B LP, THE | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, MINNEAPOLIS, MN 55437 |
| VARDE FUND V-B LP, THE | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 |

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 64**