**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                            :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,         :    08-13555 (SCC)
:    (Jointly Administered)
Debtors.                         :
:
---------------------------------------------------------------x    Ref. Docket No. 51757

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 11, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
28th day of January, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

HSBC TRUSTEE (C.I.) LIMITED
IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE
QUARTZ SERIES 2001-3 EUR44,913,000 ZERO COUPON FUND-LINKED PRINCIPAL
PROTECTED NOTES DUE 2009 (ISIN:XS0135569621) BY QUARTZ FINANCE LIMITED
ATTN: JACKI F. BRAID
P.O BOX 88, 1 GRENVILLE STREET
ST HELIER JERSEY JE49PF
 UNITED KINGDOM

BAR(23) MAILID *** 000101493606 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1001



AVIVA LIFE S.P.A.
CHIEF EXECUTIVE OFFICER
VIA ANGELO SCARSELLINI 14
MILAN 20161
 ITALY

**Your transfer of claim # 18873 is defective for the reason(s) checked below:**

Other Estimated at $0.00

Docket Number   51757         Date:   12/16/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE S.P.A. | CHIEF EXECUTIVE OFFICER, VIA ANGELO SCARSELLINI 14, MILAN 20161 ITALY |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE, QUARTZ SERIES 2001-3 EUR44,913,000 ZERO COUPON FUND-LINKED PRINCIPAL, PROTECTED NOTES DUE 2009 (ISIN:XS0135569621) BY QUARTZ FINANCE LIMITED, ATTN: JACKI F. BRAID, P.O BOX 88, 1 GRENVILLE STREET, ST HELIER JERSEY JE49PF UNITED KINGDOM |

**Total Creditor Count 2**