UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------x
                                              :
In re                                         :        Chapter 11 Case No.
                                              :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,      :         08-13555 (SCC)
                                              :        (Jointly Administered)
                        Debtors.              :
                                              :
-------------------------------------------------------------------------------x      Ref. Docket Nos. 51300, 51553,
                                                                                      51759, 51775


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On January 12, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant
    to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached
    hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the
    transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                               Lauren Rodriguez

Sworn to before me this
28th day of January, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

BLUEMOUNTAIN DISTRESSED MASTER FUND, LP
TRANSFEROR: ILLIQUIDX LLP
C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC
280 PARK AVENUE, 5TH FLOOR EAST
ATTN: YI SHU
NEW YORK, NY 10017

Please note that your claim # 59233-85 in the above referenced case and in the amount of
$0.00 allowed at $92,175.92 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101550463 ***         LBH TRFNTC (ADDRESS2, ADRKEYID3) 31799



BARCLAYS BANK PLC
ATTN: JEFF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: BLUEMOUNTAIN DISTRESSED
MASTER FUND, LP
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER       51759       in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/12/2016                    Vito Genna, Clerk of Court

                                        /s/  Lauren Rodriguez
                                        _____
                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 12, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | TRANSFEROR: BLUEMOUNTAIN DISTRESSED MASTER FUND, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BLUEMOUNTAIN DISTRESSED MASTER FUND, LP | TRANSFEROR: ILLIQUIDX LLP, C/O BLUEMOUNTAIN DISTRESSED MASTER FUND, LLC, 280 PARK AVENUE, 5TH FLOOR EAST, ATTN: YI SHU, NEW YORK, NY 10017 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 10 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 0 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 10 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 0 E. 59TH STREET, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CITIBANK, N.A. EGYPT | ATTN: AFTAB AHMED, 8 AHMED PASHA STREET, GARDEN CITY, CAIRO   EGYPT |
| CITIBANK, N.A. EGYPT | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK, N.A. EGYPT | ATTN: AFTAB AHMED, 8 AHMED PASHA STREET, GARDEN CITY, CAIRO   EGYPT |
| CITIBANK, N.A. EGYPT | ATTN: AFTAB AHMED, 8 AHMED PASHA STREET, GARDEN CITY, CAIRO   EGYPT |
| CITIBANK, N.A. EGYPT | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| COMMERCIAL INTERNATIONAL BANK - EGYPT (S.A.e.) | TRANSFEROR: CITIBANK, N.A. EGYPT, ATTN: TAMER FOUAD, B211/F2, FINANCIAL DISTRICT, SMART VILLAGE, CAIRO ALEXANDRIA DESERT ROAD, GIZA, CAIRO   EGYPT |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| SERENGETI OPPORTUNITIES MM L.P. | F/K/A SERENGETI OVERSEAS MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: YI SHU, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS, LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OVERSEAS LTD, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: S CHOUDHURY; 632 BROADWAY, 12TH FL, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: SHAKER CHOUDHURY, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: SERENGETI OPPORTUNITIES PARTNERS LP, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI OPPORTUNITIES MM L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| VARDE INVESTMENT PARTNERS LP | ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE INVESTMENT PARTNERS LP | ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |

**Total Creditor Count 67**