**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
: 
In re                                                                       :          Chapter 11 Case No.
                                                                            :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                                 :           **08-13555 (SCC)**
                                                                            :          **(Jointly Administered)**
                              **Debtors.**                                   :
                                                                            :
-------------------------------------------------------------------------------x          **Ref. Docket Nos. 51085, 51554,**
                                                                                         **51573, 51677, 51678, 51736, 51743,**
                                                                                         **51744, 51748-51751, 51754, 51755,**
                                                                                         **51758, 51811, 51838**


## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 14, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                                          */s/ Lauren Rodriguez*
                                                           Lauren Rodriguez

Sworn to before me this
28th day of January, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101574999 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 555854-78 in the above referenced case and in the amount of
$50,000.00 allowed at $50,563.89 has been transferred (unless previously expunged by court order)

IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: ROBERT SOMMER
211 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51743          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  01/14/2016                        Vito Genna, Clerk of Court

                                        /s/  Panagiota Manatakis

                                        EPIQ BANKRUPTCY SOLUTIONS, LLC

                                        as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 14, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLBRECK LIMITED | SUITE 4, 7TH FLOOR, 2M CORNWALL STREET, KOWLOON, HONG KONG SAR  CHINA |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA IFIGEST S.P.A. | TRANSFEROR: CREDITO VALTELLINESE S.C., ATTN: SANDRO FEI, SOCIETA ISCRITTA ALL'ALBO DELLE BANCHE AL N. 5485, CAB 02800 ABI 03185 SWIFT IFIGIT 31, PIAZZA SANTA MARIA SOPRARNO, 1, SEDE 50125 FIRENZE   ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., BANCA MEDIOLANUM S.P.A., VIA F. SFORZA, BISAGLIO 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK OF AMERICA, N.A. | TRANSFEROR: JAPAN LOANS OPPORTUNITIES BV, C/O BANK OF AMERICA MERRILL LYNCH, BANK OF AMERICA TOWER, 3RD FLOOR, ATTN: GARY S. COHEN / ANTE JAKIC, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BKM HOLDINGS (CAYMAN) LTD | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 65 EAST 55TH STREET, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 520 MADISON AVE., 30TH FLOOR; ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 520 MADISON AVE., 30TH FLOOR; ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 520 MADISON AVE., 30TH FLOOR; ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 520 MADISON AVE., 30TH FLOOR; ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, 520 MADISON AVE., 30TH FLOOR; ATTN: JENNIFER DONOVAN, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CANTOR FITZGERALD SECURITIES | STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: NILS HORNING, 110 E. 59TH STREET, NEW YORK, NY 10022 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE AG | TRANSFEROR: BANK JULIUS BAER & CO. LTD., C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROADE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | C/O KWJS & S, ATTN: MRS. ST. SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO VALTELLINESE S.C. | ATTENTION: CINZIA GERNA, PIAZZA QUADRIVIO, 8, SONDRIO 23100 ITALY |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX FINCO, LLC | TRANSFEROR: CVF LUX MASTER SARL, C/O CARVAL INVESTORS, LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BLVD, 7TH FLOOR, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVF LUX SECURITIES TRADING S.A.R.L. | TRANSFEROR: CVF LUX FINCO, LLC, C/O CARVAL INVESTORS LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STORM FUNDING LIMITED, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| ESCHER, MR. BENGT OVE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KOPERNIKUSSTRABE 69, VOLKLINGEN 66333 GERMANY |
| ESCHER, MRS. LIV ASTRID | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KOPERNIKUSSTRABE 69, VOLKLINGEN 66333 GERMANY |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | 200 WEST STREET, NEW YORK, NY 10282 |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| HKSCC NOMINEES LIMITED | ROOM 2505-06, 25/F VICWOOD PLAZA, 199 DES VOEUX ROAD, CENTRAL   HONG KONG |
| IRA FBO ROBERT SOMMER PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: ROBERT SOMMER, 211 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| JAPAN LOANS OPPORTUNITIES BV | ATTN: ELAINE CHIN, 333 SOUTH GRAND AVENUE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| JAPAN LOANS OPPORTUNITIES BV | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP, ATTN: JEFFERY D. SAFERSTEIN, 1285 AVE OF THE AMERICAS, NEW YORK, NY 10019 |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS FINANCE AG IN LIQUIDATION | TRANSFEROR: LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION), (ALSO KNOWN AS LEHMAN BROTHERS FINANCE SA EN LIQUIDATION), STAMPFENBACHSTRASSE 48, ZURICH CH-8006 SWITZERLAND |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS SECURITIES ASIA LIMITED (IN LIQUIDATION) | TRANSFEROR: HKSCC NOMINEES LIMITED, KPMG, 8/F PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: ALLBRECK LIMITED, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | NY 10036 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNICREDIT S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: VALERIA PICA, VIA ALESSANDRO SPECCHI, 16, ROME 00186 ITALY |
| UNICREDIT SPA | TRANSFEROR: UBS AG, ATTN: MS. ORNELLA BASTRENTA, VIA ALFIERI 7, TORINO 10121 ITALY |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 93**