**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                                                                      :
In re                                                                 :          **Chapter 11 Case No.**
                                                                      :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                          :          **08-13555 (SCC)**
                                                                      :          **(Jointly Administered)**
                          Debtors.                                    :
                                                                      :
------------------------------------------------------------------------x          **Ref. Docket No. 51515**


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )


LAUREN RODRIGUEZ, being duly sworn, deposes and says:


1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.


2.  On January 15, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.


3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."


                                        */s/ Lauren Rodriguez*
                                         Lauren Rodriguez


Sworn to before me this
28th day of January, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018


T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 51515_Aff 1-15-16.doc

**EXHIBIT A**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

CREDITO EMILIANO S.P.A.  
ATTN: MR. LUCA MARIANI & EFISIO BERTRAND  
VIA EMILIA S. PIETRO, 4  
REGGIO EMILIA 42100  
 ITALY

CREDITO EMILIANO S.P.A.  
ATTN: EFISIO BERTRAND  
VIA EMILIA SAN PIETRO, N. 4  
REGGIO EMILIA 42121  
 ITALY

BAR(23) MAILID *** 000101582888 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1002



BANCA MONTE DEI PASCHI DI SIENA S.P.A.  
BANCA MEDIOLANUM S.P.A.  
VIA F. SFORZA  
BISAGLIO 20080  
 ITALY

**Your transfer  of claim # 62892-14 is defective for the reason(s) checked below:**

Other Buyer Name and Transfer Amount discrepancy

 Docket Number   51515                 Date:  11/18/2015

/s/ Lauren Rodriguez

_____

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | BANCA MEDIOLANUM S.P.A., VIA F. SFORZA, BISAGLIO 20080 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |

**Total Creditor Count 3**