**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
In Re                                                                  :        Chapter 11
                                                                              :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :        Case No. 08-13555 (SCC)
                                                                              :
                                                                              :
      Debtors.                                              :
-----------------------------------------------------------------x

**ORDER ON MOTION OF**
**FONDO DE PROTECCION SOCIAL DE LOS DEPOSITOS**
**BANCARIOS FOR SUBSTITUTION OF COUNSEL AND TO DESIGNATE**
**<u>HOMER BONNER JACOBS AS AGENT FOR RECEIPT OF ALL DISTRIBUTIONS</u>**

UPON Creditor Fondo De Proteccion Social de los Depositos Bancarios' ("FOGADE[']s]") Motion for Substitution of Counsel and to Designate Homer Bonner Jacobs as Agent for Receipt of All Distributions. Upon review of the Motion, the Court determines that the Motion and relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b), that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409, and that due, proper, and sufficient notice of the Motion having been provided; and it appearing that no other or further notice need to be provided, and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefore, it is:

ORDERED that the Motion is GRANTED as provided herein; and it is further

ORDERED that of Homer Bonner Jacobs, P.A., and Otterbourg, P.C., are substituted as counsel for FOGADE; and it is further

ORDERED that the duly appointed claims agent is authorized and directed to cause the respective claims registered to be updated to reflect that Homer Bonner Jacobs, P.A., is the agent for the claims numbered 62726, 62722, and 64729 (the "LBHI Claims"); and it is further;

ORDERED that the LBHI Plan Administrator (the "Plan Administrator") is authorized to distribute all amounts due in connection with the LBHI Claims to Homer Bonner Jacobs, P.A., as agent to FOGADE (the "Distributee"), at such times as the Plan Administrator makes distributions to similarly situated claimants, provided that the Distributee completes and returns any tax forms and other documentation required to be received by the Plan Administrator prior to the effectuation of such payment; and it is further

ORDERED that the Plan Administrator, and any parties claiming thereunder, and all professionals and employees of the Plan Administrator, are relieved and discharged from any and all liability with respect to the LBHI Claim, or any money or assets that form the basis for the LBHI Claims, respectively, to any other persons who claim or may claim an interest, beneficial or legal, in the LBHI Claims or any of the money or assets that form the basis for those claims, for any distributions to Homer Bonner Jacobs, P.A. subsequent to the date of entry of this order; and it is further

ORDERED that is Order shall be effective and enforceable immediately upon entry and shall constitute a final order within the meaning of 28 U.S.C. § 158(a). To the extent applicable, Bankruptcy Rule 6004(h) is hereby waived; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: New York, New York

      February 25, 2016

                                        /S/ Shelley C. Chapman
                                        HONORABLE SHELLEY C. CHAPMAN
                                        UNITED STATES BANKRUPTCY JUDGE