*Execution Version*

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>                Case No. 08-13555 (JMP)

                                                                                                (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Eurocapital Land, Inc.** | **Standard Chartered Bank** |

Name and Address where notices to transferee should be sent:

**Eurocapital Land, Inc.**
Unit L4-A, Burgundy Westbay Tower
No. 820 P. Ocampo Sr. St.
Manila, Philippines

-and-

**Standard Chartered Bank**
1095 Avenue of the Americas
New York, NY 10036

Court Claim # (if known): **0000029740**
Allowed Amount of Claim: **$25,607,813.99**
Date Claim Filed: **September 22, 2009**
Amount of Claim Transferred: **$4,721,345.53**

Name and Address where transferee payments should be sent (if different from above):

**Standard Chartered Bank**
*1095 Avenue of the Americas*
*New York, NY 10036*

*Attn:  Marc Chait*

*Execution Version*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: ____2/25/16____

     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date _____,     _____

                            **CLERK OF THE COURT**

*Execution Version*

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:    Clerk, United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>")

STANDARD CHARTERED BANK, as assignor (the "<u>Assignor</u>"), for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, sold, transferred and assigned to EUROCAPITAL LAND, INC. (along with its successors and assigns, the "<u>Assignee</u>"), a portion equal to $4,721,345.53 (the "<u>Assigned Claim</u>") of its rights, title and interest in the Assignor's general unsecured allowed claim (Claim No. 0000029740) timely filed against Lehman Brothers Holdings, Inc. in the above referenced Chapter 11 case, which claim was allowed in the amount of $25,607,813.99 pursuant to an order of the Bankruptcy Court entered on January 31, 2013 [Docket No. 34358].

The Assignee has the following business address:

> Eurocapital Land, Inc.
> Unit L4-A, Burgundy Westbay Tower
> No. 820 P. Ocampo Sr. St.
> Manila, Philippines

The Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, applicable local bankruptcy rules or applicable law, and stipulates that an order may be entered recognizing this Partial Transfer of Claim Other Than For Security as an unconditional assignment and the Assignee herein as the valid owner of the Assigned Claim.

Until you receive a written notice from the Assignee and the Assignor signed by both parties containing instructions to the contrary: (i) all future payments and distributions in respect of the Assigned Claim shall be made to the Assignor (accordingly, all checks in respect thereof shall be made payable to "Standard Chartered Bank") at the address set forth on the first page hereof and (ii) all notices and other communications in respect of the Assigned Claim shall be delivered to the Assignor and Assignee at their respective addresses set forth on the first page hereof.

[Remainder of page left blank]

*Execution Version*

IN WITNESS WHEREOF, the parties have executed this document on the 25th day of February 2016.

EUROCAPITAL LAND, INC., Assignee

By: _____
Name: Jesse G. Clamor
Title:

Acknowledged and Agreed:

STANDARD CHARTERED BANK, Assignor

By: _____
Name: Marc Chait
Title: Head, Americas
Group Special Assets Management