# <u>Exhibit A</u>
(Non-Objecting Parties)

## Non-Objecting Parties

1100 VERMONT OWNER LLC
2004 Sicon Ltd Group Defined Benefit Pension & Death Benefit Scheme
3i Group PLC
3M Employee Retirement Income Plan
3M Employees Welfare Benefits Association Trust I
3M Voluntary Investment Plan and Employee Stock Ownership Plan and 3M
55 Holdingco LLC
820 Management Trust
A.M. MCGREGOR
Aareal Bank AG
AB Svensk Exportkredit (publ)
AB2 Fund
Abaxbank S.p.A.
ABBEY NATIONAL PLC
Abeline AS
Aberdeen Emerging Market Debt Fund LLC
Aberdeen Emerging Market Debt Portfolio
Aberdeen Global - Euro High Yield Bond Fund
Aberdeen Global II – Euro Corporate Bond Fund
Aberdeen Global II - Global Aggregate Bond Fund
Aberdeen Global II – Global High Yield Bond Fund
Aberdeen Global II - Index Linked Bond Fund
Aberdeen Global II - Long Dated Sterling Bond Fund
Aberdeen Global II – Long Dated Sterling Credit Fund
Aberdeen Global IV - Core Plus Index Linked Bond Fund
Aberdeen Global IV - Core Plus Long Dated Sterling Credit Fund
Aberdeen Global IV - Core Plus Sterling Bond Fund
Aberdeen Global IV – Core Plus Sterling Credit Fund
Aberdeen Global IV - Fixed Income Alpha Fund
Aberdeen High Grade Bond Fund
Aberdeen Investment Funds ICVC - Aberdeen Corporate Bond Fund
ABN AMRO Bank N.V. (except as to questionnaire(s) filed by Rogge Global Partners)
ABRAMS CAPITAL PARTNERS II LP
ABSOLUTE SOFTWARE CORPORATION
Abu Dhabi Retirement Pensions and Benefits Fund
ACCESS ASIA INVESTMENT HOLDINGS (BVI) LTD
Access Flex Bear High Yield Fund
Access Flex High Yield Fund
ACCESS GROUP INC SERIES 2005-A
ACCESS GROUP, INC. [2005-A INTEREST RATE SWAP]
ACCESS GROUP, INC. [2005-B INTEREST RATE SWAP]
ACCESS GROUP, INC. [2007-A INTEREST RATE CAP]
Access VP High Yield Fund
Accord Energy Limited
ACM Global Credit - U.S. Sub-Fund
ACTS Retirement-Life Communities, Inc.
ACUITY MASTER FUND LTD
Acuity Master Fund Ltd.
Adam Lindemann
ADAR INVESTMENT FUND LTD.
ADI ARBITRAGES ABSOLU
ADI CONVERT ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI CONVEX
ADI CONVEX ABSOLU c/o ADI-ALTERNATIVE INVESTMENTS
ADI CREDIT ARB ABSOLU
ADI CREDIT OPPORTUNITIES

ADI EXPLORASIA c/o ADI ALTERNATIVE INVESTMENTS
ADI GLOBAL OPPORTUNITY c/o ADI ALTERNATIVE INVESTMENTS
ADI HIGH YIELD c/o ADI ALTERNATIVE INVESTMENTS
ADI LONG SHORT EUROPE c/o ADI-ALTERNATIVE INVESTMENTS
ADI MULTISTRATEGIES c/o ADI ALTERNATIVE INVESTMENTS
ADI RISK ARB ABSOLU c/o ADI ALTERNATIVE INVESTMENTS
ADI SITUATIONS SPECIALES c/o ADI-ALTERNATIVE INVESTMENTS
ADM GALLEUS FUND LIMITED
ADM GLADIUS FUND LIMITED
Adolfo Carlos De La Fuente & Alejandra Romo De La Fuente JTWROS
Advanced Graphic Printing, Inc.
ADVANCED INFORMATION MANAGEMENT
Advanced Micro Devices, Inc.
AECO Gas Storage Partnership
AES Eastern Energy L.P.
AETERNO MASTER FUND LP
AFCO Cargo PIT LLC
AFTRA Retirement Funds
AG Financial Products Inc.
AGFIRST FARM CREDIT BANK
Agilent Technologies Inc
Agilent Technologies UK Limited Retirement Benefits Plan
AgriBank, FCB
Agricultural Bank of China Limited
Agustin Delgado Solis TOD Rosalinda Ramirez Rivas ALL LIVING ISSUE
Ahorro Coporación Financiera, S.V., S.A.
AHV - Swiss Federal Social Security Fund
AIG Financial Products Corp.
AIG International Inc.
AIG Markets, Inc. (formerly known as AIG CDS, Inc.)
AIG Retirement Plan Inc. Retirement Master Trust
AIG-FP Structured Finance (Cayman) Limited
AIR CANADA INC
AIRASIA BERHAD
Aircraft Finance Trust
Airlie CDO I, LTD
Airlie LCDO I (Aviv LCDO 2006-3), LTD
Airlie LCDO II (Pebble Creek 2007-1), LTD
AIRLIE OPPORTUNITY MASTER FUND LTD
Akanthos Arbitrage Master Fund, L.P.
Aktia Bank plc
Alabama Trust Fund
Aladdin Relative Value Credit Master Fund Limited
ALAN B. LEE TRUST DTD 10/14/04
Alandsbanken Plc
Alaska Permanent Fund Corporation
ALASTAIR P BLACKWELL
Alberto Sarquis Sade & Victor Sarquis Sade JTWROS
Alcatel-Lucent
Alcon Laboratories Employees' Defined Contribution Plan
Aldo Hernandez
Aleppa Funding I LLC
Alf Tore Smidesang
Alfredo Amparan Gonzalez & Magaly Garza Marinez JTWROS TOD ALL LIVING
Aliant Bank
ALL NIPPON AIRWAYS CO LTD
Allegiance (DC) 1150 18th Street LLC
Allergan, Inc. Pension Plan

Allgemeine Sparkasse Oberösterreich Bankaktiengesellschaft

AllianceBernstein Alternative Investments (Master) - Fixed Income High Alpha Portfolio

AllianceBernstein Bond Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio

AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Core Fixed Income Collective Trust

AllianceBernstein Collective Investment Trust Series - AllianceBernstein US Strategic Core-Plus Fixed Income Collective Trust

AllianceBernstein Variable Products Series Fund, Inc. - AllianceBernstein Intermediate Bond Portfolio

ALLIANZ GLOBAL INVESTORS FRANCE CEA PIMCO DT

Allianz Global Investors France S.A., acting on behalf of and for the

Allianz Global Investors Kapitalanlagegesellschaft mbH

Allianz Global Investors Luxembourg S.A.

ALLIANZ RISK TRANSFER AG

Allied Irish Banks, p.l.c.

Allina Health System Defined Benefit Master Trust

Allina Health System Trust

Alllianz Global Investors Kapitalanlagegesellschaft mbH

Allstate Life Insurance Company

Alpha Asset Management A.E.D.A.K.(on behalf of Alpha Monthly Income Foreign Bond Fund)

Alpha Bank A.E.

ALPHA DRIVE EURO CONVERTIBLES c/o ADI ALTERNATIVE INVESTMENTS

Alpstar European Credit Opportunity Master Fund, Ltd.

Alternative High Yield Bank Loan Pool - Acct. No. 6fpc (GMAM GP Trust I)

AM INTERNATIONAL E MAC 63 LIMITED

AM Master Fund I, LP

Amber Finance Limited

Amber Master Fund (Cayman) SPC

AMERICAN CHARTERED BANK

AMERICAN CYBERSYSTEMS

AMERICAN EQUITY INVESTMENT LIF E INSURANCE COMPANY

American Municipal Power, Inc.  f/k/a American Municipal Power- Ohio, Inc

AMERICAN NATIONAL INSURANCE COMPANY

AmeriCredit Financial Services, Inc.

Ameriprise Financial, Inc.

Amir Mehr

Amira Elena Vazquez Gallareta-TOD-Rodrigo Vazquez G

Amortizing Residential Collateral Trust Mortgage Pass-Through

Amortizing Residential Collateral Trust, Mortgage Pass

Amortizing Residential Collateral Trust, Mortgage-Pass Through

AMTD STRATEGIC CAPITAL LIMITED AND AMTD RISK MANAGEMENT LIMITED

An Foras Aiseanna Saothair Pension Fund

An Post Superannuation Scheme

Ana M Preciate-Medicuti & Mariana Menendez P TOD Diana E-Maria V-Manue

Anchorage Crossover Credit Offshore Master Fund, Ltd.

Anchorage Short Credit Offshore Master Fund II, Ltd.

Anchorage Short Credit Offshore Master Fund, Ltd.

Andor Technology Fund, L.P.

Andor Technology Offshore Fund, Inc.

Andor Technology Perennial Fund, L.P.

Andreas Carlsen

Andres P. Meta and Nicolás Coyan

ANF PARTNERS #1

Anglo Irish Bank Corp Plc Pension Plan

Anglo Irish Bank Corporation PLC

Anne S. McKenny

ANP FUNDING I, LLC

antonio quintero ternero

Aozora Bank, Ltd.

Appleby Trust (Jersey) Limited as trustee of the Diageo No. 2 EBT

Aquamarine Finance Public Limited Company Series 2004-1

Aquamarine Finance Public Limited Company Series 2004-2

Aquamarine Finance Public Limited Company Series 2007-1

Arab Banking Corporation (B.S.C.)

Arche Master Fund, L.P.

Archstone f/k/a Archstone-Smith Operating Trust

Archstone TIC Mezz Holdings LLC

AREA- Societe des Autoroutes Rhone Alpes

Ares Enhanced Credit Opportunities Master Fund, L.P.

ARES ENHANCED LOAN INVESTMENT STRATEGY II LTD

ARES IX CLO LTD

Ares VIII CLO Ltd.

Ares VIR CLO Ltd.

ARG Funding Corp. Series 2005-1 A

ARG Funding Corp. Series 2005-2 A

Argos Pension Scheme Nominees Limited as Trustees of the

ARISTEIA INTERNATIONAL LIMITED

ARISTEIA PARTNERS L.P.

ARISTEIA SPECIAL INVESTMENTS MASTER LP

Arizona Public Service Company

Arlington Partners LP

Arnt Berg Rognli

ARROWGRASS MASTER FUND LTD

arsago Alternative Investments SPC for the account of arsago STIRT Seg

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF ARSAGO GLOBAL MACRO OPPORTUNI

ARSAGO STRATEGIES SPC FOR THE ACCOUNT OF PREMIUM CURRENCI

Artradis Barracuda Fund

Artradis Russian Opportunities Fund

Artradis Volatility Opportunities Fund

Arturo Giacoman & Bertha A Esparza Zorilla JTWRO TOD

ASA CALIFORNIA TAX ADVANTAGED FUND LP

ASA NY TAX ADVANTAGED FUND LP

ASA TAX ADVANTAGED RELATIVE VALUE FUND LP

ASA TAXABLE RELATIVE VALUE FUND LTD

Asahi Mutual Life Insurance Co.

ASBL Fonds de Pension et de Prévoyance de la S.A. IBM Belgium

Asbury Atlantic, Inc.

Asbury-Solomons, Inc.

Ascension Health  - Health System Depository Index Plus Account

Ascension Health - Health System Depository HSD

Ascension Health Insurance VEBA - Core Full

Ascension Health Insurance, Ltd - Core Full

Ascension Health Retirement Trust - Core Full Account

ASHTON FOREST PARK, LP

Asian Century Quest (QP), LP

Asian Century Quest Fund LP

Asian Century Quest Offshore Fund, Ltd.

ASIAN CRC HEDGE FUND

Asian Inflation Response Fund - (#4634)

ASIAN MULTI FINANCE HEDGE FUND

ASIAN SBC HEDGE FUND

ASIAN SPECIAL FINANCE HEDGE FUND

Aspen Bell, Limited
Aspen Lucian Limited
Aspen Noah, Limited
Asset Managers International Ltd. (attn of Carolyn Hiron)
Assicurazioni Generali S.p.A.
Associated Bank, National Association
AstraZeneca Pensions Trustee Limited
Astrea LLC
AT&T Inc. f/k/a SBC Communications Inc.
ATEL TRADING
Atlantic International Finance Limited
ATOUT EUROLAND
ATOUT FRANCE
Atrium III
ATTIC ANGEL ASSOCIATION
Attorneys' Liability Assurance Society
AUGUSTUS AM LTD A/C PARK GATE(ALTMA FUND)
AURELIUS CAPITAL MASTER, LTD.
AURELIUS CAPITAL PARTNERS LP
Auriel Funds PLC
Austin Capital Safe Harbor Portable Alpha Offshore Fund Two, Ltd.
Australia and New Zealand Banking Group Limited
Autonomy Master Fund Limited
Autonomy Rochevera One Limited
Avenue International Master, L.P.
Avenue Investments, L.P.
Avenue Special Situations Fund IV, L.P.
Avenue Special Situations Fund V, L.P.
Avenue-CDP Global Opportunities Fund, L.P.
Avila Master Fund L.P.
Avista Corporation
Aviv LCDO 2006-1, Limited
Aviv LCDO 2006-2, Limited
AXA BELGIUM SA
AXA FRANCE VIE
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY D
AXA IM DEUTSCHLAND ACTING FOR THE ACCOUNT OF AXA EQUITY L
AXA IM DEUTSCHLAND GMBH FOR THE ACCOUNT OF WIN-FONDS
AXA IM PARIS ACTING FOR & ON BEHALF OF MATIGNON PROTECTION COLLECTIVES
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON PROTECTION VIE
AXA IM PARIS ACTING FOR AND ON BEHALF OF MATIGNON TC
AXA INSURANCE UK PLC
AXA INTERLIFE S.P.A
AXA Life Ltd (formerly Winterthur Life)
AXA PPP HEALTHCARE LIMITED
AXA SA
AXA SUN LIFE PLC
AXA WORLD FUNDS - SUB FUND ALPHA CREDIT BONDS
AXIS ACM INC.
Axis Bank Ltd, Treasury
AZIENDA ELETTRICA TICINESE
B Y Partners, L.P.
B. Gene Carter
Baker Hughes Incorporated Retirement Plan Master Trust
Balestra Capital Partners, LP
Baltimore County Employee's Retirement System
Banca Akros S.p.A.
Banca Aletti & C. S.p.A.
BANCA DI CREDITO COOPERATIVO DI ROMA SOCIETA COOPERATIVA

Banca di Credito Populare
Banca Fideuram S.p.A.
Banca IMI S.p.A.
Banca Intermobiliare di Investimenti e Gestioni SpA
BANCA INTESA INFRASTRUTTUREE SVILUPPO SPA
Banca Italease S.p.A.
BANCA MONTE DEI PASCHI DI SIENA SPA
BANCA POPOLARE DELL'EMILIA ROMAGNA SOCIETA' COOPERATIVA
BANCA POPOLARE DELL'ETRURIA E DEL LAZIO
Banca Popolare di Milano Società Cooperativa a r.l.
Banca Popolare di Novara S.p.A. (formerly known as Banca Popolare di Novara S.C.a.R.L.
Banca Popolare Pugliese s.c. per az.
Banca Profilo S.p.A.
BANCA PROFILO SPA
BANCA VALSABBINA SCPA
Bancaja Fondos, SGIIC, S.A.
BANCO BILBAO VIZCAYA ARGENTARIA, CHILE
Banco Bilbao Vizcaya Argentaria, S.A.
Banco Bradesco S.A.
BANCO COOPERATIVO ESPAÑOL, S.A.
BANCO DE INVESTIMENTO GLOBAL SA
BANCO DE ORO UNIBANK, INC
Banco Español de Crédito, S.A.
Banco Espirito Santo de Investimento, S.A.
Banco Espirito Santo, S.A.
Banco Finantia S.A.
Banco Inverlat S A FID 10179
Banco Itau BBA S.A.
Banco Mercantil del Norte S.A.
Banco Popular Español, S.A.
Banco Santander - Chile
Banco Santander (México), S.A. Institución de Banca Múltiple Grupo Financiero Santander
Banco Santander Puerto Rico
Banco Santander, S.A.
BANCO VOTORANTIM S.A., NASSAU
Bangko Sentral NG Pilipinas
Banif - Banco de Invsetimento, S.A.
BANK FOR INTERNATIONAL SETTLEMENTS FX DEPT
Bank Indonesia
Bank Leumi (Switzerland) Ltd.
Bank Leumi le-Israel B.M.
Bank Leumi USA
Bank of China
Bank of Estonia
Bank of Ireland Asset Management Equity Mutual Fund
Bank of Ireland Asset Management Managed Mutual Fund
BANK OF OKLAHOMA
Bank of Scotland plc
BANK OFAMERICA, NATIONAL ASSOCIATION, AS TRUSTEE ON BEHALF OF STRUCTURED ASSET SECURITIES CORPORATION, 2005-WF1
BANK SARASIN & CO. LTD
Bank Syz & Co SA
Bank Vontobel AG
BANKERS LIFE & CASUALTY INSURANCE COMPANY
BANKINTER GESTIÓN DE ACTIVOS S.A. S.G.I.I.C., acting for and on behalf of Bankinter Doble Garantizado, F.I.
Bankinter Gestión de Activos, S.A. S.G.I.I.C.  acting for and on behalf of BK Memoria 6 por 4 Garantizado II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter BK Memoria 6x4 Garantizado, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of Bankinter Incentivo Europa II Garantizado, F.I.

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria II, FI

Bankinter Gestión de Activos, S.A. S.G.I.I.C. acting for and on behalf of BK Garantía Cupón Memoria, FI

Bankinter, S.A.

Banque AIG

BANQUE CANTONALE VAUDOISE

Banque d'Orsay

Banque Edel SNC

BANQUE FEDERATIVE DU CREDIT MUTUEL

Banque Finama SA

Banque Populaire - Caisse d'Epargne

Banque Saudi Fransi

Bar of Ireland Retirement Trust Scheme - Managed Fund

Barloworld Pension Trust Limited

Bartol Family Partnership LP

BARTON CREEK SENIOR LIVING CENTER, INC.

Basler Kantonalbank

BASS, EDWARD P.

Basso Fund Ltd.

Basso Holdings Ltd.

Basso Multi-Strategy Holding Fund Ltd.

Basswood Financial Partners, L.P.

Basswood International Fund, Inc.

Basswood Opportunity Fund, Inc.

Basswood Opportunity Partners, LP

Baxter Healthcare Ireland Retirement and Death Benefit Plan

Bayerische Hypo-Und Vereinsbank AG

Bayerische Landesbank

Bayview Financial, L.P.

BBT FUND, L.P.

BBVA Bancomer S.A. Institución de Banca Múltiple, Grupo Financiero

BBVA Bancomer

Beaford Investments Limited

Beatriz Fuente De Abraham & Pablo Abraham Kuri-TOD-Jose Abraham K-

Beatriz V Sanchez S & Beatriz Suarez A TOD Manuel A Sanchez P

BEAVER CREEK GLOBAL FUND SPC

becker, donald p, m.d.

BECKER, DONALD P., M.D.

