# **Exhibit C**
(Redacting Parties)

## Redacting Parties

1199 National Benefit Fund (NBF-C)
ABN AMRO Bank NV (Stichting Pensioenfonds van de)
Abu Dhabi Investment Authority - EMD (BLK ticker: GULF 3)
American Airlines, Inc.
American Trading and Production Corporation
BAA Pension Trust Company Ltd.
Barclays Global Investors Ascent UK Long Corporate Bond Fund
Barclays Global Investors Liability Solutions Funds Leveraged Euro Fixed 2010-2014 Fund
BGF Emerging Markets Bond Fund (BLK ticker: EMBF)
BGI Alphacredit Investment Grade Bond Portfolio
BGI Eos Limited
BGI Fixed Income Credit Opportunities Fund Ltd.
BGI Fixed Income Global Alpha Fund Ltd.
Bill & Melinda Gates Foundation Trust
BlackRock Advisors, LLC, as agent, on behalf of certain BlackRock Funds
BlackRock Balanced Capital Portfolio of BlackRock Series Fund, Inc.
BlackRock Balanced Capital V.I. Fund of BlackRock Variable Series Funds, Inc.
BlackRock Corporate High Yield Fund III, Inc.
BlackRock Corporate High Yield Fund V, Inc.
BlackRock Corporate High Yield Fund VI, Inc.
BlackRock Corporate High Yield Fund, Inc.
BlackRock Debt Strategies Fund, Inc.
BlackRock Enhanced Dividend Achievers Trust
BlackRock Financial Management (UK) Ltd., as investment advisor for BlackRock European TMT Strategies Fund
BlackRock Financial Management (UK) Ltd., as investment advisor for US Dollar Core Bond Fund, a subfund of BlackRock Global Funds
BlackRock Funds II, High Yield Bond Portfolio
BlackRock Funds II, Intermediate Bond Portfolio
BlackRock Funds II, Intermediate Bond Portfolio II
BlackRock Global Opportunities Equity Trust
BlackRock Government Income Portfolio of BlackRock Series Fund, Inc.
BlackRock Government Income V.I. Fund of BlackRock Variable Series Funds, Inc.
BlackRock High Income Fund of BlackRock Bond Fund, Inc.
BlackRock High Income V.I. Fund of BlackRock Variable Series Funds, Inc.
BlackRock High Yield Trust
BlackRock Long Duration Bond Portfolio
BlackRock Multi-Strategy Sub-Trust C of the BlackRock Fixed Income Portable Alpha Master Series Trust
BlackRock Multi-Strategy Sub-Trust GL of the BlackRock Fixed Income Portable Alpha Master Series Trust
BlackRock Multi-Strategy Sub-Trust M of the BlackRock Fixed Income Portable Alpha Master Series Trust
BlackRock Portable Alpha Investment Strategies
BlackRock Real Asset Equity Trust
BlackRock Total Return Portfolio of BlackRock Series Fund, Inc.
BlackRock Total Return V.I. Portfolio of BlackRock Variable Series Funds, Inc.
BlackRock World Income Fund, Inc.
BlackRock World Investment Trust
Blue Chip Multi-Strategy Master Fund LP
Boehringer Ingelheim
BP Cap. Energy Equity Fund Master II, LP
BP Cap. Energy Equity Intl. Hldgs. I, LP
BP Capital Energy Equity Fund, L.P.
BP Capital Energy Fund, L.P.
Brevan Howard Asia Master Fund Limited
Brevan Howard Emerging Markets Strategies Master Fund Limited
Brevan Howard Equity Strategies Master Fund Limited
Brevan Howard Master Fund Limited
Brevan Howard Multi-Strategy Master Fund Limited

