# Exhibit D

(Remaining Parties)

03690-61377C/7693185.1

## **Remaining Parties – Default Order**

Bear Stearns Credit Products Inc.
Bear Stearns Forex Inc.
Citi Canyon Ltd.
Citi Swapco Inc.
Citibank, N.A.
Citigroup Energy Inc.
Citigroup Financial Products Inc.
Citigroup Global Markets Ltd.
Credit Suisse (n/k/a Credit Suisse AG)
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities (Europe) Ltd.
J.P. Morgan Markets Limited (f/k/a Bears Stearns International Limited)
J.P. Morgan Securities Ltd.
J.P. Morgan Ventures Energy Corporation
JPMorgan Bank Dublin (f/k/a Bear Stearns Bank plc)
JPMorgan Chase and Co.
JPMorgan Chase Bank, N.A.
Steven G. Holder Living Trust

**Additional Remaining Parties:**

**EXCO Operating Company, LP**
**Hayman Capital Master Fund, L.P.**
**Saudi Arabian Monetary Agency (DQ # 5010200)**