**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Lehman Brothers Holdings Inc.          CASE NO.: 08–13555–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:          CHAPTER: 11
13–3216325

---

## NOTICE OF TRANSMITTAL OF
## RECORD OF APPEAL

All documents regarding the notice of appeal filed in the above referenced proceeding on 1/21/16, document number 51873, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 16–cv–00487 assigned to the Honorable Analisa Torres.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: February 26, 2016                              Vito Genna
                                                     Clerk of the Court