# Notice Recipients

District/Off: 0208−1     User: mlopez     Date Created: 2/26/2016
Case: 08−13555−scc     Form ID: tranapl     Total: 4

**Recipients of Notice of Electronic Filing:**
aty     Jacqueline Marcus     jacqueline.marcus@weil.com
aty     Madlyn Gleich Primoff     mprimoff@kayescholer.com
aty     Ralph I. Miller     ralph.miller@weil.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     R A Lough     9 Windslow Heights     Carrickfergus     Co. Antrim. BT38 9AT UNITED KINGDOM

TOTAL: 1