UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.*, | ) Case No. 08-13555 (SCC) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

# WITHDRAWAL OF PROOF OF CLAIMS

COMES NOW, the undersigned claimants, who hereby withdraw with prejudice the following proofs of claims and authorize the Clerk of this Court, or their duly appointed claims agent, to reflect these withdrawals on the official claims register for the applicable debtor:

| Claim Number | Creditor |
|---|---|
| 68007 | LEHMAN BROTHERS (EUROPE 2) REAL ESTATE PARTNERS L.P. |
| 68000 | LEHMAN BROTHERS OFFSHORE (EUROPE 1) REAL ESTATE PARTNERS L.P. |
| 67999 | LEHMAN BROTHERS OFFSHORE (EUROPE 3) REAL ESTATE PARTNERS, L.P. |
| 67998 | LEHMAN BROTHERS OFFSHORE (EUROPE 4) REAL ESTATE PARTNERS, L.P. |
| 67970 | LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, L.P. |
| 67996 | LEHMAN BROTHERS OFFSHORE REAL ESTATE CAPITAL PARTNERS I, L.P. |
| 68002 | LEHMAN BROTHERS OFFSHORE REAL ESTATE FUND, L.P. |
| 68001 | LEHMAN BROTHERS OFFSHORE REAL ESTATE PARTNERS, L.P. |
| 67997 | LEHMAN BROTHERS REAL ESTATE CAPITAL PARTNERS I, L.P. |
| 68011 | LEHMAN BROTHERS REAL ESTATE FUND, L.P. |
| 68008 | LEHMAN BROTHERS REAL ESTATE PARTNERS, L.P. |
| 68009 | LEHMAN BROTHERS REAL ESTATE PENSION PARTNERS, L.P. |
| 68010 | LEHMAN BROTHERS/PSERS REAL ESTATE, L.P. |
| 68028 | PAMI REAL ESTATE FUND LLC |

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted February 29, 2016.

**Lehman Brothers (Europe 2) Real Estate Partners L.P.**

By: _____
Name:   Rodolpho Amboss
Title:    Authorized Signatory

**Lehman Brothers Offshore (Europe 1) Real Estate Partners L.P.**

By: _____
Name:   Rodolpho Amboss
Title:    Authorized Signatory

**Lehman Brothers Offshore (Europe 3) Real Estate Partners, L.P.**

By: _____
Name:   Rodolpho Amboss
Title:    Authorized Signatory

**Lehman Brothers Offshore (Europe 4) Real Estate Partners, L.P.**

By: _____
Name:   Rodolpho Amboss
Title:    Authorized Signatory

**Lehman Brothers Offshore Real Estate Associates, L.P.**

By: _____
Name:   Rodolpho Amboss
Title:    Authorized Signatory

**Lehman Brothers Offshore Real Estate Capital Partners I, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Offshore Real Estate Fund, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Offshore Real Estate Partners, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Real Estate Capital Partners I, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Real Estate Fund, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Real Estate Partners, L.P.**

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory

**Lehman Brothers Real Estate Pension Partners, L.P.**

By: _____
Name:   Rodolpho Amboss
Title:   Authorized Signatory

**Lehman Brothers/PSERS Real Estate, L.P.**

By: _____
Name:   Rodolpho Amboss
Title:   Authorized Signatory

**PAMI Real Estate Fund LLC**

By: _____
Name:   Rodolpho Amboss
Title:   Authorized Signatory