WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.,* | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING ON THE FIVE HUNDRED NINTH OMNIBUS
OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that a hearing on the Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51006] will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **March 29, 2016 at 10:00 a.m. (Eastern Time)**. The response deadline has been extended to **March 23, 2016 at 4:00 p.m. (Eastern Time)**.

Dated: March 1, 2016
　　　　New York, New York

　　　　　　　　　　　　　　　　　/s/ Jacqueline Marcus
　　　　　　　　　　　　　　　　　Jacqueline Marcus
　　　　　　　　　　　　　　　　　WEIL, GOTSHAL & MANGES LLP
　　　　　　　　　　　　　　　　　767 Fifth Avenue
　　　　　　　　　　　　　　　　　New York, New York 10153
　　　　　　　　　　　　　　　　　Telephone: (212) 310-8000
　　　　　　　　　　　　　　　　　Facsimile: (212) 310-8007

　　　　　　　　　　　　　　　　　*Attorneys for Lehman Brothers Holdings Inc.
　　　　　　　　　　　　　　　　　and Certain of Its Affiliates*

WEIL:\95632238\2\58399.0011