USBC SDNY                                   original

In re Lehman                    Case No-13555
         Debtor                         (JCC)

Notice of Motion / Motion
   — to Enlarge time

S/M plase take notice that the undersigned will move upon the annexed for an order extending the time to file his issues + record upon appeal

[signature] R
[illegible] M
India St
POBox 1801
Nantucket MA 02554-1801

Please take note that the court may rule with or without paper in opposition & with or without a hearing

USBC SDNY
in re Lehman
Debtor

Case 08-13555

---

On 2/12/16 (Docket 52086) by order the Court denied my request of enlarge time to appeal.

On 2/18/16 (Docket 52096) Movant filed his notice of appeal.

The Following Day, Lawyer for the Debtor filed a multiplicity of pleading both in USBC & USDC. As reflected in the USDC Docket there are almost 200 pages alone. The cost alone to copy same is almost $100.00

Needless to say trying to formulate anything in a STATE of flux is impossible as of today.

Accordly Movant request an 30 day extension.

Respectfully,

William Kuntzly
India St
POBx 1801
Nantucket, MA 02554-1801

---

regretfully as I have no office or even any office outlet to print this today