USBC SDNY

original

In re Lehman
Debtor

8-13555 (JCC)

to the Clerk please Docket the attachments

Im Kuntz Bx 1801 Nantucket, MA
India St
02554-1801

2/29/16
NYC

FILED
BANKRUPTCY COURT
2016 FEB 29 P 12:06

[Page contains only faint mirror-image handwriting bleeding through from the reverse side; not legibly transcribable.]

ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:16-cv-01379-RJS

Lehman Brothers Holdings Inc. et al v. Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc. et al
Assigned to: Judge Richard J. Sullivan
Case in other court: USBC-SDNY, 08-B-13555 (SCC)
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

Date Filed: 02/23/2016
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal (801)
Jurisdiction: Federal Question

**In Re**

**Lehman Brothers Holdings Inc.**

**Debtor**

**Lehman Brothers Holdings Inc.**

**Appellant**

**William Kuntz, III** represented by **William Kuntz, III**
India St.
PO Box 1801
Nantucket, MA 02554-1801
PRO SE

V.

**Appellee**

**Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.** represented by **Andrew J. Rossman**
Quinn Emanuel Urquhart & Sullivan LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
212-849-7000
Fax: 212-849-7100
Email: andrewrossman@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Charles Tecce**
Quinn Emanuel
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212)-849-7000
Fax: (212)-849-7100

Email: jamestecce@quinnemanuel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Pizzurro**
Curtis, Mallet-Prevost, Colt & Mosle, LLP(NYC)
101 Park Avenue
New York, NY 10178
212 696 6196
Fax: 212 6971559
Email: jpizzurro@cm-p.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Lehman Brothers Holdings Inc.** represented by **James Charles Tecce**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph D. Pizzurro**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/23/2016 | 1 | NOTICE OF APPEAL FROM THE BANKRUPTCY COURT TO THE S.D.N.Y. from the Order of Judge Shelley C. Chapman dated February 8, 2016. Bankruptcy Court Case Numbers: 08-B-13555 (SCC). Certified copies of file received.Document filed by William Kuntz, III.(bkar) (Entered: 02/23/2016) |
| 02/23/2016 | | Magistrate Judge James L. Cott is so designated. (bkar) (Entered: 02/23/2016) |
| 02/23/2016 | | Case Designated ECF. (bkar) (Entered: 02/23/2016) |
| 02/23/2016 | 2 | LETTER addressed to Judge Lewis A. Kaplan from Tyler G. Whitmer dated February 23, 2016 re: Reassignment of Action to Judge Sullivan. Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc..(Whitmer, Tyler) (Entered: 02/23/2016) |
| 02/23/2016 | 3 | EMERGENCY MOTION to Dismiss *PURSUANT TO FED. R. BANKR. P. 8013 TO DISMISS APPEAL OF WILLIAM KUNTZ III WITH PREJUDICE*. Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc..(Rossman, Andrew) (Entered: 02/23/2016) |
| 02/23/2016 | 4 | EMERGENCY MEMORANDUM OF LAW in Support re: 3 EMERGENCY MOTION to Dismiss *PURSUANT TO FED. R. BANKR. P. 8013 TO DISMISS APPEAL OF WILLIAM KUNTZ III WITH PREJUDICE*. . Document filed by |

