HEARING DATE AND TIME: March 4, 2016 at 3:00 p.m. (Eastern Time)
OBJECTION DEADLINE: March 3, 2016 at 4:00 p.m. (Eastern Time)

Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel to Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- X
In re:                                                                                                                 :   Chapter 11
                                                                                                                            :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                             :
                                                                                                                            :
                                                       Debtors.                                                 :
---------------------------------------------------------------------------------- X

**AMENDED NOTICE OF HEARING ON MOTION FOR SANCTIONS**
**AGAINST WILLIAM KUNTZ III**

**PLEASE TAKE NOTICE** that on February 19, 2016, Lehman Brothers Holdings Inc. ("LBHI" and the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan Of Lehman Brothers Holdings Inc. And Its Affiliated Debtors [Docket No. 23023-1] (the "Plan"), filed the Motion for Sanctions Against William Kuntz III (the "Motion").

**PLEASE TAKE FURTHER NOTICE,** that a copy of the Motion may be obtained from the official court electronic document filing system of the United States Bankruptcy Court for the Southern District of New York at *http://www.nysb.uscourts.gov*. Copies of the Motion will also be available (i) on the Lehman website at *http://www.lehman-docket.com*, (ii) by written request to Epiq Systems, 757 Third Avenue, New York, New York 10017 or via facsimile at (646) 282-2501, Attn: Angharad Bowdler, or (iii) by calling Epiq Systems at (646) 282-2400.

**PLEASE TAKE FURTHER NOTICE,** that the hearing (the "Hearing") to consider the relief requested in the Motion and entry of the proposed Order attached thereto shall be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623

of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 on **March 4, 2016 at 3:00 p.m. (Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE,** that objections or responses, if any, to the Motion and the relief requested therein must be in writing; shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York; shall be made with specificity as to the name of the objector and the legal and factual grounds for the objection; shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) and shall be served in accordance with General Order M-399 upon: (a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, Courtroom 623, New York, New York 10004; (b) attorneys for Lehman, Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178 (Attn: Turner P. Smith and Peter J. Behmke), and Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Andrew J. Rossman); (c) the Office of the United States Trustee for Region 2, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Susan Golden and Andrea B. Schwartz); and (d) William Kuntz III, India St PO Box 1801 Nantucket Island, MA 02554-1801; so as to be so filed and received by no later than **March 3, 2016 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE,** that if no objections or responses are received by the Objection Deadline, the relief requested may be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing or further notice to any party.

Dated: March 1, 2016
New York, New York

        Respectfully submitted,

        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Andrew J. Rossman*
    Susheel Kirpalani
    Andrew J. Rossman
    James C. Tecce
    Tyler G. Whitmer

*Counsel to Lehman Brothers Holdings Inc.*