**USBC SDNY**

**IN RE: LEHMAN BROTHERS    08-13555 jcc**

**Debtor**

---

**SUGGESTION OF RECUSAL**

Your Honor:

With what respect is due based upon your very angry comments from the Bench on the Record, it seems only appropriate and proper that your recuse yourself.

The Federal Rules of Civil Procedure apply to all. There are not several sets , one for lawyers and so forth.

The allegation that the Creditors Committee is somehow working under some kind of disability is just so much squawking.

Nor to my knowledge is having a post office box some kind of impediment to mailing papers. They really need to use mail.

As I indicated and can be confirmed, I offered to accept Papers last Friday @ the Essex County Sheriff's Office in Lewis, NY but the Committee did not avail themselves of that .

I thank you in advance,

William Kuntz, III  PO Box 1801 Nantucket Island, Ma 02554-1804

March 1, 2016

100 William St, NYC



**FedEx Office.**

**March 01, 2016 13:44**                                         **Page: 1**
Receipt #: 0883578669
Stored Value Card #: 8830016061474641 07
2016/03/01 13:11

| Qty | Description | Amount |
|---|---|---|
|  | Cash deposit at Register: $3.00 | |
|  | Cash deposit at Register: $20.00 | |
| 29 | PC Design Station Time/Minute | 13.05 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |
| 1 | Computer B&W Prints Letter/Legal | 0.49 |

|  | SubTotal | 14.03 |
|---|---|---|
|  | Taxes | 1.24 |
|  | Total | 15.27 |

Current Value on Card: $7.73

FedEx Office Print & Ship Centers

110 William St.
New York, NY 10038
212-766-4646
www.FedExOffice.com

Tell us how we're doing and receive
10% off your next $10 print order
fedex.com/wellsten or 1-800-398-0242
Offer Code:_____ Offer expires 03/30/2016

Please Recycle This Receipt