Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

CREDIT SUISSE AG, HONG KONG BRANCH
Name of Transferee

CREDIT SUISSE AG, SINGAPORE BRANCH
Name of Transferor

Name and Address where notices
to transferee should be sent:

KWJS&S
Mrs. Stephanie Sweeney
200 West 41st Street, 17th Floor
New York, NY 10036-7203

Court Claim # (if known): 55825
Date Claim Filed: 29 OCTOBER 2009
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): USD 100,000 XS0276149738

Phone: (212) 972-3000
Last Four Digits of Acct #: _____

Phone: +65 6306 8006
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____     Date: 01 March 2016
    Transferee/Transferee's Agent
    LIM YOU RENG        Tung Ter Soon
                         VP
Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
         AVP

CREDIT SUISSE

# EVIDENCE OF TRANSFER OF CLAIM

## TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Singapore Branch ("Transferor") unconditionally and irrevocably transferred to Credit Suisse AG, Hong Kong Branch ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55825**), USD 100,000 in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON 12 FEBRUARY 2016

**Credit Suisse AG, Singapore Branch**

By: _____  
Name: LIM YOU RENG  
Title: AVP

CREDIT SUISSE

By: _____  
Name: TUNG TER SOON  
Title: VP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0276149738 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | USD 100,000 |