WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                              :
**In re**                                                     :    **Chapter 11 Case No.**
                                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (SCC)**
                                                              :
                                          **Debtors.**        :    **(Jointly Administered)**
                                                              :
                                                              :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF THE DEBTORS' EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [ECF No. 14440] **solely as to the claims listed on Exhibit A hereto**.

Dated:  March 3, 2016
          New York, New York

                                    /s/ Garrett A. Fail
                                    Garrett A. Fail
                                    WEIL, GOTSHAL & MANGES LLP
                                    767 Fifth Avenue
                                    New York, New York 10153
                                    Telephone: (212) 310-8000
                                    Facsimile: (212) 310-8007

                                    Attorneys for Lehman Brothers
                                    Holdings Inc. and Certain of Its Affiliates

## Exhibit A

## NOTICE OF WITHDRAWAL OF THE EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|---|
| 1 | ARDENIA HOLDINGS SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51298 |
| 2 | CALAMANDA MANUEL PLENS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43129 |
| 3 | CARRENO, CRISTINA LURRUENA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/16/2009 | 13304 |
| 4 | CEBRIAN, FERNANDO ENGUIDANOS & CLEMENTE, MARIA BELEN VELEZ | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 47998 |
| 5 | CESARIO, FABRIZIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50160 |
| 6 | CESARIO, FABRIZIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50161 |
| 7 | COHN, DAVID NATHAN AND AMELIA MORENO ROSILLO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37362 |
| 8 | COMERCIAL JORDI S.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/01/2009 | 35867 |
| 9 | COSTERS-VAN LEEMPUTTEN, ALFONS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61658 |
| 10 | DE LA ROSA DIAZ, JOSE ANTONIO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48715 |
| 11 | ELI, AHARON | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42706 |
| 12 | ELYASHIV, SHMUEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45248 |
| 13 | FRANCISCO FERNANDEZ ROIG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45285 |
| 14 | FRANCO, JOSE LUIS CAJAL & CASABELLA, CLARA LATORRE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40204 |
| 15 | GALVEZ, NEUS PENA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43125 |