WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
**In re**                                      :    **Chapter 11 Case No.**
                                                                  :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    **08-13555 (SCC)**
                                                                  :
            Debtors.                           :    **(Jointly Administered)**
                                                                  :
                                                                  :
------------------------------------------------------------------x

# NOTICE OF WITHDRAWAL OF THE DEBTORS'
# EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS
# (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Eighty-Seventh Omnibus Objection to Claims (No Liability Claims) [ECF No. 14442] **solely as to the claims listed on Exhibit A hereto**.

Dated:  March 3, 2016
        New York, New York

                                            /s/ Garrett A. Fail
                                            Garrett A. Fail
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers
                                            Holdings Inc. and Certain of Its Affiliates

**Exhibit A**

## IN RE LEHMAN BROTHERS HOLDINGS INC., et al., Case No. 08-13555 (SCC)
### NOTICE OF WITHDRAWAL OF THE EIGHTY-SEVENTH OMNIBUS OBJECTION TO CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|---|
| 1 | GOLDMAN, RON AND OR ORNA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 54812 |
| 2 | HALEBY, HENRY MANZANO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/06/2009 | 36736 |
| 3 | MARCOS, PILAR LUEJE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45172 |
| 4 | MARCOS, PILAR LUEJE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45173 |
| 5 | MARTINEZ JIMENEZ, MARIA TERESA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/09/2009 | 37116 |
| 6 | MEURER, HORST & ELISABETH, DR.'S | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 08/31/2009 | 9969 |
| 7 | PANVEST LTD | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/15/2009 | 65421 |