WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                    :   Chapter 11 Case No.
                                         :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :   08-13555 (SCC)
                                         :
        Debtors.                         :   (Jointly Administered)
                                         :
                                         :
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE DEBTORS'
### EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Eighty-Eighth Omnibus Objection to Claims (No Liability Claims) [ECF No. 14450] **solely as to the claims listed on Exhibit A hereto**.

Dated:  March 3, 2016
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers
                                        Holdings Inc. and Certain of Its Affiliates

**Exhibit A**

**NOTICE OF WITHDRAWAL OF THE EIGHTY-EIGHTH OMNIBUS OBJECTION TO CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|---|
| 1 | PRIJS, BEN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54579 |
| 2 | PRIJS-LIPS, J.M. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54580 |
| 3 | RAM, JACOB | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/20/2009 | 42707 |
| 4 | SIVAN, ALEX | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56035 |
| 5 | SMADJA, HAIM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56036 |
| 6 | SOUSA, JOSE MARTINHO SILVA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/30/2009 | 35802 |
| 7 | STOCKER, HANNELORE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41140 |
| 8 | SUBIRA, JUAN ANTONIO MARCOS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/14/2009 | 40161 |
| 9 | VANDEBROEK, ROGER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55106 |
| 10 | WEIGELT, MARCO | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/21/2009 | 43496 |