WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
**In re** : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, : **08-13555 (SCC)**
:
Debtors. : **(Jointly Administered)**
:
:
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE DEBTORS' EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Eighty-Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 14452] **solely as to the claims listed on Exhibit A hereto**.

Dated:  March 3, 2016
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\43954153\01\58399.0011

**Exhibit A**

08-13555-mg    Doc 52246    Filed 03/03/16    Entered 03/03/16 17:32:48    Main Document
Pg 2 of 4

**Exhibit A**

# NOTICE OF WITHDRAWAL OF THE EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS

|    | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|----|------|-------------|-------------|------------|---------|
| 1  | BORREMANS, LUCIEN - DRIES, ELISA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/07/2009 | 36900 |
| 2  | BUYS, GRETA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51907 |
| 3  | CARDOEN, MARIJKE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52368 |
| 4  | CAREPROVAN PRIVATE STICHTING | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51621 |
| 5  | COK, JOOP | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51902 |
| 6  | DE BLIECK, BENOIT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52126 |
| 7  | DE CLEEN, WALTER AND ANDIMIGNON, VERONIQUE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61655 |
| 8  | DE VILLE, DOMINIQUE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52125 |
| 9  | DE VRIES-SCHEIBERLICH, W.E. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 53220 |
| 10 | DU MORTIER-HOUYET, CHRISTIAN (MR. & MRS.) | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52123 |
| 11 | DUMOLIN, DIDIER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51948 |
| 12 | DUMOLIN, PIERRE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51950 |
| 13 | FLOS, GILBERTA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48716 |
| 14 | FONDATION JEAN PRAET A.S.B.L. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52290 |
| 15 | GROOT, A.M.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45167 |

08-13555-mg Doc 52246 Filed 03/03/16 Entered 03/03/16 17:32:48 Main Document Pg 4 of 4

IN RE LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (SCC)
NOTICE OF WITHDRAWAL OF THE EIGHTY-NINTH OMNIBUS OBJECTION TO CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|
| 16 HANDELMIJ VAN PERNIS B.V. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48996 |
| 17 HIJMANS, R.A. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54693 |
| 18 HULET, ANDRE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56678 |
| 19 HULET, PIERRE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 56679 |
| 20 JASO, BM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51905 |
| 21 KROON, M. AND DRONK, S. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61636 |
| 22 KUPPENS-VAN DEN BROECK | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48710 |
| 23 LEENKNECHT, NORBERT - THERESE LECLUYSE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52055 |
| 24 LIESTEKRI, BM | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51906 |
| 25 WEEMAES, CHRISTEL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45458 |
| 26 WEEMAES, MONIQUE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45459 |
| 27 WEEMAES, MUSSCHE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45460 |
| 28 WEISMIES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61603 |