WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                              :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :    08-13555 (SCC)
:
Debtors.                           :    (Jointly Administered)
:
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE DEBTORS'**
**NINETIETH OMNIBUS OBJECTION TO CLAIMS**
**(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Ninetieth Omnibus Objection to Claims (No Liability Claims) [ECF No. 14453] **solely as to the claims listed on Exhibit A hereto**.

Dated:  March 3, 2016
        New York, New York

                                                        /s/ Garrett A. Fail
                                                        Garrett A. Fail
                                                        WEIL, GOTSHAL & MANGES LLP
                                                        767 Fifth Avenue
                                                        New York, New York 10153
                                                        Telephone: (212) 310-8000
                                                        Facsimile: (212) 310-8007

                                                        Attorneys for Lehman Brothers
                                                        Holdings Inc. and Certain of Its Affiliates

US_ACTIVE:\43954153\01\58399.0011

**Exhibit A**

## NOTICE OF WITHDRAWAL OF THE NINETIETH OMNIBUS OBJECTION TO CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|---|
| 1 | MICHEL, KARIL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52127 |
| 2 | MISSUWE, BALS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52293 |
| 3 | NOYEN-RUELENS, VAN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51901 |
| 4 | NYSSENS, ALAIN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52122 |
| 5 | OOSTNEDERLANDSE VERENIGING AANNEMERS RESERVEFONDS (O.V.A.R.) | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 49003 |
| 6 | PEARSON, COLIN W. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48997 |
| 7 | PRIEMS-BRESSER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51908 |
| 8 | PROMIN VZW | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52378 |
| 9 | REPER, FRANS | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52124 |
| 10 | RYCKAERT, CECILIA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52140 |
| 11 | SCHOOFS, JEANINE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52143 |
| 12 | SCHRAM-DEFONSECA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52031 |
| 13 | SMET, FRANCOIS DE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 11/02/2009 | 61530 |
| 14 | SPEYER, JUAN ENRIQUE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/12/2009 | 37376 |
| 15 | SPINETTE-ROSE, MR. & MRS. ROBERT | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 52030 |

## NOTICE OF WITHDRAWAL OF THE NINETIETH OMNIBUS OBJECTION TO CLAIMS

| NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # |
|---|---|---|---|---|
| 16  STAES | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51175 |
| 17  STAS-ORBAN, DOMINIQUE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51997 |
| 18  SUREKA, DEEPAK &/OR SHANKARLAL | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/19/2009 | 41323 |
| 19  TERMONT, ALINE | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 54840 |
| 20  VAN GORP, MARC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/23/2009 | 45332 |
| 21  VAN VOORST VADER-VAN ESCH, P.W. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 48951 |
| 22  VANDEWALLE, KARIN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/28/2009 | 51996 |