**CURTIS, MALLET-PREVOST,
 COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF THE THREE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws its Three Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [Docket No. 32893] **solely as to the claims listed on Exhibit A attached hereto**.

Dated:  March 3, 2016
         New York, New York

                                              **CURTIS, MALLET-PREVOST,
                                               COLT & MOSLE LLP**

By:    */s/ L. P. Harrison 3rd*
         L. P. Harrison 3rd
         Cindi Eilbott Giglio
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

24803187

**EXHIBIT A**

24803187

## IN RE LEHMAN BROTHERS HOLDINGS INC., et al., 08-13555 (SCC)
### NOTICE OF WITHDRAWAL OF THE THREE HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # (a) |
|---|---|---|---|---|---|
| 1 | BANQUE PICTET & CIE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55829 |
| 2 | DOMINIAK-ERNST, WALTER | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/2009 | 55829 |

(a) These claims were initially included on the Three Hundred Eighty-Sixth Omnibus Objection as part of Credit Suisse AG, Singapore Branch's unliquidated claim 55829 and were subsequently transferred to the creditors listed on this exhibit.