Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel to Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- X
In re:                                                          :    Chapter 11
                                                                :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*        :
                                                                :
                    Debtors.                              :
------------------------------------------------------------------------------- X

### DECLARATION OF ANDREW J. ROSSMAN SUBMITTING EXHIBIT LIST FOR HEARING ON MOTION FOR SANCTIONS AGAINST WILLIAM KUNTZ III

STATE OF NEW YORK          )
                           )  ss.:
COUNTY OF NEW YORK         )

I, Andrew J. Rossman hereby declare under penalty of perjury:

1. I am a partner with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Lehman Brothers Holdings Inc. ("LBHI").

2. On February 19, 2016, LBHI filed the *Motion For Sanctions Against William Kuntz III* (the "Sanctions Motion"). A hearing (the "Hearing") on the Sanctions Motion is scheduled on March 4, 2016 at 3:00 p.m. (Eastern Time), before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

3. In connection with the Hearing, attached hereto as Exhibit A is a true and correct copy of the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III*.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2016

_____
Andrew J. Rossman