# **EXHIBIT 2**

Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel to Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- X
In re:                                                                     :    Chapter 11
                                                                           :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.,*                                   :
                                                                           :
                       Debtors.                                            :
---------------------------------------------------------------------------- X

# DECLARATION OF BENJAMIN ODELL IN SUPPORT OF MOTION FOR SANCTIONS AGAINST WILLIAM KUNTZ III

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

I, Benjamin Odell hereby declare under penalty of perjury:

1.  I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Lehman Brothers Holdings Inc. ("LBHI"), movant in the above-captioned action.

2.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 15 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 23, 2016.

3.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 16 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 23, 2016.

4.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 17 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 23, 2016.

1

5.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 18 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 23, 2016.

6.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 19 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 23, 2016.

7.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 20 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 24, 2016.

8.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 21 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 24, 2016.

9.  Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 22 is a true and correct copy of an email sent from Mr. Kuntz to myself on February 24, 2016.

10. Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 34 is a true and correct copy of an email sent from myself to William Kuntz III on February 25, 2016.

11. Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 35 is a true and correct copy of an email sent from myself to William Kuntz III on February 25, 2016.

12.     Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 36 is a true and correct copy of an email sent from myself to William Kuntz III on February 25, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2016

_____
Benjamin Odell