# **<u>EXHIBIT 3</u>**

Susheel Kirpalani
Andrew J. Rossman
James C. Tecce
Tyler G. Whitmer
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
*Counsel to Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X
In re:                                                        :     Chapter 11
                                                              :     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                      :
                                                              :
                    Debtors.                                  :
------------------------------------------------------------- X

## DECLARATION OF WILLIAM PUGH IN SUPPORT OF MOTION FOR SANCTIONS AGAINST WILLIAM KUNTZ III

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

I, William Pugh hereby declare under penalty of perjury:

1. I am an associate with Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Lehman Brothers Holdings Inc. ("LBHI"), movant in the above-captioned action.

2. Attached to the *Exhibit List For Hearing On Motion For Sanctions Against William Kuntz III* as Exhibit 9 is a true and correct copy of the facsimile sent from William Kuntz III to myself entitled "Re: Lehman Brothers," dated February 19, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2016

*William Pugh*
William Pugh