# **EXHIBIT 4**

FEB 6, 2016

Wachtell, Lipton, Rosen & Katz Fax 212.403.2000

Attn: Harold S. Novikoff and Ian Boczk

LEHMAN BROTHERS HOLDINGS INC., *et al.*
Chapter 11 Case No. 08-13555
JPM CHASE SETTLEMENT MATTER

GENTLEMEN:

As I sit here near the Canadian Border in the Snow I note that your opposing Counsel seems to have made a **'Faulty Assumption'** that I had emailed the Court.

As I am not a party to the Case Management Order so to speak, I follow the terms of the Notice and the Federal Rules of Procedure, which in effect take a dim view of what might be considered 'ex-parte' communications.

I think that you will find my Correspondence to the Court arrived well before the 4pm cutoff and was docketed @ 51973. I attach a copy of the US Post Office Confirmation.

Accordingly I would ask that you share this will your counterparts to correct any misunderstanding that might otherwise arise. It would be far too easy to just sit back and file an appeal after Monday, assuming the Order is signed and confound the so called 'settlement'.

I trust this will have your prompt attention.

I thank you in advance,

William Kuntz, III India St PO Box 1801 Nantucket, Ma 02554-1801
copies by US Mail

**lehman papers feb 2016-Tracking Number: 9505510548966030019257 -Updated Delivery Day: Tuesday, February 2, 2016 (2)**

Delivered, Front Desk/Reception NEW YORK, NY 10004 Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004. February 2, 2016  7:11 am Arrive

Delivered, Front Desk/Reception NEW YORK, NY 10004 Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004. February 2, 2016  7:11 am Arrive

am                    Delivered, Front Desk/Reception      NEW YORK, NY 10004

Your item was delivered to the front desk or reception area at 7:46 am on February 2, 2016 in NEW YORK, NY 10004.

| Date/Time | Status | Location |
|---|---|---|
| February 2, 2016 , 7:11 am | Arrived at Post Office | NEW YORK, NY 10004 |
| February 2, 2016 , 1:35 am | Departed USPS Facility | EASTERN NASSAU, NY |
| February 2, 2016 , 1:32 am | Arrived at USPS Facility | EASTERN NASSAU, NY |
| January 31, 2016 , 6:57 pm | Arrived at USPS Facility | KEARNY, NJ 07032 |
| January 30, 2016 , 12:10 pm | Departed Post Office | CHAZY, NY 12921 |
| January 30, 2016 , 11:20 am | Acceptance | CHAZY, NY 12921 |