# **EXHIBIT 7**

# Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Friday, February 19, 2016 12:52 PM |
| **To:** | kuntzwm1@yahoo.com; Tyler Whitmer; Andrew J. Rossman; James Tecce; lois@betweenthebricks.com |
| **Subject:** | your Lehman email |

didn't see this until just now...
-
please note, i don't have daily access to library computers so...
-
thanx
bill kuntz


-------------------------------------------
On Wed, 2/17/16, Tyler Whitmer <tylerwhitmer@quinnemanuel.com> wrote:

Subject: In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP)
To: "kuntzwm1@yahoo.com" <kuntzwm1@yahoo.com>
Cc: "Andrew J. Rossman" <andrewrossman@quinnemanuel.com>, "James Tecce" <jamestecce@quinnemanuel.com>
Date: Wednesday, February 17, 2016, 7:31 PM


Mr. Kuntz,

I write on behalf of the Lehman Brothers bankruptcy estates.  We tried and were unable  to reach you by phone this afternoon to see if you would be willing to stand down from your threatened appeal of the  order approving the JPMorgan settlement, which has no basis in  law or fact.  As you concede, you no longer have any  claims against the estates.  What is more, an examiner  has already investigated the transactions at issue.  Nor is there any connection between your complaints about Grand Union and the JPMorgan  settlement.

If you persist with your baseless opposition to the JPMorgan Settlement, the estates plan to  pursue sanctions against you, including the attorney's  fees and expenses incurred in responding to you and an order  enjoining you from further filings in the bankruptcy case without  prior approval of the Court.  We can discuss this with  you further if you will please provide a phone number where  you can be reached.

Otherwise, please let us know by close

1

of business tomorrow by return email if you are willing to  cease your opposition to the settlement, including withdrawing your purported notice of appeal of the order  approving
 the settlement agreement.  If you do not agree or we  do not hear from you by close of business tomorrow, the  estates intend to pursue sanctions against you.  If  that is what you choose, we encourage you to seek separate  counsel.


Best regards,

Tyler
Whitmer

Partner

Quinn Emanuel Urquhart & Sullivan, LLP



51 Madison
Avenue, 22nd Floor


New York, NY 10010

212-849-7283 Direct

212-849-7000 Main Office Number

212-849-7100 FAX

tylerwhitmer@quinnemanuel.com

www.quinnemanuel.com
NOTICE: The information
 contained in this e-mail message is intended only for the  personal and confidential use of the recipient(s) named above. This message may be
 an attorney-client communication and/or work product and as  such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible  for delivering it to the intended recipient, you are hereby notified that you
 have received this document in error and that any review,  dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication  in error, please notify us immediately by e-mail, and delete the original message.

2