# **<u>EXHIBIT 8</u>**

# Tyler Whitmer

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Friday, February 19, 2016 3:05 PM |
| **To:** | kuntzwm1@yahoo.com; Andrew J. Rossman; James Tecce; Tyler Whitmer; wreeder@osc.state.ny.us |
| **Cc:** | Andrew J. Rossman; James Tecce; Tyler Whitmer |
| **Subject:** | In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) |


 i look forward to picking up the papers on nantucket next week
-
please note that while i have provided you with my email address your electronic notification is somewhat in a mystery as i don't recall signing up for the case management order. as inderstand ny practice unless i provide a email address on a pleading electronic service is a courtsey ...but insuffient to bind me to your 'timetable"/// just like publication of your fax number allows service under the CPLR?
-
would you be so kind as to provide a copy of your papers to ms reeder,esq @ the ny state comptroller's office in albany @ 110 state st in the unclaimed funds unit?
as i don't have pacer would you be so kind as to provide <by mail> a copy of the adversary docket?
thanx
bill kuntz

ps did you request an agreeable date? i was planning to leave for the bahamas for about a month