# **EXHIBIT 9**

Feb 19, 2016

William Pugh-212-849-7100 FAX

Re: Lehman Brothers

Enclosed for your information

thanx

bill kuntz

**Departing Flight: Sat Feb 20, 2016** (Arrive - Sun Feb 21, 2016)

Flight arrives on the next day.



|  |  |  |  |  |
|--|--|--|--|--|
| Departs | 8:50pm | Feb 20 | Boston, MA | BOS |
| Arrives | 10:42pm | Feb 20 | Toronto, ON | YYZ |

🕐 1h 52m

Operated by Air Canada Express / Sky Regional - Flight 7669, Embraer 175 · Jet · Economy Class

◉ Overnight Connection at Lester B Pearson Intl Airport (YYZ).   Layover: 8h 3m



|  |  |  |  |  |
|--|--|--|--|--|
| Departs | 6:45am | Feb 21 | Toronto, ON | YYZ |
| Arrives | 10:00am | Feb 21 | Nassau, Bahamas | NAS |

🕐 3h 15m

Operated by Air Canada Rouge - Flight 1816, Airbus A319 · Jet · Economy Class

🧳 Baggage Fees



Air Canada
Part operated by Air Canada Express / Sky Regional and Air Canada Rouge

BOS 6:5 Bost MA

🕐 15h 10m
◉ Flight arrives on the next day.

**$270**
Total Per Person

**Select >**

≡ Hide Flight Details

## Baggage Fee Information

Listed below is the baggage fee policy for the carrier(s) in your selected itinerary. Baggage fees are not included in your trip cost and are the traveler's responsibility to pay to the airline directly. Actual fees may differ under certain guidelines, including whether you pay fees at the airport or online, your frequent flyer status and your cabin class. Please review carefully.

### Air Canada Baggage Policy

Please note that, unless otherwise noted, baggage fees below are quoted in CAD and are based on a maximum weight of 50 lbs (23 kg) and an overall size of 62 inches (157 cm) when you total length + width + height.

| Economy/Coach Class Travelers | | |
|---|---|---|
| Travel Between (To or From) | | Baggage Allowance and Fees |
| Canada | Canada | 1st Bag: **25 CAD**<br>2nd Bag: **25 CAD** |
| | United States (Including Hawaii) | 1st Bag: **$25**<br>2nd Bag: **$35** |
| | Mexico, The Caribbean, and Bermuda | 1st Bag: **25 CAD**<br>2nd Bag: **25 CAD** |
| | Belize, Costa Rica, El Salvador, Guatemala, Honduras and Nicaragua | 1st Bag: **Free**<br>2nd Bag: **25 CAD** |
| All Travel To and From Japan and Brazil | | Up to Two Bags Free |
| All Travel To and From Venezuela | | 1st Bag: **Free**<br>2nd Bag: **$70** |
| All Travel To and From Africa (Excluding Egypt, Malawi, Morocco, and Zambia ) | | Up to Two Bags Free |
| All Other Regions/Countries | | 1st Bag: **Free**<br>2nd Bag: **$100** |

| International Business Class and North American and Caribbean Business Class Travelers |
|---|
| 2 free bags weighing no more than 50 lbs (23 kg) each. |

| Carry-on Bags |
|---|
| 1 bag and 1 personal item at no extra charge. |

Carry-on bags and personal items must fit into the overhead bin or under the seat in front of you and in most cases may not exceed 45 linear inches (114 cm) in combined length, width and height, including any handles and wheels. Depending upon size of the aircraft , carry-on bags that fit the allowed size restrictions may be gate checked, during the boarding process and returned upon deplaning.

Allowance and fee amounts listed are not guaranteed and are subject to change by the airline. Fees displayed are based on the unrestricted coach, business and/or first class airfares and may apply each time you check-in baggage. Actual fees may differ in certain circumstances, including but not limited to fare type paid, whether you pay the fee at the airport or on your airline's website, your frequent flyer status and cabin class. Be sure to verify the actual fees with your airline(s) before you travel.

To confirm baggage fees for your reservation or for information on additional, overweight, or oversized bags, fare-type based baggage fees or if your confirmed class or itinerary is not shown, click here to visit the airline's website.

Optional Services such as pre-reserved or priority seating, in-flight entertainment, Wi-Fi, pets, dining, etc. vary by airline and flight. Information on which optional services are available on your flight, and fees for such services, can be reviewed by visiting your airline website; click here to visit the airline's website.

Close Window

Feb 19 16 03:40p    Elizabethtown library    518 873 2670    p.3