# **EXHIBIT 11**

# Tyler Whitmer

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Tuesday, February 23, 2016 2:32 AM |
| **To:** | Tyler Whitmer |
| **Cc:** | Andrew J. Rossman; James Tecce |
| **Subject:** | Re: In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) |

go for it

On Monday, February 22, 2016 2:16 PM, Tyler Whitmer <tylerwhitmer@quinnemanuel.com> wrote:

Mr. Kuntz,

In a prior email, I asked that you provide a working telephone number where you could be reached, but you did not supply one when you responded. With email being the most immediate method of reaching you, I am emailing you once again.

I write on behalf of the Lehman bankruptcy estates to notify you that we plan to file an emergency motion pursuant to Federal Rule of Bankruptcy Procedure 8013 to dismiss your purported appeal of the order approving the settlement between Lehman and JPMorgan. This emergency motion will seek dismissal on an expedited basis, without requiring the Court to wait for the time to respond otherwise permitted by the rules.

Please also be aware that, if you do not agree to withdraw your appeal immediately, Lehman intends to move pursuant to Federal Rule of Bankruptcy Procedure 8020 for sanctions and damages caused by your frivolous filing.

Please let us know immediately if you are willing to cease your baseless opposition to the settlement by withdrawing your purported notice of appeal.

Best regards,

**Tyler Whitmer**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7283 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
tylerwhitmer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.