# EXHIBIT 12

**Tyler Whitmer**

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Tuesday, February 23, 2016 3:56 AM |
| **To:** | Andrew J. Rossman; Tyler Whitmer; James Tecce; William Pugh; andrew kuntz; Lois Weiss; wreeder@osc.state.ny.us; andrew kuntz; Davidsbutt |
| **Subject:** | relatively little has been written about Kasich's role at Lehman Brothers |

[Recovering politician bides his time at Lehman Brothers and Fox News: A John Kasich 5.0 interlude](#)



### Recovering politician bides his time at Lehman Brothers ...

Compared with his time in politics, relatively little has been written about Kasich's role at Lehman Brothers. So the Northeast Ohio Media Group caught up recently ...

View on www.clevelan...                    Preview by Yahoo