# **<u>EXHIBIT 14</u>**

## Tyler Whitmer

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Tuesday, February 23, 2016 4:56 AM |
| **To:** | Andrew J. Rossman; Tyler Whitmer; James Tecce; William Pugh; Susheel Kirpalani; andrew kuntz |
| **Subject:** | pacer |

email to quinemanuel

i see you state in your opposition to my motion to enlarge time to determine just what the state comptroller's office is holding for me,  that judge mckelvie 'sanctioned' me in the grand union fee appeal in delaware.
as you have access to pacer you may obtain a copy of the docket and see quite clearly that while judge mckelvie very much wanted to have me santioned, it never happened...the 'professionals' pocketed the fee's and never appeared again in that case as i recall, further judge mdkelvie did not feel so strongly that he opted to proceed on his own, which of course he could have ...
-
i will order a certified copy of the docket and file it with the court, if you really wish to look like total fools just keep it up...should it start a list? 1> perjury 2> falsehoods in pleading 3> concealment of relevant facts 4> ?
i doubt any sitting judge will be pleased to read the letter from the new jersey district court about weil gotshal who was  both co-counsel to grand union and as i recall also represented lehman about the same time, while
judge peck never addressed this, your embrace of that ruling no doubts now contaminates your reliance on it, etc etc.


Kuntz v. Saul, Ewing, Remick & Saul, 200 B.R. 101 (D. Del. 1996) (Kuntz sanctioned for pursuing a frivolous appeal, notwithstanding his pro se status, because of Kuntz's extensive appellate experience – listing failed federal and state appeals).
thanx
bill kuntz