# **EXHIBIT 15**

# Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Tuesday, February 23, 2016 11:54 AM |
| **To:** | Ben Odell; andrew kuntz |
| **Subject:** | ? |

i don't know where you are getting your info<just because you think you sent something does not mean it got there> but according to the adjunct office of the clerk of courts <usdc sdny> there is nothing on file about any of this..or the prior letter to judge sullivan?...as of about 1 pm est
thanx
bill kuntz
perhaps you might amuse yourself by reading the letter from usdj martini which was faxed to your nyc office last week...or the artice about lawyer ethics in bankruptcy < as i recall >
as if you really were paying attention

1