# **EXHIBIT 16**

## Ben Odell

**From:**            william kuntz <kuntzwm1@yahoo.com>
**Sent:**            Tuesday, February 23, 2016 1:40 PM
**To:**              Ben Odell
**Subject:**          but sometimes the worst problems just can't be planned for


so while your ny city counterparts slam into an ego driven mudpile
you might start by trying to understand the long standing animus between me and weil gotshal which led to the order of
judge peck knocking out my prior claims
since your conterparts have bet the ranch so to speak on this don't be surprised if they lose big time and become the
laughing stock of the entire
legal community...starting with the obvious...such as declaring under penalty of perjury that i had emailed the court...
thanx
bill kuntz

if you wish to know more let me know if and when you read the letter from judge martini