# **EXHIBIT 17**

**Ben Odell**

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Tuesday, February 23, 2016 2:11 PM |
| **To:** | Ben Odell |
| **Subject:** | Investor Protection Bureau |

has his engagement become effective yet?
perhaps if a new team took over you might get a better understanding of just what is happening instead of beating a mudpile

On Thursday, February 4, 2016 10:57 AM, william kuntz <kuntzwm1@yahoo.com> wrote:

# NY AG Securities Fraud Pro Heads To Quinn Emanuel

By **Matthew Guarnaccia**
Law360, New York (February 2, 2016, 6:46 PM ET) -- An attorney for the New York attorney general's office who oversaw the recent multimillion-dollar dark pool settlements with Barclays and Credit Suisse, as well as multiple consumer protection settlements, will join Quinn Emanuel Urquhart & Sullivan LLP as a litigation partner, the firm said Monday.

Chad Johnson comes to Quinn Emanuel's New York office after working for three years as the head of the state's Investor Protection Bureau on securities fraud and other financial matters, and will take on roles at the firm representing both plaintiffs and...

1