# **<u>EXHIBIT 20</u>**

# Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, February 24, 2016 3:02 PM |
| **To:** | Ben Odell |
| **Subject:** | email |

**i see more electronic stuff coming but i would refer you to the case management plan and the local rule m344? as i have neither joined the case management nor consented to service by email you are all just spining your wheels so to speak...**
**-**
**as far as i use email it's for frank and candid exchange of thoughts which while i deplore it's use in court documents i know it's subject to abuse which is clearly what your firm is trying to do**
**when the papers come in the mail i will respond**
**thanx**
**bill kuntz**
**did you read the martini letter?**

1