# **<u>EXHIBIT 21</u>**

**Ben Odell**

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, February 24, 2016 3:26 PM |
| **To:** | Ben Odell |
| **Subject:** | unanticipated problem? |

it's perhaps a little known fact that there is no auctual 'overnight' service from the west coast to nantucket < assuming i was even there > as the lady lawyer from GM liqidation found out a couple of years ago
-
suggest you investigate

# USPS Package Intercept
-

https://retail-pi.usps.com/retailpi/actions/index.action