# **EXHIBIT 22**

**Ben Odell**

___

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, February 24, 2016 3:48 PM |
| **To:** | Ben Odell |
| **Subject:** | unanticipated problem? |

On Wednesday, February 24, 2016 6:36 PM, william kuntz <kuntzwm1@yahoo.com> wrote:

upstate ny

# Daniel's Story

A Memorial Service for Daniel R. Linder who died on Feb. 17, 2016, will be held on Friday, Feb. 26, 2016 at 2 p.m. at The Westport Federated Church, 6486 Main Street, Westport, N.Y. A full obituary to follow at a later date.

Published in The Press Republican

-
## while you all rant and rave and run from judge to judge looking for help
## i am planning to go to a memorial service friday in upstate ny
i would accept service
if you wish, i can arrange to have the essex county sheriff serve me @ the civil office there in lewis ny
assuming you all can get your act together and stop acting like total fools
of course there would be a fee which is about $35 a document paid for in advance...they may even accept an attorney's check\

-http://www.co.essex.ny.us/Sheriffs/index_files/CivilDivision.htm-

or if you would perfer wait and see how your plans work out...
thanx
bill kuntz

1

On Wednesday, February 24, 2016 6:25 PM, william kuntz <kuntzwm1@yahoo.com> wrote:


it's perhaps a little known fact that there is no  'overnight' us mail service from the west coast to nantucket < assuming i was even there > as the lady lawyer from GM liqidation found out a couple of years ago
-
suggest you investigate

# USPS Package Intercept
-

https://retail-pi.usps.com/retailpi/actions/index.action