# **EXHIBIT 23**

# Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, February 24, 2016 5:15 PM |
| **To:** | Andrew J. Rossman; Tyler Whitmer; James Tecce; andrew kuntz; William Pugh; Susheel Kirpalani; wreeder@osc.state.ny.us; Lois Weiss; Harold S. Novikoff; Ben Odell; Olshan William A. (Lehman Brothers Holdings Inc.); Joseph D. Pizzurro; Ian Boczko; Cantor Matthew A. (Lehman Brothers Holdings Inc.); Paul Vizcarrondo; mmoscato@curtis.com; pbehmke@curtis.com; ustp.bankruptcy.fraud@usdoj.com; andrew kuntz; Davidsbutt |
| **Subject:** | docket # 1261 exhibit #4 NY State Comptroller's account 033073395/02713967 Lehman Brothers Holdings, Inc |

re: Lehman/Chase Bank matter

Gentlemen:
while you continue to rant and rave you might wish to review exhibit #4 filed in 2008 and discover that there is on deposit with the state comproller's office something from the 'debtor'
which is an all together different kettle of fish so to speak than the grand union bonds...
i provide this in order to allow you to really really think this thru before
going forward < a copy of this will be provided in my reply to your papers > assuming they ever get to me
-
as you may not aware, i was in her honors courtroom for monday and tuesday and was prepared to offer in open court a stipulation which, if accepted would have allowed the funds to be deposited into the court
registry but then came the fire alarm
thanx
bill kuntz
ps i asked you to send some papers to mr reeder? did you do that or ignore it?
it may well be that the state comptroller's office may be substituted for me in this request based upon the exact nature of what is there and as i advised the last i looked it was purged

it does pay to do your homework?

| 1261 | 10/24/2008 | Motion to Approve Motion Under Rule 60 for Relief from Order (related document(s)[1094]) filed by William Kuntz III. (Attachments: # (1) Exhibits) (White, Greg)<br><br>Case: Lehman Brothers Holdings Inc.<br><br>Related:  1094 | Documents<br>Main Document<br>Exhibits |
|---|---|---|---|