# **EXHIBIT 26**

## Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, March 02, 2016 5:30 PM |
| **To:** | William Pugh; Andrew J. Rossman; Tyler Whitmer; James Tecce; Lois Weiss; andrew kuntz; william.olshan@lehmandholdings.com; andrew kuntz |
| **Subject:** | court again? i guess i will miss my chainsaw sharpening class up back here in the ice and snow of northern ny |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Completed |

[Redirect Notice](#)

> **Redirect Notice**
> The previous page is sending you to an invalid url.  If you do not want to visit that page, you can return to the previous page.
>
> View on **www.google.com**                                    Preview by Yahoo

[Against Oligarchy - Now and the Future](#)

1