# **<u>EXHIBIT 27</u>**

## Ben Odell

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Wednesday, March 02, 2016 5:54 PM |
| **To:** | Ben Odell; Tyler Whitmer; Andrew J. Rossman; James Tecce; William Pugh; Susheel Kirpalani; andrew kuntz |
| **Subject:** | accountable mail? a terms used by the us post office |

**so as before in asked Motors Liquidation, i would ask for the exact numbers used in your us mailing to me?**

### accountable mail - Wiktionary
https://en.wiktionary.org/wiki/**accountable_mail**

- Wiktionary

**accountable mail** (plural accountable mails). (US) A category of mail in the US Postal Service including registered, numbered, insured, and certified mail.
-
### DMM 508 Recipient Services - Postal Explorer
pe.usps.gov/text/dmm300/508.htm

-

A CMRA is authorized to accept the following **accountable mail** from their customers for mailing at the Post Office: insured, COD, Priority Mail Express, Certified ...

**also before you act like a deer in headlights perhaps you need to review the docket in the usca 2nd on that matter**

1