# **EXHIBIT 28**

**Ben Odell**

| | |
|---|---|
| **From:** | william kuntz <kuntzwm1@yahoo.com> |
| **Sent:** | Thursday, March 03, 2016 10:44 AM |
| **To:** | andrew kuntz; Robert Kuntz; Cantor Matthew A. (Lehman Brothers Holdings Inc.); Davidsbutt; Lois Weiss; andrew kuntz; Olshan William A. (Lehman Brothers Holdings Inc.); John Wernikowski; Bankruptcy Law360; Tyler Whitmer; Andrew J. Rossman; James Tecce; William Pugh; Susheel Kirpalani; Harold S. Novikoff; wreeder@osc.state.ny.us; Joseph D. Pizzurro; ustp.bankruptcy.fraud@usdoj.com; Andrew Kuntz; Ian Boczko; Ben Odell; Peter J. Behmke; Paul Vizcarrondo; Michael J. Moscato; Mattcat007; Brian McManus; Silsby Pelissero; Ansell; Ben Conlon |
| **Subject:** | german press on lehman brothers http://forum.finanzen.at/forum/Docket_52230 _A_Letter_of_William_Kuntz_III-t344623 |

http://forum.finanzen.at/forum/Docket_52230_A_Letter_of_William_Kuntz_III-t344623
Wir haben hier jetzt also tatsächlich erstmals eine Gerichts-**Conferenz**, die sich mit dem Vorbringen und dem Verhalten des **William Kuntz III.** beschäftigen wird...
-
We have now therefore actually the first time a court conference, which. With the arguments and the behavior of William Kuntz III will employ ...

1