# **EXHIBIT 29**

# Ben Odell

| | |
|---|---|
| **From:** | William Pugh |
| **Sent:** | Tuesday, February 16, 2016 1:40 PM |
| **To:** | kuntzwm1@yahoo.com |
| **Cc:** | Andrew J. Rossman; James Tecce; Tyler Whitmer |
| **Subject:** | In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) |
| **Attachments:** | Filed - Opposition To Enlargement Application (2016.02.16).pdf |

Mr. Kuntz,

Attached please find a copy of the following document which was filed this afternoon in *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (JMP):

- Opposition To Application For Enlargement Of Time Within Which To File A Notice Of Appeal From JPM Settlement Agreement [Docket No. 52027] (the "Opposition").

Please be advised that a copy of the Opposition has been sent via first class mail to the following address:

William Kuntz, III
India St PO Box 1801
Nantucket Island, MA 02554-1801

Best regards,
Bill

**William Pugh**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7153 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
williampugh@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.