# **EXHIBIT 30**

# Ben Odell

| | |
|---|---|
| **From:** | Tyler Whitmer |
| **Sent:** | Wednesday, February 17, 2016 4:32 PM |
| **To:** | kuntzwm1@yahoo.com |
| **Cc:** | Andrew J. Rossman; James Tecce |
| **Subject:** | In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (JMP) |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Mr. Kuntz,

I write on behalf of the Lehman Brothers bankruptcy estates. We tried and were unable to reach you by phone this afternoon to see if you would be willing to stand down from your threatened appeal of the order approving the JPMorgan settlement, which has no basis in law or fact. As you concede, you no longer have any claims against the estates. What is more, an examiner has already investigated the transactions at issue. Nor is there any connection between your complaints about Grand Union and the JPMorgan settlement.

If you persist with your baseless opposition to the JPMorgan Settlement, the estates plan to pursue sanctions against you, including the attorney's fees and expenses incurred in responding to you and an order enjoining you from further filings in the bankruptcy case without prior approval of the Court. We can discuss this with you further if you will please provide a phone number where you can be reached.

Otherwise, please let us know by close of business tomorrow by return email if you are willing to cease your opposition to the settlement, including withdrawing your purported notice of appeal of the order approving the settlement agreement. If you do not agree or we do not hear from you by close of business tomorrow, the estates intend to pursue sanctions against you. If that is what you choose, we encourage you to seek separate counsel.

Best regards,

**Tyler Whitmer**
*Partner*
Quinn Emanuel Urquhart & Sullivan, LLP

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7283 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
tylerwhitmer@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.