# <u>EXHIBIT 31</u>

## Ben Odell

| | |
|---|---|
| **From:** | William Pugh |
| **Sent:** | Friday, February 19, 2016 11:14 AM |
| **To:** | kuntzwm1@yahoo.com |
| **Cc:** | Andrew J. Rossman; James Tecce; Tyler Whitmer |
| **Subject:** | In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) |
| **Attachments:** | Filed - Notice of Hearing (2016.02.19) (ECF 52107).pdf; Filed - Motion for Sanctions (2016.02.19) (ECF 52113).pdf; Filed  - Letter (2016.02.19) (ECF 52117).pdf |

Mr. Kuntz,

Attached please find a copy of the following documents which were filed this afternoon in *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (SCC):

- Notice Of Hearing On Motion For Sanctions Against William Kuntz III [Docket No. 52107] (the "Notice");

- Motion For Sanctions Against William Kuntz III [Docket No. 52113] (the "Motion"); and

- Letter to the Honorable Shelley C. Chapman [Docket No. 52117] (the "Letter").

Please be advised that a copy of the Notice, Motion, and Letter have been sent via first class mail to the following address:

William Kuntz, III
India St PO Box 1801
Nantucket Island, MA 02554-1801


Best regards,
Bill

**William Pugh**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7153 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
williampugh@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.