# **EXHIBIT 33**

# Ben Odell

| | |
|---|---|
| **From:** | Ben Odell |
| **Sent:** | Wednesday, February 24, 2016 12:06 PM |
| **To:** | 'kuntzwm1@yahoo.com' |
| **Cc:** | Tyler Whitmer |
| **Subject:** | In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555(SCC) |
| **Attachments:** | Notice of Conference.pdf |

Mr. Kuntz,

Please see the attached document, which was filed in the above-captioned case and is also being served via mail.

Thank you,

**Ben Odell**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3501 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
benodell@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.