# EXHIBIT 36

## Ben Odell

| | |
|---|---|
| **From:** | Ben Odell |
| **Sent:** | Thursday, February 25, 2016 3:20 PM |
| **To:** | 'kuntzwm1@yahoo.com' |
| **Subject:** | William Kuntz III v. Lehman Brothers Holdings Inc. and Official Committee of Unsecured Creditors, No. 16-cv-01379(RJS) |
| **Attachments:** | Doc 11 - Order.pdf |

Mr. Kuntz,

Please see attached the District Court's order setting the scheduling on our emergency motion for sanctions in the above-captioned matter.   Your response to this motion, along with your response to the Motion to Dismiss, is due March 2.

Thank you,

**Ben Odell**
*Associate*
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3501 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
benodell@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.