# **<u>EXHIBIT 37</u>**



