# **EXHIBIT 39**

| Docket No. | Docket Date | Docket Text | Related Documents |
|---|---|---|---|
| 271 | 09/18/2008 | Motion for Relief from Stay for an Order Lifting or Modifying the Automatic Stay filed by William Kuntz. with hearing to be held on 10/16/2008 at 10:00 AM at Courtroom 601 (JMP) Filing fee collected, receipt #176888. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 817 | 10/09/2008 | Affidavit filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 830 | 10/11/2008 | Objection to Motion / Debtors Objection to the Motion of William Kuntz III for an Order Lifting or Modifying the Automatic Stay in these Chapter 11 Cases filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 851 | 10/13/2008 | Objection / Joinder Of Official Committee Of Unsecured Creditors In Debtors Objection To The Motion Of William Kuntz III For An Order Lifting Or Modifying The Automatic Stay In These Chapter 11 Cases (related document(s)[830]) filed by Dennis F. Dunne on behalf of Official Committee of Unsecured Creditors. (Dunne, Dennis)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 830 | Document |
| 1094 | 10/16/2008 | Order Signed on 10/16/2008 Denying the Motion of William Kuntz, III for an Order Lifting or Modifying the Automatic Stay. (Related Doc # [271]) (Nulty, Lynda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 271 | Document |
| 1107 | 10/16/2008 | Proof of Service filed by Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 1260 | 10/24/2008 | Motion to Extend Time to Appeal filed by William Kuntz III. (White, Greg)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 1261 | 10/24/2008 | Motion to Approve Motion Under Rule 60 for Relief from Order (related document(s) [1094]) filed by William Kuntz III. (Attachments: # (1) Exhibits) (White, Greg)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1094 | Documents |
| 1262 | 10/28/2008 | Certificate of Service re: Motion Under Rule 60 (related document(s)[1261]) filed by William Kuntz III. (White, Greg)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1261 | Document |
| 1502 | 11/13/2008 | Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 1550 | 11/13/2008 | Affidavit of Service - Proof of Service - filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 2140 | 12/01/2008 | Designation of Contents (appellant). and Statement of Issues (related document(s) [1502]) filed by William Kuntz III. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1502 | Document |

| # | Date | Description | |
|---|------|-------------|---|
| 2198 | 12/12/2008 | Statement of Issues : Lehman Brothers Holdings Inc. et al.s Statement of Issue Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal in Connection with the Appeal of William Kuntz, III (related document(s)[1094], [1502]) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1094 | Document |
| 3028 | 03/10/2009 | Affidavit Of William Kuntz, III And Request For Review filed by William Kuntz III. (Ebanks, Liza)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 3288 | 04/07/2009 | Affidavit of Service - Proof of Service - filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5093 | 09/10/2009 | Objection : Debtors Objection to the Motion of William Kuntz III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b), from the Courts Order Denying Relief from the Automatic Stay (related document(s)[1261]) filed by Richard P. Krasnow on behalf of Lehman Brothers Holdings Inc.. (Krasnow, Richard)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1261 | Document |
| 5180 | 09/14/2009 | Response filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5215 | 09/17/2009 | Order Signed on 9/17/2009 Denying the Motion of William Kuntz III Under Rule 60 for Relief from Order Dated October 16, 2008. (Related Doc # [1261]) (Nulty, Lynda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 1261 | Document |
| 5307 | 09/29/2009 | Amended Notice of Appeal filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5333 | 10/02/2009 | Objection of William Kuntz, III to Fairpoint & Suncal Proposed Adventures by Lehman Commercial Paper filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5718 | 10/27/2009 | Motion to Extend Time to Appeal filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5853 | 11/16/2009 | Notice of Appeal filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5854 | 11/16/2009 | Designation of Contents (appellant). and Statement of Issues (related document(s) [5853]) filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5853 | Document |

