**CMB**
Compagnie Monégasque de Banque



Monaco, 23 February 2016

**United States Bankruptcy Court
Southern District of New York
One Bowling Green
NewYork, NY 10004-1408**

Sent by DHL
N/REF: Legal Department

**Objet: Evidence of Transfer of Claim**

Dear Sirs,

Please find here enclosed the Evidence of Transfer of Claim regarding securities referenced under the ISIN code XS0143892023, XS0144646386 and XS0146656417.

We remain,

Yours Faithfully

COMPAGNIE MONEGASQUE DE BANQUE

23, Avenue de la Costa | B.P. 149    Téléphone +377 93 15 77 77    Swift CMBM MC MX    S.A.M. au Capital de € 111.110.000
98007 Monaco Cedex    Fax +377 93 25 08 69    www.cmb.mc    R.C.I. 76 S 1557

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.        Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

**COMPAGNIE MONEGASQUE DE BANQUE S.A.M.**
Name of Transferee

**HSBC PRIVATE BANK MONACO S.A.**
Name of Transferor

Name and Address where notices to transferee should be sent:

23 Avenue de la Costa, 98000 Monaco

Court Claim # :56649

**Total Amount of Claim Filed with respect to isin:**
- XS0143892023
170'000 USD equivalent to 170'000 USD + indeterminate amount of interests
- XS0144646386
30'000 USD equivalent to 30'000 USD + indeterminate amount of interests
- XS0146656417
140'000 USD equivalent to 140'000 USD + indeterminate amount of interests

**Amount of Claim Transferred:**
20'000 USD equivalent to 20'000 USD + indeterminate amount of interests
ISIN/CUSIP: XS0143892023
Blocking Number: 6060751
Date Claim Filed: October 29, 2009

20'000 USD equivalent to 20'000 USD + indeterminate amount of interests
ISIN/CUSIP: XS0144646386
Blocking Number: 6060759
Date Claim Filed: October 29, 2009

140'000 USD equivalent to 140'000 USD + indeterminate amount of interests
ISIN/CUSIP: XS0146656417
Blocking Number: 6060760
Date Claim Filed: October 29, 2009


RECEIVED FEB 26 2016 U.S. BANKRUPTCY COURT SO DIST OF NEW YORK

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Name and address where transferee payments
should be sent (if different from above):

COMPAGNIE MONEGASQUE DE
BANQUE S.A.M.

23 Avenue de la Costa, 98000 Monaco

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **COMPAGNIE MONEGASQUE DE BANQUE S.A.M.**    Date: 09 December 2015
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

Form 210B (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.    Case No. 08-13555

## NOTICE OF PARTIAL TRANSFER OF CLAIM
## OTHER THAN FOR SECURITY

Claim No. 56649 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Partial Transfer of Claim Other than for Security in the clerk's office of this court on October [3], 2012.

| HSBC PRIVATE BANK MONACO S.A. | COMPAGNIE MONEGASQUE DE BANQUE S.A.M. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | Address of Transferee: |
| 17 AVENUE D'OSTENDE | 23 Avenue de la Costa, 98000 Monaco |
| MC 98000 MONACO | Email: ost@cmb.mc |
| Attn: CATHERINE LAFFERIERE | |
| Phone: +377 93 15 25 75 | |
| Email: Catherine.lafferiere@hsbcpb.com | |

### DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____    _____
                          **CLERK OF THE COURT**