**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (SCC)
                                               :
                        Debtors.               :    (Jointly Administered)
------------------------------------------------------------x
```

**SUPPLEMENTAL ORDER GRANTING PLAN ADMINISTRATOR'S
(I) REPLY TO RESPONSE TO AND (II) SUPPLEMENTAL OBJECTION
TO CERTAIN CLAIMS LISTED ON DEBTORS' TWO HUNDRED
SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

Upon the *Plan Administrator's (I) Reply to Response to and (II) Supplemental Objection to Certain Claims Listed on Debtors' Two Hundred Seventeenth Omnibus Objection to Claims*, dated December 21, 2015 (the "Supplemental Objection"),[1] of Lehman Brothers Holdings Inc. and its affiliated debtors in the above-referenced chapter 11 cases, as debtors and debtors in possession (collectively, the "Debtors"), pursuant to section 502(b) of title 11 of the United States Code, Rule 3007(d) of the Federal Rules of Bankruptcy Procedure and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking to disallow and expunge the Claims, all as more fully described in the Supplemental Objection; and due and proper notice of the Supplemental Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Supplemental Objection is in the best interests of the Debtors, their estates, creditors, and all parties in interest, and that the legal and factual bases set forth in the Supplemental Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Supplemental Objection.

ORDERED that the relief requested in the Supplemental Objection is granted to the extent provided herein; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, all portions of the claims listed on Exhibit 1 annexed hereto are disallowed and expunged with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: March 4, 2016
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

## **Exhibit 1**

| Claimant | Claim Number |
|---|---|
| Falcon Leven | 62826 |
| ASR Levensverzekering N.V. | 62827 |
| N.V. Amersfoortse Levensverzekering Maatschappij | 62828 |