UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
       DEBTOR

Chapter 11 Case No. 08-13555 (SCC)

PROOF OF MAILING/FAX

TRANSMISSION VERIFICATION REPORT

```
TIME    : 03/01/2016 17:12
NAME    : FEDEX OFFICE        0883
FAX     : 212-766-0938
TEL     : 212-766-4646
SER.#   : U63314K4J810659
```

```
DATE,TIME         03/01  17:12
FAX NO./NAME      12128497100
DURATION          00:00:34
PAGE(S)           02
RESULT            OK
MODE              STANDARD
                  ECM
```

2> attorneys for the Committee, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani, Andrew J. Rossman and James Tecce); fax 1 212 849 7100

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*, DEBTOR

Chapter 11 Case No. 08-13555 (SCC)

PROOF OF MAILING/FAX

---

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )
Kuniz
02551-1801

EK 528003310 US

PRIORITY MAIL EXPRESS
UNITED STATES POSTAL SERVICE

PO ZIP Code: 12932
Scheduled Delivery Date: 2/27/16
Postage: $22.95
Date Accepted: 2/26/16
Scheduled Delivery Time: 12 NOON
Time Accepted: 12:42 PM
Weight: 4.1 lbs
Acceptance Employee Initials: JC
Total Postage & Fees: $22.95

TO: (PLEASE PRINT)   PHONE ( )
Clerk
USBC-SDNY
1 Bowling Green
NYC NY 10004

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

LABEL 11-B, JANUARY 2014   PSN 7690-02-000-9996   2-CUSTOMER COPY

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
DEBTOR

Chapter 11 Case No. 08-13555 (SCC)

PROOF OF MAILING/FAX






# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
                     DEBTOR                  Chapter 11 Case No. 08-13555 (SCC)

## PROOF OF MAILING/FAX

```
===========================================
              HOPKINTON
              5 CEDAR ST
              HOPKINTON
                 MA
              017489998
              2436040748
02/25/2016    (800)275-8777    3:30 PM
===========================================
===========================================
Product               Sale        Final
Description           Qty         Price

First-Class            1          $3.94
Parcel Service
 (Domestic)
 (NEW YORK, NY  10178)
 (Weight:0 Lb 9.90 Oz)
 (Expected Delivery Day)
 (Saturday 02/27/2016)
 (USPS Tracking #)
 (9500 1124 4422 6056 1897 37)
First-Class            1          $3.94
Parcel Service
 (Domestic)
 (NEW YORK, NY  10010)
 (Weight:0 Lb 9.90 Oz)
 (Expected Delivery Day)
 (Saturday 02/27/2016)
 (USPS Tracking #)
 (9500 1124 4422 6056 1897 44)
First-Class            1          $3.94
Parcel Service
 (Domestic)
 (NEW YORK, NY  10019)
 (Weight:0 Lb 9.90 Oz)
 (Expected Delivery Day)
 (Saturday 02/27/2016)
 (USPS Tracking #)
 (9500 1124 4422 6056 1897 51)
First-Class            1          $3.94
Parcel Service
 (Domestic)
 (NEW YORK, NY  10014)
 (Weight:0 Lb 9.90 Oz)
 (Expected Delivery Day)
 (Saturday 02/27/2016)
 (USPS Tracking #)
 (9500 1124 4422 6056 1897 68)
PM Exp 1-Day           1          $22.95
Legal Env
 (Domestic)
 (NEW YORK, NY  10004)
 (Flat Rate)
 (Signature Waiver)
 (Scheduled Delivery Day)
 (Friday 02/26/2016 12:00 PM)
 (Money Back Guarantee)
 (USPS Tracking #)
 (EL203770241US)
PM Exp                 1          $0.00
Insurance
   (Up to $100.00 included)
Signature              1          $0.00
```

2016 MAR -4  P 1:57   FILED

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

LEHMAN BROTHERS HOLDINGS INC., *et al.*
                    DEBTOR                Chapter 11 Case No. 08-13555 (SCC)

PROOF OF MAILING/FAX

SENDING REPORT

Feb. 29 2016 06:02PM

YOUR LOGO   : ALISONS PHARMACY
YOUR FAX NO. : 12122270745

| | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 02 | 12128497100 | Feb. 29 06:00PM | 01'30 | SND | 03 | OK |

TO TURN OFF REPORT, PRESS 'MENU' 1104.
THEN SELECT OFF BY USING '+' OR '-'.

FOR FAX ADVANTAGE ASSISTANCE, PLEASE CALL 1-800-HELP-FAX (435-7329).

2> attorneys for the Committee, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010 (Attn: Susheel Kirpalani, Andrew J. Rossman and James Tecce); fax 1 212 849 7100