UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al*. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING AADIT SESHASAYEE'S MOTION FOR RECONSIDERATION, PURSUANT TO 11 U.S.C. § 502(j), FED. R. BANKR. P. 3008 AND 9024, AND LOCAL BANKRUPTCY RULE 3008-1, OF THE DISALLOWANCE OF HIS CLAIM**

Upon the motion and supporting certification of Aadit Seshasayee seeking entry of an order pursuant to § 502(j) of title 11 of the United States Codes, Rules 3008 and 9024 of the Federal Rules of Bankruptcy Procedures, and Rule 3008-1 of the Local Bankruptcy Rules for the Bankruptcy Court for the Southern District of New York granting a hearing for reconsideration (the "Motion for Reconsideration") of this Court's order [Docket No. 27107] (the "Claim Objection Order") granting the Debtors' Two Hundred Fifty-Fourth Omnibus Objection to Claims [Docket No. 25059] (the "Claim Objection"), as to claim 5132 (the "Seshasayee Proof of Claim"); and due and proper notice of the Motion for Reconsideration haven been given; and the Court having read and considered the Motion for Reconsideration and objections to the Motion for Reconsideration, if any; and after due deliberation, and sufficient cause appearing to grant the requested relief; it is

ORDERED that the Motion for Reconsideration is granted as provided in this Order; and it is further

ORDERED that responses and objections to the Motion for Reconsideration, if any, that have not been withdrawn are overruled; and it is further

3159164

ORDERED, that the reconsideration of the Claim Objection Order as to the Seshasayee Proof of Claim is granted, and the Seshasayee Proof of Claim is hereby reinstated subject to the rights of the Plan Administrator; and it is further

ORDERED, that the Motion for Reconsideration shall be deemed to be a response to any objection to the Seshasayee Proof of Claim pursued by the Plan Administrator; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order.

Dated: March 7, 2016
      New York, New York

      /S/ Shelley C. Chapman
      HONORABLE SHELLEY C. CHAPMAN
      UNITED STATES BANKRUPTCY JUDGE