B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.  ,                    Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dah Sing Bank Limited | D.A.H. Hambros (Channel Islands) Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Baker & McKenzie LLP, 452 Fifth Avenue, N.Y., N.Y. 10018, Atn. Ira Reid

Court Claim # (if known):  36941
Amount of Claim:  $1,780,780.00
Date Claim Filed:  10/7/09

Phone:  212-891-3976
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
Dah Sing Bank Limited
(Wire instructions on file)

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Sally Wang_                                         Date:  18 February 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    Clerk of the Court
United States Bankruptcy Court
Southern District of New York ("Bankruptcy Court")
New York, New York

RE:    Lehman Brothers Holdings, Inc. ("Debtor")
Case No. 08-13555 (JMP)

Claim # 36941

D.A.H. Hambros (Channel Islands) Limited ("Transferor"), for value received, the adequacy and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably transfer and assign to Dah Sing Bank, Limited, its successors and assigns ("Transferee"), all rights, title and interest in and to the claim of Transferor in the amount of U.S. $1,780,780.00 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring to the Transferee the Claim and recognizing the Transferee as the sole owner and holder of the Claim, and that all payments or distributions of money or property in respect of the Claim be delivered or made to the Transferee.

You are hereby directed to make all future payments and distributions to the Transferee, at Dah Sing Bank, Limited, Private Banking Department, Attn: Helen Leung / Jerome Mak, Room 3106-10, 31/F Dah Sing Financial Centre, 108 Gloucester Road, Wanchai, Hong Kong; and to give all notices and other communications, in respect of the Claim to Baker & McKenzie LLP, 452 Fifth Avenue, New York, NY 10018, Attn: Ira A. Reid, Tel. No. 212-891-3976, and email address at ira.reid@bakermckenzie.com.

IN WITNESS WHEREOF, the undersigned has duly executed this Assignment of Claim by its duly authorized representative dated February 18, 2016.

Dah Sing Bank, Limited, as Transferee

By: _____
Gary Pak-Ling Wang
Executive Director

By: _____
Phoebe Mei-Chun Wong
Executive Director

D.A.H. Hambros (Channel Islands) Limited, as Transferor

By: _____
Ian Marsh
Manager

By: _____
Hon-Hing Wong (Derek Wong)
Director

**Form 210B (12/09)**

# United States Bankruptcy Court

<u>Southern</u>    **District Of**    <u>New York</u>

In re <u>Lehman Brothers Holdings, Inc</u>.    Case No. 08-13555 (SCC)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 36941 (if known) was filed or deemed filed under 1I U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on _____ (date).

| | |
|---|---|
| D.A.H. Hambros (Channel Islands) Limited | Dah Sing Bank Limited |
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor:<br>c/o SG Hambros Bank (Channel Islands) Ltd.,<br>P.O. Box 6, Hambro House,<br>St. Julians Avenue,<br>St. Peter Port Guernsey, GV 13AE | Address of Transferee:<br>36F Dah Sing Financial Centre,<br>108 Gloucester Road,<br>Wanchai, HK |

DEADLINE TO OBJECT TO TRANSFER

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: ___

**CLERK OF THE COURT**