**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
                                                    :
In re:                                              :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :        **08-13555 (SCC)**
                                                    :
              Debtors.                              :        **(Jointly Administered)**
                                                    :
                                                    :        **Ref. Docket Nos. 48939, 51312 &**
                                                    :        **52215**
-------------------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 26, 2016, I caused to be served the:

   a) "Motion to Allow Disclosure of the Derivative Questionnaires Pursuant to Section 107(A) of the Bankruptcy Code," dated March 19, 2015 [Docket No. 48939], (the "Derivative Questionnaires Disclosure Motion"),

   b) "Motion to Renew Motion to Allow Disclosure of Derivatives Questionnaires Pursuant to Section 107(A) of the Bankruptcy Code," dated October 30, 2015 [Docket No. 51312], (the "Derivative Questionnaires Disclosure Renewal Motion"),

   c) "Notice of Hearing on Supplemental Motion for Order (I) Allowing Disclosure of Derivative Questionnaires Pursuant to Section 107(A) of the Bankruptcy Code and (II) Modifying the Treatment Afforded to the Derivative Questionnaires of Certain Parties," dated February 26, 2016, to which was attached the "Supplemental Motion for Order (I) Allowing Disclosure of Derivative Questionnaires Pursuant to Section 107(A) of the Bankruptcy Code and (II) Modifying the Treatment Afforded to the Derivative Questionnaires of Certain Parties," dated February 26, 2016 [Docket No. 52215], (the "Derivative Questionnaires Disclosure Hearing Motion"), and

    d)   "Notice of Hearing on Supplemental Motion for Order (I) Allowing Disclosure of Derivative Questionnaires Pursuant to Section 107(A) of the Bankruptcy Code and (II) Modifying the Treatment Afforded to the Derivative Questionnaires of Certain Parties," dated February 26, 2016, *related to Docket No. 52215*, (the "Derivative Questionnaires Disclosure Hearing Notice"),

by causing true and correct copies of the:

    i.    Derivative Questionnaires Disclosure Hearing Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.    Derivative Questionnaires Disclosure Hearing Motion, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.    Derivative Questionnaires Disclosure Motion, Derivative Questionnaires Disclosure Renewal Motion, and Derivative Questionnaires Disclosure Hearing Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>, and

    iv.    Derivative Questionnaires Disclosure Hearing Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                          */s/ Konstantina Haidopoulos*
                          Konstantina Haidopoulos

Sworn to before me this
1st day of March, 2016
*/s/ Carol Iris Zhang*
_____
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com

asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dove.michelle@dorsey.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com

edward.flanders@pillsburylaw.com

efleck@milbank.com

efriedman@fklaw.com

efriedman@friedmanspring.com

ekbergc@lanepowell.com

eleicht@whitecase.com

ellen.halstead@cwt.com

emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
hollace.cohen@troutmansanders.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com

hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
icatto@mwe.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

meggie.gilstrap@bakerbotts.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpedreira@proskauer.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
philip.wells@ropesgray.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
raul.alcantar@alcantarlaw.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rflanagan@flanassoc.com
rfriedman@silvermanacampora.com

rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rjones@boultcummings.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Parties**

