B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.    Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

*PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY*

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>P STONE LION IE, a fund of Permal Managed Account Platform ICAV</u>        <u>Permal Stone Lion Fund Ltd.</u>
Name of Transferee                                                                                                                   Name of Transferor

Name and Address where notices to transferee should be sent:
Stone Lion Portfolio L.P.
Stone Lion Capital Partners L.P.
555 5th Ave, 18th Floor New
New York, NY 10017
bwood@stonelioncapital.com
Attn: Brian Wood
Phone: (212) 843-1243
Last Four Digits of Acct #: _____

Court Claim # (if known):<u>59006</u>
Transferred Amount of Claim: <u>$2,000,000.00</u>
Date Claim Filed: <u>October 30, 2009</u>
Debtor: <u>Lehman Commercial Paper Inc.</u>

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____         Date: 12/15/15
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

For good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, **Permal Stone Lion Fund Ltd.** ("Assignor") does hereby unconditionally and irrevocably sell, transfer and assign unto **P STONE LION IE, a fund of Permal Managed Account Platform ICAV** ("Assignee") all rights, title and interest in and to the claims of Assignor referenced as Proof of Claim No. 59006 in the principal amount of $2,000,000.00 (the "Assigned Claim") against Lehman Commercial Paper Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re: Lehman Brothers Holdings Inc., et. al, Case No. 08-13555 (JMP) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Assigned Claim assigned herein to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representatives dated the 15th day of December, 2015.

| **Permal Stone Lion Fund Ltd.**<br>By: Stone Lion Capital Partners L.P., Investment Manager<br><br>By: _____<br>Name: Danielle Schaefer<br>Title: Authorized Signatory | **P STONE LION IE, a fund of Permal Managed Account Platform ICAV**<br>By: Stone Lion Capital Partners L.P., Investment Manager<br><br>By: _____<br>Name: Claudia Borg<br>Title: Authorized Signatory |
|---|---|