Turner P. Smith
L.P. Harrison 3rd
Peter J. Behmke
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178

Andrew J. Rossman
Diane C. Hutnyan
Scott C. Shelley
Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, New York 10010

*Attorneys for Lehman Brothers Holdings Inc. and
Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | |
| | : | |
| Debtors. | : | |

**CERTIFICATE OF NO OBJECTION PURSUANT TO LOCAL BANKRUPTCY RULE
9075-2 REGARDING SUPPLEMENTAL MOTION FOR ORDER (I) ALLOWING
DISCLOSURE OF DERIVATIVE QUESTIONNAIRES PURSUANT TO SECTION
107(a) OF THE BANKRUPTCY CODE AND (II) MODIFYING THE TREATMENT
AFFORDED TO DERIVATIVE QUESTIONNAIRES OF CERTAIN PARTIES**

Pursuant to 28 U.S.C. § 1746, the undersigned hereby certifies as follows:

1. On February 26, 2016, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, and on behalf of its affiliates (collectively, "Lehman"), filed a Supplemental Motion to For an Order (i) Allowing Disclosure of Derivative Questionnaires Pursuant to Section 107(a) of the Bankruptcy Code and (ii) modifying the

treatment afforded to the Derivative Questionnaires of Certain Parties (the "Supplemental Motion").

2. Notice of the Supplemental Motion was provided as set forth in the *Affidavit of Service*, dated March 1, 2016 [Docket No. 52270].

3. In accordance with the case management order entered in these cases, Lehman established March 7, 2016 at 4:00 p.m. as the deadline (the "Objection Deadline") for parties to object or file responses to the Supplemental Motion.

4. More than forty-eight (48) hours have passed since the expiration of the Objection Deadline, and no objection, responsive pleading or request for a hearing has been filed with the Bankruptcy Court.

5. Accordingly, Lehman respectfully requests that the proposed order annexed hereto as Exhibit 1 be entered in accordance with Local Bankruptcy Rule 9075-2.

I declare that the foregoing is true and correct.

Dated: March 11, 2016
New York, New York

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

/s/   Scott C. Shelley
Scott C. Shelley
(scottshelley@quinnemanuel.com)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone No.:  (212) 849-7000

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2