# Exhibit B
(Confidentiality Parties)

# Confidentiality Parties

Absa Bank Limited
Advisors Trust re UBS PACE Alternative Strategies Investments Portfolio
Alphadyne International Master Fund, Ltd.
AMP Capital Investors Limited on behalf of FD International Bond Fund 3
Banca Nazionale del Lavoro S.p.A.
Banc of America Securities Limited
Bank of America Corporation as successor by merger to Merrill Lynch & Co., Inc.
Bank of America, N.A.
Bank of America, N.A., as Trustee Agent and Derivatives Agent on Behalf of Lehman Mortgage Trust, Series 2005-3
Bank of America, N.A., as Trustee Agent and Derivatives Agent on Behalf of Lehman XS Trust, Series 2006-19
Bank of America, N.A., as Trustee Agent and Swap Agent on Behalf of Structured Asset Investment Loan Trust, Series 2005-1
Bank of America, National Association, as Trustee on Behalf of CEAGO ABS CDO 2007-1
Bank of America, National Association, as Trustee on Behalf of Lehman XS Trust, Series 2006-11
Bank of America, National Association, as Trustee on Behalf of Lehman XS Trust, Series 2006-15
Bank of America, National Association, as Trustee on Behalf of Structured Asset Investment Loan Trust, Series 2004-4
Bank of America, National Association, as Trustee on Behalf of Structured Asset Investment Loan Trust, Series 2005-2
Bank of America, National Association, as Trustee on Behalf of Structured Asset Securities Corporation, 2005-NC1
Bank of America, National Association, as Trustee on Behalf of Structured Asset Securities Corporation, 2006-RF1
Banque Generale du Luxembourg
Banque Generale du Luxembourg (f/k/a Fortis Bank Luxembourg)
Bank of Montreal
Barclays Bank plc
Barclays Bank S.A.
Barclays Capital Inc.
Barclays Capital Securities Limited
Barclays Multi-Manager Fund PLC
Barclays Wealth Managers France SA
Baupost Limited Partnership 1983 A-1
Baupost Limited Partnership 1983 B-1
Baupost Limited Partnership 1983 C-1
Baupost Value Partners, L.P.-I
Baupost Value Partners, L.P.-II
Baupost Value Partners, L.P.-III
Bell Atlantic Master Trust
BNP Paribas Fin'AMS
BNP Paribas Gestion CB-CDS
BNP Paribas SA
BOC Pensions Limited acting as Trustee of the BOC Pension Investment Fund
Central States, Southeast & Southwest Areas Pension Fund
Coal Staff Superannuation Scheme Trustees Limited acting as Trustee of the British Coal Staff Superannuation Scheme (Investment Grade Corporate Credit)
Coal Staff Superannuation Scheme Trustees Limited Acting as Trustee of the British Coal Staff Superannuation Scheme c/o Goldman Sachs Asset Management International
Commonwealth Bank Officers Superannuation Corporation Pty Limited as Trustee for the Officers' Superannuation Corporation Fund
Compagnie d'Investissements de Paris S.A.S.
CooperNeff Master Fund I Segregated Portfolio Company SPC
CR Firenze Gestion Internationale S.A. acting as Manager of the Giotto Lux Fund – Global Credit Bond Portfolio
Crescent 1, LP
CRS Fund Ltd.
Cyrus Europe Master Fund, Ltd.
Cyrus Opportunities Master Fund II, Ltd.
D. E. Shaw Oculus Portfolios, LLC
D.E. Shaw Composite Portfolios, LLC
D.E. Shaw Dihedral Portfolios, LLC
D.E. Shaw Laminar Portfolios, LLC

