Banco di Desio e della Brianza Spa
Via Rovagnati 1
20832 Desio (MB)
Italia

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

ICCREA Banca Spa
c.a. Marianna Ventre
Via Lucrezia Romana 41/47
00178 Roma
Italia



RECEIVED
MAR - 4 2016
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK

**SUBJECT: claim number 51937**

We ask to cancel the transfer of claim number 51937, and mark it as a duplicate (of the transfer n° 51936).

Thank You

Sandro Ascani
Banco di Desio e della Brianza Spa



UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, *transferor* refers to the claimant who is selling or otherwise assigning its claim. While *transferee* refers to the party who is purchasing or otherwise being assigned the claim.

To:   BAR(23) MAILID *** 000102188612 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000129255



BANCO DI DESIO E DELLA BRIANZA SPA
VIA ROVAGNATI, 1
DESIO (MB) 20033
ITALY

Please note that your claim # 48783-22 in the above referenced case and in the amount of
$7,291.43 allowed at $7,251.80 has been transferred (unless previously expunged by court order)

ICCREA BANCA SPA
TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA
ATTN: MARIANNA VENTRE
VIA LUCREZIA ROMANA 41/47
ROMA 00178
ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    51937    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/08/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 8, 2016.

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President

# epiq
**SYSTEMS**

BANCO DI DESIO
E DELLA BRIANZA
15. FEB 2016
APERTURA CORRIERE

To: LBH TRFNTC (MERGE2, TXNUM2) 4000129255
BAR(23) MAILID *** 000102188612 ***

BANCO DI DESIO E DELLA BRIANZA SPA
VIA ROVAGNATI, 1
DESIO (MB) 20033
ITALY

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK