WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                                            :     Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                 :     08-13555 (SCC)
                                                                 :
                      Debtors.                                   :     (Jointly Administered)
                                                                 :
------------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED TWELFTH
OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450], which was scheduled for March 29, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **April 14, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claims or portions of claims held by the parties listed on Exhibit A annexed hereto.

Dated:   March 17, 2016
         New York, New York

                                                    /s/ Garrett A. Fail
                                                    Garrett A. Fail
                                                    WEIL, GOTSHAL & MANGES LLP
                                                    767 Fifth Avenue
                                                    New York, New York 10153
                                                    Telephone: (212) 310-8000
                                                    Facsimile: (212) 310-8007

                                                    Attorneys for Lehman Brothers Holdings Inc.
                                                    and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| Lehman Brothers Bankhaus AG I Ins. | 27822 |
| Lehman Brothers Bankhaus AG I Ins. | 27873 |