WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT OF HEARING ON THE
### FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51692], which was scheduled for March 29, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **May 10, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to claim numbers 22666 and 22667.

Dated: March 22, 2016
New York, New York

*/s/ Garrett A. Fail*
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95658973\1\58399.0011