WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> LEHMAN BROTHERS HOLDINGS INC., *et al.*, <br><br> Debtors. | Chapter 11 <br> Case No. 08-13555 (SCC) |

### NOTICE OF ADJOURNMENT OF SUBSTANTIVE HEARING

**PLEASE TAKE NOTICE** that the substantive hearing to consider Lehman Brothers Holdings Inc.'s Motion to Enforce the Automatic Stay, the Plan, and the Confirmation Order against iFreedom Direct Corporation and SecurityNational Mortgage Corporation in the above-captioned matter, which was previously scheduled for March 29, 2016 at 10:00 a.m. (E.S.T.), **has been adjourned to May 5, 2016 at 2:00 p.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623.

Dated: New York, New York
March 23, 2016

/s/Adam M. Bialek
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

*Attorneys for Lehman Brothers Holdings Inc.*