

February 18, 2016



SIDLEY AUSTIN LLP
787 SEVENTH AVENUE,
NEW YORK, NY 10019

Re: Lehman Brothers Holdings Inc., et al., Debtors/Pltfs. vs. Bank of America National Association, et al., Dfts. //
To: Class V Funding III, Corp.

Case No. 0813555SCC

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the registered agent for an entity by the name of Class V Funding III, Corp..

CT was unable to forward.

Very truly yours,


The Corporation Trust Company

Log# 528662513

Sent By Regular Mail

cc: Southern District of New York - U.S. Bankruptcy Court
    Alexander Hamilton Custom House,
    One Bowling Green,
    New York, NY 10004-1408




(Returned To)

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE,
NEW YORK, NY 10019