**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: (Jointly Administered)
Debtors. :
: 
---------------------------------------------------------------x  Ref. Docket Nos. 51324, 51543,
51768, 51832, 51837, 51844

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 21, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
1st day of February, 2016

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000101587862 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000171739



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 37433-06 in the above referenced case and in the amount of $39,818,105.44 allowed at $25,000,000.00 has been transferred (unless previously expunged by court order)

VARDE INVESTMENT PARTNERS, LP
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: EDWINA PJ STEFFER
901 MARQUETTE AVE S. SUITE 3300
MINNEAPOLIS, MN 55402

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     51324    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/21/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 21, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA NAZIONALE DEL LAVORO S.P.A. | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: DIREZIONE LEGALE, VIA V. VENETO, 119, ROME 00187 ITALY |
| BANK HAPOALIM (SWITZERLAND) LTD | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MARK LAVENDER, STOCKERSTRAASE 33, ZURICH 8027 SWITZERLAND |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANQUE PICTET & CIE SA | TRANSFEROR: UNION BANCAIRE PRIVEE, ATT: LEGAL DEPARTMENT, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| FINLANDIA GROUP PLC | TRANSFEROR: JOKITALO, MARTTI, ATTN: JARKKO SISTONEN, FI ETELARANTA 20, HELSINKI 00100 FINLANDIA |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| JOKITALO, MARTTI | C/O PAMELA SMITH HOLLEMAN, ESQ., SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| VARDE FUND IX LP, THE | ATTN: EDWINA P.J. STEFFER, 8500 NORMANDALE LAKE BOULEVARD, SUITE 1500, |

| Claim Name | Address Information |
|---|---|
| VARDE FUND IX LP, THE | MINNEAPOLIS, MN 55437 |
| VARDE FUND IX LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 29**