**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------x
:
In re                                                                      :    Chapter 11 Case No.
                                                                           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (SCC)
                                                                           :    (Jointly Administered)
            Debtors.                                                 :
                                                                           :
-----------------------------------------------------------------------x    Ref. Docket Nos. 51831, 51834-
                                                                                   51836, 51838, 51853-51855


# AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                   */s/ Lauren Rodriguez*
                                                                                    Lauren Rodriguez

Sworn to before me this
1st day of February, 2016

*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000101588851 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000129104



BANCA FIDEURAM S.P.A.
PIAZZALE GIULLO DOUHET, 31
ROMA 00163
 ITALY

Please note that your claim # 51229-77 in the above referenced case and in the amount of $7,531.16 allowed at $7,303.72 has been transferred (unless previously expunged by court order)

FINECOBANK SPA
TRANSFEROR: BANCA FIDEURAM S.P.A.
ATTN: MR RONNY SCIRE
PIAZZA DURANTE, 11
MILANO 20131
 ITALY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    51836    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 22, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA', COOPERATIVA, ATTN: RE EVELINA, VIA ROSELLINI 16, MILANO 20124 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: VALERIE VIGANO, PIAZZA SALIMBENI 3, SIENA 53100 ITALY |
| BANCA POPOLARE DELL'ETRURIA E DEL LAZIO SOCIETA' COOPERATIVA | TRANSFEROR: CREDITO EMILIANO SPA, ATTN: MR. PIERO PIETRINI, SERVIZIO AMM. STRUMENTI FINANZIARI, VIA CALAMANDREI, 255, AREZZO I-52100 ITALY |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA   PANAMA |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| FINECOBANK SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| FINECOBANK SPA | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR RONNY SCIRE, PIAZZA DURANTE, 11, MILANO 20131 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: FATHIMATH, IBRAHIM, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MB S.P.A. IN AMMINISTRAZIONNE STRAORDINARIA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FINNAT EURAMERICA SPA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BSI SA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 27**