**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                              :
In re                                         :         Chapter 11 Case No.
                                              :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :          08-13555 (SCC)
                                              :         (Jointly Administered)
                           **Debtors.**        :
                                              :
---------------------------------------------------------------x     Ref. Docket Nos. 51544, 51812,
                                                                      51856, 51857


<u>**AFFIDAVIT OF SERVICE**</u>


STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On January 25, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*_____
                                           Lauren Rodriguez

Sworn to before me this
15th day of February, 2016
*/s/ Cassandra Murray*_____
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>        Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:


DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: VARDE FUND VIII LP, THE
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM


Please note that your claim # 38507-05 in the above referenced case and in the amount of
$119,146.62 allowed at $96,886.80 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000101596915 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000172419



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         51812                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  01/25/2016                        Vito Genna, Clerk of Court


                                /s/ Lauren Rodriguez
                                _____

                                EPIQ BANKRUPTCY SOLUTIONS, LLC

                                as claims agent for the debtor(s).

  FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  January 25, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BROKWEL MANAGEMENT INC. | MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, REPUBLIC OF PANAMA  PANAMA |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND V-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| ILLIQUIDX LLP | TRANSFEROR: ERSEL SIM SPA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ERSEL SIM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ERSEL SIM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ERSEL SIM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: ROYAL BANK OF CANADA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ING BANK N.V. | ATTN: M.J.S.J. MULLER, LOCATION CODE: ALP B 02.054, BIJLMERDREEF 100, AMSTERDAM 1102 CT NETHERLANDS |
| ING BANK N.V. | CLIFFORD CHANCE US LLP, ATTN: JENNIFER C. DEMARCO, ESQ., 31 WEST 52ND STREET, NEW YORK, NY 10019 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: ING BANK N.V., ATTN: RICHARD KATZ, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC, 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: YORVIK PARTNERS LLP, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 7TH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |

**Total Creditor Count 89**