**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x
                        :

In re                               :          **Chapter 11 Case No.**
                        :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :          **08-13555 (SCC)**
                        :          **(Jointly Administered)**
              Debtors.          :
                        :
------------------------------------------------------------------------x      **Ref. Docket No. 51681**

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                      ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On February 2, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Lauren Rodriguez*
                                          Lauren Rodriguez

Sworn to before me this
15th day of February, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 51681_Aff 2-2-16.doc

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

PETERCAM SA
CORPORATE ACTIONS DEPARTMENT
PLACE ST-GUDULE 19
BRUSSELS 1000
 BELGIUM

BAR(23) MAILID *** 000101668300 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1006

P STONE LION IT, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV
STONE LION PORTFOLIO L.P., STONE LION CAPITAL L.P.
ATTN: BRIAN WOOD
555 5TH AVE, 18TH FLOOR
NEW YORK, NY 10017

**Your transfer  of claim # 56009 is defective for the reason(s) checked below:**

Other Wrong Transferor

 Docket Number    51681                    Date:   12/18/2015

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| P STONE LION IT, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV | STONE LION PORTFOLIO L.P., STONE LION CAPITAL L.P., ATTN: BRIAN WOOD, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| PETERCAM SA | CORPORATE ACTIONS DEPARTMENT, PLACE ST-GUDULE 19, BRUSSELS 1000 BELGIUM |

**Total Creditor Count 2**