# EXHIBIT B

**EXHIBIT B**

Loan Files Reviewed

| Date | Total |
|---|---|
| March 17, 2015 | 2,059 |
| March 27, 2015 | 471 |
| March 30, 2015 | 2,015 |
| March 31, 2015 | 5,765 |
| April 23, 2015 | 1,446 |
| April 30, 2015 | 8,930 |
| May 15, 2015 | 3,414 |
| May 29, 2015 | 12,156 |
| June 17, 2015 | 3,811 |
| June 29, 2015 | 12,307 |
| July 17, 2015 | 4135 |
| July 31, 2015 | 12,865 |
| August 14, 2015 | 3,023 |
| August 31, 2015 | 13,977 |
| September 18, 2015 | 4,128 |
| September 30, 2015 | 12,872 |
| October 15, 2015 | 4,716 |
| October 30, 2015 | 12,284 |
| November 17, 2015 | 3,333 |
| November 30, 2015 | 13,667 |
| December 15, 2015 | 2,890 |
| December 30, 2015 | 14,110 |
| January 15, 2016 | 2,227 |
| January 29, 2016 | 14,773 |
| February 16, 2016 | 2,192 |
| February 29, 2016 | 14,808 |
| **Grand Total** | **188,374** |