| | |
|---|---|
| Franklin H. Top III (admitted *pro hac vice*)<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe Street<br>Chicago, Illinois  60603<br>Telephone: (312) 845-3000<br><br>*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts* | M. William Munno<br>Daniel E. Guzmán<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York  10004<br>Telephone: (212) 574-1587<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts* |
| John C. Weitnauer (admitted *pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309<br>Telephone: (404) 881-7000<br><br>*Counsel for Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* | Richard C. Pedone (admitted *pro hac vice*)<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York  10022<br>Telephone: (212) 940-3085<br><br>*Counsel for Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

     I, Scott A. Lewis, an attorney, hereby certify that on the 24th day of March 2016, I caused a true and correct copy of the (a) **Status Report of the RMBS Trustees' with Respect to Compliance with the Protocol and Motion to Extend the Overall Claim File Cut-Off Date for Certain Loans under the Protocol Order** and (b) **Notice of Status Report of the RMBS Trustees' with Respect to Compliance With The Protocol and Motion to Extend the Overall Claim File Cut-Off Date for Certain Loans Under the Protocol Order** with

3955817.01.06.doc

**(Proposed) Order,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by UPS Overnight Mail, on the parties shown below.

    The Chambers of the Honorable Shelley C. Chapman
    Courtroom 623
    One Bowling Green
    New York, New York 10004-1408

    Robert Lemons, Esq.
    Ralph Miller, Esq.
    Richard P. Krasnow, Esq.
    Lori R. Fife, Esq.
    Jacqueline Marcus, Esq.
    Shai Y. Waisman, Esq.
    WEIL, GOTSHAL & MANGES LLP
    767 Fifth Avenue
    New York, New York 10153

    William K. Harrington, Esq.
    Susan Golden, Esq.
    Andrea B. Schwartz, Esq.
    The Office of the United States Trustee for Region 2
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014

    Dennis F. Dunne, Esq.
    Dennis O'Donnell, Esq.
    Evan R. Fleck, Esq.
    Attorneys for the Creditors' Committee
    MILBANK, TWEED, HADLEY & MCCLOY LLP
    1 Chase Manhattan Plaza
    New York, New York 10005

                                                             /s/ Scott A. Lewis
                                                              _____
                                                                 Scott A. Lewis