FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
John F. Zulack
One Liberty Plaza
New York, New York 10006
212-412-9500

*Attorneys for Banque Privée Edmond de Rothschild S.A.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | Case No. 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------- X

**MOTION TO WITHDRAW APPEARANCE AS AN
ATTORNEY AND REQUEST REMOVAL FROM ECF SERVICE**

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance on behalf of Banque Privée Edmond de Rothschild S.A. in the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that he be removed from all service lists in this case, including the Court's CM/ECF electronic notification list.

Dated: March 24, 2016
New York, New York

**FLEMMING ZULACK WILLIAMSON ZAUDERER LLP**

/s/ John F. Zulack
John F. Zulack
One Liberty Plaza
New York, NY 10006
(212) 412-9500 Telephone
(212) 964-9200 Facsimile
jzulack@fzwz.com

*Attorneys for Banque Privée Edmond de Rothschild S.A.*