WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                        :          Chapter 11 Case No.
                                                             :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                 :          08-13555 (SCC)
                                                             :
                          Debtors.                           :          (Jointly Administered)
                                                             :
------------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT
### OF HEARING ON THE FIVE HUNDRED NINTH
### OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51006], which was scheduled for March 29, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **May 10, 2016 at 10:00 a.m. (Eastern Time)**.

Dated:   March 25, 2016
         New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95664181\2\58399.0011