

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM

### LEHMAN PROGRAM SECURITY

TO : THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Lombard Odier & Co Ltd** ("Transferor") unconditionally and irrevocably transferred to **Gonet & Cie** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 55829), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (The "Debtor"), Chapter 11 Case No. : 88-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of :

Date : __February 29, 2016__     Date : __- 4 MAR. 2016__

**Transferor**

Bank Lombard Odier & Co Ltd

11 Rue de la corraterie

1204 Geneva, Switzerland

Signature(s) : _____
José Filella
Senior Vice President

Signature(s) : _____
Loraine Dugerdil
Assistant Vice President

**Transferee**

Gonet & Cie

6 boulevard du Théâtre

CP 5009

1211 Geneva 11, Switzerland

Signature(s) : _____
Nicole LEPRAT
Membre de la direction

Signature(s) : _____
Ph. Baudois
Fondé de pouvoir

# SCHEDULE 1

## Lehman Programs Securities Related to Transferred Portion of Claim :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0325369725 | 55829 | 10/29/2009 | Lehman Brothers Holdings Inc | $100'000 |

LEHMAN BROTHERS HOLDINGS INC., *ET. AL.*
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
PO BOX 4199
PORTLAND OR 97208-4199

DEBTOR: LEHMAN BROTHERS HOLDINGS INC.

GONET & CIE
NICOLE LEPRAT MEMBRE DE LA DIRECTION
BOULEVARD DU THEATRE 6
CASE POSTALE 5009
1211 GENEVE 11
SWITZERLAND

Aggregation Number:    W0006619

Wire Amount:
Wire Date:

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>   Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): _____ <br> Date Claim Filed: _____ <br> Amount of Claim: _____ <br> Portion of Claim Transferred (see Schedule I): _____ |
| Phone: _____ <br> Last Four Digits of Acct #: _____ | Phone: _____ <br> Last Four Digits of Acct. #: _____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____ <br> Last Four Digits of Acct #: _____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: _____
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Recommandé

US Bankruptcy Court for the Southern
District of New York
One Bowling Green
New York, N.Y. 10004
Attention : Clerk of the Court.

0 4 MARS 2016

*[signature: Wiedmer]*

**Philippe Wiedmer**
Opérations

GONET & CIE
6, boulevard du Théâtre
CP 5009 – CH - 1211 Genève 11
T +41 (0)22 338 18 39
F +41 (0)22 317 17 01
pwiedmer@gonet.ch
www.gonet.ch