**DBS BANK (HONG KONG) LIMITED** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Name & ADDRESS OF THE TRANSFEREE

Bank of Singapore Limited
Attention: Security Transfer
63 Market Street, #22-00
Bank of Singapore Centre
Singapore 048942
Email: TSOps.Sectrf@BankofSingapore.com

FILED / RECEIVED
MAR 01 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 15 February 2016.

DBS BANK (HONG KONG) LIMITED
Transferor

By: ______________________
Name: YUK CHIT WONG/ SONIA TSZ YAN HUI
Title: Vice-President/ Vice-President

ACKNOWLEDGED BY:

BANK OF SINGAPORE LIMITED
Transferee

BANK OF SINGAPORE LIMITED

By: ______________________
Name:
Title:
Authorised Signatures

LYNETTE CHUA
ASSOCIATE DIRECTOR

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:  Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *62901* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN OTH, LEHMAN BROTHERS TREASURY CO. BV, Mat: 30-NOV-2009 | XS0332763035 | LEHMAN BROTHERS TREASURY CO.BV | LEHMAN BROTHERS HOLDINGS INC | USD 100,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**Notice Pursuant to Bankruptcy Rule 3001**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) ____________

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>BANK OF SINGAPORE LIMITED | Name of Transferor:<br>DBS BANK (HONG KONG) LIMITED |
|---|---|
| Notices to Transferee should be sent to:<br><br>Bank of Singapore Limited<br>Attention: Security Transfer<br>63 Market Street, #22-00<br>Bank of Singapore Centre<br>Singapore 048942<br>Email: TSOps.Sectrf@BankofSingapore.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above):<br><br>JP Morgan Chase Bank New York (ABA 021000021)<br>Favour Bank of Singapore Ltd a/c 400-938820<br>Swift Code: INGPSGSG | Name and Current Address of Transferor<br><br>DBS BANK (HONG KONG) LIMITED<br>Wealth Management Operations<br>14/F, One Island East<br>18 Westlands Road<br>Quarry Bay, Hong Kong<br>Attn: Head of Wealth Management Ops<br>Tel: +852 36681880<br>Email: pbohksecur_ut@dbs.com |
| Amount of Claim Being Transferred:<br><br>$____________<br><br>OR<br><br>See attached (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BANK OF SINGAPORE LIMITED

By: ______________________ Date: 24/2/16

Authorised Signatures

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

[Page content appears as a mirror/reverse image bleed-through and is not legibly readable in correct orientation.]



Pg 6 of 7

BANKOFSINGAPORE
Asia's global private bank
A subsidiary of OCBC Bank

24 February 2016

United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processsing Centre
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**Notice of transfer from DBS BANK (HONG KONG) LIMITED(the 'Transferor') to BANK OF SINGAPORE LTD on behalf of its client (the 'Transferee'), of securities issued by Lehman Brothers Sercurities N.V. (the 'Securities') and claim n. 62901 attached thereto (the 'Claim')**

Dear Sirs,

Reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank on behalf of its client/s (the 'Transfer').

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly :

1) For 210/A signed by our Bank as Transferee on behalf of its client ;

2) 'Evidence of Transfer of Claim', signed by RBS Coutts Bank AG, Switzerland as Transferor, as proof that RBS Coutts Bank AG, has partially transferred a registered claim to BANK OF SINGAPORE on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, we would also appreciate if you can advise us immediately if something (eg. Information, document, etc.) is missing by sending a message to the following e-mail address : OperationCS.SecTransfer@BankofSingapore

Thank you very much in advance for your kind help and attention.

Yours faithfully

Arthur Cheng
Associate Director

Lynette Choa
Associate Director

BANK OF SINGAPORE LIMITED
63 Market Street #22-00 Bank of Singapore Centre Singapore 048942 T: +65 6559 8000 F: +65 6559 8180
www.bankofsingapore.com
Company Registration Number 197700866R, GST Registration Number M200265939

www.dhl.com
EXPRESS WORLDWIDE DOX DHL
From : Bank of Singapore Limited
Yip Pui Cheng
9 Raffles Place #08-00
Republic Plaza 1
048619 Singapore
Singapore
Origin: SIN
Contact: 68186968
To : C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
Winter, Greg
757 Third Avenue, 3rd Floor,
US Bankruptcy Court, S District of NY
Lehman Brothers Claims Processing Centre
New York NY NY10017
United States Of America
Contact: (646) 282-2517
US-ZYP-JR3
Ref: SEC-OPS
Pce/Shpt Weight 0.5 kg
Piece 1 / 1
Contents:DOC
WAYBILL 32 5128 1482
(2L)USNY10017+42000000
(J) JD01 4600 0028 8370 2295
FILED / RECEIVED
FEB 29 2016
EPIQ SYSTEMS