

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.   Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Aargauische Kantonalbank** | Name of Transferor:<br>**Erben Ernst Etter-Suter** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Aargauische Kantonalbank<br>Bahnhofplatz 1<br>5000 Aarau, Switzerland<br>+41 62 835 76 26<br>Attn: Mr Stefan Buser<br>stefan.buser@akb.ch | Court Record Address of the Transferor:<br><br>(Court use only)<br>Ernst Etter-Suter<br>Schlösslistrasse 36B<br>5408 Ennetbaden<br>Switzerland |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Erben<br>Ernst Etter-Suter<br>Regionales Pflegezentrum Baden<br>Wettingerstrasse<br>5400 Baden<br>Switzerland |
| Amount of Claim Being Transferred:<br><br>30,000 Cert 6 % Lehman Brothers 2005-24.10.08 Worst of 3 Indices in Def. EUR (ISIN XS0232035880) | Note: **This is a full transfer of Claim No 36587** |
| Court Claim No. (if known): 36587 | |
| Date Claim Filed: October 3rd, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  _____   Date:  February 12th, 2016
       Stefan Buser          Dieter Widmer

Aargauische Kantonalbank
Bahnhofplatz 1
5000 Aarau
Switzerland

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. *18 U.S.C. §§ 152 &3571.*As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York
(the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 36587 (the "Proof of Claim")

| Description of Security | ISIN | Issuer | Gurarantor | Face Amount |
|---|---|---|---|---|
| Cert 6 % Lehman Brothers 2005-24.10.08 Worst of 3 Indices in Def. EUR | XS0232035880 | Lehman Brothers Treasury BV | Lehman Brothers Holdings Inc. | 30,000 |

**Erben Ernst Etter-Suter**, ("Transferor")

hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Aargauische Kantonalbank**
**Bahnhofplatz 1**
**5000 Aarau, Switzerland**

Attention:   Stefan Buser
Telephone:  +41 62 835 76 26
E-Mail:     stefan.buser@akb.ch

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated February 12th, 2016.

Erben Ernst Etter-Suter
Transferor

By: _____
    Erben Ernst Etter-Suter


ACKNOWLEDGED BY:

Aargauische Kantonalbank
Transferee

By: _____
    Name:  Stefan Buser

By: _____
    Name:  Dieter Widmer



**Aargauische Kantonalbank**

Bahnhofplatz 1
5001 Aarau
Telefon +41 (0)62 835 77 77
www.akb.ch
CHE-105.845.287 MWST

Datum: 26. Februar 2016
Kontaktperson: Stefan Buser / stefan.buser@akb.ch

Geht ohne Brief an:

Lehman Brothers Holding Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150 – 5076
USA

**Mitteilung**

☐ gemäss telefonischer Besprechung
☐ zur Kenntnisnahme
☐ zur Stellungnahme
☐ bitte unterschreiben/visieren
☐ bitte anrufen
☐ bitte zurücksenden
☐ bitte erledigen
☐ mit Dank zurück
☒ For your records

**Transfer of Claim No 36587**

Dear Sir or Madam

Claim No. 36587 is transferred to Aargauische Kantonalbank. Attached you will find the corresponding Notice of Transfer of Claims.

Because Aargauische Kantonalbank is Claimant of various other Claims (for example of Claim No. 41225), you are already in possess of our Tax Form an OFAC-Form.

Thank you for updating your records and kind regards.

Aargauische Kantonalbank

