

**FILED / RECEIVED**

MAR 0 4 2016

**EPIQ SYSTEMS**

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BRAGA ANSELMO | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

BRAGA ANSELMO
VI. DELLO SPORT 10
20029  TURBIGO  (MI)

Court Claim # (if known): 55829
Date Claim Filed: OCTOBER 29,2009
Amount of Claim: USD 55.000
Portion of Claim Transferred (see
Schedule I): 100%

Phone: +390331899252

Phone: +41 44 3328611

Last Four Digits of Acct #: _____

Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 02-18-2016
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Postaraccomandata          **Poste**italiane          19.02.2016  1
                                                      Euro 008.00
AR

ID8655841971IT    0

89126 21052 BUSTO ARSIZIO
(VA)

EPIQ BANKRUPTCY SOLUTIONS, LLC
ATTN: LEHMAN BROTHERS HOLDINGS INC. CLAIMS PROCE
757 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017
USA

MAR 02 2016

R          RA  8655  8419  7  IT

FILED / RECEIVED

MAR 0 4 2016

EPIQ SYSTEMS