WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                                                :
In re                                                                           :    **Chapter 11 Case No.**
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                                    :    **08-13555 (SCC)**
                                                                                :
                                        **Debtors.**                            :    **(Jointly Administered)**
                                                                                :
-------------------------------------------------------------------------------x
                                                                                :
In re                                                                           :
                                                                                :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                       :
                                                                                :    **08-01420 (SCC) (SIPA)**
                                        **Debtor.**                             :
                                                                                :
-------------------------------------------------------------------------------x

**AMENDED NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE NINETY-FOURTH OMNIBUS
AND CLAIMS HEARING ON MARCH 29, 2016 AT 10:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.    STATUS CONFERENCE:

1.    Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date [**ECF Nos. 47589, 52239**]

Status:  This matter is going forward.

### II.    UNCONTESTED MATTER:

2.    Notice of Status Report of the RMBS Trustees' with Respect to Compliance with the Protocol and Motion to Extend the Overall Claim File Cut-Off Date for Certain Loans Under the Protocol Order [**ECF No. 52342**]

Response Deadline:    March 29, 2016 at 10:00 a.m.

Responses Received:  None.

Related Documents:    None.

Status:  This matter is going forward.

### III.    ADVERSARY PROCEEDINGS:

3.    Lehman Brothers Holdings Inc., *et al.* v. ACTS Retirement-Life Communities, Inc. [**Adversary Proceeding No. 15-01430**]

**Pre-Trial Conference**

Related Documents:

A.    Adversary Complaint [**ECF No. 1**]

B.    Notice of Filing of Exhibits A & B to Adversary Proceeding Complaint [**ECF No. 4**]

C.    Answer of ACTS Retirement-Life Communities, Inc. to Complaint [**ECF No. 8**]

Status:  This matter is going forward.

4.      Lehman Brothers Holdings Inc., *et al.* v. Daiwa Securities Capital Markets Co. Ltd. [**Adversary Proceeding No. 15-01431**]

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint [**ECF No. 1**]

        B.      Amended Complaint [**ECF No. 5**]

        C.      Motion of Daiwa Securities Capital Markets Co. Ltd. to Dismiss Adversary Proceeding or, in the Alternative, to Strike Certain Portions of the Amended Adversary Complaint [**ECF No. 12**]

        D.      Declaration of Rishi Zutshi, dated March 21, 2016, in Support of Defendant's Motion to Dismiss or Strike [**ECF No. 13**]

        E.      Memorandum of Law of Daiwa Securities Capital Markets Co. Ltd. in Support of Defendant's Motion to Dismiss or Strike [**ECF No. 14**]

Status:  This matter is going forward.

5.      Lehman Brothers Holdings Inc. v. Standard Pacific Mortgage, Inc. f/k/a/ Family Lending Services, Inc. [**Adversary Proceeding No. 16-01002**]

**Pre-Trial Conference**

Related Documents:

        A.      Adversary Complaint  [**ECF No. 1**]

        B.      Stipulation for Extension of Time to Respond to Plaintiff's Adversary Complaint [**ECF No. 18**]

**Motion to Dismiss**

Response Deadline:    March 22, 2016 at 4:00 p.m.
                      March 25, 2016 at 12:00 p.m.

Related Documents:

        A.      Motion to Dismiss Adversary Complaint [**ECF No. 19**]

WEIL:\95659756\3\58399.0011

> B.     Memorandum of Law of Plan Administrator in Opposition to Standard Pacific's Motion to Dismiss Adversary Complaint **[ECF No. 21]**
>
> C.     Standard Pacific Mortgage, Inc.'s Reply in Support of its Motion to Dismiss **[ECF No. 22]**
>
> D.     Lehman Brothers Holdings Inc. and Plan Administrator's Letter to Honorable Shelley C. Chapman **[ECF No. 23]**

Status:  This matter is going forward.

6.     Daverne v. Lehman Brothers Holdings Inc., *et al.* **[Adversary Proceeding No. 16-01018]**

**Pre-Trial Conference**

Related Document:

> A.     Adversary Complaint  **[ECF No. 1]**

Status:  This matter is going forward as a status conference.

## IV.     ADJOURNED MATTERS:

## A.     Lehman Brothers Holdings Inc. Chapter 11 Cases

7.     Plan Administrator's Five Hundred Eighth Omnibus Objection to Claims (Disputed Valuation Claims) **[ECF No. 50899]**

Response Deadline:     October 1, 2015 at 4:00 p.m.

Response Received:

> A.     Response of BNP Paribas **[ECF No. 51023]**

Related Document:

> B.     Reply of Lehman Brothers Holdings Inc. **[ECF No. 51309]**

Status:  The matter has been adjourned solely with respect to claim number 67938 to a date to be determined.

8.     Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) **[ECF No. 51006]**

Response Deadline:     March 23, 2015 at 4:00 p.m.

WEIL:\95659756\3\58399.0011

Responses Received:

    A.    Objection of Ironbridge Mountain Cottages, LLC [**ECF No. 52321**]

    B.    Objection of Ironbridge Aspen Collection, LLC [**ECF No. 52322**]

    C.    Objection of Ironbridge Homes, LLC [**ECF No. 52324**]

Related Documents:   None.

