

**WALTER H. CURCHACK**
Partner and Chair, Bankruptcy,
Restructuring and Creditors'
Rights

345 Park Avenue
New York, NY  10154

Direct  212.407.4861
Main    212.407.4000
Fax     212.504.8058
wcurchack@loeb.com

Via E-mail (scc.chambers@nysb.uscourts.gov)

March 31, 2016

The Honorable Shelley C. Chapman
United States Bankrupcy Judge
United States Bankruptcy Court
1 Bowling Green
New York, NY  10004-1408

Re:  Lehman Brothers Holdings, Inc. ("LBHI")
     Case #08-13555 (SCC) (Post-Confirmation)

Dear Judge Chapman:

I am writing on behalf of certain individual members of the Official Committee of Unsecured Creditors (the "Applicants") in the above-referenced case in connection with their Amended Omnibus Application for payment of fees and reimbursement of expenses. (E.C.F. #51685 (the "Application")

The Applicants hereby request that the Court schedule a status conference with respect to the Application at the LBHI Omnibus Hearing currently scheduled for May 10, 2016. We have confirmed with the U.S. Trustee's Office its availability on this date.

Respectfully submitted,

Walter H. Curchack
Partner and Chair, Bankruptcy, Restructuring and Creditors' Rights


cc:  Andrea B. Schwartz, Esq.
     Martin E. Beeler, Esq.
     Richard Hiersteiner, Esq.
     Jeanne Darcey, Esq.
     George P. Angelich, Esq.
     David Dubrow, Esq.
     Jordana Renert, Esq.
     David Parker, Esq.
     Dennis Dunne, Esq.
     Susan D. Golden Esq.
     Diane Coffino, Esq.


The Honorable Shelley C. Chapman
March 31, 2016
Page 2

Michael H. Ahrens, Esq.
Matthew J. Gold, Esq.
Sherry J. Millman, Esq.
Mark Speiser, Esq.
Garrett Fail, Esq.
Sunny Singh, Esq.

NY1400158.1
208515-10006