**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
In re                                           :        **Chapter 11 Case No.**
                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :        **08-13555 (SCC)**
                                                :
            **Debtors.**                        :        **(Jointly Administered)**
-------------------------------------------------------------------x

## ORDER GRANTING FIVE HUNDRED SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS)

Upon the five hundred seventeenth omnibus objection to claims, dated February

23, 2016 (the "Five Hundred Seventeenth Omnibus Objection to Claims"),[1] of Lehman Brothers

Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan

of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge

the No Liability Claims pursuant to section 502(b) of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this

Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF

No. 6664], all as more fully described in the Five Hundred Seventeenth Omnibus Objection to

Claims; and due and proper notice of the Five Hundred Seventeenth Omnibus Objection to

Claims having been provided as stated therein, and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the Five

Hundred Seventeenth Omnibus Objection to Claims is in the best interests of the Chapter 11

Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in

the Five Hundred Seventeenth Omnibus Objection to Claims establish just cause for the relief

granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Seventeenth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Seventeenth Omnibus

Objection to Claims is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the No

Liability Claims listed on Exhibit 1 annexed hereto are disallowed and expunged in their entirety

with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: March 31, 2016
        New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

WEIL:\95664088\1\58399.0011

## IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., 08-13555 (SCC)
## OMNIBUS OBJECTION 517: NO LIABILITY CLAIMS

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED |
|---|---|---|---|---|---|---|---|
| 1 | BECKER,KERSTIN | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/15/2009 | 12699 | $64,431.00 | $64,431.00 |
| 2 | MLC INVESTMENTS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/21/2009 | 23936 | $229,331.37 | $229,331.37 |