**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                  :
In re                                                             :    Chapter 11 Case No.
                                                                  :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                          :    08-13555 (SCC)
                                                                  :    (Jointly Administered)
Debtors.                                                          :
                                                                  :
------------------------------------------------------------------x    Ref. Docket Nos. 51681, 51930

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 3, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
19th day of February, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

PETERCAM SA
CORPORATE ACTIONS DEPARTMENT
PLACE ST-GUDULE 19
BRUSSELS 1000
BELGIUM

BAR(23) MAILID *** 000101671864 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1006

P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV
STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P.
ATTN: BRIAN WOOD
555 5TH AVE, 18TH FLOOR
NEW YORK, NY 10017

**Your transfer of claim # 56009 is defective for the reason(s) checked below:**

Other Wrong Transferor
Other

Docket Number   51681          Date:  12/18/2015

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE S.P.A. | ATTN: PATRICK DIXNEUF, CHIEF EXECUTIVE OFFICER, AVIVA ITALY, VIA SCARSELLINI 14, MILAN 20161 ITALY |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE, QUARTZ SERIES 2001-2 EUR24,211,000 ZERO COUPON FUND-LINKED PRINCIPAL, PROTECTED NOTES DUE 2009 (ISIN:XS0132498493) BY QUARTZ FINANCE LIMITED, ATTN: JACKI F. BRAID, P.O BOX 88, 1 GRENVILLE STREET, ST HELIER JERSEY JE49PF UNITED KINGDOM |
| P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV | STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| PETERCAM SA | CORPORATE ACTIONS DEPARTMENT, PLACE ST-GUDULE 19, BRUSSELS 1000 BELGIUM |

**Total Creditor Count 4**