UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                           :

In re                                  :         Chapter 11 Case No.
                                           :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :        08-13555 (SCC)
                                         :        (Jointly Administered)
                     Debtors.        :
                                           :

-----------------------------------------------------------------------x     Ref. Docket Nos. 51932, 51933


<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.    I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.    On February 5, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.    All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                      */s/ Lauren Rodriguez*
                                      Lauren Rodriguez

Sworn to before me this
19th day of February, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

IDB (SWISS) BANK LTD
100 RUE DU RHONE
GENEVA 1204
SWITZERLAND

BAR(23) MAILID *** 000102186884 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1011

BANK JULIUS BAER & CO. LTD
ATTN: PATRIK ROOS
BAHNOFSTRASSE 36
ZURICH CH-8010
SWITZERLAND

**Your transfer  of claim # 55050 is defective for the reason(s) checked below:**

Expunged By Court Order

Docket Number    51933                    Date:   02/02/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO., LTD. | ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| IDB (SWISS) BANK LTD | 100 RUE DU RHONE, GENEVA 1204 SWITZERLAND |
| IDB (SWISS) BANK LTD | 100 RUE DU RHONE, GENEVA 1204 SWITZERLAND |

**Total Creditor Count 4**