**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                            :    Chapter 11 Case No.
                                                                 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :     08-13555 (SCC)
                                                                 :    **(Jointly Administered)**
              **Debtors.**          :
                                                                 :
---------------------------------------------------------------x    Ref. Docket Nos. 51936-51938,
                                                                   51940, 51942, 51944, 51945, 51954,
                                                                     51955, 51957, 51958, 51961, 51962

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                                   ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 8, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                      */s/ Lauren Rodriguez*
                                                                       Lauren Rodriguez

Sworn to before me this
25th day of February, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000102188610 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5355829-18 in the above referenced case and in the amount of $0.00 allowed at $31,406.81 has been transferred (unless previously expunged by court order)

TARGOBANK AG & CO. KGAA
TRANSFEROR: CREDIT SUISSE
KASERNENSTRASSE 10
DUSSELDORF 40213
 GERMANY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51942    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/08/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 8, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | VIA SAN CARLO 8/20, MODENA 41100 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: CREDIT SUISSE AG, SINGAPORE BRANCH, ATTN: ANNE PARIS, CASE POSTALE 300, LAUSANNE 1001 SWITZERLAND |
| BSI BANK SA | TRANSFEROR: CREDIT SUISSE, ATTN: ANDREA FERRARI, CUSTODY ADMINISTRATION, VIA MAGATTI 2, 6900 LUGANO   ITALY |
| BSI BANK SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: ANDREA FERRARI, CUSTODY ADMINISTRATION, VIA MAGATTI 2, 6900 LUGANO   ITALY |
| CREDIT INDUSTRIEL ET COMMERCIAL, SINGAPORE BRANCH | TRANSFEROR: UBS AG, ATTN: CORPORATE ACTION TEAM, 12 MARINA BOULEVARD #37-01, MARINA BAY FINANCIAL CENTRE TOWER 3, SINGAPORE 018982 SINGAPORE |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: CREDIT SUISSE, ONE RAFFLES LINK, UNITS 04-02, SINGAPORE 039393 SINGAPORE |
| DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG | C/O DRRT, ATTN: ALEXANDER REUS, P.A., 340 W FLAGLER ST STE 201, MIAMI, FL 33130 |
| FALCON PRIVATE BANK LTD. | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: MS. FRANZISKA LIPS, PELIKANSTRASSE 37, P.O. BOX 1376, ZURICH CH-8021 SWITZERLAND |
| FINECOBANK SPA | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., ATTN: RONNY SCIRE, PIAZZA DURANTE, 11, 20131 MILANO   ITALY |
| GUIDE STRUCTURED (INDECAP) | MORGAN SEDELL, REGERINGSGATAN 60, STOCKHOLM SE-11156 SWEDEN |
| HELANTO KAPTEIN INVEST AG | TRANSFEROR: TRENCH CAPITAL PARTNERS LLP, OBERDORFSTRASSE 21, LACHEN 8853 SWITZERLAND |
| ICCREA BANCA SPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA SPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: MARIANNA VENTRE, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| SOUND POINT BEACON MASTER FUND, L.P. | TRANSFEROR: UBS AG, STAMFORD BRANCH, C/O SOUND POINT CAPITAL MANAGEMENT, LP; ATTN: JORDAN MICHELS, 375 PARK AVENUE, 25TH FLOOR, NEW YORK, NY 10152 |
| ST GALLER KANTONALBANK AG | TRANSFEROR: DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG, ATTN: SFCA, ST LEONHARDSTRASSE 25, ST GALLEN 9001 SWITZERLAND |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: CREDIT SUISSE, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: GUIDE STRUCTURED (INDECAP), 1-3 FREDRICKS PLACE, LONDON EC2R 8AE UNITED KINGDOM |
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: GUIDE STRUCTURED (INDECAP), 1-3 FREDRICKS PLACE, LONDON EC2R 8AE UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG, STAMFORD BRANCH | TRANSFEROR: MIZUHO CORPORATE BANK, LTD., C/O UBS; ATTN: DARLENE ARIAS/CRAIG PEARSON, 6TH FLOOR TOWER, 677 WASHINGTON BLVD., STAMFORD, CT 06901 |
| UBS AG, STAMFORD BRANCH | MORGAN LEWIS & BOCKIUS LLP, JOSHUA DORCHAK, 399 PARK AVENUE, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 30**