**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                    :
In re                                               :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,        :         **08-13555 (SCC)**
                                                    :        **(Jointly Administered)**
                        **Debtors.**                :
                                                    :
-------------------------------------------------------------------------------x        **Ref. Docket Nos. 51943, 51978,**
                                                             **51981, 51984**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On February 9, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Lauren Rodriguez*_____
                                                     Lauren Rodriguez

Sworn to before me this
25th day of February, 2016
*/s/ Sidney J. Garabato*_____
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: STONE LION PORTFOLIO LP
C/O GOLDMAN, SACHS & CO.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302

Please note that your claim # 17728-02 in the above referenced case and in the amount of $39,679,722.09 allowed at $22,937,500.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000102198003 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000172642



FIFTH STREET STATION LLC
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
ATTN: SEAN LOBO
505 5TH AVENUE
SEATTLE, WA 98104

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          51984                    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/09/2016                         Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez

                                          EPIQ BANKRUPTCY SOLUTIONS, LLC

                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 9, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT FONCIER DE MONACO | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, 11, BOULEVARD ALBERT 1 ER, MONACO 98000 MONACO |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SEAN LOBO, 505 5TH AVENUE, SEATTLE, WA 98104 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STONE LION PORTFOLIO LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERMAL STONE LION FUND LTD., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERMAL STONE LION FUND LTD., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: STONE LION PORTFOLIO LP, C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| MACQUARIE BANK LIMITED | TRANSFEROR: STONE LION PORTFOLIO LP, 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| STONE LION PORTFOLIO LP | TRANSFEROR: BANK OF AMERICA, N.A., STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |

**Total Creditor Count 12**