UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
                                              :

In re                                      :           **Chapter 11 Case No.**

                                         :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*   :           **08-13555 (SCC)**

                                         :           **(Jointly Administered)**

                         **Debtors.**          :

                                              :

-----------------------------------------------------------------------x    **Ref. Docket No. 51956**

### <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.   I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On February 9, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                                Lauren Rodriguez

Sworn to before me this
25th day of February, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000102198007 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000172630



HELANTO KAPTEIN INVEST AG
TRANSFEROR: TRENCH CAPITAL PARTNERS LLP
OBERDORFSTRASSE 21
LACHEN 8853
 SWITZERLAND

TRENCH CAPITAL PARTNERS LLP
1-3 FREDRICKS PLACE
LONDON EC2R
 UNITED KINGDOM

**Your transfer  of claim # 56568 is defective for the reason(s) checked below:**

Previously Transferred

Docket Number   51956                     Date:  01/26/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| HELANTO KAPTEIN INVEST AG | TRANSFEROR: TRENCH CAPITAL PARTNERS LLP, OBERDORFSTRASSE 21, LACHEN 8853 SWITZERLAND |
| TRENCH CAPITAL PARTNERS LLP | 1-3 FREDRICKS PLACE, LONDON EC2R UNITED KINGDOM |

**Total Creditor Count 2**