**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
                                                           :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,               :    08-13555 (SCC)
                                                           :    **(Jointly Administered)**
                         Debtors.                          :
                                                           :
------------------------------------------------------------------------x   Ref. Docket Nos. 51045, 51046,
                                                                            51966, 51967, 51971, 51972, 51974,
                                                                            51975, 51977

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Lauren Rodriguez*
                                        Lauren Rodriguez

Sworn to before me this
25th day of February, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:   BAR(23) MAILID *** 000102215726 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 25807



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH CH-8001
 SWITZERLAND

Please note that your claim # 55813-88 in the above referenced case and in the amount of $0.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

ST. GALLER KANTONALBANK AG
TRANSFEROR: CREDIT SUISSE AG
ST. LEONHARDSTRASSE 25
ST. GALLEN 9001
 SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      51967      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/10/2016                         Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
                                          as claims agent for the debtor(s).

  FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 10, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA ESPERIA SPA | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, C/O BACK OFFICE TITOLI, VIA DANTE 16, MILANO 20121 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: STEFANO DI GENNARO, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: VALERIA VIGANO, VIA ROSELLINI 16, MILANO 20124 ITALY |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG | C/O DRRT, ATTN: ALEXANDER REUS, P.A., 340 W FLAGLER ST STE 201, MIAMI, FL 33130 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| HHLF L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| MACQUARIE BANK LIMITED | TRANSFEROR: STONE LION PORTFOLIO LP, 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HHLF L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| ST GALLER KANTONALBANK AG | TRANSFEROR: DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG, ATTN: SFCA, ST LEONHARDSTRASSE 25, ST GALLEN 9001 SWITZERLAND |
| ST. GALLER KANTONALBANK AG | TRANSFEROR: CREDIT SUISSE AG, ST. LEONHARDSTRASSE 25, ST. GALLEN 9001 SWITZERLAND |
| STONE LION PORTFOLIO LP | TRANSFEROR: BANK OF AMERICA, N.A., STONE LION CAPITAL PARTNERS L.P., ATTN: ZACHARY NUZZI, 555 5TH AVENUE, 18TH FLOOR, NEW YORK, NY 10017 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: RBS COUTTS BANK AG, 96-98 RUE DU RHONE, GENEVA 1211 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: UBS AG, RUE DU RHONE 96-98, P.O. BOX 1320, GENEVA 1 CH-1211 SWITZERLAND |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 31**