**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                               :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,            :    08-13555 (SCC)
                                                    :    (Jointly Administered)
                                 Debtors.           :
                                                    :
---------------------------------------------------------------x    Ref. Docket No. 51938

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 10, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                 */s/ Lauren Rodriguez*
                                                 Lauren Rodriguez

Sworn to before me this
25th day of February, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000102215730 ***     LBH DEFTRFNTC (MERGE2, TXNUM2) 4000107250



DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG  
C/O DRRT  
ATTN: ALEXANDER REUS, P.A.  
340 W FLAGLER ST STE 201  
MIAMI, FL 33130

ST. GALLER KANTONALBANK AG  
ATTN: SFCA  
ST LEONHARDSTRASSE 25  
ST GALLEN 9001  
 SWITZERLAND

**Your transfer of claim # 60950 is defective for the reason(s) checked below:**

Other LBHI Issued LPS Claim - List of 56 ISINS

Docket Number   51938            Date:  01/19/2016

/s/ Lauren Rodriguez

_____

_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DRRT FBO LIECHTENSTEINISCHE LANDESBANK AG | C/O DRRT, ATTN: ALEXANDER REUS, P.A., 340 W FLAGLER ST STE 201, MIAMI, FL 33130 |
| ST. GALLER KANTONALBANK AG | ATTN: SFCA, ST LEONHARDSTRASSE 25, ST GALLEN 9001 SWITZERLAND |

**Total Creditor Count 2**