UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
:
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,       :   08-13555 (SCC)
                                               :   (Jointly Administered)
       Debtors.                                :
                                               :
---------------------------------------------------------------------x   Ref. Docket Nos. 51049, 51052,
                                                   51053, 51061, 51062, 51103, 51104,
                                                   51979, 51980, 51982, 51983, 51987

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 11, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
25th day of February, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000102221000 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000114309



J.P. MORGAN SECURITIES PLC
F/K/A J.P. MORGAN SECURITIES LTD
ATTN: JEFFREY L. PANZO
MAIL CODE: NY1-M138
383 MADISON AVENUE, FLOOR 37
NEW YORK, NY 10179

Please note that your claim # 66453 in the above referenced case and in the amount of
$0.00 allowed at $4,049,714.00 has been transferred (unless previously expunged by court order)

LEHMAN BROTHERS HOLDINGS INC.
TRANSFEROR: J.P. MORGAN SECURITIES PLC
ATTN: WILLIAM A. OLSHAN, ESQ.
1271 AVENUE OF THE AMERICAS, 40TH FLOOR
NEW YORK, NY 10020

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    99999    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/11/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 11, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| AMEBAN INVESTMENTS LTD. | BES SFE-ES AV MIGUEL DANTAS - EDIFICIO STATUS, VALENCA DO MINHO 4930-678 PORTUGAL |
| J.P. MORGAN SECURITIES PLC | F/K/A J.P. MORGAN SECURITIES LTD, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A., ATTN: KEVIN C. KELLEY, ESQ., 245 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10167 |
| LEHMAN BROTHERS COMMODITY SERVICES INC | TRANSFEROR: LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS HOLDINGS INC/M. LETO, 1271 AVENUE OF THE AMERICAS, 40TH FL, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN VENTURES ENERGY CORPORATION, ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: AMEBAN INVESTMENTS LTD., ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LLSM L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| MACQUARIE BANK LIMITED | TRANSFEROR: PERMAL STONE LION FUND LTD., 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: PERMAL STONE LION FUND LTD., 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: STONE LION PORTFOLIO LP, 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| MACQUARIE BANK LIMITED | TRANSFEROR: STONE LION PORTFOLIO LP, 50 MARTIN PLACE, SYDNEY NSW 2000 AUSTRALIA |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: LLSM L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERIAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERIAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: PERMAL STONE LION FUND LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: SL LIQUIDATION FUND L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | CHAPMAN AND CUTLER, LP, ATTN: MARINA ZELINSKY, ESQ., 1270 AVENUE OF THE |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC, 555 5TH AVE FL 18, NEW YORK, NY 10017-9253 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O STONE LION PORTFOLIO L.P. AND STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| SL LIQUIDATION FUND L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| SL LIQUIDATION FUND L.P. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| SL LIQUIDATION FUND L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: BRIAN WOOD, 555 5TH AVE., 18TH FLOOR, NEW YORK, NY 10017 |
| SL LIQUIDATION FUND L.P. | CHAPMAN AND CUTLER LP, ATTN: MARINA ZELINSKY, ESQ, 1270 AVENUE OF THE AMERICAS, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| STONE LION PORTFOLIO LP | TRANSFEROR: BARCLAYS BANK PLC, C/O STONE LION CAPITAL PARTNERS LP; ATTN: BRIAN WOOD, 461 5TH AVE, 14TH FL, NEW YORK, NY 10017 |
| STONE LION PORTFOLIO LP | TRANSFEROR: BARCLAYS BANK PLC, C/O STONE LION CAPITAL PARTNERS LP; ATTN: BRIAN WOOD, 461 5TH AVE, 14TH FL, NEW YORK, NY 10017 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 39**