**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                               :
In re:                                         :     **Case No. 08-13555 (SCC)**
                                               :     **(Jointly Administered)**
**LEHMAN BROTHERS HOLDINGS INC., et al.,**     :
                                               :     **Chapter 11**
                         Debtors.              :
---------------------------------------------------------------x

## <u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>

Please take notice that the undersigned hereby withdraws the appearance previously

entered on behalf of Junta Administradora de Credican, C.A. [Dkt. No. 43696] and requests

removal of the following from all service lists, including the Court's CM/ECF notification list:

ALCANTAR LAW PLLC
22 Cortlandt St., 16th Floor
New York, NY 10007
Tel. (212) 658-0222
Fax. (646) 568-5843

Dated: April 3, 2016                          Respectfully submitted,

                                              */s/ Jose Raul Alcantar Villagran*
                                              By: Jose Raul Alcantar Villagran, Esq.

## <u>CERTIFICATE OF SERVICE</u>

THIS IS TO CERTIFY that the foregoing document was electronically filed with this Court on April 3, 2016 and served through the Court's CM/ECF system upon all registered electronic filers.

<u>*/s/ Jose Raul Alcantar Villagran*</u>
Jose Raul Alcantar Villagran