**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
::
In re : Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
: **(Jointly Administered)**
Debtors. :
:
-----------------------------------------------------------------------x   Ref. Docket Nos. 52001, 52017,
52018, 52022, 52023

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 16, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                              */s/ Lauren Rodriguez*
                                              Lauren Rodriguez

Sworn to before me this
2nd day of March, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000103745715 ***      LBH TRFNTC (ADDRESS2, ADRKEYID3) 31239



BARCLAYS BANK PLC
ATTN: JEF LONGMUIR
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

BARCLAYS BANK PLC
TRANSFEROR: VARDE FUND IX-A LP, THE
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

Please note that your claim # 545214-71 in the above referenced case and in the amount of $73,126.45 allowed at $71,558.80 has been transferred (unless previously expunged by court order)

BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: BARCLAYS BANK PLC
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      52023      in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/16/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 16, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CREDIT AGRICOLE LUXEMBOURG | TRANSFEROR: BANCA AKROS SPA, ATTN: JEROME DA COSTA, ALLE SCHEFFER 39, LUXEMBOURG 2520 LUXEMBOURG |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAP MGT ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL (AM) INVESTORS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, |

| Claim Name | Address Information |
|---|---|
| FARALLON CAPITAL (AM) INVESTORS, L.P. | ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: MAX STRASBURG; C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, ATTN: MAX STRASBURG; C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: JAMES RUSSELL, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: JAMES RUSSELL, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: JAMES RUSSELL, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL LYNCH JAPAN SECURITIES CO. LTD, ATTN: JAMES RUSSELL, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ALSTON INVESTMENTS LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ASHTON INVESTMENTS, LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ASHTON INVESTMENTS, LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL (AM) INVESTORS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS II, LP, ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

**Total Creditor Count 63**