**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
 :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : 08-13555 (SCC)
 : **(Jointly Administered)**
Debtors. :
 :
---------------------------------------------------------------x    Ref. Docket Nos. 51995, 51996,
52014, 52019-52022, 52024

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 17, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2016

*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

GMO EMERGING COUNTRY DEBT, L.P.
C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC
ATTN: GREGORY POTTLE
40 ROWES WHARF
BOSTON, MA 02110

Please note that your claim # 21748 in the above referenced case and in the amount of $5,181,270.74 allowed at $5,108,437.31 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104205176 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000172733



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: GMO EMERGING COUNTRY DEBT, L.P.
C/O BANK OF AMERICA MERRILL LYNCH
ATTN: GARY S. COHEN/ ANTE JAKIC
BANK OF AMERICA TOWER - 3RD FLOOR
ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     51995     in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 02/17/2016                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on February 17, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GMO EMERGING COUNTRY DEBT, L.P., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN/ ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GMO EMERGING COUNTRY DEBT, L.P., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN/ ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVNUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, |

| Claim Name | Address Information |
|---|---|
| III, L.P. | ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL OFFSHORE INVESTORS II, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON PART., L.L.C. ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, ATTN: GREGORY POTTLE, 40 ROWES WHARF, BOSTON, MA 02110 |
| GMO EMERGING COUNTRY DEBT, L.P. | C/O GRANTHAM, MAYO, VAN OTTERLOO & CO. LLC, ATTN: GREGORY POTTLE, 40 ROWES WHARF, BOSTON, MA 02110 |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: GINA GRASSO, 2 KING EDWARD STREET,, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ASHTON INVESTMENTS, LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ASHTON INVESTMENTS, LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED | TRANSFEROR: ALSTON INVESTMENTS LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P, ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P, ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P, ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, L.P., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS III, LP, ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED | TRANSFEROR: NOONDAY OFFSHORE, INC., ATTN: GREGORY PONDER, C/O 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL OFFSHORE INVESTORS II, LP, ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL LYNCH PIERCE FENNER & SMITH INCORPORATED, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAP MAN., LLC. ATTN:MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, |

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| NOONDAY OFFSHORE, INC. | ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOONDAY OFFSHORE, INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |

**Total Creditor Count 84**