**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
: 
In re                                                              :   Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :   08-13555 (SCC)
                                                                   :   (Jointly Administered)
                    Debtors.                                       :
                                                                   :
-------------------------------------------------------------------x   Ref. Docket Nos. 51947, 52015,
                                                                       52016, 52026, 52028, 52032, 52037,
                                                                       52039-52043, 52054-52057, 52059,
                                                                       52060

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 18, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Lauren Rodriguez*
Lauren Rodriguez

Sworn to before me this
2nd day of March, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104212663 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 25807



CREDIT SUISSE AG
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
CRAVATH SWAINE & MOORE LLP
825 8TH AVENUE
NEW YORK, NY 10019

CREDIT SUISSE AG
PARADEPLATZ 8
ZURICH CH-8001
SWITZERLAND

Please note that your claim # 55813-90 in the above referenced case and in the amount of $0.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

CREDITO EMILIANO SPA
TRANSFEROR: CREDIT SUISSE AG
ATTN: STEFANIA CATELLANI
VIA GANDHI 2/C
REGGIO EMILIA 42123
 ITALY

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51947    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/18/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 18, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: PAOLO MAZZA, VIA SAN CARLO 8/20, MODENA 41121 ITALY |
| BANK JULIUS BAER & CO. LTD. | BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: UBS AG, ATTN PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CREDIT SUISSE AG | PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO SPA | TRANSFEROR: CREDIT SUISSE AG, ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL AA INVESTORS L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: JPMORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP | TRANSFEROR: GOLDMAN, SACHS & CO., C/O FARALLON CAPITAL MANAGEMENT, LLC, ATTN: MAX STRASBURG, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| FIDEURAM S.P.A. | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN EMANUELE CASTRO, LEGAL DEPARTMENT, PIAZZALE G. DOUHET 31, ROMA 00143 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| LAVINE HOLDINGS, L.L.C | TRANSFEROR: GOLDMAN SACHS & CO., ATTN MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SIGNER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), 5 TEMASEK BOULEVARD #11-01, SUNTEC TOWER FIVE, SINGAPORE 38985 SINGAPORE |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MIDFIRST BANK, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS INVESTMENTS PTE LTD (IN | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES |

| Claim Name | Address Information |
|---|---|
| CREDITORS' VOLUNT LIQUIDATION) | PTE. LTD,ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHENG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT), C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL INSTITUTIONAL PARTNERS, LP, ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: FARALLON CAPITAL AA INVESTORS L.P., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: GREGORY PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MIDFIRST BANK | ATTN: LEGAL DEPARTMENT, 501 N.W. GRAND BLVD., OKLAHOMA CITY, OK 73118 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PIGUET GALLAND & CIE SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATTN: JEAN-MARC BLANCHET, AVENUE PESCHIER 41, CASE POSTALE 3456, GENEVE 3 1211 SWITZERLAND |
| UBS AG | TRANSFEROR: BANKHAUS CARL F. PLUMP & CO AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |

**Total Creditor Count 80**