**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------x
                                                 :

In re                                     :      Chapter 11 Case No.
                                       :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,   :    08-13555 (SCC)
                                     :    **(Jointly Administered)**

                     **Debtors.**         :
                                       :

-------------------------------------------------------------------------------x  **Ref. Docket Nos. 52032, 52044-**
                                                        **52048, 52051-52053, 52061-52067,**
                                                        **52069, 52071, 52072, 52079-52082**

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1.  I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York,
    New York 10017.  I am over the age of eighteen years and am not a party to the above-
    captioned action.

2.  On February 19, 2016, I caused to be served the "Notice: Filing of Transfer of Claim
    Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," a sample of which is
    attached hereto as Exhibit A, by causing true and correct copies to be: 1) personalized with
    the transferee, transferor and claim information for the above-referenced docket numbers, 2)
    enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail
    to the parties listed on the attached Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Lauren Rodriguez*
                                             Lauren Rodriguez

Sworn to before me this
2nd day of March, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

| | |
|---|---|
| LEHMAN BROTHERS ASIA LTD.<br>KPMG, CERTIFIED PUBLIC ACCOUNTANTS<br>8TH FLOOR, PRINCE'S BUILDING<br>10 CHATER ROAD<br>CENTRAL<br>HONG KONG | LEHMAN BROTHERS ASIA LTD.<br>ROSALIE LUI / EDWARD MIDDLETON<br>LEHMAN BROTHERS ASIA LIMITED (IN<br>LIQUIDATION)<br>C/O KPMG<br>27/F, ALEXANDRA HOUSE<br>18 CHATER ROAD<br>CENTRAL CENTRAL KONG |

Please note that your claim # 58318-06 in the above referenced case and in the amount of
$0.00 allowed at $349.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104219246 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000172832



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: LEHMAN BROTHERS ASIA LTD.
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          52079          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  02/19/2016                    Vito Genna, Clerk of Court

                                     /s/ Lauren Rodriguez

                                     EPIQ BANKRUPTCY SOLUTIONS, LLC

                                     as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  February 19, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA LTD., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA LTD., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA LTD., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA LTD., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS ASIA LTD., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS FUTURES ASIA LIMITED, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS FUTURES ASIA LIMITED, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LEHMAN BROTHERS FUTURES ASIA LIMITED, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| EUROSAIL-UK 2007-3BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED, ATTN: MARTIN MCDERMOTT/MARK FILER, THIRD FLOOR, 1 KING'S ARMS YARD, LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | REED SMITH LLP, ATTN: TAMARA BOX, THE BROADGATE TOWER, 20 PRIMROSE STREET, LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED, ATTN: MARTIN MCDERMOTT/MARK FILER, THIRD FLOOR, 1 KING'S ARMS YARD, LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-UK 2007-3BL PLC | REED SMITH LLP, ATTN: TAMARA BOX, THE BROADGATE TOWER, 20 PRIMROSE STREET, LONDON EC2A 2RS UNITED KINGDOM |
| GOLDMAN SACHS & CO. | TRANSFEROR: ENTRUST PC SPC 2 SEG INV POR 1, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: AMUNDI ALTERNATIVES PAULSON ENHANCED MASTER FUND, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, |

LEHMAN BROTHERS HOLDINGS INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: MANAGED ACCOUNTS MASTER FUND SERVICES – MAP 15, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON ENHANCED LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON INTERNATIONAL LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST
Pg 7 of 9

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PAULSON PARTNERS ENHANCED L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| LAVINE HOLDINGS, L.L.C | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE |

| Claim Name | Address Information |
|---|---|
| LAVINE HOLDINGS, L.L.C. | CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., C/O MOSES & SINGER LLP, ATTN: MARK N. PARRY, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LAVINE HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: MARK N. PARRY, C/O MOSES & SINGER LLP, THE CHRYSLER BUILDING, 405 LEXINGTON AVENUE, NEW YORK, NY 10174-1299 |
| LEHMAN BROTHERS ASIA LTD. | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F, ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL CENTRAL KONG  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F, ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL CENTRAL KONG  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F, ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL CENTRAL KONG  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F, ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL CENTRAL KONG  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS ASIA LTD. | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS ASIA LIMITED (IN LIQUIDATION), |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS ASIA LTD. | C/O KPMG, 27/F, ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL CENTRAL KONG   HONG KONG |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SOUTH THOMASTON, ME 048581 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SOUTH THOMASTON, ME 048581 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SOUTH THOMASTON, ME 048581 SINGAPORE |
| LEHMAN BROTHERS FINANCE ASIA PTE. LTD. | (IN CREDITORS' VOLUNTARY LIQUIDATION), C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SOUTH THOMASTON, ME 048581 SINGAPORE |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | KPMG, CERTIFIED PUBLIC ACCOUNTANTS, 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS FUTURES ASIA LIMITED | ROSALIE LUI / EDWARD MIDDLETON, LEHMAN BROTHERS FUTURES ASIA LIMITED (IN LIQUIDATION), C/O KPMG, 27/F ALEXANDRA HOUSE, 18 CHATER ROAD, CENTRAL, HONG KONG   HONG KONG |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 1 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 16 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |
| LEHMAN BROTHERS INVESTMENTS PTE LTF (IN CREDITORS' VOLUNT LIQUIDATION) | TRANSFEROR: LEHMAN BROTHERS FINANCE ASIA PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD, ATTN C.F.YUEN,B.Y.C.GHEE,T.P.CHEG, 1 RAFFLES QUAY, HONG LEONG BUILDING #22-00, SINGAPORE 048581 SINGAPORE |

**Total Creditor Count 118**