**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------------------x
                                                :
In re                                           :    Chapter 11 Case No.
                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,          :    08-13555 (SCC)
                                                :    (Jointly Administered)
                    Debtors.                    :
                                                :
-------------------------------------------------------------------x    Ref. Docket No. 52160
```

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

LAUREN RODRIGUEZ, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 25, 2016, I caused to be served the "Notice of Defective Transfer," a sample of which is attached hereto as <u>Exhibit A</u>, by causing true and correct copies to be: 1) personalized with the transferee, transferor and claim information for the above-referenced docket numbers, 2) enclosed securely in separate postage pre-paid envelopes and 3) delivered by first-class mail to the parties listed on the attached <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                    */s/ Lauren Rodriguez*
                                                                                      Lauren Rodriguez

Sworn to before me this
2nd day of March, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Transfer Affidavits\Defective Transfer 52160_Aff 2-25-16.doc

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

VENETO BANCA HOLDING SCPA
(HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED
PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED
ATTN: LEONARDO NAVE
PIAZZA G.B. DALL'ARMI, N.1
MONTEBELLUNA (NV) 31044
 ITALY

BAR(23) MAILID *** 000104237388 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1018

INTESA SANPAOLO SPA
ATTN: LEGAL DEPARTMENT
VIA VERDI 8
MILANO 20121
 ITALY

**Your transfer of claim # 54848-03 is defective for the reason(s) checked below:**

Other Name on transfer and claim do not match.

Docket Number   52160         Date:  02/19/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| INTESA SANPAOLO SPA | ATTN: LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| VENETO BANCA HOLDING SCPA | (HOLDER OF THE NORES QUARTZ SERIES 2001-1 ZERO COUPON FUND LINKED, PRINCIPAL PROTECTED) NOTES DUE 2009 ISSUED NY QUARTZ FINANCE LIMITED, ATTN: LEONARDO NAVE, PIAZZA G.B. DALL'ARMI, N.1, MONTEBELLUNA (NV) 31044 ITALY |

**Total Creditor Count 2**