B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>     Case No. <u>08-13555 (SC)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Bimini Investments, S.à r.l.</u>            <u>The Royal Bank of Scotland N.V.</u>
Name of Transferee                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): <u>21705</u>
should be sent:                                    Amount of Claim: <u>100% of Claim # 21705, in
Bimini Investments S.à r.l                         the total filed amount of $85,722,058.00*</u>
6, Rue Eugène Ruppert                              Date Claim Filed: <u>09/21/09</u>
L-2453 Luxembourg                                  Debtor: <u>Lehman Brothers Holdings Inc.</u>
Grand Duchy of Luxembourg                          Phone: _____
Primary Contact: Jérôme Devillet                   * plus additional amounts as set forth in the
Phone: +352 26449 615                              proof of claim.
Fax: +352 26449 167
Email: <u>Jerome.Devillet@intertrustgroup.com</u>

c/o Elliott Management Corporation
40 West 57th Street
NY, NY  10019
Attn: Michael Stephan
Phone: (212) 478-2310
Facsimile: (212) 478-2311
Email: <u>MStephan@Elliottmgmt.com</u>

Last Four Digits of Acct #: _____          Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

*[Signature Page Follows]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Bimini Investments S.à r.l

By: _____
Name: Elliot Greenberg
Title: Manager A


By: _____
Name: Pierre Claudel
Title: Manager B

Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, The Royal Bank of Scotland N.V. (the "**Assignor**") hereby unconditionally and irrevocably sells, transfers and assigns to Bimini Investments, S.à r.l. (the "**Assignee**") all right, title, interest, claims and causes of action in and to, or arising under or in connection with, the Assignor's general unsecured claims (as such term is defined in Section 101(5) of the Bankruptcy Code) against Lehman Brothers Holdings, Inc. (the "**Debtor**"), the debtor and debtor-in-possession in the chapter 11 reorganization case entitled, In re LEHMAN BROTHERS HOLDINGS, INC., Chapter 11, Case No. 08-13555 (SC), pending in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**"), in the total amount of $85,722,058.00, which has been estimated in the amount of $0.00 (the "**Claim**").

**Claim No.: 21705**

The Assignor hereby waives any objection to the transfer of the Claim to the Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. The Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Assignor transferring to the Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. The Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 31 day of March 2016.

The Royal Bank of Scotland N.V.

By: _____
Name:
Title: DARREN JONES        LIAM KEARNS
       AUTHORISED SIGNATORY   AUTHORISED SIGNATORY

Bimini Investments S.à r.l.

By: _____
Name: Elliot Greenberg
Title: Manager A

By: _____
Name: Pierre Claudel
Title: Manager B