WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------ x

**AMENDED THIRTIETH NOTICE OF ESTABLISHMENT**
**OF COMBINED OMNIBUS AND CLAIMS HEARING DATES**
**PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER**
**IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates in the above-captioned cases:

**April 14, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

**May 10, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

**June 14, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

**July 12, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated: April 5, 2016
       New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2