**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | | |
|---|---|---|
| In re: | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

------------------------------------------------------------------------x    **Ref. Docket No. 52366**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On March 30, 2016, I caused to be served the "Notice of Hearing on the Plan Administrator's Objection to Claim Number 28176," dated March 30, 2016, to which was attached the "Plan Administrator's Objection to Claim Number 28176," dated March 30, 2016 [Docket No. 52366], by causing true and correct copies to be:

    i.   enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                          */s/ Carol Zhang*
                                                          Carol Zhang

Sworn to before me this
31st day of March, 2016
*/s/ Diane M. Streany*
Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

OVERNIGHT MAIL SERVICE LIST

**MASTER SERVICE LIST**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


**ADDITIONAL SERVICE LIST**

BANCA MONTE DEI PASCHI DI SIENA SPA
ATTN: GIOVANNI FULCI
AREA FINANZA TESORERIA E CAPITAL MGMT
SERVIZIO GOVERNO STRATEGICO DEL RISCHIO
SETTORE FINANZA E MERCATI,
VIA ROSELLINI, 16
MILAN 20124
ITALY


ALLEN & OVERY LLP
ATTN: DANIEL J. GUYDER
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

**EXHIBIT B**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*
E-MAIL SERVICE LIST

## MASTER SERVICE LIST

aaaronson@dilworthlaw.com

aalfonso@willkie.com

abeaumont@fklaw.com

abraunstein@riemerlaw.com

acaton@kramerlevin.com

adarwin@nixonpeabody.com

adiamond@diamondmccarthy.com

adk@msf-law.com

aeckstein@blankrome.com

aentwistle@entwistle-law.com

agbanknewyork@ag.tn.gov

aglenn@kasowitz.com

agold@herrick.com

aisenberg@saul.com

akadish@dtlawgroup.com

akolod@mosessinger.com

alum@ftportfolios.com

amarder@msek.com

amartin@sheppardmullin.com

amcmullen@boultcummings.com

amenard@tishmanspeyer.com

amh@amhandlerlaw.com

andrew.brozman@cliffordchance.com

andrew.lourie@kobrekim.com

andrewtenzer@paulhastings.com

angelich.george@arentfox.com

angie.owens@skadden.com

ann.reynaud@shell.com

anthony_boccanfuso@aporter.com

aoberry@bermanesq.com

aostrow@beckerglynn.com

appleby@chapman.com

aquale@sidley.com

arainone@bracheichler.com

arheaume@riemerlaw.com

arosenblatt@chadbourne.com

arthur.rosenberg@hklaw.com

arwolf@wlrk.com

aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*
E-MAIL SERVICE LIST

| | |
|---|---|
| ashmead@sewkis.com | lberkoff@moritthock.com |
| asnow@ssbb.com | lee.stremba@troutmansanders.com |
| asomers@rctlegal.com | lee.whidden@dentons.com |
| aunger@sidley.com | lgranfield@cgsh.com |
| austin.bankruptcy@publicans.com | lhandelsman@stroock.com |
| avenes@whitecase.com | lisa.solomon@att.net |
| bankruptcy@goodwin.com | ljkotler@duanemorris.com |
| bankruptcy@morrisoncohen.com | lkatz@ltblaw.com |
| bankruptcy@ntexas-attorneys.com | lkiss@klestadt.com |
| bankruptcymatters@us.nomura.com | lmarinuzzi@mofo.com |
| barbra.parlin@hklaw.com | lmcgowen@orrick.com |
| bbisignani@postschell.com | lnashelsky@mofo.com |
| bcarlson@co.sanmateo.ca.us | loizides@loizides.com |
| bdk@schlamstone.com | lschweitzer@cgsh.com |
| ben.lewis@hoganlovells.com | lucdespins@paulhastings.com |
| bguiney@pbwt.com | mabrams@willkie.com |
| bmanne@tuckerlaw.com | maofiling@cgsh.com |
| bmiller@mofo.com | marc.chait@sc.com |
| boneill@kramerlevin.com | margolin@hugheshubbard.com |
| brian.corey@greentreecreditsolutions.com | mark.bane@ropesgray.com |
| brosenblum@jonesday.com | mark.ellenberg@cwt.com |
| brotenberg@wolffsamson.com | mark.mckane@kirkland.com |
| broy@rltlawfirm.com | mark.sherrill@sutherland.com |
| bruce.wright@sutherland.com | marvin.clements@ag.tn.gov |
| bstrickland@wtplaw.com | matt@willaw.com |
| btrust@mayerbrown.com | matthew.klepper@dlapiper.com |
| bturk@tishmanspeyer.com | maustin@orrick.com |
| bwolfe@sheppardmullin.com | mbenner@tishmanspeyer.com |
| cahn@clm.com | mberman@nixonpeabody.com |
| canelas@pursuitpartners.com | mbienenstock@proskauer.com |
| cbelisle@wfw.com | mbloemsma@mhjur.com |
| cbelmonte@ssbb.com | mbossi@thompsoncoburn.com |
| cdesiderio@nixonpeabody.com | mcademartori@sheppardmullin.com |
| cfarley@mccarter.com | mcarthurk@sullcrom.com |
| cgonzalez@diazreus.com | mccarthyj@sullcrom.com |
| chad.husnick@kirkland.com | mcordone@stradley.com |
| chammerman@paulweiss.com | mcto@debevoise.com |
| charles@filardi-law.com | mcyganowski@oshr.com |
| charles_malloy@aporter.com | mdorval@stradley.com |
| chemrick@connellfoley.com | meggie.gilstrap@bakerbotts.com |
| chipford@parkerpoe.com | melorod@gtlaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

