WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                   :    08-13555 (SCC)
                                                                   :
          Debtors.                                        :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED TWELFTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450], which was scheduled for April 14, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **May 10, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to the claims or portions of claims held by the parties listed on Exhibit A annexed hereto.

Dated:    April 8, 2016
          New York, New York

                                            /s/ Garrett A. Fail
                                            Garrett A. Fail
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

WEIL:\95654241\1\58399.0011

## EXHIBIT A

| Claimant | Claim Number |
|---|---|
| Lehman Brothers Bankhaus AG I Ins. | 27822 |
| Lehman Brothers Bankhaus AG I Ins. | 27873 |

WEIL:\95654241\1\58399.0011