## EVIDENCE OF TRANSFER OF CLAIM

TO:    Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.**, with offices at c/o Bank of America Merrill Lynch, Bank of America Tower – 3rd Floor, One Bryant Park, New York, New York 10036 ("Seller") pursuant to the terms of an Assignment of Claim Agreement dated on or about the date hereof, does hereby certify that Seller has sold, transferred and assigned to **TRC Master Fund, LLC (with offices located at 100 Merrick Road, Suite 308E, Rockville Centre, NY 11570, Attention: Terrel Ross)**, its successors and assigns ("Buyer"), a fixed principal amount in the amount of the Transferred Claim Amount (as set forth in the table below) in and to all rights, title and interest in and to Seller's claim against **Lehman Brothers Special Financing Inc.** having the Claim Number as set forth below (the "Transferred Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).



| LBSF Claim # | Transferred Claim Amount |
|---|---|
| 21748 | $5,108,437.31 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claims as an assignment and Buyer herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Transferred Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claims by their duly authorized representatives as of the 8th day of April, 2016.

BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:    Jonathan M. Barnes
Title:    Vice President

TRC MASTER FUND, LLC

By: _____
Name:    Terrel   Ross
Title:    Managing   member

- 15 -

117419204v5