**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA SPA

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A. – Instituto

Centrale del Credito Cooperativo (formerly ICCREA S.p.A. – Instituto Centrale delle Banche di

Credito Cooperativo, as Agent ("ICCREA" or "Transferor") against Lehman Brothers Holdings

Inc. (the "Debtor") in amount of at least $190,423,075.43, which has been designated as claim

no. 58221 (the "Claim").  Transferor hereby gives notice, pursuant to Fed. R. Bankr. P.

3001(E)(2), of the transfer, other than for security, of a .5020078%  ratable portion of the

allowed amount of the claim of $1,423,418.15 (which amount equals $7,145.67) with respect to

the security ISIN code number XS0213971210 held by Transferor on behalf of one or more of its

customers.  (A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached

hereto as Exhibit "A" and is incorporated herein by this reference).

**Name of Assignee**: Unicredit Spa

Name and Address Where
  Notices to Assignee Should be Sent:

  Mrs.  Stefania Andreoli
  UNICREDIT SPA
  Via Alessandro Specchi 16
  00186 Rome ITALY

**Name of Transferor**: ICCREA BANCA S.P.A.
  VIA LUCREZIA ROMANA 41/47- 00178
  ROMA, ITALY

        The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to

receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right

to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that:

(i) an order may be entered recognizing the transfer of the transferred portion as an unconditional

transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated:  New York, New York              **ORRICK, HERRINGTON & SUTCLIFFE LLP**
        April 11, 2016


                              By:  */s/ Lorraine S. McGowen*
                                   Lorraine S. McGowen, Esq.
                                   51 West 52nd Street
                                   New York, NY 10019-6142
                                   Telephone: (212) 506-5000
                                   Facsimile:  (212) 506-5151

                                   ATTORNEYS FOR TRANSFEROR
                                   ICCREA BANCA S.p.A., As Agent

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Form 210A

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS

Case No. 08-13555 (JMP)
JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee

UNICREDIT S.P.A.

Name and Address where notices to transferee
should be sent:

Via Alessandro Specchi 16
00186 Rome-Italy
Attn: Mrs. Stefania Andreoli
e-mail: Stefania.Andreoli@unicredit.eu
Phone:  00390759080091

Name of Transferor:

ICCREA BANCA SPA

Court Claim: 58221

Amount of Claim:  USD 1,423,418,15

Allowed Claim USD  1.409,439,60

Date Claim Filed: 10/30/2009

Via Lucreazia Romana 41/47
00186 Rome-Italy

Attn: Marianna Ventre
e-mail: mventre@iccrea.bcc.it

Phone: 0039 0672071
Last Four Digits of Acct. #: N/A

Last Four Digits of Acct #: N/A

Name and Address where transferee payments
should be sent (if different from above):

SGSS S.p.A. - Italy

Phone Last Four Digits of Acct #: N/A
Account number: .
BIC Code:(

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief,

By: _____          Date: .................................. 2 1 - 3 - 16

      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S C. §1152 & 3571.

Schedule 1

Transferred Claims

Purchased Claim

0,50200'78% $ 7,145,67of $1,423,418,15 ( the outstanding amount of XS0213971210 as described in the Proof of Claim dated 10/30/2009 and filed on 10/30/2009

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Notional Amount (EUR) | Notional Amount(USD) | Accrued Amount (EUR) | Accrued Amount (USD) | Allowed Amount (USD) |
|---|---|---|---|---|---|---|---|---|
| Lehman Brothers 18/03/2015 | XS0213971210 | Lehman BrothersTreasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 5000 | USD 7,075.50 | EUR 49.59 | USD 70.17 | USD 7,145.67 |

ICCREA BANCA SPA

UNICREDIT SPA

Schedule 1-1