WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (JMP) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

**NOTICE OF CANCELLATION OF HEARING**
**SCHEDULED FOR APRIL 14, 2016 AT 10:00 A.M.**

**PLEASE TAKE NOTICE** that the hearing that was scheduled for

April 14, 2016, at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C.

Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, 10004-1408 **has been cancelled**.

**PLEASE TAKE FURTHER NOTICE** that the matters scheduled for April 14,

2016 may be rescheduled for a future hearing.

Dated: April 11, 2016
    New York, New York

                                /s/ Jacqueline Marcus
                                Jacqueline Marcus
                                Garrett A. Fail
                                WEIL, GOTSHAL & MANGES LLP
                                767 Fifth Avenue
                                New York, New York 10153
                                Telephone:  (212) 310-8000
                                Facsimile:   (212) 310-8007

                                Attorneys for Lehman Brothers Holdings Inc.
                                and Certain of Its Affiliate

WEIL:\95678661\1\58399.0011