**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 52167, 52170,
---------------------------------------------------------------- x  52260, 52268 and 52274

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 4, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 4, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Carol Zhang*
Carol Zhang

Sworn to before me this
5th day of April, 2016
*/s/ Cassandra Murray*
Cassandra Murray
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000104470584 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000083465



D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED
C/O BAKER & MCKENZIE LLP
ATTN: IRA A. REID
452 FIFTH AVENUE
NEW YORK, NY 10018

D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED
HELEN LEUNG
D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED
C/O DAH SING BANK, LTD, PRIVATE BANKING DEPT
ROOM 3106-3110
31/F DAH SING FINANCIAL CENTRE

Please note that your claim # 36941 in the above referenced case and in the amount of
$1,780,780.00 allowed at $1,238,691.27 has been transferred (unless previously expunged by court order)

DAH SING BANK LIMITED
TRANSFEROR: D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED
C/O BAKER & MCKENZIE LLP; ATTN: IRA REID
452 FIFTH AVENUE
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     52268     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/04/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 4, 2016.

**EXHIBIT B**

08-13555-mg    Doc 52495    Filed 04/11/16    Entered 04/11/16 16:51:04    Main Document
Pg 4 of 5

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI MILANO SCARL | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: EMILIANO CORTINOVIS, PIAZZA MEDA 4, MILANO 20121 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED | C/O BAKER & MCKENZIE LLP, ATTN: IRA A. REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED | HELEN LEUNG, D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED, C/O DAH SING BANK, LTD, PRIVATE BANKING DEPT, ROOM 3106-3110, 31/F DAH SING FINANCIAL CENTRE, 108 GLOUCESTER ROAD, WANCHAI   HONG KONG |
| DAH SING BANK LIMITED | TRANSFEROR: D.A.H. HAMBROS BANK (CHANNEL ISLANDS) LIMITED, C/O BAKER & MCKENZIE LLP; ATTN: IRA REID, 452 FIFTH AVENUE, NEW YORK, NY 10018 |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO S.P.A. | ATTN: LUIGI FIORI CARONES, LEGAL DEPARTMENT, VIA VERDI 8, MILANO 20121 ITALY |
| P STONE LION IE, A FUND OF PERMAL MANAGED ACCOUNT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND LTD., C/O STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| PERMAL STONE LION FUND LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), ATTN: CLAUDIA BORG, 461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| UBS AG | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |

**Total Creditor Count 12**