**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 52185-52188,
: 52214, 52279-52282, 52287,
: 52289-52291, 52305, 52310-
: 52314, 52354
---------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 5, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
6th day of April, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000104483234 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000120873



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O ANGELO GORDON & CO., LP
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 59098-51 in the above referenced case and in the amount of $3,098,636.99 allowed at $3,122,667.58 has been transferred (unless previously expunged by court order)

BARCLAYS BANK PLC
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     52291     in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/05/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 5, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AARGAUISCHE KANTONALBANK | TRANSFEROR: ETTER-SUTER, ERNST, ATTN: MR. STEFAN BUSER, BAHNHOFPLATZ 1, AARAU 5000 SWITZERLAND |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O ANGELO GORDON & CO., LP, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ANGELO GORDON & CO LP, CLO GROUP, ATTN: MICHAEL NICOLO, 245 PARK AVE 26TH FL, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, 245 PARK AVENUE, 6TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, CLO GROUP; ANGELO, GORDON & CO., LP, ATTN: MICHAEL NICOLO, 245 PARK AVE 26TH FL, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MARTINE BOILLON, 18 RUE DE HESSE, GENEVA 1204 SWITZERLAND |
| ETTER-SUTER, ERNST | SCHLOSSLISTRASSE 36B, ENNETBADEN 5408 SWITZERLAND |
| ETTER-SUTER, ERNST | AARGAUISCHE KANTONALBANK, ISFS/EBU9, BAHNHOFSTRASSE 58, AARAU CH-5001 SWITZERLAND |
| EUROCAPITAL LAND, INC. | TRANSFEROR: STANDARD CHARTERED BANK, UNIT L4-A, BURGUNDY WESTBAY TOWER, NO. 820 P. OCAMPO SR. ST., MANILA  PHILIPPINES |
| EUROCAPITAL LAND, INC. | STANDARD CHARTERED BANK, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 073020 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND, LTD, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND, LTD, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND, LTD, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LYXOR/YORK FUND, LTD, ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| LYXOR/YORK FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING YUN, 767 5TH AVE., 17TH FL, NEW YORK, NY 10153 |
| LYXOR/YORK FUND, LTD | C/O LYXOR ASSET MANAGEMENT S.A., ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE-17 COURS VALMY, PARIS-LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR/YORK FUND, LTD | MAYER BROWN LLP, ATTN: BRIAN TRUST, 1675 BROADWAY, NEW YORK, NY 10019 |
| LYXOR/YORK FUND, LTD | C/O LYXOR ASSET MANAGEMENT S.A., ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE-17 COURS VALMY, PARIS-LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR/YORK FUND, LTD | MAYER BROWN LLP, ATTN: BRIAN TRUST, 1675 BROADWAY, NEW YORK, NY 10019 |
| LYXOR/YORK FUND, LTD | C/O LYXOR ASSET MANAGEMENT S.A., ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE-17 COURS VALMY, PARIS-LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR/YORK FUND, LTD | MAYER BROWN LLP, ATTN: BRIAN TRUST, 1675 BROADWAY, NEW YORK, NY 10019 |
| LYXOR/YORK FUND, LTD | C/O LYXOR ASSET MANAGEMENT S.A., ATTN: EMILIEN SIMOES, TOURS SOCIETE GENERALE-17 COURS VALMY, PARIS-LA DEFENSE CEDEX 92987 FRANCE |
| LYXOR/YORK FUND, LTD | MAYER BROWN LLP, ATTN: BRIAN TRUST, 1675 BROADWAY, NEW YORK, NY 10019 |
| LYXOR/YORK FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O YORK CAPITAL MANAGEMENT, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | CENTER, NEW YORK, NY 10281-1003 |
| PERMAL YORK LTD. | TRANSFEROR: GOLDMAN SACHS & CO., YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING YUN, 767 5TH AVE., 17TH FL, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O YORK CAPITAL MANAGEMENT, ATTN: MARGARET MAURO, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT, 1095 AVENUE OF THE AMERICAS, NEW YORK, NY 10036 |
| STANDARD CHARTERED BANK | MATTHEW MORRIS, LOVELLS LLP, 590 MADISON AVENUE, 7TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 62**