**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52356
---------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 5, 2016, I caused to be served the "Notice of Defective Transfer," dated April 5, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the following party: *BRAGA ANSELMO, VI. DELLO SPORT 10, 20029 TURBIGO (MI), ITALY*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
6th day of April, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.

Case No. 08-13555 (JMP)
Jointly Administered

Debtors.

## NOTICE OF DEFECTIVE TRANSFER

Seller:   CREDIT SUISSE AG

Purchaser:   BRAGA ANSELMO
VI. DELLO SPORT 10
20029 TURBIGO (MI)
ITALY

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
       By document #
(X) other: **MISSING PAGE[S] – CAN'T VERIFY WHAT RECORD TO TRANSFER**

Docket Number: **52356**

/s/ Lauren Rodriquez
Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the seller, purchaser, and debtor(s) counsel by first class mail, postage prepaid on April 5, 2016.