**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket Nos. 51694, 52298, |
| | : 52392 |
| ------------------------------------------------------------------- X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 6, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 6, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
6th day of April, 2016
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON BRANCH  
TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P.  
ATTN: MICHAEL SUTTON  
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET  
LONDON EC2N 2DB  
UNITED KINGDOM

Please note that your claim # 40531-01 in the above referenced case and in the amount of $1,544,775.04 allowed at $1,548,306.55 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104484128 ***       LBH TRFNTC (MERGE2, TXNUM2) 4000173316



BKM HOLDINGS (CAYMAN) LTD.  
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH  
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT  
ATTN: JENNIFER DONOVAN  
520 MADISON AVENUE, 30TH FLOOR  
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT  
Southern District of New York  
One Bowling Green  
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    51694    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/06/2016                             Vito Genna, Clerk of Court

/s/ Lauren Rodriguez  
_____  
EPIQ BANKRUPTCY SOLUTIONS, LLC  
as claims agent for the debtor(s).

FOR EBS USE ONLY:  This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 6, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANCA POPOLARE DI SONDRIO SOC. COOP. P.A. | ATTN: GIANFRANCO PIRAINO, PIAZZA GARIBALDI, N. 16, SONDRIO (SO) 23100 ITALY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CREDIT SUISSE (ITALY) SPA | TRANSFEROR: BANCA POPOLARE DI SONDRIO SOC. COOP. P.A., ATTN: WILIAM CAVALLARI / ELENA SPAGNOLI, VIA SANTA MARGHERITA, 3, MILANO 20121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SERENGETI OPPORTUNITIES MM L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | ATTENTION: KAY CHOI, AKIRA HIDAKA, LEHMAN BROTHERS JAPAN INC., 8/F KISHIMOTO BUILDING, 2-2-1 MARUNOUCHI, CHIYODA-KU, TOKYO 100-0005 JAPAN |
| LEHMAN BROTHERS FINANCE (JAPAN) INC. | MORRISON & FOERSTER LLP, ATTN: LORENZO MARINUZZI, ESQ., 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| LEHMAN BROTHERS REAL ESTATE LIMITED | ATTENTION: KAY CHOI, AKIRA HIDAKA, LEHMAN BROTHERS JAPAN INC., 8/F KISHIMOTO BUILDING, 2-2-1 MARUNOUCHI, CHIYODA-KU, TOKYO 100-0005 JAPAN |
| LEHMAN BROTHERS REAL ESTATE LIMITED | MORRISON & FOERSTER LLP, ATTN: LORENZO MARINUZZI, ESQ., 250 WEST 55TH STREET, NEW YORK, NY 10019 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: SUNSET PARTNERS, ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SUNRISE FINANCE CO LTD | TRANSFEROR: LEHMAN BROTHERS FINANCE (JAPAN) INC., ATTN: KAY CHOI, AKIRA HIDAKA, KISHIMOTO BUILDING, 8TH FLOOR, 2-2-1 MARUNOUCHI, CHIYODA-KU, TOKYO 100-0005  JAPAN |
| SUNRISE FINANCE CO LTD | TRANSFEROR: LEHMAN BROTHERS FINANCE (JAPAN) INC, ATTN: KAY CHOI, AKIRA HIDAKA, KISHIMOTO BUILDING, 8TH FLOOR, 2-2-1 MARUNOUCHI, CHIYODA-KU, TOKYO 100-0005 JAPAN |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE., RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| SUNSET PARTNERS | TRANSFEROR: BANK HAPOALIM B.M., 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |

**Total Creditor Count 24**