**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. |  |
|  | (Jointly Administered) |
| Debtors. |  |
|  | Ref. Docket Nos. 47440, 52165, 52168, 52169, 52218, 52221, 52227 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 7, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Sena Sharon*
Sena Sharon

Sworn to before me this
8th day of April, 2016
*/s/ Carol Iris Zhang*
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 1, 2017

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000104488251 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000122628



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: FCDB LBU 2009 LLC
C/O NEW FINANCE ALDEN SPV
ATTN: CHRIS SCHOLFIELD
885 THIRD AVE 34TH FL
NEW YORK, NY 10022

Please note that your claim # 62870-04 in the above referenced case and in the amount of $250,470.40 allowed at $249,556.88 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    47440    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/07/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 7, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: FCDB LBU 2009 LLC, C/O NEW FINANCE ALDEN SPV, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVE 34TH FL, NEW YORK, NY 10022 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANK HAPOALIM (SWITZERLAND) LTD | TRANSFEROR: BANK HAPOALIM B.M., ATTN: MARK LAVENDER, STOCKERSTRASSE 33, ZURICH 8027 SWITZERLAND |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| ICCREA BANCA S.P.A. | TRANSFEROR: INTESA SANPAOLO S.P.A., VIA LUCREZIA ROMANA 41/47, ROME 00178 ITALY |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| INTESA SANPAOLO S.P.A. | F/K/A BANCO EMILIANO ROMAGNOLO S.P.A. IN A.S., ATTN: ATOS CAVAZZA, VIA FARINI, 17, BOLOGNA 40124 ITALY |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: UBS AG, F/K/A LA ROCHE 1787, ATTN: CORPORATE ACTIONS, BOHL 17, 9004 ST. GALLEN SWITZERLAND |
| UBS AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UBS AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE S.C.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: ANDREA ANCIDEI, VIA CAVRIANA, 20, MILANO 20134 ITALY |

**Total Creditor Count 17**