**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52222
---------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 7, 2016, I caused to be served the "Notice of Defective Transfer," dated February 29, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sena Sharon*
Sena Sharon

Sworn to before me this
8th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BHCO MASTER LTD.
TRANSFEROR: BARCLAYS BANK PLC
C/O BHR CAPITAL LLC
ATTN: WILLIAM BROWN
545 MADISON AVENUE, 10TH FLOOR
NEW YORK, NY 10022

BAR(23) MAILID *** 000104488269 ***     LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1019



BARCLAYS BANK PLC
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

**Your transfer of claim # 61058 is defective for the reason(s) checked below:**

Docket Number   52222            Date:  02/29/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BHCO MASTER LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O BHR CAPITAL LLC, ATTN: WILLIAM BROWN, 545 MADISON AVENUE, 10TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 2**