**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------  x
                                                              :   Chapter 11
In re:                                                        :
                                                              :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                        :
                                                              :   (Jointly Administered)
                        Debtors.                              :
                                                              :   Ref. Docket Nos. 52237, 52238,
                                                              :   52283, 52284, 52292, 52293,
                                                              :   52308, 52314, 52393, 52394,
                                                              :   52395, 52398, 52399, 52400,
                                                              :   52401, 52402, 52403
                                                              :
------------------------------------------------------------  X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 8, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104499930 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000117016



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: IMPERIAL CAPITAL, LLC
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 60623-01 in the above referenced case and in the amount of $1,621,684.89 allowed at $1,634,903.30 has been transferred (unless previously expunged by court order)

BARCLAYS BANK PLC
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    52292    in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/08/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 8, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: IMPERIAL CAPITAL, LLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: IMPERIAL CAPITAL, LLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DI SONDRIO S.C.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA, ATTN: GERRY DE ALBERTI, SERVIZIO FINANZA - AMMINISTRAZIONE TITOLI, PIAZZA GARIBALDI, 16, SONDRIO 23100 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TALAMOD MASTER FUND, LP, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TALAMOD MASTER FUND, LP, ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS, S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND N.V., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LUXEMBOURG |
| BIMINI INVESTMENTS, S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS, S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LUXEMBOURG |
| BIMINI INVESTMENTS, S.A.R.L. | C/O ELLIOTT MANAGEMENT CORPORATION, ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: IMPERIAL CAPITAL, LLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: IMPERIAL CAPITAL, LLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE SINGAPORE BRANCH, ATTN: STEPHANIE SWEENY, KWJS&S, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036-7203 |
| CREDIT SUISSE SINGAPORE BRANCH | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SINGAPORE BRANCH | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SINGAPORE BRANCH | 1 RAFFLES LINK, #05-02, SINGAPORE 039393 SINGAPORE |
| CREDIT SUISSE SINGAPORE BRANCH | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINSKY, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: JEFF OLINKSKY, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT LLC; ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT LLC - ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, C/O HALCYON ASSET MANAGEMENT LLC - MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP, C/O JEFFERIES LLC, ATTN: JESSICA BERMAN, 101 HUDSON STREET, 11TH FLOOR, JERSEY CITY, NJ 07302 |
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | TRANSFEROR: AKANTHOS ARBITRAGE MASTER FUND, LP, C/O JEFFERIES LLC, ATTN: JESSICA BERMAN, 101 HUDSON STREET, 11TH FLOOR, JERSEY CITY, NJ 07302 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V., C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND N.V. | PROSKAUER ROSE, LLP, ATTN: IRENA M. GOLDSTEIN, ESQ., ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| TALAMOD MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP, C/O TALAMOD ASSET MANAGEMENT, LLC, 2100 MCKINNEY AVENUE, SUITE 1425, DALLAS, TX 75201 |
| TALAMOD MASTER FUND, LP | TRANSFEROR: YORVIK PARTNERS LLP, C/O TALAMOD ASSET MANAGEMENT LLC, 2100 MCKINNEY AVENUE, SUITE 1425, DALLAS, TX 75201 |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |

**Total Creditor Count 45**