**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
:     Chapter 11
In re:                                                                                                    :
:     Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                     :
:     (Jointly Administered)
                                        Debtors.                                        :
:     Ref. Docket No. 52255
---------------------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                              ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 8, 2016, I caused to be served the "Notice of Defective Transfer," dated March 4, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

　　　　Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE OF DEFECTIVE TRANSFER**

HSBC PRIVATE BANK MONACO S.A.
ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT
17 AVENUE D'OSTENDE
MONACO 98000
　MONACO

BAR(23) MAILID *** 000104499974 ***　　　　LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1020



COMPAGNIE MONEGASQUE DE BANQUE S.A.M.
23 AVENUE DE LA COSTA,
MONACO 98000
　MONACO

**Your transfer of claim # 56649 is defective for the reason(s) checked below:**

Docket Number   52255　　　　　　　　Date:  03/04/2016

/s/ Lauren Rodriguez

―――――――――――――――――――――

―――――――――――――――――――――――――――
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COMPAGNIE MONEGASQUE DE BANQUE S.A.M. | 23 AVENUE DE LA COSTA,, MONACO 98000 MONACO |
| HSBC PRIVATE BANK MONACO S.A. | ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT, 17 AVENUE D'OSTENDE, MONACO 98000 MONACO |

**Total Creditor Count 2**