*Execution Version*

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.   Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>BKM Holdings (Cayman) Ltd.</u><br>Name of Transferee | <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>BKM Holdings (Cayman) Ltd.<br>Intertrust Corporate Services (Cayman) Limited<br>190 Elgin Avenue<br>George Town, Grand Cayman KY1-9005<br><br>*With a copy to:*<br>c/o Davidson Kempner Capital Management<br>520 Madison Avenue, 30th Floor<br>New York, New York 10022<br>Attention: Jennifer Donovan<br>Telephone: (212) 446-4018<br>Facsimile: (212) 371-4318<br>Email: jdonovan@dkpartners.com | Court Claim # (if known):  <u>11041</u><br>Amount of Claim Transferred:  <u>$11,448,325.14</u><br>Date Claim Filed: <u>July 15, 2008</u><br>Debtor:  <u>Lehman Brothers Holdings Inc.</u> |

909343v.3 3091/00652

*Execution Version*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

BKM HOLDINGS (CAYMAN) LTD.
By: Midtown Acquisitions LP, its sole shareholder
By: Midtown Acquisitions GP LLC, its general partner

By: _____    Date: ____April 12, 2016____
Name of Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

909343v.3 3091/00652

*Execution Version*

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn:  Clerk

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number: 11041

**GOLDMAN SACHS LENDING PARTNERS LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**BKM Holdings (Cayman) Ltd.**
Intertrust Corporate Services (Cayman) Limited
190 Elgin Avenue
George Town, Grand Cayman KY1-9005

*With a copy to:*
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Attention: Jennifer Donovan
Email: jdonovan@dkpartners.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 11041, solely to the extent of $11,448,325.14, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

909343v.3 3091/00652

*Execution Version*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated April __12__, 2016.

**BKM Holdings (Cayman) Ltd.**
**By: Midtown Acquisitions LP, its sole shareholder**
**By: Midtown Acquisitions GP LLC, its general partner**

By: _____
   Name: Anthony Yoseloff
   Title: Manager

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
   Name:
   Title:

*Execution Version*

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated   April 12,   2016.

**BKM Holdings (Cayman) Ltd.**
**By: Midtown Acquisitions LP, its sole shareholder**
**By: Midtown Acquisitions GP LLC, its general partner**


By: _____
    Name:
    Title:

**GOLDMAN SACHS LENDING PARTNERS LLC**

By: _____
    Name:
    Title:    Mehmet Barlas
              Authorized Signatory

909343v.3 3091/00652