**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: Chapter 11 Case No.
In re: :
: 08-13555 (SCC)
**LEHMAN BROTHERS HOLDINGS INC., et al.,** :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 52487 and 52488
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2016, I caused to be served the:

   a) "Notice of Adjournment of Hearing on Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated April 11, 2016 [Docket No. 52487], and

   b) "Notice of Adjournment of Hearing on Debtors' Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated April 11, 2016 [Docket No. 52488],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

          */s/ Forrest Kuffer*
          Forrest Kuffer

Sworn to before me this
12th day of April, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

MRS. S.A.B. VAN ROOY, DVM AND LLM
SCHOONOUWENSEWEG 24
2821 NX STOLWIJK
THE NETHERLANDS

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177-1211

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

| Email Addresses |
| --- |
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| Adiamond@DiamondMcCarthy.com |
| adk@msf-law.com |
| aeckstein@blankrome.com |
| aentwistle@entwistle-law.com |
| agbanknewyork@ag.tn.gov |
| aglenn@kasowitz.com |
| agold@herrick.com |
| aisenberg@saul.com |
| akadish@dtlawgroup.com |
| akolod@mosessinger.com |
| alum@ftportfolios.com |
| amarder@msek.com |
| amartin@sheppardmullin.com |
| AMcMullen@BoultCummings.com |
| amenard@tishmanspeyer.com |
| amh@amhandlerlaw.com |
| Andrew.Brozman@cliffordchance.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| ann.reynaud@shell.com |
| anthony_boccanfuso@aporter.com |
| aoberry@bermanesq.com |
| aostrow@beckerglynn.com |
| appleby@chapman.com |
| aquale@sidley.com |
| arainone@bracheichler.com |
| arheaume@riemerlaw.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |

| |
|---|
| asnow@ssbb.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@goodwin.com |
| bankruptcy@morrisoncohen.com |
| bankruptcy@ntexas-attorneys.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |
| bbisignani@postschell.com |
| bcarlson@co.sanmateo.ca.us |
| bdk@schlamstone.com |
| ben.lewis@hoganlovells.com |
| bguiney@pbwt.com |
| bmanne@tuckerlaw.com |
| BMiller@mofo.com |
| boneill@kramerlevin.com |
| Brian.Corey@greentreecreditsolutions.com |
| brosenblum@jonesday.com |
| brotenberg@wolffsamson.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgonzalez@diazreus.com |
| Chad.Husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| chemrick@connellfoley.com |
| chipford@parkerpoe.com |
| chris.donoho@lovells.com |
| Christopher.Greco@kirkland.com |

| |
|---|
| Claude.Montgomery@dentons.com |
| clynch@reedsmith.com |
| cmestres@aclawllp.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cpappas@dilworthlaw.com |
| craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com |
| cschreiber@winston.com |
| cshore@whitecase.com |
| cshulman@sheppardmullin.com |
| cszyfer@stroock.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweber@ebg-law.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| dave.davis@isgria.com |
| david.bennett@tklaw.com |
| david.heller@lw.com |
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| davids@blbglaw.com |
| davidwheeler@mvalaw.com |
| dbarber@bsblawyers.com |
| dbaumstein@whitecase.com |
| dbesikof@loeb.com |
| dcimo@gjb-law.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddrebsky@nixonpeabody.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| deggert@freebornpeters.com |
| demetra.liggins@tklaw.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgrimes@reedsmith.com |

| |
|---|
| dhayes@mcguirewoods.com |
| dheffer@foley.com |
| dhurst@coleschotz.com |
| dhw@dhclegal.com |
| diconzam@gtlaw.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlemay@chadbourne.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dove.michelle@dorsey.com |
| dpegno@dpklaw.com |
| draelson@fisherbrothers.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| drosner@kasowitz.com |
| dshaffer@wtplaw.com |
| dspelfogel@foley.com |
| dtatge@ebglaw.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| easmith@venable.com |
| ebcalvo@pbfcm.com |
| ecohen@russell.com |
| edward.flanders@pillsburylaw.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| ellen.halstead@cwt.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enkaplan@kaplanlandau.com |

