**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket Nos. 52315 & |
| | : 52317 |
| ------------------------------------------------------------------------- X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 12, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 12, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
13th day of April, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

# EXHIBIT A

08-13555-mg    Doc 52514    Filed 04/13/16    Entered 04/13/16 20:58:16    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

PERMAL YORK, LTD.
ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT
767 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NY 10153

PERMAL YORK, LTD.
STROOCK & STROOCK & LAVAN LLP
ATTN: IRINA GOMELSKAYA, ESQ.
180 MAIDEN LANE
NEW YORK, NY 10018

Please note that your claim # 55529-04 in the above referenced case and in the amount of $33,356.96 allowed at $33,299.06 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104510438 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000173442



GOLDMAN SACHS & CO.
TRANSFEROR: PERMAL YORK, LTD.
ATTN: MICHELLE LATZONI
30 HUDSON STREET, 5TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 52315 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/12/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 12, 2016.

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |

**Total Creditor Count 6**