United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings, Inc., et al.,    Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Lehman Brothers Pacific Holdings Pte. Ltd.
(In Creditors' Voluntary Liquidation)
Name of Transferee

Lehman Brothers Singapore Pte. Ltd.
(In Members' Voluntary Liquidation)
Name of Transferor

Court Claim #: See attached Schedule 1
Total Claim Amount: See attached Schedule 1

Name and Address where notices to Transferee
should be sent:

Lehman Brothers Pacific Holdings Pte. Ltd. (In Creditors' Voluntary Liquidation)
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
Singapore 048581
Attn: Messrs Chay Fook Yuen, Bob Yap Cheng Ghee, and Tay Puay Cheng

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD.
(IN CREDITORS' VOLUNTARY LIQUIDATION)

By: _____    Date: 1 April 2016
Name: Chay Fook Yuen
Title: Joint and Several Liquidator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2946874.2

- 2 -

## Schedule 1

|   | Debtor | Case No. | Type of Claim | Amount of Claim (USD) | Claim Number |
|---|---|---|---|---|---|
| 1 | Lehman Brothers Holdings Inc. | 08-13555 | Senior Affiliate Guarantee (Class 4B) | 10,176,313.00 | 18556 |
| 2 | Lehman Brothers Commodity Services Inc. | 08-13885 | Affiliate Claim (Class 5C) | 4,192.00 | 18553 |
|   |   |   | Total | 10,180,505.00 |   |

KL2 2946874.2

- 2 -