UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holding Inc.                    Case No. 08-13555-JMP

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee: | Name of Transferor: |
|---|---|
| Deutsche Bank AG, London Branch | PIMCO Absolute Return Strategy IV Master Fund LDC |

Name and Address where notices to Transferee should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matt Weinstein

Phone: 212-250-5760

Last Four Digits of Acct #_____

Court Claim # (if known): __25566__
Amount of Claim: __$8,482,314.71__
Date Claim Filed:_____

Phone: _____
Last Four Digits of Acct. #:_____

Name and Address where transferee payments should be sent (if different from above)

Phone:: _____
Last Four Digits of Acct #_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____                                    Date: April 12, 2016
    Transferee/Transferee's Agent

By: _____/s/_____                                    Date: April 12, 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

DB3/ 200548147.1

# EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Special Financing Inc. ("Debtor")
Case No. 08-13888 (JMP)

Claim #: 25566

**PIMCO Absolute Return Strategy IV Master Fund LDC** its successors and assigns ("Seller"), hereby affirms that, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Seller has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matt Weinstein
Phone: 212-250-5760

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $8,482,314.71 ("Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated November 6, 2015.

**PIMCO on behalf of PIMCO Absolute Return Strategy IV Master Fund LDC**

By: _____
Name: David C. Flattum
Title: Managing Director

759159-4-22-v0.2                                                                                80-40601709