K&L GATES LLP
Lani A. Adler
599 Lexington Avenue
New York, NY 10022
(212) 536-3900 (telephone)
(212) 535-3901 (facsimile)

*Attorneys for iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (SCC) |
| Debtors. | **NOTICE OF APPEARANCE** |

---------------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that the undersigned counsel, Lani A. Adler of K&L Gates LLP, a member of this Court in good standing, respectfully enters her appearance as counsel of record for iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation).

**NOTICE IS FURTHER GIVEN**, that pursuant Rule 2002 to the Federal Rules of Bankruptcy Procedure, it is requested that all notices given or required to be given in this adversary proceeding, including but not limited to all papers filed and served in this adversary proceeding, be given to and served upon:

K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Attn: Lani A. Adler, Esq.
lani.adler@klgates.com
(212) 536-3900

**NOTICE IS FURTHER GIVEN,** that the foregoing request includes not only notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, but also

includes, without limitation, orders and notices of applications, motions, petitions, pleadings, requests, complaints or demands, whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise.

The filing of this appearance shall not waive any defenses or arguments that may be available to the iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation).

Any and all defenses and/or arguments available to the iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation) are hereby expressly preserved.

Dated:    New York, New York

April 18, 2016

Respectfully submitted,

K&L GATES LLP

By:  /s/ Lani A. Adler
    Lani A. Adler, Esq.
599 Lexington Avenue
New York, NY 10022
212-536-3900
lani.adler@klgates.com

*Attorneys for iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)*