# Exhibit D

| | |
|---|---|
| **From:** | Charlotte.Schildt@cms-hs.com |
| **Sent:** | Tuesday, August 11, 2015 12:51 PM |
| **To:** | Emma.Dibsdale@attestorcapital.com; Pierre.Bour@attestorcapital.com |
| **Cc:** | Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; Geraghty,Ron; Garza, Karen |
| **Subject:** | RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap |

Dear Emma,

many thanks. Confirmed.

Best regards,
Charlotte

**From:** Dibsdale, Emma [mailto:Emma.Dibsdale@attestorcapital.com]
**Sent:** Tuesday, August 11, 2015 6:02 PM
**To:** Schildt, Charlotte Louise <Charlotte.Schildt@cms-hs.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lbbag.de>; ronald.geraghty@lehmanholdings.com; karen.garza@lehmanholdings.com
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Charlotte,

Thank you for your email and schedules.

We have been through your spreadsheets and the majority tie in with our expectations. The exception to this is claim number 267 attached, this appears to confirm that we have already received the first 5 LBB distributions totalling 80% in receipts on the claim and the LBHI distribution. In fact, we have only received the LBHI distribution so we calculate that EUR 3,977,179.88 is due on this claim rather than the EUR 199,025.77 highlighted in cell F14. Could you please confirm that EUR 3,977,179.88 is the correct amount due on the claim and will be the amount received once all the formal requirements for the next distribution have been met?

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

1

**From:** Charlotte.Schildt@cms-hs.com [mailto:Charlotte.Schildt@cms-hs.com]
**Sent:** 10 August 2015 14:18
**To:** Bour, Pierre; Dibsdale, Emma
**Cc:** Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; ronald.geraghty@lehmanholdings.com; karen.garza@lehmanholdings.com
**Subject:** Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Pierre, Emma,

in preparation of a further, sixth distribution on the Lehman Brothers Bankhaus AG insolvency proceeding ("Distribution VI"), please find attached schedules showing the amounts that Trinity should receive to reach its Quota Cap as per the contractual agreements. Please could you check the schedules and confirm whether you are in agreement with the amounts or please name any changes from your perspective at your earliest convenience. Your confirmation on the schedules, i.e. the amounts to be distributed in order for Trinity to reach its Quota Cap, is required for actually making the distributions by LBB accordingly. Also, we are copying LBHI/Weil Gotshal as counsel for LBHI in this email for ease of reference in terms of reconciliation on amounts contained in these schedules.

Please note that the Distribution VI is still subject to formal requirements and exact timing for its actual conduct is not yet confirmed.

We are copying Christian Bärenz of GÖRG in this email, assuming that he is still authorized for receipt of letters. Form sheets as a requirement for taking part in the distribution beyond aforesaid confirmation will follow by separate mail.

Best regards,
Charlotte


**Dr. Charlotte Schildt**
**Rechtsanwältin | Partner**

T +49 69 71701 300
M +49 172 7221896
F +49 69 71701 367
E charlotte.schildt@cms-hs.com


Law.Tax

CMS Hasche Sigle Partnerschaft von Rechtsanwälten und Steuerberatern mbB
Barckhausstraße 12-16 | 60325 Frankfurt am Main | Deutschland
www.cms-hs.com

Sitz: Berlin (AG Charlottenburg, PR 316 B)
Liste der Partner: www.cms-hs.com/partner_list

Please consider the environment before printing.

Der Inhalt dieser E-Mail (einschliesslich etwaiger beigefuegter Dateien) ist vertraulich und nur fuer den Empfaenger bestimmt. Sollten Sie nicht der bestimmungsgemaesse Empfaenger sein, ist Ihnen jegliche Offenlegung, Vervielfaeltigung, Weitergabe oder Nutzung des Inhalts untersagt. Bitte informieren Sie in diesem Fall unverzueglich den Absender und loeschen Sie die E-Mail (einschliesslich etwaiger beigefuegter Dateien) von Ihrem System. Vielen Dank.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited,

and you should please notify the sender immediately and then delete it (including any attachments) from your system.
Thank you.