# Exhibit E

**From:** Charlotte.Schildt@cms-hs.com
**Sent:** Monday, September 14, 2015 12:09 PM
**To:** Garza, Karen; Geraghty,Ron
**Subject:** FW: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

FYI

**From:** Schildt, Charlotte Louise
**Sent:** Sunday, September 13, 2015 6:45 PM
**To:** 'Dibsdale, Emma' <Emma.Dibsdale@attestorcapital.com>; 'Bour, Pierre' <Pierre.Bour@attestorcapital.com>
**Cc:** 'CBaerenz@goerg.de' <CBaerenz@goerg.de>; Oliver Scheffen <Oliver.Scheffen@lehman.com>; 'White, Isobelle' <Isobelle.White@attestorcapital.com>; 'wolfgang.winkler@lbbag.de' <wolfgang.winkler@lbbag.de>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Emma, Dear Pierre,

We do hope all is well at your end.

Could you please revert back to us on the various forms required for Trinity to take part in the Distribution VI and the necessary withdrawals please? In order to wind down LBB and facilitate next steps towards resolution, it is required to move things forward on the withdrawals and the forms please.

Many thanks and best regards,
Charlotte

**Dr. Charlotte Schildt**
**Rechtsanwältin | Partner**

T +49 69 71701 300
M +49 172 7221896
F +49 69 71701 367
E charlotte.schildt@cms-hs.com



CMS Hasche Sigle Partnerschaft von Rechtsanwälten und Steuerberatern mbB
Barckhausstraße 12-16 | 60325 Frankfurt am Main | Deutschland
www.cms-hs.com

Sitz: Berlin (AG Charlottenburg, PR 316 B)
Liste der Partner: www.cms-hs.com/partner_list

Please consider the environment before printing.

**From:** Schildt, Charlotte Louise
**Sent:** Monday, September 07, 2015 7:38 PM
**To:** 'Dibsdale, Emma' <Emma.Dibsdale@attestorcapital.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** 'CBaerenz@goerg.de' <CBaerenz@goerg.de>; Oliver Scheffen <Oliver.Scheffen@lehman.com>; White, Isobelle <Isobelle.White@attestorcapital.com>; 'wolfgang.winkler@lbbag.de' <wolfgang.winkler@lbbag.de>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Emma,

Many thanks for your email. Hope all is well at your end too.

Unfortunately, under German insolvency law, all distributions made to creditors need to be made in the currency of EUR and cannot be changed into another currency.

Best regards,
Charlotte

---

**From:** Dibsdale, Emma [mailto:Emma.Dibsdale@attestorcapital.com]
**Sent:** Monday, September 07, 2015 12:48 PM
**To:** Schildt, Charlotte Louise <Charlotte.Schildt@cms-hs.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** 'CBaerenz@goerg.de' <CBaerenz@goerg.de>; Oliver Scheffen <Oliver.Scheffen@lbbag.de>; White, Isobelle <Isobelle.White@attestorcapital.com>; 'wolfgang.winkler@lbbag.de' <wolfgang.winkler@lbbag.de>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Hello Charlotte,

I hope you had a good weekend.

We are looking in to the remaining Bankhaus distributions and had a question for you. Given that the final distributions are based on outstanding payments due on the USD LBHI guarantees, would it be possible to receive the remaining payments in USD as per column I of the Quota Cap spreadsheets you sent in August rather than EUR?

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

---

**From:** Dibsdale, Emma
**Sent:** 01 September 2015 16:18
**To:** Charlotte.Schildt@cms-hs.com; Bour, Pierre

**Cc:** CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; White, Isobelle; wolfgang.winkler@lbbag.de
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Charlotte,

Apologies for the slow response. From reviewing the Quota Cap sheets once again, the numbers on all spreadsheets do appear to tie with what we were expecting. We will review the form sheets and come back to you with any comments.

On the claim withdrawal, as mentioned previously we are still liaising with DB on the Macron claim so as soon as this is resolved, we can revert back to you on all open points on the withdrawal.

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

---

**From:** Charlotte.Schildt@cms-hs.com [mailto:Charlotte.Schildt@cms-hs.com]
**Sent:** 31 August 2015 15:56
**To:** Dibsdale, Emma; Bour, Pierre
**Cc:** CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; White, Isobelle; wolfgang.winkler@lbbag.de
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Emma, Pierre,

Could you please advise on the status regarding

(i) form sheets,
(ii) confirmation of distribution amount and any mismatch on the numbers as you may have indicated in previous emails
(iii) withdrawal of solved claims (see my previous emails)

in order for us to initiate the distributions and reflect withdrawals in the insolvency schedule accordingly?

