

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED

MAR 28 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)
Claim Number: 55824-23**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-23, filed on 10/29/2009, has assigned the rights arising out of this claim corresponding with the following securities

50 pcs. "Lehman Bros Treasury Co. B.V." (ISIN **DE000A0MJHE1**)
in the amount of a face value of USD 53,307,30

to

**Heidi Angelika Hammelbacher,
domiciled Kaiserstuhlstraße 23, 14129 Berlin, Germany**.

The remaining rights arising out of the claim Number 55824 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Mrs. Hammelbacher have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Mrs. Hammelbacher acknowledge and represent that due to the assignment mentioned herein above Mrs. Hammelbacher has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 15.03.16            Berlin, 3.3.16

Bethmann Bank AG                        Heidi Angelika Hammelbacher
(Assignor)                              (Assignee)

Jochen Weber   Oliver Körner            Heidi Angelika Hammelbacher



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 16.03.2016

Dear Sir or Madam,

please note that claim # 55824-23 has been transferred to Mrs. Heidi Angelika Hammelbacher – please see attached note.

Could you please process it accordingly?

Thank you very much!

Kind regards
Bethmann Bank

Anja Sonnleithner                                                    Claudia Schön

Bethmann Bank AG
Bethmannstraße 7 - 9
60311 Frankfurt am Main
Briefadresse: Postfach 10 06 32
60006 Frankfurt am Main
Telefon +49 69 2177 - 0
Telefax +49 69 2177 - 3449

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main,
HRB 57565
USt-ID:   DE 122786951



Postfach 10 06 32
60006 Frankfurt am Main



De
FR.
17.
Brie
PP