

FILED
U.S. BANKRUPTCY COURT
2016 APR -1  P 12: 55
S.D.N.Y.

March 28, 2016

Christopher J Lucht
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue,
New York, NY  10110

Re:  Lehman Brothers Holdings Inc., Pltf. vs. 1St Advantage Mortgage, L.L.C., et al., Dfts. // To: SGB Corporation

Case No.   0813555SCC

Dear Sir/Madam:

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

CT was unable to forward.

Very truly yours,


The Corporation Company

Log# 528895613

Sent By Regular Mail


cc:  Southern District of New York - U.S. Bankruptcy Court
     Courtroom 623 (SCC), One Bowling Green,
     New York, NY  10004-1408