# Exhibit C

# ATTESTOR CAPITAL LLP

20 Balderton Street | London W1K 6TL
Tel: +44(0) 207 074 9610

Dr Michael Frege
(als Insolvenzverwalter über das Vermögen der/
as insolvency administrator of
Lehman Brothers Bankhaus AG)
Lehman Brothers Bankhaus AG, Frankfurt
Barckhausstrasse 12-16
60325 Frankfurt am Main

14 April 2015

Dear Sirs

**Lehman Brothers Bankhaus AG – Claims withdrawal notice**

We refer to the following claim numbers filed against Lehman Brothers Bankhaus AG ("LBB"):

a)  38-554 in the amount of €5,464,645.54
b)  38-555 in the amount of €1,743,926.10
c)  38-556 in the amount of €4,450,802.69
d)  38-557 in the amount of €10,985,597.08
e)  38-559 in the amount of €1,973,256.60
f)  38-560 in the amount of €2,994,055.73
g)  38-561 in the amount of €2,102,812.28
h)  38-562 in the amount of €564,311.74
i)  38-553 in the amount of €392,922.13
j)  38-569 in the amount of €44,094.87
k)  38-570 in the amount of €149,369.57
l)  38-552 in the amount of €127,520.70
m)  38-564 in the amount of €329,489.67
n)  38-567 in the amount of €213,102.96
o)  38-565 in the amount of €814,797.23
p)  38-566 in the amount of €150,061.04
q)  38-568 in the amount of €151,371.89
r)  38-706 in the amount of €44,677.64

(together the "Claims").

We are acting on behalf of Trinity Investments Limited, the current registered holder of the Claim (the "Claimant").

We confirm that Trinity Investments Limited hereby withdraws the Claims and authorises the insolvency administrator of LBB to reflect this withdrawal on the official claims register for LBB. This withdrawal of the Claims is without prejudice to any other claims, including, without limitation, any other claims asserted against LBB or its affiliates by Trinity Investments Limited or its affiliates.

The undersigned represents and warrant that he is authorised by the Claimant to execute this notice of withdrawal of the Claims and that the withdrawal of the Claims is within the Claimant's corporate powers, has been duly authorised and will not contravene any constitutional document or other agreement binding on it or any law, regulation, judgement or administrative action binding on it.

Yours faithfully

Attestor Capital LLP,
the Investment Manager of Trinity Investments Limited

By: Pierre Bour

Title: Managing Member

Attestor Capital LLP authorised and regulated by the Financial Conduct Authority. Registered in England and Wales under Partnership number OC366937