K&L Gates LLP
Lani A. Adler
Robert T. Honeywell
599 Lexington Avenue
New York, NY 10022
(212) 536-3900 (telephone)
(212) 535-3901 (facsimile)

*Attorneys for iFreedom Direct Corporation (f/k/a New Freedom Mortgage Corporation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al. | Case No. 08-13555 (SCC) |
| Debtors. | **AFFIDAVIT OF SERVICE** |

--------------------------------------------------------------------x

STATE OF NEW YORK   )
                                       )  ss.:
COUNTY OF NEW YORK )

**ROXANA I. CIULEI** being duly sworn, deposes and says:

1. I am not a party to this action and I am over 18 years of age.

2. On April 21, 2016, I caused to be served, **BY HAND BY MESSENGER SERVICE** true and correct copies of iFreedom Direct Corporation's Objection to Motion of Lehman Brothers Holdings Inc. to Enforce the Automatic Stay, The Plan, and the Confirmation Order Against iFreedom Direct Corporation and SecurityNational Mortgage Company, and the Declaration of Kevin Gates in Support thereof.

| | |
|---|---|
| The Honorable Shelley C. Chapman<br>One Bowling Green<br>New York, New York 10004<br>Courtroom 621 | Weil Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Attn: Richard P. Krasnow, Esq., Lori R. Fife, Esq., Shai Y.Waisman, Esq., and Jacqueline Marcus, Esq., attorneys for the Debtors |
| U.S. Trustee<br>33 Whitehall Street, 21st Floor<br>New York, New York 10004<br>Attn: Andy Velez-Rivera, Esq., Paul Schwartzberg, Esq., Brian Masumoto, Esq., Linda Riffkin, Esq., and Tracy Hope Davis, Esq. | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, New York 10005<br>Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq., and Evan R. Fleck, Esq., attorneys for the Creditors' Committee |
| Office of the United States Trustee for Region 2<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1066<br>New York, NY 10014<br>Attn: William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq. | Wollmuth Maher & Deutsch LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>Attn: James N. Lawlor, Esq.<br>Attorneys for the Plan Administrator |

3.      On April 21, 2016, I caused to be served, by **FEDERAL EXPRESS OVERNIGHT MAIL** true and correct copies of iFreedom Direct Corporation's Objection to Motion of Lehman Brothers Holdings Inc. to Enforce the Automatic Stay, The Plan, and the Confirmation Order Against iFreedom Direct Corporation and SecurityNational Mortgage Company, and the Declaration of Kevin Gates in Support thereof.

| | |
|---|---|
| Scott M. Quist, Registered Agent<br>SecurityNational Mortgage Company<br>5300 S. 360 West Suite 310<br>Salt Lake City, UT 84123 | Rollin Braswell Fisher LLC<br>8350 E. Crescent Parkway, Suite 100<br>Greenwood Village, Colorado 80111<br>Attn: Michael A. Rollin, Esq.<br>Attorneys for the Plan Administrator |

4. On April 21, 2016, I caused to be served, by **EMAIL** true and correct copies of iFreedom Direct Corporation's Objection to Motion of Lehman Brothers Holdings Inc. to Enforce the Automatic Stay, The Plan, and the Confirmation Order Against iFreedom Direct Corporation and SecurityNational Mortgage Company, and the Declaration of Kevin Gates in Support thereof upon the parties where an email address is indicated, and by **FIRST CLASS MAIL** by depositing the same, enclosed in a postage paid envelope, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, upon the parties where no email address is designated, in the Master Service List, filed by Lehman Brothers Holdings Inc. on April 8, 2016 at ECF Doc. 52470.

_____
Roxana I. Ciulei

Sworn to before me this
21st day of April, 2016

_____
Notary Public

MARIE SONNER
Notary Public, State of New York
No. 01SO4956431
Qualified in Nassau County
Commission Expires November 30, 2017