**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 52473, 52474,
: 52475, 52476, 52477, 52478,
: 52479, 52480, 52484, 52486,
: 52490
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 13, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 13, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
14th day of April, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2014

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:  BAR(23) MAILID *** 000104511994 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000171737



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN
BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 37431-07 in the above referenced case and in the amount of
$7,963,621.08 allowed at $5,000,000.00 has been transferred (unless previously expunged by court order)

TRC MASTER FUND LLC
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
ATTN: TERREL ROSS
100 MERRICK ROAD, SUITE 308E
ROCKVILLE CENTRE, NY 11570

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      52474      in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/13/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 13, 2016.

# EXHIBIT B

08-13555-mg    Doc 52559    Filed 04/21/16    Entered 04/21/16 16:13:46    Main Document
Pg 4 of 6

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GMO EMERGING COUNTRY DEBT, L.P., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN/ ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; ANTE JAKIC & GARY S. COHEN, BANK OF AMERICA TOWER,3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND,A SERIES OF JPMORGAN TRUST II, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: GMO EMERGING COUNTRY DEBT, L.P., C/O BANK OF AMERICA MERRILL LYNCH, ATTN: GARY S. COHEN/ ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; ANTE JAKIC & GARY S. COHEN, BANK OF AMERICA TOWER,3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: JPMORGAN CORE PLUS BOND FUND,A SERIES OF JPMORGAN TRUST II, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, MERRICK ROAD, SUITE 308 E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 115700 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| TRC MASTER FUND LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: TERREL ROSS, 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |

| Claim Name | Address Information |
|---|---|
| TRC MASTER FUND, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., 100 MERRICK ROAD, SUITE 308E, ROCKVILLE CENTRE, NY 11570 |
| UNICREDIT S.P.A. | TRANSFEROR: ICCREA BANCA S.P.A., ATTN: MRS. STEFANIA ANDREOLI, VIA ALESSANDRO SPECCHI 16, ROME 00186 ITALY |

**Total Creditor Count 25**