**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 52181, 52182, |
|  | : 52183, 52184, 52255, 52409, |
|  | : 52410, 52411, 52412, 52413, |
|  | : 52427, 52491, 52492, 52493 |

---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 14, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 14, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
14th day of April, 2016
/s/ *Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:      BAR(23) MAILID *** 000104513478 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000125727



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 11305-01 in the above referenced case and in the amount of $5,300,167.02 allowed at $2,775,480.91 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| MORGAN STANLEY SENIOR FUNDING, INC. | MORGAN STANLEY SENIOR FUNDING, INC. |
| TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | C/O RICHARDS KIBBE & ORBE LLP |
| ATTN: JOHN RAGUSA | ATTN: MANAGING LAW CLERK |
| 1585 BROADWAY - 2ND FLOOR | ONE WORLD FINANCIAL CENTER |
| NEW YORK, NY 10036 | NEW YORK, NY 10281-1003 |

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        52181                in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/14/2016                         Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez

                                         EPIQ BANKRUPTCY SOLUTIONS, LLC

                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 14, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY & CO INTERNATIONAL PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ANGELO GORDON & CO LP, CLO GROUP, ATTN: MICHAEL NICOLO, 245 PARK AVE 26TH FL, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, ANGELO GORDON & CO LP, CLO GROUP, ATTN: MICHAEL NICOLO, 245 PARK AVE 26TH FL, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES LLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| COMPAGNIE MONEGASQUE DE BANQUE S.A.M | TRANSFEROR: HSBC PRIVATE BANK MONACO S.A., 23 AVENUE DE LA COSTA, 98000 MONACO  MONACO |
| CYRUS HEARTLAND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HSBC PRIVATE BANK MONACO S.A. | ATTN: GAELLE MIGANI, HEAD OF SECURITIES DEPARTMENT, 17 AVENUE D'OSTENDE, MONACO 98000 MONACO |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: INTESA SANPAOLO PRIVATE BANKING S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ILLIQUIDX LLP | 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: KLEINWORT BENSON BANK LIMITED, ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX LLP | TRANSFEROR: KLEINWORT BENSON BANK LIMITED, ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |

**Total Creditor Count 42**