**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------- x
                                                           :   Chapter 11

In re:                                                         :
                                                         :   Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :
                                                         :   (Jointly Administered)

                            Debtors.                     :

                                                         :   Ref. Docket No. 52356

--------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                               ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 14, 2016, I caused to be served the "Notice of Defective Transfer," dated March 4, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                       */s/ Konstantina Haidopoulos*
                                       Konstantina Haidopoulos

Sworn to before me this
14th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000104513517 ***          LBH DEFTRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE                                        CREDIT SUISSE
ATTN: PAUL GILMORE                                   CRAVATH, SWAINE & MOORE LLP
ELEVEN MADISON AVENUE                                ATTN: RICHARD LEVIN
NEW YORK, NY 10010                                   WORLDWIDE PLAZA
                                                     825 EIGHTH AVENUE
                                                     NEW YORK, NY 10019

BRAGA ANSELMO
VI DELLO SPORT 10
TURBIGO (MI) 20029
ITALY

**Your transfer  of claim # 55829 is defective for the reason(s) checked below:**

Other MISSING PAGES[S] - CAN'T VERIFY WHICH RECORD TO TRANSFER

Docket Number    52356                    Date:  03/04/2016

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BRAGA ANSELMO | VI DELLO SPORT 10, TURBIGO (MI) 20029 ITALY |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |

**Total Creditor Count 3**