UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
|                                                | : | Chapter 11 Case No. |
| In re:                                         | : |                     |
|                                                | : | 08-13555 (SCC)      |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,**     | : |                     |
|                                                | : | (Jointly Administered) |
|                  Debtors.                      | : |                     |
|                                                | : | Ref. Docket No. 52494 |
---------------------------------------------------------------x

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 11, 2016, I caused to be served the "Notice of Cancellation of Hearing Scheduled for April 14, 2016 at 10:00 A.M.," dated April 11, 2016 [Docket No. 52494], by causing true and correct copies to be:

    i.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
12th day of April, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

T:\Clients\LBH\Affidavits\Ntc of Cancellation of Hrg on April 14 2016_DI 52494_AFF_4-11-16.docx

# EXHIBIT A

MRS. S.A.B. VAN ROOY, DVM AND LLM
SCHOONOUWENSEWEG 24
2821 NX STOLWIJK
THE NETHERLANDS

EPSTEIN BECKER & GREEN, P.C.
ATTN: KENNETH J. KELLEY, ESQ.
(COUNSEL TO INFOSPACE, INC. AND INTERSIL CORP.)
250 PARK AVENUE
NEW YORK, NY 10177-1211

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

| Email Addresses |
|---|
| aaaronson@dilworthlaw.com |
| aalfonso@willkie.com |
| abeaumont@fklaw.com |
| abraunstein@riemerlaw.com |
| acaton@kramerlevin.com |
| adarwin@nixonpeabody.com |
| Adiamond@DiamondMcCarthy.com |
| adk@msf-law.com |
| aeckstein@blankrome.com |
| aentwistle@entwistle-law.com |
| agbanknewyork@ag.tn.gov |
| aglenn@kasowitz.com |
| agold@herrick.com |
| aisenberg@saul.com |
| akadish@dtlawgroup.com |
| akolod@mosessinger.com |
| alum@ftportfolios.com |
| amarder@msek.com |
| amartin@sheppardmullin.com |
| AMcMullen@BoultCummings.com |
| amenard@tishmanspeyer.com |
| amh@amhandlerlaw.com |
| Andrew.Brozman@cliffordchance.com |
| andrew.lourie@kobrekim.com |
| andrewtenzer@paulhastings.com |
| angelich.george@arentfox.com |
| angie.owens@skadden.com |
| ann.reynaud@shell.com |
| anthony_boccanfuso@aporter.com |
| aoberry@bermanesq.com |
| aostrow@beckerglynn.com |
| appleby@chapman.com |
| aquale@sidley.com |
| arainone@bracheichler.com |
| arheaume@riemerlaw.com |
| arosenblatt@chadbourne.com |
| arthur.rosenberg@hklaw.com |
| arwolf@wlrk.com |
| aschwartz@homerbonner.com |
| aseuffert@lawpost-nyc.com |
| ashmead@sewkis.com |

| |
|---|
| asnow@ssbb.com |
| asomers@rctlegal.com |
| aunger@sidley.com |
| austin.bankruptcy@publicans.com |
| avenes@whitecase.com |
| bankruptcy@goodwin.com |
| bankruptcy@morrisoncohen.com |
| bankruptcy@ntexas-attorneys.com |
| bankruptcymatters@us.nomura.com |
| barbra.parlin@hklaw.com |
| bbisignani@postschell.com |
| bcarlson@co.sanmateo.ca.us |
| bdk@schlamstone.com |
| ben.lewis@hoganlovells.com |
| bguiney@pbwt.com |
| bmanne@tuckerlaw.com |
| BMiller@mofo.com |
| boneill@kramerlevin.com |
| Brian.Corey@greentreecreditsolutions.com |
| brosenblum@jonesday.com |
| brotenberg@wolffsamson.com |
| broy@rltlawfirm.com |
| bruce.wright@sutherland.com |
| bstrickland@wtplaw.com |
| btrust@mayerbrown.com |
| bturk@tishmanspeyer.com |
| bwolfe@sheppardmullin.com |
| cahn@clm.com |
| canelas@pursuitpartners.com |
| cbelisle@wfw.com |
| cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com |
| cfarley@mccarter.com |
| cgonzalez@diazreus.com |
| Chad.Husnick@kirkland.com |
| chammerman@paulweiss.com |
| charles@filardi-law.com |
| charles_malloy@aporter.com |
| chemrick@connellfoley.com |
| chipford@parkerpoe.com |
| chris.donoho@lovells.com |
| Christopher.Greco@kirkland.com |

