KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* | : | **Case No.: 08-13555 (SCC)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *April 18, 2016*, I caused to be served a true and correct copy of the *Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF. No. 52537], by electronic mail on all parties receiving notice *via* the Court's ECF System.

This is also to certify that on *April 20, 2016*, I caused to be served a true and correct copy of the *Amended Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF. No. 52544], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service list were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or overnight mail.

Dated: April 21, 2016
      New York, New York

                          KING & SPALDING LLP

                          By:  */s/ Scott Davidson*
                          Arthur Steinberg
                          Scott Davidson
                          KING & SPALDING LLP
                          1185 Avenue of the Americas
                          New York, New York 10036
                          Telephone: (212) 556-2100
                          Facsimile: (212) 556-2222

                          *Counsel for Lehman Brothers Holdings Inc.*

DMSLIBRARY01\28825717.v1

## Service List For April 18, 2016

**Documents Served *via* Email:**

(1)  *Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF. No. 52537]

ddunne@milbank.com

dodonnell@milbank.com

efleck@milbank.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

joshua.dorchak@morganlewis.com

matthew.ziegler@morganlewis.com

DMSLIBRARY01\28825717.v1

<u>**Service List For April 18, 2016**</u>

<u>**Documents Served *via* Overnight Delivery:**</u>

(1)  *Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF. No. 52537]

| | |
|---|---|
| William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>U.S. Department of Justice<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Joshua Dorchak<br>Matthew C. Ziegler<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 |

DMSLIBRARY01\28825717.v1

<u>**Service List For April 20, 2016**</u>

<u>**Documents Served *via* Email:**</u>

(1)  *Amended Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief*  [ECF. No. 52544]

ddunne@milbank.com

dodonnell@milbank.com

efleck@milbank.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

joshua.dorchak@morganlewis.com

matthew.ziegler@morganlewis.com

**Service List For April 20, 2016**

**Documents Served *via* Overnight Delivery:**

(1)  *Amended Objection by Lehman Brothers Holdings Inc. to the Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims and Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF. No. 52544]

| | |
|---|---|
| William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>U.S. Department of Justice<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Joshua Dorchak<br>Matthew C. Ziegler<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 |

DMSLIBRARY01\28825717.v1