**WONG FLEMING**
James K. Haney, Esq.
821 Alexander Road, Suite 200
Princeton, NJ 08540
Phone: (609) 951-9520
Fax: (609) 951-0270
jhaney@wongfleming.com

*Counsel for Nationwide Life Insurance Company
and Nationwide Mutual Life Insurance Company*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, *et al*. | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

The undersigned attorney with the firm of WONG FLEMING, as counsel for Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Company, hereby withdraws his appearance and requests removal from any and all service lists including the Court's CM/ECF notification list.

Dated:  April 22, 2016
        Princeton, New Jersey

Respectfully submitted,

*/s/ James K. Haney*____
James K. Haney, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Tel : (609) 951-9520
Email: jhaney@wongfleming.com
*Counsel for Nationwide Life Insurance Company
and Nationwide Mutual Life Insurance Company*

## CERTIFICATE OF SERVICE

I, James Haney, certify that a copy of Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Company Notice of Withdrawal of Appearance and Request for Removal from Service Lists and this Certificate of Service was served upon all parties through the Court's Electronic Filing System on April 22, 2016:

/s/ James Haney_____
James Haney, Esq.
WONG FLEMING
821 Alexander Road, Suite 200
Princeton, New Jersey 08540
Tel : (609) 951-9520
Email: jhaney@wongfleming.com
*Counsel for Nationwide Life Insurance Company and Nationwide Mutual Life Insurance Company*