WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
William F. Dahill
John D. Giampolo
Mara R. Lieber

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
: 
In re : Chapter 11
: 
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : Case No.: 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I, John D. Giampolo, of full age, hereby certify as follows:

1. I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above referenced chapter 11 cases.

2. I caused true and correct copies of the (i) *Notice of Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* dated April 21, 2016 [ECF No. 52570-1]; (ii) *Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other*

*Ancillary Relief* dated April 21, 2016 [ECF No. 52570] (the "**Motion**"); (iii) Declaration of Karen B. Garza in support of the Motion; and (iv) the proposed order for the Motion, to be served electronically on April 21, 2016 through the Court's ECF filing system on the parties requesting electronic service, and on April 22, 2016 in the manner set forth herein on the parties shown below:

The Honorable Shelley C. Chapman
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004
*Via Hand Delivery*

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
*Via Hand Delivery*

Deutsche Bank AG, London Branch
c/o Joshua Dorchak, Esq.
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
*Via Hand Delivery*

Deutsche Bank AG, London Branch
c/o Jeffrey M. Olinsky
Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
*Via Hand Delivery*

Dated: New York, New York             */s/ John D. Giampolo*
       April 22, 2016                                John D. Giampolo