# EXHIBIT A

| EXHIBIT A - LIST OF POTENTIAL SUCCESSORS ||| 
| --- | --- | --- |
| **Counterparty/Seller** | **Potential Successor** | **Links Between Counterparty and Potential Successor** |
| Access Mortgage Corporation ("Access") | Whitney Bank ("Whitney") | Information obtained by LBHI indicates the following: The original entity, Access, is listed as active by the Florida Secretary of State. Access was a subsidiary of Parish National Bank ("Parish"), which guaranteed Access' Obligations. Parish merged into another bank, which subsequent to an additional merger became Whitney. Whitney and Access share a mailing address, and several of Access' officers are officers of Whitney. |
| American Lending Network, Inc. ("ALN") | Academy Mortgage Corporation ("Academy") | Information obtained by LBHI indicates the following: The original entity, ALN, was voluntarily dissolved. ALN was purchased by or otherwise merged into Academy. Academy continued the operations of ALN, operating at the same office and using the same phone and fax numbers as ALN. One of ALN's owners became branch manager of Academy and several ALN loan officers continued at Academy. |
| Arizona Loan Center Inc. ("ALC") | Arizona Seller Financing ("ASF") & Arizona Loan Center LLC ("ALC LLC") | Information obtained by LBHI indicates the following: The original entity, ALC, administratively dissolved in 2009. The owner and principal of ALC is a member and officer of both ASF and ALC LLC, which were formed around the time that ALC dissolved. One or both of ASF and ALC LLC appear to have continued the operations of ALC. |
| Axiom Financial, Inc. ("Axiom") | RMR Financial, LLC ("RMR") & PHH Home Loans, Inc. ("PHH") | Information obtained by LBHI indicates the following: The original entity, Axiom, converted from a corporation to an LLC in 2005 and subsequently merged into RMR. Currently, RMR uses Axiom Financial and Axiom Lending Services as DBAs in Utah. Axiom's website indicates that it is a DBA of RMR. RMR is an active California LLC. RMR is a wholly owned subsidiary of PHH, and RMR and PHH share a business mailing address. PHH does business as RMR and Axiom. |
| Baytree Lending Company ("Baytree") | The Federal Savings Bank ("Federal Savings") | Information obtained by LBHI indicates the following: The original entity, Baytree, was voluntarily dissolved. Baytree operated as a subsidiary of Baytree National Bank & Trust Co., which merged into Federal Savings in 2015. Federal Savings continued Baytree's mortgage operations at Baytree's Lake Forest location, and advertised to Baytree's customers that they would have no disruption of service. |
| Chicago Bancorp ("Chicago") | The Federal Savings Bank ("Federal Savings") | Information obtained by LBHI indicates the following: The original entity, Chicago, voluntarily dissolved. The owners of Chicago and other employees are now officers of Federal Savings. Federal Savings uses the address of Chicago for one of its branches. In a similar case involving repurchase claims, the plaintiff identified Federal Savings as a successor to Chicago based, in part, on an alleged transfer of assets from Chicago to Federal with the intent to hinder collection. |
| Gateway Funding Diversified Mortgage Services, L.P. ("Gateway") | Finance of America Mortgage, LLC ("FOA") | Information obtained by LBHI indicates the following: The original entity, Gateway, is listed as cancelled by the Pennsylvania Secretary of State. Gateway was acquired by or otherwise merged into Finance of America Holdings ("FOA Holdings") and appears to have continued as FOA, which is a subsidiary of FOA Holdings. FOA's NMLS entry lists Gateway as both a prior trade name and a prior legal name, and FOA utilizes the same mortgage lender license as Gateway in several states. Several of Gateway's officers are now officers of FOA. |
| First Independent Mortgage Company ("FIMC") | Legacy Group Holdings, Inc.; Legacy Group Lending, Inc.; & Legacy Group Capital, LLC (together, the "Legacy Entities") | Information obtained by LBHI indicates the following: The original entity, FIMC, is listed as inactive by the Washington Secretary of State. One or more of the Legacy Entities appears to have carried on the business of FIMC. The Legacy Entities all have the same owners and officers, most of whom were officers of FIMC. Legacy Group Lending, Inc. has been identified as successor to FIMC in other proceedings. |
