**DBS PRIVATE BANK**

31 March 2016

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
U.S.A



Attention : United States Bankruptcy Court
Southern District of New York

Dear Sirs,

**LEHMAN PROGRAMS SECURITIES**
**TRANSFER OF CLAIM FROM DBS BANK (HONG KONG) LIMITED TO DBS BANK LTD**
1) ISIN XS0275721628
2) ISIN XS0336249643

Please find attached evidence of transfer of claim for your necessary action.

If you have any queries, please do not hesitate to contact the undersigned at telephone +65 66820298 / +65 6878 4323.

Yours faithfully,
For and on behalf of DBS Bank Ltd

Woon Li Tsan
Vice-President

Sim Geok Kim
Vice-President

DBS Bank Ltd  12 Marina Boulevard, Level 6, DBS Asia Central @ Marina Bay Financial Centre Tower 3, Singapore 018982  www.dbs.com.sg/private-bank

Co. Reg. No. 196800306E
06-18-048 (02/2014) AW

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>DBS BANK LTD | Name of Transferor:<br>DBS Bank (Hong Kong) Limited |
|---|---|
| Notices to Transferee should be sent to:<br>DBS BANK LTD<br>2 Changi Business Park Crescent #09-05 Lobby B<br>DBS Asia Hub Singapore 486029<br>Attn: Head of Wealth Management Operations<br>Tel: +65 6878 4323 / +65 6682 0298 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>DBS BANK (HONG KONG) LIMITED<br>Wealth Management Operations<br>14th Floor, One Island East<br>18 Westlands Road, Quarry Bay, Hong Kong<br>Attn: Head of Wealth Management Operations<br>Tel: +852 3668 1880<br>Email:<br>pbohkcorpact@dbs.com /<br>pbohksecur_ut@dbs.com |
| Amount of Claim Being Transferred:<br><br>$_____<br><br>OR<br><br>See attached (face amount of securities) | |
| Court Claim No. (if known): 62901 | |
| Date Claim Filed: November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 31. 3. 2016

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

**Evidence of Transfer**

**EVIDENCE OF TRANSFER OF CLAIM**

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *62901* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

**This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:**

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| ELN OTH, Lehman Bros Tres, Mat: 30-NOV-2009, 12.5% (Defaulted) | XS0275721628 | LEHMAN BROTHERS TREASURY CO. BV | LEHMAN BROTHERS HOLDINGS INC | USD 500,000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**DBS BANK (HONG KONG) LIMITED** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**DBS BANK LTD.**
2 Changi Business Park Crescent #09-05 Lobby B
DBS Asia Hub Singapore 486029
Attn: Head of Wealth Management Operations
Tel: +65 6878 4323 / +65 6682 0298
Email:
litsanwoon@dbs.com / geokkimsim@dbs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated 11 March 2016.

DBS Bank (Hong Kong) Limited
Transferor

By: _____
Name: YUK CHIT WONG / STEPHEN WING ON LEUNG
Title: Vice-President / Senior Associate


ACKNOWLEDGED BY:

DBS BANK Ltd.
Transferee

By: _____
Name: SIM GEOK KIM / WOON LI TSAN
Title: VICE PRESIDENT / VICE PRESIDENT