FILED / RECEIVED

APR 11 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc., etal., Debtor;     Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Garry Titterton
Name of Transferee

China Gateway Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
Four Gables, 47 St. Anne's Road,
Eastbourne, East Sussex, BN21 2HR
United Kingdom

Phone: +44 (0) 1323650087
Last Four Digits of Acct #: _____
Email: garry@intelligentpositioning.com

Name and Address where transferee payments should be sent (if different from above):
HSBC Bank, 94 Terminus Road,
Eastbourne, East Sussex, BN21 3ND,
United Kingdom.
Phone: +44(0)3457 707070.
Last Four Digits of Acct #: _____

Court Claim # (if known): 40393
Amount of Claim: $101,799.49
Date Claim Filed: 10/15/09

Phone: +44 (0) 1323650087
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Garry Titterton /s/     Date: 4/11/16
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571