Schedule 4

Proofs of Claim

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000042090

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://vvvw.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Legend Logistics Ltd.
c/o Capitol International LLC    and    Thomas R. Slome, Esq.
Shop No. 2, G/FL,                       Meyer, Suozzi, English & Klein. PC
Emirates Centre - PO Box 41710          990 Stewart Avenue
Karama, Dubai U.A.E.                    P.O Box 9194
Attn:  Mr. R. Sakhrani                  Garden City, New York 11530-9194
Telephone number:97150 4553832  email: capitol@emirates.net.ae

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

See Rider Section 5

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 500,000.00 _____ **(Required)** Plus Interest; See Rider

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0351261630                **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
CA07696                              See Rider and Certificate of Holding
                                     **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
BNP Paribas Account No. 15512 at Clearstream
(Swift Code CEDELULLXXX)               **(Required)**      See Rider and Certificate of Holding

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED
OCT 1 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10/10/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

732891

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re:                                                    Chapter 11

**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,              Case No. 08-13555 (JMP)

                                    Debtors.              (Jointly Administered)
-------------------------------------------------------------------X

## RIDER TO LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

1.    <u>Basis for Claim</u>.

     Legend Logistics Ltd. ("Claimant") is the beneficial holder of the securities listed on the

attached Certificate of Holdings (the "Certificate").  The Certificate provides the amount, type

and ISIN Code for the securities, as well as the account number of the institution through which

Claimant holds these securities.  A "Blocking Number" is also reflected on the Certificate.

     Claimant makes claim against Lehman Brothers Holdings Inc. (the "Debtor") for the

principal amount of these securities, which is $500,000), plus any and all applicable interest or

other earnings or charges to which Claimant is entitled as a result of the ownership of these

securities, including without limitation interest accruing on the securities before and after the

September 15, 2008 date on which the Debtor filed its bankruptcy petition.  Interest accrued and

unpaid to that date is $9,270.80.

2.    <u>Reservation of Rights</u>.

     Claimant reserves the right to amend or supplement this Proof of Claim to reflect any

additional claims against the Debtor, to specify additional interest, costs, expenses or other

charges or claims incurred by the Claimant and to file additional claims that may be based on the

same or additional documents.

3.    <u>No Waiver</u>.

This Proof of Claim is filed to protect the Claimant from forfeiture of the Claim. The filing of this Proof of Claim is not: (a) a waiver or release of the Claimant's rights against any person, entity or property; (b) a consent by the Claimant to the jurisdiction of the Bankruptcy Court with respect to the subject matter of the Claim or any objection or other proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of this reference or otherwise challenge the jurisdiction of the Bankruptcy Court; (d) an election of remedy; (e) a waiver of any rights or claims the Claimant has against the Debtor or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; or (f) a waiver of past, present or future defaults or events of default.

4.    <u>Notices</u>.

All notices to the Claimant should be sent to:

> MEYER, SUOZZI, ENGLISH & KLEIN, P.C.
> Attn: Thomas R. Slome, Esq.
> 990 Stewart Avenue, Suite 300
> P.O. Box 9194
> Garden City, New York 11530-9194
> Email: tslome@msek.com
> Phone: 516-592-5772
>
> Legend Logistics Ltd.
> c/o Capitol International LLC
> Shop No. 2, G/Fl
> Emirates Centre (San Fashion Bldg)
> P.O. Box 41710
> Karama, Dubai, U.A.E.
> Attn: Mr. R. Sakhrani
> Email: capitol@emirates.net.ae
> Phone: 97150 4553832

5.    Payment.

Payment on the claim should be made payable to Legend Logistics Ltd. and be sent to:

> Legend Logistics Ltd.
> c/o BNP Paribas (Suisse) S.A.
> Selnaustrasse 16
> CH -8022 Zurich
> Switzerland

3

Capitol International LLC
P.O. Box 41710
Dubai
United Arab Emirates

Geneva, 01.09.2009

## Certificate of holding

We are pleased to confirm that you, as client of our Bank, held, as per
Mr/Ms..........................................., the following position :

**USD  500'000  –  7,5%  LEHMAN  BROTH  TRSY  3/M  LIB.  08-2018**

**(ISIN code: XS0351261630)**

Those securities are registered on our account n° 15512 named BNP Paribas/clients
assets opened at Clearstream, 42 Avenue J.F. Kennedy, 1855 Luxembourg
(CEDELULLXXX).

**The Blocking Number is CA07696**

This information is delivered upon your request and in the context of the filing of
Proof in the Lehman Brothers Holding Incorporated's bankruptcy proceeding. It is
given to you without any liability and should not be interpreted as an undertaking on
our part.

Yours faithfully,


BNP PARIBAS (SUISSE) SA

# MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

COUNSELORS AT LAW

ONE COMMERCE PLAZA
SUITE 1705
ALBANY, NEW YORK 12260
518-465-5551
FACSIMILE: 518-465-2033

1300 CONNECTICUT AVENUE, N.W.
SUITE 600
WASHINGTON, DC 20036
202-955-6340
FACSIMILE: 202-223-0358

990 STEWART AVENUE, SUITE 300
P.O. BOX 9194
GARDEN CITY, NEW YORK 11530-9194
516-741-6565
FACSIMILE: 516-741-6706
E-MAIL: meyersuozzi@msek.com
WEBSITE: http://www.msek.com

1350 BROADWAY, SUITE 501
P.O. BOX 822
NEW YORK, NEW YORK 10018-0026
212-239-4999
FACSIMILE: 212-239-1311

425 BROADHOLLOW ROAD, SUITE 405
P.O. BOX 9064
MELVILLE, NEW YORK 11747-9064
631-249-6565
FACSIMILE: 631-777-6906

THOMAS R. SLOME

October 16, 2009

**VIA FEDEX**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

> Re:  In re Lehman Brothers Holdings Inc.
> Chapter 11 Case No. 08-13555 (JMP)

Dear Sir/Madam:

Enclosed is an original and one copy of a Lehman Securities Programs Proof of Claim, which we are submitting on behalf of our client, Legend Logistics Ltd.

Please file the original (together with its rider and other attachment) and return the copy, file stamped to show receipt, in the enclosed self-addressed post-paid envelope.

Very truly yours,

Thomas R. Slome

TRS/lg
encl.

737316



**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000043481 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Creditor: SelectInvest Financial Service AG**
**            1010 Vienna, Kaerntnerstrasse 51/Top 3a**

**Notices to: Bankhaus Schelhammer & Schattera AG**
**            1010 Vienna, Goldschmiedgasse 3**

Telephone number:                      Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
   *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

**Bankhaus Schelhammer & Schattera AG**
**Goldschmiedgasse 3, 1010 Vienna, Austria**

Telephone number: +43153434    Email Address: bank.office@schelhammer.at

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **---641,880.00---** (Required)

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **XS0231181222**    (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
   **(Clearstream) CA34598**
                           (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
   **-38121-**
                    (Required)

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**OCT 2 1 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. **2009, Oct. 15** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571


Bankhaus
Schelhammer & Schattera



BANKHAUS
**Schelhammer & Schattera**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States of America
CERTIFIED MAIL / einschreiben

Vienna, 2009-10-15

Subject:     Proofs of Claim based on Lehman Programs Securities
                    Adjustment of our transmitted Proof of Claim Form dated 2009-09-28

Dear Sirs and Madams!

Referring to the subject mentioned above and our letter dated 2009-09-28 we kindly ask you
to adjust our already transmitted Proof of Claim Form (dated see above) as we unfortunately
have used a wrong blocking number. We hereby attach the "correct", duly completed form
with the valid blocking number CA34598 in number 3.
Except the mentioned blocking number, everything else stays the same.
We also ask you to affirm the reception of this letter including the form per e-mail
bank.office@schelhammer.at for our records.

With kind regards,

Bankhaus
Schelhammer & Schattera
Aktiengesellschaft

One Attachment
Proof of Claim Form





*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000044269

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

_____ Y

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Mainosbuumi Oy
c/o Front Capital Ltd
Aleksanterinkatu 48A
FI-00100 HELSINKI
FINLAND

Telephone number: +35896829800  Email Address: pekka.nikala@front.fi

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 70755 **(Required)**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** FI0008903000 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

0209101225990000000648    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

1680235-8    **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 2 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| Oct 16, 2009 | no  Pekka Rikala  FRONT CAPITAL LTD |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## POWER OF ATTORNEY

The undersigned, Mainosbuumi Oy (1640265-3), hereby appoints Front Capital Ltd. (business identity code: 2045856-1) as our true and lawful attorney for the purposes of representing ourselves in our name and/or on our behalf in connection with or in relation to:

(i)    the insolvency proceedings of:

a)    Lehman Brothers Holdings Inc. (the process initiated by the petition filed on September 15, 2008 in the United States Bankruptcy Court for the Southern District of New York seeking relief under chapter 11 of the United States Bankruptcy Code);

b)    Lehman Brothers Treasury Co. B.V (the process initiated by the provisional suspension of payment (*voorlopige surseance van betaling*) granted by the Amsterdam District Court on September 19, 2008); and/or

c)    such other group company of Lehman Brothers Holdings Inc. as Front Capital Ltd. deems appropriate for the purposes of supervising our interests;

(hereinafter referred to as the **"Insolvency Proceedings"**) in each case, in our capacity of creditors under certain structured notes issued by Lehman Brothers Treasury Co. B.V and guaranteed by Lehman Brothers Holdings Inc. (notes with identification number(s) FI0008903000);

(ii)    any agreements, instruments and other documents in relation to the Insolvency Proceedings and any instruments and documents to be delivered by us under and in relation to the Insolvency Proceedings and sending documents and notices and providing the required information and taking any other actions under and in relation to the Insolvency Proceedings; and

(iii)    authorizing/appointing a third party attorney and/or attorney-at-law office in relation to the above and representing ourselves in our name and/or on our behalf towards such third party attorney and/or attorney-at-law office and agreeing of the fees and other costs in relation to such authorization/appointment in our name and/or on our behalf.

We hereby approve all that the said representative shall do or cause to be done by virtue of this Power of Attorney.

This Power of Attorney shall be governed by Finnish law.

Dated: KOUVOLA  22.10.2008

NOTE HOLDER:

SAMI PIIPPONEN, MAINOSBUUMI OY
Print name of person signing

TRUE COPY

**Front
Capital**

To:

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

From:

Front Capital Ltd
Aleksanterinkatu 48 A
FI-00100 Helsinki
Finland


**Lehman Securities Programs Proof of Claims**


Enclosed please find ten (10) Securities Programs Proof of Claims related to four (4) different securities issued by Lehman Brothers Treasury Co. B.V. and guaranteed by Lehman Brothers Holdings Inc.:

1. 4 YR CROSS ASSET ALPHA LOCKER, ISIN: FI0008903000 (7 Proof of Claims)
2. NOTES LINKED TO S&P BRIC INDEX, ISIN: FI0003025379 (1)
3. 4 SINGLE STOCK ALPHA NOTE, ISIN: FI0003025882 (1)
4. RETURN LOCK 2012 NOTE, ISIN: FI0003026351 (1)

All these securities have been issued in the Finnish clearing system (Euroclear Finland Ltd, former APK Ltd).

The following information has been used when filling in the Proof of Claims:

1. Eur/Usd exchange rate 1,4151 (ECB fixing rate as of September 15, 2008)
2. ISIN code of the related security
3. Blocking number registered and provided by the custodian bank
4. Identification number of the relevant custodian bank

The Proof of Claims are signed by Front Capital Ltd based on the power of attorney (copies attached).

Any questions related to the Proof of Claims we ask kindly to contact Front Capital Ltd/Mr Pekka Rikala, email: pekka.rikala@front.fi, phone: +358 9 6829 8017


Pekka Rikala
Managing Director
Front Capital Ltd







**DHL**

Track this shipment via the DHL Web Site: http://www.dhl.com

**Shipment Air Waybill**

448 2738 083

ORIGIN
2 YP

**1 Payer account number and insurance details**

Charge to: ☒ Shipper  ☐ Receiver  ☐ 3rd party

Payer Account No. 160535385

**2 From (Shipper)**

Shipper's account number 160535385

Contact name E. Nitula

Company name Front Capital Oy

Address Aleksanterinkatu 48 A

00100

Postcode/Zip Code (required) 00100 HELSINKI

Phone, Fax or E-mail (required) +358 9 68298013

**3 To (Receiver)**

Contact name Process Center

Lehman Brothers Holdings Claims

c/o Epiq Bankruptcy Solutions

FDR Station, P.O. Box 5076

New York, NY 10150-5076

USA

Phone, Fax or E-mail (required) 1-646-879-...

Signature

**4 Shipment details**

Total number of packages

**5 Full description of content**

Documents

**6 Non-Document Shipments**

Shipper's VAT/GST number

Declared Value for Customs

TYPE OF EXPORT  ☐ Permanent

☐ Receiver  ☐ Shipper  ☐ Other

**8 Shipper's agreement (Signature)**

PT1207 F12 F1M

|DOX| **DHL**

10150 New York, United States

Origin HEL

E300 ZYP-TSS

Shipment Weight Piece 1/1

WAYBILL 4482738083

(2L)US10150 + 42000000

(J)JD01 3038 7157 5004 2704

...TREMELY URGENT  DO NOT SEND CASH,
DHL's liability shall not exceed ...

subject to future amendment

| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000044569 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Luzerner Kantonalbank AG
Legal & Compliance Department
Pilatusstrasse 12
CH-6002 Luzern
T: +41 41 206 24 86 / Mail: peter.felder@lukb.ch
Telephone number:          Email Address:

Please send all notices also to:
Baker & McKenzie LLP
att. Ira A. Reid
1114 Avenue of the Americas
New York, 10036, US
T: +1 212 626 4100 / Mail: ira.a.reid@bakernet.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(If known)

Filed on:_____

**Name and address where payment should be sent** (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $    1'686'133.90    (Required)    plus accrued and accruing interest to the extent permitted by agreement or by law

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** CH0027120689          (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Blocking numbers see attachment          (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.  SIX SIS AG, Baselstrasse 100, CH-4600 Olten

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
Account number 20090537          (Required)

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| FOR COURT USE ONLY |
|---|
| **FILED / RECEIVED**<br><br>OCT 2 3 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date.<br><br>2009, Oct. 23 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Baker & McKenzie LLP *[signature]* |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

By: Ira A. Reid, as authorized representative and attorney-in-fact

## Attachment to Proof of Claim ISIN CH0027120689

| Blocking Reference Number |
| --- |
| 2720854538161510 |
| 4726024554130810 |
| 7173083654130810 |
| 1320142133161510 |
| 9961263054130810 |
| 6350342354130810 |
| 3691311654130810 |
| 4561110454130810 |
| 9849235653130810 |
| 6705820533161510 |
| 0434745253130810 |
| 8307284553130810 |
| 9706873753130810 |
| 7722783053130810 |
| 0000742453130810 |
| 4653401053130810 |
| 9500360153130810 |
| 0483565452130810 |
| 0362944952130810 |
| 7862204152130810 |
| 4020973652130810 |
| 6616882352130810 |

**H
A
N
D**

**D
E
L
I
V
E
R
Y**

TP

_____
**RECEIVED BY:**

10-23-09

_____
**DATE**

11:15AM

_____
**TIME**

subject to future amendment

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000044573 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

|||
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Luzerner Kantonalbank AG<br>Legal & Compliance Department<br>Pilatusstrasse 12<br>CH-6002 Luzern<br>T: +41 41 206 24 86 / Mail: peter.felder@lukb.ch<br>Telephone number:            Email Address:<br><br>Please send all notices also to:<br><br>Baker & McKenzie LLP<br>att. Ira A. Reid<br>1114 Avenue of the Americas<br>New York, 10036, US<br>T: +1 212 626 4100 / Mail: ira.a.reid@bakernet.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>*(If known)*<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:            Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __7'136'224.35_____ (Required)     plus accrued and accruing interest to the extent permitted by agreement or by law

☒   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **CH0027120648**            (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:
Blocking numbers see attachment                (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.  SIX SIS AG, Baselstrasse 100, CH-4600 Olten

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
Account number 20090537                (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br><br>2009, Oct. 23 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Baker & McKenzie LLP | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 23 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

By: Ira A. Reid , as authorized representative and attorney-in-fact

## Attachment to Proof of Claim ISIN CH0027120648

| Blocking reference Numbers |
|---|
| 2788974031120910 |
| 6789062431120910 |
| 3668564840141910 |
| 1608843840141910 |
| 9590930931120910 |
| 4964845730120910 |
| 1206964430120910 |
| 5856455329120910 |
| 3976410730120910 |
| 1413051830120910 |
| 8462982930120910 |
| 0839794029120910 |
| 3643630829120910 |
| 5334602929120910 |
| 4957145228120910 |
| 7627820728120910 |
| 3915605527120910 |
| 9579104427120910 |
| 6720831826120910 |
| 1673343026120910 |
| 0378174426120910 |
| 3538805426120910 |
| 1631951327120910 |
| 1589903327120910 |
| 8585040726120910 |
| 2846620809120910 |
| 7824500025120910 |
| 9022311825120910 |
| 0828823325120910 |
| 2180374425120910 |
| 8476055625120910 |
| 5784805208120910 |
| 2694981606120910 |
| 5423114606120910 |
| 7113080006120910 |
| 4817213504120910 |
| 9433940105120910 |
| 5785573205120910 |
| 3468335103120910 |
| 7499484459110910 |
| 6756930200120910 |
| 6130061300120910 |
| 9360132500120910 |
| 0899420201120910 |
| 4155824701120910 |
| 2209980202120910 |
| 8881291802120910 |
| 2117153502120910 |
| 8597213403120910 |
| 7942142259110910 |
| 4071955043110910 |
| 3736291844110910 |
| 9179913744110910 |

## Attachment to Proof of Claim ISIN CH0027120648

| Blocking reference Numbers |
|---|
| 5379325144110910 |
| 8822100545110910 |
| 4890212445110910 |
| 6316615645110910 |
| 6268014458110910 |
| 3389030159110910 |
| 0539722442110910 |
| 6828102043110910 |
| 9399073443110910 |
| 1710030242110910 |
| 2774574641110910 |
| 7710333041110910 |
| 6312611941110910 |
| 9385140341110910 |
| 8015575040110910 |
| 9058635035110910 |
| 3749620636110910 |
| 2923832036110910 |
| 5580173536110910 |
| 2059685636110910 |
| 0759385137110910 |
| 9847341038110910 |
| 8039972538110910 |
| 8009923738110910 |
| 1362735139110910 |
| 6988463940110910 |
| 7385633940110910 |
| 7767573940110910 |
| 8134853940110910 |
| 8463533940110910 |
| 9050863940110910 |
| 3800691220110910 |
| 3485505919110910 |
| 1333241135110910 |
| 3397263335110910 |
| 1597863819110910 |
| 8579495418110910 |
| 8338901718110910 |
| 8093670318110910 |
| 0586813318110910 |
| 0134701619110910 |
| 1870574029110910 |
| 0524622817110910 |
| 1921891317110910 |
| 0971875316110910 |
| 5904353716110910 |
| 4962172216110910 |
| 4503990716110910 |
| 6795154515110910 |
| 3904505714110910 |
| 1483860814110910 |
| 6533824613110910 |
| 9300590312110910 |

## Attachment to Proof of Claim ISIN CH0027120648

| Blocking reference Numbers |
|---|
| 2400822712110910 |
| 4503525912110910 |
| 0949183114110910 |
| 9511733409110910 |
| 5869662111110910 |
| 8286933911110910 |
| 0029185210110910 |
| 8946871008110910 |
| 6092963807110910 |
| 5691683806110910 |
| 7481724749090910 |

H
A
N
D

D
E
L
I
V
E
R
Y

_TP_

**RECEIVED BY:**

_10-23-09_

**DATE**

_11:15 AM_

**TIME**

subject to future amendment

| | | |
|---|---|---|
| *United States Bankruptcy Court/Southern District of New York* Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)              0000044583

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Luzerner Kantonalbank AG
Legal & Compliance Department
Pilatusstrasse 12
CH-6002 Luzern
T: +41 41 206 24 86 / Mail: peter.felder@lukb.ch
Telephone number:              Email Address:

Please send all notices also to:
Baker & McKenzie LLP
att. Ira A. Reid
1114 Avenue of the Americas
New York, 10036, US
T: +1 212 626 4100 / Mail: ira.a.reid@bakernet.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $   3'642'006.60 _____ (Required)      plus accrued and accruing interest to the extent permitted by agreement or by law

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0269969027 _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Blocking numbers see attachment      (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.  Euroclear Bank S.A., BE-Brussels

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Account number 94218      (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED / RECEIVED

OCT 23 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Baker & McKenzie LLP      *Ira A. Reid* |
|---|---|
| 2009, Oct. 23 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

By: Ira A. Reid, as authorized representative and attorney-in-fact

## Attachment to Proof of Claim ISIN XS0269969027

| Blocking Reference Number |
|---|
| 6044547 |
| 6052707 |
| 6044548 |
| 6052708 |
| 6044549 |
| 6044550 |
| 6044551 |
| 6044552 |
| 6044553 |
| 6044554 |
| 6044555 |
| 6044556 |
| 6044557 |
| 6044558 |
| 6044559 |
| 6044560 |
| 6044561 |
| 6044562 |
| 6044563 |
| 6044564 |
| 6044565 |
| 6044566 |
| 6044567 |
| 6044568 |
| 6044569 |
| 6044570 |
| 6044571 |
| 6044572 |
| 6044573 |
| 6044586 |
| 6044587 |
| 6044588 |
| 6044589 |
| 6044590 |
| 6044591 |
| 6044592 |
| 6044593 |
| 6044594 |
| 6044595 |
| 6044596 |
| 6044597 |
| 6044598 |
| 6044599 |
| 6044600 |
| 6044601 |
| 6044602 |
| 6044603 |
| 6044604 |
| 6044605 |
| 6044606 |
| 6044633 |
| 6044634 |
| 6044635 |

## Attachment to Proof of Claim ISIN XS0269969027

| Blocking Reference Number |
|---|
| 6044636 |
| 6044637 |
| 6044638 |
| 6044639 |
| 6044640 |
| 6044641 |
| 6044642 |
| 6044643 |
| 6044644 |
| 6044645 |
| 6044646 |
| 6044647 |
| 6044669 |
| 6044670 |
| 6044671 |
| 6044672 |
| 6044673 |
| 6044674 |
| 6044675 |
| 6044677 |
| 6044678 |
| 6044679 |
| 6044680 |
| 6044681 |
| 6044682 |
| 6044683 |

# H A N D   D E L I V E R Y

RECEIVED BY: _____TP_____

DATE: _____10-23-09_____

TIME: _____11:15AM_____

subject to future amendment

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000044605

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Luzerner Kantonalbank AG
Legal & Compliance Department
Pilatusstrasse 12
CH-6002 Luzern
T: +41 41 206 24 86 / Mail: peter.felder@lukb.ch
Telephone number:                Email Address:

Please send all notices also to:
Baker & McKenzie LLP
att. Ira A. Reid
1114 Avenue of the Americas
New York, 10036, US
T: +1 212 626 4100 / Mail: ira.a.reid@bakernet.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 3'796'997.40    (Required)    plus accrued and accruing interest to the extent permitted by agreement or by law

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0302350888    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

Blocking numbers see attachment    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers. Euroclear Bank S.A., BE-Brussels

Accountholders Euroclear Bank, Clearstream Bank and Other Depository Participant Account Number:
Account number 94218    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date.<br><br>2009, Oct. 23 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Baker & McKenzie LLP _[signature]_ |

FOR COURT USE ONLY
FILED / RECEIVED
OCT 2 3 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

By: Ira A. Reid, as authorized representative and attorney-in-fact

## Attachment to Proof of Claim ISIN XS0302350888

| Blocking Reference Number |
| --- |
| 6037671 |
| 6037674 |
| 6037709 |
| 6037710 |
| 6037711 |
| 6037712 |
| 6037713 |
| 6037714 |
| 6037715 |
| 6037716 |
| 6037717 |
| 6037718 |
| 6037719 |
| 6037720 |
| 6037722 |
| 6037723 |
| 6037725 |
| 6037728 |
| 6037731 |
| 6037734 |
| 6026458 |
| 6026457 |
| 6037871 |
| 6037872 |
| 6037873 |
| 6037874 |
| 6037875 |
| 6037876 |
| 6037877 |
| 6037878 |
| 6037879 |
| 6037880 |
| 6037881 |
| 6037882 |
| 6037883 |
| 6037884 |
| 6037885 |
| 6037886 |
| 6037887 |
| 6037888 |
| 6037889 |
| 6037890 |
| 6037891 |
| 6037892 |
| 6037893 |
| 6037894 |
| 6037895 |
| 6037896 |
| 6037898 |
| 6037899 |
| 6037900 |
| 6037901 |
| 6037902 |

