**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index | | Index | EE0001M Index | | Index |
|---|---|---|---|---|---|
| Date | PX_LAST | | Date | PX_LAST | |
| 10.06.2008 | 2.42333 | 1.02883 | 10.06.2008 | 4.47125 | 1.05080 |
| 11.06.2008 | 2.44000 | 1.02889 | 11.06.2008 | 4.47125 | 1.05092 |
| 12.06.2008 | 2.44500 | 1.02896 | 12.06.2008 | 4.47188 | 1.05105 |
| 13.06.2008 | 2.45167 | 1.02903 | 13.06.2008 | 4.46875 | 1.05118 |
| 16.06.2008 | 2.45833 | 1.02923 | 16.06.2008 | 4.47125 | 1.05156 |
| 17.06.2008 | 2.46833 | 1.02930 | 17.06.2008 | 4.48063 | 1.05169 |
| 18.06.2008 | 2.47500 | 1.02936 | 18.06.2008 | 4.48000 | 1.05182 |
| 19.06.2008 | 2.42500 | 1.02943 | 19.06.2008 | 4.49250 | 1.05195 |
| 20.06.2008 | 2.40667 | 1.02950 | 20.06.2008 | 4.48938 | 1.05207 |
| 23.06.2008 | 2.40083 | 1.02970 | 23.06.2008 | 4.48938 | 1.05246 |
| 24.06.2008 | 2.40000 | 1.02976 | 24.06.2008 | 4.48938 | 1.05259 |
| 25.06.2008 | 2.39000 | 1.02983 | 25.06.2008 | 4.48063 | 1.05272 |
| 26.06.2008 | 2.37667 | 1.02989 | 26.06.2008 | 4.46000 | 1.05284 |
| 27.06.2008 | 2.35667 | 1.02996 | 27.06.2008 | 4.43688 | 1.05297 |
| 30.06.2008 | 2.35667 | 1.03015 | 30.06.2008 | 4.43938 | 1.05335 |
| 01.07.2008 | 2.34667 | 1.03022 | 01.07.2008 | 4.44688 | 1.05348 |
| 02.07.2008 | 2.32833 | 1.03028 | 02.07.2008 | 4.44313 | 1.05361 |
| 03.07.2008 | 2.32167 | 1.03035 | 03.07.2008 | 4.46375 | 1.05373 |
| 04.07.2008 | 2.31833 | 1.03041 | 04.07.2008 | 4.46625 | 1.05386 |
| 07.07.2008 | 2.31917 | 1.03060 | 07.07.2008 | 4.46750 | 1.05424 |
| 08.07.2008 | 2.32000 | 1.03066 | 08.07.2008 | 4.46875 | 1.05437 |
| 09.07.2008 | 2.31833 | 1.03073 | 09.07.2008 | 4.46875 | 1.05450 |
| 10.07.2008 | 2.30917 | 1.03079 | 10.07.2008 | 4.46813 | 1.05463 |
| 11.07.2008 | 2.30667 | 1.03085 | 11.07.2008 | 4.46500 | 1.05476 |
| 14.07.2008 | 2.30833 | 1.03104 | 14.07.2008 | 4.46563 | 1.05514 |
| 15.07.2008 | 2.30833 | 1.03111 | 15.07.2008 | 4.46563 | 1.05527 |
| 16.07.2008 | 2.30250 | 1.03117 | 16.07.2008 | 4.46563 | 1.05540 |
| 17.07.2008 | 2.30000 | 1.03123 | 17.07.2008 | 4.46813 | 1.05552 |
| 18.07.2008 | 2.29000 | 1.03130 | 18.07.2008 | 4.46688 | 1.05565 |
| 21.07.2008 | 2.29167 | 1.03148 | 21.07.2008 | 4.46875 | 1.05604 |
| 22.07.2008 | 2.28833 | 1.03155 | 22.07.2008 | 4.47250 | 1.05616 |
| 23.07.2008 | 2.28500 | 1.03161 | 23.07.2008 | 4.48000 | 1.05629 |
| 24.07.2008 | 2.28167 | 1.03167 | 24.07.2008 | 4.48250 | 1.05642 |
| 25.07.2008 | 2.28000 | 1.03173 | 25.07.2008 | 4.48625 | 1.05655 |
| 28.07.2008 | 2.28000 | 1.03192 | 28.07.2008 | 4.48125 | 1.05694 |
| 29.07.2008 | 2.27833 | 1.03198 | 29.07.2008 | 4.47750 | 1.05706 |
| 30.07.2008 | 2.27583 | 1.03205 | 30.07.2008 | 4.47688 | 1.05719 |
| 31.07.2008 | 2.27250 | 1.03205 | 31.07.2008 | 4.47813 | 1.05719 |
| 01.08.2008 | 2.27167 | 1.03211 | 01.08.2008 | 4.47813 | 1.05732 |
| 04.08.2008 | 2.27167 | 1.03230 | 04.08.2008 | 4.48188 | 1.05771 |
| 05.08.2008 | 2.27333 | 1.03236 | 05.08.2008 | 4.48250 | 1.05784 |
| 06.08.2008 | 2.27000 | 1.03242 | 06.08.2008 | 4.47813 | 1.05796 |
| 07.08.2008 | 2.26750 | 1.03248 | 07.08.2008 | 4.48063 | 1.05809 |
| 08.08.2008 | 2.26000 | 1.03255 | 08.08.2008 | 4.47813 | 1.05822 |
| 11.08.2008 | 2.25833 | 1.03273 | 11.08.2008 | 4.48188 | 1.05861 |
| 12.08.2008 | 2.25333 | 1.03279 | 12.08.2008 | 4.48063 | 1.05874 |
| 13.08.2008 | 2.25000 | 1.03285 | 13.08.2008 | 4.48188 | 1.05887 |
| 14.08.2008 | 2.25333 | 1.03292 | 14.08.2008 | 4.48063 | 1.05899 |
| 15.08.2008 | 2.25500 | 1.03298 | 15.08.2008 | 4.48250 | 1.05912 |
| 18.08.2008 | 2.25583 | 1.03316 | 18.08.2008 | 4.48375 | 1.05951 |
| 19.08.2008 | 2.25000 | 1.03323 | 19.08.2008 | 4.47938 | 1.05964 |
| 20.08.2008 | 2.25167 | 1.03329 | 20.08.2008 | 4.47813 | 1.05977 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index | | Index | EE0001M Index | | Index |
|---|---|---|---|---|---|
| Date | PX_LAST | | Date | PX_LAST | |
| 21.08.2008 | 2.25000 | 1.03335 | 21.08.2008 | 4.47375 | 1.05990 |
| 22.08.2008 | 2.25000 | 1.03341 | 22.08.2008 | 4.47375 | 1.06003 |
| 25.08.2008 | 2.25000 | 1.03360 | 25.08.2008 | 4.47938 | 1.06041 |
| 26.08.2008 | 2.25000 | 1.03366 | 26.08.2008 | 4.47875 | 1.06054 |
| 27.08.2008 | 2.25000 | 1.03372 | 27.08.2008 | 4.47688 | 1.06067 |
| 28.08.2008 | 2.25833 | 1.03378 | 28.08.2008 | 4.50250 | 1.06080 |
| 29.08.2008 | 2.25500 | 1.03384 | 29.08.2008 | 4.50438 | 1.06093 |
| 01.09.2008 | 2.25167 | 1.03397 | 01.09.2008 | 4.50813 | 1.06119 |
| 02.09.2008 | 2.25000 | 1.03403 | 02.09.2008 | 4.50813 | 1.06132 |
| 03.09.2008 | 2.25000 | 1.03409 | 03.09.2008 | 4.51125 | 1.06145 |
| 04.09.2008 | 2.25000 | 1.03415 | 04.09.2008 | 4.51250 | 1.06158 |
| 05.09.2008 | 2.25000 | 1.03421 | 05.09.2008 | 4.51063 | 1.06171 |
| 08.09.2008 | 2.25000 | 1.03440 | 08.09.2008 | 4.51000 | 1.06210 |
| 09.09.2008 | 2.25000 | 1.03446 | 09.09.2008 | 4.51250 | 1.06223 |
| 10.09.2008 | 2.25000 | 1.03452 | 10.09.2008 | 4.50875 | 1.06236 |
| 11.09.2008 | 2.24833 | 1.03458 | 11.09.2008 | 4.51125 | 1.06249 |
| 12.09.2008 | 2.25000 | 1.03465 | 12.09.2008 | 4.51188 | 1.06262 |
| 15.09.2008 | 2.25000 | **1.03483** | 15.09.2008 | 4.52438 | **1.06301** |

Attachment 2 Lehman Securities Programs Proof of Claim (Reference to Number 3. and 4.)

SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.    → ③    → ④

| Name | ISIN | Euroclear Bank Electronic Reference Number | Euroclear Account Number |
|---|---|---|---|
| SW (LU) Portfolio Fund Growth (EUR) | XS0292528311 | 6050266 | 16316 |
| SW (LU) Portfolio Fund Balanced (EUR) | XS0292528311 | 6050267 | 16316 |
| SW (LU) Portfolio Fund Yield (EUR) | XS0292528311 | 6050268 | 16316 |
| SW (LU) Portfolio Fund Yield | XS0292542494 | 6050271 | 16316 |
| SW (LU) Portfolio Fund Balanced | XS0292542494 | 6050270 | 16316 |
| SW (LU) Portfolio Fund Growth | XS0292542494 | 6050269 | 16316 |



*— account statement*
*custodian*



## BANQUE ET CAISSE D'EPARGNE DE L'ETAT
### LUXEMBOURG
depuis 1856

Investment Funds Department

**SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.**
1, Place de Metz
L-1930 Luxembourg

Luxembourg, October16th 2009

Dear Sirs,

In our function as depositary bank of the SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT
COMPANY S.A., we hereby confirm that the securities are held in accounts in favor of the following
sub-funds:

| Bank | Account number | Fund Name | ISIN | Name Security | Currency | Holding |
|---|---|---|---|---|---|---|
| RBC DIS | 099990408 | Swisscanto (LU) Portfolio Fund Balanced EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 1 400 000,00 |
| RBC DIS | 099990400 | Swisscanto (LU) Portfolio Fund Growth EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 400 000,00 |
| RBC DIS | 099990411 | Swisscanto (LU) Portfolio Fund Yield EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 700 000,00 |
| RBC DIS | 099990409 | Swisscanto (LU) Portfolio Fund Balanced CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 19 500 000,00 |
| RBC DIS | 099990401 | Swisscanto (LU) Portfolio Fund Growth CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 7 500 000,00 |
| RBC DIS | 099990412 | Swisscanto (LU) Portfolio Fund Yield CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 20 700 000,00 |

Yours faithfully,

### BANQUE ET CAISSE D'EPARGNE DE L'ETAT,
### LUXEMBOURG

# ARNOLD & PORTER LLP

**Dermond Thomas**
Dermond.Thomas@aporter.com

212.715.1041
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 27, 2009

**VIA FEDERAL EXPRESS**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

    Re: Programs Securities Proofs of Claim

Ladies and Gentlemen:

   On behalf of Swisscanto Asset Management Ltd., we enclose herewith a copy of both of its Lehman Programs Securities Proof of Claim forms dated October 21, 2009.

       Sincerely,

       Dermond Thomas

Enclosures

PS|Ship - FedEx Label

Page 1 of 2

From:  Origin ID: JRBA  (212)715-1000
Desmond Thomas
Arnold & Porter LLP
399 Park Ave
New York, NY 10022

**FedEx**
Express
**E**

Ship Date: 27OCT09
ActWgt: 1 LB
CAD: 2100210WEB/JS0200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (646)282-2400      BILL SENDER

**Epiq Bankruptcy Solutions, LLC**
**757 Third Avenue**
**Attn: Lehman Brothers Holdings**
**New York, NY 10017**

Ref# 23108.002-8448
Invoice #
PO #
Dept #

7981 1927 8528

WED - 28OCT        A1
**PRIORITY OVERNIGHT**
RECEIVED SR

EB OGSA        OCT 2 8 2009

10017
NY-US
EWR

Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx®
International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155475/155475 REV EX95 RT

**100%**
**Recycled**
**Paperboard®**

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000050862

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Swisscanto (LU) SICAV II Advisory Company Holding S.A.
69, route d'Esch
L-1470 Luxembourg

Telephone number: +41 58 344 49 00  Email Address:  compliance@swisscanto.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: 10/28/05

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ___at least 754,152.29___ (Required)(see attached Annex)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0292528311    (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 6050264 and 6050265 (Attachment 2)

(Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

16318    (Required)

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 21-10-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

FOR COURT USE ONLY
FILED / RECEIVED
OCT 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Dr. Gérard Fischer      Ralf C. Branda
Chairman                Member Board of Directors

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy
filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5).
A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**<u>Annex to Proof of Claim Form of Swisscanto (LU) SICAV II Advisory Company Holding S.A.</u>**

In addition to the statements set forth on its proof of claim form and in the documents attached hereto and/or submitted in accordance with the applicable procedures, Swisscanto (LU) SICAV II Advisory Company Holding S.A. ("**SICAV**") states as follows in support of its claim against the Debtor:

1.    In addition to the amount of its claim, SICAV asserts a claim for any and all interest (including default interest), costs, fees, charges and expenses (including attorneys' fees) due and owing or that may become due and owing or otherwise allowable in connection with its clam.

2.    SICAV is filing this proof of claim in anticipation of the claims bar date (the "**<u>Bar Date</u>**"), which has been set as November 2, 2009, pursuant to the Court's July 2, 2009 Order pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form.  SICAV reserves the right to amend, modify, and/or supplement this proof of claim at any time, including, without limitation, for the purpose of asserting additional claims, whether arising from the transactions or documents described in SICAV's proof of claim, this attachment, or otherwise.  SICAV also reserves its rights to assert any and all rights of setoff that it may have against the Debtor in respect of its claims, including, without limitation, the right to set off its claims against any claims that the Debtor (or any successor, assignee or person claiming through the Debtor, as the case may be) may assert against SICAV or its successors or assigns, whether or not arising under the transactions set forth in this proof of claim.  SICAV also reserves its right to pursue claims (including, but not limited to, the claims described herein) against the Debtor based upon additional or alternative legal theories.  SICAV also reserves the right to assert administrative expense claims.

3.    SICAV reserves its right to seek to have the reference withdrawn with respect to the subject matter of these claims, any objection or other proceedings commenced with respect thereto, or any other proceedings commenced in this case or otherwise involving SICAV.  By filing this proof of claim, SICAV does not intend to submit to the jurisdiction of the Bankruptcy Court for any purpose other than the determination and allowance of this claim.

4.    All notices and any distribution with respect to this proof of claim should be sent to:

ARNOLD & PORTER LLP
399 Park Ave, 34th Fl.
New York, NY 10022
Attn:  Anthony Boccanfuso
Telephone number:  (212) 715-1000
Facsimile: (212) 715-1399

**Attachement to Claim (incl. nominal and interests) Lehman Exposure of SWISSCANTO (LU)SICAV II ADVISORY COMPANY HOLDING S.A**
(as per 15.09.2008)

**Caims in USD**

| Fund | ISIN | | Nominal | Intrest | Interest | Exposure Total (Claim) |
|------|------|------|---------|---------|----------|------------------------|
| SW (LU) Sicav II Portfolio Fund Yield (EUR) | XS0292528311 | USD | 425'670.00 | 6.301% | 26'821.37 | 452'491.37 |
| SW (LU) Sicav II Portfolio Fund Balanced (EUR) | XS0292528311 | USD | 283'780.00 | 6.301% | 17'880.91 | 301'660.91 |
| **Total Claims in USD** | | **USD** | **709'450.00** | | **44'702.29** | **764'162.29** |

EUR WMCO Curncy (USD)
Date         PX_LAST
15.09.2008      1.4189

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

**EE0001M Index**          Index

| Date | PX_LAST | |
|---|---|---|
| 30.03.2007 | 3.86613 | 1.00000 |
| 02.04.2007 | 3.86613 | 1.00021 |
| 03.04.2007 | 3.86625 | 1.00031 |
| 04.04.2007 | 3.86538 | 1.00042 |
| 05.04.2007 | 3.86275 | 1.00052 |
| 06.04.2007 | 3.86275 | 1.00063 |
| 09.04.2007 | 3.86275 | 1.00094 |
| 10.04.2007 | 3.85913 | 1.00105 |
| 11.04.2007 | 3.85775 | 1.00115 |
| 12.04.2007 | 3.85788 | 1.00126 |
| 13.04.2007 | 3.85388 | 1.00136 |
| 16.04.2007 | 3.85638 | 1.00167 |
| 17.04.2007 | 3.85638 | 1.00178 |
| 18.04.2007 | 3.85838 | 1.00188 |
| 19.04.2007 | 3.85838 | 1.00199 |
| 20.04.2007 | 3.85900 | 1.00209 |
| 23.04.2007 | 3.85975 | 1.00241 |
| 24.04.2007 | 3.85975 | 1.00251 |
| 25.04.2007 | 3.85975 | 1.00261 |
| 26.04.2007 | 3.85988 | 1.00272 |
| 27.04.2007 | 3.86075 | 1.00282 |
| 30.04.2007 | 3.86013 | 1.00314 |
| 01.05.2007 | 3.86013 | 1.00324 |
| 02.05.2007 | 3.86413 | 1.00335 |
| 03.05.2007 | 3.86713 | 1.00345 |
| 04.05.2007 | 3.86413 | 1.00356 |
| 07.05.2007 | 3.86750 | 1.00387 |
| 08.05.2007 | 3.86613 | 1.00398 |
| 09.05.2007 | 3.86088 | 1.00408 |
| 10.05.2007 | 3.86538 | 1.00419 |
| 11.05.2007 | 3.87475 | 1.00429 |
| 14.05.2007 | 3.89188 | 1.00461 |
| 15.05.2007 | 3.89288 | 1.00471 |
| 16.05.2007 | 3.89488 | 1.00482 |
| 17.05.2007 | 3.91625 | 1.00493 |
| 18.05.2007 | 3.92163 | 1.00503 |
| 21.05.2007 | 3.94163 | 1.00535 |
| 22.05.2007 | 3.94413 | 1.00546 |
| 23.05.2007 | 3.94813 | 1.00557 |
| 24.05.2007 | 3.97413 | 1.00567 |
| 25.05.2007 | 3.97875 | 1.00578 |
| 28.05.2007 | 3.97938 | 1.00611 |
| 29.05.2007 | 3.98963 | 1.00622 |
| 30.05.2007 | 4.00650 | 1.00633 |
| 31.05.2007 | 4.02813 | 1.00633 |
| 01.06.2007 | 4.03425 | 1.00643 |
| 04.06.2007 | 4.04263 | 1.00676 |
| 05.06.2007 | 4.05338 | 1.00688 |
| 06.06.2007 | 4.05750 | 1.00699 |
| 07.06.2007 | 4.08813 | 1.00710 |
| 08.06.2007 | 4.09963 | 1.00721 |
| 11.06.2007 | 4.10963 | 1.00754 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

EE0001M Index          Index

| Date | PX_LAST | |
|------|---------|---|
| 12.06.2007 | 4.11188 | 1.00766 |
| 13.06.2007 | 4.11463 | 1.00777 |
| 14.06.2007 | 4.11800 | 1.00788 |
| 15.06.2007 | 4.11600 | 1.00799 |
| 18.06.2007 | 4.11275 | 1.00833 |
| 19.06.2007 | 4.11413 | 1.00844 |
| 20.06.2007 | 4.11425 | 1.00856 |
| 21.06.2007 | 4.11625 | 1.00867 |
| 22.06.2007 | 4.11688 | 1.00878 |
| 25.06.2007 | 4.11363 | 1.00912 |
| 26.06.2007 | 4.11613 | 1.00923 |
| 27.06.2007 | 4.12000 | 1.00934 |
| 28.06.2007 | 4.11363 | 1.00946 |
| 29.06.2007 | 4.11438 | 1.00957 |
| 02.07.2007 | 4.11225 | 1.00991 |
| 03.07.2007 | 4.10900 | 1.01002 |
| 04.07.2007 | 4.10375 | 1.01013 |
| 05.07.2007 | 4.10725 | 1.01024 |
| 06.07.2007 | 4.10825 | 1.01036 |
| 09.07.2007 | 4.10813 | 1.01069 |
| 10.07.2007 | 4.10688 | 1.01081 |
| 11.07.2007 | 4.10688 | 1.01092 |
| 12.07.2007 | 4.10813 | 1.01103 |
| 13.07.2007 | 4.10813 | 1.01114 |
| 16.07.2007 | 4.10563 | 1.01148 |
| 17.07.2007 | 4.10550 | 1.01159 |
| 18.07.2007 | 4.10413 | 1.01171 |
| 19.07.2007 | 4.10538 | 1.01182 |
| 20.07.2007 | 4.10550 | 1.01193 |
| 23.07.2007 | 4.10613 | 1.01227 |
| 24.07.2007 | 4.10613 | 1.01238 |
| 25.07.2007 | 4.10613 | 1.01249 |
| 26.07.2007 | 4.10625 | 1.01261 |
| 27.07.2007 | 4.10813 | 1.01272 |
| 30.07.2007 | 4.10575 | 1.01306 |
| 31.07.2007 | 4.10613 | 1.01306 |
| 01.08.2007 | 4.10813 | 1.01317 |
| 02.08.2007 | 4.10938 | 1.01328 |
| 03.08.2007 | 4.11388 | 1.01340 |
| 06.08.2007 | 4.11463 | 1.01374 |
| 07.08.2007 | 4.11750 | 1.01385 |
| 08.08.2007 | 4.13000 | 1.01396 |
| 09.08.2007 | 4.20000 | 1.01408 |
| 10.08.2007 | 4.23875 | 1.01419 |
| 13.08.2007 | 4.25250 | 1.01454 |
| 14.08.2007 | 4.27688 | 1.01466 |
| 15.08.2007 | 4.28875 | 1.01478 |
| 16.08.2007 | 4.35688 | 1.01489 |
| 17.08.2007 | 4.43250 | 1.01501 |
| 20.08.2007 | 4.43875 | 1.01538 |
| 21.08.2007 | 4.44125 | 1.01550 |
| 22.08.2007 | 4.45250 | 1.01562 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

