**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index | | Index | EE0001M Index | | Index |
|---|---|---|---|---|---|
| Date | PX_LAST | | Date | PX_LAST | |
| 30.03.2007 | 2.21833 | 1.00000 | 30.03.2007 | 3.86613 | 1.00000 |
| 02.04.2007 | 2.20750 | 1.00012 | 02.04.2007 | 3.86613 | 1.00021 |
| 03.04.2007 | 2.21000 | 1.00018 | 03.04.2007 | 3.86625 | 1.00031 |
| 04.04.2007 | 2.20917 | 1.00023 | 04.04.2007 | 3.86538 | 1.00042 |
| 05.04.2007 | 2.21000 | 1.00029 | 05.04.2007 | 3.86275 | 1.00052 |
| 06.04.2007 | 2.21000 | 1.00035 | 06.04.2007 | 3.86275 | 1.00063 |
| 09.04.2007 | 2.21000 | 1.00053 | 09.04.2007 | 3.86275 | 1.00094 |
| 10.04.2007 | 2.21000 | 1.00059 | 10.04.2007 | 3.85913 | 1.00105 |
| 11.04.2007 | 2.21667 | 1.00065 | 11.04.2007 | 3.85775 | 1.00115 |
| 12.04.2007 | 2.22000 | 1.00070 | 12.04.2007 | 3.85788 | 1.00126 |
| 13.04.2007 | 2.21000 | 1.00076 | 13.04.2007 | 3.85388 | 1.00136 |
| 16.04.2007 | 2.20833 | 1.00094 | 16.04.2007 | 3.85638 | 1.00167 |
| 17.04.2007 | 2.21000 | 1.00100 | 17.04.2007 | 3.85638 | 1.00178 |
| 18.04.2007 | 2.21000 | 1.00106 | 18.04.2007 | 3.85838 | 1.00188 |
| 19.04.2007 | 2.21000 | 1.00111 | 19.04.2007 | 3.85838 | 1.00199 |
| 20.04.2007 | 2.21000 | 1.00117 | 20.04.2007 | 3.85900 | 1.00209 |
| 23.04.2007 | 2.21000 | 1.00135 | 23.04.2007 | 3.85975 | 1.00241 |
| 24.04.2007 | 2.21000 | 1.00141 | 24.04.2007 | 3.85975 | 1.00251 |
| 25.04.2007 | 2.20083 | 1.00147 | 25.04.2007 | 3.85975 | 1.00261 |
| 26.04.2007 | 2.20000 | 1.00153 | 26.04.2007 | 3.85988 | 1.00272 |
| 27.04.2007 | 2.20417 | 1.00158 | 27.04.2007 | 3.86075 | 1.00282 |
| 30.04.2007 | 2.20667 | 1.00176 | 30.04.2007 | 3.86013 | 1.00314 |
| 01.05.2007 | 2.20583 | 1.00182 | 01.05.2007 | 3.86013 | 1.00324 |
| 02.05.2007 | 2.20750 | 1.00188 | 02.05.2007 | 3.86413 | 1.00335 |
| 03.05.2007 | 2.22000 | 1.00194 | 03.05.2007 | 3.86713 | 1.00345 |
| 04.05.2007 | 2.22083 | 1.00199 | 04.05.2007 | 3.86413 | 1.00356 |
| 07.05.2007 | 2.22083 | 1.00217 | 07.05.2007 | 3.86750 | 1.00387 |
| 08.05.2007 | 2.22583 | 1.00223 | 08.05.2007 | 3.86613 | 1.00398 |
| 09.05.2007 | 2.22000 | 1.00229 | 09.05.2007 | 3.86088 | 1.00408 |
| 10.05.2007 | 2.22000 | 1.00235 | 10.05.2007 | 3.86538 | 1.00419 |
| 11.05.2007 | 2.21167 | 1.00241 | 11.05.2007 | 3.87475 | 1.00429 |
| 14.05.2007 | 2.23000 | 1.00258 | 14.05.2007 | 3.89188 | 1.00461 |
| 15.05.2007 | 2.24000 | 1.00264 | 15.05.2007 | 3.89288 | 1.00471 |
| 16.05.2007 | 2.26083 | 1.00270 | 16.05.2007 | 3.89488 | 1.00482 |
| 17.05.2007 | 2.26667 | 1.00276 | 17.05.2007 | 3.91625 | 1.00493 |
| 18.05.2007 | 2.28000 | 1.00282 | 18.05.2007 | 3.92163 | 1.00503 |
| 21.05.2007 | 2.29000 | 1.00301 | 21.05.2007 | 3.94163 | 1.00535 |
| 22.05.2007 | 2.29000 | 1.00307 | 22.05.2007 | 3.94413 | 1.00546 |
| 23.05.2007 | 2.30000 | 1.00313 | 23.05.2007 | 3.94813 | 1.00557 |
| 24.05.2007 | 2.32500 | 1.00319 | 24.05.2007 | 3.97413 | 1.00567 |
| 25.05.2007 | 2.32000 | 1.00325 | 25.05.2007 | 3.97875 | 1.00578 |
| 28.05.2007 | 2.32000 | 1.00344 | 28.05.2007 | 3.97938 | 1.00611 |
| 29.05.2007 | 2.32583 | 1.00350 | 29.05.2007 | 3.98963 | 1.00622 |
| 30.05.2007 | 2.33500 | 1.00356 | 30.05.2007 | 4.00650 | 1.00633 |
| 31.05.2007 | 2.35417 | 1.00356 | 31.05.2007 | 4.02813 | 1.00633 |
| 01.06.2007 | 2.36000 | 1.00362 | 01.06.2007 | 4.03425 | 1.00643 |
| 04.06.2007 | 2.36333 | 1.00381 | 04.06.2007 | 4.04263 | 1.00676 |
| 05.06.2007 | 2.36250 | 1.00388 | 05.06.2007 | 4.05338 | 1.00688 |
| 06.06.2007 | 2.36833 | 1.00394 | 06.06.2007 | 4.05750 | 1.00699 |
| 07.06.2007 | 2.39000 | 1.00400 | 07.06.2007 | 4.08813 | 1.00710 |
| 08.06.2007 | 2.38500 | 1.00407 | 08.06.2007 | 4.09963 | 1.00721 |
| 11.06.2007 | 2.38000 | 1.00426 | 11.06.2007 | 4.10983 | 1.00754 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 12.06.2007 | 2.39500 | 1.00432 | 12.06.2007 | 4.11188 | 1.00766 |
| 13.06.2007 | 2.42000 | 1.00438 | 13.06.2007 | 4.11463 | 1.00777 |
| 14.06.2007 | 2.41833 | 1.00445 | 14.06.2007 | 4.11800 | 1.00788 |
| 15.06.2007 | 2.42500 | 1.00451 | 15.06.2007 | 4.11600 | 1.00799 |
| 18.06.2007 | 2.41917 | 1.00471 | 18.06.2007 | 4.11275 | 1.00833 |
| 19.06.2007 | 2.41917 | 1.00477 | 19.06.2007 | 4.11413 | 1.00844 |
| 20.06.2007 | 2.47583 | 1.00484 | 20.06.2007 | 4.11425 | 1.00856 |
| 21.06.2007 | 2.52000 | 1.00490 | 21.06.2007 | 4.11625 | 1.00867 |
| 22.06.2007 | 2.62250 | 1.00497 | 22.06.2007 | 4.11688 | 1.00878 |
| 25.06.2007 | 2.59167 | 1.00518 | 25.06.2007 | 4.11363 | 1.00912 |
| 26.06.2007 | 2.60083 | 1.00525 | 26.06.2007 | 4.11613 | 1.00923 |
| 27.06.2007 | 2.62083 | 1.00532 | 27.06.2007 | 4.12000 | 1.00934 |
| 28.06.2007 | 2.62000 | 1.00539 | 28.06.2007 | 4.11363 | 1.00946 |
| 29.06.2007 | 2.61500 | 1.00546 | 29.06.2007 | 4.11438 | 1.00957 |
| 02.07.2007 | 2.59500 | 1.00567 | 02.07.2007 | 4.11225 | 1.00991 |
| 03.07.2007 | 2.58583 | 1.00574 | 03.07.2007 | 4.10900 | 1.01002 |
| 04.07.2007 | 2.60333 | 1.00581 | 04.07.2007 | 4.10375 | 1.01013 |
| 05.07.2007 | 2.60750 | 1.00588 | 05.07.2007 | 4.10725 | 1.01024 |
| 06.07.2007 | 2.60750 | 1.00595 | 06.07.2007 | 4.10825 | 1.01036 |
| 09.07.2007 | 2.60833 | 1.00616 | 09.07.2007 | 4.10813 | 1.01069 |
| 10.07.2007 | 2.61000 | 1.00623 | 10.07.2007 | 4.10688 | 1.01081 |
| 11.07.2007 | 2.59750 | 1.00630 | 11.07.2007 | 4.10688 | 1.01092 |
| 12.07.2007 | 2.61000 | 1.00637 | 12.07.2007 | 4.10813 | 1.01103 |
| 13.07.2007 | 2.60500 | 1.00644 | 13.07.2007 | 4.10813 | 1.01114 |
| 16.07.2007 | 2.59333 | 1.00665 | 16.07.2007 | 4.10563 | 1.01148 |
| 17.07.2007 | 2.55667 | 1.00672 | 17.07.2007 | 4.10550 | 1.01159 |
| 18.07.2007 | 2.58000 | 1.00679 | 18.07.2007 | 4.10413 | 1.01171 |
| 19.07.2007 | 2.57667 | 1.00686 | 19.07.2007 | 4.10538 | 1.01182 |
| 20.07.2007 | 2.57750 | 1.00693 | 20.07.2007 | 4.10550 | 1.01193 |
| 23.07.2007 | 2.57667 | 1.00714 | 23.07.2007 | 4.10613 | 1.01227 |
| 24.07.2007 | 2.59000 | 1.00721 | 24.07.2007 | 4.10613 | 1.01238 |
| 25.07.2007 | 2.58500 | 1.00728 | 25.07.2007 | 4.10613 | 1.01249 |
| 26.07.2007 | 2.59167 | 1.00735 | 26.07.2007 | 4.10625 | 1.01261 |
| 27.07.2007 | 2.56167 | 1.00742 | 27.07.2007 | 4.10813 | 1.01272 |
| 30.07.2007 | 2.56000 | 1.00762 | 30.07.2007 | 4.10575 | 1.01306 |
| 31.07.2007 | 2.56167 | 1.00762 | 31.07.2007 | 4.10613 | 1.01306 |
| 01.08.2007 | 2.55167 | 1.00769 | 01.08.2007 | 4.10813 | 1.01317 |
| 02.08.2007 | 2.55667 | 1.00776 | 02.08.2007 | 4.10938 | 1.01328 |
| 03.08.2007 | 2.58167 | 1.00783 | 03.08.2007 | 4.11388 | 1.01340 |
| 06.08.2007 | 2.58833 | 1.00804 | 06.08.2007 | 4.11463 | 1.01374 |
| 07.08.2007 | 2.59333 | 1.00811 | 07.08.2007 | 4.11750 | 1.01385 |
| 08.08.2007 | 2.59750 | 1.00818 | 08.08.2007 | 4.13000 | 1.01396 |
| 09.08.2007 | 2.65000 | 1.00825 | 09.08.2007 | 4.20000 | 1.01408 |
| 10.08.2007 | 2.64500 | 1.00832 | 10.08.2007 | 4.23875 | 1.01419 |
| 13.08.2007 | 2.65167 | 1.00853 | 13.08.2007 | 4.25250 | 1.01454 |
| 14.08.2007 | 2.64167 | 1.00860 | 14.08.2007 | 4.27688 | 1.01466 |
| 15.08.2007 | 2.63500 | 1.00868 | 15.08.2007 | 4.28875 | 1.01478 |
| 16.08.2007 | 2.73167 | 1.00875 | 16.08.2007 | 4.35688 | 1.01489 |
| 17.08.2007 | 2.76000 | 1.00882 | 17.08.2007 | 4.43250 | 1.01501 |
| 20.08.2007 | 2.77000 | 1.00904 | 20.08.2007 | 4.43875 | 1.01538 |
| 21.08.2007 | 2.78000 | 1.00912 | 21.08.2007 | 4.44125 | 1.01550 |
| 22.08.2007 | 2.76167 | 1.00919 | 22.08.2007 | 4.45250 | 1.01562 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 23.08.2007 | 2.74000 | 1.00927 | 23.08.2007 | 4.45500 | 1.01575 |
| 24.08.2007 | 2.71500 | 1.00934 | 24.08.2007 | 4.45125 | 1.01587 |
| 27.08.2007 | 2.71500 | 1.00956 | 27.08.2007 | 4.44750 | 1.01624 |
| 28.08.2007 | 2.70000 | 1.00964 | 28.08.2007 | 4.42125 | 1.01636 |
| 29.08.2007 | 2.72000 | 1.00971 | 29.08.2007 | 4.43000 | 1.01648 |
| 30.08.2007 | 2.73500 | 1.00978 | 30.08.2007 | 4.44750 | 1.01661 |
| 31.08.2007 | 2.73750 | 1.00978 | 31.08.2007 | 4.45938 | 1.01661 |
| 03.09.2007 | 2.73333 | 1.01000 | 03.09.2007 | 4.45875 | 1.01697 |
| 04.09.2007 | 2.73167 | 1.01008 | 04.09.2007 | 4.47063 | 1.01710 |
| 05.09.2007 | 2.73333 | 1.01015 | 05.09.2007 | 4.50000 | 1.01722 |
| 06.09.2007 | 2.73167 | 1.01023 | 06.09.2007 | 4.48250 | 1.01735 |
| 07.09.2007 | 2.73000 | 1.01030 | 07.09.2007 | 4.44813 | 1.01747 |
| 10.09.2007 | 2.72833 | 1.01052 | 10.09.2007 | 4.44500 | 1.01784 |
| 11.09.2007 | 2.71583 | 1.01060 | 11.09.2007 | 4.45000 | 1.01796 |
| 12.09.2007 | 2.70833 | 1.01067 | 12.09.2007 | 4.44438 | 1.01808 |
| 13.09.2007 | 2.71000 | 1.01074 | 13.09.2007 | 4.43063 | 1.01821 |
| 14.09.2007 | 2.59667 | 1.01082 | 14.09.2007 | 4.42500 | 1.01833 |
| 17.09.2007 | 2.58500 | 1.01103 | 17.09.2007 | 4.42625 | 1.01870 |
| 18.09.2007 | 2.57833 | 1.01110 | 18.09.2007 | 4.43000 | 1.01882 |
| 19.09.2007 | 2.55000 | 1.01116 | 19.09.2007 | 4.41813 | 1.01894 |
| 20.09.2007 | 2.55333 | 1.01123 | 20.09.2007 | 4.41438 | 1.01906 |
| 21.09.2007 | 2.55333 | 1.01130 | 21.09.2007 | 4.41500 | 1.01919 |
| 24.09.2007 | 2.53333 | 1.01151 | 24.09.2007 | 4.41000 | 1.01955 |
| 25.09.2007 | 2.52833 | 1.01158 | 25.09.2007 | 4.40875 | 1.01967 |
| 26.09.2007 | 2.52500 | 1.01165 | 26.09.2007 | 4.40875 | 1.01980 |
| 27.09.2007 | 2.52833 | 1.01171 | 27.09.2007 | 4.40688 | 1.01992 |
| 28.09.2007 | 2.53167 | 1.01178 | 28.09.2007 | 4.40688 | 1.02004 |
| 01.10.2007 | 2.53167 | 1.01199 | 01.10.2007 | 4.39000 | 1.02041 |
| 02.10.2007 | 2.54167 | 1.01206 | 02.10.2007 | 4.38250 | 1.02053 |
| 03.10.2007 | 2.54500 | 1.01212 | 03.10.2007 | 4.37063 | 1.02065 |
| 04.10.2007 | 2.54833 | 1.01219 | 04.10.2007 | 4.35375 | 1.02077 |
| 05.10.2007 | 2.53667 | 1.01226 | 05.10.2007 | 4.33625 | 1.02089 |
| 08.10.2007 | 2.52833 | 1.01247 | 08.10.2007 | 4.32875 | 1.02125 |
| 09.10.2007 | 2.52167 | 1.01254 | 09.10.2007 | 4.30938 | 1.02137 |
| 10.10.2007 | 2.50833 | 1.01260 | 10.10.2007 | 4.28000 | 1.02149 |
| 11.10.2007 | 2.49167 | 1.01267 | 11.10.2007 | 4.25000 | 1.02161 |
| 12.10.2007 | 2.47583 | 1.01274 | 12.10.2007 | 4.20000 | 1.02173 |
| 15.10.2007 | 2.46500 | 1.01294 | 15.10.2007 | 4.18438 | 1.02208 |
| 16.10.2007 | 2.44500 | 1.01301 | 16.10.2007 | 4.18000 | 1.02219 |
| 17.10.2007 | 2.42167 | 1.01307 | 17.10.2007 | 4.18000 | 1.02231 |
| 18.10.2007 | 2.42000 | 1.01314 | 18.10.2007 | 4.17375 | 1.02242 |
| 19.10.2007 | 2.39833 | 1.01320 | 19.10.2007 | 4.17000 | 1.02254 |
| 22.10.2007 | 2.38000 | 1.01340 | 22.10.2007 | 4.17313 | 1.02289 |
| 23.10.2007 | 2.38000 | 1.01346 | 23.10.2007 | 4.17000 | 1.02300 |
| 24.10.2007 | 2.35667 | 1.01352 | 24.10.2007 | 4.16375 | 1.02312 |
| 25.10.2007 | 2.34333 | 1.01359 | 25.10.2007 | 4.15375 | 1.02323 |
| 26.10.2007 | 2.33833 | 1.01365 | 26.10.2007 | 4.15625 | 1.02335 |
| 29.10.2007 | 2.30667 | 1.01384 | 29.10.2007 | 4.15750 | 1.02369 |
| 30.10.2007 | 2.29167 | 1.01390 | 30.10.2007 | 4.15875 | 1.02381 |
| 31.10.2007 | 2.28333 | 1.01390 | 31.10.2007 | 4.15563 | 1.02381 |
| 01.11.2007 | 2.27333 | 1.01396 | 01.11.2007 | 4.15000 | 1.02393 |
| 02.11.2007 | 2.24667 | 1.01403 | 02.11.2007 | 4.14375 | 1.02404 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 05.11.2007 | 2.22000 | 1.01421 | 05.11.2007 | 4.14375 | 1.02439 |
| 06.11.2007 | 2.19667 | 1.01427 | 06.11.2007 | 4.14000 | 1.02450 |
| 07.11.2007 | 2.18833 | 1.01433 | 07.11.2007 | 4.14375 | 1.02462 |
| 08.11.2007 | 2.18667 | 1.01438 | 08.11.2007 | 4.13875 | 1.02473 |
| 09.11.2007 | 2.18167 | 1.01444 | 09.11.2007 | 4.13500 | 1.02485 |
| 12.11.2007 | 2.18500 | 1.01462 | 12.11.2007 | 4.13625 | 1.02519 |
| 13.11.2007 | 2.19833 | 1.01468 | 13.11.2007 | 4.14000 | 1.02531 |
| 14.11.2007 | 2.22167 | 1.01474 | 14.11.2007 | 4.14000 | 1.02542 |
| 15.11.2007 | 2.22833 | 1.01480 | 15.11.2007 | 4.14188 | 1.02554 |
| 16.11.2007 | 2.22833 | 1.01486 | 16.11.2007 | 4.14438 | 1.02565 |
| 19.11.2007 | 2.23500 | 1.01504 | 19.11.2007 | 4.15750 | 1.02600 |
| 20.11.2007 | 2.24333 | 1.01510 | 20.11.2007 | 4.16938 | 1.02611 |
| 21.11.2007 | 2.25167 | 1.01516 | 21.11.2007 | 4.17375 | 1.02623 |
| 22.11.2007 | 2.24833 | 1.01522 | 22.11.2007 | 4.19563 | 1.02634 |
| 23.11.2007 | 2.25000 | 1.01528 | 23.11.2007 | 4.20250 | 1.02646 |
| 26.11.2007 | 2.25167 | 1.01546 | 26.11.2007 | 4.19188 | 1.02681 |
| 27.11.2007 | 2.25000 | 1.01552 | 27.11.2007 | 4.17750 | 1.02693 |
| 28.11.2007 | 2.25000 | 1.01558 | 28.11.2007 | 4.16625 | 1.02704 |
| 29.11.2007 | 2.66500 | 1.01564 | 29.11.2007 | 4.80938 | 1.02716 |
| 30.11.2007 | 2.66500 | 1.01572 | 30.11.2007 | 4.82125 | 1.02730 |
| 03.12.2007 | 2.65750 | 1.01593 | 03.12.2007 | 4.83625 | 1.02770 |
| 04.12.2007 | 2.67167 | 1.01600 | 04.12.2007 | 4.84875 | 1.02783 |
| 05.12.2007 | 2.67500 | 1.01608 | 05.12.2007 | 4.85438 | 1.02797 |
| 06.12.2007 | 2.66917 | 1.01615 | 06.12.2007 | 4.85625 | 1.02811 |
| 07.12.2007 | 2.67333 | 1.01622 | 07.12.2007 | 4.87563 | 1.02824 |
| 10.12.2007 | 2.67667 | 1.01644 | 10.12.2007 | 4.89625 | 1.02865 |
| 11.12.2007 | 2.68500 | 1.01651 | 11.12.2007 | 4.92250 | 1.02879 |
| 12.12.2007 | 2.73167 | 1.01659 | 12.12.2007 | 4.94500 | 1.02893 |
| 13.12.2007 | 2.75000 | 1.01666 | 13.12.2007 | 4.93500 | 1.02906 |
| 14.12.2007 | 2.74333 | 1.01674 | 14.12.2007 | 4.93375 | 1.02920 |
| 17.12.2007 | 2.73667 | 1.01696 | 17.12.2007 | 4.92375 | 1.02962 |
| 18.12.2007 | 2.73500 | 1.01703 | 18.12.2007 | 4.58813 | 1.02976 |
| 19.12.2007 | 2.75333 | 1.01711 | 19.12.2007 | 4.56375 | 1.02988 |
| 20.12.2007 | 2.74500 | 1.01718 | 20.12.2007 | 4.53500 | 1.03001 |
| 21.12.2007 | 2.74000 | 1.01726 | 21.12.2007 | 4.46625 | 1.03014 |
| 24.12.2007 | 2.74500 | 1.01748 | 24.12.2007 | 4.43688 | 1.03051 |
| 25.12.2007 | 2.74500 | 1.01756 | 25.12.2007 | 4.43688 | 1.03064 |
| 26.12.2007 | 2.74500 | 1.01763 | 26.12.2007 | 4.43688 | 1.03076 |
| 27.12.2007 | 2.70167 | 1.01771 | 27.12.2007 | 4.42250 | 1.03089 |
| 28.12.2007 | 2.45333 | 1.01778 | 28.12.2007 | 4.29438 | 1.03101 |
| 31.12.2007 | 2.42833 | 1.01798 | 31.12.2007 | 4.28125 | 1.03137 |
| 01.01.2008 | 2.42833 | 1.01804 | 01.01.2008 | 4.28125 | 1.03149 |
| 02.01.2008 | 2.42167 | 1.01811 | 02.01.2008 | 4.22625 | 1.03161 |
| 03.01.2008 | 2.40667 | 1.01818 | 03.01.2008 | 4.21000 | 1.03173 |
| 04.01.2008 | 2.40667 | 1.01824 | 04.01.2008 | 4.20313 | 1.03185 |
| 07.01.2008 | 2.39833 | 1.01844 | 07.01.2008 | 4.20000 | 1.03220 |
| 08.01.2008 | 2.39500 | 1.01850 | 08.01.2008 | 4.20000 | 1.03232 |
| 09.01.2008 | 2.38333 | 1.01857 | 09.01.2008 | 4.21000 | 1.03243 |
| 10.01.2008 | 2.37500 | 1.01863 | 10.01.2008 | 4.20500 | 1.03255 |
| 11.01.2008 | 2.36667 | 1.01870 | 11.01.2008 | 4.20000 | 1.03267 |
| 14.01.2008 | 2.34167 | 1.01889 | 14.01.2008 | 4.20125 | 1.03302 |
| 15.01.2008 | 2.30667 | 1.01895 | 15.01.2008 | 4.20188 | 1.03314 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 16.01.2008 | 2.27833 | 1.01901 | 16.01.2008 | 4.19625 | 1.03326 |
| 17.01.2008 | 2.34500 | 1.01908 | 17.01.2008 | 4.19375 | 1.03337 |
| 18.01.2008 | 2.37500 | 1.01914 | 18.01.2008 | 4.18688 | 1.03349 |
| 21.01.2008 | 2.39500 | 1.01933 | 21.01.2008 | 4.18563 | 1.03384 |
| 22.01.2008 | 2.39583 | 1.01940 | 22.01.2008 | 4.17000 | 1.03396 |
| 23.01.2008 | 2.43500 | 1.01946 | 23.01.2008 | 4.16938 | 1.03408 |
| 24.01.2008 | 2.43667 | 1.01953 | 24.01.2008 | 4.17625 | 1.03420 |
| 25.01.2008 | 2.44417 | 1.01960 | 25.01.2008 | 4.19000 | 1.03431 |
| 28.01.2008 | 2.44667 | 1.01979 | 28.01.2008 | 4.18688 | 1.03466 |
| 29.01.2008 | 2.44833 | 1.01986 | 29.01.2008 | 4.19000 | 1.03478 |
| 30.01.2008 | 2.45000 | 1.01993 | 30.01.2008 | 4.19375 | 1.03490 |
| 31.01.2008 | 2.45833 | 1.01993 | 31.01.2008 | 4.19250 | 1.03490 |
| 01.02.2008 | 2.45833 | 1.01999 | 01.02.2008 | 4.19125 | 1.03502 |
| 04.02.2008 | 2.49500 | 1.02019 | 04.02.2008 | 4.19000 | 1.03537 |
| 05.02.2008 | 2.51833 | 1.02026 | 05.02.2008 | 4.18063 | 1.03549 |
| 06.02.2008 | 2.51333 | 1.02033 | 06.02.2008 | 4.17625 | 1.03561 |
| 07.02.2008 | 2.53667 | 1.02040 | 07.02.2008 | 4.17625 | 1.03572 |
| 08.02.2008 | 2.57167 | 1.02047 | 08.02.2008 | 4.17063 | 1.03584 |
| 11.02.2008 | 2.59167 | 1.02068 | 11.02.2008 | 4.17563 | 1.03619 |
| 12.02.2008 | 2.60000 | 1.02075 | 12.02.2008 | 4.17625 | 1.03631 |
| 13.02.2008 | 2.61333 | 1.02082 | 13.02.2008 | 4.17813 | 1.03643 |
| 14.02.2008 | 2.62500 | 1.02089 | 14.02.2008 | 4.17938 | 1.03654 |
| 15.02.2008 | 2.63500 | 1.02096 | 15.02.2008 | 4.18000 | 1.03666 |
| 18.02.2008 | 2.64333 | 1.02118 | 18.02.2008 | 4.18000 | 1.03701 |
| 19.02.2008 | 2.63333 | 1.02125 | 19.02.2008 | 4.18000 | 1.03713 |
| 20.02.2008 | 2.63833 | 1.02132 | 20.02.2008 | 4.18000 | 1.03725 |
| 21.02.2008 | 2.63833 | 1.02139 | 21.02.2008 | 4.18125 | 1.03737 |
| 22.02.2008 | 2.63167 | 1.02147 | 22.02.2008 | 4.17875 | 1.03748 |
| 25.02.2008 | 2.62667 | 1.02168 | 25.02.2008 | 4.18125 | 1.03784 |
| 26.02.2008 | 2.62167 | 1.02175 | 26.02.2008 | 4.18563 | 1.03795 |
| 27.02.2008 | 2.62000 | 1.02183 | 27.02.2008 | 4.18813 | 1.03807 |
| 28.02.2008 | 2.61167 | 1.02190 | 28.02.2008 | 4.20125 | 1.03819 |
| 29.02.2008 | 2.61000 | 1.02197 | 29.02.2008 | 4.20125 | 1.03831 |
| 03.03.2008 | 2.60833 | 1.02218 | 03.03.2008 | 4.20000 | 1.03866 |
| 04.03.2008 | 2.56833 | 1.02225 | 04.03.2008 | 4.20125 | 1.03878 |
| 05.03.2008 | 2.54833 | 1.02232 | 05.03.2008 | 4.20250 | 1.03890 |
| 06.03.2008 | 2.54167 | 1.02239 | 06.03.2008 | 4.21250 | 1.03902 |
| 07.03.2008 | 2.54667 | 1.02246 | 07.03.2008 | 4.27000 | 1.03914 |
| 10.03.2008 | 2.57667 | 1.02267 | 10.03.2008 | 4.29688 | 1.03950 |
| 11.03.2008 | 2.57833 | 1.02274 | 11.03.2008 | 4.30750 | 1.03962 |
| 12.03.2008 | 2.56833 | 1.02281 | 12.03.2008 | 4.30375 | 1.03974 |
| 13.03.2008 | 2.55833 | 1.02288 | 13.03.2008 | 4.30563 | 1.03986 |
| 14.03.2008 | 2.51500 | 1.02295 | 14.03.2008 | 4.31375 | 1.03998 |
| 17.03.2008 | 2.51333 | 1.02316 | 17.03.2008 | 4.33188 | 1.04035 |
| 18.03.2008 | 2.52167 | 1.02323 | 18.03.2008 | 4.33688 | 1.04047 |
| 19.03.2008 | 2.54000 | 1.02329 | 19.03.2008 | 4.34813 | 1.04059 |
| 20.03.2008 | 2.55833 | 1.02336 | 20.03.2008 | 4.35625 | 1.04072 |
| 21.03.2008 | 2.55833 | 1.02343 | 21.03.2008 | 4.35625 | 1.04084 |
| 24.03.2008 | 2.55833 | 1.02364 | 24.03.2008 | 4.35625 | 1.04121 |
| 25.03.2008 | 2.58833 | 1.02371 | 25.03.2008 | 4.37250 | 1.04133 |
| 26.03.2008 | 2.64667 | 1.02378 | 26.03.2008 | 4.38188 | 1.04145 |
| 27.03.2008 | 2.69000 | 1.02386 | 27.03.2008 | 4.38313 | 1.04158 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 28.03.2008 | 2.71667 | 1.02393 | 28.03.2008 | 4.36000 | 1.04170 |
| 31.03.2008 | 2.71833 | 1.02415 | 31.03.2008 | 4.35875 | 1.04207 |
| 01.04.2008 | 2.72500 | 1.02423 | 01.04.2008 | 4.35688 | 1.04220 |
| 02.04.2008 | 2.69167 | 1.02430 | 02.04.2008 | 4.35188 | 1.04232 |
| 03.04.2008 | 2.63167 | 1.02438 | 03.04.2008 | 4.35125 | 1.04244 |
| 04.04.2008 | 2.61000 | 1.02445 | 04.04.2008 | 4.34938 | 1.04256 |
| 07.04.2008 | 2.60333 | 1.02466 | 07.04.2008 | 4.34750 | 1.04293 |
| 08.04.2008 | 2.59333 | 1.02473 | 08.04.2008 | 4.35063 | 1.04306 |
| 09.04.2008 | 2.57500 | 1.02481 | 09.04.2008 | 4.35313 | 1.04318 |
| 10.04.2008 | 2.55667 | 1.02488 | 10.04.2008 | 4.35938 | 1.04330 |
| 11.04.2008 | 2.54500 | 1.02495 | 11.04.2008 | 4.36375 | 1.04343 |
| 14.04.2008 | 2.53667 | 1.02515 | 14.04.2008 | 4.36688 | 1.04380 |
| 15.04.2008 | 2.53333 | 1.02522 | 15.04.2008 | 4.37063 | 1.04392 |
| 16.04.2008 | 2.52500 | 1.02529 | 16.04.2008 | 4.37250 | 1.04405 |
| 17.04.2008 | 2.52417 | 1.02536 | 17.04.2008 | 4.37063 | 1.04417 |
| 18.04.2008 | 2.52000 | 1.02543 | 18.04.2008 | 4.37375 | 1.04429 |
| 21.04.2008 | 2.51667 | 1.02564 | 21.04.2008 | 4.37750 | 1.04466 |
| 22.04.2008 | 2.51167 | 1.02571 | 22.04.2008 | 4.38813 | 1.04479 |
| 23.04.2008 | 2.51333 | 1.02578 | 23.04.2008 | 4.38688 | 1.04491 |
| 24.04.2008 | 2.47167 | 1.02584 | 24.04.2008 | 4.38563 | 1.04504 |
| 25.04.2008 | 2.45667 | 1.02591 | 25.04.2008 | 4.38813 | 1.04516 |
| 28.04.2008 | 2.45000 | 1.02611 | 28.04.2008 | 4.38688 | 1.04554 |
| 29.04.2008 | 2.43833 | 1.02618 | 29.04.2008 | 4.38563 | 1.04566 |
| 30.04.2008 | 2.40583 | 1.02625 | 30.04.2008 | 4.38688 | 1.04578 |
| 01.05.2008 | 2.39667 | 1.02631 | 01.05.2008 | 4.38813 | 1.04591 |
| 02.05.2008 | 2.39333 | 1.02638 | 02.05.2008 | 4.38625 | 1.04603 |
| 05.05.2008 | 2.39333 | 1.02657 | 05.05.2008 | 4.38563 | 1.04641 |
| 06.05.2008 | 2.37467 | 1.02664 | 06.05.2008 | 4.38625 | 1.04653 |
| 07.05.2008 | 2.37333 | 1.02670 | 07.05.2008 | 4.38313 | 1.04666 |
| 08.05.2008 | 2.36167 | 1.02677 | 08.05.2008 | 4.38438 | 1.04678 |
| 09.05.2008 | 2.35333 | 1.02683 | 09.05.2008 | 4.38313 | 1.04691 |
| 12.05.2008 | 2.35333 | 1.02703 | 12.05.2008 | 4.38125 | 1.04728 |
| 13.05.2008 | 2.34833 | 1.02709 | 13.05.2008 | 4.38313 | 1.04740 |
| 14.05.2008 | 2.34500 | 1.02716 | 14.05.2008 | 4.38313 | 1.04753 |
| 15.05.2008 | 2.34167 | 1.02722 | 15.05.2008 | 4.37688 | 1.04765 |
| 16.05.2008 | 2.34000 | 1.02728 | 16.05.2008 | 4.37063 | 1.04778 |
| 19.05.2008 | 2.34500 | 1.02747 | 19.05.2008 | 4.37188 | 1.04815 |
| 20.05.2008 | 2.34333 | 1.02754 | 20.05.2008 | 4.37563 | 1.04827 |
| 21.05.2008 | 2.34167 | 1.02760 | 21.05.2008 | 4.37313 | 1.04840 |
| 22.05.2008 | 2.33500 | 1.02767 | 22.05.2008 | 4.37438 | 1.04852 |
| 23.05.2008 | 2.33417 | 1.02773 | 23.05.2008 | 4.37438 | 1.04865 |
| 26.05.2008 | 2.33417 | 1.02792 | 26.05.2008 | 4.37375 | 1.04902 |
| 27.05.2008 | 2.33250 | 1.02799 | 27.05.2008 | 4.37313 | 1.04915 |
| 28.05.2008 | 2.32750 | 1.02805 | 28.05.2008 | 4.37125 | 1.04927 |
| 29.05.2008 | 2.35000 | 1.02811 | 29.05.2008 | 4.46188 | 1.04940 |
| 30.05.2008 | 2.36000 | 1.02818 | 30.05.2008 | 4.46000 | 1.04952 |
| 02.06.2008 | 2.36500 | 1.02831 | 02.06.2008 | 4.46219 | 1.04978 |
| 03.06.2008 | 2.36500 | 1.02837 | 03.06.2008 | 4.46500 | 1.04990 |
| 04.06.2008 | 2.36500 | 1.02844 | 04.06.2008 | 4.45938 | 1.05003 |
| 05.06.2008 | 2.36500 | 1.02850 | 05.06.2008 | 4.45625 | 1.05016 |
| 06.06.2008 | 2.39167 | 1.02857 | 06.06.2008 | 4.47625 | 1.05029 |
| 09.06.2008 | 2.40000 | 1.02876 | 09.06.2008 | 4.47375 | 1.05067 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index Date | PX_LAST | Index | EE0001M Index Date | PX_LAST | Index |
|---|---|---|---|---|---|
| 10.06.2008 | 2.42333 | 1.02883 | 10.06.2008 | 4.47125 | 1.05080 |
| 11.06.2008 | 2.44000 | 1.02889 | 11.06.2008 | 4.47125 | 1.05092 |
| 12.06.2008 | 2.44500 | 1.02896 | 12.06.2008 | 4.47188 | 1.05105 |
| 13.06.2008 | 2.45167 | 1.02903 | 13.06.2008 | 4.46875 | 1.05118 |
| 16.06.2008 | 2.45833 | 1.02923 | 16.06.2008 | 4.47125 | 1.05156 |
| 17.06.2008 | 2.46833 | 1.02930 | 17.06.2008 | 4.48063 | 1.05169 |
| 18.06.2008 | 2.47500 | 1.02936 | 18.06.2008 | 4.48000 | 1.05182 |
| 19.06.2008 | 2.42500 | 1.02943 | 19.06.2008 | 4.49250 | 1.05195 |
| 20.06.2008 | 2.40667 | 1.02950 | 20.06.2008 | 4.48938 | 1.05207 |
| 23.06.2008 | 2.40083 | 1.02970 | 23.06.2008 | 4.48938 | 1.05246 |
| 24.06.2008 | 2.40000 | 1.02976 | 24.06.2008 | 4.48938 | 1.05259 |
| 25.06.2008 | 2.39000 | 1.02983 | 25.06.2008 | 4.48063 | 1.05272 |
| 26.06.2008 | 2.37667 | 1.02989 | 26.06.2008 | 4.46000 | 1.05284 |
| 27.06.2008 | 2.35667 | 1.02996 | 27.06.2008 | 4.43688 | 1.05297 |
| 30.06.2008 | 2.35667 | 1.03015 | 30.06.2008 | 4.43938 | 1.05335 |
| 01.07.2008 | 2.34667 | 1.03022 | 01.07.2008 | 4.44688 | 1.05348 |
| 02.07.2008 | 2.32833 | 1.03028 | 02.07.2008 | 4.44313 | 1.05361 |
| 03.07.2008 | 2.32167 | 1.03035 | 03.07.2008 | 4.46375 | 1.05373 |
| 04.07.2008 | 2.31833 | 1.03041 | 04.07.2008 | 4.46625 | 1.05386 |
| 07.07.2008 | 2.31917 | 1.03060 | 07.07.2008 | 4.46750 | 1.05424 |
| 08.07.2008 | 2.32000 | 1.03066 | 08.07.2008 | 4.46875 | 1.05437 |
| 09.07.2008 | 2.31833 | 1.03073 | 09.07.2008 | 4.46875 | 1.05450 |
| 10.07.2008 | 2.30917 | 1.03079 | 10.07.2008 | 4.46813 | 1.05463 |
| 11.07.2008 | 2.30667 | 1.03085 | 11.07.2008 | 4.46500 | 1.05476 |
| 14.07.2008 | 2.30833 | 1.03104 | 14.07.2008 | 4.46563 | 1.05514 |
| 15.07.2008 | 2.30833 | 1.03111 | 15.07.2008 | 4.46563 | 1.05527 |
| 16.07.2008 | 2.30250 | 1.03117 | 16.07.2008 | 4.46563 | 1.05540 |
| 17.07.2008 | 2.30000 | 1.03123 | 17.07.2008 | 4.46813 | 1.05552 |
| 18.07.2008 | 2.29000 | 1.03130 | 18.07.2008 | 4.46688 | 1.05565 |
| 21.07.2008 | 2.29167 | 1.03148 | 21.07.2008 | 4.46875 | 1.05604 |
| 22.07.2008 | 2.28833 | 1.03155 | 22.07.2008 | 4.47250 | 1.05616 |
| 23.07.2008 | 2.28500 | 1.03161 | 23.07.2008 | 4.48000 | 1.05629 |
| 24.07.2008 | 2.28167 | 1.03167 | 24.07.2008 | 4.48250 | 1.05642 |
| 25.07.2008 | 2.28000 | 1.03173 | 25.07.2008 | 4.48625 | 1.05655 |
| 28.07.2008 | 2.28000 | 1.03192 | 28.07.2008 | 4.48125 | 1.05694 |
| 29.07.2008 | 2.27833 | 1.03198 | 29.07.2008 | 4.47750 | 1.05706 |
| 30.07.2008 | 2.27583 | 1.03205 | 30.07.2008 | 4.47688 | 1.05719 |
| 31.07.2008 | 2.27250 | 1.03205 | 31.07.2008 | 4.47813 | 1.05719 |
| 01.08.2008 | 2.27167 | 1.03211 | 01.08.2008 | 4.47813 | 1.05732 |
| 04.08.2008 | 2.27167 | 1.03230 | 04.08.2008 | 4.48188 | 1.05771 |
| 05.08.2008 | 2.27333 | 1.03236 | 05.08.2008 | 4.48250 | 1.05784 |
| 06.08.2008 | 2.27000 | 1.03242 | 06.08.2008 | 4.47813 | 1.05796 |
| 07.08.2008 | 2.26750 | 1.03248 | 07.08.2008 | 4.48063 | 1.05809 |
| 08.08.2008 | 2.26000 | 1.03255 | 08.08.2008 | 4.47813 | 1.05822 |
| 11.08.2008 | 2.25833 | 1.03273 | 11.08.2008 | 4.48188 | 1.05861 |
| 12.08.2008 | 2.25333 | 1.03279 | 12.08.2008 | 4.48063 | 1.05874 |
| 13.08.2008 | 2.25000 | 1.03285 | 13.08.2008 | 4.48188 | 1.05887 |
| 14.08.2008 | 2.25333 | 1.03292 | 14.08.2008 | 4.48063 | 1.05899 |
| 15.08.2008 | 2.25500 | 1.03298 | 15.08.2008 | 4.48250 | 1.05912 |
| 18.08.2008 | 2.25583 | 1.03316 | 18.08.2008 | 4.48375 | 1.05951 |
| 19.08.2008 | 2.25000 | 1.03323 | 19.08.2008 | 4.47938 | 1.05964 |
| 20.08.2008 | 2.25167 | 1.03329 | 20.08.2008 | 4.47813 | 1.05977 |

