Form 210A (10/06)

# United States Bankruptcy Court
## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,

Case No. 08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee | Name of Transferor
--- | ---
Deutsche Bank AG, London Branch | Värde Credit Partners Master, L.P.

Name and Address where notices to transferee should be sent:

Deutsche Bank AG, London Branch
Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 20 7547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton
E-mail: Michael.sutton@db.com

Court Claim # and Date Claim Filed:

(i)   50312 – October 28, 2009
(ii)  55160 – October 29, 2009
(iii) 56112 – October 29, 2009

Amount of Claim (transferred):

(i)   EUR 690,000.00 in principal amount of
      ISIN XS0166737659 (plus all interest,
      costs and fees relating to this claim)
(ii)  USD 2,610,000.00 in principal amount of
      ISIN XS0368699681 (plus all interest,
      costs and fees relating to this claim)
(iii) EUR 545,000.00 in principal amount of
      ISIN XS0200284247 (plus all interest,
      costs and fees relating to this claim)

Tel: N/A

Last Four Digits of Acct. #:  N/A                    Last Four Digits of Acct. #:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _27 APRIL 2016_

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

*PROGRAM SECURITY*

<u>AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM</u>
<u>LEHMAN PROGRAM SECURITY</u>

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

1.    For value received, the adequacy and sufficiency of which are hereby acknowledged, Värde Credit Partners Master, L.P. ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Deutsche Bank AG, London Branch (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the applicable amounts specified in Schedule 1 hereto, in Seller's right, title and interest in and to the Proof of Claim Numbers set forth on Schedule 1 filed by or on behalf of Seller or any of Seller's predecessors-in-title (copies of which are attached at Schedule 4 hereto) (the "Proofs of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such securities, the "Purchased Securities") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claims, Purchased Securities or the Proceedings.

2.    Seller hereby represents and warrants to Purchaser that:  (a) the Proofs of Claim were duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer of Claim; (e) the Proofs of Claim include the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors; (g) the Transferred Claims are Class 5 claims against the Debtor in the Proceedings; (h) on or around the dates set forth on Schedule 2, Seller received the distributions in the amounts set forth on Schedule 2 relating to the Transferred Claims; (i) on or about the dates set forth on Schedule 3, Seller received the distributions in the amounts set forth on Schedule 3 made by Lehman Brothers Treasury Co. B.V., with respect to the securities relating to the Transferred Claims; and (j) other than the distributions set out in Schedule 2 and Schedule 3, Seller has not received any other distributions in respect of the Transferred Claims or the Purchased Securities.

3.    Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of

DB Ref: [ ]

Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4.     All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.     Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller on or after May 7, 2015 in respect of the Transferred Claims or the Purchased Securities to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer of Claim supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.     Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.     Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 27ᵗʰ day of April 2016.

**VÄRDE CREDIT PARTNERS MASTER, L.P.**
By Värde Credit Partners G.P., LLC, Its General Partner
By Värde Partners, L.P., Its Managing Member
By Värde Partners, Inc., Its General Partner

By: _____
Name:    **Matt Mach**
Title:    **Managing Director**

Address:
901 Marquette Ave S. Suite 3300
Minneapolis, MN 55402
Attn:  Edwina Steffer
Email:  esteffer@varde.com

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

Winchester House
1, Great Winchester Street
London EC2N 2DB
ENGLAND
Attn: Michael Sutton

Schedule 1

Transferred Claims

Lehman Programs Securities and Purchased Portion to which Transfer Relates

| ISIN / CUSIP | Issuer | Guarantor | Principal / Notional Amount | ISIN CCY | POC # | USD Allowed Amount |
|---|---|---|---|---|---|---|
| XS0166737659 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 690,000.00 | EUR | 50312 | 988,131.47 |
| XS0368659661 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 2,610,000.00 | USD | 55160 | 2,611,957.50 |
| XS0200284247 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | 545,000.00 | EUR | 56112 | 796,105.40 |

Schedule 1–1

DB Ref: [ ]

Schedule 2

## LBHI DISTRIBUTIONS

| ISIN / CUSIP | POC # | USD Allowed Amount | 17-Apr-12 | 1-Oct-12 | 4-Apr-13 | 3-Oct-13 | 3-Apr-14 | 2-Oct-14 | 2-Apr-15 | 2-Oct-15 | 31-Mar-16 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| XS0166737659 | 50312 | 988,131.47 | - | - | - | 36,040.28 | 39,148.14 | 29,380.65 | 20,050.54 | 15,292.92 | 4,243.81 |
| XS0368659681 | 55160 | 2,611,957.50 | - | - | - | - | 103,481.47 | 77,662.76 | 53,000.19 | 40,424.24 | 11,217.80 |
| XS0200284247 | 56112 | 796,105.40 | - | - | - | 29,036.48 | 31,540.39 | 23,671.03 | 16,154.06 | 12,321.01 | 3,419.10 |

Schedule 1-1

DB Ref: [ ]

