WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re : | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, : | 08-13555 (SCC) |
| Debtors. : | (Jointly Administered) |

**NOTICE OF RESCHEDULING OF
JUNE 14, 2016 OMNIBUS HEARING TO JUNE 2, 2016**

PLEASE TAKE NOTICE that, at the Court's direction, the omnibus hearing scheduled for June 14, 2016, at 10:00 a.m. **has been rescheduled to June 2, 2016 at 10:00 a.m**. (the "Hearing").

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York. All matters scheduled for June 14, 2016 will be heard on June 2, 2016.

Dated: April 28, 2016
        New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail

                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        Jacqueline Marcus
                                        Garrett A. Fail

                                        *Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates*