**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Ref. Docket Nos. 50788, |
|  | : | 52190-52193, 52394, 52395 |
|  | : | 52404, 52405, 52414-52416, |
|  | : | 52428-52436, 52482, 52503, |
|  | : | 52506, 52507, 52508, 52509 & |
|  |  | 52512 |
|  | : |  |

---------------------------------------------------------------------- X

|  |  |  |
|---|---|---|
|  | : |  |
| In re: | : | Chapter 11 |
|  | : |  |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., et al. | : | Case No. 08-13888 (SCC) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | Ref. Docket Nos. 422 & 423 |
|  | : |  |

---------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                                    ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 18, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 18, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
19th day of April, 2016
*/s/ Cassandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To: BAR(23) MAILID *** 000104599713 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000170495



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P.
C/O BOA MERRILL LYNCH; ANTE JAKIC & GARY S. COHEN
BANK OF AMERICA TOWER,3RD FL; ONE BRYANT PARK
NEW YORK, NY 10036

Please note that your claim # 15826 in the above referenced case and in the amount of
$63,447,142.59 allowed at $25,000,000.00 has been transferred (unless previously expunged by court order)

LONG BEACH HOLDINGS, L.L.C.
TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC.
C/O FARALLON CAPITAL MANAGEMENT, L.L.C.
ATTN: JON REEF
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 52507 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/18/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 18, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; ANTE JAKIC & GARY S. COHEN, BANK OF AMERICA TOWER,3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: LIBERTY HARBOR MASTER FUND I, L.P., C/O BOA MERRILL LYNCH; ANTE JAKIC & GARY S. COHEN, BANK OF AMERICA TOWER,3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: TURNPIKE LIMITED, ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: JEFF LONGMUIR, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BIMINI INVESTMENTS, S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND N.V., ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LUXEMBOURG |
| BIMINI INVESTMENTS, S.A.R.L. | PROSKAUER ROSE, LLP, ATTN: IRENA M. GOLDSTEIN, ESQ., ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| BIMINI INVESTMENTS, S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LUXEMBOURG |
| BIMINI INVESTMENTS, S.A.R.L. | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O INTERTRUST CORPORATE SERVICES (CAYMAND) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN KY1-9005 GRAND CAYMAN |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CANPARTNERS INVESTMENTS IV, LLC | TRANSFEROR: MIZUHO CORPORATE BANK, LTD., ATTN: LENA NAJARIAN, CONFIDENTIAL CREDIT INFORMATION - ATT COMPLIANCE, CANYON CAPITAL ADVISORS LLC, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANPARTNERS INVESTMENTS IV, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| EMPYREAN INVESTMENTS, LLC | ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY; EMPYREAN CAPITAL PARTNERS, LP, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN; MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL VALUE RECOVERY MASTER FUND, L.P., ATTN: MICHELLE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: SILVER POINT CAPITAL FUND, LP, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PAULSON CREDIT OPPORTUNITIES MASTER LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | C/O RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | RICHARDS KIBBE & ORBE LLP, ATTN: MANAGING LAW CLERK, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281-1003 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | TRANSFEROR: NSR BETA PE MAURITIUS, LLC, C/O PAULSON & CO. INC., 1251 AVENUE OF THE AMERICAS, 50TH FLOOR, NEW YORK, NY 10020 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | STEPHEN A. RUTENBERG, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| PAULSON CREDIT OPPORTUNITIES MASTER LTD. | JAMES OLIVO - OPERATIONS MANAGER, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PYRELL FUND, L.L.C. | CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP – ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V., C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| UBS AG | TRANSFEROR: BANCA AKROS SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |

**Total Creditor Count 116**