**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
                                                                                :   Chapter 11
In re:                                                                          :
                                                                                :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                        :
                                                                                :   (Jointly Administered)
                        Debtors.                                                :
                                                                                :   Ref. Docket Nos. 52394 &
                                                                                :   52395
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 18, 2016, I caused to be served the "Notice of Defective Transfer," dated April 5, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            */s/ Konstantina Haidopoulos*
                                                              Konstantina Haidopoulos

Sworn to before me this
19th day of April, 2016
*/s/ Casandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

ROYAL BANK OF SCOTLAND N.V.
F/K/A ABN AMRO BANK N.V.
C/O RBS SECURITIES INC.
ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL
600 WASHINGTON BOULEVARD
STAMFORD, CT 06901

ROYAL BANK OF SCOTLAND N.V.
PROSKAUER ROSE, LLP
ATTN: IRENA M. GOLDSTEIN, ESQ.
ELEVEN TIMES SQUARE
NEW YORK, NY 10036

BAR(23) MAILID \*\*\* 000104599801 \*\*\*    LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1024

ELLIOTT MANAGEMENT CORPORATION
ATTN: MICHAEL STEPHAN
40 WEST 57TH STREET
NEW YORK, NY 10019

**Your transfer of claim # 21705 is defective for the reason(s) checked below:**

Other ESTIMATED AT $0.00

Docket Number  52394         Date:  04/05/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BIMINI INVESTMENTS, S.A.R.L. | ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LEXEMBOURG |
| BIMINI INVESTMENTS, S.A.R.L. | ATTN: JEROME DEVILLET, 6, RUE EUGENE RUPPERT, LUXEMBOURG L-2453 GRAND DUCHY OF LEXEMBOURG |
| ELLIOTT MANAGEMENT CORPORATION | ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ELLIOTT MANAGEMENT CORPORATION | ATTN: MICHAEL STEPHAN, 40 WEST 57TH STREET, NEW YORK, NY 10019 |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V., C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND N.V. | PROSKAUER ROSE, LLP, ATTN: IRENA M. GOLDSTEIN, ESQ., ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V., C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND N.V. | PROSKAUER ROSE, LLP, ATTN: IRENA M. GOLDSTEIN, ESQ., ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC., ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL, 600 WASHINGTON BOULEVARD, STAMFORD, CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK, PROSKAUER ROSE LLP, ELEVEN TIMES SQUARE, NEW YORK, NY 10036 |

**Total Creditor Count 12**