**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x
                                   : Chapter 11

In re:                            :

                                  : Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :

                                  : (Jointly Administered)

                Debtors.         :

                                  : Ref. Docket Nos. 42689, 50830,
                                  : 52343, 52417, 52418, 52420-
                                  : 52425, 52515, 52517-52532,
                                  : 52538
------------------------------------------------------------------------ X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK     )
                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 21, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 21, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                          */s/ Konstantina Haidopoulos*
                                            Konstantina Haidopoulos

Sworn to before me this
21st day of April, 2016
*/s/ Cassandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

BANK LOMBARD ODIER & CO LTD.
TRANSFEROR: CREDIT SUISSE
F/K/A BANQUE LOMBARD ODIER & CIE SA
ATTN: JOSE FILELLA
RUE DE LA CORRATERIE 11
GENEVE 1204
SWITZERLAND

Please note that your claim # 5255829-01 in the above referenced case and in the amount of $100,000.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000104718397 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000173570



CREDIT SUISSE
TRANSFEROR: BANK LOMBARD ODIER & CO LTD.
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          42689          in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/21/2016          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 21, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK LOMBARD ODIER & CO LTD. | TRANSFEROR: CREDIT SUISSE, F/K/A BANQUE LOMBARD ODIER & CIE SA, ATTN: JOSE FILELLA, RUE DE LA CORRATERIE 11, GENEVE 1204 SWITZERLAND |
| CREDIT SUISSE | TRANSFEROR: BANK LOMBARD ODIER & CO LTD., ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE ITALY SPA | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: ASHWINEE SAWH, 1 MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: ASHWINEE SAWH, 1 MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, L.L.C., ATTN: ASHWINEE SAWH, 1 MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: ASHWINEE SAWH, 1 MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N.4, REGGIO EMILIA 42121 ITALY |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CREDIT SUISSE LOAN FUNDING LLC, ATTN: TERI SALBERG, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY III 4803, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN1, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY III 4803, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199), ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199), ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - 4942, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - 4942, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742), C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742), C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO BERMUDA US LOW DURATION FUND- 2741, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO BERMUDA US LOW DURATION FUND- 2741, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC, ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO COMBINED ALPHA STRATEGIES- (# 4861), ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, SEGREGATED PORTFOLIO I, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, SEGREGATED PORTFOLIO I, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ROCK BLUFF STRATEGIC FIXED INCOME PARTNERSHIP, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE STRATEGIC, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE MASTER UNIT TRUST, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CREDIT FUND GOLDEN LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS LENDING PARTNERS, LLC | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: THOMAS TORMEY & MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: NATIXIS, ATTN: RICAHRD KATZ, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICE PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE.LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS PACIFIC HOLDINGS PTE. LTD. | TRANSFEROR: LEHMAN BROTHERS SINGAPORE PTE. LTD., C/O KPMG ADVISORY SERVICES PTE. LTD., ATTN: MESSRS CHAY FOOK YUEN, BOB YAP CHENG GHEE, AND TAY PUAY CHENG, 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 048581 CHINA |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BLDG, SINGAPORE 48581 SINGAPORE |
| LEHMAN BROTHERS SINGAPORE PTE. LTD. | C/O KPMG ADVISORY SERVICES PTE. LTD., 16 RAFFLES QUAY #22-00, HONG LEONG BUILDING, SINGAPORE 48581 SINGAPORE |
| NATIXIS | 1251 AVENUE OF THE AMERICAS LBBY 3, NEW YORK, NY 10020-1104 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802 | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802 | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY II MASTER FUND LDC 4802 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PIMCO ABSOLUTE RETURN STRATEGY III 4803 | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY III 4803 | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY III 4803 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899 | PIMCO OFFSHORE FUNDS, ATTN: RICHARD LEBRUN, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899 | PIMCO OFFSHORE FUNDS, ATTN: RICHARD LEBRUN, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV EFUND - 4899 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY IV MASTER FUND LDC (#3199) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - 4942 | PIMCO OFFSHORE FUNDS, ATTN: RICHARD LEBRUN, 87 MARY STREET, GEORGETOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - 4942 | PIMCO OFFSHORE FUNDS, ATTN: RICHARD LEBRUN, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1-9002 CAYMAN ISLANDS |
| PIMCO ABSOLUTE RETURN STRATEGY V ALPHA FUND - 4942 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PIMCO BERMUDA TRUST, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330, GEORGETOWN  CAYMAN ISLANDS |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, SUITE 100, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PIMCO BERMUDA TRUST, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330, GEORGETOWN  CAYMAN ISLANDS |
| PIMCO BERMUDA FOREIGN LOW DURATION FUND - (#2742) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO BERMUDA US LOW DURATION FUND- 2741 | PIMCO BERMUDA TRUST, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330, GEORGETOWN  CAYMAN ISLANDS |
| PIMCO BERMUDA US LOW DURATION FUND- 2741 | PIMCO BERMUDA TRUST, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330, GEORGETOWN  CAYMAN ISLANDS |
| PIMCO BERMUDA US LOW DURATION FUND- 2741 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KYI-9002 CAYMAN ISLANDS |
| PIMCO COMBINED ALPHA STRATEGIES MASTER FUND LDC | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO COMBINED ALPHA STRATEGIES- (# 4861) | ATTN: RICHARD LEBRUN, WALKERS FUND SERVICES LIMITED, 87 MARY STREET, GEORGE TOWN, GRAND CAYMAN KY1- 9002 CAYMAN ISLANDS |
| PIMCO COMBINED ALPHA STRATEGIES- (# 4861) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PYRELL FUND, L.L.C. | CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN, SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |

**Total Creditor Count 119**