**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 52545-52549, 52551-52556, 52558 |
| In re: | Chapter 11 |
| LEHMAN BROTHERS SPECIAL FINANCING, INC., et al. | Case No. 08-13888 (SCC) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket No. 422 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                        ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 25, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 25, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of April, 2016
*/s/ Cassandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000104850442 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000137738



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: MERRILL LYNCH INTERNATIONAL
ANGELO, GORDON & CO., L.P.
ATTN: MICHAEL NICOLO
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 20149-23 in the above referenced case and in the amount of $17,801,906.11 allowed at $9,638,308.06 has been transferred (unless previously expunged by court order)

BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        52547              in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/25/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 25, 2016.

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ANGELO, GORDON & CO., L.P., ATTN: MICHAEL NICOLO, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ANGELO, GORDON & CO., L.P., ATTN: MICHAEL NICOLO, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., C/O BOA MERRILL LYNCH; A.JAKIC & R. WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: BOTTICELLI, L.L.C., C/O BOA MERRILL LYNCH; A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: RBS COUTTS BANK AG, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BOTTICELLI, L.L.C. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: MICHAEL NICOLO, ANGELO, GORDON & CO, LP, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: MICHAEL NICOLO, ANGELO, GORDON & CO, LP, 245 PARK AVENUE, NEW YORK, NY 10167 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAMIE A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAIME A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY LH FUND LP, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY LH FUND LP., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: OC 530 OFFSHORE FUND, LTD., ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: OC 530 OFFSHORE FUND, LTD., ATTN: BRIAN S. BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: SANTANDER PRIVATE BANKING SPA, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: MONACO NPL (NO. 1) LIMITED, ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN |

| Claim Name | Address Information |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| MONACO NPL (NO. 1) LIMITED | ATTN: DEREK A. HOWELL, LEVEL 23, 25 CANADA SQUARE, LONDON E14 5LQ UNITED KINGDOM |
| MONACO NPL (NO. 1) LIMITED | DAVIS POLK & WARDWELL LLP, ATTN: MARSHALL S. HUEBNER AND BRIAN M. RESNICK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| MONACO NPL (NO. 1) LIMITED | LINKLATERS LLP, ATTN: RICHARD HODGSON AND PAUL HESSLER, ONE SILK STREET, LONDON EC2Y 8HQ UNITED KINGDOM |
| RBS COUTTS BANK AG | TRANSFEROR: BERNER KANTONALBANK AG, STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022  SWITZERLAND |
| SANTANDER PRIVATE BANKING SPA | F/K/A MELIORBANCA PRIVATE SPA, ATTN: SERENA ROVERI, VIA SENATO 28, MILANO 20121 ITALY |

**Total Creditor Count 40**