**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Ref. Docket No. 52573 |
|  | : |
|  | : |
|  | : |
| ------------------------------------------------------------------------- X | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NEW YORK )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 26, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of April, 2016
*/s/ Cassandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:    BAR(23) MAILID *** 000104852509 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000152346



DARTA SAVING LIFE ASSURANCE LIMITED
TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE)
ATTN:JOHN FINNEGAN
ALLIANZ HOUSE
MERRION ROAD
DUBLIN 4
 IRELAND

Please note that your claim # 562783-70 in the above referenced case and in the amount of $6,042,384.00 allowed at $4,815,478.78 has been transferred (unless previously expunged by court order)

TAVIRA SECURITIES LIMITED
TRANSFEROR: DARTA SAVING LIFE ASSURANCE LIMITED
ATTN: LISA WHEELER
88 WOOD STREET
LONDON EC2V 2DE
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     52573    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 04/26/2016            Vito Genna, Clerk of Court

                /s/ Lauren Rodriguez
                _____
                EPIQ BANKRUPTCY SOLUTIONS, LLC
                as claims agent for the debtor(s).

 FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 26, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DARTA SAVING LIFE ASSURANCE LIMITED | TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), ATTN:JOHN FINNEGAN, ALLIANZ HOUSE, MERRION ROAD, DUBLIN 4 IRELAND |
| TAVIRA SECURITIES LIMITED | TRANSFEROR: DARTA SAVING LIFE ASSURANCE LIMITED, ATTN: LISA WHEELER, 88 WOOD STREET, LONDON EC2V 2DE UNITED KINGDOM |

**Total Creditor Count 2**