**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket No. 52481 |
| ------------------------------------------------------------------------- X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 26, 2016, I caused to be served the "Notice of Defective Transfer," dated April 26, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of April, 2016
*/s/ Casandra Murry*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

08-13555-mg    Doc 52639    Filed 04/28/16    Entered 04/28/16 13:56:58    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                                                                                      Chapter 11

LEHMAN BROTHERS HOLDINGS, INC., et al.

Case No. 08-13555 (SCC)
Jointly Administered

Debtors.

## NOTICE OF DEFECTIVE TRANSFER

Transferor:    CREDIT SUISSE AG, SINGAPORE BRANCH
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: STEPHANIE SWEENEY, ESQ
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

Transferee:    HSBC PRIVATE BANK (UK) LTD
78 ST JAMES STREET
LONDON, SW1A 1JB
UNITED KINGDOM

**Your transfer as presented is defective for the reason(s) checked below:**

( ) case closed on:
( ) address missing: (transferor) (transferee)
( ) signature of transferor missing
( ) claim number in error
( ) claim number not stated
( ) amount of transfer missing in Transfer Agreement
( ) not FRBP 3001(e)(2) OR (4); claim **NOT** on file
( ) not FRBP 3001(e)(1) OR (3); claim **ON** file
( ) notice amount does not match transfer agreement
( ) cannot docket transfer-claim #
   [ ] expunged by court order
   [ ] previously transferred
        By document #
(X) other (specify): Transferor does not own positions.

NOTE:

**Docket Number: 52481**

/s/ Joseph Arena
Epiq Bankruptcy Services LLC as claims
agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on April 26, 2016.

# EXHIBIT B

*LBH_DEFECTIVE TRANSFER_4-26-16* *LBH_DEFECTIVE TRANSFER_4-26-16*

| | |
|---|---|
| CREDIT SUISSE AG, SINGAPORE BRANCH | HSBC PRIVATE BANK (UK) LTD |
| C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP | 78 ST JAMES STREET |
| ATTN: STEPHANIE SWEENEY, ESQ | LONDON, SW1A 1JB |
| 570 SEVENTH AVENUE, 17TH FLOOR | UNITED KINGDOM |
| NEW YORK, NY 10018 | |