**Hearing Date: June 2, 2016 at 10:00 a.m. (ET)**
**Objection Deadline: May 26, 2016 at 4:00 p.m. (ET)**

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 854-2220
Facsimile: (303) 256-6205
Michael A. Rollin

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                          )
In re                                     )    Chapter 11 Case No.
                                          )
Lehman Brothers Holdings Inc., et al.,    )    08-13555 (SCC)
                                          )
            Debtors.                      )    Jointly Administered
                                          )
------------------------------------------------------------x
```

**NOTICE OF HEARING ON DEBTORS' MOTION TO (A) DISALLOW**
**AND EXPUNGE CERTAIN RMBS CLAIMS, AND (B) RELEASE**
**CERTAIN RELATED CLAIMS RESERVES**

**PLEASE TAKE NOTICE** that, on April 28, 2016, Lehman Brothers Holdings Inc.

("LBHI" or the "Plan Administrator") and Structured Assets Securities Corporation ("SASCO")

(together, "Lehman," and collectively with their affiliated debtors in the above-captioned cases,

the "Debtors"), filed their Motion to (a) Disallow and Expunge Certain RMBS Claims, and (b)

Release Certain Related Claims Reserves (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion before

the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States

Bankruptcy Court for the Southern District of New York, Courtroom 623, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on **June 2, 2016 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing, state with particularity the grounds therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, be filed electronically in text searchable portable document format (PDF) with the Court in accordance with General Order M-399 (General Order M-399 can be found at www.nysb.uscourts.gov, the official website for the Court), by registered users of the Court's case filing system and by all other parties in interest (with a hard-copy delivered directly to the Judge's Chambers), and be served in accordance with General Order M-399, and upon the following: (a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 23; (b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz,, Esq.); (c) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq., Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of unsecured creditors; (d) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Paul V. Shalhoub, Esq. and Todd G. Cosenza, Esq.), attorneys for LBHI and certain of its affiliates; and (e) Rollin Braswell Fisher LLC, 8350 East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A. Rollin, Esq. and Maritza

Dominguez Braswell, Esq.), attorneys for LBHI and certain of its affiliates, so as to be actually filed and received no later than May 26, 2016 at 4:00 p.m. (EST) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no objections are timely filed and served with respect to the Motion, the Debtors may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard offered to any party.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 28, 2016
        New York, New York

/s/ Paul V. Shalhoub
Paul V. Shalhoub
Todd G. Cosenza
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

Michael A. Rollin
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 854-8220
Facsimile: (303) 256-6205

*Attorneys for Debtors Lehman Brothers Holdings
Inc. and Certain of its Affiliates*

**Hearing Date: June 2, 2016 at 10:00 a.m. (ET)**
**Objection Deadline: May 26, 2016 at 4:00 p.m. (ET)**

WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 854-2220
Facsimile: (303) 256-6205
Michael A. Rollin

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )    Case No. 08-13555 (SCC)
                                                            )
Lehman Brothers Holdings Inc., <u>et al.</u>,              )    Chapter 11
                                                            )
              Debtors.                                      )    Jointly Administered
                                                            )
------------------------------------------------------------x

**DEBTORS' MOTION TO (A) DISALLOW AND EXPUNGE CERTAIN RMBS CLAIMS,**
**AND (B) RELEASE CERTAIN RELATED CLAIMS RESERVES**

**TO THE HONORABLE SHELLEY C. CHAPMAN,**
**UNITED STATES BANKRUPTCY JUDGE:**

Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") and Structured

Assets Securities Corporation ("SASCO") (together, "Lehman," and collectively with their

affiliated debtors in the above-captioned cases, the "Debtors"), submit this motion (the

