# United States Bankruptcy Court

## Southern District of New York

<u>In re</u>: **Lehman Brothers Holdings, Inc. et al.**                    <u>Case No.</u>: **08-13555**


### NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**<u>Name of Transferee</u>**                                   **<u>Name of Transferor</u>**

**Long Beach Holdings, L.L.C.**                         **<u>Citigroup Financial Products Inc.</u>**


Name and Address where notices to transferee            Court Claim Number: **15646**
should be sent                                          Transferred Amount of Claim: $4,941,205.98
**c/o Farallon Capital Management, L.L.C.**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Jon Reef**


Phone: _____
Last Four Digits of Acct#: _____

Name and Address where transferee payments
should be sent (if different from above)


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_  Andrew Jones_____                    Date: April 28, 2016
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EXECUTION VERSION

EXHIBIT A-1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.,<br><br>               Debtors | Case No. 08-13555<br><br>Chapter 11<br><br>Jointly Administered |

## NOTICE AND EVIDENCE OF PARTIAL TRANSFER OF
## CLAIM PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that $4,941,205.98 of the claim against Lehman Brothers Holdings Inc. set forth below (the "Transferred Claim"), of **Citigroup Financial Products Inc.** ("Assignor") filed as an original or amended Proof of Claim against the Debtor(s):

| Proof of Claim<br>Amount | Proof of Claim<br>No. |
|---|---|
| $4,941,205.98 | 15646 |

has been transferred and assigned to Long Beach Holdings, L.L.C. ("Assignee"). The signature of Assignor on this document is evidence of the transfer of $4,941,205.98 of the claim and all rights thereto.

Doc#: US1:10512409v8

EXECUTION VERSION

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | LONG BEACH HOLDINGS, L.L.C. | ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. |
| By: | Farallon Capital Management, L.L.C. | Address: | 390 Greenwich Street, 4th Floor, New York, NY 10013 |
| Address: | One Maritime Plaza, Suite 2100, San Francisco, CA 94111 | Signature: Name: | Brian S. Broyles — Authorized Signatory |
| Signature: Name: Title: Date: | | Title: Date: | |

EXECUTION VERSION

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment as an unconditional assignment and the Assignee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to the Assignee.

| | | | |
|---|---|---|---|
| ASSIGNEE: | LONG BEACH HOLDINGS, L.L.C. | ASSIGNOR: | CITIGROUP FINANCIAL PRODUCTS INC. |
| By: | Farallon Capital Management, L.L.C. | Address: | 390 Greenwich Street, 4th Floor, New York, NY 10013 |
| Address: | One Maritime Plaza, Suite 2100, San Francisco, CA 94111 | Signature: Name: Title: Date: | |
| Signature: Name: Title: Date: | Monica R. Landry Managing Member April 26th 2016 | | |