# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,       Case No. 08-13555 (SCC)
    (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Värde Investment Partners, L.P.**
Name of Transferee

Name and Address where notices to transferee should be sent:

901 Marquette Ave S., Suite 3300
Minneapolis, MN 55402
Attention: Edwina Steffer
Telephone: 952-374-6983
Facsimile: 952-893-9613
Email: esteffer@varde.com /
operations@varde.com

Last Four Digits of Acct. #:

**Banc of America Credit Products, Inc.**
Name of Transferor

Court Claim No.: 28099

Amount of Claim: $5,000,000.00, plus all interest, fees and other recoveries due.

Phone:
Last Four Digits of Acct. No.:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**VÄRDE INVESTMENT PARTNERS, L.P.**

By Värde Investment Partners G.P., LLC,
Its General Partner
By Värde Partners, L.P.,
Its Managing Member
By Värde Partners, Inc.,
Its General Partner

By: _____      Date: 4-28-16
Name:
Title: **Scott Hartman**
    **Senior Managing Director**

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

119-1864/CERTS/4966181.1

# United States Bankruptcy Court
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>,       Case No. <u>08-13555 (SCC)</u>
(Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 28099 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on _____.

| **Banc of America Credit Products, Inc.** | **Värde Investment Partners, L.P.** |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| | |
| Address of Alleged Transferor: | Address of Transferee: |
| c/o Bank of America Merrill Lynch | 901 Marquette Ave S., Suite 3300 |
| Bank of America Tower – 3rd Floor | Minneapolis, MN  55402 |
| One Bryant Park | Attention: Edwina Steffer |
| New York, New York 10036 | Telephone: 952-374-6983 |
| Attention: Ante Jakic | Facsimile: 952-893-9613 |
| Telephone: (646) 855-7450 | Email: esteffer@varde.com / |
| Email: Ante.Jakic@baml.com | operations@varde.com |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claims is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____       _____
                                                                                                                   CLERK OF THE COURT

## EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Banc of America Credit Products, Inc.** ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Värde Investment Partners, L.P.**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No. **28099**) in the amount of **$5,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Note the Claim is allocated as follows:

| Docket Number (prior to Seller's acquisition of the Claim) | Transferred Claim Amount |
|---|---|
| 49229 | $5,000,000.00 |

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulate that an order may be entered recognizing this Evidence of Partial Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Partial Transfer of Claim by their duly authorized representatives as of the __28__ day of April, 2016.

**VÄRDE INVESTMENT PARTNERS, L.P.**
By: Värde Investment Partners G.P., LLC, Its General Partner
By: Värde Partners, L.P., Its Managing Member
By: Värde Partners, Inc., Its General Partner

By: _____
Name:   Scott Hartman
Title:   Senior Managing Director


**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name:   Jonathan M Barnes
Title:   Vice President