**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 52575 – 52578, 52580, 52582, 52583, 52587 and 52588 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated April 27, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
28th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000104888006 ***     LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 55855-68 in the above referenced case and in the amount of $100,000.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        52578                      in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  04/27/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  April 27, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANQUE PICTET & CIE SA | TRANSFEROR: UBS AG, ATTN: DAVID AESCHLIMANN, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIES (USA) LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CREDIT SUISSE SECURITIESUSA, LLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN; 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES II MASTER FUND, LP | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: GN3 SIP L.P., ATTN: CHRISTOPHER CAMPBELL, ONE MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC O/B/O AND ACCOUNT FOR, SEGREGATED PORTFOLIO I, ATTN: CHRISTOPHER CAMPBELL, ONE MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: GOLDENTREE MASTER FUND, LTD., ATTN: CHRISTOPHER CAMPBELL, ONE MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., ATTN: CHRISTOPHER CAMPBELL, ONE MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: FAIRWAY FUND LIMITED, ATTENTION: ASHWINEE SAWH, ONE MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIES (USA) LLC | TRANSFEROR: FORE MULTI STRATEGY MASTER FUND, LTD., ATTENTION: ASHWINEE SAWH, ONE MADISON AVENUE, 2ND FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: CREDIT SUISSE, ATTN: TERRI LABARBERA, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: VALEUR PTE LIMITED, ATTN: DOUGLAS DIBELLA, ELEVEN MADISON AVE 5TH FL, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED, ATTN: TERRI LABARBERA, 1 MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: HSBC PRIVATE BANK (UK) LIMITED, ATTN: DOUGLAS DIBELLA, 1 MADISON AVENUE, 5TH FLOOR, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | TRANSFEROR: CREDIT SUISSE (GUERNSEY) LIMITED, ATTN: TERRI LABARBERA, 1 MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE SECURITIESUSA, LLC | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE SECURITIESUSA, LLC | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO 718, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO 718, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| ILLIQUIDX SECURITIES LTD | TRANSFEROR: VIRTUALEXPO,, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO 718 | PRIVATE ACCOUNT PORTFOLIO SERIES, ATTN: STEPHEN KING, 650 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO 718 | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PIMCO DEVELOPING LOCAL MARKETS PORTFOLIO 718 | PRIVATE ACCOUNT PORTFOLIO SERIES, ATTN: STEPHEN KING, 650 NEWPORT CENTER DRIVE, NEWPORT BEACH, CA 92660 |
| PIMCO DEVELOPING LOCAL MARKETS | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, NEWPORT |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PORTFOLIO 718 | CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| POMASKA, KLAUS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, AM LOHBACH 28, MULHEIM 45470 GERMANY |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VIRTUALEXPO, | MR. VINCENT GERARD, V.P., BATIMENT G, 7 AVENUE ANDRE ROUSSIN, MARSEILLE 13016 FRANCE |

**Total Creditor Count 53**