**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52177
------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2016, I caused to be served the "Notice of Defective Transfer," dated April 27, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
28th day of April, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

HCN LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O HALCYON ASSET MANAGEMENT LLC
ATTN: MATT SELTZER
477 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10022

BAR(23) MAILID *** 000104888014 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1026



GOLDMAN SACHS LENDING PARTNERS, LLC
C/O GOLDMAN, SACHS & CO.
ATTN: CONNOR SCIACCA
200 WEST STREET
NEW YORK, NY 10282-2198

**Your transfer of claim # 17199-01 is defective for the reason(s) checked below:**

Other DN 52177 is a Duplicate Transfer of DN 52138

Docket Number   52177            Date: 02/23/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS, LLC | C/O GOLDMAN, SACHS & CO., ATTN: CONNOR SCIACCA, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 2**