WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
------------------------------------------------------------------ x

### NOTICE OF ADJOURNMENT OF HEARING ON THE
### FIVE HUNDRED FIFTEENTH OMNIBUS OBJECTION TO CLAIMS
### (NO LIABILITY CLAIMS)

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [ECF No. 51692], which was scheduled for May 10, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **June 2, 2016 at 10:00 a.m. (Eastern Time)** solely with respect to claim numbers 22666 and 22667.

Dated: April 29, 2016
New York, New York

                                                 */s/ Garrett A. Fail*
                                                 Garrett A. Fail
                                                 WEIL, GOTSHAL & MANGES LLP
                                                 767 Fifth Avenue
                                                 New York, New York 10153
                                                 Telephone: (212) 310-8000
                                                 Facsimile: (212) 310-8007

                                                 Attorneys for Lehman Brothers Holdings Inc.
                                                 and Certain of Its Affiliates