FENSTERSTOCK & PARTNERS LLP
100 Broadway, 8th Floor
New York, New York 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040
Blair C. Fensterstock

RICH MICHAELSON MAGALIFF MOSER, LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (646) 453-7851
Facsimile: (212) 913-9644
Howard P. Magaliff

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :   Chapter 11
                                                               :
                                                               :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :
                                                               :   Ref. Docket No. 52585
                        Debtors.                               :
---------------------------------------------------------------x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

**SHANEKA LANGHORNE**, being duly sworn, deposes and says:

1. I am an employee at the law firm Fensterstock & Partners LLP, located at 100 Broadway, 8th Floor, New York, NY 10005. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 27, 2016, I caused to be served the "Memorandum in Opposition to Motion to Enforce Automatic Stay," dated April 25, 2016 [Docket No. 52585], by causing true and correct copies to be enclosed securely in a Federal Express envelope and delivered via overnight mail to the following:

    WOLLMUTH MAHER & DEUTSCH LLP
    Attn:  William A. Maher
           Paul R. DeFilippo

William F. Dahill
Vincent T. Chang
Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*

3. On April 29, 2016, I caused to be served the "Memorandum in Opposition to Motion to Enforce Automatic Stay," dated April 25, 2016 [Docket No. 52585], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

4. On April 29, 2016, I caused to be served the "Memorandum in Opposition to Motion to Enforce Automatic Stay," dated April 25, 2016 [Docket No. 52585], by causing true and correct copies to be enclosed securely in a Federal Express envelope and delivered via overnight mail to those parties listed on the annexed Exhibit B.

_____
Shaneka Langhorne

Sworn to before me this 29th
Day of April 2016

_____
Notary Public

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2017

# EXHIBIT A

aaaronson@dilworthlaw.com
abeaumont@fklaw.com
acaton@kramerlevin.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
agbanknewyork@ag.tn.gov
agold@herrick.com
akadish@dtlawgroup.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrewtenzer@paulhastings.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
aquale@sidley.com
arheaume@riemerlaw.com
arthur.rosenberg@hklaw.com
aschwartz@homerbonner.com
ashmead@sewkis.com
asomers@rctlegal.com
austin.bankruptcy@publicans.com
bankruptcy@goodwin.com
bankruptcy@ntexas-attorneys.com
barbra.parlin@hklaw.com
bcarlson@co.sanmateo.ca.us
ben.lewis@hoganlovells.com
bguiney@pbwt.com,
bmiller@mofo.com

aalfonso@willkie.com
abraunstein@riemerlaw.com
adarwin@nixonpeabody.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
aisenberg@saul.com
akolod@mosessinger.com
amarder@msek.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
aoberry@bermanesq.com
appleby@chapman.com
arainone@bracheichler.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
asnow@ssbb.com
aunger@sidley.com
avenes@whitecase.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bdk@schlamstone.com
bfensterstock@fensterstock.com
bmanne@tuckerlaw.com
bstrickland@wtplaw.com

| | |
|---|---|
| boneill@kramerlevin.com | brian.corey@greentreecreditsolutions.com |
| brosenblum@jonesday.com | brotenberg@wolffsamson.com |
| broy@rltlawfirm.com | bruce.wright@sutherland.com |
| bstrickland@wtplaw.com | btrust@mayerbrown.com |
| bturk@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| cahn@clm.com | canelas@pursuitpartners.com |
| cbelisle@wfw.com | cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com | cfarley@mccarter.com |
| cgonzalez@diazreus.com | chad.husnick@kirkland.com |
| chammerman@paulweiss.com | charles@filardi-law.com |
| charles_malloy@aporter.com | chemrick@connellfoley.com |
| chipford@parkerpoe.com | chris.donoho@lovells.com |
| christopher.greco@kirkland.com | claude.montgomery@dentons.com |
| clynch@reedsmith.com | cmestres@aclawllp.com |
| cohen@sewkis.com | cp@stevenslee.com |
| cpappas@dilworthlaw.com | craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com | crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com | cschreiber@winston.com |
| cshore@whitecase.com | cshulman@sheppardmullin.com |
| cszyfer@stroock.com | cwalsh@mayerbrown.com |
| cward@polsinelli.com | cweber@ebg-law.com |
| cweiss@ingramllp.com | dallas.bankruptcy@publicans.com |
| dave.davis@isgria.com | david.bennett@tklaw.com |
| david.heller@lw.com | david.livshiz@freshfields.com |
| david.powlen@btlaw.com | davids@blbglaw.com |
| davidwheeler@mvalaw.com | dbarber@bsblawyers.com |
| dbaumstein@whitecase.com | dbesikof@loeb.com, |
| dcimo@gjb-law.com | dcoffino@cov.com |
| dcrapo@gibbonslaw.com | ddavis@paulweiss.com |
| ddrebsky@nixonpeabody.com | ddunne@milbank.com |
| deggermann@kramerlevin.com | deggert@freebornpeters.com |

