**ROTTENBERG LIPMAN RICH, P.C.**
369 Lexington Avenue, 16th Floor
New York, NY 10017
(212) 661-3080 (office)
(212) 867-1914 (fax)
Bertrand C. Sellier, Esq.

*Counsel for QVT Fund, LP, and*
*Quintessence Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
In re:                                                              :
                                                                    :
LEHMAN BROTHERS HOLDING INC., *et. al.,*                            :     Chapter 11
                                                                    :
                              Debtors.                              :
                                                                    :     Case No. 08-13555 (SCC)
                                                                    :
                                                                    :
                                                                    :     (Jointly Administered)
------------------------------------------------------------------- X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rottenberg Lipman Rich, P.C. ("Rottenberg Lipman") hereby enters its appearance in the above-captioned matter pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel on behalf of QVT Fund LP and Quintessence Fund L.P. ("QVT").

Dated: May 2, 2016
       New York, New York

**ROTTENBERG LIPMAN RICH, P.C.**

**By**: */s/Bertrand C. Sellier*
369 Lexington Avenue, 16th Floor
New York, NY 10017
Tel: (646) 203-0275 (direct)
Fax: (646) 203-0291 (direct fax)
(212) 661-3080 (office)
(212) 867-1914 (fax)
Email: bsellier@rlrpclaw.com

*Counsel for QVT Fund, LP, and*
*Quintessence Fund, L.P.*