# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDING INC., et al

**Case No. 08-13555**

**Chapter 11**

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

I, Eric J. Kiley, request admission ***pro hac vice***, before the Honorable Shelly C. Chapman, United States Bankruptcy Judge, to represent SELCO Community Credit Union, a named potential successor in the above-referenced case.

I certify that I am a member in good standing of the bar in the State of Oregon and, if applicable, the bar of the U.S. District Court for the District of Oregon.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

**DATED**: May 2, 2016

Eugene, Oregon

  /s/ Eric J. Kiley
Eric J. Kiley, Oregon State Bar #028508
Associate General Counsel for SELCO Community Credit Union
SELCO Community Credit Union
P.O. Box 7487
Springfield, OR 97475
ekiley@selco.org
(541) 686-5356