## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: ) ) ) ) **LEHMAN BROTHERS HOLDINGS INC.**, *et. al.*, ) ) *Debtors.* ) _____) | **Chapter 11** Case No.: 08-13555 (SCC) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Offit Kurman, P.A., hereby enters its appearance in the above-captioned matter pursuant to section 1109 (b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure as counsel on behalf of Skyline Financial Corp.

Dated: May 3, 2016

**OFFIT KURMAN**

*/s/ April Rancier*_____
APRIL RANCIER
300 E. Lombard Street
Baltimore, Maryland 21202
Tel: (410) 209-6426
Fax: (410) 209-6435
Email: arancier@offitkurman.com

*Counsel for Skyline Financial Corp.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of May 2016, a copy of the foregoing was electronically filed and thereby served upon:

All counsel of record.

*/s/ April Rancier*_____
APRIL RANCIER