**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------x
:
In re:                                                                  :        **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**      :        **08-13555 (SCC)**
                                                                        :
                                                Debtors.        :        **(Jointly Administered)**
                                                                        :
-------------------------------------------------------------------------x        **Ref. Docket No. 52632**

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK         )
                                                 ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On April 28, 2016, I caused to be served the "Notice of Rescheduling of June 14, 2016 Omnibus Hearing to June 2, 2016," dated April 28, 2016 [Docket No. 52632], by causing true and correct copies to be:

    i.    enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>, and

    ii.   delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                */s/ Forrest Kuffer*
                                                                Forrest Kuffer

Sworn to before me this
28th day of April, 2016
*/s/ Panagiota Manatakis*
Panagiota Manatakis
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com

asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@connellfoley.com
chipford@parkerpoe.com
chris.donoho@lovells.com

christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com

dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dove.michelle@dorsey.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com

emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
eschwartz@contrariancapital.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@dechert.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heim.steve@dorsey.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com

hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
iva.uroic@dechert.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com
jhuggett@margolisedelstein.com
jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jweiss@gibsondunn.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

ken.higman@hp.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kmayer@mccarter.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mberman@nixonpeabody.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com
mginzburg@daypitney.com
mgordon@briggs.com

mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmendez@crb-law.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com
nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com

nbojar@fklaw.com

ncoco@mwe.com

neal.mann@oag.state.ny.us

ned.schodek@shearman.com

neilberger@teamtogut.com

nherman@morganlewis.com

nissay_10259-0154@mhmjapan.com

nlepore@schnader.com

notice@bkcylaw.com

nyrobankruptcy@sec.gov

otccorpactions@finra.org

paronzon@milbank.com

pbattista@gjb-law.com

pbosswick@ssbb.com

pdublin@akingump.com

peisenberg@lockelord.com

peter.gilhuly@lw.com

peter.macdonald@wilmerhale.com

peter.simmons@friedfrank.com

peter@bankrupt.com

pfeldman@oshr.com

pfinkel@wilmingtontrust.com

phayden@mcguirewoods.com

philip.wells@ropesgray.com

pmaxcy@sonnenschein.com

ppascuzzi@ffwplaw.com

ppatterson@stradley.com

psp@njlawfirm.com

ptrostle@jenner.com

raj.madan@skadden.com

ramona.neal@hp.com

rbeacher@pryorcashman.com

rbernard@foley.com

rbyman@jenner.com

rdaversa@orrick.com

relgidely@gjb-law.com

rfriedman@silvermanacampora.com

rgmason@wlrk.com

rgoodman@moundcotton.com

rgraham@whitecase.com

rhett.campbell@tklaw.com

richard.lear@hklaw.com

richard@rwmaplc.com

rick.murphy@sutherland.com

rleek@hodgsonruss.com

rlevin@cravath.com

rmatzat@hahnhessen.com

rnetzer@willkie.com

robert.dombroff@bingham.com

robert.honeywell@klgates.com

robert.malone@dbr.com

robert.yalen@usdoj.gov

robin.keller@lovells.com

roger@rnagioff.com

ross.martin@ropesgray.com

rpedone@nixonpeabody.com

rrainer@wmd-law.com

rroupinian@outtengolden.com

rrussell@andrewskurth.com

russj4478@aol.com

ryaspan@yaspanlaw.com

sabin.willett@bingham.com

sabramowitz@velaw.com

sabvanrooy@hotmail.com

sally.henry@skadden.com

samuel.cavior@pillsburylaw.com

sandyscafaria@eaton.com

scargill@lowenstein.com

schager@ssnyc.com

schannej@pepperlaw.com

schepis@pursuitpartners.com

schnabel.eric@dorsey.com

schristianson@buchalter.com

scott.golden@hoganlovells.com

scottj@sullcrom.com

scottshelley@quinnemanuel.com

scousins@armstrongteasdale.com

sdnyecf@dor.mo.gov

seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@connellfoley.com

sfelderstein@ffwplaw.com

sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com

timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com


Additional Emails
fstrong@wmd-law.com
abialek@wmd-law.com