**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:

LEHMAN BROTHERS HOLDING INC., et al

**Case No. 08-13555**

**Chapter 11**

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Eric J. Kiley, to be admitted *pro hac vice,* to represent SELCO Community Credit Union, (the "Client") a named "potential successor" in the above referenced case, and upon movant's certification that the movant is a member in good standing of the bar in the State of Oregon and, if applicable, the bar of the U.S. District Court for the District of Oregon, it is hereby

**ORDERED**, that Eric J. Kiley, Esq., is admitted to practice *pro hac vice*, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

**DATED**: May 4, 2016
New York, New York

/s/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE