Eric J. Kiley, OSB # 025802
Associate General Counsel
SELCO Community Credit Union
299 East 11th Avenue
P.O. Box 7487
Eugene, OR 97401
Telephone: (541) 312-1845
Facsimile:   (541) 312-1845
ekiley@selco.org
Of Attorneys for SELCO Community Credit Union

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | **Chapter 11** |
| LEHMAN BROTHER HOLDINGS INC., et al, | **Case No. 08-13555 (SCC)** |
| Debtors | |

## CERTIFICATE OF SERVICE

I, Eric J. Kiley, being duly sworn, deposes and says:

1. I am over eighteen (18) years of age, am not a party to this action, am an attorney licensed by the Supreme Court of Oregon, and have a motion pending for admission *pro hac vice* in this Court for the above captioned case only.

2. On May 4, 2016, I caused copies of the Objection to Lehman Brothers Holdings Inc.'s Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers (the "Objection") to be served by UPS Next Day Air upon:

Page 1 of 2     CERTIFICATE OF SERVICE

The Honorable Shelly C. Chapman
One Bowling Green
New York, New York 10004
Courtroom 623;

Wollmuth Maher & Deutsch LLP
500 Fifth Avenue
New York, New York 10110
(Attn: James N. Lawlor, Esq.)

Rollin Braswell Fisher LLC
8350 East Crescent Pkwy, Suite 100
Greenwood Village, Colorado 80111
(Attn: Michael A. Rollin, Esq. and Maritza D. Braswell, Esq.)

Office of the US Trustee for Region 2
US Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
(Attn: William K. Harrington, Esq.,
Susan Golden, Esq., and Andrea B. Schwartz, Esq.)

3.  I further certify that on May 3, 2016, upon electronic filing of the Objection, electronic mail filing notifications of the Objection were caused to be sent to all attorneys of record registered to receive electronic notices of filings in this case via the Court's ECF filing system.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: May 4, 2016
       Eugene, Oregon

/s/ Eric J. Kiley
Eric J. Kiley,

**Page 2 of 2    CERTIFICATE OF SERVICE**

**Steven L. McIntire-General Counsel**
**Eric J. Kiley-Associate General Counsel – ekiley@selco.org**
Telephone/Facsimile: (541) 686-5356
PO Box 7487
Springfield, OR 97475-0487