**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Mark A. Salzberg, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent the Buckeye Tobacco Settlement Financing Authority, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar of the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

A proposed Order Granting Admission to Practice Pro Hac Vice is attached hereto as Exhibit A.

Dated: May 5, 2016
Washington, D.C.

                                                            Respectfully Submitted,

                                                            */s/Mark A. Salzberg*
                                                            Mark A. Salzberg (D.C. Bar No. 497240)
                                                            Squire Patton Boggs (US) LLP
                                                            2550 M Street, NW
                                                            Washington, DC 20037
                                                            Telephone:  (202) 457-6000
                                                            Fax: (202) 457-6315
                                                            Email: mark.salzberg@squirepb.com
                                                            *Counsel for the Buckeye Tobacco*
                                                            *Settlement Financing Authority*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served, via filing through the Court's ECF system this 5th day of May, 2016.

                                                           */s/ Mark A. Salzberg*
                                                          Mark A. Salzberg