**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

| In re: | : | Case No. 08-13555 (JMP) |
|---|---|---|
|  | : |  |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | : | Chapter 11 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------X

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of Mark A. Salzberg to be admitted, *pro hac vice*, to represent the Buckeye Tobacco Settlement Financing Authority (the "Authority"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia, it is hereby

**ORDERED**, that Mark A. Salzberg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Authority, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2016

_____, New York

　　　　　　　　　　　　　　　　　　　　　　/s/ _____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE