**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
| In re: | : | Case No. 08-13555 (JMP) |
|  | : |  |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Chapter 11 |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------------------X

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Nicholas P. Zalany, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent the Buckeye Tobacco Settlement Financing Authority, a creditor in the above-referenced case.

I certify that I am a member in good standing of the bar of the State of Ohio. There are no pending disciplinary proceedings against me in any state or federal court.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

A proposed Order Granting Admission to Practice Pro Hac Vice is attached hereto as Exhibit A.

Dated: May 5, 2016
Columbus, Ohio

Respectfully Submitted,

 */s/Nicholas P. Zalany*
Nicholas P. Zalany (Ohio Bar No. 0080095)
Squire Patton Boggs (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
Telephone: (614) 365-2700
Fax: (614) 365-2499
Email: nicholas.zalany@squirepb.com
*Counsel for the Buckeye Tobacco Settlement Financing Authority*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served, via filing through the Court's ECF system this 5th day of May, 2016.

*/s/Nicholas P. Zalany*
Nicholas P. Zalany