**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Case No. 08-13555 (JMP)** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS, INC., et al.,** | : | **Chapter 11** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |

--------------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nicholas P. Zalany to be admitted, *pro hac vice*, to represent the Buckeye Tobacco Settlement Financing Authority (the "Authority") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

**ORDERED**, that Nicholas P. Zalany, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Authority, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____, 2016

_____, New York

*/s/*_____
UNITED STATES BANKRUPTCY JUDGE