UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No.: 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

## ORDER GRANTING AMENDED MOTION BY LEHMAN BROTHERS HOLDINGS INC. TO ENFORCE ITS PLAN AND CONFIRMATION ORDER AGAINST DEUTSCHE BANK AG, LONDON BRANCH AS THE HOLDER OF CERTAIN CLAIMS AND FOR OTHER ANCILLARY RELIEF

Upon the *Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG as the Holder of Certain Claims and for Other Ancillary Relief* dated April 21, 2016 [ECF No. 52570], as amended by the *Amended Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* dated May 5, 2016 (the "**Motion**")[1] filed by Lehman Brothers Holdings Inc. ("**LBHI**"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*; and due and proper notice of the Motion having been provided as stated therein, and it appearing that no other or further notice need be provided; and upon the record, the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is ORDERED that:

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

1

1. The relief requested in the Motion is GRANTED as provided herein.

2. Deutsche Bank is hereby directed to execute all documentation required by the LBB Administrator to receive the Final Payment from the LBB Sixth Distribution and deliver same to the LBB Administrator, including without limitation, the Confirmation, within five (5) business days of the entry of this Order. Among other things, the Confirmation will acknowledge that the amount listed therein for Final Payment, €13,389,061.93 is sufficient to meet the Quota Caps for the DB Direct Claims.

3. Deutsche Bank shall accept Final Payment under the LBB Sixth Distribution from LBB in Euros. Deutsche Bank shall be deemed to have assigned to LBHI the DB Direct Claims upon Deutsche Bank's receipt of the Final Payment from the LBB Sixth Distribution.

4. Deutsche Bank shall be barred and enjoined from pursuing any further distributions from LBHI on account of the DB Guarantee Claims.

5. All distributions to Deutsche Bank on account of any of its Direct LBHI Claims against LBHI shall be suspended until Deutsche Bank has tendered to LBB all necessary documentation to withdraw the Denied LBB Claims.

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this Order, including making a determination of the amount of costs and reasonable attorneys' fees to be awarded to LBHI on account of Deutsche Bank's improper actions as detailed in the Motion, at a hearing to be scheduled by the Court upon the filing of a separate application by LBHI.

Dated: _____, 2016
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE