**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ x
                                                                   :   Chapter 11
In re:                                                             :
                                                                   :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                             :
                                                                   :   (Jointly Administered)
                       Debtors.                                    :
                                                                   :   Ref. Docket Nos. 52288, 52297,
                                                                   :   52482, 52551, 52552, 52601
                                                                   :
                                                                   :
------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 2, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 2, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
3rd day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000105471702 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000119688



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 58919-01 in the above referenced case and in the amount of $486,145.49 has been transferred (unless previously expunged by court order)

BARCLAYS BANK PLC
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVENUE
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 52288 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/02/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 2, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAMIE A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: EMPYREAN INVESTMENTS, LLC, ATTN: BRIAN BROYLES, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | JAIME A. MADELL, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE,  GREAT WINCHESTER STREET, LONDON, E EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JOHN REEF, ONE MARITIME PLAZA, SUITE 2100, SAN |

| Claim Name | Address Information |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| UBS AG | TRANSFEROR: BANCA AKROS SPA, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, ZURICH 8001 SWITZERLAND |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: THE VARDE FUND, L.P., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: THE VARDE FUND, L.P., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: UBS AG, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS LP | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: THE VARDE FUND, L.P., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: VARDE FUND LP, THE, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: JP MORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: JP MORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 46**