**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52510
------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2016, I caused to be served the "Notice of Defective Transfer," dated April 13, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
5th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>Southern District of New York | |
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

HLF LP
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O HALCYON ASSET MANAGEMENT LLC
ATTN: MATT SELTZER
477 MADISON AVENUE, 8TH FLOOR
NEW YORK, NY 10022

BAR(23) MAILID *** 000105526536 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1029



DEUTSCHE BANK AG, LONDON BRANCH
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

**Your transfer of claim # 66655-47 is defective for the reason(s) checked below:**

Other STATED CLAIM AMOUNT EXCEEDS TOTAL CLAIM AMOUNT AVAILABLE

Docket Number   52510                    Date: 04/13/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 2**