# Exhibit 2

| | |
|---|---|
| **DISTRICT COURT, GARFIELD COUNTY, COLORADO**<br>109 8th St., Suite 104<br>Glenwood Springs, CO 81601<br>Tel.: 970-945-8635 | |
| **Plaintiff:** LB ROSE RANCH, LLC<br><br>v.<br><br>**Defendants:** IRONBRIDGE HOMES, IRONBRIDGE MOUNTAIN COTTAGES, LLC, IRONBRIDGE ASPEN COLLECTION, LLC, IRONBRIDGE MANAGEMENT LLC, SUNRISE COMPANY, DIRK GOSDA, individually, HANSEN CONSTRUCTION, INC., and STEVEN HANSEN, Individually. | ▲ COURT USE ONLY ▲ |
| | Case Number: **2011CV310** |
| Attorneys:<br>THE MADDEN LAW FIRM<br>John W. Madden, III, No. 5125<br>999 18th Street, Suite 1500 S<br>Denver, CO 80202<br>(303) 436-1111<br>madden@themaddenfirm.com<br>Counsel for LB ROSE RANCH, LLC | Div.: C |
| **PLAINTIFF'S STATUS REPORT** ||

COMES NOW Plaintiff LB Rose Ranch, LLC ("LB Rose"), and pursuant to the Court's Order, dated July 29, 2012, submits its Status Report regarding the Stay of the Action entered thereunder.

1. Civil Action No. 2010 CV 142, Garfield County District Colorado, entitled <u>Jamin Cook, et al. v. Ironbridge Homes, LLC</u>, et al., the action on which the granting of the Stay this Action was based, is still pending. More specifically, upon trial, jury verdicts were issued on behalf of the Plaintiffs on July 28, 2015. On or about August 25, 2015, the defendant LB Rose Ranch filed its motion for collateral source

**EXHIBIT 2**

reduction of the verdicts. On March 1, 2016, the Plaintiffs filed their Status Report and requested an expedited status conference with the Court. In their report, the Plaintiffs noted that, a) on or about October 5, 2015, the Court granted the Plaintiffs' and LB Rose Ranch's Stipulated Motion to Rebrief LB Rose Ranch's Motion for Collateral Source Reduction, b) such rebriefing had been completed, and c) the Motion was now ripe for the Court's ruling. In addition, the Plaintiffs filed on or about March 21, 2016 their Response and Opposition to LB Rose Ranch's pending Motion to Stay of Plaintiffs' Motion for Award of Costs and Attorney Fees.

2. The Tolling and Forbearance Agreement, dated March 27, 2012, entered into by the parties herein upon which the granting the Stay of this Action was based, is still in full and effect.

3. For the reasons as stated in its Motion for Stay of Action and under the status of the related matters, as stated above, LB Rose believes that the Stay of Action should continue.

Respectfully submitted this 28th day of March, 2016.

THE MADDEN LAW FIRM

*s/ John W. Madden, III*
John W. Madden, III, No. 5125
*Attorney for the Plaintiff*

EXHIBIT 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above Plaintiff's Status Report was served by US Mail addressed to the following persons on March 28th, 2016:

*s/ Elke J. Kervin*
Elke J. Kervin, Legal Assistant

Duncan E. Barber, Esq.
Bieging Shapiro & Barber
4582 S. Ulster St., Parkway, Ste. 1650
Denver, CO 80237

*Attorneys for Defendants Ironbridge Homes, LLC*
*Ironbridge Mountain Cottages, LLC,*
*Ironbridge Aspen Collection,*
*Management LLC, Dirk Gosda*

David Lenyo, Esq.
Garfield & Hecht, PC
601 E. Hyman Avenue
Aspen, CO 81611
*Attorneys for Defendants Steven A. Hansen*
*and Hansen Construction, Inc.*

Stephan Claman, Esq.
Greenberg, Glusker, Fields, Claman
& Machtinger, LLP
1900 Avenue of the Stars, Suite 2100
Los Angeles, CA 90067-4590
*Attorneys for Defendants Sunrise Company*

**EXHIBIT 2**