| | |
|---|---|
| **KLESTADT WINTERS JURELLER**<br>  **SOUTHARD & STEVENS, LLP** | **Hearing Date: June 2, 2016**<br>**Hearing Time: 10:00 a.m.** |
| 200 West 41st Street, 17th Floor | |
| New York, NY 10036-7203 | **Objection Deadline: May 26, 2016** |
| Telephone: (212) 972-3000 | |
| Facsimile: (212) 972-2245 | |
| Tracy L. Klestadt | |

Duncan E. Barber (*Pro Hac Vice Motion Pending*)
(Colo. Bar No. 16768)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711
Email: dbarber@sbbolaw.com

Attorneys for Ironbridge Homes, LLC, Ironbridge
Mountain Cottages, LLC and Ironbridge Aspen
Collection, LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ----------------------------------------------------------------X | | |
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| ----------------------------------------------------------------X | | |

**NOTICE OF HEARING ON MOTION TO ABSTAIN FROM**
**CONSIDERATION OF PLAN ADMINISTRATOR'S FIVE**
**HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS**

     **PLEASE TAKE NOTICE**, that a hearing on the motion (the "Motion") of Creditors, Ironbridge Homes, LLC ("IBH"), Ironbridge Mountain Cottages, LLC ("IMC") and Ironbridge Aspen Collection, LLC ("IAC" and collectively with IBH and IMC the "Movants"), requesting that the Bankruptcy Court abstain from considering the Five Hundred Ninth Omnibus Objection to Claims (the "Claim Objection") filed by the Plan Administrator, shall be held on the **2nd day of June, 2016, at 10:00 a.m. (EST)**, or as soon thereafter as counsel can be heard (the "Hearing Date"), before the Honorable Shelley C. Chapman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408 (the "Bankruptcy Court").

     **PLEASE TAKE FURTHER NOTICE** that the Motion and all supporting documents have been filed electronically with the Clerk of the United States Bankruptcy Court for the

Southern District of New York, and may be reviewed by all registered users of the Court's website at https://ecf.nysb.uscourts.gov/. Copies of the Motion can also be obtained by telephonic, written or e-mail request to the undersigned counsel to the Movants, Attn: Lauren C. Kiss, Associate (Tel: (212) 972-3000; Email: lkiss@klestadt.com).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408 on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408), and served upon (i) Shapiro Bieging Barber Otteson LLP, 4582 S. Ulster St. Pkwy, Suite 1650, Denver, CO 80237, Attn: Duncan Barber, Email: dbarber@sbbolaw.com; and (ii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Tracy L. Klestadt, Email: tklestadt@klestadt.com, so as to be actually received **no later than 4:00 p.m. on May 26, 2016** (the "Objection Deadline")**.**

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any defendant or other party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated:  New York, New York
        May 5, 2016

                **KLESTADT WINTERS JURELLER
                SOUTHARD & STEVENS, LLP**

By:  */s/ Tracy L. Klestadt*
     Tracy L. Klestadt
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: tklestadt@klestadt.com

     *Attorneys for Ironbridge Homes, LLC,
     Ironbridge Mountain Cottages, LLC and
     Ironbridge Aspen Collection, LLC*