**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 51757, 51930,
: 52596
:
:
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 3, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
5th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000105526468 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000116901



VARDE FUND VI-A LP, THE
TRANSFEROR: BARCLAYS BANK PLC
ATTN: EDWINA PJ STEFFER
901 MARQUETTE AVE S, SUITE 3300
MINNEAPOLIS, MN 55402

Please note that your claim # 44605-01 in the above referenced case and in the amount of $33,079.88 allowed at $32,746.15 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: VARDE FUND VI-A LP, THE
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    52596    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/03/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 3, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AVIVA LIFE S.P.A. | TRANSFEROR: HSBC TRUSTEE (C.I.) LIMITED, CEO PATRICK DIXNEUF, VIA ANGELO SCARSELLINI 14, MILAN 20161 ITALY |
| AVIVA LIFE S.P.A. | TRANSFEROR: HSBC TRUSTEE (C.I.) LIMITED, CEO PATRICK DIXNEUF, VIA ANGELO SCARSELLINI 14, MILAN 20161 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE, QUARTZ SERIES 2001-3 EUR44,913,000 ZERO COUPON FUND-LINKED PRINCIPAL, PROTECTED NOTES DUE 2009 (ISIN:XS0135569621) BY QUARTZ FINANCE LIMITED, ATTN: JACKI F. BRAID, P.O BOX 88, 1 GRENVILLE STREET, ST HELIER JERSEY JE49PF UNITED KINGDOM |
| HSBC TRUSTEE (C.I.) LIMITED | IN ITS CAPACITY AS TRUSTEE IN RELATION TO THE ISSUE OF THE, QUARTZ SERIES 2001-2 EUR24,211,000 ZERO COUPON FUND-LINKED PRINCIPAL, PROTECTED NOTES DUE 2009 (ISIN:XS0132498493) BY QUARTZ FINANCE LIMITED, ATTN: JACKI F. BRAID, P.O BOX 88, 1 GRENVILLE STREET, ST HELIER JERSEY JE49PF UNITED KINGDOM |
| VARDE FUND VI-A LP, THE | TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VI-A LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 8**