FENSTERSTOCK & PARTNERS LLP
100 Broadway, 8th Floor
New York, New York 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040
Blair C. Fensterstock

RICH MICHAELSON MAGALIFF MOSER, LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Telephone: (646) 453-7851
Facsimile: (212) 913-9644
Howard P. Magaliff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
**In re:**                                                   :   **Chapter 11**
                                                             :
                                                             :   **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                 :
                                                             :   **Ref. Docket No. 52667**
                 Debtors.                                    :
------------------------------------------------------------ x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss:
COUNTY OF NEW YORK   )

**SHANEKA LANGHORNE**, being duly sworn, deposes and says:

1. I am an employee at the law firm Fensterstock & Partners LLP, located at 100 Broadway, 8th Floor, New York, NY 10005. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 3, 2016, I caused to be served the "Memorandum of Law in Opposition to LBHI's Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated May 2, 2016 [Docket No. 52667], by causing true and correct copies to be enclosed securely in a Federal Express envelope and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. On May 3, 2016, I caused to be served the "Memorandum of Law in Opposition to LBHI's Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers," dated May 2, 2016 [Docket No. 52667], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit B.

*/s/ Shaneka Langhorne*
Shaneka Langhorne

Sworn to before me this 3rd
Day of May 2016

*/s/ Glen Kendall*
Notary Public

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2017

# EXHIBIT A

WOLLMUTH MAHER & DEUTSCH LLP
    Attn:   William A. Maher
             Paul R. DeFilippo
             William F. Dahill
             Vincent T. Chang
             Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*


ROLLIN BRASWELL FISHER, INC.
    Attn:   Michael A. Rollin, Esq.
    8350 E. Crescent Parkway, Suite 100
    Greenwich Village, Colorado 80111



OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
    Attn:   William K. Harrington, Esq.
             Susan Golden, Esq.
             Andrea B. Schwartz, Esq.
             U.S. Federal Office Building
             201 Varick Street, Suite 10006
             New York, New York 10014

# EXHIBIT B

aaaronson@dilworthlaw.com
abeaumont@fklaw.com
acaton@kramerlevin.com
adiamond@diamondmccarthy.com
aeckstein@blankrome.com
agbanknewyork@ag.tn.gov
agold@herrick.com
akadish@dtlawgroup.com
alum@ftportfolios.com
amartin@sheppardmullin.com
amenard@tishmanspeyer.com
andrew.brozman@cliffordchance.com
andrewtenzer@paulhastings.com
angie.owens@skadden.com
anthony_boccanfuso@aporter.com
aostrow@beckerglynn.com
aquale@sidley.com
arheaume@riemerlaw.com
arthur.rosenberg@hklaw.com
aschwartz@homerbonner.com
ashmead@sewkis.com
asomers@rctlegal.com
austin.bankruptcy@publicans.com
bankruptcy@goodwin.com
bankruptcy@ntexas-attorneys.com
barbra.parlin@hklaw.com
bcarlson@co.sanmateo.ca.us
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmiller@mofo.com

aalfonso@willkie.com
abraunstein@riemerlaw.com
adarwin@nixonpeabody.com
adk@msf-law.com
aentwistle@entwistle-law.com
aglenn@kasowitz.com
aisenberg@saul.com
akolod@mosessinger.com
amarder@msek.com
amcmullen@boultcummings.com
amh@amhandlerlaw.com
andrew.lourie@kobrekim.com
angelich.george@arentfox.com
ann.reynaud@shell.com
aoberry@bermanesq.com
appleby@chapman.com
arainone@bracheichler.com
arosenblatt@chadbourne.com
arwolf@wlrk.com
aseuffert@lawpost-nyc.com
asnow@ssbb.com
aunger@sidley.com
avenes@whitecase.com
bankruptcy@morrisoncohen.com
bankruptcymatters@us.nomura.com
bbisignani@postschell.com
bdk@schlamstone.com
bfensterstock@fensterstock.com
bmanne@tuckerlaw.com
bstrickland@wtplaw.com

