| *United States Bankruptcy Court/Southern District of New York* | | **PROOF OF CLAIM** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | |
| In Re:<br>Lehman Brothers Holdings Inc., et al.<br>Debtors. | Chapter 11<br>Case No. 08-13555 (JMP)<br>(Jointly Administered) | |
| Name of Debtor Against Which Claim is Held<br>LB Rose Ranch LLC | Case No. of Debtor<br>09-10560 (JMP) | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503. Additionally, this form should not be used to make a claim for Lehman Programs Securities (See definition on reverse side.)

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

Ironbridge Aspen Collection, LLC, P.O. Box 10493, Aspen, CO 81612

Notices to: Duncan E. Barber, Esq., Bieging, Shapiro & Burrus, LLP, 4582 S. Ulster St. Pkwy, Suite 1650, Denver, CO 80237

Telephone number: 720-488-0220    Email Address: dbarber@bsblawyers.co

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above)

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:    Email Address:

1. **Amount of Claim as of Date Case Filed:** $ See attached description
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☐ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** See attached description
   (See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☑ Real Estate    ☐ Motor Vehicle    ☐ Other
   Describe: See attached description
   Value of Property: $ See attached    Annual Interest Rate ____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $ See attached    Basis for perfection: Notice pursuant to 11 USC 546(b)
   Amount of Secured Claim: $ See attached    Amount Unsecured: $ See attached

6. Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9): $ 0
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. Attach redacted copies of documents providing evidence of perfection of a security interest. (See definition of "redacted" on reverse side.) If the documents are voluminous, attach a summary.
**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**
If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

Amount entitled to priority:
$ _____

**FOR COURT USE ONLY**

| Date:<br>9/18/09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/ [signature] Member (Dirk Gosda) |
|---|---|

Penalty for presenting fraudulent claim/ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT 2

**ATTACHMENT TO**
**IRONBRIDGE ASPEN COLLECTION, LLC**
**PROOF OF CLAIM FILED IN**
**LEHMAN BROTHERS HOLDINGS, INC, et al**
**CASE NO. 08-13555 (JMP)**
**AGAINST DEBTOR LB ROSE RANCH LLC – CASE NO. 09-10560 (JMP)**

1. This Proof of Claim is based on amounts owing under a contract between LB Rose Ranch LLC ("Debtor" or "LB Rose Ranch"), and Ironbridge Homes LLC, a Colorado limited liability company, dated November 12, 2007 (the "Agreement"), as subsequently assigned to and performed by Ironbridge Aspen Collection, LLC, a Colorado limited liability company ("Claimant"). Copies of the Agreement and Invoice setting forth the amount due on this Proof of Claim are attached hereto. Further supporting documentation and information is available upon request.

2. This Claim is for amounts owing under the Agreement for Claimant's work on the following lots:

Lots 297 through 316 (inclusive)
Ironbridge P.U.D.
Phase II, Filing 1
County of Garfield, State of Colorado

also known by the following street addresses:

Lot 297 – 0324 Fox Run Court, Glenwood Springs, CO, 81601
Lot 298 – 0636 Fox Run Court, Glenwood Springs, CO, 81601
Lot 299 – 0612 Fox Run Court, Glenwood Springs, CO, 81601
Lot 300 – 0588 Fox Run Court, Glenwood Springs, CO, 81601
Lot 301 – 0372 Fox Run Court, Glenwood Springs, CO, 81601
Lot 302 – 0348 Fox Run Court, Glenwood Springs, CO, 81601
Lot 303 – 0321 Fox Run Court, Glenwood Springs, CO, 81601
Lot 304 – 0345 Fox Run Court, Glenwood Springs, CO, 81601
Lot 305 – 0369 Fox Run Court, Glenwood Springs, CO, 81601
Lot 306 – 0393 Fox Run Court, Glenwood Springs, CO, 81601
Lot 307 – 0417 Fox Run Court, Glenwood Springs, CO, 81601
Lot 308 – 0441 Fox Run Court, Glenwood Springs, CO, 81601
Lot 309 – 0465 Fox Run Court, Glenwood Springs, CO, 81601
Lot 310 – 0489 Fox Run Court, Glenwood Springs, CO, 81601
Lot 311 – 0513 Fox Run Court, Glenwood Springs, CO, 81601
Lot 312 – 0537 Fox Run Court, Glenwood Springs, CO, 81601
Lot 313 – 0561 Fox Run Court, Glenwood Springs, CO, 81601
Lot 314 – 0585 Fox Run Court, Glenwood Springs, CO, 81601
Lot 315 – 0609 Fox Run Court, Glenwood Springs, CO, 81601
Lot 316 – 0633 Fox Run Court, Glenwood Springs, CO, 81601

