## Site Impact Change Order
## 20 Affordable Units

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| Site plan and civil design revisions | 1 | LS | 4466.25 | 4,466 |
| Added retaining walls for grade changes | 900 | sf | 18.00 | 16,200 |
| Credit for asphalt in original budget | -20 | ea | 1,816.00 | -36,320 |
| Total asphalt cost on final site plan | 6,696 | sf | 5.98 | 40,042 |
| Allowance for re-stake at cut/fill lots | 1 | LS | 2,500.00 | 2,500 |
| Cut/Fill needed to correct pad elevations | 20 | LS | 1,750.00 | 35,000 |

| | |
|---|---|
| Subtotal Cost of Site Impact | 61,888 |
| Fee @ 12% | 7,427 |
| Total Cost | 69,315 |

| | |
|---|---|
| Per Lot Cost | 3,466 |
| Previous Contract Amount per Lot | 214,520 |
| Revised Contract Amount per Lot | 217,986 |

Submitted By: _[signature]_    Date: 4/28/08

Approved By: _[signature]_    Date: 4/28/08

EXHIBIT 7