## Plan Check Impact and appliance scope change order
## 20 Affordable Units

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| Below grade wing insulation required at plan check | 1 | LS | 1,200 | 1,200 |
| Add refrigerator to appliance package | 1 | EA | 790 | 790 |
| | | | | |
| | | | | |
| | | | | |

Subtotal Cost of Site Impact   1,990
Fee @ 12%   239
Total cost per lot, this change order request   2,229

Previously approved change orders per lot   3,466
Original Contract Amount   214,520
Revised Contract Amount per Lot   220,215

Submitted By: _____   Date: September 1, 2008
Approved by: _____   Date: 9-20-08

EXHIBIT 8