## Deductive Change Order
## 4 Mountain Cottage Affordables

| Description | Quantity | Unit | Unit Cost | Total Cost |
|---|---|---|---|---|
| Lot 199, Fees Paid | -1 | LS | 9,528.26 | -9,528.26 |
| Lot 200, Fees Paid | -1 | LS | 9,528.26 | -9,528.26 |
| Lot 222, Fees Paid | -1 | LS | 9,438.26 | -9,438.26 |
| Lot 223, Fees Paid | -1 | LS | 9,438.26 | -9,438.26 |
| | | | | |
| | | | | |

Subtotal Cost of Site Impact                        -37,933.04
Fee @ 12%                                            -4,551.96
Total credit, this change order request             -42,485.00

Previously approved change orders                         0.00
Original Contract Amount (4 houses @ 229,865)       919,460.00
Revised Contract Amount                             876,975.00

Submitted By: _____   Date: January 28, 2009
Approved by: _____   Date: 1-28-09

EXHIBIT 9