Shapiro Bieging Barber Otteson LLP
Duncan E. Barber, #16768
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220

*Attorneys for Ironbridge Homes, LLC; Ironbridge Mountain Cottages, LLC; Ironbridge Aspen Collection, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :    Case No. 08-13555 SCC)
                                            :
        Debtor.                             :    (Jointly Administered)
                                            :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF COLORADO    )
                     ) ss.
COUNTY OF DENVER     )

Mary Anne Lenzi, being duly sworn, deposes and says:

I am over the age of 18, am not a party to this action, and am employed by Shapiro Bieging Barber Otteson LLP located at 4582 S. Ulster Street, Suite 1650, Denver, Colorado, 80237.

On May 4, 2016 I served copies of the following:

• Supplement to Objection to Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) by Holder of Claim No. 30848; [Docket #52683];

• Supplement to Objection to Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) By Holder of Claim No. 30849; [Docket #52684]; and

• Supplement to Objection to Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) by Holder of Claim No. 66154; [Docket #52682]

415603

via FedEx Overnight, by depositing true copies thereof enclosed in prepaid wrapper, in an official depository for FedEx within the State of Colorado upon the following:

The Chambers of the Honorable Shelley C. Chapman
Courtroom 623
One Bowling Green
New York, New York 10004-1408

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

William K. Harrington, Esq.
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Dennis F. Dunne, Esq.
Attorneys for the Creditors' Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005

/s/ *Mary Anne Lenzi*
Mary Anne Lenzi

Sworn to and Subscribed before me this
6th day of May, 2016

/s/   *Kathleen Jones*

```
KATHLEEN JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954011685
MY COMMISSION EXPIRES AUGUST 22, 2019
```

415603