Shapiro Bieging Barber Otteson LLP
Duncan E. Barber, #16768
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220

*Attorneys for Ironbridge Homes, LLC; Ironbridge Mountain Cottages, LLC; Ironbridge Aspen Collection, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
:
In re                                                         :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :    Case No. 08-13555 SCC)
:
Debtor.                                       :    (Jointly Administered)
:
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF COLORADO      )
                       ) ss.
COUNTY OF DENVER       )

Mary Anne Lenzi, being duly sworn, deposes and says:

I am over the age of 18, am not a party to this action, and am employed by Shapiro Bieging Barber Otteson LLP located at 4582 S. Ulster Street, Suite 1650, Denver, Colorado, 80237.

On May 6, 2016 I served copies of the following:

- Declaration of Duncan E. Barber In Support of Responses {Doc. Nos. 52321, 52322 & 52324 to Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims [Docket No. #52703]
- 

via FedEx Overnight, by depositing true copies thereof enclosed in prepaid wrapper, in an official depository for FedEx within the State of Colorado upon the following:

420159

The Chambers of the Honorable Shelley C. Chapman
Courtroom 623
One Bowling Green
New York, New York 10004-1408

Jacqueline Marcus, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153

William K. Harrington, Esq.
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Dennis F. Dunne, Esq.
Attorneys for the Creditors' Committee
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005


/s/ *Mary Anne Lenzi*
Mary Anne Lenzi


Sworn to and Subscribed before me this
6th day of May, 2016

/s/   *Kathleen Jones*

```
KATHLEEN JONES
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954011685
MY COMMISSION EXPIRES AUGUST 22, 2019
```

420159