AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

FILED / RECEIVED

APR 18 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to SYZ BANK & TRUST LTD, Nassau ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: 04/08/2016

**Transferor**

HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888

CH- 1211 Geneva 1

Signature: Anthony Grillet
Associate

Signature: R. BABUL 5546

Date: Apr 12, 2016

**Transferee**

SYZ BANK & TRUST Ltd

Old Fort Bay Town Centre, Building 2

Windsor Field Road

Nassau, Bahamas

Signature: DANIEL MARC
Chief Executive Officer

Signature: Jillian Ferguson
Chief Administrative Officer

Schedule 1

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0326476693 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 155'000.- |
| XS0264674549 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 80'000.- |
| XS0271141565 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | GBP 63'000.- |
| XS0314871293 | 51762 | 10/28/2009 | LEHMAN BROTHERS SECURITIES NV | GBP 65'000.- |



**EXPRESS WORLDWIDE** DOX — DHL

2016-04-15 WSI 3.17.00 / *90-1411*

From: SYZ Bank & Trust Ltd
Jillian Ferguson
Old Fort Bay Town Centre
Building 2
Windsor Field Road
NASSAU NASSAU BAH
Bahamas

Origin: **NAS**

Contact: Ph : 2427021400

To: Epiq Bankruptcy Solutions, LLC
Lehman Brothers Holdings Claims Pro
757 Third Avenue, 3rd Floor
**10017 NEW YORK  NY**
United States Of America

Contact:
Ph :0000000000

**US-ZYP-TSS**

Day    Time

Pce/Shpt Weight    Piece
1.00/1.0 lbs    1/1

Contents: docs

Recipient's Copy Piece 1 of 1


WAYBILL 17 9111 7226


(2L)US10017+42000000


(J) JD01 4600 0030 9735 9863

REMOVE TO EXPOSE ADHESIVE

DHL EXPRESS