# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.            Case No. 08-13555 (SCC)
                                                  Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Crescent 1 L.P. | Name of Transferor:<br>Barclays Bank PLC |
|---|---|
| Notices to Transferee should be sent to:<br>Crescent 1 L.P.<br>399 Park Avenue, 39th Floor<br>New York, New York 10022<br>212.380.5822<br>Attn: Svet Nikov<br>Email: snikov@cyruscapital.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor:<br>Barclays Bank PLC<br>1301 Avenue of the Americas, 8th Floor<br>New York, NY 10019<br>Tel: 212-320-6365<br>Attn: Alex Wilk<br>Email: alexander.wilk@barclays.com |
| Claim Amount Transferred:<br>$19,138.42 allowed amount of<br>ISIN XS0334171872 | *Note: This is a partial transfer of claim.* |
| Court Claim No.:<br>62783 | |
| Date Claim Filed:<br>November 2, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Crescent 1, L.P., By: Cyrus Capital Partners, L.P., its investment manager

By: _____    Date: May 9, 2016
    Transferee's Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

DB3/200165455.1

## EVIDENCE OF TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. (the "Debtor"), Case No. 08-13555 (SCC)

CLAIM NUMBER: 62783
AMOUNT TRANSFERRED: $19,138.42 allowed amount for ISIN XS0334171872

**BARCLAYS BANK PLC**, its successors and assigns ("Transferor") hereby certifies that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**CRESCENT 1 L.P.**
399 Park Avenue, 39th Floor
New York, New York 10022
212.380.5822
Attn: Svet Nikov
Email: snikov@cyruscapital.com

its successors and assigns ("Transferee") Transferor's rights, title and interest in and to Claim No. 62783, solely to the extent of $19,138.42 allowed amount in respect of Lehman Programs Security ISIN XS0334171872 (the "Claim"), against Lehman Brothers Holdings Inc., a Debtor in Case No. 08-13555 (SCC) in the Bankruptcy Court.

Transferor has waived to the fullest extent of the law any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

IN WITNESS WHEREOF, Transferor by its undersigned duly authorized representative has duly executed this Evidence of Transfer of Claim, dated May 6, 2016.

**BARCLAYS BANK PLC**

By: _____
Name:
Title:

Jenna Yoo
Authorized Signatory

DB3/200165455.1