Pg 1 of 3

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Michael J. Moscato
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

| | | |
|---|---|---|
| **In re** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | (Jointly Administered) |

--------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT *SINE DIE* OF HEARING ON THE**
**PLAN ADMINISTRATOR'S OBJECTION TO DEMANDS FOR**
**POSTPETITION INTEREST RELATED TO CLAIM NO. 28308**

**PLEASE TAKE NOTICE** that the hearing on the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [ECF No. 52453] (the "Objection"), which was scheduled for May 10, 2016 at 10:00 a.m. (Prevailing Eastern Time), **has been adjourned to a date to be determined**, with respect to the claims listed on Exhibit A attached hereto.

[*Remainder of Page Intentionally Left Blank*]

-2-

Dated: May 9, 2016
      New York, New York

**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**

By: */s/ L. P. Harrison 3rd*
    L. P. Harrison 3rd
    Michael J. Moscato
    Cindi Eilbott Giglio

101 Park Avenue
New York, New York 10178-0061
(212) 696-6000

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

## EXHIBIT A

## Adjourned Claims

| Claimant | Claim Number |
|---|---|
| CCP CREDIT ACQUISITION HOLDINGS, LLC | 28308 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | 28308 |
| CHASE LINCOLN FIRST COMMERCIAL CORP. | 28308 |
| RECOVERY PARTNERS HOLDINGS I, LLC | 28308 |

1