UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
| In re: | : | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------------X

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Mark A. Salzberg to be admitted, *pro hac vice*, to represent the Buckeye Tobacco Settlement Financing Authority (the "Authority"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the District of Columbia, it is hereby

**ORDERED**, that Mark A. Salzberg, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Authority, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  May 9, 2016

New York, New York

                                               /s/  Shelley C. Chapman
                                               UNITED STATES BANKRUPTCY JUDGE