UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:                                                                          :    Case No. 08-13555 (JMP)
                                                                                     :
LEHMAN BROTHERS HOLDINGS, INC., et al.,    :    Chapter 11
                                                                                     :
                                           Debtors.                      :    (Jointly Administered)
------------------------------------------------------------------X

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nicholas P. Zalany to be admitted, *pro hac vice*, to represent the Buckeye Tobacco Settlement Financing Authority (the "Authority") a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Ohio, it is hereby

**ORDERED**, that Nicholas P. Zalany, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case to represent the Authority, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:  May 9, 2016

New York, New York

                                                                  /s/ Shelley C. Chapman
                                                                  UNITED STATES BANKRUPTCY JUDGE