NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

United States Bankruptcy Court

SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08-13555(JMP) JOINTLY ADMINISTERED

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
OCM Opportunities Fund VIIb, L.P.

Name and Address where notices to transferee should be sent:

c/o Oaktree Capital Management, L.P.
333 South Grand Ave, 28 Floor
Los Angeles, CA 90071
Attn: William Santangelo

Phone: (213) 830-6233
Last Four Digits of Acct #:

Name of Transferor:
Credit Suisse International

Court Claim #: 18219
Amount of Claim: $133,495,991.35
Date Claim Filed: September 18, 2009
Transferred Amount of Claim: $27,686,000.00
20.739199522% of the total Claim

Phone: 212-538-2905
Last Four Digits of Acct #:

Bank account details of Transferee:

Bank: Bank of NY
ABA: 021-000-018
Acct #: 0000278348
Acct Name: OCM Opportunities Fund VIIb, L.P.-
Oaktree Capital Management, L.P.
Attn: Oksana Cher

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __ April 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

*TO:    THE DEBTOR AND THE BANKRUPTCY COURT*

    For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse International ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to OCM Opportunities Fund VIIb, L.P. ("Purchaser") an undivided interest equal to 20.739199522% (which corresponds to a principal amount of $27,686,000.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18219) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

    Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28 day of April, 2016.

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name: Carole Villoresi
Title: Authorized Signatory

By: _____
Name: Bik Kwan Chung
Title: Authorized Signatory

**OCM OPPORTUNITIES FUND VIIB, L.P.**

By: OCM Opportunities Fund VIIb GP, L.P.
Its: General Partner

By: OCM Opportunities Fund VIIb GP Ltd.
Its: Managing Member

By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name:
Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28 day of April, 2016.

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name:
Title:

By: _____
Name
Title:

**OCM OPPORTUNITIES FUND VIIB, L.P.**

By: OCM Opportunities Fund VIIb GP, L.P.
Its: General Partner

By: OCM Opportunities Fund VIIb GP Ltd.
Its: Managing Member

By: Oaktree Capital Management, L.P.
Its: Director

By: _____
Name:   Rajath Shourie
Title:   Managing Director

By: _____
Name:   Mahesh Balakrishnan
Title:   Managing Director