WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
: 
**In re**                                                               :  **Chapter 11 Case No.**
                                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                            :  **08-13555 (SCC)**
                                                                        :
          **Debtors.**            :  **(Jointly Administered)**
                                                                        :
------------------------------------------------------------------------x
                                                                        :
**In re**                                                               :
                                                                        :  **Case No.**
**LEHMAN BROTHERS INC.,**                                               :
                                                                        :  **08-01420 (SCC) (SIPA)**
          **Debtor.**              :
                                                                        :
------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE NINETY-SEVENTH OMNIBUS
## AND CLAIMS HEARING ON MAY 10, 2016 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

### LEHMAN BROTHERS INC. PROCEEDING

**I.   UNCONTESTED MATTERS:**

1. Trustee's Motion for an Order Authorizing the Abandonment of Certain Lehman Brothers Inc. Data [**LBI ECF No. 13493**]

   Response Deadline:  May 3, 2016 at 4:00 p.m., extended for certain parties to May 4, 2016 and for an additional party to May 6, 2016.

   Responses Received:  None.

   Related Document:

   A.   Notice of Revised Proposed Order **[LBI ECF No. 13592]**

   Status:  This matter is going forward.

2. Trustee's Motion for Authorization to Sell Certain Debt Instruments Pursuant to SIPA Section 78fff-1(b) and Sections 105 and 363 of the Bankruptcy Code [**LBI ECF No. 13494**]

   Response Deadline:  May 3, 2016 at 4:00 p.m., extended for a certain party to May 4, 2016 at 12:00 a.m.

   Responses Received:  None.

   Related Documents:

   A.   Declaration of Christopher K. Kiplok in Support of Motion [LBI ECF No. 13495]

   B.   Notice of Revised Proposed Order and Amended Assignment Agreement **[LBI ECF No. 13587]**

   Status:  This matter is going forward.

## II. **CONTESTED MATTER:**

3. Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 12194**]

   Response Deadline:    March 30, 2016, extended for the Katz claimants to April 1, 2016.

   Response Received:

       A.    Memorandum of Law in Opposition to Trustee's Motion filed by the Katz Claimants [**LBI ECF No. 13461**]

   Related Documents:

       B.    Declaration of Kathleen A. Walker in Support of the Trustee's Motion [**LBI ECF No. 12195**]

       C.    Supplement to Trustee's Motion [**LBI ECF No. 12418**]

       D.    So Ordered Stipulation Concerning the Trustee's Motion for an Order Regarding Certain Repurchase Claims [**LBI ECF No. 12529**]

       E.    Notice of Final Order in Conjunction with the Trustee's Motion for an Order Regarding Certain Repurchase Agreement Claims [**LBI ECF No. 13386**]

       F.    Declaration of Daniel Katz in Opposition to the Trustee's Motion [**LBI ECF No. 13460**]

       G.    Declaration of David J. Hoffman in Opposition to the Trustee's Motion [**LBI ECF No. 13462**]

       H.    Trustee's Reply in Further Support of Trustee's Motion as to Katz Claimants [**LBI ECF No. 13539**]

       I.    Declaration of Anson B. Frelinghuysen in Further Support of Trustee's Reply [**LBI ECF No. 13540**]

       J.    Notice of Hearing on Trustee's Motion Solely as to Katz Claimants [**LBI ECF No. 13541**]

   Status:  This matter is going forward.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**III.** **STATUS CONFERENCE:**

4. Amended Omnibus Application of Certain Individual Committee Members for Payment of Fees and Reimbursement of Expenses [**ECF No. 51685**]

   Response Deadline:    April 18, 2016 at 4:00 p.m.

   Responses Received:  None.

   Related Documents:

   A. Notice of Filing of Supplemental Declaration of David DAmour in Support of Amended Omnibus Application of Certain Individual Committee Members for Reimbursement of Fees and Expenses [**ECF No. 51713**]

   B. Supplemental Application of U.S. Bank National Association, as Trustee, For Allowance of General Unsecured Claim, Deemed Distribution and Credit of Unsecured Claim and Enforcement of Charging Lien [**ECF No. 51726**]

   C. Letter Requesting Status Conference [**ECF No. 52368**]

   Status:  This matter is going forward solely as a status conference.

