WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill
John D. Giampolo

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                               :
In re                                                          :    Chapter 11
                                                               :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :    Case No.: 08-13555 (SCC)
                                                               :
             Debtors.                                          :    (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**NOTICE OF RESCHEDULING OF HEARING FOR AMENDED MOTION BY
LEHMAN BROTHERS HOLDINGS INC. TO ENFORCE ITS PLAN AND
CONFIRMATION ORDER AGAINST DEUTSCHE BANK AG, LONDON BRANCH AS
THE HOLDER OF CERTAIN CLAIMS AND FOR OTHER ANCILLARY RELIEF**

**PLEASE TAKE NOTICE** that the *Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* filed April 21, 2016 [ECF No. 52570], as amended by the *Amended Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* filed May 5, 2016 [ECF No. 52691] (as amended, the "**Motion**"), which was scheduled for hearing on May 10, 2016 at 10:00 a.m. (E.S.T.), has been rescheduled for **hearing on June 2, 2016 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "**Hearing**"). The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such

Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

| | |
|---|---|
| Dated: May 9, 2016<br>New York, New York | By: /s/ John D. Giampolo<br>William F. Dahill<br>John D. Giampolo<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br><br>*Counsel for Lehman Brothers Holdings Inc.* |