**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
:
In re                                                                    :        Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*   :        Case No. 08-13555 (JMP)
:
Debtor.                                                          :        Jointly Administered
:
----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*
OF DUNCAN E. BARBER**

Upon the motion of Duncan E. Barber, to be admitted *pro hac vice*, to represent Ironbridge Mountain Cottages, LLC, Ironbridge Homes, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen in this bankruptcy proceeding; it is hereby

**ORDERED**, that Duncan E. Barber is admitted to practice, *pro hac vice*, in the above referenced bankruptcy proceeding, in the United States Bankruptcy Court, Southern District of New York, subject to payment of the filing fee.

Dated: New York, New York                          /S/ Shelley C. Chapman
_____May 10_, 2016, ▮                               UNITED STATES BANKRUPTCY JUDGE