UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re : Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No.: 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------x

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR AMENDED MOTION BY LEHMAN BROTHERS HOLDINGS INC. TO ENFORCE ITS PLAN AND CONFIRMATION ORDER AGAINST DEUTSCHE BANK AG, LONDON BRANCH AS THE HOLDER OF CERTAIN CLAIMS AND FOR OTHER ANCILLARY RELIEF**

**WHEREAS**, on April 21, 2016 Lehman Brothers Holdings Inc. ("**LBHI**"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors,* filed the *Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG as the Holder of Certain Claims and for Other Ancillary Relief* [ECF No. 52570] against Deutsche Bank AG, London Branch ("**Deutsche Bank**") requesting a hearing date of May 10, 2016, which was amended by the *Amended Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG as the Holder of Certain Claims and for Other Ancillary Relief* filed May 5, 2016 [ECF No. 52691] (as amended, the "**Motion**"); and

**WHEREAS**, the undersigned counsel for LBHI and the undersigned counsel for Deutsche Bank have conferred and agreed to the following briefing schedule for the Motion.

**THEREFORE IT IS HEREBY STIPULATED AND AGREED**, by and between LBHI and Deutsche Bank, by their respective undersigned counsel, as follows:

1.  The deadline for Deutsche Bank to file and serve any papers in opposition to the Motion is May 16, 2016;

1

2.      LBHI's deadline to file a reply in further support of its Motion is May 27, 2016;

3.      The Court will hear arguments on the Motion on the omnibus hearing date currently scheduled for June 2, 2016 at 10:00 a.m. pursuant to the *Notice of Rescheduling of June 14, 2016 Omnibus Hearing to June 2, 2016* [ECF No. 52632]; and

4.      This stipulation and order is without prejudice to the rights of LBHI and Deutsche Bank to request any modifications to the briefing schedule herein upon mutual agreement of LBHI and Deutsche Bank.

Dated: May 9, 2016

By: */s/ John D. Giampolo*
William F. Dahill
John D. Giampolo
WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300

*Counsel for Lehman Brothers Holdings Inc.*

By: */s/ Joshua Dorchak*
Joshua Dorchak
Matthew C. Ziegler
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Counsel for Deutsche Bank AG, London Branch*

**IT IS SO ORDERED:**

Dated: May 9, 2016
        New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE