B210A (Form 210A) (12/09)

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                                Case No. 08-13555

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Banco Popular Español, S.A. | Citibank Espana, S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Attn: MARCOS SUBIES ALVAREZ/ MARIA ISABEL CONESA MUÑOZ

Address: calle Abelias , n°1 (28042 Madrid)

Phone: +34 91 624.10.65

Email: : msubies@bancopopular.es;
miconesa@bancopopular.es

Court Claim # (if known): 55402

Total Amount of Claim Filed: $ 2,039,850.08
Allowed Amount of Claim Transferred:       $ 1,710,617.34
(100% of the Allowed Amount)
Date Claim Filed: October 29, 2009

Name and address where transferee payments should be sent
(if different from above):

Banco Popular Español, S.A.

BIC: POPUESMM

**Acc/NUMBER / IBAN: ES97 0075 0500 10 999 999 9999**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_   Date: 9-5-2016
Transferee/Transferee's Agent

By: _____   Date: _____
Transferor/Transferor's Agent

B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.　　　　　　　　　　Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BancoPopular-E, S.A. | Citibank Espana, S.A. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Avenida de Europa 19, P.E. La Moraleja
28108, Alcobendas
Madrid, Spain
Attn: José Pons Parra & Luis Planas de la Cámara
Phone: +34 91 663 12 96 / +34 91 663 80 76
Email: jose.ponsparra@citi.com /
luis.javier.j.planas@citi.com

Court Claim # (if known): 55402

Total Amount of Claim Filed: $ 2,039,850.08
Allowed Amount of Claim Transferred:
$ 1,710,617.34 (100% of the Allowed Amount)
Date Claim Filed: October 29, 2009

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____　　　　　Date: _____
　　　Transferee/Transferee's Agent

By: _/s/ Jose Alberto Pascual/_　　　　　　　　　Date: November 16, 2015
　　　Transferor/Transferor's Agent

　　　JOSE ALBERTO PASCUAL