**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile:  (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA SPA

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

CORRECTED NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by BANCA AKROS SPA  ("Banca ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") which has been designated as claim no. 56168 (the "Claim").   ICCREA BANCA, SPA ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of a ratable portion of the claim in the amount of $14,468.20 (which represents 2.352941176% of XS0208459023 (which relates to the allowed amount of $614,898.58 of XS0208459023)) held by Transferor.  A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA SPA

Name and Address Where
　Notices to Assignee Should be Sent:
　Via Lucrezia Romana 41 – 47
　00178 Roma
　Italy
　Attn.: Avv. Antonio Torre
　Legal Director

**Name of Transferor**: BANCA AKROS S.p.A.

　　　　The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period.  The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

| | |
|---|---|
| Dated:  New York, New York<br>　　　　May 9, 2016 | **ORRICK, HERRINGTON & SUTCLIFFE LLP**<br><br>By:  */s/ Lorraine S. McGowen*<br>　　　Lorraine S. McGowen, Esq.<br>　　　51 West 52nd Street<br>　　　New York, NY 10019-6142<br>　　　Telephone: (212) 506-5000<br>　　　Facsimile:  (212) 506-5151<br><br>　　　ATTORNEYS FOR TRANSFEREE<br>　　　ICCREA BANCA S.p.A. |

2