B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re LEHMAN BROTHERS HOLDING LTD       ,        Case No. 08-13555 (JMP )

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HARESH DIALDAS DALAMAL | LADY PARK HOLDINGS LTD |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
HARESH DALAMAL, 92 NORTHGATE, LONDON NW8 7EJ, U.K.
Email Is: hdalamal@gmail.com
Phone: +447796266077
Last Four Digits of Acct #: _____

Court Claim # (if known): 35920
Amount of Claim: $38,039.60
Date Claim Filed: 10/01/2009

Phone: +442075869161
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: HARESH DIALDAS DALAMAL          Date: 04/13/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
APR 25 2016
U.S. BANKRUPTCY COURT