B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re <u>LEHMAN BROTHERS HOLDING LTD</u>,    Case No. <u>08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>HARESH DIALDAS DALAMAL</u>              <u>LADY PARK HOLDINGS LTD</u>
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known): <u>35921</u>
should be sent:                                                  Amount of Claim: <u>$75,480.20</u>
HARESH DALAMAL, 92 NORTHGATE,             Date Claim Filed: <u>10/01/2009</u>
LONDON NW8 7EJ, U.K.
E mail ID : hddalamal@gmail.com
Phone: <u>+447796266077</u>                                    Phone: <u>+442075869161</u>
Last Four Digits of Acct #: _____                        Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

*[signature]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>HARESH DIALDAS DALAMAL</u>            Date: <u>04/13/2016</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED APR 25 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK