# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

May 10, 2016

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Seventy-sixth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested that we submit this monthly report to the Court (the seventy-sixth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of today's omnibus hearing.

In the 42 days following the last prior report, no new ADR Notices were served, leaving the total at 496 ADR Notices served in Tiers One and Two. In this most recent reporting period, the Lehman entities closed settlements with the counterparties in eight additional ADR matters (all following mediation). Including the $76,241,956 from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have now received an aggregate of $3,130,569,471 new dollars for the various estates through the receivables ADR process. Settlements have been achieved in 440 ADR matters involving 556 counterparties.

Honorable Shelley C. Chapman  
May 10, 2016  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 257 ADR matters that have reached the mediation stage and been concluded, 248 have been settled in or subsequent to mediation; only nine mediations have terminated and remain unsettled. While there were several additional receivables mediations subsequent to the last prior report, no additional mediations currently are scheduled.

Respectfully submitted,

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)

WEIL:\95708708\1\58399.0011