EXHIBIT A-2

# FORM OF NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC,    Case No. 08 - 13555 (SCC)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **BARCLAYS BANK PLC** | **Emerging Markets (Quantitative) Master LP** (formerly known as Goldman Sachs Quantitative Strategies Emerging Markets Master Fund L.P.) acting through its general partner Goldman Sachs Emerging Markets GP, LLC |

Court Claim # (if known):    20787

Amount of Claim:    GBP 177,347.00

Date Claim Filed:    September 21, 2009

Name and Address where notices to transferee should be sent:

Barclays Bank PLC
1301 Avenue of the Americas
New York, NY 10019
Attn.: Alexander Wilk

Name and Address where transferee payments should be sent (if different from above):

NY 76068290v4

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief,

By: _____    Jenna Yoo    Date: May  5 , 2016
Transferee/Transferee's Agent    Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to *5* years, or both. 18 U.S.C. §1152 & 3571.

NY 76068290v4

## EVIDENCE OF TRANSFER OF LBHI CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **Emerging Markets (Quantitative) Master LP** (formerly known as Goldman Sachs Quantitative Strategies Emerging Markets Master Fund L.P.) acting through its general partner Goldman Sachs Emerging Markets GP, LLC ("Seller") has unconditionally and irrevocably sold, transferred and assigned to **Barclays Bank PLC** ("Buyer") all of Seller's rights, title and interest in and to Seller's claim (which has been assigned proof of claim no. **20787** (the "Claim") against Lehman Brothers Holdings Inc. ("Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (Jointly Administered).

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of Debtor and the Bankruptcy Court, and hereby waives any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring the Claim to Buyer and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs Debtor, the Bankruptcy Court and all other interested parties that all notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall hereafter be delivered or made to Buyer.

NY 76068290v4

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 5 day of May, 2016.

| SELLER: | BUYER: |
|---|---|
| **EMERGING MARKETS (QUANTITATIVE) MASTER LP** | **BARCLAYS BANK PLC** |
| By: Goldman Sachs Emerging Markets GP, LLC, as its general partner | |
| By: Goldman Sachs Asset Management, L.P., as its manager and sole member | |
| Name: KENNETH TOPPING | Name: |
| Title: MANAGING DIRECTOR | Title: Jenna Yoo, Authorized Signatory |

NY 76068290v4