**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
In re:                                                                          :  Chapter 11
                                                                                :
                                                                                :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                        :
                                                                                :  (Jointly Administered)
                         Debtors.                                               :
                                                                                :  Ref. Docket Nos. 52611, 52612
                                                                                :  and 52630
                                                                                :
                                                                                :
------------------------------------------------------------------------------- X

## **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 6, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 6, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                       /s/ *Forrest Kuffer*
                                                      Forrest Kuffer

Sworn to before me this
10th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000105667076 ***   LBH TRFNTC (MERGE2, TXNUM2) 4000119160



VARDE FUND IX LP, THE
TRANSFEROR: BARCLAYS BANK PLC
ATTN: EDWINA PJ STEFFER
901 MARQUETTE AVE S, SUITE 3300
MINNEAPOLIS, MN 55402

Please note that your claim # 60865-10 in the above referenced case and in the amount of $438,000.00 allowed at $94,515.78 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: VARDE FUND IX LP, THE
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    52630    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/06/2016          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 6, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N EDB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE |

| Claim Name | Address Information |
|---|---|
| VARDE FUND X (MASTER) LP, THE | 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 46**