**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Michael J. Moscato
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE PLAN ADMINISTRATOR'S OBJECTION TO DEMANDS FOR POSTPETITION INTEREST RELATED TO CLAIM NO. 28308

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [ECF No. 52453], **without prejudice**.

Dated: May 12, 2016
      New York, New York

                                        **CURTIS, MALLET-PREVOST,**
                                         **COLT & MOSLE LLP**

                                        By:  */s/ L. P. Harrison 3rd*
                                              L. P. Harrison 3rd
                                              Michael J. Moscato
                                              Cindi Eilbott Giglio
                                        101 Park Avenue
                                        New York, New York 10178-0061
                                        (212) 696-6000

                                        *Counsel for Lehman Brothers Holdings Inc.*
                                         *and Certain of Its Affiliates*

1