Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>          Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Credit Suisse Securities (Japan) Limited | Credit Suisse AG, Hong Kong Branch |
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:

Klestadt Winters Jureller Southard & Stevens, LLP,
200 West 41st Street, 17th Fl, New York, New York
10036 Attn: Stephanie Sweeney

Court Claim # (if known): <u>No. 55828</u>
Date Claim Filed: <u>Oct, 29, 2009</u>
Amount of Claim: <u>JPY 100,000,000</u>
Portion of Claim Transferred (see
Schedule I): <u>Please see attached.</u>

Phone: <u>(212) 972-3000 x108</u>
Last Four Digits of Acct #: _____

Phone: <u>+852 2841 5622</u>
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: _____ /5 April 2016 _____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

<u>**EVIDENCE OF TRANSFER OF CLAIM**</u>

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse AG, Hong Kong Branch ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse (Japan) Limited** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55828**), **JPY 100,000,000** in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [11 APR 2016]

**Credit Suisse AG, Hong Kong Branch**

By: _____
Name:                    A V P
Title:
                CREDIT   SUISSE

By: _____
Name:
Title:       SYLUS TUNG TER SOON
                VICE PRESIDENT
            CREDIT SUISSE

# SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0335394879 | **55828** | Oct 29, 2009 | LEHMAN BROTHERS | JPY 100,000,000 |