WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William F. Dahill
John D. Giampolo

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                       :    Chapter 11
:
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,  :    Case No.: 08-13555 (SCC)
:
Debtors.                          :    (Jointly Administered)
:
------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL FOR AMENDED MOTION BY LEHMAN BROTHERS HOLDINGS INC. TO ENFORCE ITS PLAN AND CONFIRMATION ORDER AGAINST DEUTSCHE BANK AG, LONDON BRANCH AS THE HOLDER OF CERTAIN CLAIMS AND FOR OTHER ANCILLARY RELIEF**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors,* hereby withdraws **without prejudice** the *Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* filed April 21, 2016 [ECF No. 52570], as amended by the *Amended Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief* filed May 5, 2016 [ECF No. 52691].

| | |
|---|---|
| Dated: May 13, 2016<br>New York, New York | By: */s/ John D. Giampolo*<br>William F. Dahill<br>John D. Giampolo<br><br>WOLLMUTH MAHER & DEUTSCH LLP<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br><br>*Counsel for Lehman Brothers Holdings Inc.* |