**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | ) Case No. 08-13555-scc |
| | ) |
| Debtors. | ) |
| | ) |

---

**STIPULATION AND ORDER REGARDING**
**HEARING DATE AND BRIEFING**
**SCHEDULE ON SECOND MOTION IN AID OF ALTERNATIVE**
**DISPUTE RESOLUTION PROCEDURES ORDER**
**FOR INDEMNIFICATION CLAIMS OF THE DEBTORS**
**AGAINST MORTGAGE LOAN SELLERS FOR CERTAIN PARTIES**

WHEREAS, on April 22, 2016, Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") filed a Second Motion in aid of the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller ("Second Motion in Aid") requesting a responsive pleading deadline of May 3, 2016 and a hearing date of May 10, 2016;

WHEREAS LBHI has a substantially similar Motion in Aid of the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Seller scheduled for June 2, 2016;

WHEREAS Churchill Mortgage, Summit Mortgage Corporation, Republic Mortgage Home Loans, LLC, Academy Mortgage Corporation, Gateway Funding Diversified Mortgage Services, L.P., and Finance of America, LLC (collectively, the "Parties") and LBHI have met and conferred and agreed to adjourn the Second Motion in Aid to July 12, 2016 as to the Parties in the interest of judicial economy;

1

WHEREAS Churchill Mortgage, Summit Mortgage Corporation, Republic Mortgage Home Loans, LLC, Academy Mortgage Corporation, Gateway Funding Diversified Mortgage Services, L.P., Finance of America, LLC and LBHI have conferred and agreed to a consolidated briefing schedule for LBHI's Motion whereby the Parties' opposition is due on June 17, 2016 and LBHI's Reply if any is due July 8, 2016;

THEREFORE IT IS HEREBY STIPULATED AND AGREED, by and between LBHI and the Parties, by their respective and undersigned counsel, as follows:

1. The deadline for the Parties to oppose the Second Motion in Aid is June 17, 2016;

2. LBHI's deadline to file a Reply in further support of its Second Motion in Aid is July 8, 2016; and

3. The Court will hear arguments on the Second Motion in Aid on July 12, 2016 at 10:00 a.m.

Dated: May 13, 2016

| | |
|---|---|
| */s/ Adam M. Bialek* _____ | s/ *Evans Prieston, Esq.* |
| William A. Maher | Evans Prieston, Esq. |
| Paul R. DeFilippo | James W. Brody, Esq |
| James N. Lawlor | (*Pro Hac Vice Pending*) |
| Adam M. Bialek | Tracy Henderson, Esq. |
| Fletcher W. Strong | (*Pro Hac Vice Pending*) |
| | |
| WOLLMUTH MAHER & DEUTSCH LLP | AMERICAN MORTGAGE LAW GROUP |
| | 75 Rowland Way, Suite 350 |
| 500 Fifth Avenue | Novato, California 94945 |
| New York, New York 10110 | Facsimile: (415) 878-0035 |
| Telephone: (212) 382-3300 | Telephone: (415) 878-0030 |
| Facsimile: (212) 382-0050 | |
| *Counsel for Lehman Brothers Holdings Inc.* | BLANK ROME LLP |
| | The Chrysler Building |
| | 405 Lexington Avenue |

2

| | |
|---|---|
| ROLLIN BRASWELL FISHER LLC | New York, NY 10174-0208<br>Telephone: 212.885.5218<br>Facsimile: 917.332.3083 |
| 8350 E. Crescent Pkwy., Suite 100<br>Greenwood Village, Colorado 80111 | Timothy W. Salter<br>Jill E. Allward |
| Telephone: (303) 945-7415<br>Facsimile: (303) 974-7468<br>Michael A. Rollin<br>Maritza Dominguez Braswell<br>(pro hac vice) | |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Churchill Mortgage, Summit Mortgage Corporation, Academy Mortgage Corporation, Gateway Funding Diversified Mortgage Services, L.P., Finance of America, LLC and Republic Mortgage Home Loans, LLC,* |

**IT IS SO ORDERED:**

New York, New York

May_____, 2016

/s/_____
HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY
JUDGE