FILED / RECEIVED

APR 25 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc. , Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Mirabaud & Cie Geneve
Name of Transferee

Credit Suisse (Monaco) SAM
Name of Transferor

Name and Address where notices to transferee should be sent:
Mirabaud & Cie, 29, Boulevard Georges Favon, 1204 Geneva, att. Mr. Fernandez

Court Claim # (if known): 55817
Amount of Claim: 980,000.00 EUR
Date Claim Filed: 10/29/2009

Phone: +41 58 816 2223
Last Four Digits of Acct #: _____

Phone: +377 93 15 2729
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Mirabaud & Cie, Geneve        Date: 04/20/2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Renate Wey
First Vice President

Fernando Fernandez
Senior Officer

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **CREDIT SUISSE (MONACO) SAM** ("Transferor") unconditionally and irrevocably transferred to _MIRABAUD & CIE GENEVE____ ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **(Claim No. _55817_)** in the nominal amounts specified in schedule 1 related to the securities with International Securities Identification Numbers listed in Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS _4th_ day of November 2015.

CREDIT SUISSE (MONACO) SAM
(Transferor)

By: _____
Name:   Bernard Achary
Title:   Head of Operations

By: _____
Name:   Marc Solsona
Title:   Head of Securities Dept.

Page 1 of 2

[[NYCORP:3427113v2:3145E: 07/17/2014--10:33 AM]]

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim No. 55817 :

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount/Nominal Amount/ Amount of Claim related to Security |
|---|---|---|---|---|
| XS0218304458 | 55817 | October 29, 2009 | LEHMAN BROTHERS TREASURY BV | EUR 250'000 |
| XS0229584296 | 55817 | October 29, 2009 | LEHMAN BROTHERS TREASURY BV | EUR 730'000 |

Gross 2
LA POSTE

Affr Poste
2090020
30001541

(A)

LEHMAN BROTHERS HOLDINGS CLAIMS PROCESSING
C/O EPIQ BANKRUPTCY SOLUTIONS, LLC
FDR STATION, P.O. BOX 5076
NEW YORK, NY 10150-5076