# **EVIDENCE OF TRANSFER OF CLAIM**

FILED / RECEIVED

APR 27 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Augsburger Aktienbank AG, Halderstrasse 21, 86150, Germany** ("Transferor") unconditionally and irrevocably transferred to **Mr. Gunter Kosalla, Am Tännigt 41 A, 09212 Limbach-Oberfrohna, Germany** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **44578**) in the amount of $ USD **35,867.63** (claim amount as filed), respectively USD **35,477.64** (Allowed Claim Amount) related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments ort distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 29th day of February, 2016.

**Augsburger Aktienbank AG**

By:

| | | |
|---|---|---|
| Name of person signing: | Martin Dumbs | Arnd Richter |
| Title of person signing: | dept. chief | subst. dept. chief |

**SCHEDULE**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

Under POC number 44578, 25.5102 % (equal to Principal EUR 25,000.00 of Principal EUR 98,000.00 / USD 140,601.12 Claimed / USD 139,072.36 Allowed, the outstanding amount of the POC as the date of this Agreement).

USD **35,867.63** (Claim Amount as Filed), respectively USD **35,477.64** (Allowed Claim Amount), together with interest, fees, expenses and other recoveries due

| ISIN | Court Claim # | Date Claim Filed | Issuer | Principal Amount / Nominal Amount / Amount of Claim / Units related to Security |
|---|---|---|---|---|
| XS0238337439 | 44578 | 10/13/2009 | Lehman Brothers Treasury Co. B.V. | **USD 35,867.63** (claim amount as filed) **USD 35,477.64** (Allowed Claim Amount) **EUR 25'000** (Nominal Amount) |

Augsburger Aktienbank AG   86135 Augsburg

Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
U.S.A.



4/23

Augsburger Aktienbank AG
86135 Augsburg

