B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc. et al.            ,          Case No.   08-13555 (SCC)


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


| Raiffeisenbank a.s. | Citibank Europe plc, organizační složka |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Raiffeisenbank a.s., Hvezdova 1716/2b,
  140 78 Prague, Czech Republic

Court Claim # (if known):   55409
Amount of Claim:   $31,007,123.00
Date Claim Filed:   10/29/2009

Phone:   +420775058958
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):



Phone:
Last Four Digits of Acct #:

*(stamp:)* 2016 MAY -2 P 12: 51    S.D.N.Y.    FILED U.S. BANKRUPTCY COURT


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Vladimir Kreidl          Jan Pudil          Date:  04/18/2016
    Transferee/Transferee's Agent

*(signature)*

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citibank Europe plc, organizacni slozka** ("Assignor") unconditionally and irrevocably transferred to **Raiffeisenbank a.s.** ("Assignee") all of Assignor's right, title, interest, claims and causes of action in and to, or arising under or in connection with, of its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) of $31,007,123 against **Lehman Brothers Holdings Inc.** (the "Debtor"), the debtor in chapter 11 Case No. 08-13555 (SCC) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (**No. 55409**) filed by the Assignor, with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim, recognizing Assignee as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this _____24_____ day of March 2016.

**Citibank Europe plc, organizacni slozka**

_____

**By: Mr. Michal Nebeský, director**

| **United States Bankruptcy Court/Southern District of New York** | | **LEHMAN SECURITIES PROGRAMS** |
|---|---|---|
| Lehman Brothers Holdings Claims Processing Center<br>c/o Epiq Bankruptcy Solutions, LLC<br>FDR Station, P.O. Box 5076<br>New York, NY 10150-5076 | | **PROOF OF CLAIM** |

| In Re:<br>Lehman Brothers Holdings Inc., et al.,<br>Debtors. | Chapter 11<br>Case No 08-13555 (JMP)<br>(Jointly Administered) | Filed: USBC - Southern District of New York<br>Lehman Brothers Holdings Inc., Et Al.<br>08-13555 (JMP)    0000055409 |
|---|---|---|

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

|  |  |
|---|---|
| Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)<br>Citibank Europe plc, organizacni slozka<br>Evropska 178,  166 40  Prague 6, Czech Republic<br>Attention: Kenneth Quinn<br><br>With copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064, Attention: Douglas R. Davis<br>Telephone number: (212) 373-3000    Email Address: | ☐ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>(If known)<br><br>Filed on: _____ |
| Name and address where payment should be sent (if different from above)<br><br><br><br>Telephone number:          Email Address: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars. |

1.  Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008.  The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $ __Please See Attachment__    (Required)

☒    Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2.    Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates.  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN):**    __Please See Attachment__    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim.  You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf).  If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

   __Please See Attachment__                              (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**
   __Please See Attachment__                              (Required)

| 5. Consent to Euroclear Bank, Clearstream Bank or Other Depository:  By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions. | FOR COURT USE ONLY<br><br>**FILED / RECEIVED**<br><br>OCT 2 9 2009<br><br>EPIQ BANKRUPTCY SOLUTIONS, LLC |
|---|---|

| Date.<br><br>OCT. 12, 2009 | Signature:   The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>HEAD OF BRANCH |
|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571

KENNETH QUINN

**ATTACHMENT TO PROOF OF CLAIM OF**
**CITIBANK EUROPE PLC, ORGANIZACNI SLOZKA**
**AGAINST LEHMAN BROTHERS HOLDINGS INC.**

1.      Commencing on September 15, 2008 (the "Petition Date") and periodically thereafter, Lehman Brothers Holdings Inc. ("LBHI"), and certain of its subsidiaries (LBHI, together with such subsidiaries, the "Debtors"), filed voluntary petitions (the "Chapter 11 Cases") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"). The Chapter 11 Cases are being jointly administered under Chapter 11 Case No. 08-13555 (JMP) (Bankr. S.D.N.Y. 2008).

