FILED
U.S. BANKRUPTCY COURT
2016 MAY -2 P 12: 51
S.D.N.Y.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.         ,          Case No.  08-13555

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Morgan Capital Advisors LLP | Conduit Capital Markets Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Amadeus House, 27B Floral Street
London WC2E 9DP

Court Claim # (if known): 64050
Amount of Claim: $872.02
Date Claim Filed: 10/23/2009

Phone: 44 (0)20 3128 1900
Last Four Digits of Acct #: _____

Phone: 44 (0)20 3128 1900
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _Raver Kumar_                                Date: 04/21/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.