✻ UBS

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

BY REGISTERED MAIL
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

www.ubs.com

# Message

May 02, 2016

**RECEIVED MAY -9 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK**

subject  **Claim Transfer Agreement Lehman Program Securities**

On behalf of         Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim: HSBC Private bank (Suisse) SA, Switzerland

☐ for your information        ☐ returned with thanks       ☐ please return
☒ for your records            ☐ please comment             ☒ please confirm receipt
☐ as agreed                   ☐ please sign                ☒ please process
☐ please complete             ☐

Remarks
TOCE144    50'000.00    XS0320100323
Transferor: HSBC Private bank (Suisse) SA, Switzerland / Claim Number: 51762
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

*[signature]*

Matthias Mohos
Associate Director

61555 E        07.03.2012        N1                                02.05.2016



## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
### LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, HSBC PRIVATE BANK (SUISSE) S.A., Geneva ("Transferor") unconditionally and irrevocably transfers to UBS AG, Bahnhofstrasse 45, CH-8001 Zürich ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 51762), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of:

Date: __23. Sep. 2015__    Date: 14.09.2015

Transferor  
HSBC PRIVATE BANK (SUISSE) S.A.

Quai des Bergues 9 – 17 / P.O. Box 2888

CH- 1211 Geneva 1

Signature: _____  
MARIANNE MUIR

Signature: __Valentino Villagran__

Transferee  
UBS AG

Bahnhofstrasse 45

CH-8001 ZÜRICH

Attn. Mr. Hugo Koller / +41 44 235 37 36

Email: hugo.koller@ubs.com

Signature: _____  
Name:  Matthias Mohos  
Title:    Associate Director

Signature: _____  
Name:  Stephan Gfeller  
Title:    Associate Director

TOCE 144

<u>Schedule 1</u>

<u>Lehman Programs Securities Related to Transferred Portion of Claim:</u>

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|---|---|---|---|---|
| XS0320100323 | 51762 | 10/28/2009 | LEHMAN BROTHERS TREASURY BV | USD 50'000.- |

TOCE 144