FILED / RECEIVED

MAY 0 4 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re  Lehman Brothers Holdings Inc Chapter11 ,        Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Kara Portfolio Inc. | Spera Company Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  po box 3181
  1211 Geneva 4 - Switzerland

Court Claim # (if known):  39906
Amount of Claim:  $200,000.00
Date Claim Filed:  10/14/2009

Phone:  +41 22 734 55 50
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ illegible signature_        Date:  01/28/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# Annex I to the form « Transfer of claim other than for security" in relation to the claim in Lehman Brothers Holdings Inc. Chapter 11

**Bank details for wire transfer to Kara Portfolio Inc., the Transferee :**

Standard Chartered Bank, New York Swift: SCBLUS33

For account of Standard Chartered Bank London Account number: 3582088442001

ABA number: 026002561

For further credit to The Standard Chartered Private Bank Swift: SCBLGB2L

A/C Name: Kara Portfolio inc

A/C No: 2209012137

Iban Number: GB72SCBL00005609012137

Ref: 270594


By : SPERA COMPANY INC.

Date : January 28th, 2016