# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re <u>Lehman Brothers Holdings Inc., et al.</u>, Debtors.       Case No. <u>08-13555 (JMP)</u>
                                                                   (Jointly Administered)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Goldman Sachs Lending Partners LLC</u><br>Name of Transferee | <u>Solus Recovery Fund II Master LP</u><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Goldman Sachs Lending Partners LLC<br>c/o Goldman, Sachs & Co.<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ 07302<br>Fax: 212-428-1243<br>Contact: Michelle Latzoni<br>Phone: 212-934-3921<br>Email: gsd.link@gs.com | Court Claim # (if known): <u>See Annex attached to Evidence of Transfer of Claims ("Annex")</u><br>Amount of Claim Transferred: <u>See Annex</u><br>Date Claim Filed: <u>See Annex</u><br>Debtors: <u>Lehman Brothers Holdings Inc. and Lehman Brothers Special Financial Inc.</u> |

908841/3091-651

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

GOLDMAN SACHS LENDING PARTNERS LLC

By: _____    Date: 05/11/2016
Name of Transferee/Transferee's Agent
Jerry Li
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

908841/3091-651

## EVIDENCE OF TRANSFER OF CLAIMS

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
Attn:      Clerk

AND TO:  Lehman Brothers Holdings Inc. and
Lehman Brothers Special Financing Inc. (collectively, "Debtor")
Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Numbers: See Annex

**SOLUS RECOVERY FUND II MASTER LP** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**GOLDMAN SACHS LENDING PARTNERS LLC**
c/o Goldman, Sachs & Co.
30 Hudson Street, 5th Floor
Jersey City, NJ 07302
Fax: 212-428-1243
Contact: Michelle Latzoni
Phone: 212-934-3921
Email: gsd.link@gs.com

and its successors and assigns ("Buyer"), all of its right, title and interest in and to the Proof of Claim Numbers set forth in the Annex attached hereto (the "Claims") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative dated May 11, 2016.

| GOLDMAN SACHS LENDING PARTNERS LLC | SOLUS RECOVERY FUND II MASTER LP |
|---|---|
| | By: Solus Alternative Asset Management LP its Investment Advisor |
| By: _____ | By: _____ |
| Name: Jerry Li | Name: Gordon J. Yeager |
| Title: Authorized Signatory | Title: Executive Vice President |

908841/3091-651

**ANNEX**

| Proof of Claim Number | 16199 | 17331 | 19236 | 20148 | 20149 | 26201 | 27576 | 32754 | 32756 |
|---|---|---|---|---|---|---|---|---|---|
| Amount of Claim Transferred | $ 707,852.00 | $ 1,186,071.08 | $ 1,500,000.00 | $ 900,232.73 | $ 936,837.19 | $ 593,007.00 | $1,400,000.00 | $ 720,000.00 | $ 56,000.00 |
| Debtor (Full Legal Name) | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. | Lehman Brothers Special Financing Inc. |
| Date Claim Filed | 9/18/2009 | 9/18/2009 | 9/18/2009 | 9/21/2009 | 9/21/2009 | 9/21/2009 | 9/22/2009 | 9/22/2009 | 9/22/2009 |
| Original Claim Size | $ 1,574,529.52 | $ 1,262,407.93 | $ 2,901,750.00 | $ 987,098,709.64 | $1,536,014,057.90 | $ 1,499,636.00 | $ 6,000,000.00 | $ 1,115,835.93 | $ 60,000.00 |
| Allowed Claim Size | $ 707,852.00 | $ 1,186,071.08 | $ 1,500,000.00 | $ 234,310,929.00 | $831,628,736.00 | $ 1,400,000.00 | $ 4,500,000.00 | $ 720,000.00 | $ 56,000.00 |

| **Proof of Claim Number** | 16198 | 29933 | 19235 | 20120 | 20121 | 26204 | 27575 | 32753 | 32755 |
|---|---|---|---|---|---|---|---|---|---|
| **Amount of Claim Transferred** | $707,852.00 | $1,186,071.08 | $1,500,000.00 | $900,232.73 | $936,837.19 | $593,007.00 | $1,400,000.00 | $720,000.00 | $56,000.00 |
| **Debtor (Full Legal Name)** | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. | Lehman Brothers Holdings Inc. |
| **Date Claim Filed** | 9/18/2009 | 9/18/2009 | 9/18/2009 | 9/21/2009 | 9/21/2009 | 9/21/2009 | 9/22/2009 | 9/22/2009 | 9/22/2009 |
| **Original Claim Size** | $1,574,529.52 | $1,262,407.93 | $2,901,750.00 | $ 987,098,709.64 | $1,536,014,057.90 | $1,499,636.00 | $ 6,000,000.00 | $ 1,115,835.93 | $ 60,000.00 |
| **Allowed Claim Size** | $707,852.00 | $1,186,071.08 | $1,500,000.00 | $ 234,310,929.00 | $831,628,736.00 | $ 1,400,000.00 | $ 4,500,000.00 | $ 720,000.00 | $ 56,000.00 |