B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CarVal GCF Lux Master S.a.r.l. | CVI GVF Luxembourg Twelve S.a.r.l |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 18076
Amount of Claim Transferred: $199,751,522.90

CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Vince Conley

Date Claim Filed: _____ September 18, 2009
Debtor: Lehman Brothers Special Financing Inc.

Phone: (952) 984-8340
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent

Date  May 17, 2016

CarVal GCF Lux Master S.a.r.l.
By: Carval Investors, LLC
    Its Attorney-in-Fact

By: _____
Name:     Jeremiah Gerhardson
Title:       Authorized Signer

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **CVI GVF LUXEMBOURG TWELVE S.A.R.L** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto. **CARVAL GCF LUX MASTER S.A.R.L.** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **18076** in the principal amount of **$199,751,522.90** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Special Funding Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13888.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.   Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 17 day of May 2016.

| Seller | Buyer |
|---|---|
| CVI GVF LUXEMBOURG  TWELVE S.A.R.L. | CARVAL GCF LUX MASTER S.A.R.L. |
| By: Carval Investors, LLC | By: Carval Investors, LLC |
| its Attorney-in-fact | its Attorney-in-fact |
| By:_____ | By:_____ |
| Name:     Jeremiah Gerhardson | Name:     Jeremiah Gerhardson |
| Title:        Authorized Signer | Title:        Authorized Signer |

EXHIBIT A2

Evidence of Transfer of Assigned LBHI Claim

B 210A (Form 210A) (12/09)

## United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.　　　Case No. 08-13555 (JMP)
(Jointly Administered)

PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CarVal GCF Lux Master S.a.r.l. | CVI GVF Luxembourg Twelve S.a.r.l |
| Name of Transferee | Name of Transferor |

Name and Address where notices to
transferee should be sent:

Court Claim # (if known): 18074-04
Amount of Claim Transferred: $199,751,522.90

CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, Minnesota 55343
Attn: Vince Conley

Date Claim Filed: _____ September 18, 2009
Debtor: Lehman Brothers Holdings Inc.

Phone: (952) 984-0340
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Transferee/Transferee's Agent　　　　　　　Date: May 17, 2016

CarVal GCF Lux Master S.a.r.l.
By: Carval Investors, LLC
　　Its Attorney-in-Fact

By: _____
Name: Jeremiah Gerhardson
Title: Authorized Signer

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.*

EVIDENCE OF TRANSFER OF CLAIM

For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, **CVI GVF LUXEMBOURG TWELVE S.A.R.L** ("Seller") does hereby unconditionally and irrevocably sell, transfer and assign unto **CARVAL GCF LUX MASTER S.A.R.L.** ("Buyer") all rights, title and interest in and to the claims of Seller referenced as proof of claim number **18074-04** in the principal amount of **$199,751,522.90** plus all interest, fees and other amounts related thereto (the "Claim") against Lehman Brothers Holdings Inc. (the "Debtor") whose Chapter 11 bankruptcy case is pending in the United States Bankruptcy Court for the Southern District of New York ( the "Bankruptcy Court") (or any other court with jurisdiction over the bankruptcy proceedings) as In re Lehman Brothers Special Financing Inc., Case No. 08-13555.

Seller hereby waives any objection to the transfer of the Claim assigned herein (the "Transferred Claim") to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.   Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Transferred Claim and recognizing the Buyer as the sole owner and holder of the Transferred Claim.   Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Transfer of Claim by its duly authorized representative dated the 17 day of May 2016.

| Seller | Buyer |
|---|---|
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | CARVAL GCF LUX MASTER S.A.R.L. |
| By: Carval Investors, LLC | By: Carval Investors, LLC |
| its Attorney-in-fact | its Attorney-in-fact |
| By: _____ | By: _____ |
| Name: Jeremiah Gerhardson | Name: Jeremiah Gerhardson |
| Authorized Signer | Authorized Signer |
| Title: | Title: |