# Thurgauer Kantonalbank

VERARBEITUNG ANLEGEN

8570 Weinfelden
Bankplatz 1
Postfach

Telefon 0848 111 444
Fax 0848 111 445
info@tkb.ch
www.tkb.ch

Epiq Bankruptcy Solutions, LLC
Attn. Lehman Brothers Holdings Inc.
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Datum      10. Mai 2016
Direktwahl +41 71 626 69 61  Monika Konrad
Direktfax  +41 71 626 64 05
E-Mail     monika.konrad@tkb.ch

Dear Sir or Madam

☐ Wie besprochen                    ☐ Bitte weiterleiten
☒ Für Sie                           ☐ Bitte zurücksenden
☐ An Sie zurück                     ☐ Bitte antworten
☐ Bitte unterschreiben              ☐ Bitte anrufen (Tel.        )
☐ Bitte erledigen                   ☐
☐ Bitte ergänzen                    ☐

Please find attached one form regarding „Transfer of Claim". Claim Nr. 59233 for ISIN XS0324890440 for the amount of CHF 100'000. Transferor is UBS AG, Switzerland, Transferee is Michael Brotbeck, Switzerland.
Please amend your records accordingly.
We are awaiting your confirmation in the next days.
We feel confident that attached documentation will fix all future payments for our customer.

Freundliche Grüsse
Thurgauer Kantonalbank

i.V. M. Konrad

Monika Konrad
Senior Spezialistin Verarbeitung Anlegen

FILED / RECEIVED

MAY 11 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.           Case No.: ___(JMP___
                                                 Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: Michael Brotbeck | Name of Transferor: UBS AG |
|---|---|
| Notices to Transferee should be sent to: Michael Brotbeck Ottenbergstrasse 18 8572 Berg / TG Switzerland | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): Thurgauer Kantonalbank Bankplatz 1 CH-8570 Weinfelden | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: CHF 100'000.00 | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: _____
Michael Brotbeck
Ottenbergstrasse 18
8572 Berg / TG
Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC425 UBS0287 TKB 100K 2750605

Page 1 of 3

## EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Lehman Bros Securities NV | XS0324890440 | LBS NV | LBH Inc. | CHF 100'000.00 out of CHF 52'547'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

Michael Brotbeck
Ottenbergstrasse 18
8572 Berg / TG
Switzerland

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated April 04, 2016.

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Stephan Gfeller
Title: Associate Director

ACKNOWLEDGED BY:

Thurgauer Kantonalbank

By: _____
Reto Jans           Thomas Imhof

