# United States Bankruptcy Court

## Southern District of New York

In re: **Lehman Brothers Holdings, Inc. et al.**
**Lehman Brothers Special Financing Inc.**

Case No.: **08-13555**

## NOTICE OF PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Name of Transferee**

**Long Beach Holdings, L.L.C.**

Name and Address where notices to transferee should be sent
**c/o Farallon Capital Management, L.L.C.**
**One Maritime Plaza, Suite 2100**
**San Francisco, CA 94111**
**Attn: Jon Reef**

Phone: ____________________
Last Four Digits of Acct#: ____________________

Name and Address where transferee payments should be sent (if different from above)

**Name of Transferor**

**Goldman Sachs Lending Partners LLC**

Court Claim Number: **66436**
Transferred Amount of Claim: $9,830,998.71

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Andrew Jones____________________
Transferee/Transferee's Agent

Date: May 17, 2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

Long Beach Holdings, L.L.C.
Name of Transferee

Name and Address where notices to transferee should be sent:

c/o Farallon Capital Management, L.L.C.
One Maritime Plaza, Suite 2100
San Francisco, CA 94111

Goldman Sachs Lending Partners LLC
Name of Transferor

Court Claim # (if known): 66436
Allowed Amount of Claim Transferred: $9,830,998.71
Date Claim Filed: 03/30/2010
Debtor: Lehman Brothers Special Financing Inc.



928569v.2 3091/00680

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ________________________ Date: May 2nd 2016
Transferee/Transferee's Agent
Monica R. Landry
Managing Member

By: ________________________ Date: ____________
Transferor/Transferor's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ______________________________ Date: ____________________
Transferee/Transferee's Agent

By: ______________________________ Date: 5/13/16
Transferor/Transferor's Agent

Reg Williams
Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



928569v.2 3091/00680