B210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.                Case No. 08-13555 (SCC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| **BKM HOLDINGS (CAYMAN) LTD.** | **CITIGROUP FINANCIAL PRODUCTS INC.** |
|---|---|
| Name of Transferee | Name of Transferor |

**BKM HOLDINGS (CAYMAN) LTD.**
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Telephone: 212 446 4018
Facsimile: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

Court Claim # (if known):
Amount of Claim Transferred: See Schedule 1
ISIN/CUSIP: See Schedule 1
Blocking Number:
Date Claim Filed: 10/27/2009

Name and address where transferee payments
should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BKM HOLDINGS (CAYMAN) LTD.**
By Midtown Acquisitions L.P., its sole shareholder
By Midtown Acquisitions GP LLC, its general partner

By: _____/s/_____                Date: May 18, 2016
Transferee/Transferee's Agent

## Schedule 1

| ISIN/CUSIP | Proof of Claim | Allowed Amount of Claim Transferred ($) | Aggregate Claim Transfer Amount ($) |
|---|---|---|---|
| XS0268363289 | 55394 | $148,438.39 | $8,070,651.77 |
| XS0321299868 | 55394 | $147,586.84 | |
| XS0348299180 | 55394 | $50,000.00 | |
| XS0353289399 | 55394 | $135,715.35 | |
| XS0195333793 | 55394.01 | $745,030.53 | |
| XS0256259606 | 55394.01 | $84,822.11 | |
| XS0268363289 | 55394.01 | $1,075,120.50 | |
| XS0268364410 | 55394.01 | $754,916.75 | |
| XS0321299868 | 55394.01 | $99,337.56 | |
| XS0338483588 | 55394.01 | $28,382.12 | |
| XS0344461214 | 55394.01 | $1,706,887.45 | |
| XS0348299180 | 55394.01 | $431,000.00 | |
| XS0353289399 | 55394.01 | $1,391,082.57 | |
| XS0353289472 | 55394.01 | $1,272,331.60 | |
| XS0195333447 | 55396.08 | $117,785.73 | $2,673,278.96 |
| XS0195333520 | 55396.08 | $37,999.96 | |
| XS0195333793 | 55396.08 | $256,858.13 | |
| XS0299083468 | 55396.08 | $635,999.97 | |
| XS0324446011 | 55396.08 | $302,999.97 | |
| XS0324872893 | 55396.08 | $637,178.44 | |
| XS0338483588 | 55396.08 | $19,867.44 | |
| XS0348974337 | 55396.08 | $113,999.96 | |
| XS0348974337 | 55396.08 | $399,999.97 | |
| XS0350982830 | 55396.08 | $150,589.39 | |
| XS0192518024 | 55401.01 | $80,000.00 | $4,244,541.73 |
| XS0195333520 | 55401.01 | $10,000.00 | |
| XS0195333793 | 55401.01 | $34,058.54 | |
| XS0246449440 | 55401.01 | $330,000.00 | |
| XS0259959962 | 55401.01 | $880,000.00 | |
| XS0285986534 | 55401.01 | $263,953.67 | |
| XS0299929595 | 55401.01 | $972,000.00 | |
| XS0315845155 | 55401.01 | $485,994.22 | |

