UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc., et al.,    Case No. <u>08-13555 (SCC)</u>
Court ID (Court Use Only) _____

## NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
## PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Javano Management, L.L.C.** | Name of Transferor:<br>**Deutsche Bank AG, London Branch** |
|---|---|
| Notices to Transferee should be sent to:<br><br>Javano Management, L.L.C.<br>P.O. Box 6934<br>New York, NY 10150<br>info@javanomgmt.net<br><br>with a copy to:<br><br>Andrew N. Rosenberg<br>Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Phone (212) 373-3125<br>Fax (212) 492-0125 | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:  | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | |
| Transferred Claim Amount: $25,000,000.00 | *This is a partial transfer of claim* |
| Court Claim No.: 67346 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____/s/_____    Date: _____May 18_____, 2016
Name: Andrew N. Rosenberg
Title: Authorized Signatory

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.*

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO:  Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Claim No.:  67346

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Javano Management, L.L.C.**
P.O. Box 6934
New York, NY 10150
info@javanomgmt.net

with a copy to:

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone (212) 373-3125
Fax (212) 492-0125

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of **$25,000,000.00** (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, portion of the **$250,000,000.00** principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any other amounts including, but not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim.

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative, dated __May 18__, 2016.

| BUYER | SELLER |
|---|---|
| **JAVANO MANAGEMENT, L.L.C.** | **DEUTSCHE BANK AG, LONDON BRANCH** |
| By: _____ | By: _____ |
| Name: Andrew N. Rosenberg | Name: |
| Title: Authorized Signatory | Title: |
| | By: _____ |
| | Name: |
| | Title: |

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Claim No.: 67346

**DEUTSCHE BANK AG, LONDON BRANCH**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Javano Management, L.L.C.
P.O. Box 6934
New York, NY 10150
info@javanomgmt.net

with a copy to:

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Phone (212) 373-3125
Fax (212) 492-0125

its successors and assigns ("Buyer"), all of Seller's rights, title and interest in and to the claim of Seller in the principal amount of $25,000,000.00 (the "Claim Amount") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, which is an undivided, portion of the $250,000,000.00 principal claim relating to that certain Promissory Note (as defined in paragraph 5 of the attachment to Proof of Claim No. 67346), and excludes any other amounts including, but not limited to, pre-petition interest and attorneys' fees, certain accrued amounts of which are set forth in paragraphs 6 and 59, respectively, of the attachment to the Proof of Claim).

Seller hereby waives any objection to the transfer of the Claim Amount to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim Amount and recognizing the Buyer as the sole owner and holder of the Claim Amount, which is a portion of Claim No. 67346.

You are hereby directed to make all future payments and distributions with respect to the Claim Amount, and to give all notices and other communications, in respect of the Claim Amount to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative, dated __May 18__, 2016.

| BUYER | SELLER |
|---|---|
| JAVANO MANAGEMENT, L.L.C. | DEUTSCHE BANK AG, LONDON BRANCH |
| By:_____ | By:_____ |
| Name: Andrew N. Rosenberg | Name: |
| Title: Authorized Signatory | Title: |
| | By:_____ |
| | Name: |
| | Title: |