UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
| In re: | : | Case No. 08-13555 (JMP) |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., et al., | : | Chapter 11 |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------X

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF ALL NOTICES, PAPERS AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned hereby appears, pursuant to section 1109(b) of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on behalf of creditor, the Buckeye Tobacco Settlement Financing Authority (the "Authority"), in the above-captioned bankruptcy cases and requests that copies of all notices, pleadings, and other documents given or filed in these cases be given and served upon the undersigned as counsel for the Authority using the contact information set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to specifically in the Bankruptcy Rules, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex or otherwise filed or made with regard to the referenced cases and proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the Authority's (i) right to have final orders in non-core matters and in those core matters constituting *Stern* claims entered only after *de novo* review by a higher court; (ii) right to trial by

- 1 -

- 2 -

jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Authority is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved. Unless and until the Authority expressly states otherwise, the Authority does not consent to the jurisdiction or authority of the Bankruptcy Court with respect to the litigation of any non-core matter or any core matter constituting a *Stern* claim.

Dated: May 18, 2016
Washington, D.C.

          Respectfully submitted,

          */s/Mitchell R. Berger*
          Mitchell R. Berger
          Squire Patton Boggs (US) LLP
          2550 M Street, NW
          Washington, DC 20037
          Telephone: (202) 457-6000
          Fax: (202) 457-6315
          Email: mitchell.berger@squirepb.com
          *Counsel for the Buckeye Tobacco*
          *Settlement Financing Authority*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served, via filing through the Court's ECF system this 18th day of May, 2016.

*/s/ Mitchell R. Berger*
Mitchell R. Berger