**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.

Case No. 08-13555 (SCC)
Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>**OCM OPPORTUNITIES FUND VII DELAWARE, L.P.** |
|---|---|
| Notices to Transferee should be sent to:<br><br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attn:    Rich Vichaidith<br>Email:   richard.vichaidith@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: |
| Transferred Claim Amount: $28,333,333.33 | |
| Court Claim No.:<br>18836 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

**EVIDENCE OF TRANSFER OF CLAIM**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **OCM OPPORTUNITIES FUND VII DELAWARE, L.P.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **DEUTSCHE BANK AG, LONDON BRANCH** ("Assignee"), an undivided interest in $28,333,333.33 of Assignor's right, title, interest, claims[1] and causes of action in and to, or arising under or in connection with KeyBank National Association's claims set forth in Proof of Claim Number 537, as amended and supplemented by Proof of Claim Number 18836 (collectively, the "Claim"), against Lehman Brothers Holdings, Inc. (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (the "Case") under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et. seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Assignor hereby waives any objection to the transfer of its ownership interest in and to the Claim assigned to Assignee (the "Assigned Claim") on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Assigned Claim and recognizing the Assignee as the sole owner and holder of the Assigned Claim for all purposes, including, without limitation, voting and distribution purposes. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Assigned Claim, and all payments or distributions of money or property in respect of the Assigned Claim, shall be delivered or made to the Assignee.

---

[1] As that term is defined in 11 USC § 101(5).

NYC:339213.4

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on May 18, 2016.

OCM OPPORTUNITIES FUND VII DELAWARE, L.P.
By: OCM Opportunities Fund VII Delaware GP, Inc.
its: General Partner

By: _____
Name of person signing: Kenneth Liang
Title of person signing: Authorized Signatory

By: _____
Name of person signing: Mahesh Balakrishnan
Title of person signing: Authorized Signatory

DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name of person signing: _____
Title of person signing: _____

By: _____
Name of person signing: _____
Title of person signing: _____

NYC 339213.4

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on __May  18__, 2016.

**OCM OPPORTUNITIES FUND VII DELAWARE, L.P.**
By: OCM Opportunities Fund VII Delaware GP, Inc.
its: General Partner

By:_____
Name of person signing:_____
Title of person signing:_____

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____
Name of person signing:_____
Title of person signing:_____

By:_____
Name of person signing:_____
Title of person signing:_____

NYC:339213.4