UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Holdings Inc.

Case No. 08-13555 (SCC)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>**Credit Suisse International** |
|---|---|
| Notices to Transferee should be sent to:<br><br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attn:     Rich Vichaidith<br>Email:   richard.vichaidith@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: |
| Transferred Claim Amount: $20,000,000.00 | |
| Court Claim No.:<br>19174 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
        Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered)

Claim #: 19174

**CREDIT SUISSE INTERNATIONAL**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**Deutsche Bank AG, London Branch**
c/o Deutsche Bank Securities, Inc.
60 Wall Street
New York, NY 10005
Attn: Rich Vichaidith
Email: Richard.Vichaidith@db.com

its successors and assigns ("Buyer"), all right, title and interest in and to $20,000,000.00 (the "Claim") of Seller against Lehman Brothers Holdings Inc., docketed as Claim number 19174 in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (Jointly Administered), or any other court with jurisdiction over the bankruptcy proceedings of the Debtor, including all rights of stoppage in transit, replevin and reclamation.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

NYC:339218.3

    IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated \_\_\_\_May\_\_\_\_18\_\_, 2016.

**CREDIT SUISSE INTERNATIONAL**　　　　　　**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____　　　　By: _____
Name:　　　　　　　　　　　　　　　　　　Name:
Title:　　　　　　　　　　　　　　　　　　　Title:

By: _____　　　　By: _____
Name:　　　　　　　　　　　　　　　　　　Name:
Title:　　　　　　　　　　　　　　　　　　　Title:

NYC:339218.3

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated __May__ __18__, 2016.

| CREDIT SUISSE INTERNATIONAL | DEUTSCHE BANK AG, LONDON BRANCH |
|---|---|
| By: _____ <br> Name: Barry Dixon <br> Title: Authorized Signatory | By: _____ <br> Name: <br> Title: |
| By: _____ <br> Name: Bik Kwan Chung <br> Title: Authorized Signatory | By: _____ <br> Name: <br> Title: |

NYC 339218.3