UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Special Financing Inc.   Case No. 08-13888 (SCC)
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>**Credit Suisse International** |
|---|---|
| Notices to Transferee should be sent to:<br><br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attn:   Rich Vichaidith<br>Email:   richard.vichaith@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#:<br>Name and Address where transferee payments should be sent (if different from above): | Last Four Digits of Acct.#: |
| Transferred Claim Amount:  $50,350,000.00 | |
| Court Claim No.:<br>13309 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____   By: _____
Name:                            Name:
Title:                           Title:

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF PARTIAL TRANSFER OF CLAIM**

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO:  Lehman Brothers Special Financing Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

Credit Suisse International ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON BRANCH ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13309 of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of May, 2016.

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

**CREDIT SUISSE INTERNATIONAL**

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

NYC:339179.3

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Special Financing Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

Credit Suisse International ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON BRANCH ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13309 of Seller against LEHMAN BROTHERS SPECIAL FINANCING INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13888 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of May, 2016.

**DEUTSCHE BANK AG, LONDON BRANCH**  **CREDIT SUISSE INTERNATIONAL**

By:_____
(Signature of authorized corporate officer)

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

Barry Dixon
Authorized Signatory

Name:_____
Title:_____
Tel.:_____

By:_____
(Signature of authorized corporate officer)

Name:_____
Title:_____
Tel.:_____

Bik Kwan Chung
Authorized Signatory

NYC:339179.3