**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   Lehman Brothers Holdings Inc.           Case No. 08-13555 (SCC)
                                                 Court ID (Court Use Only) _____

**NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY**
**PURSUANT TO BANKRUPTCY RULE 3001(E)(2)**

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Deutsche Bank AG, London Branch | Name of Transferor:<br>**Credit Suisse International** |
|---|---|
| Notices to Transferee should be sent to:<br><br>c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, New York 10005<br>Attn:    Rich Vichaidith<br>Email:    richard.vichaidith@db.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.#: | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above): | |
| Transferred Claim Amount: $50,350,000.00 | |
| Court Claim No.:<br>13310 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                Name:
    Title:                               Title:

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

# EXHIBIT B

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

CREDIT SUISSE INTERNATIONAL ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON BRANCH ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13310 of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of May, 2016.

| **DEUTSCHE BANK AG, LONDON BRANCH** | **CREDIT SUISSE INTERNATIONAL** |
|---|---|
| By:_____ | By:_____ |
| (Signature of authorized corporate officer) | (Signature of authorized corporate officer) |
| Name:_____ | Name:_____ |
| Title:_____ | Title:_____ |
| Tel.:_____ | Tel.:_____ |
| | |
| By:_____ | |
| (Signature of authorized corporate officer) | |
| Name:_____ | |
| Title:_____ | |
| Tel.:_____ | |

NYC:339179.3

## EXHIBIT B

### EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc.
Case No. 08-13555 (JMP) (Jointly Administered)

CREDIT SUISSE INTERNATIONAL ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to DEUTSCHE BANK AG, LONDON BRANCH ("Buyer"), all right, title and interest in and to $50,350,000.00 of Claim No. 13310 of Seller against LEHMAN BROTHERS HOLDINGS INC. (and its affiliates) (the "Claim") docketed in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (JMP) (jointly administered).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the 18 day of May, 2016.

| DEUTSCHE BANK AG, LONDON BRANCH | CREDIT SUISSE INTERNATIONAL |
|---|---|
| By: _____ (Signature of authorized corporate officer) | By: _____ (Signature of authorized corporate officer) Barry Dixon, Authorized Signatory |
| Name: _____ Title: _____ Tel.: _____ | Name: _____ Title: _____ Tel.: _____ Bik Kwan Chung, Authorized Signatory |
| By: _____ (Signature of authorized corporate officer) | |
| Name: _____ Title: _____ Tel.: _____ | |

NYC 339179.3