FILED / RECEIVED

MAY 18 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings, Inc.,    Case No. 08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Majestic Profits Global Limited
Name of Transferee

Global Harbour Investments Limited
Name of Transferor

Name and Address where notices to transferee should be sent:
Ann Margareth Tan
35/F IFC One, 1 Harbour View, Central, HK

Court Claim # (if known): 45221
Amount of Claim: _____
Date Claim Filed: 10/23/2009

Phone: +852 2846 3875
Last Four Digits of Acct #: 3176

Phone: +852 2846 3875
Last Four Digits of Acct. #: 2218

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 17 May 2016
    Transferee/Transferee's Agent

PO TY CO / VALERIE CO

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

For Bathurst Enterprises Limited
As Authorised Signatory of
MAJESTIC PROFITS GLOBAL LIMITED

Authorised Signatories
Christin See

RECEIVED
MAY 19 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK