Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

FILED / RECEIVED
MAY 18 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 35218**

Reference is made to our notification in view of Claim Number: 35218 dated July 14th / July 28th, 2015. Unfortunately, while the amount of transferred units stated therein was correct, the amount of the corresponding face value stated therein was not correct. As the assignor has in fact transferred to the assignee **45 units** of "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TLL96 corresponding to an amount of a face value of **USD 63,904.50**, we hereby kindly ask you to note the actual transfer of part of the claim as follows:

We would like to inform you that Mr. Hans-Peter Strepp who filed the claim Number 35218 on 09/28/2009 has assigned the rights arising out of this claim corresponding with the following securities

45 "Lehman Bros Treasury Co. B.V." (ISIN DE000A0TLL96)
in the amount of a face value of **USD 63,904.50**

to

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Germany.

Bethmann Bank AG has agreed to the assignment mentioned herein above. Both Mr. Strepp and Bethmann Bank AG acknowledge and represent that due to the assignment mentioned herein above Bethmann Bank AG has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 22.09 2015          Heikendorf, 13/9/15

Bethmann Bank AG                        Hans-Peter Strepp
(Assignee)                              (Assignor)

ppa. Oliver Körner   ppa. Andreas Becker   Hans-Peter Strepp
Jochen Weber


**Bethmann Bank**
ABN AMRO

Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076

USA

Investment Services
Anja Sonnleithner

Frankfurt, 30. September 2015

Dear Sir or Madam,

please note that **45 units** of "Lehman Bro Treasury Co.B.V." (ISIN DE000A0TLL96) corresponding to an amount of a face of value of **USD 63,904.50**, claim # 35218, has been transferred to Bethmann Bank AG (see attachment).

Could you please process it accordingly?

Thank you in advance

Kind regards
Bethmann Bank AG

Alexander Herbert
Leiter Investment Services & Monitoring

Anja Sonnleithner
Leiterin Investment Services