B 2100A (/FIRN 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc., et al.                    Case No. 08-13555 (SC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **HIMFIELD LIMITED** | **LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED (IN LIQUIDATION)** |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Himfield Limited
c/o Baker & McKenzie
14/F, Hutchison House
10 Harcourt Road
Hong Kong
Ref: GAS/KYC/JCK/32071463-000439

Phone: +852 2846 1888
Last Four Digits of Acct: [◆          ]

Court Claim # (if known): 62786
Amount of Claim:   $3,083,130,884
Amount transferred (as allowed):See attached
Date Claim Filed: November 2, 2009

Phone: +852 2522 6022
Last Four Digits of Acct: [◆          ]

Name and address where transferee payments should be sent (if different from above):

Himfield Limited
c/o 7/F, Cheung Kong Center
2 Queen's Road Central
Hong Kong
(Attn: Company Secretary)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____                    Date: 24th May, 2016
    Transferee/Transferee's Agent
    Ip Tak Chuen, Edmond
    (Director of Himfield Limited)

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**AGREEMENT AND EVIDENCE OF PARTIAL TRANSFER OF CLAIM LEHMAN
PROGRAM SECURITY**

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

1.    Lehman Brothers Commercial Corporation Asia Limited (in liquidation) (**"Transferor"**) by
      and through its joint and several liquidators, Edward Simon Middleton and Patrick Cowley
      (the **"Joint Liquidators"** and each a **"Joint Liquidator"**) without personal liability, for
      good and valuable consideration, the receipt and sufficiency of which are hereby
      acknowledged and pursuant to the terms of the Deed of Settlement dated 28 April 2016 and
      entered into between the Transferor and the Transferee (as defined below), does hereby
      certify that it has unconditionally and irrevocably transferred and assigned to Himfield
      Limited (**"Transferee"**) all right, title and interest in that portion of Proof of Claim Number
      62786 filed by or on behalf of Transferor's predecessor in interest against Lehman Brothers
      Holdings, Inc., a debtor in proceedings for reorganization in the United States Bankruptcy
      Court for the Southern District of New York, administered under Case No. 08-13555 (SC),
      relating to the nominal amount of the securities listed and in the quantities listed in
      Schedule 1 hereto (the **"Transferred Claim"**).

2.    Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee
      on the books and records of the Debtor and the Court, and hereby waives to the fullest extent
      permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of
      the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable
      local bankruptcy rules or applicable law, and consents to the substitution of Transferor by
      Transferee for all purposes in the case, including, without limitation, for voting and
      distribution purposes with respect to the Transferred Claim. Transferor acknowledges and
      understands, and hereby stipulates, that an order of the Court may be entered without further
      notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee
      as the sole owner and holder of the Transferred Claim, and directing that all payments or
      distributions of money or property in respect of the Transferred Claim be delivered or made to
      Transferee.

3.    One of the Joint Liquidators has signed this Evidence of Partial Transfer on behalf of all the
      Joint Liquidators as agents for and on behalf of Transferor, and is authorized to do so on
      behalf of the Joint Liquidators and Transferor, and neither they, their firm, partners,
      employees, agents, advisers or representatives shall incur any personal liability whatsoever in
      respect of, or in relation to, this Evidence of Partial Transfer. The exclusion of liability set out
      in this paragraph shall arise and continue notwithstanding the termination of the agency of the
      Joint Liquidators and shall operate as a waiver of any claims in tort as well as under the laws
      of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence
      of Partial Transfer, the Joint Liquidators, their firm, partners, employees, agents, advisers or
      representatives shall be entitled to rely on this paragraph of this Evidence of Partial Transfer
      as if they were a party to it.

**IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM** is executed this on 10th day of May, 2016.

**LEHMAN BROTHERS COMMERCIAL**
**CORPORATION ASIA LIMITED (IN LIQUIDATION)**

By:

Name: Patrick Cowley

Title: Joint and Several Liquidator

c/o KPMG, 8/F Prince's Building, 10 Chater Road, Central, Hong Kong.

**HIMFIELD LIMITED**

By:

Name: Ip Tak Chuen, Edmond

Title: Director

PO Box 173, Kingston Chambers, Road Town, Tortola, British Virgin Islands.

2

## SCHEDULE 1: TRANSFERRED CLAIMS

Lehman Programs Securities to which Transfer Relates

| ISIN/CUSIP | Issuer | Guarantor | Blocking Number | Quantities Claim | Allowed Amount of Claim Transferred Hereunder | Claim | Proof of Claim |
|---|---|---|---|---|---|---|---|
| ISIN XS0230176793 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | 6032145 | US$46,200,000 | US$46,200,000 | | 62786 |

9