WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
**In re**                                                      :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                   :   **08-13555 (SCC)**
:
        **Debtors.**    :   **(Jointly Administered)**
:
---------------------------------------------------------------x
:
**In re**                                                      :
:   **Case No.**
**LEHMAN BROTHERS INC.,**                                      :
:   **08-01420 (SCC) (SIPA)**
        **Debtor.**     :
:
---------------------------------------------------------------x

WEIL:\95726985\1\58399.0011

## NOTICE OF SCHEDULING CHANGE FOR HEARING ON JUNE 2, 2016

**PLEASE TAKE NOTICE** that, at the request of the Court, the hearing previously scheduled for June 2, 2016, at 10:00 a.m. (Prevailing Eastern Time) **has been changed from 10:00 a.m. to 11:00 a.m. (Prevailing Eastern Time) on June 2, 2016** (the "Hearing") or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York, 10004, and the Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: May 24, 2016
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: May 24, 2016
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.