**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

| | |
|---|---|
| | : Chapter 11 |
| In re: | : |
| | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket Nos. 52271, 52272, |
| | : 52325, 52355, 52419, 52426, |
| | : 52485, 52614, 52615, 52616, |
| | : 52617, 52618, 52627, 52628, |
| | : 52629, 52641, 52642, 52645, |
| | : 52647, 52652, 52653, 52654, |
| | : 52655, 52665, 52669, 52670, |
| | : 52674, 52675 |

---------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 12, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 12, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
12th day of May, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:      BAR(23) MAILID *** 000105939977 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000120554



ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
TRANSFEROR: ODDO & CIE
C/O ALDEN GLOBAL CAPITAL
ATTN: CHRIS SCHOLFIELD
885 THIRD AVENUE, 34TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 67361-01 in the above referenced case and in the amount of
$2,488,854.26 allowed at $2,495,300.08 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS & CO.
TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P.
ATTN: MICHELLE LATZONI
200 WEST STREET
NEW YORK, NY 10282

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         52674             in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/12/2016                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 12, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P. | TRANSFEROR: ODDO & CIE, C/O ALDEN GLOBAL CAPITAL, ATTN: CHRIS SCHOLFIELD, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: FIFTH STREET STATION LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: FIFTH STREET STATION LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: FIFTH STREET STATION LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC | TRANSFEROR: FIFTH STREET STATION LLC, C/O BANK OF AMERICA MERRILL LYNCH, ATTN: RYAN WEDDLE / ANTE JAKIC, BANK OF AMERICA TOWER - 3RD FLOOR, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O BOA MERRILL LYNCH; A.JAKIC & G.COHEN, BANK OF AMERICA TOWER, 3RD FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA FIDEURAM S.P.A. | PIAZZALE GIULLO DOUHET, 31, ROMA 00163 ITALY |
| BANCA MEDIOLANUM S.P.A. | TRANSFEROR: BANCA FIDEURAM S.P.A., ATTN: HEAD OF OPERATION CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO (MI) 20080 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BANCO DI DESIO E DELLA BRIANZA SPA | VIA ROVAGNATI, 1, DESIO (MB) 20033 ITALY |
| BERNER KANTONALBANK AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: SAMUEL STUCKI, POSTFACH, BERN CH-3001 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CANTOR FITZGERALD SECURITIES, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS E. HORNING, 110 E. 59TH STREET, 7TH FLOOR, NEW YORK, NY 10022 |
| CANTOR FITZGERALD SECURITIES | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: NILS E. HORNING, 110 E. 59TH STREET, 7TH FLOOR, NEW YORK, NY 10022 |
| CASSA RURALE ED ARTIGIANA DI CANTU' B.C.C. SOC. COOP. | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATTN: PAOLA MUTTON, CORSO UNITA D'ITALIA, 11, CANTU 22063 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT), ATTN: MICHAEL ELIASON, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II, LTD., ATTN: MICHAEL ELIASON, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC FOR ACCOUNT, OF SEGREGATED PORTFOLIO I, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD., ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CREDIT FUND GOLDEN LTD (F/K/A SEB CREDIT), ATTN: MICHAEL ELIASON, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: ABSALON II, LTD., 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE ENTRUST MASTER FUND SPC FOR ACT OF, SEGREGATED PORTFOLIO I, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: DIGNITY HEALTH, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE (STRATEGIC), LTD, ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: GOLDENTREE HIGH YIELD VALUE FUND OFFSHORE II, LTD., ATTN: SCOTT R. EVAN, 1615 BRETT ROAD, BLDG 3, NEW CASTLE, DE 19720 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: MERRILL, LYNCH, PIERCE FENNER & SMITH INCORPORATED, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CYRUS HEARTLAND, LP | TRANSFEROR: CITIGROUP GLOBAL MARKETS INC., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND X (MASTER) LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SEAN LOBO, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| FIFTH STREET STATION LLC | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: BENJAMIN KOLPA, 505 5TH AVENUE SOUTH, SEATTLE, WA 98104 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVRESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE  AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAMA SAVRESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2192 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE ABD MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: BANCO SABADELL S.A., ATTN: RICK CANONICO, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: OFFSHORE ASSET HOLDING VEHICLE A, LTD, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LONG BEACH HOLDINGS, L.L.C. | FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| NOTENSTEIN LA ROCHE PRIVATBANK AG | TRANSFEROR: WEGELIN & CO, PRIVATBANKIERS, F/K/A NOTENSTEIN PRIVATBANK AG, ATTN: CORPORATE ACTIONS, BOHL 17, ST. GALLEN CH-9004 SWITZERLAND |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| PYRELL FUND, L.L.C. | TRANSFEROR: GOLDMAN SACHS & CO., MOSES & SINGER LLP - ATTN: MARK N. PARRY, THE CHRYSLER BUILDING-405 LEXINGTON AVE, NEW YORK, NY 10174-1299 |
| RAPAX OC MASTER FUND, LTD. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE, C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN FINEGAN, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| TURNPIKE LIMITED | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., C/O ALDEN GLOBAL CAPITAL, ATTN: ITHRAN OLIVACCE, 885 THIRD AVENUE, 34TH FLOOR, NEW YORK, NY 10022 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND IX LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: SELECT-INVEST FINANCIAL SERVICE AG, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: ILLIQUIDX LTD, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND IX LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND IX LP, THE | TRANSFEROR: UBS AG, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE FUND IX LP, THE | MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: JPMORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX LP, THE | TRANSFEROR: J.P. MORGAN SECURITIES INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VIII LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VIII LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VIII LP, THE | TRANSFEROR: UBS AG, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VIII LP, THE | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: JP MORGAN CHASE BANK, N.A., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: VARDE INVESTMENT PARTNERS, L.P., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: J.P. MORGAN SECURITIES INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: YORVIK PARTNERS LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: ILLIQUIDX LLP, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND X (MASTER) LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S., SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC, ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S., SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S., SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S., SUITE 3300, MINNEAPOLIS, MN 55402 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., ATTN: EDWINA STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |
| VENETOBANCA SCPA | TRANSFEROR: BANCO DI DESIO E DELLA BRIANZA SPA, ATT.NE EMANUELA SEMENZIN, VIA FELTRINA SUD 250, 31044 MONTEBELLUNA TREVISO  ITALY |
| ZAHRINGER PRIVATBANK AG | TRANSFEROR: NOTENSTEIN LA ROCHE PRIVATBANK AG, ATTN: ADRIAN LERF, SCHMIEDENPLATZ 3, BERN CH-3011 SWITZERLAND |

**Total Creditor Count 182**