**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re: : Chapter 11
 :
LEHMAN BROTHERS HOLDINGS, INC., *et al*. : Case No. 08-13555 (SCC)
 :
Debtors. : (Jointly Administered)
 :
 : Ref. Docket Nos. 52646, 52715
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2016, I caused to be served the "Notice of Defective Transfer," dated April 20, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
13th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000105945846 ***         LBH DEFTRFNTC (MERGE2, TXNUM2) 4000103073



CREDIT SUISSE
ATTN: PAUL GILMORE
ELEVEN MADISON AVENUE
NEW YORK, NY 10010

CREDIT SUISSE
CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019

BSI SA
ATTN:  ANDREA FERRARI, CUSTODY ADMINISTRATION
VIA MAGATTI 2
6900 LUGANO
 SWITZERLAND

**Your transfer  of claim # 55829 is defective for the reason(s) checked below:**

Other -Credit Suise AG is not the holder of this ISIN

Docket Number   52715              Date:  04/20/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK OF SINGAPORE LIMITED | ATTN: SECURITY TRANSFER, 63 MARKET STREET, #22-00, BANK OF SINGAPORE CENTRE, SINGAPORE 048942 SINGAPORE |
| BSI SA | ATTN:  ANDREA FERRARI, CUSTODY ADMINISTRATION, VIA MAGATTI 2, 6900 LUGANO SWITZERLAND |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DBS BANK (HONG KONG) LIMITED | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, ATTN: HEAD OF WEALTH MANAGEMENT OPS, WEALTH MANAGEMENT OPERATIONS, 14TH FLOOR, ONE ISLAND EAST, 18 WESTLANDS ROAD, QUARRY BAY   HONG KONG |

**Total Creditor Count 5**