**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :  (Jointly Administered)
                              Debtors.                       :
                                                             :  Ref. Docket Nos. 52541, 52542,
                                                             :  52562, 52563, 52564, 52589,
                                                             :  52590, 52618, 52619, 52620,
                                                             :  52648, 52672, 52679, 52714,
                                                             :  52716, 52731, 52732, 52733,
                                                             :  52734, 52745, 52746
                                                             :
                                                             :
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 13, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 13, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
13th day of May, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000105945843 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 27138



CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P.
ROBERT SCHEININGER
SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019

CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P.
TRANSFEROR: GOLDMAN SACHS & CO.
C/O CANYON CAPITAL ADVISORS LLC
ATTN: JONATHAN M. KAPLAN
2000 AVENUE OF THE STARS, 11TH FLOOR
LOS ANGELES, CA 90067

Please note that your claim # 67871-06 in the above referenced case and in the amount of $460,457.67 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P.
ATTN: RICH VICHAIDITH
60 WALL ST., 3RD FLOOR
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 52563 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/13/2016      Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on May 13, 2016.

# EXHIBIT B

08-13555-mg    Doc 52923    Filed 05/25/16    Entered 05/25/16 11:08:21    Main Document
Pg 5 of 8

| Claim Name | Address Information |
|---|---|
| BANCA LEONARDO SPA | TRANSFEROR: UBS AG, ATTN: ANNALISA ROMANO, VIA BROLETTO 46, 20121 MILANO ITALY |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: JONATHAN M. KAPLAN, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: JONATHAN M. KAPLAN, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: JONATHAN M. KAPLAN, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., 375 PARK AVE., 12TH FLOOR, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| DBS BANK (HONG KONG) LIMITED | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, ATTN: HEAD OF WEALTH MANAGEMENT OPS, WEALTH MANAGEMENT OPERATIONS, 14TH FLOOR, ONE ISLAND EAST, 18 WESTLANDS ROAD, QUARRY BAY   HONG KONG |
| DBS BANK (HONG KONG) LIMITED | TRANSFEROR: SOCIETE GENERALE BANK & TRUST SINGAPORE BRANCH, ATTN: HEAD OF WEALTH MANAGEMENT OPS, WEALTH MANAGEMENT OPERATIONS, 14TH FLOOR, ONE ISLAND EAST, 18 WESTLANDS ROAD, QUARRY BAY   HONG KONG |
| DBS BANK LTD | TRANSFEROR: DBS BANK (HONG KONG) LIMITED, ATTN: HEAD OF WEALTH MANAGEMENT OPERATIONS, 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B, DBS ASIAN HUB, SINGAPORE 486029 SINGAPORE |
| DBS BANK LTD | TRANSFEROR: DBS BANK (HONG KONG) LIMITED, ATTN: HEAD OF WEALTH MANAGEMENT OPERATIONS, 2 CHANGI BUSINESS PARK CRESCENT #09-05 LOBBY B, DBS ASIA HUB, SINGAPORE 486029 SINGAPORE |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
| --- | --- |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAPAX OC MASTER FUND, LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| HARESH DIALDAS DALAMAL | TRANSFEROR: LADY PARK HOLDINGS LTD, 92 NORTHGATE, LONDON NW8 7EJ UNITED KINGDOM |
| HARESH DIALDAS DALAMAL | TRANSFEROR: LADY PARK HOLDINGS LTD, 92 NORTHGATE, LONDON NW8 7EJ UNITED KINGDOM |
| HARESH DIALDAS DALAMAL | TRANSFEROR: LADY PARK HOLDINGS LTD, 92 NORTHGATE, LONDON NW8 7EJ UNITED KINGDOM |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| J.P. MORGAN SECURITIES PLC | F/K/A J.P. MORGAN SECURITIES LTD, ATTN: JEFFREY L. PANZO, MAIL CODE: NY1-M138, 383 MADISON AVENUE, FLOOR 37, NEW YORK, NY 10179 |
| J.P. MORGAN VENTURES ENERGY CORPORATION | C/O JPMORGAN CHASE BANK, N.A., ATTN: KEVIN C. KELLEY, ESQ., 245 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10167 |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JPMORGAN CHASE BANK, N.A. | C/O JPMORGAN CHASE BANK, N.A., ATTN: KEVIN C. KELLEY, ESQ., 245 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10167 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O KNIGHTHEAD CAP MGMT/L. TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FL, NEW YORK, NY 10036 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O KNIGHTHEAD CAP MGMT/L. TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FL, NEW YORK, NY 10036 |
| KNIGHTHEAD ANNUITY & LIFE ASSURANCE CO | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O KNIGHTHEAD CAP MGMT/L. TORRADO, 1140 AVENUE OF THE AMERICAS, 12TH FL, NEW YORK, NY 10036 |
| LADY PARK HOLDINGS LTD | APT 92 NORTHGATE, PRINCE ALBERT RD, LONDON NW87EJ UNITED KINGDOM |
| LADY PARK HOLDINGS LTD | APT 92 NORTHGATE, PRINCE ALBERT RD, LONDON NW87EJ UNITED KINGDOM |
| LADY PARK HOLDINGS LTD | APT 92 NORTHGATE, PRINCE ALBERT RD, LONDON NW87EJ UNITED KINGDOM |
| LEHMAN BROTHERS COMMODITY SERVICES INC | TRANSFEROR: JPMORGAN CHASE BANK, N.A., LEHMAN BROTHERS HOLDINGS INC/M. LETO, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: J.P. MORGAN VENTURES ENERGY CORPORATION, ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA |

| Claim Name | Address Information |
|---|---|
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 33 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| SYZ BANK & TRUST, LTD | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: JILLIAN FERGUSON, CAO, OLD FORT BAY TOWN CENTRE, BUILDING 2, WINDSOR FIELD ROAD, NASSAU  BAHAMAS |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| VARDE FUND VII-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VII-B LP, THE | TRANSFEROR: BARCLAYS BANK PLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VII-B LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND VII-B LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND VII-B LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND VII-B LP, THE | C/O BROWN RUDNICK LLP, HOWARD STEEL, ESQ, SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND VIII LP, THE | TRANSFEROR: J.P. MORGAN SECURITIES INC., ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND VIII LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND VIII LP, THE | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |
| VARDE FUND VIII LP, THE | 901 MARQUETTE AVE STE 3300, MINNEAPOLIS, MN 55402-3248 |
| VARDE FUND VIII LP, THE | C/O BROWN RUDNICK LLP, ATTN: HOWARD STEEL, ESQ., SEVEN TIMES SQUARE, NEW YORK, NY 10036 |

**Total Creditor Count 68**