**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
                                                             :  Chapter 11
In re:                                                       :
                                                             :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                       :
                                                             :  (Jointly Administered)
                              Debtors.                       :
                                                             :  Ref. Docket Nos. 52364, 52365,
                                                             :  52533, 52539, 52566, 52567,
                                                             :  52568, 52625, 52650, 52651,
                                                             :  52656, 52658, 52659, 52680,
                                                             :  52689, 52704, 52705, 52706,
                                                             :  52717, 52726, 52727, 52728
                                                             :
                                                             :
------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 16, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 16, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
16th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 52925    Filed 05/25/16    Entered 05/25/16 11:21:59    Main Document
Pg 3 of 12

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000105956562 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000140079



BARCLAYS BANK PLC
TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD
745 SEVENTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 62783-93 in the above referenced case and in the amount of $19,124.58 allowed at $19,138.42 has been transferred (unless previously expunged by court order)

CRESCENT 1, L.P.
TRANSFEROR: BARCLAYS BANK PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    52717    in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 05/16/2016         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 16, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: BBVA (SUIZA) S.A., ENRIQUE HATE DE LARA, 7 RUE PIERRE FATCO, 1204 GENEVE  SWITZERLAND |
| BANK JULIUS BAER & CO. LTD | TRANSFEROR: BBVA (SUIZA) S.A., ENRIQUE HATE DE LARA, 7 RUE PIERRE FATCO, 1204 GENEVE  SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: FARGLORY LIFE INSURANCE CO LTD, 745 SEVENTH AVENUE, NEW YORK, NY 10019 |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VISCAYA ARGENTARIA, S.A., ATTN: ANA HIDALGO & ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | ATTN: INIGO BERASALUCE / DIRECTOR, ZELTWEG 63, ZURICH CH-8021 SWITZERLAND |
| BBVA (SUIZA) S.A. | BANCO BILBAO VIZCAYA ARGENTARIAS, S.A., ATTN: ANA HIDALGO/ ELENA PRIETO, PASEO DE LA CASELLANA, 81 - FLOOR 21, MADRID 28046 SPAIN |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDREW A. BERNSTEIN, ESQ., 12, RU DE TILSITT, PARIS 75008 FRANCE |
| BBVA (SUIZA) S.A. | CLEARY GOTTLIEB STEEN & HAMILTON LLP, ATTN: SETH GROSSHANDLER, ESQ., ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., INTERTRUST CORPORATE SERVICES (CAYMAN) LIMITED, 190 ELGIN AVENUE, GEORGE TOWN, GRAND CAYMAN KY1-9005  CAYMAN ISLANDS |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10020-1708 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 3OTH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: GOLDMAN SACHS & CO., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: JONATHAN KAPLAN, ESQ., 2000 AVENUE OF THE STARS, 11TH FL., LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P. | SIDLEY AUSTIN LLP, ATTN: ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES LLC, C/O CANYON CAPITAL ADVISORS LLC, ATTN: RAJ VENKATARAMAN IYER, ATTN: JONATHAN KAPLAN, ESQ., 2000 AVENUE OF THE STARS, 11TH FL, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | SIDLEY AUSTIN LLP, ATTN; ALEX R. ROVIRA, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O CANYON CAPITAL ADVISORS LLC, ATTN: JONATHAN M. KAPLAN, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P. | ANDREWS KURTH LLP, ATTN: DAVID HOYT, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, L.P., ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: KNIGHTHEAD (NY) FUND, L.P., ATTN: JOELLE GAVLICK, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CRESCENT 1, L.P. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS II, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY INVESTING FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON DISTRESSED OPPORTUNITY MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GERHARD WONSCHIK | TRANSFEROR: NEUE AARGAUER BANK AG, BERKHEIMER STRASSE 17, DENKENDORF DE-73770 GERMANY |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: LIQUIDATION OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| GOLDMAN SACHS & CO. | TRANSFEROR: ALDEN GLOBAL DISTRESSED OPPORTUNITIES MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: TURNPIKE LIMITED, ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVRESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE  AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAMA SAVRESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 |

| Claim Name | Address Information |
| --- | --- |
| GOLDMAN SACHS & CO. | WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2192 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE ABD MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS & CO. | TRANSFEROR: CYRUS HEARTLAND, LP, ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GOLDENTREE MASTER FUND II, LTD., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| GOLDMAN, SACHS & CO. | TRANSFEROR: GN3 SIP L.P., ATTN: MICHELLE LATZONI, 200 WEST STREET, NEW YORK, NY 10282 |
| HAMMELBACHER, HEIDI ANGELIKA | TRANSFEROR: BETHMANN BANK AG, KAISERSTUHLSTRASSE 23, 14129 BERLIN   GERMANY |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| JAVANO MANAGEMENT, L.L.C. | ANDREW N. ROSENBERG, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| JAVANO MANAGEMENT, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, P.O. BOX 6934, NEW YORK, NY 10150 |
| KNIGHTHEAD (NY) FUND, L.P. | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS, INC., C/O KNIGHTHEAD CAPITAL MANAGEMENT, LLC; ATTN: LAURA L. TORRADO, ESQ., 1140 AVENUE OF THE AMERICAS, |

| Claim Name | Address Information |
| --- | --- |
| KNIGHTHEAD (NY) FUND, L.P. | 12TH FLOOR, NEW YORK, NY 10036 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VIII LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND IX-A LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND IX LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VI-A LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE FUND VII-B LP, THE, ATTN: SHAUN GEMBALA, 125 WEST 55TH ST, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS, LP, ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P. PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | TRANSFEROR: VARDE INVESTMENT PARTNERS (OFFSHORE) MASTER, L.P., ATTN: SHAUN GEMBALA, 125 WEST 55TH STREET, NEW YORK, NY 10019 |
| MACQUARIE BANK LIMITED | ROBERT SCHEININGER AND ANDREW P.PROPPS, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| NEUE AARGAUER BANK AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, WORLDWIDE PLAZA, NEW YORK, NY 10019 |
| NEUE AARGAUER BANK AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, L.P., ATTN: WILLIAM SANTANGELO, 333 SOUTH GRAND AVE, 28 FLOOR, LOS ANGELES, CA 90071 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. | DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: GOLDMAN, SACHS & CO., C/O SILVER POINT CAPITAL, L.P. - ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| STEIERMARKISCHE BANK UND SPARKASSEN | TRANSFEROR: BBVA (SUIZA) S.A., ANGERER WOLFGANG NEILERSABINE, AM BELVEDERE 1, 1100 WIEN   AUSTRIA |
| VARDE FUND IX-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |
| VARDE FUND IX-A LP, THE | TRANSFEROR: SEA PORT GROUP SECURITIES, LLC, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S, SUITE 3300, MINNEAPOLIS, MN 55402 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 167**