**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52749
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

*2.* On May 16, 2016, I caused to be served the "Notice of Defective Transfer," dated May 10, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
16th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

EMERGING MARKETS (QUANTITATIVE) MASTER L.P.
F/K/A GOLDMAN SACHS QUANTITATIVE STRATEGIES
C/O GOLDMAN SACHS ASSET MANAGEMENT L.P.
ATTN: WENDY YUN
200 WEST STREET
NEW YORK, NY 10282

EMERGING MARKETS (QUANTITATIVE) MASTER L.P.
DAVID AMAN, ESQ.
CLEARY GOTTLIEB STEEN & HAMILTON LLP
ONE LIBERTY PLAZA
NEW YORK, NY 10006

BAR(23) MAILID *** 000105956552 ***          LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1032

BARCLAYS BANK PLC
ATTN: ALEXANDER WILK
1301 AVENUE OF THER AMERICAS
NEW YORK, NY 10019

**Your transfer of claim # 20787 is defective for the reason(s) checked below:**

Other Claim is estimated at $0

Docket Number   52749          Date: 05/10/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

**EXHIBIT B**

# LEHMAN BROTHERS HOLDINGS INC.
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | ATTN: ALEXANDER WILK, 1301 AVENUE OF THER AMERICAS, NEW YORK, NY 10019 |
| EMERGING MARKETS (QUANTITATIVE) MASTER L.P. | F/K/A GOLDMAN SACHS QUANTITATIVE STRATEGIES, C/O GOLDMAN SACHS ASSET MANAGEMENT L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |
| EMERGING MARKETS (QUANTITATIVE) MASTER L.P. | DAVID AMAN, ESQ., CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006 |

**Total Creditor Count 3**