B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
Southern District Of New York

| | |
|---|---|
| In re: Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (SCC) (Jointly Administered) |
| In re: Lehman Brothers Special Financing Inc. | Case No. 08-13888 (SCC) |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| HSBC Bank plc | Super Caspian Cayman Fund Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

HSBC Credit Situations Group, Global Banking and Markets, Level 4
8 Canada Square
London E14 5HQ
Attn:
Ryan Lamparter: secondaryloantrading.closing@hsbcib.com, Tel: +44 207 992 2829
Dermot Murphy: dermot.murphy@hsbcib.com, Tel: +44 207 991 5071
Alvita Hemingway: alvita.hemingway@hsbcib.com, Tel: +44 207 991 5804

Last Four Digits of Acct. #: N/A

Court Claim # (if known): 10935
Amount of Claim: $2,283,713.41
Date Claim Filed: September 9, 2009

Phone:
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct. #: N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/_   Date: 24/5/16
Transferee/Transferee's Agent

Timothy J Brown
Deputy Chief Operating Officer
Markets, EMEA
HSBC Bank plc

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Super Caspian Cayman Fund Limited ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to HSBC Bank plc ("Purchaser") 100% of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Special Financing Inc. (the "Debtor"), the debtor in Case No. 08-13888 pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") and the relevant portion of any and all proofs of claim (No. 10935) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 25th day of May 2016.

Super Caspian Cayman Fund Limited
By: _____
Name: Adele Kittredge Murray
Title: Authorized Signatory

HSBC Bank plc
By: _____
Name:
Title: