UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS           Chapter 11
       INC., et al.,
                                            Case No.: 08-13555- SCC
            Debtor

------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, James W. Brody, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION; and REPUBLIC MORTGAGE HOME LOANS, LLC, as defendants in the above-referenced case adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central, Eastern and Southern District of California.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: May 25, 2016

Novato, California

_____
James W. Brody
AMERICAN MORTGAGE LAW GROUP, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0030 x. 151 / (415) 878-0035
jbrody@americanmlg.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS    Chapter 11
        INC., et al.,
                                    Case No.: 08-13555- SCC
                Debtor

------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, as Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central, Eastern and Southern District of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date: May____, 2016
New York, New York                    /s/_____
                                      UNITED STATES BANKRUPTCY JUDGE