**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
:
In re                                                          :     **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*    :     **08-13555 (SCC)**
:
          Debtors.                                          :     **(Jointly Administered)**
:
:     **Ref. Docket No. 52918**
----------------------------------------------------------------x
:
In re                                                          :
:
:     **Case No.**
**LEHMAN BROTHERS INC.,**                          :
:     **08-01420 (SCC) (SIPA)**
          Debtor.                                           :
:     **Ref. Docket No. 13653**
----------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                                         ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 24, 2016, I caused to be served the "Notice of Scheduling Change for Hearing on June 2, 2016," dated May 24, 2016 [Docket No. 13653 in Case No. 08-01420 and Docket No. 52918 in Case No. 08-13555], by causing true and correct copies to be:

    i.   delivered via electronic mail to those parties listed on the annexed Exhibit A, and

    ii.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
25th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

-2-

T:\Clients\LBH\Affidavits\Notice of Scheduling Change for Hearing on June 2_DI 13653 in Case No 08-01420 & 52918 in Case No 08-13555_AFF_5-24-16_FK.doc

# EXHIBIT A

**Lehman Brothers Holdings Inc.,** *et al.*
**Email Service List**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com
chemrick@thewalshfirm.com

**Lehman Brothers Holdings Inc.,** *et al.*
**Email Service List**

| | |
|---|---|
| chipford@parkerpoe.com | demetra.liggins@tklaw.com |
| chris.donoho@lovells.com | dennis.tracey@hoganlovells.com |
| christopher.greco@kirkland.com | dfelder@orrick.com |
| claude.montgomery@dentons.com | dflanigan@polsinelli.com |
| clynch@reedsmith.com | dgrimes@reedsmith.com |
| cmestres@aclawllp.com | dhayes@mcguirewoods.com |
| cohen@sewkis.com | dheffer@foley.com |
| cp@stevenslee.com | dhurst@coleschotz.com |
| cpappas@dilworthlaw.com | dhw@dhclegal.com |
| cparyse@contrariancapital.com | diconzam@gtlaw.com |
| craig.goldblatt@wilmerhale.com | djcarragher@daypitney.com |
| craigjustinalbert@gmail.com | djoseph@stradley.com |
| crmomjian@attorneygeneral.gov | dkessler@ktmc.com |
| csalomon@beckerglynn.com | dkozusko@willkie.com |
| cschreiber@winston.com | dlemay@chadbourne.com |
| cshore@whitecase.com | dlipke@vedderprice.com |
| cshulman@sheppardmullin.com | dmark@kasowitz.com |
| cszyfer@stroock.com | dmcguire@winston.com |
| cwalsh@mayerbrown.com | dmiller@steinlubin.com |
| cward@polsinelli.com | dmurray@jenner.com |
| cweber@ebg-law.com | dneier@winston.com |
| cweiss@ingramllp.com | dodonnell@milbank.com |
| dallas.bankruptcy@publicans.com | dove.michelle@dorsey.com |
| dave.davis@isgria.com | dpegno@dpklaw.com |
| david.bennett@tklaw.com | draelson@fisherbrothers.com |
| david.heller@lw.com | drosenzweig@fulbright.com |
| david.livshiz@freshfields.com | drosner@goulstonstorrs.com |
| david.powlen@btlaw.com | drosner@kasowitz.com |
| davids@blbglaw.com | dshaffer@wtplaw.com |
| davidwheeler@mvalaw.com | dspelfogel@foley.com |
| dbarber@bsblawyers.com | dtatge@ebglaw.com |
| dbaumstein@whitecase.com | dtheising@harrisonmoberly.com |
| dbesikof@loeb.com | dwdykhouse@pbwt.com |
| dcimo@gjb-law.com | dworkman@bakerlaw.com |
| dcoffino@cov.com | easmith@venable.com |
| dcrapo@gibbonslaw.com | ebcalvo@pbfcm.com |
| ddavis@paulweiss.com | ecohen@russell.com |
| ddrebsky@nixonpeabody.com | edward.flanders@pillsburylaw.com |
| ddunne@milbank.com | efleck@milbank.com |
| deggermann@kramerlevin.com | efriedman@fklaw.com |
| deggert@freebornpeters.com | efriedman@friedmanspring.com |

