**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
:
In re                                               :        **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*        :        **08-13555 (SCC)**
:
Debtors.                         :        **(Jointly Administered)**
:
-------------------------------------------------------------------x

**ORDER IN AID OF EXECUTION OF**
**THE MODIFIED THIRD AMENDED CHAPTER 11 PLAN OF**
**LEHMAN BROTHERS HOLDINGS INC. AND ITS AFFILIATED DEBTORS**

WHEREAS by order, dated March 6, 2012 (ECF No. 23023) (the "Confirmation Order"), this Court approved and confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan")[1] for the entities in the above referenced chapter 11 cases (the "Debtors"); and

WHEREAS on March 6, 2012, the Debtors filed a notice of the occurrence of the Effective Date of the Plan (ECF No. 26039) with the Court; and

WHEREAS, pursuant to the Confirmation Order, the Court retained exclusive jurisdiction over all matters arising under or related to the Chapter 11 Cases, including, without limitation, to "enter and implement other orders, and take such other actions as may be necessary or appropriate to enforce … the Plan, the Confirmation Order or any other order of the Bankruptcy Court"; and

WHEREAS, on May 11, 2016, the Plan Administrator filed a motion for an order in aid of execution of the Plan (ECF No. 52752) (the "Motion"), and provided due and proper notice thereof; and

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

WHEREAS the Court has found and determined that the relief sought in the Motion is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

AFTER DUE DELIBERATION AND SUFFICIENT CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1.     The Motion is granted.

2.     Notwithstanding anything contained in the Plan or prior order of the Court, (A) the Plan Administrator is authorized to schedule the tenth Distribution Date on June 16, 2016; (B) for the purposes of any such tenth Distribution Date, the Plan Administrator shall not be required to recognize any Claim transfer occurring during the period commencing after May 18, 2016, and any such Claim transfers shall, for Distribution purposes only, be deemed to have occurred immediately after such Distribution Date.

3.     This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: May 26, 2016
       New York, New York

                                        /S/ Shelley C. Chapman
                                        UNITED STATES BANKRUPTCY JUDGE