CHAPMAN & CUTLER LLP
Franklin H. Top, III (*pro hac vice*)
Scott A. Lewis
Attorneys for U.S. Bank National
Association and U.S. Bank Trust National
Association, as Trustees

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

LEHMAN BROTHERS HOLDINGS INC., *et al.,*

Debtors.

Case No. 08-13555 (SCC)

**CERTIFICATE OF SERVICE**

I, Franklin H. Top III, an attorney, hereby certify that on or prior to 4:00 p.m. (Prevailing Eastern Time) on the 26th day of May 2016, I caused a true and correct copy of the **RMBS Trustees' Objection to Debtors' Motion to (A) Disallow And Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves**, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below.

       The Chambers of the Honorable Shelley C. Chapman
       Courtroom 623
       One Bowling Green
       New York, New York 10004

       The Office of the United States Trustee for Region 2
       U.S. Federal Office Building
       201 Varick Street, Suite 1006
       New York, New York  10014
       Attn:  William K. Harrington, Esq., Susan D. Golden, Esq.
       and Andrea B. Schwartz, Esq.

3996866.01.03.doc

Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis F. Dunne, Esq., Dennis O'Donnell, Esq.,
Wilbur Foster, Esq. and Evan R. Fleck, Esq.


Willkie Farr & Gallagher LLP
787 Seventh Ave
New York NY  10019
Attn:  Paul V. Shalhoub, Esq. and Todd G. Cosenza, Esq.

Rollin Braswell Fisher LLC
8350 East Crescent Parkway
Suite 100
Greenwood Village, Colorado
Attn:  Michael A. Rollin, Esq. and
Maritza Dominguez Braswell, Esq.


DATED:  Chicago, Illinois
        May 26, 2016


       /s/ Franklin H. Top III

Franklin H. Top III
**CHAPMAN AND CUTLER LLP**
1270 Avenue of the Americas
New York, New York 10020-1708
Telephone:  (212) 655-2512
Fax:  212-655-2513
Email: top@chapman.com

Attorneys for U.S. Bank National Association, as Trustee

2