**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

Shapiro Bieging Barber Otteson LLP
Duncan E. Barber (*Admitted Pro Hac Vice*)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone:  720-488-0220
Fax:  720-488-7711
Email:  dbarber@sbbolaw.com

*Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC and Ironbridge Aspen Collection, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

----------------------------------------------------------------X

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION TO
ABSTAIN FROM CONISDERATION OF PLAN ADMINISTRATOR'S
FIVE HUNDRED NINTH OMNIBUS OBJECTION TO CLAIMS**

**PLEASE TAKE NOTICE** that the hearing on the Motion to Abstain from Consideration of Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims filed by Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC and Ironbridge Aspen Collection, LLC [Docket No. 52697] (the "Motion") and any objections to the Motion, which is currently scheduled for June 2, 2016 at 10:00 a.m. (EST) **has been adjourned to July 12, 2016 at 10:00 a.m. (EST)**, or as soon thereafter as counsel may be heard (the "Hearing").  The Hearing will be

held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

Dated: New York, New York
May 26, 2016

                                       **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By:  */s/ Tracy L. Klestadt*
Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com

*Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC and Ironbridge Aspen Collection, LLC*

2