**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS        Chapter 11
        INC., et al.,

                                        Case No.: 08-13555- SCC

                Debtor

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Tracy L. Henderson, to be admitted, *pro hac vice*, to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATON and REPUBLIC MORTGAGE HOME LOANS, LLC, as Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern and Central Districts of California, it is hereby

**ORDERED**, that Tracy L. Henderson, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  May 27, 2016                     /S/ Shelley C. Chapman
       New York, New York               UNITED STATES BANKRUPTCY JUDGE