**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re:  LEHMAN BROTHERS HOLDINGS      Chapter 11
         INC., et al.,

                                       Case No.: 08-13555- SCC

                Debtor

-----------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of James W. Brody, to be admitted, *pro hac vice*, to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, as Defendants in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Central, Eastern and Southern District of California, it is hereby

**ORDERED**, that James W. Brody, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Date:  May 27, 2016
New York, New York              /S/ Shelley C. Chapman
                                UNITED STATES BANKRUPTCY JUDGE