NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

Form 210A (10/06)

## United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC,   Case No.  08-13555(JMP)   JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **OCM Opportunities Fund VIIB Delaware, L.P.** | Credit Suisse International |

Name and Address where notices to transferee should be sent:

c/o Oaktree Capital Management LP
333 So. Grand Ave., 28th Floor
Los Angeles, CA 90071
Attn : Bill Santangelo
Email : bsantangelo@oaktreecapital.com

Court Claim # (if known): 18848
Amount of Claim: $2,830,013.00
Date Claim Filed: September 18, 2009

Transferred Amount of Claim:
$2,830,013.00

Phone: 213 830-692

Phone: 212 538 2905

Bank accounts details of Transferee:

USD instructions
Bank of New York Mellon
ABA #: 021000018
Swift: IRVTUS3NAMS
FFC OCM Account#: 2791578400
FFC OCM Account Name: OCM Opportunities Fund VIIb (Delaware), LP

NYC 339275 3
032-5868/AGR/4984890 2

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: May 31 2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse International ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **OCM Opportunities Fund VIIB Delaware, L.P.** ("Purchaser") an undivided interest equal to 100% (which corresponds to a principal amount of $2,830,013.00) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 18848) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

NYC 339273.3
032-5868/AGR/4984890.2

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27 day of May , 2016.

**CREDIT SUISSE INTERNATIONAL**

By: _____
Name: Barry Dixon
Title: Authorized Signatory

By: _____
Name: Rik Kwan Chung
Title: Authorized Signatory

**OCM Opportunities Fund VIIB Delaware, L.P.**

By: Oaktree Fund GP, LLC
its: General Partner

By: Oaktree Fund GP I, LLP
its: Managing Member

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 27 day of May, 2016.

### CREDIT SUISSE INTERNATIONAL

By: _____
Name:
Title:

By: _____
Name:
Title:

### OCM Opportunities Fund VIIB Delaware, L.P.

By: Oaktree Fund GP, LLC
its: General Partner

By: Oaktree Fund GP I, LLP
its: Managing Member

By: _____
Name: Kenneth Liang
Title: Authorized Signatory

By: _____
Name: Mahesh Balakrishnan
Title: Authorized Signatory