UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                    :    Chapter 11
                                                         :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    Case No.: 08-13555 (SCC)
                                                         :
              Debtors.                                   :    (Jointly Administered)
-------------------------------------------------------------------x

NOTICE OF ADJOURNMENT OF HEARING ON (I) MOTION OF TRINITY
INVESTMENTS LIMITED TO COMPEL OUTSTANDING DISTRIBUTIONS ON
ALLOWED, UNSATISFIED GUARANTEE CLAIMS, AND (II) LBHI'S AMENDED
CROSS-MOTION TO ENFORCE THE LBHI PLAN
AND OTHER ANCILLARY RELIEF

**PLEASE TAKE NOTICE** that the hearing on the (1) *Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims* [ECF No. 52309] and (2) *Objection By Lehman Brothers Holdings Inc. To Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims And Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF No. 52537], as amended [ECF No. 52544], which are currently scheduled for June 2, 2016 at 11:00 a.m. (E.S.T.), have been **adjourned to June 28, 2016 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing").

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

[SIGNATURE PAGE FOLLOWS]

Dated: June 1, 2016

By: */s/ Arthur Steinberg*
Arthur Steinberg
Scott Davidson
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100

*Counsel for Lehman Brothers Holdings Inc.*

By: */s/ Joshua Dorchak*
Joshua Dorchak
Matthew C. Ziegler
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 309-6000

*Counsel for Trinity Investments Limited*