WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| In re | **Chapter 11 Case No.** |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | **08-13555 (SCC)** |
| Debtors. | **(Jointly Administered)** |

---

| | |
|---|---|
| In re | |
| | **Case No.** |
| **LEHMAN BROTHERS INC.**, | |
| | **08-01420 (SCC) (SIPA)** |
| Debtor. | |

---

**NOTICE OF AMENDED AGENDA OF MATTERS
SCHEDULED FOR THE NINETY-EIGHTH OMNIBUS
AND CLAIMS HEARING ON JUNE 2, 2016 AT 11:00 A.M.**

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**LEHMAN BROTHERS INC. PROCEEDING**

**I.   UNCONTESTED MATTERS:**

1. Trustee's Motion for (I) an Order Approving Sale Procedures for the Sale of the LBEL Claim and (II) an Order Authorizing the Sale of the LBEL Claim [**LBI ECF No. 13643**]

   Response Deadline:   May 26, 2016 at 4:00 p.m.

   Responses Received:   None.

   Related Documents:   None.

   Status:  This matter is going forward.

2. Twentieth Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from September 1, 2015 through December 31, 2015 [**LBI ECF No. 13551**]

   Response Deadline:   May 19, 2016 at 4:00 p.m.

   Response Received:

   A.   Recommendation of the Securities Investor Protection Corporation in Support of the Twentieth Application **[LBI ECF No. 13652]**

   Related Document:

   B.   Notice of Hearing on Application **[LBI ECF No. 13552]**

   Status:  This matter is going forward.

**II.    STATUS CONFERENCE:**

3.  Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9736**]

    Response Deadline:    September 18, 2014 at 4:00 p.m., extended for certain parties to October 2, 2014 at 4:00 p.m.

    Responses Received:

    A.    Response of Goldman, Sachs & Co. [**LBI ECF No. 10024**]

    B.    Declaration of Paul St. Lawrence in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10025**]

    C.    Declaration of Shiwon Choe in Support of the Response of Goldman, Sachs & Co. [**LBI ECF No. 10027**]

    D.    Response of Goldman, Sachs & Co. Filed Under Seal [**LBI ECF No. 10056**]

    Related Documents:

    E.    Order Authorizing Filing Under Seal of Release Agreement Annexed as Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9733**]

    F.    Filed Under Seal Release Agreement, Exhibit to the Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 9901**]

    G.    Order Authorizing Filing Under Seal of Certain Information in Connection with the Response of Goldman, Sachs & Co. to the Trustee's Two Hundred Sixty-Fourth Omnibus Objection to No Liability Claims [**LBI ECF No. 10011**]

    H.    Trustee's Reply in Further Support [**LBI ECF No. 10686**]

    I.    Notice of Status Conference [**LBI ECF No. 13634**]

    Status:  This matter is going forward.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

### III. ADVERSARY PROCEEDINGS:

4. Lehman Brothers Holdings Inc. v. 1st Advantage Mortgage, L.L.C., *et al.* [**Adversary Proceeding No. 16-01019**]

    **Pre-Trial Conference**

    Related Documents:

    A. Adversary Complaint [**ECF No. 1**]

    B. Amended Adversary Complaint [**ECF No. 16**]

    C. Answer of American Lending Network Inc. [**ECF No. 25**]

    D. Answer of North County Real Estate, Inc. [**ECF No. 48**]

    E. Letter of LBHI to Hon. Shelley Chapman Regarding Extending Response Deadline and Proposed Case Management Order [**ECF No. 106**]

    F. Memorandum Endorsed Order Extending Response Deadline [**ECF No. 120**]

    G. Letter Notice of Security National Mortgage Company Reserving All Rights in Opposition to LBHI's Proposed Case Management Order [**ECF No. 110**]

    H. Letter of K&B Capital Corp. Objecting to [Proposed] Case Management Order [**ECF No. 112**]

    I. Letter of Suburban Mortgage, Inc. to the Hon. Shelley Chapman Objecting to Proposed Case Management Order, ECF Docs. 106 and 106-1 [**ECF No. 113**]

    J. Letter of Cherry Creek Mortgage Co., Inc. to Hon. Shelley Chapman Reserving All Rights in Opposition to LBHI's Proposed Case Management Order [**ECF No. 128**]

    K. Letter Objection of Security National Mortgage Company to Lehman Brothers Holdings Inc.'s "[Proposed] Case Management Order" [**ECF No. 133**]

    L. Letter of Primary Capital Advisors, LLC to Hon. Shelley Chapman Objecting to Lehman Brothers Holdings Inc.'s "[Proposed] Case Management Order" and Reserving All Rights Thereto [**ECF No. 151**]

4

  M. Letter of Guaranty Bank Objecting to LBHI's Proposed Case Management Order [**ECF No. 159**]

  N. Letter of Approved Funding Corp., et al. Objecting to LBHI's Proposed CMO [**ECF No. 164**]

  O. Letter of GreenPoint Mortgage Funding, Inc. Objecting to Proceeding and Proposed Case Management Order [**ECF No. 182**]

  P. Letter of LBHI to Hon. Shelley Chapman Regarding Notice of Decision in Related Matter [**ECF No. 188**]

  Q. Letter of LBHI to Hon. Shelley Chapman Regarding Proposed Case Management Order [**ECF No. 191**]

 Status:  This matter is going forward.

