**Weil, Gotshal & Manges LLP**

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

June 2, 2016

Richard L. Levine
212-310-8286
richard.levine@weil.com

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

Re: **Lehman Brothers Holdings Inc.**
    **ADR Procedures Order Dated 9/17/09 (the "Order")**
    **Seventy-seventh Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested that we submit this monthly report to the Court (the seventy-seventh) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of today's omnibus hearing.

A total of 496 ADR Notices have been served in Tiers One and Two. In the 23 days following the last prior report, the Lehman entities closed a settlement with the counterparties in one additional ADR matter (following mediation). Including the $1,750,000 from this new settlement, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have now received an aggregate of $3,132,319,471 new dollars for the various estates through the receivables ADR process. Settlements have been achieved in 441 ADR matters involving 558 counterparties.

WEIL:\95738569\1\58399.0011

Honorable Shelley C. Chapman  
June 2, 2016  
Page 2

**Weil, Gotshal & Manges LLP**

To date, of the 257 ADR matters that have reached the mediation stage and been concluded, 249 have been settled in or subsequent to mediation; only eight mediations have terminated and remain unsettled. No additional receivables mediations currently are scheduled.

Respectfully submitted,

*/s/ Richard L. Levine*

Richard L. Levine  
WEIL, GOTSHAL & MANGES LLP  
Attorneys for Lehman Brothers Holdings Inc.  
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq  
    Jacob Esher, Esq.  
    James Freund, Esq.  
    David Geronemus, Esq.  
    Jane Greenspan, Esq.  
    Ralph Mabey, Esq.  
    David Cohen, Esq.  
    (all cc's via E-mail)

Honorable Shelley C. Chapman
June 2, 2016
Page 3

bcc:   Matthew Cantor
       Martha Solinger
       Thomas Hommel
       Lawrence Brandman
       Michael McGarvey
       Lehman Lit ADR Group