KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
Arthur Steinberg
Scott Davidson

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | Case No.: 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

This is to certify that on *May 31, 2016*, I caused to be served a true and correct copy of the *Reply by Lehman Brothers Holdings Inc. to Trinity Investments Limited's Opposition To Cross-Motion To Enforce The LBHI Plan* [ECF. No. 52962], by electronic mail on all parties receiving notice *via* the Court's ECF System.

In addition, copies of the documents listed in the annexed service list were served upon each of the persons and entities listed therein by causing copies of same to be delivered *via* email and/or overnight mail.

Dated: June 3, 2016
      New York, New York

                                   KING & SPALDING LLP

                                   By:   */s/ Scott Davidson*
                                   Arthur Steinberg
                                   Scott Davidson
                                   KING & SPALDING LLP
                                   1185 Avenue of the Americas
                                   New York, New York 10036
                                   Telephone: (212) 556-2100
                                   Facsimile: (212) 556-2222

                                   *Counsel for Lehman Brothers Holdings Inc.*

## Service List For May 31, 2016

**Documents Served *via* Email:**

(1) *Reply by Lehman Brothers Holdings Inc. to Trinity Investments Limited's Opposition To Cross-Motion To Enforce The LBHI Plan* [ECF. No. 52962]

ddunne@milbank.com

dodonnell@milbank.com

efleck@milbank.com

garrett.fail@weil.com

jacqueline.marcus@weil.com

joshua.dorchak@morganlewis.com

matthew.ziegler@morganlewis.com

## Service List For May 31, 2016

**Documents Served *via* Overnight Delivery:**

(1)  *Reply by Lehman Brothers Holdings Inc. to Trinity Investments Limited's Opposition To Cross-Motion To Enforce The LBHI Plan* [ECF. No. 52962]

| | |
|---|---|
| William K. Harrington, Esq.<br>Susan Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>U.S. Department of Justice<br>Office of The United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, NY 10014 | Joshua Dorchak<br>Matthew C. Ziegler<br>Morgan, Lewis & Bockius LLP<br>101 Park Ave<br>New York, NY 10178 |

DMSLIBRARY01\29002157.v1