AMERICAN MORTGAGE LAW GROUP, P.C.
James W. Brody, Esq.
75 Rowland Way, Suite 350
Novato, CA 94945
Telephone: (415) 878-0030
Facsimile: (415) 878-0035 (fax)

*Counsel for Defendants Academy Mortgage Corporation; Churchill Mortgage Corporation; Finance of America Mortgage, LLC; Summit Mortgage Corporation and Republic Mortgage Home Loans, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re:  LEHMAN BROTHERS HOLDINGS INC., et al., | Chapter 11 |
| | Case No.: 08-13555- SCC |
| Debtor | |

------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that American Mortgage Group, P.C. hereby enters its appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of ACADEMY MORTGAGE CORPORATION; CHURCHILL MORTGAGE CORPORATION; FINANCE OF AMERICA MORTGAGE, LLC; SUMMIT MORTGAGE CORPORATION and REPUBLIC MORTGAGE HOME LOANS, LLC, defendants, and requests that it be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be given and served upon it at the following address:

James W. Brody, Esq.
**AMERICAN MORTGAGE LAW GROUP, P.C.**
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0030 x. 151 (phone) / (415) 878-0035 (fax)
Email: jbrody@americanmlg.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named parties in interest's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named parties in interest are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named parties in interest expressly reserve.

Dated: June    , 2016
Novato, California                                    _____

2

James W. Brody
AMERICAN MORTGAGE LAW GROUP, P.C.
75 Rowland Way, Suite 350
Novato, CA 94945
(415) 878-0030 x. 151 / (415) 878-0035
jbrody@americanmlg.com
*Counsel for Defendants Academy Mortgage Corporation; Churchill Mortgage Corporation; Finance of America Mortgage, LLC; Summit Mortgage Corporation and Republic Mortgage Home Loans, LLC*