**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                          :         Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*      :         08-13555 (SCC)
:
Debtors.                                               :         (Jointly Administered)
:
:         Ref. Docket No. 52968
---------------------------------------------------------------x
:
In re                                                          :
:
:         Case No.
**LEHMAN BROTHERS INC.,**                              :
:         08-01420 (SCC) (SIPA)
Debtor.                                                :
:         Ref. Docket No. 13662
---------------------------------------------------------------x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 1, 2016, I caused to be served the "Notice of Agenda of Matters Scheduled for the Ninety-Eighth Omnibus and Claims Hearing on June 2, 2016 at 11:00 A.M**.**," dated June 1, 2016 [Docket No. 52968 in Case No. 08-13555 and Docket No. 13662 in Case No. 08-01420], by causing true and correct copies to be:

   a) delivered via electronic mail to those parties listed on the annexed Exhibit A,

   b) delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c) enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
3rd day of June, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

-2-

T:\Clients\LBH\Affidavits\Agenda Hrg June 2, 2016_DI 52968 in Case No 08-13555 & 13662 in Case No 08-01420_AFF_6-1-16.doc

# EXHIBIT A

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com

anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com

bguiney@pbwt.com

bmanne@tuckerlaw.com

bmiller@mofo.com

boneill@kramerlevin.com

brian.corey@greentreecreditsolutions.com

brosenblum@jonesday.com

brotenberg@wolffsamson.com

broy@rltlawfirm.com

bruce.wright@sutherland.com

bsellier@rlrpclaw.com

bstrickland@wtplaw.com

btrust@mayerbrown.com

bturk@tishmanspeyer.com

bwolfe@sheppardmullin.com

cahn@clm.com

canelas@pursuitpartners.com

cbelisle@wfw.com

cbelmonte@ssbb.com

cdesiderio@nixonpeabody.com

cfarley@mccarter.com

cgonzalez@diazreus.com

chad.husnick@kirkland.com

chammerman@paulweiss.com

charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com
deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com

dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com

3

| | |
|---|---|
| enkaplan@kaplanlandau.com | harveystrickon@paulhastings.com |
| eobrien@sbchlaw.com | hbeltzer@mayerbrown.com |
| etillinghast@sheppardmullin.com | heiser@chapman.com |
| eweinick@otterbourg.com | hmagaliff@r3mlaw.com |
| ezujkowski@emmetmarvin.com | holsen@stroock.com |
| fcarruzzo@kramerlevin.com | hooper@sewkis.com |
| ffm@bostonbusinesslaw.com | howard.hawkins@cwt.com |
| fhenn@law.nyc.gov | hrh@lhmlawfirm.com |
| fhyman@mayerbrown.com | hseife@chadbourne.com |
| foont@foontlaw.com | hsnovikoff@wlrk.com |
| fsosnick@shearman.com | hsteel@brownrudnick.com |
| fyates@sonnenschein.com | igoldstein@proskauer.com |
| gabriel.delvirginia@verizon.net | irethy@stblaw.com |
| gary.ravertpllc@gmail.com | israel.dahan@cwt.com |
| gavin.alexander@ropesgray.com | jacobsonn@sec.gov |
| gbray@milbank.com | jalward@blankrome.com |
| george.south@dlapiper.com | james.heaney@lawdeb.com |
| ggitomer@mkbattorneys.com | james.mcclammy@dpw.com |
| ggoodman@foley.com | james.sprayregen@kirkland.com |
| giddens@hugheshubbard.com | jamesboyajian@gmail.com |
| gkaden@goulstonstorrs.com | jamestecce@quinnemanuel.com |
| glenn.siegel@morganlewis.com | jar@outtengolden.com |
| gmoss@riemerlaw.com | jay.hurst@oag.state.tx.us |
| goldenberg@ssnyc.com | jay@kleinsolomon.com |
| gplotko@kramerlevin.com | jbeemer@entwistle-law.com |
| gspilsbury@jsslaw.com | jbeiers@co.sanmateo.ca.us |
| guzman@sewkis.com | jbromley@cgsh.com |
| harrisjm@michigan.gov | jcarberry@cl-law.com |

4

jchristian@tobinlaw.com

jdoran@haslaw.com

jdwarner@warnerandscheuerman.com

jdweck@sutherland.com

jdyas@halperinlaw.net

jean-david.barnea@usdoj.gov

jeanites@whiteandwilliams.com

jeannette.boot@wilmerhale.com

jeff.wittig@coair.com

jeldredge@velaw.com

jennifer.demarco@cliffordchance.com

jennifer.gore@shell.com

jfalgowski@reedsmith.com

jg5786@att.com

jgenovese@gjb-law.com

jgoodchild@morganlewis.com

jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

johnramirez@paulhastings.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

5

| | |
|---|---|
| jsherman@bsfllp.com | kmayer@mccarter.com |
| jshickich@riddellwilliams.com | kobak@hugheshubbard.com |
| jsmairo@pbnlaw.com | korr@orrick.com |
| jstoll@mayerbrown.com | kovskyd@pepperlaw.com |
| jsullivan@mosessinger.com | kressk@pepperlaw.com |
| jtimko@shutts.com | kreynolds@mklawnyc.com |
| judy.morse@crowedunlevy.com | krodriguez@allenmatkins.com |
| jvail@ssrl.com | krosen@lowenstein.com |
| jwcohen@daypitney.com | kurt.mayr@bgllp.com |
| jwest@velaw.com | landon@slollp.com |
| jwh@njlawfirm.com | lani.adler@klgates.com |
| jzulack@fzwz.com | lapeterson@foley.com |
| kanema@formanlaw.com | lawallf@pepperlaw.com |
| karen.wagner@dpw.com | lawrence.gelber@srz.com |
| karl.geercken@alston.com | lberkoff@moritthock.com |
| kdwbankruptcydepartment@kelleydrye.com | lee.stremba@troutmansanders.com |
| keckhardt@hunton.com | lee.whidden@dentons.com |
| keith.simon@lw.com | lgranfield@cgsh.com |
| ken.coleman@allenovery.com | lhandelsman@stroock.com |
| ken.higman@hp.com | lisa.solomon@att.net |
| kerry.moynihan@hro.com | ljkotler@duanemorris.com |
| kgwynne@reedsmith.com | lkatz@ltblaw.com |
| kiplok@hugheshubbard.com | lkiss@klestadt.com |
| kit.weitnauer@alston.com | lmarinuzzi@mofo.com |
| kkelly@ebglaw.com | lmcgowen@orrick.com |
| kkolbig@mosessinger.com | lnashelsky@mofo.com |
| klyman@irell.com | loizides@loizides.com |
| klynch@formanlaw.com | lschweitzer@cgsh.com |

