| | |
|---|---|
| **KLESTADT WINTERS JURELLER** | Hearing Date: July 12, 2016 |
| **SOUTHARD & STEVENS, LLP** | Hearing Time: 10:00 a.m. |
| 200 West 41st Street, 17th Floor | |
| New York, NY 10036-7203 | Objection Deadline: July 5, 2016 |
| Telephone: (212) 972-3000 | |
| Facsimile: (212) 972-2245 | |
| Tracy L. Klestadt | |

Duncan E. Barber (*Admitted Pro Hac Vice*)
(Colo. Bar No. 16768)
4582 S. Ulster St. Pkwy., Suite 1650
Denver, CO 80237
Phone: 720-488-0220
Fax: 720-488-7711
Email: dbarber@sbbolaw.com

Attorneys for Ironbridge Homes, LLC, Ironbridge
Mountain Cottages, LLC, Ironbridge Aspen Collection,
LLC, Ironbridge Management LLC, Dirk Gosda,
Hansen Construction, Inc., and Steven A. Hansen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

------------------------------------------------------------------X

## NOTICE OF HEARING ON AMENDED MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE**, that a hearing on the amended motion (the "Motion") of Movants[1] seeking relief from the automatic stay pursuant to 11 U.S.C. § 362(d)(1) [DE 23551], shall be held on the **12th day of July, 2016, at 10:00 a.m. (EST)**, or as soon thereafter as counsel can be heard (the "Hearing Date"), before the Honorable Shelley C. Chapman, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408 (the "Bankruptcy Court").

---

[1] Movants are Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen (collectively, the "Movants").

**PLEASE TAKE FURTHER NOTICE** that the Motion and all supporting documents have been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York, and may be reviewed by all registered users of the Court's website at https://ecf.nysb.uscourts.gov/. Copies of the Motion can also be obtained by telephonic, written or e-mail request to the undersigned counsel to Movants, Attn: Duncan E. Barber (Tel: (720) 488-0220; Email: dbarber@sbbolaw.com).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408 on a 3.5 inch floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format (with a hard copy delivered directly to the Chambers of the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408), and served upon (i) Shapiro Bieging Barber Otteson LLP, 4582 S. Ulster St. Pkwy, Suite 1650, Denver, CO 80237, Attn: Duncan Barber, Email: dbarber@sbbolaw.com; (ii) Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036-7203, Attn: Tracy L. Klestadt, Email: tklestadt@klestadt.com; and (iii) any other person or entity with a particularized interest in the subject matter of the Motion, so as to be actually received **no later than 4:00 p.m. on July 5, 2016** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE**, that the Hearing may be adjourned from time to time without notice to any party in interest other than by announcement of the adjourned date in open court on the date of the Hearing.

Dated:   New York, New York
         June 7, 2016

                              **KLESTADT WINTERS JURELLER
                              SOUTHARD & STEVENS, LLP**

By: */s/ Tracy L. Klestadt*
Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: tklestadt@klestadt.com

*Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, Ironbridge Aspen Collection, LLC, Ironbridge Management LLC, Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen*

2