KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10018
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt

*Attorneys for Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC,*
*Ironbridge Aspen Collection, LLC, Ironbridge Management LLC,*
*Dirk Gosda, Hansen Construction, Inc., and Steven A. Hansen*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

-------------------------------------------------------------------X

### **AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                     ) ss.:
COUNTY OF NEW YORK  )

Renea Gargiulo, being duly sworn, deposes and says:

I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

1. On the 7th day of June, 2016, I served copies of the following:

- Notice of Hearing on Amended Motion for Relief from the Automatic Stay [Docket No. 52984], and;

- Amended Motion for Relief from the Automatic Stay [Docket No. 23551].

by email upon the parties listed on **Exhibit A.**

2. On the 7th day of June, 2016, I also served copies of the following:

- Notice of Hearing on Amended Motion for Relief from the Automatic Stay [Docket No. 52984], and;

- Amended Motion for Relief from the Automatic Stay [Docket No. 23551].

by first class mail, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York upon the parties listed on **Exhibit B.**

*/s/Renea Gargiulo*
Renea Gargiulo

Sworn to and Subscribed before me this
7th day of June, 2016

*/s/Stephanie R. Sweeney*
Notary Public, State of New York
No. 02SW6332674
Qualified in New York County
Commission Expires: November 2, 2019

## **EXHIBIT A**

<u>Parties Served Via Email</u>

MSTAMER@AKINGUMP.COM; PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM;
MSTAMER@AKINGUMP.COM; SSCHULTZ@AKINGUMP.COM; CRAIGJUSTINALBERT@GMAIL.COM;
LISA.KRAIDIN@ALLENOVERY.COM; KEN.COLEMAN@ALLENOVERY.COM; MGREGER@ALLENMATKINS.COM;
KRODRIGUEZ@ALLENMATKINS.COM; KARL.GEERCKEN@ALSTON.COM; WILL.SUGDEN@ALSTON.COM;
KIT.WEITNAUER@ALSTON.COM; TDUFFY@ANDERSONKILL.COM; RHORKOVICH@ANDERSONKILL.COM;
RRUSSELL@ANDREWSKURTH.COM; ANGELICH.GEORGE@ARENTFOX.COM;
SCOUSINS@ARMSTRONGTEASDALE.COM; SEHLERS@ARMSTRONGTEASDALE.COM;
