UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
: 
In re :
:
LEHMAN BROTHERS HOLDINGS, INC., *et al.*, :  Chapter 11
:  Case No. 08-13555 (SCC)
Debtors. :
:  (Jointly Administered)
:
:
:
---------------------------------------------------------------- x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    :
                     :.ss:
COUNTY OF NEW YORK   :

I, Ronald Cappiello, being duly sworn, depose and say:

1. I am over the age of eighteen years, am employed in the offices of HOGAN LOVELLS US LLP, counsel to QVT Fund LP and Quintessence Fund L.P., creditors and parties-in-interest in the above-captioned matter, and am not a party to this action.

2. On the 8th day of June, 2016, I caused to be served true and correct copies of the following document:

- Notice of Motion and Motion of QVT Fund LP and Quintessence Fund L.P. for Leave to Amend and Reduce Proofs of Claim Nos. 20421, 21140, 21146 and 21217, dated June 7, 2016 [Docket No. 52985].

    I caused the above-stated document to be served upon each of the parties listed on Schedule A annexed hereto in the manner indicated thereon.

                        */s/Ronald Cappiello*
                          Ronald Cappiello

Sworn to before me this
8th day of June, 2016

*/s/Annette Lusardi*
  Notary Public

**ANNETTE LUSARDI**
**Notary Public, State of New York**
**No. 01 LU5077646**
**Qualified in Westchester County**
**Certificate filed in New York County**
**Commission Expires May 12, 2019**

# Schedule A

# Service List

**Parties served by Electronic Mail:**

MSTAMER@AKINGUMP.COM
PDUBLIN@AKINGUMP.COM
MLAHAIE@AKINGUMP.COM
MSTAMER@AKINGUMP.COM
SSCHULTZ@AKINGUMP.COM
CRAIGJUSTINALBERT@GMAIL.COM
LISA.KRAIDIN@ALLENOVERY.COM
KEN.COLEMAN@ALLENOVERY.COM
MGREGER@ALLENMATKINS.COM
KRODRIGUEZ@ALLENMATKINS.COM
KARL.GEERCKEN@ALSTON.COM
WILL.SUGDEN@ALSTON.COM
KIT.WEITNAUER@ALSTON.COM
TDUFFY@ANDERSONKILL.COM
RHORKOVICH@ANDERSONKILL.COM
RRUSSELL@ANDREWSKURTH.COM
ANGELICH.GEORGE@ARENTFOX.COM
SCOUSINS@ARMSTRONGTEASDALE.COM
SEHLERS@ARMSTRONGTEASDALE.COM
CHARLES_MALLOY@APORTER.COM
ANTHONY_BOCCANFUSO@APORTER.COM
ROBERT.YALEN@USDOJ.GOV
JG5786@ATT.COM
NEAL.MANN@OAG.STATE.NY.US
DWORKMAN@BAKERLAW.COM
IAN.RIBALD@BAKERBOTTS.COM
PETER@BANKRUPT.COM
MICHAEL.MCCRORY@BTLAW.COM
DAVID.POWLEN@BTLAW.COM
FFM@BOSTONBUSINESSLAW.COM
CSALOMON@BECKERGLYNN.COM
AOSTROW@BECKERGLYNN.COM
SLEO@BM.NET
DAVIDS@BLBGLAW.COM
SGRAZIANO@BLBGLAW.COM
DBARBER@BSBLAWYERS.COM
SMULLIGAN@BSBLAWYERS.COM
NBINDER@BINDERSCHWARTZ.COM
SABIN.WILLETT@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM
ROBERT.DOMBROFF@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
JEFFREY.SABIN@BINGHAM.COM
STEVEN.WILAMOWSKY@BINGHAM.COM
AECKSTEIN@BLANKROME.COM
MAOFILING@CGSH.COM
JENNIFER.DEMARCO@CLIFFORDCHANCE.COM

