WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
|                                          |   )   |                                |
| In re                                    |   )   | Case No. 08-13555 (SCC)        |
|                                          |   )   |                                |
| Lehman Brothers Holdings Inc., *et al.*, |   )   | Chapter 11                     |
|                                          |   )   |                                |
| Debtors.                                 |   )   | Jointly Administered           |
|                                          |   )   |                                |
-----------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 9, 2016 AT 2:00 P.M. (EASTERN TIME)**

Location of Hearing:        United States Bankruptcy Court
                            Southern District of New York
                            One Bowling Green, Room 623
                            New York, New York 10004

**I.        CONTESTED MATTER GOING FORWARD**

1.      Debtors' Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves [Docket No. 52640].

Related Documents:

Objection to Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves [Docket No. 52951].

Debtors' Reply in Support of Their Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves [Docket No. 52960].

**Status**: The above matter will be going forward at the Hearing.

Dated: June 8, 2016
    New York, New York

By: /s/ Todd. G. Cosenza
    Paul V. Shalhoub
    Todd G. Cosenza
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111

    Michael A. Rollin
    ROLLIN BRASWELL FISHER LLC
    8350 East Crescent Parkway, Suite 100
    Greenwood Village, Colorado 80111
    Telephone: (303) 945-7415
    Facsimile: (303) 974-7468

    *Attorneys for Debtors Lehman Brothers Holdings Inc. and certain of its affiliates*