John C. Weitnauer (*admitted pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
(404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x
                                                             :
In re                                                        :    Chapter 11
                                                             :
Lehman Brothers Holdings, Inc. ., *et al*.,                  :    Case No. 08-13555 (SCC)
                                                             :
                    Debtor.                                  :
-------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sage M. Sigler, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent *Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*, in the above-referenced cases.

I certify that I am a member in good standing of the bar in the State of Georgia, and the bars of the U.S. District Court for the Northern District of Georgia; United States District Court for the Middle District of Georgia; United States Bankruptcy Court for the Northern District of Georgia; United States Bankruptcy for the Middle District of Georgia; Georgia Court of Appeals; and the Supreme Court of Georgia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 8, 2016
Atlanta, Georgia

/s/ Sage M. Sigler
Sage M. Sigler
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Email: sage.sigler@alston.com
Telephone: (404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

LEGAL02/36465326v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                              :
In re                                                         :   Chapter 11
                                                              :
Lehman Brothers Holdings, Inc. ., *et al*.,                   :   Case No. 08-13555 (SCC)
                                                              :
    Debtor.                                                   :
-------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sage M. Sigler to be admitted, *pro hac vice*, to represent *Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia, and the bars of the U.S. District Court for the Northern District of Georgia; United States District Court for the Middle District of Georgia; United States Bankruptcy Court for the Northern District of Georgia; United States Bankruptcy for the Middle District of Georgia; Georgia Court of Appeals; and the Supreme Court of Georgia, it is hereby

ORDERED, that Sage M. Sigler, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case(s) to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated:
New York, New York

                                            UNITED STATES BANKRUPTCY JUDGE