**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
: 
In re                                                                             :    Chapter 11
:
Lehman Brothers Holdings, Inc. ., *et al*.,              :    Case No. 08-13555 (SCC)
:
Debtor.                           :
-----------------------------------------------------------------x

# ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Sage M. Sigler to be admitted, *pro hac vice*, to represent *Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* (the "Client"), a creditor in the above-referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Georgia, and the bars of the U.S. District Court for the Northern District of Georgia; United States District Court for the Middle District of Georgia; United States Bankruptcy Court for the Northern District of Georgia; United States Bankruptcy for the Middle District of Georgia; Georgia Court of Appeals; and the Supreme Court of Georgia, it is hereby

ORDERED, that Sage M. Sigler, Esq., is admitted to practice, *pro hac vice*, in the above-referenced case(s) to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: June 9, 2016
New York, New York                                        /S/ Shelley C. Chapman
                                                                          UNITED STATES BANKRUPTCY JUDGE