FENSTERSTOCK & PARTNERS LLP
100 Broadway, 8th Floor
New York, New York 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040
Blair C. Fensterstock

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                                                :    **Chapter 11**
**In re:**                                                      :
                                                                :    **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                    :
                                                                :    **Ref. Docket No. 52993**
                                 **Debtors.**                   :
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )    ss:
COUNTY OF NEW YORK   )

**ELIZABETH LEVIN**, being duly sworn, deposes and says:

1. I am an employee at the law firm Fensterstock & Partners LLP, located at 100 Broadway, 8th Floor, New York, NY 10005. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 10, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 9, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to Judge Chapman dated June 8, 2016, by causing true and correct copies to be enclosed securely in an envelope and delivered via hand messenger to:

   THE HONORABLE SHELLEY C. CHAPMAN
           United States Bankruptcy Court
           Southern District of New York
           One Bowling Green
           Courtroom 623
           New York, New York 10004-1408

3. On June 10, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 9, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to Judge Chapman dated June 8, 2016, by causing true and correct copies to be enclosed securely in an envelope and delivered via standard first class mail to those parties listed on the annexed Exhibit A.

4. On June 10, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 9, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to Judge Chapman dated June 8, 2016, by causing true and correct copies to be delivered to all attorneys of record registered to receive electronic mail filing notices in this core proceeding via this Court's ECF filing system.

_____
Elizabeth Levin

Sworn to before me this 13th
Day of June 2016

_____
Notary Public

LESLIE P. _____
Notary Public, State of New York
No. 01GR4712239
Qualified in Nassau County
Commission Expires Dec. 31, 2018

# EXHIBIT A

WOLLMUTH MAHER & DEUTSCH LLP
    Attn:   William A. Maher
             Paul R. DeFilippo
             William F. Dahill
             Vincent T. Chang
             Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*


ROLLIN BRASWELL FISHER, INC.
    Attn:   Michael A. Rollin, Esq.
    8350 E. Crescent Parkway, Suite 100
    Greenwich Village, Colorado 80111


OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
    Attn:   William K. Harrington, Esq.
             Susan Golden, Esq.
             Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 10006
New York, New York 10014