**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                         Debtors.

------------------------------------------------------------------------- X

: Chapter 11
:
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 52485, 52533,
: 52719, 52728, 52729, 52731 -
: 52734, 52749, 52771, 52773,
: 52777, 52798

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK      )
                              ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 20, 2016, I caused to be served the "Notice of Defective Transfer," dated May 20, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                    */s/ Konstantina Haidopoulos*
                                      Konstantina Haidopoulos

Sworn to before me this
25th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000106094302 ***          LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22354



CREDIT SUISSE (MONACO) SAM                          CREDIT SUISSE (MONACO) SAM
RICHARD LEVIN, ESQ.                                 ATTN: PAUL GILMORE
CRAVATH, SWAINE & MOORE LLP                         ELEVEN MADISON AVENUE
825 8TH AVENUE                                      NEW YORK, NY 10010
NEW YORK, NY 10019

MIRABAUD & CIE GENEVE
ATTN: MR FERNANDEZ
29 BOULEVARD GEORGES  FAVON
GENEVA 1204
 SWITZERLAND

**Your transfer  of claim # 55817-19 is defective for the reason(s) checked below:**

Other ISIN codes indicated are not related to claim

Docket Number    52771                    Date:   04/25/2016

/s/ Lauren Rodriguez

_____

_____

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | PIAZZALE LODI 3, 20137 MILAN  ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA POPOLARE DI SPOLETO S.P.A. | ATTN: MR. VALERIO VOLPI, PIAZZA LUIGI PIANCIANI, 5, SPOLETO (PERUGIA) 06049 ITALY |
| BARCLAYS BANK PLC | ATTN: ALEXANDER WILK, 1301 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOORN, NEW YORK, NY 10022 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CREDIT SUISSE (MONACO) SAM | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (MONACO) SAM | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDITO EMILIANO S.P.A. | ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO 4, REGGIO EMILIA 42121 ITALY |
| EMERGING MARKETS (QUANTITATIVE) MASTER L.P. | F/K/A GOLDMAN SACHS QUANTITATIVE STRATEGIES, C/O GOLDMAN SACHS ASSET MANAGEMENT L.P., ATTN: WENDY YUN, 200 WEST STREET, NEW YORK, NY 10282 |
| EMERGING MARKETS (QUANTITATIVE) MASTER L.P. | DAVID AMAN, ESQ., CLEARY GOTTLIEB STEEN & HAMILTON LLP, ONE LIBERTY PLAZA, NEW YORK, NY 10006 |
| GOLDMAN SACHS & CO. | ATTN: ADAM SAVARESE AND MELISSA BROWN, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| ICCREA BANCA SPA | ATTN: MR. ANTONIO TORRE, VIA LUCREZIA ROMANA 41-47, ROMA 00178 ITALY |
| MIRABAUD & CIE GENEVE | ATTN: MR FERNANDEZ, 29 BOULEVARD GEORGES  FAVON, GENEVA 1204 SWITZERLAND |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O MONARCH ALTERNATIVE CAPITAL LP, ATTN: MICHAEL GILLIN, 535 MADISON AVENUE, FLOOR 26, NEW YORK, NY 10022 |
| MONARCH ALTERNATIVE SOLUTIONS MASTER FUND LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O MONARCH ALTERNATIVE CAPITAL LP, ATTN: MICHAEL GILLIN, 535 MADISON AVENUE, FLOOR 26, NEW YORK, NY 10022 |
| OAKTREE HUNTINGTON INVESTMENT FUND, L.P. | ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | C/O OAKTREE CAPITAL MANAGEMENT, L.P., ATTN: WILLIAM SANTANGELO, 333 SOUTH GRAND AVE, 28 FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL), L.P. | ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII, L.P. | ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OCM OPPORTUNITIES FUND VIIB (PARALLEL), L.P. | ATTN: WILLIAM SANTANGELO, C/O OAKTREE CAPITAL MANAGEMENT, L.P., 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OCM OPPORTUNITIES FUND VIIB, L.P. | C/O OAKTREE CAPITAL MANAGEMENT, L.P., ATTN: WILLIAM SANTANGELO, 333 SOUTH GRANDE AVE, 28 FLOOR, LOS ANGELES, CA 90071 |
| UBS, AG | BAHNHOFSTRASSE 45, ZURICH CH-8001 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |

LEHMAN BROTHERS HOLDINGS INC.
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| UNIONE DI BANCHE ITALIANE SCPA | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |

**Total Creditor Count 32**