**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
:   Chapter 11
In re:                                                               :
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                             :
:   (Jointly Administered)
Debtors.                                                         :
:   Ref. Docket Nos. 52775 &
:   52902
:
:
---------------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 23, 2016, I caused to be served the "Notice of Defective Transfer," dated May 23, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
26th day of May, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000106221455 ***    LBH DEFTRFNTC (MERGE2, TXNUM2) 4000170586



GLOBAL HARBOUR INVESTMENTS LIMITED
TRANSFEROR: RBS COUTTS BANK AG
ATTN: ANN MARGARETH TAN
35/F, ONE INT'L CENTRE, 8 HARBOUR VIEW
HONG KONG
 HONG KONG

MAJESTIC PROFITS GLOBAL LIMITED
ATTN: ANN MARGARETH TAN
35/F IFC ONE, 1 HARBOUR VIEW
CENTRAL
 HONG KONG

**Your transfer of claim # 45221-96 is defective for the reason(s) checked below:**

Other MISSING TRANSFER AMOUNT AND ISIN

Docket Number   52902            Date:  05/18/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CONDUIT CAPITAL MARKETS LTD | TRANSFEROR: BANQUE PIGUET & CIE S.A., ATTN: RAKESH CHHABRA, AMADEUS HOUSE, 27B FLORAL STREET, LONDON WC2E 9DP UNITED KINGDOM |
| GLOBAL HARBOUR INVESTMENTS LIMITED | TRANSFEROR: RBS COUTTS BANK AG, ATTN: ANN MARGARETH TAN, 35/F, ONE INT'L CENTRE, 8 HARBOUR VIEW, HONG KONG   HONG KONG |
| MAJESTIC PROFITS GLOBAL LIMITED | ATTN: ANN MARGARETH TAN, 35/F IFC ONE, 1 HARBOUR VIEW, CENTRAL   HONG KONG |
| MORGAN CAPITAL ADVISORS | AMADEUS HOUSE, 27B FLORAL STREET, LONDON WC2E 9DP UNITED KINGDOM |

**Total Creditor Count 4**