**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------- x
                                                        :   Chapter 11

In re:                                                :  

                                                        :   Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :  

                                       :   (Jointly Administered)

                        Debtors.            :  

                                                         :   Ref. Docket Nos. 52315, 52317,

                                                        :   52776, 52884, 52902

                                                        :

-------------------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.   I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On May 24, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated May 24, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Forrest Kuffer*
                                                  Forrest Kuffer

Sworn to before me this
26th day of May, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:


SOLUS RECOVERY FUND II MASTER LP.
TRANSFEROR: DEUTSCHE BANK AG, LONDON
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: SOLUS COMPLIANCE
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022


Please note that your claim # 59006-37 in the above referenced case and in the amount of
$3,925,182.54 allowed at $3,925,182.54 has been transferred (unless previously expunged by court order)


BAR(23) MAILID *** 000106337609 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000174662



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP.
ATTN: SCOTT EVAN
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013


No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        52884                    in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  05/24/2016                    Vito Genna, Clerk of Court


/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  May 24, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA DI BOLOGNA | SEDE LEGALE E DIREZIONE GENERALE, PIAZZA GALVANI, N. 4, BOLOGNA 40124 ITALY |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: SCOTT EVAN, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA DI BOLOGNA, ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: UNIONE DI BANCHE ITALIANE SCPA, ATTN: STEFANIA CATELLANI, VIA EMILIA SAN PIETRO 4, REGGIO EMILIA 42121 ITALY |
| CREDITO EMILIANO S.P.A. | ALLEN & OVERY, ATTN: CRAIG BYRNE, VIA MANZONI, 41-43, MILANO 20121 ITALY |
| GLOBAL HARBOUR INVESTMENTS LIMITED | TRANSFEROR: RBS COUTTS BANK AG, ATTN: ANN MARGARETH TAN, 35/F, ONE INT'L CENTRE, 8 HARBOUR VIEW, HONG KONG  HONG KONG |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS & CO. | TRANSFEROR: PERMAL YORK, LTD., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| MAJESTIC PROFITS GLOBAL LIMITED | TRANSFEROR: GLOBAL HARBOUR INVESTMENTS LIMITED, ANN MARGARETH TAN, 35/F IFC ONE, 1 HARBOUR VIEW, CENTRAL  HONG KONG |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| PERMAL YORK, LTD. | ATTN: ADAM SEMLER, OPERATIONS DEPARTMENT, 767 FIFTH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| PERMAL YORK, LTD. | STROOCK & STROOCK & LAVAN LLP, ATTN: IRINA GOMELSKAYA, ESQ., 180 MAIDEN LANE, NEW YORK, NY 10018 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| UNIONE DI BANCHE ITALIANE SCPA | ATTENTION: LUCA BONZANINI, AREA AFFARI LEGALI E CONTENZIOSO, PIAZZA V. VENETO N. 8, BERGAMO 24121 ITALY |

**Total Creditor Count 15**