KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
Tracy L. Klestadt
200 West 41st Street, 17th Floor
New York, New York 10018
Tel.: (212) 972-3000

*Counsel to Claimants Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC and Ironbridge Aspen Collection, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : Case No. 08-13555 (JMP) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

---------------------------------------------------------------------X

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Renea Gargiulo, being duly sworn, deposes and says:

I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

1. On the 15th day of June, 2016, I served copies of a:

    - Notice of Hearing on Amended Motion for Relief from the Automatic Stay [Docket No. 52984], and;

    - Amended Motion for Relief from the Automatic Stay [Docket No. 23551].

by first class mail, be depositing true copies thereof enclosed in a post-paid wrapper, in an official depository of the United States Postal Service within the State of New York upon the parties listed on **Exhibit A.**

                                                                            */s/Renea Gargiulo*
                                                                            Renea Gargiulo

Sworn to and Subscribed before me this
16th day of June, 2016

*/s/Stephanie R. Sweeney*
Notary Public, State of New York
No. 02SW6332674
Qualified in New York County
Commission Expires November 2, 2019

## **EXHIBIT A**

John W. Madden
The Madden Law Firm
999 18th Street, Suite 1500 S.
Denver, CO 80202

Ryan Iwasaka
Greenberg Glusker Fields
Claman & Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067