B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

### Southern District of New York

In re  Lehman Brothers Holdings, Inc._____,          Case No.  08-13555(JMP)____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| ___Majestic Profits Global Limited___ | ___Global Harbour Investments Limited___ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
  Ann Margareth Tan
  35/F IFC One,1 Harbour View,Central,HK

Court Claim # (if known): ___45221___
Amount of Claim: _____
Date Claim Filed: ___10/23/2009___

Phone:  +852 2846 3875_____
Last Four Digits of Acct #: ____3176___

Phone:  +852 2846 3875_____
Last Four Digits of Acct #: ____2218___

Name and Address where transferee payments
should be sent (if different from above):


Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date:___17 May 2016___
Transferee/Transferee's Agent
PO TY CO /        VALERIE CO

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



For Bathurst Enterprises Limited
As Authorised Signatory of
MAJESTIC PROFITS GLOBAL LIMITED
_____
Authorised Signatories
Christin See

RECEIVED
MAY 2 4 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## Or, Joy

| | |
|---|---|
| **From:** | Winter, Greg <gwinter@epiqsystems.com> |
| **Sent:** | Wednesday, May 18, 2016 11:20 PM |
| **To:** | Or, Joy; Bowdler, Angharad; DL-lehmancallcenter |
| **Cc:** | Lee, Michells; Tan, Annmargareth |
| **Subject:** | RE: QUERY: CLAIM NO. 45221-96 (signed transfer agreement) |

Joy,

Thank you. I have received the password and downloaded the transfer agreement. I confirm the agreement has been timely received and will be forwarded to the U.S. Bankruptcy Court.

Attached to this email is an OFAC for the transferee to complete. This form, along with a W-8 tax withholding form, must be returned to Epiq no later than May 20th if the transferee wishes to receive a distribution in the next round of payment. The transferee may submit their forms via email- the originals are not required.

Regards,
Greg

**Gregory Winter**
Case Manager
Epiq | Corporate Restructuring
777 Third Avenue, 12th Floor
New York, NY 10017
Phone:  +1 646 282 2517
Mobile:  +1 917 504 6594
Email:  gwinter@epiqsystems.com

**Clarity. Efficiency. Confidence.**
www.epiqsystems.com

---

**From:** Or, Joy [mailto:Joy.Or@BankofSingapore.com]
**Sent:** Wednesday, May 18, 2016 4:12 AM
**To:** Winter, Greg; Bowdler, Angharad; DL-lehmancallcenter
**Cc:** Lee, Michells; Tan, Annmargareth
**Subject:** RE: QUERY: CLAIM NO. 45221-96 (signed transfer agreement)

Dear Greg,

Attached please find the transfer agreement.
The password to open the file has been texted to your mobile #+1 917 504 6594.
Thank you.

Best Regards,
Joy Or
35/F One International Finance Centre, 1 Harbour View Street, Central, Hong Kong
D: +852 2846 3873  T: +852 2846 3980  F: +852 2295 4080  M: +852 6089 1758

**From:** Winter, Greg [mailto:gwinter@epiqsystems.com]
**Sent:** Tuesday, May 17, 2016 11:49 PM
**To:** Or, Joy; Bowdler, Angharad; DL-lehmancallcenter
**Cc:** Lee, Michells; Tan, Annmargareth
**Subject:** RE: QUERY: CLAIM NO. 45221-96

Joy,

The Plan Administrator has announced an interim 10th distribution to occur on June 16th, 2016. The transfer record date for this distribution has been established as Wednesday May 18th. All transfers agreements must be received by Epiq or the U.S. Bankruptcy Court no later than the close of business on May 18th.

You may email your transfer agreement to us and we will forward to the Bankruptcy Court for processing. This transfer agreement must be received by tomorrow. If you are unable to have the form returned, than then current claim holder will receive the 10th distribution in June.

Furthermore, the new claim owner must also submit a valid W8 tax withholding form and OFAC if they wish to receive payment on June 16th. These forms must be returned no later than May 20th and can also be emailed to lehmancallcenter@epiqsystems.com.

Please advise if you have any further questions.

Regards,
Gregory

**Gregory Winter**
Case Manager
Epiq | Corporate Restructuring
777 Third Avenue, 12th Floor
New York, NY 10017
Phone:  +1 646 282 2517
Mobile:  +1 917 504 6594
Email:  gwinter@epiqsystems.com

**Clarity. Efficiency. Confidence.**
www.epiqsystems.com

---

**From:** Or, Joy [mailto:Joy.Or@BankofSingapore.com]
**Sent:** Tuesday, May 17, 2016 2:57 AM
**To:** Winter, Greg; Bowdler, Angharad; DL-lehmancallcenter
**Cc:** Lee, Michells; Tan, Annmargareth
**Subject:** RE: QUERY: CLAIM NO. 45221-96

Dear Greg,

We will be sending the transfer agreement (Form 210A) to US Bankruptcy Court by this week. Do you need a copy of the transfer agreement form?

Just wondering how long does the claim transfer usually takes after submitting to US Bankruptcy Court, and when is the next distribution date?

2

**Or, Joy**

| | |
|---|---|
| **From:** | Winter, Greg <gwinter@epiqsystems.com> |
| **Sent:** | Thursday, March 17, 2016 7:15 AM |
| **To:** | Or, Joy; Bowdler, Angharad; DL-lehmancallcenter |
| **Cc:** | Tan, Annmargareth; Lee, Michells |
| **Subject:** | RE: CLAIM NO. 45221-96 |
| **Attachments:** | New Claims Transfer Fee (2).pdf; Form_210AB_Notice_Transfer_Claim_INSTRUCTIONS_1209[1].pdf; B_210A_1209f[1].pdf |

Joy,

If you wish to have the Global Harbour claim transferred on the LBHI claims register, please complete the attached transfer agreement and mail the original copy directly to the bankruptcy court at the following address:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408

Once the transfer is processed on the claims register, we will require a W8 tax form, OFAC and wire form for Majestic Profits before they can receive a distribution. I can assist you with this once Majestic assumes ownership.

Please note- the 9th distribution is scheduled to occur on March 31st so any payment due on this claim will be made to Global Harbour using the wire instructions currently on file.

Regards,
Gregory

**Gregory Winter**
Case Manager
Epiq | Corporate Restructuring
Phone:  +1 646 282 2517
Mobile:  +1 917 504 6594
Email:  gwinter@epiqsystems.com


**From:** Or, Joy [mailto:Joy.Or@BankofSingapore.com]
**Sent:** Wednesday, March 16, 2016 7:02 AM
**To:** Winter, Greg; Bowdler, Angharad; DL-lehmancallcenter
**Cc:** Tan, Annmargareth; Lee, Michells
**Subject:** CLAIM NO. 45221-96

Dear Greg,

1