WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
*Attorneys for John L. Scott, Inc.*
1133 Westchester Avenue
White Plains, NY 10604
Tel: (914) 323-7000
Fax: (914) 323-7001
Attn:  Peter A. Meisels, Esq.
         David Tillem, Esq.
         Allison M. Holubis, Esq.
         Gracie C. Wright, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
In re:                                                                              :  **CHAPTER 11**

                                                                                       :  Case No. 08-13555-scc

**LEHMAN BROTHERS HOLDINGS INC., et al.,**
                                                                                       :

                  **Debtors.**                                                  :


------------------------------------------------------------------------- X


## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

NOTICE IS HEREBY GIVEN, pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that Wilson, Elser, Moskowitz, Edelman & Dicker LLP, by Allison M. Holubis, Esq., appears as counsel for John L. Scott, Inc.

NOTICE IS FURTHER GIVEN, that pursuant to Bankruptcy Rules 2002 and 9010(b), the undersigned requests that all notices given or required to be given in the above-captioned Chapter 11 case (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to Creditors and equity

6051695v.1

security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

> WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
> 1133 Westchester Avenue
> White Plains, New York 10604-3407
> Tel. (914) 323-7000
> Fax (914) 323-7001
> Attn.: Allison M. Holubis, Esq.
> Allison.Holubis@WilsonElser.com

NOTICE IS FURTHER GIVEN, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtor or Debtor's estate.

Dated: New York, New York
       June 17, 2016

>                        WILSON, ELSER, MOSKOWITZ,
>                        EDELMAN & DICKER, LLP
>                        Attorneys for John L. Scott, Inc.
>
>                   By:  /s/Allison M. Holubis
>
>                        1133 Westchester Avenue
>                        White Plains, New York 10604
>                        Telephone: (914) 323-7000
>                        E-mail: allison.holubis@wilsonelser.com

6051695v.1