

**ABN·AMRO** Private Banking

ABN AMRO (Guernsey) Limited
P.O. Box 253
Martello Court
Admiral Park
St. Peter Port
Guernsey, GY1 3QJ

Telephone +44 (0) 1481 751 000
Fax +44 (0) 1481 751 001
www.abnamroprivatebanking.gg

United States Bankruptcy Court
Southern District of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

RECEIVED JUN - 1 2016 U.S. BANKRUPTCY COURT S.D. OF NEW YORK

Reference
KC/LEHMAN/200516
Department
Global Custody | Corporate Actions
Telephone
+44 1481 751 265
Fax
+44 1481 751 659

Date
20 May 2016
Subject
Transfer of Claim

Dear Sirs

We enclose the duly completed and signed Transfer of Claim form for ABN AMRO Bank NV, Jersey Branch and ABN AMRO (Guernsey) Limited in relation to Case No 08-13555(JMP).

We also enclose a copy of our Authorised Signatory List for your reference.

Should you require any further information, please do not hesitate to contact us at gc.corporateactions@gg.abnamro.com.

Yours faithfully
For and on behalf of ABN AMRO (Guernsey) Limited

Authorised Signatory

Authorised Signatory

ABN AMRO (Guernsey) Limited. Registered in Guernsey, Number 13263. Licensed by the Guernsey Financial Services Commission under The Banking Supervision (Bailiwick of Guernsey) Law, 1994 and The Protection of Investors (Bailiwick of Guernsey) Law, 1987, as amended.

Authorised and regulated by the Financial Conduct Authority. Number 460064.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMANS BROTHERS HOLDINGS INC  ,                    Case No.  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

ABN AMRO (Guernsey) Limited                                ABN AMRO Bank NV, Jersey Branch
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee                Court Claim # (if known):  47318
should be sent:                                             Amount of Claim:  $58,143.92
  Please see below (1)                                      Date Claim Filed:  10/26/2009

Phone:  +44 (0) 1481 751614                                 Phone: _____
Last Four Digits of Acct #: _____                 Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
  Please see below (2)
                                                            For and on behalf of
                                                            ABN AMRO (Guernsey) Limited
Phone:  +44 (0) 20 7547 7913
Last Four Digits of Acct #: _____                 Auth Sig.                Auth Sig.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____                         Date: 25TH MAY 2016
  Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

(1)
ABN AMRO (Guernsey) Limited
P.O.Box 253
Martello Court
Admiral Park
St. Peter Port
Guernsey
GY1 3QJ

(2)
Deutsche Bank Trust Company Americas
New York, USA
SWIFT BIC: BKTRUS33XXX
ABA: 021001033
A/C ABN AMRO (Guernsey) Limited
SWIFT BIC: MEESGGSPXXX
A/C Martello Nominees Limited
IBAN: GB64MEES609165000050502

For and on behalf of
ABN AMRO (Guernsey) Limited

Auth Sig.                    Auth Sig.

Deutsche Bank Trust Company Americas
New York, USA
SWIFT BIC: BKTRUS33XXX
ABA: 021001033
A/C ABN AMRO (Guernsey) Limited
SWIFT BIC: MEESGGSPXXX
A/C Martello Nominees Limited
IBAN: GB64MEES69016506K05050

ABN AMRO (Guernsey) Limited
P.O. Box 253
Martello Court
[illegible]
St. Peter Port
Guernsey
GY1 3QJ



# ABN AMRO (GUERNSEY) LIMITED

## AUTHORISED SIGNATORY LIST WITH EFFECT FROM 6TH MAY 2016

ABN AMRO (Guernsey) Limited is only legally represented by two authorised signatories; therefore two signatures are always required.

The Authorised Signatories list, effective from 6th May 2016 contains copy signatures of those authorised to sign on behalf of the company.

The company distinguishes between A and B categories of authorised signatories and is legally bound if the relevant document has been signed by two A signatories or alternatively one A signatory and one B signatory.

We confirm that identification checks have been carried out on all authorised signatories passports and address verification documents, copies of which are held at our offices.

| Category A | Category B |
|---|---|
| Donna M. Allan (A1) | Helen Allen (A2) |
| Christopher M. Ayre (A3) | Ian J. Bisson (B2) |
| Alan J. Bennalick (B1) | Teresa A. Brouard (B4) |
| Karyn A. Bougourd (B3) | Deborah J. Bruce (B5) |
| Christophe Chedhomme (C2) | Andrew Chamberlain (C1) |
| Hugh N. L. Chivers (C3) | Samantha J. Eker (E1) |
| Michael Collenette (C4) | Ricky Ferbrache (F1) |
| Victor den Hoedt (D1) | Lucy D. Hicks (H1) |
| Christopher Dorey (D2) | Julie D. Kilzer (K2) |
| Timothy T. Duquemin (D3) | Tom Le Poidevin (L1) |
| Stefano R. Finetti (F2) | Darren R. Le Tissier (L3) |
| Rachael L. Gibson (G1) | Lisa J. Le Vallee (L4) |
| Mandy Griffiths (G2) | Siobhan McConville (M2) |
| Michael J. Hockey (H2) | Rachel Neill (N1) |
| Donal F.X. Kennedy (K1) | Lyndsay Simon (S1) |
| Christopher J. Le Tissier (L2) | Lai Tang (T1) |
| Iain Lowe (L5) | Joanne Walker (W1) |
| Paul D. Martin; Director (M1) | Lucy M. Yeates (Y1) |
| Kim-Marie McDermott (M3) | |
| Kenneth M. Munro (M4) | |
| Joanne D. Mechem (M5) | |
| Andrew R. Pollock (P1) | |
| Jason Robilliard (R1) | |
| Lisa L. Rosumek (R2) | |
| Rebecca G. Smart (S2) | |
| Stephen C. Taylor (T2) | |
| Graham Thoume; Managing Director (T3) | |

