UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                              :   Chapter 11
                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,           :   Case No.: 08-13555 (SCC)
                                                   :
                         Debtors.                  :   (Jointly Administered)
------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF (I) MOTION OF TRINITY INVESTMENTS LIMITED TO COMPEL OUTSTANDING DISTRIBUTIONS ON ALLOWED, UNSATISFIED GUARANTEE CLAIMS, AND (II) AMENDED CROSS-MOTION TO ENFORCE THE LBHI PLAN AND OTHER ANCILLARY RELIEF FILED BY LEHMAN BROTHERS HOLDINGS INC.

**PLEASE TAKE NOTICE** that (1) Trinity Investments Limited hereby withdraws with prejudice its *Motion Of Trinity Investments Limited To Compel Outstanding Distributions On Allowed, Unsatisfied Guarantee Claims* [ECF No. 52309] and (2) Lehman Brothers Holdings Inc. hereby withdraws with prejudice its *Cross-Motion To Enforce The LBHI Plan And Other Ancillary Relief* [ECF No. 52537], as amended [ECF No. 52544]. Accordingly, the hearing on such motion and cross-motion, currently scheduled for June 28, 2016, shall be cancelled.

Dated: June 21, 2016

| | |
|---|---|
| By: */s/ Scott Davidson* | By: */s/ Joshua Dorchak* |
| Arthur Steinberg | Joshua Dorchak |
| Scott Davidson | Matthew C. Ziegler |
| KING & SPALDING LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 1185 Avenue of the Americas | 101 Park Avenue |
| New York, New York 10036 | New York, New York 10178 |
| Telephone: (212) 556-2100 | Telephone: (212) 309-6000 |
| | |
| *Counsel for Lehman Brothers Holdings Inc.* | *Counsel for Trinity Investments Limited* |