WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
:
In re                                                      :    Chapter 11 Case No.
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**    :    08-13555 (SCC)
:
Debtors.                                       :    (Jointly Administered)
:
:
------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE DEBTORS' FOUR HUNDRED FIFTIETH OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases, hereby withdraws the Debtors' Four Hundred Fiftieth Omnibus Objection to Claims (Preferred Securities Claims) [ECF No. 41667] **solely as to the claims listed on Exhibit A hereto**.

Dated:  June 22, 2016
         New York, New York

                                                /s/ Garrett A. Fail
                                                Garrett A. Fail
                                                WEIL, GOTSHAL & MANGES LLP
                                                767 Fifth Avenue
                                                New York, New York 10153
                                                Telephone: (212) 310-8000
                                                Facsimile: (212) 310-8007

                                                Attorneys for Lehman Brothers
                                                Holdings Inc. and Certain of Its Affiliates

## **Exhibit A**

| Claim Number | Claimant Name |
| --- | --- |
| 41609 | Alex Vukailovic |
| 51535 | Jean Todd Stott |
| 37204 | Antonella Campagner |
| 31134 | Johannes Kux |