# United States Bankruptcy Court
## Southern District of New York

In re: Lehman Brothers Holdings, Inc., et al.        Case No. 08-13555 (JMP) (Jointly Administered)

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Oaktree Opportunities Fund VIII (Parallel 2), L.P. | Credit Suisse International |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Oaktree Opportunities Fund VIII (Parallel 2), L.P.
C/O Oaktree Capital Management, L.P.
333 South Grand Ave, 28th Floor
Los Angeles, CA 90071
Attn: Bill Santangelo
Ph: (213) 830-6920
bsantangelo@oaktreecapital.com

Last Four Digits of Acct. #: _____

Court Claim # (if known): 67079

Amount of Claim Transferred: $1,363,000.00 (a *pro rata* share to the extent of 0.419385% of the allowed claim amount of $325,000,000.00)

Date Claim Filed: September 20, 2010

Phone:
Last Four Digits of Acct. #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Oaktree Opportunities Fund VIII (Parallel 2), L.P.**
By: Oaktree Opportunities Fund VIII GP, L.P.
its: General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
its: General Partner

By: Oaktree Capital Management, L.P.
its: Director

By: _____    Date: 6/22/16
Name: Robert O'Leary
Title: Managing Director

By: _____    Date: 6/22/16
Name: Emily Stephens
Title: Managing Director

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.
032-5891/COURT/5014056.1

# United States Bankruptcy Court
## Southern District of New York

In re: <u>Lehman Brothers Holdings, Inc. et al.</u>    Case No. <u>08-13555 (JMP) (Jointly Administered)</u>

### TRANSFER OF CLAIMS OTHER THAN FOR SECURITY

CLAIM 67079 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim other than for Security in the Clerk's office of this court on           .

| Credit Suisse International | Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
|---|---|
| Name of Alleged Transferor | Name of Transferee |
| Address of Alleged Transferor: | |
| One Cabot Square | Address of Transferee: |
| London | |
| E14 4QJ, United Kingdom | Oaktree Opportunities Fund VIII (Parallel 2), L.P. |
| Attn: Ashwinee Sawh | C/O Oaktree Capital Management, L.P. |
| Tel: 212-538-2905 | 333 South Grand Ave, 28th Floor |
| Fax: N/A | Los Angeles, CA 90071 |
| Email: ashwinee.sawh@credit-suisse.com | Attn: Bill Santangelo |
| | Ph: (213) 830-6920 |
| | bsantangelo@oaktreecapital.com |

### ~DEADLINE TO OBJECT TO TRANSFER~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

                                                                    _____
                                                                    CLERK OF THE COURT

032-5891/COURT/5014056.1

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (JMP) (Jointly Administered)

Proof of Claim Number: 67079

**CREDIT SUISSE INTERNATIONAL**, its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto each of:

| | |
|---|---|
| Oaktree Huntington Investment Fund, L.P | $9,965,000.00 |
| OCM Opportunities Fund VIIb Delaware, L.P | $25,560,000.00 |
| Oaktree Opportunities Fund VIII Delaware, L.P | $34,112,000.00 |
| Oaktree Opportunities Fund VIII (Parallel 2), L.P. | $1,363,000.00 |

its successors and assigns ("Buyer"), Seller's right, title and interest in and to Proof of Claim Number 67079, solely to the extent of an aggregate **$71,000,000.00 as set out above** (the "Assigned Claim") out of the aggregate $325,000,000.00 claim against Lehman Brothers Holdings Inc., in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Assigned Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Assigned Claim and recognizing the Buyer as the sole owner and holder of the Assigned Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Assigned Claim to Buyer.

032-1000/AGR/4991180.1

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated May 27, 2016.

**CREDIT SUISSE INTERNATIONAL**

By: _____ Barry Dixon
    Name:                            Authorized Signatory
    Title:

By: _____
    Name:                            Bik Kwan Chung
    Title:                           Authorized Signatory

**Oaktree Opportunities Fund VIII Delaware, L.P.**
By: Oaktree Fund GP, LLC
its: General Partner

By: Oaktree Fund GP I. L.P.
its: Managing Member

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:


**Oaktree Opportunities Fund VIII (Parallel 2), L.P.**
By: Oaktree Opportunities Fund VIII GP, L.P.
its: General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
its: General Partner

By: Oaktree Capital Management, L.P.
its: Director

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

NYC:339184.5
032-1000/AGR/4991180.1

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated May 27, 2016.

CREDIT SUISSE INTERNATIONAL

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

**Oaktree Opportunities Fund VIII Delaware, L.P.**
By: Oaktree Fund GP, LLC
its: General Partner

By: Oaktree Fund GP I, L.P.
its: Managing Member

By: _____[signature]_____
    Name: Kenneth Liang
    Title: Authorized Signatory

By: _____[signature]_____
    Name: Mahesh Balakrishnan
    Title: Authorized Signatory

**Oaktree Opportunities Fund VIII (Parallel 2), L.P.**
By: Oaktree Opportunities Fund VIII GP, L.P.
its: General Partner

By: Oaktree Opportunities Fund VIII GP Ltd.
its: General Partner

By: Oaktree Capital Management, L.P.
its: Director

By: _____[signature]_____
    Name: Kenneth Liang
    Title: Managing Director

By: _____[signature]_____
    Name: Mahesh Balakrishnan
    Title: Managing Director

**Oaktree Huntington Investment Fund, L.P.**
By: Oaktree Huntington Investment Fund GP, L.P.
its: General Partner

By: Oaktree Huntington Investment Fund GP Ltd.
its: Managing Member

By: Oaktree Capital Management, L.P
its: Director

By: _____
Name: Kenneth Liang
Title: Managing Director

By: _____
Name: Mahesh Balakrishnan
Title: Managing Director

**OCM Opportunities Fund VIIb Delaware, L.P.**
By: Oaktree Fund GP, LLC
its: General Partner

By: Oaktree Fund GP I, L.P.
its: Managing Member

By: _____
Name: Kenneth Liang
Title: Authorized Signatory

By: _____
Name: Mahesh Balakrishnan
Title: Authorized Signatory

NYC-339184.5
032-1000/AGR/4991180.1