| | |
|---|---|
| Franklin H. Top III (admitted *pro hac vice*)<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe Street<br>Chicago, Illinois  60603<br>Telephone: (312) 845-3000<br><br>*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts* | M. William Munno<br>Daniel E. Guzmán<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York  10004<br>Telephone: (212) 574-1587<br><br>*Counsel for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts* |
| John C. Weitnauer (admitted *pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia  30309<br>Telephone: (404) 881-7000<br><br>*Counsel for Wilmington Trust Company and Wilmington Trust, National Association, each solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* | Richard C. Pedone (admitted *pro hac vice*)<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York  10022<br>Telephone: (212) 940-3085<br><br>*Counsel for Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts* |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Scott A. Lewis, an attorney, hereby certify that on the 24th day of June 2016, I caused a true and correct copy of the Status Report of RMBS Trustees In Connection With The Order Establishing A Protocol To Resolve Claims Filed By RMBS Trustees On Behalf Of Certain Issuers of Residential Mortgage-Backed Securities**,** to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, postage-prepaid, on the parties shown below.

4012459.01.01.doc

The Chambers of the Honorable Shelley C. Chapman
Courtroom 623
One Bowling Green
New York, New York 10004-1408


Robert Lemons, Esq.
Ralph Miller, Esq.
Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Jacqueline Marcus, Esq.
Shai Y. Waisman, Esq.
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153


William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee for Region 2
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York  10014


Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
Attorneys for the Creditors' Committee
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005


                                        /s/  Scott A. Lewis
                                        Scott A. Lewis