UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                           )
In re                                   )    Case No. 08-13555 (SCC)
                                           )
Lehman Brothers Holdings Inc., et al.,   )    Chapter 11
                                           )
        Debtors.                  )    Jointly Administered
                                           )
------------------------------------------------------------x

**ORDER GRANTING DEBTORS' MOTION TO (A) DISALLOW
AND EXPUNGE CERTAIN RMBS CLAIMS AND (B) RELEASE
CERTAIN RELATED CLAIMS RESERVES**

Upon consideration of: (1) the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors") for entry of an order granting Debtors' Motion to (a) Disallow and Expunge Certain RMBS Claims and (b) Release Certain Related Claims Reserves (ECF 52640); the Declaration of Zachary Trumpp; (2) the RMBS Trustees' Objection to the Motion (ECF 52951); and (3) the Debtors' Reply in support of the Motion (ECF 52960); and it appearing that this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, Article XIV of the Plan and paragraph 77 of the order confirming the Plan; and it appearing that venue of these Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this proceeding on the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); and a hearing on the Motion having been held on June 9, 2016 (the "Hearing"); and the court having considered the letters submitted by the parties dated June 14 and 15 with respect to the form of order to be entered; and sufficient notice of the Motion having been given; and after due deliberation and sufficient cause appearing therefore, it is hereby:

    **ORDERED, ADJUDGED, AND DECREED THAT:**

    1.    The Motion is granted for the reasons set forth on the record of the Hearing.

---

[1]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2. The claims listed on Exhibit B annexed to the Motion are disallowed and expunged in their entirety.

3. The Debtors are authorized to reduce and release the amount of the RMBS Reserve that relates to claims against SASCO. Consistent with the *Order Pursuant to Section 8.4 of the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors and Sections 105(a), 502(c) and 1142(b) of the Bankruptcy Code Estimating the Amounts of Claims filed by Indenture Trustees on Behalf of Issuers of Residential Mortgage-Backed Securities for Purposes of Establishing Reserves* (the "Reserve Order") (ECF 25643), this shall consist of 5% of the Reserve ($250,000,000). This Order shall have no force or effect with respect to the remaining $4,750,000,000 in the RMBS Reserve.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of this Order.

5. All objections to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included therein, are overruled on the merits.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 27, 2016
      New York, New York

                                       /S/ Shelley C. Chapman
                                       THE HONORABLE SHELLEY C. CHAPMAN
                                       UNITED STATES BANKRUPTCY JUDGE