UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   Lehman Brothers Commodity Services Inc.      Case No. 08-13888 (SCC)
                                                      Court ID (Court Use Only) _____

NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule
3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee: <br> Deutsche Bank AG, London Branch | Name of Transferor: <br> SOLUS RECOVERY FUND II MASTER LP |
| Notices to Transferee should be sent to: <br><br> c/o Deutsche Bank Securities Inc. <br> 60 Wall Street <br> New York, New York 10005 <br> Attn:   Rich Vichaidith <br> Email:   richard.vichaidith@db.com | Court Record Address of the Transferor: <br> (Court use only) |
| Last Four Digits of Acct.#: <br> Name and Address where transferee payments should be sent (if different from above): <br><br> Transferred Claim Amount:  $5,887,773.82 | Last Four Digits of Acct.#: <br><br><br> *This is a partial transfer of claim* |
| Court Claim No.: <br> 28101 | |

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by
law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my
knowledge and belief.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
     Name:                                 Name:
     Title:                                 Title:

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571*

DB3 200971281 2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:        United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
           Attn: Clerk

AND TO:    Lehman Brothers Commodity Services Inc. (the "Debtor")
           Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 28101

**SOLUS RECOVERY FUND II MASTER LP** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:      Rich Vichaidith
Email:     richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28101, solely to the extent of $5,887,773.82, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of [Partial] Transfer of Claim by its duly authorized representative dated __June 23__, 2016.

**DEUTSCHE BANK AG, LONDON BRANCH**

By:                                             By:
   Name:                                           Name:
   Title:                                          Title:


**SOLUS RECOVERY FUND II MASTER LP**
**By: Solus Alternative Asset Management LP**
**Its Investment Advisor**


By:
   Name:
   Title:


DB3/200971281.2

EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
         Attn:  Clerk

AND TO:  Lehman Brothers Commodity Services Inc. (the "Debtor")
         Case No. 08-13555 (SCC) (Jointly Administered) (the "Case")

Proof of Claim Number 28101

**SOLUS RECOVERY FUND II MASTER LP** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, New York 10005
Attn:    Rich Vichaidith
Email:   richard.vichaidith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28101, solely to the extent of $5,887,773.82, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of [Partial] Transfer of Claim by its duly authorized representative dated __June 23__, 2016.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____          By: _____
    Name:                                Name:
    Title:                               Title:

**SOLUS RECOVERY FUND II MASTER LP**
**By: Solus Alternative Asset Management LP**
**Its Investment Advisor**

By: _____
    Name: Gordon J. Yeager
    Title: Executive Vice President

DB3/ 200971281.2