**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket Nos. 52830, 52937, |
| | : 52938, 52939, 52940, 52941, |
| | : 52942, 52943, 52944, 52945, |
| | 52946 |
| ------------------------------------------------------------------------- X | |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 22, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 22, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Konstantina Haidopoulos*
                                        Konstantina Haidopoulos

Sworn to before me this
26[4th] day of June, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000107763188 ***     LBH TRFNTC (MERGE2, TXNUM2) 4000127709



CASPIAN CAPITAL PARTNERS, L.P.
TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC
C/O CASPIAN CAPITAL
ATTN: SUSAN LANCASTER
767 FIFTH AVENUE, 45TH FL
NEW YORK, NY 10153

Please note that your claim # 10933-04 in the above referenced case and in the amount of $960,157.96 Unliquidated has been transferred (unless previously expunged by court order)

HSBC BANK PLC
TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P.
HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4
ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY
8 CANADA SQUARE
LONDON E14 5HQ
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER     52937     in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/22/2016                        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  June 22, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 757 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS, L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10053 |
| CASPIAN SC HOLDINGS, L.P. | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: CASPIAN CORPORATE LOAN FUND, LLC, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: PERRY PRINCIPALS, L.L.C., C/O GOLDMAN, SACHS & CO., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |
| HSBC BANK PLC | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., HSBC CREDIT SITUATIONS GROUP GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SC HOLDINGS, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SC HOLDINGS, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTEN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| HSBC BANK PLC | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, HSBC CREDIT SITUATIONS GROUP, GLOBAL BANKING AND MARKETS, LEVEL 4, ATTN: RYAN LAMPARTER, DERMOT MURPHY, AND ALVITA HEMINGWAY, 8 CANADA SQUARE, LONDON E14 5HQ UNITED KINGDOM |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: TAISHIN INTERNATIONAL BANK, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P., ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: MARINER LDC, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P., ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P., ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA CREDIT FUND, L.P., ATTN: SUSAN LANCASTER, C/O CAPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: MARINER LDC, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| TAISHIN INTERNATIONAL BANK | C/O MORRISON & FOERSTER LLP, KAREN OSTAD/DAVID KAUFMAN, 250 WEST 55TH STREET, NEW YORK, NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| TAISHIN INTERNATIONAL BANK | JAI ADELINE & LOOFEI HWANG, 12F., 118 REN-AL RD., SEC. 4, DA-AN DISTRICT, TAIPEI 106 TAIWAN |

**Total Creditor Count 45**