**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 52961
:
:
:
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 23, 2016, I caused to be served the "Notice of Defective Transfer," dated May 31, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
24th day of June, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

CREDIT SUISSE INTERNATIONAL
TRANSFEROR: BEDROK SECURITIES LLC
ATTN: ASHWINEE SAWH
ONE CABOT SQUARE
LONDON E14 4QJ
 UNITED KINGDOM

BAR(23) MAILID *** 000107922752 ***        LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1050



OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P.
C/O OAKTREE CAPITAL MANAGEMENT L.P.
ATTN: BILL SANTANGELO
333 SO. GRAND AVE., 28TH FLOOR
LOS ANGELES, CA 90071

**Your transfer of claim # 18848 is defective for the reason(s) checked below:**

Other claim estimated at $0 - eso

Docket Number   52961           Date:  05/31/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| OCM OPPORTUNITIES FUND VIIB DELAWARE, L.P. | C/O OAKTREE CAPITAL MANAGEMENT L.P., ATTN: BILL SANTANGELO, 333 SO. GRAND AVE., 28TH FLOOR, LOS ANGELES, CA 90071 |

**Total Creditor Count 2**