B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings Inc.                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Deutsche Bank AG, London Branch | Pulsar SPV LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
C/O Deutsche Bank Securities Inc
60 Wall Street, 3rd Floor, New York, NY 10005
Attn: Rich Aschauder, Richard.Aschauder@db.com

Phone: 212-250-5760
Last Four Digits of Acct #:

Court Claim # (if known): 28305
Amount of Claim: $490,000,000.00
Date Claim Filed: 09/22/09

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                Date: June 22, 2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
      Attn: Clerk

AND TO: Lehman Commercial Paper Inc. (the "Debtor")
        Case No. 08-13555 (JMP) (Jointly Administered) (the "Case")

Proof of Claim Number 28305

**PULSAR SPV LLC** and its successors and assigns ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**
c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, New York 10005
Attn: Rich Vichaidith
Email: richard.vichadith@db.com

and its successors and assigns ("Buyer"), all right, title and interest in and to Proof of Claim Number 28305, solely to the extent of $490,000,000.00, (the "Claim") against Debtor in the Case in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

*(The remainder of this page is left blank intentionally. The signatures follow on next page.)*

DOC ID - 24541285.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative as set forth below.

**PULSAR SPV LLC**
By: Magnetar Financial LLC, its manager

By: _____
Name: _____
Title: Zoë L. Allen
Date: Head of Operations     June 22, 2016

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name: _____
Title: _____
Date: _____


By: _____
Name: _____
Title: _____
Date: _____

DOC ID - 24541285.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative as set forth below.

**PULSAR SPV LLC**
By: Magnetar Financial LLC, its manager

By: _____
Name: _____
Title: _____
Date: _____

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____[signature]_____
Name: _____
Title: __**Alex Darbyshire**__
Date: __**Vice President**__  June 22, 2016

By: _____[signature]_____
Name: _____
Title: _____
Date: __**Simon Glennie**__  June 22, 2016
        **Director**

DOC ID - 24541285.2