UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
: 
In re : Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : 08-13555 (SCC)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------x

### ORDER PURSUANT TO SECTION 107(b) OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9018 AUTHORIZING (I) THE FILING OF DOCUMENTS UNDER SEAL AND (II) THE REDACTION OF CONFIDENTIAL COMMERCIAL INFORMATION

Upon the motion, dated June 28, 2016 (the "Motion"),[1] of the Plan Administrator pursuant to section 107(b) of the Bankruptcy Code and Bankruptcy Rule 9018, for entry of an order (i) granting the Plan Administrator the authority to (a) redact confidential commercial information in the Redacted Documents, and (b) file unredacted versions of the Redacted Documents under seal; and (ii) directing that the sealed and redacted information shall remain under seal and not be made available to anyone, except as specifically provided in this Order, without the consent of SRM and the Plan Administrator or further order of the Court, all as more fully described in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Plan Administrator is authorized to file unredacted copies of the Redacted Documents under seal and to redact portions of the Redacted Documents; and it is further

ORDERED that the unredacted copies of the Redacted Documents shall remain under seal and shall not be made available to anyone, other than as provided for in this Order, without the consent of SRM and the Plan Administrator or without further order of the Court; and it is further

ORDERED that the Clerk of the Court shall treat the unredacted copies of the Redacted Documents as confidential, and counsel for the Plan Administrator shall contact the Clerk's Office regarding the return or disposition of the Redacted Documents at the close of this case; and it is further

ORDERED that this Order is without prejudice to the rights of any party in interest or the Office of the United States Trustee to seek to make public any portion of the pleadings and/or documents filed under seal pursuant to this Order by filing an appropriate motion with the Court on proper notice to the Plan Administrator and SRM; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated:   June 29, 2016
         New York, New York

/s/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE