B 210A (Form 210A) (12/09)

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**                Case No. **08-013555 (SCC)**
                                                       **(jointly administered)**

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Banc of America Credit Products, Inc** | **TRC Master Fund LLC** |
|---|---|
| Name of Transferee | Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ryan Weddle / Ante Jakic
Telephone: (646) 855-7450
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): ____**see attached**____
Total Amount of Claim Transferred:
USD $ _see attached_____

Date Claim Filed: __9/21/2009__

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:__/s/Seth Denson_____        Date: _____6/30/16_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIMS

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **TRC Master Fund LLC** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **Banc of America Credit Products, Inc.** ("Purchaser") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claims (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against **Lehman Brothers Holdings Inc.** (the "Debtor"), the debtor-in-possession in Case No. 08-13555 (SCC) (jointly administered as *In re Lehman Brothers Holdings Inc., et al.*, Case No. 08-13555 (SCC)) under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 101 et, seq.) (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), to the extent set forth in the table below.

| LBHI Claim Number | Docket Number (relating to the predecessor transfer to Seller) | Claim Amount |
| --- | --- | --- |
| 20120 | 38345 | $6,000,000.00 |
| 20120 | 39066 | $2,000,000.00 |
| 20121 | 40724 | $9,924,382.04 |
| **Aggregate Transferred Amount:** | | **$17,924,382.04** |

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 29th day of June, 2016.

**TRC MASTER FUND LLC**

By: _____
Name: Terrel Ross
Title: Managing Member

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name: 
Title: 

119985272v4