**COLE SCHOTZ P.C.**                                    Hearing Date: July 12, 2016 at 10:00 a.m. (ET)
1325 Avenue of the Americas, 19th Floor
New York, NY 10022
Telephone (212) 752-8000
Facsimile (212) 752-8393
Michael D. Warner, Esq.
Ilana Volkov, Esq.
Adam J. Sklar, Esq.
Mark Tsukerman, Esq.

*Attorneys for Creditor Highland CDO Opportunity*
*Master Fund, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | : **Chapter 11** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : **Case No. 08-13555 (SCC)** |
| | : |
| **Debtors.** | : **(Jointly Administered)** |
| | : |

**AFFIDAVIT OF SERVICE**

STATE OF NEW JERSEY    )
                       ) ss:
COUNTY OF BERGEN       )

Frances Pisano, being duly sworn, deposes and says:

I am over the age of 18, am not a party to this action, and am employed by the law firm

of Cole Schotz P.C. located at Court Plaza North, 25 Main Street, Hackensack, New Jersey

07602.

On the 28th day of June, 2016, my office caused to be served a copy of *Highland CDO*

*Opportunity Master Fund, L.P.'s Response to Plan Administrator's Objection to Proof of Claim*

*Number 16838* [Docket No. 53199] *via federal express* to the Honorable Shelley C. Chapman,

United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

Courtroom 621, New York, New York 10004.

All parties receiving electronic notification of filing via the Court's CM/ECF system

received notice of the above-referenced pleading *via electronic service* on June 28, 2016.

Additionally, on June 28, 2016, my office caused to be served a copy of the above-

referenced pleading *via e-mail and federal express* on the following parties:

Office of the United States Trustee for Region 2
Attn: William K. Harrington, Esq.
Susan Golden, Esq. and
Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Weil, Gotshal & Manges, LLP
Attn: Garrett A. Fail, Esq.
And Kate Doorley, Esq.
767 Fifth Avenue
New York, NY 10153

FRANCES PISANO

Sworn and subscribed to before me
this 30th day of June, 2016.

KATHLEEN RYAN SERMABEKIAN
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES JAN. 21, 2021

2

76332/0044-13313629v1