B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,   Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Finlandia Group Plc | Kuusela Markku |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  Finlandia Group
FI ETELARANTA 20
00100 Helsinki, Finlandia
Attention: Jarkko Sistonen

Phone: 358 50 383 4713
Last Four Digits of Acct #: _____

Court Claim # (if known): 63993
Amount of Claim: $567,642.31
Date Claim Filed: 11/02/2009

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Jarkko Sistonen / Finlandia Group Plc          Date: 29 June 2016
    Transferee/Transferee's Agent

JARKKO SISTONEN / Finlandia Group Plc

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.