B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Finlandia Group Plc                                             Hämäläinen Petri
Name of Transferee                                              Name of Transferor

Name and Address where notices to transferee                    Court Claim # (if known): 63886
should be sent: Finlandia Group                                 Amount of Claim: $425,731.73
FI ETELARANTA 20                                                Date Claim Filed: 11/02/2009
00100 Helsinki, Finlandia
Attention: Jarkko Sistonen

Phone: 358 50 383 4713                                          Phone:
Last Four Digits of Acct #:                                     Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                                               Date: 29 June 2016
Transferee/Transferee's Agent

JARKKO SISTONEN /Finlandia Group Plc

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.