WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin

*Attorneys for Debtors Lehman Brothers Holdings Inc.
and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
                                                             )
In re                                                        ) Chapter 11 Case No.
                                                             )
Lehman Brothers Holdings Inc., et al.,                       ) 08-13555 (SCC)
                                                             )
    Debtors.                                                 ) Jointly Administered
                                                             )
                                                             )
------------------------------------------------------------ x

**NOTICE OF WITHDRAWAL OF MOTION**

    **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator") and Structured Assets Securities Corporation ("SASCO") (together, "Lehman," and collectively with their affiliated debtors in the above-captioned cases, the "Debtors"), hereby respectfully withdraws, without prejudice:  Debtors' Motion to (a) Disallow and Expunge Certain Claims Filed by Citibank, N.A. and Wells Fargo, N.A. and (b) Reduce Related Claims Reserves (ECF 53213) and Declaration of Paul V. Shalhoub in Support of Debtors' Motion to (a)

Disallow and Expunge Certain Claims Filed by Citibank, N.A. and Wells Fargo, N.A. and (b)

Reduce Related Claims Reserve (ECF 53214).

Dated: June 30, 2016
New York, New York

Respectfully Submitted,

By: /s/ Todd G. Cosenza
Todd G. Cosenza
Paul V. Shalhoub
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

Michael A. Rollin
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468

*Attorneys for Debtors Lehman Brothers Holdings Inc. and Certain of its Affiliates*