FENSTERSTOCK & PARTNERS LLP
100 Broadway, 8th Floor
New York, New York 10005
Telephone: (212) 785-4100
Facsimile: (212) 785-4040
Blair C. Fensterstock

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
In re:                                                  :   Chapter 11
                                                        :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                :   Case No. 08-13555 (SCC)
                                                        :
                        Debtors.                        :
------------------------------------------------------- x
                                                        :
LEHMAN BROTHERS HOLDINGS INC.,                          :
                        Plaintiff,                      :   Adversary Proceeding
                                                        :   No. 16-01019 (SCC)
        -against-                                       :
                                                        :   Ref. Docket No. 223
1ST ADVANTAGE MORTGAGE, LLC, *et al.*,                  :
                                                        :
                        Defendants.                     :
------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF NEW YORK )

ELIZABETH LEVIN, being duly sworn, deposes and says:

1. I am an employee at the law firm Fensterstock & Partners LLP, located at 100 Broadway, 8th Floor, New York, NY 10005. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 1, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 30, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to

Judge Chapman dated June 8, 2016, by causing true and correct copies to be enclosed securely in an envelope and delivered via hand messenger to:

>THE HONORABLE SHELLEY C. CHAPMAN
>United States Bankruptcy Court
>Southern District of New York
>One Bowling Green
>Courtroom 623
>New York, New York 10004-1408

3. On July 1, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 30, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to Judge Chapman dated June 8, 2016, by causing true and correct copies to be enclosed securely in an envelope and delivered via standard first class mail to those parties listed on the annexed <u>Exhibit A</u>.

4. On July 1, 2016, I caused to be served a letter from Gifford Price to Judge Chapman dated June 30, 2016 responding to Lehman Brothers Holdings Inc.'s ("LBHI") letter to Judge Chapman dated June 8, 2016, by causing true and correct copies to be delivered to all attorneys of record registered to receive electronic mail filing notices in this adversary proceeding via this Court's ECF filing system.

_____
Elizabeth Levin

Sworn to before me this 1st
Day of July 2016

_____
Notary Public

Glen A. Kendall, Esq.
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02KE6276630
Qualified in Kings County
Commission Expires Feb. 19, 2017

# EXHIBIT A

WOLLMUTH MAHER & DEUTSCH LLP
    Attn:   William A. Maher
              Paul R. DeFilippo
              William F. Dahill
              Vincent T. Chang
              Adam M. Bialek
500 Fifth Avenue
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
*Counsel for Plaintiff Lehman Brothers Special Financing Inc.*


ROLLIN BRASWELL FISHER, INC.
    Attn:   Michael A. Rollin, Esq.
    8350 E. Crescent Parkway, Suite 100
    Greenwich Village, Colorado  80111


OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 2
    Attn:   William K. Harrington, Esq.
              Susan Golden, Esq.
              Andrea B. Schwartz, Esq.
U.S. Federal Office Building
201 Varick Street, Suite 10006
New York, New York 10014