Presentment Date and Time: **July 11, 2016 at 12:00 noon (Prevailing Eastern Time)**
Objection Deadline: **July 11, 2016 at 11:30 a.m. (Prevailing Eastern Time)**

JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306
Jayant W. Tambe
Laura W. Sawyer
Ryan J. Andreoli

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re:                                                              :   Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :   Case No. 08-13555 (SCC)
:
Debtors.                 :   (Jointly Administered)
:
---------------------------------------------------------------x

# NOTICE OF PRESENTMENT OF THIRD CLAIMS LITIGATION SCHEDULE FOR THE OBJECTION OF DEBTORS AND DEBTORS IN POSSESSION TO CLAIMS OF QVT FUND LP AND QUINTESSENCE FUND L.P.

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Third Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to Claims of QVT Fund LP and Quintessence Fund L.P. (the "Claims Litigation Schedule") to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **July 11, 2016 at 12:00 noon (Prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed Scheduling Order, with proof of service, is served and filed with the Clerk of the Court and a courtesy copy is delivered to (i) the Bankruptcy Judge's chambers and (ii) the undersigned, so as to be received by **July 11, 2016 at 11:30 a.m. (Prevailing Eastern Time)**, the Scheduling Order may be signed.

Dated: July 1, 2016  
New York, New York

Respectfully submitted,

 */s/ Laura Washington Sawyer*  
Jayant W. Tambe  
Laura W. Sawyer  
Ryan J. Andreoli  
JONES DAY  
250 Vesey Street  
New York, New York 10281  
Telephone: (212) 326-3939  
Facsimile: (212) 755-7306

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re:                                                  :    Chapter 11
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,  :    Case No. 08-13555 (SCC)
:
        Debtors.                                   :    (Jointly Administered)
------------------------------------------------------------x

## THIRD STIPULATED CLAIMS LITIGATION SCHEDULE

WHEREAS, on February 11, 2015, the Court so-ordered the Parties' stipulated Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to the Claims of QVT Fund LP and Quintessence Fund L.P. [Docket No. 48190];

WHEREAS, on October 19, 2015, the Court so-ordered the Parties' stipulated Revised Second Stipulated Claims Litigation Schedule [Docket No. 51209] (the "Claims Litigation Schedule");

WHEREAS, the Court held conferences on April 8, 2016 and April 29, 2016; and

WHEREAS, the Parties have met and conferred and agreed to extend various deadlines in the Claims Litigation Schedule,

NOW, THEREFORE, the Parties hereby stipulate and agree to modify the Claims Litigation Schedule as follows:

1. All fact discovery shall be completed by July 29, 2016.
2. The Parties' document productions shall be completed on or before June 22, 2016.
3. Final privilege logs shall be served on or before June 27, 2016.
4. Depositions of fact witnesses must be completed no later than July 29, 2016.

5.  Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) and requests for admissions will be served on or before August 10, 2016.

6.  QVT Fund LP and Quintessence Fund L.P. (collectively, "QVT") shall disclose the identities of any of its testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on August 15, 2016.

7.  Depositions of experts disclosed pursuant to paragraph 6 must be completed no later than September 12, 2016.

8.  Debtors shall disclose the identities of any of their testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on October 3, 2016.

9.  Depositions of experts disclosed pursuant to paragraph 8 must be completed no later than October 31, 2016.

10. The parties shall serve any rebuttal expert reports on November 21, 2016.

11. Depositions of experts disclosed pursuant to paragraph 10 must be completed no later than December 23, 2016.

12. As required by applicable rules, if a party wishes to file a dispositive motion, that party shall request a pre-motion conference with respect to such motion on or before January 4, 2017.

13. The Claims Hearing regarding the Claims of QVT shall commence on January 18, 2017.

Dated: July 1, 2016
New York, New York

*/s/Laura Washington Sawyer*
Jayant W. Tambe
Laura Washington Sawyer
Ryan J. Andreoli

JONES DAY
250 Vesey Street
New York, New York 10281
Telephone:    (212) 326-3939
Facsimile:    (212) 755-7306

jwtambe@jonesday.com
lwsawyer@jonesday.com
randreoli@jonesday.com

*Attorneys for Debtors and Debtors in Possession*

Dated: July 1, 2016
New York, New York

*/s/ Benjamin J.O. Lewis*
Dennis H. Tracey, III
Robin E. Keller
Benjamin J.O. Lewis
John D. Beck

HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone:    (212) 918-3000
Facsimile:    (212) 918-3100

dennis.tracey@hoganlovells.com
robin.keller@hoganlovells.com
ben.lewis@hoganlovells.com
john.beck@hoganlovells.com

*Attorneys for QVT Fund LP and Quintessence Fund L.P.*

Dated: July ___, 2016          SO ORDERED
New York, New York

_____
UNITED STATES BANKRUPTCY JUDGE

-4-