WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
James N. Lawlor
Adam M. Bialek
Fletcher W. Strong
*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――x

In re:                                                                  :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :

Debtors.                                                       :

―――――――――――――――――――――――――――x

Chapter 11

Case No. 08-13555 (SCC)

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTORS'
SECOND MOTION IN AID OF ALTERNATIVE DISPUTE RESOLUTION
PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF
THE DEBTORS AGAINST MORTGAGE LOAN SELLERS**

**PLEASE TAKE NOTICE** that the hearing on the Debtors' Second Motion in Aid of

Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors

Against Mortgage Loan Sellers [**ECF No. 52574**] (the "Motion") and any objections to the

Motion, which is currently scheduled for July 12, 2016 at 10:00 a.m. (E.S.T.), **has been**

**adjourned to August 16, 2016 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be

heard (the "Hearing"). The Hearing will be held before the Honorable Shelley C. Chapman,

United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom

623, and such Hearing may be further adjourned from time to time without further notice other

than an announcement of the Hearing.

[**SIGNATURE PAGE FOLLOWS**]

Dated: New York, New York
July 5, 2016

                                      */s/Adam M. Bialek*
                                      James N. Lawlor
                                      Adam M. Bialek
                                      Fletcher W. Strong

                                      Wollmuth Maher & Deutsch LLP
                                      500 Fifth Avenue
                                      New York, New York 10110
                                      Telephone: (212) 382-3300
                                      Facsimile:  (212) 382-0050

                                      *Attorneys for Lehman Brothers Holdings Inc.*