# Exhibit 2



## Fitch Rates Lehman Brothers International (Europe) 'A+/F1+'

Fitch Ratings-Chicago-13 November 2006: Fitch Ratings assigns Lehman Brothers International (Europe) (LBIE) a long-term Issuer Default Rating of 'A+' and a short-term issuer rating of 'F1+'. The Rating Outlook is Positive. LBIE is a guaranteed, indirect wholly owned subsidiary of Lehman Brothers Holdings Inc. (LBHI). The ratings assigned to LBIE mirror the ratings of its ultimate parent and guarantor, LBHI.

LBIE is a UK registered broker-dealer regulated by the Financial Services Authority (FSA).

Fitch assigns the following ratings:

Lehman Brothers International (Europe)
--Long-Term Issuer Default Rating (IDR) at 'A+';
--Short-Term Issuer rating at 'F1+'.

The Rating Outlook is Positive.

Contact: Eileen Fahey, CFA +1-312-368-5468, Chicago; or Daniel Barile +1-212-908-0885, New York.

Media Relations: Kenneth Reed, New York, Tel: +1 212-908-0540.

Fitch's rating definitions and the terms of use of such ratings are available on the agency's public site, 'www.fitchratings.com'. Published ratings, criteria and methodologies are available from this site, at all times. Fitch's code of conduct, confidentiality, conflicts of interest, affiliate firewall, compliance and other relevant policies and procedures are also available from the 'Code of Conduct' section of this site.

**Endorsement Policy** - Fitch's approach to ratings endorsement so that ratings produced outside the EU may be used by regulated entities within the EU for regulatory purposes, pursuant to the terms of the EU Regulation with respect to credit rating agencies, can be found on the EU Regulatory Disclosures (https://www.fitchratings.com/regulatory) page. The endorsement status of all International ratings is provided within the entity summary page for each rated entity and in the transaction detail pages for all structured finance transactions on the Fitch website. These disclosures are updated on a daily basis.