# Exhibit 6



LEHMAN BROTHERS HOLDINGS INC., et al.
Supplemental Questionnaire

**SRM** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

GUARANTEE CLAIM QUESTIONNAIRE

Your online claim form submission is complete. Please print a copy of your online claim to keep for your records.

PRINT CONFIRMATION

©Epiq Systems, Inc

Page 1 of 2

## CLAIM FORM FILING CONFIRMATION

**Your claim form was successfully filed on 10/22/2009 at 1:55 PM Central. Please print this page as proof of your filing.**

**SRM Global Master Fund Limited Partnership**
**M&C Corporate Services Ltd.**
**PO Box 309 KY-1104**
**Ugland House, South Church Street**
**Georgetown, Grand Cayman Cayman Islands**
**Attention: Peter Huber**
**, CAYMAN ISLANDS**

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |

If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

| **Documents** |
|---|
| SRM Global Master Fund Limited Partnership 2.pdf |

| | |
|---|---|
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | For a detailed description of the claim against the obligor please see the Attachment to Proof of Claim of SRM Global Master Fund Limited Partnership attached hereto. |

| **Documents** |
|---|
| SRM Global Master Fund Limited Partnership 2.pdf |

List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount.

| **Documents** |
|---|
| CMNA.pdf |
| MIFCA.pdf |
| Prime Brokerage Agreement.pdf |
| All Lehman positions.xls |
| Notice regarding PBA assets.pdf |
| 08_0915 Notice to Lehman Limiting Rehypothecation under PBA.pdf |

| | |
|---|---|
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | Prime Brokerage Agreement; Cross Margining and Netting Agreement; Master Institutional Futures Customer Agreement and notices in connection therewith. |

| **Documents** |
|---|
| CMNA.pdf |
| MIFCA.pdf |
| Prime Brokerage Agreement.pdf |
| All Lehman positions.xls |
| Notice regarding PBA assets.pdf |
| 08_0915 Notice to Lehman Limiting Rehypothecation under PBA.pdf |

| | |
|---|---|
| Amount of claim against Obligor | $255,395,844.52 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |

Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire.

**Documents**
LBHI_board_resolution_dated_9june_2005.pdf

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Guarantee of Lehman Brothers International (Europe) obligations. |

**Documents**
LBHI_board_resolution_dated_9june_2005.pdf

| | |
|---|---|
| Amount of claim against the Guarantor | $255,395,844.52 |



LEHMAN BROTHERS HOLDINGS INC., et al
Supplemental Questionnaire

**SRM** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

DERIVATIVE CLASS COMPLETION    Your online claim form submission is complete. Please print a copy of your
online claim to keep for your records.

PRINT CONFIRMATION

©Epiq Systems, Inc.

## CLAIM FORM FILING CONFIRMATION

**Your claim form was successfully filed on 10/22/2009 at 1:56 PM Central. Please print this page as proof of your filing.**

**SRM Global Master Fund Limited Partnership**
**M&C Corporate Services Ltd.**
**PO Box 309 KY-1104**
**Ugland House, South Church Street**
**Georgetown, Grand Cayman Cayman Islands**
**Attention: Peter Huber**
**, CAYMAN ISLANDS**

| | |
|---|---|
| Name of Debtor | Lehman Brothers International (Europe) |
| Please identify the counterparties, guarantor and/or credit support provider to the derivative contract. | Lehman Brothers International (Europe) and SRM Global Master Fund Limited Partnership are counterparties; Lehman Brothers Holdings Inc. is guarantor. |
| Have you entered into a termination agreement with the Debtors establishing the agreed upon amounts due in respect of derivative contracts? | Selected: No |
| Have the derivative contracts matured or been terminated? | Selected: Yes |

| Item | Amount due to Debtor | Amount due from Debtor |
|---|---|---|
| Transaction Valuations | $0.00 | $30,281,590.00 |
| Unpaid Amounts | $0.00 | $0.00 |
| Collateral | $0.00 | $19,108,333.00 |
| Interest | $0.00 | $0.00 |
| Other costs | $0.00 | $254,155.48 |
| **DERIVATIVE CLAIM AMOUNT** | | $49,644,078.48 |

Provide the derivative claim amount by supplying each line item included in the calculation thereof.

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

**Documents**
Doc 1.pdf
SRM Guarantee.pdf

Documentation of Transactions: Please provide copies of all master agreements and schedules thereto, netting agreements, credit support agreements, guarantees and other agreements (other than confirmations) evidencing the transactions, in each case that relate to the claim.

SRM asserts a right of setoff with respect to a portion of this claim. To the extent such setoff right is not challenged in the LBIE proceeding or otherwise is permitted in the LBIE proceeding, this amount shall be reduced by the amount setoff. Please see the proof of claim and attachment for further detail.

**Documents**
Doc 1.pdf
SRM Guarantee.pdf

Termination Notice: Please provide a copy of the

termination notice, including evidence supporting
delivery date of the termination notice.

**Documents**
Termination Statement.pdf

Valuation Statement: Please provide a copy of the
valuation statement. Please identify any collateral that
has been posted by any party in connection with the
transactions and any claims of set-off against other
transactions reflected in the claim.

