# Ex-JW1

> SRM Global Fund General Partner Limited
> in its capacity as general partner of
> SRM Global Master Fund Limited Partnership
> M&C Corporate Services Ltd, PO Box 309651
> Ugland House, South Church Street
> George Town, Grand Cayman
> Cayman Islands
> Tel: +377 9797 7933   Fax: +377 9797 7931

15 September 2008

<u>By E-MAIL and FAX (0207 067 8345)</u>

Lehman Brothers International (Europe)
25 Bank Street,
Canary Wharf
London E14 5LE

<u>Kind Attention</u>: Capital Markets Prime Services Legal
<u>Copy to</u>: Dominic Rieb-Smith

Re: Notices under clauses 11.6 and 11.2 of the
International Prime Brokerage Agreement

Dear Sir/ Madam,

We write to you in connection with the International Prime Brokerage Agreement ("**PB Agreement**") between Lehman Brothers International (Europe) ("**Lehman**") and SRM Global Master Fund Limited Partnership ("**SRM**").

Further to clause 11.6 of the PB Agreement, we are writing to notify you that all of SRM's assets and property deposited or placed with Lehman pursuant to the PB Agreement or under any related or ancillary agreement (including any '*Charged Assets*' as defined in the PB Agreement and any securities, cash and other properties provided for custody or by way of margin or collateral) should be treated as "*Ineligible Positions*" and maintained in a segregated account as provided for in such clause 11.6, and may not be rehypothecated, borrowed, lent, charged or otherwise used for Lehman's own purposes or the purposes of its general creditors, administrator or liquidator.

In addition, in accordance with clause 11.2 of the PB Agreement, we require that any of SRM's assets and property deposited or placed with Lehman pursuant to the PB Agreement or under any related or ancillary agreement (including any '*Charged Assets*' as defined in the PB Agreement and any securities, cash and other properties provided for custody or by way of margin or collateral) that have been previously rehypothecated, borrowed, lent, charged or otherwise used for Lehman's own purposes, are redelivered (or equivalent securities are delivered) to the '*Securities Account*' maintained for SRM under the PB Agreement and treated as *Ineligible Positions* further to clause 11.6 of the PB Agreement.

Yours sincerely,

*[signatures]*

SRM Global Master Fund Limited Partnership
acting through its general partner,
SRM Global Fund General Partner Limited

**CONFIDENTIAL**

SRM000772

```
**********************
***   TX REPORT    ***
**********************

TRANSMISSION OK

TX/RX NO              1183
RECIPIENT ADDRESS     000442070678345
DESTINATION ID
ST. TIME              15/09 14:58
TIME USE              00'21
PAGES SENT            1
RESULT                OK
```

SRM Global Fund General Partner Limited<br>
in its capacity as general partner of<br>
SRM Global Master Fund Limited Partnership<br>
M&C Corporate Services Ltd, PO Box 309651<br>
Ugland House, South Church Street<br>
George Town, Grand Cayman<br>
Cayman Islands<br>
Tel: +377 9797 7933   Fax: +377 9797 7931

15 September 2008

By E-MAIL and FAX (0207 067 8345)

Lehman Brothers International (Europe)
25 Bank Street,
Canary Wharf
London E14 5LE

Kind Attention: Capital Markets Prime Services Legal
Copy to: Dominic Rieb-Smith

Re: Notices under clauses 11.6 and 11.2 of the<br>
International Prime Brokerage Agreement

Dear Sir/ Madam,

We write to you in connection with the International Prime Brokerage Agreement ("PB Agreement") between Lehman Brothers International (Europe) ("Lehman") and SRM Global Master Fund Limited Partnership ("SRM").

Further to clause 11.6 of the PB Agreement, we are writing to notify you that all of SRM's assets and property deposited or placed with Lehman pursuant to the PB Agreement or under any related or ancillary agreement (including any '*Charged Assets*' as defined in the PB Agreement and any securities, cash and other properties provided for custody or by way of margin or collateral) should be treated as "*Ineligible Positions*" and maintained in a segregated account as provided for in such clause 11.6, and may not be rehypothecated, borrowed, lent, charged or otherwise used for Lehman's own purposes or the purposes of its general creditors, administrator or liquidator.

In addition, in accordance with clause 11.2 of the PB Agreement, we require that any of SRM's assets and property deposited or placed with Lehman pursuant to the PB Agreement or under any related or ancillary agreement (including any '*Charged Assets*' as defined in the PB Agreement and any securities, cash and other properties provided for custody or by way of margin or collateral) that have been previously rehypothecated, borrowed, lent, charged or otherwise used for Lehman's own purposes, are redelivered (or equivalent securities are delivered) to the '*Securities Account*' maintained for SRM under the PB Agreement and treated as *Ineligible Positions* further to clause 11.6 of the PB Agreement.

Yours sincerely,

CONFIDENTIAL                                                                                               SRM000773