# Ex-JW6

SRM Global Master Fund Limited Partnership
PO Box 309GT
Ugland House
South Church Street
George Town, Grand Cayman
Cayman Islands

6 November 2008

**Second Letter**
**BY FAX AND BY HAND**

Lehman Brothers International (Europe) (in administration)
25 Bank Street
London
E14 5LE

| | |
|---|---|
| For the attention of: | The Joint Administrators; and |
| | Gunner Burkhart |
| Fax No. | 0207 067 9390 |

cc:

**BY FAX AND BY EMAIL**

Linklaters LLP
One Silk Street
London EC2Y 8HQ

| | |
|---|---|
| For the attention of: | Mark Middleton |
| | Nick Porter |
| | Rory Conway |
| Fax No. | 020 7456 2222 |
| Email address: | mark.middleton@linklaters.com |
| | nick.porter@linklaters.com |
| | rory.conway@linklaters.com |

Dear Sirs

CONFIDENTIAL    SRM000894

### Termination Notice under the International Prime Brokerage Agreement

We write in connection with the International Prime Brokerage Agreement dated 9 May 2008 between Lehman Brothers International (Europe) ("Lehman") and SRM Global Master Fund Limited Partnership ("SRM") (the "PB Agreement").

We refer to Clause 13.1 of the PB Agreement and our first letter and Default Notice of today and we hereby give notice to terminate the PB Agreement with effect from 6 November 2008 (being the time of the Event of Default referred to in that first letter and Default Notice).

This letter and Termination Notice is without prejudice to the validity of the exercise of our right to set off under Part 5(e) of the Schedule to the ISDA Master Agreement dated as of 12 May 2008 between Lehman and SRM as described in one of our letters to you of 26 September 2008 and without prejudice to our rights and obligations generally, which are hereby reserved in their entirety.

Yours faithfully

By: _[signature]_  _[signature]_

Name: IAN BARCLAY    PHILIP PRICE

Title: AUTHORISED SIGNATORIES

Date: 6 November 2008

CONFIDENTIAL    SRM000895