WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------ x | | |
| In re | : | Chapter 11 Case No. |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| ------------------------------------------------------------ x | | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN**
**ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 28176**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 28176 [ECF No. 52366], which was scheduled for July 12, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **August 16, 2016 at 10:00 a.m. (Eastern Time)**.

Dated:   July 6, 2016
         New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates