WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- x
In re                                                              :    Chapter 11 Case No.
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                       :    08-13555 (SCC)
                                                                   :
                    Debtors.                                       :    (Jointly Administered)
                                                                   :
------------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED TWELFTH
OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [ECF No. 51450], which was scheduled for July 12, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **September 20, 2016 at 10:00 a.m. (Eastern Time)**, solely with respect to the claims or portions of claims held by the parties listed on Exhibit A annexed hereto.

Dated:    July 6, 2016
          New York, New York

                                        /s/ Garrett A. Fail
                                        Garrett A. Fail
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, New York 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Lehman Brothers Holdings Inc.
                                        and Certain of Its Affiliates

WEIL:\95563809\2\58399.0011

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| Lehman Brothers Bankhaus AG I Ins. | 27822 |
| Lehman Brothers Bankhaus AG I Ins. | 27873 |

WEIL:\95563809\2\58399.0011