BECKER-PUTZE, CHRISTIANE & JURGEN PUTZE

BECKER-PUTZE, CHRISTINE AND JURGEN PUTZE

Bedfordshire Pension Fund

Ben Van de Bunt

BENETTON INTERNATIONAL SA

Bente Astrid Kvisgaard

Berlin-Hannoversche Hypothekenbank AG

Bernard Marcus

Berner Kantonalbank AG

Beryl Finance Limited ("Beryl") Series 2006-15 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-14 Tranche A

Beryl Finance Limited ("Beryl") Series 2007-5 Tranche A

Beryl Finance Limited ("Beryl") Series 2008-7 Tranche A

Beryl Finance Limited 2005-10

Beryl Finance Limited 2005-14

Beryl Finance Limited 2005-15

Beryl Finance Limited Series 2005-1

Beryl Finance Limited Series 2005-11

Beryl Finance Limited Series 2005-12

Beryl Finance Limited Series 2005-16

Beryl Finance Limited Series 2005-2

Beryl Finance Limited Series 2005-4

Beryl Finance Limited Series 2005-7

Beryl Finance Limited Series 2006-10

Beryl Finance Limited Series 2006-11

Beryl Finance Limited Series 2006-12

Beryl Finance Limited Series 2006-13

Beryl Finance Limited Series 2006-14

Beryl Finance Limited Series 2006-15 Tranche B

Beryl Finance Limited Series 2006-16

Beryl Finance Limited Series 2006-17

Beryl Finance Limited Series 2006-5

Beryl Finance Limited Series 2006-6

Beryl Finance Limited Series 2007-10

Beryl Finance Limited Series 2007-11

Beryl Finance Limited Series 2007-13

Beryl Finance Limited Series 2007-14B

Beryl Finance Limited Series 2007-15

Beryl Finance Limited Series 2007-16A

Beryl Finance Limited Series 2007-16B

Beryl Finance Limited Series 2007-17

Beryl Finance Limited Series 2007-18

Beryl Finance Limited Series 2007-19

Beryl Finance Limited Series 2007-2

Beryl Finance Limited Series 2007-3

Beryl Finance Limited Series 2007-4

Beryl Finance Limited Series 2007-5B

Beryl Finance Limited Series 2007-7

Beryl Finance Limited Series 2007-8

Beryl Finance Limited Series 2007-9

Beryl Finance Limited Series 2008-1

Beryl Finance Limited Series 2008-10

Beryl Finance Limited Series 2008-11

Beryl Finance Limited Series 2008-12

Beryl Finance Limited Series 2008-13

Beryl Finance Limited Series 2008-14

Beryl Finance Limited Series 2008-15

Beryl Finance Limited Series 2008-16

Beryl Finance Limited Series 2008-17

Beryl Finance Limited Series 2008-2

Beryl Finance Limited Series 2008-3

Beryl Finance Limited Series 2008-4

Beryl Finance Limited Series 2008-5

Beryl Finance Limited Series 2008-6

Beryl Finance Limited Series 2008-7B

Beryl Finance Limited Series 2008-8

Beryl Finance Limited Series 2008-9

BFT - BANQUE DE FINANCEMENT ET DE TRESORERIE

BFT GESTION ON BEHALF OF BFT VOL 2

BFT GESTION ON BEHALF OF IENA OPPORTUNITES INTERNATIONALES

BG Bau Berufsgenossenschaft der Bauwirtschaft c/o Sarah Carter

BG Energy Merchants LLC

BG International Limited

BHATIA, KAMAL & RUCHI

BHF-Bank Aktiengesellschaft

BIAM Pension Scheme

BIGOS-SIBLEY TOWER, LLC

BIOPHARM INSIGHT

Bjorn Egil Kjos

Bjørn Runar Nes
BLACK BEAR INVESTMENT FUND, LLC
Black Diamond Arbitrage Offshore Ltd.
Black Diamond Offshore Ltd.
BLACK RIVER ASIA FUND LTD.
BLACK RIVER COMMODITY ENERGY FUND LLC
BLACK RIVER COMMODITY FUND LTD
BLACK RIVER COMMODITY SELECT FUND LTD
BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD.
BLACK RIVER EMCO MASTER FUND LTD
BLACK RIVER EMERGING MARKETS CREDIT FUND LTD
BLACK RIVER EMERGING MARKETS FIXED INCOME FUND LTD
BLACK RIVER FIRV OPPORTUNITY MASTER FUND LTD
BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD
BLACK RIVER GLOBAL CREDIT FUND LTD.
BLACK RIVER GLOBAL EQUITY FUND LTD.
BLACK RIVER GLOBAL INVESTMENTS FUND LTD.
BLACK RIVER MUNICIPAL FUND LTD
BLACK RIVER MUNICIPAL FUND LTD.
Blackport Capital Fund, Ltd.
BLACKSTONE PARTNERS NON-TAXABLE OFFSHORE OVERLAY FUND
III LTD.
blanche kinsley
BLOCH, STEPHEN R.
Blue Angel Claims, LLC, (Transferor: BKW FMB Energie AG)
Blue Mountain Credit Alternatives Master Fund L.P.
Blue Rock Core Fixed Income Portable Alpha Fund II, L.P.
BlueCrest Capital International Master Fund Limited
BlueCrest Emerging Markets Master Fund Limited
BlueCrest Strategic Limited
BlueMountain Equity Alternatives Master Fund, L.P.
BlueMountain Timberline Ltd.
BMW (UK) Trustees Limited
BOARD OF EDUCATION OF THE CITY OF CHICAGO
BOARD OF GOVERNORS OF THE UNIV. OF NORTH CAROLINA
bonfanti diego
Bonten Media Group Inc. / Bonten Media Group Holdings, Inc.
BONY
Bosque Power Company, LLC
Boultbee (Västerås) AB
BP Canada Energy Company
BP Corporation North America Inc.
BP Gas Marketing Limited
Bradford & Bingley PLC
Brahman C.P.F. Partners, L.P.
Brahman Investments I (SPV), Ltd.
Brahman Investments II (SPV), Ltd.
BRCH CORPORATION
BRE BANK SA
BRED Banque Populaire
BreitBurn Operating L.P.
BREMER LANDESBANK KREDITANSTALT OLDENBURG
BRETHREN VILLAGE
BREWSTER, MICHAEL
BRIAN E., HAHN
Brickman Group Holdings, Inc
Brigade Leveraged Capital Structures Fund Ltd.
Brigadier Capital Master Fund Ltd.
Britannia Building Society Pension Scheme
British Sky Broadcasting Limited
BRK/A Investors, L.L.C.
BRM GROUP LTD.

Broad Market XL Holdings Ltd. (In Official Liquidation)
Broad Peak Master Fund Ltd.
BROOKDALE GLBL OPPTY FUND
BROOKDALE INTL PRTNRS LP
Brookdale Senior Living
Brown Thomas Group Staff Pension Scheme
Brownstone Partners Catalyst Master Fund, Ltd.
Bruce Brisley
BT Institutional Hedged Global Bond Fund
Building Equity Sooner for Tomorrow
BUNGE SA
Business Development Bank of Canada - Currency Overlay
BUTTERFIELD BANK
Butterfield Trust (Bermuda) Limited, as Trustee on Behalf of HFR EM
Advantage Master Trust
BWA/H.E.S.T AUSTRALIA LTD.
C.A.O.G.A.
C.H.I. Operating - Intermediate Bond Portfolio
C.H.I. Retirement - Intermediate Bond Portfolio
C.P.G. Società di Cartolarizzazione a r.l.
CAAM AGGREGATE MONDE C/o Crédit Agricole Asset Management
CAAM FUNDS ARBITRAGE VAR 2 GBP C/o Crédit Agricole Asset
Management
CAAM FUNDS LDI GILT PLUS GBP
CAAM FUNDS LDI INDEX LINKED PLUS GBP
CAAM FUNDS VOLATILITY WORLD EQUITIES
CAAM GLOBAL EMERGENTS C/o Crédit Agricole Asset Management
CAAM INTERINVEST - INTERNATIONAL DEBTS
CAAM INVEST VAR 20 USD
CAAM MONETAIRE PEA
Cable & Wireless Pension Trustee Limited
CACEIS Bank Luxembourg
CAISSE FEDERALE DU CREDIT MUTUEL DE MAINE-ANJOU
Caisse Régionale de Crédit Agricole Mutuel Charente Périgord
Caisses D'Epargne Participations (formerly known as Caisse
Nationale des Caisses D'Epargne et de Prevoyance)
Caixa d'Estalvis del Penedès
Caixa Penedes Gestio, S.G.I.I.C., S.A., acting for and on behalf of
Fonpenedes Garantit Interes Mes Borsa IX (now "Fonpenedes
Garantit IX:Petroli, FI"
Caixa Penedes Pensions E.G.F.P., S.A., acting for and on behalf of
Penedes Pensio 1
CAIXANOVA
CAJA DE AHORROS DE GALICIA
CAJA DE AHORROS DE SALAMANCA Y SORIA
Caja de Ahorros de Valencia, Castellon y Alicante, Bancaja
caja de ahorros del mediterráneo
Caja de Ahorros y Monte de Piedad de Madrid
Caja de Ahorros y Monte de Piedad de Zaragoza, Aragón y Rioja
Caja de Ahorros y Pensiones de Barcelona
California Public Employees' Retirement System
California State Teachers Retirement System Fixed Income
California Winery Workers Pension Plan Trust Fund
CALYON
Cameron McKinney LLC a/c REPE LBREP III LLC
Camulos Master Fund LP
Canada Life Assurance (Ireland) Limited
Cancer Research UK
CANYON BALANCED EQUITY MASTER FUND LTD
CANYON CAPITAL ARBITRAGE MASTER FUND, LTD.
Canyon Country Communities, L.P.
CANYON VALUE REALIZATION FUND (CAYMAN) LTD.

CANYON VALUE REALIZATION FUND L.P.
CANYON VALUE REALIZATION MAC 18 LTD
CAP FUND LP
Capital Automotive L.P.
Capital Guidance (Fund) Ltd.
Capital Ventures International c/o Susquehanna Advisors Group, Inc.
Capitalia Spa
CapStar Copley LLC c/o Lehman Brothers Real Estate Partners II, L.P.
CapStar Secaucus LLC c/o Lehman Brothers Real Estate Partners II, L.P.
Capstone Volatility Master (Cayman) Limited
Capula Global Relative Value Master Fund Limited
Cardinal Investment Sub I, L.P.
Cargill International Trading Pte Ltd.
Cargill, Incorporated
Carillon Limited
Carimonte Holding SpA
Carla Hahn
Carlos A. Fierro and Jennifer L. Tonkel
Carlos R Menendez L & Carlos R Menendez N & Maria L Gomory M JTWROS to
Carlyle Credit Partners Master Fund
Carlyle Europe Real Estate Partners II PV, L.L.C. Series 2005-1
Carlyle Europe Real Estate Partners II PV, LLC, Series 2006-1A
Carlyle High Yield Partners IX, Ltd.
Carmen D. Jimenez-Gandara
CAROLINA FIRST BANK
CASAM ADI CB Arbitrage Fund Limited, a company incorporated under the
CASAM CAAM Equity Market Neutral Fund Limited
CASAM GLG European Equity Market Neutral Fund Limited, a company
CASAM GLG European Long-Short Fund Limited, a company incorporated
CASPIAN CAPITAL PARTNERS LP
CASSA DEPOSITI E PRESTITI S.p.A.
CASSA DI RISPARMIO DI ASTI
cassa di risparmio di cento
CASTLE MARKET HOLDINGS LIMITED
Castlestone Management
Caterpillar Defined Contribution Plan
Caterpillar Inc. Group Insurance Plan (VEBA)
Caterpillar Inc. Pension Master Trust
Cathay United Bank
Caxton International Limited
CBARB, a segregated account of Geode Capital Master Fund Ltd, a Bermuda exempted mutual fund company registered as segregated accounts company.
CCP Quantitative Master Fund Limited
CCR Asset Management (formerly CCr Gestion) a/c of the following OPCVM
CEDAR DKR Holding Fund Ltd.
Cedar Hill Capital Partners Offshore, Ltd.
Cedar Hill Capital Partners Onshore, LP
Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan
Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1
Central Pension Fund of the IUOE
CENTRAL PUGET SOUND REGIONAL TRANSIT
CENTRAL STREAM SHIPPING CORPORATION
CENTROBANCA-BANCA DI CREDITO FINANZIARIO E MOBILIA
Cerberus International, Ltd.

Ceská Sporitelna, a.s.
Cetus Capital, LLC
CFCM LOIRE-ATLANTIQUE ET CENTRE-OUEST
CFIP Master Fund, Ltd.Charitable Trust of the Jesuit Fathers Main Fund
Charitable Trust of the Jesuit Fathers Rathfarnham Account
Charles Fabrikant
charles mc conaghy
Charles Schwab Trust Company
Charles Weingarten
CHATHAM ASSET HIGH YIELD MASTER FUND LTD.
Chesapeake Energy Corporation
Chesapeake Partners Limited Partnership
Chesapeake Partners Master Fund, Ltd
Chi Ho WAN
CHIBA BANK, LTD. (THE)
Chicago Public School Teachers' Pension and Retirement Fund
Chilton New Era Partners, L.P.
China CITIC Bank Corporation Limited
China Construction Bank Corporation
China Development Bank Corporation
CHINA DEVELOPMENT INDUSTRIAL BANK
CHINA MERCHANTS BANK C O., LIMITED
China Minsheng Banking Corp.,Ltd
CHINATRUST COMMERCIAL BANK
Christoph Henkel
CHRISTOPH LADANYI
CIBA UK Pension Trust Ltd
CIBC Bank and Trust Company (Cayman) Limited,
CIBC Bank and Trust Company (Cayman) Ltd.
CIFG Services, Inc., as Trustee of New Generation Funding Trust 15
CIFG Services, Inc., as Trustee of New Generation Funding Trust 16
CIFG Services, Inc., as Trustee of New Generation Funding Trust 37
CIFG Services, Inc., as Trustee of New Generation Funding Trust 38
CIFG Services, Inc., as Trustee of New Generation Funding Trust 39
CIFG Services, Inc., as Trustee of New Generation Funding Trust 83
Cirene Finance S.r.l.
Cirrus Master Limited
CIT Group Inc.
Citibank Japan Ltd.
Citibank Korea Inc.
Citigroup 401 K Plan
Citigroup Trust - Delaware, N.A.
CITIZENS NATIONAL BANK
City of Cleveland, Ohio
City of Milwaukee
City of Phoenix Employees' Retirement Plan
City of Zurich Pension Fund (Pensionskasse Stadt Zurich)
City University of Hong Kong
City View Plaza, S.E.
Claren Road Credit Master Fund, Ltd.
Clariden Leu Ltd.
Clarium L.P.
Clerical Medical Managed Funds Limited a/c SF501
Clerical Medical Managed Funds Limited a/c SF502
Cleveland Clinic Foundation (Non-Erisa)
Cleveland Clinic Pension (Erisa)/CCHS Retirement Plan
CLIKEO
CLIKEO 3
Clinton Madison Master Fund, LTD
Clinton Magnolia Master Fund, Ltd
Clinton Multistrategy Master Fund, Ltd

Close Investments Portfolio plc - Long Dated Sterling Credit Fund
CMAP Mount Row
CMC Magnetics Corporation
CM-CIC Asset Management
CME GROUP INC
CNH Pension Tr - Core Plus Fixed Income
CNP Assurance
Coast Diversified Fund, Ltd.
COLISEE RE (previously named AXA RE)
Colonial BancGroup, Inc.
Colorado Housing & Financing Authority (1000091888)
COLORADO HOUSING AND FINANCE AUTHORITY
Columbia Core Bond Fund
Columbia Income Fund
Columbia Intermediate Bond Fund
Columbia Total Return Bond Fund
Commerces De La Republique S.A.S. c/o Lehman Brothers Real Estate Part
Commerzbank AG
Commingled Pension Trust Fund (Corporate High Yield) of JPMCB, N.A.
Commingled Pension Trust Fund (Emerging Markets Opportunity-Fixed Inco
Commingled Pension Trust Fund (Intermediate Bond) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Intermediate Public Bond) of JPMCB, N.A
Commingled Pension Trust Fund (Long Credit) of JPMCB, N.A.
Commingled Pension Trust Fund (Long Duration Investment Grade) of JPMC
Commingled Pension Trust Fund (Long Duration Plus) of JPMCB, N.A.
Commodity Real Return Strategy Fund - (#4600)
Commonfund Credit Opportunities Company
COMMONFUND CREDIT OPPORTUNITIES COMPANY (DRAKE)
Commonfund Institutional Core Plus Bond Fund, LLC
Commonwealth Bank of Australia
Commonwealth of Virginia Tobacco Settlement Financing Corporation
Comp Holdings Incorporated
Compagnie Monégasque de Banque
COMPASS BANK
Compass HTV LLC
Compass Offshore HTV PCC Limited
CONAGRA TRADE GROUP, INC.(MNA)
Concepcion Paulin De Malagon & Ma A L D S C Malagon P JTWROS TOD ali
CONCORDIA MAC 29 LIMITED
Concordia University Pension Plan
CONFEDERACION ESPAÑOLA DE CAJAS DE AHORROS
Congregation of the Sisters of Mercy - Southern Province
Congregational Homes, Inc. d/b/a Mt. San Antonio Gardens
CONOCOPHILLIPS (UK) LTD
ConocoPhillips Company
Conseco Insurance Company
Conseco Life Insurance Company
Consolidated Edison Pension Plans Master Trust
Construction Industry Laborers Pension Fund
Consulting Group Capital Markets Core Fixed Income Fund
Consumer Unsecured Reperforming Loans (CURL) PLC
CONTINENTAL CASUALTY COMPANY

Contrarian Funds, LLC as assignee of Austin Capital Sage Harbor Portab
Contrarian Funds, LLC as assignee of Baring Emerging Markets Debt Fund
Contrarian Funds, LLC as assignee of Bright Start College Savings Trus
Contrarian Funds, LLC as assignee of Findomestic Banca SPA
Contrarian Funds, LLC as assignee of Footbridge Limited Trust
Contrarian Funds, LLC as assignee of Fortrinn Volatility Fund Ltd.
Contrarian Funds, LLC as assignee of Gandhara Master Fund Ltd.
Contrarian Funds, LLC as assignee of MKM Longboat Multi-Strategy Master
Contrarian Funds, LLC as assignee of OFI Institutional Commodities Str
Contrarian Funds, LLC as assignee of OFI Institutional Core Fixed Inco
Contrarian Funds, LLC as assignee of OFI Institutional Short Duration
Contrarian Funds, LLC as assignee of OHP Opportunity Limited Trust
Contrarian Funds, LLC as assignee of Oppenheimer Commodity Strategy Total
Contrarian Funds, LLC as assignee of Oppenheimer International Value F
Contrarian Funds, LLC as assignee of Oppenheimer Limited Term Governme
Contrarian Funds, LLC as assignee of Oppenheimer Quest International V
Contrarian Funds, LLC as assignee of Oppenheimer Quest Opportunity Val
Contrarian Funds, LLC as assignee of Oppenheimer U.S. Government Trust
Contrarian Funds, LLC as assignee of OppenheimerFunds, Inc.
Contrarian Funds, LLC as assignee of Platinum Grove Contingent Capital
Contrarian Funds, LLC as assignee of SG AM EC V-CA
Contrarian Funds, LLC as assignee of Targa Resources Partners LP
Contrarian Funds, LLC as assignee of Targa Resources, Inc.
Contrarian Funds, LLC as assignee of Tempo Master Fund LP
Contrarian Funds, LLC as assignee of Tiden Destiny Master Fund Limited
Convex Master Fund Ltd.
CORE LABORATORIES LP
Corporate Bond Portfolio
Corporate Credit (Europe) S.A.
Corus Bank, N.A.
Covalent Capital Partners Master Fund, L.P.
CPF Board
CPV/CAP COOP PERSONALVERSICHERUNG
CPV/CAP Pensionskasse Coop (formerly known as CPV/CAP Coop Personalversicherung)
CRANSTON, CITY OF/TRITON OCEAN STATE LLC PROJECT
Crèdit Andorrà, S.A.
CREDIT COOPERATIF
Credit du Nord
Credit Foncier de France (assignee of Compagnie de Financement Foncier)
CREDIT INDUSTRIEL ET COMMERCIAL
Crèdit Industriel et Commercial
Credit Mutuel Arkea, as successor to Compagnie Financiere du Credit Mutuel
CREDIT OPPORTUNITY ASSOCIATES LLC
Credit Protection Trust 207
Credit Protection Trust 233
Credit Protection Trust 265
Credit Protection Trust 283

Credit Protection Trust 48
Credit Suisse Asset Management Funds AG
Credit Suisse Candlewood Special Situations Master Fund, Ltd.
Credit Suisse Credit Strategies Master Fund, Ltd.
Credit Suisse Global Income Fund
Credit Suisse Securities (USA) LLC
Credit Suisse Syndicated Loan Fund
CSP II USIS HOLDINGS, L.P.
CTC MASTER FUND LTD.
CUNA MUTUAL Insurance Society
Cura Fixed Income Arbitrage Master Fund, Ltd.
CVI GVF (Lux) Master S.a.r.l
CVI GVF (LUX) MASTER S.A.R.L.
CVI GVF (Lux) Master S.a.r.l. c/o CarVal Investors U.K. Ltd.
CWABS Asset Backed Certificates Trust 2006-19,
CWABS Asset Backed Certificates Trust 2006-BC2, Asset-Backed
CWABS Asset-Backed Notes Trust 2007-SD1 Asset Backed Notes,
CWABS Asset-Backed Certificates Trust 2007-12
CWABS Asset-Backed Certificates Trust 2007-6
CWABS Asset-Backed Certificates Trust 2007-BC2, Asset-Backed
CWABS Asset-Backed Notes Trust 2006-SD3, Asset-Backed Notes,
CWABS Asset-Backed Notes Trust 2006-SD4, Asset Backed Notes
Series,
CWABS Asset-Backed Notes Trust 2007-SEA2, Asset-Backed Notes,
CWABS, Inc. Asset Backed Certificates Series 2005-AB4
CWABS, Inc. Asset Backed Certificates Series 2005-BC5
CWABS, Inc. Asset Backed Certificates Series 2006-13
CWABS, Inc. Asset Backed Certificates Series 2006-14
CWABS, Inc. Asset Backed Certificates Series 2006-16
CWABS, Inc. Asset Backed Certificates Series 2006-4
CWABS, Inc. Asset Backed Certificates Trust 2006-26
CWABS, Inc. Asset-Backed Certificates Series 2005-14
CWABS, Inc. Asset-Backed Certificates Series 2005-15
CWABS, Inc. Asset-Backed Certificates Series 2005-AB5
CWABS, Inc. Asset-Backed Certificates Series 2006-5
CWABS, Inc., Asset Backed Certificates Series 2006-3
CWABS, Inc., Asset Backed Certificates, Series 2006-22
CWALT, Inc. Alternative Loan Trust 2006-OC10
CWALT, Inc. Alternative Loan Trust 2006-OC3
CWALT, Inc. Alternative Loan Trust 2006-OC6
CWALT, Inc. Alternative Loan Trust 2006-OC7
CWALT, Inc. Alternative Loan Trust 2006-OC8
CWALT, Inc. Alternative Loan Trust 2007-OH2
CWALT, Inc. Alternative Loan Trust 2007-OH3  Mortgage Pass
CWHEQ Revolving Home Equity Loan Trust, Series 2006-I
CYBERAGENT FX, INC.
Cynthia Wolfson
CYPRESS MANAGEMENT PARTNERSHIP
D.B. ZWIRN SPECIAL OPPORTUNITIES FUND, LTD.
Daiwa Securities SMBC Co. Ltd.
DALKIA ENERGIA Y SERVICIOS S.A
Danske Bank A/S
Dante Finance PLC Series 2002-1
Darby Financial Products
Daughters of Charity Fund P
David Benayoun
David Schwartz
David Winton Harding
Davidson Kempner Distressed Opportunities Fund L.P.
Davidson Kempner Distressed Opportunities International Ltd.
Davidson Kempner Institutional Partners, L.P.
Davidson Kempner International, Ltd.