Brevan Howard Strategic Opportunities Fund Limited
Bridgewater Associates, Inc.
Bridgewater Associates, LP
BWA/H.E.S.T Australia Ltd.
C.M. Life Insurance Company
Cascade Investment, L.L.C.
Castlerigg Master Investments Ltd.
CEBFT Russell Fixed Income II Fund
CEBFT Russell Long Duration Fixed Income Fund
CEBFT Russell Multi-Manager Bond Fund
Central States, Southeast & Southwest Areas Pension Fund
Champlain CLO Ltd. c/o Invesco Senior Secured Management, Inc.
Citadel Energy Investments Ltd.
Citadel Equity Master Fund Ltd.
Civil Aviation Authority Pension Scheme
Convexity Capital Master Fund L.P.
Coreplus Bond Fund B
CQS ABS Master Fund Limited
CQS Asia Master Fund Limited
CQS Capital Structure Arbitrage Master Fund Limited
CQS Convertible & Quantitative Strategies Master Fund Limited
CQS Directional Opportunities Master Fund Limited
Daiwa / Schroder Special Fund Series - Schroder Index Linked Capital Protection Fund (Indian Equity) (AUD) 2007-03
Directors Guild of America-Producer Supplemental Pension Plan
Directors Guild of America-Producer Basic Pension Plan
Drawbridge Global Macro Master Commodities Ltd.
Drawbridge Global Macro Master Fund Ltd
Drawbridge Long Dated Value Fund (B) LP
Drawbridge Long Dated Value Fund LP
Employee Benefit Retirement Plans of Computer Sciences Corporation
~~EXCO Operating Company, LP~~
FCI Holdings I Ltd
FCOF Securities Ltd
First Choice Power, L.P.
Ford Motor Company Defined Benefit Master Trust
Fortress Investment Fund III (Coinvestment Fund A) L.P.
Fortress Investment Fund III (Coinvestment Fund B) L.P.
Fortress Investment Fund III (Coinvestment Fund C) L.P.
Fortress Investment Fund III (Coinvestment Fund D) L.P.
Fortress Investment Fund V (Coinvestment Fund A) L.P.
Fortress Investment Fund V (Fund A) L.P.
Fortress Mortgage Opportunities Master Fund Series 2 L.P.
Fortress Value Recovery Fund I Ltd (f/k/a/ DB Zwirn Special Opportunities Fund, LTD)
Frank Russell Multi-Strategy Global Bond Fund
Frank Russell US Bond Fund
Government of Singapore Investment Corporation Pte Ltd.
GPF (Thailand) Investment Fund
Harbor Capital Group Trust for Defined Benefit Plans
Harvard Management Company, Inc.
~~Hayman Capital Master Fund, L.P.~~
HBK Master Fund L.P.
HCM/Z Special Opportunities LLC
High Income Portfolio of Manager Account Series
Highland CDO Opportunity Master Fund, L.P.
Highland Credit Offshore Partners, LP
Highland Credit Opportunities CDO, LP
Highland Credit Strategies Fund

Highland Credit Strategies Master Fund, LP
HSBC Bank plc
HSBC Bank USA
HSBC France, National Association
Hydro One Pension Plan
International Bank for Reconstruction and Development
International Bank for Reconstruction and Development as trustee of the Retired Staff Benefits Plan and Trust
International Bank for Reconstruction and Development as trustee of the Staff Retirement Plan and Trust
International Bank for Reconstruction and Development for the Post-Employment Benefits Plan
J Sainsbury Common Investment Fund
J Sainsbury Common Investment Fund Limited
JR Moore, LP
Kaiser Foundation Hospitals Inc
KfW (a.k.a. Kreditanstalt fur Wiederaufbau)
King Street Capital Management, L.P.
Landesbank Baden-Wurttemberg (LBBW)
LDVF 1 FIP SARL
LDVF1 Main FIP SARL
Lehigh University
LGT Multi Manager Emerging Market Debt
LM Moore, LP
Lucent Technologies Inc. Master Pension Trust
MacKay Shields Strategy Partners LP
Macy's Inc. Defined Benefit Plans Master Trust
Mass Mutual Life Insurance Company
Massachusetts Mutual Life Insurance Company
Massachusetts Mutual Life Insurance Company on behalf of its FPD Alpha Backed Notes Separate Account
Massachusetts Mutual Life Insurance Company on behalf of its IBM Index Guaranteed Separate Account
MassMutual Asia Limited
MF Moore LP (formerly Moore Global Fixed Income Fund (Master) LP)
MIP CoreAlpha Bond Master Portfolio
Mitsubishi UFJ Securities International plc
Mizrahi Tefahot Bank, Ltd. (f/k/a United Mizrahi Bank, Ltd. And United Mizrahi-Tefahot Bank, Ltd.)
Molson Coors Master Retirement Trust
Moore Capital Advisors, LLC
Moore Emerging Markets Funds (Master) LP
Moore Global Investments, Ltd.
Moore Macro Fund, LP
Moore Macro Markets Fund (Master), LP
MSMM Funds PLC Global Bond (Euro Hedged) Fund
MSMM Funds PLC Global Bond Fund
National Australia Bank Limited
National Railroad Retirement Investment Trust
Nestle in the USA Savings Trust
Nestle USA, Inc.
New York Life Insurance and Annuity Corporation
New York Life Insurance and Annuity Corporation Private Placement Variable Universal Life Separate Account 70
New York Life Insurance Company
Nochu Russell Multi-Strategy Global Bond Fund
Oak Hill Credit Alpha Fund (Offshore) Ltd.
Oak Hill Credit Alpha Fund, L.P.
Oak Hill Credit Opportunities Master Fund
Oak Hill Securities Fund II, L.P.
Oak Hill Securities Fund, LP
Oak Hill Strategic Partners, L.P.
Occidental Energy Marketing Inc.
Occidental Power Services, Inc.
Och-Ziff Capital Structure Arbitrage Master Fund, Ltd.