| | | |
|---|---|---|
| | | Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.. (Rossman, Andrew) (Entered: 02/23/2016) |
| 02/23/2016 | 5 | DECLARATION of TYLER G. WHITMER in Support re: 3 EMERGENCY MOTION to Dismiss *PURSUANT TO FED. R. BANKR. P. 8013 TO DISMISS APPEAL OF WILLIAM KUNTZ III WITH PREJUDICE*.. Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L)(Rossman, Andrew) (Entered: 02/23/2016) |
| 02/24/2016 | | NOTICE OF CASE REASSIGNMENT to Judge Richard J. Sullivan. Judge Lewis A. Kaplan is no longer assigned to the case. (wb) (Entered: 02/24/2016) |
| 02/24/2016 | 6 | CERTIFICATE OF SERVICE of Emergency Motion Pursuant to Fed. R. Bankr. P. 8013 To Dismiss Appeal of William Kuntz III With Prejudice, Memorandum of Law in Support of Emergency Motion [Proposed] Order Dismissing Case With Prejudice, and Declaration of Tyler G. Whitmer in Support of Emergency Motion served on William Kuntz III on 2/23/2016. Service was made by Priority Mail Express Overnight Delivery. Document filed by Lehman Brothers Holdings Inc., Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.. (Whitmer, Tyler) (Entered: 02/24/2016) |
| 02/24/2016 | 7 | ORDER: Now before the Court is Appellees' emergency motion to dismiss Appellant's appeal with prejudice pursuant to Federal Rule of Bankruptcy Procedure 8013. (Doc. No. 3.) IT IS HEREBY ORDERED THAT Appellant shall file a response to the motion by March 2, 2016. Appellees' reply, if any, shall be filed by March 4, 2016. ( Responses due by 3/2/2016, Replies due by 3/4/2016.) (Signed by Judge Richard J. Sullivan on 2/24/2016) (mro) (Entered: 02/25/2016) |
| 02/25/2016 | 8 | EMERGENCY MOTION for Sanctions *PURSUANT TO FED. R. BANKR. P. 8013 AND 8020 AGAINST WILLIAM KUNTZ III*. Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc..(Rossman, Andrew) (Entered: 02/25/2016) |
| 02/25/2016 | 9 | EMERGENCY MEMORANDUM OF LAW in Support re: 8 EMERGENCY MOTION for Sanctions *PURSUANT TO FED. R. BANKR. P. 8013 AND 8020 AGAINST WILLIAM KUNTZ III*. . Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.. (Rossman, Andrew) (Entered: 02/25/2016) |
| 02/25/2016 | 10 | DECLARATION of TYLER G. WHITMER in Support re: 8 EMERGENCY MOTION for Sanctions *PURSUANT TO FED. R. BANKR. P. 8013 AND 8020 AGAINST WILLIAM KUNTZ III*.. Document filed by Official Committee of Unsecured Creditors of Lehman Brothers Holdings Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T)(Rossman, Andrew) (Entered: 02/25/2016) |

| | | |
|---|---|---|
| 02/25/2016 | 11 | ORDER. Now before the Court is Appellees' emergency motion for sanctions pursuant to Federal Rules of Bankruptcy Procedure 8013 and 8020 against Appellant. (Doc. No.8.) IT IS HEREBY ORDERED THAT Appellant shall file a response to this motion, along with his response to Appellees emergency motion to dismiss (Doc. No.3), by March 2, 2016. Appellees' reply, if any, shall be filed by March 4, 2016. SO ORDERED. (Signed by Judge Richard J. Sullivan on 2/25/2016) (adc) (Entered: 02/25/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/29/2016 09:18:26 | | | |
| **PACER Login:** | us5070:2654438:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:16-cv-01379-RJS |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

REQUEST FOR COPIES OF DOCUMENTS

PLEASE PRINT

DATE 2/29/16

Please furnish the undersigned with copy/copies of the following documents.

Number of copies wanted____________

DESCRIPTION OF PAPERS

No. of pages 4
at .50 per page

cost____________

COPY WORK

1. 16 cv 1379
2. 
3. 
4. 
5. 
6. 

RECEIVED
FEB 29 2016
U.S.D.C. S.D. N.Y.
CASHIERS

Apostille ( ) $2.00 Ea. Exemplification ( ) $21.00 Ea.

Search ( ) $30.00 per name Certification ( ) $11.00 Ea.

110 Form ( ) $11.00 Ea. Cert. of Disposition ( ) $11.00 Ea.

Media Record ( ) $30.00 Ea. TOTAL AMOUNT DUE: $2-

NAME William Kunz

FIRM NAME

ADDRESS

SIGNATURE [signature] TEL.

REQUEST FOR COPIES OF DOCUMENTS

PLEASE PRINT

DATE 2/29/16

Please furnish the undersigned with copy/copies of the following documents.

Number of copies wanted____________

DESCRIPTION OF PAPERS

No. of pages ~~[illegible]~~ 187
at .50 per page

cost______________

COPY WORK

1 16 cv 1379

2

3

4

5

6

Apostillė ( ) $2.00 Ea. Exemplification ( ) $21.00 Ea.

Search ( ) $30.00 per name Certification ( ) $11.00 Ea.

110 Form ( ) $11.00 Ea. Cert. of Disposition ( ) $11.00 Ea.

Media Record ( ) $30.00 Ea. TOTAL AMOUNT DUE: $93.50

NAME______________________

FIRM NAME______________________

ADDRESS______________________

SIGNATURE______________ TEL.______________