| | | | |
|---|---|---|---|
| 5856 | 11/16/2009 | Letter - Observation of William Kuntz, III in Support of Pacific Life filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5891 | 11/18/2009 | Proof of Mailing and Service, filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 5898 | 11/20/2009 | Letter filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 6017 | 12/01/2009 | Designation of Contents (appellant). Statement of Issues (related document(s) [5853]) filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5853 | Document |
| 6133 | 12/11/2009 | Statement of Issues : Debtors-Appellees Statement of Issues Presented on Appeal of William Kuntz and Counter-Designation of Additional Items to be Included in the Record on Appeal (related document(s)[5853], [6017]) filed by Jacqueline Marcus on behalf of Lehman Brothers Holdings Inc.. (Marcus, Jacqueline)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5853, 6017 | Document |
| 6252 | 12/16/2009 | Motion to Strike : Debtors Motion to Strike William Kuntzs Notice of Appeal of the Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation or, in the Alternative, to Dismiss William Kuntzs Appeal filed by Jacqueline Marcus on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 1/13/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 1/6/2010, (Marcus, Jacqueline)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 6269 | 12/17/2009 | Motion to Strike : Debtors Motion to Strike William Kuntzs Notice of Appeal of Order Denying Relief Under Federal Rule of Civil Procedure 60(b) or, in the Alternative, to Dismiss William Kuntzs Appeal (related document(s)[5215]) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 1/13/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 1/6/2010, (Waisman, Shai)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5215 | Document |
| 6445 | 12/28/2009 | Letter Withdrawing Appeal (related document(s)[5853]) filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5853 | Document |
| 6704 | 01/19/2010 | Notice of Appeal - Protective/Prospective/Obstuctive Notice of Appeal of the Settlement Between The Debtors and Dr. Dummkopfer as Administrator of Lehman Brothers Bankhaus, AG (In Insolvenz) filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

| | | | |
|---|---|---|---|
| 6807 | 01/28/2010 | Order Signed on 1/28/2010 Striking from the Record William Kuntzs Notice of Appeal of the Order Authorizing Lehman Commercial Paper Inc. to Purchase Fairpoint Participation. (Related Doc # [5718]) (Nulty, Lynda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5718 | Document |
| 6994 | 02/02/2010 | Objection filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7017 | 02/08/2010 | Designation of Contents (appellant). and Statement of Issues (related document(s) [6704]) filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 6704 | Document |
| 7018 | 02/08/2010 | Notice of Appeal (related document(s)[6807]) filed by William Kuntz. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 6807 | Document |
| 7127 | 02/08/2010 | Objection filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7128 | 02/08/2010 | Objection Italian Late Claim Stipulation (related document(s)[6916]) filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 6916 | Document |
| 7039 | 02/09/2010 | Statement filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7040 | 02/09/2010 | Certificate of Mailing (related document(s)[7039]) filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 7039 | Document |
| 7163 | 02/18/2010 | Response / Debtors Reply to Objection of William Kuntz III (related document(s) [6714], [6994], [7039], [6713]) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 6713, 6714, 6994, 7039 | Document |
| 7184 | 02/18/2010 | Statement - Observations on DNB Nor Bank Settlement filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7186 | 02/18/2010 | Notice Dismissing Appeal, filed by William Kuntz III. (related document(s)[6704]) (Lopez, Mary).<br>Case: Lehman Brothers Holdings Inc.<br>Related: 6704 | Document |
| 7247 | 02/19/2010 | Objection to Sale of 721 Bethpage Drive, McDonough, GA filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

| | | | |
|---|---|---|---|
| 7364 | 03/02/2010 | Statement - Submittal of William Kuntz, III on Claims Objections filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7365 | 03/02/2010 | Notice Dismissing Fairpont Appeal, filed by Willaim Kuntz, III. (related document(s) [7018]) (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 7018 | Document |
| 7458 | 03/08/2010 | Objection of William Kuntz, III to Telephonic Appearance of Attorney Sara Discepolo on behalf of her Client, filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7459 | 03/08/2010 | Objection of William Kuntz, III (Pro Se) to Proposed Settlement, Motion to Extend Time And Cross Motion for Distribution filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 7565 | 03/15/2010 | Response / Lehman Brothers Holdings Inc.s Reply to Response of William Kuntz III (related document(s)[7564], [7184], [7101]) filed by Richard P. Krasnow on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 3/17/2010 at 10:00 AM at Courtroom 601 (JMP) (Krasnow, Richard)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 7101, 7184, 7564 | Document |
| 8250 | 04/07/2010 | Affidavit of Service - Proof of Mailings - filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 8805 | 05/04/2010 | Response - Reply to Claims Objection - filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 9159 | 05/18/2010 | Letter - Observations on the Case Management Order, filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 9490 | 06/07/2010 | Response filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 9491 | 06/07/2010 | Letter with Delivery Confirmation filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 9496 | 06/10/2010 | Objection - Renewed Objection - filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 9694 | 06/16/2010 | Objection of William Kuntz, III to "B" Note Transaction filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