alfredo.perez@weil.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

robert.lemons@weil.com

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| A.H.W.M. BRUINS | A.H.W.M. BRUINS ZWAAGDIJK 400 ZWAAGDIJK 1686 PH NETHERLANDS |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC. ("AHS"), ON | ON BEHALF OF THE MEMBERS OF THE COUNTERPARTY GROUP (SEE ATTACHMENT TO POC); MARK BLOCK SEND NOTICES TO: MICHAEL L. BERNSTEIN ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MICHAEL L. BERNSTERIN ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004-1206 |
| ADVENTIST HEALTH SYSTEM/SUNBELT, INC., ET AL | MARK BLOCK 900 HOPE WAY ALTAMONTE SPRINGS FL 32714 |
| CONWAY HOSPITAL, INC. | C/O ANDREW J. WHITE JR., ESQ. HAYNSWORTH SINKLER BOYD, P.A. P.O. BOX 2048 GREENVILLE SC 29601 |
| CONWAY HOSPITAL, INC. | C/O ANDREW J. WHITE JR. HAYNSWORTH SINKLER BOYD, P.A. P.O. BOX 2048 GREENVILLE SC 29602 |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY | MAEVE KELLY C/O CAPITA INTERNATIONAL FINANCIAL SERVICES ATTN: MAEVE KELLY – CLIENT SERVICES AIB INTERNATIONAL CENTRE I.F.S.C DUBLIN 1 IRELAND |
| DIAMOND FINANCE PUBLIC LIMITED COMPANY | SANJAY JOBANPUTRA C/O THE BANK OF NEW YORK MELLON – LONDON BRANCH ATTN: SANJAY JOBANPUTRA – V.P., GLOBAL CORPORATE TRUST ONE CANADA SQUARE LONDON E14 5AL UNITED KINGDOM |
| LB I GROUP INC | TRANSFEROR: MUNICIPAL CORRECTIONS FINANCE LP C/O MICHAEL RIOS 1271 AVENUE OF THE AMERICAS, 40TH FLOOR NEW YORK NY 10020 |
| MUNICIPAL CORRECTIONS FINANCE LP | ALVAREZ & MARSAL ATTN: MICHAEL RIOS 1271 AVENUE OF AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| MUNICIPAL CORRECTIONS FINANCE LP | ATTN: DONOVAN HICKS 5565 BANKERS AVENUE BATON ROUGE LA 70808 |
| MUNICIPAL CORRECTIONS FINANCE, LP | MRIOS@ALVAREZANDMARSAL.COM 1271 AVENUE OF THE AMERICAS, 39TH FLOOR NEW YORK NY 10020 |
| NATIONAL BANK OF GREECE SA | KATERINA STRATI 68 AKADEMIAS STR ATHENS 10678 GREECE |
| NATIONAL BANK OF GREECE, SA | OPERATIONS DIVISION (038) 68, ACADEMIAS STREET (1ST FLOOR) ATHENS 106 78 GREECE |
| NATIONAL BANK OF GREECE, SA | ATTN: VICKY ZARAFETA TREASURY SUPORT OPERATIONS AKADIMIAS 68 ATHENS 106-78 GREECE |
| WOCKHARDT EU OPERATIONS (SWISS) AG | C/O WOCKHARDT LIMITED WOCKHARDT TOWERS BANDRA KURLA COMPLEX BANDRA (EAST), MUMBAI, 400 051 INDIA |

**Total Creditor count  16**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-923 385 E. COLORADO BLVD PASADENA CA 91101 |
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND | STEPHEN VENABLE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W-923 385 E. COLORADO BLVD. PASADENA CA 91101 |
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX | C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT. W- 1445 385 COLORADO BLVD. PASADENA CA 91101 |
| 1199 SEIU HEALTH CARE EMPLOYEES PENSION FUND INDEX | STEPHEN VENABLE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1445 385 E. COLORADO BLVD. PASADENA CA 91101 |
| AMP CAPITAL INVESTORS LIMITED - EFM INTERNATIONAL | STEPHEN GIANELLI C/O PUTNAM INVESTMENTS ONE POST OFFICE SQUARE BOSTON MA 02109 |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | C/O HSBC BANK (CAYMAN) LIMITED P.O. BOX 1109, HSBC HOUSE 68 WEST BAY ROAD ATTN: CONNAN HILL, SCOTT AITKEN GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | CONNAN HILL HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE BALANCED COMPANY (46) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. MARCO, ESQ. AND DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| ANTHRACITE INVESTMENTS (CAYMAN) LIMITED | CONNAN HILL HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 12 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 18 