D.E. Shaw Valence Portfolios, LLC
DB Energy Trading LLC
De La Rue Pension Trustee Limited acting as Trustee of the De La Rue Pension Scheme
Deutsche Bank AG
Deutsche Bank AG, London Branch
Federal Home Loan Bank of Atlanta
Fixed Income Funds - Long Duration Plus Fixed Income Fund
Fortis Bank (Nederland) N.V.
Fortis Bank NV/SA
Fortis Energy Marketing & Trading GP
Fortis Investment Management Belgium N.V./S.A.
Fortis Investment Management France
Fortis Investment Management Luxembourg S.A.
Fortis Portfoy Yonetimi
GE Financial Markets
~~Goldman Sachs & Co. Profit Sharing Master Trust~~
Goldman Sachs Asset Management
Goldman Sachs Bank USA
Goldman Sachs Catastrophe Risk Premium Opportunities Master Fund II, L.P.
Goldman Sachs Credit Opportunities 2008 Master Fund, L.P.
Goldman Sachs Credit Opportunities Institutional 2008 Fund, L.P.
Goldman Sachs Dynamic Risk Master Fund Offshore, Ltd.
Goldman Sachs Emerging Markets Opportunities Fund Offshore, Ltd.
Goldman Sachs Emerging Markets Opportunities Fund, LLC
Goldman Sachs Euro Core Liquidity Fund
Goldman Sachs Funds – Goldman Sachs Euro Fixed Income Plus Portfolio
Goldman Sachs Funds – Goldman Sachs Sterling Broad Fixed Income Plus
Goldman Sachs Funds SICAV -
Goldman Sachs Funds SICAV – Goldman Sachs Global
Goldman Sachs Global Alpha Dynamic Risk Fund, LLC
Goldman Sachs Global Alpha Fund plc
Goldman Sachs Global Alpha Fund, L.P.
Goldman Sachs Global Currency Fund
Goldman Sachs Global Currency Fund – Dollar Plus
Goldman Sachs Global Currency Fund – Euro Plus
Goldman Sachs Global Opportunities Fund Offshore, Ltd.
Goldman Sachs Global Opportunities Fund, LLC
Goldman Sachs GSIP Master Company (Ireland) Limited
Goldman Sachs International
Goldman Sachs International Bank, Seoul Branch
Goldman Sachs Investment Partners Master Fund, L.P.
Goldman Sachs Lending Partners LLC
Goldman Sachs LIP Credit Opportunities 2008 Fund, L.P.
Goldman Sachs Liquidity Partners 2007 Offshore, L.P.
Goldman Sachs Liquidity Partners 2007, L.P.
Goldman Sachs Mortgage Credit Opportunities Fund, L.P.
Goldman Sachs Mortgage Credit Opportunities Offshore Fund, L.P.
Goldman Sachs Quantitative Commodities Master Fund Institutional, Ltd.
Goldman Sachs Quantitative Commodities Master Fund Offshore, Ltd.
Goldman Sachs Quantitative Commodities Master Fund, LLC
Goldman Sachs Quantitative Strategies Emerging Markets Master Fund, L.P.
Goldman Sachs SMC Credit Opportunities 2008 Fund, L.P.
Goldman Sachs Trust - Goldman Sachs Core Plus Fixed Income Fund
Goldman, Sachs & Co.
Group Pension Scheme
Hawai 2 Fund
Hawai 2 PEA Fund
Hawai Fund

Hawai PEA Fund
HB Institutional Limited Partnership
Health Super Pty Ltd acting as Trustee of the Health Super Fund
Highbridge Asia Strategies Master Fund, L.P.
Highbridge Convertible Arbitrage Master Fund, L.P.
Highbridge International LLC
HSBC Bank Pension Trust (UK) Limited acting as Trustee of the HSBC Bank (UK) Pension Scheme
ICL Pension Trust Ltd acting as Trustee of the ICL Common Investment Fund
Intel Corporation Retirement Profit Sharing Plan
ITV Pension Scheme Limited acting as Trustee of the ITV Pension Scheme
J Sainsbury Common Investment Fund Limited acting as Trustee of the J Sainsbury Pension & Death Benefit Scheme and the J Sainsbury Executive Pension Scheme
J. Aron & Company
Jefferies LLC, f/k/a Jefferies & Company, Inc.
JPMorgan Chase 401(k) Savings Plan
Korea Investment Corporation (Enhanced Passive Global Fixed Income Plus Portfolio)
LBCCO-1 L.L.C.
Liberty Harbor Master Fund I, L.P.
Libra CDO Limited, by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee
Magnetar Capital Master Fund, Ltd
Magnetar Constellation Fund II, Ltd
Magnetar Constellation Master Fund III, Ltd
Magnetar Constellation Master Fund, Ltd
Magnetar Structured Credit Fund, LP
Marks & Spencer Pension Trust Limited
Merrill Lynch
Merrill Lynch Bank & Trust Co.
Merrill Lynch Capital Services Inc.
Merrill Lynch Commodities (Europe) Limited
Merrill Lynch Commodities, Inc.
Merrill Lynch Credit Products, LLC
Merrill Lynch International
Merrill Lynch International Bank Limited
Ministry of Economy and Finance of the Republic of Panama
Morgan Stanley & Co. International plc
Morgan Stanley & Co. LLC (f/k/a Morgan Stanley & Co. Incorporated)
Morgan Stanley Alpha Advantage European Bond Fund II
Morgan Stanley Alpha Advantage European Fixed Income Fund
Morgan Stanley and affiliates
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services LLC (f/k/a Morgan Stanley Capital Services Inc.)
Morgan Stanley Investment Management Inc.
MSIM Inc., Seed Capital Hedging Account
National Railroad Retirement Investment Trust (Active Country and Currency Strategy)
Natixis
Natixis Financial Products Inc.
Northern Trust Fund Services (Ireland) Ltd. on behalf of the IBM Global Strategy Fund, Global Bond Sub-Fund
Ontario Teachers' Pension Plan Board
PB Institutional Limited Partnership
Pentwater Credit Partners Fund Ltd.
Pentwater Growth Fund Ltd.
Perry Partners International, Inc.
Perry Partners, L.P.
Provident Fund Scheme
Puerto Rico AAA Portfolio Target Maturity Fund, Inc.
Puerto Rico Fixed Income Fund V, Inc.