Status:  This matter has been adjourned to May 10, 2016 at 10:00 a.m.

9.    Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51692**]

Response Deadline:   January 14, 2016 at 4:00 p.m.

Response Received:

    A.    Response of Buckeye Tobacco Settlement Financing Authority [**ECF No. 51818**]

Related Documents:   None.

Status:  This matter has been adjourned to May 10, 2016 at 10:00 a.m.

10.    Motion of Lehman Brothers Holdings Inc. to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against iFreedom Direct Corporation and Security National Mortgage Company [**ECF No. 52076**]

Response Deadline:   March 1, 2016 at 4:00 p.m.

Responses Received:  None.

Related Document:

    A.    Letter Regarding Recent Developments Concerning Motion of Lehman Brothers Holdings Inc. to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against iFreedom Direct Corporation and Security National Mortgage Co. [**ECF No. 52304**]

Status:  This matter has been adjourned to May 5, 2016 at 10:00 a.m.

WEIL:\95659756\3\58399.0011

B.    **Lehman Brothers Inc. Proceeding**

11.    Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

Response Deadline:    April 4, 2014 at 4:00 p.m.; extended for certain parties without date.

Responses Received:    None.

Related Documents:

A.    Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to certain claims [**LBI ECF No. 8730**]

B.    Supplemental Order Granting the Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) solely as to a certain claim [**LBI ECF No. 9204**]

C.    Notice of Resolution [**LBI ECF No. 9773**]

Status:  This matter has been adjourned to April 14, 2016 at 10:00 a.m., as to certain claims.

12.    Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured General Creditor Claims (Financial Product Claims) [**LBI ECF No. 9667**]

Response Deadline:    September 8, 2014 at 4:00 p.m.; extended for certain parties without date.

Response Received:

A.    Response of Goldman Sachs Asset Management, L.P. [**LBI ECF No. 9921**]

Related Documents:

B.    Order Granting the Trustee's Two Hundred Sixty-Third Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and With Proper Classification as Unsecured

6

General Creditor Claims (Financial Product Claims) solely as to a
certain claim [**LBI ECF No. 10092**]

    C.    Notices of Resolution [**LBI ECF Nos. 10588, 10722, 11134,
12220, 13207**]

Status: This matter has been adjourned to April 14, 2016 at 10:00 a.m., as to
certain claims.

13.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor
Claims (Financial Product Claims) [**LBI ECF No. 10723**]

Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties
without date.

Responses Received: None.

Related Documents:

    A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819,
11852, 12139, 12279**]

    B.    Order Granting the Trustee's Two Hundred Seventy-Third
Omnibus Objection to General Creditor Claims (Financial Product
Claims) [**LBI ECF No. 11371**]

    C.    Supplemental Orders Granting the Trustee's Two Hundred
Seventy-Third Omnibus Objection to General Creditor Claims
(Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991,
12647, 13347**]

    D.    So Ordered Stipulation [**LBI ECF No. 13206**]

Status: This matter has been adjourned to April 14, 2016 at 10:00 a.m., solely as
to a certain claim.

**C.    Adversary Proceedings**

14.    Lehman Brothers Holdings Inc. v. iFreedom Direct Corporation [**Adversary
Proceeding No. 15-01426**]

**Pre-Trial Conference**

Status: This matter has been adjourned to May 5, 2016 at 2:00 p.m.

15.    Lehman Brothers Holdings Inc. v. Stearns Lending, LLC [**Adversary Proceeding
No. 16-01001**]

**Pre-Trial Conference**

WEIL:\95659756\3\58399.0011

Related Documents:

      A.      Adversary Complaint [**ECF No. 1**]

      B.      Answer of Stearns Lending, LLC to Complaint [**ECF No. 7**]

Status:  This matter has been adjourned to May 5, 2016 at 10:00 p.m.

16.    Lehman Brothers Holdings Inc. v. American Bank and Congressional Bancshares, Inc. [**Adversary Proceeding No. 16-01003**]

**Pre-Trial Conference**

Status:  This matter has been adjourned to April 14, 2016 at 10:00 a.m.

Dated: March 28, 2016
     New York, New York

        /s/ Jacqueline Marcus
        Jacqueline Marcus
        Garrett A. Fail

        **WEIL, GOTSHAL & MANGES LLP**
        767 Fifth Avenue
        New York, New York 10153
        Telephone: (212) 310-8000
        Facsimile: (212) 310-8007

        Attorneys for Lehman Brothers Holdings Inc.
        and Certain of Its Affiliates

Dated: March 28, 2016
     New York, New York

        /s/ Jeffrey S. Margolin
        James B. Kobak, Jr.
        Christopher K. Kiplok
        Jeffrey S. Margolin

        **HUGHES HUBBARD & REED LLP**
        One Battery Park Plaza
        New York, New York 10004
        Telephone: (212) 837-6000
        Facsimile: (212) 422-4726

        Attorneys for James W. Giddens, Trustee for
        the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95659756\3\58399.0011