E-MAIL SERVICE LIST

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawlllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpedreira@proskauer.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*

E-MAIL SERVICE LIST

| | |
|---|---|
| dfelder@orrick.com | mvenditto@reedsmith.com |
| dflanigan@polsinelli.com | mwarner@coleschotz.com |
| dgrimes@reedsmith.com | mwarren@mtb.com |
| dhayes@mcguirewoods.com | nathan.spatz@pillsburylaw.com |
| dheffer@foley.com | nbinder@binderschwartz.com |
| dhurst@coleschotz.com | nbojar@fklaw.com |
| dhw@dhclegal.com | ncoco@mwe.com |
| diconzam@gtlaw.com | neal.mann@oag.state.ny.us |
| djcarragher@daypitney.com | ned.schodek@shearman.com |
| djoseph@stradley.com | neilberger@teamtogut.com |
| dkessler@ktmc.com | nherman@morganlewis.com |
| dkozusko@willkie.com | nissay_10259-0154@mhmjapan.com |
| dlemay@chadbourne.com | nlepore@schnader.com |
| dlipke@vedderprice.com | notice@bkcylaw.com |
| dmark@kasowitz.com | nyrobankruptcy@sec.gov |
| dmcguire@winston.com | otccorpactions@finra.org |
| dmiller@steinlubin.com | paronzon@milbank.com |
| dmurray@jenner.com | pbattista@gjb-law.com |
| dneier@winston.com | pbosswick@ssbb.com |
| dodonnell@milbank.com | pdublin@akingump.com |
| dove.michelle@dorsey.com | peisenberg@lockelord.com |
| dpegno@dpklaw.com | peter.gilhuly@lw.com |
| draelson@fisherbrothers.com | peter.macdonald@wilmerhale.com |
| drosenzweig@fulbright.com | peter.simmons@friedfrank.com |
| drosner@goulstonstorrs.com | peter@bankrupt.com |
| drosner@kasowitz.com | pfeldman@oshr.com |
| dshaffer@wtplaw.com | pfinkel@wilmingtontrust.com |
| dspelfogel@foley.com | phayden@mcguirewoods.com |
| dtatge@ebglaw.com | philip.wells@ropesgray.com |
| dtheising@harrisonmoberly.com | pmaxcy@sonnenschein.com |
| dwdykhouse@pbwt.com | ppascuzzi@ffwplaw.com |
| dworkman@bakerlaw.com | ppatterson@stradley.com |
| easmith@venable.com | psp@njlawfirm.com |
| ebcalvo@pbfcm.com | ptrostle@jenner.com |
| ecohen@russell.com | raj.madan@skadden.com |
| edward.flanders@pillsburylaw.com | ramona.neal@hp.com |
| efleck@milbank.com | rbeacher@pryorcashman.com |
| efriedman@fklaw.com | rbernard@foley.com |
| efriedman@friedmanspring.com | rbyman@jenner.com |
| ekbergc@lanepowell.com | rdaversa@orrick.com |
| eleicht@whitecase.com | relgidely@gjb-law.com |