| |
|---|
| eobrien@sbchlaw.com |
| eschwartz@contrariancapital.com |
| etillinghast@sheppardmullin.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| fhenn@law.nyc.gov |
| fhyman@mayerbrown.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| fyates@sonnenschein.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |
| gbray@milbank.com |
| george.south@dlapiper.com |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| glenn.siegel@dechert.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |
| goldenberg@ssnyc.com |
| gplotko@kramerlevin.com |
| gspilsbury@jsslaw.com |
| guzman@sewkis.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| hbeltzer@mayerbrown.com |
| heim.steve@dorsey.com |
| heiser@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |
| hrh@lhmlawfirm.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| hsteel@brownrudnick.com |
| igoldstein@proskauer.com |
| irethy@stblaw.com |

| |
|---|
| israel.dahan@cwt.com |
| iva.uroic@dechert.com |
| jacobsonn@sec.gov |
| jalward@blankrome.com |
| james.heaney@lawdeb.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay.hurst@oag.state.tx.us |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbeiers@co.sanmateo.ca.us |
| jbromley@cgsh.com |
| jcarberry@cl-law.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdweck@sutherland.com |
| jdyas@halperinlaw.net |
| jean-david.barnea@usdoj.gov |
| jeanites@whiteandwilliams.com |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@coair.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |
| jennifer.gore@shell.com |
| jfalgowski@reedsmith.com |
| jg5786@att.com |
| jgenovese@gjb-law.com |
| jgoodchild@morganlewis.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jim@atkinslawfirm.com |
| jjtancredi@daypitney.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |

| |
|---|
| jlevitin@cahill.com |
| jlscott@reedsmith.com |
| jmaddock@mcguirewoods.com |
| jmazermarino@msek.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmmurphy@stradley.com |
| jmr@msf-law.com |
| jnm@mccallaraymer.com |
| john.beck@hoganlovells.com |
| john.monaghan@hklaw.com |
| john.mule@ag.state.mn.us |
| john.rapisardi@cwt.com |
| johnramirez@paulhastings.com |
| jonathan.goldblatt@bnymellon.com |
| Jonathan.Henes@kirkland.com |
| jorbach@hahnhessen.com |
| Joseph.Cordaro@usdoj.gov |
| Joseph.Serino@kirkland.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| joy.mathias@dubaiic.com |
| JPintarelli@mofo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrsmith@hunton.com |
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jstoll@mayerbrown.com |
| jsullivan@mosessinger.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jweiss@gibsondunn.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |

| |
|---|
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keckhardt@hunton.com |
| keith.simon@lw.com |
| Ken.Coleman@allenovery.com |
| ken.higman@hp.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |
| kiplok@hugheshubbard.com |
| kit.weitnauer@alston.com |
| kkelly@ebglaw.com |
| kkolbig@mosessinger.com |
| klyman@irell.com |
| klynch@formanlaw.com |
| kmayer@mccarter.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| KReynolds@mklawnyc.com |
| krodriguez@allenmatkins.com |
| krosen@lowenstein.com |
| kurt.mayr@bgllp.com |
| Landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| Lee.Stremba@troutmansanders.com |
| Lee.whidden@dentons.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| LJKotler@duanemorris.com |
| lkatz@ltblaw.com |
| LKISS@KLESTADT.COM |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |

| |
|---|
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| MAOFILING@CGSH.COM |
| Marc.Chait@SC.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.sherrill@sutherland.com |
| Marvin.Clements@ag.tn.gov |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbenner@tishmanspeyer.com |
| mberman@nixonpeabody.com |
| mbienenstock@proskauer.com |
| mbloemsma@mhjur.com |
| mbossi@thompsoncoburn.com |
| mcademartori@sheppardmullin.com |
| mcarthurk@sullcrom.com |
| mccarthyj@sullcrom.com |
| mcordone@stradley.com |
| mcto@debevoise.com |
| mcyganowski@oshr.com |
| mdorval@stradley.com |
| meggie.gilstrap@bakerbotts.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mginzburg@daypitney.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhopkins@cov.com |
| michael.frege@cms-hs.com |
| michael.kelly@monarchlp.com |
| michael.krauss@faegrebd.com |
| michael.mccrory@btlaw.com |
| michaels@jstriallaw.com |