Many thanks and best regards,
Charlotte

**Dr. Charlotte Schildt**
**Rechtsanwältin | Partner**

**T** +49 69 71701 300
**M** +49 172 7221896
**F** +49 69 71701 367
**E** charlotte.schildt@cms-hs.com



CMS Hasche Sigle Partnerschaft von Rechtsanwälten und Steuerberatern mbB
Barckhausstraße 12-16 | 60325 Frankfurt am Main | Deutschland
www.cms-hs.com

Sitz: Berlin (AG Charlottenburg, PR 316 B)
Liste der Partner: www.cms-hs.com/partner_list

Please consider the environment before printing.

---

**From:** Schildt, Charlotte Louise
**Sent:** Thursday, August 27, 2015 9:38 AM
**To:** 'Dibsdale, Emma' <Emma.Dibsdale@attestorcapital.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lehman.com>; White, Isobelle <Isobelle.White@attestorcapital.com>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Emma,

many thanks. Please let us know any comments and feedback also in terms of form sheets as basis for Trinity to receive the distributions accordingly. Distributions are currently scheduled for **next week**.

Best regards,
Charlotte

---

**From:** Dibsdale, Emma [mailto:Emma.Dibsdale@attestorcapital.com]
**Sent:** Monday, August 24, 2015 6:35 PM
**To:** Schildt, Charlotte Louise <Charlotte.Schildt@cms-hs.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lbbag.de>; White, Isobelle <Isobelle.White@attestorcapital.com>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Charlotte,

Further to my email last week, we potentially have spotted a discrepancy in one of the schedules sent a couple of weeks ago. We will look in to this further and revert back later in the week.

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

---

**From:** Charlotte.Schildt@cms-hs.com [mailto:Charlotte.Schildt@cms-hs.com]
**Sent:** 20 August 2015 11:56
**To:** Dibsdale, Emma; Bour, Pierre
**Cc:** CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; White, Isobelle
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Emma,

Thanks for informing us.

All distributions can be made upon submission of the required form sheets and confirmation, i.e. previous distributions can be made as soon as they are returned to us and reviewed. Final distribution to follow promptly thereafter.

If possible, please would you send all documents as soon as possible after signatory's return and your review of numbers as LBB is facing negative interest on cash standing on accounts being made available for distributions.

Kind regards,
Charlotte

---

**From:** Dibsdale, Emma [mailto:Emma.Dibsdale@attestorcapital.com]
**Sent:** Thursday, August 20, 2015 10:23 AM
**To:** Schildt, Charlotte Louise <Charlotte.Schildt@cms-hs.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lbbag.de>; Hollander, Bianca <Bianca.Hollander@cms-hs.com>; White, Isobelle <Isobelle.White@attestorcapital.com>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Good morning Charlotte,

Apologies for the delay. Pierre is out of the office for the time being and given this will be the last LBB distribution, we want to do a final check of the figures with him before we go through and sign the documents.

In terms of timing on payments, will we receive the first 5 distributions on claim number 267 before the final distribution on this and the other claims is made?

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

**From:** Charlotte.Schildt@cms-hs.com [mailto:Charlotte.Schildt@cms-hs.com]
**Sent:** 19 August 2015 20:31
**To:** Dibsdale, Emma; Bour, Pierre
**Cc:** CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; Bianca.Hollander@cms-hs.com
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Emma, Pierre,

Could you please revert back to us on the documents required for Trinity to take part in the planned next distribution (re-attached here)?

In order to ensure proper conduct, please return the executed documents as early as possible during this week.

Many thanks and best regards,
Charlotte

**From:** Schildt, Charlotte Louise
**Sent:** Thursday, August 13, 2015 4:50 PM
**To:** 'Dibsdale, Emma' <Emma.Dibsdale@attestorcapital.com>; 'Bour, Pierre' <Pierre.Bour@attestorcapital.com>
**Cc:** 'CBaerenz@goerg.de' <CBaerenz@goerg.de>; Oliver Scheffen <Oliver.Scheffen@lehman.com>; Hollander, Bianca <bianca.hollander@cms-hs.com>
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Emma,

Attached are the documents for Trinity to execute

- Confirmation re distribution amount as stated in the schedule that you already confirmed and registered claims holding (in German language though)
- Form Sheet re bank data
- Form sheet re tax

Could you please execute and send back duly executed documents to us in advance via PDF by next Tuesday, if possible?

Many thanks and best regards,
Charlotte

**From:** Schildt, Charlotte Louise
**Sent:** Tuesday, August 11, 2015 6:51 PM
**To:** 'Dibsdale, Emma' <Emma.Dibsdale@attestorcapital.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lehman.com>; ronald.geraghty@lehmanholdings.com; karen.garza@lehmanholdings.com
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Emma,

many thanks. Confirmed.