| |
|---|
| Claude.Montgomery@dentons.com |
| clynch@reedsmith.com |
| cmestres@aclawllp.com |
| cohen@sewkis.com |
| cp@stevenslee.com |
| cpappas@dilworthlaw.com |
| craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com |
| crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com |
| cschreiber@winston.com |
| cshore@whitecase.com |
| cshulman@sheppardmullin.com |
| cszyfer@stroock.com |
| cwalsh@mayerbrown.com |
| cward@polsinelli.com |
| cweber@ebg-law.com |
| cweiss@ingramllp.com |
| dallas.bankruptcy@publicans.com |
| dave.davis@isgria.com |
| david.bennett@tklaw.com |
| david.heller@lw.com |
| david.livshiz@freshfields.com |
| david.powlen@btlaw.com |
| davids@blbglaw.com |
| davidwheeler@mvalaw.com |
| dbarber@bsblawyers.com |
| dbaumstein@whitecase.com |
| dbesikof@loeb.com |
| dcimo@gjb-law.com |
| dcoffino@cov.com |
| dcrapo@gibbonslaw.com |
| ddavis@paulweiss.com |
| ddrebsky@nixonpeabody.com |
| ddunne@milbank.com |
| deggermann@kramerlevin.com |
| deggert@freebornpeters.com |
| demetra.liggins@tklaw.com |
| dennis.tracey@hoganlovells.com |
| dfelder@orrick.com |
| dflanigan@polsinelli.com |
| dgrimes@reedsmith.com |

| |
|---|
| dhayes@mcguirewoods.com |
| dheffer@foley.com |
| dhurst@coleschotz.com |
| dhw@dhclegal.com |
| diconzam@gtlaw.com |
| djcarragher@daypitney.com |
| djoseph@stradley.com |
| dkessler@ktmc.com |
| dkozusko@willkie.com |
| dlemay@chadbourne.com |
| dlipke@vedderprice.com |
| dmark@kasowitz.com |
| dmcguire@winston.com |
| dmiller@steinlubin.com |
| dmurray@jenner.com |
| dneier@winston.com |
| dodonnell@milbank.com |
| dove.michelle@dorsey.com |
| dpegno@dpklaw.com |
| draelson@fisherbrothers.com |
| drosenzweig@fulbright.com |
| drosner@goulstonstorrs.com |
| drosner@kasowitz.com |
| dshaffer@wtplaw.com |
| dspelfogel@foley.com |
| dtatge@ebglaw.com |
| dtheising@harrisonmoberly.com |
| dwdykhouse@pbwt.com |
| dworkman@bakerlaw.com |
| easmith@venable.com |
| ebcalvo@pbfcm.com |
| ecohen@russell.com |
| edward.flanders@pillsburylaw.com |
| efleck@milbank.com |
| efriedman@fklaw.com |
| efriedman@friedmanspring.com |
| ekbergc@lanepowell.com |
| eleicht@whitecase.com |
| ellen.halstead@cwt.com |
| emagnelli@bracheichler.com |
| emerberg@mayerbrown.com |
| enkaplan@kaplanlandau.com |

| |
|---|
| eobrien@sbchlaw.com |
| eschwartz@contrariancapital.com |
| etillinghast@sheppardmullin.com |
| eweinick@otterbourg.com |
| ezujkowski@emmetmarvin.com |
| fcarruzzo@kramerlevin.com |
| ffm@bostonbusinesslaw.com |
| fhenn@law.nyc.gov |
| fhyman@mayerbrown.com |
| foont@foontlaw.com |
| fsosnick@shearman.com |
| fyates@sonnenschein.com |
| gabriel.delvirginia@verizon.net |
| gary.ravertpllc@gmail.com |
| gbray@milbank.com |
| george.south@dlapiper.com |
| ggitomer@mkbattorneys.com |
| ggoodman@foley.com |
| giddens@hugheshubbard.com |
| gkaden@goulstonstorrs.com |
| glenn.siegel@dechert.com |
| glenn.siegel@morganlewis.com |
| gmoss@riemerlaw.com |
| goldenberg@ssnyc.com |
| gplotko@kramerlevin.com |
| gspilsbury@jsslaw.com |
| guzman@sewkis.com |
| harrisjm@michigan.gov |
| harveystrickon@paulhastings.com |
| hbeltzer@mayerbrown.com |
| heim.steve@dorsey.com |
| heiser@chapman.com |
| hmagaliff@r3mlaw.com |
| holsen@stroock.com |
| hooper@sewkis.com |
| howard.hawkins@cwt.com |
| hrh@lhmlawfirm.com |
| hseife@chadbourne.com |
| hsnovikoff@wlrk.com |
| hsteel@brownrudnick.com |
| igoldstein@proskauer.com |
| irethy@stblaw.com |