| Frontier Investment Company ("Frontier") | SELCO Community Credit Union ("SELCO") | Information obtained by LBHI indicates the following: The original entity, Frontier, was acquired by and operated as a wholly owned subsidiary of SELCO. Although Frontier eventually dissolved, SELCO and/or another of its subsidiaries continued Frontier's mortgage lending operations. One or more officers and managers of Frontier are now listed on the SELCO website as part of its mortgage team. |

| Counterparty/Seller | Potential Successor | Links Between Counterparty and Potential Successor |
|---|---|---|
| Home Capital Funding ("Home Capital") | Reverse Mortgage Solutions, Inc dba Security 1 Lending aka Security One Lending ("Security 1") | Information obtained by LBHI indicates the following: The original entity, Home Capital, had its corporate status suspended.  Home Capital was acquired by or otherwise merged into Security 1, which appears to have continued Home Capital's operations in the same building as Home Capital.  One or more officers, directors, and/or owners of Home Capital became officers, directors, and/or owners of Security 1. |
| Jose P. Escamilla, dba Imperial Mortgage Group ("Escamilla") | Imperial Mortgage Group, Inc. ("Imperial") | Information obtained by LBHI indicates the following: The original entity was a sole proprietorship owned by Escamilla, which did business as Imperial Mortgage Group. Imperial was incorporated as a California Corporation in 2008 and appears to have continued Escamilla's mortgage broker operations as a corporation.  Escamilla is the owner and president of Imperial. |
| K & B Capital Corporation ("K&B") | Choice Mortgage Bank, Inc. ("Choice") | Information obtained by LBHI indicates the following:  The original entity, K&B, is still an active entity in Florida.   The owner of K&B is also the owner of Choice, but only lists K&B as an employer on his NMLS page.  K&B used Choice as a trade name, and Choice uses K&B's NMLS number.  Choice registered as a separate entity at the same address as K&B and appears to have taken over K&B's origination business, claiming to have been operating since 1995. |
| Loan Correspondents Inc. ("Correspondents") | Secure One Capital Corporation ("Secure One") | Information obtained by LBHI indicates the following: The original entity, Correspondents, had its corporate status suspended.  Secure One appears to have continued Correspondents' mortgage lending operations.  One or more officers, directors, and/or owners of Correspondents became officers, directors, and/or owners of Secure One. |
| Loanguy.com | Targetrate.com | Information obtained by LBHI indicates the following: The original entity, Loanguy.com, has had its corporate status suspended.  Targetrate.com appears to have continued Loanguy.com's mortgage lending opeations. The owner of Loanguy.com is also the owner of Targetrate.com and operates Targetrate.com's Twitter account. |
| Maribella Mortgage, LLC ("Maribella") | Marketplace Home Mortgage, LLC ("Marketplace") | Information obtained by LBHI indicates the following.  The original entity, Maribella, is currently inactive. Several owners and/or officers of Maribella are also owners and/or officers at Marketplace,  and Marketplace operates at the same address as Maribella. |
| Mortgage Direct, Inc ("Direct") | Bridgeview Bank Mortgage ("Bridgeview") | Information obtained by LBHI indicates the following: The original entity, Direct, is now administratively dissolved.  The former President and CEO of Direct stated that it was acquired by Bridgeview.  Bridgeview appears to have continued Direct's mortgage operations. The President and CEO of Direct became the regional Vice President of Bridgeview, and one or more key employees of Direct have continued in similar roles at Bridgeview. |
| National City Mortgage, Inc. ("NCM") | PNC Mortgage, a division of PNC Bank, N.A. ("PNC") | Information obtained by LBHI indicates the following: The original entity, NCM, was merged out of existence.  National City Bank, along with its wholly owned subsidiary NCM, merged with and into PNC Bank, National Association.  PNC has represented itself in court as the "successor by merger to [NCM], a division of National City Bank." |