## Attachment to Proof of Claim ISIN XS0302350888

| Blocking Reference Number |
|---|
| 6037945 |
| 6037944 |
| 6037943 |
| 6037942 |
| 6037941 |
| 6037940 |
| 6037939 |
| 6037938 |
| 6037937 |
| 6037936 |
| 6037935 |
| 6051590 |
| 6037934 |
| 6037933 |
| 6037932 |
| 6052175 |

# H A N D   D E L I V E R Y

| TP | 10-23-09 | 11:15 AM |
| --- | --- | --- |
| **RECEIVED BY:** | **DATE** | **TIME** |

subject to future amendment

| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000044610

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Luzerner Kantonalbank AG
Legal & Compliance Department
Pilatusstrasse 12
CH-6002 Luzern
T: +41 41 206 24 86 / Mail: peter.felder@lukb.ch
Telephone number:          Email Address:

Please send all notices also to:
Baker & McKenzie LLP
att. Ira A. Reid
1114 Avenue of the Americas
New York, 10036, US
T: +1 212 626 4100 / Mail: ira.a.reid@bakernet.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:          Email Address:

1.   Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ___4'328'264.52___ (Required)          plus accrued and accruing interest to the extent permitted by agreement or by law

☒   Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**   XS0274443422          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Blocking numbers see attachment          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.   Euroclear Bank S.A., BE-Brussels

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
Account number 94218          (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.   Baker & McKenzie LLP  *Ira A. Reid* |
|---|---|
| 2009, Oct. 23 | |

FOR COURT USE ONLY
**FILED / RECEIVED**
OCT 2 3 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

By: Ira A. Reid, as authorized representative and attorney-in-fact

**Attachment to Proof of Claim ISIN XS0274443422**

| Blocking Reference Number |
| --- |
| 6042964 |
| 6042966 |
| 6042968 |
| 6051588 |
| 6042969 |
| 6042970 |
| 6042971 |
| 6042972 |
| 6042973 |
| 6042974 |
| 6042975 |
| 6042976 |
| 6042978 |
| 6042979 |
| 6042981 |
| 6042982 |
| 6042984 |
| 6042985 |
| 6042986 |
| 6042987 |
| 6042989 |
| 6042990 |
| 6042991 |
| 6042992 |
| 6042993 |
| 6042994 |
| 6042995 |
| 6042996 |
| 6042997 |
| 6042998 |
| 6042999 |
| 6043001 |
| 6043002 |
| 6043003 |
| 6043004 |
| 6043005 |
| 6043006 |
| 6043007 |
| 6043011 |
| 6043012 |
| 6043013 |
| 6043014 |
| 6043015 |
| 6043016 |
| 6043017 |
| 6043018 |
| 6043019 |
| 6043020 |
| 6043021 |
| 6043022 |
| 6043023 |
| 6043024 |
| 6043025 |

## Attachment to Proof of Claim ISIN XS0274443422

| Blocking Reference Number |
|---|
| 6043026 |
| 6043027 |
| 6043028 |
| 6043029 |
| 6043030 |
| 6043031 |
| 6043032 |
| 6043033 |

H
A
N
D

D
E
L
I
V
E
R
Y

_____
RECEIVED BY:    *TP*

_____
DATE    *10-23-09*

_____
TIME    *11:15 AM*

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000044722

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Inversiones Nhet, S.L.
Att: José Luis Navarro Iglesias
C/ San Francisco de Sales 31
28003 Madrid, Spain

Telephone number: +34 91 533 48 00        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
    (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Account number: ES1000865146990010005725
Banco Banif, S.A.
C/ Ortega y Gasset 1, 28006 Madrid, Spain

Telephone number: +34 91 520 86 50        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:  $ Unliquidated - see attached Addendum to Proof of Claim.**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached Addendum to Proof of Claim.**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached Addendum to Proof of Claim.**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached Addendum to Proof of Claim.**

5.    Consent to Euroclear Bank, Clearstream Bank or Other Depository:  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions

| Date.<br>October 15, 2009. | Signature: *[signature]*<br>Ms. Maria Segimón, as Attorney. See attached Addendum to Proof of Claim for additional information. | **FOR COURT USE ONLY**<br>**FILED / RECEIVED**<br>OCT 2 3 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ADDENDUM TO PROOF OF CLAIM

This proof of claim is filed in the chapter 11 case of Lehman Brothers Holdings Inc., (the Debtor"), Case No. 08-13555 (JMP), by Inversiones Nhet, S.L. ("Claimant").

Claimant's address is set forth on the first page of this proof of claim. Any notice relating to this proof of claim should be sent to such address with additional copies to be sent to the following addresses:

> DLA Piper Spain S.L.
> Paseo de la Castellana, 35-2
> 28046 Madrid, Spain
> Attention: María Segimón, Esq.

With an additional copy to:

> DLA Piper LLP (US)
> 1251 Avenue of the Americas
> New York, New York 10020
> Attention: William M. Goldman, Esq.

This proof of claim is filed in connection with a Lehman Program Security as that term is defined in that certain July 2, 2009 order establishing the deadline for filing proofs of claim (the "Bar Date Order"). As such, and pursuant to the express provisions of the Bar Date Order, no documentation supporting this proof of claim is attached.

Claimant is presently unable to calculate the amount due in connection with the Lehman Program Securities covered by this proof of claim and, therefore, this proof of claim is filed in an unliquidated amount for all ISINs listed below.

The following chart shows each Lehman Programs Security to which this claim relates, the depository blocking reference number, and the depository participant account number.

| ISIN | Blocking Reference # | Depository participant account # |
|------|----------------------|----------------------------------|
| XS0258901759 | 6036177 | EUROCLEAR # 22829 |
| XS0286018758 | 6036178 | EUROCLEAR # 22829 |

A copy of the power of attorney authorizing the execution of this proof of claim by María Segimón is attached hereto. Ms. Segimón's address is set forth above and her telephone number is +34 913191212.

Reservation of Rights

No judgment has been entered on any portion of the proof of claim.

The amounts of all payments on the claim have been credited and deducted for the purpose of making this proof of claim.

Claimant hereby reserves the right to assert further, additional and amended claims.

By executing and filing this proof of claim, Claimant, is not (i) waiving or releasing Claimant's rights against any other entity or person or (ii) electing a remedy which waives or otherwise affects any other remedy of Claimant.

Claimant, in executing and filing this proof of claim, does not waive any right to any security, collateral or share thereof to which it may be entitled or any right to claim specific assets or any other right or rights that it has or may have against the Debtor or any other person or persons, and expressly reserves the right to amend or supplement this proof of claim in any respect and to file additional proofs of claim for additional claims.

## POWER OF ATTORNEY

The undersigned,

Mr./Mrs. JOSE LUIS NAVARRO IGLESIAS, of legal age, of spanish nationality, and holder of DNI passport of his nationality number 00549435B, in force,

domiciled at CL SAN FRANCISCO DE SALES 31 28003 MADRID, acting on behalf of INVERSIONES NHET S.L. (the Grantor).

Whereas, the Grantor grants a special power of attorney, but as broad as required by law, in favour of the following persons:

(i) **Mr. Juan Picón García de Leániz**, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 50708807-V, in force;

(ii) **Ms. María Segimón de Manzanos**, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 826346-W, in force;



(iii) **Mr. Javier Huerta Rebollo**, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 11849665-L, in force,

in order that any of each of the aforementioned persons, jointly and severally, may, represent or designate another person to represent the Grantor in respect of Chapter 11 bankruptcy filed in the United States by Lehman Brothers Holdings Inc ("LBHI") and its affiliates as well as in any insolvency or bankruptcy proceeding of LBHI's non-U.S. Subsidiaries (the "Bankruptcy"), and in particular, and without limitation, to carry out the following acts in relation to the Bankruptcy:

El/Los abajo firmante/s,

D./Dª. JOSE LUIS NAVARRO IGLESIAS, mayor de edad, de nacionalidad española, y con DNI pasaporte de su nacionalidad número 00549435B, en vigor,

con domicilio en CL SAN FRANCISCO DE SALES 31 28003 MADRID, actuando en nombre de INVERSIONES NHET S.L. (el Poderdante).

El Poderdante otorga un poder especial, pero tan amplio como en Derecho sea necesario a favor de las siguientes personas:

(i) D. Juan Picón García de Leániz, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, nº 35, 2ª planta, y provisto de D.N.I. nº 50708807-V, en vigor;

(ii) Dª. María Segimón de Manzanos, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, nº 35, 2ª planta, y provisto de D.N.I. nº 826346-W, en vigor;

(iii) D. Javier Huerta Rebollo, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, nº 35, 2ª planta, y provisto de D.N.I. nº 11849665-L, en vigor,

para que cada uno de ellos, indistintamente y solidariamente, pueda representar o designar a otra persona para representar al Poderdante en el procedimiento de quiebra bajo el Capítulo 11 en los Estados Unidos de América solicitado por Lehman Brothers Holdings Inc. ("LBHI") y determinadas sociedades filiales, así como en cualesquiera otros procedimientos de insolvencia o quiebra de las filiales de LBHI no domiciliadas en los Estados Unidos de América (la "Quiebra") y, en concreto, y sin que tenga carácter limitativo, para que pueda llevar a cabo las siguientes actuaciones en relación con la Quiebra:

(a) To appear before or designate another person to appear before any Courts, Hearings or other Tribunals, ordinary or special, of any level or jurisdiction, and before any authority, or other public bodies, and other entities created and to be created in any of its branches, dependencies and services; and to commence, continue or terminate, as creditor, author, third party, contributor, claimant or in any other capacity, all type of actions, files, trials and proceedings in relation to the Bankruptcy.

In all these cases, to file, reply to and continue through all the necessary steps and stages, until completion, all type of actions, claims, complaints, criminal complaints, allegations, exceptions and defences and to make any other whatsoever, request suspension of trials or proceedings, giving in these, where necessary, personal ratification; to draft and file written documents and take part in all types of proceedings; to request and receive notifications, summons and subpoenas in relation to the Bankruptcy.

(b) To appear before or to designate another person to appear before all and any persons, firms, corporations, banks, institutions, commercial brokers, notaries, registrars, courts and tribunals, government agencies, authorities, being foreign, international, national, regional, provincial or municipal, with full powers of representation, being authorized to file petitions, requests and forms in relation to the Bankruptcy.

(c) Execute any further public or private document of amendment, modification or ratification, including the signing of

(a) Comparecer o designar a otra persona para comparecer ante cualesquiera Juzgados, Audiencias y demás Tribunales, ordinario o especiales de cualquier grado o jurisdicción, ante cualquier otra autoridad y demás entes públicos, y demás Entidades creadas y por crear, en cualquiera de sus ramas, dependencias y servicios; y en ellos, instar, seguir y terminar, como acreedor, actor, tercero, coadyuvante, requirente o en cualquier otro concepto, toda clase de actuaciones, expedientes, juicios y procedimientos en relación con la Quiebra.

En todos estos casos, entablar, contestar y seguir por todos sus trámites e instancias, hasta su conclusión, toda clase de actuaciones, acciones, demandas, denuncias, querellas, acusaciones, excepciones y defensas y ejercitar otras cualesquiera pretensiones, pedir suspensiones de juicios o procedimientos, ejercitándose en los mismos en cuantos casos fuera menester la ratificación personal; formar y presentar escritos y asistir a toda clase de actuaciones; solicitar y recibir notificaciones, citaciones y emplazamientos en relación con la Quiebra.

(b) Comparecer o designar a otra persona para comparecer ante todas y cualesquiera personas, sociedades, corporaciones, bancos, instituciones, corredores de comercio, notarios, registradores, juzgados y tribunales, delegaciones de hacienda, delegaciones de gobierno y autoridades, ya sean extranjeras, internacionales, nacionales, autonómicas, provinciales o municipales, con poderes totales de representación, estando autorizadas para presentar instancias, formularios y requerimientos en relación con la Quiebra.

(c) Firmar cualquier documento público o privado posterior de subsanación, rectificación o ratificación de los

2

approvals or forms (online or in paper) required, and do any other act or action which the attorney may consider necessary or expedient for the purpose or in connection with the above, including the execution, processing and submission of any form or document which may be convenient in relation to the Bankruptcy.

anteriores, pudiendo suscribir y firmar incluso cualquier formulario o impreso necesario (online o en papel), y realizar cualquier acto o actuación que el apoderado considere necesario o conveniente para cumplimentar la finalidad descrita en este apartado, incluyendo firmar, despachar o presentar cualquier otro documento que resulte conveniente en relación con la Quiebra.

Where necessary, the Grantor shall raise into public deed the granting of Power of Attorney under this document if requested by any of the attorneys.

En caso de que fuese necesario, el Poderdante se compromete a formalizar en escritura pública el apoderamiento conferido conforme al presente documento, una vez fuera requerido para ello por cualquiera de los apoderados.

So states and grants the Grantor, who reads and approves the present document, signing below.

Así declara y otorga el Poderdante, quien lee y aprueba el presente documento, firmándolo a continuación.

MADRID, on        September 2009.

En MADRID, a  de septiembre de 2009.

INVERSIONES NHET S.L.
THE GRANTOR

(signature/s)

JOSE LUIS NAVARRO IGLESIAS

INVERSIONES NHET S.L.
EL OTORGANTE

(firma/s)

JOSE LUIS NAVARRO IGLESIAS

3

**H
A
N
D

D
E
L
I
V
E
R
Y**

_____          _____          _____
RECEIVED BY:                                    DATE                                              TIME

*United States Bankruptcy Court/Southern District of New York*
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)       0000044803

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>José Luis Navarro Iglesias<br>C/ San Francisco de Sales 31<br>28003 Madrid, Spain<br><br>Telephone number: +34 91 533 48 00      Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>(*If known*)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Account number: ES1500865146970010005733<br>Banco Banif, S.A.<br>C/ Ortega y Gasset 1, 28006 Madrid, Spain<br><br>Telephone number: +34 91 520 86 50      Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:  $ Unliquidated - see attached Addendum to Proof of Claim.**

☐    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.**  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached Addendum to Proof of Claim.**

**3.**  Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached Addendum to Proof of Claim.**

**4.**  Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached Addendum to Proof of Claim.**

**5.  Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 3 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>October 15,<br>2009. | Signature: *Mhald Cんmms*<br><br>**Ms. María Segimón, as Attorney**  See attached Addendum to Proof of Claim for additional information. |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ADDENDUM TO PROOF OF CLAIM

This proof of claim is filed in the chapter 11 case of Lehman Brothers Holdings Inc., (the Debtor"), Case No. 08-13555 (JMP), by José Luis Navarro Iglesias ("Claimant").

Claimant's address is set forth on the first page of this proof of claim. Any notice relating to this proof of claim should be sent to such address with additional copies to be sent to the following addresses:

> DLA Piper Spain S.L.
> Paseo de la Castellana, 35-2
> 28046 Madrid, Spain
> Attention: María Segimón, Esq.

With an additional copy to:

> DLA Piper LLP (US)
> 1251 Avenue of the Americas
> New York, New York 10020
> Attention: William M. Goldman, Esq.

This proof of claim is filed in connection with a Lehman Program Security as that term is defined in that certain July 2, 2009 order establishing the deadline for filing proofs of claim (the "Bar Date Order"). As such, and pursuant to the express provisions of the Bar Date Order, no documentation supporting this proof of claim is attached.

Claimant is presently unable to calculate the amount due in connection with the Lehman Program Securities covered by this proof of claim and, therefore, this proof of claim is filed in an unliquidated amount for all ISINs listed below.

The following chart shows each Lehman Programs Security to which this claim relates, the depository blocking reference number, and the depository participant account number.

| ISIN | Blocking Reference # | Depository participant account # |
|------|---------------------|----------------------------------|
| XS0258901759 | 6036176 | EUROCLEAR # 22829 |

A copy of the power of attorney authorizing the execution of this proof of claim by María Segimón is attached hereto. Ms. Segimón's address is set forth above and her telephone number is +34 913191212.

Reservation of Rights

No judgment has been entered on any portion of the proof of claim.

The amounts of all payments on the claim have been credited and deducted for the purpose of making this proof of claim.

Claimant hereby reserves the right to assert further, additional and amended claims.

By executing and filing this proof of claim, Claimant, is not (i) waiving or releasing Claimant's rights against any other entity or person or (ii) electing a remedy which waives or otherwise affects any other remedy of Claimant.

Claimant, in executing and filing this proof of claim, does not waive any right to any security, collateral or share thereof to which it may be entitled or any right to claim specific assets or any other right or rights that it has or may have against the Debtor or any other person or persons, and expressly reserves the right to amend or supplement this proof of claim in any respect and to file additional proofs of claim for additional claims.

## POWER OF ATTORNEY

The undersigned,

Mr./Mrs. JOSE LUIS NAVARRO IGLESIAS , of legal age, of spanish nationality, and holder of DNI passport of his nationality number 00549435B, in force,

domiciled at PS SAN FRANCISCO DE SALES 31, 28003 MADRID, acting in his own name and interest (the Grantor).

Whereas, the Grantor grants a special power of attorney, but as broad as required by law, in favour of the following persons:

(i) Mr. Juan Picón García de Leániz, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 50708807-V, in force;

(ii) Ms. María Segimón de Manzanos, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 826346-W, in force;

(iii) Mr. Javier Huerta Rebollo, of legal age, of Spanish nationality, domiciled in Madrid, Paseo de la Castellana, no. 35, 2nd floor, and holder of Spanish Identity Card number 11849665-L, in force,



in order that any of each of the aforementioned persons, jointly and severally, may, represent or designate another person to represent the Grantor in respect of Chapter 11 bankruptcy filed in the United States by Lehman Brothers Holdings Inc ("LBHI") and its affiliates as well as in any insolvency or bankruptcy proceeding of LBHI's non-U.S. Subsidiaries (the "Bankruptcy"), and in particular, and without limitation, to carry out the following acts in relation to the Bankruptcy:

El/Los abajo firmante/s,

D./D⁴. JOSE LUIS NAVARRO IGLESIAS, mayor de edad, de nacionalidad española, y con DNI pasaporte de su nacionalidad número 00549435B, en vigor,

con domicilio en PS SAN FRANCISCO DE SALES 31, 28003 MADRID, actuando en su propio nombre y derecho (el Poderdante).

El Poderdante otorga un poder especial, pero tan amplio como en Derecho sea necesario a favor de las siguientes personas:

(i) D. Juan Picón García de Leániz, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, n° 35, 2ª planta, y provisto de D.N.I. n° 50708807-V, en vigor;

(ii) D⁴. María Segimón de Manzanos, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, n° 35, 2ª planta, y provisto de D.N.I. n° 826346-W, en vigor;

(iii) D. Javier Huerta Rebollo, mayor de edad, de nacionalidad española, con domicilio a estos efectos en Madrid, Paseo de la Castellana, n° 35, 2ª planta, y provisto de D.N.I. n° 11849665-L, en vigor,

para que cada uno de ellos, indistintamente y solidariamente, pueda representar o designar a otra persona para representar al Poderdante en el procedimiento de quiebra bajo el Capítulo 11 en los Estados Unidos de América solicitado por Lehman Brothers Holdings Inc. ("LBHI") y determinadas sociedades filiales, así como en cualesquiera otros procedimientos de insolvencia o quiebra de las filiales de LBHI no domiciliadas en los Estados Unidos de América (la "Quiebra") y, en concreto, y sin que tenga carácter limitativo, para que pueda llevar a cabo las siguientes actuaciones en relación con la Quiebra:

(a) To appear before or designate another person to appear before any Courts, Hearings or other Tribunals, ordinary or special, of any level or jurisdiction, and before any authority, or other public bodies, and other entities created and to be created in any of its branches, dependencies and services; and to commence, continue or terminate, as creditor, author, third party, contributor, claimant or in any other capacity, all type of actions, files, trials and proceedings in relation to the Bankruptcy.

In all these cases, to file, reply to and continue through all the necessary steps and stages, until completion, all type of actions, claims, complaints, criminal complaints, allegations, exceptions and defences and to make any other whatsoever, request suspension of trials or proceedings, giving in these, where necessary, personal ratification; to draft and file written documents and take part in all types of proceedings; to request and receive notifications, summons and subpoenas in relation to the Bankruptcy.

(b) To appear before or to designate another person to appear before all and any persons, firms, corporations, banks, institutions, commercial brokers, notaries, registrars, courts and tribunals, government agencies, authorities, being foreign, international, national, regional, provincial or municipal, with full powers of representation, being authorized to file petitions, requests and forms in relation to the Bankruptcy.

(c) Execute any further public or private document of amendment, modification or ratification, including the signing of approvals or forms (online or in paper) required, and do any other act or action which the attorney may consider necessary or

(a) Comparecer o designar a otra persona para comparecer ante cualesquiera Juzgados, Audiencias y demás Tribunales, ordinario o especiales de cualquier grado o jurisdicción, ante cualquier otra autoridad y demás entes públicos, y demás Entidades creadas y por crear, en cualquiera de sus ramas, dependencias y servicios; y en ellos, instar, seguir y terminar, como acreedor, actor, tercero, coadyuvante, requirente o en cualquier otro concepto, toda clase de actuaciones, expedientes, juicios y procedimientos en relación con la Quiebra.

En todos estos casos, entablar, contestar y seguir por todos sus trámites e instancias, hasta su conclusión, toda clase de actuaciones, acciones, demandas, denuncias, querellas, acusaciones, excepciones y defensas y ejercitar otras cualesquiera pretensiones, pedir suspensiones de juicios o procedimientos, ejercitándose en los mismos en cuantos casos fuera menester la ratificación personal; formar y presentar escritos y asistir a toda clase de actuaciones; solicitar y recibir notificaciones, citaciones y emplazamientos en relación con la Quiebra.

(b) Comparecer o designar a otra persona para comparecer ante todas y cualesquiera personas, sociedades, corporaciones, bancos, instituciones, corredores de comercio, notarios, registradores, juzgados y tribunales, delegaciones de hacienda, delegaciones de gobierno y autoridades, ya sean extranjeras, internacionales, nacionales, autonómicas, provinciales o municipales, con poderes totales de representación, estando autorizadas para presentar instancias, formularios y requerimientos en relación con la Quiebra.

(c) Firmar cualquier documento público o privado posterior de subsanación, rectificación o ratificación de los anteriores, pudiendo suscribir y firmar incluso cualquier formulario o impreso necesario (online o en papel), y realizar

expedient for the purpose or in connection with the above, including the execution, processing and submission of any form or document which may be convenient in relation to the Bankruptcy.

cualquier acto o actuación que el apoderado considere necesario o conveniente para cumplimentar la finalidad descrita en este apartado, incluyendo firmar, despachar o presentar cualquier otro documento que resulte conveniente en relación con la Quiebra.

Where necessary, the Grantor shall raise into public deed the granting of Power of Attorney under this document if requested by any of the attorneys.

En caso de que fuese necesario, el Poderdante se compromete a formalizar en escritura pública el apoderamiento conferido conforme al presente documento, una vez fuera requerido para ello por cualquiera de los apoderados.

So states and grants the Grantor, who reads and approves the present document, signing below.

Así declara y otorga el Poderdante, quien lee y aprueba el presente documento, firmándolo a continuación.

MADRID, on    September 2009.

En MADRID, a    de septiembre de 2009.

(signature)

(firma)

Mr./Mrs. JOSE LUIS NAVARRO IGLESIAS
THE GRANTOR

D./Dª JOSE LUIS NAVARRO IGLESIAS
EL OTORGANTE

3

**H A N D   D E L I V E R Y**

_____
**RECEIVED BY:**

_____
**DATE**

_____
**TIME**

| **United States Bankruptcy Court/Southern District of New York** | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)       0000045214 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

||||||||||||||||||||||||||||

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>**Theodoor Gilissen Global Custody N.V.**<br>**Keizersgracht 617**<br><br>**1017 DS AMSTERDAM, The Netherlands**<br><br>**Telephone number: +31 20 5276000      Email Address: tgservices@gilissen.nl** | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>   (*If known*)<br><br>Filed on: _____ |
| --- | --- |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:         Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: See attached _____    (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached _____    (Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached _____    (Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached _____    (Required)**

| **5.** Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
| --- | --- |
| **Date.**<br>October<br>21st , 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Mister drs. R. G.C.D. Versteeg          Mister R. van Barneveld | **FILED / RECEIVED**<br><br>OCT 2 3 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS LLC |

*Penalty for presenting fraudulent claim*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                               Debtors.
-----------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## THEODOOR GILISSEN GLOBAL CUSTODY N.V.

1.      Claimant.  Theodoor Gilissen Global Custody N.V., custodian and holder of

account 51/267148/29 with KBL European Private Bankers S.A., Luxemburg, holder of account

13048 with Clearstream Luxemburg (the **"Claimant"**), hereby files the accompanying proof of

claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor

and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds claims

against the Debtor arising from certain transactions that occurred prior to September 15, 2008

(the **"Petition Date"**), as described more fully below.