EE0001M Index        Index

| Date | PX_LAST | |
|------|---------|---------|
| 23.08.2007 | 4.45500 | 1.01575 |
| 24.08.2007 | 4.45125 | 1.01587 |
| 27.08.2007 | 4.44750 | 1.01624 |
| 28.08.2007 | 4.42125 | 1.01636 |
| 29.08.2007 | 4.43000 | 1.01648 |
| 30.08.2007 | 4.44750 | 1.01661 |
| 31.08.2007 | 4.45938 | 1.01661 |
| 03.09.2007 | 4.45875 | 1.01697 |
| 04.09.2007 | 4.47063 | 1.01710 |
| 05.09.2007 | 4.50000 | 1.01722 |
| 06.09.2007 | 4.48250 | 1.01735 |
| 07.09.2007 | 4.44813 | 1.01747 |
| 10.09.2007 | 4.44500 | 1.01784 |
| 11.09.2007 | 4.45000 | 1.01796 |
| 12.09.2007 | 4.44438 | 1.01808 |
| 13.09.2007 | 4.43063 | 1.01821 |
| 14.09.2007 | 4.42500 | 1.01833 |
| 17.09.2007 | 4.42625 | 1.01870 |
| 18.09.2007 | 4.43000 | 1.01882 |
| 19.09.2007 | 4.41813 | 1.01894 |
| 20.09.2007 | 4.41438 | 1.01906 |
| 21.09.2007 | 4.41500 | 1.01919 |
| 24.09.2007 | 4.41000 | 1.01955 |
| 25.09.2007 | 4.40875 | 1.01967 |
| 26.09.2007 | 4.40875 | 1.01980 |
| 27.09.2007 | 4.40688 | 1.01992 |
| 28.09.2007 | 4.40688 | 1.02004 |
| 01.10.2007 | 4.39000 | 1.02041 |
| 02.10.2007 | 4.38250 | 1.02053 |
| 03.10.2007 | 4.37063 | 1.02065 |
| 04.10.2007 | 4.35375 | 1.02077 |
| 05.10.2007 | 4.33625 | 1.02089 |
| 08.10.2007 | 4.32875 | 1.02125 |
| 09.10.2007 | 4.30938 | 1.02137 |
| 10.10.2007 | 4.28000 | 1.02149 |
| 11.10.2007 | 4.25000 | 1.02161 |
| 12.10.2007 | 4.20000 | 1.02173 |
| 15.10.2007 | 4.18438 | 1.02208 |
| 16.10.2007 | 4.18000 | 1.02219 |
| 17.10.2007 | 4.18000 | 1.02231 |
| 18.10.2007 | 4.17375 | 1.02242 |
| 19.10.2007 | 4.17000 | 1.02254 |
| 22.10.2007 | 4.17313 | 1.02289 |
| 23.10.2007 | 4.17000 | 1.02300 |
| 24.10.2007 | 4.16375 | 1.02312 |
| 25.10.2007 | 4.15375 | 1.02323 |
| 26.10.2007 | 4.15625 | 1.02335 |
| 29.10.2007 | 4.15750 | 1.02369 |
| 30.10.2007 | 4.15875 | 1.02381 |
| 31.10.2007 | 4.15563 | 1.02381 |
| 01.11.2007 | 4.15000 | 1.02393 |
| 02.11.2007 | 4.14375 | 1.02404 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index          Index**

| Date | PX_LAST | |
|---|---|---|
| 05.11.2007 | 4.14375 | 1.02439 |
| 06.11.2007 | 4.14000 | 1.02450 |
| 07.11.2007 | 4.14375 | 1.02462 |
| 08.11.2007 | 4.13875 | 1.02473 |
| 09.11.2007 | 4.13500 | 1.02485 |
| 12.11.2007 | 4.13625 | 1.02519 |
| 13.11.2007 | 4.14000 | 1.02531 |
| 14.11.2007 | 4.14000 | 1.02542 |
| 15.11.2007 | 4.14188 | 1.02554 |
| 16.11.2007 | 4.14438 | 1.02565 |
| 19.11.2007 | 4.15750 | 1.02600 |
| 20.11.2007 | 4.16938 | 1.02611 |
| 21.11.2007 | 4.17375 | 1.02623 |
| 22.11.2007 | 4.19563 | 1.02634 |
| 23.11.2007 | 4.20250 | 1.02646 |
| 26.11.2007 | 4.19188 | 1.02681 |
| 27.11.2007 | 4.17750 | 1.02693 |
| 28.11.2007 | 4.16625 | 1.02704 |
| 29.11.2007 | 4.80938 | 1.02716 |
| 30.11.2007 | 4.82125 | 1.02730 |
| 03.12.2007 | 4.83625 | 1.02770 |
| 04.12.2007 | 4.84875 | 1.02783 |
| 05.12.2007 | 4.85438 | 1.02797 |
| 06.12.2007 | 4.85625 | 1.02811 |
| 07.12.2007 | 4.87563 | 1.02824 |
| 10.12.2007 | 4.89625 | 1.02865 |
| 11.12.2007 | 4.92250 | 1.02879 |
| 12.12.2007 | 4.94500 | 1.02893 |
| 13.12.2007 | 4.93500 | 1.02906 |
| 14.12.2007 | 4.93375 | 1.02920 |
| 17.12.2007 | 4.92375 | 1.02962 |
| 18.12.2007 | 4.58813 | 1.02976 |
| 19.12.2007 | 4.56375 | 1.02988 |
| 20.12.2007 | 4.53500 | 1.03001 |
| 21.12.2007 | 4.46625 | 1.03014 |
| 24.12.2007 | 4.43688 | 1.03051 |
| 25.12.2007 | 4.43688 | 1.03064 |
| 26.12.2007 | 4.43688 | 1.03076 |
| 27.12.2007 | 4.42250 | 1.03089 |
| 28.12.2007 | 4.29438 | 1.03101 |
| 31.12.2007 | 4.28125 | 1.03137 |
| 01.01.2008 | 4.28125 | 1.03149 |
| 02.01.2008 | 4.22625 | 1.03161 |
| 03.01.2008 | 4.21000 | 1.03173 |
| 04.01.2008 | 4.20313 | 1.03185 |
| 07.01.2008 | 4.20000 | 1.03220 |
| 08.01.2008 | 4.20000 | 1.03232 |
| 09.01.2008 | 4.21000 | 1.03243 |
| 10.01.2008 | 4.20500 | 1.03255 |
| 11.01.2008 | 4.20000 | 1.03267 |
| 14.01.2008 | 4.20125 | 1.03302 |
| 15.01.2008 | 4.20188 | 1.03314 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

**EE0001M Index          Index**

| Date | PX_LAST | |
|------|---------|--------|
| 16.01.2008 | 4.19625 | 1.03326 |
| 17.01.2008 | 4.19375 | 1.03337 |
| 18.01.2008 | 4.18688 | 1.03349 |
| 21.01.2008 | 4.18563 | 1.03384 |
| 22.01.2008 | 4.17000 | 1.03396 |
| 23.01.2008 | 4.16938 | 1.03408 |
| 24.01.2008 | 4.17625 | 1.03420 |
| 25.01.2008 | 4.19000 | 1.03431 |
| 28.01.2008 | 4.18688 | 1.03466 |
| 29.01.2008 | 4.19000 | 1.03478 |
| 30.01.2008 | 4.19375 | 1.03490 |
| 31.01.2008 | 4.19250 | 1.03490 |
| 01.02.2008 | 4.19125 | 1.03502 |
| 04.02.2008 | 4.19000 | 1.03537 |
| 05.02.2008 | 4.18063 | 1.03549 |
| 06.02.2008 | 4.17625 | 1.03561 |
| 07.02.2008 | 4.17625 | 1.03572 |
| 08.02.2008 | 4.17063 | 1.03584 |
| 11.02.2008 | 4.17563 | 1.03619 |
| 12.02.2008 | 4.17625 | 1.03631 |
| 13.02.2008 | 4.17813 | 1.03643 |
| 14.02.2008 | 4.17938 | 1.03654 |
| 15.02.2008 | 4.18000 | 1.03666 |
| 18.02.2008 | 4.18000 | 1.03701 |
| 19.02.2008 | 4.18000 | 1.03713 |
| 20.02.2008 | 4.18000 | 1.03725 |
| 21.02.2008 | 4.18125 | 1.03737 |
| 22.02.2008 | 4.17875 | 1.03748 |
| 25.02.2008 | 4.18125 | 1.03784 |
| 26.02.2008 | 4.18563 | 1.03795 |
| 27.02.2008 | 4.18813 | 1.03807 |
| 28.02.2008 | 4.20125 | 1.03819 |
| 29.02.2008 | 4.20125 | 1.03831 |
| 03.03.2008 | 4.20000 | 1.03866 |
| 04.03.2008 | 4.20125 | 1.03878 |
| 05.03.2008 | 4.20250 | 1.03890 |
| 06.03.2008 | 4.21250 | 1.03902 |
| 07.03.2008 | 4.27000 | 1.03914 |
| 10.03.2008 | 4.29688 | 1.03950 |
| 11.03.2008 | 4.30750 | 1.03962 |
| 12.03.2008 | 4.30375 | 1.03974 |
| 13.03.2008 | 4.30563 | 1.03986 |
| 14.03.2008 | 4.31375 | 1.03998 |
| 17.03.2008 | 4.33188 | 1.04035 |
| 18.03.2008 | 4.33688 | 1.04047 |
| 19.03.2008 | 4.34813 | 1.04059 |
| 20.03.2008 | 4.35625 | 1.04072 |
| 21.03.2008 | 4.35625 | 1.04084 |
| 24.03.2008 | 4.35625 | 1.04121 |
| 25.03.2008 | 4.37250 | 1.04133 |
| 26.03.2008 | 4.38188 | 1.04145 |
| 27.03.2008 | 4.38313 | 1.04158 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index        Index**

| Date | PX_LAST | |
|------|---------|--------|
| 28.03.2008 | 4.36000 | 1.04170 |
| 31.03.2008 | 4.35875 | 1.04207 |
| 01.04.2008 | 4.35688 | 1.04220 |
| 02.04.2008 | 4.35188 | 1.04232 |
| 03.04.2008 | 4.35125 | 1.04244 |
| 04.04.2008 | 4.34938 | 1.04256 |
| 07.04.2008 | 4.34750 | 1.04293 |
| 08.04.2008 | 4.35063 | 1.04306 |
| 09.04.2008 | 4.35313 | 1.04318 |
| 10.04.2008 | 4.35938 | 1.04330 |
| 11.04.2008 | 4.36375 | 1.04343 |
| 14.04.2008 | 4.36688 | 1.04380 |
| 15.04.2008 | 4.37063 | 1.04392 |
| 16.04.2008 | 4.37250 | 1.04405 |
| 17.04.2008 | 4.37063 | 1.04417 |
| 18.04.2008 | 4.37375 | 1.04429 |
| 21.04.2008 | 4.37750 | 1.04466 |
| 22.04.2008 | 4.38813 | 1.04479 |
| 23.04.2008 | 4.38688 | 1.04491 |
| 24.04.2008 | 4.38563 | 1.04504 |
| 25.04.2008 | 4.38813 | 1.04516 |
| 28.04.2008 | 4.38688 | 1.04554 |
| 29.04.2008 | 4.38563 | 1.04566 |
| 30.04.2008 | 4.38688 | 1.04578 |
| 01.05.2008 | 4.38813 | 1.04591 |
| 02.05.2008 | 4.38625 | 1.04603 |
| 05.05.2008 | 4.38563 | 1.04641 |
| 06.05.2008 | 4.38625 | 1.04653 |
| 07.05.2008 | 4.38313 | 1.04666 |
| 08.05.2008 | 4.38438 | 1.04678 |
| 09.05.2008 | 4.38313 | 1.04691 |
| 12.05.2008 | 4.38125 | 1.04728 |
| 13.05.2008 | 4.38313 | 1.04740 |
| 14.05.2008 | 4.38313 | 1.04753 |
| 15.05.2008 | 4.37688 | 1.04765 |
| 16.05.2008 | 4.37063 | 1.04778 |
| 19.05.2008 | 4.37188 | 1.04815 |
| 20.05.2008 | 4.37563 | 1.04827 |
| 21.05.2008 | 4.37313 | 1.04840 |
| 22.05.2008 | 4.37438 | 1.04852 |
| 23.05.2008 | 4.37438 | 1.04865 |
| 26.05.2008 | 4.37375 | 1.04902 |
| 27.05.2008 | 4.37313 | 1.04915 |
| 28.05.2008 | 4.37125 | 1.04927 |
| 29.05.2008 | 4.46188 | 1.04940 |
| 30.05.2008 | 4.46000 | 1.04952 |
| 02.06.2008 | 4.46219 | 1.04978 |
| 03.06.2008 | 4.46500 | 1.04990 |
| 04.06.2008 | 4.45938 | 1.05003 |
| 05.06.2008 | 4.45625 | 1.05016 |
| 06.06.2008 | 4.47625 | 1.05029 |
| 09.06.2008 | 4.47375 | 1.05067 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index          Index**

| Date | PX_LAST | |
|---|---|---|
| 10.06.2008 | 4.47125 | 1.05080 |
| 11.06.2008 | 4.47125 | 1.05092 |
| 12.06.2008 | 4.47188 | 1.05105 |
| 13.06.2008 | 4.46875 | 1.05118 |
| 16.06.2008 | 4.47125 | 1.05156 |
| 17.06.2008 | 4.48063 | 1.05169 |
| 18.06.2008 | 4.48000 | 1.05182 |
| 19.06.2008 | 4.49250 | 1.05195 |
| 20.06.2008 | 4.48938 | 1.05207 |
| 23.06.2008 | 4.48938 | 1.05246 |
| 24.06.2008 | 4.48938 | 1.05259 |
| 25.06.2008 | 4.48063 | 1.05272 |
| 26.06.2008 | 4.46000 | 1.05284 |
| 27.06.2008 | 4.43688 | 1.05297 |
| 30.06.2008 | 4.43938 | 1.05335 |
| 01.07.2008 | 4.44688 | 1.05348 |
| 02.07.2008 | 4.44313 | 1.05361 |
| 03.07.2008 | 4.46375 | 1.05373 |
| 04.07.2008 | 4.46625 | 1.05386 |
| 07.07.2008 | 4.46750 | 1.05424 |
| 08.07.2008 | 4.46875 | 1.05437 |
| 09.07.2008 | 4.46875 | 1.05450 |
| 10.07.2008 | 4.46813 | 1.05463 |
| 11.07.2008 | 4.46500 | 1.05476 |
| 14.07.2008 | 4.46563 | 1.05514 |
| 15.07.2008 | 4.46563 | 1.05527 |
| 16.07.2008 | 4.46563 | 1.05540 |
| 17.07.2008 | 4.46813 | 1.05552 |
| 18.07.2008 | 4.46688 | 1.05565 |
| 21.07.2008 | 4.46875 | 1.05604 |
| 22.07.2008 | 4.47250 | 1.05616 |
| 23.07.2008 | 4.48000 | 1.05629 |
| 24.07.2008 | 4.48250 | 1.05642 |
| 25.07.2008 | 4.48625 | 1.05655 |
| 28.07.2008 | 4.48125 | 1.05694 |
| 29.07.2008 | 4.47750 | 1.05706 |
| 30.07.2008 | 4.47688 | 1.05719 |
| 31.07.2008 | 4.47813 | 1.05719 |
| 01.08.2008 | 4.47813 | 1.05732 |
| 04.08.2008 | 4.48188 | 1.05771 |
| 05.08.2008 | 4.48250 | 1.05784 |
| 06.08.2008 | 4.47813 | 1.05796 |
| 07.08.2008 | 4.48063 | 1.05809 |
| 08.08.2008 | 4.47813 | 1.05822 |
| 11.08.2008 | 4.48188 | 1.05861 |
| 12.08.2008 | 4.48063 | 1.05874 |
| 13.08.2008 | 4.48188 | 1.05887 |
| 14.08.2008 | 4.48063 | 1.05899 |
| 15.08.2008 | 4.48250 | 1.05912 |
| 18.08.2008 | 4.48375 | 1.05951 |
| 19.08.2008 | 4.47938 | 1.05964 |
| 20.08.2008 | 4.47813 | 1.05977 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

| Date | PX_LAST | Index |
|------|---------|-------|
| 21.08.2008 | 4.47375 | 1.05990 |
| 22.08.2008 | 4.47375 | 1.06003 |
| 25.08.2008 | 4.47938 | 1.06041 |
| 26.08.2008 | 4.47875 | 1.06054 |
| 27.08.2008 | 4.47688 | 1.06067 |
| 28.08.2008 | 4.50250 | 1.06080 |
| 29.08.2008 | 4.50438 | 1.06093 |
| 01.09.2008 | 4.50813 | 1.06119 |
| 02.09.2008 | 4.50813 | 1.06132 |
| 03.09.2008 | 4.51125 | 1.06145 |
| 04.09.2008 | 4.51250 | 1.06158 |
| 05.09.2008 | 4.51063 | 1.06171 |
| 08.09.2008 | 4.51000 | 1.06210 |
| 09.09.2008 | 4.51250 | 1.06223 |
| 10.09.2008 | 4.50875 | 1.06236 |
| 11.09.2008 | 4.51125 | 1.06249 |
| 12.09.2008 | 4.51188 | 1.06262 |
| 15.09.2008 | 4.52438 | **1.06301** |

EE0001M Index    Index

**Attachment 2 Lehman Securities Programs Proof of Claim (Reference to Number 3. and 4.)**

**SWISSCANTO (LU)SICAV II ADVISORY COMPANY HOLDING S.A**

③

| Name | ISIN | Euroclear Bank Electronic Reference Number | Euroclear Account Number |
|------|------|-------------------------------------------|--------------------------|
| SW (LU) Sicav II Portfolio Fund Yield (EUR) | XS0292528311 | 6050265 | 16318 |
| SW (LU) Sicav II Portfolio Fund Balanced (EUR) | XS0292528311 | 6050264 | 16318 |

*Account stat ment custodian*



**RBC DEXIA**
INVESTOR SERVICES

**Swisscanto (LU) SICAV II**
69, route d'Esch
L-1470 Luxembourg

Our references
Fund Corporate Services, JEP, 5626

Esch/Alzette, le 16th October 2009

Dear Sirs,

In our function as depositary bank of the fund Swisscanto (LU) SICAV II we herewith confirm that
the securities are held in accounts in favor of the following sub-funds:

| Account number | Fund Name | ISIN | Name Security | Currency | Holding |
|---|---|---|---|---|---|
| 099990384 | Swisscanto (LU) SICAV II Portfolio Balanced EUR | XS0292528311 | LEHMAN BROTH.TR. AREVO 30MAR13 | EUR | 200 000,0000 |
| 099990385 | Swisscanto (LU) SICAV II Portfolio Yield EUR | XS0292528311 | LEHMAN BROTH.TR. AREVO 30MAR13 | EUR | 300 000,0000 |

Yours faithfully

**RBC Dexia Investor Services Bank S.A.**
société anonyme

Gérard Pirsch
Attaché

Caroline Denies
Senior Manager

RBC DEXIA INVESTOR SERVICES BANK S.A.
14, Porte de France, L-4360 Esch-sur-Alzette
T   +352 2605-1    F   +352 2460 9500
RCS Luxembourg B47 192    TVA LU 16225003

rbcdexia-is.com

PS|Ship - FedEx Label

Page 1 of 2

From: Origin ID: JRBA  (212)715-1000
Desmond Thomas
Arnold & Porter LLP
399 Park Ave

New York, NY 10022

FedEx Express

Ship Date: 27OCT09
ActWgt: 1 LB
CAD: 2108216/WBUS02200
Account#: S ********

Delivery Address Bar Code

SHIP TO: (646)282-2400    BILL SENDER

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Attn: Lehman Brothers Holdings
New York, NY 10017

Ref #  Z3108.002-5448
Invoice #
PO #
Dept #

TRK#
0201    7981 1927 8528

WED - 28OCT    A1
PRIORITY OVERNIGHT

RECEIVED SR

EB OGSA    OCT 28 2009

10017
NY-US
EWR

Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx®
International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
for international shipments. Call your local FedEx office if you are outside the U.S.

© 2009 FedEx 155476/155475 REV 9/03 RT

100%
Recycled
Paperboard*

**United States Bankruptcy Court / Southern District Of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

FILED / RECEIVED

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

THIS SPACE IS FOR COURT USE ONLY

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

*Eurosai Finanziaria di Partecipazioni S.r.l.*
c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: John A. Pintarelli, Esq.

Telephone number: 212-468-8000    Email Address: jpintarelli@mofo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a *proof* of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: <u>Not less than $9,380,806.23  (See Appendix)</u>**

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    (See Appendix)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**See Appendix**                                                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**See Appendix**                                                    **(Required)**

| 5. Consent to Euroclear Bank, Cl and are deemed to have authorized, and holdings of Lehman Programs ! | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)        0000055727 | m, you consent to, sclose your identity ns and distributions me and title, if any ress and telephone er of attorney, if any | **FOR COURT USE ONLY** |
|---|---|---|---|
| Date.<br>19/10/09 | Signature:<br>of the credit number if di |  | EUROSAI - Finanziaria di Partecipazioni S.r.l.<br>il Presidente<br>(dr. Emanuele ERBETTA) |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ny-893639

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

### _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY  10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Claims to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
                                        :

In re:
                                        :   Chapter 11

Lehman Brothers Holdings Inc.
                                        :   Case No. 08-13555 (JMP)
                                        :

                Debtor.
                                          :
------------------------------------------------------- x

## APPENDIX TO PROOF OF CLAIM
## OF EUROSAI FINANZIARIA DI PARTECIPAZIONI S.R.L.

### A.    Amount of Proof of Claim.

1.    As of September 15, 2008 (the "Petition Date"), the above-captioned debtor, Lehman Brothers Holdings Inc. (the "Debtor"), was indebted and liable to Eurosai Finanziaria di Partecipazioni S.r.l. ("Eurosai") in the amount of €6,586,257.27 ($9,380,806.23) (the "Claim Amount") for the reasons set forth herein below.  Details of the individual securities can be found on Schedule A attached to this Appendix.

2.    In addition to the Claim Amount, Eurosai may have claims against the Debtor for, among other things, certain costs and expenses incurred by Eurosai both prior to and since the Petition Date, including professional fees and disbursements.  In addition, Eurosai reserves the right to claim pre-petition and post-petition interest with respect to all of the Claim Amount to the maximum extent permitted by law.  The total amount of such fees, charges, costs, expenses, interest, and/or attorneys' fees cannot, at this time, be calculated or estimated with certainty.  However, Eurosai does not waive its rights to any and all such interest, fees, charges, costs, expenses, and/or attorneys' fees by not stating a specific amount therefore at this time.

**B.**    **Reservation of Rights.**

3.       In addition to damages resulting from the Debtor's default, Eurosai may have claims

against the Debtor for the costs and expenses (including, without limitation, professional fees

and expenses) resulting from the Debtor's actions.

4.       Eurosai expressly reserves any and all defenses, counterclaims or objections,

including without limitation, the right of setoff, recoupment or similar right, remedy or defense

against any claims asserted by the Debtor, if any, including without limitation, any claims

asserted against Eurosai.

**C.**    **Administrative Claim Status.**

5.       This Proof of Claim is without prejudice to Eurosai's right to assert (a) that some or

all of the amounts set forth herein are entitled to be treated as administrative claims against the

Debtor pursuant to sections 503(b) and 507(a)(1) of Chapter 11, Title 11, United States Code

(the "Bankruptcy Code"); or (b) that Eurosai holds other claims, rights and remedies against the

Debtor that are entitled to be treated as administrative claims against the Debtor pursuant to

sections 503(b) and 507(a)(1) of the Bankruptcy Code.

**D.**    **Amendment of Claim Amount.**

6.       The Claim Amount is subject to adjustment and amendment for a variety of reasons,

including, without limitation, as a result of future events, the discovery and analysis of additional

information, the correction of any errors, the resolution of disputes, and the assertion of any

rights of setoff and/or recoupment.  In that regard, Eurosai reserves the right to amend or

supplement this Proof of Claim accordingly or to set forth the Claim Amount with more

particularity (including, but not limited to, in a liquidated amount) as Eurosai obtains more information.

**E.**    **Other.**

7.    No judgment has been rendered on Eurosai's claims herein.

8.    The execution and filing of this Proof of Claim is not: (i) a waiver or release of Eurosai's rights against any other entity or person that may be liable for all or any part of the claims asserted herein; (ii) a consent by Eurosai to the jurisdiction of this Court with respect to any proceeding commenced in these cases against or otherwise involving the Debtor and/or Eurosai; (iii) a waiver of the right to withdraw the reference with respect to the subject matter of these claims, any objection or other proceeding commenced with respect thereto or any other proceedings commenced in these cases or otherwise involving the Debtor and/or Eurosai; (iv) an election of remedies that waives or otherwise affects any other remedy; or (v) a waiver of any of Eurosai's rights to have the Claim Amount and any defenses, counterclaims or objections thereto determined before a jury, by arbitration, or before any other judicial or administrative body having jurisdiction, and to the extent necessary to preserve such rights, makes demand therefore.

9.    All notices governing this Proof of Claim should be sent to the addresses set forth on the Proof of Claim form to which this Appendix is annexed.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:  October 1̲9̲, 2009
         Milan, Italy

Eurosai Eurosai Finanziaria di
Partecipazioni S.r.l..

By: _____
        (dr. Emanuele ERBETTA)

## Schedule A

**Information Regarding Lehman Programs Securities**

| Issuer | Guarantor (if applicable) | ISIN | Principal | Accrued and Unpaid Interest as of Petition Date | Total Claim Amount | Custodian/ Sub-Custodian/ Clearstream Account Number | Blocking Number |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | XS0200284247 | $2,136,450.00 | $65,162.58 | $2,201,612.58[1] | Banca Intesa SanPaolo a/c 11037 | CA06062 |
| Lehman Brothers Holdings, Inc. | | XS0224346592 | $7,121,500.00 | $57,693.65 | $7,179,193.65[1] | Banca Intesa SanPaolo a/c 11037 | CA06063 |

[1]  These securities were originally owned by Banca Sai. On March 3, 2009, Banca Sai partially demerged and the entire amount of securities listed herein, previously owned by Banca Sai were transferred to Eurosai, rendering Eurosai the beneficial owner of the securities and the successor party-in-interest to any claims against LBHI and its affiliates as a result of such ownership.

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 29, 2009

Writer's Direct Contact
212.468.8045
Telefacsimile: 212.209.1835
LMarinuzzi@mofo.com

**BY HAND DELIVERY**

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

Re:    Lehman Brothers Holdings Inc. Claim Forms

Dear Bridget:

On behalf of Fondiaria-Sai S.p.A., enclosed are claim forms regarding Lehman Brothers Holdings Inc., filed on behalf of the following companies:

Banca Sai S.p.A.
BIM Vita S.p.A.
Eurosai Finanziaria Partecipazioni S.r.l.
Fondiaria-Sai S.p.A.
Milano Assicurazioni S.p.A.
Popolare Vita S.p.A.
Systema Vita Compagnia di Assicurazioni S.p.A.