**Interest Calculation (according to Term Sheet: 1m Libor Rates)**

| SF0001M Index | | Index | EE0001M Index | | Index |
|---|---|---|---|---|---|
| Date | PX_LAST | | Date | PX_LAST | |
| 21.08.2008 | 2.25000 | 1.03335 | 21.08.2008 | 4.47375 | 1.05990 |
| 22.08.2008 | 2.25000 | 1.03341 | 22.08.2008 | 4.47375 | 1.06003 |
| 25.08.2008 | 2.25000 | 1.03360 | 25.08.2008 | 4.47938 | 1.06041 |
| 26.08.2008 | 2.25000 | 1.03366 | 26.08.2008 | 4.47875 | 1.06054 |
| 27.08.2008 | 2.25000 | 1.03372 | 27.08.2008 | 4.47688 | 1.06067 |
| 28.08.2008 | 2.25833 | 1.03378 | 28.08.2008 | 4.50250 | 1.06080 |
| 29.08.2008 | 2.25500 | 1.03384 | 29.08.2008 | 4.50438 | 1.06093 |
| 01.09.2008 | 2.25167 | 1.03397 | 01.09.2008 | 4.50813 | 1.06119 |
| 02.09.2008 | 2.25000 | 1.03403 | 02.09.2008 | 4.50813 | 1.06132 |
| 03.09.2008 | 2.25000 | 1.03409 | 03.09.2008 | 4.51125 | 1.06145 |
| 04.09.2008 | 2.25000 | 1.03415 | 04.09.2008 | 4.51250 | 1.06158 |
| 05.09.2008 | 2.25000 | 1.03421 | 05.09.2008 | 4.51063 | 1.06171 |
| 08.09.2008 | 2.25000 | 1.03440 | 08.09.2008 | 4.51000 | 1.06210 |
| 09.09.2008 | 2.25000 | 1.03446 | 09.09.2008 | 4.51250 | 1.06223 |
| 10.09.2008 | 2.25000 | 1.03452 | 10.09.2008 | 4.50875 | 1.06236 |
| 11.09.2008 | 2.24833 | 1.03458 | 11.09.2008 | 4.51125 | 1.06249 |
| 12.09.2008 | 2.25000 | 1.03465 | 12.09.2008 | 4.51188 | 1.06262 |
| 15.09.2008 | 2.25000 | **1.03483** | 15.09.2008 | 4.52438 | **1.06301** |

Attachment 2 Lehman Securities Programs Proof of Claim (Reference to Number 3. and 4.)

SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.    ‑ ) ⑤    ‑)⑷

| Name | ISIN | Euroclear Bank Electronic Reference Number | Euroclear Account Number |
|---|---|---|---|
| SW (LU) Portfolio Fund Growth (EUR) | XS0292528311 | 6050266 | 16316 |
| SW (LU) Portfolio Fund Balanced (EUR) | XS0292528311 | 6050267 | 16316 |
| SW (LU) Portfolio Fund Yield (EUR) | XS0292528311 | 6050268 | 16316 |
| SW (LU) Portfolio Fund Yield | XS0292542494 | 6050271 | 16316 |
| SW (LU) Portfolio Fund Balanced | XS0292542494 | 6050270 | 16316 |
| SW (LU) Portfolio Fund Growth | XS0292542494 | 6050269 | 16316 |





## BANQUE ET CAISSE D'EPARGNE DE L'ETAT
### LUXEMBOURG
depuis 1856

---

Investment Funds Department

**SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A.**
1, Place de Metz
L-1930 Luxembourg

Luxembourg, October16ᵗʰ 2009

Dear Sirs,

In our function as depositary bank of the SWISSCANTO (LU) PORTFOLIO FUNDS MANAGEMENT COMPANY S.A., we hereby confirm that the securities are held in accounts in favor of the following sub-funds:

| Bank | Account number | Fund Name | ISIN | Name Security | Currency | Holding |
|------|------|------|------|------|------|------|
| RBC DIS | 099990408 | Swisscanto (LU) Portfolio Fund Balanced EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 1 400 000,00 |
| RBC DIS | 099990400 | Swisscanto (LU) Portfolio Fund Growth EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 400 000,00 |
| RBC DIS | 099990411 | Swisscanto (LU) Portfolio Fund Yield EUR | XS0292528311 | Lehman Broth. Tr. AREVO 30 MAR 13 | EUR | 700 000,00 |
| RBC DIS | 099990409 | Swisscanto (LU) Portfolio Fund Balanced CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 19 500 000,00 |
| RBC DIS | 099990401 | Swisscanto (LU) Portfolio Fund Growth CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 7 500 000,00 |
| RBC DIS | 099990412 | Swisscanto (LU) Portfolio Fund Yield CHF | XS0292542494 | Lehman Broth. Tr. AREVO 30 MAR 13 | CHF | 20 700 000,00 |

Yours faithfully,

### BANQUE ET CAISSE D'EPARGNE DE L'ETAT,
### LUXEMBOURG

---

# ARNOLD & PORTER LLP

**Dermond Thomas**
Dermond.Thomas@aporter.com

212.715.1041
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 27, 2009

**VIA FEDERAL EXPRESS**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

Re:    Programs Securities Proofs of Claim

Ladies and Gentlemen:

On behalf of Swisscanto Asset Management Ltd., we enclose herewith a copy of both of its Lehman Programs Securities Proof of Claim forms dated October 21, 2009.

Sincerely,

Dermond Thomas

Enclosures

PS|Ship - FedEx Label

Page 1 of 2

From:  Origin ID: JRSA  (212)715-1000
Desmond Thomas
Arnold & Porter LLP
399 Park Ave

New York, NY 10022

**FedEx** Express

Ship Date: 27OCT09
ActWgt: 1 LB
CAD: 21082/WIN8US00200
Account# S ********

SHIP TO: (646)282-2400          BILL SENDER

**Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Attn: Lehman Brothers Holdings
New York, NY 10017**

Delivery Address Bar Code

Ref # 23108.002-6446
Invoice #
PO #
Dept #

TRK#         7981 1927 8528          WED - 28OCT        A1
0201                                 PRIORITY OVERNIGHT
              RECEIVED  SR

OCT 28 2009                          10017
**EB OGSA**                          NY-US
                                     EWR

Shipments by air may be subject to certain tariffs, including the Warsaw
Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx®
International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155478/155478 REV E/05 RT

100%
Recycled
Paperboard®

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000050862

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

Swisscanto (LU) SICAV II Advisory Company Holding S.A.
69, route d'Esch
L-1470 Luxembourg

Telephone number: +41 58 344 49 00  Email Address: compliance@swisscanto.ch

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(If known)

Filed on: 10/28/08

**Name and address where payment should be sent (if different from above)**

Telephone number: _____  Email Address: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ _____ at least 754,152.29 _____ (Required)(see attached Annex)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0292528311          (Required)

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:** 6050264 and 6050265 (Attachment 2)

(Required)

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

16318          (Required)

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 21-10-09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

FOR COURT USE ONLY
FILED / RECEIVED
OCT 2 8 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Dr. Gérard Fischer          Ralf C. Branda
Chairman                    Member Board of Directors

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____     _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**<u>Annex to Proof of Claim Form of Swisscanto (LU) SICAV II Advisory Company Holding S.A.</u>**

In addition to the statements set forth on its proof of claim form and in the documents attached hereto and/or submitted in accordance with the applicable procedures, Swisscanto (LU) SICAV II Advisory Company Holding S.A. ("**<u>SICAV</u>**") states as follows in support of its claim against the Debtor:

1.      In addition to the amount of its claim, SICAV asserts a claim for any and all interest (including default interest), costs, fees, charges and expenses (including attorneys' fees) due and owing or that may become due and owing or otherwise allowable in connection with its clam.

2.      SICAV is filing this proof of claim in anticipation of the claims bar date (the "**<u>Bar Date</u>**"), which has been set as November 2, 2009, pursuant to the Court's July 2, 2009 Order pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form. SICAV reserves the right to amend, modify, and/or supplement this proof of claim at any time, including, without limitation, for the purpose of asserting additional claims, whether arising from the transactions or documents described in SICAV's proof of claim, this attachment, or otherwise. SICAV also reserves its rights to assert any and all rights of setoff that it may have against the Debtor in respect of its claims, including, without limitation, the right to set off its claims against any claims that the Debtor (or any successor, assignee or person claiming through the Debtor, as the case may be) may assert against SICAV or its successors or assigns, whether or not arising under the transactions set forth in this proof of claim. SICAV also reserves its right to pursue claims (including, but not limited to, the claims described herein) against the Debtor based upon additional or alternative legal theories. SICAV also reserves the right to assert administrative expense claims.

3.      SICAV reserves its right to seek to have the reference withdrawn with respect to the subject matter of these claims, any objection or other proceedings commenced with respect thereto, or any other proceedings commenced in this case or otherwise involving SICAV. By filing this proof of claim, SICAV does not intend to submit to the jurisdiction of the Bankruptcy Court for any purpose other than the determination and allowance of this claim.