Schedule 3

## LBT DISTRIBUTIONS

| ISIN | ISIN CCY | Principal / Notional Amount | 8-May-13 | 28-Oct-13 | 28-Apr-14 | 27-Oct-14 | 28-Apr-15 | 29-Oct-15 |
|------|----------|-----------------------------|----------|-----------|-----------|-----------|-----------|-----------|
| XS0166737659 | EUR | 690,000.00 | - | 33,497.08 | 36,002.70 | 29,765.69 | 23,846.71 | 17,350.76 |
| XS0368699681 | USD | 2,610,000.00 | - | - | - | 106,804.31 | 71,914.85 | 55,311.00 |
| XS0200284247 | EUR | 545,000.00 | 65,396.45 | 25,619.69 | 27,536.08 | 22,765.81 | 18,238.77 | 13,270.45 |

Schedule 4

Proofs of Claim

*United States Bankruptcy Court/Southern District of New York*

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

## LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)            0000050312

**Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

**Banca Profilo S.p.A.      [ON ITS OWN ACCOUNT]**
**Corso Italia, 49**
**20122 - Milan**
**Italy**
Telephone number: **+39 02 584 081**      Email Address: **societariolegale@bancaprofilo.it**

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
    (If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

Telephone number:          Email Address:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.  SEE EXHIBIT 1

Amount of Claim: $ **2,554,743.00 (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): **SEE EXHIBIT 2 (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

**SEE EXHIBIT 3 (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

**SEE EXHIBIT 4 (Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date. | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. **Mr. Matteo Arpe - Chairman - SEE EXHIBIT 5** | FILED / RECEIVED |
|---|---|---|
| 22 -Oct -2009 | | OCT 2 8 2009 |
| | | EPIQ BANKRUPTCY SOLUTIONS, LLC |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

AMR-217056-v1

80:40399127

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____ D E F I N I T I O N S _____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**

Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____ I N F O R M A T I O N _____

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

*Duration of term of office*: UNTIL APPROVAL OF THE FINANCIAL STATEMENTS as at 31 December 2011

BANCA PROFILO S.p.A. (On its own account)

EXHIBIT 1 to the Proof of Claim - Claim
amounts for each Lehman Programs Security to
which the Proof of Claim relates and as
evidenced in the highlighted column

Exchange Rate EUR/USD as of 15 September
2008 as published on the official website of the
Federal Reserve: 1.4176

| ISIN | Issuer | Description | Claim amounts included in the amount specified in the Proof of Claim (Proof Redemption Amount plus interest accrued but not paid as of 14 September 2008 (included)) (EUR) | Claim amounts included in the amount specified in the Proof of Claim (Final Redemption Amount plus interest accrued but not paid as of 14 September 2008 (included)) (USD) | Notional (EUR) | Notional (USD) | Interest accrued but not paid as of 14 September 2008 (included) (EUR) | Interest accrued but not paid as of 14 September 2008 (included) (USD) | Final Redemption Amount (EUR) | Final Redemption Amount (USD) | Depository | Account Number | Blocking Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| XS0345391685 | Lehman Brothers Treasury Co BV | Lehman 1040000 LNK EUR/05 EUR450 | 15,326 | | 15,000 | | 31,253 | | 526.04 | | 323 | 15,000 | 51,458 | EUROCLEAR | 10074 | 6046200 |
| XS0346703669 | Lehman Brothers Treasury Co BV | Lehman VAR 10/05 EUR | 695,192 | | 690,000 | | 5,191 | | 5,151.65 | | 6,542.82 | 690,000 | 978,950 | EUROCLEAR | 10074 | 6040200 |
| XS0349164045 | Lehman Brothers Holdings Inc | Lehman 4.25% 1040 214 | 1,451 | | 1,000 | | 1,450 | | 51.4 | | 45 | 1,000 | 1,418 | EUROCLEAR | 10026 | 6040200 |
| XS0347542321 | Lehman Brothers Holdings Inc | Lehman FRN 07/04/11 | 2,025 | | 2,000 | | 2,825 | | 29.23 | | 29 | 2,000 | 2,979 | EUROCLEAR | 10026 | 6040400 |
| XS0287742321 | Lehman Brothers Holdings Inc | Lehman FRN 04/04/11 | 33,341 | | 33,000 | | 46,774 | | 341.11 | | 464 | 33,000 | 46,774 | EUROCLEAR | 10026 | 6040100 |
| XS0210233910 | Lehman Brothers Holdings Inc | Lehman GBP FRN 04/05/0/15 | 52,301 | | 50,000 | | 73,971 | | 301.87 | | 425 | 50,000 | 73,971 | EUROCLEAR | 10026 | 6040100 |
| XS0324747181 | Lehman Brothers Holdings Inc | Lehman 550% FRN 15/09/09 | 1,003,767 | | 1,000,000 | | 1,417,525 | | 3,465 | | 5,522 | 1,000,000 | 1,417,525 | EUROCLEAR | 10026 | 6040900 |

Total (EUR) 1,802,267    Total (USD) 2,856,745

BANCA PROFILO S.p.A. (On its own account)

EXHIBIT 2 to the Proof of Claim - ISINs of the
Lehman Programs Securities to which the Proof of
Claim relates

| ISIN |
|------|
| XS0161241681 |
| XS0166737659 |
| XS0183944643 |
| XS0189741001 |
| XS0189741001 |
| XS0252835110 |
| XS0254171191 |

BANCA PROFILO S.p.A. (On its own account)