"Motion"), pursuant to (a) section 502(b) of title 11 of the United States Code (the "Bankruptcy

Code") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), (b) this Court's Order Establishing A Protocol To Resolve Claims Filed By Trustees On

Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities (the "Protocol Order" and

the protocol approved thereby, the "RMBS Claims Protocol" or "Protocol") (ECF 47569), and

(c) this Court's Order Granting the Motion of RMBS Trustees to Extend the Overall Claim File

Cut-Off Date for Certain Loans Under the Protocol Order and Related Relief (the "Protocol

Extension Order") (EFC 52367), to (i) disallow and expunge certain claims asserted by trustees

for certain residential mortgage-backed securitization trusts and (ii) authorize the reduction and

release of the claim reserve relating to RMBS private label claims against SASCO.  In support of

this Motion, the Plan Administrator has filed the Declaration of Zachary Trumpp, annexed hereto

as Exhibit A, and respectfully states as follows:

## INTRODUCTION

1.      Pursuant to the Protocol Order, the Court established a claims resolution

procedure pursuant to which certain trustees (the "RMBS Trustees") were required to review and

assert claims (the "RMBS Claims") against the Debtors relating to trusts consisting of residential

mortgage-backed securities (the "RMBS Trusts").  Section III.d.iii of the Protocol required the

submission of all claims by March 31, 2016 (the "Overall Claim File Cut-Off Date"), and

expressly provided that any claim not asserted by such date shall be deemed waived and released

by the RMBS Trustees and disallowed and expunged from the bankruptcy case.

2.    By motion dated March 24, 2016 (the "Protocol Extension Motion") (ECF

52342), the RMBS Trustees requested entry of an order extending the Overall Claim File Cut-

Off Date for a limited and defined universe of loans (as scheduled in the Protocol Extension

Motion, the "Remaining Covered Loans").  Pursuant to the Protocol Extension Order, this Court

granted the Protocol Extension Motion and extended the Overall Claim File Cut-Off Date to May

31, 2016 (the "Extended Claim File Cut-Off Date) for that limited universe of loans.  The

Protocol Extension Order also provided that:

> (i) the RMBS Trustees shall not be entitled to assert any RMBS
> Claims (for Covered Loans or otherwise) under the Protocol Order
> not already submitted pursuant to the Protocol Order by March 31,
> 2016, other than RMBS Claims that they may determine to submit
> under the Protocol Order prior to the extended Overall Claims Cut-
> Off Date solely with respect to the Remaining Covered Loans, and
> (ii) as provided in Section III(d)(iii) of Exhibit A of the Protocol
> Order, any such RMBS Claims shall be deemed waived and
> release by the RMBS Trustees and disallowed and expunged upon
> entry of this Order.  (Protocol Order at 2).

3.    By this Motion, the Debtors seek entry of an order:  (a) disallowing and

expunging the specific proofs of claim filed by the RMBS Trustees which (i) do not include any

claim submitted prior to the Overall Claim File Cut-Off Date, and (ii) do not relate to a

Remaining Covered Loan for which an RMBS Claim may be asserted by the Extended Claim

File Cut-Off Date pursuant to the Protocol Extension Order; and (b) authorizing the reduction

and release of the RMBS Reserve (as defined below) with respect to RMBS Claims against

SASCO.  Such proofs of claim either were filed (a) on account of transferor trusts or (b) against

SASCO.  In each case, no RMBS Claim has been submitted under the Protocol or may be

submitted prior to the Extended Claim File Cut-Off Date.  Accordingly, disallowance and

expungement of these claims, as well as the reduction and release of the RMBS Reserve relating to the claims against SASCO, is appropriate.

## JURISDICTION AND VENUE

4.        This Court has subject matter jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334, Article XIV of the Debtors' confirmed plan (the "Plan"), and paragraph 77 of the order confirming the Plan.  This Motion is a "core proceeding" pursuant to 28 U.S.C. § 157(b).  Venue before this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

5.        By order dated July 2, 2009 (ECF 4271), this Court established September 22, 2009 (the "Bar Date") as the deadline to file proofs of claim against the Debtors.  On or around the Bar Date, the RMBS Trustees filed approximately 300 proofs of claim related to private label RMBS Claims.