demetra.liggins@tklaw.com
dfelder@orrick.com
dgrimes@reedsmith.com
dheffer@foley.com
dhw@dhclegal.com
diconzam@gtlaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dmark@kasowitz.com
dmiller@steinlubin.com
dneier@winston.com
dove.michelle@dorsey.com
draelson@fisherbrothers.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
easmith@venable.com
ecohen@russell.com
efensterstock@fensterstock.com
efriedman@fklaw.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
fcarruzzo@kramerlevin.com
fhenn@law.nyc.gov
foont@foontlaw.com
fyates@sonnenschein.com

dennis.tracey@hoganlovells.com
dflanigan@polsinelli.com
dhayes@mcguirewoods.com
dhurst@coleschotz.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@kasowitz.com
dspelfogel@foley.com
dtheising@harrisonmoberly.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
ekbergc@lanepowell.com
emagnelli@bracheichler.com
efriedman@friedmanspring.com
enkaplan@kaplanlandau.com
eschwartz@contrariancapital.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com
george.south@dlapiper.com
ggoodman@foley.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
hbeltzer@mayerbrown.com
heiser@chapman.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsteel@brownrudnick.com
irethy@stblaw.com israel.
iva.uroic@dechert.com
jalward@blankrome.com
james.mcclammy@dpw.com
jamesboyajian@gmail.com
jar@outtengolden.com
jay@kleinsolomon.com
jbeiers@co.sanmateo.ca.us
jcarberry@cl-law.com
jdoran@haslaw.com
jdweck@sutherland.com
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeldredge@velaw.com
jennifer.gore@shell.com
jg5786@att.com
jgoodchild@morganlewis.com

gbray@milbank.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gplotko@kramerlevin.com
guzman@sewkis.com
harveystrickon@paulhastings.com
heim.steve@dorsey.com
hmagaliff@r3mlaw.com
hooper@sewkis.com
hrh@lhmlawfirm.com
hsnovikoff@wlrk.com
igoldstein@proskauer.com
dahan@cwt.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jay.hurst@oag.state.tx.us
jbeemer@entwistle-law.com
jbromley@cgsh.com
jchristian@tobinlaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeanites@whiteandwilliams.com
jeff.wittig@coair.com
jennifer.demarco@cliffordchance.com
jfalgowski@reedsmith.com
jgenovese@gjb-law.com
jguy@orrick.com

| | |
|---|---|
| jhiggins@fdlaw.com | jhorgan@phxa.com |
| jhuggett@margolisedelstein.com | jim@atkinslawfirm.com |
| jjtancredi@daypitney.com | jjureller@klestadt.com |
| jlamar@maynardcooper.com | jlawlor@wmd-law.com |
| jlee@foley.com | jlevitin@cahill.com |
| jlscott@reedsmith.com | jmaddock@mcguirewoods.com |
| jmazermarino@msek.com | jmelko@gardere.com |
| jmerva@fult.com | jmmurphy@stradley.com |
| jmr@msf-law.com | jnm@mccallaraymer.com |
| john.beck@hoganlovells.com | john.monaghan@hklaw.com |
| john.mule@ag.state.mn.us | john.rapisardi@cwt.com |
| johnramirez@paulhastings.com | jonathan.goldblatt@bnymellon.com |
| jonathan.henes@kirkland.com | jorbach@hahnhessen.com |
| joseph.cordaro@usdoj.gov | joseph.serino@kirkland.com |
| joshua.dorchak@morganlewis.com | jowen769@yahoo.com |
| joy.mathias@dubaiic.com | jpintarelli@mofo.com |
| jporter@entwistle-law.com | jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com | jrsmith@hunton.com |
| jschiller@bsfllp.com | jschwartz@hahnhessen.com, |
| jsheerin@mcguirewoods.com | jsherman@bsfllp.com |
| jshickich@riddellwilliams.com | jsmairo@pbnlaw.com |
| jstoll@mayerbrown.com | jsullivan@mosessinger.com |
| jtimko@shutts.com | judy.morse@crowedunlevy.com |
| jvail@ssrl.com | jwcohen@daypitney.com |
| jweiss@gibsondunn.com | jwest@velaw.com |
| jwh@njlawfirm.com | jzulack@fzwz.com |
| kanema@formanlaw.com | karen.wagner@dpw.com |
| karl.geercken@alston.com | kdwbankruptcydepartment@kelleydrye.com |
| keckhardt@hunton.com | keith.simon@lw.com |
| ken.coleman@allenovery.com | ken.higman@hp.com |
| kgwynne@reedsmith.com | kerry.moynihan@hro.com |