| | |
|---|---|
| boneill@kramerlevin.com | brian.corey@greentreecreditsolutions.com |
| brosenblum@jonesday.com | brotenberg@wolffsamson.com |
| broy@rltlawfirm.com | bruce.wright@sutherland.com |
| bstrickland@wtplaw.com | btrust@mayerbrown.com |
| bturk@tishmanspeyer.com | bwolfe@sheppardmullin.com |
| cahn@clm.com | canelas@pursuitpartners.com |
| cbelisle@wfw.com | cbelmonte@ssbb.com |
| cdesiderio@nixonpeabody.com | cfarley@mccarter.com |
| cgonzalez@diazreus.com | chad.husnick@kirkland.com |
| chammerman@paulweiss.com | charles@filardi-law.com |
| charles_malloy@aporter.com | chemrick@connellfoley.com |
| chipford@parkerpoe.com | chris.donoho@lovells.com |
| christopher.greco@kirkland.com | claude.montgomery@dentons.com |
| clynch@reedsmith.com | cmestres@aclawllp.com |
| cohen@sewkis.com | cp@stevenslee.com |
| cpappas@dilworthlaw.com | craig.goldblatt@wilmerhale.com |
| craigjustinalbert@gmail.com | crmomjian@attorneygeneral.gov |
| csalomon@beckerglynn.com | cschreiber@winston.com |
| cshore@whitecase.com | cshulman@sheppardmullin.com |
| cszyfer@stroock.com | cwalsh@mayerbrown.com |
| cward@polsinelli.com | cweber@ebg-law.com |
| cweiss@ingramllp.com | dallas.bankruptcy@publicans.com |
| dave.davis@isgria.com | david.bennett@tklaw.com |
| david.heller@lw.com | david.livshiz@freshfields.com |
| david.powlen@btlaw.com | davids@blbglaw.com |
| davidwheeler@mvalaw.com | dbarber@bsblawyers.com |
| dbaumstein@whitecase.com | dbesikof@loeb.com |
| dcimo@gjb-law.com | dcoffino@cov.com |
| dcrapo@gibbonslaw.com | ddavis@paulweiss.com |
| ddrebsky@nixonpeabody.com | ddunne@milbank.com |
| deggermann@kramerlevin.com | deggert@freebornpeters.com |

demetra.liggins@tklaw.com
dfelder@orrick.com
dgrimes@reedsmith.com
dheffer@foley.com
dhw@dhclegal.com
diconzam@gtlaw.com
dkozusko@willkie.com
dlemay@chadbourne.com
dmark@kasowitz.com
dmiller@steinlubin.com
dneier@winston.com
dove.michelle@dorsey.com
draelson@fisherbrothers.com
drosner@goulstonstorrs.com
dshaffer@wtplaw.com
dtatge@ebglaw.com
dwdykhouse@pbwt.com
easmith@venable.com
ecohen@russell.com
efensterstock@fensterstock.com
efriedman@fklaw.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emerberg@mayerbrown.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
fcarruzzo@kramerlevin.com
fhenn@law.nyc.gov
foont@foontlaw.com
fyates@sonnenschein.com

dennis.tracey@hoganlovells.com
dflanigan@polsinelli.com
dhayes@mcguirewoods.com
dhurst@coleschotz.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dlipke@vedderprice.com
dmcguire@winston.com
dmurray@jenner.com
dodonnell@milbank.com
dpegno@dpklaw.com
drosenzweig@fulbright.com
drosner@kasowitz.com
dspelfogel@foley.com
dtheising@harrisonmoberly.com
dworkman@bakerlaw.com
ebcalvo@pbfcm.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
ekbergc@lanepowell.com
emagnelli@bracheichler.com
efriedman@friedmanspring.com
enkaplan@kaplanlandau.com
eschwartz@contrariancapital.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhyman@mayerbrown.com
fsosnick@shearman.com
gabriel.delvirginia@verizon.net

gary.ravertpllc@gmail.com
george.south@dlapiper.com
ggoodman@foley.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
harrisjm@michigan.gov
hbeltzer@mayerbrown.com
heiser@chapman.com
holsen@stroock.com
howard.hawkins@cwt.com
hseife@chadbourne.com
hsteel@brownrudnick.com
irethy@stblaw.com
iva.uroic@dechert.com
jalward@blankrome.com
james.mcclammy@dpw.com
jamesboyajian@gmail.com
jar@outtengolden.com
jay@kleinsolomon.com
jbeiers@co.sanmateo.ca.us
jcarberry@cl-law.com
jdoran@haslaw.com
jdweck@sutherland.com
jean-david.barnea@usdoj.gov
jeannette.boot@wilmerhale.com
jeldredge@velaw.com
jennifer.gore@shell.com
jg5786@att.com
jgoodchild@morganlewis.com