EXHIBIT 2

3. This Proof of Claim sets forth the principal amount owing under the Agreement as of the petition date as follows:

   a. A <u>secured</u> Claim for direct costs in the amount of $184,011.00. This portion of the Claim was perfected by filing and service of Notice Pursuant to 11 U.S.C. § 546(b) filed by Claimant in Case No. 08-13555 (JMP) at Dkt. No. 3138. As to this portion of the Claim, Claimant states that it is an oversecured creditor entitled to the rights and benefits of 11 U.S.C. § 506(b). Claimant's entitlement to post-petition interest (in the amount of 12% per annum) plus attorneys' fees and costs arises under C.R.S. §§ 38-22-101(5) and 38-22-118.

   b. An <u>unsecured</u> Claim for Claimant's "Cost Savings Fee" percentage due under the Agreement in the amount of $204,830.00.

4. Since the petition date, Claimant has incurred additional costs associated with the Agreement and the underlying construction projects.

5. Claimant believes the Agreement constitutes an executory contract subject to Bankruptcy Code § 365. Claimant hereby reserves the right to amend this Proof of Claim based upon Debtor's election to assume or reject the Agreement.

6. Claimant hereby reserves the right to amend this Proof of Claim as additional information is obtained and based upon on-going costs associated with the Agreement and the underlying project.

7. The original party to the Agreement, Ironbridge Homes LLC, a Colorado limited liability company, has also filed a Proof of Claim based upon the Agreement. Claimant acknowledges that such other Proof of Claim is a duplicate of this Claim.

8. Objections to this Proof of Claim should be sent to Duncan E. Barber, Bieging Shapiro & Burrus LLP, 4582 South Ulster Street Parkway, Suite 1650, Denver, Colorado 80237; telephone 720/488-0220; fax 720/488-7711; e-mail dbarber@bsblawyers.com.

104357

EXHIBIT 2

# IRONBRIDGE

### GOLF CLUB & SPORTING COMMUNITY

# Memo

| | | | | | |
|---|---|---|---|---|---|
| To: | Tom Schmidt | cc: | Paul Bombalicky<br>Darbe Gosda<br>Steve Hansen<br>David Joseph<br>David Ockers<br>Dave Wagner<br>Mike Woelke | Date: | November 12, 2007 |
| Subject: | Ironbridge Affordable Homes | | | From: | Dirk Gosda |

Based on our conversations today, Ironbridge Homes LLC would propose the following terms for us to construct our 2101A and 1203A homes on LB Rose Ranch affordable lots:

1. We will construct the 2101A plan for a Contract Price of $228,000 and the 1203A plan for a Contract Price of $215,000. You would pay actual direct costs up to the Contract Price. For each house, IBH would receive 100% of the actual cost plus 70% of the difference between the actual cost and the Contract Price. LBRR would retain the remaining 30%. If the actual cost is at or above the Contract Price then LBRR would pay the contract price.

2. Prices are good for homes started before October 1, 2008.

3. Prices do not include any payment towards the Ironbridge Recreation Center.

4. Prices do not include the cost of liability or builder's risk insurance. It has been assumed that LBRR will provide the insurance or that the Contract Price will be increased for the cost of the insurance if IBH has to pay for insurance.