**IV.** **UNCONTESTED MATTER:**

5. Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers ("Second Motion in Aid") [**ECF No. 52574**]

   Response Deadline:    May 3, 2016 at 4:00 p.m.

   Responses Received:

   A. K & B Capital Corp.'s Memorandum of Law in Opposition to LBHI's Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52667**]

   B. SELCO Community Credit Union's Objection to Lehman Brothers Holdings Inc.'s Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52673**]

4

  C. Skyline Financial Corp.'s Memorandum of Law in Opposition to Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52676**]

  D. Letter response from Targetrate.com [**ECF No. 52690**]

Related Documents: None.

Status: This matter is going forward solely with respect to those parties that did not file an objection to the Second Motion in Aid. This matter is being adjourned until June 2, 2016, at 10:00 a.m. with respect to the parties that filed responses and objections.

## V. CONTESTED MATTER:

6. Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51006**]

Response Deadline: March 23, 2015 at 4:00 p.m.

Responses Received:

  A. Objection of Ironbridge Mountain Cottages, LLC [**ECF No. 52321**]

  B. Objection of Ironbridge Aspen Collection, LLC [**ECF No. 52322**]

  C. Objection of Ironbridge Homes, LLC [**ECF No. 52324**]

  D. Supplement of Ironbridge Homes, LLC [**ECF No. 52682**]

  E. Supplement of Ironbridge Mountain Cottages, LLC [**ECF No. 52683**]

  F. Supplement of Ironbridge Aspen Collection, LLC [**ECF No. 52684**]

Related Document:

  G. Omnibus Reply of Plan Administrator [**ECF No. 52713**]

Status: This matter is going forward.

VI. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

7.  Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

8.  Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

9.  Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

10. Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51692**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

11. Motion of Trinity Investments Limited to Compel Outstanding Distributions on Allowed, Unsatisfied Guarantee Claims [**ECF No. 52309**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

12. Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 52453**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

13. Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers ("Second Motion in Aid") **[Dkt. No. 52574]**

    Status:  This matter is adjourned to June 2, 2016, at 10:00 a.m. solely with respect to the parties that filed responses and objections.

B. **Lehman Brothers Inc. Proceeding**

14. Trustee's Two Hundred Eighteenth Omnibus Objection Seeking to Allow Certain Filed Proofs of Claim in Reduced Amounts and with Proper Classification as Unsecured General Creditor Claims (FX Claims) [**LBI ECF No. 8483**]

    Status:  This matter has been adjourned *sine die* as to Claim No. 9001915.

6

15. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m., solely as to a certain claim.

**C.    Adversary Proceedings**

16. Motion to Dismiss Adversary Proceeding in Lehman Brothers Holdings Inc. v. Daiwa Securities Capital Markets Co. Ltd. **[Adversary Proceeding 15-01431]**

    **Motion to Dismiss Adversary Proceeding**

    Status:  This matter has been adjourned to July 14, 2016 at 10:00 a.m.

17. Lehman Brothers Holdings Inc. v. Stearns Lending, LLC [**Adversary Proceeding** No. 16-01001]

    **Pre-Trial Conference**

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

18. Lehman Brothers Holdings Inc. v. American Bank and Congressional Bancshares, Inc. **[Adversary Proceeding No. 16-01003]**

    **Pre-trial Conference**

    Status:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

19. Lehman Brothers Holdings Inc. v. Standard Pacific Mortgage, Inc. f/k/a/ Family Lending Services, Inc. **[Adversary Proceeding No. 16-01002]**

**Pre-trial Conference**

<u>Status</u>:  This matter has been adjourned to June 2, 2016 at 10:00 a.m.

Dated: May 9, 2016
      New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: May 9, 2016
      New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

8