2.      On July 2, 2009, the Bankruptcy Court entered that certain *Order Pursuant to Section 502(b)(9) of the Bankruptcy Code and Bankruptcy Rule 3003(c)(3) Establishing the Deadline for Filing Proofs of Claim, Approving the Form and Manner of Notice Thereof and Approving the Proof of Claim Form* [Docket No. 4271] (the "Bar Date Order") which, among other things, establishes November 2, 2009 at 5:00 pm (ET) as the deadline (the "Bar Date") for each person or entity (including, without limitation, each individual, partnership, joint venture, corporation, estate, trust and governmental unit) to file proofs of claim based on any Lehman Programs Security, as identified on the Debtors' website, against the Debtors (the "Securities Programs Bar Date").

3.      Citibank Europe plc, organizacni slozka (the "Claimant") accordingly files this Lehman Programs Securities Proof of Claim (the "Proof of Claim") for various amounts owing to Claimant by LBHI in respect of Lehman Programs Securities held by Claimant in a proprietary capacity on Claimant's own behalf and/or in a custodial capacity on behalf of one or

more of Claimant's customers.[1]  As of the filing of this Proof of Claim, Claimant is the record

holder of or represents the record holder of the Lehman Programs Securities listed on Exhibit A

attached hereto.[2]

4.      Claimant is the record holder or representative of the record holder of Lehman

Programs Securities in the aggregate principal amount of USD 31,007,123, which may consist in

whole or in part of the US Dollar equivalent as of September 15, 2008 of the claims covered

hereby.  LBHI either issued, or guaranteed the full and punctual payment of all obligations

related to the Lehman Programs Securities.  Accordingly, LBHI remains liable to Claimant for

no less than USD 31,007,123 together with all accrued and unpaid interest or other return as of

September 15, 2008 (the "Lehman Programs Securities Claim").

5.      Additionally, Claimant may have acted as a direct or indirect distributor or broker

in connection with the sale and distribution of Lehman Programs Securities, including Lehman

Programs Securities not identified on Exhibit A (collectively, the "Lehman Program Securities

Issuances").  In connection with the Lehman Programs Securities Issuances, Claimant entered

into various indemnification and other agreements with the Debtors (collectively the

"Indemnification Agreements").

6.      LBHI guaranteed the obligations of numerous of LBHI's subsidiaries and

affiliates, some of which directly issued the Lehman Programs Securities.  Specifically, LBHI

issued the following guarantees:  (a) that certain Unanimous Written Consent of the Executive

Committee of the Board of Directors of Lehman Brothers Holdings Inc. dated June 9, 2005,

---

[1]      The Bar Date Order provides "claims based on any Lehman Program Security shall not be disallowed on the ground that such claims were not filed by the proper party or an authorized agent, as contemplated by Bankruptcy Rule 3001(b)." Bar Date Order at p. 14.

[2]      The Bar Date Order provides "persons or entities that file claims based on any Lehman Program Security are not required to attach or submit any documentation supporting any claim based on such Lehman Program Security." Bar Date Order at p. 14.

2

under which LBHI guaranteed payment of all liabilities, obligations and commitments of numerous LBHI subsidiaries (the "LBHI Board Guarantee"); (b) that certain Guaranty dated January 7, 2004, as amended on September 9, 2008, under which LBHI guaranteed to Citigroup Inc., and each subsidiary or affiliate thereof, including Claimant, the payment of all Obligations (as defined therein) of various subsidiaries of LBHI (as amended, the "January 2004 Guarantee"); (c) that certain Guaranty dated July 26, 2005, under which LBHI guaranteed to Citigroup Inc., and each subsidiary or affiliate thereof, including Claimant, the payment of all Obligations (as defined therein) of various subsidiaries of LBHI (the "July 2005 Guarantee"); (d) a representation from the Debtors dated April 24, 2008 specifically referencing LBHI's full guarantee of all liabilities, obligations and commitments of numerous LBHI subsidiaries (the "April 2008 Guarantee Statement"); and (e) that certain Guarantee of Lehman Brothers Holdings Inc. as addressed to Standard & Poor's Rating Services, dated January 4, 2008, under which LBHI guaranteed payment of all liabilities, obligations and commitments of LBIE (the "S&P Guarantee," and collectively, with the LBHI Board Guarantee, the January 2004 Guarantee, the July 2005 Guarantee, and the April 2008 Guarantee Statement, the "LBHI Guarantees").