| ISIN/CUSIP | Proof of Claim | Allowed Amount of Claim Transferred ($) | Aggregate Claim Transfer Amount ($) |
|---|---|---|---|
| XS0329715394 | 55401.01 | $350,000.00 | |
| XS0350980206 | 55401.01 | $294,530.98 | |
| XS0350982830 | 55401.01 | $544,004.32 | |
| XS0195333447 | 55403.16 | $14,191.06 | |
| XS0195333520 | 55403.16 | $816,000.00 | $844,382.12 |
| XS0195333447 | 55403.17 | $14,191.06 | |
| XS0302819262 | 55848.09 | $420,000.00 | |
| XS0306148288 | 55848.09 | $240,000.00 | |
| XS0306148288 | 55848.09 | $40,000.00 | $836,683.57 |
| XS0331661172 | 55848.09 | $45,561.19 | |
| XS0331661172 | 55848.11 | $91,122.38 | |
| XS0337916406 | 55852 | $941,043.78 | $941,043.78 |
| XS0335226659 | 60165 | $72,242.17 | $72,242.17 |
| XS0125559467 | 60597 | $1,125,618.89 | $1,125,618.89 |
| XS0213416141 | 60600 | $872,737.37 | $872,737.37 |
| XS0211093041 | 60601 | $1,436,375.60 | $1,436,375.60 |
| XS0123488438 | 60627 | $271,012.32 | $271,012.32 |
| XS0333757606 | 60652.02 | $22,992.36 | $22,992.36 |
| XS0317898004 | 63572.01 | $3,500,855.08 | $3,500,855.08 |
| XS0326264750 | 66962.01 | $1,198,733.64 | $1,198,733.64 |
| XS0347694787 | 562783.83 | $500,000.00 | $1,500,000.00 |
| XS0352912371 | 562783.93 | $1,000,000.00 | |

EXECUTION COPY

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

1.   For value received, the adequacy and sufficiency of which are hereby acknowledged, **Citigroup Financial Products Inc.** (the "Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **BKM Holdings (Cayman) Ltd.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the amounts specified in Schedule 1 attached hereto (the "Purchased Claim"), in Seller's right, title and interest in and to the Proof of Claim specified in Schedule 1 attached hereto filed by or on behalf of Seller's predecessor-in-interest (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (SCC) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Claim, including without limitation (i) any right to receive cash, securities, instruments, principal, interest, damages, penalties, fees or other property, which may be paid or distributed on or after January 12, 2016 with respect to the Purchased Claim or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Claim, whether under a plan of reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Claim, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Claim, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Claim, but only to the extent related to the Purchased Claim, (c) the security or securities (any such security, a "Purchased Security") relating to the Purchased Claim and specified in Schedule 1 attached hereto, and (d) any and all proceeds of any of the foregoing (collectively, as described in clauses (a), (b), (c), and (d), the "Transferred Claim"). For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of the Seller related to or in connection with the Transferred Claim or the Proceedings.

2.   Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proof of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claim, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Claim specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, or had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claim proportionately less payments or distributions or less favorable treatment than other unsecured creditors of the same class and type as the Purchased Claim; (g) to the extent received by Seller or one of its affiliates from the Debtor or Epiq, Seller has delivered to Purchaser true and correct copies of distribution notices relating to the initial distribution on or about April 17, 2012, the second distribution on or about October 1, 2012, the third distribution on or about April 4, 2013, the fourth distribution on or about October 3, 2013, the fifth distribution on or about April 3, 2014, the sixth distribution on or about October 2, 2014, the seventh distribution on or about April 2, 2015, the eighth distribution on or about October 1, 2015 and the ninth distribution on or about March 31, 2016 (the distributions evidenced by such notices, collectively, the "LBHI Distributions") (which have not been supplemented, amended or revised) that set forth the distributions paid by the Debtor to Seller or its affiliate on account of the Transferred Claim; (h) with respect to the Purchased Security, Seller or a predecessor in interest received from Lehman Brothers Treasury Co. B.V. (I) the initial distribution on or about May 8, 2013 (the "Initial LBT Distribution"); (II) the second distribution on or about October 24, 2013 (the "Second LBT Distribution"); (III) the third distribution on or about April 28, 2014 (the "Third LBT Distribution"); (IV) the fourth distribution on or about October 28, 2014 (the "Fourth LBT Distribution"); (V) the fifth distribution on or about April 27, 2015 (the "Fifth LBT Distribution"); (VI) the sixth Distribution on or about October 29, 2015 (the "Sixth LBT Distribution"); and (VII) the seventh distribution on or about April 28, 2016 (the "Seventh LBT Distribution", and, together with the

Initial LBT Distribution, the Second LBT Distribution, the Third LBT Distribution, the Fourth LBT Distribution, the Fifth LBT Distribution, the Sixth LBT Distribution and the LBHI Distributions, the "Distributions") in the amounts set forth on Schedule 2 attached hereto; and (i) other than the Distributions, neither Seller nor, to the best of Seller's knowledge, a predecessor in interest has received any payment or distribution, whether directly or indirectly, on account of the Transferred Claim.