**Lehman Brothers Holdings Inc.,** *et al.*
**Email Service List**

| | |
|---|---|
| ekbergc@lanepowell.com | hrh@lhmlawfirm.com |
| eleicht@whitecase.com | hseife@chadbourne.com |
| ellen.halstead@cwt.com | hsnovikoff@wlrk.com |
| emagnelli@bracheichler.com | hsteel@brownrudnick.com |
| emerberg@mayerbrown.com | igoldstein@proskauer.com |
| enkaplan@kaplanlandau.com | irethy@stblaw.com |
| eobrien@sbchlaw.com | israel.dahan@cwt.com |
| etillinghast@sheppardmullin.com | iva.uroic@dechert.com |
| eweinick@otterbourg.com | jacobsonn@sec.gov |
| ezujkowski@emmetmarvin.com | jalward@blankrome.com |
| fcarruzzo@kramerlevin.com | james.heaney@lawdeb.com |
| ffm@bostonbusinesslaw.com | james.mcclammy@dpw.com |
| fhenn@law.nyc.gov | james.sprayregen@kirkland.com |
| fhyman@mayerbrown.com | jamesboyajian@gmail.com |
| foont@foontlaw.com | jamestecce@quinnemanuel.com |
| fsosnick@shearman.com | jar@outtengolden.com |
| fyates@sonnenschein.com | jay.hurst@oag.state.tx.us |
| gabriel.delvirginia@verizon.net | jay@kleinsolomon.com |
| gary.ravertpllc@gmail.com | jbeemer@entwistle-law.com |
| gbray@milbank.com | jbeiers@co.sanmateo.ca.us |
| george.south@dlapiper.com | jbromley@cgsh.com |
| ggitomer@mkbattorneys.com | jcarberry@cl-law.com |
| ggoodman@foley.com | jchristian@tobinlaw.com |
| giddens@hugheshubbard.com | jdoran@haslaw.com |
| gkaden@goulstonstorrs.com | jdwarner@warnerandscheuerman.com |
| glenn.siegel@dechert.com | jdweck@sutherland.com |
| glenn.siegel@morganlewis.com | jdyas@halperinlaw.net |
| gmoss@riemerlaw.com | jean-david.barnea@usdoj.gov |
| goldenberg@ssnyc.com | jeanites@whiteandwilliams.com |
| gplotko@kramerlevin.com | jeannette.boot@wilmerhale.com |
| gspilsbury@jsslaw.com | jeff.wittig@coair.com |
| guzman@sewkis.com | jeldredge@velaw.com |
| harrisjm@michigan.gov | jennifer.demarco@cliffordchance.com |
| harveystrickon@paulhastings.com | jennifer.gore@shell.com |
| hbeltzer@mayerbrown.com | jfalgowski@reedsmith.com |
| heim.steve@dorsey.com | jg5786@att.com |
| heiser@chapman.com | jgenovese@gjb-law.com |
| hmagaliff@r3mlaw.com | jgoodchild@morganlewis.com |
| holsen@stroock.com | jguy@orrick.com |
| hooper@sewkis.com | jhiggins@fdlaw.com |
| howard.hawkins@cwt.com | jhorgan@phxa.com |