5. Lehman Brothers Holdings Inc. v. Stearns Lending, LLC [**Adversary Proceeding No. 16-01001**]

 **Pre-Trial Conference**

 Related Documents:

  A. Adversary Complaint [**ECF No. 1**]

  B. Answer of Stearns Lending, LLC to Complaint [**ECF No. 7**]

  C. Letter to Hon. Shelley Chapman Regarding Extending Response Deadline and Proposed Case Management Order [**ECF No. 12**]

  D. Memorandum Endorsed Order Extending Response Deadline [**ECF No. 13**]

  E. Response and Objection to Proposed Case Management Order [**ECF No. 15**]

 Status:  This matter is going forward.

6. Lehman Brothers Holdings Inc. v. American Bank, *et al.* [**Adversary Proceeding No. 16-01003**]

 **Pre-Trial Conference**

 Related Documents:

  A. Adversary Complaint [**ECF No. 1**]

  B. Letter of Lehman Brothers Holdings Inc. to Honorable Shelley C. Chapman [**ECF No. 30**]

5

      C.      Memorandum Endorsed Order Extending Response Deadline [**ECF No. 31**]

Status:  This matter is going forward.

7. Lehman Brothers Holdings Inc. v. Standard Pacific Mortgage, Inc. [**Adversary Proceeding No. 16-01002**]

    **Pre-Trial Conference**

    Related Documents:

        A.      Adversary Complaint [**ECF No. 1**]

        B.      Answer of Standard Pacific Mortgage, Inc. to Complaint **[ECF No. 29]**

        C.      Letter of Lehman Brothers Holdings Inc. to Honorable Shelley C. Chapman **[ECF No. 30]**

        D.      Memorandum Endorsed Order Extending Response Deadline [**ECF No. 31**]

    Status:  This matter is going forward.

## IV.   ADJOURNED MATTERS:

**A.   Lehman Brothers Holdings Inc. Chapter 11 Cases**

8. Motion for ADR Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Sellers [**ECF No. 44450**]

    Status:  This matter has been adjourned to a date to be determined.

9. Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

    Status:  This matter has been adjourned to a date to be determined.

10. Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

    Status:  This matter has been adjourned to July 12, 2016 at 10:00 a.m.

11. Five Hundred Fifteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 51692**]

6

WEIL:\95738929\1\58399.0011

   Status: This matter has been adjourned to a date to be determined.

12. Motion of Trinity Investments Limited to Compel Outstanding Distributions on Allowed, Unsatisfied Guarantee Claims [**ECF No. 52309**]

   Status: This matter has been adjourned to June 28, 2016 at 10:00 a.m.

13. Objection to Motion of Trinity Investments Limited to Compel Outstanding Distributions on Allowed, Unsatisfied Guarantee Claims and Cross-Motion to Enforce the LBHI Plan and Other Ancillary Relief [**ECF No. 52537**]

   Status: This matter has been adjourned to June 28, 2016 at 10:00 a.m.

14. Plan Administrator's Objection to Claim Number 28176 [**ECF No. 52366**]

   Status: This matter has been adjourned to July 12, 2016 at 10:00 a.m.

15. Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 52453**]

   Status: This matter has been adjourned to a date to be determined.

16. Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers ("Second Motion in Aid") [**ECF No. 52574**]

   Status: This matter has been adjourned to July 12, 2016 at 10:00 a.m.

17. Debtors' Motion to (a) Disallow and Expunge Certain RMBS Claims, and (b) Release Certain Related Claims Reserves [ECF No. 52640]

   Status: This matter has been adjourned to June 10, 2016 at 10:00 a.m.

18. Motion to Abstain from Consideration of Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims [**ECF No. 52697**]

   Status: This matter has been adjourned to July 12, 2016 at 10:00 a.m.

**B.** **Lehman Brothers Inc. Proceeding**

19. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

   Status: This matter has been adjourned to July 12, 2016 at 10:00 a.m., solely as to a certain claim.

7

## V. **WITHDRAWN MATTER:**

20. Amended Motion by Lehman Brothers Holdings Inc. to Enforce Its Plan and Confirmation Order Against Deutsche Bank AG, London Branch as the Holder of Certain Claims and for Other Ancillary Relief [**ECF Nos. 52570 and 52691**]

    Related Document:

    A. Notice of Withdrawal [**ECF No. 52760**]

    Status: This matter has been withdrawn.

Dated: June 1, 2016
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: June 1, 2016
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

8

WEIL:\95738929\1\58399.0011