Pg 10 of 18

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mberman@nixonpeabody.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

meggie.gilstrap@bakerbotts.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

michaels@jstriallaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmendez@crb-law.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

7

| | |
|---|---|
| mpage@kelleydrye.com | notice@bkcylaw.com |
| mparry@mosessinger.com | nyrobankruptcy@sec.gov |
| mpedreira@proskauer.com | otccorpactions@finra.org |
| mprimoff@kayescholer.com | paronzon@milbank.com |
| mpucillo@bermanesq.com | pbattista@gjb-law.com |
| mrosenthal@gibsondunn.com | pbosswick@ssbb.com |
| mruetzel@whitecase.com | pdublin@akingump.com |
| mschimel@sju.edu | peisenberg@lockelord.com |
| msegarra@mayerbrown.com | peter.gilhuly@lw.com |
| mshiner@tuckerlaw.com | peter.macdonald@wilmerhale.com |
| msolow@kayescholer.com | peter.simmons@friedfrank.com |
| mspeiser@stroock.com | peter@bankrupt.com |
| mstamer@akingump.com | pfeldman@oshr.com |
| munno@sewkis.com | pfinkel@wilmingtontrust.com |
| mvenditto@reedsmith.com | phayden@mcguirewoods.com |
| mwarner@coleschotz.com | pmaxcy@sonnenschein.com |
| mwarren@mtb.com | ppascuzzi@ffwplaw.com |
| nathan.spatz@pillsburylaw.com | ppatterson@stradley.com |
| nbinder@binderschwartz.com | psp@njlawfirm.com |
| nbojar@fklaw.com | ptrostle@jenner.com |
| ncoco@mwe.com | raj.madan@skadden.com |
| neal.mann@oag.state.ny.us | ramona.neal@hp.com |
| ned.schodek@shearman.com | rbeacher@pryorcashman.com |
| neilberger@teamtogut.com | rbernard@foley.com |
| nherman@morganlewis.com | rbyman@jenner.com |
| nicholas.zalany@squirepb.com | rdaversa@orrick.com |
| nissay_10259-0154@mhmjapan.com | relgidely@gjb-law.com |
| nlepore@schnader.com | rfriedman@silvermanacampora.com |

rgmason@wlrk.com
rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com

samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com
sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
sldreyfuss@hlgslaw.com
sleo@bm.net

9

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tjfreedman@pbnlaw.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com

**Additional Parties**

abialek@wmd-law.com

anarula@bilzin.com

dbarber@sbbolaw.com

jbrody@americanmlg.com

jlawlor@wmd-law.com

joshua.dorchak@morganlewis.com

matthew.ziegler@morganlewis.com

mledley@wmd-law.com

mlieber@wmd-law.com

mrollin@rbfattorneys.com

pdefilippo@wmd-law.com

pstein@bilzin.com

rrainer@wmd-law.com

thenderson@americanmlg.com

tsalter@blankrome.com

tsalter@blankrome.com

wdahill@wmd-law.com

wmayer@wmd-law.com

# EXHIBIT B

| FAX | NAME |
|---|---|
| 305-374-7593 | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP; ATTN: ANTHONY V. NARULA |
| 305-351-2147 | BILZIN SUMBERG BAENA PRICE & AXELROD, LLP; ATTN: PHILIP STEIN |
| 212-382-0050 | WOLLMUCH MAHER & DEUTSCH LLP ATTN: PAUL R. DEFILIPPO, KAMES N. LAWLOR, ADAM M. BIALEK, FLETCHER W. STRONG |
| 303-945-7415 | ROLLIN BRASWELL FISHER LLLC ATTN: MICHAEL A. ROLLIN, MARITZA DOMINGUEZ BRASWELL |
| 212-697-1559 | CURTIS MALLET-PROVOST, COLT & MOSLE LLP ATTN: L.P. HARRISON, MICHAEL J. MOSCATO, CINDI EILBOTT GIGLIO |
| 917-332-3083 | BLANK ROME LLP ATTN: TIMOTHY WILLIAM SALTER |
| 720-488-7711 | DUNCAN E. BARBER |
| 917-332-3083 | BLANK ROME LLP ATTN: TIMOTHY WILLIAM SALTER |
| 212-556-2222 | KING & SPALDING LLP ATTN: ARTHUR STEINBERG; SCOTT DAVIDSON |

# EXHIBIT C

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

ROLLIN BRASWELL FISHER LLC
ATTN: MICHAEL A. ROLLIN & MARITZA DOMINGUEZ BRASWELL
8350 E. CRESCENT PARKWAY, SUITE 100
GREENWOOD VILLAGE, CO 80111

NIXON PEABODY, LLP
ATTN: M. BERMAN
100 SUMMER STREET
BOSTON, MA 02110