CHARLES_MALLOY@APORTER.COM; ANTHONY_BOCCANFUSO@APORTER.COM;
ROBERT.YALEN@USDOJ.GOV; JG5786@ATT.COM; NEAL.MANN@OAG.STATE.NY.US;
DWORKMAN@BAKERLAW.COM; IAN.RIBALD@BAKERBOTTS.COM; PETER@BANKRUPT.COM;
MICHAEL.MCCRORY@BTLAW.COM; DAVID.POWLEN@BTLAW.COM; FFM@BOSTONBUSINESSLAW.COM;
CSALOMON@BECKERGLYNN.COM; AOSTROW@BECKERGLYNN.COM; SLEO@BM.NET;
DAVIDS@BLBGLAW.COM; SGRAZIANO@BLBGLAW.COM; DBARBER@BSBLAWYERS.COM;
DBARBER@BSBLAWYERS.COM; SMULLIGAN@BSBLAWYERS.COM; NBINDER@BINDERSCHWARTZ.COM;
SABIN.WILLETT@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM; ROBERT.DOMBROFF@BINGHAM.COM;
STEVEN.WILAMOWSKY@BINGHAM.COM; JEFFREY.SABIN@BINGHAM.COM;
RONALD.SILVERMAN@BINGHAM.COM; STEVEN.WILAMOWSKY@BINGHAM.COM;
AECKSTEIN@BLANKROME.COM JALWARD@BLANKROME.COM; TSALTER@BLANKROME.COM;
JSCHILLER@BSFLLP.COM; JSHERMAN@BSFLLP.COM; AMCMULLEN@BOULTCUMMINGS.COM;
RJONES@BOULTCUMMINGS.COM; KURT.MAYR@BGLLP.COM; EMAGNELLI@BRACHEICHLER.COM;
ARAINONE@BRACHEICHLER.COM; MGORDON@BRIGGS.COM;
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM; SLEVINE@BROWNRUDNICK.COM;
HSTEEL@BROWNRUDNICK.COM; SCHRISTIANSON@BUCHALTER.COM; TUNRAD@BURNSLEV.COM;
SIDORSKY@BUTZEL.COM; JOHN.RAPISARDI@CWT.COM; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; ISRAEL.DAHAN@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM;
ELLEN.HALSTEAD@CWT.COM; HOWARD.HAWKINS@CWT.COM; MARK.ELLENBERG@CWT.COM;
HOWARD.HAWKINS@CWT.COM; JASON.JURGENS@CWT.COM; ELLEN.HALSTEAD@CWT.COM;
SGORDON@CAHILL.COM; JLEVITIN@CAHILL.COM; CAHN@CLM.COM; WANDA.GOODLOE@CBRE.COM;
DLEMAY@CHADBOURNE.COM; HSEIFE@CHADBOURNE.COM; AROSENBLATT@CHADBOURNE.COM;
jSCHREIB@CHAPMAN.COM; APPLEBY@CHAPMAN.COM; HEISER@CHAPMAN.COM;
HEISER@CHAPMAN.COM; SZUBER@CSGLAW.COM; JBROMLEY@CGSH.COM; LSCHWEITZER@CGSH.COM;
LGRANFIELD@CGSH.COM; LGRANFIELD@CGSH.COM; LSCHWEITZER@CGSH.COM; MAOFILING@CGSH.COM;
MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM; MAOFILING@CGSH.COM;
MAOFILING@CGSH.COM; JENNIFER.DEMARCO@CLIFFORDCHANCE.COM;
ANDREW.BROZMAN@CLIFFORDCHANCE.COM; ANDREW.BROZMAN@CLIFFORDCHANCE.COM;
PSP@NJLAWFIRM.COM; JWH@NJLAWFIRM.COM; MWARNER@COLESCHOTZ.COM;
DHURST@COLESCHOTZ.COM; MMENDEZ@CRB-LAW.COM; SFALANGA@CONNELLFOLEY.COM;