JALWARD@BLANKROME.COM
TSALTER@BLANKROME.COM
JSCHILLER@BSFLLP.COM
JSHERMAN@BSFLLP.COM
AMCMULLEN@BOULTCUMMINGS.COM
RJONES@BOULTCUMMINGS.COM
KURT.MAYR@BGLLP.COM
EMAGNELLI@BRACHEICHLER.COM
ARAINONE@BRACHEICHLER.COM
MGORDON@BRIGGS.COM
MONICA.LAWLESS@BROOKFIELDPROPERTIES.COM
SLEVINE@BROWNRUDNICK.COM
HSTEEL@BROWNRUDNICK.COM
SCHRISTIANSON@BUCHALTER.COM
TUNRAD@BURNSLEV.COM
SIDORSKY@BUTZEL.COM
JOHN.RAPISARDI@CWT.COM
HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
ISRAEL.DAHAN@CWT.COM
MARK.ELLENBERG@CWT.COM
HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
HOWARD.HAWKINS@CWT.COM
MARK.ELLENBERG@CWT.COM
HOWARD.HAWKINS@CWT.COM
JASON.JURGENS@CWT.COM
ELLEN.HALSTEAD@CWT.COM
SGORDON@CAHILL.COM
JLEVITIN@CAHILL.COM
CAHN@CLM.COM
WANDA.GOODLOE@CBRE.COM
DLEMAY@CHADBOURNE.COM
HSEIFE@CHADBOURNE.COM
AROSENBLATT@CHADBOURNE.COM
jSCHREIB@CHAPMAN.COM
APPLEBY@CHAPMAN.COM
HEISER@CHAPMAN.COM
SZUBER@CSGLAW.COM
JBROMLEY@CGSH.COM
LSCHWEITZER@CGSH.COM
LGRANFIELD@CGSH.COM
LSCHWEITZER@CGSH.COM
MAOFILING@CGSH.COM
GEORGE.SOUTH@DLAPIPER.COM
SCHNABEL.ERIC@DORSEY.COM

| | |
|---|---|
| ANDREW.BROZMAN@CLIFFORDCHANCE.COM | HEIM.STEVE@DORSEY.COM |
| PSP@NJLAWFIRM.COM | DOVE.MICHELLE@DORSEY.COM |
| JWH@NJLAWFIRM.COM | STEVEN.TROYER@COMMERZBANK.COM |
| MWARNER@COLESCHOTZ.COM | ROBERT.MALONE@DBR.COM |
| DHURST@COLESCHOTZ.COM | LJKOTLER@DUANEMORRIS.COM |
| MMENDEZ@CRB-LAW.COM | TDUFFY@ANDERSONKILL.COM |
| SFALANGA@CONNELLFOLEY.COM | JIM@ATKINSLAWFIRM.COM |
| CHEMRICK@CONNELLFOLEY.COM | SANDYSCAFARIA@EATON.COM |
| JEFF.WITTIG@COAIR.COM | EZUJKOWSKI@EMMETMARVIN.COM |
| ESCHWARTZ@CONTRARIANCAPITAL.COM | AENTWISTLE@ENTWISTLE-LAW.COM |
| BCARLSON@CO.SANMATEO.CA.US | JBEEMER@ENTWISTLE-LAW.COM |
| JBEIERS@CO.SANMATEO.CA.US | JPORTER@ENTWISTLE-LAW.COM |
| LATHOMPSON@CO.SANMATEO.CA.US | KKELLY@EBGLAW.COM |
| MHOPKINS@COV.COM | DTATGE@EBGLAW.COM |
| DCOFFINO@COV.COM | WMARCARI@EBGLAW.COM |
| JUDY.MORSE@CROWEDUNLEVY.COM | SLERMAN@EBGLAW.COM |
| MLICHTENSTEIN@CROWELL.COM | SGUBNER@EBG-LAW.COM |
| JCARBERRY@CL-LAW.COM | CWEBER@EBG-LAW.COM |
| DHW@DHCLEGAL.COM | MICHAEL.KRAUSS@FAEGREBD.COM |
| KAREN.WAGNER@DPW.COM | SHARI.LEVENTHAL@NY.FRB.ORG |
| JAMES.MCCLAMMY@DPW.COM | SFELDERSTEIN@FFWPLAW.COM |
| DJCARRAGHER@DAYPITNEY.COM | PPASCUZZI@FFWPLAW.COM |
| JJTANCREDI@DAYPITNEY.COM | CHARLES@FILARDI-LAW.COM |
| JWCOHEN@DAYPITNEY.COM | ALUM@FTPORTFOLIOS.COM |
| MGINZBURG@DAYPITNEY.COM | RFLANAGAN@FLANASSOC.COM |
| MCTO@DEBEVOISE.COM | STEVEN.USDIN@FLASTERGREENBERG.COM |
| GLENN.SIEGEL@DECHERT.COM | JZULACK@FZWZ.COM |
| IVA.UROIC@DECHERT.COM | DHEFFER@FOLEY.COM |
| TDEWEY@DPKLAW.COM | JLEE@FOLEY.COM |
| DPEGNO@DPKLAW.COM | WMCKENNA@FOLEY.COM |
| ADIAMOND@DIAMONDMCCARTHY.COM | DSPELFOGEL@FOLEY.COM |
| SLODEN@DIAMONDMCCARTHY.COM | RBERNARD@FOLEY.COM |
| AKADISH@DTLAWGROUP.COM | GGOODMAN@FOLEY.COM |
| AAARONSON@DILWORTHLAW.COM | LAPETERSON@FOLEY.COM |
| CPAPPAS@DILWORTHLAW.COM | RBERNARD@FOLEY.COM |
| MATTHEW.KLEPPER@DLAPIPER.COM | KLYNCH@FORMANLAW.COM |
| THOMAS.CALIFANO@DLAPIPER.COM | KANEMA@FORMANLAW.COM |
| STEPHEN.COWAN@DLAPIPER.COM | SORY@FDLAW.COM |
| EFRIEDMAN@FKLAW.COM | JHIGGINS@FDLAW.COM |
| ABEAUMONT@FKLAW.COM | DEGGERT@FREEBORNPETERS.COM |
| NBOJAR@FKLAW.COM | PATRICK.OH@FRESHFIELDS.COM |
| DROSENZWEIG@FULBRIGHT.COM | TIMOTHY.HARKNESS@FRESHFIELDS.COM |
| JMERVA@FULT.COM | DAVID.LIVSHIZ@FRESHFIELDS.COM |
| JMELKO@GARDERE.COM | PETER.SIMMONS@FRIEDFRANK.COM |
| BANKRUPTCY@NTEXAS-ATTORNEYS.COM | RICHARD.TISDALE@FRIEDFRANK.COM |
| RELGIDELY@GJB-LAW.COM | EFRIEDMAN@FRIEDMANSPRING.COM |
| JGENOVESE@GJB-LAW.COM | RICHARD.LEAR@HKLAW.COM |
| PBATTISTA@GJB-LAW.COM | ARTHUR.ROSENBERG@HKLAW.COM |