Graham Thoume  
Managing Director  
ABN AMRO (Guernsey) Limited

Paul D Martin  
Director  
ABN AMRO (Guernsey) Limited

Pg 1/2  
6th May 2016

| Kassie Torode (T4) | |
| --- | --- |
| Petrus G.M. van den Heuvel (V1) | |
| Victor H. van der Kwast (V2) | |
| Paula L. Van Katwyk (V3) | |

Graham Thoume
Managing Director
ABN AMRO (Guernsey) Limited

Paul D Martin
Director
ABN AMRO (Guernsey) Limited

Pg 2/2
6th May 2016

## ABN AMRO (Guernsey) Limited
### Signatories List

| | | | |
|---|---|---|---|
| *[signature]* | | *[signature]* | |
| Donna M Allan | (A1) | Helen Allen | (A2) |
| *[signature]* | | *[signature]* | |
| Christopher M Ayre | (A3) | Alan J Bennalick | (B1) |
| *[signature]* | | *[signature]* | |
| Ian J Bisson | (B2) | Karyn A Bougourd | (B3) |
| *[signature]* | | *[signature]* | |
| Teresa A Brouard | (B4) | Deborah J Bruce | (B5) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: *[signature]*　　　　　　　　　Signed: *[signature]*

　　Authorised 'A' Signatory　　　　　　　　　Authorised 'A' Signatory

6th May 2016　　　　　　　　　　　　　　　　　　Page 1 of 7



| | | | |
|---|---|---|---|
| Andrew Chamberlain | (C1) | Christophe Chedhomme | (C2) |
| Hugh N L Chivers | (C3) | Michael Collenette | (C4) |
| Victor den Hoedt | (D1) | Christopher Dorey | (D2) |
| Timothy T Duquemin | (D3) | Samantha J Eker | (E1) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: .................................................. Signed: ..................................................

Authorised 'A' Signatory                    Authorised 'A' Signatory

6th May 2016                                                                 Page **2** of 7

| | | | |
|---|---|---|---|
| *signature* | | *signature* | |
| Ricky Ferbrache | (F1) | Stefano R Finetti | (F2) |
| *signature* | | *signature* | |
| Rachael L Gibson | (G1) | Mandy Griffiths | (G2) |
| *signature* | | *signature* | |
| Lucy D Hicks | (H1) | Michael J Hockey | (H2) |
| *signature* | | *signature* | |
| Donal F X Kennedy | (K1) | Julie D Kilzer | (K2) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: ......*signature*......       Signed: ......*signature*......

Authorised 'A' Signatory              Authorised 'A' Signatory

6th May 2016                                         Page **3** of 7

| | | | |
|---|---|---|---|
| *(signature)* | | *(signature)* | |
| Tom Le Poidevin | (L1) | Christopher J Le Tissier | (L2) |
| *(signature)* | | *(signature)* | |
| Darren R Le Tissier | (L3) | Lisa J Le Vallee | (L4) |
| *(signature)* | | *(signature)* | |
| Iain Lowe | (L5) | Paul D Martin | (M1) |
| *(signature)* | | *(signature)* | |
| Siobhan McConville | (M2) | Kim-Marie McDermott | (M3) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: *(signature)*      Signed: *(signature)*

    Authorised 'A' Signatory              Authorised 'A' Signatory

6th May 2016                                                                     Page 4 of 7

| | | | |
|---|---|---|---|
| *[signature]* | | *[signature]* | |
| Kenneth M Munro | (M4) | Joanne D Mechem | (M5) |
| *[signature]* | | *[signature]* | |
| Rachel Neill | (N1) | Andrew Pollock | (P1) |
| *[signature]* | | *Elisabetta Rosumek* | |
| Jason Robilliard | (R1) | Lisa L Rosumek | (R2) |
| *[signature]* | | *[signature]* | |
| Lyndsay Simon | (S1) | Rebecca G Smart | (S2) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: *[signature]* .................................    Signed: *[signature]* .................................

         Authorised 'A' Signatory                               Authorised 'A' Signatory

| | | | |
|---|---|---|---|
| Lai Tang | (T1) | Stephen C Taylor | (T2) |
| Graham Thoume | (T3) | Kassie Torode | (T4) |
| Petrus G M van den Heuvel | (V1) | Victor H van der Kwast | (V2) |
| Paula L Van Katwyk | (V3) | Joanne Walker | (W1) |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: ............................................    Signed: ............................................

Authorised 'A' Signatory    Authorised 'A' Signatory

6th May 2016    Page **6** of 7

| | |
|---|---|
| *[signature]* | |
| Lucy M Yeates (Y1) | |

We certify that the signatures appearing above are reproductions of the original signatures of the individuals indicated.

Signed: *[signature]*  Signed: *[signature]*

Authorised 'A' Signatory   Authorised 'A' Signatory

6th May 2016   Page 7 of 7