**Documents**
Supplemental Valuation Statement.pdf
valnotice2.pdf

Valuation Statement: Please provide a copy of the
valuation statement. Please identify any collateral that
has been posted by any party in connection with the
transactions and any claims of set-off against other
transactions reflected in the claim.

SRM asserts a right of setoff with respect to a portion of this
claim. To the extent such setoff right is not challenged in the
LBIE proceeding or otherwise is permitted in the LBIE
proceeding, this amount shall be reduced by the amount
setoff. Collateral has also been posted in the amount of
$19,108,333 as further described below. Please see the
valuation statement and the proof of claim and attachment for
further detail.

**Documents**
Supplemental Valuation Statement.pdf
valnotice2.pdf

Individual Trade Level Detail: Please provide with
respect to each transaction (i) the valuation date (to the
extent not included in your valuation statement) and
value and (ii) details for the purpose of identifying and
reconciling each transaction (e.g. including, as
applicable, trade id, electronic trade reference id, trade
type, product, trade date, reference obligation or
reference entity, factor and original contract notional
amount, quantity/unit of measure, currency, price or
strike price, buy/sell, call or put, cap or floor, effective
date, and maturity date. (For the avoidance of doubt, you
are not required to submit each and every one of the
foregoing)). Please provide this information in Microsoft
Excel format.

**Documents**
Lehman ISDA positions by trade.xls

ISDA Master Agreements Specifying Market Quotation
Methodology: If not already provided in the valuation
statement, provide the date and identity of and
quotations received from Reference Market-makers or
other persons (i.e. name of institution) concerning the
transactions.

Selected: No

ISDA Master Agreements Specifying Loss Methodology:
To the extent applicable, if not already provided in the
valuation statement, provide the date and identity of and
quotations received from Reference Market-makers or
other persons (i.e. name of institution) concerning the
transactions.

Selected: Yes

ISDA Master Agreements Specifying Close-Out Amount Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

ISDA Master Agreements Specifying Any Other Methodology: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Non-ISDA Master Agreements: To the extent applicable, if not already provided in the valuation statement, provide the date and identity of and quotations received from Reference Market-makers or other persons (i.e. name of institution) concerning the transactions.

Selected: No

Replacement Transactions: If you replaced a terminated transaction with a transaction with the same economic terms as the terminated transaction, provide documentation evidencing such replacement transaction and the quotation(s) used, including specifying any cash (or other consideration) paid or received by or to any person to replace the transactions, the name of each entity that effectuated a replacement and when any such transactions were effected.

Selected: No

Collateral: Please provide CUSIP/ISIN for collateral listed, if applicable, or other information that reasonably identifies collateral reflected in the claim calculation and the valuation of such collateral. Please provide this information in Microsoft Excel format.

**Documents**
Collateral.xls

If claim includes other costs, please include a schedule that lists each such cost by vendor and indicates the service provided and amount paid.

**Documents**
SRM Costs.doc

LEHMAN BROTHERS HOLDINGS INC., et al.
Supplemental Questionnaire

**SRM** | signout

NEW CLAIM / CLAIM TRACKING / CREDITOR INFO / CONTACT

GUARANTEE CLAIM COMPLETE    Your online claim form submission is complete. Please print a copy of your
online claim to keep for your records.

PRINT CONFIRMATION

©Epiq Systems, Inc.

## CLAIM FORM FILING CONFIRMATION

**Your claim form was successfully filed on 10/22/2009 at 1:56 PM Central. Please print this page as proof of your filing.**

**SRM Global Master Fund Limited Partnership**
**M&C Corporate Services Ltd.**
**PO Box 309 KY-1104**
**Ugland House, South Church Street**
**Georgetown, Grand Cayman Cayman Islands**
**Attention: Peter Huber**
**, CAYMAN ISLANDS**

| | |
|---|---|
| Name of Debtor, or other entity, against which you have a direct claim (the "Obligor") | Lehman Brothers International (Europe) |
| If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding (and is not a Debtor in these chapter 11 cases), please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed. | Derivative Contract between SRM Global Master Fund Limited Partnership and Lehman Brothers International (Europe). Please see Derivative Questionnaire for further detail. |
| List the agreement(s) under which your claim arises against the Obligor and, unless you have uploaded information in compliance with question 4a of the Derivative Questionnaire, provide documentation evidencing your claim and supporting the calculation of the claim amount. | ISDA Master Agreement, Schedule and Credit Support Annex. |
| Amount of claim against Obligor | $49,644,078.48 |
| Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"): | Lehman Brothers Holdings Inc. (08-13555) |
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | |

**Documents**
SRM Guarantee.pdf

| | |
|---|---|
| Please upload the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed. If you do not have possession of such document, please upload a written explanation of such guarantee in reasonable detail. You do not need to comply with this question if you have uploaded information in compliance with question 4a of the Derivative Questionnaire. | Guarantee of Derivative Contract. |

**Documents**
SRM Guarantee.pdf

| | |
|---|---|
| Amount of claim against the Guarantor | $49,644,078.48 |