Davidson Kempner Partners
DB Global Masters (CQ Capital) Fund Ltd.
DBS BANK LTD (f/k/a The Development Bank of Singapore Ltd.)
DCI LONG-SHORT CREDIT FUND
DCI UMBRELLA FUND PLC - DCI MASTER FUND ONE
DCI Umbrella Fund PLC - Diversified Credit Investments Fund Three
DE LONGHI CAPITAL SERVICE SPA
Deborah E. Focht
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD.
(1000193254)
DEEPHAVEN DISTRESSED OPPORTUNITIES TRADING LTD. (BV)
(1000221591)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000193256)
DEEPHAVEN DOMESTIC CONVERTIBLE TRADING LTD. (1000221592)
DEEPHAVEN EVENT TRADING LTD (1000221590)
DEEPHAVEN EVENT TRADING LTD. (1000193257)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD (1000221594)
DEEPHAVEN GLOBAL VALUE PARTNERS TRADING LTD. (1000193255)
DEEPHAVEN INTERNATIONAL CONVERTIBLE TRADING LTD.
(1000193258)
DEEPHAVEN INTERNATIONAL VOLATILITY STRATEGIES TRADING LTD.
(1000193267)
DEEPHAVEN INTL CONVERTIBLE TRADING LTD. (1000221593)
DEEPHAVEN RELATIVE VALUE EQUITY TRADING LTD. (1000193268)
DEER PARK ROAD CORPORATION
DEERFIELD CAPITAL LLC
Deerfield Relative Value Ltd.
DEL MAR MASTER FUND LTD.
Delaware Balanced Fund, a series of Delaware Group Equity Funds I
Delaware Core Plus Bond Fund, a series of Delaware Group
Government Fu
Delaware Corporate Bond Fund, a series of Delaware Group Income
Funds
Delaware Diversified Income Fund, a series of Delaware Group
Adviser F
Delaware Enhanced Global Dividend and Income Fund
Delaware Extended Duration Bond Fund, a series of Delaware Group
Incom
Delaware Extended Duration Bond Fund,a series of Delaware Group
Income
Delaware Inflation Protected Bond Fund, a series of Delaware Group
Gov
Delaware Investments Dividend and Income Fund, Inc.
DELAWARE INVESTMENTS GLOBAL DIVIDEND AND INCOME FUND,
INC.
Delaware Limited Term Diversified Income Fund, a series of
Delaware Gr
Delaware River Port Authority
Delaware VIP Balanced Series, a series of Delaware VIP Trust
DELAWARE VIP DIVERSIFIED INCOME FUND, A SERIES OF DELAWARE
VIP TRUST
Delaware VIP Diversified Income Series, a series of Delaware Pooled
Tr
Dell Global B.V. (Singapore Branch)
DELTA AIR LINES, INC.
Denis B. McCarthy
Denver Public Schools Retirement System
DENVER URBAN RENEWAL AUTHORITY
Depfa ACS Bank
DEPFA Bank plc
DeSoto County Partners, LP
Detroit Edison Represented Empoyee Welfare Benefits Trust

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE 2007-1-C LTD)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR GRANITE FINANCE SPC 2008-1)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2A)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 A2B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 B)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 C)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 D)

DEUTSCHE BANK TRUST COMPANY AMERICAS (AS TRUSTEE FOR MUSTIQUE 2007-1 E)

Deutsche Genossenschafts-Hypothekenbank AG

Deutsche Hypothekenbank (Actien-Gesellschaft)

Deutsche Lufthansa AG

Deutsche Pfandbriefbank AG

DEUTSCHE POSTBANK AG

DEUTSCHE TELEKOM AG

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money + Opportunistic Strategies

Dexia Asset Management (the "Investment Manager"), in its capacity of representative of Dexia Money 6M

Dexia Asset Management on behalf of Client

DEXIA BANK BELGIUM

Dexia Banque International à Luxembourg

DEXIA CREDIOP S.P.A.

DEXIA CREDIT LOCAL

Dexia Kommunalbank Deutschland AG

DEXIA KOMMUNALKREDIT BANK AG

Dexia Money 3M

DHM Salt Lake City Hotel LP c/o Lehman Brothers Real Estate Partners III, L.P.

Diadem City CDO Limited Series 2005-1

Diadem City CDO Limited Series 2008-1

Diadem City CDO Limited Series 2008-2

Diadem City CDO Limited Series 2008-3

DIAKON LUTHERAN SOCIAL MINISTRIES

Diamond Finance PLC Series 2003-2

Diamond Finance PLC Series 2006-1E

Diamond Finance PLC Series 2006-1F

Diamond Finance PLC Series 2006-1G

Diamond Finance PLC Series 2006-1H

Diamond Finance Public Limited Company 2007-07

Diamond Finance Public Limited Company 2007-08

Diamond Finance Public Limited Company Series 2006-01I

Diamond Finance Public Limited Company Series 2006-01J

Diamond Finance Public Limited Company Series 2006-01K

Diamond Finance Public Limited Company Series 2006-01L

Diamond Finance Public Limited Company Series 2006-01M

Diamond Finance Public Limited Company Series 2006-01N

Diamond Finance Public Limited Company Series 2006-01O

Diamond Finance Public Limited Company Series 2006-01P

Diamond Finance Public Limited Company Series 2006-2

Diamond Finance Public Limited Company Series 2007-2

Diamond Finance Public Limited Company Series 2007-3A

Diamond Finance Public Limited Company Series 2007-3B

Diamond Finance Public Limited Company Series 2007-4

Diamond Finance Public Limited Company Series 2008-1

Diamond Notch Opportunities Master Fund, Ltd.

Diamondback Master Fund, Ltd.

DIPETRILLO, RAYMOND

Discovery Global Citizens Master Fund, Ltd.

Discovery Global Opportunity Master Fund

District of Columbia Retirement Board

Diversified Asian Strategies Fund

DIVERSIFIED CREDIT INVESTMENTS LLC FAO GIC PTE LTD

Diversified European Credit S.A.

Diversified Financials Europe S.A.

Diversified Inflation Strategies, LP

DKR Ibex Holding Fund Ltd.

DKR Soundshore Oasis Holding Fund Ltd.

DMR Structured Arbitrage Master Fund, Ltd.

DnB NOR Bank ASA

Dominican Sisters Regional Fund Managed Portfolio

Donald J. Litwin Revocable Trust- Donald J. Litwin, Trustee

DONALD M YOUNG

Dongbu Securities Co., Ltd.

Double Black Diamond Offshore Ltd.

Douglas A. Cruikshank

DOW CORNING CORPORATION

Downtown Redevelopment Authority

Dr. Hans-Peter Lassak

Dr. Hartmut Giesbrecht

dr. howard sobel

Dragon Portfolio

Drake Low Duration Fund

Drake Total Return Fund

DRAKKAR 30.04.2012

DRAKKAR JUILLET 2011

DRAX POWER LIMITED

DRRT FBO Internationale Kapitalanlagegesellschaft mbH

Dryden High Yield Fund, Inc.

DS Smith Pension Trustees Limited as Trustee of

DTE Energy Company Fixed Income

DTE Energy Employee Benefit

Duke Energy Corporation Master Retirement Trust

DUKE ENERGY OHIO, INC.

Dumfries and Galloway Council Pension Scheme

DUSSELDORFER HYPOTHEKENBANK AG

Dwight Absolute Return Fund LLC

Dwight Intermediate Core Plus Master Fund LLC

DWS Global Bond Fund, Inc.

DYNAMIC CREDIT OPPORTUNITIES II MASTER FUND, LTD.

Dynegy Power Marketing, Inc.

DZ BANK AG Deutsche Zentral-Genossenschaftsbank

E*TRADE Bank

E.ON AG

E.ON UK PLC

EAC Partners Master Fund Ltd.

EaglePicher Master Trust –

EagleRock Institutional Partners, LP

EagleRock Master Fund, LP

East Bay Municipal Utility District

Eastern Connecticut Health Network

Easton Investments II, a California L.P.

EBN Banco de Negocios S.A.

EBS Building Society - Management Pension Fund

EBS Building Society - Senior Management Pension Fund

EBS Building Society - Staff Pension Fund

E-Capital Profits Limited
ECO Master Fund Limited
ED AGOSTINI LIVING TRUST DTD5/12/2000
Edison Mission Marketing & Trading, Inc.
EDWARD & SYLVIA AGOSTINI JTWROS
EF Securities LLC
EFG Eurobank Ergasias SA
EFG Hellas PLC
EH INC
Eidesis Capital Master Fund, Ltd.
Eidesis Synthetic Market Opportunities, Ltd.
Eidesis Synthetic Opportunities Fund II, Ltd.
Eidesis Synthetic Opportunities Fund, Ltd
Einar Feet
Electrabel NV/SA
ELECTRIC RELIABILITY COUNCIL OF TEXAS INC
Elektrizitas-Gesellschaft Laufenburg AG (EGL)
Element Capital Master Fund Limited
Eleni Ioannides
Elie Aoun
Ellington Credit Fund, Ltd.
Ellington Emerging Markets Fund, Ltd.
Ellington Mortgage Fund S/C, Ltd.
Ellington Mortgage Partners, L.P.
Ellington Overseas Partners, Ltd.
Ellington Special Opportunities Ltd..
EM Opportunities Bond Fund, Inc.
Embarcadero Aircraft Securitization Trust
Embarq Master Retirement Trust
EMC (Benelux) B.V.
EMC Corporation
EMF-NL 2008-1 B.V.
EMF-NL 2008-2 B.V.
EMF-NL PRIME 2008-A B.V.
EMF-UK 2008-1 PLC
EMI Group Pension Trustees Ltd
EMI Pension Trust (Ireland) Limited
EMIGRANT BANK
Emilio Javier Saldana caro & Enna Arevalo Gutierrez & Eric O S Arevalo
Emilio Javier Saldana Caro & Enna Arevalo Gutierrez & Hernan J Saldana
Emirates National Oil Company (Singapore) Private Limited
EMPIRICURVE FUND LIMITED
Employees' Retirement System of the State of Hawaii
EMRO FINANCE IRELAND LIMITED
Enbridge Gas Services Inc.
ENBW TRADING GMBH
ENCANA CORPORATION
ENCANA OIL & GAS PARTNERSHIP
Eneco Energy Trade BV
Enel S. p.A.
Energy Income and Growth Fund
EnergyCo Marketing and Trading, LLC n/k/a Optim Energy Marketing, LLC
Eni S.p.A. (formerly known as Società Finanziaria Eni S.p.A.)
ENI UK Limited
Enlightenment Partners
ENNISMORE FD MGMT LTDA/C ENNISMORE SMALLER CO PLC
Ensign Peak Advisors, Inc.
Enterprise Products Operating LLC
Epsilon Global Master Fund II, LP

Epsilon Global Master Fund, LP
EQT Energy, LLC f/k/a Equitable Energy, LLC (Attn: General Counsel)
Equator Investment Funds ICVC - Global Investment Grade Bond Fund
Equity Trustees Limited ATF PIMCO Global Bond Fund
Equity Trustees Limited ATF PIMCO Global Real Return Fund
Eric Sheppard
Erik Rosenlund
ERNST, HILDE
Erste Bank Hungary Nyrt (former Erste Bank Hungary Rt)
Erste Group Bank AG(f/k/a Erste Bank der oesterreichischen Sparkassen)
Eskaton Properties, Incorporated
Esperance Family Foundation
Esprit International Limited
Essent Energy Trading B.V.
Essent Trading International S.A.
ESSENTIA HEALTH, ASSIGNEE OF BENEDICTINE HEALTH SYSTEM
ESSEX FOUNTAIN PARK APARTMENTS, L.P.
ESSEX INGLENOOK COURT, LLC
ESSEX WANDERING CREEK, LLC
ESSEX WOODLANDS HEALTH VENTURES FUND V LP
Estate of Ernest E. Stempel
ESTEE LAUDER INC RETIREMENT PLAN
Eton Park Fund, L.P.
Eton Park Master Fund, Ltd.
EUGENE INVESTMENT & SECURITIES CO.,LTD
Eulalia Boada De Nieto & Carlos Nieto Boada JTWROS
Eurizon Capital S.A. for NIS International  Bonds
Eurizon Capital S.A. for SIFF-Doppia Opportunità-Dic 2011
Eurizon Easy Fund Valore Equilibrio c/o Eurizon Capital SGR Spa
Eurizon Star Fund Euro Bond c/o Eurizon Capital SGR Spa
Euro Bond Fund - (#1691)
Euro Real Return Fund - (#4694)
Euro StocksPLUS TR Fund - (#3924)
EUROHYPO
EUROHYPO Europäische Hypothekenbank S.A.
Euromobiliare International Fund - TR Flex 5
EUROPEAN AERONAUTIC DEFENCE AND SPACE COMPANY
European Credit (Luxembourg) S.A.
European Credit Fund SICAV
European Credit Management Limited
Eurosail 2006-1 PLC
Eurosail 2006-2BL PLC
Eurosail 2006-3NC PLC
Eurosail 2006-4NP PLC
Eurosail Prime-UK 2007-A PLC
Eurosail-NL 2007-1 B.V.
Eurosail-NL 2007-2 B.V.
Eurosail-UK 2007-1NC PLC
EUROSAIL-UK 2007-2NP PLC
Eurosail-UK 2007-3BL PLC
Eurosail-UK 2007-4BL PLC
Eurosail-UK 2007-5NP PLC
Eurosail-UK 2007-6NC PLC
EuroStocksPLUSTM Total Return Fund - (#3680)
Everest Capital Asia Fund, L.P.
Everest Capital Emerging Markets Fund, L.P.
Evergreen Core Bond Fund
Evergreen Core Bond Trust Full Discretion
Evergreen Core Plus Bond Fund
Evergreen Global Dividend Opportunity Fund

Evergreen High Income Fund
Evergreen Income Advantage Fund
Evergreen Institutional Mortgage Portfolio
Evergreen Intermediate Bond Trust Full Discretion
Evergreen Long Duration Trust
Evergreen Multi-Sector Income Fund
Evergreen Select High Yield Bond Trust
Evergreen Short Intermediate Bond Fund
Evergreen Solar, Inc.
Evergreen Utilities and High Income Fund
Evergreen VA Core Bond Fund
Evergreen VA High Income Fund
Excalibur Funding No. 1 PLC
Exelon Generation Company, LLC
Exum Ridge CBO 2006-1 Ltd
Exum Ridge CBO 2006-2, LTD.
Exum Ridge CBO 2006-4, LTD.
Exum Ridge CBO 2006-5, LTD.
Exum Ridge CBO 2007-1, LTD.
Exum Ridge CBO 2007-2, LTD.
EXXONMOBIL GAS MARKETINGEUROPE LIMITED (LNG)
F.F. THOMPSON FOUNDATION, INC., THE
F.I.I.L. Insurance - Intermediate Bond Portfolio
FAIRFAX FINANCIAL HOLDINGS LIMITED
FAIRFIELD NORTH TEXAS ASSOCIATES, L.P.
FAIRWAY FUND LIMITED (FORMERLY MAN MAC 1 LIMITED)
Far Eastern International Bank
Fareplay Energy Limited Pension Scheme
Fata Assicurazioni Danni S.p.A.(the legal successor to Fata S.p.A.)
FATAI INVESTMENT LIMITED
FBE Limited LLC
Federal Finance Gestion, acting as management company on behalf of the French Fonds commun de placement Garanti Actions Octobre 2011
FEDERAL HOME LOAN BANK OF DALLAS
Federal Home Loan Bank of Des Moines
FEDERAL HOME LOAN BANK OF NEW YORK
Federal Home Loan Bank of Pittsburgh
Federal Home Loan Bank of Seattle
FEDERAL HOME LOAN MORTGAGE CORPORATION
FEDERAL NATIONAL MORTGAGE ASSOCIATION
Federated Stock and Bond Fund, Inc.
Fernando H Torre Martos & Maria Del R Heras Basterra JTW
Fernando Yarza CIA SC
Ferrero S.p.A. f/k/a P. FERRERO & C. S.p.A.
FERRERO TRADING LUX Societe Anonyme
FFI Fund LTD.
FFTW Multi-Strategy Alpha Fund
FH EMERGING MARKETS DEBT FUND L.P.
Fidelity Advisor Series II: Fidelity Advisor Intermediate Bond Fund
FIDELITY GARRISON STREET TRUST - VIP INVESTMENT GRADE CENTRAL FUND
Fiduciary Committee of the Amgen Retirement and Savings Plan
FIELD STREET MASTER FUND LTD
FIFTH THIRD BANK
FIFTH THIRD MORTGAGE COMPANY-Legal Administration
FILTREO CLIC
FINAF SPA
Finansbank A.S.
FinecoBank S.p.A. (formerly Known as Fin-Eco SIM S.p.A.)
Finmeccanica S.p.A.
FIP - FONDO IMMOBILI PUBBLICI

Fir Tree Capital Opportunity Master Fund, L.P.
Fir Tree Value Master Fund, L.P.
Fire and Police Members' Benefit Fund
Fireman's Annuity and Benefit Fund of Chicago
First Bank of Puerto Rico
FIRST BANKING CENTER
First Franklin Mortgage Loan Trust 2006-FF8
FIRST MIDWEST BANK
FIRSTCO LLC
FIRSTENERGY SOLUTIONS CORP.
FirstRand Bank Limited
FISHERMANS LANDING ASSOCIATES INC
Five Stars S.A.
Fixed Income SHares: Series R (#2090)
Flaherty & Crumrine/Claymore Preferred Securities Income Fund Inc.
Flaherty & Crumrine/Claymore Total Return Fund Inc.
FONDAZIONE CASSA DI RISPARMIO DI PARDOVA E ROVIGO
FONDAZIONE MONTE DEI PASCHI DI SIENA
FONDS COMMUN DE PLACEMENT EPARCOURT
FONDS COMMUN DE PLACEMENT FUZEOR
FONDS COMMUN DE PLACEMENT ODEIS 2007 PRINTEMPS
Ford Master Trust Long Duration
Fore Multi Strategy Master Fund, Ltd.
Forest City Capital Corporation
FOREST CREEK APARTMENTS, LLC
Forest Hills Trading Ltd.
FORT DEARBORN LIFE INSURANCE COMPANY c/o Colleen N. Wertz
Fort Washington Active Fixed Income
Fortner Marital Trust
FPCM Inflation-Linked Opportunities Fund Limited
FRANCISCAN AT ST. LEONARD
Franciscan Order of Ireland
Francisco J Suarez Ma Ines Suarez Maceiras JTWROS
FRANDZEL ROBINS BLOOM & CSATO, L. C.
Frank M. Paris
FRANKLIN AMERICAN MORTGAGE COMPANY
Franklin Low Duration Total Return Fund
Franklin Total Return Fund
Franz Ehrenhauser
FREDERICK FERRIS THOMPSON HOSPITAL, THE
FREIGHT INVESTOR SERVICES PTE LTD
Fresno County ERA
FRIENDSHIP VILLAGE OF WEST COUNTY INC
FRONTPOINT RELATIVE VALUE OPPORTUNITIES FUND LP
FRONTPOINT STRATEGIC CREDIT FUND LP
FSC Asia Investment Limited(formerly known as First Taisec (Asia)Ltd.)
FSP Invest F.M.B.A.
Fullerton Drive CDO Limited
FULTON BANK, SUCCESSOR BY MERGER TO RESOURCE BANK
Fundamental European Value S.A.
Fundo de Pensoes
FYI LTD.
GA Fund L Bond Active World TP (Sicav)
Gabriel Capital, L.P.
GALILEO FUND LIMITED (FORMERLY MAN GALILEO ARBITRAGE LIMITED)
Gallaher (Dublin) Limited Pension Scheme
Gallaher Common Investment Fund
Galuchie Partners
GAM European Equity Hedge Inc.
GAM European Small Cap Hedge Investments Inc.