Ohio SERS Core Full
Oregon Public Employees Retirement System
OZ Asia Master Fund, Ltd.
OZ Europe Master Fund, Ltd.
OZ Global Special Investments Master Fund, LP
OZ Master Fund, Ltd.
Pickens, T. Boone
Portigon AG (formerly West LB AG)
PPG Industries, Inc. Pension Plan Trust
PPL Services Corporation
President and Fellows of Harvard College
Principal Life Insurance Company
Q-BLK Alpha Transport Trust - Global Bond Fund
Q-BLK Alpha Transport Trust - US Bond (Pension) Fund
Quantitative Enhanced Decisions Master Fund LP
~~Railway Pension Trustee Company Limited~~
~~Railways Pension Trustee Company Limited~~
Reid Street Retirement Global Bond Fund
Reliant Energy Power Supply, LLC
Reliant Energy Services, Inc. n/k/a RRI Energy Services, Inc.
Retirement Plan for Employees of Aetna Services, Inc.
Retirement Plan of Circuit City Stores, Inc.
Reynolds America Inc. Defined Benefit Master Trust
RGF Russell Global Equity Fund
RIC Emerging Markets
RIC II plc The Global Bond (Euro Hedged) Fund
RIC III plc The Active Currency Fund
RIC IV plc The Alpha Fund
RIC plc The Global Bond Fund
RIC plc the U.S. Bond Fund
RIC Russell Short Duration Bond Fund
RIC Russell Strategic Bond Fund
RIC-OMIGSA Global Bond Fund
RIC-OMIGSA Global Money Market Fund
RIF Core Bond Fund
RIFL LLC Russell International Equity Fund
RIML Russell International Bond Fund - $A Hedged
Rogge Global Partners PLC
Russell Global Equity
Russell Investments
RUT The International Bond Fund
Sagamore CLO Ltd. c/o Invesco Senior Secured Management, Inc.
San Diego County Employee Retirement Systems
Sankaty Beacon Investment Partners, L.P.
Sankaty Credit Opportunities Grantor Trust
Sankaty Credit Opportunities II, L.P.
Sankaty Credit Opportunities III, L.P.
Sankaty Special Situations I Grantor Trust
Saratoga CLO I Ltd. c/o Invesco Senior Secured Management, Inc.
~~Saudi Arabian Monetary Agency~~
Schering-Plough Retirement Plan
Schroder & Co. Limited
Schroder Alternative Solutions
Schroder International Selection Fund Absolute Return Bond
Schroder International Selection Fund Global High Yield
Schroder International Selection Fund Strategic Bond
Schroder International Selection Fund Strategic Credit
Schroder Investment Company Limited