| | | | |
|---|---|---|---|
| 9921 | 06/28/2010 | Objection to Silk Road Giveaway filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10097 | 07/06/2010 | Statement /Submission of William Kuntz III, on Creditors Committee Motion filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10319 | 07/19/2010 | Objection - Combined Objection of William Kuntz, III to Aurora/Silver Lake Matters filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10485 | 07/26/2010 | Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10476 | 07/27/2010 | Objection to Stipulation filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 11088 | 08/03/2010 | Objection to Lazard Guarentee filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 11089 | 08/03/2010 | Response - Observation of William Kuntz, III On Claims Logjam filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10684 | 08/09/2010 | Objection 85 10th Transaction filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10827 | 08/16/2010 | Objection of William Kuntz, III to Sun/Moon - Marseille, France Proposal filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 10833 | 08/17/2010 | Designation of Contents (appellant). and Statement of Issues (related document(s) [10485]) filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 10485 | |
| 10979 | 08/23/2010 | Objection to Lazard Guarentee filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 11114 | 08/30/2010 | Motion to Extend Time to Appeal and Notice of Motion for Enlargement of Time to Appeal filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |

| | | | |
|---|---|---|---|
| 11347 | 09/13/2010 | Notice of Motion and Motion Under Rule 60 With Respect to Lazard and Sun and Moon, filed by William Kuntz, III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11349 | 09/13/2010 | Objection - Updated Objection - filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11351 | 09/15/2010 | Debtors' Objection to Proofs of Claim filed by William Kuntz III (Claim Nos. 33550, 33551, 33552, 35121 and 35430) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 10/27/2010 at 10:00 AM at Courtroom 601 (JMP) Responses due by 10/20/2010, (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C Part 1 of 5# 4 Exhibit C Part 2 of 5# 5 Exhibit C Part 3 of 5# 6 Exhibit C Part 4 of 5# 7 Exhibit C Part 5 of 5# 8 Exhibit D# 9 Exhibit E# 10 Exhibit F# 11 Exhibit G) (Waisman, Shai) (Entered: 09/15/2010)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 5 | Documents |
| 11439 | 09/17/2010 | Response Response Of Wilmington Trust Company, As Indenture Trustee, To Updated Objection Of William Kuntz, III filed by Amanda Raboy on behalf of Wilmington Trust Company, as Indenture Trustee. (Raboy, Amanda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11461 | 09/20/2010 | Certificate of Service of Response of Wilmington Trust Company, as Indenture Trustee, to Updated Objection of William Kuntz, III filed by Amanda Raboy on behalf of Wilmington Trust Company, as Indenture Trustee. (Raboy, Amanda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11670 | 09/21/2010 | Response - First Supplemental Reply of William Kuntz, III to Debtors Objection to Proofs of Claim filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11671 | 09/21/2010 | Notice Under Local Rule x? To Call Douglas Lambert to Testify Upon The Bankfix Proposal With Attached Statement, filed by William Kuntz, III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11553 | 09/23/2010 | Objection / Debtors Objection to the Motion of William Kuntz III for Relief, Pursuant to Federal Rule of Civil Procedure 60(b) (related document(s)[11347]) filed by Alfredo R. Perez on behalf of Lehman Brothers Holdings Inc.. (Perez, Alfredo)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 11347 | Document |
| 11739 | 09/30/2010 | Notice Under Local Rule 9014-2 To Call Witness In Defense Of Proofs of Claim by William Kuntz, III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 11842 | 10/05/2010 | Objection - Motion to Object - The Dkt. 11439 "Response of Wilmington Trust Company, as Indensture Trustee, to Updated Objection of William Kuntz, III, filed by Chris Stovic. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