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 19 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 23 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 27 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 7 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND DUBLIN IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 7 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | BRONAGH HARDIMAN MATHESON ORMSBY PRENTICE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 8 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | ATTN: THE DIRECTORS AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | BRONAGH HARDIMAN MATHESON ORMSBY PRENCTCE 70 SIR JOHN ROGERSON'S QUAY DUBLIN 2 IRELAND |
| ANTHRACITE INVESTMENTS (IRELAND) PLC - SERIES 9 | JOANNA TAYLOR AIB INTERNATIONAL CENTRE I.F.S.C. DUBLIN 1 IRELAND |
| ANTHRACITE RATED INVESTMENTS (CAYMAN) LIMITED | CONNAN HILL HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ATTN: APRIL CROWTHER 18-22 GRENVILLE STREET JERSEY JE4 8PX UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | GARETH ESSEX-CATER, DIRECTOR MIFA CORP J2 22 GRENVILLE STREET CHANNEL ISLANDS ATTN: GARETH ESSEX-CATER, DIRECTOR ST. HELIER, JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | CHRIS RUARK 22 GRENVILLE STREET ST. HELIER JERSEY CHANNEL ISLANDS JERSEY JE4 8PX UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | MIFA CORP J2, 22 GREENVILLE STREET ST HELIER JERSEY JE4 8PX1 UNITED KINGDOM |
| ANTHRACITE RATED INVESTMENTS (JERSEY) LIMITED | ORRICK HERRINGTON & SUTCLIFFE LLP ATTN: ALYSSA D. ENGLUND 666 FIFTH AVENUE NEW YORK NY 10103 |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | ATTN: THE DIRECTORS HSBC HOUSE, 68 WEST BAY ROAD GEORGE TOWN, GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | HSBC HOUSE 68 WEST BAY ROAD GEORGE TOWN GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| ANTHRACITE REFERENCE COMPANY (12) LIMITED | CLIFFORD CHANCE US LLP ATTN: JENNIFER C. DEMARCO, ESQ. & DAVID A. SULLIVAN, ESQ. 31 WEST 52ND STREET NEW YORK NY 10019 |
| BALL CORPORATION MASTER PENSION TRUST | C/O WESTERN ASSET MANAGEMENT COMPANY ATT: LEGAL DEPT W-1385 385 E. COLORADO BLVD PASADENA CA 91101 |
| BALL CORPORATION MASTER PENSION TRUST | STEPHEN VENABLE C/O WESTERN ASSET MANAGEMENT COMPANY ATTN: LEGAL DEPT W-1385 385 E. COLORADO BLVD PASADENA CA 91101 |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: ANTHRACITE REFERENCE COMPANY (12) LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O DEUTSCHE BANK SECURITIES INC. ATTN: MATT WEINSTEIN 60 WALL STREET, 3RD FLOOR NEW YORK NY 10005 |
| EATON VANCE CDO IX, LTD. | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE CDO IX, LTD. | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CDO IX, LTD. | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE CDO IX, LTD. | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE CORP. | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE CORP. | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CORP. | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE CORP. | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE CREDIT OPPORTUNITIES FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE FLOATING-RATE INCOME TRUST | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE FLOATING-RATE INCOME TRUST | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE FLOATING-RATE INCOME TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE LIMITED DURATION INCOME FUND | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE LIMITED DURATION INCOME FUND | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE LIMITED DURATION INCOME FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |

| Claim Name | Address Information |
|---|---|
| EATON VANCE SENIOR FLOATING-RATE TRUST | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SENIOR FLOATING-RATE TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE SENIOR INCOME TRUST | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE SENIOR INCOME TRUST | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SENIOR INCOME TRUST | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EATON VANCE SHORT DURATION DIVERSIFIED INCOME FUND | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| ELLIOTT ASSOCIATES LP | ATTN: MR. GUY RINAT ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | C/O ELLIOTT MANAGEMENT CORPORATION ATTN: RAJAT BOSE/ GUY RINAT 712 FIFTH AVENUE, 35TH FLOOR NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | TRANSFEROR: ASHTON INVESTMENTS, LLC C/O ELLIOTT MANAGEMENT CORPORATION – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLIOTT INTERNATIONAL, L.P. | RAJAT BOSE/GUY RINAT C/O ELLIOTT MANAGEMENT CORPORATION 712 FIFTH AVENUE, 35TH FLOOR ATTN. RAJAT BOSE/GUY RINAT NEW YORK NY 10019 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| EMERGING MARKETS LOCAL INCOME PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| FLOATING RATE PORTFOLIO | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| FLOATING RATE PORTFOLIO | ATTN: JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| FLOATING RATE PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| GLOBAL MACRO PORTFOLIO | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| GLOBAL MACRO PORTFOLIO | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| GLOBAL MACRO PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| INTERNATIONAL INCOME PORTFOLIO | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| INTERNATIONAL INCOME PORTFOLIO | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| INTERNATIONAL INCOME PORTFOLIO | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| INTERNATIONAL INCOME PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| JPMORGAN CHASE BANK, N.A. | TRANSFEROR: VITOL S.A. 1 CHASE MANHATTAN PLAZA, FLOOR 26 ATTN: SUSAN MCNAMARA MAIL CODE: NY1-A436 NEW YORK NY 10004 |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) TRANSFEROR: HUA AN INTERNATIONAL BALANCED DUND ATTN: ANTHONY V. LOMAS, JOINT ADMINISTRATOR LEVEL 23 25 CANADA SQUARE LONDON E14SLQ UNITED KINGDOM |
| LOOMIS STREET. LLC | TRANSFEROR: JPMORGAN CHASE BANK, N.A. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| NESTLE IN THE USA PENSION TRUST | C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 900 LONG RIDGE RD BLDG 2 STAMFORD CT 06902-1138 |
| NESTLE IN THE USA PENSION TRUST | LBHIINQUIRIES@PIMCO.COM C/O NESTLE RETIREMENT INVESTMENTS ATTN: KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| NESTLE IN THE USA PENSION TRUST | KARIN BRODBECK C/O NESTLE RETIREMENT INVESTMENTS ATTN:  KARIN BRODBECK 777 W. PUTNAM AVENUE GREENWICH CT 06830 |
| PARMENIDES MASTER FUND, L.P. | C/O SPM JR, LLC ATTN: CHRISTOPHER RUSSELL AND JENELLE SCANLON CLEARWATER HOUSE, 4TH FLOOR 2187 ATLANTIC STREET STAMFORD CT 06902 |
| PARMENIDES MASTER FUND, L.P. | K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| PARMENIDES MASTER FUND, L.P. | JEFFREY N. RICH C/O K&L GATES LLP ATTN: JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| PARMENIDES MASTER FUND, L.P. | ATTN: JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SENIOR DEBT PORTFOLIO | ATTN: JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| SENIOR DEBT PORTFOLIO | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVE NEW YORK NY 10022 |
| SENIOR DEBT PORTFOLIO | C/O EATON VANCE MANAGEMENT, ATTN: FREDERICK S MARIUS TWO INTERNATIONAL PLACE 6TH FLOOR BOSTON MA 02110 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | C/O STRUCTURED PORTFOLIO MANAGEMENT LLC ATTN CHRISTOPHER RUSSELL & JENELLE SCANLON 2187 ATLANTIC STREET 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | C/O STRUCTURED PORTFOLIO MANAGEMENT, L.L.C. ATTENTION: CHRISTOPHER RUSSELL 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | JENELLE SCANLON C/O STRUCTURED PORTFOLIO MANAGEMENT, L.L.C. 2187 ATLANTIC STREET, 4TH FLOOR STAMFORD CT 06902 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | K&L GATES LLP ATTN JOHN A. BICKS, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | JOHN A. BICKS, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| STRUCTURED SERVICING HOLDINGS MASTER FUND, L.P. | ATTN: JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE GALLERY QMS MASTER FUND LTD. | DIMITRI SOGOLOFF K&L GATES LLP ATTN:  JEFFREY N. RICH 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| THE GALLERY QMS MASTER FUND LTD. | DIMITRI SOGOLOFF C/O K&L GATES LLP 599 LEXINGTON AVENUE ATTN: JEFFREY N. RICH, ESQ. NEW YORK NY 10022 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR TH | HOME LOAN EQUITY LOAN TRUST 2001-D (CLASS B-1) TIMOTHY PILLAR US BANK CORPORATE TRUST SERVICES ED-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| VITOL ASIA PTE. LTD. | ATTN: TREASURER AND MANAGER COMMODITIES & SWAP GROUP OPERATIONS 260 ORCHARD ROAD # 13-01 THE HEEREN 238855 SINGAPORE |
| VITOL ASIA PTE. LTD. | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL ASIA PTE. LTD. | ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL ASIA PTE. LTD. | TREASURER AND MANAGER COMMODITIES & SWAPS GROUP OPERATIONS K&L GATES LLP 599 LEXINGTON AVENUE ATTN: ERIC T. MOSER, ESQ. NEW YORK NY 10022 |
| VITOL INC. | ATTN: ERIC T. MOSER, ESQ. C/O K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL INC. | MANAGER COMMODITIES & SWAPS GROUP C/O K&L GATES LLP 599 LEXINGTON AVENUE ATTN: ERIC T. MOSER, ESQ. NEW YORK NY 10022 |
| VITOL INC. | ATTN: MANAGERS COMMODITIES & SWAPS GROUP 1100 LOUISIANA STREET, SUITE 5500 |

| Claim Name | Address Information |
|---|---|
| VITOL INC. | HOUSTON TX 77002 |
| VITOL S.A. | ATTN: MANAGER COMMODITIES & SWAP GROUP BOULEVARD DU PONT-D'ARVE 28 P.O. BOX 384 GENEVA 4 1211 SWITZERLAND |
| VITOL S.A. | ATTN: JEFFREY N. RICH K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL S.A. | ATTN: ERIC T. MOSER, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL S.A. | CRISTINA LUDENA ATTN: ERIC T. MOSER, ESQ. K&L GATES LLP 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL S.A. | MANAGER COMMODITIES AND SWAP GROUP C/O K&L GATES LLP 599 LEXINGTON AVENUE ATTN: ERIC T. MOSER, ESQ. NEW YORK NY 10022 |
| VITOL, INC. | C/O K&L GATES LLP ATTN: JOHN A. BICKS, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| VITOL, INC. | MANAGER COMMODITES & SWAPS GROUP C/O K&L GATES LLP ATTN: ERIC T. MOSER, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC. C/O YORK CAPITAL MGT LP/LAUREN SEARING 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |

**Total Creditor count  120**