Putnam Absolute Return Fixed Income Fund
Putnam Asset Allocation Funds - Growth Portfolio
Putnam Canadian Global Trust - Putnam Canadian Fixed Income Long Fund
Putnam Credit Hedge Fund, L.P.
Putnam Europe Equity Fund
Putnam Floating Rate Income Fund
Putnam Funds Trust - Putnam International Growth and Income Fund
Putnam Global Funds - Putnam Worldwide Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Fixed Income Fund, LLC
Putnam High Yield Trust
Putnam Income Strategies Fund
Putnam International Equity Fund
Putnam International Equity Fund, LLC
Putnam International Trust
Putnam Investment Holdings, LLC - International Core Concentrated Equity – Institutional Incubated Fund
Putnam Investment Holdings, LLC - Putnam Global Growth Equity Fund – Institutional Incubated Fund
Putnam New Flag Euro High Yield Fund Plc
Putnam PSVF Liability Funding Portfolio
Putnam Retirement Advantage GAA Balanced Portfolio
Putnam Retirement Advantage GAA Conservative Portfolio
Putnam Retirement Advantage GAA Equity Portfolio
Putnam Retirement Advantage GAA Growth Portfolio
Putnam Retirement Advantage GAA Income Strategies Portfolio
Putnam Structured Opportunities Fund, Ltd.
Putnam Total Return Fund, Ltd.
Putnam Total Return Trust
Putnam Variable Trust - Putnam VT High Yield Fund
Putnam Variable Trust - Putnam VT International Equity Fund
Putnam Variable Trust - Putnam VT International Growth and Income Fund
Putnam Variable Trust - Putnam VT International New Opportunities Fund
Putnam World Trust - Putnam Emerging Information Sciences Fund
Putnam World Trust - Putnam Global Fixed Income Alpha Fund S1
Putnam World Trust - Putnam Global Fixed Income Alpha Fund S2
Putnam World Trust - Putnam Global High Yield Bond Fund
Putnam World Trust - Putnam International (Non U.S. Core) Equity Fund
Putnam World Trust - Putnam Investors (U.S. Core Equity) Fund
Putnam World Trust - Putnam New Opportunities (U.S. Aggressive Growth Equity) Fund
Putnam World Trust - Putnam Total Return Fund
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee
Pyxis ABS CDO 2007-1 Ltd., by Bank of America, N.A., as successor by merger to LaSalle Bank National Association, as Trustee
Queensland Investment Corporation as Trustee of QIC Diversified Fixed Interest Fund No. 1
Serengeti Asset Management, LP
Societe Generale
South Africa Reserve Bank
State Board of Administration of Florida
State Street Bank and Trust Company
State Street Bank and Trust Company Ltd. - Pacific Libor Alpha Cayman Unit Trust
State Street Bank and Trust Company, as Trustee of Ares XII CLO
State Street Cayman Trust Company Limited, as Trustee
State Street Cayman Trust Company, Ltd acting as Trustee of Global LIBOR Alpha Cayman
State Street Global Advisors
The Babcock Pension Trust Limited acting as Trustee of the Babcock International Group plc
The Boeing Company Employee Retirement Plan Master Trust
The Coast Fund, L.P.
The Foundation for Social Entrepreneurs acting as Trustee of the Millennium Awards Trust
The Goldman Sachs Foundation

The Goldman Sachs Trust Company N.A. acting as Trustee of Goldman Sachs Collective Trust
The Royal Bank of Scotland plc
The Royal Bank of Scotland N.V.
The Trustees of the Scotia Gas Networks Pension Scheme
The Trustees of the Serco Pension and Life Assurance Scheme
Trustees of Hospital Authority Provident Fund Scheme acting as Trustee for Hospital Authority
Trustees of The Tyco UK Pension Common Investment Fund
UBS AG
UBS Global Asset Management (Americas) Inc. acting as Manager of UBS PACE Select
Unit Trust in respect of its sub-trust GMT LIBOR Alpha Cayman Unit Trust
Verizon Veba Partnership Fundamental Currency Overlay - Trading Account
Westpac Banking Corporation
YB Institutional Limited Partnership

**Additional Confidentiality Parties:**

Adventist Health System/Sunbelt, Inc., on its own behalf and on behalf of the Members of the Counterparty Group (see attachment to POC)
BNP Paribas (previously listed on the Non-Objecting Parties Order as Carillon Limited)