4

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*
E-MAIL SERVICE LIST

| | |
|---|---|
| ellen.halstead@cwt.com | rfriedman@silvermanacampora.com |
| emagnelli@bracheichler.com | rgmason@wlrk.com |
| emerberg@mayerbrown.com | rgoodman@moundcotton.com |
| enkaplan@kaplanlandau.com | rgraham@whitecase.com |
| eobrien@sbchlaw.com | rhett.campbell@tklaw.com |
| eschwartz@contrariancapital.com | richard.lear@hklaw.com |
| etillinghast@sheppardmullin.com | richard@rwmaplc.com |
| eweinick@otterbourg.com | rick.murphy@sutherland.com |
| ezujkowski@emmetmarvin.com | rjones@boultcummings.com |
| fcarruzzo@kramerlevin.com | rleek@hodgsonruss.com |
| ffm@bostonbusinesslaw.com | rlevin@cravath.com |
| fhenn@law.nyc.gov | rmatzat@hahnhessen.com |
| fhyman@mayerbrown.com | rnetzer@willkie.com |
| foont@foontlaw.com | robert.dombroff@bingham.com |
| fsosnick@shearman.com | robert.honeywell@klgates.com |
| fyates@sonnenschein.com | robert.malone@dbr.com |
| gabriel.delvirginia@verizon.net | robert.yalen@usdoj.gov |
| gary.ravertpllc@gmail.com | robin.keller@lovells.com |
| gbray@milbank.com | roger@rnagioff.com |
| george.south@dlapiper.com | ross.martin@ropesgray.com |
| ggitomer@mkbattorneys.com | rpedone@nixonpeabody.com |
| ggoodman@foley.com | rrainer@wmd-law.com |
| giddens@hugheshubbard.com | rroupinian@outtengolden.com |
| gkaden@goulstonstorrs.com | rrussell@andrewskurth.com |
| glenn.siegel@dechert.com | russj4478@aol.com |
| glenn.siegel@morganlewis.com | ryaspan@yaspanlaw.com |
| gmoss@riemerlaw.com | sabin.willett@bingham.com |
| goldenberg@ssnyc.com | sabramowitz@velaw.com |
| gplotko@kramerlevin.com | sabvanrooy@hotmail.com |
| gspilsbury@jsslaw.com | sally.henry@skadden.com |
| guzman@sewkis.com | samuel.cavior@pillsburylaw.com |
| harrisjm@michigan.gov | sandyscafaria@eaton.com |
| harveystrickon@paulhastings.com | scargill@lowenstein.com |
| hbeltzer@mayerbrown.com | schager@ssnyc.com |
| heim.steve@dorsey.com | schannej@pepperlaw.com |
| heiser@chapman.com | schepis@pursuitpartners.com |
| hmagaliff@r3mlaw.com | schnabel.eric@dorsey.com |
| holsen@stroock.com | schristianson@buchalter.com |
| hooper@sewkis.com | scott.golden@hoganlovells.com |
| howard.hawkins@cwt.com | scottj@sullcrom.com |
| hrh@lhmlawfirm.com | scottshelley@quinnemanuel.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,

E-MAIL SERVICE LIST

| | |
|---|---|
| hseife@chadbourne.com | scousins@armstrongteasdale.com |
| hsnovikoff@wlrk.com | sdnyecf@dor.mo.gov |
| hsteel@brownrudnick.com | seba.kurian@invesco.com |
| igoldstein@proskauer.com | sehlers@armstrongteasdale.com |
| irethy@stblaw.com | sfalanga@connellfoley.com |
| israel.dahan@cwt.com | sfelderstein@ffwplaw.com |
| iva.uroic@dechert.com | sfineman@lchb.com |
| jacobsonn@sec.gov | sfox@mcguirewoods.com |
| jalward@blankrome.com | sgordon@cahill.com |
| james.heaney@lawdeb.com | sgraziano@blbglaw.com |
| james.mcclammy@dpw.com | sgubner@ebg-law.com |
| james.sprayregen@kirkland.com | sharbeck@sipc.org |
| jamesboyajian@gmail.com | shari.leventhal@ny.frb.org |
| jamestecce@quinnemanuel.com | shgross5@yahoo.com |
| jar@outtengolden.com | sidorsky@butzel.com |
| jay.hurst@oag.state.tx.us | sldreyfuss@hlgslaw.com |
| jay@kleinsolomon.com | sleo@bm.net |
| jbeemer@entwistle-law.com | slerman@ebglaw.com |
| jbeiers@co.sanmateo.ca.us | slerner@ssd.com |
| jbromley@cgsh.com | slevine@brownrudnick.com |
| jcarberry@cl-law.com | sloden@diamondmccarthy.com |
| jchristian@tobinlaw.com | smillman@stroock.com |
| jdoran@haslaw.com | smulligan@bsblawyers.com |
| jdwarner@warnerandscheuerman.com | snewman@katskykorins.com |
| jdweck@sutherland.com | sory@fdlaw.com |
| jdyas@halperinlaw.net | squsba@stblaw.com |
| jean-david.barnea@usdoj.gov | sree@lcbf.com |
| jeanites@whiteandwilliams.com | sschultz@akingump.com |
| jeannette.boot@wilmerhale.com | sselbst@herrick.com |
| jeff.wittig@coair.com | sshimshak@paulweiss.com |
| jeldredge@velaw.com | sskelly@teamtogut.com |
| jennifer.demarco@cliffordchance.com | sstarr@starrandstarr.com |
| jennifer.gore@shell.com | steele@lowenstein.com |
| jfalgowski@reedsmith.com | stephen.cowan@dlapiper.com |
| jg5786@att.com | stephen.hessler@kirkland.com |
| jgenovese@gjb-law.com | steve.ginther@dor.mo.gov |
| jgoodchild@morganlewis.com | steven.usdin@flastergreenberg.com |
| jguy@orrick.com | streusand@slollp.com |
| jhiggins@fdlaw.com | susheelkirpalani@quinnemanuel.com |
| jhorgan@phxa.com | swolowitz@mayerbrown.com |
| jhuggett@margolisedelstein.com | szuber@csglaw.com |