| |
|---|
| millee12@nationwide.com |
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.ayer@tklaw.com |
| mjedelman@vedderprice.com |
| MJR1@westchestergov.com |
| mlahaie@akingump.com |
| MLandman@lcbf.com |
| mlichtenstein@crowell.com |
| mlynch2@travelers.com |
| mmendez@crb-law.com |
| mmorreale@us.mufg.jp |
| mneier@ibolaw.com |
| monica.lawless@brookfieldproperties.com |
| mpage@kelleydrye.com |
| mparry@mosessinger.com |
| mpedreira@proskauer.com |
| mprimoff@kayescholer.com |
| mpucillo@bermanesq.com |
| mrosenthal@gibsondunn.com |
| mruetzel@whitecase.com |
| mschimel@sju.edu |
| msegarra@mayerbrown.com |
| mshiner@tuckerlaw.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| munno@sewkis.com |
| mvenditto@reedsmith.com |
| mwarner@coleschotz.com |
| mwarren@mtb.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| neal.mann@oag.state.ny.us |
| ned.schodek@shearman.com |
| neilberger@teamtogut.com |
| Nherman@morganlewis.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| notice@bkcylaw.com |

| |
|---|
| NYROBankruptcy@SEC.GOV |
| otccorpactions@finra.org |
| paronzon@milbank.com |
| pbattista@gjb-law.com |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.macdonald@wilmerhale.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |
| phayden@mcguirewoods.com |
| philip.wells@ropesgray.com |
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| ppatterson@stradley.com |
| psp@njlawfirm.com |
| ptrostle@jenner.com |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbernard@foley.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhett.campbell@tklaw.com |
| richard.lear@hklaw.com |
| richard@rwmaplc.com |
| rick.murphy@sutherland.com |
| RJones@BoultCummings.com |
| rleek@HodgsonRuss.com |
| RLevin@cravath.com |
| rmatzat@hahnhessen.com |
| rnetzer@willkie.com |
| robert.dombroff@bingham.com |
| robert.honeywell@klgates.com |

| |
|---|
| robert.malone@dbr.com |
| Robert.yalen@usdoj.gov |
| Robin.Keller@Lovells.com |
| roger@rnagioff.com |
| ross.martin@ropesgray.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rrussell@andrewskurth.com |
| russj4478@aol.com |
| RYaspan@YaspanLaw.com |
| sabin.willett@bingham.com |
| sabramowitz@velaw.com |
| sabvanrooy@hotmail.com |
| Sally.Henry@skadden.com |
| samuel.cavior@pillsburylaw.com |
| sandyscafaria@eaton.com |
| scargill@lowenstein.com |
| schager@ssnyc.com |
| schannej@pepperlaw.com |
| Schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scottshelley@quinnemanuel.com |
| scousins@armstrongteasdale.com |
| sdnyecf@dor.mo.gov |
| seba.kurian@invesco.com |
| sehlers@armstrongteasdale.com |
| sfalanga@connellfoley.com |
| sfelderstein@ffwplaw.com |
| sfineman@lchb.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| sharbeck@sipc.org |
| shari.leventhal@ny.frb.org |
| shgross5@yahoo.com |
| sidorsky@butzel.com |
| sldreyfuss@hlgslaw.com |

| |
|---|
| sleo@bm.net |
| slerman@ebglaw.com |
| slerner@ssd.com |
| slevine@brownrudnick.com |
| SLoden@DiamondMcCarthy.com |
| smillman@stroock.com |
| smulligan@bsblawyers.com |
| snewman@katskykorins.com |
| sory@fdlaw.com |
| squsba@stblaw.com |
| SRee@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sshimshak@paulweiss.com |
| sskelly@teamtogut.com |
| sstarr@starrandstarr.com |
| steele@lowenstein.com |
| stephen.cowan@dlapiper.com |
| stephen.hessler@kirkland.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| Streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |
| szuber@csglaw.com |
| szuch@wiggin.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| TGoren@mofo.com |
| thomas.califano@dlapiper.com |
| timothy.harkness@freshfields.com |
| tjfreedman@pbnlaw.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tomwelsh@orrick.com |
| tsalter@blankrome.com |
| tslome@msek.com |

| |
|---|
| tunrad@burnslev.com |
| vguldi@zuckerman.com |
| Villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| wfoster@milbank.com |
| will.sugden@alston.com |
| wisotska@pepperlaw.com |
| wk@pwlawyers.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wsilverm@oshr.com |
| wswearingen@llf-law.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| YUwatoko@mofo.com |