Best regards,

Charlotte

**From:** Dibsdale, Emma [mailto:Emma.Dibsdale@attestorcapital.com]
**Sent:** Tuesday, August 11, 2015 6:02 PM
**To:** Schildt, Charlotte Louise <Charlotte.Schildt@cms-hs.com>; Bour, Pierre <Pierre.Bour@attestorcapital.com>
**Cc:** Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver Scheffen <Oliver.Scheffen@lbbag.de>; ronald.geraghty@lehmanholdings.com; karen.garza@lehmanholdings.com
**Subject:** RE: Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Dear Charlotte,

Thank you for your email and schedules.

We have been through your spreadsheets and the majority tie in with our expectations. The exception to this is claim number 267 attached, this appears to confirm that we have already received the first 5 LBB distributions totalling 80% in receipts on the claim and the LBHI distribution. In fact, we have only received the LBHI distribution so we calculate that EUR 3,977,179.88 is due on this claim rather than the EUR 199,025.77 highlighted in cell F14. Could you please confirm that EUR 3,977,179.88 is the correct amount due on the claim and will be the amount received once all the formal requirements for the next distribution have been met?

Kind regards,
Emma

**Emma Dibsdale (née Turney)**
**Attestor Capital LLP**
Fourth Floor
20 Balderton Street
London W1K 6TL
Tel: +44 2070749629
Mob: +44 7827224063
Emma.Dibsdale@attestorcapital.com

*Please note that my email address is now Emma.Dibsdale@attestorcapital.com*

**From:** Charlotte.Schildt@cms-hs.com [mailto:Charlotte.Schildt@cms-hs.com]
**Sent:** 10 August 2015 14:18
**To:** Bour, Pierre; Dibsdale, Emma
**Cc:** Christian.Grahlmann@weil.com; CBaerenz@goerg.de; Oliver.Scheffen@lbbag.de; ronald.geraghty@lehmanholdings.com; karen.garza@lehmanholdings.com
**Subject:** Preparation of another distribution to LBB creditors - Schedules regarding the Quota Cap

Pierre, Emma,

in preparation of a further, sixth distribution on the Lehman Brothers Bankhaus AG insolvency proceeding ("Distribution VI"), please find attached schedules showing the amounts that Trinity should receive to reach its Quota Cap as per the contractual agreements. Please could you check the schedules and confirm whether you are in agreement with the amounts or please name any changes from your perspective at your earliest convenience. Your confirmation on the schedules, i.e. the amounts to be distributed in order for Trinity to reach its Quota Cap, is required for actually making the distributions by LBB accordingly. Also, we are copying LBHI/Weil Gotshal as counsel for LBHI in this email for ease of reference in terms of reconciliation on amounts contained in these schedules.

Please note that the Distribution VI is still subject to formal requirements and exact timing for its actual conduct is not yet confirmed.

We are copying Christian Bärenz of GÖRG in this email, assuming that he is still authorized for receipt of letters. Form sheets as a requirement for taking part in the distribution beyond aforesaid confirmation will follow by separate mail.

Best regards,
Charlotte

**Dr. Charlotte Schildt**
**Rechtsanwältin | Partner**

**T** +49 69 71701 300
**M** +49 172 7221896
**F** +49 69 71701 367
**E** charlotte.schildt@cms-hs.com



CMS Hasche Sigle Partnerschaft von Rechtsanwälten und Steuerberatern mbB
Barckhausstraße 12-16 | 60325 Frankfurt am Main | Deutschland
www.cms-hs.com

Sitz: Berlin (AG Charlottenburg, PR 316 B)
Liste der Partner: www.cms-hs.com/partner_list

Please consider the environment before printing.

Der Inhalt dieser E-Mail (einschliesslich etwaiger beigefuegter Dateien) ist vertraulich und nur fuer den Empfaenger bestimmt. Sollten Sie nicht der bestimmungsgemaesse Empfaenger sein, ist Ihnen jegliche Offenlegung, Vervielfaeltigung, Weitergabe oder Nutzung des Inhalts untersagt. Bitte informieren Sie in diesem Fall unverzueglich den Absender und loeschen Sie die E-Mail (einschliesslich etwaiger beigefuegter Dateien) von Ihrem System. Vielen Dank.

The contents of this e-mail (including any attachments) are confidential and may be legally privileged. If you are not the intended recipient of this e-mail, any disclosure, copying, distribution or use of its contents is strictly prohibited, and you should please notify the sender immediately and then delete it (including any attachments) from your system.
Thank you.