| |
|---|
| israel.dahan@cwt.com |
| iva.uroic@dechert.com |
| jacobsonn@sec.gov |
| jalward@blankrome.com |
| james.heaney@lawdeb.com |
| james.mcclammy@dpw.com |
| james.sprayregen@kirkland.com |
| jamesboyajian@gmail.com |
| jamestecce@quinnemanuel.com |
| jar@outtengolden.com |
| jay.hurst@oag.state.tx.us |
| jay@kleinsolomon.com |
| jbeemer@entwistle-law.com |
| jbeiers@co.sanmateo.ca.us |
| jbromley@cgsh.com |
| jcarberry@cl-law.com |
| jchristian@tobinlaw.com |
| jdoran@haslaw.com |
| jdwarner@warnerandscheuerman.com |
| jdweck@sutherland.com |
| jdyas@halperinlaw.net |
| jean-david.barnea@usdoj.gov |
| jeanites@whiteandwilliams.com |
| jeannette.boot@wilmerhale.com |
| jeff.wittig@coair.com |
| jeldredge@velaw.com |
| jennifer.demarco@cliffordchance.com |
| jennifer.gore@shell.com |
| jfalgowski@reedsmith.com |
| jg5786@att.com |
| jgenovese@gjb-law.com |
| jgoodchild@morganlewis.com |
| jguy@orrick.com |
| jhiggins@fdlaw.com |
| jhorgan@phxa.com |
| jhuggett@margolisedelstein.com |
| jim@atkinslawfirm.com |
| jjtancredi@daypitney.com |
| jjureller@klestadt.com |
| jlamar@maynardcooper.com |
| jlawlor@wmd-law.com |
| jlee@foley.com |

| |
|---|
| jlevitin@cahill.com |
| jlscott@reedsmith.com |
| jmaddock@mcguirewoods.com |
| jmazermarino@msek.com |
| jmelko@gardere.com |
| jmerva@fult.com |
| jmmurphy@stradley.com |
| jmr@msf-law.com |
| jnm@mccallaraymer.com |
| john.beck@hoganlovells.com |
| john.monaghan@hklaw.com |
| john.mule@ag.state.mn.us |
| john.rapisardi@cwt.com |
| johnramirez@paulhastings.com |
| jonathan.goldblatt@bnymellon.com |
| Jonathan.Henes@kirkland.com |
| jorbach@hahnhessen.com |
| Joseph.Cordaro@usdoj.gov |
| Joseph.Serino@kirkland.com |
| joshua.dorchak@morganlewis.com |
| jowen769@yahoo.com |
| joy.mathias@dubaiic.com |
| JPintarelli@mofo.com |
| jporter@entwistle-law.com |
| jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com |
| jrsmith@hunton.com |
| jschiller@bsfllp.com |
| jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com |
| jsherman@bsfllp.com |
| jshickich@riddellwilliams.com |
| jsmairo@pbnlaw.com |
| jstoll@mayerbrown.com |
| jsullivan@mosessinger.com |
| jtimko@shutts.com |
| judy.morse@crowedunlevy.com |
| jvail@ssrl.com |
| jwcohen@daypitney.com |
| jweiss@gibsondunn.com |
| jwest@velaw.com |
| jwh@njlawfirm.com |

| |
|---|
| jzulack@fzwz.com |
| kanema@formanlaw.com |
| karen.wagner@dpw.com |
| karl.geercken@alston.com |
| kdwbankruptcydepartment@kelleydrye.com |
| keckhardt@hunton.com |
| keith.simon@lw.com |
| Ken.Coleman@allenovery.com |
| ken.higman@hp.com |
| kerry.moynihan@hro.com |
| kgwynne@reedsmith.com |
| kiplok@hugheshubbard.com |
| kit.weitnauer@alston.com |
| kkelly@ebglaw.com |
| kkolbig@mosessinger.com |
| klyman@irell.com |
| klynch@formanlaw.com |
| kmayer@mccarter.com |
| kobak@hugheshubbard.com |
| korr@orrick.com |
| kovskyd@pepperlaw.com |
| kressk@pepperlaw.com |
| KReynolds@mklawnyc.com |
| krodriguez@allenmatkins.com |
| krosen@lowenstein.com |
| kurt.mayr@bgllp.com |
| Landon@slollp.com |
| lapeterson@foley.com |
| lawallf@pepperlaw.com |
| lawrence.gelber@srz.com |
| lberkoff@moritthock.com |
| Lee.Stremba@troutmansanders.com |
| Lee.whidden@dentons.com |
| lgranfield@cgsh.com |
| lhandelsman@stroock.com |
| lisa.solomon@att.net |
| LJKotler@duanemorris.com |
| lkatz@ltblaw.com |
| LKISS@KLESTADT.COM |
| lmarinuzzi@mofo.com |
| lmcgowen@orrick.com |
| lnashelsky@mofo.com |