| Nations Home Funding, Inc. ("Nations") | Churchill Mortgage Corporation ("Churchill") | Information obtained by LBHI indicates the following: The original entity, Nations, is no longer active.  Churchill appears to have continued Nations' operations at one or more of the same locations.  Nations and Churchill share in common one or more current or former officers, directors, and/or owners. |
| Oro Real, Inc. ("Oro") | Cal Funding ("Cal") | Information obtained by LBHI indicates the following: The original entity, Oro, is dissolved.   The President and sole owner of Oro is the President and/or owner of Cal.  Cal appears to have continued Oro's operations at the same address that Oro indicated was its principal place of business on its correspondent application. |
| Precision Home Loans ("Precision") | Veritas Funding, LLC ("Veritas") | Information obtained by LBHI indicates the following: The original entity, Precision, is expired.  Veritas appears to have continued Precision's operations at the same address.  The owner of Precision is now a branch manager at the same location as Veritas. |

2

| Counterparty/Seller | Potential Successor | Links Between Counterparty and Potential Successor |
|---|---|---|
| Premier Mortgage Services, LLC ("Premier") | Kingdom First Mortgage LLC ("Kingdom") | Information obtained by LBHI indicates the following: The original entity, Premier, cancelled its corporate status.  The President and/or owner of Premier is also the President and/or owner of Kingdom, and at least one other key employee from Premier now works for Kingdom. |
| Republic Mortgage Home Loans, LLC ("Republic") | Academy Mortgage Corporation ("Academy") | Information obtained by LBHI indicates the following:  The original entity, Republic, was acquired by Academy.  Academy appears to have continued Republic's operations and operates a branch at Republic's former address.  The President of Republic is now a Senior Manager at Academy. |
| Response Mortgage Services, Inc. ("Response") | John L. Scott, Inc. ("JLS") | Information obtained by LBHI indicates the following: Response is a wholly owned subsidiary of JLS, shares several officers, directors, and/or owners, and operates at the same principal place of business.  At the time that Response became a correspondent, JLS signed a Guaranty Agreement that guaranteed Response's full performance of and compliance with all the agreements between Response and LBB, including all the representations and warranties contained in the Seller's Guide. |
| RMR Financial, LLC ("RMR") | PHH Home Loans, LLC ("PHH") | Information obtained by LBHI indicates the following:  The original entity, RMR, is still an active entity in California.   RMR is a wholly owned subsidiary of PHH, and RMR and PHH share a business mailing address.  PHH does business as RMR. |
| Security Pacific Home Loans, Inc. ("SPHL") | Skyline Home Loans d/b/a New Leaf Lending, a division of Skyline Financial Corporation ("Skyline") | Information obtained by LBHI indicates the following: The original entity, SPHL, had its corporate status suspended.  Skyline appears to have continued SPHL's operations. Skyline does business as SPHL under the trade name Security Pacific Home Loans.   SPHL's website redirects to "New Leaf Lending, a division of Skyline Financial Corp.  The former SPHL founder and president became an officer of Skyline. |
| Sunbelt Lending Services, Inc. ("Sunbelt") | PHH Home Loans, Inc. ("PHH") | Information obtained by LBHI indicates the following: The original entity, Sunbelt, merged with or was otherwise acquired by PHH.  Currently, PHH's NMLS entry lists "Sunbelt Lending Services" as a DBA.   The website for Sunbelt Lending Services, states that it is a DBA of PHH. |
| Vision Mortgage LLC ("Vision") | Eagle Creek Mortgage, LLC ("Eagle Creek") | Information obtained by LBHI indicates the following: The original entity, Vision, dissolved in 2008.   Several owners and/or officers of Vision are owners and/or officers of Eagle Creek.  Eagle Creek uses a phone number formerly used by Vision. |
| WinStar Mortgage Partners, Inc. ("WinStar") | Summit Mortgage Corporation ("Summit") | Information obtained by LBHI indicates the following: The original entity, WinStar, is no longer active and ceased operations in 2007 and was administratively dissolved in 2009.  Summit appears to have continued WinStar's mortgage operations, and several officers, directors, and/or shareholders of  WinStar continued as officers, directors, and/or shareholders of Summit. |