2.      Transactions Between the Parties.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the **"Obligor"**)

and guaranteed by the Debtor (each a **"Program Security"** and, together, the **"Program

Securities"**) identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The

International Securities Identification Number (**"ISIN"**) identifying each Program Security, along

with the Clearstream blocking reference number and the Clearstream account number relating to

the Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the

securities described in Exhibit 1 is provided in Exhibit 4 attached hereto. The Program Securities

have the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and

further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of the

Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the

Debtor's Board of Directors attached hereto as Exhibit 3, including but not limited to those

certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other

guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    Claim.  The Claimant is the holder of certain securities described more fully in

Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation

relating thereto, hereby asserts a claim against the Debtor in the amount of $ 114,469,619.48

plus, to the extent provided pursuant to the underlying documents associated with each Program

Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**").

An itemization of certain amounts comprising the Claim is set forth on Exhibit 2   attached

hereto.

4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured

claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the

Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any

known claims, counterclaims, setoffs or defenses by the Debtor.   The Claimant also reserves any

and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against

the Debtor or its related entities.

6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and

shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the

jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

# EXHIBIT 1

| ISIN | Clearstream blocking reference number | Clearstream account number Account in the name of KBL European Private Bankers S.A., Luxemburg. Securities held on behalf of custodian Theodoor Gilissen Global Custody N.V., Amsterdam, Holland | Nominal Amount (EUR) | Nominal Amount (USD)* |
|------|------|------|------|------|
| XS0346707903 | CA69354 | 13048 | 641,000.00 | 910,284.10 |
| XS0295760093 | CA69339 | 13048 | 1,587,000.00 | 2,253,698.70 |
| XS0355133454 | CA69358 | 13048 | 3,162,000.00 | 4,490,356.20 |
| XS0379217184 | CA69336 | 13048 | 20,000.00 | 28,402.00 |
| XS0273084656 | CA69337 | 13048 | 554,000.00 | 786,735.40 |
| XS0332049815 | CA69340 | 13048 | 1,715,000.00 | 2,435,471.50 |
| XS0285922133 | CA69353 | 13048 | 3,836,000.00 | 5,447,503.60 |
| XS0375356648 | CA69345 | 13048 | 255,000.00 | 362,125.50 |
| XS0305948860 | CA69344 | 13048 | 4,825,000.00 | 6,851,982.50 |
| XS0314067140 | CA76209 | 13048 | 1,499,000.00 | 2,128,729.90 |
| XS0317240157 | CA69352 | 13048 | 2,325,000.00 | 3,301,732.50 |
| XS0339810078 | CA69343 | 13048 | 1,177,000.00 | 1,671,457.70 |
| XS0287672694 | CA69355 | 13048 | 5,467,000.00 | 7,763,686.70 |
| XS0296281735 | CA69359 | 13048 | 8,970,000.00 | 12,738,297.00 |
| XS0332050078 | CA69338 | 13048 | 1,357,000.00 | 1,927,075.70 |
| XS0377288450 | CA69360 | 13048 | 14,000.00 | 19,881.40 |
| XS0368669007 | CA69357 | 13048 | 3,543,000.00 | 5,031,414.30 |
| XS0263715467 | CA69346 | 13048 | 10,430,000.00 | 14,811,643.00 |
| XS0276441044 | CA69347 | 13048 | 11,284,000.00 | 16,024,408.40 |
| XS0327236757 | CA69350 | 13048 | 5,483,000.00 | 7,786,408.30 |
| XS0296067142 | CA69356 | 13048 | 996,000.00 | 1,414,419.60 |
| XS0365839835 | CA69349 | 13048 | 1,030,000.00 | 1,462,703.00 |
| XS0332049229 | CA69342 | 13048 | 1,597,000.00 | 2,267,899.70 |
| XS0373219582 | CA69348 | 13048 | 755,000.00 | 1,072,175.50 |
| XS0349530823 | CA69341 | 13048 | 200,000.00 | 284,020.00 |
| XS0346080590 | CA69351 | 13048 | 6,196,000.00 | 8,798,939.60 |

**TOTALS**                                                      **78,918,000.00**    **112,071,451.80**

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EURO = 1.4201 USD.*

**EXHIBIT 2**

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|------|---------------------:|-----------------------:|------------:|----------------------:|------------------------:|-------------:|
| XS0346707903 | 641,000.00 | - | 641,000.00 | 910,284.10 | - | 910,284.10 |
| XS0295760093 | 1,587,000.00 | - | 1,587,000.00 | 2,253,698.70 | - | 2,253,698.70 |
| XS0355133454 | 3,162,000.00 | - | 3,162,000.00 | 4,490,356.20 | - | 4,490,356.20 |
| XS0379217184 | 20,000.00 | - | 20,000.00 | 28,402.00 | - | 28,402.00 |
| XS0273084656 | 554,000.00 | - | 554,000.00 | 786,735.40 | - | 786,735.40 |
| XS0332049815 | 1,715,000.00 | - | 1,715,000.00 | 2,435,471.50 | - | 2,435,471.50 |
| XS0285922133 | 3,836,000.00 | - | 3,836,000.00 | 5,447,503.60 | - | 5,447,503.60 |
| XS0375356648 | 255,000.00 | - | 255,000.00 | 362,125.50 | - | 362,125.50 |
| XS0305948860 | 4,825,000.00 | - | 4,825,000.00 | 6,851,982.50 | - | 6,851,982.50 |
| XS0314067140 | 1,499,000.00 | - | 1,499,000.00 | 2,128,729.90 | - | 2,128,729.90 |
| XS0317240157 | 2,325,000.00 | - | 2,325,000.00 | 3,301,732.50 | - | 3,301,732.50 |
| XS0339810078 | 1,177,000.00 | - | 1,177,000.00 | 1,671,457.70 | - | 1,671,457.70 |
| XS0287672694 | 5,467,000.00 | - | 5,467,000.00 | 7,763,686.70 | - | 7,763,686.70 |
| XS0296281735 | 8,970,000.00 | - | 8,970,000.00 | 12,738,297.00 | - | 12,738,297.00 |
| XS0332050078 | 1,357,000.00 | - | 1,357,000.00 | 1,927,075.70 | - | 1,927,075.70 |
| XS0377288450 | 14,000.00 | - | 14,000.00 | 19,881.40 | - | 19,881.40 |
| XS0368669007 | 3,543,000.00 | 202,457.14 | 3,745,457.14 | 5,031,414.30 | 287,509.39 | 5,318,923.69 |
| XS0263715467 | 10,430,000.00 | 763,533.15 | 11,193,533.15 | 14,811,643.00 | 1,084,293.43 | 15,895,936.43 |
| XS0276441044 | 11,284,000.00 | 519,373.15 | 11,803,373.15 | 16,024,408.40 | 737,561.81 | 16,761,970.21 |
| XS0327236757 | 5,483,000.00 | - | 5,483,000.00 | 7,786,408.30 | - | 7,786,408.30 |
| XS0296067142 | 996,000.00 | - | 996,000.00 | 1,414,419.60 | - | 1,414,419.60 |
| XS0365839835 | 1,030,000.00 | - | 1,030,000.00 | 1,462,703.00 | - | 1,462,703.00 |
| XS0332049229 | 1,597,000.00 | 33,843.27 | 1,630,843.27 | 2,267,899.70 | 48,060.83 | 2,315,960.53 |
| XS0373219582 | 755,000.00 | 15,999.79 | 770,999.79 | 1,072,175.50 | 22,721.31 | 1,094,896.81 |
| XS0349530823 | 200,000.00 | 3,463.01 | 203,463.01 | 284,020.00 | 4,917.83 | 288,937.83 |
| XS0346080590 | 6,196,000.00 | 150,062.03 | 6,346,062.03 | 8,798,939.60 | 213,103.09 | 9,012,042.69 |
| **TOTALS** | **78,918,000.00** | **1,688,731.55** | **80,606,731.55** | **112,071,451.80** | **2,398,167.68** | **114,469,619.48** |

*Amounts due in EURO have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008*: 1 EURO = 1.4201 USD.

## EXHIBIT 3

## UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS**, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS**, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS**, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS**, Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS**, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS**, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294          P.02
                                                                    NO.290   004
26.05.2005   29:13   LEHMAN + 912023380294            NO.524   002
26/06/3005   16:41   LEHMAN + 912645752653

**RESOLVED**, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED**, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED**, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED**, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED**, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 7, 2005

Richard S. Fuld, Jr.                          John D. Macomber

2

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 7 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

# EXHIBIT 4



**TO WHOM IT MAY CONCERN:**

Keizersgracht 617
1017 DS Amsterdam

Postbus 3325
1001 AC Amsterdam

t +31 (0)20 527 60 00
f +31 (0)20 527 60 60

info@gilissen.nl
www.gilissen.nl

**DECLARATION**

Theodoor Gilissen Global Custody N.V. ('TGGC') is custodian and accountholder (accountnumber 51/267148/29) with KBL European Private Bankers S.A., Luxemburg ('KBL'). KBL is holder of account 13048 with Clearstream Luxemburg. At present, all securities under the Lehman Brothers Securities Program held by TGGC, for which a blocking number is applied for, are registered on their account (51/267148/29) with KBL. These securities are being held in the name of KBL with Clearstream on account 13048.

AMSTERDAM/LUXEMBOURG, 15th of October 2009,

Theodoor Gilissen Global Custody N.V.,

drs. Ir. G.C.D. Versteeg
director Theodoor Gilissen Global Custody N.V.

drs. C.A. Heijne RA CPC
director Theodoor Gilissen Global Custody N.V.

KBL European Private Bankers S.A.,

Jérôme Gendarme
Head of Custody

Philippe VAN DOOREN
HEAD OF OPERATIONS

**KBL** EUROPEAN
PRIVATE BANKERS

THEODOOR GILISSEN BANKIERS N.V.
Statutair gevestigd te Amsterdam
Amsterdam Handelsregister nr. 33003157
lid van KBL European Private Bankers



| | |
|---|---|
| **United States Bankruptcy Court/Southern District of New York**<br><br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000048734 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

LY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**KAS BANK N.V.**
Spuistraat 172

**1012 VT  AMSTERDAM, The Netherlands**

Telephone number: **+31 20 5575911**          Email Address: **KASBANK@lehmanclaim.nl**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
  (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities.  Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached _____          **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached _____          **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____          **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____          **(Required)**

**5.  Consent to Euroclear Bank, Clearstream Bank or Other Depository:**  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**OCT 27 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br>October 26st , 2009 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Name: **Mr N.E. Blom**                    **Mr R.J. Kooijman** |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                                          Chapter 11

Lehman Brothers Holdings Inc., *et al.*                         Case No. 08-13555 (JMP)

                                                                (Jointly Administered)

                                    Debtors.

---------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## KAS BANK N.V.

    1.    <u>Claimant</u>.  KAS BANK N.V. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

    2.    <u>Transactions Between the Parties</u>.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co B.V. (the "**Obligor**")

and guaranteed by the Debtor (each a "**Program Security**" and, together, the "**Program

Securities**") identified on the list of Lehman Program Securities, which is available on the

Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The

International Securities Identification Number ("**ISIN**") identifying each Program Security, along

with the Euroclear blocking reference number and the Euroclear account number relating to the

Program Securities, is detailed on <u>Exhibit 1</u> attached hereto. Evidence of the ownership of the

securities described in <u>Exhibit 1</u> is provided in <u>Exhibit 4</u> attached hereto.  The Program

Securities have the benefit of an express, unconditional and irrevocable guarantee of the Debtor,

and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of

the Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as <u>Exhibit 3</u>, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.     <u>Claim</u>. The Claimant is the holder of certain securities described more fully in <u>Exhibit 1</u> hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 82,684,969.72 <u>plus</u>, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the **"Claim"**). An itemization of certain amounts compromising the Claim is set forth on <u>Exhibit 2</u> attached hereto.

4.     <u>Security Interests and Priority Status</u>. The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.     <u>Claims, Counterclaims, Setoffs and Defenses</u>. The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor. The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.     <u>Reservation of Rights</u>. The execution and filing of this Proof of Claim is not and shall not be deemed: (a) a waiver or release of the Claimant's rights against any other entity or person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect

to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

## EXHIBIT 1

| ISIN | Euroclear blocking reference number | Euroclear account number Account in the name of KAS BANK Effectenbewaarbedrijf N.V., Amsterdam, The Netherlands (also trading under the name of KAS Depository Trust Company) | Nominal Amount (EUR) | Nominal Amount (USD)* |
|---|---|---|---|---|
| XS0263715467 | 6035720 | 90023 | 3,924,000.00 | 5,572,472.40 |
| XS0273084656 | 6033589 | 90023 | 1,133,000.00 | 1,608,973.30 |
| XS0276441044 | 6033755 | 90023 | 13,463,000.00 | 19,118,806.30 |
| XS0285922133 | 6034019 | 90023 | 759,000.00 | 1,077,855.90 |
| XS0287672694 | 6034022 | 90023 | 6,070,000.00 | 8,620,007.00 |
| XS0295760093 | 6034023 | 90023 | 811,000.00 | 1,151,701.10 |
| XS0296067142 | 6034025 | 90023 | 2,096,000.00 | 2,976,529.60 |
| XS0296281735 | 6034028 | 90023 | 4,431,000.00 | 6,292,463.10 |
| XS0305948860 | 6034029 | 90023 | 8,100,000.00 | 11,502,810.00 |
| XS0314067140 | 6034030 | 90023 | 1,808,000.00 | 2,567,540.80 |
| XS0317240157 | 6034032 | 90023 | 4,026,000.00 | 5,717,322.60 |
| XS0327236757 | 6034033 | 90023 | 2,053,000.00 | 2,915,465.30 |
| XS0332049229 | 6034042 | 90023 | 2,326,000.00 | 3,303,152.60 |
| XS0332049815 | 6034043 | 90023 | 2,180,000.00 | 3,095,818.00 |
| XS0332050078 | 6034044 | 90023 | 58,000.00 | 82,365.80 |
| XS0339810078 | 6034047 | 90023 | 321,000.00 | 455,852.10 |
| XS0346080590 | 6034048 | 90023 | 25,000.00 | 35,502.50 |
| XS0346707903 | 6034061 | 90023 | 476,000.00 | 675,967.60 |
| XS0349530823 | 6034062 | 90023 | 798,000.00 | 1,133,239.80 |
| XS0368669007 | 6034063 | 90023 | 2,255,000.00 | 3,202,325.50 |
| XS0373219582 | 6034065 | 90023 | 12,000.00 | 17,041.20 |

**Total**                                                    **57,125,000.00**    **81,123,212.50**

*Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008*: 1 EUR = 1.4201 USD.

**EXHIBIT 2**

| ISIN | Nominal Amount (EUR) | Accrued Interest (EUR) | Total (EUR) | Nominal Amount (USD)* | Accrued Interest (USD)* | Total (USD)* |
|---|---|---|---|---|---|---|
| XS0263715467 | 3,924,000.00 | 287,258.30 | 4,211,258.30 | 5,572,472.40 | 407,935.51 | 5,980,407.91 |
| XS0273084656 | 1,133,000.00 | - | 1,133,000.00 | 1,608,973.30 | - | 1,608,973.30 |
| XS0276441044 | 13,463,000.00 | 619,666.85 | 14,082,666.85 | 19,118,806.30 | 879,988.89 | 19,998,795.19 |
| XS0285922133 | 759,000.00 | - | 759,000.00 | 1,077,855.90 | - | 1,077,855.90 |
| XS0287672694 | 6,070,000.00 | - | 6,070,000.00 | 8,620,007.00 | - | 8,620,007.00 |
| XS0295760093 | 811,000.00 | - | 811,000.00 | 1,151,701.10 | - | 1,151,701.10 |
| XS0296067142 | 2,096,000.00 | - | 2,096,000.00 | 2,976,529.60 | - | 2,976,529.60 |
| XS0296281735 | 4,431,000.00 | - | 4,431,000.00 | 6,292,463.10 | - | 6,292,463.10 |
| XS0305948860 | 8,100,000.00 | - | 8,100,000.00 | 11,502,810.00 | - | 11,502,810.00 |
| XS0314067140 | 1,808,000.00 | - | 1,808,000.00 | 2,567,540.80 | - | 2,567,540.80 |
| XS0317240157 | 4,026,000.00 | - | 4,026,000.00 | 5,717,322.60 | - | 5,717,322.60 |
| XS0327236757 | 2,053,000.00 | - | 2,053,000.00 | 2,915,465.30 | - | 2,915,465.30 |
| XS0332049229 | 2,326,000.00 | 49,292.08 | 2,375,292.08 | 3,303,152.60 | 69,999.69 | 3,373,152.29 |
| XS0332049815 | 2,180,000.00 | - | 2,180,000.00 | 3,095,818.00 | - | 3,095,818.00 |
| XS0332050078 | 58,000.00 | - | 58,000.00 | 82,365.80 | - | 82,365.80 |
| XS0339810078 | 321,000.00 | - | 321,000.00 | 455,852.10 | - | 455,852.10 |
| XS0346080590 | 25,000.00 | 605.48 | 25,605.48 | 35,502.50 | 859.84 | 36,362.34 |
| XS0346707903 | 476,000.00 | - | 476,000.00 | 675,967.60 | - | 675,967.60 |
| XS0349530823 | 798,000.00 | 13,817.42 | 811,817.42 | 1,133,239.80 | 19,622.12 | 1,152,861.92 |
| XS0368669007 | 2,255,000.00 | 128,857.14 | 2,383,857.14 | 3,202,325.50 | 182,990.03 | 3,385,315.53 |
| XS0373219582 | 12,000.00 | 254.30 | 12,254.30 | 17,041.20 | 361.13 | 17,402.33 |
| **Total** | 57,125,000.00 | 1,099,751.58 | 58,224,751.58 | 81,123,212.50 | 1,561,757.22 | 82,684,969.72 |

*Amounts due in EUR have been converted to US Dollars using the EUR-USD X-RATE published by Bloomberg for September 15, 2008: 1 EUR = 1.4201 USD.*

06/08/2005    16:41    LEHMAN → 916467582653                                        NO.504    P01

EXHIBIT 3

UNANIMOUS WRITTEN CONSENT OF THE

EXECUTIVE COMMITTEE OF THE

BOARD OF DIRECTORS OF

LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294                P.02

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____
Richard S. Fuld, Jr.

_____
John D. Macomber

2

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

**KAS BANK**

COMMITTED SINCE 1806

**EXHIBIT 4**

To whom it may concern:

DECLARATION

KAS BANK Effectenbewaarbedrijf N.V. (also trading under the name KAS Depository Trust Company and hereinafter referred to as **KDTC**) is custodian and holder of account 90023 with Euroclear. KAS BANK N.V. (the **Claimant**) owns 100% of the shares in KDTC.

The Claimant is authorised to act on behalf of KDTC pursuant to the Rules Concerning Custody of Securities held by KDTC (the **KDTC Rules**).

The Claimant uses the services of KDTC for the custody of certain types of securities, in fulfilment of the obligation imposed on the Claimant by Netherlands law and regulations to protect the proprietary interests of its clients in respect of securities placed in custody with it. Since the Anglo-American legal concept of ownership of property by way of trust (or any other similar equitable interest) is not known under Netherlands law, the general position is that securities held by the Claimant for its clients but in its name will form a part of the assets of the Claimant and will therefore fall into its bankruptcy estate unless specific measures to protect the proprietary interests of its clients are taken. This is why such securities are held by KDTC. KDTC's sole object is the custody of securities on behalf of the Claimant's clients and it is prohibited by its Articles of Association from incurring any commercial risk in the conduct of its business. Custody of securities that are held by KDTC for the client's protection is subject to the KDTC Rules. According to Clause 2 of the KDTC Rules the Claimant shall act with respect to the securities held by KDTC on behalf of the clients in accordance with the instructions given by those clients. Under the KDTC Rules, the client has a *direct claim* on KDTC in respect of the securities held by KDTC on the client's behalf. Since this direct claim would not be affected by bankruptcy of the Claimant under Dutch bankruptcy law, the client's position with regard to securities held by KDTC is safeguarded.

Amsterdam, 26 October 2009

Name:  drs. N.E. Blom

KAS BANK N.V.

Name: R.J. Kooijman RA

KAS BANK N.V.

KAS BANK N.V.
P.O. Box 24001, 1000 DB Amsterdam, The Netherlands   **T:** +31 20 557 59 11   **E:** info@kasbank.com   Swift Kasa nl 2a
Spuistraat 172, 1012 VT Amsterdam, The Netherlands   **F:** +31 20 557 61 02   **I:** www.kasbank.com   Trade Reg no 33001320

**TNT**

RECEIVER'S COPY

Sending Depot | Receiving Depot
SP8 | NYC

GD **3198 2654 4**    VV
Please quote this number if you have an enquiry.

| | Priority | Saturday Delivery | Insurance |
|---|---|---|---|
| | ☐ | ☐ | ☐ |

## International

| | Documents | Non-Documents | Domestic |
|---|---|---|---|
| **Special Express** | ☐☐☐☐☐ | ☐☐☐☐☐ | ☐☐☐☐☐ |
| **900 Express** | | | |
| **10:00 Express** | | | |
| **12:00 Express** | | | |
| **Express** | ☒ | | |
| **12:00 Economy Express** | | | |
| **Economy Express** | | | |

☎ Please contact Customer Service at 0800 1234 to arrange shipment for service details, please see brochure. This service is selected, the Express service will be provided and invoiced.

| General Description | Number of Packages | Weight | | Dimensions | | |
|---|---|---|---|---|---|---|
| | | Kilos | Grams | Length | Width | Height |
| DOCS | 1 | 0 | | | | |
| | | | 100 | 20 | 10 | 1 |

Stat No. | OPS verify:

Total | 1 | 0 | 100 | Volume: | Volume Weight: |

Receiver's VAT / TAX No. / NIF / MRN No.

---

## 1. Sender's Account Number

**000062508**

SENDER LIABLE FOR UNPAID CHARGES

## 2. Invoice to Receiver

Receiver's account number

## 3. Customer Reference

### Sender

Name: WILS 7 VAN OOSTVEEN
Address: HERENGRACHT 493

City: AMSTERDAM    Postal / Zip Code: 1017 BT
Province/Region:    Country: NL
Contact Name: MAARTEN DU MEE    Tel. No. (mandatory): 020 6388226

### Receiver

Name: EPIQUE BANKRUPTCY SOLUTIONS
ATT. LEHMAN BROTHERS HOLDINGS
Address: CLAIMS PROCESSING
757 3RD AV , 3RD FLOOR

City: MANHATTAN    Postal / Zip Code: 10017
Province/Region: NY    Country: US
Contact Name: 0 0    Tel. No. (mandatory): 0 0

**RECEIVED**    OCT 27 2009

Does this consignment contain any dangerous goods?    Yes ☐    No ☒

CARRIAGE OF THIS CONSIGNMENT IS SUBJECT TO THE TERMS AND CONDITIONS ON THE REVERSE
(ALWAYS THE LATEST VERSION, SEE WWW.TNTEXPRESS.NL) WHICH LIMITS TNT'S LIABILITY IN
ACCORDANCE WITH THE WARSAW CONVENTION AND THE CMR.

Signature Sender    Received by TNT

Date:    (Day/Month/Year)    Date:    Time:    :

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000049740

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Banca Aletti & C. S.p.A.
Via Santo Spirito, 14
20121 Milano
Italy
Attention: Mr. Massimo Zerbino

Telephone number: +39 0243358107    Email Address: massimo.zerbino@alettibank.it

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
_(If known)_

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:    Email Address:

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** See attached _____ _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See attached _____ _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See attached _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See attached _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| October 23, 2009 | Name: Maurizio Zancanaro    Title: General Manager |

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 27 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

_Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571_

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                        Debtors.
------------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## BANCA ALETTI & C. S.P.A.

1.    <u>Claimant</u>.    Banca Aletti & C. S.p.A. (the **"Claimant"**), hereby files the

accompanying proof of claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc.

(the **"Debtor"**), a debtor and debtor in possession in the above-referenced chapter 11 cases. The

Claimant holds claims against the Debtor arising from certain transactions that occurred prior to

September 15, 2008 (the **"Petition Date"**), as described more fully below.

2.    <u>Transactions Between the Parties</u>.    The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co. B.V. and Lehman

Brothers UK Capital Funding II LP (the **"Obligors"**) and guaranteed by the Debtor (each a

**"Program Security"** and, together, the **"Program Securities"**) identified on the list of Lehman

Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com

under the heading "Key Documents." The International Securities Identification Number

(**"ISIN"**) identifying each Program Security, along with the respective Clearstream Bank

blocking reference number and the Clearstream Bank account number relating to the Program

Securities, is detailed on <u>Exhibit 1</u> attached hereto. Evidence of the ownership of the securities

described in <u>Exhibit 1</u> is provided in <u>Exhibit 3</u> attached hereto. The Program Securities issued by

Lehman Brothers Treasury Co. B.V. have also the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of Lehman Brothers Treasury Co. B.V. pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as Exhibit 4, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

    3.    Claim.  The Claimant is authorized to act on behalf of the holders of certain securities described more fully in Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 68,411,014.91 plus, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "Claim").  An itemization of certain amounts comprising the Claim is set forth on Exhibit 2 attached hereto.