Also enclosed are withdrawals of claims for each of the above named companies, except Banca Sai S.p.A.

Please date-stamp the enclosed copies of the claim forms and withdrawals and return them to me via the self-addressed stamped envelope, also enclosed.

If you have any questions, please don't hesitate to contact me.  Thank you.

Sincerely,

Lorenzo Marinuzzi

Enclosures

ny-896251

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 29, 2009

Writer's Direct Contact
212.468.8045
Telefacsimile: 212.209.1835
LMarinuzzi@mofo.com

**BY HAND DELIVERY**

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

Re:    Lehman Brothers Holdings Inc. Claim Forms

Dear Bridget:

On behalf of Lehman Brothers Japan Inc., enclosed are claim forms regarding Lehman Brothers Holdings Inc.

Please date-stamp the enclosed copy of the claim form and return it to me via the self-addressed stamped envelope, also enclosed.

If you have any questions, please don't hesitate to contact me.  Thank you.

Sincerely,

Lorenzo Marinuzzi

Enclosures

**H
A
N
D

D
E
L
I
V
E
R
Y**

RECEIVED.

OCT 2 9 2009

_____
RECEIVED BY:

_____
DATE

2:35
_____
TIME

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| --- | --- |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055815 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>Credit Suisse Sucursal en España<br><br>See Attached Rider<br><br>Telephone number:        Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>  (If known)<br><br>Filed on: _____ |
| --- | --- |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:        Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** See Attached Rider _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider _____ **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
  See Attached Rider                    **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY**<br><br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
| --- | --- |
| Date.<br><br>10/16/09 | Authorised Signatories: Enrique Moreno de la Santa        Rafael del Villar | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**RIDER TO PROOF OF CLAIM FILED ON BEHALF OF**
**Credit Suisse Sucursal en España against LBHI (Lehman Programs Securities)**

   1. In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse Sucursal en

España ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I. Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

   2. As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts. CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

   3. CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

   4. CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

   5. CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

   6. CS reserves all rights it has or may have in the future against LBHI. This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

   7.  No judgment has been rendered on the claims set forth in this proof of

claim.

   8.  No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse Sucursal en España
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse Sucursal en España**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Nominal | Units | Nominal | Units | Blocking No. |
| XS0282978666 | EUR | CS Zurich | 123,000 | - | 123,000 | - | 9484522 |
| XS0325369725 | USD | CS Zurich | 98,000 | - | 98,000 | - | 9484523 |
| XS0204933997 | USD | CS Zurich | 30,000 | - | 30,000 | - | 9484524 |
| XS0235227302 | EUR | CS Zurich | - | 312 | - | 312 | 9484501 |
| XS0250879763 | USD | CS Zurich | 218,000 | - | 218,000 | - | 9484502 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9484503 |
| XS0339537390 | EUR | CS Zurich | 387,000 | - | 387,000 | - | 9484504 |
| ANN5214R1481 | EUR | CS Zurich | - | 50 | - | 50 | 9484505 |
| XS0213416141 | EUR | CS Zurich | 370,000 | - | 370,000 | - | 9484506 |
| XS0218304458 | EUR | CS Zurich | 149,000 | - | 149,000 | - | 9484507 |
| XS0225841898 | EUR | CS Zurich | 85,000 | - | 85,000 | - | 9484508 |
| XS0246504210 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484509 |
| XS0258901759 | EUR | CS Zurich | 440,000 | - | 440,000 | - | 9484510 |
| XS0269149497 | EUR | CS Zurich | - | 135 | - | 135 | 9484511 |
| ANN5214A1035 | EUR | CS Zurich | - | 3,553 | - | 3,553 | 9484512 |
| XS0284511994 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484513 |
| XS0285422597 | EUR | CS Zurich | 380,000 | - | 380,000 | - | 9484514 |
| XS0286018758 | EUR | CS Zurich | 7,065,000 | - | 7,065,000 | - | 9484515 |
| XS0286239925 | EUR | CS Zurich | 23,900,000 | - | 23,900,000 | - | 9484516 |
| XS0290654978 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9484517 |
| XS0308935575 | EUR | CS Zurich | 4,000,000 | - | 4,000,000 | - | 9484518 |
| XS0308937605 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9484519 |
| XS0317359718 | EUR | CS Zurich | 170,000 | - | 170,000 | - | 9484520 |
| XS0349908839 | EUR | CS Zurich | 10,730,000 | - | 10,730,000 | - | 9484521 |
| XS0349908839 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 6049984 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

DATE

TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)           0000055817

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse (Monaco) SAM

See Attached Rider

Telephone number:                Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ See Attached Rider_____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider                **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                        **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider                        **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**
**FILED / RECEIVED**
OCT 2 9 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10/07/09 | E. CURE        B. ACHARY Head of Legal Dep        Head of Operations |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse (Monaco) S.A.M. against LBHI (Lehman Programs Securities)

1.       In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (Monaco)

S.A.M. ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I.  Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.       As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.       CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.       CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.       CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.       CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

       7.      No judgment has been rendered on the claims set forth in this proof of

claim.

       8.      No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.      All notices concerning this proof of claim should be sent to:


Credit Suisse (Monaco) S.A.M.
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse (Monaco) S.A.M.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | Blocking No |
|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | |
| XS0335964648 | EUR | CS Zurich | 10,000 | - | 10,000 | - | 9454832 |
| XS0325369725 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454833 |
| XS0186883798 | USD | CS Zurich | 712,000 | - | 712,000 | - | 9454834 |
| XS0204933997 | USD | CS Zurich | 1,010,000 | - | 1,010,000 | - | 9454835 |
| XS0266486025 | USD | CS Zurich | 1,000,000 | - | 1,000,000 | - | 9454836 |
| XS0303746571 | EUR | CS Zurich | 310,000 | - | 310,000 | - | 9454837 |
| XS0347732892 | USD | CS Zurich | 50,000 | - | 50,000 | - | 9454838 |
| XS0213899510 | EUR | CS Zurich | 1,312,000 | - | 1,312,000 | - | 9454839 |
| XS0186243118 | CHF | CS Zurich | 50,000 | - | 50,000 | - | 9454840 |
| XS0082350587 | ITL | CS Zurich | 615,000,000 | - | 615,000,000 | - | 9454841 |
| XS0210433206 | EUR | CS Zurich | 130,000 | - | 130,000 | - | 9454842 |
| XS0210414750 | GBP | CS Zurich | 50,000 | - | 50,000 | - | 9454843 |
| XS0224346592 | EUR | CS Zurich | 60,000 | - | 60,000 | - | 9454844 |
| XS0229269856 | EUR | CS Zurich | 234,000 | - | 234,000 | - | 9454845 |
| XS0252834576 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 9454846 |
| XS0256368308 | USD | CS Zurich | 100,000 | - | 100,000 | - | 9454847 |
| XS0326978102 | USD | CS Zurich | 1,990,000 | - | 1,990,000 | - | 9454848 |
| ANN521338783 | USD | CS Zurich | - | 8 | - | 8 | 9454849 |
| XS0292459327 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454850 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9454851 |
| XS0308389807 | USD | CS Zurich | 920,000 | - | 920,000 | - | 9454852 |
| XS0339537390 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9454853 |
| XS0272236914 | EUR | CS Zurich | 804,000 | - | 804,000 | - | 9454854 |
| XS0343681473 | EUR | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454855 |
| XS0337337710 | CHF | CS Zurich | 30,000 | - | 30,000 | - | 9454856 |
| DE000A0TQG23 | EUR | CS Zurich | 80,000 | - | 80,000 | - | 9454857 |

**CS Entity: Credit Suisse (Monaco) S.A.M.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No |
| XS0362500893 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454858 |
| XS0310847503 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454859 |
| XS0317359478 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454860 |
| XS0383013066 | USD | CS Zurich | 2,030,000 | - | 2,030,000 | - | 9454861 |
| XS0360038714 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454862 |
| XS0310125546 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9454863 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY: /

10/29/09
DATE

3:06
TIME

| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)          0000055837 |
|---|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

EFG Bank AG
Bahnhofstrasse 16
P.O. Box 2255
8022 Zurich
Switzerland
Attn: Isabel Faragalli

with a copy to: Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Attn: Maria DiConza
Telephone number: (212) 801-1278
Email: diconzam@gtlaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
    (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

(Same as above)

Telephone number: +41 44 226 1241    Email Address: isabel.faragalli@efggroup.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim:$    **See Exhibit A to Attachment to Proof of Claim**                **(Required)**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    See Exhibit A to Attachment to Proof of Claim**          **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
    **See Exhibit A to Attachment to Proof of Claim**          **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
    **Clearstream # 32441**          **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**

OCT 2 9 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date.<br>10/28/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Maria J. DiConza*    Maria J. DiConza |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

NY239,874,361v1

EFG  Bank

EFG Bank
Bahnhofstrasse 16 / P.O. Box 2255
8022 Zurich / Switzerland
Telephone    +41 44 226 17 17
Facsimile    +41 44 226 17 26
www.efgbank.com

# POWER OF ATTORNEY

In connection with the filing of claims against Lehman Brothers Holdings Inc. in accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form entered by the United States Bankruptcy Court for the Southern District of New York (the "**Lehman Bar Date Order**"), EFG Bank AG, Zurich (the "Company") hereby appoints Maria DiConza from Greenberg Traurig, LLP (the "**Attorney**"; which expression shall include any substitute attorney appointed hereunder) to act as our true and lawful attorney-in-fact with power to:

(i)    Sign and submit the claims filed pursuant to the Lehman Bar Date Order registered in the name of EFG Bank AG and EFG Bank, Hong Kong Branch; and

(ii)   to do all other acts and things and sign all other documents which may be required or which the Attorney reasonably considers necessary or desirable in connection with the Lehman Bar Date Order.

The Attorney may at any time appoint one or more persons to act as a substitute attorney for the Company in his place with power to exercise all or any of the powers conferred on the Attorney by this Power of Attorney other than the power to appoint a substitute attorney. Any such appointment of a substitute attorney may be revoked by the Attorney at any time.

The authority conferred on the Attorney by this Power of Attorney shall terminate on 3 November 2009.

This Power of Attorney is governed by, and shall be construed in accordance with the laws of Switzerland under the exclusion of conflict-of-laws rules.

27 October 2009

EFG Bank AG

Name: Fred Link

Title: General Counsel

Name: Isabel Faragalli

Title: First Vice President

## ATTACHMENT TO PROOF OF CLAIM OF EFG BANK AG
## IN THE CHAPTER 11 CASES OF LEHMAN BROTHERS HOLDINGS, INC.

**A.**    **Introduction**

1.    On September 15, 2008 (the "**Petition Date**"), Lehman Brothers Holdings Inc. ("**LBHI**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 <u>et seq.</u> (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").    Subsequently, eighteen (18) additional affiliates of LBHI (together with LBHI, the "**Debtors**") filed voluntary petitions for relief in the Bankruptcy Court.    These cases are being jointly administered for procedural purposes before Judge James M. Peck as Case No. 08-13555.

2.    On July 2, 2009, the Bankruptcy Court entered an Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (the "**Bar Date Order**") (Docket No. 4271).    The Bar Date Order, among other things, established November 2, 2009, at 5:00 p.m. (prevailing Eastern Time) (the "**Securities Program Bar Date**") as the last date and time for each person or entity to file a proof of claim based on securities issued by the Debtors or one of the Debtors' affiliates outside of the United States, which is identified on http://www.lehman-docket.com under the heading "Lehman Program Securities" (each, a "**Lehman Program Security**" and collectively, the "**Lehman Program Securities**").    In accordance with the requirements relating to Lehman Program Securities under the Bar Date Order, EFG Bank AG (the "**Claimant**") hereby files this Lehman Program Security Proof of Claim.

1

**B.**    **Claim Arising Under Lehman Program Securities**

3.    The Claimant is the holder or authorized representative of the holder of Lehman Program Securities. The International Securities Identification Number ("**ISIN**") identifying each Lehman Program Security, along with the respective Euroclear electronic instruction reference number or Clearstream blocking reference number or other depository blocking reference number is detailed on the spreadsheet attached hereto as **Exhibit A** .

4.    The Claimant asserts a claim (the "**Claim**") for each Lehman Program Security in the aggregate liquidated amount as set forth on **Exhibit A** as of the Petition Date, plus any and all other interest, costs, fees, expenses, or additional amounts due and owing under the documents associated with each Lehman Program Security, including the terms and conditions and pricing supplements for each issuance, and under applicable law. Exhibit A sets forth the aggregate amount of the claim for each Lehman Program Security in US Dollars as of September 15, 2009, as required by the Bar Date Order. Claimant reserves the right to assert that a different currency or exchange rate is applicable to the claim.

**C.**    **Guaranty Claim**

5.    To the extent that a Lehman Program Security has been issued by an affiliate of the Debtors outside the United States with a related guaranty issued by LBHI, the Claimant has and asserts a claim against LBHI based on amounts owed pursuant to the promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance (the "**Guaranty**").

6.    In reliance on pg. 14, subparagraph (h) of the Bar Date Order, the Claimant does not intend to complete a Guarantee Questionnaire (as that term is defined in the Bar Date Order) on account of its Guaranty Claim.

2

**D.    Reservation of Rights**

7.    The Claimant reserves the right to file a proof of claim or other evidence of its indebtedness in any pending or future proceeding in another jurisdiction arising out of either the Lehman Program Security or the Guaranty.    The Claimant's filing of this Proof of Claim is without prejudice to its right to assert substantially similar claims in the insolvency proceedings relating to any of the Debtors' affiliates in other jurisdictions.

8.    To the extent that the Debtors assert claims against the Claimant of any kind, the Claimant reserves the right to assert that such claims by the Debtors are subject to rights of setoff or recoupment, which rights may be treated as secured claims under the Bankruptcy Code.    To the extent that the Debtors or any other party take any action that would give rise to a counterclaim, cross claim or other claims against the Debtors,  the Claimant reserves all rights to assert such claim.

9.    The Claimant reserves the right to (i) amend, clarify, modify, update or supplement this Proof of Claim at any time and in any respect, including without limitation to assert additional claims and requests for payment or additional grounds for its claims, or to specify the amount of  the Claimant's contingent, unmatured or unliquidated claims as they become non-contingent, matured or liquidated; (ii) file additional proofs of claim at any time and in any respect; or (iii) file a request for payment of administrative or priority expenses in accordance with 11 U.S.C. §§ 503(b) and 507(a).    By virtue of the filing of this Proof of Claim, the Claimant does not waive, and hereby expressly reserves, its right to pursue claims and requests for payment, including but not limited to, the claims and requests for payment described herein against the Debtors based upon alternative legal theories.

10.    By filing this Proof of Claim, the Claimant does not waive, and specifically preserves, its procedural and substantive defenses to any claim that may be asserted against it by the Debtors, by any trustee of their estates, by any official committee appointed in these chapter 11 cases, or any other party.

11.    The Claimant also reserves all rights accruing to it against the Debtors, and the filing of this Proof of Claim is not intended to be and shall not be construed as (a) an election of remedies or (b) a waiver or limitation of any rights of the Claimant. The Claimant reserves the right to withdraw this Proof of Claim with respect to any claims for any reason whatsoever.

12.    This Proof of Claim shall not be deemed to be a waiver of the Claimant's right (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, set-offs, or recoupments to which the Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Claimant expressly reserves.

13.    By the filing of this Proof of Claim, the Claimant does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

**D.**    <u>**Notices**</u>

    14.    All notices regarding this Proof of Claim should be sent to:

                    EFG Bank AG
                    Bahnhofstrasse 16
                    P.O. Box 2255
                    8022 Zurich
                    Switzerland
                    Attn:  Isabel Faragalli

                    with a copy to:

                    Greenberg Traurig LLP
                    200 Park Avenue
                    New York, NY 10166
                    Attn:  Maria DiConza

    15.    Pursuant to pg. 14, subparagraph (i) of the Bar Date Order, the Claimant does not attach to this Proof of Claim or otherwise submit any documentation supporting the claim under the Lehman Program Security.

*NY239,760,703v3*

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| EUR | ANN5214A7313 | CA58234 | 13'373 | N/A | 19'047 | N/A | 19'047 |
| EUR | CH0027120770 | CA58236 | 120 | N/A | 171 | N/A | 171 |
| EUR | XS0176153350 | CA58237 | 150'000 | 2'790 | 213'645 | 3'974 | 217'619 |
| EUR | XS0185349916 | CA58238 | 2'035'000 | N/A | 2'898'451 | N/A | 2'898'451 |
| USD | XS0186883798 | CA58239 | 307'287 | N/A | 307'287 | N/A | 307'287 |
| EUR | XS0189741001 | CA58287 | 541'000 | 5'592 | 770'546 | 7'965 | 778'511 |
| EUR | XS0193035358 | CA58291 | 14'000 | 49 | 19'940 | 69 | 20'009 |
| USD | XS0204933997 | CA74140 | 75'000 | 1'369 | 75'000 | 1'369 | 76'369 |
| EUR | XS0205185456 | CA58293 | 50'000 | 261 | 71'215 | 372 | 71'587 |
| USD | XS0207884379 | CA36175 | 50'000 | N/A | 50'000 | N/A | 50'000 |
| EUR | XS0208459023 | CA58294 | 30'000 | 425 | 42'729 | 605 | 43'334 |
| EUR | XS0210782552 | CA67433 | 12'000 | 264 | 17'092 | 376 | 17'468 |
| EUR | XS0213629487 | CA67434 | 60'000 | N/A | 85'458 | N/A | 85'458 |
| USD | XS0216140094 | CA67435 | 120'000 | 677 | 120'000 | 677 | 120'677 |
| EUR | XS0218304458 | CA67436 | 125'000 | 2'965 | 178'038 | 4'223 | 182'261 |
| EUR | XS0229584296 | CA67444 | 320'000 | 22'362 | 455'776 | 31'851 | 487'627 |
| EUR | XS0252835110 | CA67483 | 250'000 | 1'471 | 356'075 | 2'096 | 358'171 |
| CHF | XS0261032238 | CA67804 | 1'000 | N/A | 1'116 | N/A | 1'116 |
| USD | XS0277470943 | CA67832 | 225'000 | N/A | 225'000 | N/A | 225'000 |
| EUR | XS0284114567 | CA74141 | 700'000 | N/A | 997'010 | N/A | 997'010 |
| SEK | XS0293731914 | CA92121 | 440'000 | N/A | 65'095 | N/A | 65'095 |
| USD | XS0299103084 | CA67884 | 100'000 | N/A | 100'000 | N/A | 100'000 |
| SEK | XS0299624568 | CA67909 | 9'000'000 | N/A | 1'331'499 | N/A | 1'331'499 |
| EUR | XS0301365945 | CA74145 | 760'000 | N/A | 1'082'468 | N/A | 1'082'468 |

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| CZK | XS0307355445 | CA36181 | 5'800'000 | 124'004 | 343'459 | 7'343 | 350'803 |
| EUR | XS0307745744 | CA67966 | 500'000 | 5'552 | 712'150 | 7'908 | 720'058 |
| EUR | XS0308319341 | CA67988 | 30'000 | N/A | 42'729 | N/A | 42'729 |
| CHF | XS0309835139 | CA67999 | 244 | N/A | 272 | N/A | 272 |
| USD | XS0319211982 | CA68000 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| EUR | XS0319631098 | CA68003 | 3'000'000 | N/A | 4'272'900 | N/A | 4'272'900 |
| USD | XS0323108265 | CA68033 | 315'000 | N/A | 315'000 | N/A | 315'000 |
| USD | XS0323849199 | CA68127 | 770'000 | N/A | 770'000 | N/A | 770'000 |
| EUR | XS0323849355 | CA68128 | 960'000 | N/A | 1'367'328 | N/A | 1'367'328 |
| USD | XS0324091304 | CA68138 | 1'000'000 | N/A | 1'000'000 | N/A | 1'000'000 |
| EUR | XS0326006540 | CA68139 | 200'000 | 9'794 | 284'860 | 13'950 | 298'810 |
| EUR | XS0326085742 | CA68140 | 1'074'000 | N/A | 1'529'698 | N/A | 1'529'698 |
| SEK | XS0326108973 | CA69187 | 12'550'000 | N/A | 1'856'701 | N/A | 1'856'701 |
| CHF | XS0326427480 | CA69188 | 50'000 | 2'300 | 55'795 | 2'567 | 58'362 |
| USD | XS0328922645 | CA69202 | 665'000 | N/A | 665'000 | N/A | 665'000 |
| EUR | XS0328923379 | CA69221 | 2'325'000 | N/A | 3'311'498 | N/A | 3'311'498 |
| USD | XS0331874163 | CA69222 | 366'000 | 46'511 | 366'000 | 46'511 | 412'511 |
| USD | XS0333449295 | CA69278 | 985'000 | N/A | 985'000 | N/A | 985'000 |
| USD | XS0334693818 | CA69282 | 5'000'000 | N/A | 5'000'000 | N/A | 5'000'000 |
| USD | XS0336218762 | CA69287 | 560'000 | N/A | 560'000 | N/A | 560'000 |
| USD | XS0336850762 | CA58226 | 400'000 | N/A | 400'000 | N/A | 400'000 |
| EUR | XS0336951107 | CA69305 | 503'000 | N/A | 716'423 | N/A | 716'423 |
| CHF | XS0338492571 | CA69307 | 2'093'000 | N/A | 2'335'579 | N/A | 2'335'579 |
| USD | XS0338493033 | CA69310 | 60'000 | N/A | 60'000 | N/A | 60'000 |

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| USD | XS0339408238 | CA69311 | 1'530'922 | N/A | 1'530'922 | N/A | 1'530'922 |
| EUR | XS0339408584 | CA91763 | 1'170'000 | N/A | 1'666'431 | N/A | 1'666'431 |
| EUR | XS0339537390 | CA36371 | 150'000 | N/A | 213'645 | N/A | 213'645 |
| EUR | XS0342406716 | CA69312 | 773'000 | N/A | 1'100'984 | N/A | 1'100'984 |
| USD | XS0344556864 | CA69314 | 3'854'000 | N/A | 3'854'000 | N/A | 3'854'000 |
| EUR | XS0344557839 | CA69316 | 1'747'000 | N/A | 2'488'252 | N/A | 2'488'252 |
| EUR | XS0345061591 | CA69317 | 1'000'000 | N/A | 1'424'300 | N/A | 1'424'300 |
| USD | XS0346438061 | CA69319 | 75'000 | N/A | 75'000 | N/A | 75'000 |
| USD | XS0346466781 | CA69324 | 110'000 | N/A | 110'000 | N/A | 110'000 |
| HKD | XS0349512094 | CA69325 | 1'000'000 | N/A | 128'366 | N/A | 128'366 |
| USD | XS0350764337 | CA69327 | 2'000'000 | N/A | 2'000'000 | N/A | 2'000'000 |
| EUR | XS0351766836 | CA69328 | 2'455'000 | N/A | 3'496'657 | N/A | 3'496'657 |
| EUR | XS0364438639 | CA69329 | 200'000 | N/A | 284'860 | N/A | 284'860 |
| USD | XS0368988522 | CA69330 | 2'050'000 | N/A | 2'050'000 | N/A | 2'050'000 |
| USD | XS0382037975 | CA69332 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| USD | XS0384368485 | CA69335 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| | | | | TOTAL IN USD | 57'456'466 | 131'855 | 57'588'321 |

# Exhibit A to Proof of Claim of EFG Bank AG Exchange Rates
## (as at 09/15/2008)

**EXCHANGE RATES (AS AT 09/15/2008)**

| Type of Currency (CCY) | Abbreviation | Rate |
|---|---|---|
| Euro | EUR | 1.4243 |
| Swiss Franc | CHF | 1.1159 |
| Swedish Kronor | SEK | 6.7593 |
| Czech Kronor | CZK | 16.8870 |
| Australian Dollar | AUD | 0.8066 |
| Hong Kong Dollar | HKD | 7.7902 |
| United States Dollar | USD | 1.0000 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY: _____

DATE: 10/09

TIME: 316

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055855

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)
Bank Hapoalim (Switzerland) Ltd.
Stockerstrasse 33
CH-8002 Zuerich, Switzerland
Attention: Brigitte Fotsch & Rudolf Brunner
With copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, Attention: Douglas R. Davis
Telephone number: (212) 373-3000    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:              Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __Please See Attachment__    (Required)

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**    __Please See Attachment__    **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

__Please See Attachment__                    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__Please See Attachment__                    **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Date.
October 16, 2009

Signature:
Brigitte Fotsch
Head of Internal Control
Manager

Rudolf Brunner
Head of Treasury
Manager

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF
## BANK HAPOALIM (SWITZERLAND) LTD.
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.    Commencing on September 15, 2008 (the "Petition Date") and periodically

thereafter, Lehman Brothers Holdings Inc. ("LBHI"), and certain of its subsidiaries (LBHI,

together with such subsidiaries, the "Debtors"), filed voluntary petitions (the "Chapter 11

Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code"). The Chapter 11 Cases are being jointly administered under Chapter

11 Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. 2008).