4.      All notices and any distribution with respect to this proof of claim should be sent to:

ARNOLD & PORTER LLP
399 Park Ave, 34th Fl.
New York, NY 10022
Attn: Anthony Boccanfuso
Telephone number: (212) 715-1000
Facsimile: (212) 715-1399

**Attachement to Claim (incl. nominal and interests) Lehman Exposure of SWISSCANTO (LU)SICAV II ADVISORY COMPANY HOLDING S.A (as per 15.09.2008)**

**Claims in USD**

| Fund | | ISIN | | Nominal | Intrest | Interest | Exposure Total (Claim) |
|------|--|------|--|---------|---------|----------|------------------------|
| SW (LU) Sicav II Portfolio Fund Yield (EUR) | | XS0292528311 | USD | 425'670.00 | 6.301% | 26'821.37 | 452'491.37 |
| SW (LU) Sicav II Portfolio Fund Balanced (EUR) | | XS0292528311 | USD | 283'780.00 | 6.301% | 17'880.91 | 301'660.91 |
| **Total Claims in USD** | | | **USD** | **709'450.00** | | **44'702.29** | **764'152.29** |

EUR WMCO Currncy (USD)

| Date | PX_LAST |
|------|---------|
| 15.09.2008 | 1.4189 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
EE0001M Index        Index

| Date | PX_LAST | |
|---|---|---|
| 30.03.2007 | 3.86613 | 1.00000 |
| 02.04.2007 | 3.86613 | 1.00021 |
| 03.04.2007 | 3.86625 | 1.00031 |
| 04.04.2007 | 3.86538 | 1.00042 |
| 05.04.2007 | 3.86275 | 1.00052 |
| 06.04.2007 | 3.86275 | 1.00063 |
| 09.04.2007 | 3.86275 | 1.00094 |
| 10.04.2007 | 3.85913 | 1.00105 |
| 11.04.2007 | 3.85775 | 1.00115 |
| 12.04.2007 | 3.85788 | 1.00126 |
| 13.04.2007 | 3.85388 | 1.00136 |
| 16.04.2007 | 3.85638 | 1.00167 |
| 17.04.2007 | 3.85638 | 1.00178 |
| 18.04.2007 | 3.85838 | 1.00188 |
| 19.04.2007 | 3.85838 | 1.00199 |
| 20.04.2007 | 3.85900 | 1.00209 |
| 23.04.2007 | 3.85975 | 1.00241 |
| 24.04.2007 | 3.85975 | 1.00251 |
| 25.04.2007 | 3.85975 | 1.00261 |
| 26.04.2007 | 3.85988 | 1.00272 |
| 27.04.2007 | 3.86075 | 1.00282 |
| 30.04.2007 | 3.86013 | 1.00314 |
| 01.05.2007 | 3.86013 | 1.00324 |
| 02.05.2007 | 3.86413 | 1.00335 |
| 03.05.2007 | 3.86713 | 1.00345 |
| 04.05.2007 | 3.86413 | 1.00356 |
| 07.05.2007 | 3.86750 | 1.00387 |
| 08.05.2007 | 3.86613 | 1.00398 |
| 09.05.2007 | 3.86088 | 1.00408 |
| 10.05.2007 | 3.86538 | 1.00419 |
| 11.05.2007 | 3.87475 | 1.00429 |
| 14.05.2007 | 3.89188 | 1.00461 |
| 15.05.2007 | 3.89288 | 1.00471 |
| 16.05.2007 | 3.89488 | 1.00482 |
| 17.05.2007 | 3.91625 | 1.00493 |
| 18.05.2007 | 3.92163 | 1.00503 |
| 21.05.2007 | 3.94163 | 1.00535 |
| 22.05.2007 | 3.94413 | 1.00546 |
| 23.05.2007 | 3.94813 | 1.00557 |
| 24.05.2007 | 3.97413 | 1.00567 |
| 25.05.2007 | 3.97875 | 1.00578 |
| 28.05.2007 | 3.97938 | 1.00611 |
| 29.05.2007 | 3.98963 | 1.00622 |
| 30.05.2007 | 4.00650 | 1.00633 |
| 31.05.2007 | 4.02813 | 1.00633 |
| 01.06.2007 | 4.03425 | 1.00643 |
| 04.06.2007 | 4.04263 | 1.00676 |
| 05.06.2007 | 4.05338 | 1.00688 |
| 06.06.2007 | 4.05750 | 1.00699 |
| 07.06.2007 | 4.08813 | 1.00710 |
| 08.06.2007 | 4.09963 | 1.00721 |
| 11.06.2007 | 4.10963 | 1.00754 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index            Index**

| Date | PX_LAST | |
|---|---|---|
| 12.06.2007 | 4.11188 | 1.00766 |
| 13.06.2007 | 4.11463 | 1.00777 |
| 14.06.2007 | 4.11800 | 1.00788 |
| 15.06.2007 | 4.11600 | 1.00799 |
| 18.06.2007 | 4.11275 | 1.00833 |
| 19.06.2007 | 4.11413 | 1.00844 |
| 20.06.2007 | 4.11425 | 1.00856 |
| 21.06.2007 | 4.11625 | 1.00867 |
| 22.06.2007 | 4.11688 | 1.00878 |
| 25.06.2007 | 4.11363 | 1.00912 |
| 26.06.2007 | 4.11613 | 1.00923 |
| 27.06.2007 | 4.12000 | 1.00934 |
| 28.06.2007 | 4.11363 | 1.00946 |
| 29.06.2007 | 4.11438 | 1.00957 |
| 02.07.2007 | 4.11225 | 1.00991 |
| 03.07.2007 | 4.10900 | 1.01002 |
| 04.07.2007 | 4.10375 | 1.01013 |
| 05.07.2007 | 4.10725 | 1.01024 |
| 06.07.2007 | 4.10825 | 1.01036 |
| 09.07.2007 | 4.10813 | 1.01069 |
| 10.07.2007 | 4.10688 | 1.01081 |
| 11.07.2007 | 4.10688 | 1.01092 |
| 12.07.2007 | 4.10813 | 1.01103 |
| 13.07.2007 | 4.10813 | 1.01114 |
| 16.07.2007 | 4.10563 | 1.01148 |
| 17.07.2007 | 4.10550 | 1.01159 |
| 18.07.2007 | 4.10413 | 1.01171 |
| 19.07.2007 | 4.10538 | 1.01182 |
| 20.07.2007 | 4.10550 | 1.01193 |
| 23.07.2007 | 4.10613 | 1.01227 |
| 24.07.2007 | 4.10613 | 1.01238 |
| 25.07.2007 | 4.10613 | 1.01249 |
| 26.07.2007 | 4.10625 | 1.01261 |
| 27.07.2007 | 4.10813 | 1.01272 |
| 30.07.2007 | 4.10575 | 1.01306 |
| 31.07.2007 | 4.10613 | 1.01306 |
| 01.08.2007 | 4.10813 | 1.01317 |
| 02.08.2007 | 4.10938 | 1.01328 |
| 03.08.2007 | 4.11388 | 1.01340 |
| 06.08.2007 | 4.11463 | 1.01374 |
| 07.08.2007 | 4.11750 | 1.01385 |
| 08.08.2007 | 4.13000 | 1.01396 |
| 09.08.2007 | 4.20000 | 1.01408 |
| 10.08.2007 | 4.23875 | 1.01419 |
| 13.08.2007 | 4.25250 | 1.01454 |
| 14.08.2007 | 4.27688 | 1.01466 |
| 15.08.2007 | 4.28875 | 1.01478 |
| 16.08.2007 | 4.35688 | 1.01489 |
| 17.08.2007 | 4.43250 | 1.01501 |
| 20.08.2007 | 4.43875 | 1.01538 |
| 21.08.2007 | 4.44125 | 1.01550 |
| 22.08.2007 | 4.45250 | 1.01562 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

EE0001M Index      Index

| Date | PX_LAST | |
|---|---|---|
| 23.08.2007 | 4.45500 | 1.01575 |
| 24.08.2007 | 4.45125 | 1.01587 |
| 27.08.2007 | 4.44750 | 1.01624 |
| 28.08.2007 | 4.42125 | 1.01636 |
| 29.08.2007 | 4.43000 | 1.01648 |
| 30.08.2007 | 4.44750 | 1.01661 |
| 31.08.2007 | 4.45938 | 1.01661 |
| 03.09.2007 | 4.45875 | 1.01697 |
| 04.09.2007 | 4.47063 | 1.01710 |
| 05.09.2007 | 4.50000 | 1.01722 |
| 06.09.2007 | 4.48250 | 1.01735 |
| 07.09.2007 | 4.44813 | 1.01747 |
| 10.09.2007 | 4.44500 | 1.01784 |
| 11.09.2007 | 4.45000 | 1.01796 |
| 12.09.2007 | 4.44438 | 1.01808 |
| 13.09.2007 | 4.43063 | 1.01821 |
| 14.09.2007 | 4.42500 | 1.01833 |
| 17.09.2007 | 4.42625 | 1.01870 |
| 18.09.2007 | 4.43000 | 1.01882 |
| 19.09.2007 | 4.41813 | 1.01894 |
| 20.09.2007 | 4.41438 | 1.01906 |
| 21.09.2007 | 4.41500 | 1.01919 |
| 24.09.2007 | 4.41000 | 1.01955 |
| 25.09.2007 | 4.40875 | 1.01967 |
| 26.09.2007 | 4.40875 | 1.01980 |
| 27.09.2007 | 4.40688 | 1.01992 |
| 28.09.2007 | 4.40688 | 1.02004 |
| 01.10.2007 | 4.39000 | 1.02041 |
| 02.10.2007 | 4.38250 | 1.02053 |
| 03.10.2007 | 4.37063 | 1.02065 |
| 04.10.2007 | 4.35375 | 1.02077 |
| 05.10.2007 | 4.33625 | 1.02089 |
| 08.10.2007 | 4.32875 | 1.02125 |
| 09.10.2007 | 4.30938 | 1.02137 |
| 10.10.2007 | 4.28000 | 1.02149 |
| 11.10.2007 | 4.25000 | 1.02161 |
| 12.10.2007 | 4.20000 | 1.02173 |
| 15.10.2007 | 4.18438 | 1.02208 |
| 16.10.2007 | 4.18000 | 1.02219 |
| 17.10.2007 | 4.18000 | 1.02231 |
| 18.10.2007 | 4.17375 | 1.02242 |
| 19.10.2007 | 4.17000 | 1.02254 |
| 22.10.2007 | 4.17313 | 1.02289 |
| 23.10.2007 | 4.17000 | 1.02300 |
| 24.10.2007 | 4.16375 | 1.02312 |
| 25.10.2007 | 4.15375 | 1.02323 |
| 26.10.2007 | 4.15625 | 1.02335 |
| 29.10.2007 | 4.15750 | 1.02369 |
| 30.10.2007 | 4.15875 | 1.02381 |
| 31.10.2007 | 4.15563 | 1.02381 |
| 01.11.2007 | 4.15000 | 1.02393 |
| 02.11.2007 | 4.14375 | 1.02404 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index        Index**

| Date | PX_LAST | |
|------|---------|---------|
| 05.11.2007 | 4.14375 | 1.02439 |
| 06.11.2007 | 4.14000 | 1.02450 |
| 07.11.2007 | 4.14375 | 1.02462 |
| 08.11.2007 | 4.13875 | 1.02473 |
| 09.11.2007 | 4.13500 | 1.02485 |
| 12.11.2007 | 4.13625 | 1.02519 |
| 13.11.2007 | 4.14000 | 1.02531 |
| 14.11.2007 | 4.14000 | 1.02542 |
| 15.11.2007 | 4.14188 | 1.02554 |
| 16.11.2007 | 4.14438 | 1.02565 |
| 19.11.2007 | 4.15750 | 1.02600 |
| 20.11.2007 | 4.16938 | 1.02611 |
| 21.11.2007 | 4.17375 | 1.02623 |
| 22.11.2007 | 4.19563 | 1.02634 |
| 23.11.2007 | 4.20250 | 1.02646 |
| 26.11.2007 | 4.19188 | 1.02681 |
| 27.11.2007 | 4.17750 | 1.02693 |
| 28.11.2007 | 4.16625 | 1.02704 |
| 29.11.2007 | 4.80938 | 1.02716 |
| 30.11.2007 | 4.82125 | 1.02730 |
| 03.12.2007 | 4.83625 | 1.02770 |
| 04.12.2007 | 4.84875 | 1.02783 |
| 05.12.2007 | 4.85438 | 1.02797 |
| 06.12.2007 | 4.85625 | 1.02811 |
| 07.12.2007 | 4.87563 | 1.02824 |
| 10.12.2007 | 4.89625 | 1.02865 |
| 11.12.2007 | 4.92250 | 1.02879 |
| 12.12.2007 | 4.94500 | 1.02893 |
| 13.12.2007 | 4.93500 | 1.02906 |
| 14.12.2007 | 4.93375 | 1.02920 |
| 17.12.2007 | 4.92375 | 1.02962 |
| 18.12.2007 | 4.58813 | 1.02976 |
| 19.12.2007 | 4.56375 | 1.02988 |
| 20.12.2007 | 4.53500 | 1.03001 |
| 21.12.2007 | 4.46625 | 1.03014 |
| 24.12.2007 | 4.43688 | 1.03051 |
| 25.12.2007 | 4.43688 | 1.03064 |
| 26.12.2007 | 4.43688 | 1.03076 |
| 27.12.2007 | 4.42250 | 1.03089 |
| 28.12.2007 | 4.29438 | 1.03101 |
| 31.12.2007 | 4.28125 | 1.03137 |
| 01.01.2008 | 4.28125 | 1.03149 |
| 02.01.2008 | 4.22625 | 1.03161 |
| 03.01.2008 | 4.21000 | 1.03173 |
| 04.01.2008 | 4.20313 | 1.03185 |
| 07.01.2008 | 4.20000 | 1.03220 |
| 08.01.2008 | 4.20000 | 1.03232 |
| 09.01.2008 | 4.21000 | 1.03243 |
| 10.01.2008 | 4.20500 | 1.03255 |
| 11.01.2008 | 4.20000 | 1.03267 |
| 14.01.2008 | 4.20125 | 1.03302 |
| 15.01.2008 | 4.20188 | 1.03314 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**

**EE0001M Index        Index**

| Date | PX_LAST | |
|---|---|---|
| 16.01.2008 | 4.19625 | 1.03326 |
| 17.01.2008 | 4.19375 | 1.03337 |
| 18.01.2008 | 4.18688 | 1.03349 |
| 21.01.2008 | 4.18563 | 1.03384 |
| 22.01.2008 | 4.17000 | 1.03396 |
| 23.01.2008 | 4.16938 | 1.03408 |
| 24.01.2008 | 4.17625 | 1.03420 |
| 25.01.2008 | 4.19000 | 1.03431 |
| 28.01.2008 | 4.18688 | 1.03466 |
| 29.01.2008 | 4.19000 | 1.03478 |
| 30.01.2008 | 4.19375 | 1.03490 |
| 31.01.2008 | 4.19250 | 1.03490 |
| 01.02.2008 | 4.19125 | 1.03502 |
| 04.02.2008 | 4.19000 | 1.03537 |
| 05.02.2008 | 4.18063 | 1.03549 |
| 06.02.2008 | 4.17625 | 1.03561 |
| 07.02.2008 | 4.17625 | 1.03572 |
| 08.02.2008 | 4.17063 | 1.03584 |
| 11.02.2008 | 4.17563 | 1.03619 |
| 12.02.2008 | 4.17625 | 1.03631 |
| 13.02.2008 | 4.17813 | 1.03643 |
| 14.02.2008 | 4.17938 | 1.03654 |
| 15.02.2008 | 4.18000 | 1.03666 |
| 18.02.2008 | 4.18000 | 1.03701 |
| 19.02.2008 | 4.18000 | 1.03713 |
| 20.02.2008 | 4.18000 | 1.03725 |
| 21.02.2008 | 4.18125 | 1.03737 |
| 22.02.2008 | 4.17875 | 1.03748 |
| 25.02.2008 | 4.18125 | 1.03784 |
| 26.02.2008 | 4.18563 | 1.03795 |
| 27.02.2008 | 4.18813 | 1.03807 |
| 28.02.2008 | 4.20125 | 1.03819 |
| 29.02.2008 | 4.20125 | 1.03831 |
| 03.03.2008 | 4.20000 | 1.03866 |
| 04.03.2008 | 4.20125 | 1.03878 |
| 05.03.2008 | 4.20250 | 1.03890 |
| 06.03.2008 | 4.21250 | 1.03902 |
| 07.03.2008 | 4.27000 | 1.03914 |
| 10.03.2008 | 4.29688 | 1.03950 |
| 11.03.2008 | 4.30750 | 1.03962 |
| 12.03.2008 | 4.30375 | 1.03974 |
| 13.03.2008 | 4.30563 | 1.03986 |
| 14.03.2008 | 4.31375 | 1.03998 |
| 17.03.2008 | 4.33188 | 1.04035 |
| 18.03.2008 | 4.33688 | 1.04047 |
| 19.03.2008 | 4.34813 | 1.04059 |
| 20.03.2008 | 4.35625 | 1.04072 |
| 21.03.2008 | 4.35625 | 1.04084 |
| 24.03.2008 | 4.35625 | 1.04121 |
| 25.03.2008 | 4.37250 | 1.04133 |
| 26.03.2008 | 4.38188 | 1.04145 |
| 27.03.2008 | 4.38313 | 1.04158 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index        Index**

| Date | PX_LAST | |
|------|---------|---------|
| 28.03.2008 | 4.36000 | 1.04170 |
| 31.03.2008 | 4.35875 | 1.04207 |
| 01.04.2008 | 4.35688 | 1.04220 |
| 02.04.2008 | 4.35188 | 1.04232 |
| 03.04.2008 | 4.35125 | 1.04244 |
| 04.04.2008 | 4.34938 | 1.04256 |
| 07.04.2008 | 4.34750 | 1.04293 |
| 08.04.2008 | 4.35063 | 1.04306 |
| 09.04.2008 | 4.35313 | 1.04318 |
| 10.04.2008 | 4.35938 | 1.04330 |
| 11.04.2008 | 4.36375 | 1.04343 |
| 14.04.2008 | 4.36688 | 1.04380 |
| 15.04.2008 | 4.37063 | 1.04392 |
| 16.04.2008 | 4.37250 | 1.04405 |
| 17.04.2008 | 4.37063 | 1.04417 |
| 18.04.2008 | 4.37375 | 1.04429 |
| 21.04.2008 | 4.37750 | 1.04466 |
| 22.04.2008 | 4.38813 | 1.04479 |
| 23.04.2008 | 4.38688 | 1.04491 |
| 24.04.2008 | 4.38563 | 1.04504 |
| 25.04.2008 | 4.38813 | 1.04516 |
| 28.04.2008 | 4.38688 | 1.04554 |
| 29.04.2008 | 4.38563 | 1.04566 |
| 30.04.2008 | 4.38688 | 1.04578 |
| 01.05.2008 | 4.38813 | 1.04591 |
| 02.05.2008 | 4.38625 | 1.04603 |
| 05.05.2008 | 4.38563 | 1.04641 |
| 06.05.2008 | 4.38625 | 1.04653 |
| 07.05.2008 | 4.38313 | 1.04666 |
| 08.05.2008 | 4.38438 | 1.04678 |
| 09.05.2008 | 4.38313 | 1.04691 |
| 12.05.2008 | 4.38125 | 1.04728 |
| 13.05.2008 | 4.38313 | 1.04740 |
| 14.05.2008 | 4.38313 | 1.04753 |
| 15.05.2008 | 4.37688 | 1.04765 |
| 16.05.2008 | 4.37063 | 1.04778 |
| 19.05.2008 | 4.37188 | 1.04815 |
| 20.05.2008 | 4.37563 | 1.04827 |
| 21.05.2008 | 4.37313 | 1.04840 |
| 22.05.2008 | 4.37438 | 1.04852 |
| 23.05.2008 | 4.37438 | 1.04865 |
| 26.05.2008 | 4.37375 | 1.04902 |
| 27.05.2008 | 4.37313 | 1.04915 |
| 28.05.2008 | 4.37125 | 1.04927 |
| 29.05.2008 | 4.46188 | 1.04940 |
| 30.05.2008 | 4.46000 | 1.04952 |
| 02.06.2008 | 4.46219 | 1.04978 |
| 03.06.2008 | 4.46500 | 1.04990 |
| 04.06.2008 | 4.45938 | 1.05003 |
| 05.06.2008 | 4.45625 | 1.05016 |
| 06.06.2008 | 4.47625 | 1.05029 |
| 09.06.2008 | 4.47375 | 1.05067 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index          Index**

| Date | PX_LAST | |
|---|---|---|
| 10.06.2008 | 4.47125 | 1.05080 |
| 11.06.2008 | 4.47125 | 1.05092 |
| 12.06.2008 | 4.47188 | 1.05105 |
| 13.06.2008 | 4.46875 | 1.05118 |
| 16.06.2008 | 4.47125 | 1.05156 |
| 17.06.2008 | 4.48063 | 1.05169 |
| 18.06.2008 | 4.48000 | 1.05182 |
| 19.06.2008 | 4.49250 | 1.05195 |
| 20.06.2008 | 4.48938 | 1.05207 |
| 23.06.2008 | 4.48938 | 1.05246 |
| 24.06.2008 | 4.48938 | 1.05259 |
| 25.06.2008 | 4.48063 | 1.05272 |
| 26.06.2008 | 4.46000 | 1.05284 |
| 27.06.2008 | 4.43688 | 1.05297 |
| 30.06.2008 | 4.43938 | 1.05335 |
| 01.07.2008 | 4.44688 | 1.05348 |
| 02.07.2008 | 4.44313 | 1.05361 |
| 03.07.2008 | 4.46375 | 1.05373 |
| 04.07.2008 | 4.46625 | 1.05386 |
| 07.07.2008 | 4.46750 | 1.05424 |
| 08.07.2008 | 4.46875 | 1.05437 |
| 09.07.2008 | 4.46875 | 1.05450 |
| 10.07.2008 | 4.46813 | 1.05463 |
| 11.07.2008 | 4.46500 | 1.05476 |
| 14.07.2008 | 4.46563 | 1.05514 |
| 15.07.2008 | 4.46563 | 1.05527 |
| 16.07.2008 | 4.46563 | 1.05540 |
| 17.07.2008 | 4.46813 | 1.05552 |
| 18.07.2008 | 4.46688 | 1.05565 |
| 21.07.2008 | 4.46875 | 1.05604 |
| 22.07.2008 | 4.47250 | 1.05616 |
| 23.07.2008 | 4.48000 | 1.05629 |
| 24.07.2008 | 4.48250 | 1.05642 |
| 25.07.2008 | 4.48625 | 1.05655 |
| 28.07.2008 | 4.48125 | 1.05694 |
| 29.07.2008 | 4.47750 | 1.05706 |
| 30.07.2008 | 4.47688 | 1.05719 |
| 31.07.2008 | 4.47813 | 1.05719 |
| 01.08.2008 | 4.47813 | 1.05732 |
| 04.08.2008 | 4.48188 | 1.05771 |
| 05.08.2008 | 4.48250 | 1.05784 |
| 06.08.2008 | 4.47813 | 1.05796 |
| 07.08.2008 | 4.48063 | 1.05809 |
| 08.08.2008 | 4.47813 | 1.05822 |
| 11.08.2008 | 4.48188 | 1.05861 |
| 12.08.2008 | 4.48063 | 1.05874 |
| 13.08.2008 | 4.48188 | 1.05887 |
| 14.08.2008 | 4.48063 | 1.05899 |
| 15.08.2008 | 4.48250 | 1.05912 |
| 18.08.2008 | 4.48375 | 1.05951 |
| 19.08.2008 | 4.47938 | 1.05964 |
| 20.08.2008 | 4.47813 | 1.05977 |

**Interest Calculation (according to Term Sheet / 1 m Libor Rate)**
**EE0001M Index          Index**

| Date | PX_LAST | |
|------|---------|---------|
| 21.08.2008 | 4.47375 | 1.05990 |
| 22.08.2008 | 4.47375 | 1.06003 |
| 25.08.2008 | 4.47938 | 1.06041 |
| 26.08.2008 | 4.47875 | 1.06054 |
| 27.08.2008 | 4.47688 | 1.06067 |
| 28.08.2008 | 4.50250 | 1.06080 |
| 29.08.2008 | 4.50438 | 1.06093 |
| 01.09.2008 | 4.50813 | 1.06119 |
| 02.09.2008 | 4.50813 | 1.06132 |
| 03.09.2008 | 4.51125 | 1.06145 |
| 04.09.2008 | 4.51250 | 1.06158 |
| 05.09.2008 | 4.51063 | 1.06171 |
| 08.09.2008 | 4.51000 | 1.06210 |
| 09.09.2008 | 4.51250 | 1.06223 |
| 10.09.2008 | 4.50875 | 1.06236 |
| 11.09.2008 | 4.51125 | 1.06249 |
| 12.09.2008 | 4.51188 | 1.06262 |
| 15.09.2008 | 4.52438 | **1.06301** |

**Attachment 2 Lehman Securities Programs Proof of Claim (Reference to Number 3. and 4.)**

**SWISSCANTO (LU)SICAV II ADVISORY COMPANY HOLDING S.A**

(3)

| Name | ISIN | Euroclear Bank Electronic Reference Number | Euroclear Account Number |
|------|------|-------------------------------------------|--------------------------|
| SW (LU) Sicav II Portfolio Fund Yield (EUR) | XS0292528311 | 6050265 | 16318 |
| SW (LU) Sicav II Portfolio Fund Balanced (EUR) | XS0292528311 | 6050264 | 16318 |

*Account stat ment custodian*



**RBC DEXIA**
INVESTOR SERVICES

**Swisscanto (LU) SICAV II**
69, route d'Esch
L-1470 Luxembourg

Our references
Fund Corporate Services, JEP, 5626

Esch/Alzette, le 16th October 2009

Dear Sirs,

In our function as depositary bank of the fund Swisscanto (LU) SICAV II we herewith confirm that
the securities are held in accounts in favor of the following sub-funds:

| Account number | Fund Name | ISIN | Name Security | Currency | Holding |
|---|---|---|---|---|---|
| 099990384 | Swisscanto (LU) SICAV II Portfolio Balanced EUR | XS0292528311 | LEHMAN BROTH.TR. AREVO 30MAR13 | EUR | 200 000,0000 |
| 099990385 | Swisscanto (LU) SICAV II Portfolio Yield EUR | XS0292528311 | LEHMAN BROTH.TR. AREVO 30MAR13 | EUR | 300 000,0000 |

Yours faithfully

**RBC Dexia Investor Services Bank S.A.**
société anonyme

Gérard Pirsch
Attaché

Caroline Dentes
Senior Manager

RBC DEXIA INVESTOR SERVICES BANK S.A.
14, Porte de France, L-4360 Esch-sur-Alzette
T    +352 2605-1    F    +352 2460 9500
RCS Luxembourg B47 192    TVA LU 16225003

rbcdexia-is.com

PS|Ship - FedEx Label

Page 1 of 2

From: Origin ID: JRBA (212) 715-1000
Desmond Thomas
Arnold & Porter LLP
399 Park Ave

New York, NY 10022

Ship Date: 27OCT09
ActWgt: 1 LB
CAD: 2108216/WBU5/0200
Account: S *********

Delivery Address Bar Code

Ref # Z3108.002-5448
Invoice #
PO #
Dept #

SHIP TO: (646)282-2400        BILL SENDER

Epiq Bankruptcy Solutions, LLC
757 Third Avenue
Attn: Lehman Brothers Holdings
New York, NY 10017

TRK#  7981 1927 8528        WED - 28OCT        A1
0201                        PRIORITY OVERNIGHT
            RECEIVED ASR

EB OGSA        OCT 28 2009        10017
                                  NY-US
                                  EWR

Convention, typically to US$9.07 per pound. See the current FedEx Service Guide or the FedEx®
International Air Waybill for details.

**Want more information?**
Go to fedex.com, or call 1.800.GoFedEx 1.800.463.3339 for U.S. domestic shipments, 1.800.247.4747
for international shipments. Call your local FedEx office if you are outside the U.S.

© 2005 FedEx 155476/155475 REV 9/05 BT

100%
Recycled
Paperboard®

**United States Bankruptcy Court / Southern District Of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

FILED / RECEIVED

OCT 2 9 2009

THIS SPACE IS FOR COURT USE ONLY
EPIQ BANKRUPTCY SOLUTIONS, LLC

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

*Eurosai Finanziaria di Partecipazioni S.r.l.*
c/o Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104
Attn: John A. Pintarelli, Esq.