EXHIBIT 3 to the Proof of Claim - Blocking Numbers
of the Lehman Programs Securities to which the
Proof of Claim relates and as evidenced in the
highlighted column

| ISIN | Depositary | Account Number | Blocking Number |
|------|------------|----------------|-----------------|
| XS0161241681 | EUROCLEAR | 10029 | 6040206 |
| XS0166737659 | EUROCLEAR | 10029 | 6040207 |
| XS0183944643 | EUROCLEAR | 10029 | 6040208 |
| XS0189741001 | EUROCLEAR | 10029 | 6040209 |
| XS0189741001 | EUROCLEAR | 10029 | 6044468 |
| XS0252835110 | EUROCLEAR | 10029 | 6040210 |
| XS0254171191 | EUROCLEAR | 10029 | 6040211 |

BANCA PROFILO S.p.A. (On its own account)

EXHIBIT 4 to the Proof of Claim - Account
Numbers related to the Lehman Programs
Securities to which the Proof of Claim relates
and as evidenced in the highlighted column

| ISIN | Depositary | Account Number |
|------|-----------|----------------|
| XS0161241681 | EUROCLEAR | 10029 |
| XS0166737659 | EUROCLEAR | 10029 |
| XS0183944643 | EUROCLEAR | 10029 |
| XS0189741001 | EUROCLEAR | 10029 |
| XS0189741001 | EUROCLEAR | 10029 |
| XS0252835110 | EUROCLEAR | 10029 |
| XS0254171191 | EUROCLEAR | 10029 |

**BANCA PROFILO S.p.A. (On its own account)**

**EXHIBIT 5 to the Proof of Claim - Powers of Mr. Matteo Arpe**

| Chairman of the Board of Directors and Director | ARPE MATTEO |
|---|---|
| | Legal representative of the Company |
| Place and date of birth | Milan (MI) - Italy, on 3 November 1964 |
| Fiscal code | RPAMTT64S03F205A |
| Domicile | Corso Italia, 49 - 20122 - Milan (MI) - Italy |

*Offices and powers*: **1). CHAIRMAN OF THE BOARD OF DIRECTORS** appointed by way of deed dated 8 June 2009

*Registration of the deed of appointment at the Chamber of Commerce*: 29 June 2009

*Duration of term of office*: UNTIL APPROVAL OF THE FINANCIAL STATEMENTS as at 31 December 2011

*Date on which the deed of appointment was submitted to the Chamber of Commerce*: 26 June 2009

*Powers*:

BY WAY OF THE MINUTES OF THE BOARD OF DIRECTORS DATED 11 JUNE 2009 THE CHAIRMAN OF THE BOARD OF DIRECTORS, MATTEO ARPE, WHO IS ENTITLED TO ACT AS LEGAL REPRESENTATIVE AND AUTHORISED SIGNATORY OF THE COMPANY AS PER THE PROVISIONS OF THE BY-LAWS, HAS BEEN GRANTED I) A POWER OF ATTORNEY CONCERNING THE DETERMINATION OF THE STRATEGIC DIRECTION OF THE GROUP AND (II) THE FOLLOWING SIGNATORY POWERS:

1. SIGNING CORRESPONDENCE NOT IMPLYING ANY ASSUMPTION OF RISK IN RELATION TO THE ORDINARY EXECUTION OF THE COMPANY'S AFFAIRS: SIGNING THE COVER LETTERS FOR BILLS, BANK CHEQUES AND BANK DRAFTS, VALUABLES IN GENERAL, BANK STATEMENTS AND DOCUMENTS OF ANY NATURE;

2. REPRESENTING THE COMPANY AS PRINCIPAL IN THE SHAREHOLDERS AND BONDHOLDERS' MEETINGS BY EXERCISING ALL THE RELEVANT RIGHTS IN ORDER TO EXECUTE THE INSTRUCTIONS ISSUED BY THE MANAGEMENT BODIES OR LEGAL REPRESENTATIVES OF THE COMPANY AS PRINCIPAL;

3. REPRESENTING THE BANK BEFORE THE PUBLIC ADMINISTRATION AND ANY STATE, SEMI-PUBLIC, REGIONAL, PROVINCIAL AND MUNICIPAL OFFICE, AND BEFORE ANY AUTHORITY, INCLUDING ALSO SUPERVISORY AUTHORITIES AND CIVIL AND ADMINISTRATIVE ORGANISATIONS, POST OFFICES AS WELL AS TELEGRAPHIC AND TELEPHONE OFFICES AND EMPLOYMENT OFFICES.

4. SIGNING ACTS AND ARRANGEMENTS IMPLYING AN UNDERTAKING BY THE COMPANY, SETTLING ACCOUNTS AND INVOICES PURSUANT TO THE INSTRUCTIONS OF THE COMPANY AND THE DECISIONS OF THE COMPETENT BODIES OF THE COMPANY.