6.        In connection with consummation of the Plan, the Debtors agreed with the RMBS Trustees to establish reserves (the "RMBS Reserve") in an aggregate amount sufficient for a $5 billion Class 7 (general unsecured) claim against LBHI and SASCO, comprised of a $4.75 billion reserve for the claims filed by the RMBS Trustees against LBHI and a $250 million reserve for the claims filed by the RMBS Trustees against SASCO.

7.        After unsuccessful efforts to consensually resolve these claims and the RMBS Trustees' August 22, 2014 motion to (a) increase the previously-established $5 billion RMBS Reserve to $12.143 billion, and (b) summarily estimate and allow their claims in such higher amount, the Plan Administrator cross-moved to establish the RMBS Claims Protocol.

8.        On December 29, 2014, the Court entered the Protocol Order, approving the Debtors' proposed protocol for resolving the RMBS Claims.  The Protocol Order established deadlines for the completion of various tasks related to reconciling and determining the RMBS

Claims.  Specifically, the Protocol Order required the RMBS Trustees' to review the entire

population of loan files and assert claims by the March 31, 2016 Overall Claim File Cut-Off

Date. The Protocol Order also expressly provided that any claims not asserted by that date would

be deemed waived and released by the RMBS Trustees and disallowed and expunged in the

bankruptcy case.  (*See* Exhibit A of the Protocol Order, § III(d)(iii)).  The RMBS Trustees

asserted thousands of RMBS Claims against LBHI under the Protocol Order, but no claims were

asserted on account of transferor trusts and no claims were asserted against SASCO.

      9.      Shortly before the Overall Claim File Cut-Off Date, the RMBS Trustees contacted

the Plan Administrator to request an extension of the cut-off date in order to submit

approximately 3,900 additional loan files that the RMBS Trustees had mistakenly identified as

transferor loan files rather than covered loan files, as well as a smaller number of loans the

RMBS Trustees already had requested from servicers but not received.  The Plan Administrator

agreed to the extension and the RMBS Trustees confirmed that claims arising from any other

files that had not been submitted by the Overall Claims File Cut-Off Date would be disallowed.

Thereafter, the RMBS Trustees moved to extend the cut-off date from March 31, 2016 to May

31, 2016 solely as to the Remaining Covered Loans.  The Plan Administrator supported the

motion.  In their motion, the RMBS Trustees represented that:

> Except with respect to the RMBS Claims submitted, or to be
> submitted by March 31, 2016 (the existing Overall Claims Cut-Off
> Date), the RMBS Trustees will not submit any additional RMBS
> Claims (for Covered Loans or otherwise) under the Protocol other
> than RMBS Claims that they may determine to submit under the
> Protocol prior to the extended Overall Claims Cut-Off Date solely
> with respect to the Remaining Covered Loans.  Further, as
> provided in Section III(d)(iii) of Exhibit A of the Protocol Order,
> any such RMBS Claims shall be deemed waived and released by
> the RMBS Trustees and disallowed and expunged upon entry of
> the order granting the Motion.  (Protocol Extension Motion ¶ 1).

10.     On March 30, 2016, the Court entered the Protocol Extension Order, extending the Overall Claim File Cut-Off Date from March 31, 2016 to May 31, 2016 solely as to the scheduled Remaining Covered Loans, preserving the original Overall Claim File Cut-Off Date as to RMBS Claims arising out of all other loans, and providing that, just as the RMBS Trustees had requested (and consistent with their representation that they would not pursue any such claims), any such claims not already submitted under the Protocol Order by March 31 (whether for Covered Loans or otherwise) were "waived and released by the RMBS Trustees and disallowed and expunged." (Protocol Order at 2).