kiplok@hugheshubbard.com
kkolbig@mosessinger.com
klynch@formanlaw.com
kobak@hugheshubbard.com
kovskyd@pepperlaw.com
kreynolds@mklawnyc.com
krosen@lowenstein.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lee.whidden@dentons.com
lgranfield@cgsh.com
ljkotler@duanemorris.com
lkatz@ltblaw.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lschweitzer@cgsh.com
mabrams@willkie.com
marc.chait@sc.com
mark.bane@ropesgray.com
mark.mckane@kirkland.com
marvin.clements@ag.tn.gov
matthew.klepper@dlapiper.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbossi@thompsoncoburn.com
mcarthurk@sullcrom.com
mcordone@stradley.com
mcyganowski@oshr.com
meggie.gilstrap@bakerbotts.com
meltzere@pepperlaw.com

kkelly@ebglaw.com
kit.weitnauer@alston.com
kmayer@mccarter.com
korr@orrick.com
kressk@pepperlaw.com
krodriguez@allenmatkins.com
kurt.mayr@bgllp.com
landon@slollp.com
lee.stremba@troutmansanders.com
lberkoff@moritthock.com
lhandelsman@stroock.com
lisa.solomon@att.net
lkiss@klestadt.com
lkatz@ltblaw.com
lnashelsky@mofo.com
loizides@loizides.com,
lucdespins@paulhastings.com
maofiling@cgsh.com
margolin@hugheshubbard.com
mark.ellenberg@cwt.com
mark.sherrill@sutherland.com
matt@willaw.com
maustin@orrick.com
mberman@nixonpeabody.com
mbloemsma@mhjur.com
mcademartori@sheppardmullin.com
mccarthyj@sullcrom.com
mcto@debevoise.com
mdorval@stradley.com
melorod@gtlaw.com
metkin@lowenstein.com

mfeldman@willkie.com
mgordon@briggs.com
mh1@mccallaraymer.com
michael.frege@cms-hs.com
michael.krauss@faegrebd.com
michaels@jstriallaw.com
miller@taftlaw.com
mitchell.ayer@tklaw.com
mjr1@westchestergov.com
mlandman@lcbf.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
munno@sewkis.com
mwarner@coleschotz.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
neal.mann@oag.state.ny.us
neilberger@teamtogut.com
nissay_10259-0154@mhmjapan.com
notice@bkcylaw.com
otccorpactions@finra.org
pbattista@gjb-law.com
pdublin@akingump.com

mginzburg@daypitney.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.mccrory@btlaw.com
millee12@nationwide.com
mimi.m.wong@irscounsel.treas.gov
mjedelman@vedderprice.com
mlahaie@akingump.com
mlichtenstein@crowell.com
mmendez@crb-law.com
mneier@ibolaw.com
mpage@kelleydrye.com,
mpedreira@proskauer.com
mpucillo@bermanesq.com
mruetzel@whitecase.com
msegarra@mayerbrown.com
msolow@kayescholer.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nbinder@binderschwartz.com
ncoco@mwe.com
ned.schodek@shearman.com
nherman@morganlewis.com
nlepore@schnader.com
nyrobankruptcy@sec.gov
paronzon@milbank.com
pbosswick@ssbb.com
peisenberg@lockelord.com