gbray@milbank.com
ggitomer@mkbattorneys.com
giddens@hugheshubbard.com
glenn.siegel@dechert.com
gmoss@riemerlaw.com
gplotko@kramerlevin.com
guzman@sewkis.com
harveystrickon@paulhastings.com
heim.steve@dorsey.com
hmagaliff@r3mlaw.com
hooper@sewkis.com
hrh@lhmlawfirm.com
hsnovikoff@wlrk.com
igoldstein@proskauer.com
dahan@cwt.com
jacobsonn@sec.gov
james.heaney@lawdeb.com
james.sprayregen@kirkland.com
jamestecce@quinnemanuel.com
jay.hurst@oag.state.tx.us
jbeemer@entwistle-law.com
jbromley@cgsh.com
jchristian@tobinlaw.com
jdwarner@warnerandscheuerman.com
jdyas@halperinlaw.net
jeanites@whiteandwilliams.com
jeff.wittig@coair.com
jennifer.demarco@cliffordchance.com
jfalgowski@reedsmith.com
jgenovese@gjb-law.com
jguy@orrick.com

| | |
|---|---|
| jhiggins@fdlaw.com | jhorgan@phxa.com |
| jhuggett@margolisedelstein.com | jim@atkinslawfirm.com |
| jjtancredi@daypitney.com | jjureller@klestadt.com |
| jlamar@maynardcooper.com | jlawlor@wmd-law.com |
| jlee@foley.com | jlevitin@cahill.com |
| jlscott@reedsmith.com | jmaddock@mcguirewoods.com |
| jmazermarino@msek.com | jmelko@gardere.com |
| jmerva@fult.com | jmmurphy@stradley.com |
| jmr@msf-law.com | jnm@mccallaraymer.com |
| john.beck@hoganlovells.com | john.monaghan@hklaw.com |
| john.mule@ag.state.mn.us | john.rapisardi@cwt.com |
| johnramirez@paulhastings.com | jonathan.goldblatt@bnymellon.com |
| jonathan.henes@kirkland.com | jorbach@hahnhessen.com |
| joseph.cordaro@usdoj.gov | joseph.serino@kirkland.com |
| joshua.dorchak@morganlewis.com | jowen769@yahoo.com |
| joy.mathias@dubaiic.com | jpintarelli@mofo.com |
| jporter@entwistle-law.com | jprol@lowenstein.com |
| jrabinowitz@rltlawfirm.com | jrsmith@hunton.com |
| jschiller@bsfllp.com | jschwartz@hahnhessen.com |
| jsheerin@mcguirewoods.com | jsherman@bsfllp.com |
| jshickich@riddellwilliams.com | jsmairo@pbnlaw.com |
| jstoll@mayerbrown.com | jsullivan@mosessinger.com |
| jtimko@shutts.com | judy.morse@crowedunlevy.com |
| jvail@ssrl.com | jwcohen@daypitney.com |
| jweiss@gibsondunn.com | jwest@velaw.com |
| jwh@njlawfirm.com | jzulack@fzwz.com |
| kanema@formanlaw.com | karen.wagner@dpw.com |
| karl.geercken@alston.com | kdwbankruptcydepartment@kelleydrye.com |
| keckhardt@hunton.com | keith.simon@lw.com |
| ken.coleman@allenovery.com | ken.higman@hp.com |
| kgwynne@reedsmith.com | kerry.moynihan@hro.com |