5. Costs do not include non potable tap or meter fees.

6. Contract Price does not include any warranty work performed on the homes after turnover that is not covered by the subcontractors. All warranty work that is needed will be done at our cost.

7. We currently have the 4 affordable 2101A plans under construction in the Mountain Cottages. We will finish those as scheduled. We proposed to start 10 of the affordable 1203A plans near the recreation center as soon as winter breaks in 2008, approximately April 1, 2008. We would then build 35 free market homes. We would start the remaining 10 affordable units in September of 2008.

Please review this and call me with any corrections, comments or suggestions, otherwise, let me know and we will proceed as outlined above.

Thank you.

## Elevation Comparison Report

Page 1

# Affordable Budgets

| Cost Code | Description | 2101A Final Original Amount | | | 1203A Prelim Original Amount | | |
|---|---|---|---|---|---|---|---|
| 015 | Fees-Direct | $11,305.00 | | | $12,553.00 | | |
| 025 | Arch / Design | $275.00 | | | $275.00 | | |
| 027 | Survey | $850.00 | | | $850.00 | | |
| 028 | Engineering | $1,025.00 | | | $1,025.00 | | |
| 035 | Temp Facilities | $1,980.00 | | | $1,980.00 | | |
| 040 | Temp Utilities | $1,600.00 | | | $1,600.00 | | |
| 042 | Utilities | $3,205.00 | | | $2,940.00 | | |
| 045 | Streets | $2,480.00 | | | $1,816.00 | | |
| 060 | Const Clean | $982.77 | | | $947.00 | | |
| 062 | Protection | $177.00 | | | $143.00 | | |
| 064 | Excavation | $7,743.00 | | | $6,500.00 | | |
| 066 | Foundation | $28,026.00 | | | $18,598.00 | | |
| 068 | Hardscape | $1,424.20 | | | $363.00 | | |
| 074 | Struct Steel | $0.00 | | | $1,315.00 | | |
| 078 | Plumbing | $11,013.00 | | | $11,000.00 | | |
| 082 | Electrical | $6,190.00 | | | $6,450.00 | | |
| 085 | Lumber | $6,520.87 | | | $7,920.00 | | |
| 087 | Truss/Cmponents | $14,980.50 | | | $16,150.00 | | |
| 089 | Frame - Labor | $18,071.56 | | | $16,719.00 | | |
| 120 | Mech / HVAC | $11,441.01 | | | $11,000.00 | | |
| 125 | Sheet Metal | $2,063.00 | | | $1,646.00 | | |
| 135 | Roofing | $8,100.00 | | | $6,039.00 | | |
| 140 | Insulation | $2,429.00 | | | $3,122.00 | | |
| 145 | Windows/SGDs | $2,901.79 | | | $3,192.00 | | |
| 160 | Veneer | $0.00 | | | $0.00 | | |
| 175 | Drywall | $9,129.25 | | | $10,368.00 | | |
| 180 | Paint | $9,881.00 | | | $11,168.00 | | |
| 190 | Cabinets | $4,271.00 | | | $3,800.00 | | |
| 200 | Finish Carp. | $6,338.02 | | | $4,859.00 | | |
| 215 | Countertops | $727.00 | | | $650.00 | | |

EXHIBIT 2

## Elevation Comparison Report

Page 2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 220 | Int Glazing | $393.97 | | | $170.00 | | |
| 230 | Flooring | $5,651.41 | | | $4,500.00 | | |
| 250 | Appliances | $1,235.00 | | | $1,235.00 | | |
| 265 | Garage Doors | $1,918.00 | | | $1,918.00 | | |
| 275 | Elec Fixt | $676.41 | | | $620.00 | | |
| | Bedroom 3 | $1,655.00 | | | | | |
| 526 | Landscape | $11,500.00 | | | $11,500.00 | | |
| | Subtotal | $198,159.76 | | | $184,931.00 | | |
| | Fee | | | | | | |
| | 16% | $31,705.56 | | | $29,588.96 | | |
| | 12% | | | | | | |
| | 8% | | | | | | |
| | | | | | | | |
| | Total Contract | $229,865.32 | | | $214,519.96 | | |