7.    Claimant hereby asserts additional claims for contractual, statutory and common law rights of indemnity, contribution, reimbursement, set-off and liability against the Debtors and the subsidiaries and affiliates of the Debtors covered by the LBHI Guarantees arising from the Indemnification Agreements and/or from the Lehman Programs Securities Issuances (the "Indemnity Claims"). With respect to the Indemnity Claims, Claimant is entitled to reimbursement by the Debtors for any and all expenses incurred by Claimant in connection with any and all threatened, pending, completed and/or future claims, actions, suits or proceedings and any appeal therefrom, whether civil, criminal, administrative or investigative, involving or

3

related to Claimant, or in which Claimant was, is or may be a party, or was, is or may become involved as a witness or third party, by reason of Claimant's participation in the Lehman Programs Securities Issuances.

8.    The amount of Claimant's contingent claims cannot be reasonably calculated or estimated at this time, but Claimant does not waive its right to seek payment from the Debtors by not currently stating a specific amount.  Claimant reserves the right to assert additional claims including the right to claim that all or any portion of the losses, claims, damages, liabilities, legal or other expenses incurred by Claimant after the Petition Date are administrative expenses entitled to priority treatment under Section 507(a)(2) of the Bankruptcy Code or otherwise.

9.    Claimant has filed this Proof of Claim under compulsion of the Bar Date Order and to protect the Claimant from forfeiture of Claimant's claims against the Debtors by reason of the Securities Programs Bar Date.  Claimant reserves the right to amend and/or supplement this Proof of Claim at any time, including after any bar date, in any manner, and/or to file additional proofs of claim for any additional claims which may be based on the same or additional documents or grounds of liability.

10.    The filing of this Proof of Claim shall be without prejudice to any previous, contemporaneous or future claims made by or on behalf of Claimant or any of its affiliates against LBHI or any of its affiliates in this or any other proceeding, including, without limitation, any proofs of claim that may be filed against Lehman Brothers Treasury Co. B.V., Lehman Brothers Securities N.V., or any other entity which issued Lehman Programs Securities.

11.    Claimant hereby expressly reserves the right to amend and/or supplement this Proof of Claim at any time to restate the amount of the Lehman Programs Securities Claim based

4

on the method ultimately used to value the Lehman Programs Securities referenced herein,

including, without limitation, the ultimate determination of the applicable interest or coupon rate,

or other return, or the principal-protected amount, on any Lehman Program Security.

Additionally, nothing contained in this Proof of Claim shall prejudice or limit Claimant's right to

receive any distribution with respect to the Lehman Programs Securities Claim based on any

valuation method that is ultimately used to value any Lehman Program Security.

      12.      Claimant hereby expressly reserves the right to amend and/or supplement this

Proof of Claim at any time and in any manner, including without limitation to assert: (a) claims

for interest, fees, penalties, charges, attorneys' fees and expenses accrued before or after the

Petition Date; (b) claims for any future distributions or rights to distributions arising from any of

the securities identified herein (*e.g.*, dividends, coupons, warrants, etc.); and (c) any claims

arising from the successful prosecution or settlement (if any) of any avoidance causes of action

(or any other cause of action seeking recovery of payments made to, or setoffs or nettings

effectuated by, Claimant) against Claimant whether or not related to or arising from the

transactions and agreements set forth herein.  Claimant further reserves the right to file additional

proofs of claim or applications for allowance of administrative expenses or other priority status

in this or any other proceeding arising from or related to the claims described herein, including

for treatment as provided in section 503(b) of the Bankruptcy Code.

      13.      Without limiting the rights otherwise asserted in this Proof of Claim, Claimant

hereby preserves and reserves all rights of setoff against LBHI whether in respect of claims

directly between Claimant and LBHI, claims between affiliates of Claimant and LBHI or claims

between Claimant, or its affiliates, and affiliates of LBHI, including, without limitation, under

sections 362(b)(6), 362(b)(7), 362(b)(17), 362(b)(27), 553, 555, 556, 559, 560 and 561 of the

5

Bankruptcy Code, under any agreement or other instrument, under applicable non-bankruptcy law or otherwise.