3. Seller hereby waives any objection to the transfer of the Transferred Claim to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim within ten (10) business days of the date of this Agreement and Evidence of Transfer of Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claim, recognizing Purchaser as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Purchaser.

4. All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller. Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5. Seller shall accept and hold any payments, distributions or proceeds received by Seller in respect of the Transferred Claim (including in connection with any interim distribution or otherwise) for the account and sole benefit of Purchaser and shall promptly (but in any event no later than five (5) business days of receipt in the case of cash and no later than ten (10) business days of receipt in the case of securities) remit any such payments, distributions or proceeds to Purchaser in the same form received, together with (a) any statements received from Debtor and/or Epiq describing such payment or distribution and (b) any endorsements or documents necessary to transfer such property to Purchaser (including, for the avoidance of doubt, any distributions the Seller receives or has received after the trade date of January 12, 2016 or January 14, 2016, as applicable, including the distributions received by Seller from the Debtor on or around March 31, 2016 and from Lehman Brothers Treasury Co. B.V. on or around April 28, 2016). Seller has transferred, or shall cause to be transferred as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6. Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer of Claim, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7. Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction). Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York. Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

(signature page follows)

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of May, 2016.

| BKM HOLDINGS (CAYMAN) LTD. | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By Midtown Acquisitions L.P., its sole shareholder | |
| By Midtown Acquisitions GP LLC, its general partner | |

By: /s/ Avram Friedman
Name: Avram Friedman
Title: Manager

c/o Walkers Corporate Limited
Cayman Corporate Centre
27 Hospital Road
George Town, Grand Cayman KY1-9008
Cayman Islands

*With a copy to:*
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Telephone: 212 446 4018
Facsimile: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

By:
Name:
Title:

Kenneth Keeley
390 Greenwich Street, 4th Floor
New York, NY 10013
Kenneth.keeley@citi.com
Attn: Kenneth Keeley

Signature page for Citi to DK Transfer Agreement

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 16th day of May, 2016.

| BKM HOLDINGS (CAYMAN) LTD. | CITIGROUP FINANCIAL PRODUCTS INC. |
|---|---|
| By Midtown Acquisitions L.P., its sole shareholder | |
| By Midtown Acquisitions GP LLC, its general partner | DocuSigned by: *Joelle Gavlick* |
| By:_____ | By:_____ 240CDA98C9F64D3... |
| Name: | Name: |
| Title: | Title: Joelle Gavlick - Authorized Signatory |
| c/o Walkers Corporate Limited | Kenneth Keeley |
| Cayman Corporate Centre | 390 Greenwich Street, 4th Floor |
| 27 Hospital Road | New York, NY 10013 |
| George Town, Grand Cayman KY1-9008 | Kenneth.keeley@citi.com |
| Cayman Islands | Attn: Kenneth Keeley |

*With a copy to:*
c/o Davidson Kempner Capital Management
520 Madison Avenue, 30th Floor
New York, New York 10022
Telephone: 212 446 4018
Facsimile: 212 371 4318
Email: jdonovan@dkpartners.com
Attn: Jennifer Donovan

Schedule 1

Transferred Claim

Lehman Programs Securities to which Transfer Relates

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0123488438 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60627.00 | HKD 2,000,000.00 | USD 271,012.32 |
| XS0125559467 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60597.00 | EUR 790,000.00 | USD 1,125,618.89 |
| XS0192518024 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 80,000.00 | USD 80,000.00 |
| XS0195333447 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | EUR 83,000.00 | USD 117,785.73 |
| XS0195333447 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55403.16 | EUR 10,000.00 | USD 14,191.06 |
| XS0195333447 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55403.17 | EUR 10,000.00 | USD 14,191.06 |
| XS0195333520 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 38,000.00 | USD 37,999.96 |
| XS0195333520 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 10,000.00 | USD 10,000.00 |
| XS0195333520 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55403.16 | USD 816,000.00 | USD 816,000.00 |