**Lehman Brothers Holdings Inc., *et al.***
**Email Service List**

| | |
|---|---|
| jhuggett@margolisedelstein.com | jsullivan@mosessinger.com |
| jim@atkinslawfirm.com | jtimko@shutts.com |
| jjtancredi@daypitney.com | judy.morse@crowedunlevy.com |
| jjureller@klestadt.com | jvail@ssrl.com |
| jlamar@maynardcooper.com | jwcohen@daypitney.com |
| jlawlor@wmd-law.com | jweiss@gibsondunn.com |
| jlee@foley.com | jwest@velaw.com |
| jlevitin@cahill.com | jwh@njlawfirm.com |
| jlscott@reedsmith.com | jzulack@fzwz.com |
| jmaddock@mcguirewoods.com | kanema@formanlaw.com |
| jmazermarino@msek.com | karen.wagner@dpw.com |
| jmelko@gardere.com | karl.geercken@alston.com |
| jmerva@fult.com | kdwbankruptcydepartment@kelleydrye.com |
| jmmurphy@stradley.com | keckhardt@hunton.com |
| jmr@msf-law.com | keith.simon@lw.com |
| jnm@mccallaraymer.com | ken.coleman@allenovery.com |
| john.beck@hoganlovells.com | ken.higman@hp.com |
| john.monaghan@hklaw.com | kerry.moynihan@hro.com |
| john.mule@ag.state.mn.us | kgwynne@reedsmith.com |
| john.rapisardi@cwt.com | kiplok@hugheshubbard.com |
| johnramirez@paulhastings.com | kit.weitnauer@alston.com |
| jonathan.goldblatt@bnymellon.com | kkelly@ebglaw.com |
| jonathan.henes@kirkland.com | kkolbig@mosessinger.com |
| jorbach@hahnhessen.com | klyman@irell.com |
| joseph.cordaro@usdoj.gov | klynch@formanlaw.com |
| joseph.serino@kirkland.com | kmayer@mccarter.com |
| joshua.dorchak@morganlewis.com | kobak@hugheshubbard.com |
| jowen769@yahoo.com | korr@orrick.com |
| joy.mathias@dubaiic.com | kovskyd@pepperlaw.com |
| jpintarelli@mofo.com | kressk@pepperlaw.com |
| jporter@entwistle-law.com | kreynolds@mklawnyc.com |
| jprol@lowenstein.com | krodriguez@allenmatkins.com |
| jrabinowitz@rltlawfirm.com | krosen@lowenstein.com |
| jrsmith@hunton.com | kurt.mayr@bgllp.com |
| jschiller@bsfllp.com | landon@slollp.com |
| jschwartz@hahnhessen.com | lani.adler@klgates.com |
| jsheerin@mcguirewoods.com | lapeterson@foley.com |
| jsherman@bsfllp.com | lawallf@pepperlaw.com |
| jshickich@riddellwilliams.com | lawrence.gelber@srz.com |
| jsmairo@pbnlaw.com | lberkoff@moritthock.com |
| jstoll@mayerbrown.com | lee.stremba@troutmansanders.com |

**Lehman Brothers Holdings Inc.,** *et al.*
**Email Service List**

| | |
|---|---|
| lee.whidden@dentons.com | mfeldman@willkie.com |
| lgranfield@cgsh.com | mginzburg@daypitney.com |
| lhandelsman@stroock.com | mgordon@briggs.com |
| lisa.solomon@att.net | mgreger@allenmatkins.com |
| ljkotler@duanemorris.com | mh1@mccallaraymer.com |
| lkatz@ltblaw.com | mhopkins@cov.com |
| lkiss@klestadt.com | michael.frege@cms-hs.com |
| lmarinuzzi@mofo.com | michael.kelly@monarchlp.com |
| lmcgowen@orrick.com | michael.krauss@faegrebd.com |
| lnashelsky@mofo.com | michael.mccrory@btlaw.com |
| loizides@loizides.com | michaels@jstriallaw.com |
| lschweitzer@cgsh.com | millee12@nationwide.com |
| lucdespins@paulhastings.com | miller@taftlaw.com |
| mabrams@willkie.com | mimi.m.wong@irscounsel.treas.gov |
| maofiling@cgsh.com | mitchell.ayer@tklaw.com |
| marc.chait@sc.com | mjedelman@vedderprice.com |
| margolin@hugheshubbard.com | mjr1@westchestergov.com |
| mark.bane@ropesgray.com | mlahaie@akingump.com |
| mark.ellenberg@cwt.com | mlandman@lcbf.com |
| mark.mckane@kirkland.com | mlichtenstein@crowell.com |
| mark.sherrill@sutherland.com | mlynch2@travelers.com |
| marvin.clements@ag.tn.gov | mmendez@crb-law.com |
| matt@willaw.com | mmorreale@us.mufg.jp |
| matthew.klepper@dlapiper.com | mneier@ibolaw.com |
| maustin@orrick.com | monica.lawless@brookfieldproperties.com |
| mbenner@tishmanspeyer.com | mpage@kelleydrye.com |
| mberman@nixonpeabody.com | mparry@mosessinger.com |
| mbienenstock@proskauer.com | mpedreira@proskauer.com |
| mbloemsma@mhjur.com | mprimoff@kayescholer.com |
| mbossi@thompsoncoburn.com | mpucillo@bermanesq.com |
| mcademartori@sheppardmullin.com | mrosenthal@gibsondunn.com |
| mcarthurk@sullcrom.com | mruetzel@whitecase.com |
| mccarthyj@sullcrom.com | mschimel@sju.edu |
| mcordone@stradley.com | msegarra@mayerbrown.com |
| mcto@debevoise.com | mshiner@tuckerlaw.com |
| mcyganowski@oshr.com | msolow@kayescholer.com |
| mdorval@stradley.com | mspeiser@stroock.com |
| meggie.gilstrap@bakerbotts.com | mstamer@akingump.com |
| melorod@gtlaw.com | munno@sewkis.com |
| meltzere@pepperlaw.com | mvenditto@reedsmith.com |
| metkin@lowenstein.com | mwarner@coleschotz.com |