CHEMRICK@CONNELLFOLEY.COM; JEFF.WITTIG@COAIR.COM; ESCHWARTZ@CONTRARIANCAPITAL.COM; BCARLSON@CO.SANMATEO.CA.US; JBEIERS@CO.SANMATEO.CA.US; LATHOMPSON@CO.SANMATEO.CA.US; MHOPKINS@COV.COM; DCOFFINO@COV.COM; JUDY.MORSE@CROWEDUNLEVY.COM; MLICHTENSTEIN@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM; MLICHTENSTEIN@CROWELL.COM; JCARBERRY@CL-LAW.COM; DHW@DHCLEGAL.COM; KAREN.WAGNER@DPW.COM; JAMES.MCCLAMMY@DPW.COM; JAMES.MCCLAMMY@DPW.COM; DJCARRAGHER@DAYPITNEY.COM; JJTANCREDI@DAYPITNEY.COM; JWCOHEN@DAYPITNEY.COM; MGINZBURG@DAYPITNEY.COM; MCTO@DEBEVOISE.COM; GLENN.SIEGEL@DECHERT.COM; IVA.UROIC@DECHERT.COM; TDEWEY@DPKLAW.COM; DPEGNO@DPKLAW.COM; ADIAMOND@DIAMONDMCCARTHY.COM; SLODEN@DIAMONDMCCARTHY.COM; AKADISH@DTLAWGROUP.COM; AAARONSON@DILWORTHLAW.COM; CPAPPAS@DILWORTHLAW.COM; MATTHEW.KLEPPER@DLAPIPER.COM; THOMAS.CALIFANO@DLAPIPER.COM; STEPHEN.COWAN@DLAPIPER.COM; GEORGE.SOUTH@DLAPIPER.COM; SCHNABEL.ERIC@DORSEY.COM; HEIM.STEVE@DORSEY.COM; DOVE.MICHELLE@DORSEY.COM; STEVEN.TROYER@COMMERZBANK.COM; ROBERT.MALONE@DBR.COM; LJKOTLER@DUANEMORRIS.COM; TDUFFY@ANDERSONKILL.COM; JIM@ATKINSLAWFIRM.COM; SANDYSCAFARIA@EATON.COM; EZUJKOWSKI@EMMETMARVIN.COM; AENTWISTLE@ENTWISTLE-LAW.COM; JBEEMER@ENTWISTLE-LAW.COM; JPORTER@ENTWISTLE-LAW.COM; KKELLY@EBGLAW.COM; DTATGE@EBGLAW.COM; WMARCARI@EBGLAW.COM; SLERMAN@EBGLAW.COM; SGUBNER@EBG-LAW.COM; CWEBER@EBG-LAW.COM; MICHAEL.KRAUSS@FAEGREBD.COM; SHARI.LEVENTHAL@NY.FRB.ORG; SFELDERSTEIN@FFWPLAW.COM; PPASCUZZI@FFWPLAW.COM; CHARLES@FILARDI-LAW.COM; ALUM@FTPORTFOLIOS.COM; RFLANAGAN@FLANASSOC.COM; STEVEN.USDIN@FLASTERGREENBERG.COM; JZULACK@FZWZ.COM; DHEFFER@FOLEY.COM; JLEE@FOLEY.COM; WMCKENNA@FOLEY.COM; DSPELFOGEL@FOLEY.COM; RBERNARD@FOLEY.COM; GGOODMAN@FOLEY.COM; LAPETERSON@FOLEY.COM; RBERNARD@FOLEY.COM; KLYNCH@FORMANLAW.COM; KANEMA@FORMANLAW.COM; SORY@FDLAW.COM; JHIGGINS@FDLAW.COM; DEGGERT@FREEBORNPETERS.COM; PATRICK.OH@FRESHFIELDS.COM; TIMOTHY.HARKNESS@FRESHFIELDS.COM; DAVID.LIVSHIZ@FRESHFIELDS.COM; PETER.SIMMONS@FRIEDFRANK.COM; RICHARD.TISDALE@FRIEDFRANK.COM; EFRIEDMAN@FRIEDMANSPRING.COM; EFRIEDMAN@FKLAW.COM; ABEAUMONT@FKLAW.COM; ABEAUMONT@FKLAW.COM; NBOJAR@FKLAW.COM; DROSENZWEIG@FULBRIGHT.COM; JMERVA@FULT.COM; JMELKO@GARDERE.COM; BANKRUPTCY@NTEXAS-ATTORNEYS.COM; RELGIDELY@GJB-LAW.COM; JGENOVESE@GJB-LAW.COM; PBATTISTA@GJB-LAW.COM; DCIMO@GJB-LAW.COM; DCRAPO@GIBBONSLAW.COM; DMARKHAM@GIBBONSLAW.COM; MROSENTHAL@GIBSONDUNN.COM; JWEISS@GIBSONDUNN.COM; ASEUFFERT@LAWPOST-NYC.COM; TNIXON@GKLAW.COM; DROSNER@GOULSTONSTORRS.COM; GKADEN@GOULSTONSTORRS.COM; BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM; DICONZAM@GTLAW.COM; MELOROD@GTLAW.COM; TANNWEILER@GREERHERZ.COM; JOY.MATHIAS@DUBAIIC.COM; JSCHWARTZ@HAHNHESSEN.COM; JORBACH@HAHNHESSEN.COM; RMATZAT@HAHNHESSEN.COM; WBENZIJA@HALPERINLAW.NET; JDYAS@HALPERINLAW.NET; DTHEISING@HARRISONMOBERLY.COM; SLDREYFUSS@HLGSLAW.COM; MMOLOSHOK@HLGSLAW.COM; AGOLD@HERRICK.COM; SSELBST@HERRICK.COM; RAMONA.NEAL@HP.COM; KEN.HIGMAN@HP.COM; JDORAN@HASLAW.COM; RLEEK@HODGSONRUSS.COM; SCOTT.GOLDEN@HOGANLOVELLS.COM;