DCIMO@GJB-LAW.COM
DCRAPO@GIBBONSLAW.COM
DMARKHAM@GIBBONSLAW.COM
MROSENTHAL@GIBSONDUNN.COM
JWEISS@GIBSONDUNN.COM
ASEUFFERT@LAWPOST-NYC.COM
TNIXON@GKLAW.COM
DROSNER@GOULSTONSTORRS.COM
GKADEN@GOULSTONSTORRS.COM
BRIAN.COREY@GREENTREECREDITSOLUTIONS.COM
DICONZAM@GTLAW.COM
MELOROD@GTLAW.COM
TANNWEILER@GREERHERZ.COM
JOY.MATHIAS@DUBAIIC.COM
JSCHWARTZ@HAHNHESSEN.COM
JORBACH@HAHNHESSEN.COM
RMATZAT@HAHNHESSEN.COM
WBENZIJA@HALPERINLAW.NET
JDYAS@HALPERINLAW.NET
DTHEISING@HARRISONMOBERLY.COM
SLDREYFUSS@HLGSLAW.COM
MMOLOSHOK@HLGSLAW.COM
AGOLD@HERRICK.COM
SSELBST@HERRICK.COM
RAMONA.NEAL@HP.COM
KEN.HIGMAN@HP.COM
JDORAN@HASLAW.COM
RLEEK@HODGSONRUSS.COM
SCOTT.GOLDEN@HOGANLOVELLS.COM
ROBIN.KELLER@HOGANLOVELLS.COM
DENNIS.TRACEY@HOGANLOVELLS.COM
BEN.LEWIS@HOGANLOVELLS.COM
JOHN.BECK@HOGANLOVELLS.COM
CHRIS.DONOHO@HOGANLOVELLS.COM
BARBRA.PARLIN@HKLAW.COM
CHAD.HUSNICK@KIRKLAND.COM
CHRISTOPHER.GRECO@KIRKLAND.COM
JAY@KLEINSOLOMON.COM
JJURELLER@KLESTADT.COM
LKISS@KLESTADT.COM
JJURELLER@KLESTADT.COM
ANDREW.LOURIE@KOBREKIM.COM
BONEILL@KRAMERLEVIN.COM
ACATON@KRAMERLEVIN.COM
DEGGERMANN@KRAMERLEVIN.COM
FCARRUZZO@KRAMERLEVIN.COM
GPLOTKO@KRAMERLEVIN.COM
BWOLF@KRAMERLEVIN.COM