Gannett Retirement Plan Master Trust
Garland Business
GARRETT NENNER
GASTON CHRISTIAN SCHOOL, Inc.
Gazprombank Mortgage Funding 2 S.A.
GELDARD, CHRISTINE L.
GEMSTONE CDO VI LTD
General Pension Fund of the International Union of Operating Engineers
Generali Investments France
Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Global Macro Strategies Sub-fund)
Generali Investments SICAV (formerly named Generali Asset Managers SICAV) (in relation to Absolute Return Hybrid Credit Strategies Sub-fund)
Generali Personenversicherungen AG
Generali Vie
Genertel S.p.A.
Genesee County Employees' Retirement System
Genevieve Phansalkar
Genfina SCRL (formerly known as Genfina SA)
GenRe Partners, L.P.
Genworth Life Insurance Company, formerly known as General Electric Capital Assurance Corporation
Georg Schönberger
GEORGE B. KAISER
George Jay Lichtblau
George Lindemann Family LP Series II
Gerardo Maria Perez Salazar & Margarita Rojas Palacios JTRWOS
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Bricc, FI
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Altae Private Equity Index, FI
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Excellence Garantizado, FI
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Ibex Positivo, FI
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Caja Madrid Selección Financiera, FI
Gesmadrid, S.G.I.I.C., S.A., acting for and on behalf of Madrid Rentabilidad Dual Ibex, FI
Gestora de Fondos del Mediterráneo, S.G.I.I.C, S.A
GFA I LLC
Giants Stadium LLC
Gila River Power, L.P.
GlaxoSmithKline Finance Plc
Glencore Energy UK Ltd.
GLG Market Neutral Fund
Glitnir banki hf
Global Bond Ex-US Fund - (#3684)
Global Bond Fund - (#699)
GLOBAL CREDIT HEDGE FUND
Global Investment Grade Credit Fund - (#3683)
Global Real Return Fund - (#3693)
GLOBAL SECURITIES EMERGING MARKETS RELATIVE VALUE MASTER FUND LP
Global Short-Term Portfolio - (#3762)
Global Thematic Opportunities Fund LP
GM Structured Credit Opportunity Pool - Acct. No. 6fdk (GMAM GP Trust I)
GMAM Group Pension Trust I
GMAM Group Pension Trust II

GMB Pension Trustee Company Limited as trustee of the GMB 1961 Pension
GMO Emerging Country Debt, L.P.
GMO Emerging Country Local Debt Investment Fund
Golden Moon Capital Corporation
Golden State Tobacco Securitization Corporation
Goldsberg Corp.
Good Steward Trading Company SPC
GOODELL LOVING TRUST
Goodmorning Shihan Securities Co., Ltd
Goodwin House Incorporated
Gordel Holdings Limited
Gordon A  MacInnes
Gov & Co Bank of Ireland assignee/Bank of Ireland Exempt Unit Trust
Gov&Co Bank of Ireland assignee/Bank of Ireland Finance Limited Pension Fund
Gov&Co Bank of Ireland assignee/Bank of Ireland Staff Pensions Fund
Gov&Co Bank of Ireland assignee/BoI Asset Mgmt Mutual Invesment Fund
Gov&Co Bank of Ireland assignee/Close Global Funds Limited
Gov&Co Bank of Ireland assignee/Eircom Superannuation Fund
Gov&Co of Bank of Ireland assignee/New Ireland Assurance Company plc
Government Employees Superannuation Board
Govindar Rasu S/O Vadi Veloo
GPC 79, LLC
GPC LXIV LLC
GPS Income Fund (Cayman) Ltd
GPS New Equity Fund (Cayman) Ltd
Granite Finance Limited
GRD 3
GRD 5 C/o Crédit Agricole Asset Management
Great Eastern Life Assurance Company Limited
Green T G2 Fund Limited
GREENBRIER YUGEN KAISHA
Greenspring Village, Inc.
Greywolf Capital Overseas Fund
Greywolf Structured Products Master Fund, Ltd.
Groupama Vie
GROUPE INDUSTRIEL MARCEL DASSAULT
GROWTH
Gruss Arbitrage Master Fund (Enhanced), Ltd.
Gruss Arbitrage Master Fund, Ltd.
Gruss Global Investors Master Fund (Enhanced), Ltd.
Gruss Global Investors Master Fund, Ltd.
GSC Capital Corp. Mortgage Trust 2006-1
GSEF Al Nawras (Cayman) Limited
GSW Grundbesitz GmbH & Co. KG
Guadelete Investments Sarl
Guam Economic Development Authority, f/k/a the Guam Economic Development and Commerce Authority
GUEVOURA FUND LIMITED
GUGGENHEIM PORTFOLIO COMPANY VII LLC
GUIDANCE ENHANCED GREEN TERRAIN LLC
Guillermo Cabranes & Flora Carbanes Mendez JTWROS
Guillermo Perez Chavel & Esperanza Chavez JTWROS Calle Azcarateo
Guillermo Perez Chavez & Esperanza Chavez JTWROS Calle Azcarateo
Gulf Stream - Compass CLO 2002-1, Ltd.
Gulf Stream - Compass CLO 2003-1, Ltd.
Gulf Stream - Compass CLO 2004-1, Ltd.

Gulf Stream - Compass CLO 2005-1, Ltd.
Gulf Stream - Compass CLO 2005-II, Ltd.
Gulf Stream - Sextant CLO 2006-1, Ltd.
Gulf Stream - Sextant CLO 2007-1, Ltd.
Gypsum Operative Pension Fund
Gypsum Staff Pension Fund
H. Hugo Vieregge V Aida M, Villa A Sofia-Katia, Vierrege Villa
H.-W. Meister
H/2 Credit Partners Master Fund Ltd.
H/2 Special Opportunities Ltd.
H/2 Targeted Strategies I Master Fund L.P.
Hakone Fund II LLC
Halbis U.S. Credit Alpha Master Fund, Ltd.
HALEWOOD COMPANY LIMITED
Halliburton Company
Halliburton Company Wrapped
Hamada Shokai Co., Ltd.
HAMILTON ANAHEIM ASSOCIATES, L.P.
Hana Bank as trustee and My Asset Investment Management Co. Ltd. as I.M. for MY Dual Star Derivatives Fund D-1
Hang Seng Bank Limited
Hank's Living Trust
HARBINGER CAPITAL PARTNERS MASTER FUND I LTD
HARBINGER CAPITAL PARTNERS SPECIAL SITUATIONS FUND LP
Harbor Capital Advisors, Inc.
Harbour Capital Advisors Inc. for OIMRA
Harbourview CDO III
Harmonic Alpha Plus Global Currency Fund
Harmonic Currency Master Fund
Harmonic Diversfied Master Fund
Harpen Immobilien GmbH & Co. KG (f/k/a H2001/Phin GmbH and Co. KG)
Harrington Partners, L.P.
Harry C. Moore Trust dated May 19, 1986
HARTFIELD FUND LIMITED
Hartford Accident and Indemnity Company
Hartford Life and Annuity Insurance Company
Hartford Life Insurance Company
Hartford Series Fund, Inc., on behalf of Hartford High Yield HLS Fund
Havens Partners, LP
HBK Investments, L.P., as Collateral Manager on behalf of Gemstone CDO VI Ltd.
HD AMERICAN TRUST
HEART OF LA DEFENSE SAS
Hebron Academy
Hektor AS
Helge Solbakken
Henderson Global Equity Multi-Strategy Master Fund Limited
Henderson Global Fixed Income Absolute Return Fund Limited
Henderson Horizon Fund - Absolute Return Fixed Income Fund
Henderson North America Equity Multi-Strategy Master Fund Limited
Henderson Strategic Investment Funds in respect of Henderson Credit Alpha Fund
HENRY SCHEIN, INC.
Herbert & Penny Wender
HERITAGE COMMUNITY OF KALAMAZOO
HERSHMAN HOLDINGS LLC
Hess Corporation
Hess Energy Trading Company, LLC
Hewlett-Packard Company
Hewlett-Packard Ltd Retirement Benefits Plan

HFF I, LLC
HFF V, LLC
HIGH RIVER LIMITED PARTNERSHIP
Hillside Apex Fund Limited
HJSI Devonshire, LLC
HOKKAIDO INTERNATIONAL AIRLINES CO.,LTD.
HOLLAND HOME
Hong Kong Housing Society
Hong Leong Bank Berhad
Horizon II International Limited with respect to Series 114
Horizon II International Limited with respect to Series 130
Horizon II International Limited with respect to Series 134
Horizon II International Limited with respect to Series 135
Horizon II International Limited with respect to Series 136
Horizon II International Limited with respect to Series 145
Horizon II International Limited with respect to Series 148
Horizon II International Limited with respect to Series 158
Horizon II International Limited with respect to Series 162
Horizon II International Limited with respect to Series 178
Horizon II International Limited with respect to Series 181
Horizon II International Limited with respect to Series 183
Horizon II International Limited with respect to Series 193
Horizon II International Limited with respect to Series 207
Horizon II International Limited with respect to Series 208
Horizon II International Limited with respect to Series 211
Horizon II International Limited with respect to Series 220
Horizon II International Limited with respect to Series 221
Horizon II International Limited with respect to Series 222-A
Horizon II International Limited with respect to Series 222-B
Horizon II International Limited with respect to Series 223
Horizon II International Limited with respect to Series 225
Horizon II International Limited with respect to Series 226
Horizon II International Limited with respect to Series 227
Horizon II International Limited with respect to Series 228
Horizon II International Limited with respect to Series 229
Horizon II International Limited with respect to Series 230
Horst-Dieter Reelitz
HOSPITALS OF ONTARIO PENSION PLAN TRUST FUND
HOTEL FOUQUET'S BARRIERE PARIS
Hotspot FXr, LLC
HOUSTON COUNTY HEALTH CARE AUTHORITY
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust A (Opportunistic) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust B (Fundamental) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust C (Opportunistic) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust D (Fundamental) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust F (Opportunistic-Eureka (Euro) Fund) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank (Cayman) Limited in its capacity as trustee of Sub-Trust H (Balanced) as sub-trust of Marshall Wace TOPS Trust
HSBC Bank USA, National Association as Trustee for Egypt Trust I, Series 2000-A
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates 2006-6 Supplemental Interest Trust
HSBC Bank USA, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2006-5 Supplemental Interest Trust

HSBC Bank USA, National Association, as Trustee for Lehman Mortgage trust Mortgage Pass-Through Certificates Series 2006-7 Supplemental Interest Trust

HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Returns Series 2000-24-A-HSBC

HSBC Bank USA, National Association, as Trustee for Restructured Asset Certificates with Enhanced Returns Series 2002-39-C

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-12

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2004-14

HSBC Bank USA, National Association, as Trustee for Structured Adjustable Rate Mortgage Loan Trust Series 2005-1

HSBC Institutional Trust Services (Singapore) Limited

HSBC International Trustee Ltd. A/C 006-600779-001

HSBC Private Bank (Suisse) SA

HSH Nordbank AG

Humberto G Marchand Lopez

Humberto Pro Galindo and Family

Hyperion Brookfield Collateralized Securities Fund, Inc.

IBERDROLA GENERACION, SAU

Iberdrola Renewables Energies USA, Ltd as Assignee of I.R.I.

Iberdrola Renewables Energies USA, Ltd.

Iberdrola Renewables, Inc. f/k/a PPM Energy, Inc.

IBM Core Fixed Income Account

IBM Global Strategy Fund

IBTS Financial (HK) Limited

ICAHN PARTNERS LP

ICAHN PARTNERS MASTER FUND II LP

ICAHN PARTNERS MASTER FUND III LP

ICAHN PARTNERS MASTER FUND LP

ICCREA Banca S.p.A.

ICICI BANK LIMITED

ICM BUSINESS TRUST

Iconix Brand Group, Inc.

ICP Pendulum Fund I, L.P.

ICP Structured Credit Income Master Fund Ltd

Idaho Power Company

Ignacio F Moreno Betanzo & Maria L Mendez Cisneros JTWROS

III CREDIT BIAS HUB FUND LTD

III ENHANCED CREDIT BIAS HUB FUND LTD.

III FINANCE LTD

III GLOBAL LTD.

III RELATIVE VALUE CREDIT STRATEGIES HUB FUND LTD

III RELATIVE VALUE/MACRO HUB FUND LTD.

III SELECT CREDIT HUB FUND LTD

Ikano Funds - European High Yield

IKB Deutsche Industriebank AG

IKB International S.A.

IKOS EUROPE LIMITED

Ila B Bovee

Illinois Municipal Retirement Fund Core Full Portfolio

Iluso Capital Corp.

IMPAC CMB Trust Series 2003-11

IMPAC CMB Trust Series 2003-8

IMPAC CMB Trust Series 2004-10

IMPAC CMB Trust Series 2004-4

IMPAC CMB Trust Series 2004-5

IMPAC CMB Trust Series 2004-8

IMPAC CMB TRUST SERIES 2005-04

IMPAC CMB TRUST SERIES 2005-05

IMPAC CMB TRUST SERIES 2005-08

IMPAC SECURED ASSETS TRUST 2006-3

IMPAC Secured Assets Trust 2007-3

INA Assitalia S.p.A. (the legal successor to Assitalia S.p.A.)

Independent Newspapers Management Services Contributory Pension Plan

Indiana State Council of Carpenters Pension Fund

Indiana State Teachers' Retirement Fund

Indiana University

INDOCAM FLAMME

INDOSUEZ GLOBAL VAR C/o Crédit Agricole Asset Management Industrial Bank Co., Ltd.

INDYMAC Home Equity Loan Trust 2004-2

IndyMac INDX Mortgage Loan Trust 2006-AR14

IndyMAC INDX Mortgage Loan Trust 2006-AR8

ING AM Interfinance Services B.V.

ING Bank A.S.

ING BANK N.V.

ING Belgium S.A./N.V.

ING Capital Markets LLC

ING Fixed Income Absolute Return Master, Ltd.

ING Investment Management CLO I, Ltd.

ING Investment Management CLO II, Ltd.

ING Life Insurance and Annuity Company

ING USA Annuity and Life Insurance Company

Insight LDI Solutions Plus plc a/c AF310

Insight LDI Solutions Plus plc a/c AF315

Insight LDI Solutions Plus plc a/c AF320

Insight LDI Solutions Plus plc a/c AF325

Insight LDI Solutions Plus plc a/c AF330

Insight LDI Solutions Plus plc a/c AF335

Insight LDI Solutions Plus plc a/c AF340

Insight LDI Solutions Plus plc a/c AF345

Insight LDI Solutions Plus plc a/c AF350

Insight LDI Solutions Plus plc a/c AF355

Insight LDI Solutions Plus plc a/c IHYBF

Institutional Benchmarks (Master Feeder) Limited, a Bermuda

Institutional Benchmarks Series (Master Feeder) Limited, Integrated Core Strategies (Europe) S.a.r.l.

Integrys Energy Services, Inc.

Intel Corporation

Inter-American Development Bank

Interbanca S.p.A.

INTERCONTINENTAL OLYMPIC CLOVER CREEK, LLC

International Brotherhood of Electrical Workers Pension Benefit Fund

International Business Machines Corporation

International Equity Index Fund III Accredited, L.L.L.P.

International Finance Corporation

International Painters and Allied Trades Industry Pension Fund

Interpolis Pensioenen Global High Yield Pool

Intesa Sanpaolo S.p.A.

Intralot S.A.

Invercaixa Gestion SGIIJC A/C Foncaixa Garantia Europa IV FI

Invercaixa Gestion SGIIJC SAU A/C Foncaixa Garantia Napoleon FI

Investcorp Fixed Income Relative Value Fund Ltd.

INVESTCORP INTERLACHEN MULTI-STRATEGY  MASTER FUND LTD

Investcorp Silverback Arbitrage Master Fund Limited

Investec Bank Limited

Investec Capital Accumulator Trust Limited

Investec Funds Series IV Capital Accumulator Fund

Investment Grade Europe S.A.

IONIC CAPITAL MASTER FUND LTD

Iowa PERS
IPAC
Irene M Grahn
Irish Biscuits Limited Pension & Death Benefit Plan
Israel Discount Bank of New York
Italease Finance S.p.A.
ITOCHU CORPORATION
IVY FIXED INCOME ALPHA TRANSPO RT FUND LTD
JA SOLAR HOLDINGS CO LTD
Jackie Frommer
Jackson Bond L.P.
Jackson National Life Insurance Company
JACOBSON, DAVID L.
James H Lunt Trustee
james Harpel
James J. Thomas
James P. Reed and Lori L. Reed
JANA Master Fund, Ltd.
jane m bescherer
Janus Capital Management LLC
Japan Housing Finance Agency
Japan Trustee Services Bank, Ltd
JASON J. WALLACE
Jasper Finance Limited with respect to Series 2005-1
Javier Arevalo & Claudia Martin Del Campo A & Jorge Arevalo P
JTWROS
JAY S., ELKINS
JC Bamford Lifeplan
JCAM Global Fund (Master) LP
Jeanes Hospital
JENNERS POND
Jerome M. Shaw TTEE Jerome M. Shaw Rev Trust Dtd. 10/17/05
Jeromin Camara Bojorquez & Esteban Camara Bojorquez JTWRO
Jesus Goiricelaya Asla TOD Erika Garay Lopez
Jesus Lares De La Mora & Jesus Lenin Lares H JTWROS
Jesus Sabre Marroquin Juan De Onate #1195
JET I, LP
Jewish Board of Family and Children's Services, Inc.
JEWISH SENIORS AGENCY OF RHODE ISLAND
JFJ INVESTMENTS INC.
Jih Sun International Bank
JMG CAPITAL PARTNERS LP
JMG Triton Offshore Fund Limited
JO BETH AND WILLIAM NICOLL
Joakim Persson
Joaquin De J Castillo B Ma Cristina Espinosa P JTOD
John Deere Pension Trust c/o Hodgson Russ LLP
John Hancock Bond Fund
John Hancock Funds II Global Bond Fund
John Hancock Funds II Real Return Bond Fund
John Hancock High Yield Fund
John Hancock Life Insurance Company
John Hancock Trust Global Bond Trust
John Mooney
John T Miller
John-Kristian Sandberg
JOHNSON, BRIAN AND JONI
Joho Fund, Ltd.
Joho Partners, L.P.
Jonathan H. Rothstein
Jonathan Leycester Twigg
Jorge Alberto Melendez Ruiz TOD Elizabeth Rice

Jose Fajardo Pena Todi
Jose H Cevallos & Gabriella Murguia De C & Susana G & Luis H
Cevallos
Jose I-Ildefonso-Mariana Aldaco Guerrero-JTWROS
Jose Luis Montes Munoz C & Myrtha M Bustamante I JTWROS
Jose Luis Romero Baldazo TOD Maria A Calzada Gonzalez
Josefina Franco Martin & Marcela Padilla Franco JTWROS
Joseph E Loranger
JPMC UK Retirement Fund
JPMorgan Absolute Return Credit Master Fund Ltd.
JPMorgan Core Plus Bond Fund, a series of JPMorgan Trust II
JPMorgan Distressed Debt Master Fund, Ltd.
JPMorgan Diversified Fund, a series of JPMorgan Trust I
JPMorgan Fixed Income Opportunity Institutional Fund, Ltd.
JPMorgan Fixed Income Opportunity Master Fund, L.P.
JPMorgan Insurance Trust Core Bond Portfolio, a series of JPMIT
JPMorgan Real Return Fund, a series of JPMorgan Trust I
JPMorgan Short Term Bond Fund II, a series of J.P. Morgan Mutual
Fund
JPMorgan Total Return Fund, a series of JPMorgan Trust I
Juan J Garza D La Garza & Juan J Garza San M JTWROS
Juan J Huerta Ramirez & Irene Chavez Moctezuma & Cecilia Huerta
Chavez
Juice Energy, Inc.
Juliane Pfau
JULIUS BAER BDB GLOBAL BOND
Julius Baer Multibond SICAV - Local Emerging Bond Fund
Jupiter Quartz Finance PLC Series 2004-2 Class A
Jupiter Quartz Finance PLC Series 2004-2 Class B
Jupiter Quartz Finance Public Limited Company 2004-1B
Jupiter Quartz Finance Public Limited Company Series 2004-01A
Jyske Bank A/S
K&H Bank Zrt.
K2 DIVERSIFIED PORTABLE ALPHA FUND II LTD
Kagome Co., Ltd Finance Department
KALLISTA CREDIT ARBITRAGE MASTER FUND Ltd
KALLISTA CREDIT OPPORTUNITIES FUND LIMITED
KALLISTA MASTER FUND LIMITED
Kamunting Street Master Fund, Ltd
Kansas Public Employees Retirement System
Kantatsu Co., Ltd.
Kathi Cypres
Katsumi Yoshida
KAUPTHING HF
KAWASAKI HEAVY INDUSTRIES, LTD.
KB Investment AS
KBC Bank NV
KBC Diversified Fund, a segregated portfolio of KBC AIM Master
Fund spc
KBL European Private Bankers S.A.
KDF HERMOSA, L.P.
Kellogg Capital Group LLC
Kellogg Company Master Retirement Trust Core Bond
KELUSA MASTER FUND, LTD.
KENDAL ON HUDSON
Kendall Family Investments, LLC
Kenneth C Hoffman
Kern County Employees' Retirement Association
Kevin F. Flynn June, 1992 Non-Exempt Trust
Kevin Knee
KeyBank National Association
Kilroy Realty, L.P.