Schroder Investment Management Limited
Schroder Strategic Bond Fund
Sentara Employees' Pension Plan
Sentara Healthcare
Shropshire County Pension Fund
Singapore Press Holdings
SJL Moore Ltd.
Stichting Pensionfonds Apothekers
Stichting Pensionfonds ENCI
Sutter Health - Eden Account
Tan Lye Thiam
Target Corporation Master Trust (TGT-I)
Target Corporation Master Trust (TGT-L)
TfL Pension Fund, by Bridgewater Associates, Inc., as agent for TfL Pension Fund
The 32 Capital Master Fund SPC Ltd., for and on behalf of its segregated portfolio, Global Market Neutral Segregated Portfolio
The 3D Capital Fund Ltd.
The 3D Capital Yen Fund
The 3D Global Opportunities (U.S. Institutional) Fund Ltd.
The Bank of Tokyo-Mitsubishi UFJ, Ltd.
~~The Boeing Company Employee Retirement Plan Master Trust~~
The Galaxite Master Fund
The Hong Kong and Shanghai Banking Corporation Limited
The Obsidian Master Fund
The PNC Financial Services Group, Inc. Pension Plan
Tobacco Settlement Financing Corporation for the State of New York
Trade Process Corporation
Trafalgar House
Trustees of Michigan Catholic Conference Master Pension Trust
Trustees of the Michigan Catholic Conference
Trustees of the Nortel Networks Retirement Income Plan
Tudor BVI Global Portfolio L.P.
Tudor Capital Europe LLP (as manager of Tudor Global Emerging Markets Portfolio L.P.)
Tudor Family Fund II LLC
Tudor Futures Fund
Tudor Princeton LLC
Tudor Proprietary Trading, L.L.C.
UMWA 1974 Pension Trust Employees' Pension Trust
United Technologies Corporation
UPS Pension Plan Trust
UPS Retirement Plan (Qualified Plan Master Trust)
Vanguard 30-40 Year Duration Euro Index Fund (a sub-fund of Vanguard Investment Series plc.)
Vanguard Balanced Index Fund, a series of Vanguard Valley Forge Funds
Vanguard Fiduciary Trust Company as Trustee of the BASF Corp. Employee Savings Plan
Vanguard Fiduciary Trust Company Asset-Backed Securities Trust
Vanguard Fiduciary Trust Company Corporate Bond Trust
Vanguard Fiduciary Trust Company Intermediate-Term Bond Trust
Vanguard Fiduciary Trust Company Short-Term Bond Trust
Vanguard Institutional Total Bond Market Index Fund, a series of Vanguard Institutional Index Funds
Vanguard Intermediate-Term Investment-Grade Fund, a series of Vanguard Fixed Income Securities Funds,
Vanguard Short-Term Investment-Grade Fund, a series of Vanguard Fixed Income Securities Funds
Vanguard Short-Term Investment-Grade Portfolio, a series of Vanguard Variable Insurance Funds
Vanguard Total Bond Market Index Portfolio, a series of Vanguard Variable Insurance Funds
Vanguard US Futures Fund, a sub-fund of Vanguard Investment Series plc
Woo Hay Tong Investments Ltd.
Wyoming Retirement System
Xerox Pensions Limited
Xerox Pensions Ltd. (for Xerox Pension Scheme)

**Additional Redaction Parties:**

ASBL Fonds de Pension et de Prévoyance de la S.A. IBM Belgium
Goldman Sachs & Co. Profit Sharing Master Trust
Gordel Holdings Limited
Nestle in the USA Pension Trust (DQ # 5010490) (previously listed on Non-Objecting Parties Order as Rohan, Phansalkar)
Nestle USA, Inc. Master Retirement Trust (previously listed on the Non-Objecting Parties Order as Ronnie B. Getz Revocable Trust)
Pacific Gas & Electric Corporation Post Retirement Medical Trust
Prospect Harbor Credit Partners, L.P.
Saudi Arabian Monetary Agency (DQ # 5016033)
Stichting Bedrijfstakpensioenfonds Zorgverzekeraars)