| | | | |
|---|---|---|---|
| 12268 | 10/25/2010 | Response : Debtors Reply to Responses and in Further Support of Debtors Objection to Proofs of Claim filed by William Kuntz III (Claim Nos. 33550, 33551, 33552, 35121 and 35430) (related document(s)[11880], [11670], [11669], [11739], [11351]) filed by Shai Waisman on behalf of Lehman Brothers Holdings Inc.. (Waisman, Shai)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 11351, 11669, 11670, 11739, 11880 | Document |
| 12506 | 10/27/2010 | Certificate of Mailing filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 12548 | 11/02/2010 | Affidavit - First Supplemental Affidavit of Claimant, William Kuntz, III., filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 12549 | 11/02/2010 | Affidavit - Second Supplemental Affidavit of Claimant, William Kuntz, III., filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 12673 | 11/05/2010 | Objection of William Kuntz, III to the Asia Pacific Art Swap, filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 12662 | 11/10/2010 | Memorandum Decision Signed on 11/10/2010 Granting Debtors Objection to Claims 33550, 33551, 33552, 35121 and 35430 of William Kuntz III. (Nulty, Lynda)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 12876 | 11/16/2010 | Notice of Appeal (related document(s)[12662]) filed by William Kuntz III. (Rouzeau, Anatin)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 12662 | Document |
| 12877 | 11/16/2010 | Motion for Stay Pending Appeal - Notice of Motion and Motion For Limited Stay - (related document(s)[12876]) filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 12876 | Document |
| 14311 | 01/24/2011 | Letter filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 14313 | 01/24/2011 | Letter filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 14315 | 01/24/2011 | Certificate of Mailing filed by William Kuntz III. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |

| 22236 | 11/07/2011 | Motion to Reconsider FRCP 60 or FRBP 3008 filed by William Kuntz III. with hearing to be held on 4/26/2012 at 10:00 AM at Courtroom 601 (JMP) (Lopez, Mary) | Document |
|---|---|---|---|
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 22882 | 11/21/2011 | Certificate of Service filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 27529 | 04/12/2012 | Affidavit of William Kuntz, III in Support of Motion, filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 27400 | 04/17/2012 | Objection of Lehman Brothers Holdings Inc. to the Motion of William Kuntz III for Relief (related document(s)[22236]) filed by Robert J. Lemons on behalf of Lehman Brothers Holdings Inc.. (Lemons, Robert) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 22236 | |
| 28116 | 05/29/2012 | Memorandum Decision Signed on 5/29/2012 Denying the Motion of William Kuntz III for Reconsideration of Decision Granting Objections to His Claims. (related document(s)[22236]) (Nulty, Lynda) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 22236 | |
| 28377 | 06/01/2012 | Order Signed on 6/1/2012 Denying Motion of William Kuntz III for Reconsideration of Decision Granting Objections to His Claims. (Related Doc # [22236]) (Nulty, Lynda) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 22236 | |
| 28729 | 06/07/2012 | Notice of Appeal filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 28731 | 06/14/2012 | Application for In Forma Pauperis Re: Notice of Appeal (related document(s) [28729]) filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 28729 | |
| 28968 | 06/20/2012 | Designation of Contents (appellant). and Statement of Issues (related document(s) [28729]) filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 28729 | |
| 31660 | 10/17/2012 | Objection - Limited Objection of William Kuntz, III to Fee Application of Counsel to the Creditor Committee, filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |

| | | | |
|---|---|---|---|
| 32398 | 10/17/2012 | Objection / Limited Objection of William Kuntz, III to Fee Application of Counsel to the Creditors Committee, filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 32404 | 11/14/2012 | Certificate of Mailing filed by William Kuntz. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 32801 | 12/10/2012 | Objection /Refocused Objection of William Kuntz, III filed by William Kuntz, III. (Cantrell, Deirdra) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 32809 | 12/14/2012 | Reply Opposition Reply of U.S. Bank National Association in Opposition to Refocused Objection of William Kuntz, III, and in Further Support of its Application for Payment of Fees and Reimbursement of Expenses, as a Member of the Creditors Committee and as Indenture Trustee (related document(s)[32801]) filed by Amy A. Zuccarello on behalf of U.S. Bank National Association, as a member of the Committee and as Indenture Trustee. (Zuccarello, Amy) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 32801 | |
| 32916 | 12/17/2012 | Response of William Kuntz, III to Reply of U.S. Bank, filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 36244 | 03/28/2013 | Order of U.S. District Court Judge George B. Daniels signed on 3/4/2013 re: [28729]. William Kuntz, III. Kuntzs appeal of the Bankruptcy Courts order denying his Reconsideration Motion is DENIED. The Clerk of the Court is directed to close this Bankruptcy Appeal. (Savinon, Tiffany) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 28729 | |
| 51973 | 02/03/2016 | Letter to the Honorable Shelley C. Chapman, Filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 52035 | 02/11/2016 | Motion to Extend Time to Appeal filed by William Kuntz III. (Attachments: # (1) Proof of Mailing) (Lopez, Mary) | Documents |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: none | |
| 52124 | 02/17/2016 | Statement / / Brief Memorandum in Support of Motion to Enlarge Time (related document(s)[52035]) filed by William Kuntz III. (Lopez, Mary) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 52035 | |
| 52096 | 02/18/2016 | Notice of Appeal (related document(s)[52002]) filed by William Kuntz III. (Rouzeau, Anatin) | Document |
| | | Case: Lehman Brothers Holdings Inc. | |
| | | Related: 52002 | |

| 52107 | 02/19/2016 | Notice of Hearing on Motion for Sanctions Against William Kuntz III filed by Andrew J. Rossman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 3/29/2016 at 10:00 AM at Courtroom 623 (SCC) Objections due by 2/29/2016, (Rossman, Andrew)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
|---|---|---|---|
| 52113 | 02/19/2016 | Motion for Sanctions Against William Kuntz III filed by Andrew J. Rossman on behalf of Lehman Brothers Holdings Inc. with hearing to be held on 3/29/2016 at 10:00 AM at Courtroom 623 (SCC) Responses due by 2/29/2016, . (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 # (3) Exhibit 3 # (4) Exhibit 4 # (5) Exhibit 5 # (6) Exhibit 6) (Rossman, Andrew)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Documents |
| 52117 | 02/19/2016 | Letter Dated February 19, 2016; Re: Motion for Sanctions Against William Kuntz III (related document(s)[52107], [52113]) Filed by Andrew J. Rossman on behalf of Lehman Brothers Holdings Inc.. (Rossman, Andrew)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 52107, 52113 | Document |
| 52229 | 02/29/2016 | Motion to Extend Time to file Issues & Record Upon Appeal, (related document(s) [52096]) filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 52096 | Document |
| 52230 | 02/29/2016 | Letter (related document(s)[52096]) Filed by William Kuntz. (Lopez, Mary)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 52096 | Document |
| 52242 | 02/29/2016 | Letter Filed by William Kuntz, III. (Cantrell, Deirdra)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |
| 52231 | 03/01/2016 | Amended Notice of Hearing on Motion for Sanctions Against William Kuntz III (related document(s)[52107]) filed by Andrew J. Rossman on behalf of Lehman Brothers Holdings Inc.. with hearing to be held on 3/4/2016 at 10:00 AM at Courtroom 623 (SCC) Objections due by 3/3/2016, (Rossman, Andrew)<br>Case: Lehman Brothers Holdings Inc.<br>Related: 52107 | Document |
| 52232 | 03/01/2016 | Statement Suggestion of Recusal filed by William Kuntz III. (White, Greg)<br>Case: Lehman Brothers Holdings Inc.<br>Related: none | Document |