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*
E-MAIL SERVICE LIST

| | |
|---|---|
| jim@atkinslawfirm.com | szuch@wiggin.com |
| jjtancredi@daypitney.com | tannweiler@greerherz.com |
| jjureller@klestadt.com | tbrock@ssbb.com |
| jlamar@maynardcooper.com | tdewey@dpklaw.com |
| jlawlor@wmd-law.com | tgoren@mofo.com |
| jlee@foley.com | thomas.califano@dlapiper.com |
| jlevitin@cahill.com | timothy.harkness@freshfields.com |
| jlscott@reedsmith.com | tjfreedman@pbnlaw.com |
| jmaddock@mcguirewoods.com | tkiriakos@mayerbrown.com |
| jmazermarino@msek.com | tlauria@whitecase.com |
| jmelko@gardere.com | tmacwright@whitecase.com |
| jmerva@fult.com | tmm@mullaw.org |
| jmmurphy@stradley.com | tnixon@gklaw.com |
| jmr@msf-law.com | toby.r.rosenberg@irscounsel.treas.gov |
| jnm@mccallaraymer.com | tomwelsh@orrick.com |
| john.beck@hoganlovells.com | tsalter@blankrome.com |
| john.monaghan@hklaw.com | tslome@msek.com |
| john.mule@ag.state.mn.us | tunrad@burnslev.com |
| john.rapisardi@cwt.com | vguldi@zuckerman.com |
| johnramirez@paulhastings.com | villa@slollp.com |
| jonathan.goldblatt@bnymellon.com | vmilione@nixonpeabody.com |
| jonathan.henes@kirkland.com | vrubinstein@loeb.com |
| jorbach@hahnhessen.com | wanda.goodloe@cbre.com |
| joseph.cordaro@usdoj.gov | wbenzija@halperinlaw.net |
| joseph.serino@kirkland.com | wcurchack@loeb.com |
| joshua.dorchak@morganlewis.com | wfoster@milbank.com |
| jowen769@yahoo.com | will.sugden@alston.com |
| joy.mathias@dubaiic.com | wisotska@pepperlaw.com |
| jpintarelli@mofo.com | wk@pwlawyers.com |
| jporter@entwistle-law.com | wmaher@wmd-law.com |
| jprol@lowenstein.com | wmarcari@ebglaw.com |
| jrabinowitz@rltlawfirm.com | wmckenna@foley.com |
| jrsmith@hunton.com | wsilverm@oshr.com |
| jschiller@bsfllp.com | wswearingen@llf-law.com |
| jschwartz@hahnhessen.com | wtaylor@mccarter.com |
| jsheerin@mcguirewoods.com | wzoberman@bermanesq.com |
| jsherman@bsfllp.com | yuwatoko@mofo.com |
| jshickich@riddellwilliams.com | |

7

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,
E-MAIL SERVICE LIST

**<u>ADDITIONAL SERVICE LIST</u>**

bof.amministrazioneestero@banca.mps.it;

daniel.guyder@allenovery.com

giovanni.fulci@banca.mps.it;