| |
|---|
| loizides@loizides.com |
| lschweitzer@cgsh.com |
| lucdespins@paulhastings.com |
| mabrams@willkie.com |
| MAOFILING@CGSH.COM |
| Marc.Chait@SC.com |
| margolin@hugheshubbard.com |
| mark.bane@ropesgray.com |
| mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com |
| mark.sherrill@sutherland.com |
| Marvin.Clements@ag.tn.gov |
| matt@willaw.com |
| matthew.klepper@dlapiper.com |
| maustin@orrick.com |
| mbenner@tishmanspeyer.com |
| mberman@nixonpeabody.com |
| mbienenstock@proskauer.com |
| mbloemsma@mhjur.com |
| mbossi@thompsoncoburn.com |
| mcademartori@sheppardmullin.com |
| mcarthurk@sullcrom.com |
| mccarthyj@sullcrom.com |
| mcordone@stradley.com |
| mcto@debevoise.com |
| mcyganowski@oshr.com |
| mdorval@stradley.com |
| meggie.gilstrap@bakerbotts.com |
| melorod@gtlaw.com |
| meltzere@pepperlaw.com |
| metkin@lowenstein.com |
| mfeldman@willkie.com |
| mginzburg@daypitney.com |
| mgordon@briggs.com |
| mgreger@allenmatkins.com |
| mh1@mccallaraymer.com |
| mhopkins@cov.com |
| michael.frege@cms-hs.com |
| michael.kelly@monarchlp.com |
| michael.krauss@faegrebd.com |
| michael.mccrory@btlaw.com |
| michaels@jstriallaw.com |

| |
|---|
| millee12@nationwide.com |
| miller@taftlaw.com |
| mimi.m.wong@irscounsel.treas.gov |
| mitchell.ayer@tklaw.com |
| mjedelman@vedderprice.com |
| MJR1@westchestergov.com |
| mlahaie@akingump.com |
| MLandman@lcbf.com |
| mlichtenstein@crowell.com |
| mlynch2@travelers.com |
| mmendez@crb-law.com |
| mmorreale@us.mufg.jp |
| mneier@ibolaw.com |
| monica.lawless@brookfieldproperties.com |
| mpage@kelleydrye.com |
| mparry@mosessinger.com |
| mpedreira@proskauer.com |
| mprimoff@kayescholer.com |
| mpucillo@bermanesq.com |
| mrosenthal@gibsondunn.com |
| mruetzel@whitecase.com |
| mschimel@sju.edu |
| msegarra@mayerbrown.com |
| mshiner@tuckerlaw.com |
| msolow@kayescholer.com |
| mspeiser@stroock.com |
| mstamer@akingump.com |
| munno@sewkis.com |
| mvenditto@reedsmith.com |
| mwarner@coleschotz.com |
| mwarren@mtb.com |
| nathan.spatz@pillsburylaw.com |
| nbinder@binderschwartz.com |
| nbojar@fklaw.com |
| ncoco@mwe.com |
| neal.mann@oag.state.ny.us |
| ned.schodek@shearman.com |
| neilberger@teamtogut.com |
| Nherman@morganlewis.com |
| nissay_10259-0154@mhmjapan.com |
| nlepore@schnader.com |
| notice@bkcylaw.com |

| |
|---|
| NYROBankruptcy@SEC.GOV |
| otccorpactions@finra.org |
| paronzon@milbank.com |
| pbattista@gjb-law.com |
| pbosswick@ssbb.com |
| pdublin@akingump.com |
| peisenberg@lockelord.com |
| peter.gilhuly@lw.com |
| peter.macdonald@wilmerhale.com |
| peter.simmons@friedfrank.com |
| peter@bankrupt.com |
| pfeldman@oshr.com |
| pfinkel@wilmingtontrust.com |
| phayden@mcguirewoods.com |
| philip.wells@ropesgray.com |
| pmaxcy@sonnenschein.com |
| ppascuzzi@ffwplaw.com |
| ppatterson@stradley.com |
| psp@njlawfirm.com |
| ptrostle@jenner.com |
| raj.madan@skadden.com |
| ramona.neal@hp.com |
| rbeacher@pryorcashman.com |
| rbernard@foley.com |
| rbyman@jenner.com |
| rdaversa@orrick.com |
| relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com |
| rgmason@wlrk.com |
| rgoodman@moundcotton.com |
| rgraham@whitecase.com |
| rhett.campbell@tklaw.com |
| richard.lear@hklaw.com |
| richard@rwmaplc.com |
| rick.murphy@sutherland.com |
| RJones@BoultCummings.com |
| rleek@HodgsonRuss.com |
| RLevin@cravath.com |
| rmatzat@hahnhessen.com |
| rnetzer@willkie.com |
| robert.dombroff@bingham.com |
| robert.honeywell@klgates.com |