    4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

    5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

    6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.   The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

**EXHIBIT 1**

| ISIN Code | Clearstream blocking reference # | Clearstream account # | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0163559841 | CA18387 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 797,000.00 |
| XS0176153350 | CA18388 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 7,939,000.00 |
| XS0181945972 | CA18389 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 9,241,000.00 |
| XS0185655445 | CA18385 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 934,000.00 |
| XS0302315386 | CA18386 | 83603 | LEHMAN BROTHERS TREASURY CO. BV | € 625,000.00 |
| XS0307348234 | CA18384 | 83603 | LEHMAN BROTHERS TREASURY CO. BV | € 8,000.00 |
| XS0162289663 | CA18379 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 542,000.00 |
| XS0178969209 | CA18375 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 7,029,000.00 |
| XS0189294225 | CA18370 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 336,000.00 |
| XS0195431613 | CA18377 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 488,000.00 |
| XS0200284247 | CA18373 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 10,499,000.00 |
| XS0202417050 | CA18372 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 170,000.00 |
| XS0197173643 | CA18368 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 20,000.00 |
| XS0208459023 | CA18371 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 1,845,000.00 |
| XS0210782552 | CA18363 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 1,289,000.00 |
| XS0211814123 | CA18364 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 1,319,000.00 |
| XS0211093041 | CA18367 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 2,027,000.00 |
| XS0213971210 | CA18365 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 733,000.00 |

| | | | | |
|---|---|---|---|---|
| XS0213416141 | CA18358 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 5,000.00 |
| XS0229269856 | CA18359 | 83611 | LEHMAN BROTHERS UK CAPITAL FUNDING II LP | € 15,000.00 |
| XS0220704109 | CA18357 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 65,000.00 |
| IT0006578600 | CA18361 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 140,000.00 |
| XS0276162327 | CA18349 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 102,000.00 |
| XS0229584296 | CA18348 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 25,000.00 |
| XS0210433206 | CA18351 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 8,000.00 |
| XS0232364868 | CA18347 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 2,000.00 |
| XS0301086475 | CA18343 | 83611 | LEHMAN BROTHERS TREASURY CO. BV | € 651.00 |

**EXHIBIT 2**

| [ISIN Code] | Nominal Amount (FOREIGN CURRENCY) | Interest ** (FOREIGN CURRENCY) | Total (FOREIGN CURRENCY) | Nominal Amount (USD) * | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0163559841 | EUR 797,000.00 | 15,379.09 | 812,379.09 | 1,127,834.70 | 21,762.95 | 1,149,597.65 |
| XS0176153350 | EUR 7,939,000.00 | 225,680.26 | 8,164,680.26 | 11,234,478.90 | 319,360.14 | 11,553,839.04 |
| XS0181945972 | EUR 9,241,000.00 | 221,061.35 | 9,462,061.35 | 13,076,939.10 | 312,823.92 | 13,389,763.02 |
| XS0185655445 | EUR 934,000.00 | 23,283.24 | 957,283.24 | 1,321,703.40 | 32,948.12 | 1,354,651.52 |
| XS0302315386 | EUR 625,000.00 | - | 625,000.00 | 884,437.50 | - | 884,437.50 |
| XS0307348234 | EUR 8,000.00 | - | 8,000.00 | 11,320.80 | - | 11,320.80 |
| XS0162289663 | EUR 542,000.00 | 5,871.67 | 547,871.67 | 766,984.20 | 8,309.00 | 775,293.20 |
| XS0178969209 | EUR 7,029,000.00 | 193,483.55 | 7,222,483.55 | 9,946,737.90 | 273,798.58 | 10,220,536.48 |
| XS0189294225 | EUR 336,000.00 | 5,709.77 | 341,709.77 | 475,473.60 | 8,079.90 | 483,553.50 |
| XS0195431613 | EUR 488,000.00 | 4,111.04 | 492,111.04 | 690,568.80 | 5,817.53 | 696,386.33 |
| XS0200284247 | EUR 10,499,000.00 | 313,224.27 | 10,812,224.27 | 14,857,134.90 | 443,243.67 | 15,300,378.57 |
| XS0202417050 | EUR 170,000.00 | 4,506.04 | 174,506.04 | 240,567.00 | 6,376.50 | 246,943.50 |
| XS0197173643 | EUR 20,000.00 | 82.50 | 20,082.50 | 28,302.00 | 116.75 | 28,418.75 |
| XS0208459023 | EUR 1,845,000.00 | 41,243.59 | 1,886,243.59 | 2,610,859.50 | 58,363.80 | 2,669,223.30 |
| XS0210782552 | GBP 1,289,000.00 | 28,176.27 | 1,317,176.27 | 2,297,454.37 | 50,220.09 | 2,347,674.47 |
| XS0211814123 | EUR 1,319,000.00 | 31,702.51 | 1,350,702.51 | 1,866,516.90 | 44,862.23 | 1,911,379.13 |
| XS0211093041 | EUR 2,027,000.00 | 23,371.42 | 2,050,371.42 | 2,868,407.70 | 33,072.90 | 2,901,480.60 |
| XS0213971210 | EUR 733,000.00 | 7,209.84 | 740,209.84 | 1,037,268.30 | 10,202.64 | 1,047,470.94 |
| XS0213416141 | EUR 5,000.00 | 49.73 | 5,049.73 | 7,075.50 | 70.37 | 7,145.87 |
| XS0229269856 | EUR 15,000.00 | 754.05 | 15,754.05 | 21,226.50 | 1,067.05 | 22,293.55 |
| XS0220704109 | EUR 65,000.00 | 759.43 | 65,759.43 | 91,981.50 | 1,074.67 | 93,056.17 |
| IT0006578600 | EUR 140,000.00 | | 140,000.00 | 198,114.00 | - | 198,114.00 |
| XS0276162327 | EUR 102,000.00 | - | 102,000.00 | 144,340.20 | - | 144,340.20 |
| XS0229584296 | EUR 25,000.00 | 1,708.50 | 26,708.50 | 35,377.50 | 2,417.70 | 37,795.20 |
| XS0210433206 | EUR 8,000.00 | 278.03 | 8,278.03 | 11,320.80 | 393.44 | 11,714.24 |
| XS0232364868 | EUR 2,000.00 | 103.93 | 2,103.93 | 2,830.20 | 147.08 | 2,977.28 |
| XS0301086475 | UNIT 651.00 | - | 651,000.00 | 921,230.10 | - | 921,230.10 |

**Total Claim Amount    USD    68,411,014.91**

*Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD*

*Amounts due in GBP have been converted to US Dollars using the exchange reference rate GBP/EUR and USD/EUR published by the European Central Bank for September 15, 2008: 1 GBP = 1.259525 EUR = 1.782354 USD*

*Each 1 UNIT of ISIN Code XS0301086475 represents EUR 1.000 of Nominal Amount*

*\*\* Interest accrued until September 14, 2008 (included)*

**EXHIBIT 3**

Evidence of Ownership

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0163359841 |
| Common Code | 016355984 |
| Financial Instrument Description | EUR 6 LEHMAN BROS TREAS CO BV (1-2)03-2011 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 797 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA 18387 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | (6B) BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0163359841 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|------|--------|-------|---------|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 55/80 |
|----------|------------|

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

**References**

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BU |
| CA Notification | 0000000065486204 |

**History**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

**Current Activity-Status**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0176153350 |
| Common Code | 017615335 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS.HOLD.INC 03-2013 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 7 939 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Tranc | CA18388 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0176153350 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 71/80 |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BW |
| CA Notification | 000000065486207 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16 06 | | Processing | Accepted | |
| 19/10/09 16 06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0181945972 |
| Common Code | 018194597 |
| Financial Instrument Description | EUR 7 LEHMAN BROS TREAS. 04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 9 241 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18389 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0181945972 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BY |
| CA Notification | 0000000065486205 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0185655445 |
| Common Code | 018565544 |
| Financial Instrument Description | EUR 7 LEHMAN BROS.TREAS. 04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C SPA-CLIENT A/C |
| Quantity of Financial Instrument | 934 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18385 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0185655445 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 61/80 |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BQ |
| CA Notification | 0000000065486202 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.36 CET |
|---|---|---|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0302315386 |
| Common Code | 030231536 |
| Financial Instrument Description | EUR 0,00 LEHMAN BROS TREAS 07-2013 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83603 - BANCA ALETTI + C SPA |
| Quantity of Financial Instrument | 625 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18386 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83603 |
| Description | BANCA ALETTI + C SPA |
| Settlement Processing Narrative | CONSBLOK XS0302315386 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83603 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 5/8 |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.36 CET |
|---------|--------------------------------------|-----------|

### References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BS |
| CA Notification | 0000000065489174 |

### History

| CET-Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

### Current Activity-Status

| CET-Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.36 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0307348234 |
| Common Code | 030734823 |
| Financial Instrument Description | EUR 0,00 LEHMAN BROS TREAS 07-2013 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83603 - BANCA ALETTI + C SPA |
| Quantity of Financial Instrument | 8 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA 18384 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Post Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83603 |
| Description | BANCA ALETTI + C. SPA |
| Settlement Processing Narrative | CONSBLOK XS0307348234 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83603 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 7/8 |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.36 CET |
|---|---|---|

## References

| Type | Reference |
|---|---|
| Clearstream | 02M89A0005BO |
| CA Notification | 000000065489253 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |

| 19/10/09 | Page 8/8 |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0162289663 |
| Common Code | 016228966 |
| Financial Instrument Description | EUR 5 LEHMAN BROS TREAS CO.BV 03-2010 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.05 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 542 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18379 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0162289663 OCE CONSENT YOUR INX |

### Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

**References**

| Type | Reference |
|------|-----------|
| Clearstream | 02MB9A0005BZ |
| CA Notification | 0000000065486201 |

**History**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

**Current Activity-Status**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0178969209 |
| Common Code | 017896920 |
| Financial Instrument Description | EUR 7 LEHMAN BROS TREAS.CO.BV (1-2) 03-2013 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C SPA-CLIENT A/C |
| Quantity of Financial Instrument | 7.029.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18375 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff. Settlement Date | 19/10/09 |
| Exp/Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0178969209 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BR |
| CA Notification | 0000000065486203 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0189294225 |
| Common Code | 018929422 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS.04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 336 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA 18370 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0189294225 OCE CONSENT YOUR INX |

### Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | Page 39/80 |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
| --- | --- |
| Clearstream | 02M89A0005B2 |
| CA Notification | 000000065486206 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16 06 | | Processing | Accepted | |
| 19/10/09 16 06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Tresaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0195431613 |
| Common Code | 019543161 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS (W8 S)/TREAS 04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 488 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA 18377 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0195431613 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

**References**

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BV |
| CA Notification | 0000000065486263 |

**History**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

**Current Activity-Status**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0200284247 |
| Common Code | 020028424 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS.TREAS.04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 10 499.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA 18373 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0200284247 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

**References**

| Type | | Reference |
|---|---|---|
| Clearstream | | 02M89A0005BN |
| CA Notification | | 0000000065486266 |

**History**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

**Current Activity-Status**

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0202417050 |
| Common Code | 020241705 |
| Financial Instrument Description | EUR 7,50 LEHMAN BROS HOLD.PLC 04-2014 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C SPA-CLIENT A/C |
| Quantity of Financial Instrument | 170 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18372 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0202417050 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## References

| Type | Reference |
|---|---|
| Clearstream | 02M69A0005BL |
| CA Notification | 0000000065486265 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0197173643 |
| Common Code | 019717364 |
| Financial Instrument Description | EUR FL R LEHMAN BROS.TREAS.CO BV (W8 S)04-2011 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Senders Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 20 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Date | |
| Trans | CA 18368 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0197173643 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AW |
| CA Notification | 0000000065486277 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0208459023 |
| Common Code | 020845902 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS.HOLD INC 04-2016 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 1.845 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA 18371 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0208459023 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005BJ |
| CA Notification | 0000000065486264 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0210782552 |
| Common Code | 021078255 |
| Financial Instrument Description | EUR FL R LEHMAN BROS.TREAS.CO BV 05-2013 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 1 289.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA 18363 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0210782552 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| 19/10/09 | |
|---|---|

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## References

| Type | Reference |
|---|---|
| Clearstream | 02M89A0005B8 |
| CA Notification | 0000000065486563 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0211814123 |
| Common Code | 021181412 |
| Financial Instrument Description | EUR 7,00 LEHMAN BROS TREAS CO BV 05-2017 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16:06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 1 319.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0:00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| Fx Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA 18364 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0211814123 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AN |
| CA Notification | 0000000065486547 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0211093041 |
| Common Code | 021109304 |
| Financial Instrument Description | EUR 7,50 LEHMAN BROS.TREAS CO.BV. 05-2015 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 2 027 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18367 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0211093041 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AT |
| CA Notification | 0000000065486556 |

## History

| CET-Timestamp | User | Activity | Status | Reason/Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET-Timestamp | User | Activity | Status | Reason/Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0213971210 |
| Common Code | 021397121 |
| Financial Instrument Description | EUR 7,625 LEHMAN BROS TREAS CO BV (W8 S)05-15 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Senders Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 733 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA 18365 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | (6B) BKNY MELLON, LDN |
| B/C Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0213971210 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| 19/10/09 | Page 7/80 |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AK |
| CA Notification | 0000000065486555 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0213416141 |
| Common Code | 021341614 |
| Financial Instrument Description | EUR 8,25 LEHMAN BROS.TREAS.CO.BV(W8 S)05-2035 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 5 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Tranc | CA18358 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0213416141 OCE CONSENT YOUR INX |

### Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AS |
| CA Notification | 0000000065486558 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|-------------------------------------|-----------|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0229269856 |
| Common Code | 022926985 |
| Financial Instrument Description | EUR 5,125 LEHMAN BROS. UK CAP.FUND.II(1)05-XX |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 15 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA18359 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0229269856 OCE CONSENT YOUR INX |

### Settlement Parties

| Type | Format | Party | Account |
|------|--------|-------|---------|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
| --- | --- |
| Clearstream | 02M89A0005AV |
| CA Notification | 0000000065486638 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0220704109 |
| Common Code | 022070410 |
| Financial Instrument Description | EUR 7 LEHMAN BROS TREAS CO BV 05-2017 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C SPA-CLIENT A/C |
| Quantity of Financial Instrument | 65.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trano | CA18357 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0220704109 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference | |
|------|-----------|---|
| Clearstream | 02M9A0005B1 | |
| CA Notification | 0000000065486546 | |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | IT0006578600 |
| Common Code | 023985071 |
| Financial Instrument Description | EUR 7 LEHMAN BROTHERS (FXR-FLR)05-2017 |
| Place of Safekeeping | MOTIITMMXXX |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C  SPA-CLIENT A/C |
| Quantity of Financial Instrument | 140.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Tranc | CA 18361 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [80] INTESABCI BANK SPA |
| BIC Address | BCIITTMMXXX |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C  SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK IT0006578600 OAL CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|---|---|
| Clearstream | 02M89A0005B4 |
| CA Notification | 0000000085487145 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking · CreationOnline | 16.40 CET |

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Trasaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0276162327 |
| Common Code | 027616232 |
| Financial Instrument Description | EUR 0,00 LEHMAN BROS TREAS.CO.BV 06-2010 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 102.000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Tranof | CA18349 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDBLULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0276162327 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
| --- | --- |
| Clearstream | 02M89A0005B3 |
| CA Notification | 0000000065487595 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16 06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

### Trade Details

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0229584296 |
| Common Code | 022958429 |
| Financial Instrument Description | EUR 7,25 LEHMAN BROS TREAS (3171) 05-2035 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 25 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18348 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

### Settlement Parties

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0229584296 OCE CONSENT YOUR INX |

### Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

### Additional Information

| | |
|---|---|
| Input Media | Internal |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## References

| Type | Reference |
|---|---|
| Clearstream | 02M89A0005B0 |
| CA Notification | 0000000065486643 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---|---|---|---|---|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0210433206 |
| Common Code | 021043320 |
| Financial Instrument Description | EUR 6,00 LEHMAN BROS.TREAS.CO.BV05-2035 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 8 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0.00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Tranc | CA18351 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp/Eff Settlement Date | 19/10/09 |
| Exp/Eff Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0210433206 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M69A0005B7 |
| CA Notification | 0000000065486549 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---|---|---|

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0232364868 |
| Common Code | 023236486 |
| Financial Instrument Description | EUR 6,00 LEHMAN BROS.TREAS.CO.BV 05-2035 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16.05 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C. SPA-CLIENT A/C |
| Quantity of Financial Instrument | 2 000 |
| Quantity Type | Face Amount |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trans | CA18347 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Exp./Eff. Settlement Date | 19/10/09 |
| Exp./Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Release | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C. SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0232364868 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |
| Additional Information | | | |
| Input Media | Internal | | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |
|---------|--------------------------------------|-----------|

## References

| Type | Reference |
|------|-----------|
| Clearstream | 02M89A0005AX |
| CA Notification | 0000000065486642 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
|---------------|------|----------|--------|------------------|
| 19/10/09 16 06 | | Settlement | Settled | |

| BSMauro | Clearstream Banking - CreationOnline | 16.40 CET |

## Security Post Release

**Trade Details**

| | |
|---|---|
| Type of Settlement Transaction | Securities Blocking |
| Pool Reference | |
| Function of Message | New Message |
| Instruction Type | Receive Free |
| Activity Status | Settlement-Settled |
| ISIN Code | XS0301086475 |
| Common Code | 030108647 |
| Financial Instrument Description | UNT LEHMAN BROS.TREAS 040711 |
| Place of Safekeeping | IRVTGB2XGPT |
| Common Code Type | Single |
| Reason Narrative | |
| Sender's Reference | NONREF |
| Last Update | 19/10/09 16 06 |
| Previous Reference | |
| Deal Reference | |
| Common Reference | |
| Safekeeping Account | 83611 - BANCA ALETTI + C SPA-CLIENT A/C |
| Quantity of Financial Instrument | 651 |
| Quantity Type | Unit |
| Processing Indicator | |
| Requested Settlement Date | 19/10/09 |
| Trade Date/Time | 19/10/09 0 00 |
| Closing Date | |
| Priority | Normal Priority |
| Settlement Amount | |
| Currency | |
| Guaranteed Delivery | No |
| Deal Price | |
| Deal Price Currency | |
| Deal Price Format | |
| Taxable Income Per Share | |
| Taxable Income Per Share Currency | |
| Taxable Income Per Share Format | |
| FX Currency | |
| Delivery Without Matching | Yes |
| Deal | |
| Trend | CA18343 |
| Common | |
| Transaction Indicator | Settlement Activity |
| Actual Settled Amount | |
| Expl/Eff. Settlement Date | 19/10/09 |
| Exp /Eff. Value Date | |
| Best Matching Instruction | |

**Settlement Parties**

| | |
|---|---|
| Clearstream Depository | [6B] BKNY MELLON, LDN |
| BIC Address | IRVTGB2XGPT |
| Place of Settlement | CEDELULLXXX - Clearstream |
| Physical Transaction | No |
| Immediate Releaser | No |
| Delivering Agent | Clearstream |
| Party | 83611 |
| Description | BANCA ALETTI + C SPA-CLIENT A/C |
| Settlement Processing Narrative | CONSBLOK XS0301086475 OCE CONSENT YOUR INX |

## Settlement Parties

| Type | Format | Party | Account |
|---|---|---|---|
| Receiving Agent | CLEARSTREAM | 83611 | |

**Additional Information**

| | |
|---|---|
| Input Media | Internal |

| BSMauro | : | Clearstream Banking - CreationOnline | 16.40 CET |

## References

| Type | Reference |
| --- | --- |
| Clearstream | 02M89A0005AL |
| CA Notification | 0000000065488554 |

## History

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16.06 | | Settlement | Settled | |
| 19/10/09 16.06 | | Processing | Accepted | |
| 19/10/09 16.06 | | Processing | Receipt | |

## Current Activity-Status

| CET Timestamp | User | Activity | Status | Reason Narrative |
| --- | --- | --- | --- | --- |
| 19/10/09 16.06 | | Settlement | Settled | |

**EXHIBIT 4**

Written Consent June 9, 2005

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS**, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS**, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS**, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS**, Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS**, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS**, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT**,

**RESOLVED,** that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED,** that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED,** that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED,** that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED,** that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____          _____
Richard S. Fuld, Jr.                      John D. Macomber

2

06/08/2005    16:41    LEHMAN → 916467582653                    NO.504    P03

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

3

# ʐ𝒾BANCA **ALETTI**

United States Bankruptcy Court/Southern District of New York

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY  10017

> Banca Aletti & C. S.p.a.
> Tel. +390243358107
> Fax +390243358364
> E-mail :
> massimo.zerbino@alettibank.it

Ocotber 23, 2009

## BANCA ALETTI & C.  S.P.A. - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find two original copies of the proofs of claim hereby filed by Banca Aletti & C. S.p.a. against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims.
Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

> Banca Aletti & C. S.p.A.
> General Manager
> Mr. Maurizio Zaccanaro


ʐ𝒾 **BANCO POPOLARE**
GRUPPO BANCARIO

Attachment

XTREMELY URGENT

DHL's liability shall not exceed US $100 for any shipment. See conditions of carriage on the shibill.

DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY. <





**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**LEHMAN SECURITIES PROGRAMS**
~~PROOF~~

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000049792

| | 0000049792 |
|---|---|

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Banca Agricola Commerciale della Repubblica di San Marino S.p.A.
Via Oddone Scarito, 13
47893 Borgo Maggiore
Repubblica di San Marino
Attention: Mr. Stefano Cataldo

Telephone number: +378 871286          Email Address: legale@bac.sm

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: See attached** _____ _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): See attached** _____ _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See attached** _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See attached** _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. October 23, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. <br><br> Name: Luigi Lonfernini  Title: President | FOR COURT USE ONLY <br> **FILED / RECEIVED** <br><br> OCT 27 2009 <br><br> EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:                                              Chapter 11

Lehman Brothers Holdings Inc., *et al.*              Case No. 08-13555 (JMP)

                                                    (Jointly Administered)

                        Debtors.
-----------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## BANCA AGRICOLA COMMERCIALE DELLA REPUBBLICA DI SAN MARINO S.P.A.

1.      Claimant.  Banca Agricola Commerciale della Repubblica di San Marino S.p.A. (the **"Claimant"**), hereby files the accompanying proof of claim (the **"Proof of Claim"**) against Lehman Brothers Holdings Inc. (the **"Debtor"**), a debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds claims against the Debtor arising from certain transactions that occurred prior to September 15, 2008 (the **"Petition Date"**), as described more fully below.

2.      Transactions Between the Parties.  The Claimant is authorized to act on behalf of the holders of certain securities issued by Lehman Brothers Treasury Co. B.V. (the **"Obligor"**) and guaranteed by the Debtor (each a **"Program Security"** and, together, the **"Program Securities"**) identified on the list of Lehman Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."  The International Securities Identification Number (**"ISIN"**) identifying each Program Security, along with the respective Euroclear Bank electronic instruction reference number and the Euroclear Bank account number relating to the Program Securities, is detailed on Exhibit 1 attached hereto. Evidence of the ownership of the securities described in Exhibit 1 is provided in Exhibit 3

attached hereto. The Program Securities have the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of the Obligor pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as Exhibit 4, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    Claim.    The Claimant is authorized to act on behalf of the holders of certain securities described more fully in Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 1,931,973.42, plus, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "Claim"). An itemization of certain amounts comprising the Claim is set forth on Exhibit 2 attached hereto.

4.    Security Interests and Priority Status.    The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    Claims, Counterclaims, Setoffs and Defenses.    The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor. The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.    Reservation of Rights.    The execution and filing of this Proof of Claim is not and shall not be deemed: (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    Amendments.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.

**EXHIBIT 1**

| ISIN Code | Euroclear electronic instruction reference # | Euroclear account # | Sub-custodian account # | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0176153350 | 6034125 | Euroclear 12462 | 200301 | Lehman Brothers Treasury Co. B.V. | € 40,000.00 |
| XS0181945972 | 6034129 | Euroclear 12462 | 200301 | Lehman Brothers Treasury Co. B.V. | € 300,000.00 |
| XS0208459023 | 6034137 | Euroclear 12462 | 200301 | Lehman Brothers Treasury Co. B.V. | € 500,000.00 |
| XS0211093041 | 6034139 | Euroclear 12462 | 200301 | Lehman Brothers Treasury Co. B.V. | € 500,000.00 |

**EXHIBIT 2**

| ISIN Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount (USD) * | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0176153350 | 40,000.00 | 1,137.07 | 41,137.07 | 56,604.00 | 1,609.07 | 58,213.07 |
| XS0181945972 | 300,000.00 | 7,176.54 | 307,176.54 | 424,530.00 | 10,155.52 | 434,685.52 |
| XS0208459023 | 500,000.00 | 11,177.10 | 511,177.10 | 707,550.00 | 15,816.71 | 723,366.71 |
| XS0211093041 | 500,000.00 | 5,765.05 | 505,765.05 | 707,550.00 | 8,158.12 | 715,708.12 |
| Total Claim Amount | | | | | USD | 1,931,973.42 |

*Amounts due in EUR have been converted to US Dollars using the exchange reference rate published on Web Site of Banca D'Italia, section "Euro Foreign Exchange references rates as of 15 Sep 2008" (www.bancaditalia.it/banca_ centrale/cambi/rif/2008/09/cambi_rif_1509_en.htm) for September 15, 2008: 1 EUR = 1.4151 USD*

** Interest accrued until September 14, 2008 (included).*

**EXHIBIT 3**

Evidence of Ownership


**UniCredit Suisse Bank**

BANCA AGRICOLA COMMERCIALE
Della Repubblica di San Marino
Via Oddone Scarito 13
Borgo Maggiore
RSM

Lugano, 08.10.2009

LEHMAN BROTHERS BONDS

Dear Sirs,

we hereby confirm you that , at present date, we have deposited on your behalf, on our 12462
account with Euroclear Bank, the securities of the attached list.