2.    On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order") which, among

other things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the "Bar Date") for

each person or entity (including, without limitation, each individual, partnership, joint venture,

corporation, estate, trust and governmental unit) to file proofs of claim based on any Lehman

Programs Security, as identified on the Debtors' website, against the Debtors (the "Securities

Programs Bar Date").

3.    Bank Hapoalim (Switzerland) Ltd. (the "Claimant") accordingly files this

Lehman Programs Securities Proof of Claim (the "Proof of Claim") for various amounts owing

to Claimant by LBHI in respect of Lehman Programs Securities held by Claimant in a

proprietary capacity on Claimant's own behalf and/or in a custodial capacity on behalf of one or

more of Claimant's customers.[1]  As of the filing of this Proof of Claim, Claimant is the record

holder of or represents the record holder of the Lehman Programs Securities listed on <u>Exhibit A</u>

attached hereto.[2]

4.      Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 74,355,494 which may consist in

whole or in part of the US Dollar equivalent as of September 15, 2008 of the claims covered

hereby.  LBHI either issued, or guaranteed the full and punctual payment of all obligations

related to the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for

no less than USD 74,355,494 together with all accrued and unpaid interest or other return as of

September 15, 2008 (the "<u>Lehman Programs Securities Claim</u>").

5.      Additionally, Claimant may have acted as a direct or indirect distributor or broker

in connection with the sale and distribution of Lehman Programs Securities, including Lehman

Programs Securities not identified on Exhibit A (collectively, the "<u>Lehman Program Securities</u>

<u>Issuances</u>").  In connection with the Lehman Programs Securities Issuances, Claimant entered

into various indemnification and other agreements with the Debtors (collectively the

"<u>Indemnification Agreements</u>").

6.      LBHI guaranteed the obligations of numerous of LBHI's subsidiaries and

affiliates, some of which directly issued the Lehman Programs Securities.  Specifically, LBHI

issued the following guarantees:  (a) that certain Unanimous Written Consent of the Executive

---

[1]   The Bar Date Order provides "claims based on any Lehman Program Security shall not be disallowed on the ground that such claims were
      not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]   The Bar Date Order provides "persons or entities that file claims based on any Lehman Program Security are not required to attach or
      submit any documentation supporting any claim based on such Lehman Program Security." Bar Date Order at p. 14.

Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005,

under which LBHI guaranteed payment of all liabilities, obligations and commitments of

numerous LBHI subsidiaries (the "LBHI Board Guarantee") and (b) that certain Guarantee of

Lehman Brothers Holdings Inc. as addressed to Standard & Poor's Rating Services, dated

January 4, 2008, under which LBHI guaranteed payment of all liabilities, obligations and

commitments of LBIE (the "S&P Guarantee," and collectively, with the LBHI Board Guarantee,

the "LBHI Guarantees").

7.      Claimant hereby asserts additional claims for contractual, statutory and common

law rights of indemnity, contribution, reimbursement, set-off and liability against the Debtors

and the subsidiaries and affiliates of the Debtors covered by the LBHI Guarantees arising from

the Indemnification Agreements and/or from the Lehman Programs Securities Issuances (the

"Indemnity Claims").  With respect to the Indemnity Claims, Claimant is entitled to

reimbursement by the Debtors for any and all expenses incurred by Claimant in connection with

any and all threatened, pending, completed and/or future claims, actions, suits or proceedings

and any appeal therefrom, whether civil, criminal, administrative or investigative, involving or

related to Claimant, or in which Claimant was, is or may be a party, or was, is or may become

involved as a witness or third party, by reason of Claimant's participation in the Lehman

Programs Securities Issuances.

8.      The amount of Claimant's contingent claims cannot be reasonably calculated or

estimated at this time, but Claimant does not waive its right to seek payment from the Debtors by

not currently stating a specific amount.  Claimant reserves the right to assert additional claims

including the right to claim that all or any portion of the losses, claims, damages, liabilities, legal

3

or other expenses incurred by Claimant after the Petition Date are administrative expenses entitled to priority treatment under Section 507(a)(2) of the Bankruptcy Code or otherwise.

9.    Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the Securities Programs Bar Date. Claimant reserves the right to amend and/or supplement this Proof of Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of claim for any additional claims which may be based on the same or additional documents or grounds of liability.

10.    The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

11.    Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Program Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Program Security.

12.     Claimant hereby expressly reserves the right to amend and/or supplement this

Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims

for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the

Petition Date; (b) claims for any future distributions or rights to distributions arising from any of

the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims

arising from the successful prosecution or settlement (if any) of any avoidance causes of action

(or any other cause of action seeking recovery of payments made to, or setoffs or nettings

effectuated by, Claimant) against Claimant whether or not related to or arising from the

transactions and agreements set forth herein.  Claimant further reserves the right to file additional

proofs of claim or applications for allowance of administrative expenses or other priority status

in this or any other proceeding arising from or related to the claims described herein, including

for treatment as provided in section 503(b) of the Bankruptcy Code.

13.     Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims

directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims

between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under

sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the

Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy

law or otherwise.

14.     In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any contracts described herein and that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or

any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be

deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies,

including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers

Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether

arising from or related to transactions described herein or otherwise.

15.    The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of

the right to compel the Debtors to return property of Claimant currently in the possession of the

Debtors; (b) a consent by Claimant to the jurisdiction of this Court or any other court with

respect to proceedings, if any, commenced in any case against or otherwise involving Claimant;

(c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any

proceeding as to any and all matters so triable herein, whether or not the same be designated

legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding

the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2),

and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a

consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any

and all matters so triable herein or in any case, controversy, or proceeding related hereto,

pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have

any and all final orders in any and all non-core matters or proceedings entered only after *de novo*

review by a United States District Court Judge or, if applicable, the Second Circuit Court of

Appeals; (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this Proof of Claim, any objection thereto or other proceeding which may be
commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

16.    All notices regarding this Proof of Claim should be sent to: Bank Hapoalim
(Switzerland) Ltd., Stockerstrasse 33, CH-8002 Zuerich, Switzerland, Attention: Brigitte Fotsch
& Rudolf Brunner, with copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue
of the Americas, New York, New York 10019-6064, Telephone number: (212) 373-3000,
Attention: Douglas R. Davis.

## EXHIBIT A

## LEHMAN PROGRAMS SECURITIES

## EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0205437527 | 91668 | EUROCLEAR | USD | 600,000 | $600,000 | 6052192 |
| XS0206245234 | 91668 | EUROCLEAR | USD | 960,000 | $960,000 | 6052200 |
| XS0207502781 | 91668 | EUROCLEAR | USD | 1,050,000 | $1,050,000 | 6052924 |
| XS0211092316 | 91668 | EUROCLEAR | USD | 4,100,000 | $4,100,000 | 6052925 |
| XS0216140094 | 91668 | EUROCLEAR | USD | 2,170,000 | $2,170,000 | 6052927 |
| XS0221564387 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052928 |
| XS0229269856 | 91668 | EUROCLEAR | EUR | 518,000 | $735,612 | 6052930 |
| XS0257022714 | 91668 | EUROCLEAR | EUR | 210,000 | $298,221 | 6052931 |
| XS0276510111 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052932 |
| XS0280241851 | 91668 | EUROCLEAR | USD | 2,450,000 | $2,450,000 | 6052933 |
| XS0301473327 | 91668 | EUROCLEAR | SEK | 225,000 | $33,274 | 6052934 |
| XS0301813522 | 91668 | EUROCLEAR | USD | 510,000 | $510,000 | 6052935 |
| XS0314889154 | 91668 | EUROCLEAR | USD | 920,000 | $920,000 | 6052936 |
| XS0318224598 | 91668 | EUROCLEAR | USD | 250,000 | $250,000 | 6052937 |
| XS0319211982 | 91668 | EUROCLEAR | USD | 1,300,000 | $1,300,000 | 6052938 |
| XS0319273404 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052939 |
| XS0319610845 | 91668 | EUROCLEAR | EUR | 1,550,000 | $2,201,155 | 6052940 |
| XS0326215893 | 91668 | EUROCLEAR | USD | 150,000 | $150,000 | 6052941 |
| XS0327725528 | 91668 | EUROCLEAR | USD | 160,000 | $160,000 | 6052942 |
| XS0328596316 | 91668 | EUROCLEAR | USD | 120,000 | $120,000 | 6052943 |
| XS0332025120 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052944 |
| XS0333420395 | 91668 | EUROCLEAR | USD | 400,000 | $400,000 | 6053994 |
| XS0334732491 | 91668 | EUROCLEAR | USD | 710,000 | $710,000 | 6052946 |
| XS0334918322 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052948 |
| XS0336617625 | 91668 | EUROCLEAR | USD | 550,000 | $550,000 | 6052949 |
| XS0337787161 | 91668 | EUROCLEAR | USD | 1,350,000 | $1,350,000 | 6052950 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0339184615 | 91668 | EUROCLEAR | USD | 350,000 | $350,000 | 6052951 |
| XS0339215351 | 91668 | EUROCLEAR | USD | 540,000 | $540,000 | 6052952 |
| XS0339538448 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052953 |
| XS0340222750 | 91668 | EUROCLEAR | USD | 700,000 | $700,000 | 6052954 |
| XS0340592681 | 91668 | EUROCLEAR | USD | 2,510,000 | $2,510,000 | 6052955 |
| XS0344095871 | 91668 | EUROCLEAR | USD | 1,280,000 | $1,280,000 | 6052956 |
| XS0346122343 | 91668 | EUROCLEAR | USD | 720,000 | $720,000 | 6052957 |
| XS0346461634 | 91668 | EUROCLEAR | USD | 2,670,000 | $2,670,000 | 6052958 |
| XS0346466781 | 91668 | EUROCLEAR | USD | 3,850,000 | $3,850,000 | 6052959 |
| XS0346859084 | 91668 | EUROCLEAR | USD | 680,000 | $680,000 | 6052960 |
| XS0347452855 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052961 |
| XS0347872128 | 91668 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6052962 |
| XS0347925264 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052963 |
| XS0349904689 | 91668 | EUROCLEAR | USD | 500,000 | $500,000 | 6052964 |
| XS0351984827 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052965 |
| XS0352917768 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052966 |
| XS0362500380 | 91668 | EUROCLEAR | USD | 3,070,000 | $3,070,000 | 6052967 |
| XS0364167006 | 91668 | EUROCLEAR | USD | 2,390,000 | $2,390,000 | 6052968 |
| XS0366383387 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052969 |
| XS0353780900 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052970 |
| XS0128857413 | 91279 | EUROCLEAR | EUR | 130,000 | $184,613 | 6054090 |
| XS0206245234 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054091 |
| XS0207502781 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054092 |
| XS0216140094 | 91279 | EUROCLEAR | USD | 550,000 | $550,000 | 6054093 |
| XS0264674549 | 91279 | EUROCLEAR | GBP | 60,000 | $107,334 | 6054094 |
| XS0271141565 | 91279 | EUROCLEAR | GBP | 50,000 | $89,445 | 6054095 |

## EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0276510111 | 91279 | EUROCLEAR | USD | 1,940,000 | $1,940,000 | 6054096 |
| XS0276510111 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054097 |
| XS0299141332 | 91279 | EUROCLEAR | GBP | 1,000,000 | $1,788,900 | 6054098 |
| XS0301813522 | 91279 | EUROCLEAR | USD | 400,000 | $400,000 | 6054099 |
| XS0314889154 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054100 |
| XS0319211982 | 91279 | EUROCLEAR | USD | 430,000 | $430,000 | 6054101 |
| XS0319273404 | 91279 | EUROCLEAR | USD | 300,000 | $300,000 | 6054103 |
| XS0319610845 | 91279 | EUROCLEAR | EUR | 110,000 | $156,211 | 6054104 |
| XS0320655540 | 91279 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6054105 |
| XS0326215893 | 91279 | EUROCLEAR | USD | 310,000 | $310,000 | 6054106 |
| XS0327725528 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054107 |
| XS0332025120 | 91279 | EUROCLEAR | USD | 480,000 | $480,000 | 6054108 |
| XS0333117611 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054109 |
| XS0333420395 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054110 |
| XS0334918322 | 91279 | EUROCLEAR | USD | 910,000 | $910,000 | 6054111 |
| XS0337787161 | 91279 | EUROCLEAR | USD | 70,000 | $70,000 | 6054112 |
| XS0339184615 | 91279 | EUROCLEAR | USD | 500,000 | $500,000 | 6054113 |
| XS0339538448 | 91279 | EUROCLEAR | USD | 460,000 | $460,000 | 6054114 |
| XS0340592681 | 91279 | EUROCLEAR | USD | 2,770,000 | $2,770,000 | 6054115 |
| XS0344095871 | 91279 | EUROCLEAR | USD | 370,000 | $370,000 | 6054116 |
| XS0346461634 | 91279 | EUROCLEAR | USD | 1,100,000 | $1,100,000 | 6054117 |
| XS0346466781 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054119 |
| XS0347229352 | 91279 | EUROCLEAR | CAD | 900,000 | $840,729 | 6054120 |
| XS0347872128 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054121 |
| XS0349904689 | 91279 | EUROCLEAR | USD | 80,000 | $80,000 | 6054122 |
| XS0351984827 | 91279 | EUROCLEAR | USD | 1,080,000 | $1,080,000 | 6054123 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0364167006 | 91279 | EUROCLEAR | USD | 350,000 | $350,000 | 6054124 |
| XS0366383387 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054125 |
| XS0277470943 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054126 |
| XS0301519681 | 91279 | EUROCLEAR | USD | 240,000 | $240,000 | 6054127 |
| | | | | Total: | $74,355,494 | |

\* Principal Amount in U.S. Dollars is based upon the exchange rates of 1.4201 U.S. Dollars per Euro, 1.7889 U.S. Dollars per British Pound, 1.0705 Canadian Dollars per U.S. Dollar and 6.7620 Swedish Krona per U.S. Dollar, as of September 15, 2008.

H
A
N
D

D
E
L
I
V
E
R
Y

TP
_____
RECEIVED BY:

10-29-09
_____
DATE

4:51 PM
_____
TIME

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS
PROOF OF CLAIM**

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000058578

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

0000058578

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

BAWAG P.S.K. Invest GmbH
Georg-Coch-Platz 2
1010 Wien, Austria
Attention: Robert ZENZ

Telephone number: +43 1 24 102-23063    Email Address: robert.zenz@bawagpskfonds.at

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
    (If known)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

Telephone number: _____    Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** _____Please see attachment_____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** _____Please see attachment_____ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____Please see attachment_____ **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
_____Please see attachment_____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

---

| Date.

10/30/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  _Jerome Ranawake, Attorney-In-Fact_  520 Madison Ave, 34F, NY, NY 10022; 212 2734034 |

_Penalty for presenting fraudulent claim:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ATTACHMENT TO PROOF OF CLAIM OF BAWAG P.S.K. INVEST GMBH
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.      Commencing on September 15, 2008 (the *Petition Date*) and periodically thereafter,

Lehman Brothers Holdings Inc. (*LBHI*), and certain of its subsidiaries (LBHI, together with such

subsidiaries, the *Debtors*), filed voluntary petitions (the *Chapter 11 Cases*) for relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the *Bankruptcy Code*).  The

Chapter 11 Cases are being jointly administered under Chapter 11 Case No. 08-13555 (JMP) (Bankr.

S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the *Bar Date Order*) which, among other

things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the *Bar Date*) for each person

or entity (including, without limitation, each individual, partnership, joint venture, corporation,

estate, trust and governmental unit) to file proofs of claim based on any Lehman Programs Security,

as identified on the Debtors' website, against the Debtors (the *Securities Programs Bar Date*).

3.      BAWAG P.S.K. Invest GmbH (the *Claimant*) accordingly files this Lehman

Programs Securities Proof of Claim (the *Proof of Claim*) for various amounts owing to Claimant by

LBHI in respect of Lehman Programs Securities held by Claimant in a proprietary capacity on

Claimant's own behalf and/or in a custodial capacity on behalf of one or more of Claimant's

customers.[1] As of the filing of this Proof of Claim, Claimant is the record holder of or represents the

record holder of the following Lehman Programs Securities:[2]

| International Securities Identification Number (ISIN) | Depository Blocking Reference Number | Depository Participant Account Number | Principal Component | Interest Component (up to and including September 15, 2008) | Amount of Claim |
|---|---|---|---|---|---|
| XS0252835110 | CA14785 | 19640 | $1,424,400.00 | $8,588.00 | $1,432,988.00 |
| XS0231181222 | CA14771 | 19640 | $1,210,740.00 | $38,453.82 | $1,249,193.82 |
| XS0238228901 | CA14775 | 19640 | $1,068,300.00 | $20,758.21 | $1,089,058.21 |
| XS0282937985 | CA22485 | 19640 | $1,424,400.00 | $19,182.00 | $1,443,582.00 |
| XS0257022714 | CA14889 | 19640 | $997,080.00 | $436.97 | $997,516.97 |
| **Total:** | | | $6,124,920.00 | $87,419.00 | **$6,212,339.00** |

4.      Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 6,124,920.00 and aggregate accrued

and unpaid interest amount or other return (up to and including September 15, 2008) of USD

87,419.00. LBHI either issued, or guaranteed the full and punctual payment of all obligations related

to, the Lehman Programs Securities. Accordingly, LBHI remains liable to Claimant for no less than

**USD 6,212,339.00** (the *Lehman Programs Securities Claim*). The foregoing amounts have been

converted from EUR to US dollars using the exchange rate prevailing on the Petition Date.

5.      Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and

to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the

Securities Programs Bar Date. Claimant reserves the right to amend and/or supplement this Proof of

Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of

---

[1]    The Bar Date Order provides "claims based on any Lehman Programs Security shall not be disallowed on the ground that such claims were not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]    The Bar Date Order provides "persons or entities that file claims based on any Lehman Programs Security are not required to attach or submit any documentation supporting any claim based on such Lehman Programs Security." Bar Date Order at p. 14.

claim for any additional claims which may be based on the same or additional documents or grounds of liability.

6.        The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

7.        Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Programs Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Programs Security.

8.        Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the Petition Date; (b) claims for any future distributions or rights to distributions arising from any of the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims arising from the successful prosecution or settlement (if any) of any avoidance causes of action (or any other cause of action seeking recovery of payments made to, or setoffs or nettings effectuated by, Claimant) against

Claimant whether or not related to or arising from the transactions and agreements set forth herein.

Claimant further reserves the right to file additional proofs of claim or applications for allowance of

administrative expenses or other priority status in this or any other proceeding arising from or related

to the claims described herein, including for treatment as provided in Section 503(b) of the

Bankruptcy Code.

9.      Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims directly

between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims between

Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under Sections

362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the Bankruptcy

Code, under any agreement or other instrument, under applicable non-bankruptcy law or otherwise.

10.      In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any of the contracts described herein or that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or any of

their affiliates. Claimant further does not waive (and this Proof of Claim shall not be deemed or

construed to waive) any claims or right to assert any claims, or preserve any remedies, including

setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers Inc., Lehman

Brothers International (Europe) or any other affiliates of the Debtors, whether arising from or related

to transactions described herein or otherwise.

11.      The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of the

right to compel the Debtors to return property of Claimant currently in the possession of the Debtors;

(b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge or, if applicable, the Second Circuit Court of Appeals;  (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

12.    All notices regarding this Proof of Claim should be sent to:  BAWAG P.S.K. Invest GmbH, Georg-Coch-Platz 2, 1010 Wien, Austria, Attention: Robert ZENZ, with copies to Freshfields Bruckhaus Deringer US LLP, 520 Madison Avenue, 34th Floor, New York, New York 10022, Telephone number: 212-277-4000, Attention: Jerome Ranawake and Yehuda Herbst.

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT **BAWAG P.S.K INVEST GmbH** a corporation duly organized and validly existing under the laws of the Republic of Austria, registered in the company register of **Handelsgericht Wien, Marxergasse 1a, 1030 Vienna** under **FN 70844h**, with corporate seat in **1010 Vienna, Austria** and business address at **Georg-Coch-Platz 2, 1010 Vienna, Austria** (the "Company"), represented by **Alois Steinböck** and **Dr. Peter Pavlicek** as members of the management board, each with the power to represent the Company jointly with another member of the management board, the undersigned claimant in the bankruptcy cases styled In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York, hereby authorizes **Jerome Ranawake and Harvey Dychiao of Freshfields Bruckhaus Deringer US LLP**, acting jointly or singly, as attorneys in fact for the undersigned, with the full power of attorney to execute and/or file all proofs of claim, documents or court papers he may consider necessary or advisable in connection with the claims to be made in the Bankruptcy Case.

**BAWAG P.S.K INVEST GmbH** further declares that this power of attorney is given for the purpose of vesting in the attorney in fact all authority required or desirable to be vested in an attorney in fact for the above-stated purpose and gives and grants the attorney in fact full and absolute power and authority to do all things necessary to be done in and about the premises.

This Power of Attorney shall be construed in accordance with, and this Power of Attorney and all matters arising out of or relating in any way whatsoever to this Power of Attorney shall be governed by, the law of the State of New York.

IN WITNESS WHEREOF, the undersigned has hereunto set his Hand this ____th day of October 2009.

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

Signed and Delivered
in the Presence of

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz 2
A-1018 Wien

_____
Alois Steinböck
Member of the Management Board
for
BAWAG P.S.K. INVEST GmbH
Georg-Coch-Platz 2
A-1018 Wien

_____
Dr. Peter Pavlicek
Member of the Management Board
for
BAWAG P.S.K  Invest GmbH

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

10/30/07
DATE

245p
TIME

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)

0000059202

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| J.P. Morgan Securities Inc. c/o Susan McNamara JPMorgan Legal Department Mail Code: NY1-A436 1 Chase Manhattan Plaza – Floor 26 New York, NY 10005-1401, United States | Court Claim Number:_____ *(If known)* Filed on: _____ |
| Telephone number: 212-552-1038   Email Address: Susan.McNamara@chase.com | |
| Name and address where payment should be sent (if different from above) JPMSI Income Collection ATTN: Wilson Dong Mail Code: NY1-W030 One Metrotech Center – Floor 4 Brooklyn, NY 11201 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number: 347-643-1785   Email Address: Wilson.Dong@jpmorgan.com | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $____See Exhibit A hereto____ **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
                                       See Exhibit A hereto

**International Securities Identification Number (ISIN):**                 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
                                       See Exhibit A hereto
                                       **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**  See Exhibit A hereto
                                       **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY **FILED / RECEIVED** OCT 3 0 2009 **EPIQ BANKRUPTCY SOLUTIONS, LLC** |
|---|---|
| Date. 10/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *Samantha Ham* Samantha E. Hamerman Authorized Signatory |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Exhibit A to JPMSI Proof of Claim

| Total Claim Amount in USD as of 9/15/2008 | Principal Amount Owed on Claim in USD as of 9/15/2008 | Accrued Interest Owed on Claim in USD as of 9/15/2008 | Currency | Date Acquired | Maturity Date | Acceleration Date (If an acceleration date is listed, a true copy of the acceleration notice is attached hereto.) | ISIN | Euroclear Bank Electronic Reference Blocking Number | Euroclear Account Number |
|---|---|---|---|---|---|---|---|---|---|
| $2,700,000.00 | $2,700,000.00 | $0.00 | USD | 9/14/2009 | 10/1/2010 | 10/6/2009 | XS0353382681 | 6046448 | 99826 |
| $700,000.00 | $700,000.00 | $0.00 | USD | 4/27/2009 | 3/12/2009 | N/A | XS0352912371 | 6046447 | 99826 |
| $1,000,000.00 | $1,000,000.00 | $0.00 | USD | 4/23/2009 | 3/28/2018 | 10/6/2009 | XS0352111016 | 6046446 | 99826 |
| $1,517,000.00 | $1,517,000.00 | $0.00 | USD | 6/17/2009 | 9/7/2012 | N/A | XS0318224598 | 6046442 | 99826 |
| $1,420,000.00 | $1,420,000.00 | $0.00 | USD | 6/17/2009 | 11/7/2009 | N/A | XS0328596316 | 6046443 | 99826 |
| $13,000,000.00 | $13,000,000.00 | $0.00 | USD | 6/1/2009 | 7/30/2009 | N/A | XS0342399325 | 6046445 | 99826 |
| $1,000,000.00 | $1,000,000.00 | $0.00 | USD | 6/1/2009 | 2/2/2009 | N/A | XS0341731767 | 6046444 | 99826 |
| $21,337,000.00 | | | | | | | | | |

# J.P.Morgan

To:   Lehman Brothers Treasury Co. B.V. ("LBTCBV")
      Atrium
      Strawinskylaan 3105
      1077 ZX Amsterdam
      The Netherlands
      Attention: L. Kho

      Lehman Brothers Holdings Inc., ("LBHI")
      745 Seventh Avenue
      New York
      New York 10019
      USA
      Attention: Treasurer

cc:   R.J. Schimmelpenninck
      (as bankruptcy trustee of LBTCBV)
      c/o Houthoff Buruma N.V.
      Gustav Mahlerplein 50
      1082 MA Amsterdam
      PO Box 75505
      1070 AM Amsterdam
      The Netherlands

October 5, 2009

Dear Sirs

**USD 6,870,000 Commodity Basket Linked Notes due 1 October 2010, Series Number 10219, ISIN - XSO353382681 (the "Notes")**
**Base Prospectus dated 24 July 2007 - US$100,000,000,000 Euro Medium Term Note Program in relation to notes issued by Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG and guaranteed by Lehman Brothers Holdings Inc (the "Base Prospectus")**

Capitalised terms used in this letter that are not otherwise defined shall have the meanings given to them in the Base Prospectus and the Final Terms and Conditions of the Notes dated 28 March 2008 (as applicable).