Telephone number: 212-468-8000    Email Address: jpintarelli@mofo.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:    Email Address:

☐ Check this box if you are aware that anyone else has filed a *proof of claim* relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: **Not less than $9,380,806.23  (See Appendix)**

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):    **(See Appendix)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e., the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**See Appendix**    **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from you accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

**See Appendix**    **(Required)**

| 5. Consent to Euroclear Bank, Cl and are deemed to have authorized, and holdings of Lehman Programs ... | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)    0000055727 | m, you consent to, sclose your identity ns and distributions me and title, if any ress and telephone er of attorney, if any | **FOR COURT USE ONLY** EUROSAI - Finanziaria di Partecipazioni S.r.l. il Presidente (dr. Emanuele ERBETTA) |
|---|---|---|---|
| Date.  19/10/09 | Signature: of the credit number if di | | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

____DEFINITIONS____

____INFORMATION____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY  10150-5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Claims to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                         :
In re:                                                   :
                                                         :   Chapter 11
Lehman Brothers Holdings Inc.                            :
                                                         :   Case No. 08-13555 (JMP)
                                                         :
                         Debtor.                         :
------------------------------------------------------- x
```

**APPENDIX TO PROOF OF CLAIM**
**OF EUROSAI FINANZIARIA DI PARTECIPAZIONI S.R.L.**

**A.    Amount of Proof of Claim.**

1.      As of September 15, 2008 (the "Petition Date"), the above-captioned debtor, Lehman

Brothers Holdings Inc. (the "Debtor"), was indebted and liable to Eurosai Finanziaria di

Partecipazioni S.r.l. ("Eurosai") in the amount of €6,586,257.27 ($9,380,806.23) (the "Claim

Amount") for the reasons set forth herein below.  Details of the individual securities can be

found on Schedule A attached to this Appendix.

2.      In addition to the Claim Amount, Eurosai may have claims against the Debtor for,

among other things, certain costs and expenses incurred by Eurosai both prior to and since the

Petition Date, including professional fees and disbursements.  In addition, Eurosai reserves the

right to claim pre-petition and post-petition interest with respect to all of the Claim Amount to

the maximum extent permitted by law.  The total amount of such fees, charges, costs, expenses,

interest, and/or attorneys' fees cannot, at this time, be calculated or estimated with certainty.

However, Eurosai does not waive its rights to any and all such interest, fees, charges, costs,

expenses, and/or attorneys' fees by not stating a specific amount therefore at this time.

**B.    Reservation of Rights.**

3.    In addition to damages resulting from the Debtor's default, Eurosai may have claims

against the Debtor for the costs and expenses (including, without limitation, professional fees

and expenses) resulting from the Debtor's actions.

4.    Eurosai expressly reserves any and all defenses, counterclaims or objections,

including without limitation, the right of setoff, recoupment or similar right, remedy or defense

against any claims asserted by the Debtor, if any, including without limitation, any claims

asserted against Eurosai.

**C.    Administrative Claim Status.**

5.    This Proof of Claim is without prejudice to Eurosai's right to assert (a) that some or

all of the amounts set forth herein are entitled to be treated as administrative claims against the

Debtor pursuant to sections 503(b) and 507(a)(1) of Chapter 11, Title 11, United States Code

(the "Bankruptcy Code"); or (b) that Eurosai holds other claims, rights and remedies against the

Debtor that are entitled to be treated as administrative claims against the Debtor pursuant to

sections 503(b) and 507(a)(1) of the Bankruptcy Code.

**D.    Amendment of Claim Amount.**

6.    The Claim Amount is subject to adjustment and amendment for a variety of reasons,

including, without limitation, as a result of future events, the discovery and analysis of additional

information, the correction of any errors, the resolution of disputes, and the assertion of any

rights of setoff and/or recoupment.  In that regard, Eurosai reserves the right to amend or

supplement this Proof of Claim accordingly or to set forth the Claim Amount with more

particularity (including, but not limited to, in a liquidated amount) as Eurosai obtains more information.

**E.   Other.**

7.   No judgment has been rendered on Eurosai's claims herein.

8.   The execution and filing of this Proof of Claim is not: (i) a waiver or release of Eurosai's rights against any other entity or person that may be liable for all or any part of the claims asserted herein; (ii) a consent by Eurosai to the jurisdiction of this Court with respect to any proceeding commenced in these cases against or otherwise involving the Debtor and/or Eurosai; (iii) a waiver of the right to withdraw the reference with respect to the subject matter of these claims, any objection or other proceeding commenced with respect thereto or any other proceedings commenced in these cases or otherwise involving the Debtor and/or Eurosai; (iv) an election of remedies that waives or otherwise affects any other remedy; or (v) a waiver of any of Eurosai's rights to have the Claim Amount and any defenses, counterclaims or objections thereto determined before a jury, by arbitration, or before any other judicial or administrative body having jurisdiction, and to the extent necessary to preserve such rights, makes demand therefore.

9.   All notices governing this Proof of Claim should be sent to the addresses set forth on the Proof of Claim form to which this Appendix is annexed.


**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated:  October 1⅂, 2009
        Milan, Italy

Eurosai Eurosai Finanziaria di
Partecipazioni S.r.l..

By: _____
        (dr. Emanuele ERBETTA)

**Schedule A**

## Information Regarding Lehman Programs Securities

| Issuer | Guarantor (if applicable) | ISIN | Principal | Accrued and Unpaid Interest as of Petition Date | Total Claim Amount | Custodian/ Sub-Custodian/ Clearstream Account Number | Blocking Number |
|---|---|---|---|---|---|---|---|
| Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings, Inc. | XS0200284247 | $2,136,450.00 | $65,162.58 | $2,201,612.58[1] | Banca Intesa SanPaolo a/c 11037 | CA06062 |
| Lehman Brothers Holdings, Inc. | | XS0224346592 | $7,121,500.00 | $57,693.65 | $7,179,193.65[1] | Banca Intesa SanPaolo a/c 11037 | CA06063 |

[1]  These securities were originally owned by Banca Sai. On March 3, 2009, Banca Sai partially demerged and the entire amount of securities listed herein, previously owned by Banca Sai were transferred to Eurosai, rendering Eurosai the beneficial owner of the securities and the successor party-in-interest to any claims against LBHI and its affiliates as a result of such ownership.

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY  10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 29, 2009

Writer's Direct Contact
212.468.8045
Telefacsimile: 212.209.1835
LMarinuzzi@mofo.com

**BY HAND DELIVERY**

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

Re:    Lehman Brothers Holdings Inc. Claim Forms

Dear Bridget:

On behalf of Fondiaria-Sai S.p.A., enclosed are claim forms regarding Lehman Brothers Holdings Inc., filed on behalf of the following companies:

Banca Sai S.p.A.
BIM Vita S.p.A.
Eurosai Finanziaria Partecipazioni S.r.l.
Fondiaria-Sai S.p.A.
Milano Assicurazioni S.p.A.
Popolare Vita S.p.A.
Systema Vita Compagnia di Assicurazioni S.p.A.

Also enclosed are withdrawals of claims for each of the above named companies, except Banca Sai S.p.A.

Please date-stamp the enclosed copies of the claim forms and withdrawals and return them to me via the self-addressed stamped envelope, also enclosed.

If you have any questions, please don't hesitate to contact me.  Thank you.

Sincerely,

Lorenzo Marinuzzi

Enclosures

ny-896251

**MORRISON | FOERSTER**

1290 AVENUE OF THE AMERICAS
NEW YORK, NY 10104-0050

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

October 29, 2009

Writer's Direct Contact

212.468.8045
Telefacsimile: 212.209.1835
LMarinuzzi@mofo.com

***BY HAND DELIVERY***

Lehman Brothers Holdings Inc. Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
757 3rd Avenue
3rd Floor
New York, NY 10017
**Attn: Bridget Gallerie**

Re:    Lehman Brothers Holdings Inc. Claim Forms

Dear Bridget:

On behalf of Lehman Brothers Japan Inc., enclosed are claim forms regarding Lehman Brothers Holdings Inc.

Please date-stamp the enclosed copy of the claim form and return it to me via the self-addressed stamped envelope, also enclosed.

If you have any questions, please don't hesitate to contact me. Thank you.

Sincerely,

Lorenzo Marinuzzi

Enclosures

**H
A
N
D

D
E
L
I
V
E
R
Y**

RECEIVED.

OCT 2 9 2009

_____    _____    _____
**RECEIVED BY:**                      **DATE**                                **TIME**

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000055815

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse Sucursal en España

See Attached Rider

Telephone number:                     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
   (If known)

Filed on: _____

---

Name and address where payment should be sent (if different from above)

Telephone number:                     Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** See Attached Rider _____ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** See Attached Rider                 **(Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                               **(Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

See Attached Rider                               **(Required)**

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY |
|---|---|
| | FILED / RECEIVED |

| Date. 10/16/09 | Authorised Signatories: Enrique Moreno de la Santa        Rafael del Villar | FILED / RECEIVED OCT 29 2009 EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
## Credit Suisse Sucursal en España against LBHI (Lehman Programs Securities)

1.     In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse Sucursal en

España ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I.  Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.     As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.     CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.     CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.     CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.     CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of

this Court with respect to the subject matter of the claims set forth herein or to this Court's

hearing, determining or entering orders or judgments in any proceedings on this proof of claim,

(c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any

controversy or proceedings related to these cases or (d) an election of remedies.

       7.     No judgment has been rendered on the claims set forth in this proof of

claim.

       8.     No payments on the claims set forth in this proof of claim have been

made by the debtor.

9.    All notices concerning this proof of claim should be sent to:

Credit Suisse Sucursal en España
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse Sucursal en España**

| ISIN (12 digits) | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
|---|---|---|---|---|---|---|---|
| | | | Nominal | Units | Nominal | Units | Blocking No. |
| XS0282978666 | EUR | CS Zurich | 123,000 | - | 123,000 | - | 9484522 |
| XS0325369725 | USD | CS Zurich | 98,000 | - | 98,000 | - | 9484523 |
| XS0204933997 | USD | CS Zurich | 30,000 | - | 30,000 | - | 9484524 |
| XS0235227302 | EUR | CS Zurich | - | 312 | - | 312 | 9484501 |
| XS0250879763 | USD | CS Zurich | 218,000 | - | 218,000 | - | 9484502 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9484503 |
| XS0339537390 | EUR | CS Zurich | 387,000 | - | 387,000 | - | 9484504 |
| ANN5214R1481 | EUR | CS Zurich | - | 50 | - | 50 | 9484505 |
| XS0213416141 | EUR | CS Zurich | 370,000 | - | 370,000 | - | 9484506 |
| XS0218304458 | EUR | CS Zurich | 149,000 | - | 149,000 | - | 9484507 |
| XS0225841898 | EUR | CS Zurich | 85,000 | - | 85,000 | - | 9484508 |
| XS0246504210 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484509 |
| XS0258901759 | EUR | CS Zurich | 440,000 | - | 440,000 | - | 9484510 |
| XS0269149497 | EUR | CS Zurich | - | 135 | - | 135 | 9484511 |
| ANN5214A1035 | EUR | CS Zurich | - | 3,553 | - | 3,553 | 9484512 |
| XS0284511994 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9484513 |
| XS0285422597 | EUR | CS Zurich | 380,000 | - | 380,000 | - | 9484514 |
| XS0286018758 | EUR | CS Zurich | 7,065,000 | - | 7,065,000 | - | 9484515 |
| XS0286239925 | EUR | CS Zurich | 23,900,000 | - | 23,900,000 | - | 9484516 |
| XS0290654978 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9484517 |
| XS0308935575 | EUR | CS Zurich | 4,000,000 | - | 4,000,000 | - | 9484518 |
| XS0308937605 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9484519 |
| XS0317359718 | EUR | CS Zurich | 170,000 | - | 170,000 | - | 9484520 |
| XS0349908839 | EUR | CS Zurich | 10,730,000 | - | 10,730,000 | - | 9484521 |
| XS0349908839 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 6049984 |

H
A
N
D

D
E
L
I
V
E
R
Y

_R. Salas_

RECEIVED BY:                10/29/09                3:06

RECEIVED BY:                DATE                TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055817

THIS SPACE IS FOR COURT USE ONLY

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Credit Suisse (Monaco) SAM

See Attached Rider

Telephone number:          Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ See Attached Rider _____ (Required)**

☑  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.   Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):  See Attached Rider                    (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

See Attached Rider                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
See Attached Rider                    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|
| 10/07/09 | E. CURE          B. ACHARY |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

## RIDER TO PROOF OF CLAIM FILED ON BEHALF OF
### Credit Suisse (Monaco) S.A.M. against LBHI (Lehman Programs Securities)

1.       In accordance with the Order Pursuant to Section 502(b)(9) of the

Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs

of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of

Claim Form [Docket 4271] dated July 2, 2009 and the Notice of Deadlines for Filing Proofs of

Claim Based on Lehman Programs Securities dated July 27, 2009, Credit Suisse (Monaco)

S.A.M. ("CS") files this claim against Lehman Brothers Holdings, Inc. ("LBHI") based on the

Lehman Programs Securities ("LPS", whether used in the singular or plural) contained in

Schedule I.  Schedule I lists the International Securities Identification Number, Depository

Participant Account Number, and Depository Blocking Reference Number for each LPS related

to this claim.

2.       As the LPS are booked either in units or nominal amounts in the relevant

depository systems, CS has provided the number of units or nominal amounts held for each LPS

in Schedule I in lieu of claim amounts.  CS reserves the right to amend this proof of claim at a

later date to specify claim amounts in United States dollars.

3.       CS reserves the right to amend, modify or supplement this proof of claim

in any manner, for any purpose and at any time.

4.       CS reserves the right to assert and file any and all additional claims of

whatever kind or nature that it has or may hereinafter have against LBHI.

5.       CS reserves the right to set-off any claim set forth in this proof of claim

against any claim that LBHI or the LBHI estate has or may assert against CS.

6.       CS reserves all rights it has or may have in the future against LBHI.  This

proof of claim is not intended as (a) a waiver or release of any rights of CS against LBHI (or

any of its affiliates) not asserted in this proof of claim, (b) a consent by CS to the jurisdiction of this Court with respect to the subject matter of the claims set forth herein or to this Court's hearing, determining or entering orders or judgments in any proceedings on this proof of claim, (c) a waiver of the right of CS to trial by jury in any proceedings so triable in these cases or any controversy or proceedings related to these cases or (d) an election of remedies.

7.      No judgment has been rendered on the claims set forth in this proof of claim.

8.      No payments on the claims set forth in this proof of claim have been made by the debtor.

9.      All notices concerning this proof of claim should be sent to:

Credit Suisse (Monaco) S.A.M.
1 Madison Avenue
New York, NY 10010
Attn: Allen Gage
Ph:  (212) 538-9137

With a copy to:

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Attn: Richard Levin
Ph:  (212) 474-1135

# SCHEDULE I

**CS Entity: Credit Suisse (Monaco) S.A.M.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian Nominal | Units | Euroclear Bank S.A. Account No. 94285 Nominal | Units | Blocking No |
|---|---|---|---|---|---|---|---|
| XS0335964648 | EUR | CS Zurich | 10,000 | - | 10,000 | - | 9454832 |
| XS0325369725 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454833 |
| XS0186883798 | USD | CS Zurich | 712,000 | - | 712,000 | - | 9454834 |
| XS0204933997 | USD | CS Zurich | 1,010,000 | - | 1,010,000 | - | 9454835 |
| XS0266486025 | USD | CS Zurich | 1,000,000 | - | 1,000,000 | - | 9454836 |
| XS0303746571 | EUR | CS Zurich | 310,000 | - | 310,000 | - | 9454837 |
| XS0347732892 | USD | CS Zurich | 50,000 | - | 50,000 | - | 9454838 |
| XS0213899510 | EUR | CS Zurich | 1,312,000 | - | 1,312,000 | - | 9454839 |
| XS0186243118 | CHF | CS Zurich | 50,000 | - | 50,000 | - | 9454840 |
| XS0082350587 | ITL | CS Zurich | 615,000,000 | - | 615,000,000 | - | 9454841 |
| XS0210433206 | EUR | CS Zurich | 130,000 | - | 130,000 | - | 9454842 |
| XS0210414750 | GBP | CS Zurich | 50,000 | - | 50,000 | - | 9454843 |
| XS0224346592 | EUR | CS Zurich | 60,000 | - | 60,000 | - | 9454844 |
| XS0229269856 | EUR | CS Zurich | 234,000 | - | 234,000 | - | 9454845 |
| XS0252834576 | EUR | CS Zurich | 500,000 | - | 500,000 | - | 9454846 |
| XS0256368308 | USD | CS Zurich | 100,000 | - | 100,000 | - | 9454847 |
| XS0326978102 | USD | CS Zurich | 1,990,000 | - | 1,990,000 | - | 9454848 |
| ANN521338783 | USD | CS Zurich | - | 8 | - | 8 | 9454849 |
| XS0292459327 | USD | CS Zurich | 300,000 | - | 300,000 | - | 9454850 |
| XS0302356737 | EUR | CS Zurich | - | 300 | - | 300 | 9454851 |
| XS0308389807 | USD | CS Zurich | 920,000 | - | 920,000 | - | 9454852 |
| XS0339537390 | EUR | CS Zurich | 150,000 | - | 150,000 | - | 9454853 |
| XS0272236914 | EUR | CS Zurich | 804,000 | - | 804,000 | - | 9454854 |
| XS0343681473 | EUR | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454855 |
| XS0337337710 | CHF | CS Zurich | 30,000 | - | 30,000 | - | 9454856 |
| DE000A0TQG23 | EUR | CS Zurich | 80,000 | - | 80,000 | - | 9454857 |

**CS Entity: Credit Suisse (Monaco) S.A.**

| ISIN | Denominational Currency | (Sub-)Custodian | Total Holdings at each (Sub-)Custodian | | Euroclear Bank S.A. Account No. 94285 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Nominal | Units | Nominal | Units | Blocking No |
| XS0362500893 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454858 |
| XS0310847503 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454859 |
| XS0317359478 | USD | CS Zurich | 3,000,000 | - | 3,000,000 | - | 9454860 |
| XS0383013066 | USD | CS Zurich | 2,030,000 | - | 2,030,000 | - | 9454861 |
| XS0360038714 | USD | CS Zurich | 2,000,000 | - | 2,000,000 | - | 9454862 |
| XS0310125546 | EUR | CS Zurich | 300,000 | - | 300,000 | - | 9454863 |

H
A
N
D

D
E
L
I
V
E
R
Y

_R. Salenny_
RECEIVED BY:

_10/29/09_
DATE

_3:06_
TIME

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

In Re:
Lehman Brothers Holdings Inc., et al.,
Debtors.

Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055837

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

EFG Bank AG
Bahnhofstrasse 16
P.O. Box 2255
8022 Zurich
Switzerland
Attn: Isabel Faragalli

with a copy to: Greenberg Traurig LLP
200 Park Avenue
New York, NY 10166
Attn: Maria DiConza
Telephone number: (212) 801-1278
Email: diconzam@gtlaw.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

(Same as above)

Telephone number: +41 44 226 1241    Email Address: isabel.faragalli@efggroup.com

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim:$    **See Exhibit A to Attachment to Proof of Claim**          **(Required)**
☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    See Exhibit A to Attachment to Proof of Claim          (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
    **See Exhibit A to Attachment to Proof of Claim          (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
    **Clearstream # 32441          (Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FILED / RECEIVED**

**OCT 2 9 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

Date:
10/26/09

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Maria DiConza*    Maria J. DiConza

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

NY239,874,361v1

EFG  Bank

EFG Bank
Bahnhofstrasse 16 / P.O. Box 2255
8022 Zurich / Switzerland
Telephone  +41 44 226 17 17
Facsimile  +41 44 226 17 26
www.efgbank.com

# POWER OF ATTORNEY

In connection with the filing of claims against Lehman Brothers Holdings Inc. in accordance with the Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form entered by the United States Bankruptcy Court for the Southern District of New York (the "**Lehman Bar Date Order**"), EFG Bank AG, Zurich (the "Company") hereby appoints Maria DiConza from Greenberg Traurig, LLP (the "**Attorney**"; which expression shall include any substitute attorney appointed hereunder) to act as our true and lawful attorney-in-fact with power to:

(i)     Sign and submit the claims filed pursuant to the Lehman Bar Date Order registered in the name of EFG Bank AG and EFG Bank, Hong Kong Branch; and

(ii)    to do all other acts and things and sign all other documents which may be required or which the Attorney reasonably considers necessary or desirable in connection with the Lehman Bar Date Order.

The Attorney may at any time appoint one or more persons to act as a substitute attorney for the Company in his place with power to exercise all or any of the powers conferred on the Attorney by this Power of Attorney other than the power to appoint a substitute attorney. Any such appointment of a substitute attorney may be revoked by the Attorney at any time.

The authority conferred on the Attorney by this Power of Attorney shall terminate on 3 November 2009.

This Power of Attorney is governed by, and shall be construed in accordance with the laws of Switzerland under the exclusion of conflict-of-laws rules.

27 October 2009

EFG Bank AG

Name: Fred Link            Name: Isabel Faragalli
Title: General Counsel     Title: First Vice President

## ATTACHMENT TO PROOF OF CLAIM OF EFG BANK AG
## IN THE CHAPTER 11 CASES OF LEHMAN BROTHERS HOLDINGS, INC.

**A.**    **Introduction**

1.    On September 15, 2008 (the "**Petition Date**"), Lehman Brothers Holdings Inc. ("**LBHI**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"), in the United States Bankruptcy Court for the Southern District of New York (the "**Bankruptcy Court**").    Subsequently, eighteen (18) additional affiliates of LBHI (together with LBHI, the "**Debtors**") filed voluntary petitions for relief in the Bankruptcy Court.    These cases are being jointly administered for procedural purposes before Judge James M. Peck as Case No. 08-13555.

2.    On July 2, 2009, the Bankruptcy Court entered an Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form (the "**Bar Date Order**") (Docket No. 4271).    The Bar Date Order, among other things, established November 2, 2009, at 5:00 p.m. (prevailing Eastern Time) (the "**Securities Program Bar Date**") as the last date and time for each person or entity to file a proof of claim based on securities issued by the Debtors or one of the Debtors' affiliates outside of the United States, which is identified on http://www.lehman-docket.com under the heading "Lehman Program Securities" (each, a "**Lehman Program Security**" and collectively, the "**Lehman Program Securities**").    In accordance with the requirements relating to Lehman Program Securities under the Bar Date Order, EFG Bank AG (the "**Claimant**") hereby files this Lehman Program Security Proof of Claim.

1

**B.    Claim Arising Under Lehman Program Securities**

3.    The Claimant is the holder or authorized representative of the holder of Lehman Program Securities.  The International Securities Identification Number ("**ISIN**") identifying each Lehman Program Security, along with the respective Euroclear electronic instruction reference number or Clearstream blocking reference number or other depository blocking reference number is detailed on the spreadsheet attached hereto as **Exhibit A** .

4.    The Claimant asserts a claim (the "**Claim**") for each Lehman Program Security in the aggregate liquidated amount as set forth on **Exhibit A** as of the Petition Date, plus any and all other interest, costs, fees, expenses, or additional amounts due and owing under the documents associated with each Lehman Program Security, including the terms and conditions and pricing supplements for each issuance, and under applicable law.  Exhibit A sets forth the aggregate amount of the claim for each Lehman Program Security in US Dollars as of September 15, 2009, as required by the Bar Date Order.  Claimant reserves the right to assert that a different currency or exchange rate is applicable to the claim.

**C.    Guaranty Claim**

5.    To the extent that a Lehman Program Security has been issued by an affiliate of the Debtors outside the United States with a related guaranty issued by LBHI, the Claimant has and asserts a claim against LBHI based on amounts owed pursuant to the promise, representation or agreement to answer for the payment of some debt or the performance of some duty in case of the failure of another person or entity who is liable in the first instance (the "**Guaranty**").

6.    In reliance on pg. 14, subparagraph (h) of the Bar Date Order, the Claimant does not intend to complete a Guarantee Questionnaire (as that term is defined in the Bar Date Order) on account of its Guaranty Claim.

2

**D.    Reservation of Rights**

7.    The Claimant reserves the right to file a proof of claim or other evidence of its indebtedness in any pending or future proceeding in another jurisdiction arising out of either the Lehman Program Security or the Guaranty.  The Claimant's filing of this Proof of Claim is without prejudice to its right to assert substantially similar claims in the insolvency proceedings relating to any of the Debtors' affiliates in other jurisdictions.

8.    To the extent that the Debtors assert claims against the Claimant of any kind, the Claimant reserves the right to assert that such claims by the Debtors are subject to rights of setoff or recoupment, which rights may be treated as secured claims under the Bankruptcy Code.  To the extent that the Debtors or any other party take any action that would give rise to a counterclaim, cross claim or other claims against the Debtors,  the Claimant reserves all rights to assert such claim.

9.    The Claimant reserves the right to (i) amend, clarify, modify, update or supplement this Proof of Claim at any time and in any respect, including without limitation to assert additional claims and requests for payment or additional grounds for its claims, or to specify the amount of  the Claimant's contingent, unmatured or unliquidated claims as they become non-contingent, matured or liquidated; (ii) file additional proofs of claim at any time and in any respect; or (iii) file a request for payment of administrative or priority expenses in accordance with 11 U.S.C. §§ 503(b) and 507(a).  By virtue of the filing of this Proof of Claim, the Claimant does not waive, and hereby expressly reserves, its right to pursue claims and requests for payment, including but not limited to, the claims and requests for payment described herein against the Debtors based upon alternative legal theories.