**2). DIRECTOR** appointed by way of deed dated 8 June 2009

*Registration of the deed of appointment at the Chamber of Commerce*: 29 June 2009



# Camera di Commercio Industria
# Artigianato e Agricoltura di MILANO

\

# Visura ordinaria societa' di capitale

## "BANCA PROFILO SPA" O IN FORMA ABBREVIATA "PROFILO BANK SPA"

| | |
|---|---|
| **Forma giuridica:** | **SOCIETA' PER AZIONI** |
| **Sede legale:** | **MILANO (MI) CORSO ITALIA 49 cap 20122** |
| **Codice fiscale:** | **09108700155** |
| **Numero REA:** | **MI - 1272549** |

"BANCA PROFILO SPA" O IN FORMA ABBREVIATA "PROFILO BANK SPA"
codice fiscale: 09108700155

RICEVUTE E DISCARICHI;

4. RILASCIARE RICEVUTA DEI DEPOSITI DI SOMME EFFETTUATI DA CLIENTI ANCHE A MEZZO ASSEGNI BANCARI O CIRCOLARI;

5. DEPOSITARE, IN NOME E PER CONTO DELLA BANCA, PRESSO AZIENDE DI CREDITO NAZIONALI ED ESTERE ED ORGANISMI DI COMPENSAZIONE NAZIONALI ED INTERNAZIONALI, A CUSTODIA ED IN AMMINISTRAZIONE, TITOLI PUBBLICI E PRIVATI E VALORI IN GENERE; DEPOSITARE TITOLI PRIVATI AI FINI DELL'INTERVENTO NELLE ASSEMBLEE NEI LIMITI DEGLI AFFIDAMENTI PREVISTI;

6. CONTROFIRMARE PER ACCETTAZIONE I CONTRATTI CON LA CLIENTELA DI DEPOSITO TITOLI A CUSTODIA E AMMINISTRAZIONE, CONTI CORRENTI E SERVIZIO DI INVESTIMENTO IN GENERE;

7. PROVVEDERE A QUANTO RICHIESTO DALLE VIGENTI DISPOSIZIONI IN MATERIA DI LAVORO, PARTICOLARMENTE PER QUANTO RIGUARDA ASSUNZIONI, ASSICURAZIONI, PREVIDENZA, INDENNITA' E TASSE PER TUTTO IL PERSONALE DIPENDENTE, SOTTOSCRIVENDO ATTESTAZIONI, CERTIFICAZIONI, ISTANZE, RICORSI, VERBALI, TRANSAZIONI, DEFINIRE, ANCHE TRANSIGENDO, LA LIQUIDAZIONE DI DANNI E SINISTRI CON FACOLTA' DI INCASSARE INDENNIZZI E RIMBORSI, RILASCIANDO RICEVUTE O QUIETANZE;

8. AUTORIZZARE SINGOLI BONIFICI PER UN IMPORTO MASSIMO DI EURO 15 MILIONI. CON FIRMA ABBINATA CON IL DIRETTORE GENERALE E/O CON UN DIRIGENTE MUNITO DEI NECESSARI POTERI:

1. EFFETTUARE OPERAZIONI A DEBITO ED A CREDITO SU CONTI CORRENTI E SU DEPOSITI TITOLI DELLA BANCA PRESSO AZIENDE DI CREDITO ED UFFICI POSTALI, DELL'IMPORTO MASSIMO DI EURO 500.000,00; PAGARE PREMI SU CONTRATTI DERIVATI PER UN LIMITE MASSIMO DI EURO 500.000,00;

2. LIQUIDARE CONTI, FATTURE, NOTE SPESE, CANONI, PAGARNE IL PREZZO OD ESIGERLO, CONCORDARE CONDIZIONI E TERMINI DI PAGAMENTO, IL TUTTO PER OPERAZIONI DI IMPORTO NON SUPERIORE AD EURO 500.000,00;

3. AI FINI DELL'ATTIVITA' DI TESORERIA DELLA BANCA, EFFETTUARE GIROCONTI NEI LIMITI DEGLI AFFIDAMENTI PREVISTI, SUI CONTI CORRENTI DI CORRISPONDENZA E DEPOSITO TITOLI PRESSO AZIENDE DI CREDITO NAZIONALI ED ESTERE ED ORGANISMI NAZIONALI ED INTERNAZIONALI ANCHE MEDIANTE L'EMISSIONE DI ASSEGNI BANCARI, CIRCOLARI E BONIFICI; DEPOSITARE A GARANZIA, IN NOME E PER CONTO DELLA BANCA, PRESSO AZIENDE DI CREDITO NAZIONALI ED ESTERE, ISTITUTI FINANZIARI ED ORGANISMI DI COMPENSAZIONE NAZIONALI ED INTERNAZIONALI, NEI LIMITI DEGLI AFFIDAMENTI PREVISTI, TITOLI PUBBLICI E PRIVATI E VALORI IN GENERE;

4. SOTTOSCRIVERE I CONTI LIQUIDAZIONE MENSILI ED I RENDICONTI O SITUAZIONI PERIODICHE DA INVIARE ALLA CLIENTELA;

5. APPORRE LA GIRATA SUI TITOLI;

6. DARE DISPOSIZIONI PER L'ESECUZIONE DI OPERAZIONI IN TITOLI E VALUTE NELL'AMBITO DELLE DIRETTIVE SOCIETARIE: ACQUISTARE, PERMUTARE, SOTTOSCRIVERE E VENDERE AZIONI, QUOTE, OBBLIGAZIONI, TITOLI E VALORI MOBILIARI IN GENERE, SIA ITALIANI CHE ESTERI, COMPIENDO TUTTE LE OPERAZIONI RELATIVE.