### RELIEF REQUESTED

11.     By this Motion, Lehman respectfully requests that (a) the Court disallow and expunge the proofs of claim listed on Exhibit B annexed hereto and (b) authorize the reduction and release of the RMBS Reserve related to RMBS Claims against SASCO.  As described above, no RMBS Claim was asserted by the Overall Claim File Cut-Off Date for such proofs of claim, and such proofs of claim were not submitted on account of trusts containing Remaining Covered Loans.  In addition, no loan files were submitted that could support a claim against SASCO.  Although claims on account of such proofs of claim already have been disallowed and expunged by operation of the Protocol Order and the Protocol Extension Order, as described above, the Plan Administrator seeks entry of an order specifically identifying the affected proofs of claim so that the official claims register in these cases can be appropriately adjusted to reflect their prior disallowance.[1]

---

[1]     Notwithstanding their representation in the Protocol Extension Motion and the clear orders of this Court, on March 31, 2016, the RMBS Trustees sent Lehman a letter putatively reserving their "right" to seek allowance of RMBS Claims arising out of nearly 12,000 loans for which "the expense imposed by Step 1 of the Protocol exceeds the anticipated recovery" by way of "statistical sampling."  (3/31/16 Letter from J. Weitnauer to T. Cosenza, attached hereto as Exhibit C).  As described above, any such claims already have been disallowed and expunged by virtue of the prior orders of the Court described herein.

## NOTICE

12.     No trustee has been appointed in these Chapter 11 cases.  Lehman has or will

provide notice of this Motion on (i) the U.S. Trustee for Region 2; (ii) the attorneys for the

Creditors' Committee; (iii) the Securities and Exchange Commission; (iv) the Internal Revenue

Service; (v) the United States Attorney for the Southern District of New York; (vi) the attorneys

for each of the RMBS Trustees; and (vii) all other parties entitled to notice in accordance with

the procedures set forth in the Second Amended Order, entered on June 17, 2010, governing case

management and administrative procedures for these cases (ECF 9635).  The Plan Administrator

submits that no other or further notice is necessary or required.

13.     Except as set forth herein, no previous request for the relief sought herein has

been made to this or any other Court.

14.     The Plan Administrator has cited to the authorities upon which it relies within the

body of this Motion.  Accordingly, the Plan Administrator respectfully submits that this Motion

satisfies the requirement of Local Bankruptcy Rule 9013-1(b) that a separate memorandum of

law be submitted herewith.

## CONCLUSION

WHEREFORE, the Debtors respectfully request entry of an order, substantially in the

form of annexed hereto as Exhibit D, granting the relief requested herein and such other and such

other and further relief as the Court may deem just and proper.

Dated: New York, NY
April 28, 2016

/s/  Paul V. Shalhoub
Paul V. Shalhoub
Todd G. Cosenza
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

Michael A. Rollin
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 854-8220
Facsimile: (303) 256-6205

*Attorneys for Debtors Lehman Brothers Holdings
Inc. and certain of its affiliates*

# <u>EXHIBIT A</u>

## Declaration of Zachary Trumpp

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
                                                           )
In re                                                      )    Chapter 11 Case No.
                                                           )
Lehman Brothers Holdings Inc., <u>et al.</u>,              )    08-13555 (SCC)
                                                           )
           Debtors.                                        )    Jointly Administered
                                                           )
-----------------------------------------------------------x

**DECLARATION OF ZACHARY TRUMPP IN SUPPORT OF DEBTORS' MOTION TO**
**(A) DISALLOW AND EXPUNGE CERTAIN RMBS CLAIMS, AND**
**<u>(B) RELEASE CERTAIN RELATED CLAIMS RESERVES</u>**

I, Zachary Trumpp, hereby certify and declare as follows based upon my own personal

information and knowledge:

1.      I am an employee in Claims Management at Lehman Brothers Holdings Inc.

("<u>LBHI</u>").  I am of sound mind and in all respects qualified to make this Declaration.