peter.gilhuly@lw.com
peter.simmons@friedfrank.com
pfeldman@oshr.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppatterson@stradley.com
ptrostle@jenner.com
ramona.neal@hp.com
rbernard@foley.com
rdaversa@orrick.com
rfriedman@silvermanacampora.com
rgoodman@moundcotton.com
rhett.campbell@tklaw.com
richard@rwmaplc.com
rleek@hodgsonruss.com
rmatzat@hahnhessen.com
robert.dombroff@bingham.com
robert.malone@dbr.com
robin.keller@lovells.com
ross.martin@ropesgray.com
rrainer@wmd-law.com
rrussell@andrewskurth.com
ryaspan@yaspanlaw.com
sabramowitz@velaw.com
sally.henry@skadden.com
sandyscafaria@eaton.com
schager@ssnyc.com
schepis@pursuitpartners.com
schristianson@buchalter.com
scottj@sullcrom.com
scousins@armstrongteasdale.com

peter.macdonald@wilmerhale.com
peter@bankrupt.com
pfinkel@wilmingtontrust.com
philip.wells@ropesgray.com
ppascuzzi@ffwplaw.com
psp@njlawfirm.com
raj.madan@skadden.com
rbeacher@pryorcashman.com
rbyman@jenner.com
relgidely@gjb-law.com
rgmason@wlrk.com,
rgraham@whitecase.com
richard.lear@hklaw.com
rick.murphy@sutherland.com
rlevin@cravath.com
rnetzer@willkie.com
robert.honeywell@klgates.com
robert.yalen@usdoj.gov
roger@rnagioff.com
rpedone@nixonpeabody.com
rroupinian@outtengolden.com
russj4478@aol.com
sabin.willett@bingham.com
sabvanrooy@hotmail.com
samuel.cavior@pillsburylaw.com
scargill@lowenstein.com
schannej@pepperlaw.com
schnabel.eric@dorsey.com
scott.golden@hoganlovells.com
scottshelley@quinnemanuel.com
sdnyecf@dor.mo.gov

seba.kurian@invesco.com
sfalanga@connellfoley.com
sfineman@lchb.com
sgordon@cahill.com
sgubner@ebg-law.com
shari.leventhal@ny.frb.org
sidorsky@butzel.com
sleo@bm.net
slerner@ssd.com
sloden@diamondmccarthy.com
smulligan@bsblawyers.com
sory@fdlaw.com
sree@lcbf.com
sselbst@herrick.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.hessler@kirkland.com
steven.usdin@flastergreenberg.com
susheelkirpalani@quinnemanuel.com
szuber@csglaw.com
tannweiler@greerherz.com
tdewey@dpklaw.com
thomas.califano@dlapiper.com
tjfreedman@pbnlaw.com
tlauria@whitecase.com
tmm@mullaw.org
toby.r.rosenberg@irscounsel.treas.gov
tsalter@blankrome.com
tunrad@burnslev.com
villa@slollp.com
vrubinstein@loeb.com

sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfox@mcguirewoods.com
sgraziano@blbglaw.com
sharbeck@sipc.org
shgross5@yahoo.com
sldreyfuss@hlgslaw.com
slerman@ebglaw.com
slevine@brownrudnick.com
smillman@stroock.com
snewman@katskykorins.com
squsba@stblaw.com
sschultz@akingump.com
sshimshak@paulweiss.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
streusand@slollp.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tbrock@ssbb.com
tgoren@mofo.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tomwelsh@orrick.com
tslome@msek.com
vguldi@zuckerman.com
vmilione@nixonpeabody.com
wanda.goodloe@cbre.com

| | |
|---|---|
| wbenzija@halperinlaw.net | wcurchack@loeb.com |
| wfoster@milbank.com | will.sugden@alston.com |
| wisotska@pepperlaw.com | wk@pwlawyers.com |
| wmaher@wmd-law.com | wmarcari@ebglaw.com |
| wmckenna@foley.com | wsilverm@oshr.com |
| wswearingen@llf-law.com | wtaylor@mccarter.com |
| wzoberman@bermanesq.com | yuwatoko@mofo.com |

# EXHIBIT B

ROLLIN BRASWELL FISHER, INC.
    Attn:   Michael A. Rollin, Esq.
    8350 E. Crescent Parkway, Suite 100
    Greenwich Village, Colorado 80111


OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
    Attn:   William K. Harrington, Esq.
             Susan Golden, Esq.
             Andrea B. Schwartz, Esq.
             U.S. Federal Office Building
             201 Varick Street, Suite 10006
             New York, New York 10014