| | |
|---|---|
| kiplok@hugheshubbard.com | kkelly@ebglaw.com |
| kkolbig@mosessinger.com | kit.weitnauer@alston.com |
| klynch@formanlaw.com | kmayer@mccarter.com |
| kobak@hugheshubbard.com | korr@orrick.com |
| kovskyd@pepperlaw.com | kressk@pepperlaw.com |
| kreynolds@mklawnyc.com | krodriguez@allenmatkins.com |
| krosen@lowenstein.com | kurt.mayr@bgllp.com |
| lapeterson@foley.com | landon@slollp.com |
| lawallf@pepperlaw.com | lee.stremba@troutmansanders.com |
| lawrence.gelber@srz.com | lberkoff@moritthock.com |
| lee.whidden@dentons.com | lhandelsman@stroock.com |
| lgranfield@cgsh.com | lisa.solomon@att.net |
| ljkotler@duanemorris.com | lkiss@klestadt.com |
| lkatz@ltblaw.com | lkatz@ltblaw.com |
| lmarinuzzi@mofo.com | lnashelsky@mofo.com |
| lmcgowen@orrick.com | loizides@loizides.com |
| lschweitzer@cgsh.com | lucdespins@paulhastings.com |
| mabrams@willkie.com | maofiling@cgsh.com |
| marc.chait@sc.com | margolin@hugheshubbard.com |
| mark.bane@ropesgray.com | mark.ellenberg@cwt.com |
| mark.mckane@kirkland.com | mark.sherrill@sutherland.com |
| marvin.clements@ag.tn.gov | matt@willaw.com |
| matthew.klepper@dlapiper.com | maustin@orrick.com |
| mbenner@tishmanspeyer.com | mberman@nixonpeabody.com |
| mbienenstock@proskauer.com | mbloemsma@mhjur.com |
| mbossi@thompsoncoburn.com | mcademartori@sheppardmullin.com |
| mcarthurk@sullcrom.com | mccarthyj@sullcrom.com |
| mcordone@stradley.com | mcto@debevoise.com |
| mcyganowski@oshr.com | mdorval@stradley.com |
| meggie.gilstrap@bakerbotts.com | melorod@gtlaw.com |
| meltzere@pepperlaw.com | metkin@lowenstein.com |

mfeldman@willkie.com
mgordon@briggs.com
mh1@mccallaraymer.com
michael.frege@cms-hs.com
michael.krauss@faegrebd.com
michaels@jstriallaw.com
miller@taftlaw.com
mitchell.ayer@tklaw.com
mjr1@westchestergov.com
mlandman@lcbf.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
monica.lawless@brookfieldproperties.com
mparry@mosessinger.com
mprimoff@kayescholer.com
mrosenthal@gibsondunn.com
mschimel@sju.edu
mshiner@tuckerlaw.com
mspeiser@stroock.com
munno@sewkis.com
mwarner@coleschotz.com
nathan.spatz@pillsburylaw.com
nbojar@fklaw.com
neal.mann@oag.state.ny.us
neilberger@teamtogut.com
nissay_10259-0154@mhmjapan.com
notice@bkcylaw.com
otccorpactions@finra.org
pbattista@gjb-law.com
pdublin@akingump.com

mginzburg@daypitney.com
mgreger@allenmatkins.com
mhopkins@cov.com
michael.kelly@monarchlp.com
michael.mccrory@btlaw.com
millee12@nationwide.com
mimi.m.wong@irscounsel.treas.gov
mjedelman@vedderprice.com
mlahaie@akingump.com
mlichtenstein@crowell.com
mmendez@crb-law.com
mneier@ibolaw.com
mpage@kelleydrye.com
mpedreira@proskauer.com
mpucillo@bermanesq.com
mruetzel@whitecase.com
msegarra@mayerbrown.com
msolow@kayescholer.com
mstamer@akingump.com
mvenditto@reedsmith.com
mwarren@mtb.com
nbinder@binderschwartz.com
ncoco@mwe.com
ned.schodek@shearman.com
nherman@morganlewis.com
nlepore@schnader.com
nyrobankruptcy@sec.gov
paronzon@milbank.com
pbosswick@ssbb.com
peisenberg@lockelord.com