EXHIBIT 2

08-13555-mg    Doc 52703-2    Filed 05/05/16    Entered 05/05/16 18:40:26    Exhibit 2
Pg 7 of 9

**IRONBRIDGE ASPEN COLLECTION LLC**
410 Ironbridge Drive
Glenwood Springs, CO 81601

**INVOICE**

| Date: | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|
| 4/21/09 | | | | | | | 39924 |

**Customer**
Bill to LB Rose Ranch

For Direct Costs Associated With The Following Lots

| | Draw 1 4/28/2008 | Draw 2 5/30/2008 | Draw 3 6/20/2008 | Draw 4 7/24/2008 | Draw 5 8/18/2008 | Draw 6 9/2/2008 | Draw 7 9/15/2008 | Draw 8 9/30/2008 | Draw 9 10/30/2008 | Draw 10 2/3/2009 | Draw 11 2/9/2009 | Draw 12 3/1/2009 | Draw 13 4/21/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lot 297 | $ 869 | $ 8,719 | $ 765 | $ 3,712 | $ 15,150 | $ 11,239 | $ 12,800 | $ 19,017 | $ 1,785 | $ 4,749 | $ 3,387 | $ 661 | $ - |
| Lot 297 Fee | 104 | 1,046 | 92 | 445 | 1,818 | 1,349 | 1,536 | 2,282 | 214 | 570 | 406 | 79 | - |
| | 973 | 9,765 | 857 | 4,157 | 16,968 | 12,588 | 14,336 | 21,299 | 1,999 | 5,319 | 3,793 | 740 | - |
| Lot 298 | | 7,769 | 765 | 11,390 | 52,157 | 13,096 | 13,145 | 27,308 | 36,608 | 4,494 | 1,839 | (1,224) | 96 |
| Lot 298 Fee | | 932 | 92 | 1,367 | 6,259 | 1,572 | 1,577 | 3,277 | 4,393 | 539 | 221 | (147) | 12 |
| | | 8,701 | 2,373 | 857 | 12,757 | 58,416 | 14,668 | 14,722 | 30,585 | 41,001 | 5,033 | 2,060 | (1,371) | 108 |
| Lot 299 | | 7,769 | 1,819 | 765 | 17,899 | 49,991 | 14,176 | 11,167 | 32,432 | 27,030 | 4,521 | 1,961 | (1,224) | 208 |
| Lot 299 Fee | | 932 | 218 | 92 | 2,148 | 5,999 | 1,701 | 1,340 | 3,892 | 3,244 | 543 | 235 | (147) | 25 |
| | | 8,701 | 2,037 | 857 | 20,047 | 55,990 | 15,877 | 12,507 | 36,324 | 30,274 | 5,064 | 2,196 | (1,371) | 233 |
| Lot 300 | | 7,769 | 1,819 | 765 | 30,047 | 38,288 | 14,242 | 17,394 | 28,877 | 25,999 | 4,744 | 1,827 | (1,224) | 340 |
| Lot 300 Fee | | 932 | 218 | 92 | 3,606 | 4,595 | 1,709 | 2,087 | 3,465 | 3,120 | 569 | 219 | (147) | 41 |
| | | 8,701 | 2,037 | 857 | 33,653 | 42,883 | 15,951 | 19,481 | 32,342 | 29,119 | 5,313 | 2,046 | (1,371) | 381 |
| Lot 301 | $ 869 | $ 8,719 | $ 765 | $ 17,152 | $ 15,610 | $ 21,233 | $ 19,325 | $ 14,245 | $ 1,620 | $ 8,430 | $ 19 | $ 3,309 | $ 10 |
| Lot 301 Fee | 104 | 1,046 | 92 | 2,058 | 1,873 | 2,548 | 2,319 | 1,709 | 194 | 1,012 | 2 | 397 | 1 |
| | 973 | 9,765 | 857 | 19,210 | 17,483 | 23,781 | 21,644 | 15,954 | 1,814 | 9,442 | 21 | 3,706 | 11 |
| Lot 302 | 869 | 8,719 | 765 | 17,152 | 15,610 | - | 14,855 | 17,789 | 1,620 | 4,618 | 6,066 | 351 | - |
| Lot 302 Fee | 104 | 1,046 | 92 | 2,058 | 1,873 | - | 1,783 | 2,135 | 194 | 554 | 728 | 42 | - |
| | 973 | 9,765 | 857 | 19,210 | 17,483 | - | 16,638 | 19,924 | 1,814 | 5,172 | 6,794 | 393 | - |
| Lot 303 | 869 | 8,719 | 765 | 5,075 | 26,884 | 150 | 14,461 | 18,400 | 1,751 | 4,976 | 6,118 | 351 | - |
| Lot 303 Fee | 104 | 1,046 | 92 | 609 | 3,226 | 18 | 1,735 | 2,208 | 210 | 597 | 734 | 42 | - |
| | 973 | 9,765 | 857 | 5,684 | 30,110 | 168 | 16,196 | 20,608 | 1,961 | 5,573 | 6,852 | 393 | - |
| Lot 304 | 869 | 8,719 | 2,527 | 27,800 | 5,514 | 13,847 | 17,994 | 19,875 | 1,751 | 4,974 | - | 351 | - |
| Lot 304 Fee | 104 | 1,046 | 303 | 3,336 | 662 | 1,662 | 2,159 | 2,385 | 210 | 597 | - | 42 | - |
| | 973 | 9,765 | 2,830 | 31,136 | 6,176 | 15,509 | 20,153 | 22,260 | 1,961 | 5,571 | - | 393 | - |
| Lot 305 | $ 869 | $ 8,719 | $ 2,527 | $ 28,067 | $ 5,515 | $ 19,065 | $ 19,704 | $ 20,906 | $ 1,751 | $ 4,983 | $ 7 | $ 3,309 | $ 14 |
| Lot 305 Fee | 104 | 1,046 | 303 | 3,368 | 662 | 2,288 | 2,364 | 2,509 | 210 | 598 | 1 | 397 | 2 |
| | 973 | 9,765 | 2,830 | 31,435 | 6,177 | 21,353 | 22,068 | 23,415 | 1,961 | 5,581 | 8 | 3,706 | 16 |
| Lot 306 | 869 | 8,719 | 765 | 29,696 | 11,944 | 18,999 | 22,567 | 22,017 | 1,413 | 5,024 | 7 | 2,958 | 14 |
| Lot 306 Fee | 104 | 1,046 | 92 | 3,564 | 1,433 | 2,280 | 2,708 | 2,642 | 170 | 603 | 1 | 355 | 2 |