14.     In executing and filing this Proof of Claim, Claimant does not waive (a) any obligation owed to Claimant under any contracts described herein and that may be attached as exhibits hereto, or (b) any past, present or future breaches of such contracts by the Debtors or any of their affiliates. Claimant further does not waive (and this Proof of Claim shall not be deemed or construed to waive) any claims or right to assert any claims, or preserve any remedies, including setoff and recoupment, that Claimant has against any of the Debtors, Lehman Brothers Inc., Lehman Brothers International (Europe) or any other affiliates of the Debtors, whether arising from or related to transactions described herein or otherwise.

15.     The filing of this Proof of Claim is not and shall not be deemed or construed as: (a) a waiver or release of Claimant's rights against any person, entity, or property, or a waiver of the right to compel the Debtors to return property of Claimant currently in the possession of the Debtors; (b) a consent by Claimant to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving Claimant; (c) a waiver or release of Claimant's right to trial by jury in this Court or any other court in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights or in any case, controversy, or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (d) a consent by Claimant to a jury trial in this Court or any other court in any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto, pursuant to 28 U.S.C. § 157(e) or otherwise; (e) a waiver or release of Claimant's right to have

6

any and all final orders in any and all non-core matters or proceedings entered only after *de novo*

review by a United States District Court Judge or, if applicable, the Second Circuit Court of

Appeals; (f) a waiver of the right to move to withdraw the reference with respect to the subject

matter of this Proof of Claim, any objection thereto or other proceeding which may be

commenced in this case against or otherwise involving Claimant; or (g) an election of remedies.

16.    All notices regarding this Proof of Claim should be sent to: Citibank Europe plc,

organizacni slozka, Evropska 178, 166 40 Prague 6, Czech Republic, <u>Attention</u>: Kenneth Quinn,

with copies to Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas,

New York, New York 10019-6064, Telephone number: (212) 373-3000, <u>Attention</u>: Douglas R.

Davis.

7

## EXHIBIT A

## LEHMAN PROGRAMS SECURITIES

## EXHIBIT A

### CREDITOR - CITIBANK EUROPE PLC, ORGANIZACNI SLOZA

| ISIN | DEPOSITORY PARTICIPANT ACCOUNT NUMBER | DEPOSITORY | CURRENCY | PRINCIPAL AMOUNT | CONVERTED PRINCIPAL AMOUNT IN US DOLLARS* | DEPOSITORY BLOCKING REFERENCE NUMBER |
|---|---|---|---|---|---|---|
| XS0249774711 | 82085 | CLEARSTREAM | CZK | 57,203,000 | $3,368,608 | CA39810 |
| XS0304635286 | 82085 | CLEARSTREAM | CZK | 45,450,000 | $2,676,489 | CA39811 |
| XS0310995955 | 82085 | CLEARSTREAM | CZK | 68,850,000 | $4,054,484 | CA39819 |
| XS0315528777 | 82085 | CLEARSTREAM | CZK | 47,100,000 | $2,773,656 | CA39813 |
| XS0331334481 | 82085 | CLEARSTREAM | CZK | 172,500,000 | $10,158,293 | CA39812 |
| XS0338082752 | 82085 | CLEARSTREAM | CZK | 113,900,000 | $6,707,418 | CA39816 |
| XS0352062565 | 82085 | CLEARSTREAM | CZK | 9,550,000 | $562,387 | CA39817 |
| XS0354043258 | 82085 | CLEARSTREAM | EUR | 497,000 | $705,790 | CA39818 |
| | | | | TOTAL: | $31,007,123 | |

* Principal Amount in U.S. Dollars is based upon the following exchange rates as of September 15, 2008 - 16.9812 Czech Koruna per U.S. Dollar and 1.4201 U.S. Dollars per Euro.

**HAND DELIVERY**

TP
RECEIVED BY:

10-29-09
DATE

4:51 PM
TIME



OPIS

TO WHOM ALL THESE PRESENTS SHALL COME I GRAHAM C. RICHARDS
Notary Public duly authorised, admitted, sworn and practising at 70 Sir
John Rogerson's Quay in the City and County of Dublin DO HEREBY
CERTIFY AND ATTEST THAT the attached is an original Power of Attorney
by Citibank Europe plc dated 27 November duly signed by Tony Woods
and Brian Hayes as Directors of Citibank Europe plc.