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0195333793 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | EUR 525,000.00 | USD 745,030.53 |
| XS0195333793 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | EUR 181,000.00 | USD 256,858.13 |
| XS0195333793 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | EUR 24,000.00 | USD 34,058.54 |
| XS0211093041 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60601.00 | EUR 1,000,000.00 | USD 1,436,375.60 |
| XS0213416141 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60600.00 | EUR 609,000.00 | USD 872,737.37 |
| XS0246449440 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 330,000.00 | USD 330,000.00 |
| XS0256259606 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 200,000.00 | USD 84,822.11 |
| XS0259959962 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 880,000.00 | USD 880,000.00 |
| XS0268363289 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.00 | PLN 350,000.00 | USD 148,438.39 |
| XS0268363289 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 2,535,000.00 | USD 1,075,120.50 |
| XS0268364410 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 1,780,000.00 | USD 754,916.75 |

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0285986534 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | EUR 186,000.00 | USD 263,953.67 |
| XS0299083468 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 636,000.00 | USD 635,999.97 |
| XS0299929595 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 972,000.00 | USD 972,000.00 |
| XS0302819262 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55848.09 | USD 420,000.00 | USD 420,000.00 |
| XS0306148288 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55848.09 | USD 240,000.00 | USD 240,000.00 |
| XS0306148288 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55848.09 | USD 40,000.00 | USD 40,000.00 |
| XS0315845155 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 610,000.00 | USD 485,994.22 |
| XS0317898004 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 63572.01 | EUR 3,950,000.00 | USD 3,500,855.08 |
| XS0321299868 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.00 | EUR 104,000.00 | USD 147,586.84 |
| XS0321299868 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | EUR 70,000.00 | USD 99,337.56 |
| XS0324446011 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 303,000.00 | USD 302,999.97 |

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0324872893 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | EUR 449,000.00 | USD 637,178.44 |
| XS0326264750 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 66962.01 | EUR 908,000.00 | USD 1,198,733.64 |
| XS0329715394 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 350,000.00 | USD 350,000.00 |
| XS0331661172 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55848.09 | HKD 500,000.00 | USD 45,561.19 |
| XS0331661172 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55848.11 | HKD 1,000,000.00 | USD 91,122.38 |
| XS0333757606 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60652.02 | EUR 18,000.00 | USD 22,992.36 |
| XS0335226659 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 60165.00 | EUR 50,000.00 | USD 72,242.17 |
| XS0337916406 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55852.00 | JPY 100,000,000.00 | USD 941,043.78 |
| XS0338483588 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | EUR 20,000.00 | USD 28,382.12 |
| XS0338483588 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | EUR 14,000.00 | USD 19,867.44 |
| XS0344461214 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 3,910,000.00 | USD 1,706,887.45 |

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0347694787 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 562783.83 | USD 500,000.00 | USD 500,000.00 |
| XS0348299180 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.00 | USD 50,000.00 | USD 50,000.00 |
| XS0348299180 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | USD 431,000.00 | USD 431,000.00 |
| XS0348974337 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 114,000.00 | USD 113,999.96 |
| XS0348974337 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 400,000.00 | USD 399,999.97 |
| XS0350980206 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | EUR 224,000.00 | USD 294,530.98 |
| XS0350982830 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55396.08 | USD 160,000.00 | USD 150,589.39 |
| XS0350982830 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55401.01 | USD 578,000.00 | USD 544,004.32 |
| XS0352912371 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 562783.93 | USD 1,000,000.00 | USD 1,000,000.00 |
| XS0353289399 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.00 | PLN 350,000.00 | USD 135,715.35 |
| XS0353289399 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 3,280,000.00 | USD 1,391,082.57 |

| ISIN/CUSIP | Issuer | Guarantor | Proof of Claim | Principal Notional Amount | Allowed Amount of Claim Transferred Hereunder |
|---|---|---|---|---|---|
| XS0353289472 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 55394.01 | PLN 3,000,000.00 | USD 1,272,331.60 |