**Lehman Brothers Holdings Inc.,** *et al.*
**Email Service List**

| | |
|---|---|
| mwarren@mtb.com | rgoodman@moundcotton.com |
| nathan.spatz@pillsburylaw.com | rgraham@whitecase.com |
| nbinder@binderschwartz.com | rhett.campbell@tklaw.com |
| nbojar@fklaw.com | richard.lear@hklaw.com |
| ncoco@mwe.com | richard@rwmaplc.com |
| neal.mann@oag.state.ny.us | rick.murphy@sutherland.com |
| ned.schodek@shearman.com | rleek@hodgsonruss.com |
| neilberger@teamtogut.com | rlevin@cravath.com |
| nherman@morganlewis.com | rmatzat@hahnhessen.com |
| nissay_10259-0154@mhmjapan.com | rnetzer@willkie.com |
| nlepore@schnader.com | robert.dombroff@bingham.com |
| notice@bkcylaw.com | robert.honeywell@klgates.com |
| nyrobankruptcy@sec.gov | robert.malone@dbr.com |
| otccorpactions@finra.org | robert.yalen@usdoj.gov |
| paronzon@milbank.com | robin.keller@lovells.com |
| pbattista@gjb-law.com | roger@rnagioff.com |
| pbosswick@ssbb.com | ross.martin@ropesgray.com |
| pdublin@akingump.com | rpedone@nixonpeabody.com |
| peisenberg@lockelord.com | rrainer@wmd-law.com |
| peter.gilhuly@lw.com | rroupinian@outtengolden.com |
| peter.macdonald@wilmerhale.com | rrussell@andrewskurth.com |
| peter.simmons@friedfrank.com | russj4478@aol.com |
| peter@bankrupt.com | ryaspan@yaspanlaw.com |
| pfeldman@oshr.com | sabin.willett@bingham.com |
| pfinkel@wilmingtontrust.com | sabramowitz@velaw.com |
| phayden@mcguirewoods.com | sabvanrooy@hotmail.com |
| philip.wells@ropesgray.com | sally.henry@skadden.com |
| pmaxcy@sonnenschein.com | samuel.cavior@pillsburylaw.com |
| ppascuzzi@ffwplaw.com | sandyscafaria@eaton.com |
| ppatterson@stradley.com | scargill@lowenstein.com |
| psp@njlawfirm.com | schager@ssnyc.com |
| ptrostle@jenner.com | schannej@pepperlaw.com |
| raj.madan@skadden.com | schepis@pursuitpartners.com |
| ramona.neal@hp.com | schnabel.eric@dorsey.com |
| rbeacher@pryorcashman.com | schristianson@buchalter.com |
| rbernard@foley.com | scott.golden@hoganlovells.com |
| rbyman@jenner.com | scottj@sullcrom.com |
| rdaversa@orrick.com | scottshelley@quinnemanuel.com |
| relgidely@gjb-law.com | scousins@armstrongteasdale.com |
| rfriedman@silvermanacampora.com | sdnyecf@dor.mo.gov |
| rgmason@wlrk.com | seba.kurian@invesco.com |

**Lehman Brothers Holdings Inc., *et al.***
**Email Service List**

sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com
tbrock@ssbb.com

tdewey@dpklaw.com
tgoren@mofo.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

# EXHIBIT B

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007