ROBIN.KELLER@HOGANLOVELLS.COM; DENNIS.TRACEY@HOGANLOVELLS.COM;
BEN.LEWIS@HOGANLOVELLS.COM; JOHN.BECK@HOGANLOVELLS.COM;
CHRIS.DONOHO@HOGANLOVELLS.COM; KHANG.TRAN@HOGANLOVELLS.COM;
BARBRA.PARLIN@HKLAW.COM; ARTHUR.ROSENBERG@HKLAW.COM; RICHARD.LEAR@HKLAW.COM;
ARTHUR.ROSENBERG@HKLAW.COM; JOHN.MONAGHAN@HKLAW.COM; BARBRA.PARLIN@HKLAW.COM;
KERRY.MOYNIHAN@HRO.COM; ADAM.BREZINE@HRO.COM; ASCHWARTZ@HOMERBONNER.COM;
GIDDENS@HUGHESHUBBARD.COM; KIPLOK@HUGHESHUBBARD.COM; KOBAK@HUGHESHUBBARD.COM;
MARGOLIN@HUGHESHUBBARD.COM; KECKHARDT@HUNTON.COM; JRSMITH@HUNTON.COM;
CWEISS@INGRAMLLP.COM; DAVE.DAVIS@ISGRIA.COM; TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV;
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV; SEBA.KURIAN@INVESCO.COM; KLYMAN@IRELL.COM;
MNEIER@IBOLAW.COM; JAY.HURST@OAG.STATE.TX.US; PTROSTLE@JENNER.COM;
DMURRAY@JENNER.COM; RBYMAN@JENNER.COM; GSPILSBURY@JSSLAW.COM;
JOSEPH.CORDARO@USDOJ.GOV; MICHAELS@JSTRIALLAW.COM; MICHAELS@JSTRIALLAW.COM;
ROBERT.HONEYWELL@KLGATES.COM; ENKAPLAN@KAPLANLANDAU.COM; DMARK@KASOWITZ.COM;
DROSNER@KASOWITZ.COM; AGLENN@KASOWITZ.COM; SNEWMAN@KATSKYKORINS.COM;
MPRIMOFF@KAYESCHOLER.COM; MPRIMOFF@KAYESCHOLER.COM; MSOLOW@KAYESCHOLER.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; MPAGE@KELLEYDRYE.COM;
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM;
STEPHEN.HESSLER@KIRKLAND.COM; MARK.MCKANE@KIRKLAND.COM;
JAMES.SPRAYREGEN@KIRKLAND.COM; JAMES.SPRAYREGEN@KIRKLAND.COM;
JONATHAN.HENES@KIRKLAND.COM; JOSEPH.SERINO@KIRKLAND.COM; CHAD.HUSNICK@KIRKLAND.COM;
CHRISTOPHER.GRECO@KIRKLAND.COM; JAY@KLEINSOLOMON.COM; JJURELLER@KLESTADT.COM;
LKISS@KLESTADT.COM; JJURELLER@KLESTADT.COM; ANDREW.LOURIE@KOBREKIM.COM;
BONEILL@KRAMERLEVIN.COM; ACATON@KRAMERLEVIN.COM; DEGGERMANN@KRAMERLEVIN.COM;
FCARRUZZO@KRAMERLEVIN.COM; GPLOTKO@KRAMERLEVIN.COM; BWOLF@KRAMERLEVIN.COM;
MLANDMAN@LCBF.COM; WBALLAINE@LCBF.COM; SREE@LCBF.COM; EKBERGC@LANEPOWELL.COM;
KEITH.SIMON@LW.COM; DAVID.HELLER@LW.COM; PETER.GILHULY@LW.COM;
JAMES.HEANEY@LAWDEB.COM; JAMESBOYAJIAN@GMAIL.COM; JAMESBOYAJIAN@GMAIL.COM;
GABRIEL.DELVIRGINIA@VERIZON.NET; LISA.SOLOMON@ATT.NET; RYASPAN@YASPANLAW.COM;
LKATZ@LTBLAW.COM; WSWEARINGEN@LLF-LAW.COM; SFINEMAN@LCHB.COM;
DALLAS.BANKRUPTCY@PUBLICANS.COM; DALLAS.BANKRUPTCY@PUBLICANS.COM;
AUSTIN.BANKRUPTCY@PUBLICANS.COM; PEISENBERG@LOCKELORD.COM; WCURCHACK@LOEB.COM;
VRUBINSTEIN@LOEB.COM; DBESIKOF@LOEB.COM; LOIZIDES@LOIZIDES.COM;
ROBIN.KELLER@LOVELLS.COM; CHRIS.DONOHO@LOVELLS.COM; ROBIN.KELLER@LOVELLS.COM;
ILEVEE@LOWENSTEIN.COM; KROSEN@LOWENSTEIN.COM; STEELE@LOWENSTEIN.COM;
METKIN@LOWENSTEIN.COM; JPROL@LOWENSTEIN.COM; SCARGILL@LOWENSTEIN.COM;
MWARREN@MTB.COM; JHUGGETT@MARGOLISEDELSTEIN.COM; FHYMAN@MAYERBROWN.COM;
MSEGARRA@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; MSEGARRA@MAYERBROWN.COM'
BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM; EMERBERG@MAYERBROWN.COM;
TKIRIAKOS@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; FHYMAN@MAYERBROWN.COM;
SWOLOWITZ@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM; JSTOLL@MAYERBROWN.COM;
HBELTZER@MAYERBROWN.COM; CWALSH@MAYERBROWN.COM; BTRUST@MAYERBROWN.COM;