JOHN.MONAGHAN@HKLAW.COM
BARBRA.PARLIN@HKLAW.COM
KERRY.MOYNIHAN@HRO.COM
ADAM.BREZINE@HRO.COM
ASCHWARTZ@HOMERBONNER.COM
GIDDENS@HUGHESHUBBARD.COM
KIPLOK@HUGHESHUBBARD.COM
KOBAK@HUGHESHUBBARD.COM
MARGOLIN@HUGHESHUBBARD.COM
KECKHARDT@HUNTON.COM
JRSMITH@HUNTON.COM
CWEISS@INGRAMLLP.COM
DAVE.DAVIS@ISGRIA.COM
TOBY.R.ROSENBERG@IRSCOUNSEL.TREAS.GOV
MIMI.M.WONG@IRSCOUNSEL.TREAS.GOV
SEBA.KURIAN@INVESCO.COM
KLYMAN@IRELL.COM
MNEIER@IBOLAW.COM
JAY.HURST@OAG.STATE.TX.US
PTROSTLE@JENNER.COM
DMURRAY@JENNER.COM
RBYMAN@JENNER.COM
GSPILSBURY@JSSLAW.COM
JOSEPH.CORDARO@USDOJ.GOV
MICHAELS@JSTRIALLAW.COM
ROBERT.HONEYWELL@KLGATES.COM
LANI.ADLER@KLGATES.COM
ENKAPLAN@KAPLANLANDAU.COM
DMARK@KASOWITZ.COM
DROSNER@KASOWITZ.COM
AGLENN@KASOWITZ.COM
SNEWMAN@KATSKYKORINS.COM
MPRIMOFF@KAYESCHOLER.COM
MSOLOW@KAYESCHOLER.COM
MPAGE@KELLEYDRYE.COM
KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM
STEPHEN.HESSLER@KIRKLAND.COM
MARK.MCKANE@KIRKLAND.COM
JAMES.SPRAYREGEN@KIRKLAND.COM
JONATHAN.HENES@KIRKLAND.COM
JOSEPH.SERINO@KIRKLAND.COM
JPROL@LOWENSTEIN.COM
SCARGILL@LOWENSTEIN.COM
MWARREN@MTB.COM
JHUGGETT@MARGOLISEDELSTEIN.COM
FHYMAN@MAYERBROWN.COM
MSEGARRA@MAYERBROWN.COM
BTRUST@MAYERBROWN.COM