KINGDOM OF BELGIUM (THE)
Kingfisher Capital CLO Limited
Kings River Limited  Global 5
Kjell Mathiassen
kk
Kleinwort Benson Private Bank Limited
Kline Galland
KN Asset Management Co.
KNOWLE LIMITED
Koch Supply & Trading Sarl
Koch Supply & Trading, LP
KOMMUNALKREDIT INTERNATIONAL BANK LTD
Kookmin Bank as trustee and Samsung Investment Trust
Management Co. Ltd. as I.M. for Samsung 2 Star 2 Y Derivatives
Fund 16-1
Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd.
as I.M. for Daehan IBK-Samsung Heavy Industry Equity Linked
Derivatives Fund 1
Kookmin Bank as trustee and UBS Hana Asset Management Co. Ltd.
as I.M. for Daehan KEPCO-Kookmin Bank Equity Linked Derivatives
Fund 1
Kookmin Bank as Trustee for the account of "Samsung SPAS Private
Bond Fund 3"
Kore Fixed Income Fund Ltd
KOREA EXCHANGE BANK
KOREA TELECOM
KOREAN AIRLINES CO.,LTD.
Kraft Foods Finance Europe AG
KRAUS PARTNER INVESTMENT SOLUTIONS AG
KROGER CO MASTER RETIREMENT TRUST
KSC AFFORDABLE HOUSING INVESTMENT FUND, LLC
Kwok Lin
Kylin Fund LP
Kylin Offshore Master Fund Ltd.
KYOBO SECURITIES CO. LTD
La Loma Senior Living Services, Inc.
LACERA Domestic Fixed Income Core Plus/Sector Rotation Portfolio
LAKEWOOD AT PIEDMONT LIMITED PARTNERSHIP
Land Transport Authority
LANDESBANK BADEN WURTTEMBERG (fr. Südwestdeutsche
Landesbank GZ)
Landesbank Berlin AG (f/k/a Bankgesellschaft Berlin AG)
Landesbank Hessen-Thüringen Girozentrale
Landesbank Saar (formerly known as Landesbank Saar Girozentrale)
Lansdowne European Equity Fund Limited
Lansdowne Global Financials Fund Limited
Lansdowne Global Financials Fund LP
Lansdowne UK Equity Fund Limited
Lansdowne UK Equity Fund LP
LAPLACE FUND EQUITIES LIMITED
LAS VEGAS MONORAIL COMPANY
Latigo Master Fund, Ltd.
Latvijas Banka
Laurion Capital Master Fund Ltd
Lawson Software, Inc.
LB Peru Trust II, Series 1998-A
LBMB Capital Partners V Cayman AIV I LP
LBMB Fund (B) Cayman AIV I L.P.
LBMB Fund Cayman AIV I L.P.
LBMB Partners Cayman AIV I LP
LBPAM ACTIONS 80 as successor to LBPAM PROFIL 80 PEA
represented by LA BANQUE POSTALE ASSET MANAGEMENT

LBPAM ACTIONS EUROPE MONDE as successor to LBPAM PROFIL
100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
LBPAM ACTIONS PACIFIQUE represented by LA BANQUE POSTALE
ASSET MANAGEMENT
LBPAM ALTERNA 10 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM PROFIL 15 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM PROFIL 50 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBPAM PROFIL 80 represented by LA BANQUE POSTALE ASSET
MANAGEMENT
LBREM II REIT Holdings LLC
lbsf
LCG Select Offshore, Ltd.
LCG Select, LLC
LCL ACTIONS EURO (ex-SICAV 5000)
LCL ACTIONS FRANCE
LCL OBLIGATIONS MONDE
Lee H Strohmeyer
Legg Mason Partners Strategic Income Fund
Lehman Brothers (Luxembourg) Equity Finance SA (en faillite)
Lehman Brothers (Luxembourg) SA (in liquidation)
Lehman Brothers Alpha Transport Fund, SPC
Lehman Brothers CDO Opportunity Partners 2004-4, L.L.C.
Lehman Brothers Diversified Private Equity Fund 2004 Partners
Lehman Brothers Equity Finance (Cayman) Ltd (In Official Liquidation)
Lehman Brothers European Mezzanine 2004 SICAV
Lehman Brothers European Mezzanine Capital Partners-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-A, L.P.
Lehman Brothers European Mezzanine Fund 2003-B, L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-A,
L.P.
Lehman Brothers European Mezzanine Leveraged Partners 2003-B,
L.P.
Lehman Brothers European Mezzanine Partners 2003-A, L.P.
Lehman Brothers European Mezzanine Partners 2003-B, L.P.
Lehman Brothers European Mezzanine Partners 2003-C, L.P.
Lehman Brothers European Mezzanine Partners 2003-D, L.P.
LEHMAN BROTHERS FINANCE ASIA PTE. LTD. (In Creditors' Voluntary
Liquidation)
Lehman Brothers Holdings
Lehman Brothers Inc.
Lehman Brothers Merchant Banking Partners IV (Europe) LP
Lehman Brothers Netherlands Horizons B.V.
Lehman Brothers Real Estate Mezzanine Partners II, L.P.
Lehman Brothers Real Estate Mezzanine Partners, L.P.
Lehman Brothers Real Estate Partners II, L.P.
Lehman Brothers Real Estate Partners III, L.P.
Lehman Brothers Real Estate Partners, L.P.
LEHMAN MORTGAGE TRUST, SERIES 2006-1
LEHMAN MORTGAGE TRUST, SERIES 2006-4
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2005-1
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-13
LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES,
SERIES 2006-17
Lehwood Holding France SAS (formerly Meridien Holding France SAS)
Lehwood Montparnasse SAS
Lehwood Nice SAS
Leif Endre Grutle

Leoforos B.V.
leopoldo1936
LESSING, STEPHEN M.
Level Global Overseas Master Fund, Ltd.
Leveraged Loans Europe plc
Lexington Insurance Company
LIBERTY SQUARE APTS
LIBRA FUND, L.P.
LIBRA OFFSHORE LTD.
LIFE INVESTORS INSURANCE COMPANY OF AMERICA
Lifetime Group Retirement & Death Benefit Plan
Lily Pond Currency Master Fund Ltd
Lily Pond Currency Plus Master Fund Ltd
Lily Pond Master Fund Ltd
LINCOLN NATIONAL CORPORATION MASTER RETIREMENT TRUST
Lincoln National Life Insurance Company Separate Account 12-
Govern
Lincoln National Reinsurance Company (Barbados) Limited
LINCORE LIMITED
LING N YOUNG
LINLAKE VENTURES
LINN ENERGY LLC
Lion City CDO Limited - Series 2006-3
Lion City CDO Limited Series 2006-01
Lion City CDO Limited Series 2006-2
Lispenard Street Credit (Master), Ltd.
liv simonsen
Lloyds Register
Lloyds TSB  Bank plc
LMA SPC for and on behalf of the Map 35 Segregated Portfolio
LMA SPC for and on behalf of the Map 42 Segregated Portfolio
LMA SPC for and on behalf of the Map V Segregated Portfolio
LMP Capital and Income Fund Inc (Fixed Portion of Balanced Fund
with C
Loeb Arbitrage B Fund LP
Loeb Arbitrage Fund
Loeb Offshore B Fund Ltd.
Loeb Offshore Fund, Ltd.
LOHR, ANDREAS
London Diversified Fund Limited
LONG ISLAND POWER AUTHORITY
LONGCHAMP FINANCE CORP.
Longue Vue Partners
Loomis Sayles Multi-Strategy Master Alpha, LTD
Louis Dreyfus Energy Services L.P.
LOUISE RITCHIE BEALE
Louisiana Sheriff's Pension & Relief Fund
LOURDES NOREEN-MCKEEN RESIDENCE FOR GERIATRIC CARE
Lovely Queen Co., Ltd.
LP MA1 LTD
LSN/TLS OBLIGATED GROUP
Lufthansa Technik Airmotive Ireland Retirement & Death Benefit
Plan
LUMINANT ENERGY COMPANY LLC
Luminus Energy Partners Master Fund Ltd.
LUONG, HIEN
Lutheran Hillside Village, Inc.
Lutheran Senior Services
LUTHERAN SOCIAL MINISTRIES OF NEW JERSEY
Luxor Capital Partners Offshore, Ltd.
Luxor Capital Partners, LP

Luz Del Carmen Diez Garelli & Cesar Rodriguez Gilabert TOD ALL
LIVING
LVIP Delaware Bond Fund, a series of Lincoln Variable Insurance
Produc
LVIP Delaware Managed Fund, a series of Lincoln Variable Insurance
Pro
Lydian Overseas Partners Masterfund Ltd.
Lyonnaise de Banque
Lyxor Asset Management SA, as sub-mgr of Lyxor/Acuity Fund Ltd
Lyxor Asset Management SA, on behalf of Investissement 510
Lyxor Asset Management SA, sub-mgr of Lyxor/Harmonic Currency
Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Capital Arbitrage
Fund Ltd
Lyxor Asset Mgmt SA sub-mgr of Lyxor/Canyon Value Realization
Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr for Lyxor/Centaurus Event Driven
Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/GLG Pan European Equity
Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Observatory Credit Mkts
Fund Ltd
Lyxor Asset Mgmt SA, sub-mgr of Lyxor/Sabre Style Arbitrage Fund
Ltd
Lyxor Asset Mgmt, sub-mgr of Lyxor/Julius Baer Global Rates Hedge
Fund
M Del Carmen Hernandez & Enrique Guzman H JTWROS TOD Mitzi &
Anaid G
M. Kenneth Witover
M. Steven Sembler and Sandra C. Sembler, tenants by entirety
M.H. Davidson & Co.
Ma De Lourdes Viades Blanco JTWROS TOD Jose M Gilabert
Tenreyro
Macquarie Bank Limited
Macy's, Inc. Fixed Income
Madison Avenue Structured Finance CDO I
MAERSK A/S
Magnus Herredsvela
Mai Hanlon
Main Street Natural Gas, Inc.
MAJESTIC FUND LIMITED
Malayan Banking Berhad
Manol Kacinoglu
MARANTHA BAPTIST BIBLE COLLEGE
Marathon Global Equity Master Fund, Ltd.
Marathon Master Fund, Ltd.
Marathon Special Opportunity Master Fund, Ltd.
Marble Arch Residential Securitisation No. 4 PLC
Marble Bar Asset Management LLP
Marble Finance Limited
Marcus Foundation, Inc.
MARCY LTD
Maria D L Gomory M & Carlos R Menendez L JTWROS TOD
Maria De J Aguirre M & Zoila Munoz C JTWROS Tod Ziola Ma R
Aguirre M
Maria Del Carmen Fernandez LL Francisco Boiles Martinez TOD All
Living
Maria Torres Landa U & Francisco Boiles F JTWROS TOD Juan F &
Juan S B
Mariana Menendez Preciat & Fernando Marrufo Gutierrez JTWROS
TOD
Marie J. Papillon

Marie-Christine Jost
MARINER ATLANTIC US BONDS, LTD.
MARINER LDC
MARINER OPPORTUNITIES FUND, LP
MARINER PARTNERS US BONDS, L.P.
Mariner-Tricadia Credit Strategies Master Fund, Ltd.
mark bernstein
Mark Mason
MARQUETTE FINANCIAL COMPANIES
Marriott International, Inc.
Mars Associates Retirement Plan
Marsh & McLennan Companies, Inc. U.S. Retirement Plan - High Yield
Marsh & McLennan Companies, Inc. U.S. Retirement Plan - Long Duration Fixed Income
Marshall Wace Core Fund Limited
mary ann oboyle
Mary N. Moore
Maryland State Retirement Board
Massachusetts Bay Transportation Authority
Massachusetts State College Building Authority
Massachusetts Turnpike Authority
Massachusetts Water Resources Authority
MAST CREDIT OPPORTUNITIES I MASTER FUND LIMITED
Master Trust for Certain Tax Qualified Retirement Plans of Bechtel Corporation
Matthew Fiorilli and Judy Fiorilli
MATTHEW Q, GIFFUNI
Maxis Corporation
MAZZATTA, MARK & MCHUGH-MAZZATTA, MICHELLE
MBIA Inc.
MCDONNELL LOAN OPPORTUNITY LTD
MCGEE III, HUGH E
MEAG Munich ERGO Asset Management GmbH for and on behalf of Muenchener Rueckversicherungs-Gesellschaft Aktiengesellschaft in Muenchean
MEB Options, LLC.
MedAmerica Health Systems Employee Retirement Plan
MedCentral Health System
Medical Center of the Rockies
Mediobanca - Banca di Credito Finanziario S.p.A.
Mediolanum International Life Limited
MEGA INTERNATIONAL COMMERCIAL BANK CO,LTD
Melissa B. Mickey
MERCANTIL COMMERCEBANK, N.A.
Merced Partners II, L.P.
Merced Partners, L.P.
Mercer Global Investments Europe LTD
MERCHANTS' GATE CAPITAL LP
MERCHANTS' GATE ONSHORE FUNDLP
Mercuria Energy Trading Pte Limited
Mercuria Energy Trading SA
MERIDIAN BANK, N.A.
MERIDIAN DIVERSIFIED PORTABLE ALPHA FUND LTD
Mesivta Yeshiva Rabbi Chaim Berlin
Metal Box Pension Trustees Limited
Metavante Corporation
Metropolitan Capital Advisors International, Ltd.
Metropolitan Capital Advisors, L.P.
Metropolitan Life Insurance Company
Metropolitan Life Insurance Company on behalf of its Separate Account No. 389

Metropolitan Life Insurance Company SA 78
Meyer Family Trust LLC
MF Global UK Limited
MFA Financial, Inc., f/k/a MFA Mortgage Investments Inc.
MGM International Assurance Ltd
Michael and Jamie Delaney JTWROS
Michael Bruns
Michael Lardiere
Michael S. Goldberg 1992 Grantor Trust
michigan tobacco settlement finance authority
MICROSOFT CORPORATION
MICROSOFT GLOBAL FINANCE
MidAmerican Energy Company
MidFirst Bank
Midland National Life Insurance Company
Midway Market Neutral International Fund, Ltd.
Midwest Generation, LLC
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A Casil
Miguel A Casillas Godoy & Maria G Cossio C & Leslie G & Miguel A...
Miguel A Ozores Irastorza & Pablo Ozores Irastorza JTWROS
Miguel R. Bein and Olga María Rebori De Bein
Miguel S Prieto L & Ma ALDSC Malagon DP JTWROS TOD All Live Issue
Millennium International, Ltd.
Millennium Partners, L.P.
Minch Norton Employee Benefits Plan
MINNESOTA LIFE INSURANCE COMPANY
Minnesota State Board of Investment
MIP Fixed Income Account
MISSOURI (STATE OF) EMPLOYEES' RETIREMENT SYSTEM
Missouri Local Government Employees Retirement System
Mitsubishi Corporation
MITSUBISHI UFJ SECURITIES CO.,LTD.
MITSUBISHI UFJ TRUST AND BANKING CORP.
MITSUBISHI UFJ TRUST AND BANKING CORPORATION
Mitsui & Co. Energy Risk Management Ltd.
MITSUI SUMITOMO INSURANCE CO.,LTD.
MIZUHO BANK, LTD.
Mizuho Capital Markets Corporation
Mizuho Corporate Bank, Ltd.
Mizuho International plc
MIZUHO SECURITIES CO.LTD
MLC Investment Limited
MLC Investments Limited
MM Asset Management Limited: MM Institutional Funds PLC – MM UK Bond F
MMC UK Pension Fund Limited as trustees of the MMC UK Pension Fund
MMC UK Pension Plan - Global Small Cap Equity
MNC Partners, L.P.
MNOPF Trustees Limited - Merchant Navy Officers Pension Fund
MOLINA, GUILLERMO
MONTAUK ENERGY CAPITAL, LLC
Montes de Piedad y Caja de Ahorros de Ronda, Cádiz, Almería, Málaga y Antequera
Montreal Trust Company of Canada, as Trustee for Flatrock Trust
MONUMENTAL LIFE INSURANCE COMPANY
Mortgage Funding 2008-1 PLC
MOTOR INSURERS' BUREAU OF HONG KONG
MOUNT POLLEY MINING CORPORATION
MP INVESTMENT BANK (A/C GEN)

mr. and Mrs. Beusen
Mt. Wilson CLO II LTD
MTR CORPORATION LIMITED
MTR Corporation Limited Provident Fund Scheme
MTR Corporation Limited Retirement Scheme
Multi Asset Platform Master Fund SPC
Multicare Health System
Multi-Strategy Alpha Port (MAPS) TM Fund, Ltd.
Münchener Hypothekenbank eG
MUNICIPAL ASSET SECURITIZATION TRUST SECURITIES, SERIES 2008-1 TRUST
MUNICIPALITY FINANCE PLC
Munir Dauhajre
myrna schwack
NAKAGAWA BUSSAN CO.,LTD.
Nathan S Ward
National Bank of Canada
NATIONAL CINEMEDIA, LLC
National City Bank
National Grid plc
National Grid USA Final Average Pay Pension Plan
National Irish Bank Pension Scheme
National Power Corporation
National Rural Utilities Cooperative Finance Corporation
Nationale Nederlanden Interfinance B.V.
NATIONWIDE LIFE INSURANCE COMPANY (INC)
Nationwide Life Insurance Company of America Producers Pension Plan
NATIONWIDE MUTUAL FIRE INSURAN CE COMPANY (INC)
NATIONWIDE MUTUAL INSURANCE COMPANY
Nationwide Retirement Plan
NEBRASKA INVESTMENT FINANCE AUTHORITY
Nektar Asset Management AB for the Nektar Fund
Neste Oil OYJ
NetApp, Inc.
New Ireland Superannuation Fund
New Jersey Housing and Mortgage Finance Agency
New Mexico Educational Retirement Board Pension Plan
New South Federal Savings Bank, F.S.B.
New York City Industrial Development Agency
NEW YORK CITY MUNICIPAL WATER FINANCE AUTHORITY
News America Incorporated
Newton Re Limited
NEXEN ENERGY MARKETING LONDON LIMITED
NEXEN MARKETING
NEXEN MARKETING SINGAPORE PTE LTD.
Nexgen Capital Limited
Nexstar Developing Opportunities Master Fund, Ltd.
Niagra Mohawk Pension Plan
NIBC BANK N.V.
Nick Wiszowaty
Nilsborg Invest AS
NiSource Finance Corporation
Nomura Global Financial Products Inc.
Nomura International plc
Nomura Securities Co. Ltd.
NORD/LB COVERED FINANCE BANK S.A.
NORDDEUTSCHE LANDESBANK GIROZENTRALE
NORDEA BANK AB (publ)
NORDEA BANK FINLAND Plc
NORDIC INVESTMENT BANK
North American Company for Life and Health Insurance

NORTHCREST INC
Northern Racing PLC
NORTHERN ROCK PLC
Northern Trust Global Advisors-AFEBT
NORTHSIDE GUARANTY, LLC
NorthStar Real Estate Securities Opportunity Fund L.P.
NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY INC (THE)
NORTHWOODS-CATHEDRAL CITY, L.P.
Norton Gold Fields Limited
NRC Partners, L.P.
NRG POWER MARKETING LLC
NRW.BANK
NSK Pension Scheme
NTCC Western FI fd AFEBT
NUI Galway Pension Scheme
NUVEEN ENHANCED MULTI STRATEGY INCOME MANAGED ACCOUNTS PORTFOLIO
NUVEEN GLOBAL GOVERNMENT ENHANCED INCOME FUND
NUVEEN HIGH YIELD BOND FUND
NUVEEN HIGH YIELD MUNICIPAL BOND FUND
NUVEEN INTERNATIONAL INCOME MANAGED ACCOUNT PORTFOLIO
NUVEEN MULTI-STRATEGY INCOME FUND
NUVEEN SHORT DURATION BOND FUND
NYKREDIT BANK A/S
O.M.I. Provincial Account
Oak Crest Village, Inc.
Oaktree Value Opportunities Fund, L.P.
OBERBANK AG represented by Burns & Levinson LLP
OC/SD Mezz 1 LLC
OCM Opportunities Fund VI, L.P.
OCM Opportunities Fund VII Delaware, L.P.
OCM Opportunities Fund VII, L.P.
OCM Opportunities Fund VIIb Delaware, L.P.
O'Connor Capital Structure Opportunity Master Limited
O'Connor Global Convertible Arbitrage II Master Limited
O'Connor Global Convertible Arbitrage Master Limited
O'Connor Global Fundamental Market Neutral Long/Short Master Limited
O'Connor Global Multi-Strategy Alpha Master Limited
O'DELL, SCOTT & JENNIFER
Oesterreiche Volksbanken-Aktiengesellschaft
OFID - OPEC Fund for International Development
OGI Associates LLC
OHA Coast Hedging, Ltd.
OHA Hedged Credit, Ltd.
Ohio Operating Engineers Pension Fund
Ohio Presbyterian Retirement Services
Oil Investment Corporation Ltd.
Oklahoma City Employee Retirement System
Old Lane Financial Products, L.P.
OLD LANE LPA/C OLD LANE FINANCIAL PRD LP
Old Mutual (US) Holdings Inc.
Olifant Fund, LTD.
Olympus ALC Co-Borrower No.1, L.P.
Onderlinge Waarborgmaatschappij Centrale Zorgverzekeraars groep, Zorgverzekeraar U.A. ("CZ")
ONEOK Energy Services Company, L.P.
Onyx Finance Limited
Onyx Funding Limited - Series 2005-1
Onyx Funding Limited - Series 2006-1
Onyx Funding Limited - Series 2008-1
Oppenheimer Master International Value Fund, LLC