| |
|---|
| robert.malone@dbr.com |
| Robert.yalen@usdoj.gov |
| Robin.Keller@Lovells.com |
| roger@rnagioff.com |
| ross.martin@ropesgray.com |
| rpedone@nixonpeabody.com |
| rrainer@wmd-law.com |
| rroupinian@outtengolden.com |
| rrussell@andrewskurth.com |
| russj4478@aol.com |
| RYaspan@YaspanLaw.com |
| sabin.willett@bingham.com |
| sabramowitz@velaw.com |
| sabvanrooy@hotmail.com |
| Sally.Henry@skadden.com |
| samuel.cavior@pillsburylaw.com |
| sandyscafaria@eaton.com |
| scargill@lowenstein.com |
| schager@ssnyc.com |
| schannej@pepperlaw.com |
| Schepis@pursuitpartners.com |
| schnabel.eric@dorsey.com |
| schristianson@buchalter.com |
| scott.golden@hoganlovells.com |
| scottj@sullcrom.com |
| scottshelley@quinnemanuel.com |
| scousins@armstrongteasdale.com |
| sdnyecf@dor.mo.gov |
| seba.kurian@invesco.com |
| sehlers@armstrongteasdale.com |
| sfalanga@connellfoley.com |
| sfelderstein@ffwplaw.com |
| sfineman@lchb.com |
| sfox@mcguirewoods.com |
| sgordon@cahill.com |
| sgraziano@blbglaw.com |
| sgubner@ebg-law.com |
| sharbeck@sipc.org |
| shari.leventhal@ny.frb.org |
| shgross5@yahoo.com |
| sidorsky@butzel.com |
| sldreyfuss@hlgslaw.com |

| |
|---|
| sleo@bm.net |
| slerman@ebglaw.com |
| slerner@ssd.com |
| slevine@brownrudnick.com |
| SLoden@DiamondMcCarthy.com |
| smillman@stroock.com |
| smulligan@bsblawyers.com |
| snewman@katskykorins.com |
| sory@fdlaw.com |
| squsba@stblaw.com |
| SRee@lcbf.com |
| sschultz@akingump.com |
| sselbst@herrick.com |
| sshimshak@paulweiss.com |
| sskelly@teamtogut.com |
| sstarr@starrandstarr.com |
| steele@lowenstein.com |
| stephen.cowan@dlapiper.com |
| stephen.hessler@kirkland.com |
| steve.ginther@dor.mo.gov |
| steven.usdin@flastergreenberg.com |
| Streusand@slollp.com |
| susheelkirpalani@quinnemanuel.com |
| swolowitz@mayerbrown.com |
| szuber@csglaw.com |
| szuch@wiggin.com |
| tannweiler@greerherz.com |
| tbrock@ssbb.com |
| tdewey@dpklaw.com |
| TGoren@mofo.com |
| thomas.califano@dlapiper.com |
| timothy.harkness@freshfields.com |
| tjfreedman@pbnlaw.com |
| tkiriakos@mayerbrown.com |
| tlauria@whitecase.com |
| tmacwright@whitecase.com |
| tmm@mullaw.org |
| tnixon@gklaw.com |
| toby.r.rosenberg@irscounsel.treas.gov |
| tomwelsh@orrick.com |
| tsalter@blankrome.com |
| tslome@msek.com |

| |
|---|
| tunrad@burnslev.com |
| vguldi@zuckerman.com |
| Villa@slollp.com |
| vmilione@nixonpeabody.com |
| vrubinstein@loeb.com |
| wanda.goodloe@cbre.com |
| wbenzija@halperinlaw.net |
| wcurchack@loeb.com |
| wfoster@milbank.com |
| will.sugden@alston.com |
| wisotska@pepperlaw.com |
| wk@pwlawyers.com |
| wmaher@wmd-law.com |
| wmarcari@ebglaw.com |
| wmckenna@foley.com |
| wsilverm@oshr.com |
| wswearingen@llf-law.com |
| wtaylor@mccarter.com |
| wzoberman@bermanesq.com |
| YUwatoko@mofo.com |