Best regards.

UNICREDIT (SUISSE) BANK SA

**UniCredit**
(Suisse) Bank s.a.

Lugano, 12.10.2009

| ISIN CODE | NAME | CURR | AMOUNT | ACC. AT EUROCLEAR | BAC ACC. WITH UNICREDIT SUISSE |
|---|---|---|---|---|---|
| XS0252835110 | LEHMAN BROS 2011 FLR | EUR | 5'250'000 | 12462 | 200301 |
| XS0254171191 | LEHMAN BROS 2016 FLR | EUR | 950'000 | 12462 | 200301 |
| XS0208459023 | LEHMAN BROS 2016 FLR | EUR | 500'000 | 12462 | 200301 |
| XS0211093041 | LEHMAN BROS 2015 FLR | EUR | 500'000 | 12462 | 200301 |
| XS0181945972 | LEHMAN BROS 2014 FLR | EUR | 300'000 | 12462 | 200301 |
| XS0268648952 | LEHAMAN BROS 2016 FLR | EUR | 250'000 | 12462 | 200301 |
| XS0183944643 | 4.75 LEHMAN BROS 2014 | EUR | 220'000 | 12462 | 200301 |
| XS0189741001 | LEHMAN BROS 2011 FLR | EUR | 200'000 | 12462 | 200301 |
| XS0252834576 | 4 LEHMAN BROS 2011 | EUR | 170'000 | 12462 | 200301 |
| XS0179304869 | LEHMAN BROS 2008 FLR | EUR | 56'000 | 12462 | 200301 |
| XS0176153350 | LEHMAN BROS 2013 FLR | EUR | 40'000 | 12462 | 200301 |
| XS0128857413 | 6 3/8 LEHMAN BROS 2011 | EUR | 20'000 | 12462 | 200301 |

Custody: Valid Instructions - 08/10/09 13:22:32

```
+------------------------------------------------+
+                 ACCOUNT 12462             +    08/10/09
+              VALIDATED INSTRUCTIONS       +      06:18
+         EUCLID VALIDATION DATE: 06/10/2009  +
+------------------------------------------------+
```

CUSTODY SERVICE
----------------
79:TYP-SUBT-CPN 35A:NOMINAL...AMOUNT 30:SET.DAT 72:P-N.DAT (E/C REF)
  20:YOUR...REFERENCE USER....NBR  TIMESTAMP
35B:              SECURITY...............DESCRIPTION CUR EUCLID.STAT PARTSTAT
 77D:REGISTRATION (RG)
 87F:CORRESPONDENT (CO)
 88D:BENEFICIARY (BE)
 77R:CERTIFICATION (CE)
 80B:PROXY (PR)
 79:REC:REMARKS TO RECIPIENT (RR)
 72:EOC:REMARKS TO EOC
----------------------------------------------------------------------------
MESSAGES FROM EOC


79: 37-    -    35A:      20000    30:051009  72:         (6030507)
  20:LEHMAN 1                     17:18:18
35B:XS0128857413 LEHMAN BROTHERS HOL 6.37500 10/05/11 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
      CONTACT SIMONA PACI 00378 871254   AMM.TITOLI AT BAC.SM
 72:EOC:P. ALESSANDRINI                 0041 91 9109559
```

Custody: Valid Instructions - 08/10/09 13:21:44

```
        +----------------------------------------------+
        +                ACCOUNT 12462              +   08/10/09
        +           VALIDATED INSTRUCTIONS          +    06:18
        +      EUCLID VALIDATION DATE: 08/10/2009   +
        +----------------------------------------------+
```

CUSTODY SERVICE
---------------
79:TYP-SUBT-CPN 35A:NOMINAL...AMOUNT 30:SET.DAT 72:P-N.DAT (E/C REF)
  20:YOUR...REFERENCE USER....NBR  TIMESTAMP
35B:            SECURITY...............DESCRIPTION CUR EUCLID.STAT PARTSTAT
 77D:REGISTRATION (RG)
 87F:CORRESPONDENT (CO)
 88D:BENEFICIARY (BE)
 77R:CERTIFICATION (CE)
 80B:PROXY (PR)
 79:REC:REMARKS TO RECIPIENT (RR)
 72:EOC:REMARKS TO EOC
------------------------------------------------------------------------------
MESSAGES FROM EOC


79: 37-    -    35A:      250000   30:071009  72:           (6034150)
  20:LEHMAN 12                     16:15:18
35B:XS0268648952 LEHMAN BROTHERS HOL 4.25000 00/09/16 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:      950000   30:071009  72:           (6034146)
  20:LEHMAN 11                     16:14:45
35B:XS0254171191 LEHMAN BROTHERS HOL VAR    00/05/16 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:     5250000   30:071009  72:           (6034144)
  20:LEHMAN 10                     16:14:15
35B:XS0252835110 LEHMAN BROTHERS HOL VAR    04/05/11 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:       70000   30:071009  72:           (6034141)
  20:LEHMAN 9                      16:13:47
35B:XS0252834576 LEHMAN BROTHERS HOL 4.00000 04/05/11 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:      500000   30:071009  72:           (6034139)
  20:LEHMAN 8                      16:13:25
35B:XS0211093041 LEHMAN BROTHERS TRE 7.50000 16/02/15 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:      500000   30:071009  72:           (6034137)
  20:LEHMAN 7                      16:12:51
35B:XS0208459023 LEHMAN BROTHERS TRE 4.00000 30/12/16 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
     EMAIL  LEGALE AT BAC.SM           STEFANO CATALDO 00378 871286
 72:EOC:WEBER SACHA                    0041 91 910 9536


79: 37-    -    35A:      200000   30:071009  72:           (6034133)
  20:LEHMAN 6                      16:12:28
35B:XS0189741001 LEHMAN BROTHERS HOL VAR    00/04/11 EUR IPRO (FUT )
 88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
```

Custody: Valid Instructions - 08/10/09 13:21:44

```
        EMAIL  LEGALE AT BAC.SM          STEFANO CATALDO 00378 871286
     72:EOC:WEBER SACHA                      0041 91 910 9536


     79: 37-    -    35A:      220000   30:071009  72:           (6034131)
        20:LEHMAN 5                        16:11:59
     35B:XS0183944643 LEHMAN BROTHERS HOL 4.75000 16/01/14 EUR IPRO (FUT )
        88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
           EMAIL  LEGALE AT BAC.SM          STEFANO CATALDO 00378 871286
        72:EOC:WEBER SACHA                      0041 91 910 9536


     79: 37-    -    35A:      300000   30:071009  72:           (6034129)
        20:LEHMAN 4                        16:11:33
     35B:XS0181945972 LEHMAN BROTHERS TRE 7.00000 00/01/14 EUR IPRO (FUT )
        88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
           EMAIL  LEGALE AT BAC.SM          STEFANO CATALDO 00378 871286
        72:EOC:WEBER SACHA                      0041 91 910 9536


     79: 37-    -    35A:       56000   30:071009  72:           (6034127)
        20:LEHMAN 3                        16:11:06
     35B:XS0179304869 LEHMAN BROTHERS HOL VAR     03/11/08 EUR IPRO (FUT )
        88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
           EMAIL  LEGALE AT BAC.SM          STEFANO CATALDO 00378 871286
        72:EOC:WEBER SACHA                      0041 91 910 9536


     79: 37-    -    35A:       40000   30:071009  72:           (6034125)
        20:LEHMAN 2                        16:10:28
     35B:XS0176153350 LEHMAN BROTHERS TRE 7.00000 10/10/13 EUR IPRO (FUT )
        88D:BANCA AGRICOLA COMMERCIALE DELLA   REPUBBLICA DI SAN MARINO SPA
           EMAIL  LEGALE AT BAC.SM          STEFANO CATALDO 00378 871286
        72:EOC:WEBER SACHA                      0041 91 910 9536
```

**EXHIBIT 4**

Written Consent June 9, 2005

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS**, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS**, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS**, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS**, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS**, Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS**, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS**, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

06/08/2005    16:41    LEHMAN → 916467582653    NO.504    003

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
|  |  |  |
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

EXPRESS WORLDWIDE (D DOX DHL

10017 . UNITED STATES Origin: AOI

C006 US-ZYP-TSS

[redacted] Day Time

Account No 100339402 Date: Pce/Shpt Weight Piece

Ref Code: /0.50 KG 1/1

Content Description

WAYBILL 53 0059 0400

(2L)US10017+42000000

(J)JD01 3041 0354 6008 2105

SHIPMENT AWB NO.

CPI 16.01.09 08643212

DESTINATION: OR

ZYX XYZ DHL

DHL EXPRESS

Track this shipment via the DHL Web Site: http://www.dhl.com

Shipment Air Waybill (Non negotiable)

530 0590 400

ORIGIN AOI

DESTINATION CODE ZYP

**1 Payer account number and insurance details**

Charge to ☒ Shipper ☐ Receiver ☐ 3rd party ☐ Cash ☐ Cheque ☐ Credit Card

Payer Account No.

Shipment Insurance see reverse ☐ Yes

Not all payment options are available in all countries.

**2 From (Shipper)**

Shipper's account number: 100339402

Contact name: # CATALDO

Shipper's reference (up to 32 characters but only first 12 will be shown on invoice)

Company name: BANCA AGRICOLA COMM DELLA RSM

Address: PIAZZA MARINO TINI 26 DOGANA RSM

Postcode/Zip Code (required): 47891

Phone, Fax or E-mail (required): 0549/871251

**3 To (Receiver)**

EPIQ BANKRUPTCY SOLUTIONS LLC

757 THIRD AVENUE

3RD FLOOR

NEW YORK, NY

Postcode/Zip Code (required): 10017

Country

Contact person: LEHMAN BROTHERS HOLDINGS CLAIMS P.

Phone, Fax or E-mail (required)

(*) Il mittente dichiara di accettare che il peso effettivo/volumetrico che verrà assunto per l'applicazione della tariffa, sia quello determinato elettronicamente da DHL anche se discordante con i dati qui riportati.

PT12/08 F15 IT MP

**4 Shipment details**

Total number of packages: 1

Total Weight: 0.2 kg

Pieces / Dimensions in cm: Length, Height, Width

**5 Full description of contents**

Give content and quantity: DOX

RECEIVED OCT 27 2009

**6 Non-Document Shipments Only (Customs Requirement)**

Attach the original and four copies of a Proforma or Commercial invoice

Shipper's VAT/GST number | Receiver's VAT/GST or Shipper's EIN/SSN

Declared Value for Customs (as on commercial/proforma invoice) | Harmonised Commodity Code if applicable

TYPE OF EXPORT ☐ Permanent ☐ Repair / Return ☐ Temporary

Destination duties/taxes if left blank receiver pays duties/taxes

☐ Receiver ☐ Shipper ☐ Other (specify approved account number)

**7 Shipper's agreement (Signature required)**

Unless otherwise agreed in writing, I/we agree that DHL's Terms and Conditions of Carriage are all the terms of the contract between me/us and DHL and (1) such Terms and Conditions and, where applicable, the Warsaw Convention limits and/or excludes DHL's liability for loss, damage or delay and (2) this shipment does not contain cash or dangerous goods (see reverse).

Signature

Date 26/10/09

**8 Services**

Domestic / International Document / International Non-Document / Europe

Not all Services are available to and from all locations

☐ EXPRESS 9:00 (10:30 to the USA)
☐ EXPRESS 12:00
☐ EXPRESS / WORLDWIDE
☐ EXPRESS ENVELOPE
☐ Other

Optional Services (extra charges may apply)
☐ Saturday Delivery ☐ Special Pick Up
☐ Delivery Notification
☐ Other

DHL Global Mail ☐ GMB Priority ☐ GMB Standard ☐ Other

DIMENSIONAL/CHARGEABLE WEIGHT kg gr

CHARGES: Services, Other, Insurance, VAT

CURRENCY | TOTAL

TRANSPORT COLLECT STICKER No.

Picked up by

Route No.

Time 10 Date 26/10/09

Consignee / Parcel copy

HE TOP

**EXTREMELY URGENT** DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.
DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the airbill.

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050827

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Banca Popolare di Puglia e Basilicata S.C.p.A.
Via Ottavio Serena, 15
70022 Altamura (Bari)
Italy
Attention: Mr. Renato Quaranta

Telephone number: +39 080 8710342     Email Address: tesoreria.integrata@bancapopolaredipugliaebasilicata.it

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:]

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached_____    _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See attached_____    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached_____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached_____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. October 27th, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Name: Raffaele D'Ecclesiis     Title: President |
|---|---|

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 2 8 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                        Chapter 11

Lehman Brothers Holdings Inc., *et al.*                       Case No. 08-13555 (JMP)

                                                              (Jointly Administered)

                          Debtors.
-------------------------------------------------------------X

### ANNEX TO PROOF OF CLAIM OF
### BANCA POPOLARE DI PUGLIA E BASILICATA S.C.P.A.

1.      <u>Claimant</u>.   Banca Popolare di Puglia e Basilicata S.C.p.A. (the **"Claimant"**),

hereby files the accompanying proof of claim (the **"Proof of Claim"**) against Lehman Brothers

Holdings Inc. (the **"Debtor"**), a debtor and debtor in possession in the above-referenced chapter

11 cases.  The Claimant holds claims against the Debtor arising from certain transactions that

occurred prior to September 15, 2008 (the **"Petition Date"**), as described more fully below.

2.      <u>Transactions Between the Parties</u>.   The Claimant is the holder and is authorized to

act on behalf of the holders of certain securities issued by Lehman Brothers Treasury Co. B.V.

(the **"Obligor"**) and guaranteed by the Debtor (each a **"Program Security"** and, together, the

**"Program Securities"**) identified on the list of Lehman Program Securities, which is available

on the Debtors' website, http://www.lehman-docket.com under the heading "Key Documents."

The International Securities Identification Number (**"ISIN"**) identifying each Program Security,

along with the respective Clearstream Bank blocking reference number and the Clearstream

Bank, account number relating to the Program Securities, is detailed on <u>Exhibit 1</u> attached

hereto.  Evidence of the ownership of the securities described in <u>Exhibit 1</u> is provided in <u>Exhibit</u>

<u>3</u> attached hereto. The Program Securities have the benefit of an express, unconditional and

irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all

liabilities, obligations and commitments of the Obligor pursuant to those certain board

resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached

hereto as Exhibit 4, including but not limited to those certain resolutions adopted by unanimous

written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor

and/or Lehman related entities.

    3.    Claim.  The Claimant is the holder and is authorized to act on behalf of the

holders of certain securities described more fully in Exhibit 1 hereto and on account thereof and

in accordance with the terms of the documentation relating thereto, hereby asserts a claim against

the Debtor in the amount of $ **1,228,803.16,** plus, to the extent provided pursuant to the

underlying documents associated with each Program Security all other interest, costs, fees and

expenses allowed under applicable law (the **"Claim"**).  An itemization of certain amounts

comprising the Claim is set forth on Exhibit 2 attached hereto.

    4.    Security Interests and Priority Status.  The Claim is filed as a general unsecured

claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the

Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

    5.    Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any

known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any

and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against

the Debtor or its related entities.

    6.    Reservation of Rights.  The execution and filing of this Proof of Claim is not and

shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or

person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the

jurisdiction of this Court with respect to any proceeding commenced in this case against or

otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect

to the subject matter of the Claim, any objection or other proceedings commenced with respect

thereto or any other proceedings commenced in this case against or otherwise involving the

Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the

Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the

subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the

Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any

other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or

may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a

waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable

agreements with the Debtor or its affiliates.

    7.    Amendments. The Claimant expressly reserves its right to file any separate or

additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs

of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so

stated therein), to amend or supplement this Proof of Claim in any respect, including with respect

to the filing of an additional or amended claim for the purpose of fixing and liquidating any

contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect

of additional amounts or for any other reason.

**EXHIBIT 1**

| ISIN Code | Clearstream blocking reference # | Clearstream Account # | Sub-custodian account # | Iusser | Nominal Amount |
|---|---|---|---|---|---|
| XS0176153350 | CA81609 | 81999 | 99/1/5385/23 | Lehman Brothers Treasury Co. B.V | € 60,000.00 |
| XS0195431613 | CA81618 | 81999 | 99/1/5385/23 | Lehman Brothers Treasury Co. B.V | € 25,000.00 |
| XS0211093041 | CA81648 | 81999 | 99/1/5385/22 | Lehman Brothers Treasury Co. B.V | € 400,000.00 |
| XS0213971210 | CA81657 | 81999 | 99/1/5385/22 | Lehman Brothers Treasury Co. B.V | € 360,000.00 |

| ISIN Code | Monte Titoli blocking reference # | Monte Titoli Account # | Iusser | Nominal Amount |
|---|---|---|---|---|
| IT0006578600 | 82032999 | 5385.00 | Lehman Brothers Treasury Co. B.V | € 10,000.00 |

**EXHIBIT 2**

| ISIN CODE | Nominal Amount (FOREIGN CURRENCY) | Interest ** (FOREIGN CURRENCY) | Total (FOREIGN CURRENCY) | Nominal Amount (USD) * | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| IT0006578600 | € 10,000 | € 196.63 | € 10,196.63 | 14,201.00 | 279.23 | 14,480.23 |
| XS0176153350 | € 60,000 | € 1,710.25 | € 61,710.25 | 85,206.00 | 2428.73 | 87,634.73 |
| XS0195431613 | € 25,000 | € 211.18 | € 25,211.18 | 35,502.50 | 299.90 | 35,802.40 |
| XS0211093041 | € 400,000 | € 4,624.66 | € 404,624.66 | 568,040.00 | 6,567.48 | 574,607.48 |
| XS0213971210 | € 360,000 | € 3,550.68 | € 363,550.68 | 511,236.00 | 5,042.32 | 516,278.32 |
| Total Claim Amount | | | | | | USD $ 1,228,803.16 |

\* *Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the Bloomberg for September 15, 2008: 1 Eur = 1.4201 USD*

\*\* *Interest accrued until September 14, 2008 (included)*

**EXHIBIT 3**

Evidence of Ownership

23. Ott. 2009 16:00                                         Nr. 2947   P. 1



# ICBPI

Lehman Brothers Holdings Inc. Chapter 11, Case No. 08-13555 (JMP) (Jointly Administered)

## STATEMENT

Istituto Centrale delle Banche Popolari S.p.A., represented by Mr. LUCIANO MEROSO, in his capacity as Deputy Manager, having its registered office in Milan, Corso Europa 18, in order to allow its depositor holding Lehman Programs Securities, as defined by the order entered on July 2, 2009 by the U.S. Bankruptcy Court for Southern District of New York, to file a proof of claim against Lehman Brothers Holdings Inc.

## CERTIFIES

That, at the date of October 23, 2009, Banca Popolare di Puglia e Basilicata s.c.p.a., having its registered office in Altamura (BA), via Ottavio Serena 13  is the depositor of the Lehman Programs Securities listed below and that Clearstream Bank, at our request, assigned to each Lehman Programs Security a blocking reference number, as stated below.

| Issuer | ISIN Code | Currency | Nominal Amount | Clearstream Blocking # | Clearstream Account # | ICBPI Account # |
|---|---|---|---|---|---|---|
| LEHMAN 10/10/13 LKD | XS0176153350 | EUR | 60,000.00 | CA81609 | 81999 | 99/1/5385/23 |
| LEHMAN 03/11/08 TV | XS0179304869 | EUR | 80,000.00 | CA81611 | 81999 | 99/1/5385/23 |
| LEHMAN 5/4/11 TV | XS0189741001 | EUR | 25,000.00 | CA81613 | 81999 | 99/1/5385/23 |
| LEHMAN 21/05/09 TV | XS0193035358 | EUR | 45,000.00 | CA81614 | 81999 | 99/1/5385/23 |
| LEHMAN 14/7/14 7% | XS0195431613 | EUR | 25,000.00 | CA81618 | 81999 | 99/1/5385/23 |
| LEHMAN 09/11/09 TV | XS0205185456 | EUR | 20,000.00 | CA81642 | 81999 | 99/1/5385/23 |
| LEHMAN 09/03/15 4% | XS0213899510 | EUR | 60,000.00 | CA81655 | 81999 | 99/1/5385/23 |
| LEHMAN 20/07/12 TV | XS0224346592 | EUR | 660,000.00 | CA81663 | 81999 | 99/1/5385/23 |
| LEHMAN 10/12 5.375% | XS0326006540 | EUR | 50,000.00 | CA81669 | 81999 | 99/1/5385/23 |
| LEHM TSY 2/15 S/D TM | XS0211093041 | EUR | 400,000.00 | CA81648 | 81999 | 99/1/5385/22 |
| LEHMAN 18/03/15 TV | XS0213971210 | EUR | 360,000.00 | CA81657 | 81999 | 99/1/5385/22 |

ISTITUTO CENTRALE DELLE BANCHE POPOLARI SpA
Capogruppo del Gruppo ICBPI

Sede Sociale e Direzione Generale in Milano: Corso Europa, 18 – CAP 20122 – Tel +39 02 7705 1 – Fax +39 02 7705 346
Uffici di Roma: Via Elio Chianesi, 110/d – CAP 00128 – Tel +39 06 45485 1 – Fax +39 06 45485 440
Capitale Sociale Euro 37.883.700,00 i. v. – Iscritto all'Albo delle Banche e dei Gruppi Bancari n. 5000.5
Aderente al fondo interbancario di tutela dei depositi
Reg. Imp. MI e Cod. Fisc. 00410710586 – Part. IVA 13212880150 – R.E.A. 318847 – e-mail: informazioni@icbpi.it – www.icbpi.it

# ❖X ICBPI

Yours faithfully,
Istituto Centrale delle Banche Popolari S.p.A.

Luciano Meroso
Deputy Manager

Milan, 23 October 2009

Messaggio/i 717                                                                            Pagina 1 di 1



PAG: C1

| Codice | Riferimenti |
|--------|-------------|
| 5385.00 | |

**POP.PUGLIA BASIL.**

**UFFICIO CONTABILITA'FINANZA
VIA O. SERENA 13
70022 ALTAMURA (BA)**

**717 Richiesta Saldi**

VI TRASMETTIAMO LA POSIZIONE DEL VOSTRO CONTO TITOLI

AL 19/10/09.

| Codice | Descrizione | Codice Divisa | Saldo contabile | Segno | Saldo disponibile | Segno |
|--------|-------------|---------------|-----------------|-------|-------------------|-------|
| IT0006578600.00 | LEHMAN BR. 05/17 TM | EUR | 10000.00 | C | 10000.00 | C |

**MONTE TITOLI S.p.A.**
CENTRO ELETTRONICO

[Disclaimer] [Copyright]

**EXHIBIT 4**

Written Consent June 9, 2005

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

_____                          _____
Richard S. Fuld, Jr.                             John D. Macomber

2

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|   | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |



TIMELY URGENT    DO NOT SEND CASH, CASH EQUIVALENT OR JEWELLERY.

DHL's liability shall not exceed US$100 for any shipment. See conditions of carriage on the airb

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055815 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse Sucursal en España<br><br>See Attached Rider<br><br>Telephone number:          Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>  (*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ See Attached Rider_____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider_____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
  See Attached Rider                    **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>FILED / RECEIVED<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date.<br><br>10/16/09 | Authorised Signatories: Enrique Moreno de la Santa          Rafael del Villar |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Credit Suisse Sucursal en España against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse Sucursal en

España ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I. Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

7.    No judgment has been rendered on the claims set forth in this proof of

claim.