We confirm that we are the Holder of USD2,700,000 principal face value of the Notes.

On 15 September 2008, LBHI filed a petition under Chapter 11 of the U.S Bankruptcy Code. This constitutes an Event of Default under Condition 10(vi) of the Terms and Conditions of the Notes contained in the Base Prospectus (the "Conditions"). On 8 October 2008, LBTCBV, was declared bankrupt within the meaning of the Netherlands Bankruptcy Act. This constitutes an Event of Default under Condition 10(viii) of the Conditions. Both these Events of Default are continuing.

In accordance with Condition 10(c) of the Conditions, we hereby declare the principal amount of all of the Notes immediately due and payable at the Early Redemption Amount.

Interest will continue to accrue at the applicable rate in accordance with the Base Prospectus and Final Terms and Conditions of the Notes.

The omission from this notice of any other Event of Default which has occurred and is continuing does not and will not prejudice any rights we may have either generally or to rely on such Events of Default for the purpose of this notice.

The provisions of the Base Prospectus and the Final Terms and Conditions of the Notes shall continue in full force and effect and all rights and remedies which we may have on, before or after the date of this notice in relation to any circumstances or matters (including, without limitation, any rights and remedies in respect of the Events of Default referred to above), whether subsisting at the date of this notice or otherwise are hereby expressly reserved. Failure to exercise such rights and remedies for any period of time shall not constitute a waiver of, or as prejudicing, that or any other right or remedy.

This notice shall be construed and enforced in accordance with, and the rights of the parties shall be governed by English law.

Yours faithfully

_J.P. Morgan Securities Inc._

NEELIMA VELUVOLU
Authorized Signatory

# J.P.Morgan

To:   Lehman Brothers Treasury Co. B.V. ("LBTCBV")
      Atrium
      Strawinskylaan 3105
      1077 ZX Amsterdam
      The Netherlands
      Attention: L. Kho

      Lehman Brothers Holdings Inc., ("LBHI")
      745 Seventh Avenue
      New York
      New York 10019
      USA
      Attention: Treasurer

cc:   R.J. Schimmelpenninck
      (as bankruptcy trustee of LBTCBV)
      c/o Houthoff Buruma N.V.
      Gustav Mahlerplein 50
      1082 MA Amsterdam
      PO Box 75505
      1070 AM Amsterdam
      The Netherlands

October 5, 2009

Dear Sirs

USD 2,000,000 Index Linked Notes due March 28, 2018, Series Number 10105, ISIN –
XS0352111016 (the "Notes")
Base Prospectus dated 24 July 2007 – US$100,000,000,000 Euro Medium Term Note
Program in relation to notes issued by Lehman Brothers Treasury Co. B.V. and
Lehman Brothers Bankhaus AG and guaranteed by Lehman Brothers Holdings Inc (the
"Base Prospectus")

Capitalised terms used in this letter that are not otherwise defined shall have the meanings
given to them in the Base Prospectus and the Final Terms and Conditions of the Notes dated
March 26, 2008 (as applicable).

We confirm that we are the Holder of USD1,000,000 principal face value of the Notes.

On 15 September 2008, LBHI filed a petition under Chapter 11 of the U.S Bankruptcy Code.
This constitutes an Event of Default under Condition 10(vi) of the Terms and Conditions of
the Notes contained in the Base Prospectus (the "Conditions"). On 8 October 2008,
LBTCBV, was declared bankrupt within the meaning of the Netherlands Bankruptcy Act.
This constitutes an Event of Default under Condition 10(viii) of the Conditions. Both these
Events of Default are continuing.

In accordance with Condition 10(c) of the Conditions, we hereby declare the principal amount of all of the Notes immediately due and payable at the Early Redemption Amount.

Interest will continue to accrue at the applicable rate in accordance with the Base Prospectus and Final Terms and Conditions of the Notes.

The omission from this notice of any other Event of Default which has occurred and is continuing does not and will not prejudice any rights we may have either generally or to rely on such Events of Default for the purpose of this notice.

The provisions of the Base Prospectus and the Final Terms and Conditions of the Notes shall continue in full force and effect and all rights and remedies which we may have on, before or after the date of this notice in relation to any circumstances or matters (including, without limitation, any rights and remedies in respect of the Events of Default referred to above), whether subsisting at the date of this notice or otherwise are hereby expressly reserved. Failure to exercise such rights and remedies for any period of time shall not constitute a waiver of, or as prejudicing, that or any other right or remedy.

This notice shall be construed and enforced in accordance with, and the rights of the parties shall be governed by English law.

Yours faithfully

J.P. Morgan Securities Inc.

NEELIMA VELUVOLU
Authorized Signatory





United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000060096

0000060096

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|

**M.I. Neeft**
**Professor van T'Hofflaan 6**
**2251 GK  VOORSCHOTEN**
**The Netherlands**

Notice address
Deminor International S.C.R.L.
Ed.Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium

Court Claim Number:_____
   (If known)

Filed on: _____

Telephone number: ++32 2 674 71 10        Email Address: dcms@deminor.com

| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

Telephone number:            Email Address:

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 50.943,60** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0285922133 [1]  XS0349530823 [2]**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA33845 [1] CA39909 [2]**                        **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                                (Required)

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FILED / RECEIVED**<br>OCT 30 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC<br>OCT 3 0 2009<br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|
| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Bernard Thuysbaert, Director | Deminor International S.C.R.L.<br>Ed.Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## POWER OF ATTORNEY / *VOLMACHT*

Mr/Mrs *[de heer/ mevrouw]*    NEFFT

residing at *[woonadie te]*    VOORSCHOTEN

## OR *[OF]*

The company *[De vennootschap]*

With its registered office at *[met maatschappelijke zetel te]*

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*

In its capacity of *[in zijn hoedanigheid van]*

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc, a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue;

*Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue,*

Hereby appoints, with power of substitution, Deminor International CVBA, with its registered office at 1160 Brussels, Belgium, Ed: Van Nieuwenhuyselaan 6b8 (hereinafter **"Deminor"**)

1



*Geeft hierbij een volmacht aan Deminor International CVBA, met maatschappelijke zetel te 1160 Brussel, België, Ed. Van Nieuwenhuyselaan 6b8 (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven,*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and

*Om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc tenende de gelden te recupereren dewelke werden geïnvesteerd in de Notes, en*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.

*Om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht.*

This Power of Attorney is subject to the laws of Belgium.

*Deze volmacht is opgesteld naar Belgisch recht.*

This Power of Attorney is signed on ___23 Okt 2009___ in ___Voorschoten___ *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]:* _____

2



Sves: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS – INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING
EPIQ BANKRUPTRY SOLUTIONS LLC
757 THIRD AVENUE 3D FLOOR

NEW YORK, NY 10017                      (US)

0015035977691

FedEx
Express

AWB

XA OGSA
ISR

TRK# 9188 5633 0870     Form
0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:   EUR
CUSTOM VALUE:   EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)   0000060305

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**W.M.E. Meijer**
**Distellaan 18**
**2111 BB AERDENHOUT**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium
Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
  (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 93.396,60** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN): XS0346707903 [1]  XS0285922133 [2]  XS0327236757 [3]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**CA39913 [1] CA33852 [2] CA39866 [3]**                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.
**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br><br>**10/22/2009** | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br><br>Bernard Thuysbaert, Director | Deminor International S.C.R.L.<br>Ed. Van Nieuwenhuyse Laan 6 bt.8<br>1160 Brussels, Belgium |
|---|---|---|

**FILED / RECEIVED**

**OCT 3 0 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

*2010 - 3941*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/~~Mrs~~ *[de heer/ mevrouw]* _Meijer W.M.E._

residing at *[wonende te]* _Aerdenhout, Distellaan 18_
_2111 BB Aerdenhout, Nederland_

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the **"Noteholder"** , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter **"Deminor"**),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd **"Deminor"**), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    23 Sept. 2009    in ___Herdenhout___    *[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*: _____

Name *[naam]*: ___W.M.E. Meijer___



Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 3227613000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM,  1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING                0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR

   NEW YORK, NY 10017                     (US)

FedEx
Express

AWB

XA OGSA
ISR

TRK# 9188 5633 0870    Form 0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:  EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)              0000060318

.Y

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**C.A.J. Volders**
**Platte Akker 113**
**4847 KN TETERINGEN**
**The Netherlands**

Telephone number: ++32 2 674 71 10

Notice address
Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels
Belgium
Email Address: dcms@deminor.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:_____**
    (*If known*)

**Filed on: _____**

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ 65.094,60** (reference: ECB; 1 € = 1,4151 $).
**This amount does not include interest but the creditor reserves the right to claim interest due on the principal amount as of Sept. 15, 2008 or any other charges.**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.
**International Securities Identification Number (ISIN):** XS0332050078 [1]  XS0263715467 [2]  XS0276441044 [3] XS0346080590 [4] XS0273084656 [5]
**XS0276441044 [6]**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.
**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

   **CA33834 [1]  CA33860 [2]  CA33907 [3] CA33872 [4] CA37815 [5] CA33900 [6]**          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**13048**                          (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. 10/22/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

Bernard Thuysbaert, Director

Deminor International S.C.R.L.
Ed. Van Nieuwenhuyse Laan 6 bt.8
1160 Brussels, Belgium

**FILED / RECEIVED**

OCT 3 0 2009

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## POWER OF ATTORNEY/ *VOLMACHT*

Mr/~~Mrs~~ *[de heer/ ~~mevrouw~~]* _C A1 Volders_

residing at *[wonende te]* TETERINGEN Nederland

OR *[OF]*

The company *[De vennootschap]*_____

With its registered office at *[met maatschappelijke zetel te]*_____

_____

Duly represented by Mr/Mrs *[rechtsgeldig vertegenwoordigd door]*_____

_____

In its capacity of *[in zijn hoedanigheid van]*_____

_____

Hereinafter referred to as the "**Noteholder**" , *[Hierna genoemd de "Noteholder"]*

Expressly declares to be a holder of notes issued by Lehman Brothers Treasury Co BV, company incorporated pursuant to the laws of the Netherlands - now in bankruptcy, with registered office at 1077 ZX Amsterdam (the Netherlands), Strawinskylaan 3105 Atrium Building (7th floor), and guaranteed by Lehman Brothers Holdings Inc., a company incorporated pursuant to the laws of Delaware (U.S.A) – now under the protection of the Chapter XI of the US Bankruptcy Code, with registered office at 10019 New-York (USA), 745 Seventh Avenue, *[Verklaart uitdrukkelijk Noteholder te zijn van door Lehman Brothers Treasury Co BV, vennootschap opgericht naar Nederlands recht – vennootschap in faling – met maatschappelijke zetel te 1077 ZX Amsterdam (Nederland), Strawinskylaan 3105 Atrium Building (7e verdieping), en gegarandeerd door Lehman Brothers Holdings Inc, een vennootschap opgericht naar het recht van Delaware (USA) – en onder bescherming van de Chapter 11 Bankruptcy code geplaatst, met maatschappelijke zetel te 10019 New York (USA), 745 Seventh Avenue]*

Hereby appoints, with power of substitution, Deminor Nederland BV, with its registered office at NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland (hereinafter "**Deminor**"),*[geeft hierbij een volmacht aan Deminor Nederland BV, met maatschappelijke zetel te NL-1077 ZX Amsterdam, Atrium Building, Strawinskylaan 3051, Nederland, (hierna genoemd "Deminor"), dewelke de mogelijkheid heeft om deze volmacht door te geven.]*

To file in the name and on behalf of the Noteholder any and all claims in the framework of the insolvency proceedings of Lehman Brothers Treasury Co and/or Lehman Brothers Holdings Inc. in order to recover its losses suffered on its investment, and *[om in naam en voor rekening van de Noteholder een schuldvordering in te dienen in het kader van de faillissementsprocedure tegen Lehman Brothers Treasury Co BV en/of Lehman Brothers Holding Inc teneinde de gelden te recupereren dewelke werden geïnvesteerd in de Notes]*

To undertake every act, sign any document and accomplish any formality, useful or necessary for the execution of the present power of attorney.*[om elke daad te stellen, elk document te tekenen en alle formaliteiten te vervullen, nuttig of noodzakelijk in de uitvoering van deze volmacht]*

This Power of Attorney is subject to the laws of the Netherlands.*[Deze volmacht is opgesteld naar Nederlands recht]*

This    Power    of    Attorney    is    signed    on    **24- 9 -2006**  in
*[de volmacht is getekend op [datum] in [plaats van tekenen].*

Signature *[handtekening]*:

Name *[naam]*:



TRK# 0430 9188 5633 0870

K2 OGSA   RECEIV INTL PRIORITY SR

OCT 3 0 2009

EUR

Svcs: INTL PRIORITY ISR
TRCK: 9188 5633 0870

ORIGIN ID: KNOA 5227513000

VIVA XPRESS LOGISTICS - INT DIV.
CARGO TERMINAL 2-BAT 709-
BRUCARGO
ZAVENTEM, 1931
BELGIUM, BE

Ship Date: 29OCT09
ActWgt: 5.2 KG
System#: 5429044/FWST0715
Account: S 433025326

EIN/VAT:

TO LEHMAN BROTHERS HOLDING      0015035977691
   EPIQ BANKRUPTRY SOLUTIONS LLC
   757 THIRD AVENUE 3D FLOOR      FedEx
                                  Express
   NEW YORK, NY 10017

                      (US)   E

                      AWB

XA OGSA
ISR

TRK# 9188 5633 0870   Form 0430

1/1
INTL PRIORITY

REF: 264523
DESC1: DOCUMENTS
DESC2:
DESC3:
DESC4:

COUNTRY MFG:
CARRIAGE VALUE:  EUR
CUSTOM VALUE:    EUR

SIGN: Pablo GASPAR
T/C: S 433025326
D/T: R

The Montreal or Warsaw Convention may apply and will govern and in most
cases limit the liability of Federal Express for loss or delay of or
damage to your shipment. Subject to the conditions of the
contract on the reverse.

CONSIGNEE AWB COPY - PLEASE PLACE IN POUCH

| United States Bankruptcy Court/Southern District of New York | LEHMAN SECURITIES PROGRAMS |
|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Case No. 08-13555 (JMP)<br>(Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000060485

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

> Privatbank IHAG Zürich AG
> Bleicherweg 18
> CH – 8022 Zürich
> Switzerland

Telephone number: +41 44 205 1333  Email Address:  scn(at)pbihag.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

> JP Morgan Chase New York
> 270 Park Avenue
> New York NY USA

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $**  38,869,207.88  **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**  see attached list  **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

    see attached list                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
    see attached list                    **(Required)**

**5.** Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
FILED / RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br><br>29 Oct 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Privatbank IHAG Zürich AG

Dr. Heinz Stadler                    Dr. Michael Cubser

**List of claim Lehman Securities Program**
**for Privatbank IHAG, Zurich, Switzerland**

| ISIN | Amount of Claim in USD | Custodian | Custodian Account No.: | Custodian Blocking Reference | Issuer |
|---|---|---|---|---|---|
| XS0311887250 | 3'921'283.00 | Clearstream | 31518 | CA88149 | Lehman Brothers Securities NV |
| XS0250113502 | 26'879'445.00 | Clearstream | 31518 | CA89356 | Lehman Brothers Treasury Bv |
| CH0029197156 | 48'323.19 | SIX SIS | CH103162 | 6533452451120709 | Lehman Brothers Treasury Bv |
| CH0036891395 | 75'018.00 | SIX SIS | CH103162 | 2039822749120709 | Lehman Brothers Securities NV |
| XS0323590199 | 4'832'318.55 | Clearstream | 31518 | CA99692 | Lehman Brothers Securities NV |
| XS0267460359 | 28'993.91 | Clearstream | 31518 | CA88224 | Lehman Brothers Treasury Bv |
| XS0320322901 | 33'826.23 | Clearstream | 31518 | CA88223 | Lehman Brothers Securities NV |
| XS0350507959 | 2'300'000.00 | Clearstream | 31518 | CA88222 | Lehman Brothers Treasury Bv |
| XS0292248977 | 750'000.00 | Clearstream | 31518 | CA44113 | Lehman Brothers Treasury Bv |

| Total Amount of Claim in USD | |
|---|---|
| | 38'869'207.88 |

Middle rate as of 15th September 2008:

| | |
|---|---|
| EUR/USD | 1.4659 |
| USD/CHF | 1.0347 |

Privatbank IHAG Zürich AG

Dr. Heinz Stadler

Dr. Michael Gubser
Stv. Direktor



Unterschriftenverzeichnis
List of Signatures

April 2009

Verwaltungsrat
Board of Directors

Geschäftsleitung
Executive Board

**Gratian Anda**
Präsident
Chairman

**Dr. Heinz Stadler**
Vorsitzender der Geschäftsleitung
Chief Executive Officer

**Peter Bretscher**
Mitglied
Member

**Peter D. Rüegg**
Stellvertretender Vorsitzender
der Geschäftsleitung
Deputy Chief Executive Officer

**Dr. Susanne Riess-Passer**
Mitglied
Member

**Jürg Bretscher**
Mitglied
Member

Prokuristen
Assistant Vice Presidents

| | |
|---|---|
| Jean-Paul Aebischer | Susanna Schellenbaum |
| Adriano Bagnolo | Paul Schuler |
| Angelo Bianchera | Cornelia Schweizer |
| Erwin Corpataux | Tobias Steiner |
| Christa Derungs | René Untersander |
| Evangelos Giannoulas | Madeleine Wanner-Boner |
| Christian Lang | Fernand Zurbriggen |
| Christian Manetsch | |
| Karl Mettler | |
| Monica Rohrer | |
| Pascale Nina Sameli | |

## Handlungsbevollmächtigte
## Authorized Officers

| | |
|---|---|
| **Andreas Bösch** | **Andreas Ramon** |
| **Monique Gnädinger** | **Doris Renold** |
| **Marlene Holdener** | **Patrizia Saxer Simone** |
| **Brigitte Kälin-Reding** | **Jaqueline Stephan** |
| **Regula Bosch Nussbaumer** | **Patric Stocker** |
| **Sandra Michel** | **Janine Vannaz** |
| **Peter Niederberger** | |
| **Rosangela Pangari** | |
| **Laura Pascolin** | |
| **Monika Prinz** | |

**Allgemeine Bestimmungen**

Zur verbindlichen Zeichnung namens der Privatbank IHAG Zürich AG bedarf es grundsätzlich der gemeinsamen Unterschrift von zwei zeichnungsberechtigten Personen.

Die Handlungsbevollmächtigten können nicht gemeinsam mit einem zweiten Handlungsbevollmächtigten rechtsverbindlich zeichnen, sondern nur gemeinsam mit einer der übrigen zeichnungsberechtigten Personen.

Die den Handlungsbevollmächtigten im Sinne von Art. 462 des Schweizerischen Obligationenrechts erteilte Vollmacht erstreckt sich auch auf das Eingehen von Wechselverbindlichkeiten (einschliesslich Bankchecks). Im Übrigen beschränkt sich das Zeichnungsrecht der Handlungsbevollmächtigten auf die gewöhnlich vorkommenden Bankgeschäfte.

**General Remarks**

In principle, only joint signatures by two persons who are authorized to sign constitute a binding signature on behalf of Privatbank IHAG Zürich AG.

The joint signatures of two authorized signatories do not constitute a legally binding signature. To make a bank signature binding, an authorized signatory must sign jointly with another person authorized to sign other than an authorized signatory.

The authority conferred upon authorized signatories pursuant to article 462 of the Swiss Federal Code of Obligations also includes the power to sign drafts, bills of exchange as well as banker's checks, etc. In all other cases, the authority to sign of authorized signatories is restricted to usual banking transactions.

Direktion
Management

| | |
|---|---|
| **Hanspeter Schudel**<br>Direktor<br>Senior Vice President | **Rolf Hälg**<br>Vizedirektor<br>Vice President |
| **Daniel Albisser**<br>Stellvertretender Direktor<br>First Vice President | **Daniel Kobler**<br>Vizedirektor<br>Vice President |
| **Alice Fritz**<br>Stellvertretende Direktorin<br>First Vice President | **Christoph Kaufmann**<br>Vizedirektor<br>Vice President |
| **Dr. Michael Gubser**<br>Stellvertretender Direktor<br>First Vice President | **Sandrine Koller**<br>Vizedirektorin<br>Vice President |
| **Daniel Junker**<br>Stellvertretender Direktor<br>First Vice President | **Richard Ott**<br>Vizedirektor<br>Vice President |
| **Andreas Krattiger**<br>Stellvertretender Direktor<br>First Vice President | **Vera Quast**<br>Vizedirektorin<br>Vice President |
| **Aurel F. J. Lüthi**<br>Stellvertretender Direktor<br>First Vice President | **Katharina Schär**<br>Vizedirektorin<br>Vice President |
| **Adrian Nussbaumer**<br>Stellvertretender Direktor<br>First Vice President | **Michael Schiller**<br>Vizedirektor<br>Vice President |
| **Jürg Ragaz**<br>Stellvertretender Direktor<br>First Vice President | **Marcel Spring**<br>Vizedirektor<br>Vice President |
| **Marco Sinkwitz**<br>Stellvertretender Direktor<br>First Vice President | **Bruno Springer**<br>Vizedirektor<br>Vice President |
| **Luca Angelastri**<br>Vizedirektor<br>Vice President | **Walter Wenger**<br>Vizedirektor<br>Vice President |
| **Stefan Becker**<br>Vizedirektor<br>Vice President | **Matthias Wullschleger**<br>Vizedirektor<br>Vice President |
| **Per Classon**<br>Vizedirektor<br>Vice President | |
| **Urs Eberhard**<br>Vizedirektor<br>Vice President | |
| **Roger Egg**<br>Vizedirektor<br>Vice President | |
| **Marco Gerber**<br>Vizedirektor<br>Vice President | |

Privatbank IHAG Zürich AG
Bleicherweg 18
Postfach
CH-8022 Zürich

Telefon +41 44 205 11 11
Fax +41 44 205 12 85

info@pbihag.ch
www.pbihag.ch



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000060903

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

ASSET PLUS ENTERPRISES LIMITED
RM. 1617, BEVERLY COMMERCIAL CENTRE, 87-105, CHATHAM ROAD, TSIMSHATSUI, HONG KONG

Telephone number: 82-10-3235-2720    Email Address: peterk@ksisteel.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

TO BENEFICIARY : ASSET PLUS ENTERPRISES LIMITED
ACCOUNT NUMBER : 8023481211
BANK : FORTIS BANK HONG KONG BRANCH, HONG KONG

Telephone number: 8210-3235-2720    Email Address: peterk@ksisteel.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 500,000.00 **(Required)**

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.**   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**  XS0330867689  **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 9524965

**(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 27770

**(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

**FILED / RECEIVED**

NOV 02 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 30/OCT./2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. *[signature]* (KANG, DOO HOON/DIRECTOR) |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



United States Bankruptcy Court Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17. 2009**

# LEHMAN SECURITIES PROGRAMS
## PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000062818

Name and address of Creditor (and name and address where notices should be sent if different from Creditor)

Värde Investment Partners, L.P.
c/o Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Attn: Howard Steel, Esq.