10.    By filing this Proof of Claim, the Claimant does not waive, and specifically preserves, its procedural and substantive defenses to any claim that may be asserted against it by the Debtors, by any trustee of their estates, by any official committee appointed in these chapter 11 cases, or any other party.

11.    The Claimant also reserves all rights accruing to it against the Debtors, and the filing of this Proof of Claim is not intended to be and shall not be construed as (a) an election of remedies or (b) a waiver or limitation of any rights of the Claimant. The Claimant reserves the right to withdraw this Proof of Claim with respect to any claims for any reason whatsoever.

12.    This Proof of Claim shall not be deemed to be a waiver of the Claimant's right (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other rights, claims, actions, set-offs, or recoupments to which the Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Claimant expressly reserves.

13.    By the filing of this Proof of Claim, the Claimant does not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

**D.**    **Notices**

14.    All notices regarding this Proof of Claim should be sent to:

> EFG Bank AG
> Bahnhofstrasse 16
> P.O. Box 2255
> 8022 Zurich
> Switzerland
> Attn:  Isabel Faragalli
>
> with a copy to:
>
> Greenberg Traurig LLP
> 200 Park Avenue
> New York, NY 10166
> Attn:  Maria DiConza

15.    Pursuant to pg. 14, subparagraph (i) of the Bar Date Order, the Claimant does not

attach to this Proof of Claim or otherwise submit any documentation supporting the claim under

the Lehman Program Security.

*NY239,760,703v3*

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| EUR | ANN5214A7313 | CA58234 | 13'373 | N/A | 19'047 | N/A | 19'047 |
| EUR | CH0027120770 | CA58236 | 120 | N/A | 171 | N/A | 171 |
| EUR | XS0176153350 | CA58237 | 150'000 | 2'790 | 213'645 | 3'974 | 217'619 |
| EUR | XS0185349916 | CA58238 | 2'035'000 | N/A | 2'898'451 | N/A | 2'898'451 |
| USD | XS0186883798 | CA58239 | 307'287 | N/A | 307'287 | N/A | 307'287 |
| EUR | XS0189741001 | CA58287 | 541'000 | 5'592 | 770'546 | 7'965 | 778'511 |
| EUR | XS0193035358 | CA58291 | 14'000 | 49 | 19'940 | 69 | 20'009 |
| USD | XS0204933997 | CA74140 | 75'000 | 1'369 | 75'000 | 1'369 | 76'369 |
| EUR | XS0205185456 | CA58293 | 50'000 | 261 | 71'215 | 372 | 71'587 |
| USD | XS0207884379 | CA36175 | 50'000 | N/A | 50'000 | N/A | 50'000 |
| EUR | XS0208459023 | CA58294 | 30'000 | 425 | 42'729 | 605 | 43'334 |
| EUR | XS0210782552 | CA67433 | 12'000 | 264 | 17'092 | 376 | 17'468 |
| EUR | XS0213629487 | CA67434 | 60'000 | N/A | 85'458 | N/A | 85'458 |
| USD | XS0216140094 | CA67435 | 120'000 | 677 | 120'000 | 677 | 120'677 |
| EUR | XS0218304458 | CA67436 | 125'000 | 2'965 | 178'038 | 4'223 | 182'261 |
| EUR | XS0229584296 | CA67444 | 320'000 | 22'362 | 455'776 | 31'851 | 487'627 |
| EUR | XS0252835110 | CA67483 | 250'000 | 1'471 | 356'075 | 2'096 | 358'171 |
| CHF | XS0261032238 | CA67804 | 1'000 | N/A | 1'116 | N/A | 1'116 |
| USD | XS0277470943 | CA67832 | 225'000 | N/A | 225'000 | N/A | 225'000 |
| EUR | XS0284114567 | CA74141 | 700'000 | N/A | 997'010 | N/A | 997'010 |
| SEK | XS0293731914 | CA92121 | 440'000 | N/A | 65'095 | N/A | 65'095 |
| USD | XS0299103084 | CA67884 | 100'000 | N/A | 100'000 | N/A | 100'000 |
| SEK | XS0299624568 | CA67909 | 9'000'000 | N/A | 1'331'499 | N/A | 1'331'499 |
| EUR | XS0301365945 | CA74145 | 760'000 | N/A | 1'082'468 | N/A | 1'082'468 |

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| CZK | XS0307355445 | CA36181 | 5'800'000 | 124'004 | 343'459 | 7'343 | 350'803 |
| EUR | XS0307745744 | CA67966 | 500'000 | 5'552 | 712'150 | 7'908 | 720'058 |
| EUR | XS0308319341 | CA67988 | 30'000 | N/A | 42'729 | N/A | 42'729 |
| CHF | XS0309835139 | CA67999 | 244 | N/A | 272 | N/A | 272 |
| USD | XS0319211982 | CA68000 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| EUR | XS0319631098 | CA68003 | 3'000'000 | N/A | 4'272'900 | N/A | 4'272'900 |
| USD | XS0323108265 | CA68033 | 315'000 | N/A | 315'000 | N/A | 315'000 |
| USD | XS0323849199 | CA68127 | 770'000 | N/A | 770'000 | N/A | 770'000 |
| EUR | XS0323849355 | CA68128 | 960'000 | N/A | 1'367'328 | N/A | 1'367'328 |
| USD | XS0324091304 | CA68138 | 1'000'000 | N/A | 1'000'000 | N/A | 1'000'000 |
| EUR | XS0326006540 | CA68139 | 200'000 | 9'794 | 284'860 | 13'950 | 298'810 |
| EUR | XS0326085742 | CA68140 | 1'074'000 | N/A | 1'529'698 | N/A | 1'529'698 |
| SEK | XS0326108973 | CA69187 | 12'550'000 | N/A | 1'856'701 | N/A | 1'856'701 |
| CHF | XS0326427480 | CA69188 | 50'000 | 2'300 | 55'795 | 2'567 | 58'362 |
| USD | XS0328922645 | CA69202 | 665'000 | N/A | 665'000 | N/A | 665'000 |
| EUR | XS0328923379 | CA69221 | 2'325'000 | N/A | 3'311'498 | N/A | 3'311'498 |
| USD | XS0331874163 | CA69222 | 366'000 | 46'511 | 366'000 | 46'511 | 412'511 |
| USD | XS0333449295 | CA69278 | 985'000 | N/A | 985'000 | N/A | 985'000 |
| USD | XS0334693818 | CA69282 | 5'000'000 | N/A | 5'000'000 | N/A | 5'000'000 |
| USD | XS0336218762 | CA69287 | 560'000 | N/A | 560'000 | N/A | 560'000 |
| USD | XS0336850762 | CA58226 | 400'000 | N/A | 400'000 | N/A | 400'000 |
| EUR | XS0336951107 | CA69305 | 503'000 | N/A | 716'423 | N/A | 716'423 |
| CHF | XS0338492571 | CA69307 | 2'093'000 | N/A | 2'335'579 | N/A | 2'335'579 |
| USD | XS0338493033 | CA69310 | 60'000 | N/A | 60'000 | N/A | 60'000 |

Exhibit A to Proof of Claim of EFG Bank AG, Switzerland

| Currency (CCY) | ISIN CODE | Clearstream Blocking Number (#) | Principal to Claim in Local Currency | Accrued Interest to Claim in Local Currency | Principal to Claim in USD (as at 09/15/2008) | Accrued Interest to Claim in USD (as at 09/15/2008) | Total Claim in USD (as at 09/15/2008) |
|---|---|---|---|---|---|---|---|
| USD | XS0339408238 | CA69311 | 1'530'922 | N/A | 1'530'922 | N/A | 1'530'922 |
| EUR | XS0339408584 | CA91763 | 1'170'000 | N/A | 1'666'431 | N/A | 1'666'431 |
| EUR | XS0339537390 | CA36371 | 150'000 | N/A | 213'645 | N/A | 213'645 |
| EUR | XS0342406716 | CA69312 | 773'000 | N/A | 1'100'984 | N/A | 1'100'984 |
| USD | XS0344556864 | CA69314 | 3'854'000 | N/A | 3'854'000 | N/A | 3'854'000 |
| EUR | XS0344557839 | CA69316 | 1'747'000 | N/A | 2'488'252 | N/A | 2'488'252 |
| EUR | XS0345061591 | CA69317 | 1'000'000 | N/A | 1'424'300 | N/A | 1'424'300 |
| USD | XS0346438061 | CA69319 | 75'000 | N/A | 75'000 | N/A | 75'000 |
| USD | XS0346466781 | CA69324 | 110'000 | N/A | 110'000 | N/A | 110'000 |
| HKD | XS0349512094 | CA69325 | 1'000'000 | N/A | 128'366 | N/A | 128'366 |
| USD | XS0350764337 | CA69327 | 2'000'000 | N/A | 2'000'000 | N/A | 2'000'000 |
| EUR | XS0351766836 | CA69328 | 2'455'000 | N/A | 3'496'657 | N/A | 3'496'657 |
| EUR | XS0364438639 | CA69329 | 200'000 | N/A | 284'860 | N/A | 284'860 |
| USD | XS0368988522 | CA69330 | 2'050'000 | N/A | 2'050'000 | N/A | 2'050'000 |
| USD | XS0382037975 | CA69332 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| USD | XS0384368485 | CA69335 | 200'000 | N/A | 200'000 | N/A | 200'000 |
| | | | | **TOTAL IN USD** | 57'456'466 | 131'855 | 57'588'321 |

# Exhibit A to Proof of Claim of EFG Bank AG Exchange Rates
## (as at 09/15/2008)

**EXCHANGE RATES (AS AT 09/15/2008)**

| Type of Currency (CCY) | Abbreviation | Rate |
|---|---|---|
| Euro | EUR | 1.4243 |
| Swiss Franc | CHF | 1.1159 |
| Swedish Kronor | SEK | 6.7593 |
| Czech Kronor | CZK | 16.8870 |
| Australian Dollar | AUD | 0.8066 |
| Hong Kong Dollar | HKD | 7.7902 |
| United States Dollar | USD | 1.0000 |

H
A
N
D

D
E
L
I
V
E
R
Y

RECEIVED BY:

DATE

TIME

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No 08-13555 (JMP)<br>(Jointly Administered) |
| --- | --- |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000055854

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)
Bank Hapoalim B.M.
1177 Avenue of the Americas
New York, NY 10036
Attention: David Hertz & Harold J. Weissler
With copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas,
New York, NY 10019-6064, Attention: Douglas R. Davis
Telephone number: (212) 373-3000    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
    (If known)

Filed on: _____

**Name and address where payment should be sent (if different from above)**

Telephone number:                Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $   Please See Attachment                (Required)**

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):    Please See Attachment        (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

   Please See Attachment                    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
   Please See Attachment                (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. | Signature: David N. Hertz<br>General Counsel – USA | Harold J. Weissler<br>Deputy General Counsel - USA |
| --- | --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## ATTACHMENT TO PROOF OF CLAIM OF BANK HAPOALIM B.M.
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.      Commencing on September 15, 2008 (the "Petition Date") and periodically

thereafter, Lehman Brothers Holdings Inc. ("LBHI"), and certain of its subsidiaries (LBHI,

together with such subsidiaries, the "Debtors"), filed voluntary petitions (the "Chapter 11

Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code").  The Chapter 11 Cases are being jointly administered under Chapter

11 Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order") which, among

other things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the "Bar Date") for

each person or entity (including, without limitation, each individual, partnership, joint venture,

corporation, estate, trust and governmental unit) to file proofs of claim based on any Lehman

Programs Security, as identified on the Debtors' website, against the Debtors (the "Securities

Programs Bar Date").

3.      Bank Hapoalim B.M. (the "Claimant") accordingly files this Lehman Programs

Securities Proof of Claim (the "Proof of Claim") for various amounts owing to Claimant by

LBHI in respect of Lehman Programs Securities held by Claimant in a proprietary capacity on

Claimant's own behalf and/or in a custodial capacity on behalf of one or more of Claimant's

customers.[1]  As of the filing of this Proof of Claim, Claimant is the record holder of or represents

the record holder of the Lehman Programs Securities listed on <u>Exhibit A</u>, <u>Exhibit B</u> and <u>Exhibit

C</u> attached hereto.[2]

4.    Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 107,993,120 which may consist

in whole or in part of the US Dollar equivalent as of September 15, 2008 of the claims covered

hereby.  LBHI either issued, or guaranteed the full and punctual payment of all obligations

related to the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for

no less than USD 107,993,120 together with all accrued and unpaid interest or other return as of

September 15, 2008 (the "<u>Lehman Programs Securities Claim</u>").

5.    Additionally, Claimant may have acted as a direct or indirect distributor or broker

in connection with the sale and distribution of Lehman Programs Securities, including Lehman

Programs Securities not identified on Exhibit A, Exhibit B and Exhibit C (collectively, the

"<u>Lehman Program Securities Issuances</u>").  In connection with the Lehman Programs Securities

Issuances, Claimant entered into various indemnification and other agreements with the Debtors

(collectively the "<u>Indemnification Agreements</u>").

6.    LBHI guaranteed the obligations of numerous of LBHI's subsidiaries and

affiliates, some of which directly issued the Lehman Programs Securities.  Specifically, LBHI

issued the following guarantees:  (a) that certain Unanimous Written Consent of the Executive

---

[1]    The Bar Date Order provides "claims based on any Lehman Program Security shall not be disallowed on the ground that such claims were
not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]    The Bar Date Order provides "persons or entities that file claims based on any Lehman Program Security are not required to attach or
submit any documentation supporting any claim based on such Lehman Program Security." Bar Date Order at p. 14.

Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005,

under which LBHI guaranteed payment of all liabilities, obligations and commitments of

numerous LBHI subsidiaries (the "LBHI Board Guarantee") and (b) that certain Guarantee of

Lehman Brothers Holdings Inc. as addressed to Standard & Poor's Rating Services, dated

January 4, 2008, under which LBHI guaranteed payment of all liabilities, obligations and

commitments of LBIE (the "S&P Guarantee," and collectively, with the LBHI Board Guarantee,

the "LBHI Guarantees").

7.     Claimant hereby asserts additional claims for contractual, statutory and common

law rights of indemnity, contribution, reimbursement, set-off and liability against the Debtors

and the subsidiaries and affiliates of the Debtors covered by the LBHI Guarantees arising from

the Indemnification Agreements and/or from the Lehman Programs Securities Issuances (the

"Indemnity Claims").  With respect to the Indemnity Claims, Claimant is entitled to

reimbursement by the Debtors for any and all expenses incurred by Claimant in connection with

any and all threatened, pending, completed and/or future claims, actions, suits or proceedings

and any appeal therefrom, whether civil, criminal, administrative or investigative, involving or

related to Claimant, or in which Claimant was, is or may be a party, or was, is or may become

involved as a witness or third party, by reason of Claimant's participation in the Lehman

Programs Securities Issuances.

8.     The amount of Claimant's contingent claims cannot be reasonably calculated or

estimated at this time, but Claimant does not waive its right to seek payment from the Debtors by

not currently stating a specific amount.  Claimant reserves the right to assert additional claims

including the right to claim that all or any portion of the losses, claims, damages, liabilities, legal

or other expenses incurred by Claimant after the Petition Date are administrative expenses entitled to priority treatment under Section 507(a)(2) of the Bankruptcy Code or otherwise.

9.  Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the Securities Programs Bar Date.  Claimant reserves the right to amend and/or supplement this Proof of Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of claim for any additional claims which may be based on the same or additional documents or grounds of liability.

10.  The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

11.  Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Program Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Program Security.

4

12.     Claimant hereby expressly reserves the right to amend and/or supplement this

Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims

for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the

Petition Date; (b) claims for any future distributions or rights to distributions arising from any of

the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims

arising from the successful prosecution or settlement (if any) of any avoidance causes of action

(or any other cause of action seeking recovery of payments made to, or setoffs or nettings

effectuated by, Claimant) against Claimant whether or not related to or arising from the

transactions and agreements set forth herein.  Claimant further reserves the right to file additional

proofs of claim or applications for allowance of administrative expenses or other priority status

in this or any other proceeding arising from or related to the claims described herein, including

for treatment as provided in section 503(b) of the Bankruptcy Code.

13.     Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims

directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims

between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under

sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the

Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy

law or otherwise.

14.     In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any contracts described herein and that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or

any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be

deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies,

including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers

Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether

arising from or related to transactions described herein or otherwise.

15.    The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of

the right to compel the Debtors to return property of Claimant currently in the possession of the

Debtors; (b) a consent by Claimant to the jurisdiction of this Court or any other court with

respect to proceedings, if any, commenced in any case against or otherwise involving Claimant;

(c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any

proceeding as to any and all matters so triable herein, whether or not the same be designated

legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding

the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2),

and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a

consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any

and all matters so triable herein or in any case, controversy, or proceeding related hereto,

pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have

any and all final orders in any and all non-core matters or proceedings entered only after *de novo*

review by a United States District Court Judge or, if applicable, the Second Circuit Court of

Appeals;  (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

16.     All notices regarding this Proof of Claim should be sent to: Bank Hapoalim B.M., 1177 Avenue of the Americas, New York, NY 10036, <u>Attention</u>: David Hertz and Harold J. Weissler, with copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, Telephone number: (212) 373-3000, <u>Attention</u>: Douglas R. Davis.

## EXHIBIT A

## LEHMAN PROGRAMS SECURITIES

## EXHIBIT A

### CREDITOR -
### BANK HAPOALIM B.M.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | CONVERTED PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0189741001 | 94241 | Euroclear | EUR | 195,000 | $276,920 | 6047275 |
| XS0193035358 | 94241 | Euroclear | EUR | 441,000 | $626,264 | 6047278 |
| XS0205185456 | 94241 | Euroclear | EUR | 265,000 | $376,327 | 6047283 |
| XS0206245234 | 94241 | Euroclear | USD | 3,090,000 | $3,090,000 | 6047285 |
| XS0207502781 | 94241 | Euroclear | USD | 700,000 | $700,000 | 6047290 |
| XS0210414750 | 94241 | Euroclear | GBP | 206,000 | $368,513 | 6047293 |
| XS0210414750 | 26342 | Euroclear | GBP | 295,000 | $527,726 | 6047298 |
| XS0211092316 | 94241 | Euroclear | USD | 50,000 | $50,000 | 6047301 |
| XS0216140094 | 94241 | Euroclear | USD | 100,000 | $100,000 | 6047304 |
| XS0229584296 | 26342 | Euroclear | EUR | 40,000 | $56,804 | 6047310 |
| XS0247679573 | 94241 | Euroclear | EUR | 646,000 | $917,385 | 6047313 |
| XS0272543900 | 94241 | Euroclear | EUR | 50,000 | $71,005 | 6047316 |
| XS0276510111 | 94241 | Euroclear | USD | 150,000 | $150,000 | 6047319 |
| XS0299141332 | 26342 | Euroclear | GBP | 50,000 | $89,445 | 6047336 |
| XS0300055547 | 94241 | Euroclear | EUR | 75,000 | $106,508 | 6047339 |
| XS0314889154 | 94241 | Euroclear | USD | 730,000 | $730,000 | 6047341 |
| XS0319211982 | 94241 | Euroclear | USD | 250,000 | $250,000 | 6047343 |
| XS0319273404 | 94241 | Euroclear | USD | 280,000 | $280,000 | 6047346 |
| XS0325958980 | 94241 | Euroclear | ILS | 850,000 | $238,831 | 6047347 |
| XS0326006540 | 94241 | Euroclear | EUR | 100,000 | $142,010 | 6047372 |
| XS0326215893 | 94241 | Euroclear | USD | 1,030,000 | $1,030,000 | 6047382 |
| XS0327214358 | 94241 | Euroclear | ILS | 100,000 | $28,098 | 6047385 |
| XS0328225411 | 94241 | Euroclear | USD | 40,000 | $40,000 | 6047387 |
| XS0332025120 | 94241 | Euroclear | USD | 500,000 | $500,000 | 6047390 |

## EXHIBIT A

### CREDITOR -
### BANK HAPOALIM B.M.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | CONVERTED PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0334732491 | 94241 | Euroclear | USD | 100,000 | $100,000 | 6047396 |
| XS0334918322 | 94241 | Euroclear | USD | 220,000 | $220,000 | 6047400 |
| XS0336373575 | 94241 | Euroclear | USD | 60,000 | $60,000 | 6047401 |
| XS0339184615 | 94241 | Euroclear | USD | 50,000 | $50,000 | 6047404 |
| XS0340592681 | 94241 | Euroclear | USD | 1,050,000 | $1,050,000 | 6047409 |
| XS0344095871 | 94241 | Euroclear | USD | 390,000 | $390,000 | 6047412 |
| XS0346122343 | 94241 | Euroclear | USD | 100,000 | $100,000 | 6047415 |
| XS0346461634 | 94241 | Euroclear | USD | 1,140,000 | $1,140,000 | 6047417 |
| XS0346466781 | 94241 | Euroclear | USD | 3,100,000 | $3,100,000 | 6047419 |
| XS0346859084 | 94241 | Euroclear | USD | 900,000 | $900,000 | 6047422 |
| XS0350454905 | 94241 | Euroclear | USD | 50,000 | $50,000 | 6047428 |
| XS0350590161 | 94241 | Euroclear | USD | 480,000 | $480,000 | 6047429 |
| XS0351984827 | 94241 | Euroclear | USD | 650,000 | $650,000 | 6047432 |
| XS0362467150 | 94241 | Euroclear | GBP | 50,000 | $89,445 | 6047434 |
| XS0362747353 | 94241 | Euroclear | USD | 320,000 | $320,000 | 6047436 |
| XS0364167006 | 94241 | Euroclear | USD | 400,000 | $400,000 | 6047441 |
| XS0366383387 | 94241 | Euroclear | USD | 600,000 | $600,000 | 6047447 |
| XS0373609378 | 94241 | Euroclear | ILS | 3,500,000 | $983,422 | 6035101 |
| XS0218304458 | 94241 | Euroclear | EUR | 50,000 | $71,005 | 6047448 |
| | | | | TOTAL | $21,499,706 | |

\* Principal Amount in U.S. Dollars is based upon the exchange rates of 1.4201 U.S. Dollars per Euro, 1.7889 U.S. Dollars per British Pound and 3.5590 Israeli Shekels per U.S. Dollar, as of September 15, 2008

**EXHIBIT B**

**LEHMAN PROGRAMS SECURITIES**

## EXHIBIT B

### CREDITOR -
### BANK HAPOALIM B.M.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|
| XS0314889154 | 91843 | Euroclear | USD | $90,000 | 6043273 |
| XS0326215893 | 91843 | Euroclear | USD | $300,000 | 6043274 |
| XS0346466781 | 91843 | Euroclear | USD | $290,000 | 6043275 |
| XS0346859084 | 91843 | Euroclear | USD | $60,000 | 6043276 |
| | | | TOTAL | $740,000 | |

## EXHIBIT C

## LEHMAN PROGRAMS SECURITIES

## EXHIBIT C

### CREDITOR -
### BANK HAPOALIM B.M.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | CONVERTED PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0205437527 | 12687 | Euroclear | USD | $2,200,000 | $2,200,000 | 6048511 |
| XS0206245234 | 12687 | Euroclear | USD | $1,510,000 | $1,510,000 | 6049647 |
| XS0207502781 | 12687 | Euroclear | USD | $750,000 | $750,000 | 6049648 |
| XS0211092316 | 12687 | Euroclear | USD | $200,000 | $200,000 | 6049649 |
| XS0216140094 | 12687 | Euroclear | USD | $1,770,000 | $1,770,000 | 6049650 |
| XS0276510111 | 12687 | Euroclear | USD | $300,000 | $300,000 | 6049652 |
| XS0301813522 | 12687 | Euroclear | USD | $100,000 | $100,000 | 6049670 |
| XS0314889154 | 12687 | Euroclear | USD | $110,000 | $110,000 | 6049654 |
| XS0319211982 | 12687 | Euroclear | USD | $1,270,000 | $1,270,000 | 6049655 |
| XS0319273404 | 12687 | Euroclear | USD | $200,000 | $200,000 | 6049680 |
| XS0326215893 | 12687 | Euroclear | USD | $160,000 | $160,000 | 6049684 |
| XS0327725528 | 12687 | Euroclear | USD | $1,480,000 | $1,480,000 | 6049686 |
| XS0329201528 | 12687 | Euroclear | USD | $780,000 | $780,000 | 6049687 |
| XS0332025120 | 12687 | Euroclear | USD | $2,180,000 | $2,180,000 | 6049739 |
| XS0334732491 | 12687 | Euroclear | USD | $2,040,000 | $2,040,000 | 6049740 |
| XS0334918322 | 12687 | Euroclear | USD | $570,000 | $570,000 | 6049741 |
| XS0337787161 | 12687 | Euroclear | USD | $200,000 | $200,000 | 6049742 |
| XS0338754525 | 12687 | Euroclear | USD | $2,000,000 | $2,000,000 | 6049743 |
| XS0339215351 | 12687 | Euroclear | USD | $2,080,000 | $2,080,000 | 6049744 |
| XS0339538448 | 12687 | Euroclear | USD | $230,000 | $230,000 | 6049745 |
| XS0340592681 | 12687 | Euroclear | USD | $22,220,000 | $22,220,000 | 6049773 |
| XS0342520177 | 12687 | Euroclear | USD | $1,000,000 | $1,000,000 | 6049774 |
| XS0344095871 | 12687 | Euroclear | USD | $1,110,000 | $1,110,000 | 6049775 |
| XS0346461634 | 12687 | Euroclear | USD | $2,770,000 | $2,770,000 | 6049778 |
| XS0346466781 | 12687 | Euroclear | USD | $14,810,000 | $14,810,000 | 6049850 |

## EXHIBIT C

### CREDITOR -
### BANK HAPOALIM B.M.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | CONVERTED PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0346859084 | 12687 | Euroclear | USD | $200,000 | $200,000 | 6049851 |
| XS0347229352 | 12687 | Euroclear | CAD | $100,000 | $93,414 | 6049852 |
| XS0347872128 | 12687 | Euroclear | USD | $8,800,000 | $8,800,000 | 6049853 |
| XS0347925264 | 12687 | Euroclear | USD | $3,270,000 | $3,270,000 | 6049854 |
| XS0349904689 | 12687 | Euroclear | USD | $3,270,000 | $3,270,000 | 6049855 |
| XS0351984827 | 12687 | Euroclear | USD | $2,140,000 | $2,140,000 | 6049897 |
| XS0364167006 | 12687 | Euroclear | USD | $2,530,000 | $2,530,000 | 6049898 |
| XS0364868058 | 12687 | Euroclear | USD | $1,000,000 | $1,000,000 | 6049899 |
| XS0365475531 | 12687 | Euroclear | USD | $1,600,000 | $1,600,000 | 6049900 |
| XS0366383387 | 12687 | Euroclear | USD | $810,000 | $810,000 | 6049902 |
| | | | | TOTAL | $85,753,414 | |

* Principal Amount in U.S. Dollars is based upon the exchange rate of 1.0705 Canadian Dollars per U.S. Dollar, as of September 15, 2008

HAND DELIVERY

_____TP_____
RECEIVED BY:

_____10-29-09_____
DATE

_____4:51 PM_____
TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No 08-13555 (JMP) (Jointly Administered) |

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055855

0000055855

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Bank Hapoalim (Switzerland) Ltd.
Stockerstrasse 33
CH-8002 Zuerich, Switzerland
Attention: Brigitte Fotsch & Rudolf Brunner
With copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, Attention: Douglas R. Davis

Telephone number: (212) 373-3000    Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __Please See Attachment__    (Required)

☒  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** __Please See Attachment__    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

__Please See Attachment__    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
__Please See Attachment__    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. October 16, 2009 | Signature: Brigitte Fotsch Head of Internal Control Manager     Rudolf Brunner Head of Treasury Manager |

**FOR COURT USE ONLY**

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

ATTACHMENT TO PROOF OF CLAIM OF
BANK HAPOALIM (SWITZERLAND) LTD.
AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.      Commencing on September 15, 2008 (the "Petition Date") and periodically

thereafter, Lehman Brothers Holdings Inc. ("LBHI"), and certain of its subsidiaries (LBHI,

together with such subsidiaries, the "Debtors"), filed voluntary petitions (the "Chapter 11

Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*

(the "Bankruptcy Code"). The Chapter 11 Cases are being jointly administered under Chapter

11 Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order") which, among

other things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the "Bar Date") for

each person or entity (including, without limitation, each individual, partnership, joint venture,

corporation, estate, trust and governmental unit) to file proofs of claim based on any Lehman

Programs Security, as identified on the Debtors' website, against the Debtors (the "Securities

Programs Bar Date").

3.      Bank Hapoalim (Switzerland) Ltd. (the "Claimant") accordingly files this

Lehman Programs Securities Proof of Claim (the "Proof of Claim") for various amounts owing

to Claimant by LBHI in respect of Lehman Programs Securities held by Claimant in a

proprietary capacity on Claimant's own behalf and/or in a custodial capacity on behalf of one or

more of Claimant's customers.[1]  As of the filing of this Proof of Claim, Claimant is the record

holder of or represents the record holder of the Lehman Programs Securities listed on <u>Exhibit A</u>

attached hereto.[2]

      4.      Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 74,355,494 which may consist in

whole or in part of the US Dollar equivalent as of September 15, 2008 of the claims covered

hereby.  LBHI either issued, or guaranteed the full and punctual payment of all obligations

related to the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for

no less than USD 74,355,494 together with all accrued and unpaid interest or other return as of

September 15, 2008 (the "<u>Lehman Programs Securities Claim</u>").

      5.      Additionally, Claimant may have acted as a direct or indirect distributor or broker