PRESIDENTE
CONSIGLIO
AMMINISTRAZIONE
CONSIGLIERE

**ARPE MATTEO**

Rappresentante dell'impresa

Nato a MILANO (MI) il 03/11/1964

Codice fiscale: RPAMTT64S03F205A

Domicilio: MILANO (MI) CORSO ITALIA 49 cap 20122

"BANCA PROFILO SPA" O IN FORMA ABBREVIATA "PROFILO BANK SPA"

codice fiscale: 09108700155

| | |
|---|---|
| *Cariche e poteri* | **PRESIDENTE CONSIGLIO AMMINISTRAZIONE** nominato con atto del 08/06/2009 |

Data iscrizione: 29/06/2009
Durata in carica: FINO APPROVAZIONE DEL BILANCIO al 31/12/2011
Data presentazione carica: 26/06/2009

Poteri
CON VERBALE DI CONSIGLIO DI AMMINISTRAZIONE IN DATA 11 GIUGNO 2009 SONO STATI
CONFERITI AL PRESIDENTE DEL CONSIGLIO DI AMMINISTRAZIONE,
MATTEO ARPE, CUI SPETTANO PER STATUTO LA RAPPRESENTANZA LEGALE DELLA SOCIETA' E
LA FIRMA SOCIALE, I) DELEGA SUGLI INDIRIZZI STRATEGICI DEL GRUPPO E II) I
SEGUENTI POTERI DI FIRMA SINGOLA:
1. FIRMARE LA CORRISPONDENZA NON COMPORTANTE ASSUNZIONE DI RISCHIO CONCERNENTE
IL NORMALE SVOLGIMENTO DEGLI AFFARI SOCIALI: FIRMARE LETTERE ACCOMPAGNATORIE DI
EFFETTI, ASSEGNI BANCARI E CIRCOLARI, DI VALORE IN GENERE, DI ESTRATTI CONTO E
DI DOCUMENTI DI QUALSIASI NATURA;
2. RAPPRESENTARE LA SOCIETA' MANDANTE IN ASSEMBLEA DI AZIONISTI E
OBBLIGAZIONISTI, ESERCITANDO TUTTI I RELATIVI DIRITTI IN ESECUZIONE DELLE
INDICAZIONI ESPRESSE DAGLI ORGANI COLLEGIALI DI AMMINISTRAZIONE O DEI LEGALI
RAPPRESENTANTI DELLA MANDANTE;
3. RAPPRESENTARE LA BANCA PRESSO LA PUBBLICA AMMINISTRAZIONE E PRESSO QUALUNQUE
UFFICIO STATALE, PARASTATALE, REGIONALE, PROVINCIALE E COMUNALE, AUTORITA',
ANCHE DI VIGILANZA ED ENTI CIVILI ED AMMINISTRATIVI, UFFICI POSTALI,
TELEGRAFICI E TELEFONICI ED UFFICI DI COLLOCAMENTO;
4. NELL'AMBITO DELLE DIRETTIVE SOCIETARIE E NEL RISPETTO DELLE DECISIONI DEL
COMPETENTE ORGANO SOCIALE, FIRMARE ATTI ED ACCORDI CHE IMPEGNANO LA SOCIETA',
LIQUIDARE CONTI E FATTURE

**CONSIGLIERE** nominato con atto del 08/06/2009
Data iscrizione: 29/06/2009
Durata in carica: FINO APPROVAZIONE DEL BILANCIO al 31/12/2011

| | |
|---|---|
| **CONSIGLIERE**<br>**VICE PRESIDENTE**<br>**CONSIGLIO**<br>**AMMINISTRAZIONE** | **SPAVENTA LUIGI**<br><br>Nato a ROMA (RM) il 05/03/1934<br><br>Codice fiscale: SPVLGU34C05H501C<br><br>Domicilio: MILANO (MI) CORSO ITALIA 49 cap 20122 |
| *Cariche e poteri* | **CONSIGLIERE** nominato con atto del 08/06/2009<br>Data iscrizione: 29/06/2009<br>Durata in carica: FINO APPROVAZIONE DEL BILANCIO al 31/12/2011<br>Data presentazione carica: 26/06/2009 |

**VICE PRESIDENTE CONSIGLIO AMMINISTRAZIONE** nominato con atto del 11/06/2009
Data iscrizione: 09/07/2009
Durata in carica: FINO APPROVAZIONE DEL BILANCIO al 31/12/2011

Poteri
CON VERBALE DEL CONSIGLIO DI AMMINISTRAZIONE IN DATA 11 GIUGNO 2009 SONO STATI
CONFERITI AL VICE PRESIDENTE LUIGI SPAVENTA CUI, PER STATUTO, SPETTANO LA
RAPPRESENTANZA LEGALE DELLA SOCIETA' E LA FIRMA SOCIALE IN CASO DI ASSENZA OD
IMPEDIMENTO DEL PRESIDENTE, I SEGUENTI POTERI DI FIRMA SINGOLA:
1. FIRMARE LA CORRISPONDENZA NON COMPORTANTE ASSUNZIONE DI RISCHIO CONCERNENTE
IL NORMALE SVOLGIMENTO DEGLI AFFARI SOCIALI: FIRMARE LETTERE ACCOMPAGNATORIE DI
EFFETTI, ASSEGNI BANCARI E CIRCOLARI, DI VALORE IN GENERE, DI ESTRATTI CONTO E
DI DOCUMENTI DI QUALSIASI NATURA;
2. RAPPRESENTARE LA SOCIETA' MANDANTE IN ASSEMBLEA DI AZIONISTI E
OBBLIGAZIONISTI, ESERCITANDO TUTTI I RELATIVI DIRITTI IN ESECUZIONE DELLE