2.      I submit this Declaration in support of the Debtors' Motion to (A) Disallow and

Expunge Certain RMBS Claims and (B) Release Certain Related Claims Reserves (the

"<u>Motion</u>").

3.      I have reviewed the Motion and the statements and assertions therein are true and

correct, to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the law of the United States that the

foregoing is true and correct to the best of my knowledge.

Dated:  April 28, 2016

                                                   /s/ Zachary Trumpp
                                                   Zachary Trumpp

# EXHIBIT B

**List of Claims to be Disallowed and Expunged**

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 15982 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15993 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15994 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15995 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15997 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15998 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16349 | U.S. BANK | Structured Asset Securities Corporation |
| 16354 | U.S. BANK | Structured Asset Securities Corporation |
| 16355 | U.S. BANK | Structured Asset Securities Corporation |
| 16356 | U.S. BANK | Structured Asset Securities Corporation |
| 16357 | U.S. BANK | Structured Asset Securities Corporation |
| 16358 | U.S. BANK | Structured Asset Securities Corporation |
| 16359 | U.S. BANK | Structured Asset Securities Corporation |
| 16360 | U.S. BANK | Structured Asset Securities Corporation |
| 16361 | U.S. BANK | Structured Asset Securities Corporation |
| 16362 | U.S. BANK | Structured Asset Securities Corporation |
| 16363 | U.S. BANK | Structured Asset Securities Corporation |
| 16364 | U.S. BANK | Structured Asset Securities Corporation |
| 16365 | U.S. BANK | Structured Asset Securities Corporation |
| 16366 | U.S. BANK | Structured Asset Securities Corporation |
| 16367 | U.S. BANK | Structured Asset Securities Corporation |
| 16368 | U.S. BANK | Structured Asset Securities Corporation |
| 16369 | U.S. BANK | Structured Asset Securities Corporation |
| 16370 | U.S. BANK | Structured Asset Securities Corporation |
| 16371 | U.S. BANK | Structured Asset Securities Corporation |
| 16372 | U.S. BANK | Structured Asset Securities Corporation |
| 16373 | U.S. BANK | Structured Asset Securities Corporation |
| 16374 | U.S. BANK | Structured Asset Securities Corporation |
| 16375 | U.S. BANK | Structured Asset Securities Corporation |
| 16376 | U.S. BANK | Structured Asset Securities Corporation |
| 16378 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16384 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16385 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16386 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16390 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16391 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16393 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16394 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16398 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16415 | U.S. BANK | Structured Asset Securities Corporation |
| 16416 | U.S. BANK | Structured Asset Securities Corporation |
| 16417 | U.S. BANK | Structured Asset Securities Corporation |
| 16418 | U.S. BANK | Structured Asset Securities Corporation |
| 16419 | U.S. BANK | Structured Asset Securities Corporation |
| 16420 | U.S. BANK | Structured Asset Securities Corporation |
| 16421 | U.S. BANK | Structured Asset Securities Corporation |
| 16422 | U.S. BANK | Structured Asset Securities Corporation |
| 16423 | U.S. BANK | Structured Asset Securities Corporation |
| 16424 | U.S. BANK | Structured Asset Securities Corporation |

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 16425 | U.S. BANK | Structured Asset Securities Corporation |
| 16426 | U.S. BANK | Structured Asset Securities Corporation |
| 16427 | U.S. BANK | Structured Asset Securities Corporation |
| 16428 | U.S. BANK | Structured Asset Securities Corporation |
| 20493 | U.S. BANK | Structured Asset Securities Corporation |
| 20494 | U.S. BANK | Structured Asset Securities Corporation |
| 20495 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20496 | U.S. BANK | Structured Asset Securities Corporation |
| 20497 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20500 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20501 | U.S. BANK | Structured Asset Securities Corporation |
| 20502 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20503 | U.S. BANK | Structured Asset Securities Corporation |
| 20504 | U.S. BANK | Structured Asset Securities Corporation |
| 20505 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20506 | U.S. BANK | Structured Asset Securities Corporation |
| 20507 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20508 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20511 | U.S. BANK | Structured Asset Securities Corporation |
| 20513 | U.S. BANK | Structured Asset Securities Corporation |
| 20515 | U.S. BANK | Structured Asset Securities Corporation |
| 20517 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20518 | U.S. BANK | Structured Asset Securities Corporation |
| 20519 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20532 | U.S. BANK | Structured Asset Securities Corporation |
| 20584 | U.S. BANK | Structured Asset Securities Corporation |
| 20585 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20586 | U.S. BANK | Structured Asset Securities Corporation |
| 20587 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20590 | U.S. BANK | Structured Asset Securities Corporation |
| 20591 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20592 | U.S. BANK | Structured Asset Securities Corporation |
| 20594 | U.S. BANK | Structured Asset Securities Corporation |
| 20596 | U.S. BANK | Structured Asset Securities Corporation |
| 21103 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 21104 | U.S. BANK | Structured Asset Securities Corporation |
| 21106 | U.S. BANK | Structured Asset Securities Corporation |
| 21108 | U.S. BANK | Structured Asset Securities Corporation |
| 21110 | U.S. BANK | Structured Asset Securities Corporation |
| 21113 | U.S. BANK | Structured Asset Securities Corporation |
| 21115 | U.S. BANK | Structured Asset Securities Corporation |
| 21117 | U.S. BANK | Structured Asset Securities Corporation |
| 21119 | U.S. BANK | Structured Asset Securities Corporation |
| 21121 | U.S. BANK | Structured Asset Securities Corporation |
| 21123 | U.S. BANK | Structured Asset Securities Corporation |
| 21125 | U.S. BANK | Structured Asset Securities Corporation |
| 21127 | U.S. BANK | Structured Asset Securities Corporation |
| 21131 | U.S. BANK | Structured Asset Securities Corporation |
| 21133 | U.S. BANK | Structured Asset Securities Corporation |