| | |
|---|---|
| peter.gilhuly@lw.com | peter.macdonald@wilmerhale.com |
| peter.simmons@friedfrank.com | peter@bankrupt.com |
| pfeldman@oshr.com | pfinkel@wilmingtontrust.com |
| phayden@mcguirewoods.com | philip.wells@ropesgray.com |
| pmaxcy@sonnenschein.com | ppascuzzi@ffwplaw.com |
| ppatterson@stradley.com | psp@njlawfirm.com |
| ptrostle@jenner.com | raj.madan@skadden.com |
| ramona.neal@hp.com | rbeacher@pryorcashman.com |
| rbernard@foley.com | rbyman@jenner.com |
| rdaversa@orrick.com | relgidely@gjb-law.com |
| rfriedman@silvermanacampora.com | rgmason@wlrk.com |
| rgoodman@moundcotton.com | rgraham@whitecase.com |
| rhett.campbell@tklaw.com | richard.lear@hklaw.com |
| richard@rwmaplc.com | rick.murphy@sutherland.com |
| rleek@hodgsonruss.com | rlevin@cravath.com |
| rmatzat@hahnhessen.com | rnetzer@willkie.com |
| robert.dombroff@bingham.com | robert.honeywell@klgates.com |
| robert.malone@dbr.com | robert.yalen@usdoj.gov |
| robin.keller@lovells.com | roger@rnagioff.com |
| ross.martin@ropesgray.com | rpedone@nixonpeabody.com |
| rrainer@wmd-law.com | rroupinian@outtengolden.com |
| rrussell@andrewskurth.com | russj4478@aol.com |
| ryaspan@yaspanlaw.com | sabin.willett@bingham.com |
| sabramowitz@velaw.com | sabvanrooy@hotmail.com |
| sally.henry@skadden.com | samuel.cavior@pillsburylaw.com |
| sandyscafaria@eaton.com | scargill@lowenstein.com |
| schager@ssnyc.com | schannej@pepperlaw.com |
| schepis@pursuitpartners.com | schnabel.eric@dorsey.com |
| schristianson@buchalter.com | scott.golden@hoganlovells.com |
| scottj@sullcrom.com | scottshelley@quinnemanuel.com |
| scousins@armstrongteasdale.com | sdnyecf@dor.mo.gov |

seba.kurian@invesco.com
sfalanga@connellfoley.com
sfineman@lchb.com
sgordon@cahill.com
sgubner@ebg-law.com
shari.leventhal@ny.frb.org
sidorsky@butzel.com
sleo@bm.net
slerner@ssd.com
sloden@diamondmccarthy.com
smulligan@bsblawyers.com
sory@fdlaw.com
sree@lcbf.com
sselbst@herrick.com
sskelly@teamtogut.com
steele@lowenstein.com
stephen.hessler@kirkland.com
steven.usdin@flastergreenberg.com
susheelkirpalani@quinnemanuel.com
szuber@csglaw.com
tannweiler@greerherz.com
tdewey@dpklaw.com
thomas.califano@dlapiper.com
tjfreedman@pbnlaw.com
tlauria@whitecase.com
tmm@mullaw.org
toby.r.rosenberg@irscounsel.treas.gov
tsalter@blankrome.com
tunrad@burnslev.com
villa@slollp.com
vrubinstein@loeb.com

sehlers@armstrongteasdale.com
sfelderstein@ffwplaw.com
sfox@mcguirewoods.com
sgraziano@blbglaw.com
sharbeck@sipc.org
shgross5@yahoo.com
sldreyfuss@hlgslaw.com
slerman@ebglaw.com
slevine@brownrudnick.com
smillman@stroock.com
snewman@katskykorins.com
squsba@stblaw.com
sschultz@akingump.com
sshimshak@paulweiss.com
sstarr@starrandstarr.com
stephen.cowan@dlapiper.com
steve.ginther@dor.mo.gov
streusand@slollp.com
swolowitz@mayerbrown.com
szuch@wiggin.com
tbrock@ssbb.com
tgoren@mofo.com
timothy.harkness@freshfields.com
tkiriakos@mayerbrown.com
tmacwright@whitecase.com
tnixon@gklaw.com
tomwelsh@orrick.com
tslome@msek.com
vguldi@zuckerman.com
vmilione@nixonpeabody.com
wanda.goodloe@cbre.com

| | |
|---|---|
| wbenzija@halperinlaw.net | wcurchack@loeb.com |
| wfoster@milbank.com | will.sugden@alston.com |
| wisotska@pepperlaw.com | wk@pwlawyers.com |
| wmaher@wmd-law.com | wmarcari@ebglaw.com |
| wmckenna@foley.com | wsilverm@oshr.com |
| wswearingen@llf-law.com | wtaylor@mccarter.com |
| wzoberman@bermanesq.com | yuwatoko@mofo.com |