EXHIBIT 2

|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 973 | 9,765 | 857 | 33,260 | 13,377 | 21,279 | 25,275 | 24,659 | 1,583 | 5,627 | 8 | 3,313 |  | 16 |
| Lot 307 | 869 | 8,719 | 6,433 | 26,969 | 16,649 | 16,566 | 19,426 | 23,426 | 1,744 | 4,482 | 7 | - |  | 14 |
| Lot 307 Fee | 104 | 1,046 | 772 | 3,236 | 1,998 | 1,988 | 2,331 | 2,811 | 209 | 538 | 1 | - |  | 2 |
|  | 973 | 9,765 | 7,205 | 30,205 | 18,647 | 18,554 | 21,757 | 26,237 | 1,953 | 5,020 | 8 | - |  | 16 |
| Lot 308 | 869 | 8,719 | 7,603 | 35,399 | 31,475 | 12,278 | 13,162 | 35,337 | 9,628 | 4,495 | 134 | - |  | 25 |
| Lot 308 Fee | 104 | 1,046 | 912 | 4,248 | 3,777 | 1,473 | 1,579 | 4,240 | 1,155 | 539 | 16 | - |  | 3 |
|  | 973 | 9,765 | 8,515 | 39,647 | 35,252 | 13,751 | 14,741 | 39,577 | 10,783 | 5,034 | 150 | - |  | 28 |
| Lot 309 | $ 869 | $ 8,719 | $ 7,603 | $ 43,178 | $ 25,293 | $ 18,965 | $ 27,645 | $ 14,980 | $ 10,368 | $ 5,337 | $ 22 | $ - | $ | 1,628 |
| Lot 309 Fee | 104 | 1,046 | 912 | 5,181 | 3,035 | 2,276 | 3,317 | 1,798 | 1,244 | 640 | 3 | - |  | 195 |
|  | 973 | 9,765 | 8,515 | 48,359 | 28,328 | 21,241 | 30,962 | 16,778 | 11,612 | 5,977 | 25 | - |  | 1,823 |
| Lot 310 | 9,588 | 1,762 | 9,675 | 39,844 | 24,630 | 18,269 | 31,036 | 10,723 | 17,869 | 4,937 | 1,619 | (1,573) |  | 132 |
| Lot 310 Fee | 1,151 | 211 | 1,161 | 4,781 | 2,956 | 2,192 | 3,724 | 1,287 | 2,144 | 592 | 194 | (189) |  | 16 |
|  | 10,739 | 1,973 | 10,836 | 44,625 | 27,586 | 20,461 | 34,760 | 12,010 | 20,013 | 5,529 | 1,813 | (1,762) |  | 148 |
| Lot 311 | 9,588 | 6,149 | 21,882 | 23,812 | 39,277 | 26,173 | 11,581 | 7,488 | 17,384 | 4,838 | 1,844 | (1,573) |  | 422 |
| Lot 311 Fee | 1,151 | 738 | 2,626 | 2,857 | 4,713 | 3,141 | 1,390 | 899 | 2,086 | 581 | 221 | (189) |  | 51 |
|  | 10,739 | 6,887 | 24,508 | 26,669 | 43,990 | 29,314 | 12,971 | 8,387 | 19,470 | 5,419 | 2,065 | (1,762) |  | 473 |
| Lot 312 | 9,588 | 13,839 | 14,012 | 33,314 | 34,581 | 26,655 | 8,326 | 6,407 | 16,689 | 5,682 | 548 | 27 |  | 166 |