Dated at 70 Sir John Rogerson's Quay in the
City and County of Dublin in Ireland on the
27ᵗʰ day of November
in the Year Two Thousand and Twelve.

*Graham C. Richards*

GRAHAM C. RICHARDS
Notary Public for the City and County of
Dublin and the Counties of Wicklow, Kildare
and Meath, Ireland
Commissioned for Life

APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country  Ireland

   This public document

2. has been signed by  *Graham C. Richards*

3. acting in the capacity of  *Notary Public*

4. bears the seal/stamp of.....................................

................................................................

Certified

5. at Dublin....................... 6. the  27/11/12

7. by the Department of Foreign Affairs and Trade

8. No.  32151/12

9. Seal/Stamp:                        10. Signature:

                                      *Gerard R. Nolan*

26630818.1

| POWER OF ATTORNEY | PLNÁ MOC |
|---|---|

Citibank Europe plc, company established and existing under the Irish law, whose registered seat is situate at Dublin, North Wall Quay 1, Ireland, registered in the Register of Companies in the Republic of Ireland, under the number 132781, conducting its business in the Czech Republic through Citibank Europe plc, organizační složka, with registered seat at Prague 5, Stodůlky, Bucharova 2641/14, Postal Code 158 02, Reg. No. 28198131, registered in the Commercial Register with the Municipal Court in Prague, Section A, File No: 59288 (the "**Branch**"),

Citibank Europe plc, společnost založená a existující podle irského práva, se sídlem Dublin, North Wall Quay 1, Irsko, registrovaná v rejstříku společností v Irské republice, pod číslem 132781, provozující svou obchodní činnost v České republice prostřednictvím Citibank Europe plc, organizační složka, se sídlem na adrese Praha 5, Stodůlky, Bucharova 2641/14, PSČ 158 02, IČ 28198131, zapsané v obchodním rejstříku vedeném Městským soudem v Praze, oddíl A, vložka 59288 (dále jen „**Pobočka**"),

### hereby authorize

**Michal Nebeský**, Date of Birth: April 23, 1967,
Praha 6, Evropská 263/159, Post Code 162 00,
Czech Republic (the "**Attorney**"),

### tímto zmocňuje

**Michala Nebeského**, datum narození 23. dubna 1967,
Praha 6, Evropská 263/159, PSČ 162 00,
Česká republika (dále jen "**Zmocněnec**"),

to represent the Branch to the full extent in all matters and to act and perform all legal and factual acts on behalf of the Branch as the Attorney may consider necessary, appropriate or requisite for the Branch including, but not limited to:

aby Pobočku v plném rozsahu zastupoval ve všech záležitostech a jednal a činil jménem Pobočky veškeré právní a faktické úkony, které bude považovat za nutné, vhodné nebo pro Pobočku žádoucí, a to včetně:

- to negotiate, approve, enter into, sign, vary and rescind all or any contracts, agreements and all other documents for and on behalf of the Branch;

- vyjednávání, schvalování, uzavírání, podepisování, změny a ukončení jménem Pobočky veškerých konktraktů a smluv a veškerých dalších dokumentů;

- to open, operate and close any banking or securities account with any bank; and

- otevření jakéhokoliv bankovního účtu nebo účtu cenných papírů u kteréhokoliv banky, nakládání s takovým účtem a jeho uzavření;

- to represent the Branch in all matters in respect of any court, tax or administrative proceedings or arbitration, in particular to accept documents, inspect files, file and withdraw motions and applications, to make conciliations and settlements, acknowledge claims made, waive claims, appeal and raise objections and/or waive the same, enforce claims and accept and acknowledge performance.

- zastupování Pobočky v jakémkoliv soudním, daňovém či správním řízení nebo rozhodčím řízení, zejména přijímání písemnosti, nahlížení do spisů, podávání návrhů a žádostí a jejich zpětvzetí, uzavírání smírů a narovnání, uznávání uplatněných nároků, vzdávání se nároků, podávání opravných prostředků a námitek anebo vzdání se jich, vymáhání nároků a přijímání a potvrzování plnění.

This power of attorney constitutes a special power of attorney is required under law.