Schedule 2

Distributions

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0123488438 | HKD 280,353.88 | HKD 113,987.32 | HKD 123,404.49 | HKD 94,577.42 | HKD 63,618.87 | HKD 48,930.42 | HKD 13,682.32 |
| XS0125559467 | EUR 97,123.81 | EUR 38,049.19 | EUR 40,895.33 | EUR 33,810.73 | EUR 27,087.38 | EUR 19,708.66 | EUR 5,516.61 |
| XS0192518024 | USD 10,105.41 | USD 4,112.49 | USD 4,452.70 | USD 3,410.23 | USD 2,296.22 | USD 1,766.06 | USD 493.42 |
| XS0195333447 | EUR 16,450.67 | EUR 6,444.71 | EUR 6,926.78 | EUR 5,726.81 | EUR 4,588.02 | EUR 3,338.22 | EUR 934.39 |
| XS0195333520 | USD 109,686.44 | USD 44,637.85 | USD 48,330.63 | USD 37,015.38 | USD 24,923.67 | USD 19,169.24 | USD 5,355.70 |
| XS0195333793 | EUR 85,181.40 | EUR 33,370.64 | EUR 35,866.81 | EUR 29,653.34 | EUR 23,756.70 | EUR 17,285.27 | EUR 4,838.28 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0211093041 | EUR 124,143.37 | EUR 48,634.37 | EUR 52,272.28 | EUR 43,216.78 | EUR 34,623.01 | EUR 25,191.55 | EUR 7,051.31 |
| XS0213416141 | EUR 74,047.34 | EUR 29,008.76 | EUR 31,178.66 | EUR 25,777.35 | EUR 20,651.46 | EUR 15,025.91 | EUR 4,205.87 |
| XS0246449440 | USD 47,663.99 | USD 19,397.27 | USD 21,001.97 | USD 16,084.95 | USD 10,830.52 | USD 8,329.95 | USD 2,327.31 |
| XS0256259606 | PLN 25,709.15 | PLN 10,089.20 | PLN 10,891.59 | PLN 9,077.96 | PLN 6,864.63 | PLN 5,369.37 | PLN 1,503.49 |
| XS0259959962 | USD 128,780.80 | USD 52,408.46 | USD 56,744.09 | USD 43,459.06 | USD 29,262.41 | USD 22,506.25 | USD 6,288.03 |
| XS0268363289 | PLN 389,938.05 | PLN 153,025.78 | PLN 165,195.85 | PLN 137,687.96 | PLN 104,117.84 | PLN 81,438.80 | PLN 22,803.82 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0268364410 | PLN 240,903.85 | PLN 94,539.37 | PLN 102,058.05 | PLN 85,063.67 | PLN 64,324.03 | PLN 50,312.92 | PLN 14,088.21 |
| XS0285986534 | EUR 20,182.67 | EUR 7,906.76 | EUR 8,498.19 | EUR 7,025.99 | EUR 5,628.85 | EUR 4,095.53 | EUR 1,146.37 |
| XS0299083468 | USD 72,073.83 | USD 29,331.07 | USD 31,757.56 | USD 24,322.42 | USD 16,377.09 | USD 12,595.91 | USD 3,519.17 |
| XS0299929595 | USD 101,089.81 | USD 41,139.38 | USD 44,542.74 | USD 34,114.32 | USD 22,970.29 | USD 17,666.86 | USD 4,935.95 |
| XS0302819262 | USD 43,402.38 | USD 17,662.98 | USD 19,124.19 | USD 14,646.80 | USD 9,862.17 | USD 7,585.17 | USD 2,119.22 |
| XS0306148288 | USD 28,817.22 | USD 11,727.42 | USD 12,697.60 | USD 9,724.81 | USD 6,548.04 | USD 5,036.21 | USD 1,407.07 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0315845155 | USD 58,078.27 | USD 23,635.45 | USD 25,590.76 | USD 19,599.41 | USD 13,196.93 | USD 10,149.99 | USD 2,835.81 |
| XS0317898004 | EUR 305,436.33 | EUR 119,657.64 | EUR 128,608.20 | EUR 106,328.47 | EUR 85,184.78 | EUR 61,980.07 | EUR 17,348.71 |