CWALSH@MAYERBROWN.COM; JLAMAR@MAYNARDCOOPER.COM; KREYNOLDS@MKLAWNYC.COM; MH1@MCCALLARAYMER.COM; JNM@MCCALLARAYMER.COM; EGLAS@MCCARTER.COM; KMAYER@MCCARTER.COM; WTAYLOR@MCCARTER.COM; GGITOMER@MKBATTORNEYS.COM; NCOCO@MWE.COM; ICATTO@MWE.COM; PHAYDEN@MCGUIREWOODS.COM; SFOX@MCGUIREWOODS.COM; DHAYES@MCGUIREWOODS.COM; JMADDOCK@MCGUIREWOODS.COM; JSHEERIN@MCGUIREWOODS.COM; JMR@MSF-LAW.COM; ADK@MSF-LAW.COM; MBLOEMSMA@MHJUR.COM; TSLOME@MSEK.COM; AMARDER@MSEK.COM; JMAZERMARINO@MSEK.COM; HARRISJM@MICHIGAN.GOV; MICHAEL.FREGE@CMS-HS.COM; DDUNNE@MILBANK.COM; WFOSTER@MILBANK.COM; DODONNELL@MILBANK.COM; EFLECK@MILBANK.COM; PARONZON@MILBANK.COM; GBRAY@MILBANK.COM; SDNYECF@DOR.MO.GOV; STEVE.GINTHER@DOR.MO.GOV; MICHAEL.KELLY@MONARCHLP.COM; DAVIDWHEELER@MVALAW.COM; JOSHUA.DORCHAK@MORGANLEWIS.COM; JEFFREY.SABIN@BINGHAM.COM; RONALD.SILVERMAN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; NHERMAN@MORGANLEWIS.COM; JEFFREY.SABIN@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; JOSHUA.DORCHAK@BINGHAM.COM; GLENN.SIEGEL@MORGANLEWIS.COM; JGOODCHILD@MORGANLEWIS.COM; NISSAY_10259-0154@MHMJAPAN.COM; LBERKOFF@MORITTHOCK.COM; JPINTARELLI@MOFO.COM;LMARINUZZI@MOFO.COM; LMARINUZZI@MOFO.COM; YUWATOKO@MOFO.COM; TGOREN@MOFO.COM; JPINTARELLI@MOFO.COM; LNASHELSKY@MOFO.COM; MROTHCHILD@MOFO.COM; BMILLER@MOFO.COM; BANKRUPTCY@MORRISONCOHEN.COM; JSULLIVAN@MOSESSINGER.COM; AKOLOD@MOSESSINGER.COM; MPARRY@MOSESSINGER.COM; KKOLBIG@MOSESSINGER.COM; RGOODMAN@MOUNDCOTTON.COM; AMH@AMHANDLERLAW.COM; SABVANROOY@HOTMAIL.COM; MILLEE12@NATIONWIDE.COM; FHENN@LAW.NYC.GOV; RICHARD.FINGARD@NEWEDGE.COM; DDREBSKY@NIXONPEABODY.COM; ADARWIN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM; VMILIONE@NIXONPEABODY.COM; MBERMAN@NIXONPEABODY.COM; CDESIDERIO@NIXONPEABODY.COM; RPEDONE@NIXONPEABODY.COM; BANKRUPTCYMATTERS@US.NOMURA.COM; CRMOMJIAN@ATTORNEYGENERAL.GOV; MJR1@WESTCHESTERGOV.COM; JOHN.MULE@AG.STATE.MN.US; AKANTESARIA@OPPENHEIMERFUNDS.COM; AKANTESARIA@OPPENHEIMERFUNDS.COM; RDAVERSA@ORRICK.COM; RDAVERSA@ORRICK.COM; JGUY@ORRICK.COM; JGUY@ORRICK.COM; KORR@ORRICK.COM; DFELDER@ORRICK.COM; MAUSTIN@ORRICK.COM; JGUY@ORRICK.COM; DFELDER@ORRICK.COM; LMCGOWEN@ORRICK.COM; RDAVERSA@ORRICK.COM; TOMWELSH@ORRICK.COM; OTCCORPACTIONS@FINRA.ORG; EWEINICK@OTTERBOURG.COM; WSILVERM@OSHR.COM; PFELDMAN@OSHR.COM; MCYGANOWSKI@OSHR.COM; PFELDMAN@OSHR.COM; JAR@OUTTENGOLDEN.COM; RROUPINIAN@OUTTENGOLDEN.COM; WK@PWLAWYERS.COM; CHIPFORD@PARKERPOE.COM; DWDYKHOUSE@PBWT.COM; BGUINEY@PBWT.COM; HARVEYSTRICKON@PAULHASTINGS.COM; DRAELSON@FISHERBROTHERS.COM; LUCDESPINS@PAULHASTINGS.COM; ANDREWTENZER@PAULHASTINGS.COM; JOHNRAMIREZ@PAULHASTINGS.COM; SSHIMSHAK@PAULWEISS.COM; DDAVIS@PAULWEISS.COM; CHAMMERMAN@PAULWEISS.COM; CMESTRES@ACLAWLLP.COM; KRESSK@PEPPERLAW.COM; KOVSKYD@PEPPERLAW.COM; WISOTSKA@PEPPERLAW.COM; LAWALLF@PEPPERLAW.COM; MELTZERE@PEPPERLAW.COM; SCHANNEJ@PEPPERLAW.COM; EBCALVO@PBFCM.COM;