| | |
|---|---|
| MLANDMAN@LCBF.COM | MSEGARRA@MAYERBROWN.COM |
| WBALLAINE@LCBF.COM | BTRUST@MAYERBROWN.COM |
| SREE@LCBF.COM | FHYMAN@MAYERBROWN.COM |
| EKBERGC@LANEPOWELL.COM | EMERBERG@MAYERBROWN.COM |
| KEITH.SIMON@LW.COM | TKIRIAKOS@MAYERBROWN.COM |
| DAVID.HELLER@LW.COM | BTRUST@MAYERBROWN.COM |
| PETER.GILHULY@LW.COM | FHYMAN@MAYERBROWN.COM |
| JAMES.HEANEY@LAWDEB.COM | SWOLOWITZ@MAYERBROWN.COM |
| JAMESBOYAJIAN@GMAIL.COM | BTRUST@MAYERBROWN.COM |
| GABRIEL.DELVIRGINIA@VERIZON.NET | JSTOLL@MAYERBROWN.COM |
| LISA.SOLOMON@ATT.NET | HBELTZER@MAYERBROWN.COM |
| RYASPAN@YASPANLAW.COM | CWALSH@MAYERBROWN.COM |
| LKATZ@LTBLAW.COM | BTRUST@MAYERBROWN.COM |
| WSWEARINGEN@LLF-LAW.COM | JLAMAR@MAYNARDCOOPER.COM |
| SFINEMAN@LCHB.COM | KREYNOLDS@MKLAWNYC.COM |
| DALLAS.BANKRUPTCY@PUBLICANS.COM | MH1@MCCALLARAYMER.COM |
| AUSTIN.BANKRUPTCY@PUBLICANS.COM | JNM@MCCALLARAYMER.COM |
| PEISENBERG@LOCKELORD.COM | EGLAS@MCCARTER.COM |
| WCURCHACK@LOEB.COM | KMAYER@MCCARTER.COM |
| VRUBINSTEIN@LOEB.COM | WTAYLOR@MCCARTER.COM |
| DBESIKOF@LOEB.COM | GGITOMER@MKBATTORNEYS.COM |
| LOIZIDES@LOIZIDES.COM | NCOCO@MWE.COM |
| ILEVEE@LOWENSTEIN.COM | ICATTO@MWE.COM |
| KROSEN@LOWENSTEIN.COM | PHAYDEN@MCGUIREWOODS.COM |
| METKIN@LOWENSTEIN.COM | SFOX@MCGUIREWOODS.COM |
| STEELE@LOWENSTEIN.COM | AMH@AMHANDLERLAW.COM |
| METKIN@LOWENSTEIN.COM | SABVANROOY@HOTMAIL.COM |
| STEELE@LOWENSTEIN.COM | MILLEE12@NATIONWIDE.COM |
| DHAYES@MCGUIREWOODS.COM | FHENN@LAW.NYC.GOV |
| JMADDOCK@MCGUIREWOODS.COM | RICHARD.FINGARD@NEWEDGE.COM |
| JSHEERIN@MCGUIREWOODS.COM | DDREBSKY@NIXONPEABODY.COM |
| JMR@MSF-LAW.COM | ADARWIN@NIXONPEABODY.COM |
| ADK@MSF-LAW.COM | VMILIONE@NIXONPEABODY.COM |
| MBLOEMSMA@MHJUR.COM | MBERMAN@NIXONPEABODY.COM |
| TSLOME@MSEK.COM | CDESIDERIO@NIXONPEABODY.COM |
| AMARDER@MSEK.COM | RPEDONE@NIXONPEABODY.COM |
| JMAZERMARINO@MSEK.COM | BANKRUPTCYMATTERS@US.NOMURA.COM |
| HARRISJM@MICHIGAN.GOV | CRMOMJIAN@ATTORNEYGENERAL.GOV |
| MICHAEL.FREGE@CMS-HS.COM | MJR1@WESTCHESTERGOV.COM |
| DDUNNE@MILBANK.COM | JOHN.MULE@AG.STATE.MN.US |
| WFOSTER@MILBANK.COM | ARANCIER@OFFITKURMAN.COM |
| DODONNELL@MILBANK.COM | AKANTESARIA@OPPENHEIMERFUNDS.COM |
| EFLECK@MILBANK.COM | RDAVERSA@ORRICK.COM |
| PARONZON@MILBANK.COM | JGUY@ORRICK.COM |
| GBRAY@MILBANK.COM | KORR@ORRICK.COM |
| SDNYECF@DOR.MO.GOV | DFELDER@ORRICK.COM |
| STEVE.GINTHER@DOR.MO.GOV | MAUSTIN@ORRICK.COM |
| MICHAEL.KELLY@MONARCHLP.COM | JGUY@ORRICK.COM |