Optimum Fixed Income Fund, a series of Optimum Fund Trust
Orange County Employees Retirement System
ORANJE-NASSAU ENERGIE B.V.
Ore Hill Credit Hub Fund Ltd. f/k/a Ore Hill Concentrated Credit Hub Fund Ltd.
Oregon Laborer-Employers Pension Trust Fund
Osaka Securities Finance Company, Ltd.
OSCART INTERNATIONAL LIMITED
OVAL CIBLE ABSOLU (FRENCH COLLECTIVE INVESTMENT SCHEME) REP. BY OFI AM
OVERSEA-CHINESE BANKING CORPORATION LIMITED
OWENS & MINOR INC
Owl Creek I, L.P.
Owl Creek II, L.P.
Owl Creek Overseas Fund, Ltd.
Pacific Coast Bankers' Bank
Pacific Gas & Electric Corporation Post Retirement Medical Trust
PACIFIC GAS AND ELECTRIC COMPANY
Pacific International Finance Limited
Pacific Investment Management Company LLC, for each account named in the Termination Agreement
PACIFIC LIFE & ANNUITY COMPANY
Pacific Life Funds PL Inflation Managed Fund
Pacific Life Insurance Company
PACIFIC LIFECORP
Pacific Select Fund
Pacific Summit Energy LLC
PacificCorp Retirement Plan
PacifiCorp (as assignee of MidAmerican Energy Company)
PALMETTO HEALTH ALLIANCE
Paloma Industries Nogata Plant Ltd.
PANTON MASTER FUND LP
PAR INVESTMENT PARTNERS, L.P.
Par-Four Master Fund, Ltd.
Paris Prime Commercial Real Estate FCC, a French fonds commun de creances represented by Eurotitrisation
PARKCENTRAL GLOBAL HUB LTD (in provisional liquidation)
PARS Aspire Fund – (#4817)
Parsec Trading Corporation
Partner Reinsurance Company Ltd.
Patricia A. Ferro
Paul Hamlyn Foundation
Paulson Advantage Master Ltd.
Paulson Advantage Plus Master Ltd.
Paulson Credit Opportunities Master II Ltd.
Paulson Credit Opportunities Master Ltd.
PB CAPITAL CORPORATION
PB Financial Services, Inc.
PCS Administration (USA), Inc. Master Trust
PEABODY ENERGY CORPORATION
Pearl Assurance plc
Pearl Finance PLC - Series 2003-1
Pearl Finance PLC - Series 2003-4
Pearl Finance PLC - Series 2003-5
Pearl Finance PLC - Series 2003-6
Pearl Finance PLC - Series 2003-8
Pearl Finance PLC - Series 2005-1
Pebble Creek LCDO 2006-1, LTD
Pebble Creek LCDO 2007-3, LTD
PENN VIRGINIA CORPORATION
Penn West Petroleum Ltd.
Pennsylvania Public School Employees' Retirement System

Pension Asset Committee of Twin Cities Hospitals – Minnesota Nurses Association Pension Plan
Pension Benefit Guaranty Corporation
Pension Fund of the Christian Church (Disciples of Christ), Inc.
Pension Plan of Hercules Incorporated
Pension Plan of The Chubb Corporation, Chubb & Son, Inc. and Participa
Pension Reserves Investment Trust
Pensionskasse Unilever Schweiz
People's Bank of China
PEOPLE'S UNITED BANK
Pere Ubu Investments, L.P.
Peter and Diana Caride
Petra Schoemaker
Petrarca Finance Public Limited Company Series 2002-01
PGA HOLDINGS INC
Pharo Macro Fund, Ltd.
Pharo Master Fund, Ltd.
Phibro LLC
Philadelphia Municipal Employees Retirement System
Philip Morris Finance S.A.
PHILIPPINE AIRLINES INC
Philips Pension Trustees Limited as Trustee of the Philips Pension Fund
PHOEBE DEVITT HOMES et al.
Phoenix 2002-1 Limited
Phoenix 2002-2 Limited
Phoenix F1 – Neubrandenburgstrasse S.à.r.l
Phoenix II Mixed Sarl
Phoenix III Mixed U S.a.r.l
Phoenix Pensions Limited
PHZ Long/Short Trading Ltd.
PICERNE DEVEOPMENT CORP OF FLORIDA
Pickersgill, Inc.
PIETRO FERRERO
Pilsudski Fund Limited (formerly MAC Pilsudski 20A Limited)
PIMCO Absolute Return Strategy II Cayman Unit Trust - (#4902)
PIMCO Absolute Return Strategy II Master Fund LDC - (#4802)
PIMCO Absolute Return Strategy III - (#4803)
PIMCO Absolute Return Strategy IV eFund - (#4899)
PIMCO Absolute Return Strategy IV IDF LLC - (#3994)
PIMCO Absolute Return Strategy IV Master Fund LDC - (#3199)
PIMCO Absolute Return Strategy V - (#4825)
PIMCO Absolute Return Strategy V Alpha Fund - (#4942)
PIMCO Bermuda Foreign Low Duration Fund - (#2742)
PIMCO Bermuda Global Aggregate Ex-Japan Bond Fund (M) - (#3706)
PIMCO Bermuda Global Bond Ex-Japan Fund - (#3738)
PIMCO Bermuda LIBOR Plus Fund (M) - (#2739)
PIMCO Bermuda U.S. Low Duration Fund - (#2741)
PIMCO Cayman Global Aggregate Bond Fund - (#2733)
PIMCO Cayman Global Aggregate Ex-Japan (Yen-Hedged) Bond Fund - 2818
PIMCO Cayman Global Aggregate Ex-Japan Bond Fund - (#2755)
PIMCO Cayman Global Aggregate Ex-Japan Income Fund - (#2763)
PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Bond Fund II-2759
PIMCO Cayman Global Aggregate Ex-Japan Yen-Hedged Income Fund-2781
PIMCO Cayman Global Ex-Japan (Yen-Hedged) Bond Fund - (#2732)
PIMCO Cayman Global Ex-Japan Bond Fund - (#2730)
PIMCO Cayman Global High Income Fund - (#2764)

PIMCO Cayman Global LIBOR Plus (U.S. Dollar-Hedged) Fund - (#3801)
PIMCO Cayman Global Multiple Real Return Fund - (#2768)
PIMCO Combined Alpha Strategies - (#4861)
PIMCO CommodityRealReturn Strategy Fund - (#731)
PIMCO CommodityRealReturn Strategy Portfolio - (#6881)
PIMCO Emerging Markets Bond Fund (M) - (#2737)
PIMCO Foreign Bond Fund (U.S. Dollar-Hedged) - (#770)
PIMCO Foreign Bond Fund (Unhedged) - (#719)
PIMCO Global Bond Fund (U.S. Dollar-Hedged) - (#785)
PIMCO Global Bond Fund (Unhedged) - (#775)
PIMCO Global Bond Portfolio (Unhedged) - (#2680)
PIMCO Global Bond Strategy Fund - (#3751)
PIMCO Global High Yield Strategy Fund - (#3752)
PIMCO Real Return Fund - (#795)
PIMCO Real Return Portfolio - (#691)
PIMCO Real Return Trust - (#6031)
PIMCO RealEstateRealReturn Strategy Fund - (#788)
Piney Branch Park Inc.
Ping Exceptional Value Master Fund L.P.
Pinnacle American Core Plus Bond Fund
PIONEER EUROPE MAC 70 LIMITED
Pioneer Funds - U.S. Equity 130/30
Piper Jaffray Financial Products II Inc.
PJ Carroll & Co Ltd Pension Plan for Salary & Factory Staff
PJM Interconnection, LLC
Plainfield Direct Inc.
Plainfield Special Situations Master Fund Limited
Plan for Employee Benefit Investment Funds, Core Plus Fixed Income Fund
Plan Investment Committee on behalf of the JPMorgan Chase Retirement Plan (JPMC)
PMA Koryo Fund
PMA Prospect Fund
PNC Bank, National Association
Pohjola Bank plc
Polaris Fund (GEO Global Bond Total Return VI) - Polaris Investment SA
POLLYSON INTERNATIONAL LIMITED
Polygon Global Opportunities Master Fund
Pond View Credit (Master), L.P.
Popular Gestión, S.G.I.I.C., S.A.
Port of Tacoma
Portman Building Society Pension & Assurance Scheme
Posillipo Finance II S.r.l.
Posillipo Finance S.r.l.
Post Distressed Master Fund, L.P.
Post Strategic Master Fund, L.P.
Post Total Return Master Fund, L.P.
Poste Italiane S.p.A.
Potomac River Capital Master Fund, L.P.
Poudre Valley Health Care, Inc.
PPG Industries, Inc. - Long DurationCompany of America
PQ Corporation
PRACTIS 09.09
Preferred Residential Securities 06-1 Plc
PREGIS CORPORATION
Premier Health Partners Operating Investment Program
PRESBYTERIAN MANORS INC
PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers Finance SA in Liquidation/Lehman Brothers Finance AG in Liquidation

PricewaterhouseCoopers AG Zurich as Bankruptcy Liquidator for Lehman Brothers International (Europe) Zurich Branch, in Liquidation
PRIMONE INC.
Primus Telecommunications Canada Inc.
PRINCE OF PEACE LUTHERAN CHURCH OF CARROLLTON, TX
PRISMA ENHANCED FIXED INCOME FUND LP
PRISMA ENHANCED FIXED INCOME FUND LTD
Procesos Controlados SA DE CV
Programma Dinamico S.p.A.
Promark Alternative High Yield Bond Fund - Acct. No. GREK (GMAM Investment Funds Trust II)
Promark Global Tactical Asset Allocation Fund - Acct. No. 3037020140 (GMAM Investment Funds Trust)
Promark Investment Trustees Limited
Prospect Harbor Credit Partners, L.P.
PROTEIN 2
PROVIDENT LIFE & ACCIDENT INSURANCE CO INC
Pru Alpha Fixed Income Opportunity Master Fund I, LP
Prudential Global Funding LLC
Prudential Investments
PSEG Inc. Master Retirement Trust
PT Bank Negara Indonesia (Persero) Tbk.
PUBLIC POWER GENERATION AGENCY
Public Utility District No. 1 of Chelan County PUD, Washington
Puerto Swap FCCC Corp.
Puget Sound Energy, Inc.
Pulsar Re, Ltd.
PULSIA 2
Pumice Investments (Netherlands) B.V.
Pursuit Capital Partners Master (Cayman) Ltd.
PURSUIT OPPORTUNITY FUND I MASTER LTD
PVHA/Sims Ventures, Inc.
PYRAMIS BROAD MARKET DURATION COMMINGLED POOL PORTFOLIO OF THE PYRAMIS
PYRAMIS INTERMEDIATE DURATION COMMINGLED POOL
PYRAMIS LONG DURATION COMMINGLED POOL
Pyxis Finance Limited
QFR Master Victoria Fund, L.P.
Quantum Partners LDC
Quartz Finance Limited
Quartz Finance PLC - Series 2003-3
Quartz Finance PLC - Series 2003-4
Quartz Finance PLC Series 2003-5
Quartz Finance PLC Series 2005-1A
Quartz Finance PLC Series 2005-1B
Quartz Finance PLC Series 2005-2
Quartz Finance Public Limited Company Series 2003-1 Eldon Street A
Quartz Finance Public Limited Company Series 2003-1 Eldon Street B
Quintessence Fund LP
QVT Fund LP
R2 Investments, LDC
Rabobank Nederland, New York Branch
Radcliffe SPC, Ltd., for and on behalf of
RAI RADIOTELEVISIONE ITALIANA SPA
RAIFFEISEN BANK ZRT
Raiffeisenlandesbank Niederosterreich-Wien AG
Raiffeisenlandesbank Vorarlberg Waren-u. Revisionsverband
Railway Pension Trustee Company Limited
Railways Pension Trustee Company Limited
Rainer and Helga Pechmann

Ramius Convertible Arbitrage Master Fund Ltd. (f/k/a RCG Latitude Master Fund, Ltd.)
Ramius Enterprise Master Fund Ltd. (f/k/a RCG Enterprise Fund Ltd.)
Ratia Energie AG
RAVEN CREDIT OPPORTUNITIES MASTER FUND LTD
Raymond G. Schuville
Raymundo Sanchez Aussenac & Maria E Sanchez JTWROS TOD Dolores Ramos R
Raytheon Company Combined Defined Benefit Defined Contribution Master
Raytheon Master Pension Trust
RBC ASSET MANAGEMENT INC.
RBC Dexia Investor Services
RBC Dexia Investor Services Trust as Trustee for RBC Canadian Master Trust
RCG PB, Ltd.
Real Assets Portfolio LP
Redfire, Inc.
Redwood Master Fund, Ltd.
REGIMENT CAPITAL LTD
Regione Marche
REGIONS BANK
Relative European Value S.A.
ReliaStar Life Insurance Company
ReliaStar Life Insurance Company of New York
Reservoir Master Fund, L.P.
Residences de la Republique S.A.S. c/o Lehman Brothers Real Estate Partners III, L.P.
Residential Accredit Loans, Inc. Series 2006-QO8 (I-A1A)
Residential Accredit Loans, Inc. Series 2006-QO8 (I-A2A)
Residential Accredit Loans, Inc. Series 2006-QO8 (I-A5A)
Residential Accredit Loans, Inc. Series 2006-QO9
RESIDENTIAL ASSET SECURITIZATION TRUST SERIES 2006-A15
Resolute Aneth, LLC
Restructured Asset Certificates With Enhanced Returns
Restructured Asset Certificates with Enhanced Returns, Series 1998-I-P
Restructured Asset Certificates with Enhanced Returns, Series 2002-45-
Restructured Asset Securities with Enhanced Returns,
Restructured Assets Securities With Enchanced Returns
Retirement Housing Foundation
richard and roberta edelheit
Richard J Bove TTEE fbo Victoria B Vallely
Rick M. Rieder and Debra L. Rieder
RIMROCK HIGH INCOME PLUS (MASTER) FUND LTD
RIMROCK LOW VOLATILITY MASTER FUND LTD
Rio Tinto Energy America, Inc.
Rising U.S. Dollar ProFund
River Capital Advisors, Inc.
RiverSource Balanced Fund
RiverSource Diversified Bond Fund
RiverSource Life Insurance Company
RiverSource Limited Duration Bond Fund
RiverSource Variable Portfolio - Balanced Fund
RiverSource Variable Portfolio - Core Equity Fund
RiverSource Variable Portfolio - Diversified Bond Fund
Roar Tessem
Robeco Fixed Income Strategies SPC in respect of Segregated Portfolio A
ROBERT A SCHOELLHORN TRUST
Robert A. Meister

Roche US DB Plans Master Trust
Rock Creek Portable Alpha Series 7051, Ltd
Rock Creek Portable Alpha Series 8011, Ltd
Rock Creek Portable Alpha Series I, Ltd
Rock Creek Portable Alpha Series III, Ltd
RockView Trading, Ltd.
ROGER L. WESTON REV TRUST
Roger Newton and Coco Newton JTWROS
ROHAN, PHANSALKAR
Roman Dworecki, MD
ronald I gallatin
Ronnie B. Getz Revocable Trust
Rosa M Gonzalez Vergara Tod Rosa Maria Diaz Gonzalez
ROSS FINANCIAL CORPORATION
Rosslyn Investors I, LLC
Rosslyn Series LLC c/o Lehman Brothers Real Estate Partners II, L.P.
ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED)
ROYAL BANK AMERICA
ROYAL BANK OF CANADA
Royal Charter Properties - East, Inc.
Royal City of Dublin Hospital Trust
Rubicon Master Fund
Ruby Finance PLC - Series 2003-4
Ruby Finance PLC - Series 2004-2
Ruby Finance PLC - Series 2005-IA1
Ruby Finance PLC - Series 2005-IA10
Ruby Finance PLC - Series 2005-IA11
Ruby Finance PLC - Series 2005-IA12
Ruby Finance PLC - Series 2005-IA13
Ruby Finance PLC - Series 2005-IA14
Ruby Finance PLC - Series 2005-IA15
Ruby Finance PLC - Series 2005-IA16
Ruby Finance PLC - Series 2006-02
Ruby Finance PLC - Series 2006-03
Ruby Finance PLC - Series 2006-5
Ruby Finance PLC - Series 2007-2
Ruby Finance PLC - Series 2007-3
Ruby Finance PLC - Series 2007-6
Ruby Finance PLC - Series 2007-7
Ruby Finance PLC - Series 2008-1
RWE SUPPLY & TRADING GMBH
S.A.C. Arbitrage Fund, LLC
S.A.C. Capital Associates, LLC
S.A.C. Global Investments, L.P.
S.A.C. Global Macro Fund, LLC
S.A.C. MultiQuant Fund, LLC
s.Weinstein & H. Weinstein TTees Candid Litho Printing LTD Defined Benefit Pen. Plan
SABMiller Plc, Attn: Jonathan Gay, Group Treasury Counsel
SABRE FUND MANAGEMENT LIMIA/C SABRE ENHANCED FUND
SABRE FUND MANAGEMENT LIMIA/C SABRE STYLE ARB LIQ
sacha lainovic
Sacher Funding Ltd.
SAGA 400 LIMITED
SALEM FIVE CENTS SAVINGS BANK
Salt River Pima Maricopa Indian Community
Salvador Heredia Haro Tod Emilia De Haro SIlos
Samba Financial Group
Sampo Bank plc
SAMRA, VICTOR
Samsung Life Insurance Co., Ltd.

San Francisco City and County Employees' Retirement System
SAN REMO APARTMENTS, L.P.
Sandra S Greenwood Trustee Sarah Greenwood Tr 3/20/08
Sandra S Greenwood TTee Fraser  Greenwood Trust
Sandra S Greenwood TTee Thomas  Greenwood Trust
Sanford C. Bernstein Fund II, Inc. - Bernstein Intermediate Duration Institutional Portfolio
Sanford C. Bernstein Fund, Inc. - Intermediate Duration Portfolio
SANMINA-SCI CORPORATION
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Multioportunidad 4X4 II, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Banesto Garantizado Ocasion, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Conservador, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Anticipacion Moderado, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Multirentabilidad, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Santander 150 Aniversario, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Acciones 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo 2, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Fondo Superseleccion Dividendo, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Conservador, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Santander Decision Moderado, FI
Santander Asset Management, S.A., S.G.I.I.C. on behalf of Superfondo Evolucion, FI
Saphir Finance PLC - Series 2006-3 Class A1
Saphir Finance PLC - Series 2006-3 Class A3
Saphir Finance PLC - Series 2006-3 Class A4
Saphir Finance PLC - Series 2006-4
Saphir Finance PLC - Series 2006-6
Saphir Finance PLC - Series 2006-8 - Series A
Saphir Finance PLC - Series 2006-8C
Saphir Finance PLC - Series 2007-2
Saphir Finance PLC - Series 2007-4
Saphir Finance PLC - Series 2007-5
Saphir Finance PLC - Series 2007-7
Saphir Finance PLC - Series 2007-9
Saphir Finance PLC - Series 2008-1
Saphir Finance PLC - Series 2008-10
Saphir Finance PLC - Series 2008-11
Saphir Finance PLC Series 2005-10-A1
Saphir Finance PLC Series 2005-10-A2
Saphir Finance Public Company Limited Series 2004-5
Saphir Finance Public Company Limited Series 2004-7
Saphir Finance Public Company Limited Series 2005-1 Class A1
Saphir Finance Public Limited Company
Saphir Finance Public Limited Company 2005-07A1
Saphir Finance Public Limited Company Series 2004-12

Saphir Finance Public Limited Company Series 2004-2
Saphir Finance Public Limited Company Series 2004-4
Saphir Finance Public Limited Company Series 2005-04
Saphir Finance Public Limited Company Series 2005-11
Saphir Finance Public Limited Company Series 2005-12
Saphir Finance Public Limited Company Series 2005-3A
Saphir Finance Public Limited Company Series 2005-3B
Saphir Finance Public Limited Company Series 2005-3C
Saphir Finance Public Limited Company Series 2006-02
Saphir Finance Public Limited Company Series 2006-02A1
Saphir Finance Public Limited Company Series 2006-02A2
Saphir Finance Public Limited Company Series 2006-10
Saphir Finance Public Limited Company Series 2006-11A
Saphir Finance Public Limited Company Series 2008-12
Saphir Finance Public Limited Company Series 2008-13
Saphir Finance Public Limited Company Series 2008-6
Saphir Finance Public Limited Company Series 2008-7
Saphir Finance Public Limited Company Series 2008-8
Saphir Finance Public Limited Company Series 2008-9
Saphir Public Limited Company Series 2006-02B1
Sarasota County Public Hospital District
SARK MASTER FUND LIMITED
SATELLITE CONVERTIBLE ARBITRAGE MASTER FUND, LTD.
SATELLITE CREDIT OPPORTUNITIES FUND, LTD.
SATELLITE FUND II, L.P.
SATELLITE FUND IV, L.P.
SATELLITE OVERSEAS FUND IX, LTD.
SATELLITE OVERSEAS FUND V, LTD.
SATELLITE OVERSEAS FUND VI, LTD.
SATELLITE OVERSEAS FUND VIII, LTD.
SATELLITE OVERSEAS FUND, LTD.
Savannah ILA Employers Pension Fund
Saxo Bank A/S
SBA Communications Corporation
SCAGO Educational Facilities Corp. for Sumter County School Distr. 17
SCAGO Educational Facilities Corporation forWilliamsburg School Distr.
Schiller Park CLO
Schiller Park CLO Ltd.
Schlumberger Master Profit Sharing Trust
SCI Gouvion Saint Cyr
SCOGGIN CAPITAL MANAGEMENT LP II
Scoggin International Fund, Ltd.
SCOGGIN WORLDWIDE FUND LTD
Scott Sobo
Seabrook Village, Inc.
Sears 401 (k) Savings Plan
Seat Pagine S.p.A.
SEB AG
Security Life of Denver Insurance Company
SEGESPAR FINANCE
SEI GLOBAL INVESTMENTS FUND PLC - SEI EURO CORE FIXED INCOME FUND
SEI GLOBAL MASTER FUND PLC
SEI GLOBAL MASTER FUND PLC - SEI EURO CORE FIXED INCOME FUND
SEI GLOBAL MASTER FUND PLC - SEI GLOBAL FIXED INCOME FUND
SEI GLOBAL MASTER FUND PLC - THE SEI US FIXED INCOME FUND
SEI INSTITUTIONAL INTERNATIONAL TRUST INTERNATIONAL FIXED INCOME FUND