8.    No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse Sucursal en España
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse Sucursal en España**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. |
| XS0282978666 | EUR | CS Zurich | 123,000 | - | 123,000 | - | 9484522 |
| XS0325369725 | USD | CS Zurich | 98,000 | - | 98,000 | - | 9484523 |
| XS0204933997 | USD | CS Zurich | 30,000 | - | 30,000 | - | 9484524 |
| XS0235227302 | EUR | CS Zurich | - | 312 | - | 312 | 9484501 |
| XS0250879763 | USD | CS Zurich | 218,000 | - | 218,000 | - | 9484502 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9484503 |
| XS0339537390 | EUR | CS Zurich | 387,000 | - | 387,000 | - | 9484504 |
| ANN5214R1481 | EUR | CS Zurich | - | 50 | - | 50 | 9484505 |
| XS0213416141 | EUR | CS Zurich | 370,000 | - | 370,000 | - | 9484506 |
| XS0218304458 | EUR | CS Zurich | 149,000 | - | 149,000 | - | 9484507 |
| XS0225841898 | EUR | CS Zurich | 85,000 | - | 85,000 | - | 9484508 |
| XS0246504210 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484509 |
| XS0258901759 | EUR | CS Zurich | 440,000 | - | 440,000 | - | 9484510 |
| XS0269149497 | EUR | CS Zurich | - | 135 | - | 135 | 9484511 |
| ANN5214A1035 | EUR | CS Zurich | - | 3,553 | - | 3,553 | 9484512 |
| XS0284511994 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484513 |
| XS0285422597 | EUR | CS Zurich | 380,000 | - | 380,000 | - | 9484514 |
| XS0286018758 | EUR | CS Zurich | 7,065,000 | - | 7,065,000 | - | 9484515 |
| XS0286239925 | EUR | CS Zurich | 23,900,000 | - | 23,900,000 | - | 9484516 |
| XS0290654978 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9484517 |
| XS0308935575 | EUR | CS Zurich | 4,000,000 | - | 4,000,000 | - | 9484518 |
| XS0308937605 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9484519 |
| XS0317359718 | EUR | CS Zurich | 170,000 | - | 170,000 | - | 9484520 |
| XS0349908839 | EUR | CS Zurich | 10,730,000 | - | 10,730,000 | - | 9484521 |
| XS0349908839 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 6049984 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY: _____    DATE: 10/29/09    TIME: 3:06

| United States Bankruptcy Court/Southern District of New York | | LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM |
|---|---|---|

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000055817

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

~~THIS SPACE~~ IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse (Monaco) SAM

See Attached Rider

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** See Attached Rider _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider _____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider _____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider _____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10/07/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. E. CURE   B. ACHARY   Head of Legal Dep   Head of Operations Dep (ACL) |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse (Monaco) S.A.M. against LBHI (Lehman Programs Securities)

1.      In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (Monaco)

S.A.M. ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I. Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.      As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.      CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.      CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.      CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.      CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

7.    No judgment has been rendered on the claims set forth in this proof of

claim.

8.    No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse (Monaco) S.A.M.
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse (Monaco) S.A.M.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear Bank S.A. Account No. 94285 Nominal | Units | Blocking No |
|---|---|---|---|---|---|---|---|
| XS0335964648 | EUR | CS Zurich | 10,000 | - | 10,000 | - | 9454832 |
| XS0325369725 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454833 |
| XS0186883798 | USD | CS Zurich | 712,000 | - | 712,000 | - | 9454834 |
| XS0204933997 | USD | CS Zurich | 1,010,000 | - | 1,010,000 | - | 9454835 |
| XS0266486025 | USD | CS Zurich | 1,000,000 | - | 1,000,000 | - | 9454836 |
| XS0303746571 | EUR | CS Zurich | 310,000 | - | 310,000 | - | 9454837 |
| XS0347732892 | USD | CS Zurich | 50,000 | - | 50,000 | - | 9454838 |
| XS0213899510 | EUR | CS Zurich | 1,312,000 | - | 1,312,000 | - | 9454839 |
| XS0186243118 | CHF | CS Zurich | 50,000 | - | 50,000 | - | 9454840 |
| XS0082350587 | ITL | CS Zurich | 615,000,000 | - | 615,000,000 | - | 9454841 |
| XS0210433206 | EUR | CS Zurich | 130,000 | - | 130,000 | - | 9454842 |
| XS0210414750 | GBP | CS Zurich | 50,000 | - | 50,000 | - | 9454843 |
| XS0224346592 | EUR | CS Zurich | 60,000 | - | 60,000 | - | 9454844 |
| XS0229269856 | EUR | CS Zurich | 234,000 | - | 234,000 | - | 9454845 |
| XS0252834576 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 9454846 |
| XS0256368308 | USD | CS Zurich | 100,000 | - | 100,000 | - | 9454847 |
| XS0326978102 | USD | CS Zurich | 1,990,000 | - | 1,990,000 | - | 9454848 |
| ANN521338783 | USD | CS Zurich | - | 8 | - | 8 | 9454849 |
| XS0292459327 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454850 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9454851 |
| XS0308389807 | USD | CS Zurich | 920,000 | - | 920,000 | - | 9454852 |
| XS0339537390 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9454853 |
| XS0272236914 | EUR | CS Zurich | 804,000 | - | 804,000 | - | 9454854 |
| XS0343681473 | EUR | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454855 |
| XS0337337710 | CHF | CS Zurich | 30,000 | - | 30,000 | - | 9454856 |
| DE000A0TQG23 | EUR | CS Zurich | 80,000 | - | 80,000 | - | 9454857 |

**CS Entity: Credit Suisse (Monaco) S.A.M.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Nominal | Units | Nominal | Units | Blocking No |
| XS0362500893 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454858 |
| XS0310847503 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454859 |
| XS0317359478 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454860 |
| XS0383013066 | USD | CS Zurich | 2,030,000 | - | 2,030,000 | - | 9454861 |
| XS0360038714 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454862 |
| XS0310125546 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9454863 |

H
A
N
D

D
E
L
I
V
E
R
Y

_R. Salazar_
**RECEIVED BY:**

_10/29/09_
**DATE**

_3:06_
**TIME**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)      0000055855

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Bank Hapoalim (Switzerland) Ltd.
Stockerstrasse 33
CH-8002 Zuerich, Switzerland
Attention: Brigitte Fotsch & Rudolf Brunner
With copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas,
New York, NY 10019-6064, Attention: Douglas R. Davis
Telephone number: (212) 373-3000    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)



Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __Please See Attachment__    (Required)

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**    __Please See Attachment__    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

__Please See Attachment__                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__Please See Attachment__                    **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | FOR COURT USE ONLY |
|---|---|
| Date.<br>October 16,<br>2009 | Signature:<br>Brigitte Fotsch<br>Head of Internal Control<br>Manager          Rudolf Brunner<br>Head of Treasury<br>Manager | **FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF
## BANK HAPOALIM (SWITZERLAND) LTD.
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.      Commencing on September 15, 2008 (the "Petition Date") and periodically

thereafter, Lehman Brothers Holdings Inc. ("LBHI"), and certain of its subsidiaries (LBHI,

together with such subsidiaries, the "Debtors"), filed voluntary petitions (the "Chapter 11

Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code").  The Chapter 11 Cases are being jointly administered under Chapter

11 Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order") which, among

other things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the "Bar Date") for

each person or entity (including, without limitation, each individual, partnership, joint venture,

corporation, estate, trust and governmental unit) to file proofs of claim based on any Lehman

Programs Security, as identified on the Debtors' website, against the Debtors (the "Securities

Programs Bar Date").

3.      Bank Hapoalim (Switzerland) Ltd. (the "Claimant") accordingly files this

Lehman Programs Securities Proof of Claim (the "Proof of Claim") for various amounts owing

to Claimant by LBHI in respect of Lehman Programs Securities held by Claimant in a

proprietary capacity on Claimant's own behalf and/or in a custodial capacity on behalf of one or

more of Claimant's customers.[1]  As of the filing of this Proof of Claim, Claimant is the record

holder of or represents the record holder of the Lehman Programs Securities listed on <u>Exhibit A</u>

attached hereto.[2]

4.       Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 74,355,494 which may consist in

whole or in part of the US Dollar equivalent as of September 15, 2008 of the claims covered

hereby.  LBHI either issued, or guaranteed the full and punctual payment of all obligations

related to the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for

no less than USD 74,355,494 together with all accrued and unpaid interest or other return as of

September 15, 2008 (the "<u>Lehman Programs Securities Claim</u>").

5.       Additionally, Claimant may have acted as a direct or indirect distributor or broker

in connection with the sale and distribution of Lehman Programs Securities, including Lehman

Programs Securities not identified on Exhibit A (collectively, the "<u>Lehman Program Securities</u>

<u>Issuances</u>").  In connection with the Lehman Programs Securities Issuances, Claimant entered

into various indemnification and other agreements with the Debtors (collectively the

"<u>Indemnification Agreements</u>").

6.       LBHI guaranteed the obligations of numerous of LBHI's subsidiaries and

affiliates, some of which directly issued the Lehman Programs Securities.  Specifically, LBHI

issued the following guarantees:  (a) that certain Unanimous Written Consent of the Executive

---

[1]   The Bar Date Order provides "claims based on any Lehman Program Security shall not be disallowed on the ground that such claims were
      not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]   The Bar Date Order provides "persons or entities that file claims based on any Lehman Program Security are not required to attach or
      submit any documentation supporting any claim based on such Lehman Program Security." Bar Date Order at p. 14.

Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005,

under which LBHI guaranteed payment of all liabilities, obligations and commitments of

numerous LBHI subsidiaries (the "LBHI Board Guarantee") and (b) that certain Guarantee of

Lehman Brothers Holdings Inc. as addressed to Standard & Poor's Rating Services, dated

January 4, 2008, under which LBHI guaranteed payment of all liabilities, obligations and

commitments of LBIE (the "S&P Guarantee," and collectively, with the LBHI Board Guarantee,

the "LBHI Guarantees").

7.      Claimant hereby asserts additional claims for contractual, statutory and common

law rights of indemnity, contribution, reimbursement, set-off and liability against the Debtors

and the subsidiaries and affiliates of the Debtors covered by the LBHI Guarantees arising from

the Indemnification Agreements and/or from the Lehman Programs Securities Issuances (the

"Indemnity Claims").  With respect to the Indemnity Claims, Claimant is entitled to

reimbursement by the Debtors for any and all expenses incurred by Claimant in connection with

any and all threatened, pending, completed and/or future claims, actions, suits or proceedings

and any appeal therefrom, whether civil, criminal, administrative or investigative, involving or

related to Claimant, or in which Claimant was, is or may be a party, or was, is or may become

involved as a witness or third party, by reason of Claimant's participation in the Lehman

Programs Securities Issuances.

8.      The amount of Claimant's contingent claims cannot be reasonably calculated or

estimated at this time, but Claimant does not waive its right to seek payment from the Debtors by

not currently stating a specific amount.  Claimant reserves the right to assert additional claims

including the right to claim that all or any portion of the losses, claims, damages, liabilities, legal

or other expenses incurred by Claimant after the Petition Date are administrative expenses entitled to priority treatment under Section 507(a)(2) of the Bankruptcy Code or otherwise.

9.      Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the Securities Programs Bar Date.  Claimant reserves the right to amend and/or supplement this Proof of Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of claim for any additional claims which may be based on the same or additional documents or grounds of liability.

10.     The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

11.     Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Program Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Program Security.

12.     Claimant hereby expressly reserves the right to amend and/or supplement this

Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims

for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the

Petition Date; (b) claims for any future distributions or rights to distributions arising from any of

the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims

arising from the successful prosecution or settlement (if any) of any avoidance causes of action

(or any other cause of action seeking recovery of payments made to, or setoffs or nettings

effectuated by, Claimant) against Claimant whether or not related to or arising from the

transactions and agreements set forth herein.  Claimant further reserves the right to file additional

proofs of claim or applications for allowance of administrative expenses or other priority status

in this or any other proceeding arising from or related to the claims described herein, including

for treatment as provided in section 503(b) of the Bankruptcy Code.

13.     Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims

directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims

between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under

sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the

Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy

law or otherwise.

14.     In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any contracts described herein and that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or

any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be

deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies,

including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers

Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether

arising from or related to transactions described herein or otherwise.

   15.  The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of

the right to compel the Debtors to return property of Claimant currently in the possession of the

Debtors; (b) a consent by Claimant to the jurisdiction of this Court or any other court with

respect to proceedings, if any, commenced in any case against or otherwise involving Claimant;

(c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any

proceeding as to any and all matters so triable herein, whether or not the same be designated

legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding

the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2),

and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a

consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any

and all matters so triable herein or in any case, controversy, or proceeding related hereto,

pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have

any and all final orders in any and all non-core matters or proceedings entered only after *de novo*

review by a United States District Court Judge or, if applicable, the Second Circuit Court of

Appeals;  (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this Proof of Claim, any objection thereto or other proceeding which may be

commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

16.    All notices regarding this Proof of Claim should be sent to: Bank Hapoalim

(Switzerland) Ltd., Stockerstrasse 33, CH-8002 Zuerich, Switzerland, <u>Attention</u>: Brigitte Fotsch

& Rudolf Brunner, with copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue

of the Americas, New York, New York 10019-6064, Telephone number: (212) 373-3000,

<u>Attention</u>:  Douglas R. Davis.

# EXHIBIT A

## LEHMAN PROGRAMS SECURITIES

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0205437527 | 91668 | EUROCLEAR | USD | 600,000 | $600,000 | 6052192 |
| XS0206245234 | 91668 | EUROCLEAR | USD | 960,000 | $960,000 | 6052200 |
| XS0207502781 | 91668 | EUROCLEAR | USD | 1,050,000 | $1,050,000 | 6052924 |
| XS0211092316 | 91668 | EUROCLEAR | USD | 4,100,000 | $4,100,000 | 6052925 |
| XS0216140094 | 91668 | EUROCLEAR | USD | 2,170,000 | $2,170,000 | 6052927 |
| XS0221564387 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052928 |
| XS0229269856 | 91668 | EUROCLEAR | EUR | 518,000 | $735,612 | 6052930 |
| XS0257022714 | 91668 | EUROCLEAR | EUR | 210,000 | $298,221 | 6052931 |
| XS0276510111 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052932 |
| XS0280241851 | 91668 | EUROCLEAR | USD | 2,450,000 | $2,450,000 | 6052933 |
| XS0301473327 | 91668 | EUROCLEAR | SEK | 225,000 | $33,274 | 6052934 |
| XS0301813522 | 91668 | EUROCLEAR | USD | 510,000 | $510,000 | 6052935 |
| XS0314889154 | 91668 | EUROCLEAR | USD | 920,000 | $920,000 | 6052936 |
| XS0318224598 | 91668 | EUROCLEAR | USD | 250,000 | $250,000 | 6052937 |
| XS0319211982 | 91668 | EUROCLEAR | USD | 1,300,000 | $1,300,000 | 6052938 |
| XS0319273404 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052939 |
| XS0319610845 | 91668 | EUROCLEAR | EUR | 1,550,000 | $2,201,155 | 6052940 |
| XS0326215893 | 91668 | EUROCLEAR | USD | 150,000 | $150,000 | 6052941 |
| XS0327725528 | 91668 | EUROCLEAR | USD | 160,000 | $160,000 | 6052942 |
| XS0328596316 | 91668 | EUROCLEAR | USD | 120,000 | $120,000 | 6052943 |
| XS0332025120 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052944 |
| XS0333420395 | 91668 | EUROCLEAR | USD | 400,000 | $400,000 | 6053994 |
| XS0334732491 | 91668 | EUROCLEAR | USD | 710,000 | $710,000 | 6052946 |
| XS0334918322 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052948 |
| XS0336617625 | 91668 | EUROCLEAR | USD | 550,000 | $550,000 | 6052949 |
| XS0337787161 | 91668 | EUROCLEAR | USD | 1,350,000 | $1,350,000 | 6052950 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0339184615 | 91668 | EUROCLEAR | USD | 350,000 | $350,000 | 6052951 |
| XS0339215351 | 91668 | EUROCLEAR | USD | 540,000 | $540,000 | 6052952 |
| XS0339538448 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052953 |
| XS0340222750 | 91668 | EUROCLEAR | USD | 700,000 | $700,000 | 6052954 |
| XS0340592681 | 91668 | EUROCLEAR | USD | 2,510,000 | $2,510,000 | 6052955 |
| XS0344095871 | 91668 | EUROCLEAR | USD | 1,280,000 | $1,280,000 | 6052956 |
| XS0346122343 | 91668 | EUROCLEAR | USD | 720,000 | $720,000 | 6052957 |
| XS0346461634 | 91668 | EUROCLEAR | USD | 2,670,000 | $2,670,000 | 6052958 |
| XS0346466781 | 91668 | EUROCLEAR | USD | 3,850,000 | $3,850,000 | 6052959 |
| XS0346859084 | 91668 | EUROCLEAR | USD | 680,000 | $680,000 | 6052960 |
| XS0347452855 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052961 |
| XS0347872128 | 91668 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6052962 |
| XS0347925264 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052963 |
| XS0349904689 | 91668 | EUROCLEAR | USD | 500,000 | $500,000 | 6052964 |
| XS0351984827 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052965 |
| XS0352917768 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052966 |
| XS0362500380 | 91668 | EUROCLEAR | USD | 3,070,000 | $3,070,000 | 6052967 |
| XS0364167006 | 91668 | EUROCLEAR | USD | 2,390,000 | $2,390,000 | 6052968 |
| XS0366383387 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052969 |
| XS0353780900 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052970 |
| XS0128857413 | 91279 | EUROCLEAR | EUR | 130,000 | $184,613 | 6054090 |
| XS0206245234 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054091 |
| XS0207502781 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054092 |
| XS0216140094 | 91279 | EUROCLEAR | USD | 550,000 | $550,000 | 6054093 |
| XS0264674549 | 91279 | EUROCLEAR | GBP | 60,000 | $107,334 | 6054094 |
| XS0271141565 | 91279 | EUROCLEAR | GBP | 50,000 | $89,445 | 6054095 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0276510111 | 91279 | EUROCLEAR | USD | 1,940,000 | $1,940,000 | 6054096 |
| XS0276510111 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054097 |
| XS0299141332 | 91279 | EUROCLEAR | GBP | 1,000,000 | $1,788,900 | 6054098 |
| XS0301813522 | 91279 | EUROCLEAR | USD | 400,000 | $400,000 | 6054099 |
| XS0314889154 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054100 |
| XS0319211982 | 91279 | EUROCLEAR | USD | 430,000 | $430,000 | 6054101 |
| XS0319273404 | 91279 | EUROCLEAR | USD | 300,000 | $300,000 | 6054103 |
| XS0319610845 | 91279 | EUROCLEAR | EUR | 110,000 | $156,211 | 6054104 |
| XS0320655540 | 91279 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6054105 |
| XS0326215893 | 91279 | EUROCLEAR | USD | 310,000 | $310,000 | 6054106 |
| XS0327725528 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054107 |
| XS0332025120 | 91279 | EUROCLEAR | USD | 480,000 | $480,000 | 6054108 |
| XS0333117611 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054109 |
| XS0333420395 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054110 |
| XS0334918322 | 91279 | EUROCLEAR | USD | 910,000 | $910,000 | 6054111 |
| XS0337787161 | 91279 | EUROCLEAR | USD | 70,000 | $70,000 | 6054112 |
| XS0339184615 | 91279 | EUROCLEAR | USD | 500,000 | $500,000 | 6054113 |
| XS0339538448 | 91279 | EUROCLEAR | USD | 460,000 | $460,000 | 6054114 |
| XS0340592681 | 91279 | EUROCLEAR | USD | 2,770,000 | $2,770,000 | 6054115 |
| XS0344095871 | 91279 | EUROCLEAR | USD | 370,000 | $370,000 | 6054116 |
| XS0346461634 | 91279 | EUROCLEAR | USD | 1,100,000 | $1,100,000 | 6054117 |
| XS0346466781 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054119 |
| XS0347229352 | 91279 | EUROCLEAR | CAD | 900,000 | $840,729 | 6054120 |
| XS0347872128 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054121 |
| XS0349904689 | 91279 | EUROCLEAR | USD | 80,000 | $80,000 | 6054122 |
| XS0351984827 | 91279 | EUROCLEAR | USD | 1,080,000 | $1,080,000 | 6054123 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0364167006 | 91279 | EUROCLEAR | USD | 350,000 | $350,000 | 6054124 |
| XS0366383387 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054125 |
| XS0277470943 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054126 |
| XS0301519681 | 91279 | EUROCLEAR | USD | 240,000 | $240,000 | 6054127 |
| | | | | Total: | $74,355,494 | |

\* Principal Amount in U.S. Dollars is based upon the exchange rates of 1.4201 U.S. Dollars per Euro, 1.7889 U.S. Dollars per British Pound, 1.0705 Canadian Dollars per U.S. Dollar and 6.7620 Swedish Krona per U.S. Dollar, as of September 15, 2008.

H
A
N
D

D
E
L
I
V
E
R
Y

_TP_
**RECEIVED BY:**

10-29-09
**DATE**

4:51 PM
**TIME**

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000058578 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

|||
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>BAWAG P.S.K. Invest GmbH<br>Georg-Coch-Platz 2<br>1010 Wien, Austria<br>Attention: Robert ZENZ<br><br>Telephone number: +43 1 24 102-23063    Email Address: robert.zenz@bawagpskfonds.at | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** _____Please see attachment_____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _____Please see attachment_____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____Please see attachment_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____Please see attachment_____ **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|

| Date.<br><br>10/30/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_signature_    Jerome Ranawake, Attorney-In-Fact<br>520 Madison Ave, 34F, NY, NY 10022; 212 2734034 |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ATTACHMENT TO PROOF OF CLAIM OF BAWAG P.S.K. INVEST GMBH
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.      Commencing on September 15, 2008 (the *Petition Date*) and periodically thereafter,

Lehman Brothers Holdings Inc. (*LBHI*), and certain of its subsidiaries (LBHI, together with such

subsidiaries, the *Debtors*), filed voluntary petitions (the *Chapter 11 Cases*) for relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the *Bankruptcy Code*). The

Chapter 11 Cases are being jointly administered under Chapter 11 Case No. 08-13555 (JMP) (Bankr.

S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the *Bar Date Order*) which, among other

things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the *Bar Date*) for each person

or entity (including, without limitation, each individual, partnership, joint venture, corporation,

estate, trust and governmental unit) to file proofs of claim based on any Lehman Programs Security,

as identified on the Debtors' website, against the Debtors (the *Securities Programs Bar Date*).

3.      BAWAG P.S.K. Invest GmbH (the *Claimant*) accordingly files this Lehman

Programs Securities Proof of Claim (the *Proof of Claim*) for various amounts owing to Claimant by

LBHI in respect of Lehman Programs Securities held by Claimant in a proprietary capacity on

Claimant's own behalf and/or in a custodial capacity on behalf of one or more of Claimant's

customers.[1] As of the filing of this Proof of Claim, Claimant is the record holder of or represents the

record holder of the following Lehman Programs Securities:[2]

| International Securities Identification Number (ISIN) | Depository Blocking Reference Number | Depository Participant Account Number | Principal Component | Interest Component (up to and including September 15, 2008) | Amount of Claim |
|---|---|---|---|---|---|
| XS0252835110 | CA14785 | 19640 | $1,424,400.00 | $8,588.00 | $1,432,988.00 |
| XS0231181222 | CA14771 | 19640 | $1,210,740.00 | $38,453.82 | $1,249,193.82 |
| XS0238228901 | CA14775 | 19640 | $1,068,300.00 | $20,758.21 | $1,089,058.21 |
| XS0282937985 | CA22485 | 19640 | $1,424,400.00 | $19,182.00 | $1,443,582.00 |
| XS0257022714 | CA14889 | 19640 | $997,080.00 | $436.97 | $997,516.97 |
| **Total:** | | | $6,124,920.00 | $87,419.00 | **$6,212,339.00** |

4.    Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 6,124,920.00 and aggregate accrued

and unpaid interest amount or other return (up to and including September 15, 2008) of USD

87,419.00. LBHI either issued, or guaranteed the full and punctual payment of all obligations related

to, the Lehman Programs Securities. Accordingly, LBHI remains liable to Claimant for no less than

**USD 6,212,339.00** (the *Lehman Programs Securities Claim*). The foregoing amounts have been

converted from EUR to US dollars using the exchange rate prevailing on the Petition Date.

5.    Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and

to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the

Securities Programs Bar Date. Claimant reserves the right to amend and/or supplement this Proof of

Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of

---

[1]    The Bar Date Order provides "claims based on any Lehman Programs Security shall not be disallowed on the ground that such claims were not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]    The Bar Date Order provides "persons or entities that file claims based on any Lehman Programs Security are not required to attach or submit any documentation supporting any claim based on such Lehman Programs Security." Bar Date Order at p. 14.

claim for any additional claims which may be based on the same or additional documents or grounds of liability.

6.      The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

7.      Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Programs Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Programs Security.

8.      Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the Petition Date; (b) claims for any future distributions or rights to distributions arising from any of the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims arising from the successful prosecution or settlement (if any) of any avoidance causes of action (or any other cause of action seeking recovery of payments made to, or setoffs or nettings effectuated by, Claimant) against

3

Claimant whether or not related to or arising from the transactions and agreements set forth herein. Claimant further reserves the right to file additional proofs of claim or applications for allowance of administrative expenses or other priority status in this or any other proceeding arising from or related to the claims described herein, including for treatment as provided in Section 503(b) of the Bankruptcy Code.

9.    Without limiting the rights otherwise asserted in this Proof of Claim, Claimant hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under Sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy law or otherwise.