Telephone number: 212.209.4800          Email Address: hsteel@brownrudnick.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Värde Management, L.P. (agent for Värde Investment Partners, L.P.)
8500 Normandale Lake Blvd, Suite 1500
Minneapolis, MN 55437
Attn: Liquid Operations / Operations@varde.com / 952.374.5122
Attn: Scott Hartman / shartman@varde.com / 952.820.1160

Telephone number: (provided above)          Email Address:          (provided above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities as of September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $_____ See Exhibit A, attached          (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): _____ See Schedule 1, attached          (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

_____ See Schedule 1, attached _____          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

_____ See Schedule 1, attached _____          (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**
NOV 0 2 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |

Nathan J. Geske
Vice President          (see payment address above)

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**EXHIBIT A**

**ADDENDUM TO**
**PROOF OF CLAIM OF VÄRDE INVESTMENT PARTNERS, L.P.**

1.      This Proof of Claim is, and shall be deemed to be, filed, submitted and asserted by Värde Investment Partners, L.P. ("Värde") against Lehman Brothers Holdings Inc. ("LBHI") and its affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") in each of their respective chapter 11 cases.  Värde is filing this Proof of Claim in order to set forth the claims of Värde relating to "Lehman Programs Securities" against LBHI and the Debtors, as more fully described below.

2.      Värde is a noteholder in several notes series issued by Lehman Brothers Treasury Co. B.V. ("LBT") and LBHI (collectively, the "Notes"), and is also a holder of certificates issued by Lehman Brothers Securities N.V. ("LBS") and LBT (collectively, the "Certificates"), as more fully described on the attached Schedule 1.

3.      Värde asserts this claim against LBHI for any and all prepetition and postpetition amounts and liabilities in respect of the Notes, Certificates and any other documents related thereto, including, without limitation, any and all principal, premiums, interest, additional interest, periodic payments, coupon payments, fees, costs, expenses, attorneys' and professionals' fees and disbursements, any final redemption amounts, automatic redemption amounts, cash settlement amounts, physical settlement amounts, fractional share amounts, cancellation amounts, early redemption amounts, any other amounts owed, and any and all indemnification obligations owed under the Notes and Certificates (as applicable), and to the extent allowed by law.

4.      Pursuant to that certain Unanimous Written Consent of the Executive Committee of the Board of Directors of LBHI, dated June 9, 2005 (the "2005 Guarantee"), a copy of which

is attached hereto as <u>Exhibit B</u>, LBHI has guaranteed the payment of all liabilities, obligations and commitments of certain subsidiaries, including LBT and LBS.  Pursuant to that certain Guarantee Agreement in respect of LBT, dated July 24, 2008 (the "<u>2008 Guarantee</u>"), a copy of which is attached hereto as <u>Exhibit C</u>, LBHI unconditionally and irrevocably guaranteed the performance of all of LBT's obligations in the Notes, including, without limitation, the payment of principal and interest, together with all other sums payable by LBT under the Notes.  The 2008 Guarantee extends to the ultimate balance of the Notes notwithstanding any settlement of accounts, or other matter whatsoever, and remains in full force and effect until all obligations have been irrevocably paid and satisfied in full.  Värde thus asserts its claim with respect to the Notes and Certificates against LBHI on the basis of the 2005 Guarantee, the 2008 Guarantee, and any other guarantees, contractual or otherwise, by LBHI for the benefit of LBT and LBS.

5.      As certain of the damages described above are contingent, unliquidated and likely to continue, the exact amount of Värde's total claim as set forth herein is unknown at this time. Värde reserves the right to amend or supplement this Proof of Claim, and any schedule or exhibit attached hereto, as it may deem necessary and proper.

6.      Värde reserves all of its rights and defenses, whether under title 11 of the United States Code or other applicable law, as to any claims that may be asserted against Värde by LBHI and the Debtors, including, without limitation, any rights of setoff and/or recoupment not expressly observed above.  Värde reserves the right to file additional proofs of claim for additional claims which may be based on the same or additional documents.  Värde reserves the right to file additional proofs of claim for administrative expenses or other claims entitled to priority.  Värde reserves the right to file claims for the payment of interest (subject to applicable law) and for the reimbursement of all reasonable expenses (including attorneys' fees and

collection fees) incurred by Värde in connection with the claims described herein. Värde further

reserves all of its rights as against the other debtors in these Chapter 11 proceedings and against

other Lehman entities in any other Lehman proceeding in the United States or overseas.

7.     This Proof of Claim is filed under the compulsion of the bar date set in this case

and is filed to protect Värde from forfeiture of its claim by reason of said bar date. The filing of

this Proof of Claim shall not constitute: (a) a waiver, release, or limitation of Värde's rights

against any person, entity or property (including, without limitation, LBHI or any other person or

entity that is or may become a debtor in a case pending in this Court) in which Värde has a

security interest or lien, (b) a consent by Värde to the jurisdiction or venue of this Court or any

other court with respect to the proceedings, if any, commenced in any case against or otherwise

involving Värde with respect to the subject matter of the claims set forth in this Proof of Claim,

any objection or other proceeding commenced with respect thereto or any other proceeding

commenced in these cases against or otherwise involving Värde, (c) a waiver, release, or

limitation of the right of Värde to trial by jury in this Court or any other court in any proceeding

as to any and all matters so triable herein, whether or not the same be designated legal or private

rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation

or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such

jury trial right is pursuant to statute or the U.S. Constitution, (d) a consent by Värde to a jury trial

in this Court or any other court in any proceeding as to any and all matters so triable herein or in

any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise,

(e) a waiver, release, or limitation of Värde's right to have any and all final orders in any and all

non-core matters or proceedings entered only after *de novo* review by a U.S. District Court

Judge, (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Värde, (g) a consent to the termination of LBHI's liability to Värde by any particular court, including, without limitation, this Court, (h) a consent to the final determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c), or (i) an election of remedies. No judgment has been rendered on this claim. This claim is not subject to any setoff or counterclaim rights by LBHI.

8.      Copies of any documents that underlie or evidence the obligations of LBHI, the Debtors, and any issuer to Värde that are not attached hereto are available upon written request to Värde.

9.      All notices and distributions in respect of this claim should be forwarded to: Värde Investment Partners, L.P. c/o Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn: Howard S. Steel, Esq.

## **<u>SCHEDULE 1</u>**

Blocking Number By Beneficial Owner

| Count | ISIN | Issuer | Depository Institution | Depository Account Number | USD Claim Amount | Issued Currency | The Vilrde Fund, L.P. | The Vilrde Fund VI-B, L.P. | The Vilrde Fund VI-A, L.P. | The Vilrde Fund VII-B, L.P. | The Vilrde Fund VIII, L.P. | The Vilrde Fund IX, L.P. | The Vilrde Fund IX-A (Offshore) Master, L.P. | Investment Partners, L.P. | Total For All Vilrde Funds | The Vilrde Fund, L.P. | The Vilrde Fund VI-B, L.P. | The Vilrde Fund VI-A, L.P. | The Vilrde Fund VII, L.P. | The Vilrde Fund VII-B, L.P. | The Vilrde Fund VIII, L.P. | The Vilrde Fund IX, L.P. | The Vilrde Fund IX-A, L.P. | Investment Partners (Offshore) Master, L.P. | Vilrde Investment Partners, L.P. | Check | Date Added |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ANNS21331671 | LB Securities NV | Euroclear | 92892 | | EUR | - | 25,000 | - | 5,000 | 130,000 | 1,080,000 | 125,000 | 145,000 | 180,000 | 1,870,000 | n/a | 6057775 | n/a | 6057774 | 6057777 | 6057778 | 6057774 | 6057779 | 6057780 | x | 10/22/09 |
| 2 | ANNS21AA6737 | LB Securities NV | Euroclear | 92892 | | EUR | - | 2,000 | - | 1,000 | 246,000 | 30,000 | 30,000 | 39,000 | 400,000 | n/a | 6058485 | n/a | 6058483 | 6058484 | 6058486 | 6058485 | 6058486 | 6058487 | x | 10/22/09 |
| 3 | ANNS21AA6810 | LB Securities NV | Euroclear | 92892 | | USD | - | 3,000 | - | 2,000 | 63,000 | 344,000 | 42,000 | 54,000 | 52,000 | 560,000 | n/a | 6055004 | n/a | 6055003 | 6055005 | 6055005 | 6055005 | 6055010 | x | 10/22/09 |
| 4 | ANNS21AA4865 | LB Securities NV | Euroclear | 92892 | | USD | - | 2,000 | - | 1,000 | 39,000 | 215,000 | 26,000 | 34,000 | 33,000 | 350,000 | n/a | 6055118 | n/a | 6055117 | 6055121 | 6055117 | 6055122 | 6055123 | x | 10/22/09 |
| 5 | ANNS21AA4949 | LB Securities NV | Euroclear | 92892 | | EUR | - | - | - | 6,000 | 31,000 | 4,000 | 5,000 | 4,000 | 50,000 | n/a | 6057745 | 6057741 | 6057742 | 6057743 | x | 10/27/09 |
| 7 | ANNS21485102 | LB Securities NV | Euroclear | 92898 | | EUR | - | 5,000 | - | 2,000 | 94,000 | 512,000 | 63,000 | 81,000 | 78,000 | 835,000 | n/a | 6052845 | n/a | 6052868 | 6052864 | 6052870 | 6052871 | x | 10/22/09 |
| 8 | ANNS21485771 | LB Securities NV | Euroclear | 92892 | | USD | - | 5,000 | - | 2,000 | 89,000 | 485,000 | 59,000 | 77,000 | 72,000 | 790,000 | n/a | 6055567 | n/a | 6055566 | 6055568 | 6055566 | 6055564 | 6055563 | x | 10/22/09 |
| 9 | CA5249087855 | LB Securities NV | Euroclear | 92892 | | USD | - | 1,000 | - | 37,000 | 92,000 | 11,000 | 15,000 | 14,000 | 150,000 | n/a | 6054458 | n/a | 6054457 | 6054459 | 6054445 | 6054455 | x | 10/22/09 |
| 10 | CH0027120606 | LB Holdings Inc | SIS SegainterSettle AG | 20.171021 | 1,051,000 | CHF | - | 63,000 | - | 28,000 | 1,165,000 | 5,802,000 | 797,000 | 1,898,000 | 1,784,000 | 11,537,000 | n/a | 6058256 | n/a | 6055586 | 6052886 | 6052884 | 6052886 | 6052892 | x | 12/3/09 |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 4071712162 |  |  | 75403121 | 65947131162 | 08329111162 | 52058101620 | 10653581620 | 10653581620 |  |  |
| 11 | CH0027120796 | LB Treasury BV | Euroclear | 92892 | | CHF | - | 16,000 | - | 7,000 | 294,000 | 1,664,000 | 201,000 | 479,000 | 450,000 | 2,911,000 | n/a | 6053008 | n/a | 6053012 | 6053012 | 6053006 | 6053013 | 6053014 | x | 10/22/09 |
| 1 | CH0027120895 | LB Securities NV | Euroclear | 92892 | | EUR | - | 12,000 | - | 5,000 | 215,000 | 1,171,000 | 143,000 | 185,000 | 178,000 | 1,909,000 | n/a | 6058500 | n/a | 6058511 | 6058512 | 6058513 | 6058514 | 6058524 | x | 10/22/09 |
| 3 | CH0043088447 | LB Treasury BV | Euroclear | 92892 | | USD | 35,000 | 30,000 | 20,000 | 4,000 | 74,000 | 377,000 | 52,000 | 24,000 | 62,000 | 650,000 | 6042656 | 6042652 | 6042656 | 6042656 | 6042657 | 6042664 | 6042658 | 6042659 | x | 10/22/09 |
| 4 | CH0043088654 | LB Treasury BV | Euroclear | 92892 | | USD | 54,000 | 5,000 | 30,000 | 5,000 | 114,000 | 581,000 | 80,000 | 36,000 | 95,000 | 1,000,000 | 6043211 | 6043207 | 6043208 | 6043209 | 6043210 | 6043212 | 6043213 | 6043214 | x | 10/22/09 |
| 5 | XS0203783526 | LB Treasury BV | Euroclear | 92892 | | USD | - | 11,000 | - | 4,000 | 189,000 | 952,000 | 129,000 | 162,000 | 153,000 | 1,600,000 | n/a | 6050517 | 6050528 | 6050529 | 6050529 | 6050531 | 6050536 | x | 10/22/09 |
| 6 | XS0210414750 | LB Holdings Inc | Euroclear | 92892 | | EUR | - | 640,000 | - | 311,000 | 9,896,000 | 14,014,000 | 2,096,000 | 1,333,000 | 2,959,000 | 11,089,000 | n/a | 6050940 | n/a | 6050941 | 6050942 | 6050943 | 6050939 | 6050946 | 6050945 | x | 10/22/09 |
| 7 | XS0230522962 | LB Treasury BV | Euroclear | 92892 | | USD | - | 31,000 | - | 14,000 | 572,000 | 3,311,000 | 403,000 | 247,000 | 502,000 | 5,080,000 | n/a | 6030388 | n/a | 6030391 | 6030392 | 6030393 | 6030394 | 6030395 | x | 10/19/09 |
| 8 | XS0238137439 | LB Treasury BV | Euroclear | 92892 | | EUR | - | 16,000 | - | 4,000 | 798,000 | 798,000 | 94,000 | 41,000 | 123,000 | 1,289,000 | n/a | 6055643 | n/a | 6055645 | 6055646 | 6055642 | 6055647 | 6055648 | x | 10/22/09 |
| 19 | XS0254946287 | LB Treasury BV | Euroclear | 92892 | | EUR | 500,000 | 250,000 | - | - | 4,505,000 | 30,285,000 | 4,162,000 | 2,846,000 | 7,452,000 | 50,000,000 | 6043076 | 6043074 | n/a | 6043073 | 6043075 | 6043067 | 6043066 | 6043066 | x | 10/22/09 |
| 20 | XS0256257907 | LB Treasury BV | Euroclear | 92892 | | EUR | 200,000 | - | 200,000 | - | 2,714,000 | 11,218,000 | 1,480,000 | 1,204,000 | 2,984,000 | 20,000,000 | 6054463 | n/a | 6054462 | 6054464 | 6054466 | 6054465 | 6054466 | x | 10/22/09 |
| 21 | XS0268576609 | LB Treasury BV | Euroclear | 92892 | | CHF | - | 21,000 | - | 5,000 | 174,000 | 1,027,000 | 121,000 | 52,000 | 158,000 | 1,658,000 | n/a | 6055654 | n/a | 6055665 | 6055656 | 6055662 | 6055568 | 6055657 | x | 10/22/09 |
| 22 | XS0269969027 | LB Treasury BV | Euroclear | 92898 | | EUR | - | 16,000 | - | 4,000 | 206,000 | 773,000 | 91,000 | 39,000 | 119,000 | 1,248,000 | n/a | 6055666 | n/a | 6055667 | 6055668 | 6055665 | 6055672 | 6055654 | x | 10/22/09 |
| 23 | XS0274087294 | LB Treasury BV | Euroclear | 92898 | | GBP | - | 126,000 | - | 29,000 | 1,653,000 | 6,196,000 | 728,000 | 316,000 | 952,000 | 10,000,000 | n/a | 6055611 | n/a | 6055612 | 6055613 | 6055629 | 6055634 | 6055635 | x | 10/22/09 |
| 24 | XS0275908456 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055325 | n/a | 6055324 | 6055326 | 6055327 | 6055328 | 6055329 | 6055330 | x | 10/22/09 |
| 25 | XS0276282737 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055791 | n/a | 6055792 | 6055793 | 6055794 | 6055795 | 6055796 | 6055797 | x | 10/22/09 |
| 26 | XS0278671382 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6054500 | n/a | 6054498 | 6054499 | 6054501 | 6054496 | 6054502 | 6054503 | x | 10/22/09 |
| 27 | XS0279295595 | LB Treasury BV | Euroclear | 92898 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6053857 | n/a | 6053873 | 6053861 | 6053865 | 6053864 | 6053870 | 6053872 | x | 10/22/09 |
| 28 | XS0279612823 | LB Treasury BV | Euroclear | 92892 | | EUR | - | 31,000 | - | 14,000 | 563,000 | 3,200,000 | 337,000 | 437,000 | 418,000 | 5,000,000 | n/a | 6055607 | n/a | 6055608 | 6055609 | 6055610 | 6055611 | 6055612 | x | 10/22/09 |
| 29 | XS0280372989 | LB Treasury BV | Euroclear | 92898 | | EUR | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6054793 | n/a | 6054791 | 6054792 | 6054793 | 6054795 | 6054794 | 6054795 | x | 10/22/09 |
| 30 | XS0280372367 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6053944 | n/a | 6053948 | 6053955 | 6053955 | 6053958 | 6053960 | 6053963 | x | 10/22/09 |
| 31 | XS0280981035 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055666 | n/a | 6055666 | 6055648 | 6055650 | 6055651 | 6055662 | 6055672 | x | 10/22/09 |
| 33 | XS0281219385 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6050487 | n/a | 6050485 | 6050490 | 6050492 | 6050493 | 6050447 | 6050448 | x | 10/22/09 |
| 34 | XS0281271358 | LB Treasury BV | Euroclear | 92892 | | GBP | 70,000 | 11,000 | - | 14,000 | 239,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 4,355,000 | 6054440 | 6054437 | 6054436 | 6054439 | 6054441 | 6054436 | 6054441 | 6054443 | x | 10/22/09 |
| 35 | XS0283228368 | LB Securities NV | Euroclear | 92892 | | EUR | - | 13,000 | - | 6,000 | 238,000 | 1,183,000 | 162,000 | 205,000 | 193,000 | 2,000,000 | n/a | 6053780 | n/a | 6053781 | 6053782 | 6053783 | 6053784 | 6053785 | x | 10/22/09 |
| 36 | XS0281818671 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6041181 | n/a | 6041178 | 6041177 | 6041176 | 6041175 | 6041174 | 6041180 | x | 10/22/09 |
| 37 | XS0285439141 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6050171 | n/a | 6050172 | 6050173 | 6050174 | 6050170 | 6050172 | 6050178 | x | 10/22/09 |
| 38 | XS0286406177 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055647 | n/a | 6055648 | 6055649 | 6055509 | 6055410 | 6055411 | 6055412 | x | 10/22/09 |
| 39 | XS0287900152 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 338,000 | 1,387,000 | 191,000 | 159,000 | 362,000 | 2,500,000 | 6055407 | n/a | 6055416 | 6055405 | 6055409 | 6055410 | 6055411 | 6055414 | x | 10/22/09 |
| 40 | XS0290469678 | LB Treasury BV | Euroclear | 92898 | | USD | 25,000 | - | 25,000 | - | 338,000 | 1,387,000 | 191,000 | 159,000 | 362,000 | 2,500,000 | 6055505 | n/a | 6055505 | 6055506 | 6055497 | 6055485 | 6055489 | 6055492 | x | 10/22/09 |
| 41 | XS0299141332 | LB Holdings Inc | Euroclear | 92892 | | GBP | - | 790,000 | - | 383,000 | 11,544,000 | 16,945,000 | 3,317,000 | 1,716,000 | 3,605,000 | 38,100,000 | n/a | 6058891 | n/a | 6058893 | 6058894 | 6058896 | 6058896 | 6058897 | x | 10/22/09 |
| 42 | XS0320031684 | LB Treasury BV | Euroclear | 92892 | | EUR | - | - | - | - | 306,000 | 1,735,000 | 127,000 | 290,000 | 256,000 | 2,500,000 | 6055512 | n/a | 6055509 | 6055511 | 6055513 | 6055508 | 6055515 | 6055515 | x | 10/22/09 |
| 43 | XS0334788360 | LB Treasury BV | Euroclear | 92892 | | EUR | 66,000 | - | 30,000 | - | 1,224,000 | 5,789,000 | 796,000 | 1,235,000 | 1,161,000 | 10,300,000 | 6051962 | n/a | 6051961 | 6051963 | 6051964 | 6051965 | 6051966 | 6051968 | x | 10/22/09 |
| 44 | XS0335528668 | LB Treasury BV | Euroclear | 92892 | | USD | 70,000 | 31,000 | - | 24,000 | 341,000 | 432,000 | 69,000 | 468,000 | 4,855,000 | 6044440 | 6044438 | 6044439 | 6044444 | 6044448 | 6044443 | 6044443 | 6044443 | x | 10/22/09 |
| 45 | XS0336050058 | LB Treasury BV | Euroclear | 92892 | | USD | 30,000 | - | 30,000 | - | 406,000 | 1,664,000 | 229,000 | 191,000 | 435,000 | 3,000,000 | 6055375 | n/a | 6055363 | 6055353 | 6055365 | 6055367 | 6055361 | 6055377 | x | 10/22/09 |
| 46 | XS0317637515 | LB Treasury BV | Euroclear | 92892 | | CHF | 9,000 | - | 4,000 | - | 168,000 | 792,000 | 109,000 | 149,000 | 159,000 | 1,400,000 | 6047991 | n/a | 6047993 | 6047994 | 6047995 | 6047994 | 6047994 | 6048003 | x | 10/22/09 |
| 47 | XS0342429038 | LB Treasury BV | Euroclear | 92898 | | USD | 30,000 | - | 30,000 | - | 406,000 | 1,664,000 | 229,000 | 191,000 | 435,000 | 3,000,000 | 6050201 | n/a | 6050204 | 6050203 | 6050202 | 6050205 | 6050202 | 6050214 | x | 10/22/09 |
| 48 | XS0375190905 | LB Treasury BV | Euroclear | 92892 | | USD | - | 33,000 | - | 15,000 | 590,000 | 3,250,000 | 312,000 | 516,000 | 534,000 | 5,250,000 | n/a | 6056145 | 6056146 | 6056147 | 6056143 | 6056142 | 6056155 | 6056156 | x | 10/22/09 |
| 50 | XS0344368967 | LB Treasury BV | Euroclear | 92892 | | USD | 133,000 | 12,000 | 75,000 | 10,000 | 1,040,000 | 1,440,000 | 198,000 | 96,000 | 236,000 | 2,480,000 | 6053105 | 6053108 | 6053107 | 6053106 | 6053110 | 6053109 | 6053111 | 6053112 | x | 10/22/09 |
| 51 | XS0344445312 | LB Treasury BV | Euroclear | 92892 | | USD | - | 30,000 | - | 14,000 | 406,000 | 1,664,000 | 229,000 | 191,000 | 435,000 | 3,000,000 | 6055693 | n/a | 6055694 | 6055698 | 6055709 | 6055699 | 6055709 | 6055703 | x | 10/22/09 |
| 52 | XS0354613287 | LB Treasury BV | Euroclear | 92892 | | USD | - | 30,000 | - | 14,000 | 406,000 | 1,664,000 | 229,000 | 191,000 | 435,000 | 3,000,000 | 6055692 | n/a | 6055693 | 6055703 | 6055709 | 6055703 | 6055703 | 6055710 | x | 10/22/09 |
| 53 | XS0361676702 | LB Treasury BV | Euroclear | 92892 | | CHF | 30,000 | - | 30,000 | - | 15,000 | 406,000 | 1,664,000 | 229,000 | 191,000 | 3,000,000 | 6054397 | n/a | 6054398 | 6054399 | 6054400 | 6054401 | 6054402 | 6054400 | x | 10/22/09 |
| 54 | XS0362181425 | LB Treasury BV | Euroclear | 92892 | | GBP | - | 110,000 | - | 113,000 | 2,975,000 | 5,541,000 | 857,000 | 374,000 | 1,130,000 | 11,300,000 | n/a | 6055168 | 6055178 | 6055173 | 6055172 | 6055176 | 6055176 | 6055176 | x | 10/22/09 |
| 56 | XS0362646597 | LB Holdings Inc | Euroclear | 92892 | | USD | 25,000 | - | 25,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6054048 | n/a | 6054040 | 6054081 | 6054082 | 6054083 | 6055167 | 6055176 | x | 10/22/09 |
| 57 | XS0366668381 | LB Treasury BV | Euroclear | 92892 | | USD | 25,000 | - | 25,000 | - | 338,000 | 1,387,000 | 191,000 | 159,000 | 362,000 | 2,500,000 | 6055247 | n/a | 6055244 | 6055235 | 6055213 | 6055214 | 6055214 | 6055218 | x | 10/22/09 |
| 58 | XS0375027074 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055185 | n/a | 6055182 | 6055142 | 6055143 | 6055144 | 6055145 | 6055146 | x | 10/21/09 |
| 59 | XS0381884617 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055589 | n/a | 6055351 | 6055341 | 6055342 | 6055344 | 6055345 | 6055347 | x | 10/21/09 |
| 60 | XS0381884963 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 271,000 | 1,109,000 | 153,000 | 127,000 | 290,000 | 2,000,000 | 6055585 | n/a | 6055586 | 6055588 | 6055589 | 6055590 | 6055591 | 6055592 | x | 10/21/09 |
| 61 | XS0386331127 | LB Treasury BV | Euroclear | 92892 | | USD | 20,000 | - | 20,000 | - | 406,000 | 1,664,000 | 229,000 | 191,000 | 435,000 | 3,000,000 | 6056470 | n/a | 6056471 | 6056472 | 6056473 | 6056475 | 6056476 | 6056477 | x | 10/21/09 |

61   61

## EXHIBIT B

**2005 GUARANTEE**

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

**WHEREAS,** the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

**WHEREAS,** certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

**WHEREAS,** due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

**WHEREAS,** the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

**WHEREAS,** Management wishes to establish additional Guaranteed Subsidiaries,

**WHEREAS,** Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

**WHEREAS,** Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

**NOW THEREFORE BE IT,**

06-09-05    11:31    JDM INVESTMENTS                    ID=2023380294              P.02

                                                                                NO.290    004
                                                                                NO.504    002
26.06.2005    29:11    LEHMAN → 912023380294
26/06/2005    16:41    LEHMAN → 912023380294

**RESOLVED**, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED**, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED**, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED**, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof, and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED**, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.