in connection with the sale and distribution of Lehman Programs Securities, including Lehman

Programs Securities not identified on Exhibit A (collectively, the "<u>Lehman Program Securities</u>

<u>Issuances</u>").  In connection with the Lehman Programs Securities Issuances, Claimant entered

into various indemnification and other agreements with the Debtors (collectively the

"<u>Indemnification Agreements</u>").

      6.      LBHI guaranteed the obligations of numerous of LBHI's subsidiaries and

affiliates, some of which directly issued the Lehman Programs Securities.  Specifically, LBHI

issued the following guarantees:  (a) that certain Unanimous Written Consent of the Executive

---

[1]    The Bar Date Order provides "claims based on any Lehman Program Security shall not be disallowed on the ground that such claims were
not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]    The Bar Date Order provides "persons or entities that file claims based on any Lehman Program Security are not required to attach or
submit any documentation supporting any claim based on such Lehman Program Security." Bar Date Order at p. 14.

Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005,

under which LBHI guaranteed payment of all liabilities, obligations and commitments of

numerous LBHI subsidiaries (the "LBHI Board Guarantee") and (b) that certain Guarantee of

Lehman Brothers Holdings Inc. as addressed to Standard & Poor's Rating Services, dated

January 4, 2008, under which LBHI guaranteed payment of all liabilities, obligations and

commitments of LBIE (the "S&P Guarantee," and collectively, with the LBHI Board Guarantee,

the "LBHI Guarantees").

7.      Claimant hereby asserts additional claims for contractual, statutory and common

law rights of indemnity, contribution, reimbursement, set-off and liability against the Debtors

and the subsidiaries and affiliates of the Debtors covered by the LBHI Guarantees arising from

the Indemnification Agreements and/or from the Lehman Programs Securities Issuances (the

"Indemnity Claims").  With respect to the Indemnity Claims, Claimant is entitled to

reimbursement by the Debtors for any and all expenses incurred by Claimant in connection with

any and all threatened, pending, completed and/or future claims, actions, suits or proceedings

and any appeal therefrom, whether civil, criminal, administrative or investigative, involving or

related to Claimant, or in which Claimant was, is or may be a party, or was, is or may become

involved as a witness or third party, by reason of Claimant's participation in the Lehman

Programs Securities Issuances.

8.      The amount of Claimant's contingent claims cannot be reasonably calculated or

estimated at this time, but Claimant does not waive its right to seek payment from the Debtors by

not currently stating a specific amount.  Claimant reserves the right to assert additional claims

including the right to claim that all or any portion of the losses, claims, damages, liabilities, legal

or other expenses incurred by Claimant after the Petition Date are administrative expenses entitled to priority treatment under Section 507(a)(2) of the Bankruptcy Code or otherwise.

9.       Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the Securities Programs Bar Date.  Claimant reserves the right to amend and/or supplement this Proof of Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of claim for any additional claims which may be based on the same or additional documents or grounds of liability.

10.      The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

11.      Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Program Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Program Security.

12.    Claimant hereby expressly reserves the right to amend and/or supplement this

Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims

for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the

Petition Date; (b) claims for any future distributions or rights to distributions arising from any of

the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims

arising from the successful prosecution or settlement (if any) of any avoidance causes of action

(or any other cause of action seeking recovery of payments made to, or setoffs or nettings

effectuated by, Claimant) against Claimant whether or not related to or arising from the

transactions and agreements set forth herein. Claimant further reserves the right to file additional

proofs of claim or applications for allowance of administrative expenses or other priority status

in this or any other proceeding arising from or related to the claims described herein, including

for treatment as provided in section 503(b) of the Bankruptcy Code.

13.    Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims

directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims

between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under

sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the

Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy

law or otherwise.

14.    In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any contracts described herein and that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or

5

any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be

deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies,

including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers

Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether

arising from or related to transactions described herein or otherwise.

15.      The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of

the right to compel the Debtors to return property of Claimant currently in the possession of the

Debtors; (b) a consent by Claimant to the jurisdiction of this Court or any other court with

respect to proceedings, if any, commenced in any case against or otherwise involving Claimant;

(c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any

proceeding as to any and all matters so triable herein, whether or not the same be designated

legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding

the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2),

and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a

consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any

and all matters so triable herein or in any case, controversy, or proceeding related hereto,

pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have

any and all final orders in any and all non-core matters or proceedings entered only after *de novo*

review by a United States District Court Judge or, if applicable, the Second Circuit Court of

Appeals;  (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

16.    All notices regarding this Proof of Claim should be sent to: Bank Hapoalim (Switzerland) Ltd., Stockerstrasse 33, CH-8002 Zuerich, Switzerland, <u>Attention</u>: Brigitte Fotsch & Rudolf Brunner, with copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, Telephone number: (212) 373-3000, <u>Attention</u>:  Douglas R. Davis.

## EXHIBIT A

## LEHMAN PROGRAMS SECURITIES

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0205437527 | 91668 | EUROCLEAR | USD | 600,000 | $600,000 | 6052192 |
| XS0206245234 | 91668 | EUROCLEAR | USD | 960,000 | $960,000 | 6052200 |
| XS0207502781 | 91668 | EUROCLEAR | USD | 1,050,000 | $1,050,000 | 6052924 |
| XS0211092316 | 91668 | EUROCLEAR | USD | 4,100,000 | $4,100,000 | 6052925 |
| XS0216140094 | 91668 | EUROCLEAR | USD | 2,170,000 | $2,170,000 | 6052927 |
| XS0221564387 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052928 |
| XS0229269856 | 91668 | EUROCLEAR | EUR | 518,000 | $735,612 | 6052930 |
| XS0257022714 | 91668 | EUROCLEAR | EUR | 210,000 | $298,221 | 6052931 |
| XS0276510111 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052932 |
| XS0280241851 | 91668 | EUROCLEAR | USD | 2,450,000 | $2,450,000 | 6052933 |
| XS0301473327 | 91668 | EUROCLEAR | SEK | 225,000 | $33,274 | 6052934 |
| XS0301813522 | 91668 | EUROCLEAR | USD | 510,000 | $510,000 | 6052935 |
| XS0314889154 | 91668 | EUROCLEAR | USD | 920,000 | $920,000 | 6052936 |
| XS0318224598 | 91668 | EUROCLEAR | USD | 250,000 | $250,000 | 6052937 |
| XS0319211982 | 91668 | EUROCLEAR | USD | 1,300,000 | $1,300,000 | 6052938 |
| XS0319273404 | 91668 | EUROCLEAR | USD | 220,000 | $220,000 | 6052939 |
| XS0319610845 | 91668 | EUROCLEAR | EUR | 1,550,000 | $2,201,155 | 6052940 |
| XS0326215893 | 91668 | EUROCLEAR | USD | 150,000 | $150,000 | 6052941 |
| XS0327725528 | 91668 | EUROCLEAR | USD | 160,000 | $160,000 | 6052942 |
| XS0328596316 | 91668 | EUROCLEAR | USD | 120,000 | $120,000 | 6052943 |
| XS0332025120 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052944 |
| XS0333420395 | 91668 | EUROCLEAR | USD | 400,000 | $400,000 | 6053994 |
| XS0334732491 | 91668 | EUROCLEAR | USD | 710,000 | $710,000 | 6052946 |
| XS0334918322 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052948 |
| XS0336617625 | 91668 | EUROCLEAR | USD | 550,000 | $550,000 | 6052949 |
| XS0337787161 | 91668 | EUROCLEAR | USD | 1,350,000 | $1,350,000 | 6052950 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0339184615 | 91668 | EUROCLEAR | USD | 350,000 | $350,000 | 6052951 |
| XS0339215351 | 91668 | EUROCLEAR | USD | 540,000 | $540,000 | 6052952 |
| XS0339538448 | 91668 | EUROCLEAR | USD | 1,210,000 | $1,210,000 | 6052953 |
| XS0340222750 | 91668 | EUROCLEAR | USD | 700,000 | $700,000 | 6052954 |
| XS0340592681 | 91668 | EUROCLEAR | USD | 2,510,000 | $2,510,000 | 6052955 |
| XS0344095871 | 91668 | EUROCLEAR | USD | 1,280,000 | $1,280,000 | 6052956 |
| XS0346122343 | 91668 | EUROCLEAR | USD | 720,000 | $720,000 | 6052957 |
| XS0346461634 | 91668 | EUROCLEAR | USD | 2,670,000 | $2,670,000 | 6052958 |
| XS0346466781 | 91668 | EUROCLEAR | USD | 3,850,000 | $3,850,000 | 6052959 |
| XS0346859084 | 91668 | EUROCLEAR | USD | 680,000 | $680,000 | 6052960 |
| XS0347452855 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052961 |
| XS0347872128 | 91668 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6052962 |
| XS0347925264 | 91668 | EUROCLEAR | USD | 190,000 | $190,000 | 6052963 |
| XS0349904689 | 91668 | EUROCLEAR | USD | 500,000 | $500,000 | 6052964 |
| XS0351984827 | 91668 | EUROCLEAR | USD | 180,000 | $180,000 | 6052965 |
| XS0352917768 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052966 |
| XS0362500380 | 91668 | EUROCLEAR | USD | 3,070,000 | $3,070,000 | 6052967 |
| XS0364167006 | 91668 | EUROCLEAR | USD | 2,390,000 | $2,390,000 | 6052968 |
| XS0366383387 | 91668 | EUROCLEAR | USD | 2,400,000 | $2,400,000 | 6052969 |
| XS0353780900 | 91668 | EUROCLEAR | USD | 2,000,000 | $2,000,000 | 6052970 |
| XS0128857413 | 91279 | EUROCLEAR | EUR | 130,000 | $184,613 | 6054090 |
| XS0206245234 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054091 |
| XS0207502781 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054092 |
| XS0216140094 | 91279 | EUROCLEAR | USD | 550,000 | $550,000 | 6054093 |
| XS0264674549 | 91279 | EUROCLEAR | GBP | 60,000 | $107,334 | 6054094 |
| XS0271141565 | 91279 | EUROCLEAR | GBP | 50,000 | $89,445 | 6054095 |

## EXHIBIT A

### CREDITOR -
### Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0276510111 | 91279 | EUROCLEAR | USD | 1,940,000 | $1,940,000 | 6054096 |
| XS0276510111 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054097 |
| XS0299141332 | 91279 | EUROCLEAR | GBP | 1,000,000 | $1,788,900 | 6054098 |
| XS0301813522 | 91279 | EUROCLEAR | USD | 400,000 | $400,000 | 6054099 |
| XS0314889154 | 91279 | EUROCLEAR | USD | 50,000 | $50,000 | 6054100 |
| XS0319211982 | 91279 | EUROCLEAR | USD | 430,000 | $430,000 | 6054101 |
| XS0319273404 | 91279 | EUROCLEAR | USD | 300,000 | $300,000 | 6054103 |
| XS0319610845 | 91279 | EUROCLEAR | EUR | 110,000 | $156,211 | 6054104 |
| XS0320655540 | 91279 | EUROCLEAR | USD | 1,000,000 | $1,000,000 | 6054105 |
| XS0326215893 | 91279 | EUROCLEAR | USD | 310,000 | $310,000 | 6054106 |
| XS0327725528 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054107 |
| XS0332025120 | 91279 | EUROCLEAR | USD | 480,000 | $480,000 | 6054108 |
| XS0333117611 | 91279 | EUROCLEAR | USD | 950,000 | $950,000 | 6054109 |
| XS0333420395 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054110 |
| XS0334918322 | 91279 | EUROCLEAR | USD | 910,000 | $910,000 | 6054111 |
| XS0337787161 | 91279 | EUROCLEAR | USD | 70,000 | $70,000 | 6054112 |
| XS0339184615 | 91279 | EUROCLEAR | USD | 500,000 | $500,000 | 6054113 |
| XS0339538448 | 91279 | EUROCLEAR | USD | 460,000 | $460,000 | 6054114 |
| XS0340592681 | 91279 | EUROCLEAR | USD | 2,770,000 | $2,770,000 | 6054115 |
| XS0344095871 | 91279 | EUROCLEAR | USD | 370,000 | $370,000 | 6054116 |
| XS0346461634 | 91279 | EUROCLEAR | USD | 1,100,000 | $1,100,000 | 6054117 |
| XS0346466781 | 91279 | EUROCLEAR | USD | 260,000 | $260,000 | 6054119 |
| XS0347229352 | 91279 | EUROCLEAR | CAD | 900,000 | $840,729 | 6054120 |
| XS0347872128 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054121 |
| XS0349904689 | 91279 | EUROCLEAR | USD | 80,000 | $80,000 | 6054122 |
| XS0351984827 | 91279 | EUROCLEAR | USD | 1,080,000 | $1,080,000 | 6054123 |

# EXHIBIT A

## CREDITOR -
## Bank Hapoalim (Switzerland) Ltd.

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0364167006 | 91279 | EUROCLEAR | USD | 350,000 | $350,000 | 6054124 |
| XS0366383387 | 91279 | EUROCLEAR | USD | 700,000 | $700,000 | 6054125 |
| XS0277470943 | 91279 | EUROCLEAR | USD | 100,000 | $100,000 | 6054126 |
| XS0301519681 | 91279 | EUROCLEAR | USD | 240,000 | $240,000 | 6054127 |
| | | | | Total: | $74,355,494 | |

\* Principal Amount in U.S. Dollars is based upon the exchange rates of 1.4201 U.S. Dollars per Euro, 1.7889 U.S. Dollars per British Pound, 1.0705 Canadian Dollars per U.S. Dollar and 6.7620 Swedish Krona per U.S. Dollar, as of September 15, 2008.

H
A
N
D

D
E
L
I
V
E
R
Y

TP
RECEIVED BY:

10-29-09
DATE

4:51 PM
TIME

| United States Bankruptcy Court/Southern District of New York<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | **LEHMAN SECURITIES PROGRAMS<br>PROOF OF CLAIM** |
|---|---|

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000058578 |

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>BAWAG P.S.K. Invest GmbH<br>Georg-Coch-Platz 2<br>1010 Wien, Austria<br>Attention: Robert ZENZ<br><br>Telephone number: +43 1 24 102-23063    Email Address: robert.zenz@bawagpskfonds.at | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(*If known*)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br>Telephone number:    Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ ___Please see attachment___ **(Required)**

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** ___Please see attachment___ **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

Please see attachment    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Please see attachment    **(Required)**

| **5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br>**FILED / RECEIVED**<br><br>**OCT 3 0 2009**<br><br>**EPIQ BANKRUPTCY SOLUTIONS, LLC** |
| **Date.**<br><br>10/30/09 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>_signature_  Jerome Ranawake, Attorney-In-Fact<br>520 Madison Ave, 34F, NY, NY 10022; 212 2734034 | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

## ATTACHMENT TO PROOF OF CLAIM OF BAWAG P.S.K. INVEST GMBH
## AGAINST LEHMAN BROTHERS HOLDINGS INC.

1.         Commencing on September 15, 2008 (the *Petition Date*) and periodically thereafter,

Lehman Brothers Holdings Inc. (*LBHI*), and certain of its subsidiaries (LBHI, together with such

subsidiaries, the *Debtors*), filed voluntary petitions (the *Chapter 11 Cases*) for relief under Chapter

11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the *Bankruptcy Code*).  The

Chapter 11 Cases are being jointly administered under Chapter 11 Case No. 08-13555 (JMP) (Bankr.

S.D.N.Y. 2008).

2.         On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to*

*Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the*

*Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and*

*Approving the Proof of Claim Form* [Docket No. 4271] (the *Bar Date Order*) which, among other

things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the *Bar Date*) for each person

or entity (including, without limitation, each individual, partnership, joint venture, corporation,

estate, trust and governmental unit) to file proofs of claim based on any Lehman Programs Security,

as identified on the Debtors' website, against the Debtors (the *Securities Programs Bar Date*).

3.         BAWAG P.S.K. Invest GmbH (the *Claimant*) accordingly files this Lehman

Programs Securities Proof of Claim (the *Proof of Claim*) for various amounts owing to Claimant by

LBHI in respect of Lehman Programs Securities held by Claimant in a proprietary capacity on

Claimant's own behalf and/or in a custodial capacity on behalf of one or more of Claimant's

customers.[1] As of the filing of this Proof of Claim, Claimant is the record holder of or represents the

record holder of the following Lehman Programs Securities:[2]

| International Securities Identification Number (ISIN) | Depository Blocking Reference Number | Depository Participant Account Number | Principal Component | Interest Component (up to and including September 15, 2008) | Amount of Claim |
|---|---|---|---|---|---|
| XS0252835110 | CA14785 | 19640 | $1,424,400.00 | $8,588.00 | $1,432,988.00 |
| XS0231181222 | CA14771 | 19640 | $1,210,740.00 | $38,453.82 | $1,249,193.82 |
| XS0238228901 | CA14775 | 19640 | $1,068,300.00 | $20,758.21 | $1,089,058.21 |
| XS0282937985 | CA22485 | 19640 | $1,424,400.00 | $19,182.00 | $1,443,582.00 |
| XS0257022714 | CA14889 | 19640 | $997,080.00 | $436.97 | $997,516.97 |
| **Total:** | | | $6,124,920.00 | $87,419.00 | **$6,212,339.00** |

4.    Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 6,124,920.00 and aggregate accrued

and unpaid interest amount or other return (up to and including September 15, 2008) of USD

87,419.00.  LBHI either issued, or guaranteed the full and punctual payment of all obligations related

to, the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for no less than

**USD 6,212,339.00** (the *Lehman Programs Securities Claim*).  The foregoing amounts have been

converted from EUR to US dollars using the exchange rate prevailing on the Petition Date.

5.    Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and

to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the

Securities Programs Bar Date.  Claimant reserves the right to amend and/or supplement this Proof of

Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of

---

[1]    The Bar Date Order provides "claims based on any Lehman Programs Security shall not be disallowed on the ground that such claims were not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]    The Bar Date Order provides "persons or entities that file claims based on any Lehman Programs Security are not required to attach or submit any documentation supporting any claim based on such Lehman Programs Security." Bar Date Order at p. 14.

claim for any additional claims which may be based on the same or additional documents or grounds of liability.

6.      The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

7.      Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based on the method ultimately used to value the Lehman Programs Securities referenced herein, including, without limitation, the ultimate determination of the applicable interest or coupon rate, or other return, or the principal-protected amount, on any Lehman Programs Security. Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to receive any distribution with respect to the Lehman Programs Securities Claim based on any valuation method that is ultimately used to value any Lehman Programs Security.

8.      Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the Petition Date; (b) claims for any future distributions or rights to distributions arising from any of the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims arising from the successful prosecution or settlement (if any) of any avoidance causes of action (or any other cause of action seeking recovery of payments made to, or setoffs or nettings effectuated by, Claimant) against

Claimant whether or not related to or arising from the transactions and agreements set forth herein.

Claimant further reserves the right to file additional proofs of claim or applications for allowance of

administrative expenses or other priority status in this or any other proceeding arising from or related

to the claims described herein, including for treatment as provided in Section 503(b) of the

Bankruptcy Code.

9.      Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims directly

between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims between

Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under Sections

362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the Bankruptcy

Code, under any agreement or other instrument, under applicable non-bankruptcy law or otherwise.

10.      In executing and filing this Proof of Claim, Claimant does not waive (a) any

obligation owed to Claimant under any of the contracts described herein or that may be attached as

exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or any of

their affiliates. Claimant further does not waive (and this Proof of Claim shall not be deemed or

construed to waive) any claims or right to assert any claims, or preserve any remedies, including

setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers Inc., Lehman

Brothers International (Europe) or any other affiliates of the Debtors, whether arising from or related

to transactions described herein or otherwise.

11.      The filing of this Proof of Claim is not and shall not be deemed or construed as:

(a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of the

right to compel the Debtors to return property of Claimant currently in the possession of the Debtors;

(b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by a United States District Court Judge or, if applicable, the Second Circuit Court of Appeals; (f) a waiver of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceeding which may be commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

12.    All notices regarding this Proof of Claim should be sent to: BAWAG P.S.K. Invest GmbH, Georg-Coch-Platz 2, 1010 Wien, Austria, Attention: Robert ZENZ, with copies to Freshfields Bruckhaus Deringer US LLP, 520 Madison Avenue, 34th Floor, New York, New York 10022, Telephone number: 212-277-4000, Attention: Jerome Ranawake and Yehuda Herbst.

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, THAT **BAWAG P.S.K INVEST GmbH** a corporation duly organized and validly existing under the laws of the Republic of Austria, registered in the company register of **Handelsgericht Wien, Marxergasse 1a, 1030 Vienna** under **FN 70844h**, with corporate seat in **1010 Vienna, Austria** and business address at **Georg-Coch-Platz 2, 1010 Vienna, Austria** (the "Company"), represented by **Alois Steinböck** and **Dr. Peter Pavlicek** as members of the management board, each with the power to represent the **Company jointly with another member of the management board, the undersigned claimant in the** bankruptcy cases styled In re Lehman Brothers Holdings Inc., Case No. 08-13555 (JMP) (Jointly Administered) (the "Bankruptcy Case") pending in the United States Bankruptcy Court for the Southern District of New York, hereby authorizes **Jerome Ranawake and Harvey Dychiao of Freshfields Bruckhaus Deringer US LLP**, acting jointly or singly, as attorneys in fact for the undersigned, with the full power of attorney to execute and/or file all proofs of claim, documents or court papers he may consider necessary or advisable in connection with the claims to be made in the Bankruptcy Case.

**BAWAG P.S.K INVEST GmbH** further declares that this power of attorney is given for the purpose of vesting in the attorney in fact all authority required or desirable to be vested in an attorney in fact for the above-stated purpose and gives and grants the attorney in fact full and absolute power and authority to do all things necessary to be done in and about the premises.

This Power of Attorney shall be construed in accordance with, and this Power of Attorney

and all matters arising out of or relating in any way whatsoever to this Power of Attorney shall be

governed by, the law of the State of New York.

IN WITNESS WHEREOF, the undersigned has hereunto set his Hand this __15__ th day of

October 2009.

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz **2**
A-1018 Wien

Signed and Delivered
in the Presence of

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz **2**
A-1018 Wien

_____
Name Mag. Robert Zenz
Title   Legal Counsel

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz **2**
A-1018 Wien

_____
Alois Steinböck
Member of the Management Board
for

**BAWAG P.S.K. INVEST GmbH**
Georg-Coch-Platz **2**
A-1018 Wien

_____
Dr. Peter Pavlicek
Member of the Management Board
for
BAWAG P.S.K  Invest GmbH

H
A
N
D

D
E
L
I
V
E
R
Y

_____
RECEIVED BY:

_____
10/30/09
DATE

_____
2:45p
TIME

| *United States Bankruptcy Court/Southern District of New York* | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
| --- | --- | --- |
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000059202 |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br><br>J.P. Morgan Securities Inc.<br>c/o Susan McNamara<br>JPMorgan Legal Department<br>Mail Code: NY1-A436<br>1 Chase Manhattan Plaza – Floor 26<br>New York, NY 10005-1401, United States<br>Telephone number: 212-552-1038    Email Address: Susan.McNamara@chase.com | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>*(If known)*<br><br>Filed on: _____ |
| --- | --- |
| Name and address where payment should be sent (if different from above)  JPMSI Income Collection<br>ATTN: Wilson Dong<br>Mail Code: NY1-W030<br>One Metrotech Center – Floor 4<br>Brooklyn, NY 11201<br>Telephone number: 347-643-1785    Email Address: Wilson.Dong@jpmorgan.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ ___See Exhibit A hereto___    **(Required)**

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.    See Exhibit A hereto

**International Securities Identification Number (ISIN):**                    **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**    See Exhibit A hereto

**(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**  See Exhibit A hereto

**(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| | FOR COURT USE ONLY |
| --- | --- |
| | **FILED / RECEIVED**<br><br>OCT 3 0 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date.<br><br>10/27/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Samantha Ha*    Samantha E. Hamerman<br>Authorized Signatory |
| --- | --- |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Exhibit A to JPMSI Proof of Claim

| Total Claim Amount in USD as of 9/15/2008 | Principal Amount Owed on Claim in USD as of 9/15/2008 | Accrued Interest Owed on Claim in USD as of 9/15/2008 | Currency | Date Acquired | Maturity Date | Acceleration Date (If an acceleration date is listed, a true copy of the acceleration notice is attached hereto.) | ISIN | Euroclear Bank Electronic Reference Blocking Number | Euroclear Account Number |
|---|---|---|---|---|---|---|---|---|---|
| $2,700,000.00 | $2,700,000.00 | $0.00 | USD | 9/14/2009 | 10/1/2010 | 10/6/2009 | XS0353382681 | 6046448 | 99826 |
| $700,000.00 | $700,000.00 | $0.00 | USD | 4/27/2009 | 3/12/2009 | N/A | XS0352912371 | 6046447 | 99826 |
| $1,000,000.00 | $1,000,000.00 | $0.00 | USD | 4/23/2009 | 3/28/2018 | 10/6/2009 | XS0352111016 | 6046446 | 99826 |
| $1,517,000.00 | $1,517,000.00 | $0.00 | USD | 6/17/2009 | 9/7/2012 | N/A | XS0318224598 | 6046442 | 99826 |
| $1,420,000.00 | $1,420,000.00 | $0.00 | USD | 6/17/2009 | 11/7/2009 | N/A | XS0328596316 | 6046443 | 99826 |
| $13,000,000.00 | $13,000,000.00 | $0.00 | USD | 6/1/2009 | 7/30/2009 | N/A | XS0342399325 | 6046445 | 99826 |
| $1,000,000.00 | $1,000,000.00 | $0.00 | USD | 6/1/2009 | 2/2/2009 | N/A | XS0341731767 | 6046444 | 99826 |
| $21,337,000.00 | | | | | | | | | |

# J.P.Morgan

To:    Lehman Brothers Treasury Co. B.V. ("LBTCBV")
       Atrium
       Strawinskylaan 3105
       1077 ZX Amsterdam
       The Netherlands
       Attention: L. Kho

       Lehman Brothers Holdings Inc., ("LBHI")
       745 Seventh Avenue
       New York
       New York 10019
       USA
       Attention: Treasurer

cc:    R.J. Schimmelpenninck
       (as bankruptcy trustee of LBTCBV)
       c/o Houthoff Buruma N.V.
       Gustav Mahlerplein 50
       1082 MA Amsterdam
       PO Box 75505
       1070 AM Amsterdam
       The Netherlands

October 5, 2009

Dear Sirs