H
A
N
D

D
E
L
I
V
E
R
Y

_____
RECEIVED BY:

_____10/28/09_____
DATE

_____4/5_____
TIME

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
| Lehman Brothers Holdings Inc., et al., | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000055160

**Name and address of Creditor:** (and name and address where notices should be sent if different from Creditor)

National Bank of Fujairah psc on behalf of the Note holders listed on Exhibit A
PO Box 2979, Al Fujairah Building Khalid Bin Al Waleed Street
Dubai, UAE
Attention: Dermot Whelan (Head of Credit Risk)

Telephone number: 971 4 507 8438    Email Address: dermot.whelan@nbf.ae

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
(*If known*)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ USD 3,442,551.65 _____ (Required)

☑ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):** XS0368699681        (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

CA35346        (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

Clearstream Account Number 88952        (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| FOR COURT USE ONLY |
| FILED / RECEIVED |
| OCT 2 9 2009 |
| EPIQ BANKRUPTCY SOLUTIONS, LLC |

| Date. 25/10/2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.  *Dermot Whelan.* |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

**Dermot** William Hugh Whelan
Head of Credit Risk

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT A**

### *In re Lehman Brothers Holdings Inc.*

**Proof of Claim of National Bank of Fujairah psc, on behalf of the
Noteholders of the CRAN 7 Series Notes listed on Attachment A.**

National Bank of Fujairah psc (the "**Bank**") submits this proof of claim (the "**Proof of Claim**") on behalf of itself and the Noteholders of the CRAN 7 Series Notes listed on Attachment A (collectively, the "**Claimants**" and each a "**Claimant**").

Lehman Brothers Treasury Co. B.V. ("**LBTCBV**"), a private company with limited liability (*besloten vennootschhap met beperkte aansprakelijkheid*) organized under the laws of The Netherlands, issued those certain Callable Index Linked Notes (the "**CRAN Series Notes**" defined below) as part of its Euro Medium Term Note Program pursuant to that certain Base Prospectus dated June 24, 2008 ("**EMTN Program**"). Lehman Brothers Holdings Inc. ("**LBHI**"), the parent of LBTCBV, agreed to guarantee the CRAN Series Notes as set forth in the Base Prospectus.[1]

The CRAN Series Notes are composed of 6 series:

(1)  The Callable Index Linked Notes due March 2023 Guaranteed by LBHI (Notional Amount $1,680,000) with ISIN XS0353739187 (the "**CRAN 2 Series**");

(2)  The Callable Index Linked Notes due April 2023 Guaranteed by LBHI (Notional Amount $9,580,000) with ISIN XS0356045707 (the "**CRAN 3 Series**");

(3)  The Callable Index Linked Notes due April 2023 Guaranteed by LBHI (Notional Amount $3,430,000) with ISIN XS0359405023 (the "**CRAN 4 Series**");

(4)  The Callable Index Linked Notes due May 2023 Guaranteed by LBHI (Notional Amount $5,600,000) with ISIN XS0360994296 (the "**CRAN 5 Series**");

(5)  The Callable Index Linked Notes due May 2023 Guaranteed by LBHI (Notional Amount $5,600,000) with ISIN XS0366932407 (the "**CRAN 6 Series**"); and

(6)  The Callable Index Linked Notes due June 2023 Guaranteed by LBHI (Notional Amount $3,440,000) with ISIN XS036899681 (the "**CRAN 7 Series**" and collectively, the "**CRAN Series Notes**").

---

[1]  The documents supporting this claim are being filed on that dedicated website created for an online questionnaire relating to guarantee claims (www.lehman-claims.com), as set out in further detail in the Bar Date Order entered in this case on July 2, 2009. Claimants reserve the right to supplement this Proof of Claim with relevant documents, to the extent necessary.

Each series is issued as a single global note, which is held by the Bank through Clearstream, Luxembourg on behalf of the Claimants. Each series is governed by the Base Prospectus as well as a confirmation and set of Final Terms specific to the series (collectively, the "**Transaction Documents**").

On September 15, 2008, LBHI filed for bankruptcy protection under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"), giving rise to an Event of Default under Section 10(a)(vi) of the Base Prospectus.[2]  Based upon such Event of Default, all amounts due under the CRAN Series Notes became due and payable.[3]  In addition, the Claimants have a claim for the interest accrued and unpaid under such CRAN Series Notes.

The Claimants further reserve its right to amend or supplement this Proof of Claim or to file additional proofs of claim for any and all damages and expenses.

The claims set forth herein may be secured by a right of setoff against certain amounts owing by one or more of the Claimants and/or their affiliates to LBHI and/or its affiliates. To the extent that LBHI and/or its affiliates asserts claims against any of the Claimants of any kind, the Claimants reserve the right to assert that such claims by LBHI and/or its affiliates are subject to rights of setoff and/or recoupment, which rights are treated as secured claims under the Bankruptcy Code. To the extent that LBHI, its affiliates or any other party takes any action that would give rise to a right of counterclaim or other rights or claims any Claimant may have against LBHI and/or its affiliates, each Claimant reserves all of its respective rights.

To the extent that the Claimants have rights to set-off or recoup the amount of their claims under 11 U.S.C. § 553 against any claims, defenses, or set-offs LBHI, its affiliates or their respective estates may have or might assert against the Claimants, Claimants assert a secured claim. In addition, the filing of this Proof of Claim does not waive any right to any security held by or on behalf of any of the Claimants or such Claimant's rights to claim specific assets or any other rights or rights of action that any of the Claimants has or may have against LBHI and/or its affiliates, and the Claimants expressly reserve such rights.