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 21134 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 21135 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 21136 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22718 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22719 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22721 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22766 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22774 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 24582 | U.S. BANK | Structured Asset Securities Corporation |
| 24748 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24749 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24751 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24752 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24755 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24768 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24769 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24772 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24773 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24774 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24775 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24776 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24777 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24779 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24781 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24783 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24785 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24787 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24789 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24790 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24791 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24793 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24794 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24795 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24796 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24797 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24798 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24799 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24800 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24801 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24803 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24806 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24808 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24809 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24811 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24813 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24815 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24816 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24817 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24820 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 24821 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24822 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24824 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24827 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24829 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24830 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24832 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24833 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24834 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24835 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24836 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24837 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24838 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24839 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24840 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24842 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24843 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24844 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24845 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24847 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24848 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 25654 | U.S. BANK | Structured Asset Securities Corporation |
| 32118 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32119 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32120 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32121 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32123 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32125 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32127 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32154 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32155 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32159 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32160 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32162 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33066 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33067 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33071 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33072 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33073 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33074 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33075 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33076 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33077 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33078 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33080 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33082 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33092 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33095 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33096 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 33097 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33098 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33100 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33101 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33102 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33105 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33109 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33153 | WELLS FARGO BANK, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33255 | WELLS FARGO BANK, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 66525 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 66614 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 67418 | U.S. BANK | Lehman Brothers Holdings Inc. |

# EXHIBIT C

## 3/31/2016 Letter from
## J. Weitnauer to T. Cosenza

# ALSTON&BIRD LLP

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

404-881-7000
Fax: 404-253-8298
www.alston.com

John C. Weitnauer                    Direct Dial: 404-881-7780                    Email: kit.weitnauer@alston.com

March 31, 2016

Todd G. Cosenza, Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
*By Email and First Class Mail*

       **Re:**    *In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC)*

Dear Todd:

      As you will recall, the RMBS Trustees moved to increase the reserve and estimate and allow their claims in the Lehman bankruptcy case.[1] The RMBS Trustees asked the Bankruptcy Court to estimate and allow the RMBS claims through the use of statistical sampling.