| Lot 312 Fee | 1,151 | 1,661 | 1,681 | 3,998 | 4,150 | 3,199 | 999 | 769 | 2,003 | 682 | 66 | 3 |  | 20 |
|  | 10,739 | 15,500 | 15,693 | 37,312 | 38,731 | 29,854 | 9,325 | 7,176 | 18,692 | 6,364 | 614 | 30 |  | 186 |
| Lot 313 Fee | $ 9,765 | $ 14,418 | $ 15,389 | $ 44,076 | $ 23,189 | $ 31,647 | $ 6,864 | $ 5,875 | $ 16,683 | $ 5,508 | $ 361 | $ - | $ | 520 |
| Lot 313 Fee | 1,172 | 1,730 | 1,847 | 5,289 | 2,783 | 3,798 | 824 | 705 | 2,002 | 661 | 43 | - |  | 62 |
|  | 10,937 | 16,148 | 17,236 | 49,365 | 25,972 | 35,445 | 7,688 | 6,580 | 18,685 | 6,169 | 404 | - |  | 582 |
| Lot 314 | 9,588 | 14,032 | 14,011 | 44,764 | 30,555 | 24,109 | 15,120 | - | 16,710 | 5,404 | 506 | 50 |  | 107 |
| Lot 314 Fee | 1,151 | 1,684 | 1,681 | 5,372 | 3,667 | 2,893 | 1,814 | - | 2,005 | 648 | 61 | 6 |  | 13 |
|  | 10,739 | 15,716 | 15,692 | 50,136 | 34,222 | 27,002 | 16,934 | - | 18,715 | 6,052 | 567 | 56 |  | 120 |
| Lot 315 | 9,588 | 14,568 | 14,021 | 44,078 | 33,249 | 21,989 | 8,312 | - | 17,951 | 5,351 | 619 | - |  | 253 |
| Lot 315 Fee | 1,151 | 1,748 | 1,683 | 5,289 | 3,990 | 2,639 | 997 | - | 2,154 | 642 | 74 | - |  | 30 |
|  | 10,739 | 16,316 | 15,704 | 49,367 | 37,239 | 24,628 | 9,309 | - | 20,105 | 5,993 | 693 | - |  | 283 |
| Lot 316 | 9,588 | 2,674 | 24,516 | 51,880 | 31,754 | 15,865 | 8,399 | 2,001 | 16,923 | 5,325 | 490 | 31 |  | 93 |
| Lot 316 Fee | 1,151 | 321 | 2,942 | 6,226 | 3,810 | 1,904 | 1,008 | 240 | 2,031 | 639 | 59 | 4 |  | 11 |
|  | 10,739 | 2,995 | 27,458 | 58,106 | 35,564 | 17,769 | 9,407 | 2,241 | 18,954 | 5,964 | 549 | 35 |  | 104 |
| Total | 111,205 | 179,636 | 163,877 | 644,340 | 590,593 | 379,191 | 350,877 | 366,355 | 272,470 | 115,217 | 30,667 | 5,130 |  | 4,527 |
| Payments | (111,205) | (179,636) | (163,877) | (644,340) | (590,593) | (379,191) | (350,877) | (366,355) | (243,999) |  |  |  | 3,030,073 |  |
| Balance | (0) | (0) | 0 | 0 | (0) | (0) | (0) | 0 | 28,471 | 115,217 | 30,667 | 5,130 | 184,011 | 4,527 |

EXHIBIT 2

|  | Actual Costs | Cumulative Fee | Actual Plus Fee | GMP | Change #1 | Change #2 | Total Budget | Variance |
|---|---|---|---|---|---|---|---|---|
| Lot 297 | $ 82,853 | $ 9,942 | $ 92,795 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 127,420 |
| Lot 298 | $ 169,562 | $ 20,347 | $ 189,909 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 30,306 |
| Lot 299 | $ 168,514 | $ 20,222 | $ 188,736 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 31,479 |
| Lot 300 | $ 170,887 | $ 20,506 | $ 191,393 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 28,822 |
| Lot 301 | $ 111,306 | $ 13,357 | $ 124,663 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 95,552 |
| Lot 302 | $ 88,414 | $ 10,610 | $ 99,024 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 121,191 |
| Lot 303 | $ 88,519 | $ 10,622 | $ 99,141 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 121,074 |
| Lot 304 | $ 104,221 | $ 12,507 | $ 116,728 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 103,487 |
| Lot 305 | $ 115,436 | $ 13,852 | $ 129,288 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 90,927 |
| Lot 306 | $ 124,992 | $ 14,999 | $ 139,991 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 80,224 |
| Lot 307 | $ 125,304 | $ 15,036 | $ 140,340 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 79,875 |
| Lot 308 | $ 159,124 | $ 19,095 | $ 178,219 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 41,996 |
| Lot 309 | $ 164,607 | $ 19,753 | $ 184,360 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 35,855 |
| Lot 310 | $ 168,511 | $ 20,221 | $ 188,732 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 31,483 |
| Lot 311 | $ 168,865 | $ 20,264 | $ 189,129 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 31,086 |
| Lot 312 | $ 169,834 | $ 20,380 | $ 190,214 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 30,001 |
| Lot 313 | $ 174,295 | $ 20,915 | $ 195,210 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 25,005 |
| Lot 314 | $ 174,956 | $ 20,995 | $ 195,951 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 24,264 |
| Lot 315 | $ 169,979 | $ 20,397 | $ 190,376 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 29,839 |
| Lot 316 | $ 169,539 | $ 20,345 | $ 189,884 | $ 214,520 | $ 3,466 | $ 2,229 | $ 220,215 | $ 30,331 |

= Completed Homes

| Total Direct Costs Due | $ 184,011 |
|---|---|
| Cost Savings Fee Due on Completed Homes | $ 204,830 |

EXHIBIT 2