Tato plná moc představuje zvláštní plnou moc v případech, kdy je to dle právních předpisů zapotřebí.

The Attorney shall be entitled to empower any third person for the performance of any acts listed herein to the extent of this power of attorney and remove any such person.

Zmocněnec je oprávněn zmocnit jakoukoliv třetí osobu k uskutečnění jakýchkoliv úkonů zde uvedených v rozsahu této plné moci anebo zmocnění pro takovou osobu odvolat.

This power of attorney shall remain in full force and effect until revoked by the Branch or until the Attorney ceases to be an employee of the Branch.

Tato plná moc je platná a účinná do doby, než bude Pobočky odvolána anebo do doby, než Zmocněnec přestane být zaměstnancem Pobočky.

This power of attorney is governed by the laws of the Republic of Ireland.

Tato plná moc se řídí právem Irské republiky.

In the event of any discrepancy between the English and Czech versions hereof, the Czech version shall prevail.

V případě jakéhokoli rozporu mezi českou a anglickou verzí této plné moci bude rozhodující české znění.

In Dublin on 27ᵗʰ November 2012

V Dublinu dne 27ᵗʰ listopadu 2012

**PRESENT** when the Common Seal
of Citibank Europe plc
was affixed hereto:

_____
Director / člen představenstva

_____
Director / člen představenstva

I accept this power of attorney in its entirety on 28 NOV 2012 / Tuto plnou moc v plném rozsahu přijímám dne 28. 11. 2012.

_____
Michal Nebeský

*Graham Richards*

Překlad z anglického jazyka

VŠEM, KTERÝM SE TENTO DOKUMENT DOSTANE DO RUKOU, JÁ, GRAHAM

C. RICHARDS, notář, řádně oprávněný, uznaný, vázaný přísahou a praktikující na

adrese 70 Sir John Rogerson's Quay ve městě a hrabství Dublin tímto POTVRZUJI A

OSVĚDČUJI, že přiložený dokument je originál plné moci společnosti Citibank Europe

plc ze dne 27. listopadu, kterou řádně podepsali Tony Woods a Brian Hayes, jako

členové představenstva společnosti Citibank Europe plc.


*[pečeť nečitelná]*                    **Datum připojeno na adrese 70 Sir John Rogerson's**
                                       **Quay ve městě a hrabství Dublin v Irsku dne**
                                       **27. listopadu 2012.**


                                       *[podpis nečitelný]*
                                       **GRAHAM C. RICHARDS**
                                       **Notář ve městě a hrabství Dublin a hrabstvích**
                                       **Wicklow, Kildare a Meath (Irsko)**
                                       **S doživotním jmenováním**

---

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Stát: Irsko

   Tato veřejná listina

2. byla podepsána:        **Graham C. Richards**

3. jehož funkce:          **notář**

4. opatřena razítkem:     - - - -

### Ověřeno

5. v: Dublinu        6. dne: **27. listopadu 2012**

7. kým: Ministerstvo zahraničních věcí a obchodu

8. číslo: **32151/12**

9. razítko:          10. podpis: *[nečitelný]*

   *[razítko]*

Ministerstvo zahraničních věcí

---

26630818.1

*[podpis nečitelný]*
GRAHAM C. RICHARDS
Notář ve městě a hrabství Dublin a
hrabstvích Wicklow, Kildare a Meath (IRSKO)
S doživotním jmenováním

Strana 2

### Tlumočnická doložka

Jako tlumočník jazyka anglického jmenovaný rozhodnutím Krajského soudu v Ostravě ze dne 18.9.2007 č.j. Spr 3362/07 stvrzuji, že překlad souhlasí s textem připojené listiny.

Tlumočnický úkon je zapsán pod poř. č.  6379/2012 deníku.

Podpis tlumočníka: 





Ověřeni - vidimace
Ověřuji, že tento opis složený z ....5....listů
doslovně souhlasí s listinou, z níž byl
pořízen, složenou z ....5....listů.

V ....Praze..... dne 30. 9. 2015



Jana ČAPKOVÁ
notářská tajemnice
pověřená Mgr. Šárkou SYKOROVOU
notářkou se sídlem v Praze
Praha 5, Malátova 17