| XS0321299868 | EUR 22,078.41 | EUR 8,649.43 | EUR 9,296.42 | EUR 7,685.93 | EUR 6,157.57 | EUR 4,480.22 | EUR 1,254.05 |
| XS0324446011 | USD 36,775.02 | USD 14,965.91 | USD 16,204.01 | USD 12,410.30 | USD 8,356.26 | USD 6,426.95 | USD 1,795.63 |
| XS0324872893 | EUR 53,464.64 | EUR 20,945.29 | EUR 22,512.03 | EUR 18,612.10 | EUR 14,911.04 | EUR 10,849.21 | EUR 3,036.78 |
| XS0326264750 | EUR 71,107.73 | EUR 27,857.14 | EUR 29,940.90 | EUR 24,754.02 | EUR 19,831.62 | EUR 14,429.40 | EUR 4,038.90 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0329715394 | USD 40,791.84 | USD 16,600.59 | USD 17,973.92 | USD 13,765.83 | USD 9,268.99 | USD 7,128.95 | USD 1,991.76 |
| XS0331661172 | HKD 110,063.62 | HKD 44,750.08 | HKD 48,447.14 | HKD 37,129.98 | HKD 24,976.02 | HKD 19,209.50 | HKD 5,371.52 |
| XS0333757606 | EUR 2,017.35 | EUR 790.31 | EUR 849.43 | EUR 702.28 | EUR 562.63 | EUR 409.37 | EUR 114.58 |
| XS0335226659 | EUR 6,105.43 | EUR 2,391.86 | EUR 2,570.78 | EUR 2,125.42 | EUR 1,702.78 | EUR 1,238.93 | EUR 346.79 |
| XS0337916406 | JPY 8,974,087.04 | JPY 3,665,392.02 | JPY 4,164,891.02 | JPY 3,323,329.02 | JPY 2,502,413.01 | JPY 1,931,332.01 | JPY 491,329.00 |
| XS0338483588 | EUR 5,178.90 | EUR 2,028.89 | EUR 2,180.65 | EUR 1,802.88 | EUR 1,444.37 | EUR 1,050.92 | EUR 294.16 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0344461214 | PLN 544,338.57 | PLN 213,618.13 | PLN 230,607.07 | PLN 192,207.12 | PLN 145,344.51 | PLN 113,685.45 | PLN 31,833.26 |
| XS0347694787 | USD 58,063.16 | USD 23,629.31 | USD 25,584.11 | USD 19,594.31 | USD 13,193.49 | USD 10,147.35 | USD 2,835.07 |
| XS0348299180 | USD 55,187.69 | USD 22,459.11 | USD 24,317.10 | USD 18,623.93 | USD 12,540.10 | USD 9,644.82 | USD 2,694.67 |
| XS0348974337 | USD 57,283.54 | USD 23,312.03 | USD 25,240.58 | USD 19,331.21 | USD 13,016.34 | USD 10,011.10 | USD 2,797.00 |
| XS0350980206 | EUR 26,053.44 | EUR 10,206.69 | EUR 10,970.16 | EUR 9,069.72 | EUR 7,266.18 | EUR 5,286.85 | EUR 1,487.05 |
| XS0350982830 | USD 84,455.35 | USD 34,369.84 | USD 37,213.18 | USD 28,500.76 | USD 19,190.50 | USD 14,759.75 | USD 4,123.73 |

| ISIN/CUSIP | Initial LBT Distribution | Second LBT Distribution | Third LBT Distribution | Fourth LBT Distribution | Fifth LBT Distribution | Sixth LBT Distribution | Seventh LBT Distribution |
|---|---|---|---|---|---|---|---|
| XS0352912371 | USD 123,399.83 | USD 50,218.63 | USD 54,373.10 | USD 41,643.17 | USD 28,039.71 | USD 21,565.85 | USD 6,025.29 |
| XS0353289399 | PLN 538,283.12 | PLN 211,241.74 | PLN 228,041.70 | PLN 190,068.92 | PLN 143,727.64 | PLN 112,420.76 | PLN 31,479.13 |
| XS0353289472 | PLN 447,863.96 | PLN 175,758.00 | PLN 189,735.96 | PLN 158,141.73 | PLN 119,584.71 | PLN 93,536.66 | PLN 26,191.37 |