JHORGAN@PHXA.COM; SAMUEL.CAVIOR@PILLSBURYLAW.COM;
EDWARD.FLANDERS@PILLSBURYLAW.COM; NATHAN.SPATZ@PILLSBURYLAW.COM;
DFLANIGAN@POLSINELLI.COM; JBIRD@POLSINELLI.COM; CWARD@POLSINELLI.COM;
JSMAIRO@PBNLAW.COM; TJFREEDMAN@PBNLAW.COM; BBISIGNANI@POSTSCHELL.COM;
IGOLDSTEIN@PROSKAUER.COM; MBIENENSTOCK@PROSKAUER.COM; JCHUBAK@PROSKAUER.COM;
MPEDREIRA@PROSKAUER.COM; RBEACHER@PRYORCASHMAN.COM; CANELAS@PURSUITPARTNERS.COM;
SCHEPIS@PURSUITPARTNERS.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM;
JAMESTECCE@QUINNEMANUEL.COM; SCOTTSHELLEY@QUINNEMANUEL.COM;
JRABINOWITZ@RLTLAWFIRM.COM; BROY@RLTLAWFIRM.COM; GARY.RAVERTPLLC@GMAIL.COM;
LHILL@REEDSMITH.COM; KGWYNNE@REEDSMITH.COM; JFALGOWSKI@REEDSMITH.COM;
CLYNCH@REEDSMITH.COM; MVENDITTO@REEDSMITH.COM; JLSCOTT@REEDSMITH.COM;
DGRIMES@REEDSMITH.COM; ASOMERS@RCTLEGAL.COM; HMAGALIFF@R3MLAW.COM;
RICHARD@RWMAPLC.COM; JSHICKICH@RIDDELLWILLIAMS.COM; GMOSS@RIEMERLAW.COM;
ABRAUNSTEIN@RIEMERLAW.COM; ARHEAUME@RIEMERLAW.COM; ROGER@RNAGIOFF.COM;
MARK.BANE@ROPESGRAY.COM; ROSS.MARTIN@ROPESGRAY.COM; PHILIP.WELLS@ROPESGRAY.COM;
ECOHEN@RUSSELL.COM; RUSSJ4478@AOL.COM; MSCHIMEL@SJU.EDU; CMONTGOMERY@SALANS.COM;
LWHIDDEN@SALANS.COM; CBELMONTE@SSBB.COM; TBROCK@SSBB.COM; PBOSSWICK@SSBB.COM;
ASNOW@SSBB.COM; AISENBERG@SAUL.COM; JTORF@SCHIFFHARDIN.COM; DKESSLER@KTMC.COM;
BDK@SCHLAMSTONE.COM; NLEPORE@SCHNADER.COM; JVAIL@SSRL.COM; LAWRENCE.GELBER@SRZ.COM;
SHARBECK@SIPC.ORG; COHEN@SEWKIS.COM; ASHMEAD@SEWKIS.COM; MUNNO@SEWKIS.COM;
GUZMAN@SEWKIS.COM; FSOSNICK@SHEARMAN.COM; NED.SCHODEK@SHEARMAN.COM;
ANN.REYNAUD@SHELL.COM; JENNIFER.GORE@SHELL.COM; JENNIFER.GORE@SHELL.COM;
CSHULMAN@SHEPPARDMULLIN.COM; MCADEMARTORI@SHEPPARDMULLIN.COM;
ETILLINGHAST@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
MCADEMARTORI@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
AMARTIN@SHEPPARDMULLIN.COM; RREID@SHEPPARDMULLIN.COM; BWOLFE@SHEPPARDMULLIN.COM;
BANKRUPTCY@GOODWIN.COM; JTIMKO@SHUTTS.COM; AQUALE@SIDLEY.COM; AUNGER@SIDLEY.COM;
RFRIEDMAN@SILVERMANACAMPORA.COM; SQUSBA@STBLAW.COM; IRETHY@STBLAW.COM;
RAJ.MADAN@SKADDEN.COM; ANGIE.OWEN@SKADDEN.COM; SALLY.HENRY@SKADDEN.COM;
FYATES@SONNENSCHEIN.COM; PMAXCY@SONNENSCHEIN.COM; SLERNER@SSD.COM;
RTERENZI@STCWLAW.COM; CGOLDSTEIN@STCWLAW.COM; J.ZELLOE@STAHLZELLOE.COM;
SCHAGER@SSNYC.COM; GOLDENBERG@SSNYC.COM; MARC.CHAIT@SC.COM;
SSTARR@STARRANDSTARR.COM; DMILLER@STEINLUBIN.COM; EOBRIEN@SBCHLAW.COM;
CP@STEVENSLEE.COM; CP@STEVENSLEE.COM; MCORDONE@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; MCORDONE@STRADLEY.COM; PPATTERSON@STRADLEY.COM;
MCORDONE@STRADLEY.COM; MDORVAL@STRADLEY.COM; MDORVAL@STRADLEY.COM;
PPATTERSON@STRADLEY.COM; DJOSEPH@STRADLEY.COM; JMMURPHY@STRADLEY.COM;
LANDON@SLOLLP.COM; VILLA@SLOLLP.COM; STREUSAND@STREUSANDLANDON.COM;
MSPEISER@STROOCK.COM; SMILLMAN@STROOCK.COM; LHANDELSMAN@STROOCK.COM;
HOLSEN@STROOCK.COM; CSZYFER@STROOCK.COM; FRITSCHJ@SULLCROM.COM;
SCOTTJ@SULLCROM.COM; MCCARTHYJ@SULLCROM.COM; MCARTHURK@SULLCROM.COM;
JDWECK@SUTHERLAND.COM; RICK.MURPHY@SUTHERLAND.COM; MARK.SHERRILL@SUTHERLAND.COM;

BRUCE.WRIGHT@SUTHERLAND.COM; MILLER@TAFTLAW.COMAGBANKNEWYORK@AG.TN.GOV; MARVIN.CLEMENTS@AG.TN.GOV; JONATHAN.GOLDBLATT@BNYMELLON.COM; MMORREALE@US.MUFG.JP; FOONT@FOONTLAW.COM; TMM@MULLAW.ORG; YAMASHIRO@SUMITOMOTRUST.CO.JP; MATT@WILLAW.COM; DEMETRA.LIGGINS@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; RHETT.CAMPBELL@TKLAW.COM; MITCHELL.AYER@TKLAW.COM; DAVID.BENNETT@TKLAW.COM; MBOSSI@THOMPSONCOBURN.COM; AMENARD@TISHMANSPEYER.COM; MBENNER@TISHMANSPEYER.COM; BTURK@TISHMANSPEYER.COM; JCHRISTIAN@TOBINLAW.COM; WCHEN@TNSJ-LAW.COM; AGOLDSTEIN@TNSJ-LAW.COM; JMAKOWER@TNSJ-LAW.COM; NEILBERGER@TEAMTOGUT.COM; SSKELLY@TEAMTOGUT.COM; MLYNCH2@TRAVELERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; LEE.STREMBA@TROUTMANSANDERS.COM; BMANNE@TUCKERLAW.COM; MSHINER@TUCKERLAW.COM; LINDA.BOYLE@TWTELECOM.COM; NEWYORK@SEC.GOV; NYROBANKRUPTCY@SEC.GOV; JACOBSONN@SEC.GOV; DLIPKE@VEDDERPRICE.COM; MJEDELMAN@VEDDERPRICE.COM; EASMITH@VENABLE.COM ;SABRAMOWITZ@VELAW.COM; JWEST@VELAW.COM; SABRAMOWITZ@VELAW.COM; JELDREDGE@VELAW.COM; HSNOVIKOFF@WLRK.COM; RGMASON@WLRK.COM; ARWOLF@WLRK.COM; JDWARNER@WARNERANDSCHEUERMAN.COM; CBELISLE@WFW.COM; JACQUELINE.MARCUS@WEIL.COM; ALFREDO.PEREZ@WEIL.COM; ROBERT.LEMONS@WEIL.COM; GARRETT.FAIL@WEIL.COM; RGRAHAM@WHITECASE.COM; TMACWRIGHT@WHITECASE.COM; AVENES@WHITECASE.COM; ELEICHT@WHITECASE.COM; ELEICHT@WHITECASE.COM;  DBAUMSTEIN@WHITECASE.COM; RGRAHAM@WHITECASE.COM; MRUETZEL@WHITECASE.COM; TLAURIA@WHITECASE.COM; CSHORE@WHITECASE.COM; JEANITES@WHITEANDWILLIAMS.COM; BSTRICKLAND@WTPLAW.COM; DSHAFFER@WTPLAW.COM; SZUCH@WIGGIN.COM; MABRAMS@WILLKIE.COM; MFELDMAN@WILLKIE.COM; AALFONSO@WILLKIE.COM; RNETZER@WILLKIE.COM; DKOZUSKO@WILLKIE.COM; MABRAMS@WILLKIE.COM; PETER.MACDONALD@WILMERHALE.COM; JEANNETTE.BOOT@WILMERHALE.COM; CRAIG.GOLDBLATT@WILMERHALE.COM; PFINKEL@WILMINGTONTRUST.COM; CSCHREIBER@WINSTON.COM; DMCGUIRE@WINSTON.COM; MKJAER@WINSTON.COM; DNEIER@WINSTON.COM; BROTENBERG@WOLFFSAMSON.COM; JLAWLOR@WMD-LAW.COM; JLAWLOR@WMD-LAW.COM; WMAHER@WMD-LAW.COM; RRAINER@WMD-LAW.COM; VGULDI@ZUCKERMAN.COM

**EXHIBIT B**

Parties Served Via First-Class Mail

Department of Justice
Respondent Canada Revenue Agency
Ontario Regional Office,
The Exchange Tower
130 King Street West, Suite 00, Box 36
Toronto, ON M5X 1K6, Canada
Attn: Diane Winters

Federal Reserve Bank of Philadelphia
c/o William T. Wisser, Assistant VP
Ten Independence Mall
Philadelphia, PA 19106-1574

Internal Revenue Service
Special Procedures Branch
290 Broadway
New York, NY 10007
Attn: Bonnie, Austin, District Director

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
Attn: William K. Harrington, Esq.
     Susan Golden, Esq.
     Andrea B. Schwartz, Esq.

Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Attn: Jacqueline Marcus, Esq.
     Garrett A. Fail, Esq.

Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Dennis F. Dunne, Esq.
     Evan Fleck, Esq.
     Dennis O'Donnell, Esq.

Alvarez & Marsal North America, LLC
CRO for Lehman Brothers Holdings, Inc.
600 Madison Avenue, 6th Floor
New York, NY 10022
Attn: Responsible Officer