4

DAVIDWHEELER@MVALAW.COM
JOSHUA.DORCHAK@MORGANLEWIS.COM
JEFFREY.SABIN@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
NHERMAN@MORGANLEWIS.COM
JEFFREY.SABIN@BINGHAM.COM
JOSHUA.DORCHAK@BINGHAM.COM
GLENN.SIEGEL@MORGANLEWIS.COM
JGOODCHILD@MORGANLEWIS.COM
NISSAY_10259-0154@MHMJAPAN.COM
LBERKOFF@MORITTHOCK.COM
JPINTARELLI@MOFO.COM
LMARINUZZI@MOFO.COM
YUWATOKO@MOFO.COM
TGOREN@MOFO.COM
JPINTARELLI@MOFO.COM
LNASHELSKY@MOFO.COM
MROTHCHILD@MOFO.COM
BMILLER@MOFO.COM
BANKRUPTCY@MORRISONCOHEN.COM
JSULLIVAN@MOSESSINGER.COM
AKOLOD@MOSESSINGER.COM
MPARRY@MOSESSINGER.COM
KKOLBIG@MOSESSINGER.COM
RGOODMAN@MOUNDCOTTON.COM
JOHNRAMIREZ@PAULHASTINGS.COM
SSHIMSHAK@PAULWEISS.COM
DDAVIS@PAULWEISS.COM
CHAMMERMAN@PAULWEISS.COM
CMESTRES@ACLAWLLP.COM
KRESSK@PEPPERLAW.COM
KOVSKYD@PEPPERLAW.COM
WISOTSKA@PEPPERLAW.COM
LAWALLF@PEPPERLAW.COM
MELTZERE@PEPPERLAW.COM
SCHANNEJ@PEPPERLAW.COM
EBCALVO@PBFCM.COM
JHORGAN@PHXA.COM
SAMUEL.CAVIOR@PILLSBURYLAW.COM
EDWARD.FLANDERS@PILLSBURYLAW.COM
NATHAN.SPATZ@PILLSBURYLAW.COM
DFLANIGAN@POLSINELLI.COM
JBIRD@POLSINELLI.COM
CWARD@POLSINELLI.COM
JSMAIRO@PBNLAW.COM
TJFREEDMAN@PBNLAW.COM
BBISIGNANI@POSTSCHELL.COM
IGOLDSTEIN@PROSKAUER.COM

LMCGOWEN@ORRICK.COM
TOMWELSH@ORRICK.COM
OTCCORPACTIONS@FINRA.ORG
EWEINICK@OTTERBOURG.COM
WSILVERM@OSHR.COM
PFELDMAN@OSHR.COM
MCYGANOWSKI@OSHR.COM
JAR@OUTTENGOLDEN.COM
RROUPINIAN@OUTTENGOLDEN.COM
WK@PWLAWYERS.COM
CHIPFORD@PARKERPOE.COM
DWDYKHOUSE@PBWT.COM
BGUINEY@PBWT.COM
HARVEYSTRICKON@PAULHASTINGS.COM
DRAELSON@FISHERBROTHERS.COM
LUCDESPINS@PAULHASTINGS.COM
ANDREWTENZER@PAULHASTINGS.COM
ARHEAUME@RIEMERLAW.COM
ROGER@RNAGIOFF.COM
MARK.BANE@ROPESGRAY.COM
ROSS.MARTIN@ROPESGRAY.COM
PHILIP.WELLS@ROPESGRAY.COM
BSELLIER@RLRPCLAW.COM
ECOHEN@RUSSELL.COM
RUSSJ4478@AOL.COM
MSCHIMEL@SJU.EDU
CMONTGOMERY@SALANS.COM
LWHIDDEN@SALANS.COM
CBELMONTE@SSBB.COM
TBROCK@SSBB.COM
PBOSSWICK@SSBB.COM
ASNOW@SSBB.COM
AISENBERG@SAUL.COM
JTORF@SCHIFFHARDIN.COM
DKESSLER@KTMC.COM
BDK@SCHLAMSTONE.COM
NLEPORE@SCHNADER.COM
JVAIL@SSRL.COM
LAWRENCE.GELBER@SRZ.COM
SHARBECK@SIPC.ORG
COHEN@SEWKIS.COM
ASHMEAD@SEWKIS.COM
MUNNO@SEWKIS.COM
GUZMAN@SEWKIS.COM
FSOSNICK@SHEARMAN.COM
NED.SCHODEK@SHEARMAN.COM
ANN.REYNAUD@SHELL.COM
JENNIFER.GORE@SHELL.COM

MBIENENSTOCK@PROSKAUER.COM
JCHUBAK@PROSKAUER.COM
MPEDREIRA@PROSKAUER.COM
RBEACHER@PRYORCASHMAN.COM
CANELAS@PURSUITPARTNERS.COM
SCHEPIS@PURSUITPARTNERS.COM
SUSHEELKIRPALANI@QUINNEMANUEL.COM
JAMESTECCE@QUINNEMANUEL.COM
SCOTTSHELLEY@QUINNEMANUEL.COM
JRABINOWITZ@RLTLAWFIRM.COM
BROY@RLTLAWFIRM.COM
GARY.RAVERTPLLC@GMAIL.COM
LHILL@REEDSMITH.COM
KGWYNNE@REEDSMITH.COM
JFALGOWSKI@REEDSMITH.COM
CLYNCH@REEDSMITH.COM
MVENDITTO@REEDSMITH.COM
JLSCOTT@REEDSMITH.COM
DGRIMES@REEDSMITH.COM
ASOMERS@RCTLEGAL.COM
HMAGALIFF@R3MLAW.COM
RICHARD@RWMAPLC.COM
JSHICKICH@RIDDELLWILLIAMS.COM
GMOSS@RIEMERLAW.COM
ABRAUNSTEIN@RIEMERLAW.COM
RAJ.MADAN@SKADDEN.COM
ANGIE.OWEN@SKADDEN.COM
SALLY.HENRY@SKADDEN.COM
FYATES@SONNENSCHEIN.COM
PMAXCY@SONNENSCHEIN.COM
SLERNER@SSD.COM
RTERENZI@STCWLAW.COM
CGOLDSTEIN@STCWLAW.COM
J.ZELLOE@STAHLZELLOE.COM
SCHAGER@SSNYC.COM
GOLDENBERG@SSNYC.COM
MARC.CHAIT@SC.COM
SSTARR@STARRANDSTARR.COM
DMILLER@STEINLUBIN.COM
EOBRIEN@SBCHLAW.COM
CP@STEVENSLEE.COM
MCORDONE@STRADLEY.COM
PPATTERSON@STRADLEY.COM
MDORVAL@STRADLEY.COM
DJOSEPH@STRADLEY.COM
JMMURPHY@STRADLEY.COM
LANDON@SLOLLP.COM
VILLA@SLOLLP.COM

CSHULMAN@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
ETILLINGHAST@SHEPPARDMULLIN.COM
BWOLFE@SHEPPARDMULLIN.COM
MCADEMARTORI@SHEPPARDMULLIN.COM
AMARTIN@SHEPPARDMULLIN.COM
RREID@SHEPPARDMULLIN.COM
BANKRUPTCY@GOODWIN.COM
JTIMKO@SHUTTS.COM
AQUALE@SIDLEY.COM
AUNGER@SIDLEY.COM
RFRIEDMAN@SILVERMANACAMPORA.COM
SQUSBA@STBLAW.COM
IRETHY@STBLAW.COM
FOONT@FOONTLAW.COM
TMM@MULLAW.ORG
YAMASHIRO@SUMITOMOTRUST.CO.JP
MATT@WILLAW.COM
DEMETRA.LIGGINS@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
RHETT.CAMPBELL@TKLAW.COM
MITCHELL.AYER@TKLAW.COM
DAVID.BENNETT@TKLAW.COM
MBOSSI@THOMPSONCOBURN.COM
AMENARD@TISHMANSPEYER.COM
MBENNER@TISHMANSPEYER.COM
BTURK@TISHMANSPEYER.COM
JCHRISTIAN@TOBINLAW.COM
WCHEN@TNSJ-LAW.COM
AGOLDSTEIN@TNSJ-LAW.COM
JMAKOWER@TNSJ-LAW.COM
NEILBERGER@TEAMTOGUT.COM
SSKELLY@TEAMTOGUT.COM
MLYNCH2@TRAVELERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
LEE.STREMBA@TROUTMANSANDERS.COM
BMANNE@TUCKERLAW.COM
MSHINER@TUCKERLAW.COM
LINDA.BOYLE@TWTELECOM.COM
NEWYORK@SEC.GOV
NYROBANKRUPTCY@SEC.GOV
JACOBSONN@SEC.GOV
DLIPKE@VEDDERPRICE.COM
MJEDELMAN@VEDDERPRICE.COM
EASMITH@VENABLE.COM
SABRAMOWITZ@VELAW.COM
JWEST@VELAW.COM
SABRAMOWITZ@VELAW.COM

STREUSAND@STREUSANDLANDON.COM
MSPEISER@STROOCK.COM
SMILLMAN@STROOCK.COM
LHANDELSMAN@STROOCK.COM
HOLSEN@STROOCK.COM
CSZYFER@STROOCK.COM
FRITSCHJ@SULLCROM.COM
SCOTTJ@SULLCROM.COM
MCCARTHYJ@SULLCROM.COM
MCARTHURK@SULLCROM.COM
JDWECK@SUTHERLAND.COM
RICK.MURPHY@SUTHERLAND.COM
MARK.SHERRILL@SUTHERLAND.COM
BRUCE.WRIGHT@SUTHERLAND.COM
MILLER@TAFTLAW.COM
AGBANKNEWYORK@AG.TN.GOV
MARVIN.CLEMENTS@AG.TN.GOV
JONATHAN.GOLDBLATT@BNYMELLON.COM
MMORREALE@US.MUFG.JP
ELEICHT@WHITECASE.COM
DBAUMSTEIN@WHITECASE.COM
RGRAHAM@WHITECASE.COM
MRUETZEL@WHITECASE.COM
TLAURIA@WHITECASE.COM
CSHORE@WHITECASE.COM
JEANITES@WHITEANDWILLIAMS.COM
BSTRICKLAND@WTPLAW.COM
DSHAFFER@WTPLAW.COM
SZUCH@WIGGIN.COM
RRAINER@WMD-LAW.COM
VGULDI@ZUCKERMAN.COM

JELDREDGE@VELAW.COM
HSNOVIKOFF@WLRK.COM
RGMASON@WLRK.COM
ARWOLF@WLRK.COM
JDWARNER@WARNERANDSCHEUERMAN.COM
CBELISLE@WFW.COM
JACQUELINE.MARCUS@WEIL.COM
ALFREDO.PEREZ@WEIL.COM
ROBERT.LEMONS@WEIL.COM
GARRETT.FAIL@WEIL.COM
RGRAHAM@WHITECASE.COM
TMACWRIGHT@WHITECASE.COM
AVENES@WHITECASE.COM
ELEICHT@WHITECASE.COM
MABRAMS@WILLKIE.COM
MFELDMAN@WILLKIE.COM
AALFONSO@WILLKIE.COM
RNETZER@WILLKIE.COM
DKOZUSKO@WILLKIE.COM
PETER.MACDONALD@WILMERHALE.COM
JEANNETTE.BOOT@WILMERHALE.COM
CRAIG.GOLDBLATT@WILMERHALE.COM
PFINKEL@WILMINGTONTRUST.COM
CSCHREIBER@WINSTON.COM
DMCGUIRE@WINSTON.COM
MKJAER@WINSTON.COM
DNEIER@WINSTON.COM
BROTENBERG@WOLFFSAMSON.COM
JLAWLOR@WMD-LAW.COM
WMAHER@WMD-LAW.COM

**Parties served by First- Class Mail:**

| | |
|---|---|
| The Honorable Shelley C. Chapman<br>United States Bankruptcy Judge<br>United States Bankruptcy Court<br>Southern District of New York<br>One Bowling Green<br>New York, NY 10004-1408 | Federal Reserve Bank of Philadelphia<br>Ten Independence Mall<br>Philadelphia, PA 19106-1574<br>Attn: William T. Wisser, Asst. V.P. |
| Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Attn: Richard P. Krasnow, Esq.<br>  Shai Y. Waisman, Esq.<br>  Jacqueline Marcus, Esq.<br>  Robert J. Lemons, Esq.<br>  Alfredo R. Perez, Esq.<br>  Garrett A. Fail, Esq.<br>  Lori R. Fife, Esq. | Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Attn: Daniel R. Murray and<br>  Robert L. Byman |
| Jones Day, LLP<br>250 Vesey Street<br>New York, NY 10281<br>Attn: Jayant W. Tambe, Esq.<br>  Laura W. Sawyer, Esq. | Epiq Bankruptcy Solutions, LLC<br>777 Third Avenue<br>New York, NY 10022 |
| Office of the United States Trustee for the<br>Southern District of New York<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014<br>Attn: William K. Harrington, Esq.<br>  Susan Golden, Esq.<br>  Andrea B. Schwartz, Esq. | Alvarez & Marsal North America, LLC<br>600 Lexington Avenue, 6th Floor<br>New York, NY 10022 |
| Department of Justice<br>Ontario Regional Office<br>The Exhange Tower<br>130 King Street., W.<br>Ste.00, Box 36<br>Toronto, ON M5X 1K6<br>Canada<br>Attn: Diane Winters | Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 |
| Internal Revenue Service<br>Special Procedures Branch<br>290 Broadway<br>New York, NY 10007<br>Attn: District Director, Bonnie Austin | Jenner & Block, LLP<br>919 Third Avenue<br>New York, NY 10022-3908<br>Attn: Patrick J. Trostle, Esq. |

\\NY - 002509/000004 - 5812739 v1