SEI INSTITUTIONAL INVESTMENTS TRUST - EXTENDED DURATION FUND
SEMERIA MONDE
Sempra Energy Solutions LLC
SEMPRA GENERATION
SENTINEL ALARM
SESI LLC
SGRO, MICHAEL
SGS HY Credit Fund I (Exum Ridge CBO 2006-3), LTD.
SHANNON HEALTH SYSTEM
Shanti Asset Management
Sharon
SHARP HEALTHCARE SYSTEM
Sheehan F. Lunt
Shell International Eastern Trading Company
Shell Pensions Trust Limited in its capacity as trustee of the Shell Contributory Pension Fund
SHELL TRADING (US) COMPANY
Shell Trading International Limited
Shepherd of the Valley Lutheran Retirement Services, Inc.
Shin Kong Life Insurance Company Limited
SHINSEI BANK LIMITED
Shinyoung Securites, co.
SHIZUOKA BANK, LTD
SHK ASIA DYNAMIC HOLDINGS LTD
SHOKO CHUKIN BANK - THE
Sid R. Bass Management Trust
Siemens AG
Siemens Capital Company LLC
Sierra Pacific Resources Retirement Plan
SIG Energy, LLLP
Sigma Capital Associates, LLC
Sigma Fixed Income Fund, Ltd.
Silver Lake Credit Fund, L.P.
Silver Point Capital Fund, L.P.
Silver Point Capital Offshore Fund, Ltd.
SIMPSON MEADOWS
Singapore Airlines Limited
SINGAPORE PETROLEUM COMPANY LIMITED
Sirius International Limited with respect to Series 11
Sirius International Limited with respect to Series 16
Sisters of Charity
SK ENERGY CO. LTD.
SK SECURITIES CO.,LTD
Skandinaviska Enskilda Banken AB (publ)
SKYPOWER CORP.
SLM Corporation
Slovenska Sporitel'na a.s.
SMASh Series M Fund
SMBC Capital Markets Limited
Smith Breeden Alpha Strategies Master Ltd.
Smith Breeden Credit Master Ltd.
Smith Breeden Investment Grade Core Bond Master Ltd.
Smith Breeden Mortgage Partners L.P.
SmithKline Beecham Corporation
SMOLANSKY FUND LIMITED
SMURFIT KAPPA ACQUISITIONS f/k/a JSG Acuisitions f/k/a MCDP Acquisitions I
So Cal United Food & Commercial Workers Unions & Food Employers
Societe des Autoroutes Paris-Rhin-Rhone ("APRR")
Société Générale Asset Management Banque

Society of African Missions (SMA)
SOLA, Ltd.
SOLAR INVESTMENT GRADE CBO I, LIMITED
SOLAR INVESTMENT GRADE CBO II, LIMITED
SOLOMER FUND LLC
Solus Core Opportunities Master Fund Ltd.
Sonoma CERA Portfolio
SORIN MASTER FUND, LTD.
Southern Community Bank and Trust
Southern Community Financial Corp.
Southern Pacific Securities 05-1 PLC
Southern Pacific Securities 05-3 PLC
Southhaven Partners I, L.P.
Southwest Airlines Co.
SOUTHWEST CORPORATE FEDERAL CREDIT UNION
SOUTHWESTERN ILLINOIS HEALTH FACILITIES INC
Sovereign Bank
Sovereign High Yield Investment Company Limited
Sparkasse Aachen
Sparkasse Pforzheim Calw
SPCP GROUP, L.L.C.
SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund, Ltd.
SPCP Group, L.L.C., as agent for Silver Point Capital Fund, L.P. and Silver Point Capital Offshore Fund Ltd., successor to Export Development Canada (EDC)
SPCP Group, L.L.C., as successor to Popular High Grade Fixed-Income Fund, Inc.
SPCP Group, L.L.C., successor to Alliance Laundry Equipment Receivables Trust 2005-A
SPCP Group, L.L.C. as agent for Silver Point Capital Fund LP and Silver Point Capital Offshore Fund Ltd.
SPECTRUM INVESTMENT PARTNERS INTERNATIONAL LTD
SPECTRUM INVESTMENT PARTNERS LP
Spokane Public Facilities District
SR GGI Master MA, Ltd.
SR Latigo Master MA, Ltd.
SRI FUND, L.P.
SRM Global Master Fund Limited Partnership
St. John of God Order - Irish Province
St. Joseph Health System - Operating Account
St. Joseph's University
St.Joseph's/Candler Health System, Inc.
Standard Bank Isle of Man Limited
Standard Bank Jersey Limited
Standard Bank Plc
Standard Chartered Bank
Standard Chartered Bank (Thai) Public Company Limited
Standard Chartered Bank as trustee and HI Asset Management Co. Ltd. as I.M. for CJ 2 Star SD Cliquet Private Derivatives Trust 22
STANDARD GENERAL MASTER FUND LP
STANDARD LIFE & ACCIDENT INSURANCE COMPANY
Stanford Hospital and Clinics
Staple Street Aviation (Master), L.P.
STARK CRITERION MASTER FUND LTD. (1000193271)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD (888045720)
STARK GLOBAL OPPORTUNITIES MASTER FUND LTD. (1000193260)
STARK MASTER FUND LTD (888045730)
STARK MASTER FUND LTD. (1000193269)
State Bank of India
STATE BANK OF LONG ISLAND
State of Indiana (Major Moves Construction Fund)

STATE OF OREGON
STATE RENAISSANCE
State Retirement and Pension System of Maryland
State Universities Retirement System
Stephen Nash Hurley
Steve Goldman and Azita Etaati
Steven Edelson
Steven Teicher
~~STICHTING BEDRIJFSTAKPENSIOENFONDS ZORGVERZEKERAARS~~
Stichting Bewaarder Zorgfonds UVIT
Stichting Blue Sky Active Long Duration Global Inflation Linked Bond Fund
Stichting Dow Pensioenfonds
Stichting Gemeenschappelijk Beleggingsfonds FNV
Stichting Pensioenfonds ABP
Stichting Pensioenfonds Campina
Stichting Pensioenfonds Corporate Express
Stichting Pensioenfonds Grontmij
Stichting Pensioenfonds SdB
Stichting Pensioenfonds Stork
Stichting Pensioenfonds Voor Huisartsen
Stichting Shell Pensioenfonds
Stone Harbor Investment Funds PLC
STONE TOWER CREDIT MASTER FUND LTD
STONEHILL INSTITUTIONAL PARTNERS, L.P.
STONEHILL OFFSHORE PARTNERS LIMITED
Strategic Global Fund - Mortgage Securities (Putnam) Fund
Straumur-Burdaras Investment Bank hf
Structured Adjustable Rate Mortgage Loan Trust
Structured Adjustable Rate Mortgage Loan Trust  Mortgage
Structured Adjustable Rate Mortgage Loan Trust Mortgage Pass-Through
Structured Asset Investment Loan Trust Series 2004-1
Structured Asset Securities Corporation
Structured Asset Securities Corporation Mortgage Pass
Structured Asset Securities Corporation Mortgage Pass-Through
Structured Asset Securities Corporation, Mortgage Pass
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-23XS
STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-9XS
Structured Credit Opportunities Fund II, L.P.
STYLOS CAPITAL MANAGEMENT
Sumitomo Mitsui Banking Corporation
Summit Academy
SUMMIT ACADEMY NORTH
Summit Petroleum Limited
Sun Hung Kai Investment Services Limited
SUN LIFE ASSURANCE COMPANY OFCANADA (US)
SUN TRUST BANK NA
SunAmerica Life Insurance Company
SunAmerica Series Trust - International Growth and Income Portfolio
SUNCOR ENERGY  MARKETING, INC.
Sunny Bank, Ltd.
Sunoco, Inc. Master Retirement Trust
Sunrise Partners Limited Partnership
Sunset Park CDO Limited SPC
SUNSET PARK CDO LIMITED SPC, for the account of
SUNSET PARK CDO LIMITED SPC, for the account of the
SUNTRUST BANK
Superannuation Funds Management Corporation of South Australia
SUPERIOR ENERGY SERVICES INC
Suryan Family Trust
Susanne Arends

Suttonbrook Capital Portfolio, L.P.
Svenska Handelsbanken AB (publ)
SWEDBANK AB (PUBL)
Swedish National Debt Office
Swift Master Auto Receivables Trust
Swiss Re Financial Products Corporation
Swiss Re Global Markets Limited
Swiss Reinsurance Company Ltd
SYLVIA AGOSTINI LIVING TRUSTDTD 5/12/2000
Syracuse University
Sysco Corporation Retirement Plan
T.O. Holdings, LLC
Tabor Hills Supportive Living
tachong bank ltd
TACONIC CAPITAL PARTNERS 1.5 LP
TACONIC OPPORTUNITY FUND LP
Taipei Fubon Commercial Bank Co., Ltd.
TAISHIN INTERNATIONAL BANK
TAKAMIYA CO., LTD.
tampa sports authority
TAVARES SQUARE CDO LIMITED  Global 9A
TAVARES SQUARE CDO LIMITED  Global 9B
Taylor Creek Limited
Taylor Hedge Fund Limited
TCW ABSOLUTE RETURN CREDIT FD
TCW ABSOLUTE RETURN CREDIT FUND LP
TCW Absolute Return Credit Fund, LP
TD Bank, N.A.
TD Nordique, Inc.
Teacher's Retirement System of Louisiana
Teachers' Retirement System of the State of Illinois
Teacher's Retirement System of the State of Illinois
Team Relocations
Tecomara N.V.
TELECOM ITALIA CAPITAL SOCIETE ANONYME
TELECOM ITALIA FINANCE SA
TELEFONICA, S.A.
Telstra Super Pty Ltd as Trustee of Telstra Superannuation Scheme
Tempic Five, LLC
Temple Health System Transport Team, Inc.
Temple Physicians, Inc.
Temple University Health Systems, Inc., for itself and as Agent
Temple University Hospital
Templeton Global Bond Fund
Templeton Global Total Return Fund
Tempo Volatility Master Fund L.P.
TENASKA POWER SERVICES CO.
Tennenbaum Multi-Strategy Master Fund
TENOR OPPORTUNITY MASTER FUND LTD
Tensor Opportunity Limited
Teodosio F Martin Ortegon & Suemy N Ruiz Romero JTWROS
Tercas-Cassa Di Risparmio della Provincia di Teramo Spa
Term Loans Europe plc
Terrebonne Investments, L.P.
TERWILLIGER PLAZA INC
Teva Pharmaceutical Industries Limited
Tewksbury Investment Fund Ltd.
~~TfL Pension Fund, by Bridgewater Associates, Inc., as agent for TfL Pension Fund~~
Thabit Family Trust
The 1199 SEIU Greater New York Pension Fund
THE ADM MACULUS FUND II L.P.

THE ADM MACULUS FUND III L.P.
The Allegheny County Airport Authority
The AllianceBernstein Pooling Portfolios - AllianceBernstein Intermediate Duration Bond Portfolio
The Allianz Group Pension Scheme
The Annie E. Casey Foundation
THE APOGEE FUND, LTD.
The Bank of Korea
The Bank of New York Mellon
The Bank of New York Mellon Trust Company, N.A.
The Bank of New York Mellon Trust Company, National Association, as Trustee for MKP Vela CBO, Ltd.
The Bank of Nova Scotia
The Becton Dickinson Pension Scheme
The Board of the Pension Protection Fund
The Board of Trustees of the National Provident Fund
The Bradford & Bingley Staff Pension Scheme
The Buckeye Tobacco Settlement Financing Authority
The Bunting Family LLCII Limited Liability Company
The Christian and Missionary Alliance Foundation, Inc.
The Cleveland Clinic Foundation
The Commonwealth of Massachusetts
The Co-operative Bank p.l.c. (f/k/a Britannia Building Society)
The Core Focus Fixed Income Portfolio, a series of Delaware Pooled Tru
The Core Plus Fixed Income Portfolio, a series of Delaware Pooled Trus
The Core Plus Fixed Income Portfolio,a series of Delaware Pooled Trust
The Cork Examiner Pension Scheme
The Crown Cork & Seal Company, Inc. Master Retirement Trust
The Drake Global Opportunities (Master) Fund, Ltd.
The Drake Low Volatility Master Fund, Ltd.
The Drake Offshore Master Fund, Ltd.
The Elim Park Baptist Home, Inc.
The Foundation of the Catholic Diocese of Columbus, OhioThe Golden State Tobacco Securitization Corporation
The Government of Israel on behalf of the State of Israel
The Government of the Republic of Singapore, as represented by the Board of Trustees of the SAVER-PREMIUM FUND
The Governor and Company of the Bank of Ireland
The Greencore Group Pension Scheme
The Guggenheim Portfolio Alpha Solution SPC, acting on behalf of and for the account of Segregated Portfolio 3
The Hartford Mutual Funds, Inc., on behalf of Hartford High Yield Fund
The Holy Ghost Fathers Trust for Elderly & Infirm
The Hong Kong Polytechnic University
THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED
The Hoover (1987) Pension Scheme
The ING Proprietary Alpha Fund, LLC
The Intermediate Fixed Income Portfolio, a series of Delaware Pooled T
The International Investment Funds - Putnam European Equity Fund
The International Investment Funds - Putnam Global Fixed Income Fund
The International Investment Funds - Putnam Global Growth Equity Fund
The International Investment Funds - Putnam Global Value Equity Fund
The Irish Times Limited Pension & Life Assurance Plan for Senior Management

The Kresge Foundation
THE KROGER CO MASTER RETIREMENT TRUST
The Landings on Millenia Blvd., Partners, LTD.
The Lincoln National Life Insurance Company
THE LUTHERAN HOME, INC
The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.125110240
The Master Trust Bank of Japan, Ltd. acting as trustee for Fund No.132490070
The Morningside Ministries Foundation, Inc.
The Norinchukin Trust and Banking Co., Ltd.
The Orrington Plus Fund SPC o/b/o Orrington Plus Class C Seg Portfolio
The Pashcow Family Partnership
The Penn Mutual Life Insurance Company
The Province of British Columbia
The Prudential Insurance Company of America on behalf of its Separate Account VCA-GI-7-SB-AR
The Romesh & Kathleen Wadhwani Trust
The Rutland Hospital, Inc.
The Salvation Army, a New York Religious and Charitable Corporation
THE SHENANDOAH, L.P.
The St. Louis Archdiocesan Fund
The Sumitomo Trust & Banking Co., Ltd.
The Toronto-Dominion Bank
The Trustee of the Alcan Packaging Pension Plan
The Trustees of the Jaguar Pension Plan
The Trustees of the NEI Common Investment Fund
The Trustees of the Rolls-Royce Ancillary Benefits Plan
THE UNITED COMPANY
The University of Texas Investment Management Company
The Walt Disney Co Master Retirement Plan
The Walt Disney Company, Attention: Alec M. Lipkind, Vice President, Counsel
The William and Flora Hewlett Foundation
THIRD AVENUE SPECIAL SITUATIONS (MASTER) FUND LP
Thomas Cook AG
Thomas E and Leona W Beck
Thomas Marino
Thomson Reuters Group Limited
TIAA Global Markets, Inc.
TIAA Structured Finance CDO I, Limited
Tiffany & Co.
TIGER ASIA FUND LP RE TIGER ASIA MANAGEMENT, LLC
TIGER ASIA OVERSEAS FUND LTDRE TIGER ASIA MANAGEME
Tiger Global II, L.P.
Tiger Global, L.P.
Tiger Global, Ltd.
TIM GOODE
Time Warner DC Plans Master Trust
TK Investment AS
TLLB2002 International Limited
TLP Trading LLC
TM-LB Claims Vehicle Ltd
TOB Capital LP
TODAKA MINING CO, LTD.
TOKIO MARINE & NICHIDO FIRE INSURANCE CO., LTD.
Tomar Trust
TONI ACTIONS 100 represented by LA BANQUE POSTALE ASSET MANAGEMENT
Tony O'Brien

Topaz Finance Limited 2005-1 EMEA 240
Topaz Finance Limited 2005-2
Torbjorn Seielstad Holding AS
Total Produce Ireland Pension Scheme
TPF GENERATION HOLDINGS, LLC
TPG-Axon Partners (Offshore), Ltd.
TPG-Axon Partners, LP
TPG-RESEARCH PARK PLAZA I&II LLC
TPG-STONEBRIDGE PLAZA II LLC
TR2 Cayman Fund
TRAFIGURA DERIVATIVES LTD
TRANQUILITY MASTER FUND LTD
TRANSAMERICA CORPORATION
TRANSAMERICA FINANCIAL LIFE INSURANCE CO
TRANSAMERICA LIFE INSURANCE COMPANY
TRANSAMERICA OCCIDENTAL LIFE INSURANCE CO
Transamerica PIMCO Real Return TIPS, a series of Transamerica
Funds
TRAXIS EMERGING MARKET OPPORTUNITIES FUND LP
TRAXIS FUND LP
Treasurer of the State of Indiana
Tremblant Partners LP
Tremblant Partners Ltd.
TRESSLER LUTHERAN SERVICES
TRG Global Opportunity Master Fund, Ltd.
TRG Local Currency Opportunity Master Fund, Ltd.
Tricadia Distressed and Special Situations Master Fund, Ltd
Trilantic Capital Partners Fund III Cayman Rollover LP
Trilantic Capital Partners IV (Europe) LP
TRINITY HEALTH PENSION PLAN
Trude Simonsen
Trustee of the Land Rover Pension Scheme
Trustee of the Vickers Group Pension Scheme
Trustees Executors Limited
Trustees of the 3M Pension and Life Assurance Scheme
Trustees of the Parliamentary Contributory Pension Fund
Trustees of the Tate and Lyle Group Pension Scheme
Trustees of the Viridian Group Pension Scheme
Trustees of the Vivendi Universal Pension Scheme
TSS Fund, Ltd.
Tuas Power Ltd
TUCSON ELECTRIC POWER COMPANY
Turkiye Is Bankasi A.S.
Turkiye Sinai Kalkinma Bankasi A.S.
TVO COACH HOUSE NORTH LLC
TVO COACH HOUSE SOUTH LLC
TVO CORINTH PLACE LLC
Two Sigma Horizon Portfolio, LLC
Tyco Electronics Corporation as sponsor for Tyco Electronics Defined
Benefit Plans Master Trust
Tyco International Master Retirement Trust
Tykhe Fund Ltd
TYREE, C D
Tyticus Master Fund, Ltd
U.S. Bank N.A. as Trustee for Access Group Private Student Loan
Asset-Backed Notes, Series 2005-B
U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-1
U.S. Bank N.A. as Trustee for Blue Point CDO SPC Series 2005-2
U.S. Bank N.A. as Trustee for Jefferson Valley CDO SPC 2006-1
U.S. Bank N.A. as Trustee for Lakeview CDO SPC Series 2007-2
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2003-7-A

U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2005-10C
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2005-21-C
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2005-4-P
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2005-6-A
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2005-9-P
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_1_i)
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_1_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_1_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_2_i))
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_2_ii)
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-18-C(ABX_A_06_2_iii)
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-1-C
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2006-20-AT
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2007-4-C
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2008-2-C
U.S. Bank N.A. as Trustee for Restructured Certificates with
Enhanced Returns Series 2008-3-C
U.S. Bank N.A. as Trustee for Securitized product of Restructured
Collateral Limited SPC Series 2007-1
U.S. Bank N.A. as Trustee for Securitized Product of Restructured
Collateral Ltd. SPC
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust
Series 2003-1
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust
Series 2003-2
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust
Series 2004-1
U.S. Bank N.A. as Trustee for Structured Asset Receivables Trust
Series 2005-1
U.S. Bank N.A. as Trustee for Sunset Park CDO Series 2005-6 Limited
U.S. Bank N.A. as Trustee for Sunset Park CDO-M Ltd. SPC Series
2005-3
U.S. Bank N.A. as Trustee for Tradewinds II CDO SPC Series 2006-1
U.S. Bank N.A., as Trustee, for Airlie CDO I
U.S. Bank N.A., as Trustee, for Airlie LCDO I (AVIV LCDO 2006-3)
U.S. Bank N.A., as Trustee, for Airlie LCDO II (Pebble Creek 2007-1)
U.S. Bank N.A., as Trustee, for AVIV LCDO 2006-2
U.S. Bank N.A., as Trustee, for AVIV LCDO I 2006-1
U.S. Bank N.A., as Trustee, for CBTC 2003-1 (American General)
U.S. Bank N.A., as Trustee, for CBTC 2004-6 (Goldman Sachs)
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 1)
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 2
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 3
U.S. Bank N.A., as Trustee, for Dow Jones CDX.NA.HY.3 Trust 4
U.S. Bank N.A., as Trustee, for Emeralds 2006-1
U.S. Bank N.A., as Trustee, for Emeralds 2007-1
U.S. Bank N.A., as Trustee, for Emeralds 2007-3

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-2

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-4

U.S. Bank N.A., as Trustee, for Exum Ridge 2006-5

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-1

U.S. Bank N.A., as Trustee, for Exum Ridge 2007-2

U.S. Bank N.A., as Trustee, for Exum Ridge CBO 2006-1

U.S. Bank N.A., as Trustee, for Freedom Park

U.S. Bank N.A., as Trustee, for Gulf Stream 2005-II

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2002-1

U.S. Bank N.A., as Trustee, for Gulf Stream Compass 2003-1

U.S. Bank N.A., as Trustee, for Jefferson Valley 2006-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-1

U.S. Bank N.A., as Trustee, for Lakeview 2007-3

U.S. Bank N.A., as Trustee, for Lakeview 2007-4

U.S. Bank N.A., as Trustee, for Madison Avenue Structured Finance Trust

U.S. Bank N.A., as Trustee, for Pantera Vive CDO

U.S. Bank N.A., as Trustee, for Pebble Creek 2006-1

U.S. Bank N.A., as Trustee, for Pebble Creek 2007-3

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AMBAC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, AXP Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, BSC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, C Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, CFC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, FGIC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GECC Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, GS Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, JPM Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MER Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, MTG Class

U.S. Bank N.A., as Trustee, for Restructured Asset Certificates with Enhanced Returns 2005-13-C, SLM Class

U.S. Bank N.A., as Trustee, for Robania Trust

U.S. Bank N.A., as Trustee, for SGS HY Credit Fund (Exum Ridge 2006-3)

U.S. Bank N.A., as Trustee, for White Marlin CDO 2007-1

U.S. Bank National Association

U.S. Bank National Association as Trustee

U.S. Bank National Association as Trustee (RACERS 2005-15-TR)

U.S. Bank National Association as Trustee (RACERS 2006-15-A Trust)

U.S. Bank National Association as Trustee for Ares VII CLO

U.S. Bank National Association as Trustee for Ares VIII CLO

U.S. Bank National Association as Trustee for Ares VIII CLO Ltd.

U.S. Bank National Association as Trustee for Ares VR CLO Ltd.

U.S. Bank National Association as Trustee for Gulf Stream 2004-1

U.S. Bank National Association as Trustee for Gulf Stream 2005-1

U.S. Bank National Association as Trustee for Gulf Stream 2006-1

U.S. Bank National Association as Trustee for Gulf Stream 2007-1

U.S. Bank National Association as Trustee for ING Investment Management CLO I

U.S. Bank National Association as Trustee for ING Investment Management CLO II

U.S. Bank National Association as Trustee for RACERS 2004-25-TR 9 (classes a-1 through a-7)

U.S. Bank National Association as Trustee for RACERS 2006-16-TR

U.S. Bank National Association as Trustee for Racers 2007-5-TR

U.S. Bank National Association, as Trustee for RACERS 2008-6-TR

U.S. Bank National Association, as Indenture Trustee, for those Lehman XS Net Interest Margin Notes, Series 2005-7N-1 (A-1, A-2)

U.S. Bank National Association, as Indenture Trustee, for those SARM NIM Net Interest Margin Notes, Series 2005-19XS-1

U.S. Bank National Association, as Indenture Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2004-NP2 Notes

U.S. Bank National Association, as Securities Administrator, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2007-RF2

U.S. Bank National Association, as Successor Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-8

U.S. Bank National Association, as Successor Trustee, for those Structured Asset Securities Corp. Mort. Pass-Through Certs, Series 2005-RF1

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-1)

U.S. Bank National Association, as Trustee (801 Grand CDO Series 2006-2)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Alta CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-1)

U.S. Bank National Association, as Trustee (Barton Springs CDO SPC 2005-2)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Cherry Hill CDO SPC 2007-2)

U.S. Bank National Association, as Trustee (Copper Creek CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Emeralds 2007-2 Trust)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-2)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2006-3)

U.S. Bank National Association, as Trustee (Greystone CDO SPC 2008-4)

U.S. Bank National Association, as Trustee (Malachite 2006-1 Trust)

U.S. Bank National Association, as Trustee (Penn's Landing CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (RACERS 2008-5-A)

U.S. Bank National Association, as Trustee (Solar V CDO SPC 2007-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2006-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-1)

U.S. Bank National Association, as Trustee (Stowe CDO SPC 2008-2a)

U.S. Bank National Association, as Trustee for BNC Mortgage Loan Trust 2007-1

U.S. Bank National Association, as Trustee for those Lehman Brothers Small Bal. Comm. Mort. Pass-Through Certs., Series 2007-2

U.S. Bank National Association, as Trustee for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2008-2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Loan Trust Mort. Pass Through Certs, Series 2007-RF1

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corp. Mort. Pass Through Certs, Series 2006-RF2

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF5

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2006-RF6

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2005-RF7

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass Through Certs, Series 2006-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF3

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2005-RF4

U.S. Bank National Association, as Trustee for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2005-GEL1

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class B-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-1)

U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class M-2)

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A2A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mort. Pass-Through Class 1-A3B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mort. Funding Trust Mortg. Pass-Through Class 1-A1B Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2006-AR8

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR1

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Certificates, Series 2007-AR2

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mort. Pass-Through Class 2-A1 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Greenpoint Mortgage Funding Trust Mortgage Pass-Through Class 2-A2 Certificates, Series 2006-AR7

U.S. Bank National Association, as Trustee, for those Lehman ABS Manuf. Housing Contract Sr/Sub Asset-Backed Certs, Series 2002-A

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mort. Pass-Through Certs., Series 2007-6

U.S. Bank National Association, as Trustee, for those Lehman Mortgage Trust Mortgage Pass-Through Certs, Series 2005-2

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certificates, Series 2007-2N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2005-9N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2006-10N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mort. Pass-Through Certs, Series 2007-4N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-15N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-12N

U.S. Bank National Association, as Trustee, for those Lehman XS Trust Mortgage Pass-Through Certs, Series 2006-18N

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-11

U.S. Bank National Association, as Trustee, for those Structured Adjustable Rate Mortgage Loan Trust, Mort. Pass-Through Certs, Series 2006-12

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mort. Loan Trust 2007-BC2 Mort. Pass-Through Certs.

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Backed Notes, Series 2004-GEL3

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Mortgage Pass-Through Certs, Series 2005-RF2

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corp. Pass-Through Certs, Series 2007-4

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mort. Pass-Through Certs, Series 2007-BNC1

U.S. Bank National Association, as trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2007-EQ1

U.S. Bank National Association, as Trustee, for those Structured Asset Securities Corporation Mortgage Pass-Through Certs, Series 2008-1

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A1A, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2A2, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A2B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3A2, Series 2006-AR5

U.S. Bank National Association, as Trustee, under the terms of that certain Greenpoint Mortgage Funding Grantor Trust 1-A3B, Series 2006-AR6

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A2A, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A31, Series 2006-16N

U.S. Bank National Association, as Trustee, under the terms of that certain Lehman XS  Grantor Trust 1-A32A1, Series 2006-16N

U.S. Bank Trust National Association as Trustee (RACERS 2007-A)

U.S. Bank Trust National Association as Trustee (RACERS 2007-MM)

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates Series 2001-4

U.S. Bank, as Trustee, for those Conseco Finance Corporation Manufactured Housing Contract Senior/Subordinate Pass-Through Certificates, Series 2002-1

UGF Assicurazioni S.p.A.

UK Corporate Bond Fund - (#4692)

UK Sterling CorePLUS Fund - (#3681)

UK Sterling Inflation-Linked Fund - (#3689)

UK Sterling Investment Grade Credit Fund - (#4690)

UK Sterling Long Average Duration Fund - (#4683)

Ultra Master Ltd.

Underlying Funds Trust, on behalf of its Series Fixed Income Arbitrage - 1

Union Bank, N.A., fka Union Bank of California, N.A.

Union Electric Company, Ameren Energy Marketing Company, and Ameren Energy Generating Company

Union of Presentation Srs (C) Common Investment Fund

Unione di Banche Italiane Scpa

United Arab Emirates General Pension and Social Security Authority

UNITED COMPANY

UNITED OVERSEAS BANK

Universal Investmentgesellschaft - BRM-Universal-Funds

UNIVERSITY CLUB PARTNERS, LTD

UNIVERSITY MEDICAL ASSOCIATES

University Medical Associates of the Medical University of South Carolina

UNIVERSITY OF FLORIDA FOUNDATION INC

UNUM LIFE INSURANCE COMPANY OF AMERICA (INCORPORATED)

Urugrain S.A.

US AGBANK FCB

US Airways Inc.

US CENTRAL FEDERAL CREDIT UNION

USG Corp Master Investment Tr.

UZUSHIO ELECTRIC CO.,LTD

Valeria Hernandez De Jasso & Eduardo Jasso H & Alberto Jasso H

Van Kampen Corporate Bond Fund

Van Kampen Equity and Income Fund

Van Leer Group Foundation

Vantagepoint Funds, on behalf of the Vantagepoint Diversified Assets F

Värde Investment Partners, L.P.

VENDOME QUINTUPLE OPPORTUNITE VI

VENDOME QUINTUPLE OPPORTUNITE VIII

VENOCO, INC.

Verizon GTE - Domestic Fixed Income Account

Verizon Master Savings Trust

Vermont Pension Investment Committee

VGE III Portfolio Ltd.

VIATHON CAPITAL MASTER FUND, L.P.

Vicis Capital LLC,as IM of Caledonian Bank & Trust Ltd, as trustee of Vicis Capital Master Fund, as class of Vicis Capital Master Series Trust

Vickers Group Pension Scheme

Victor David Mena Aguilar & Maria De Lourdes Nader Harp TOD All Living

Victory Capital Series, LLC Series D - Absolute Return Credit Portfoli

Viking Global Equities II LP

Viking Global Equities LP

Vincent Q. Giffuni

Vinci S.A.

Vining-Sparks IBG, Limited Partnership

VINTAGE AT CHEHALIS LLC

Virginia DiChiara

VisionGain China Absolute Return Master Fund

Vittoria Fund - ACQ, L.P.

Vittoria Fund - T, L.P.

Vodafone Group Plc

VOX PLACE CDO LIMITED

VR GLOBAL PARTNERS, L.P.

WA Opps Asian Secs Portfolio, L.L.C.

Wachovia Bank, National Association

WALTER T. MOORE

Walter Yetnikoff

Waltraud Legat

WANG, FENG-MING

War Hoover Capital

WARD, KEVIN A.

Washington Mutual Inc. Cash Balance Pension Plan

Washington National Insurance Company

Washington State Plumbing and Pipefitting Industry Pension Plan

Washington State Tobacco Settlement Authority

Waterfall Eden Master Fund, Ltd.

WATERSTONE MARKET NETURAL MAC 51 LIMITED

WATERSTONE MARKET NEUTRAL MAC 51 LIMITED

WATERSTONE MARKET NEUTRAL MASTER FUND LTD.

Watson Wyatt & Company Pension Plan for U.S. Employees

WAVE MASTER FUND LP

WCG MASTER FUND LTD

Weiss Multi-Strategy Partners LLC

Wellington Management Portfolios (Luxembourg) II - Commodities Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II, Citigroup Emerging Markets Debt Portfolio

Wellington Trust Company, N.A. Multiple Collective Investment Funds Trust II-US Equity Index Plus I Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - LIBOR Plus Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust - Opportunistic Fixed Portfolio

Wellington Trust Company, N.A. Multiple Common Trust Funds Trust-Commodities Portfolio

Wellmont Health System

WellPoint, Inc.

Wells Fargo & Company

Wells Fargo Bank, N.A.

Wells Fargo Bank, N.A., as Trustee

Wells Fargo Bank, N.A., as trustee for the Wells Fargo and Company 401(k) Plan and the Wells Fargo and Company Pension Plan

Wells Fargo Bank, National Association

Wells Fargo Bank, National Association not individually but solely in its capacity as Trustee of the Encore Credit Corporation Trust 2003-1

Wells Fargo Bank, National Association, as Indenture Trustee

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2005-1, Ltd.

Wells Fargo Bank, National Association, not individually but solely in its capacity as Indenture Trustee for Belle Haven ABS CDO 2006-1, Ltd.

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for IMPAC CMB Trust Series 2005-3

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-18

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SARM 2004-20

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for SASCO 2007-OSI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2006-9

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2007-5

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Lehman Mortgage Trust Series 2008-6

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2004-16

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-2

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-3

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the SARM Trust, Series 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for BNC 2007-4

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SARM 2008-1

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee for the Supplemental Interest Trust for SASCO 2007-SCI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust for SASCO 2007-OSI

Wells Fargo Bank, National Association, not individually but solely in its capacity as Trustee of the Supplemental Interest Trust of Option One 2007-1

Wells Fargo Master Trust, as Trustee

Wells Fargo Securities International Limited

Wembley National Stadium Limited

Wesley Capital Master Fund, Ltd.

Wesley Capital QP, LP

Wesley Capital, LP

WEST GATE MORTGAGE ASSETS LP

West Virginia Investment Management Board

Westar Energy, Inc.

Western & Southern Financial Group

Western Asset Absolute Return Portfolio

Western Asset Absolute Return Strategy Master Fund, Ltd.

Western Asset Asian Opportunities Fund

Western Asset Core Bond Portfolio

Western Asset Core Plus Bond Portfolio

Western Asset Global High Income Fund Inc.

Western Asset Intermediate Portfolio

Western Asset Mortgage Backed Securities Portfolio, LLC

Western Asset Opportunistic Structured Securities Portfolio , L.L.C.

Western Asset US Commodity Plus Master Fund, Ltd

Western Asset US Core Bond Fund

Western Asset US Core Bond, LLC

Western Asset US Core Plus - Universal, L.L.C.

Western Asset US Core Plus Bond Fund

Western Asset US Core Plus, LLC

Western Asset US Enhanced Cash, LLC

Western Asset US Intermediate Plus, LLC

Western Asset US Limited Duration Bond Fund

Western Asset US Limited Duration, LLC

Western Asset US Long Duration L.L.C.

Western Pennsylvania Teamsters and Employers Pension Fund

Westernbank Puerto Rico

WestLB AG

WGZ BANK AG

WH2005/NIAM III East Holding Oy (f/k/a Special Purpose Vehicle No. 66 Oy)

Wharton Asian Arbitrage Fund I, a sub-fund of Wharton Asian Arbitrage

Wharton Asian Special Opportunities Company 1 Limited

Wheaton Franciscan Services, Inc. Retirement Plan

White Marlin CDO 2007-1, LTD

WHITE MOUNTAINS LIFE REINSURANCE (BERMUDA) LTD.

Whitebox Convertible Arbitrage Partners, LP

WHITECREST PARTNERS LP

Whitewood Financial Partners, L.P.

William A. Obenshain Living Trust

William M. Hall

WILLIAMS GAS MARKETING INC.

Willow Re Limited

Wilmar Trading Pte Ltd

WINCENT INVESTMENT LIMITED

Winchester Medical Center, Inc.

Wind Credit Arbitrage Fund and Wind Credit Arbitrage Fund Trust

Windermere Private Placement I S.A.

Windermere XII FCT, a French fonds commun de titrisation represented by Eurotitrisation

Windfall Investments, L.P. (ID No. 1000096085)

WINNITEX INVESTMENT COMPANY LIMITED

Woite

WOLTERS KLUWER NV

Wolverine Convertible Arbitrage Fund Trading limited

Wolverine Power Supply Cooperative, Inc.

Wong Koon Min

WONG, YIN NGOR

Woodlands Commerical Bank

Woori 2 Star Derivatives Fund KH-3

Woori 2 Star Derivatives Fund KW-8

WorkCover Corporation of South Australia

WRIGHT,MICHELLE MARIE

Wuestenrot Bank AG Pfandbriefbank (formerly Wüstenrot Hypothekenbank)

XTO Energy Inc.

YAKIMA-TIETON IRRIGATION DISTRICT

YMCA Retirement Fund

Yonathan Ehrlich

York Asian Opportunities Master Fund, L.P.

York Capital Management LP

York Capital Management, LP

York Capital Mangement, LP

York Credit Opportunities Fund, LP

York Global Value Partners, LP

YORK HOSPITAL  PA

York Hospital PA

York Investment Limited

York Select Unit Trust

York Select, L.P.

Ypso France SAS

Zacisdaman, L.L.C.

ZAIS CL Ltd.

ZAIS Matrix V-A Cayman Limited
ZAIS Matrix V-B L.P.
ZAIS Matrix V-C Ltd.
ZAIS Matrix VI-A Ltd.
ZAIS Matrix VI-B L.P.
ZAIS Matrix VI-C Ltd.
ZAIS Matrix VI-D Ltd.
ZAIS Matrix VI-F Ltd.
ZAIS Matrix VI-I, L.P.
ZAIS Opportunity Master Fund, Ltd.
ZAIS Scepticus Fund I, Ltd.
Zais Zephyr A-3
ZAIS Zephyr A-3, Ltd.
ZAIS Zephyr A-5, Ltd.
ZAMA INTERNATIONAL LIMITED
ZEELAND ALUMINIUM COMPANY AG
Zenaida Dolores Carballo C Irma Noemi Cabrera Pech JTWROS
Zephyr Fund Limited
Zephyr Recovery 2004-1 LP
Zephyr Recovery 2004-2 LP
Zephyr Recovery 2004-3 LP
Zephyr Recovery II-A LP
Zephyr Recovery II-B LP
Zephyr Recovery II-C LP
ZIMBLER, ANDREW. E
Zircon Finance Limited - Series 2007-19
Zircon Finance Limited - Series 2007-2
Zircon Finance Limited - Series 2007-3
Zircon Finance Limited 2007-14
Zircon Finance Limited Series 2007-1 Tranche A
Zircon Finance Limited Series 2007-1 Tranche B
Zircon Finance Limited Series 2007-10
Zircon Finance Limited Series 2007-11
Zircon Finance Limited Series 2007-12
Zircon Finance Limited Series 2007-13
Zircon Finance Limited Series 2007-15
Zircon Finance Limited Series 2007-16
Zircon Finance Limited Series 2007-17
Zircon Finance Limited Series 2007-18
Zircon Finance Limited Series 2007-5
Zircon Finance Limited Series 2007-6
Zircon Finance Limited Series 2007-8
Zircon Finance Limited Series 2007-9A
Zircon Finance Limited Series 2007-9B
Zürcher Kantonalbank
Zurich Capital Markets Inc.
Zwinger Opco 6 BV

10. Anthracite Investments (Ireland) Plc - Series 19
11. Anthracite Investments (Ireland) Plc - Series 23
12. Anthracite Investments (Ireland) Plc - Series 27
13. Anthracite Investments (Ireland) Plc - Series 7
14. Anthracite Investments (Ireland) Plc - Series 8
15. Anthracite Investments (Ireland) Plc - Series 9
16. Anthracite Rated Investments (Cayman) Limited
17. Anthracite Rated Investments (Jersey) Limited
18. Anthracite Reference Company (12) Limited
19. Ball Corporation Master Pension Trust
20. Conway Hospital, Inc.
21. Diamond Finance Public Limited Company
22. Eaton Vance CDO IX, Ltd.
23. Eaton Vance Corp.
24. Eaton Vance Credit Opportunities Fund
25. Eaton Vance Floating-Rate Income Trust
26. Eaton Vance Limited Duration Income Fund
27. Eaton Vance Senior Floating-Rate Trust
28. Eaton Vance Senior Income Trust
29. Eaton Vance Short Duration Diversified Income Fund
30. Elliott Associates LP
31. Elliott International, L.P.
32. Emerging Markets Local Income Portfolio
33. Floating Rate Portfolio
34. Global Macro Portfolio
35. International Income Portfolio
36. Municipal Corrections Finance, L.P.
37. Municipal Corrections Finance, LP
38. National Bank of Greece SA
39. Nestle in the USA Pension Trust (DQ Numbers 5008043 and 5008052)
40. Parmenides Master Fund, L.P.
41. Senior Debt Portfolio
42. Structured Servicing Holdings Master Fund, L.P.
43. The Gallery QMS Master Fund Ltd.
44. U.S. Bank National Association, as Trustee, for the Conseco Finance Home Loan Equity Loan Trust 2001-D (Class B-1)
45. Vitol Asia Pte. Ltd.
46. Vitol Inc.
47. Vitol S.A.
48. Vitol, Inc.
49. Wockhard
_____

50. EXCO Operating Company, L.P.
51. Hayman Capital Master Fund, L.P.
52. Saudi Arabian Monetary Agency (DQ # 5010200)

**Additional Non-Objecting Parties:**

1. 1199 SEIU Health Care Employees Pension Fund
2. 1199 SEIU Health Care Employees Pension Fund Index Plus
3. A.H.W.M. Bruins
4. Adventist Health System/Sunbelt, Inc. ("AHS"), on its own behalf and on behalf of the Members of the Counterparty Group (see attachment to POC)
5. AMP Capital Investors Limited - EFM International Share Fund 4
6. Anthracite Balanced Company (46) Limited
7. Anthracite Investments (Cayman) Limited
8. Anthracite Investments (Ireland) Plc - Series 12
9. Anthracite Investments (Ireland) Plc - Series 18

03690-61377C/7692868.1