10.    In executing and filing this Proof of Claim, Claimant does not waive (a) any obligation owed to Claimant under any of the contracts described herein or that may be attached as exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies, including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether arising from or related to transactions described herein or otherwise.

11.    The filing of this Proof of Claim is not and shall not be deemed or construed as: (a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of the right to compel the Debtors to return property of Claimant currently in the possession of the Debtors;

(b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge or, if applicable, the Second Circuit Court of Appeals; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

12.     All notices regarding this Proof of Claim should be sent to: BAWAG P.S.K. Invest GmbH, Georg-Coch-Platz 2, 1010 Wien, Austria, Attention: Robert ZENZ, with copies to Freshfields Bruckhaus Deringer US LLP, 520 Madison Avenue, 34th Floor, New York, New York 10022, Telephone number: 212-277-4000, Attention: Jerome Ranawake and Yehuda Herbst.

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT **BAWAG P.S.K INVEST GmbH** a corporation duly organized and validly existing under the laws of the Republic of Austria, registered in the company register of **Handelsgericht Wien, Marxergasse 1a, 1030 Vienna** under **FN 70844h**, with corporate seat in **1010 Vienna, Austria** and business address at **Georg-Coch-Platz 2, 1010 Vienna, Austria** (the "Company"), represented by **Alois Steinböck** and **Dr. Peter Pavlicek** as members of the management board, each with the power to represent the Company jointly with another member of the management board, the undersigned claimant in the bankruptcy cases styled In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York, hereby authorizes **Jerome Ranawake and Harvey Dychiao of Freshfields Bruckhaus Deringer US LLP**, acting jointly or singly, as attorneys in fact for the undersigned, with the full power of attorney to execute and/or file all proofs of claim, documents or court papers he may consider necessary or advisable in connection with the claims to be made in the Bankruptcy Case.

**BAWAG P.S.K INVEST GmbH** further declares that this power of attorney is given for the purpose of vesting in the attorney in fact all authority required or desirable to be vested in an attorney in fact for the above-stated purpose and gives and grants the attorney in fact full and absolute power and authority to do all things necessary to be done in and about the premises.

This Power of Attorney shall be construed in accordance with, and this Power of Attorney and all matters arising out of or relating in any way whatsoever to this Power of Attorney shall be governed by, the law of the State of New York.

IN WITNESS WHEREOF, the undersigned has hereunto set his Hand this 15th day of October 2009.

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

Signed and Delivered
in the Presence of

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

_____
Alois Steinböck
Member of the Management Board
for

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

_____
Dr. Peter Pavlicek
Member of the Management Board
for
BAWAG P.S.K  Invest GmbH

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:                    DATE                    TIME

10/30/07                    245p

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000058813

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Goldman Sachs International
Peterborough Court
133 Fleet Street
London EC4A 2BB

With a copy to:

Cleary Gottlieb Steen & Hamilton LLP
Attention: Seth Grosshandler, Esq.
One Liberty Plaza
New York, NY 10006

Telephone number: +44 (20) 7774 1244 Email Address: john.tribolati@gs.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
  (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Please see attached for account and wire details.

Telephone number: _____ Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ Please see attached. _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** Please see attached. _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Please see attached. _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
Please see attached. _____ **(Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10/30/09 | John H. Tribolati, Managing Director |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## ____DEFINITIONS____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## ____INFORMATION____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

ATTACHMENT TO PROOF OF CLAIM FORM
OF GOLDMAN SACHS INTERNATIONAL

This proof of claim (the "Claim") is submitted by Goldman Sachs International, a

company duly organized and existing under the laws of England and Wales ("GSI"), which

maintains an office at Peterborough Court, 133 Fleet Street, London EC4A 2BB. This

attachment is incorporated into the proof of claim form to which it is attached.

As more specifically described below, GSI hereby asserts a claim against Lehman

Brothers Holdings Inc. ("LBHI") in an amount not less than $1,120,000 arising pursuant to the

terms and conditions of certain guarantees of Lehman Program Securities, as that term is defined

in the Bar Date Order discussed below.

I.    Background

On September 15, 2008 (the "Petition Date"), LBHI filed a petition for relief

under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United

States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). On

July 2, 2009, the Bankruptcy Court entered an Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of

Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim

Form (the "Bar Date Order") [D.I. 4271 in Case No. 08-13555 (JMP)].

Pursuant to the Bar Date Order, the Bankruptcy Court set September 22, 2009 at

5:00 p.m. as the bar date (the "Bar Date") for each person or entity to file proofs of claim based

on pre-petition claims against LBHI, with certain specific exceptions as provided for in the Bar

Date Order. One of those exceptions relates to certain specifically identified securities, referred

to collectively as "Lehman Programs Securities," a list of which is available on

http://www.lehman-docket.com. The Bar Date Order provides that on or before November 2,

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP)

2009 at 5:00 p.m. (the "Securities Programs Bar Date") holders of claims based on amounts

owed pursuant to any Lehman Program Security (as defined in the Bar Date Order and including

claims based on related guarantees) must complete the Securities Program Proof of Claim Form

(as defined in the Bar Date Order). As explained in the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities, dated July 27, 2009, each Securities Program

Proof of Claim must include either a Euroclear Bank Electronic Instruction Reference Number, a

Clearsteam Bank Blocking Reference Number, or other depository blocking reference number,

as appropriate (each, a "Blocking Number") with respect to each Lehman Program Security for

which such Securities Program Proof of Claim is filed. The Bar Date Order explicitly does not

require entities that file Securities Program Proofs of Claim to submit any documentation

supporting such claims, but the Debtors (as defined in the Bar Date Order) reserve the right to

seek production of all documentation required by Bankruptcy Rule 3001(c) as part of the claims

reconciliation process.[1]

II.    The Claim

GSI is the record holder and beneficial owner of Lehman Program Securities,

which are issued by an LBHI affiliate and guaranteed by LBHI[2] as more fully described in the

chart below:

| ISIN | Blocking No. | Depository Participant Account No. | Issuer | Maturity Date | Principal Amount |
|---|---|---|---|---|---|
| XS0336623433 | 6055380 | 94589 | Lehman Brothers Treasury Co. B.V. | January 8, 2020 | USD 1,120,000 |

---

[1] GSI is not submitting supporting documentation as it is voluminous and not required by the terms of the Bar Date Order but reserves the right to later do so.
[2] The guarantees are evidenced pursuant to: (a) separate guarantees by LBHI of specific issuances set forth in the relevant offering documents for the particular issuance, (b) separate stand-alone guarantee agreements, or (c) global guarantees through which LBHI generally guaranteed the obligations of certain entities. GSI will provide guarantee documentation specific to a particular claim upon request.

As of the Petition Date and with respect to each Lehman Program Security identified in the table

above, LBHI was and still is indebted to GSI for the payment of all principal, nominal, notional

or other amounts (howsoever described in the documentation governing such Lehman Program

Security) included in the "Principal Amount" column in the table above in respect of such

Lehman Program Security, plus all other amounts relating to such Lehman Program Security that

accrued as of or after the Petition Date, including, without limitation, interest, premium, costs

and any other amounts payable in respect of such Lehman Program Security (howsoever

described in the documentation governing such Lehman Program Security) (all such amounts, in

the aggregate, the "Indebtedness").

   As a holder of the Lehman Program Securities, GSI is owed all Indebtedness

arising under such Lehman Program Securities and hereby asserts an unsecured claim against

LBHI for all such Indebtedness (subject to any right of GSI to set-off that might arise from

claims that LBHI may assert or has asserted against GSI or otherwise).

   III.  <u>Miscellaneous</u>

   GSI reserves the right to withdraw, amend, clarify, modify or supplement this

Claim to assert additional claims (including, without limitation, additional administrative

expense claims (including, without limitation, misdirected wires and claims arising from

postpetition contracts, activity, torts, etc. of LBHI), claims for which a bar date has not yet been

set, secured claims and/or general unsecured claims) and/or to assert additional grounds for its

claims against LBHI.  GSI also reserves all rights accruing to it or its affiliates against LBHI or

its estate, and the submission of this Claim is not intended to be and shall not be construed as (a)

an election of remedy or (b) a waiver or limitation of any rights of GSI or its affiliates.  In

addition, GSI reserves the right to supplement this Claim with relevant documents to the extent

necessary. Furthermore, GSI reserves the right to withdraw this Claim for any reason whatsoever. GSI reserves all rights and remedies against affiliates of LBHI or any other third parties.

This Claim shall not be deemed to be a waiver of GSI's right (i) to have final orders in noncore matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases (to the extent such right has not otherwise been waived), (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, defenses, setoffs or recoupments to which GSI is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments GSI expressly reserves. To the extent that LBHI has made or makes any claims against GSI, GSI reserves its set-off rights, such that all or part of the Claim may be secured to the extent of such set-off rights. This claim solely relates to the Lehman Program Securities having the ISINs expressly listed herein. This claim is in addition to and does not supersede the proofs of any other claim that has been or may be filed by GSI unless expressly stated otherwise.

Any notices sent in connection with the Claim should be addressed to GSI at the address below:

Goldman Sachs International
Peterborough Court
133 Fleet Street
London EC4A 2BB
Attn:  John Tribolati
Attn:  Caroline Carr

and

4

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Attn:   Seth Grosshandler, Esq.

The information with respect to the account where any payment to GSI in respect

of this Claim should be made is as follows:

ABA No:        021000089

Bank Name:   Citibank

City:              New York

A/C #:            40616408

Entity Name:  Goldman Sachs International

FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY          DATE          TIME

HAND DELIVERY

| United States Bankruptcy Court/Southern District of New York | LEHMAN SECURITIES PROGRAMS |
|---|---|

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000060485

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Privatbank IHAG Zürich AG
Bleicherweg 18
CH - 8022 Zürich
Switzerland**

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
(If known)

Filed on: _____

Telephone number: +41 44 205 1333 Email Address: scn(at)pbihag.ch

Name and address where payment should be sent (if different from above)

**JP Morgan Chase New York
270 Park Avenue
New York NY USA**

Telephone number:                  Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ **38,869,207.88**        (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** see attached list (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

see attached list                    (Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

see attached list            (Required)

**5.** Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 29 Oct 09 | |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Privatbank IHAG Zürich AG

Dr. Heinz Stadler                    Dr. Michael Cubser

## List of claim Lehman Securities Program
## for Privatbank IHAG, Zurich, Switzerland

| ISIN | Amount of Claim in USD | Custodian | Custodian Account No.: | Custodian Blocking Reference | Issuer |
|---|---|---|---|---|---|
| XS0311887250 | 3'921'283.00 | Clearstream | 31518 | CA88149 | Lehman Brothers Securities NV |
| XS0250113502 | 26'879'445.00 | Clearstream | 31518 | CA89356 | Lehman Brothers Treasury Bv |
| CH0029197156 | 48'323.19 | SIX SIS | CH103162 | 65334524512070709 | Lehman Brothers Treasury Bv |
| CH0036891395 | 75'018.00 | SIX SIS | CH103162 | 20398227491120709 | Lehman Brothers Securities NV |
| XS0323590199 | 4'832'318.55 | Clearstream | 31518 | CA99692 | Lehman Brothers Securities NV |
| XS0267460359 | 28'993.91 | Clearstream | 31518 | CA88224 | Lehman Brothers Treasury Bv |
| XS0320322901 | 33'826.23 | Clearstream | 31518 | CA88223 | Lehman Brothers Securities NV |
| XS0350507959 | 2'300'000.00 | Clearstream | 31518 | CA88222 | Lehman Brothers Treasury Bv |
| XS0292248977 | 750'000.00 | Clearstream | 31518 | CA44113 | Lehman Brothers Treasury Bv |

| Total Amount of Claim in USD | |
|---|---|
| | 38'869'207.88 |

Middle rate as of 15th September 2008:

| | |
|---|---|
| EUR/USD | 1.4659 |
| USD/CHF | 1.0347 |

Privatbank IHAG Zürich AG

Dr. Heinz Stadler

Dr. Michael Gubser
Stv. Direktor



Unterschriftenverzeichnis
List of Signatures

April 2009

Verwaltungsrat
Board of Directors

Geschäftsleitung
Executive Board

**Gratian Anda**
Präsident
Chairman

**Dr. Heinz Stadler**
Vorsitzender der Geschäftsleitung
Chief Executive Officer

**Peter Bretscher**
Mitglied
Member

**Peter D. Rüegg**
Stellvertretender Vorsitzender
der Geschäftsleitung
Deputy Chief Executive Officer

**Dr. Susanne Riess-Passer**
Mitglied
Member

**Jürg Bretscher**
Mitglied
Member

Prokuristen
Assistant Vice Presidents

| Jean-Paul Aebischer | Susanna Schellenbaum |
| Adriano Bagnolo | Paul Schuler |
| Angelo Bianchera | Cornelia Schweizer |
| Erwin Corpataux | Tobias Steiner |
| Christa Derungs | René Untersander |
| Evangelos Giannoulas | Madeleine Wanner-Boner |
| Christian Lang | Fernand Zurbriggen |
| Christian Manetsch | |
| Karl Mettler | |
| Monica Rohrer | |
| Pascale Nina Sameli | |

# Handlungsbevollmächtigte
## Authorized Officers

| | |
|---|---|
| **Andreas Bösch** | **Andreas Ramon** |
| **Monique Gnädinger** | **Doris Renold** |
| **Marlene Holdener** | **Patrizia Saxer Simone** |
| **Brigitte Kälin-Reding** | **Jaqueline Stephan** |
| **Regula Bosch Nussbaumer** | **Patric Stocker** |
| **Sandra Michel** | **Janine Vannaz** |
| **Peter Niederberger** | |
| **Rosangela Pangari** | |
| **Laura Pascolin** | |
| **Monika Prinz** | |

**Allgemeine Bestimmungen**

Zur verbindlichen Zeichnung namens der Privatbank IHAG Zürich AG bedarf es grundsätzlich der gemeinsamen Unterschrift von zwei zeichnungsberechtigten Personen.

Die Handlungsbevollmächtigten können nicht gemeinsam mit einem zweiten Handlungsbevollmächtigten rechtsverbindlich zeichnen, sondern nur gemeinsam mit einer der übrigen zeichnungsberechtigten Personen.

Die den Handlungsbevollmächtigten im Sinne von Art. 462 des Schweizerischen Obligationenrechts erteilte Vollmacht erstreckt sich auch auf das Eingehen von Wechselverbindlichkeiten (einschliesslich Bankchecks). Im Übrigen beschränkt sich das Zeichnungsrecht der Handlungsbevollmächtigten auf die gewöhnlich vorkommenden Bankgeschäfte.

**General Remarks**

In principle, only joint signatures by two persons who are authorized to sign constitute a binding signature on behalf of Privatbank IHAG Zürich AG.

The joint signatures of two authorized signatories do not constitute a legally binding signature. To make a bank signature binding, an authorized signatory must sign jointly with another person authorized to sign other than an authorized signatory.

The authority conferred upon authorized signatories pursuant to article 462 of the Swiss Federal Code of Obligations also includes the power to sign drafts, bills of exchange as well as banker's checks, etc. In all other cases, the authority to sign of authorized signatories is restricted to usual banking transactions.

Direktion
Management

| | |
|---|---|
| **Hanspeter Schudel**<br>Direktor<br>Senior Vice President | **Rolf Hälg**<br>Vizedirektor<br>Vice President |
| **Daniel Albisser**<br>Stellvertretender Direktor<br>First Vice President | **Daniel Kobler**<br>Vizedirektor<br>Vice President |
| **Alice Fritz**<br>Stellvertretende Direktorin<br>First Vice President | **Christoph Kaufmann**<br>Vizedirektor<br>Vice President |
| **Dr. Michael Gubser**<br>Stellvertretender Direktor<br>First Vice President | **Sandrine Koller**<br>Vizedirektorin<br>Vice President |
| **Daniel Junker**<br>Stellvertretender Direktor<br>First Vice President | **Richard Ott**<br>Vizedirektor<br>Vice President |
| **Andreas Krattiger**<br>Stellvertretender Direktor<br>First Vice President | **Vera Quast**<br>Vizedirektorin<br>Vice President |
| **Aurel F. J. Lüthi**<br>Stellvertretender Direktor<br>First Vice President | **Katharina Schär**<br>Vizedirektorin<br>Vice President |
| **Adrian Nussbaumer**<br>Stellvertretender Direktor<br>First Vice President | **Michael Schiller**<br>Vizedirektor<br>Vice President |
| **Jürg Ragaz**<br>Stellvertretender Direktor<br>First Vice President | **Marcel Spring**<br>Vizedirektor<br>Vice President |
| **Marco Sinkwitz**<br>Stellvertretender Direktor<br>First Vice President | **Bruno Springer**<br>Vizedirektor<br>Vice President |
| **Luca Angelastri**<br>Vizedirektor<br>Vice President | **Walter Wenger**<br>Vizedirektor<br>Vice President |
| **Stefan Becker**<br>Vizedirektor<br>Vice President | **Matthias Wullschleger**<br>Vizedirektor<br>Vice President |
| **Per Classon**<br>Vizedirektor<br>Vice President | |
| **Urs Eberhard**<br>Vizedirektor<br>Vice President | |
| **Roger Egg**<br>Vizedirektor<br>Vice President | |
| **Marco Gerber**<br>Vizedirektor<br>Vice President | |

Privatbank IHAG Zürich AG
Bleicherweg 18
Postfach
CH-8022 Zürich

Telefon +41 44 205 11 11
Fax +41 44 205 12 85

info@pbihag.ch
www.pbihag.ch



| | |
|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000060903 |
|---|---|---|

Note: This form may not be used to file claims other than those
based on Lehman Programs Securities as listed on
http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ASSET PLUS ENTERPRISES LIMITED
RM. 1617, BEVERLY COMMERCIAL CENTRE, 87-105,
CHATHAM ROAD, TSIMSHATSUI, HONG KONG

Telephone number: 82-10-3235-2720    Email Address: peterk@ksisteel.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

TO BENEFICIARY : ASSET PLUS ENTERPRISES LIMITED
ACCOUNT NUMBER : 8023481211
BANK : FORTIS BANK HONG KONG BRANCH, HONG KONG
Telephone number: 8210-3235-2720 Email Address: peterk@ksisteel.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 500,000.00 **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0330867689 **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 9524965

**(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 27770

**(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br>30/OCT/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. KP, Doo Hoon (KANG, DOO HOON/DIRECTOR) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



EXPRESS4YOU ENVELOPE

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)         0000062816

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17. 2009

Name and address of Creditor (and name and address where notices should be sent if different from Creditor)

The Värde Fund VI-A, L.P.
c/o Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Attn: Howard Steel, Esq.

Telephone number:  212.209.4800          Email Address: hsteel@brownrudnick.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
  (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Värde Management, L.P. (agent for The Värde Fund VI-A, L.P.)
8500 Normandale Lake Blvd, Suite 1500
Minneapolis, MN 55437
Attn: Liquid Operations / Operations@varde.com / 952.374.5122
Attn: Scott Hartman / shartman@varde.com / 952.820.1160

Telephone number:  (provided above)          Email Address:     (provided above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $**_____ See Exhibit A, attached _____ **(Required)**

☒  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _____ See Schedule 1, attached _____ **(Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____ See Schedule 1, attached _____ **(Required)**

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____ See Schedule 1, attached _____ **(Required)**

5.    **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Nathan J. Geske   (see payment address above)
Vice President

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**EXHIBIT A**

**ADDENDUM TO**
**PROOF OF CLAIM OF THE VÄRDE FUND VI-A, L.P.**

1.        This Proof of Claim is, and shall be deemed to be, filed, submitted and asserted by The Värde Fund VI-A, L.P. ("Värde") against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") in each of their respective chapter 11 cases.  Värde is filing this Proof of Claim in order to set forth the claims of Värde relating to "Lehman Programs Securities" against LBHI and the Debtors, as more fully described below.

2.        Värde is a noteholder in several notes series issued by Lehman Brothers Treasury Co. B.V. ("LBT") and LBHI (collectively, the "Notes"), and is also a holder of certificates issued by Lehman Brothers Securities N.V. ("LBS") and LBT (collectively, the "Certificates"), as more fully described on the attached Schedule 1.

3.        Värde asserts this claim against LBHI for any and all prepetition and postpetition amounts and liabilities in respect of the Notes, Certificates and any other documents related thereto, including, without limitation, any and all principal, premiums, interest, additional interest, periodic payments, coupon payments, fees, costs, expenses, attorneys' and professionals' fees and disbursements, any final redemption amounts, automatic redemption amounts, cash settlement amounts, physical settlement amounts, fractional share amounts, cancellation amounts, early redemption amounts, any other amounts owed, and any and all indemnification obligations owed under the Notes and Certificates (as applicable), and to the extent allowed by law.

4.        Pursuant to that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of LBHI, dated June 9, 2005 (the "2005 Guarantee"), a copy of which

is attached hereto as <u>Exhibit B</u>, LBHI has guaranteed the payment of all liabilities, obligations

and commitments of certain subsidiaries, including LBT and LBS.  Pursuant to that certain

Guarantee Agreement in respect of LBT, dated July 24, 2008 (the "<u>2008 Guarantee</u>"), a copy of

which is attached hereto as <u>Exhibit C</u>, LBHI unconditionally and irrevocably guaranteed the

performance of all of LBT's obligations in the Notes, including, without limitation, the payment

of principal and interest, together with all other sums payable by LBT under the Notes.  The

2008 Guarantee extends to the ultimate balance of the Notes notwithstanding any settlement of

accounts, or other matter whatsoever, and remains in full force and effect until all obligations

have been irrevocably paid and satisfied in full.  Värde thus asserts its claim with respect to the

Notes and Certificates against LBHI on the basis of the 2005 Guarantee, the 2008 Guarantee, and

any other guarantees, contractual or otherwise, by LBHI for the benefit of LBT and LBS.

5.      As certain of the damages described above are contingent, unliquidated and likely

to continue, the exact amount of Värde's total claim as set forth herein is unknown at this time.

Värde reserves the right to amend or supplement this Proof of Claim, and any schedule or exhibit

attached hereto, as it may deem necessary and proper.

6.      Värde reserves all of its rights and defenses, whether under title 11 of the United

States Code or other applicable law, as to any claims that may be asserted against Värde by

LBHI and the Debtors, including, without limitation, any rights of setoff and/or recoupment not

expressly observed above.  Värde reserves the right to file additional proofs of claim for

additional claims which may be based on the same or additional documents.  Värde reserves the

right to file additional proofs of claim for administrative expenses or other claims entitled to

priority.  Värde reserves the right to file claims for the payment of interest (subject to applicable

law) and for the reimbursement of all reasonable expenses (including attorneys' fees and

collection fees) incurred by Värde in connection with the claims described herein. Värde further reserves all of its rights as against the other debtors in these Chapter 11 proceedings and against other Lehman entities in any other Lehman proceeding in the United States or overseas.

7.    This Proof of Claim is filed under the compulsion of the bar date set in this case and is filed to protect Värde from forfeiture of its claim by reason of said bar date. The filing of this Proof of Claim shall not constitute: (a) a waiver, release, or limitation of Värde's rights against any person, entity or property (including, without limitation, LBHI or any other person or entity that is or may become a debtor in a case pending in this Court) in which Värde has a security interest or lien, (b) a consent by Värde to the jurisdiction or venue of this Court or any other court with respect to the proceedings, if any, commenced in any case against or otherwise involving Värde with respect to the subject matter of the claims set forth in this Proof of Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in these cases against or otherwise involving Värde, (c) a waiver, release, or limitation of the right of Värde to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the U.S. Constitution, (d) a consent by Värde to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise, (e) a waiver, release, or limitation of Värde's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a U.S. District Court Judge, (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Värde, (g) a consent to the termination of LBHI's liability to Värde by any particular court, including, without limitation, this Court, (h) a consent to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c), or (i) an election of remedies. No judgment has been rendered on this claim. This claim is not subject to any setoff or counterclaim rights by LBHI.

8.     Copies of any documents that underlie or evidence the obligations of LBHI, the Debtors, and any issuer to Värde that are not attached hereto are available upon written request to Värde.

9.     All notices and distributions in respect of this claim should be forwarded to:  The Värde Fund VI-A, L.P. c/o Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn:  Howard S. Steel, Esq.

## **SCHEDULE 1**

## **EXHIBIT B**

**2005 GUARANTEE**

06/08/2005    16:41    LEHMAN → 916467582653                    NO.504    D01

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS,** the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS,** certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS,** due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS,** the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS,** Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS,** Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS,** Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.                              John D. Macomber

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

## **EXHIBIT C**

### **2008 GUARANTEE**

# C L I F F O R D
# C H A N C E

CLIFFORD CHANCE LLP

**EXECUTION COPY**

**LEHMAN BROTHERS HOLDINGS INC.**
**LEHMAN BROTHERS TREASURY CO. B.V.**
**LEHMAN BROTHERS BANKHAUS AG**

**U.S.$100,000,000,000**
**EURO MEDIUM-TERM NOTE PROGRAM**

*Unconditionally and irrevocably guaranteed, as to Notes to be issued by*
*Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, by*

**LEHMAN BROTHERS HOLDINGS INC.**

---

**GUARANTEE AGREEMENT**

*in respect of*

**LEHMAN BROTHERS TREASURY CO. B.V.**

---

24 July 2008

# CONTENTS

**Clause**                                                                                          **Page**

1.   Definitions ...............................................................................................................2

2.   Guarantee ...............................................................................................................3

3.   Status ......................................................................................................................4

4.   Continuing Guarantee ............................................................................................5

5.   Reinstatement .........................................................................................................5

6.   Immediate Recourse ...............................................................................................5

7.   Covenants ...............................................................................................................5

8.   Deposit Of Guarantee .............................................................................................5

9.   Stamp Duties ...........................................................................................................5

10.  Partial Invalidity .....................................................................................................6

11.  Notices.......................................................................................................................6

12.  Governing Law .........................................................................................................6

**THIS GUARANTEE AGREEMENT** is made as of 24 July 2008

**BY**

(1)   **LEHMAN BROTHERS HOLDINGS INC.** (the "**Guarantor**")

**IN FAVOUR OF**

(2)   **HOLDERS** (as defined below); and

(3)   **THE ACCOUNTHOLDERS** (as defined below);

**WHEREAS**

(A)   **LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS TREASURY CO. B.V.** and **LEHMAN BROTHERS BANKHAUS AG** (each an "**Issuer**" and together the "**Issuers**") have established a Program (the "**Program**") for the issuance of medium-term notes (the "**Notes**"). In connection with the Program the Issuers have entered into an Amended and Restated Fiscal Agency Agreement dated 24 July 2008 (as supplemented and amended from time to time, the "**Fiscal Agency Agreement**") with the Bank of New York Mellon, acting through its London Branch, as Fiscal Agent, the Bank of New York Mellon, acting through its New York Branch, as Registrar and the other parties referred to therein. Notes in bearer form may be represented initially by (in the case of Issuers other than Lehman Brothers Holdings Inc.) a permanent global Note (the "**Permanent Global Note**") or by a temporary global Note (the "**Temporary Global Note**") exchangeable in accordance with its terms for a Permanent Global Note or, as the case may be, definitive notes in bearer form ("**Definitive Notes**") and/or registered Notes ("**Registered Notes**") represented by definitive Notes in registered form ("**Definitive Registered Notes**"), global Notes in registered form ("**Global Registered Notes**") or Notes in registered uncertified form. Permanent Global Notes are, in accordance with their respective terms, exchangeable for Definitive Notes. Registered Notes may be represented initially by Definitive Registered Notes and/or Global Registered Notes. Global Registered Notes, are themselves exchangeable, in accordance with their terms, for Definitive Registered Notes. References herein to "**Global Notes**" shall be to Permanent Global Notes, Temporary Global Notes and Global Registered Notes. A Global Note will be delivered to a depositary or a common depositary or a common safekeeper or a custodian, as the case may be, for any one or more of the Clearing Systems (as defined below) for credit to such securities clearing (or any other) account or accounts with any Clearing System as may be determined by the terms and conditions and operating procedures or management regulations of the relevant Clearing System with its respective participants and/or accountholders. Notes denominated in Australian dollars may be issued in the domestic Australian capital markets ("**Australian Domestic Notes**") and Notes denominated in New Zealand dollars that may be cleared through the Austraclear New Zealand System ("**New Zealand Domestic Notes**") may be issued by Lehman Brothers Treasury Co. B.V. ("**LBTCBV**"), in each case pursuant to a deed poll to be executed by LBTCBV (the "**Deed Poll**"), and such Australian Domestic Notes and New Zealand Domestic Notes will be issued in registered, uncertificated and dematerialised book-entry form and take the form of entries on a register to be

maintained by an Australian or New Zealand registrar, as applicable, to be appointed by LBTCBV.

(B)     The Guarantor has agreed to guarantee irrevocably the payment of principal and interest together with all other sums payable by LBTCBV under the Notes issued by LBTCBV (the "**Guaranteed Issuer**") and to guarantee irrevocably the performance by the Guaranteed Issuer of its obligations under the Deed of Covenant, dated 24 July 2008, by the Guaranteed Issuer in favour of the parties identified therein (as supplemented, amended or replaced from time to time, the "**Deed of Covenant**") and the performance by the Guaranteed Issuer of its obligations under the Deed Poll.

**NOW THIS GUARANTEE WITNESSES** as follows:

1.      **DEFINITIONS**

1.1     In this Guarantee the following words and expressions shall have the following meanings:

"**Accountholder**" shall bear the meaning ascribed thereto in the Deed of Covenant in respect of Guaranteed Notes;

"**Clearing System**" means each of Euroclear, Clearstream, Luxembourg, DTC and any other clearing system specified in the relevant Final Terms;

"**Conditions**" means the terms and conditions of the relevant Notes, as the same may be modified or supplemented in accordance with the terms thereof, and any reference to a numbered "**Condition**" is to the correspondingly numbered provision thereof;

"**DTC**" means The Depositary Trust Company;

"**Guaranteed Note**" shall mean a Note issued by the Guaranteed Issuer (including an Australian Domestic Note and a New Zealand Domestic Note) and shall include any related Coupon, Talon or Receipt;

"**Holder**" shall bear the meaning ascribed thereto in the Conditions, in respect of any Guaranteed Note;

"**Relevant Date**" means either (i) the date on which payment of the relevant Note first becomes due or (ii) if the full amount of the moneys payable has not been received by the Fiscal Agent (or any other paying agent in respect of the relevant Note) on or prior to such due date, the date on which all moneys then due for payment shall have been so received and notice to that effect shall have been duly given to the Holders or Accountholders; and

"**this Guarantee**" shall mean this Guarantee Agreement as amended or supplemented from time to time.

1.2     Headings used in this Guarantee are for each of reference only and shall not affect its construction.

1.3     Unless otherwise defined herein, terms defined in the Conditions have the same respective meanings when used in this Guarantee.

2.    **GUARANTEE**

2.1    The Guarantor hereby irrevocably and unconditionally guarantees to the Holders and the Accountholders the performance by the Guaranteed Issuer of all its obligations pursuant to the Conditions of the Notes including without limitation:

   (a)    the due and punctual payment of each amount payable in respect of any Guaranteed Note, the Deed of Covenant and the Deed Poll as and when the same become due and payable; and

   (b)    any obligation to deliver or procure the delivery of any securities pursuant to such Conditions,

   so that the Guarantor shall, if the Guaranteed Issuer shall fail punctually to perform any such obligation forthwith perform or procure the performance of the obligation in accordance with the applicable Conditions upon written demand by such Holder or Accountholder including (without limitation) the due and punctual payment of any such amount in the manner and currency prescribed by such Guaranteed Note which the Guaranteed Issuer shall be liable to pay under and pursuant to such Guaranteed Note, the Deed of Covenant or the Deed Poll or the delivery of any securities pursuant to such Conditions and which the Guaranteed Issuer shall have failed to pay or deliver (as the case may be) at the time such demand is made.

2.2    This Guarantee is one of payment and not collection. The Guarantor acknowledges that its obligations hereunder are several and independent obligations of the Guaranteed Issuer and that the Guarantor shall be liable as sole principal debtor, with the consequence that such liability will not be discharged, impaired or otherwise affected by anything which would not so discharge, impair or otherwise affect its liability if it were a sole principal debtor, including without limitation:

   (a)    any time, indulgence, waiver or consent at any time given to the Guaranteed Issuer or any other person;

   (b)    any amendment to the Conditions in respect of the Guaranteed Notes, the Deed of Covenant or the Deed Poll or to any security or other guarantee or indemnity;

   (c)    the making or absence of any demand on the Guaranteed Issuer or any other person;

   (d)    the enforcement or absence of enforcement of any Guaranteed Notes, the Deed of Covenant or the Deed Poll or of any security or other guarantee or indemnity;

   (e)    the release of any such security, guarantee or indemnity;

   (f)    the dissolution, amalgamation, reconstruction or reorganisation of the Guaranteed Issuer or any other person;

   (g)    the winding up of the Guaranteed Issuer or the bringing of any analogous proceeding in any jurisdiction or any change in its status, function, control or ownership; and

(h)    the illegality, invalidity, irregularity or unenforceability of, or any defect in, any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll or any of the Guaranteed Issuer's obligations in respect thereof.

2.3    As a separate and alternative stipulation, the Guarantor irrevocably agrees that any sum expressed to be payable by the Guaranteed Issuer under any Guaranteed Note, the Deed of Covenant or the Deed Poll which is for any reason (including, without limitation, by reason of any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll being or becoming void, unenforceable or otherwise invalid under any applicable law) (whether or not now known or becoming known to the Guaranteed Issuer, the Guarantor, the Holder(s), the Accountholder(s) or any other person) not recoverable from it on the basis of a guarantee, will nevertheless be recoverable from it as if it were the sole principal debtor and will be paid by it to the Holder(s) or the Accountholder(s) on written demand.  This indemnity constitutes a separate and independent obligation from the other obligations in this Guarantee, gives rise to a separate and independent cause of action and will apply irrespective of any indulgence granted by the Holder(s), the Accountholder(s) or any other person.

3.    **STATUS**

3.1    The claims of the Holders and Accountholders against the Guarantor in respect of senior Guaranteed Notes will constitute direct, unconditional and (subject to the provisions of Condition 11 (*Negative Pledge with respect to Senior Notes*) and the provisions of the Fiscal Agency Agreement) unsecured obligations of the Guarantor and rank *pari passu* in right of payment among the Guarantee, prior to the equity securities of the Guarantor and equally with all other unsecured and unsubordinated debt obligations of the Guarantor (subject, in the event of insolvency, to laws affecting creditors' rights generally).

3.2    The claims of the Holders and the Accountholders against the Guarantor in respect of subordinated Guaranteed Notes constitute direct, unsecured and subordinated obligations of the Guarantor and rank *pari passu* among themselves and *pari passu* will all other present and future unsecured, unconditional and subordinated indebtedness of the Guarantor and will be subordinated, in the event of the winding-up of the Guarantor, to the claims of its Senior Creditors.  Amounts payable under the Guarantee shall be due and payable by the Guarantor in such winding-up only if and to the extent that all claims against the Guarantor by its Senior Creditors have been paid in full.

3.3    Subject to applicable law, no Holder or Accountholder may be granted any security by the Guarantor or any third party or claim any right of set-off in respect of any amount owed to it by the Guarantor under this Guarantee in connection with subordinated Guaranteed Notes and each Holder or relevant Accountholder shall be deemed to have waived all such rights.

3.4    Subsequent agreements which limit the subordination effected pursuant to Clause 3.2 or which accelerate payments under this Guarantee in respect of subordinated Guaranteed Notes are not permitted by law.  Should payments be effected in respect of subordinated Guaranteed Notes by the Guarantor before the maturity date without legal preconditions

being fulfilled, the amount paid shall be refunded to the Guarantor notwithstanding any agreement to the contrary.

4.   **CONTINUING GUARANTEE**

This Guarantee is a continuing guarantee and shall extend to the ultimate balance of all the obligations of the Guaranteed Issuer under any Guaranteed Note notwithstanding any settlement of account or other matter or thing whatsoever. It shall remain in full force and effect until all such obligations have been irrevocably paid and satisfied in full. Furthermore, such obligations are additional to, and not in substitution for, any security or other guarantee or indemnity at any time existing in favour of any person.

5.   **REINSTATEMENT**

If any payment received by a Holder or Accountholder shall, on the subsequent bankruptcy, insolvency, corporate reorganisation or other similar event of the Guaranteed Issuer, be avoided or set aside under any laws relating to such events, such payment shall not be considered as discharging or diminishing the liability of the Guarantor and this Guarantee shall continue to apply as if such payment had at all times remained owing by the Guaranteed Issuer, provided that the obligations of the Guaranteed Issuer and/or the Guarantor under this Clause 5 shall, as regards each payment made to the Holder or Accountholder which is avoided or set aside, be contingent upon such payment being reimbursed to the Guaranteed Issuer or other persons entitled through the Guaranteed Issuer.

6.   **IMMEDIATE RECOURSE**

The Guarantor waives any right it may have of first requiring a Holder or Accountholder to proceed against or enforce any other rights or security against the Guaranteed Issuer or any other person before claiming from the Guarantor hereunder.

7.   **COVENANTS**

The Guarantor covenants in favour of the Holders and the Accountholders that it will duly perform and comply with the obligations expressed to be undertaken by it in the Conditions.

8.   **DEPOSIT OF GUARANTEE**

This Guarantee shall be deposited with and held by the Fiscal Agent until all obligations of the Guaranteed Issuer and/or in respect of the Guaranteed Notes have been discharged in full.   The Guarantor hereby acknowledges the right of every Holder and Accountholder to the production of this Guarantee.

9.   **STAMP DUTIES**

The Guarantor shall pay all stamp, registration and other taxes and duties (including any interest and penalties thereon or in connection therewith) which may be payable upon or in connection with the execution and delivery of this Guarantee, and shall indemnify each Holder and Accountholder against any claim, demand, action, liability, damages, cost, loss or expense (including, without limitation, reasonably legal fees and any

applicable value added tax) which it incurs as a result of or arising out of or in relation to any failure of the Guarantor to pay or delay in paying any of the same.

10.  **PARTIAL INVALIDITY**

If at any time any provisions hereof is or becomes illegal, invalid or unenforceable in any respect under the laws of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions hereof nor the legality, validity or enforceability of such provision under the laws of any other jurisdiction shall in any way be affected or impaired thereby.

11.  **NOTICES**

All notices, demands or other communications by any Holder or Accountholder upon the Guarantor shall be duly served upon the Guarantor if served on the Guarantor by letter at 745 Seventh Avenue, New York, New York 10019.

12.  **GOVERNING LAW**

This Guarantee shall be governed by, and construed in accordance with, the law of the State of New York.

**IN WITNESS** whereof the Guarantor has executed this Guarantee the day and year first above written.


**EXECUTED**                                      )
by **LEHMAN BROTHERS HOLDINGS INC.**    )
acting by                                         )
                                          PAOLO TONUCCI

H
A
N
D

D
E
L
I
V
E
R
Y

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE _____    3:01    TIME _____

| **United States Bankruptcy Court/Southern District of New York** | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| --- | --- | --- |

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| --- | --- |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000063450

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Banca Esperia S.p.A.
Via Filodrammatici, 5
20121 Milano
Italy
Attention: Mr. Luca Pellegrino

Telephone number: +39 02 88219393       Email Address: luca.pellegrino@gruppoesperia.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:               Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached _____ **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See attached _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached _____ **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached _____ **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**NOV 02 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. October 30, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
| --- | --- |
| | Name: Andrea Cingoli       Title:   Chief Executive Officer |
| | Name: Carla Giannone       Title:   Head of Legal Department |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                  Chapter 11

Lehman Brothers Holdings Inc., *et al.*                 Case No. 08-13555 (JMP)

                                                        (Jointly Administered)

                              Debtors.
-----------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## BANCA ESPERIA S.P.A.

1.     <u>Claimant</u>.  Banca Esperia S.p.A. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases.  The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

2.     <u>Transactions Between the Parties</u>.  The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co. B.V. and Lehman

Brothers UK Capital Funding III LP (the "**Obligors**") and guaranteed by the Debtor (each a

"**Program Security**" and, together, the "**Program Securities**") identified on the list of Lehman

Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com

under the heading "Key Documents."   The International Securities Identification Number

("**ISIN**") identifying each Program Security, along with the respective Clearstream Bank

blocking reference number and the Clearstream Bank account number relating to the Program

Securities, is detailed on <u>Exhibit 1</u> attached hereto.  Evidence of the ownership of the securities

described in <u>Exhibit 1</u> is provided in <u>Exhibit 3</u> attached hereto. The Program Securities issued by



Lehman Brothers Treasury Co. B.V. have also the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of Lehman Brothers Treasury Co. B.V. pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as Exhibit 4, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.      Claim.  The Claimant is authorized to act on behalf of the holders of certain securities described more fully in Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 6,414,784.19 plus, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**").  An itemization of certain amounts comprising the Claim is set forth on Exhibit 2  attached hereto.

4.      Security Interests and Priority Status.  The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.      Claims, Counterclaims, Setoffs and Defenses.  The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.  The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.      Reservation of Rights.  The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or



person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.   Amendments.   The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.



## EXHIBIT 1

| ISIN Code | Clearstream blocking # | Clearstream account # | Sub-custodian account # | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0243852562 | CA94081 | 88511 | 1011740600C | Lehman Brothers UK Capital Funding III LP | € 650,000.00 |
| XS0195431613 | CA74749 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V. | € 50,000.00 |
| XS0176153350 | CA96899 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 221,000.00 |
| XS0176153350 | CA18057 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 15,000.00 |
| XS0210782552 | CA75303 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 25,000.00 |
| XS0178969209 | CA74978 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 130,000.00 |
| XS0211093041 | CA75797 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 300,000.00 |
| XS0211093041 | CA18304 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 30,000.00 |
| XS0208459023 | CA74731 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 2,145,000.00 |
| XS0283497005 | CA05026 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 14,000.00 |
| XS0181945972 | CA75420 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 855,000.00 |

C-

**EXHIBIT 2**

| ISIN Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount (USD)* | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0243852562 | 650,000.00 | 14,107.73 | 664,107.73 | 919,815.00 | 19,963.85 | 939,778.85 |
| XS0195431613 | 50,000.00 | 422.37 | 50,422.37 | 70,755.00 | 597.70 | 71,352.70 |
| XS0176153350 | 236,000.00 | 6,713.21 | 242,713.21 | 333,963.60 | 9,499.86 | 343,463.46 |
| XS0210782552 | 25,000.00 | 546.48 | 25,546.48 | 35,377.50 | 773.32 | 36,150.82 |
| XS0178969209 | 130,000.00 | 3,579.64 | 133,579.64 | 183,963.00 | 5,065.55 | 189,028.55 |
| XS0211093041 | 330,000.00 | 3,804.93 | 333,804.93 | 466,983.00 | 5,384.36 | 472,367.36 |
| XS0208459023 | 2,145,000.00 | 48,081.25 | 2,193,081.25 | 3,035,389.50 | 68,039.78 | 3,103,429.28 |
| XS0283497005 | 14,000.00 | 387.28 | 14,387.28 | 19,811.40 | 548.04 | 20,359.44 |
| XS0181945972 | 855,000.00 | 20,453.14 | 875,453.14 | 1,209,910.50 | 28,943.24 | 1,238,853.74 |

| Total Claim Amount | USD $ 6,414,784.19 |
|---|---|

* *Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.*

** *Interest accrued until September 14, 2008 (included).*



**EXHIBIT 3**

Evidence of Ownership



27. OTT. 2009 14:00     MCDD CUSTODY                                    NR. 789    P. 2

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 305 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – AVIS DE BLOCAGEBLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574 1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477377

October 20Th, 2009

### LEHMAN
### «XS0243852562»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0243852562
Security name : LEHMAN
Type of event : CONSENT
Instruction quantity : FAMT 650000
Instruction's date : 14/10/2009
**Blocking reference : CA94081**

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02    MCDD CUSTODY                                    NR. 789    P. 19

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 826 euros
immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

30026 97574 1011740600C

reference
0285$^E$ - 2009478129

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
IT   ITALIE

OCTOBER 14th, 2009

### LEHMAN BROS TSY TV14 CPI EMTN
### «XS0195431613 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0195431613
Security name : LEHMAN BROS TSY TV14 CPI EMTN
Type of event : CONSENT
Instruction quantity : 50000
Instruction's date : 13/10/2009
Blocking reference : CA74749

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY

NR. 789    P. 12


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 825 euros
Immatriculée sous le n° 962 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
IT   ITALIE

30026 97574 1011740600C

reference
0258E – 2009477638

October 16th, 2009

### LEHMAN TV03-1013 EMTN
### «XS0176153350 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin: XS0176153350
Security name : LEHMAN TV03-1013 EMTN
Type of event : CONSENT
Instruction quantity: 221000
Instruction's date: 13/10/2009
Blocking reference: CA96899

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:01    MCDB CUSTODY                                NR. 789    P. 7


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 103 828 euros
immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

30026 97574 1011740600C

reference
0258E – 2009477638

**BANCA ESPERIA SA**
**VIA DANTE 16**
**20121 MILANO**
**IT   ITALIE**

October 19th, 2009

### LEHMAN BROTHERS TV03-1013EMTN
### «XS0176153350 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : **1011740600C**
Isin: XS0176153350
Security name: **LEHMAN BROTHERS TV03-1013EMTN**
Type of event: CONSENT
Instruction quantity: 15000
Instruction's date: 19/10/2009
Blocking reference: CA18057

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                          NR. 789    P. 9

**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 393 528 euros
Immatriculée sous le n° 662 042 449 RCS – identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

Reference
0258E – 2009477996

October 14th, 2009

### LEHMAN BROTHERS TV05-010213EMTN
«XS0210782552»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0210782552
Security name:  LEHMAN BROTHERS TV05-010213EMTN
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 25 000                    Blocking reference: CA75303

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02    MCDD CUSTODY                    NR. 789    P. 13

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772.303.528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALY

Account number
PARB ITMM 30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009477642

October 14th, 2009

### LEHMAN TV13 EMTN
### « XS0178969209»

Sirs,

Please find hereafter the Information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0178969209
Security Name: LEHMAN TV13 EMTN
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 130 000 FAMT
Blocking reference: CA74978

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02     MCDD CUSTODY                                    NR. 789    P. 14

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 363 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009478010

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 14th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 300 000                    Blocking reference: CA75797

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                          NR. 789    P. 4

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C-E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009478010

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT ITALY

October 20th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 19/10/2009
Instruction quantity: 30 000
Blocking reference: CA18304

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02     MCDD CUSTODY                              NR. 789     P. 15


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 828 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

                                        BANCA ESPERIA SA
                                        VIA DANTE 16
                                        20121 MILANO
                                        ITALY

Account number
PARB ITMM  30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009478115

                                        October 14th, 2009

### LEHM.BROTH.TR.7 PCT 16
### « XS0208459023»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0208459023
Security Name: LEHM.BROTH.TR.7 PCT 16
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 2 146 000 FAMT
Blocking reference: CA74731

For more information, please feel free to contact your dedicated account manager.

Best regards.

                              BNP PARIBAS Securities Services.

27. OTT. 2009 14:01    MCDD CUSTODY                    NR. 789    P. 11

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 305 528 euros
immatriculée sous le n° 662 042 449 RCS – identifient C.E FR78662042449
Siège social : 16, bld des italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 00100  1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477552

October 16TH, 2009

### LEHMAN BROS TSY TR07-17
### « XS0283497005»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0283497005
Security name : LEHMAN BROS TSY TR07-17
Type of event : CONSENT
Instruction quantity 14000
Instruction's date : 13/10/09
Blocking references : CA05026

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02    MCDD CUSTODY                    NR. 789    P. 16


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifsm C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009478144

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 14th, 2009

### LEHMAN BROS TP04-14/01/14 FOI
### «XS0181945972»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0181945972
Security name:  LEHMAN BROS TP04-14/01/14 FOI
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 855 000          Blocking reference: CA75420

For more information, please feel free to contact your dedicated account manager.

Best regards,


BNP PARIBAS Securities Services



**EXHIBIT 4**

Written Consent June 9, 2005

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05   11:31   JDM INVESTMENTS                    ID=2023380294              P.02
                                                                       NO.290   084
25.05.2005   29:11   LEHMAN - 912023380294                            NO.504   082
26/06/2005   16:41   LEHMAN + 916465759365

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 7, 2005

Richard S. Fuld, Jr.                                  John D. Macomber

2

06-09-05   09:49           RECEIVED FROM:212 526 8339              P.04

06/08/2005    16:41    LEHMAN ÷ 916467582653                    NO.504    003

**Schedule A
to LBHI Unanimous Written Consent
dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |




LA PRIVATE BANK DI MEDIOBANCA | MEDIOLANUM | & PARTNERS

United States Bankruptcy Court/Southern District of New York

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Banca Esperia S.p.A.
Via Filodrammatici 5
20121 – Milano
Italy

Attention: Mr Luca Pellegrino

Tel. +39 02 88219393
Fax + 39 02 88219300
E-mail
luca.pellegrino@gruppoesperia.com

Ocotber 30, 2009

## BANCA ESPERIA S.P.A. - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find No. 2 original copies of the proofs of claim hereby filed by Banca Esperia S.p.A. against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims  Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

Banca Esperia S.p.A.

Luca Pellegrino – Legal Department

Banca Esperia spa
Via Filodrammatici 5
I-20121 Milano
Tel. +39 02 88219 1

Capitale sociale
€ 13.000.000 i.v.
Codice Fiscale,
Iscrizione

Banca iscritta all'Albo
delle Banche al n. 3183
Capogruppo del Gruppo
bancario Banca Esperia

Aderente
al Fondo Interbancario
di Tutela
dei Depositi