John D. Macomber

06-09-05    09:40                RECEIVED FROM:212 526 0339                P.04

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

## **EXHIBIT C**

**2008 GUARANTEE**

**C L I F F O R D**
**C H A N C E**

CLIFFORD CHANCE LLP

EXECUTION COPY

**LEHMAN BROTHERS HOLDINGS INC.**
**LEHMAN BROTHERS TREASURY CO. B.V.**
**LEHMAN BROTHERS BANKHAUS AG**

**U.S.$100,000,000,000**
**EURO MEDIUM-TERM NOTE PROGRAM**

*Unconditionally and irrevocably guaranteed, as to Notes to be issued by*
*Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, by*

**LEHMAN BROTHERS HOLDINGS INC.**

_____

**GUARANTEE AGREEMENT**

*in respect of*

**LEHMAN BROTHERS TREASURY CO. B.V.**

_____

24 July 2008

# CONTENTS

**Clause**                                                                                                    **Page**

1.   Definitions ..................................................................................................... 2
2.   Guarantee ....................................................................................................... 3
3.   Status ............................................................................................................. 4
4.   Continuing Guarantee .................................................................................. 5
5.   Reinstatement ............................................................................................... 5
6.   Immediate Recourse ..................................................................................... 5
7.   Covenants ...................................................................................................... 5
8.   Deposit Of Guarantee ................................................................................... 5
9.   Stamp Duties ................................................................................................. 5
10.  Partial Invalidity .......................................................................................... 6
11.  Notices ........................................................................................................... 6
12.  Governing Law .............................................................................................. 6

**THIS GUARANTEE AGREEMENT** is made as of 24 July 2008

**BY**

(1)    **LEHMAN BROTHERS HOLDINGS INC.** (the "**Guarantor**")

**IN FAVOUR OF**

(2)    **HOLDERS** (as defined below); and

(3)    **THE ACCOUNTHOLDERS** (as defined below);

**WHEREAS**

(A)    **LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS TREASURY CO. B.V.** and **LEHMAN BROTHERS BANKHAUS AG** (each an "**Issuer**" and together the "**Issuers**") have established a Program (the "**Program**") for the issuance of medium-term notes (the "**Notes**").  In connection with the Program the Issuers have entered into an Amended and Restated Fiscal Agency Agreement dated 24 July 2008 (as supplemented and amended from time to time, the "**Fiscal Agency Agreement**") with the Bank of New York Mellon, acting through its London Branch, as Fiscal Agent, the Bank of New York Mellon, acting through its New York Branch, as Registrar and the other parties referred to therein.  Notes in bearer form may be represented initially by (in the case of Issuers other than Lehman Brothers Holdings Inc.) a permanent global Note (the "**Permanent Global Note**") or by a temporary global Note (the "**Temporary Global Note**") exchangeable in accordance with its terms for a Permanent Global Note or, as the case may be, definitive notes in bearer form ("**Definitive Notes**") and/or registered Notes ("**Registered Notes**") represented by definitive Notes in registered form ("**Definitive Registered Notes**"), global Notes in registered form ("**Global Registered Notes**") or Notes in registered uncertified form.  Permanent Global Notes are, in accordance with their respective terms, exchangeable for Definitive Notes. Registered Notes may be represented initially by Definitive Registered Notes and/or Global Registered Notes. Global Registered Notes, are themselves exchangeable, in accordance with their terms, for Definitive Registered Notes.  References herein to "**Global Notes**" shall be to Permanent Global Notes, Temporary Global Notes and Global Registered Notes.  A Global Note will be delivered to a depositary or a common depositary or a common safekeeper or a custodian, as the case  may be, for any one or more of the Clearing Systems (as defined below) for credit to such securities clearing (or any other) account or accounts with any Clearing System as may be determined by the terms and conditions and operating procedures or management regulations of the relevant Clearing System with its respective participants and/or accountholders.  Notes denominated in Australian dollars may be issued in the domestic Australian capital markets ("**Australian Domestic Notes**") and Notes denominated in New Zealand dollars that may be cleared through the Austraclear New Zealand System ("**New Zealand Domestic Notes**") may be issued by Lehman Brothers Treasury Co. B.V. ("**LBTCBV**"), in each case pursuant to a deed poll to be executed by LBTCBV (the "**Deed Poll**"), and such Australian Domestic Notes and New Zealand Domestic Notes will be issued in registered, uncertificated and dematerialised book-entry form and take the form of entries on a register to be

maintained by an Australian or New Zealand registrar, as applicable, to be appointed by LBTCBV.

(B)    The Guarantor has agreed to guarantee irrevocably the payment of principal and interest together with all other sums payable by LBTCBV under the Notes issued by LBTCBV (the **"Guaranteed Issuer"**) and to guarantee irrevocably the performance by the Guaranteed Issuer of its obligations under the Deed of Covenant, dated 24 July 2008, by the Guaranteed Issuer in favour of the parties identified therein (as supplemented, amended or replaced from time to time, the **"Deed of Covenant"**) and the performance by the Guaranteed Issuer of its obligations under the Deed Poll.

**NOW THIS GUARANTEE WITNESSES** as follows:

1.    **DEFINITIONS**

1.1    In this Guarantee the following words and expressions shall have the following meanings:

**"Accountholder"** shall bear the meaning ascribed thereto in the Deed of Covenant in respect of Guaranteed Notes;

**"Clearing System"** means each of Euroclear, Clearstream, Luxembourg, DTC and any other clearing system specified in the relevant Final Terms;

**"Conditions"** means the terms and conditions of the relevant Notes, as the same may be modified or supplemented in accordance with the terms thereof, and any reference to a numbered **"Condition"** is to the correspondingly numbered provision thereof;

**"DTC"** means The Depositary Trust Company;

**"Guaranteed Note"** shall mean a Note issued by the Guaranteed Issuer (including an Australian Domestic Note and a New Zealand Domestic Note) and shall include any related Coupon, Talon or Receipt;

**"Holder"** shall bear the meaning ascribed thereto in the Conditions, in respect of any Guaranteed Note;

**"Relevant Date"** means either (i) the date on which payment of the relevant Note first becomes due or (ii) if the full amount of the moneys payable has not been received by the Fiscal Agent (or any other paying agent in respect of the relevant Note) on or prior to such due date, the date on which all moneys then due for payment shall have been so received and notice to that effect shall have been duly given to the Holders or Accountholders; and

**"this Guarantee"** shall mean this Guarantee Agreement as amended or supplemented from time to time.

1.2    Headings used in this Guarantee are for each of reference only and shall not affect its construction.

1.3    Unless otherwise defined herein, terms defined in the Conditions have the same respective meanings when used in this Guarantee.

2.    **GUARANTEE**

2.1    The Guarantor hereby irrevocably and unconditionally guarantees to the Holders and the Accountholders the performance by the Guaranteed Issuer of all its obligations pursuant to the Conditions of the Notes including without limitation:

(a)    the due and punctual payment of each amount payable in respect of any Guaranteed Note, the Deed of Covenant and the Deed Poll as and when the same become due and payable; and

(b)    any obligation to deliver or procure the delivery of any securities pursuant to such Conditions,

so that the Guarantor shall, if the Guaranteed Issuer shall fail punctually to perform any such obligation forthwith perform or procure the performance of the obligation in accordance with the applicable Conditions upon written demand by such Holder or Accountholder including (without limitation) the due and punctual payment of any such amount in the manner and currency prescribed by such Guaranteed Note which the Guaranteed Issuer shall be liable to pay under and pursuant to such Guaranteed Note, the Deed of Covenant or the Deed Poll or the delivery of any securities pursuant to such Conditions and which the Guaranteed Issuer shall have failed to pay or deliver (as the case may be) at the time such demand is made.

2.2    This Guarantee is one of payment and not collection. The Guarantor acknowledges that its obligations hereunder are several and independent obligations of the Guaranteed Issuer and that the Guarantor shall be liable as sole principal debtor, with the consequence that such liability will not be discharged, impaired or otherwise affected by anything which would not so discharge, impair or otherwise affect its liability if it were a sole principal debtor, including without limitation:

(a)    any time, indulgence, waiver or consent at any time given to the Guaranteed Issuer or any other person;

(b)    any amendment to the Conditions in respect of the Guaranteed Notes, the Deed of Covenant or the Deed Poll or to any security or other guarantee or indemnity;

(c)    the making or absence of any demand on the Guaranteed Issuer or any other person;

(d)    the enforcement or absence of enforcement of any Guaranteed Notes, the Deed of Covenant or the Deed Poll or of any security or other guarantee or indemnity;

(e)    the release of any such security, guarantee or indemnity;

(f)    the dissolution, amalgamation, reconstruction or reorganisation of the Guaranteed Issuer or any other person;

(g)    the winding up of the Guaranteed Issuer or the bringing of any analogous proceeding in any jurisdiction or any change in its status, function, control or ownership; and

(h)     the illegality, invalidity, irregularity or unenforceability of, or any defect in, any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll or any of the Guaranteed Issuer's obligations in respect thereof.

2.3     As a separate and alternative stipulation, the Guarantor irrevocably agrees that any sum expressed to be payable by the Guaranteed Issuer under any Guaranteed Note, the Deed of Covenant or the Deed Poll which is for any reason (including, without limitation, by reason of any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll being or becoming void, unenforceable or otherwise invalid under any applicable law) (whether or not now known or becoming known to the Guaranteed Issuer, the Guarantor, the Holder(s), the Accountholder(s) or any other person) not recoverable from it on the basis of a guarantee, will nevertheless be recoverable from it as if it were the sole principal debtor and will be paid by it to the Holder(s) or the Accountholder(s) on written demand.  This indemnity constitutes a separate and independent obligation from the other obligations in this Guarantee, gives rise to a separate and independent cause of action and will apply irrespective of any indulgence granted by the Holder(s), the Accountholder(s) or any other person.

3.     **STATUS**

3.1     The claims of the Holders and Accountholders against the Guarantor in respect of senior Guaranteed Notes will constitute direct, unconditional and (subject to the provisions of Condition 11 (*Negative Pledge with respect to Senior Notes*) and the provisions of the Fiscal Agency Agreement) unsecured obligations of the Guarantor and rank *pari passu* in right of payment among the Guarantee, prior to the equity securities of the Guarantor and equally with all other unsecured and unsubordinated debt obligations of the Guarantor (subject, in the event of insolvency, to laws affecting creditors' rights generally).

3.2     The claims of the Holders and the Accountholders against the Guarantor in respect of subordinated Guaranteed Notes constitute direct, unsecured and subordinated obligations of the Guarantor and rank *pari passu* among themselves and *pari passu* will all other present and future unsecured, unconditional and subordinated indebtedness of the Guarantor and will be subordinated, in the event of the winding-up of the Guarantor, to the claims of its Senior Creditors.  Amounts payable under the Guarantee shall be due and payable by the Guarantor in such winding-up only if and to the extent that all claims against the Guarantor by its Senior Creditors have been paid in full.

3.3     Subject to applicable law, no Holder or Accountholder may be granted any security by the Guarantor or any third party or claim any right of set-off in respect of any amount owed to it by the Guarantor under this Guarantee in connection with subordinated Guaranteed Notes and each Holder or relevant Accountholder shall be deemed to have waived all such rights.

3.4     Subsequent agreements which limit the subordination effected pursuant to Clause 3.2 or which accelerate payments under this Guarantee in respect of subordinated Guaranteed Notes are not permitted by law.  Should payments be effected in respect of subordinated Guaranteed Notes by the Guarantor before the maturity date without legal preconditions

being fulfilled, the amount paid shall be refunded to the Guarantor notwithstanding any agreement to the contrary.

4. **CONTINUING GUARANTEE**

This Guarantee is a continuing guarantee and shall extend to the **ultimate balance of all the obligations of the Guaranteed Issuer** under any Guaranteed Note notwithstanding any settlement of account or other matter or thing whatsoever. It shall remain in full force and effect until all such obligations have been irrevocably paid and satisfied in full. Furthermore, such obligations are additional to, and not in substitution for, any security or other guarantee or indemnity at any time existing in favour of any person.

5. **REINSTATEMENT**

If any payment received by a Holder or Accountholder shall, on the subsequent bankruptcy, insolvency, corporate reorganisation or other similar event of the Guaranteed Issuer, be avoided or set aside under any laws relating to such events, such payment shall not be considered as discharging or diminishing the liability of the Guarantor and this Guarantee shall continue to apply as if such payment had at all times remained owing by the Guaranteed Issuer, provided that the obligations of the Guaranteed Issuer and/or the Guarantor under this Clause 5 shall, as regards each payment made to the Holder or Accountholder which is avoided or set aside, be contingent upon such payment being reimbursed to the Guaranteed Issuer or other persons entitled through the Guaranteed Issuer.

6. **IMMEDIATE RECOURSE**

The Guarantor waives any right it may have of first requiring a Holder or Accountholder to proceed against or enforce any other rights or security against the Guaranteed Issuer or any other person before claiming from the Guarantor hereunder.

7. **COVENANTS**

The Guarantor covenants in favour of the Holders and the Accountholders that it will duly perform and comply with the obligations expressed to be undertaken by it in the Conditions.

8. **DEPOSIT OF GUARANTEE**

This Guarantee shall be deposited with and held by the Fiscal Agent until all obligations of the Guaranteed Issuer and/or in respect of the Guaranteed Notes have been discharged in full. The Guarantor hereby acknowledges the right of every Holder and Accountholder to the production of this Guarantee.

9. **STAMP DUTIES**

The Guarantor shall pay all stamp, registration and other taxes and duties (including any interest and penalties thereon or in connection therewith) which may be payable upon or in connection with the execution and delivery of this Guarantee, and shall indemnify each Holder and Accountholder against any claim, demand, action, liability, damages, cost, loss or expense (including, without limitation, reasonably legal fees and any

applicable value added tax) which it incurs as a result of or arising out of or in relation to any failure of the Guarantor to pay or delay in paying any of the same.

10. **PARTIAL INVALIDITY**

If at any time any provisions hereof is or becomes illegal, invalid or unenforceable in any respect under the laws of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions hereof nor the legality, validity or enforceability of such provision under the laws of any other jurisdiction shall in any way be affected or impaired thereby.

11. **NOTICES**

All notices, demands or other communications by any Holder or Accountholder upon the Guarantor shall be duly served upon the Guarantor if served on the Guarantor by letter at 745 Seventh Avenue, New York, New York 10019.

12. **GOVERNING LAW**

This Guarantee shall be governed by, and construed in accordance with, the law of the State of New York.

**IN WITNESS** whereof the Guarantor has executed this Guarantee the day and year first above written.

**EXECUTED**                                        )
by **LEHMAN BROTHERS HOLDINGS INC.**   )
acting by                                           )
                                                         PAOLO TONUCCI

H
A
N
D

D
E
L
I
V
E
R
Y

**FILED / RECEIVED**

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

_____          _____          3:01
**RECEIVED BY:**                  **DATE**                         **TIME**

United States Bankruptcy Court/Southern District of New York

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000062820

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor (and name and address where notices should be sent if different from Creditor)<br><br>The Värde Fund, L.P.<br>c/o Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Attn: Howard Steel, Esq.<br><br>Telephone number:  212.209.4800        Email Address: hsteel@brownrudnick.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:** _____<br>  (If known)<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above)<br><br>Värde Management, L.P. (agent for The Värde Fund, L.P.)<br>8500 Normandale Lake Blvd, Suite 1500<br>Minneapolis, MN 55437<br>Attn: Liquid Operations / Operations@varde.com / 952.374.5122<br>Attn: Scott Hartman / shartman@varde.com / 952.820.1160<br><br>Telephone number:  (provided above)      Email Address:     (provided above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1.    Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $_____ See Exhibit A, attached _____ (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number  (ISIN): _____ See Schedule 1, attached _____ (Required)**

3.    Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

     See Schedule 1, attached                    (Required)

4.    Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

     See Schedule 1, attached                    (Required)

| 5.    **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | **FOR COURT USE ONLY** |
|---|---|
| **Date.** \| **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Nathan J. Geske    (see payment address above)<br>Vice President | **FILED / RECEIVED**<br><br>NOV 0 2 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**EXHIBIT A**

**ADDENDUM TO**
**PROOF OF CLAIM OF THE VÄRDE FUND, L.P.**

1.        This Proof of Claim is, and shall be deemed to be, filed, submitted and asserted

by The Värde Fund, L.P. ("Värde") against Lehman Brothers Holdings Inc. ("LBHI") and its

affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") in each of their

respective chapter 11 cases.  Värde is filing this Proof of Claim in order to set forth the claims of

Värde relating to "Lehman Programs Securities" against LBHI and the Debtors, as more fully

described below.

2.        Värde is a noteholder in several notes series issued by Lehman Brothers Treasury

Co. B.V. ("LBT") and LBHI (collectively, the "Notes"), and is also a holder of certificates issued

by Lehman Brothers Securities N.V. ("LBS") and LBT (collectively, the "Certificates"), as more

fully described on the attached Schedule 1.

3.        Värde asserts this claim against LBHI for any and all prepetition and postpetition

amounts and liabilities in respect of the Notes, Certificates and any other documents related

thereto, including, without limitation, any and all principal, premiums, interest, additional

interest, periodic payments, coupon payments, fees, costs, expenses, attorneys' and

professionals' fees and disbursements, any final redemption amounts, automatic redemption

amounts, cash settlement amounts, physical settlement amounts, fractional share amounts,

cancellation amounts, early redemption amounts, any other amounts owed, and any and all

indemnification obligations owed under the Notes and Certificates (as applicable), and to the

extent allowed by law.

4.        Pursuant to that certain Unanimous Written Consent of the Executive Committee

of the Board of Directors of LBHI, dated June 9, 2005 (the "2005 Guarantee"), a copy of which

is attached hereto as Exhibit B, LBHI has guaranteed the payment of all liabilities, obligations and commitments of certain subsidiaries, including LBT and LBS. Pursuant to that certain Guarantee Agreement in respect of LBT, dated July 24, 2008 (the "2008 Guarantee"), a copy of which is attached hereto as Exhibit C, LBHI unconditionally and irrevocably guaranteed the performance of all of LBT's obligations in the Notes, including, without limitation, the payment of principal and interest, together with all other sums payable by LBT under the Notes. The 2008 Guarantee extends to the ultimate balance of the Notes notwithstanding any settlement of accounts, or other matter whatsoever, and remains in full force and effect until all obligations have been irrevocably paid and satisfied in full. Värde thus asserts its claim with respect to the Notes and Certificates against LBHI on the basis of the 2005 Guarantee, the 2008 Guarantee, and any other guarantees, contractual or otherwise, by LBHI for the benefit of LBT and LBS.

5.      As certain of the damages described above are contingent, unliquidated and likely to continue, the exact amount of Värde's total claim as set forth herein is unknown at this time. Värde reserves the right to amend or supplement this Proof of Claim, and any schedule or exhibit attached hereto, as it may deem necessary and proper.

6.      Värde reserves all of its rights and defenses, whether under title 11 of the United States Code or other applicable law, as to any claims that may be asserted against Värde by LBHI and the Debtors, including, without limitation, any rights of setoff and/or recoupment not expressly observed above. Värde reserves the right to file additional proofs of claim for additional claims which may be based on the same or additional documents. Värde reserves the right to file additional proofs of claim for administrative expenses or other claims entitled to priority. Värde reserves the right to file claims for the payment of interest (subject to applicable law) and for the reimbursement of all reasonable expenses (including attorneys' fees and

collection fees) incurred by Värde in connection with the claims described herein. Värde further reserves all of its rights as against the other debtors in these Chapter 11 proceedings and against other Lehman entities in any other Lehman proceeding in the United States or overseas.

7.    This Proof of Claim is filed under the compulsion of the bar date set in this case and is filed to protect Värde from forfeiture of its claim by reason of said bar date. The filing of this Proof of Claim shall not constitute: (a) a waiver, release, or limitation of Värde's rights against any person, entity or property (including, without limitation, LBHI or any other person or entity that is or may become a debtor in a case pending in this Court) in which Värde has a security interest or lien, (b) a consent by Värde to the jurisdiction or venue of this Court or any other court with respect to the proceedings, if any, commenced in any case against or otherwise involving Värde with respect to the subject matter of the claims set forth in this Proof of Claim, any objection or other proceeding commenced with respect thereto or any other proceeding commenced in these cases against or otherwise involving Värde, (c) a waiver, release, or limitation of the right of Värde to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the U.S. Constitution, (d) a consent by Värde to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise, (e) a waiver, release, or limitation of Värde's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a U.S. District Court Judge, (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this claim, any objection thereto or other proceeding which may be commenced in this

case against or otherwise involving Värde, (g) a consent to the termination of LBHI's liability to

Värde by any particular court, including, without limitation, this Court, (h) a consent to the final

determination or adjudication of any claim or right pursuant to 28 U.S.C. § 157(c), or (i) an

election of remedies.  No judgment has been rendered on this claim.  This claim is not subject to

any setoff or counterclaim rights by LBHI.

8.      Copies of any documents that underlie or evidence the obligations of LBHI, the

Debtors, and any issuer to Värde that are not attached hereto are available upon written request

to Värde.

9.      All notices and distributions in respect of this claim should be forwarded to:  The

Värde Fund, L.P. c/o Brown Rudnick LLP, Seven Times Square, New York, NY 10036, Attn:

Howard S. Steel, Esq.

## **SCHEDULE 1**

## **EXHIBIT B**

## **2005 GUARANTEE**

06/08/2005   16:41   LEHMAN → 916467582653   NO.504   P01

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

06-09-05    11:31    JDM INVESTMENTS                          ID=2023380294              P.02

**RESOLVED**, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED**, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED**, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED**, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED**, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 9, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

Schedule A
to LBHI Unanimous Written Consent
dated June 9 , 2005

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |

3

## **EXHIBIT C**

## **2008 GUARANTEE**

# C L I F F O R D
# C H A N C E

CLIFFORD CHANCE LLP

**EXECUTION COPY**

**LEHMAN BROTHERS HOLDINGS INC.**
**LEHMAN BROTHERS TREASURY CO. B.V.**
**LEHMAN BROTHERS BANKHAUS AG**

**U.S.\$100,000,000,000**
**EURO MEDIUM-TERM NOTE PROGRAM**

*Unconditionally and irrevocably guaranteed, as to Notes to be issued by*
*Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG, by*

**LEHMAN BROTHERS HOLDINGS INC.**

---

**GUARANTEE AGREEMENT**

*in respect of*

**LEHMAN BROTHERS TREASURY CO. B.V.**

---

24 July 2008

# CONTENTS

**Clause**                                                                                    **Page**

1.    Definitions ..............................................................................................................2

2.    Guarantee ...............................................................................................................3

3.    Status .....................................................................................................................4

4.    Continuing Guarantee ............................................................................................5

5.    Reinstatement ........................................................................................................5

6.    Immediate Recourse ..............................................................................................5

7.    Covenants ..............................................................................................................5

8.    Deposit Of Guarantee ............................................................................................5

9.    Stamp Duties ..........................................................................................................5

10.   Partial Invalidity ...................................................................................................6

11.   Notices ...................................................................................................................6

12.   Governing Law ......................................................................................................6

**THIS GUARANTEE AGREEMENT** is made as of 24 July 2008

**BY**

(1)    **LEHMAN BROTHERS HOLDINGS INC.** (the "**Guarantor**")

**IN FAVOUR OF**

(2)    **HOLDERS** (as defined below); and

(3)    **THE ACCOUNTHOLDERS** (as defined below);

**WHEREAS**

(A)    **LEHMAN BROTHERS HOLDINGS INC., LEHMAN BROTHERS TREASURY CO. B.V.** and **LEHMAN BROTHERS BANKHAUS AG** (each an "**Issuer**" and together the "**Issuers**") have established a Program (the "**Program**") for the issuance of medium-term notes (the "**Notes**"). In connection with the Program the Issuers have entered into an Amended and Restated Fiscal Agency Agreement dated 24 July 2008 (as supplemented and amended from time to time, the "**Fiscal Agency Agreement**") with the Bank of New York Mellon, acting through its London Branch, as Fiscal Agent, the Bank of New York Mellon, acting through its New York Branch, as Registrar and the other parties referred to therein. Notes in bearer form may be represented initially by (in the case of Issuers other than Lehman Brothers Holdings Inc.) a permanent global Note (the "**Permanent Global Note**") or by a temporary global Note (the "**Temporary Global Note**") exchangeable in accordance with its terms for a Permanent Global Note or, as the case may be, definitive notes in bearer form ("**Definitive Notes**") and/or registered Notes ("**Registered Notes**") represented by definitive Notes in registered form ("**Definitive Registered Notes**"), global Notes in registered form ("**Global Registered Notes**") or Notes in registered uncertified form. Permanent Global Notes are, in accordance with their respective terms, exchangeable for Definitive Notes. Registered Notes may be represented initially by Definitive Registered Notes and/or Global Registered Notes. Global Registered Notes, are themselves exchangeable, in accordance with their terms, for Definitive Registered Notes. References herein to "**Global Notes**" shall be to Permanent Global Notes, Temporary Global Notes and Global Registered Notes. A Global Note will be delivered to a depositary or a common depositary or a common safekeeper or a custodian, as the case may be, for any one or more of the Clearing Systems (as defined below) for credit to such securities clearing (or any other) account or accounts with any Clearing System as may be determined by the terms and conditions and operating procedures or management regulations of the relevant Clearing System with its respective participants and/or accountholders. Notes denominated in Australian dollars may be issued in the domestic Australian capital markets ("**Australian Domestic Notes**") and Notes denominated in New Zealand dollars that may be cleared through the Austraclear New Zealand System ("**New Zealand Domestic Notes**") may be issued by Lehman Brothers Treasury Co. B.V. ("**LBTCBV**"), in each case pursuant to a deed poll to be executed by LBTCBV (the "**Deed Poll**"), and such Australian Domestic Notes and New Zealand Domestic Notes will be issued in registered, uncertificated and dematerialised book-entry form and take the form of entries on a register to be

maintained by an Australian or New Zealand registrar, as applicable, to be appointed by LBTCBV.

(B)    The Guarantor has agreed to guarantee irrevocably the payment of principal and interest together with all other sums payable by LBTCBV under the Notes issued by LBTCBV (the **"Guaranteed Issuer"**) and to guarantee irrevocably the performance by the Guaranteed Issuer of its obligations under the Deed of Covenant, dated 24 July 2008, by the Guaranteed Issuer in favour of the parties identified therein (as supplemented, amended or replaced from time to time, the **"Deed of Covenant"**) and the performance by the Guaranteed Issuer of its obligations under the Deed Poll.

**NOW THIS GUARANTEE WITNESSES** as follows:

1.    **DEFINITIONS**

1.1    In this Guarantee the following words and expressions shall have the following meanings:

**"Accountholder"** shall bear the meaning ascribed thereto in the Deed of Covenant in respect of Guaranteed Notes;

**"Clearing System"** means each of Euroclear, Clearstream, Luxembourg, DTC and any other clearing system specified in the relevant Final Terms;

**"Conditions"** means the terms and conditions of the relevant Notes, as the same may be modified or supplemented in accordance with the terms thereof, and any reference to a numbered **"Condition"** is to the correspondingly numbered provision thereof;

**"DTC"** means The Depositary Trust Company;

**"Guaranteed Note"** shall mean a Note issued by the Guaranteed Issuer (including an Australian Domestic Note and a New Zealand Domestic Note) and shall include any related Coupon, Talon or Receipt;

**"Holder"** shall bear the meaning ascribed thereto in the Conditions, in respect of any Guaranteed Note;

**"Relevant Date"** means either (i) the date on which payment of the relevant Note first becomes due or (ii) if the full amount of the moneys payable has not been received by the Fiscal Agent (or any other paying agent in respect of the relevant Note) on or prior to such due date, the date on which all moneys then due for payment shall have been so received and notice to that effect shall have been duly given to the Holders or Accountholders; and

**"this Guarantee"** shall mean this Guarantee Agreement as amended or supplemented from time to time.

1.2    Headings used in this Guarantee are for each of reference only and shall not affect its construction.

1.3    Unless otherwise defined herein, terms defined in the Conditions have the same respective meanings when used in this Guarantee.

2.    **GUARANTEE**

2.1    The Guarantor hereby irrevocably and unconditionally guarantees to the Holders and the Accountholders the performance by the Guaranteed Issuer of all its obligations pursuant to the Conditions of the Notes including without limitation:

(a)    the due and punctual payment of each amount payable in respect of any Guaranteed Note, the Deed of Covenant and the Deed Poll as and when the same become due and payable; and

(b)    any obligation to deliver or procure the delivery of any securities pursuant to such Conditions,

so that the Guarantor shall, if the Guaranteed Issuer shall fail punctually to perform any such obligation forthwith perform or procure the performance of the obligation in accordance with the applicable Conditions upon written demand by such Holder or Accountholder including (without limitation) the due and punctual payment of any such amount in the manner and currency prescribed by such Guaranteed Note which the Guaranteed Issuer shall be liable to pay under and pursuant to such Guaranteed Note, the Deed of Covenant or the Deed Poll or the delivery of any securities pursuant to such Conditions and which the Guaranteed Issuer shall have failed to pay or deliver (as the case may be) at the time such demand is made.

2.2    This Guarantee is one of payment and not collection. The Guarantor acknowledges that its obligations hereunder are several and independent obligations of the Guaranteed Issuer and that the Guarantor shall be liable as sole principal debtor, with the consequence that such liability will not be discharged, impaired or otherwise affected by anything which would not so discharge, impair or otherwise affect its liability if it were a sole principal debtor, including without limitation:

(a)    any time, indulgence, waiver or consent at any time given to the Guaranteed Issuer or any other person;

(b)    any amendment to the Conditions in respect of the Guaranteed Notes, the Deed of Covenant or the Deed Poll or to any security or other guarantee or indemnity;

(c)    the making or absence of any demand on the Guaranteed Issuer or any other person;

(d)    the enforcement or absence of enforcement of any Guaranteed Notes, the Deed of Covenant or the Deed Poll or of any security or other guarantee or indemnity;

(e)    the release of any such security, guarantee or indemnity;

(f)    the dissolution, amalgamation, reconstruction or reorganisation of the Guaranteed Issuer or any other person;

(g)    the winding up of the Guaranteed Issuer or the bringing of any analogous proceeding in any jurisdiction or any change in its status, function, control or ownership; and

(h)    the illegality, invalidity, irregularity or unenforceability of, or any defect in, any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll or any of the Guaranteed Issuer's obligations in respect thereof.

2.3    As a separate and alternative stipulation, the Guarantor irrevocably agrees that any sum expressed to be payable by the Guaranteed Issuer under any Guaranteed Note, the Deed of Covenant or the Deed Poll which is for any reason (including, without limitation, by reason of any provision of any Guaranteed Note, the Deed of Covenant or the Deed Poll being or becoming void, unenforceable or otherwise invalid under any applicable law) (whether or not now known or becoming known to the Guaranteed Issuer, the Guarantor, the Holder(s), the Accountholder(s) or any other person) not recoverable from it on the basis of a guarantee, will nevertheless be recoverable from it as if it were the sole principal debtor and will be paid by it to the Holder(s) or the Accountholder(s) on written demand.   This indemnity constitutes a separate and independent obligation from the other obligations in this Guarantee, gives rise to a separate and independent cause of action and will apply irrespective of any indulgence granted by the Holder(s), the Accountholder(s) or any other person.

3.    **STATUS**

3.1    The claims of the Holders and Accountholders against the Guarantor in respect of senior Guaranteed Notes will constitute direct, unconditional and (subject to the provisions of Condition 11 (*Negative Pledge with respect to Senior Notes*) and the provisions of the Fiscal Agency Agreement) unsecured obligations of the Guarantor and rank *pari passu* in right of payment among the Guarantee, prior to the equity securities of the Guarantor and equally with all other unsecured and unsubordinated debt obligations of the Guarantor (subject, in the event of insolvency, to laws affecting creditors' rights generally).

3.2    The claims of the Holders and the Accountholders against the Guarantor in respect of subordinated Guaranteed Notes constitute direct, unsecured and subordinated obligations of the Guarantor and rank *pari passu* among themselves and *pari passu* will all other present and future unsecured, unconditional and subordinated indebtedness of the Guarantor and will be subordinated, in the event of the winding-up of the Guarantor, to the claims of its Senior Creditors.   Amounts payable under the Guarantee shall be due and payable by the Guarantor in such winding-up only if and to the extent that all claims against the Guarantor by its Senior Creditors have been paid in full.

3.3    Subject to applicable law, no Holder or Accountholder may be granted any security by the Guarantor or any third party or claim any right of set-off in respect of any amount owed to it by the Guarantor under this Guarantee in connection with subordinated Guaranteed Notes and each Holder or relevant Accountholder shall be deemed to have waived all such rights.

3.4    Subsequent agreements which limit the subordination effected pursuant to Clause 3.2 or which accelerate payments under this Guarantee in respect of subordinated Guaranteed Notes are not permitted by law.   Should payments be effected in respect of subordinated Guaranteed Notes by the Guarantor before the maturity date without legal preconditions

being fulfilled, the amount paid shall be refunded to the Guarantor notwithstanding any agreement to the contrary.

4.    **CONTINUING GUARANTEE**

This Guarantee is a continuing guarantee and shall extend to the ultimate balance of all the obligations of the Guaranteed Issuer under any Guaranteed Note notwithstanding any settlement of account or other matter or thing whatsoever. It shall remain in full force and effect until all such obligations have been irrevocably paid and satisfied in full. Furthermore, such obligations are additional to, and not in substitution for, any security or other guarantee or indemnity at any time existing in favour of any person.

5.    **REINSTATEMENT**

If any payment received by a Holder or Accountholder shall, on the subsequent bankruptcy, insolvency, corporate reorganisation or other similar event of the Guaranteed Issuer, be avoided or set aside under any laws relating to such events, such payment shall not be considered as discharging or diminishing the liability of the Guarantor and this Guarantee shall continue to apply as if such payment had at all times remained owing by the Guaranteed Issuer, provided that the obligations of the Guaranteed Issuer and/or the Guarantor under this Clause 5 shall, as regards each payment made to the Holder or Accountholder which is avoided or set aside, be contingent upon such payment being reimbursed to the Guaranteed Issuer or other persons entitled through the Guaranteed Issuer.

6.    **IMMEDIATE RECOURSE**

The Guarantor waives any right it may have of first requiring a Holder or Accountholder to proceed against or enforce any other rights or security against the Guaranteed Issuer or any other person before claiming from the Guarantor hereunder.

7.    **COVENANTS**

The Guarantor covenants in favour of the Holders and the Accountholders that it will duly perform and comply with the obligations expressed to be undertaken by it in the Conditions.

8.    **DEPOSIT OF GUARANTEE**

This Guarantee shall be deposited with and held by the Fiscal Agent until all obligations of the Guaranteed Issuer and/or in respect of the Guaranteed Notes have been discharged in full.    The Guarantor hereby acknowledges the right of every Holder and Accountholder to the production of this Guarantee.

9.    **STAMP DUTIES**

The Guarantor shall pay all stamp, registration and other taxes and duties (including any interest and penalties thereon or in connection therewith) which may be payable upon or in connection with the execution and delivery of this Guarantee, and shall indemnify each Holder and Accountholder against any claim, demand, action, liability, damages, cost, loss or expense (including, without limitation, reasonably legal fees and any

applicable value added tax) which it incurs as a result of or arising out of or in relation to any failure of the Guarantor to pay or delay in paying any of the same.

10.    **PARTIAL INVALIDITY**

If at any time any provisions hereof is or becomes illegal, invalid or unenforceable in any respect under the laws of any jurisdiction, neither the legality, validity or enforceability of the remaining provisions hereof nor the legality, validity or enforceability of such provision under the laws of any other jurisdiction shall in any way be affected or impaired thereby.

11.    **NOTICES**

All notices, demands or other communications by any Holder or Accountholder upon the Guarantor shall be duly served upon the Guarantor if served on the Guarantor by letter at 745 Seventh Avenue, New York, New York 10019.

12.    **GOVERNING LAW**

This Guarantee shall be governed by, and construed in accordance with, the law of the State of New York.

**IN WITNESS** whereof the Guarantor has executed this Guarantee the day and year first above written.


**EXECUTED**                                    )
by **LEHMAN BROTHERS HOLDINGS INC.**            )
acting by                                       )
                                                      PAOLO TONUCCI

**H
A
N
D

D
E
L
I
V
E
R
Y**

FILED / RECEIVED

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

RECEIVED BY: _____    DATE: _____    TIME: 3:01

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | | |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000063450

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) | |
|---|---|
| Banca Esperia S.p.A. Via Filodrammatici, 5 20121 Milano Italy Attention: Mr. Luca Pellegrino | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:** _____ (*If known*) Filed on: _____ |
| Telephone number: +39 02 88219393    Email Address: luca.pellegrino@gruppoesperia.com | |
| Name and address where payment should be sent (if different from above) | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
| Telephone number:        Email Address: | |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See attached _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached _____ (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | | **FOR COURT USE ONLY** |
|---|---|---|
| Date. October **3 0**, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. Name: Andrea Cingoli    Title:    Chief Executive Officer Name: Carla Giannone    Title:    Head of Legal Department | **FILED / RECEIVED** NOV 0 2 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

In re:                                                          Chapter 11

Lehman Brothers Holdings Inc., *et al.*                         Case No. 08-13555 (JMP)

                                                                (Jointly Administered)

                        Debtors.
-----------------------------------------------------------------X

## ANNEX TO PROOF OF CLAIM OF
## BANCA ESPERIA S.P.A.

1.     <u>Claimant</u>. Banca Esperia S.p.A. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases. The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

2.     <u>Transactions Between the Parties</u>. The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co. B.V. and Lehman

Brothers UK Capital Funding III LP (the "**Obligors**") and guaranteed by the Debtor (each a

"**Program Security**" and, together, the "**Program Securities**") identified on the list of Lehman

Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com

under the heading "Key Documents." The International Securities Identification Number

("**ISIN**") identifying each Program Security, along with the respective Clearstream Bank

blocking reference number and the Clearstream Bank account number relating to the Program

Securities, is detailed on <u>Exhibit 1</u> attached hereto. Evidence of the ownership of the securities

described in <u>Exhibit 1</u> is provided in <u>Exhibit 3</u> attached hereto. The Program Securities issued by



Lehman Brothers Treasury Co. B.V. have also the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of Lehman Brothers Treasury Co. B.V. pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as <u>Exhibit 4</u>, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.    <u>Claim</u>. The Claimant is authorized to act on behalf of the holders of certain securities described more fully in <u>Exhibit 1</u> hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of **$ 6,414,784.19** <u>plus</u>, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**"). An itemization of certain amounts comprising the Claim is set forth on <u>Exhibit 2</u> attached hereto.

4.    <u>Security Interests and Priority Status</u>. The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.    <u>Claims, Counterclaims, Setoffs and Defenses</u>. The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor. The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.    <u>Reservation of Rights</u>. The execution and filing of this Proof of Claim is not and shall not be deemed: (a) a waiver or release of the Claimant's rights against any other entity or



person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    <u>Amendments</u>.    The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.



## EXHIBIT 1

| ISIN Code | Clearstream blocking # | Clearstream account # | Sub-custodian account # | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0243852562 | CA94081 | 88511 | 1011740600C | Lehman Brothers UK Capital Funding III LP | € 650,000.00 |
| XS0195431613 | CA74749 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V. | € 50,000.00 |
| XS0176153350 | CA96899 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 221,000.00 |
| XS0176153350 | CA18057 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 15,000.00 |
| XS0210782552 | CA75303 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 25,000.00 |
| XS0178969209 | CA74978 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 130,000.00 |
| XS0211093041 | CA75797 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 300,000.00 |
| XS0211093041 | CA18304 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 30,000.00 |
| XS0208459023 | CA74731 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 2,145,000.00 |
| XS0283497005 | CA05026 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 14,000.00 |
| XS0181945972 | CA75420 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 855,000.00 |

## EXHIBIT 2

| ISIN Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount (USD)* | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0243852562 | 650,000.00 | 14,107.73 | 664,107.73 | 919,815.00 | 19,963.85 | 939,778.85 |
| XS0195431613 | 50,000.00 | 422.37 | 50,422.37 | 70,755.00 | 597.70 | 71,352.70 |
| XS0176153350 | 236,000.00 | 6,713.21 | 242,713.21 | 333,963.60 | 9,499.86 | 343,463.46 |
| XS0210782552 | 25,000.00 | 546.48 | 25,546.48 | 35,377.50 | 773.32 | 36,150.82 |
| XS0178969209 | 130,000.00 | 3,579.64 | 133,579.64 | 183,963.00 | 5,065.55 | 189,028.55 |
| XS0211093041 | 330,000.00 | 3,804.93 | 333,804.93 | 466,983.00 | 5,384.36 | 472,367.36 |
| XS0208459023 | 2,145,000.00 | 48,081.25 | 2,193,081.25 | 3,035,389.50 | 68,039.78 | 3,103,429.28 |
| XS0283497005 | 14,000.00 | 387.28 | 14,387.28 | 19,811.40 | 548.04 | 20,359.44 |
| XS0181945972 | 855,000.00 | 20,453.14 | 875,453.14 | 1,209,910.50 | 28,943.24 | 1,238,853.74 |

| Total Claim Amount | USD $ 6,414,784.19 |
|---|---|

\* *Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.*

\*\* *Interest accrued until September 14, 2008 (included).*



**EXHIBIT 3**

Evidence of Ownership



 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS = Identifiant C E FR76662042449
Siège social : 16, bld des Italiens = 75009 PARIS =www.bnpparibas.com

---

## CORPORATE ACTION – AVIS DE BLOCAGEBLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574 1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477377

October 20Th, 2009

**LEHMAN**
**«XS0243852562»**

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0243852562
Security name : LEHMAN
Type of event : CONSENT
Instruction quantity : FAMT 650000
Instruction's date : 14/10/2009
**Blocking reference : CA94081**

For more information, please feel free to contact your dedicated account manager.

Best regards.


BNP PARIBAS Securities Services





27. OTT. 2009 14:02    MCDD CUSTODY    NR. 789    P. 19


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 828 euros
immatriculée sous le n° 682 042 449 RCS – Identifiant C.E FR76682042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

30026 97574 1011740600C

reference
0285$^E$ - 2009478129

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
IT   ITALIE

OCTOBER 14th, 2009

### LEHMAN BROS TSY TV14 CPI EMTN
### «XS0195431613 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0195431613
Security name : LEHMAN BROS TSY TV14 CPI EMTN
Type of event : CONSENT
Instruction quantity : 50000
Instruction's date : 13/10/2009
Blocking reference : CA74749

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                                    NR. 789    P. 12


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 825 euros
Immatriculée sous le n° 962 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

30026 97574 1011740600C

                                        BANCA ESPERIA SA
                                        VIA DANTE 16
                                        20121 MILANO
                                        IT   ITALIE

reference
0258E – 2009477638

                                        October 16th, 2009

### LEHMAN TV03-1013 EMTN
### «XS0176153350 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin; XS0176153350
Security name : LEHMAN TV03-1013 EMTN
Type of event : CONSENT
Instruction quantity: 221000
Instruction's date: 13/10/2009
Blocking reference: CA96899

For more information, please feel free to contact your dedicated account manager.

Best regards.

                    BNP PARIBAS Securities Services



27. OTT. 2009 14:01    MCDB CUSTODY                    NR. 789    P. 7


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 103 528 euros
Immatriculée sous le n° 662 042 449 RCS – IdentBanl C.G FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

**BANCA ESPERIA SA**
**VIA DANTE 16**
**20121 MILANO**
**IT   ITALIE**

**30026 97574 1011740600C**

reference
0258E – 2009477638

October 19th, 2009

### LEHMAN BROTHERS TV03-1013EMTN
### «XS0176153350 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : **1011740600C**
Isin: XS0176153350
Security name: **LEHMAN BROTHERS TV03-1013EMTN**
Type of event: CONSENT
Instruction quantity: 15000
Instruction's date: 19/10/2009
Blocking reference: CA18057

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                          NR. 789    P. 9


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 393 528 euros
Immatriculée sous le n° 662 042 449 RCS – Idendiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009477996

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 14th, 2009

### LEHMAN BROTHERS TV05-010213EMTN
### «XS0210782552»

Sirs,

Please find hereafter the information related to your instruction for the consent on

Lehman.

Custody Account: 1011740600C
ISIN: XS0210782552
Security name:  LEHMAN BROTHERS TV05-010213EMTN
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 25 000                    Blocking reference: CA75303

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02     MCDD CUSTODY     NR. 789    P. 13

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772.303.528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALY

Account number
PARB ITMM 30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009477642

October 14th, 2009

**LEHMAN TV13 EMTN**
**« XS0178969209»**

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0178969209
Security Name: LEHMAN TV13 EMTN
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 130 000 FAMT
Blocking reference: CA74978

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02    MCDD CUSTODY                    NR. 789    P. 14

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 363 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

| **CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE** |
|---|

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009478010

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT   ITALY

October 14th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 300 000                    Blocking reference: CA75797

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                    NR. 789    P. 4

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C-E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

Reference
0258E – 2009478010

October 20th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 19/10/2009
Instruction quantity: 30 000
Blocking reference: CA18304

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02      MCDD CUSTODY                                    NR. 789    P. 15


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 828 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALY

Account number
PARB  ITMM  30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009478115

October 14th, 2009

### LEHM.BROTH.TR.7 PCT 16
### « XS0208459023»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0208459023
Security Name: LEHM.BROTH.TR.7 PCT 16
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 2 146 000 FAMT
Blocking reference: CA74731

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services.

27. OTT. 2009 14:01    MCDD CUSTODY    NR. 789    P. 11


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 305 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR78662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 00100 1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477552

October 16TH, 2009

### LEHMAN BROS TSY TR07-17
### « XS0283497005 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0283497005
Security name : LEHMAN BROS TSY TR07-17
Type of event : CONSENT
Instruction quantity 14000
Instruction's date : 13/10/09
Blocking references : CA05026

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009  14:02      MCDD CUSTODY                                      NR. 789    P. 16


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifsm C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009478144

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT   ITALY

October 14th, 2009

### LEHMAN BROS TP04-14/01/14 FOI
### «XS0181945972»

Sirs,

Please find hereafter the information related to your instruction for the consent on
Lehman.

Custody Account: 1011740600C
ISIN: XS0181945972
Security name:  LEHMAN BROS TP04-14/01/14 FOI
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 855 000                    Blocking reference: CA75420

For more information, please feel free to contact your dedicated account manager.

Best regards,


BNP PARIBAS Securities Services



**EXHIBIT 4**

Written Consent June 9, 2005

## UNANIMOUS WRITTEN CONSENT OF THE

### EXECUTIVE COMMITTEE OF THE

### BOARD OF DIRECTORS OF

### LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

RESOLVED, that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

RESOLVED, that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

RESOLVED, that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

RESOLVED, that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

FURTHER RESOLVED, that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 7, 2005

_____          _____
Richard S. Fuld, Jr.                 John D. Macomber

2

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

|  | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |




LA PRIVATE BANK DI MEDIOBANCA | MEDIOLANUM | & PARTNERS

United States Bankruptcy Court/Southern District of New York

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY  10017

Banca Esperia S.p.A.
Via Filodrammatici 5
20121 – Milano
Italy

Attention: Mr Luca Pellegrino

Tel. +39 02 88219393
Fax + 39 02 88219300
E-mail
luca.pellegrino@gruppoesperia.com

Ocotber 30,  2009

## BANCA ESPERIA S.P.A. - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find No. 2 original copies of the proofs of claim hereby filed by Banca Esperia S.p.A. against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims  Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

Banca Esperia S.p.A.

Luca Pellegrino – Legal Department

Banca Esperia spa
Via Filodrammatici 5
I-20121 Milano
Tel +39 02 88219 1

Capitale sociale
€ 13.000.000 i.v.
Codice Fiscale,
Iva, Iscrizione

Banca iscritta all'Albo
delle Banche al n. 3183
Capogruppo del Gruppo
bancario Banca Esperia

Aderente
al Fondo Interbancario
di Tutela
dei Depositi