**USD 6,870,000 Commodity Basket Linked Notes due 1 October 2010, Series Number 10219, ISIN - XSO353382681 (the "Notes")**
**Base Prospectus dated 24 July 2007 - US$100,000,000,000 Euro Medium Term Note Program in relation to notes issued by Lehman Brothers Treasury Co. B.V. and Lehman Brothers Bankhaus AG and guaranteed by Lehman Brothers Holdings Inc (the "Base Prospectus")**

Capitalised terms used in this letter that are not otherwise defined shall have the meanings given to them in the Base Prospectus and the Final Terms and Conditions of the Notes dated 28 March 2008 (as applicable).

We confirm that we are the Holder of USD2,700,000 principal face value of the Notes.

On 15 September 2008, LBHI filed a petition under Chapter 11 of the U.S Bankruptcy Code. This constitutes an Event of Default under Condition 10(vi) of the Terms and Conditions of the Notes contained in the Base Prospectus (the "Conditions"). On 8 October 2008, LBTCBV, was declared bankrupt within the meaning of the Netherlands Bankruptcy Act. This constitutes an Event of Default under Condition 10(viii) of the Conditions. Both these Events of Default are continuing.

In accordance with Condition 10(c) of the Conditions, we hereby declare the principal amount of all of the Notes immediately due and payable at the Early Redemption Amount.

Interest will continue to accrue at the applicable rate in accordance with the Base Prospectus and Final Terms and Conditions of the Notes.

The omission from this notice of any other Event of Default which has occurred and is continuing does not and will not prejudice any rights we may have either generally or to rely on such Events of Default for the purpose of this notice.

The provisions of the Base Prospectus and the Final Terms and Conditions of the Notes shall continue in full force and effect and all rights and remedies which we may have on, before or after the date of this notice in relation to any circumstances or matters (including, without limitation, any rights and remedies in respect of the Events of Default referred to above), whether subsisting at the date of this notice or otherwise are hereby expressly reserved. Failure to exercise such rights and remedies for any period of time shall not constitute a waiver of, or as prejudicing, that or any other right or remedy.

This notice shall be construed and enforced in accordance with, and the rights of the parties shall be governed by English law.

Yours faithfully

J.P. Morgan Securities Inc.

NEELIMA VELUVOLU
Authorized Signatory

# J.P.Morgan

To:   Lehman Brothers Treasury Co. B.V. ("LBTCBV")
      Atrium
      Strawinskylaan 3105
      1077 ZX Amsterdam
      The Netherlands
      Attention: L. Kho

      Lehman Brothers Holdings Inc., ("LBHI")
      745 Seventh Avenue
      New York
      New York 10019
      USA
      Attention: Treasurer

cc:   R.J. Schimmelpenninck
      (as bankruptcy trustee of LBTCBV)
      c/o Houthoff Buruma N.V.
      Gustav Mahlerplein 50
      1082 MA Amsterdam
      PO Box 75505
      1070 AM Amsterdam
      The Netherlands


October 5, 2009


Dear Sirs

USD 2,000,000 Index Linked Notes due March 28, 2018, Series Number 10105, ISIN -
XS0352111016 (the "Notes")
Base Prospectus dated 24 July 2007 - US$100,000,000,000 Euro Medium Term Note
Program in relation to notes issued by Lehman Brothers Treasury Co. B.V. and
Lehman Brothers Bankhaus AG and guaranteed by Lehman Brothers Holdings Inc (the
"Base Prospectus")

Capitalised terms used in this letter that are not otherwise defined shall have the meanings
given to them in the Base Prospectus and the Final Terms and Conditions of the Notes dated
March 26, 2008 (as applicable).

We confirm that we are the Holder of USD1,000,000 principal face value of the Notes.

On 15 September 2008, LBHI filed a petition under Chapter 11 of the U.S Bankruptcy Code.
This constitutes an Event of Default under Condition 10(vi) of the Terms and Conditions of
the Notes contained in the Base Prospectus (the "Conditions").  On 8 October 2008,
LBTCBV, was declared bankrupt within the meaning of the Netherlands Bankruptcy Act.
This constitutes an Event of Default under Condition 10(vii) of the Conditions.  Both these
Events of Default are continuing.

UKDOCS/166271 1

In accordance with Condition 10(c) of the Conditions, we hereby declare the principal amount of all of the Notes immediately due and payable at the Early Redemption Amount.

Interest will continue to accrue at the applicable rate in accordance with the Base Prospectus and Final Terms and Conditions of the Notes.

The omission from this notice of any other Event of Default which has occurred and is continuing does not and will not prejudice any rights we may have either generally or to rely on such Events of Default for the purpose of this notice.

The provisions of the Base Prospectus and the Final Terms and Conditions of the Notes shall continue in full force and effect and all rights and remedies which we may have on, before or after the date of this notice in relation to any circumstances or matters (including, without limitation, any rights and remedies in respect of the Events of Default referred to above), whether subsisting at the date of this notice or otherwise are hereby expressly reserved. Failure to exercise such rights and remedies for any period of time shall not constitute a waiver of, or as prejudicing, that or any other right or remedy.

This notice shall be construed and enforced in accordance with, and the rights of the parties shall be governed by English law.

Yours faithfully

J.P. Morgan Securities Inc.

NEELIMA VELUVOLU
Authorized Signatory





| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | Filed: USBC - Southern District of New York Lehman Brothers Holdings Inc., Et Al. 08-13555 (JMP)          0000060485 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) **Privatbank IHAG Zürich AG Bleicherweg 18 CH – 8022 Zürich Switzerland** Telephone number: +41 44 205 1333 Email Address: scn(at)pbihag.ch | ☐ Check this box to indicate that this claim amends a previously filed claim. **Court Claim Number:**_____ (If known) Filed on: _____ |
|---|---|

| Name and address where payment should be sent (if different from above) **JP Morgan Chase New York 270 Park Avenue New York NY USA** Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim:** $ __38,869,207.88__ **(Required)**

☐  Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.**  Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** see attached list **(Required)**

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

see attached list                    **(Required)**

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

see attached list                    **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY
**FILED / RECEIVED**
OCT 3 0 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 29 Oct 09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Privatbank IHAG Zürich AG

Dr. Heinz Stadler          Dr. Michael Cubser

**List of claim Lehman Securities Program**
**for Privatbank IHAG, Zurich, Switzerland**

| ISIN | Amount of Claim in USD | Custodian | Custodian Account No.: | Custodian Blocking Reference | Issuer |
|---|---|---|---|---|---|
| XS0311887250 | 3'921'283.00 | Clearstream | 31518 | CA88149 | Lehman Brothers Securities NV |
| XS0250113502 | 26'879'445.00 | Clearstream | 31518 | CA89356 | Lehman Brothers Treasury Bv |
| CH0029197156 | 48'323.19 | SIX SIS | CH103162 | 6533452451120709 | Lehman Brothers Treasury Bv |
| CH0036891395 | 75'018.00 | SIX SIS | CH103162 | 2039822749120709 | Lehman Brothers Securities NV |
| XS0323590199 | 4'832'318.55 | Clearstream | 31518 | CA99692 | Lehman Brothers Securities NV |
| XS0267460359 | 28'993.91 | Clearstream | 31518 | CA88224 | Lehman Brothers Treasury Bv |
| XS0320322901 | 33'826.23 | Clearstream | 31518 | CA88223 | Lehman Brothers Securities NV |
| XS0350507959 | 2'300'000.00 | Clearstream | 31518 | CA88222 | Lehman Brothers Treasury Bv |
| XS0292248977 | 750'000.00 | Clearstream | 31518 | CA44113 | Lehman Brothers Treasury Bv |

| Total Amount of Claim in USD | 38'869'207.88 |
|---|---|

Middle rate as of 15th September 2008:
EUR/USD     1.4659
USD/CHF     1.0347

Privatbank IHAG Zürich AG

Dr. Heinz Stadler

Dr. Michael Gubser
Stv. Direktor



Unterschriftenverzeichnis
List of Signatures

April 2009

Verwaltungsrat
Board of Directors

Geschäftsleitung
Executive Board

**Gratian Anda**
Präsident
Chairman

**Dr. Heinz Stadler**
Vorsitzender der Geschäftsleitung
Chief Executive Officer

**Peter Bretscher**
Mitglied
Member

**Peter D. Rüegg**
Stellvertretender Vorsitzender
der Geschäftsleitung
Deputy Chief Executive Officer

**Dr. Susanne Riess-Passer**
Mitglied
Member

**Jürg Bretscher**
Mitglied
Member

Prokuristen
Assistant Vice Presidents

| | |
|---|---|
| Jean-Paul Aebischer | Susanna Schellenbaum |
| Adriano Bagnolo | Paul Schuler |
| Angelo Bianchera | Cornelia Schweizer |
| Erwin Corpataux | Tobias Steiner |
| Christa Derungs | René Untersander |
| Evangelos Giannoulas | Madeleine Wanner-Boner |
| Christian Lang | Fernand Zurbriggen |
| Christian Manetsch | |
| Karl Mettler | |
| Monica Rohrer | |
| Pascale Nina Sameli | |

# Handlungsbevollmächtigte
## Authorized Officers

| | | |
|---|---|---|
| **Andreas Bösch** | | **Andreas Ramon** |
| **Monique Gnädinger** | | **Doris Renold** |
| **Marlene Holdener** | | **Patrizia Saxer Simone** |
| **Brigitte Kälin-Reding** | | **Jaqueline Stephan** |
| **Regula Bosch Nussbaumer** | | **Patric Stocker** |
| **Sandra Michel** | | **Janine Vannaz** |
| **Peter Niederberger** | | |
| **Rosangela Pangari** | | |
| **Laura Pascolin** | | |
| **Monika Prinz** | | |

### Allgemeine Bestimmungen

Zur verbindlichen Zeichnung namens der Privatbank IHAG Zürich AG bedarf es grundsätzlich der gemeinsamen Unterschrift von zwei zeichnungsberechtigten Personen.

Die Handlungsbevollmächtigten können nicht gemeinsam mit einem zweiten Handlungsbevollmächtigten rechtsverbindlich zeichnen, sondern nur gemeinsam mit einer der übrigen zeichnungsberechtigten Personen.

Die den Handlungsbevollmächtigten im Sinne von Art. 462 des Schweizerischen Obligationenrechts erteilte Vollmacht erstreckt sich auch auf das Eingehen von Wechselverbindlichkeiten (einschliesslich Bankchecks). Im Übrigen beschränkt sich das Zeichnungsrecht der Handlungsbevollmächtigten auf die gewöhnlich vorkommenden Bankgeschäfte.

### General Remarks

In principle, only joint signatures by two persons who are authorized to sign constitute a binding signature on behalf of Privatbank IHAG Zürich AG.

The joint signatures of two authorized signatories do not constitute a legally binding signature. To make a bank signature binding, an authorized signatory must sign jointly with another person authorized to sign other than an authorized signatory.

The authority conferred upon authorized signatories pursuant to article 462 of the Swiss Federal Code of Obligations also includes the power to sign drafts, bills of exchange as well as banker's checks, etc. In all other cases, the authority to sign of authorized signatories is restricted to usual banking transactions.

Direktion
Management

**Hanspeter Schudel**
Direktor
Senior Vice President

**Daniel Albisser**
Stellvertretender Direktor
First Vice President

**Alice Fritz**
Stellvertretende Direktorin
First Vice President

**Dr. Michael Gubser**
Stellvertretender Direktor
First Vice President

**Daniel Junker**
Stellvertretender Direktor
First Vice President

**Andreas Krattiger**
Stellvertretender Direktor
First Vice President

**Aurel F. J. Lüthi**
Stellvertretender Direktor
First Vice President

**Adrian Nussbaumer**
Stellvertretender Direktor
First Vice President

**Jürg Ragaz**
Stellvertretender Direktor
First Vice President

**Marco Sinkwitz**
Stellvertretender Direktor
First Vice President

**Luca Angelastri**
Vizedirektor
Vice President

**Stefan Becker**
Vizedirektor
Vice President

**Per Classon**
Vizedirektor
Vice President

**Urs Eberhard**
Vizedirektor
Vice President

**Roger Egg**
Vizedirektor
Vice President

**Marco Gerber**
Vizedirektor
Vice President

**Rolf Hälg**
Vizedirektor
Vice President

**Daniel Kobler**
Vizedirektor
Vice President

**Christoph Kaufmann**
Vizedirektor
Vice President

**Sandrine Koller**
Vizedirektorin
Vice President

**Richard Ott**
Vizedirektor
Vice President

**Vera Quast**
Vizedirektorin
Vice President

**Katharina Schär**
Vizedirektorin
Vice President

**Michael Schiller**
Vizedirektor
Vice President

**Marcel Spring**
Vizedirektor
Vice President

**Bruno Springer**
Vizedirektor
Vice President

**Walter Wenger**
Vizedirektor
Vice President

**Matthias Wullschleger**
Vizedirektor
Vice President

Privatbank IHAG Zürich AG
Bleicherweg 18
Postfach
CH-8022 Zürich

Telefon +41 44 205 11 11
Fax +41 44 205 12 85

info@pbihag.ch
www.pbihag.ch



**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)       0000060656

0000060656

Y

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Huoltoasema M.Virkkala Oy          notices to:          White & Case LLP
Ylivieskantie 87                                          Eteläranta 14
86300 Oulainen                                           00130 Helsinki
Finland                                                  Finland

Telephone number: + 358 9 228 641  Email Address: project.lb@whitecase.com

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ 141,510.00 ( € 100,000.00)          (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** FI0008903000          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

020910151068          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Nordea Bank Finland Plc. (1680235-8) /02 2000          (Required)

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

FOR COURT USE ONLY

FILED RECEIVED

OCT 3 0 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date.<br><br>October 20, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>Risto Ojantakanen / Partner / White & Case |
|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the *debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x

In re                                                          :      **Chapter 11**
                                                               :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**      :      **Case No. 08-13555 (JMP)**
                                                               :
                              Debtors.          :      **Jointly Administered**

----------------------------------------------------------------x

## ANNEX TO LEHMAN PROGRAMS SECURITIES PROOF OF CLAIM OF HUOLTOASEMA M. VIRKKALA OY

Huoltoasema M. Virkkala Oy (the "Claimant") files this proof of claim (the "Proof of Claim") against Lehman Brothers Holdings Inc. ("LBHI" and, together with its affiliated debtors in the above-referenced chapter 11 cases, the "Debtors") as a holder of certain Lehman Programs Securities (used herein throughout as defined in the Court's Order Pursuant to Section 502(b)(9) of the Bankruptcy Code, Bankruptcy Rules 2012(a)(7), (f), (l), and 3003(c)(3), and Local Rule 2002-1(e) Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof (the "Bar Date Order") [Docket No. 4271]).

A.    **Background**

1.    On September 15, 2008 (the "Petition Date"), LBHI commenced this case by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On July 2, 2009, the Court entered the Bar Date Order. The Bar Date Order, among other things, established November 2, 2009, at 5:00 p.m. (prevailing Eastern Time) as the last date and time for each person or entity to file a proof of claim based on securities identified on the "Lehman Programs Securities" list available on http://www.lehman-docket.com as of July 17, 2009 (the "Lehman Programs Securities").

B.    **Nature of the Claims**

2.      The Claimant is a beneficial holder of Lehman Programs Securities guaranteed by LBHI. Set forth in field #1 is the principal amount owed as of the Petition Date in both Euros and US Dollars (the latter calculated using a an exchange rate of $1.4151/Euro as provided by the European Central Bank as of the Petition Date).

3.      Please note that the Central Securities Depository ("CSD"), Euroclear Finland, does not provide blocking reference numbers for Finnish accounts. Blocking occurs at the account operator level. Therefore, at the direction of the Debtors' Claim Agent, the blocking number used was issued by the Claimant's account operator, though it is visible in the Euroclear Finland system (and is thus properly a blocking number).

4.      Please note that because Finland uses a direct CSD account structure, there are no depository participant account numbers in Finland. Each beneficial holder has its own book-entry account at the CDS level, though it is operated by an account operator. At the direction of the Debtors' Claims Agent, therefore, in lieu of such depository participant account number, the Claimant's account operator's Finnish identification code is submitted.

5.      The Claimant claims all amounts owed to the Claimant by LBHI in connection with the Lehman Programs Securities the Claimant holds, whether or not such amount is reflected in field #1. As of the Petition Date, LBHI was and still is indebted to the Claimant for the following amounts and for all other amounts which have accrued since the Petition Date, including without limitation post-petition interest, fees and costs:

(a)      principal, interest, and any unpaid fees owing under the Lehman Programs Securities held;

(b)      fees and costs (including without limitation legal fees and expenses) incurred in connection with recovering on such Lehman Programs Securities to the extent allowable under the Bankruptcy Code; and

(c)      all other amounts due and payable under or arising in connection with such Lehman Programs Securities, including, without limitation, damages for breach, damages caused by acts or omissions by LBHI and its affiliates, and/or any guaranteed obligor and its affiliates, post-petition interest, premiums, fees, and costs to the extent allowable under the Bankruptcy Code.

6.    The amounts described in paragraphs 5(a), 5(b) and 5(c) are made without prejudice to any other amounts accruing after the Petition Date, or based upon facts and circumstances discovered after the Petition Date.

7.    Additionally, the Claimant asserts against LBHI unliquidated claims for damages caused by, or based upon, (a) any liability LBHI has or may have arising under or in connection with the Lehman Programs Securities held, (b) any misstatement or omission of a material fact in any securities filings and/or financial statements; (c) any wrongful act or misconduct committed by LBHI (or the guaranteed obligor) that has resulted or will result, directly or indirectly, in injury to the Claimant, including, without limitation, breach of any fiduciary or other duty that LBHI (and/or such guaranteed obligor) may now owe or have ever owed to the Claimant; and (d) fraud or misrepresentation in connection with the sale of such Lehman Programs Securities.

8.    The claims asserted herein are not subject to any setoff or counterclaim by the Debtors or the guaranteed obligor.  No judgment has been rendered on the claims asserted herein.  The Claimant holds no security interests in connection with, and has not received any security for, the claims asserted herein.

**C.    Supporting Documentation**

9.    The Bar Date Order provides that persons or entities that file claims based on any Lehman Programs Security need not attach or submit any documentation supporting any claim based on such Lehman Programs Security.  Accordingly, no supporting documentation is attached hereto.  The Claimant has authorized White & Case LLP to file this Proof of Claim on its behalf, and a power of attorney is attached hereto.

**D.    Reservation of Rights and Amendments**

10.    In filing this Proof of Claim, the Claimant does not submit to the jurisdiction of the Court for any purpose other than to assert the claims described herein.  To the extent

such claims may also be asserted against any other Debtor in these jointly-administered proceedings under law or equity, including but not limited to, in the event of the substantive consolidation of some or all of the Debtors, this Proof of Claim also constitutes a claim by the Claimant against any and all such other Debtors. Additionally, any common law indemnity claims against all such Debtors are expressly preserved.

11.    The execution and filing of this Proof of Claim is not intended to be and should not be construed as (a) a waiver or release of any rights of the Claimant against any other entity or person liable for all or part of the claims asserted herein, (b) a waiver of the right of the Claimant to withdraw the reference with respect to the subject matter of the claims asserted herein, any objection or other proceedings commenced with respect thereto or any other proceeding commenced in these cases against or otherwise involving the Claimant, (c) an election of remedy by the Claimant that waives or otherwise affects any other remedy of the Claimant, (d) a consent by the Claimant to a jury trial in the Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise, (e) a waiver of the right of the Claimant to a trial by jury in any proceeding so triable herein or in any case controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial is pursuant to statute or the United States Constitution, (f) a waiver of the right of the Claimant to have final orders in non-core matters entered only after de novo review by a District Court Judgment, (g) a waiver of any past, present or future event of default under any applicable credit documentation, (h) a statement of all legal theories, causes of action or facts supporting the claims of the Claimant, (i) a waiver or limitation of any rights, claims or causes of action by the Claimant, (j) a waiver of any right to the subordination or recharacterization, in favor of the Claimant, of any indebtedness or liens held by any creditors

of the Debtors or creditors of any of the Debtors' affiliates, or the guaranteed obligor or any affiliate of such obligor, or (k) duplicative of or replacing any other proof of claim filed either by the Claimant or by any indenture trustee or entity performing similar functions.

12.    The Claimant expressly reserves, and does not waive, any right to amounts for any claims asserted herein, and reserves all rights, including, without limitation, the rights (a) to file any separate or additional proof of claim with respect to the claims set forth herein or otherwise (which proof of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), (b) to amend, modify or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, (c) to file additional proofs of claim in respect of additional amounts or for any other reason, and (d) to file proofs of claim against third parties, including, without limitation, any affiliates of the Debtors or guaranteed obligor.

13.    In the event that any order of the Bankruptcy Court is entered which effects (a) a recharacterization or subordination of claims, (b) substantive consolidation of any or all of the Debtors with any or all of the Debtors and/or the Debtors' affiliates, or (c) any other similar remedy, the rights of the Claimant to file additional proofs of claim or amended proofs of claim against any or all of the Debtors and any or all of the Debtors' affiliates is reserved.

**E.    Notice**

14.    All notices in respect of this proof of claim should be forwarded to:

> White & Case LLP
> Attn:  Risto Ojantakanen
> Eteläranta 14
> 00130 Helsinki
> Finland
> Email Address: project.lb@whitecase.com.  Phone:  + 358 9 228 641.

LIITE 1

## TOIMEKSIANTOVALTAKIRJA / *POWER OF ATTORNEY*

Asiakkaan nimi/*Noteholder Name*:    Huoltoasema M. Virkkala Oy
Henkilötunnus (Y-tunnus)/*Identity Code (Company ID)*: ▆▆▆▆▆▆
Osoite/*Address*:    Ylivieskantie 87, 86300 OULAINEN
Sähköposti/ *E-mail*:    markku.virkkala@yritysnet.com
Puhelin/*Telephone*:    +358 400 388 584

Sijoitus/*Note*: Tuottolukko Venäjä

JVK-nimi/*Detailed Issue Name: LEHMAN 290212*

JVK-tunniste/*Security (ISIN) code: FI0008903000*
Sijoituksen nimellismäärä/*Principal Amount Outstanding*:    100.000 €

(markkinointinimi/*Marketing Name in Finland*)
Tuottolukko Venäjä
(asianajaja täydentää/*Attorney fills in*)

The undersigned hereby appoints attorney at law Risto Ojantakanen or any other attorney of White & Case LLP appointed by him in his stead as our true and lawful attorney for the purposes of representing ourselves in connection with the insolvency proceedings of/*Allekirjoittanut täten valtuuttaa asianajaja Risto Ojantakasen tai hänen määräämänsä White & Case LLP:n asianajajan edustamaan laillisena valtuutettuna asiamiehenä minua/meitä seuraavissa insolvenssimenettelyissä*:

(i)    Lehman Brothers Holdings Inc. (the process initiated by the petition filed on September 15, 2008 in the United States Bankruptcy Court for the Southern District of New York seeking relief under chapter 11 of the United States Bankruptcy Code)/*Lehman Brothers Holdings Inc.(Yhdysvaltain konkurssilain 11 luvun mukainen menettely aloitettu hakemuksella New Yorkin eteläisen piirin konkurrssioikeuteen 15.9.2008)*; and/or/*ja*

(ii)    Lehman Brothers Treasury Co. B.V (the process initiated by the provisional suspension of payment (*voorlopige surseance van betaling*) granted by the Amsterdam District Court on September 19, 2008)/*Lehman Brothers Treasury Co. B.V (menettely aloitettu Amsterdamin käräjäoikeuden 19.9.2008 antamalla väliaikaisella maksunlykkäyspäätöksellä (voorlopige surseance van betaling)*;

in each case, in our capacity of creditors under certain structured notes issued by Lehman Brothers Treasury Co. B.V and guaranteed by Lehman Brothers Holdings Inc/*kussakin tapauksessa, velkojan ominaisuudessa koskien tiettyjä Lehman Brothers Treasury Co. B.V:n liikkeeseen laskemia ja Lehman Brothers Holdings Inc:n takaamia joukkovelkakirjalainapapereita* .

We hereby approve all that the said representative shall do or cause to be done by virtue of this Power of Attorney/*Hyväksyn minua/meitä sitovaksi kaikki edustajmme tämän valtakirjan nojalla tekemät toimenpiteet.*

This Power of Attorney shall be governed by Finnish law/*Tähän valtakirjaan sovelletaan Suomen lakia.*

Place and date/*Paikka ja päiväys*:                     Ylivieska 15.10.2009                     ^

Signature/*Allekirjoitus:*

Name printed/*Nimenselvennys*:                     Markku Virkkala, toimitusjohtaja

H
A
N
D

D
E
L
I
V
E
R
Y

_____

RECEIVED BY:          DATE          TIME

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000060865

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HOUONJI TEMPLE
ATTN: MR KAZUNARI NAKASHIMA, MANAGER OF FINANCIAL DEPARTMENT
RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI
3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY, AICHI PREF.
466-0832 JAPAN

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 28,694,121   **(Required)**   *as per attached*

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

1. XF025791550J
2. XF025791606J
3. XF030133528G
**International Securities Identification Number (ISIN):** 4. XF030156960OJ   **(Required)**   *as per attached.*

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
1. 6058078    4. 6058081
2. 6058079
3. 6058080   **(Required)**   *as per attached*

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:** 93543   **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

NOV 0 2 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

| Date. 10/30/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. 宗教法人 日蓮宗 法音寺 住職 鈴木宗晋 |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____          _____INFORMATION_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

| | | Series number | ISIN | Description | Quantity | | Maturity Date |
|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS TREASURY CO | MTN04529 | XS0257915503 | WORST OF 7 STOCKS DIGITAL COUPON TYPE | JPY | 500,000,000 | 06/15/2013 |
| 2 | LEHMAN BROTHERS TREASURY CO | MTN04530 | XS0257916063 | WORST OF 7 STOCKS TARN TYPE | JPY | 500,000,000 | 06/15/2013 |
| 3 | LEHMAN BROTHERS TREASURY | MTN07232 | XS0301335286 | WORST OF 7 STOCKS TARN | USD | 1,130,000 | 05/30/2012 |
| 4 | LEHMAN BROTHERS TREASURY | MTN07245 | XS0301569603 | N225 INDEX 7 STOCKS LINKED TARN | USD | 11,800,000 | 07/17/2014 |

| | ISIN | Quantity | | principal amount | | late charges at 20% a year 09/15/2008~ 09/15/2009 | total amount | Blocking Number |
|---|---|---|---|---|---|---|---|---|
| 1 | XS0257915503 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 | 6058078 |
| 2 | XS0257916063 | JPY | 500,000,000 | USD | 5,490,885 | 1,098,177 | 6,589,062 | 6058079 |
| 3 | XS0301335286 | USD | 1,130,000 | USD | 1,130,000 | 226,000 | 1,356,000 | 6058080 |
| 4 | XS0301569603 | USD | 11,800,000 | USD | 11,800,000 | 2,360,000 | 14,160,000 | 6058081 |
| | | | | | 23,911,770 | 4,782,354 | 28,694,124 | |

※1USD=91.06JPN 09/18/2009

残 高 報 告 書 （定期）

Goldman Sachs Japan Co., Ltd.
ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL. 03 (6437) 1000

作成基準日
2008 年 9 月 1 日 より   2008 年 9 月 30 日 まで

1 of 4

口座番号   番号
017893512   8820

HODONJI TEMPLE
SHUKYO HOJIN

**ACCOUNT STATUS**

**CASH BALANCE**

| 通貨 CCY. | 2008 年 8 月 31 日 残高 PREVIOUS BALANCE | 2008 年 9 月 30 日 残高 CURRENT BALANCE |
|---|---|---|
| DESCRIPTION | | |
| JPY | 765,227,315 | 265,385,986 |
| USD | | |

**SECURITIES POSITION**

| DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 償還日 MATURITY DATE | ファクター FACTOR |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE ACCEPT | JPY | XS0170615150 | | | | |
| ES 5021/03-9 TRANCHE 1 | | | | | | |
| SOCIETE GENERALE ACCEPT FRN 09/29/2015 | JPY | XS0176616711 | | | 09/29/2015 | |
| NCH 1 HYBRID 04/25/2013 JPY | JPY | XS0236149109 | | | | |
| SOCIETE GENERALE ACCEPT SERIES 994305-11 | JPY | | | | 11/25/2008 | |
| SOCIETE GENERALE ACCEPT SERIES 10001/06-2 | JPY | XS0245295341 | | | 02/14/2011 | |
| | | | 350,000,000 | | | |
| MAN BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257915503 | 500,000,000 | | 06/15/2013 | |
| MAN BROTHERS TREASURY HYBRID 06/15/2013 JPY | JPY | XS0257916063 | 500,000,000 | | 06/15/2013 | |

即~引 残 高 報 告 書 (定期)

Goldman Sachs

ゴールドマン・サックス証券株式会社
東京都港区六本木6-10-1 六本木ヒルズ森タワー
TEL 03 (6437) 1000

作成基準日　2008 年 9 月 1 日 より　2008 年 9 月 30 日 まで

2 of 4

| 口座番号 | 017893512 | 証書 8820 | HOUONJI TEMPLE SHUKYO HOJIN |
| --- | --- | --- | --- |

## 口座状況　ACCOUNT STATUS

### 利用用　SECURITIES POSITION

| 明細/DESCRIPTION | 通貨 CCY. | 銘柄コード SEC. CODE | 数量(額面) QTY (FACE VALUE) | 区分 TYPE | 満期日 MATURITY DATE | ファクター FACTOR |
| --- | --- | --- | --- | --- | --- | --- |
| SOCIETE GENERALE ACCEPT HYBRID [SG USD 04-6 MAX[0:17*(USDA RATE - 2%)] | USD | XS0194803805 | | | 06/18/2014 | |
| SOCIETE GENERALE ACCEPT HYBRID 12/15/2025 | USD | XS0230080138 | | | 12/15/2025 | |
| SOCIETE GENERALE ACCEPT HYBRID 12/19/2035 | USD | XS0230085863 | | | 12/19/2035 | |
| SOCIETE GENERALE — REFER TO THE TERM SHEET | USD | XS0501335266 | 1,130,000.00 | | 05/30/2012 | |
| LEHMAN BROTHERS TREASURY HYBRID 05/30/2012 USD | | | | | | |
| LEHMAN BROTHERS TREASURY FRN 07/17/2014 USD — REFER TO THE TERM SHEET | USD | XS0301569503 | 11,800,000.00 | | 07/17/2014 | |



EXPRESS ENVELOPE

*Duplicate*

| | | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|---|
| *United States Bankruptcy Court/Southern District of New York*<br>Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HOUONJI TEMPLE
ATTN : MR KAZUNARI NAKASHIMA, MANAGER OF FINANCIAL DEPARTMENT
RELIGIOUS JUDICIAL PERSON, NICHIREN-SHU, HO-ON JI
3-3 KOMAGATA-CHO, SHOWA-KU NAGOYA CITY, AICHI PREF.
466-0832 JAPAN

Telephone number:                     Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
  *(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:                     Email Address:

**1.** Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $** 28,694,121 _____ **(Required)** *As per attached*

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

**2.** Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

1. XS0257915503
2. XS0257916063
3. XS0301335286
**International Securities Identification Number (ISIN):** 4. XS0301589603 _____ **(Required)**    *as per attached*

**3.** Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**
1. 6058078
2. 6058079
3. 6058080
4. 6058081 _____ **(Required)**    *as per attached*

**4.** Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
93543 _____ **(Required)**

**5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date.<br>10/30/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>宗教法人 日蓮宗 法音寺 住職 鈴木宗音 | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571



EXPRESS ENVELOPE

| *United States Bankruptcy Court/Southern District of New York* | **LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM** |
|---|---|

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000063450

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) |
|---|---|

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Banca Esperia S.p.A.
Via Filodrammatici, 5
20121 Milano
Italy
Attention: Mr. Luca Pellegrino

Telephone number: +39 02 88219393     Email Address: luca.pellegrino@gruppoesperia.com

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
   (*If known*)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:                    Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: See attached _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): See attached _____ (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached _____ (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

See attached _____ (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

**FILED / RECEIVED**

**NOV 0 2 2009**

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

| Date. October 30, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

Name: Andrea Cingoli     Title:   Chief Executive Officer

Name: Carla Giannone     Title:   Head of Legal Department

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                                    Chapter 11

Lehman Brothers Holdings Inc., *et al.*                   Case No. 08-13555 (JMP)

                                                          (Jointly Administered)

                            Debtors.

---------------------------------------------------------------X

### ANNEX TO PROOF OF CLAIM OF
### BANCA ESPERIA S.P.A.

1.      <u>Claimant</u>. Banca Esperia S.p.A. (the "**Claimant**"), hereby files the accompanying

proof of claim (the "**Proof of Claim**") against Lehman Brothers Holdings Inc. (the "**Debtor**"), a

debtor and debtor in possession in the above-referenced chapter 11 cases. The Claimant holds

claims against the Debtor arising from certain transactions that occurred prior to September 15,

2008 (the "**Petition Date**"), as described more fully below.

2.      <u>Transactions Between the Parties</u>. The Claimant is authorized to act on behalf of

the holders of certain securities issued by Lehman Brothers Treasury Co. B.V. and Lehman

Brothers UK Capital Funding III LP (the "**Obligors**") and guaranteed by the Debtor (each a

"**Program Security**" and, together, the "**Program Securities**") identified on the list of Lehman

Program Securities, which is available on the Debtors' website, http://www.lehman-docket.com

under the heading "Key Documents." The International Securities Identification Number

("**ISIN**") identifying each Program Security, along with the respective Clearstream Bank

blocking reference number and the Clearstream Bank account number relating to the Program

Securities, is detailed on <u>Exhibit 1</u> attached hereto. Evidence of the ownership of the securities

described in <u>Exhibit 1</u> is provided in <u>Exhibit 3</u> attached hereto. The Program Securities issued by



Lehman Brothers Treasury Co. B.V. have also the benefit of an express, unconditional and irrevocable guarantee of the Debtor, and further, the Debtor guaranteed the payment of all liabilities, obligations and commitments of Lehman Brothers Treasury Co. B.V. pursuant to those certain board resolutions adopted by the Executive Committee of the Debtor's Board of Directors attached hereto as Exhibit 4, including but not limited to those certain resolutions adopted by unanimous written consent on June 9, 2005 and certain other guarantees extended to affiliates of the Debtor and/or Lehman related entities.

3.      Claim.   The Claimant is authorized to act on behalf of the holders of certain securities described more fully in Exhibit 1 hereto and on account thereof and in accordance with the terms of the documentation relating thereto, hereby asserts a claim against the Debtor in the amount of $ 6,414,784.19 plus, to the extent provided pursuant to the underlying documents associated with each Program Security all other interest, costs, fees and expenses allowed under applicable law (the "**Claim**").   An itemization of certain amounts comprising the Claim is set forth on Exhibit 2  attached hereto.

4.      Security Interests and Priority Status.   The Claim is filed as a general unsecured claim, without any prejudice to any and all rights of the Claimant to assert that any portion of the Claim is entitled to administrative priority under Sections 503 and 507 of the Bankruptcy Code.

5.      Claims, Counterclaims, Setoffs and Defenses.   The Claim is not subject to any known claims, counterclaims, setoffs or defenses by the Debtor.   The Claimant also reserves any and all rights of setoff and recoupment that the Claimant or any of its affiliates may have against the Debtor or its related entities.

6.      Reservation of Rights.   The execution and filing of this Proof of Claim is not and shall not be deemed:  (a) a waiver or release of the Claimant's rights against any other entity or



person liable for all or any part of the Claim asserted herein; (b) a consent by the Claimant to the jurisdiction of this Court with respect to any proceeding commenced in this case against or otherwise involving the Claimant; (c) a waiver of the right to withdraw the reference with respect to the subject matter of the Claim, any objection or other proceedings commenced with respect thereto or any other proceedings commenced in this case against or otherwise involving the Claimant; (d) a waiver or release by the Claimant of its right to trial by jury, or a consent by the Claimant to a trial by jury, in this Court or any other court; (e) a waiver of any right to the subordination, in favor of the Claimant, of indebtedness or liens held by any creditors of the Debtor or any of its affiliates; (f) an election of remedies which waives or otherwise affects any other remedy; (g) waiver of the Claimant's rights to assert that no claims hereunder have been or may be discharged and to file other claims which are not covered by this Proof of Claim; or (h) a waiver of the Claimant's rights, if any, of arbitration, to the extent provided by any applicable agreements with the Debtor or its affiliates.

7.    <u>Amendments</u>.  The Claimant expressly reserves its right to file any separate or additional proofs of claim with respect to the Claim set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this proof of claim unless expressly so stated therein), to amend or supplement this Proof of Claim in any respect, including with respect to the filing of an additional or amended claim for the purpose of fixing and liquidating any contingent or unliquidated claim set forth herein, or to file additional proofs of claim in respect of additional amounts or for any other reason.



# EXHIBIT 1

| ISIN Code | Clearstream blocking # | Clearstream account # | Sub-custodian account # | Issuer | Nominal Amount |
|---|---|---|---|---|---|
| XS0243852562 | CA94081 | 88511 | 1011740600C | Lehman Brothers UK Capital Funding III LP | € 650,000.00 |
| XS0195431613 | CA74749 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V. | € 50,000.00 |
| XS0176153350 | CA96899 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 221,000.00 |
| XS0176153350 | CA18057 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 15,000.00 |
| XS0210782552 | CA75303 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 25,000.00 |
| XS0178969209 | CA74978 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 130,000.00 |
| XS0211093041 | CA75797 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 300,000.00 |
| XS0211093041 | CA18304 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 30,000.00 |
| XS0208459023 | CA74731 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 2,145,000.00 |
| XS0283497005 | CA05026 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 14,000.00 |
| XS0181945972 | CA75420 | 88511 | 1011740600C | Lehman Brothers Treasury Co. B.V | € 855,000.00 |

C-∫1

**EXHIBIT 2**

| ISIN Code | Nominal Amount (EUR) | Interest** (EUR) | Total (EUR) | Nominal Amount (USD)* | Interest (USD) * | Total (USD) * |
|---|---|---|---|---|---|---|
| XS0243852562 | 650,000.00 | 14,107.73 | 664,107.73 | 919,815.00 | 19,963.85 | 939,778.85 |
| XS0195431613 | 50,000.00 | 422.37 | 50,422.37 | 70,755.00 | 597.70 | 71,352.70 |
| XS0176153350 | 236,000.00 | 6,713.21 | 242,713.21 | 333,963.60 | 9,499.86 | 343,463.46 |
| XS0210782552 | 25,000.00 | 546.48 | 25,546.48 | 35,377.50 | 773.32 | 36,150.82 |
| XS0178969209 | 130,000.00 | 3,579.64 | 133,579.64 | 183,963.00 | 5,065.55 | 189,028.55 |
| XS0211093041 | 330,000.00 | 3,804.93 | 333,804.93 | 466,983.00 | 5,384.36 | 472,367.36 |
| XS0208459023 | 2,145,000.00 | 48,081.25 | 2,193,081.25 | 3,035,389.50 | 68,039.78 | 3,103,429.28 |
| XS0283497005 | 14,000.00 | 387.28 | 14,387.28 | 19,811.40 | 548.04 | 20,359.44 |
| XS0181945972 | 855,000.00 | 20,453.14 | 875,453.14 | 1,209,910.50 | 28,943.24 | 1,238,853.74 |

| Total Claim Amount | USD $ 6,414,784.19 |
|---|---|

\* *Amounts due in EUR have been converted to US Dollars using the exchange reference rate published by the European Central Bank for September 15, 2008: 1 EUR = 1.4151 USD.*

\*\* *Interest accrued until September 14, 2008 (included).*



**EXHIBIT 3**

Evidence of Ownership



27. OTT. 2009 14:00    MCDD CUSTODY                                    NR. 789    P. 2

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – AVIS DE BLOCAGEBLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574 1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477377

October 20Th, 2009

### LEHMAN
### «XS0243852562»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0243852562
Security name : LEHMAN
Type of event : CONSENT
Instruction quantity : FAMT 650000
Instruction's date : 14/10/2009
**Blocking reference : CA94081**

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02    MCDD CUSTODY                                    NR. 789    P. 19



**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 826 euros
immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION -- BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

                                                    BANCA ESPERIA SA
                                                    VIA DANTE 16
                                                    20121 MILANO
                                                    IT   ITALIE
30026 97574 1011740600C


reference
0285$^E$ - 2009478129

                                                    OCTOBER 14th, 2009


### LEHMAN BROS TSY TV14 CPI EMTN
### «XS0195431613 »


Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0195431613
Security name : LEHMAN BROS TSY TV14 CPI EMTN
Type of event : CONSENT
Instruction quantity : 50000
Instruction's date : 13/10/2009
Blocking reference : CA74749

For more information, please feel free to contact your dedicated account manager.

Best regards.

                                    BNP PARIBAS Securities Services



**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 625 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

| **CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE** |
|---|

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
IT    ITALIE

30026 97574 1011740600C

reference
0258E – 2009477638

October 16th, 2009

**LEHMAN TV03-1013 EMTN
«XS0176153350 »**

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin; XS0176153350
Security name : LEHMAN TV03-1013 EMTN
Type of event : CONSENT
Instruction quantity: 221000
Instruction's date: 13/10/2009
Blocking reference: CA96899

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:01    MCDD CUSTODY                                    NR. 789    P. 7


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 103 528 euros
Immatriculée sous le n° 662 042 449 RCB – IdentsFant C.fi FR76662042449
Siège social · 16, bid des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number

30026 97574 1011740600C

**BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
IT   ITALIE**

reference
0258E – 2009477638

October 19th, 2009

### LEHMAN BROTHERS TV03-1013EMTN
### «XS0176153350 »

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : **1011740600C**
Isin: XS0176153350
Security name: **LEHMAN BROTHERS TV03-1013EMTN**
Type of event: CONSENT
Instruction quantity: 15000
Instruction's date: 19/10/2009
Blocking reference: CA18057

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:01    MCDD CUSTODY                          NR. 789    P. 9



**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 393 528 euros
Immatriculée sous le n° 662 042 449 RCS – Idendifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574   1011740600C

Reference
0258E – 2009477996

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 14th, 2009

### LEHMAN BROTHERS TV05-010213EMTN
### «XS0210782552»

Sirs,

Please find hereafter the information related to your instruction for the consent on

Lehman.

Custody Account: 1011740600C
ISIN: XS0210782552
Security name:  LEHMAN BROTHERS TV05-010213EMTN
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 25 000                    Blocking reference: CA75303

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02        MCDD CUSTODY                                    NR. 789    P. 13

 **BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772.303.528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

+--------------------------------------------------------------+
|           **CORPORATE ACTION – ADVICE ON LEHMAN CODE**          |
+--------------------------------------------------------------+

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALY

Account number
PARB ITMM 30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009477642

October 14th, 2009

**LEHMAN TV13 EMTN**
**« XS0178969209»**

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0178969209
Security Name: LEHMAN TV13 EMTN
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 130 000 FAMT
Blocking reference: CA74978

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02    MCDD CUSTODY                        NR. 789    P. 14

**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 353 528 euros
Immatriculée sous le n° 682 042 449 RCS – Identifiant C.E FR76682042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

| **CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE** |
| --- |

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574    1011740600C

Reference
0258E – 2009478010

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 14th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on
Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 300 000                Blocking reference: CA75797

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:01    MCDD CUSTODY    NR. 789    P. 4



BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifiant C-E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 97574    1011740600C

Reference
0258E – 2009478010

BANCA ESPERIA SA

VIA DANTE 16
20121 MILANO
IT  ITALY

October 20th, 2009

### LEHMAN BROTHERS TP05-160215
### «XS0211093041»

Sirs,

Please find hereafter the information related to your instruction for the consent on
Lehman.

Custody Account: 1011740600C
ISIN: XS0211093041
Security name:  LEHMAN BROTHERS TP05-160215
Type of event: CONSENT
Instruction's date: 19/10/2009
Instruction quantity: 30 000
Blocking reference: CA18304

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services

27. OTT. 2009 14:02    MCDD CUSTODY                           NR. 789    P. 15


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 828 euros
Immatriculée sous le n° 662 042 449 RCB – Identifiant C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – ADVICE ON LEHMAN CODE

---

BNP PARIBAS SECURITIES SERVICES

Fax : 01 42 98 78 06

                                   BANCA ESPERIA SA
                                   VIA DANTE 16
                                   20121 MILANO
                                   ITALY

Account number
PARB ITMM  30026 97574
1011740600C BANCA ESPERIA SPA

Reference
0258E – 2009478115

                                        October 14th, 2009

### LEHM.BROTH.TR.7 PCT 16
### « XS0208459023»

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account: 1011740600C
ISIN: XS0208459023
Security Name: LEHM.BROTH.TR.7 PCT 16
Type of event: CONSENT
Instruction's date: 14-10-2009
Quantity: 2 146 000 FAMT
Blocking reference: CA74731

For more information, please feel free to contact your dedicated account manager.

Best regards.

                            BNP PARIBAS Securities Services.

27. OTT. 2009 14:01    MCDD CUSTODY    NR. 789    P. 11


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 305 528 euros
immatriculée sous le n° 662 042 449 RCS – Identifent C.E FR78662042449
Siège social : 16, bd des italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number
30026 00100  1011740600C

BANCA ESPERIA SA
VIA DANTE 16
20121 MILANO
ITALIE

reference
0258E – 2009477552

October 16TH, 2009

**LEHMAN BROS TSY TR07-17**
**« XS0283497005»**

Sirs,

Please find hereafter the information related to your instruction for the consent on Lehman.

Custody Account : 1011740600C
Isin : XS0283497005
Security name : LEHMAN BROS TSY TR07-17
Type of event : CONSENT
Instruction quantity 14000
Instruction's date : 13/10/09
Blocking references : CA05026

For more information, please feel free to contact your dedicated account manager.

Best regards.

BNP PARIBAS Securities Services



27. OTT. 2009 14:02        MCDD CUSTODY                              NR. 789    P. 16


**BNP PARIBAS**

BNP PARIBAS SA au capital de 1 772 303 528 euros
Immatriculée sous le n° 662 042 449 RCS – Identifism C.E FR76662042449
Siège social : 16, bld des Italiens – 75009 PARIS – www.bnpparibas.com

---

## CORPORATE ACTION – BLOCKING ADVICE ON LEHMAN CODE

---

**BNP PARIBAS SECURITIES SERVICES**

**Fax : 01 42 98 78 06**

Account number                                        BANCA ESPERIA SA
30026 97574   1011740600C
                                                      VIA DANTE 16
                                                      20121 MILANO
                                                      IT   ITALY
Reference
0258E – 2009478144

                                                      October 14th, 2009

### LEHMAN BROS TP04-14/01/14 FOI
### «XS0181945972»

Sirs,

Please find hereafter the information related to your instruction for the consent on
Lehman.

Custody Account: 1011740600C
ISIN: XS0181945972
Security name:  LEHMAN BROS TP04-14/01/14 FOI
Type of event: CONSENT
Instruction's date: 13/10/2009
Instruction quantity: 855 000                Blocking reference: CA75420

For more information, please feel free to contact your dedicated account manager.

Best regards,


BNP PARIBAS Securities Services



**EXHIBIT 4**

Written Consent June 9, 2005

# UNANIMOUS WRITTEN CONSENT OF THE

## EXECUTIVE COMMITTEE OF THE

## BOARD OF DIRECTORS OF

## LEHMAN BROTHERS HOLDINGS INC.

The undersigned, being both members of the Executive Committee of the Board of Directors of Lehman Brothers Holdings Inc., a Delaware corporation (the "Corporation"), do hereby adopt the following resolutions by unanimous written consent in lieu of a meeting in accordance with Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Corporation has previously authorized by specific resolution, which authority has not been revoked (the "Outstanding Guarantee Resolutions"), the guarantee of all or specified obligations and liabilities of certain direct and indirect subsidiaries of the Corporation, each of which is a "Guaranteed Subsidiary" as such term is used in the Corporation's Code of Authorities as currently in effect (the "Code"),

WHEREAS, certain of the Guaranteed Subsidiaries presently enjoy full guarantees while others have only partial guarantees, and the Corporation now wishes to expand such partial guarantees to full guarantees,

WHEREAS, due to the passage of time the names of certain of the Guaranteed Subsidiaries have changed, rendering the Outstanding Guarantee Resolutions out of date to that extent,

WHEREAS, the Corporation wishes to clarify that its guarantee of any Guaranteed Subsidiary with respect to any given transaction is not contingent upon the issuance of a signed guarantee pertaining to such transaction,

WHEREAS, Management wishes to establish additional Guaranteed Subsidiaries,

WHEREAS, Management wishes to specify that to the extent lawful and allowable, guarantees issued by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, so as to secure certain tax and accounting benefits, and

WHEREAS, Management believes that it would facilitate the conduct of the business of the Corporation to supersede and replace the various Outstanding Guarantee Resolutions in their entirety with this single document,

NOW THEREFORE BE IT,

**RESOLVED,** that the Corporation hereby fully guarantees the payment of all liabilities, obligations and commitments of the subsidiaries set forth on Schedule A hereto, each of which shall be a Guaranteed Subsidiary for purposes of the Code;

**RESOLVED,** that the Outstanding Guarantee Resolutions are hereby superseded and replaced in their entirety with this single document, provided that any guarantees provided pursuant to the Outstanding Guarantee Resolutions and outstanding on the date hereof, whether in the form of a separately executed individual guarantee or otherwise, shall remain issued, outstanding and valid for all purposes;

**RESOLVED,** that guarantees provided by the Corporation concerning certain of the Guaranteed Subsidiaries should originate with the branch of the Corporation located in London, England, to the extent lawful and allowable, as specified on Schedule A hereto;

**RESOLVED,** that each of the persons listed in the Code (as it may be amended from time to time) as being authorized to approve individual guarantees issued by the Corporation with respect to Guaranteed Subsidiaries, or any proper delegee thereof (collectively, "Authorized Persons"), are hereby authorized, in the name and on behalf of the Corporation, to execute such guarantees in such form as is approved by an attorney of the Corporation and such Authorized Person, subject to any limitations specified herein, his or her execution of each such guarantee to be conclusive evidence of approval thereof; and to do such other acts and things as may be advisable or necessary in order to effect the purposes and intent of these resolutions; and

**FURTHER RESOLVED,** that any and all actions contemplated by the foregoing resolutions and taken by such Authorized Persons prior to the date hereof are hereby ratified, confirmed and approved in all respects.

Dated: June 7, 2005

Richard S. Fuld, Jr.

John D. Macomber

2

06/08/2005    16:41    LEHMAN ÷ 916467582653                          NO.504    003

**Schedule A**
**to LBHI Unanimous Written Consent**
**dated June 9 , 2005**

| | Name of Subsidiary | Issue Corporation guarantee from branch located in London, England, to the extent lawful and allowable? |
|---|---|---|
| 1. | Lehman Brothers Asia Holdings Limited | No |
| 2. | Lehman Brothers Bankhaus A.G. | Yes (London branch of such subsidiary only) |
| 3. | Lehman Brothers Commercial Bank | No |
| 4. | Lehman Brothers Commercial Corporation | No |
| 5. | Lehman Brothers Commercial Corporation Asia Limited | No |
| 6. | Lehman Brothers Equity Finance (Cayman) Limited | No |
| 7. | Lehman Brothers Finance S.A. | No |
| 8. | Lehman Brothers Holdings Plc | Yes |
| 9. | Lehman Brothers International (Europe) | Yes |
| 10. | Lehman Brothers Japan Inc. | No |
| 11. | Lehman Brothers (Luxembourg) Equity Finance S.A. | No |
| 12. | Lehman Brothers (Luxembourg) S.A. | No |
| 13. | Lehman Brothers OTC Derivatives Inc. | No |
| 14. | Lehman Brothers Securities Asia Limited | No |
| 15. | Lehman Brothers Securities N.V. | No |
| 16. | Lehman Brothers Special Financing Inc. | No |
| 17. | Lehman Brothers Treasury Co. B.V. | No |
| 18. | Lehman Re Limited | No |





**BANCAESPERIA**
LA PRIVATE BANK DI MEDIOBANCA I MEDIOLANUM I & PARTNERS

United States Bankruptcy Court/Southern District of New York

Epiq Bankruptcy Solutions, LLC
Attn:  Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY  10017

Banca Esperia S.p.A.
Via Filodrammatici 5
20121 – Milano
Italy

Attention: Mr Luca Pellegrino

Tel. +39 02 88219393
Fax + 39 02 88219300
E-mail
luca.pellegrino@gruppoesperia.com

Ocotber 30,  2009

## BANCA ESPERIA S.P.A. - PROOF OF CLAIM AGAINST LEHMAN BROTHERS HOLDINGS INC.

To: United States Bankruptcy Court/Southern District of New York

Enclosed please find No. 2 original copies of the proofs of claim hereby filed by Banca Esperia S.p.A. against Lehman Brothers Holdings Inc., together with photocopies of the original proofs of claims  Please retain and time-stamp the original proofs of claim and please time-stamp and return the photocopies (time-stamped as "RECEIVED") by using the enclosed prepaid envelop.

Kind regards,

Banca Esperia S.p.A.

Luca Pellegrino – Legal Department

Banca Esperia spa
Via Filodrammatici 5
I-20121 Milano
Tel. +39 02 88219 1

Capitale sociale
€ 13.000.000 i.v.
Codice Fiscale,
Iva Iscrizione

Banca iscritta all'Albo
delle Banche al n. 3183
Capogruppo del Gruppo
bancario Banca Esperia

Aderente
al Fondo Interbancario
di Tutela
dei Depositi



panded Service
ternational Air Waybill