The Claimants further reserve the right to (i) amend, clarify, modify, update or supplement this Proof of Claim at any time and in any respect, including without limitation to assert additional claims or additional grounds for its claims, and/or to specify the amount of the Claimants' contingent, unmatured and/or unliquidated claims as they become non-contingent, matured and/or liquidated; (ii) file additional proofs of claim at any time and in any respect; and

---

[2]  All capitalized terms not defined herein shall have the meaning set forth in the Base Prospectus.

[3]  In addition, LBTCBV was declared bankrupt (*in staat van faillissement*) by the Amsterdam District Court on October 8, 2008, and is the subject of an insolvency proceeding currently pending before the Amsterdam District Court, which gives rise to an additional Event of Default under Section 10(a)(viii) of the Base Prospectus.

(iii) file a request for payment of administrative or priority expenses in accordance with 11 U.S.C. §§ 503(b) and 507(a).

By filing this Proof of Claim, the Claimants do not waive, and specifically preserve, their respective procedural and substantive defenses to any claim that may be asserted against any of the Claimants by LBHI or any other party.

The Claimants also reserve all rights accruing to it against LBHI and its' affiliates (and their respective estates), and the filing of this Proof of Claim is not intended to be and shall not be construed as (a) an election of remedy or (b) a waiver or limitation of any of the Claimants' rights. In addition, the Claimants reserve the right to withdraw this Proof of Claim with respect to their claims for any reason whatsoever.

This Proof of Claim shall not be deemed to be a waiver of any Claimant's right (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court Judge; (ii) to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, set-offs, or recoupments to which any Claimant is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Claimants expressly reserve.

The Claimants, by the filing of this Proof of Claim, do not submit to the jurisdiction of the Bankruptcy Court for any purpose other than with respect to this Proof of Claim.

This Proof of Claim is in addition to, and does not supersede, any other proofs of claim filed by any Claimant against LBHI or its affiliates. Additionally, this Proof of Claim shall not prejudice the rights of any Claimant to file any other requests for payment or proofs of claim against LBHI or its affiliates, including claims for the same or additional amounts as claimed herein.

100749508_2.DOC

3

**ATTACHMENT A**

### Noteholders for the CRAN 7 Series Notes

| CRAN 7 Series Noteholders |
|---|
| RAVI BANSAL |
| SIDDHARTH RAJBANS KHANNA |
| CHANDRAKALA SHREENIVAS SARDA |
| SHEIKHA SHAIKHA A B H ALSHARQI |
| RAJU DALIP RUPANEY AND DALIP T |

1

## GIBSON, DUNN & CRUTCHER LLP

10/28/2009

### M E M O R A N D U M

**VIA OVERNIGHT DELIVERY**

TO:     Epiq Bankruptcy Solutions, LLC
          Attn: Lehman Brothers Holdings Claims Processing
          757 Third Avenue, 3rd Floor
          New York, NY 10017

FROM:  Rachel Castelino

RE:     National Bank of Fujairah psc- Lehman Programs Security Claims against LBHI

---

Attached for filing please find seven original executed proofs of claim to be filed in the Lehman Brothers Holdings Inc. *et al* chapter 11 cases bankruptcy, jointly administered in the United States Bankruptcy Court for the Southern District of New York under Case No. 08-13555 (JMP).with seven copies of each of the respective original proofs of claim. I have also included a copy of each of the proofs of claim which is to be filed-stamped and then returned to me.

The claims are in relation to the following Lehman Program Securities, identified on the "Lehman Programs Securities" list maintained on your website. For your ease of reference, I have also included the relevant Clearstream Blocking Numbers, as requested.

| Note Name | ISIN | Blocking Number | Total Claim (USD) |
|---|---|---|---|
| CRAN Series 2 | XS0353739187 | CA34840 | 1,714,627.17 |
| CRAN Series 3 | XS0356045707 | CA35366 | 9,737,549.35 |
| CRAN Series 4 | XS0359405023 | CA35226 | 3,468,820.52 |
| CRAN Series 5 | XS0360994296 | CA34889 | 5,626,021.74 |
| CRAN Series 6 | XS0366932407 | CA35006 | 5,623,282.61 |
| CRAN Series 7 | XS0368699681 | CA35346 | 3,442,551.65 |
|  | XS0272543900 | CA33893 | 2,917,597.40 |

Also enclosed is a self-addressed stamped envelope for return of the file-stamped copies.

Should you have questions, please feel free to contact me at (212) 351-2403.

Very best regards,

Rachel Castelino

RC/rc

Align top of FedEx Express® Shipping Label here.

ORIGIN ID:LGAA (212)351-4015
PENDER, DERETTA
GIBSON, DUNN
200 PARK AVENUE

NEW YORK, NY 10166
UNITED STATES US

TO  LEHMAN BROTHERS CLAIMS PROCESSING
    C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
    757 THIRD AVENUE
    3RD FLOOR
    NEW YORK NY 10017
REF: EPIQ
WEIGHT: 66700  SHIPID

SHIP DATE: 28OCT00
ACTWT: 1.0 LB/0.5K
CAD: 8519140/INET2434

BILL SENDER

FedEx
Express

THU - 29OCT  A1
PRIORITY OVERNIGHT

TRK# 7144 9225 6911        10017

EB OGSA

FedEx
Express

| United States Bankruptcy Court/Southern District of New York | **LEHMAN SECURITIES PROGRAMS** |
|---|---|
| Lehman Brothers Holdings Claims Processing Center c/o Epiq Bankruptcy Solutions, LLC FDR Station, P.O. Box 5076 New York, NY 10150-5076 | **PROOF OF CLAIM** |

| In Re: Lehman Brothers Holdings Inc., et al., Debtors. | Chapter 11 Case No. 08-13555 (JMP) (Jointly Administered) | |

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000056112

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor) Banco di Credito P.Azzoaglio S.p.A. 17 Via A.Doria Ceva (CN) 12073 Italy Attn: Mr Rossi Alessandro – Legal Department Telephone number:+390174724205      Email legale@azzoaglio.it | ☐ Check this box to indicate that this claim amends a previously filed claim. Court Claim Number: _____ (If known) Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above) Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $  **10,373,706.14**          **(Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN):      schedule attached          (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

schedule attached          (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim.  You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:

**CLEARSTREAM BANK # 11037**          **(Required)**

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

**FOR COURT USE ONLY**

| Date: October 28, 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**FILED / RECEIVED**

**OCT 2 9 2009**

EPIQ BANKRUPTCY SOLUTIONS, LLC

Mr Francesco Azzoaglio, CEO of Banco di Credito P. Azzoaglio S.p.A.

Penalty for presenting fraudulent claim:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

### DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing**
**c/o Epiq Bankruptcy Solutions, LLC**
**FDR Station, PO Box 5076**
**New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.



**BANCO DI CREDITO P. AZZOAGLIO S.p.A.**
SEDE LEGALE: 12073 CEVA (CN) - VIA A. DORIA, 17
TELEFONO (0174) 724.1 - FAX N. (0174) 72.22.02
E-MAIL: posta@azzoaglio.it - Cod. Fisc. e P. IVA 0016050047
CAPITALE SOCIALE 25.500.000 € INT. VERSATO
ADERENTE AL FONDO INTERBANCARIO DI TUTELA DEI DEPOSITI
www.azzoaglio.it

| ISIN CODE | DESCRIPTION | NOMINAL SIZE (EUR€) | ACCRUED USD$ | PRINCIPAL USD$ | TOTAL AMOUNT USD$ | CLEARSTREAM BANK BLOCKING NUMBER |
|---|---|---|---|---|---|---|
| XS0202417050 | LEHMAN 10/14 S/D LKD | 52,000.00 | 1,950.46 | 73,585.20 | 75,535.66 | Ca05711 |
| XS0176153350 | LEHMAN 10/10/13 LKD | 65,000.00 | 2,616.49 | 91,981.50 | 94,597.99 | Ca05709 |
| XS0183944643 | LEHMAN 16/1/14 4.75% | 174,000.00 | 7,733.29 | 246,227.40 | 253,960.69 | Ca05708 |
| XS0185655445 | LEHMAN 27/2/14 TV EU | 25,000.00 | 881.91 | 35,377.50 | 36,259.41 | Ca05712 |
| XS0189294225 | LEHMAN 23/04/14 TV | 1,687,000.00 | 40,678.91 | 2,387,273.70 | 2,427,952.61 | Ca05748 |
| XS0189741001 | LEHMAN 5/4/11 TV EUR | 50,000.00 | 720.92 | 70,755.00 | 71,475.92 | Ca05747 |
| XS0200284247 | LEHMAN 09/14 S/D LKD | 1,514,000.00 | 63,917.55 | 2,142,461.40 | 2,206,378.95 | Ca05926 |
| XS0205185456 | LEHMAN 09/11/09 TV | 18,000.00 | 125.53 | 25,471.80 | 25,597.33 | Ca05765 |
| XS0211814123 | LEHMAN 16/2/17 7% TM | 687,000.00 | 23,366.49 | 972,173.70 | 995,540.19 | Ca05766 |
| XS0213899510 | LEHMAN 09/03/15 4% | 36,000.00 | 1,055.16 | 50,943.60 | 51,998.76 | Ca05819 |
| XS0224346592 | LEHMAN 20.7.12 TV% | 2,270,000.00 | 25,559.12 | 3,212,277.00 | 3,237,836.12 | Ca05927 |
| XS0179304869 | LEHMAN 03/11/08 FRN | 50,000.00 | 424.51 | 70,755.00 | 71,179.51 | Ca05842 |
| XS0193035358 | LEHMAN 21/5/09 FRN | 33,000.00 | 162.29 | 46,698.30 | 46,860.59 | Ca05928 |
| XS0257022714 | LEHMAN 12/6/13 TV EU | 50,000.00 | 20.67 | 70,755.00 | 70,775.67 | Ca05824 |

| XS0257022714 | LEHMAN 12/6/13 TV EU | 500,000.00 | 206.75 | 707,550.00 | 707,756.75 | Ca05849 |

**AMOUNT OF CLAIM USD$**
**10,373,706.14**

Banco di Credito P. Azzoaglio S.p.A.
Via Andrea Doria , 17 - 12073 CEVA (CN)
Tel. 0174.7241 Fax 0174.722202
P. IVA 0016050047