      Lehman Brothers Holdings Inc. opposed the Motion to Estimate and proposed a protocol that would require a "loan-by-loan" review in order to determine the RMBS claims.[2]

      On December 29, 2014, the Bankruptcy Court ordered that "the RMBS claims" be "reconcile[d] and determine[d]" under the Protocol Order. Protocol Order at p. 2.[3]

---

[1]    *See Motion To (I) Increase The Reserve To $12.143 Billion And (II) Estimate And Allow Their Claims For Covered Loans At $12.143 Billion Pursuant To Section 502(C) Of The Bankruptcy Code*, ECF No. 40678 (the "**Motion to Estimate**").

[2]    *See Lehman Brothers Holdings Inc.'s (A) Objection To RMBS Trustees' Motion To (I) Increase The Reserve To $12.143 Billion And (II) Estimate And Allow Their Claims For Covered Loans At $12.143 Billion Pursuant To Section 502(C) Of The Bankruptcy Code, And (B) Cross-Motion To Establish A Protocol To Resolve Claims Filed By RMBS Trustees*, ECF No. 46526.

[3]    *See Order Establishing A Protocol To Resolve Claims Filed By Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities*, ECF No. 47569 (the

Todd G. Cosenza
March 31, 2016
Page 2

The Protocol Order states that:

>      each of (i) the RMBS Trustees' right, if any, to seek to provide proof in
> support of the allowance of the RMBS Claims through the use of statistical
> sampling, and (ii) the Plan Administrator's right to object to the use of
> statistical sampling by the RMBS Trustees, is reserved ....

Protocol Order at p. 5.

      For each of the Mortgage Loans listed on Exhibit A (the "**Listed Loans**"), the
expense imposed by Step 1 of the Protocol exceeds the anticipated recovery on each Listed
Loan.  Accordingly, the RMBS Trustees are not submitting the Listed Loans on a loan-by-
loan basis under the Protocol.

      The RMBS Trustees expressly reserve their right to seek to provide proof in support
of the allowance of that portion of the RMBS Claims arising from the Listed Loans through
the use of statistical sampling.

                              Sincerely,

                              John C. Weitnauer

JCW:br
cc:    W. Munno (Seward & Kissel)
       F. Top (Chapman & Cutler)
       M. Kraut (Morgan, Lewis & Bockius)
       D. Drebsky (Nixon Peabody)

LEGAL02/36281168v1

---

"**Protocol Order**").  The Protocol Order approved a protocol attached as Exhibit A to the
Protocol Order (the "**Protocol**").

# **EXHIBIT D**

## **Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                   )
In re                                              )    Case No. 08-13555 (SCC)
                                                   )
Lehman Brothers Holdings Inc., <u>et al.</u>,      )    Chapter 11
                                                   )
            Debtors.                               )    Jointly Administered
                                                   )
-------------------------------------------------------------x

### ORDER GRANTING DEBTORS' MOTION TO (A) DISALLOW AND EXPUNGE CERTAIN RMBS CLAIMS AND (B) RELEASE <u>CERTAIN RELATED CLAIMS RESERVES</u>

Upon consideration of the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "<u>Debtors</u>") for entry of an order granting Debtors' Motion to (a) Disallow and Expunge Certain RMBS Claims and (b) Release Certain Related Claims Reserves; and upon the Declaration of Zachary Trumpp; and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, Article XIV of the Plan and paragraph 77 of the order confirming the Plan; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

### ORDERED, ADJUDGED, AND DECREED THAT:

1.      The Motion is granted.

---

[1]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1

2.      The claims listed on <u>Exhibit B</u> annexed to the Motion are disallowed and expunged in their entirety.

3.      The Debtors are authorized to reduce and release the amounts in the RMBS Reserve on account of claims against SASCO.

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5.      All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

6.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____, 2016
       New York, New York

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE