**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Ref. Docket Nos. 52237, 52917, |
|  | : 52930, 52931, 52932, 52933, |
|  | : 52964, 52974, 52975, 52999, |
|  | : 53001, 53002, 53003, 53016, |
|  | : 53018, 53019, 53020, 53021, |
|  | : 53022, 53043, 53044 |
| ------------------------------------------------------------------------- X | |

<b><u>AFFIDAVIT OF SERVICE</u></b>

STATE OF NEW YORK    )
                                            ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On June 28, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated June 28, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<i>/s/ Konstantina Haidopoulos</i><br>
Konstantina Haidopoulos

Sworn to before me this
28th day of June, 2016
*/s/ Elli Krempa*
_____
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000108057853 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 25760



BANK LEUMI LE-ISRAEL B.M.
DAVIS POLK & WARDWELL LLP
ATT: BENJAMIN S. KAMINETZKY
450 LEXINGTON AVENUE
NEW YORK, NY 10017

BANK LEUMI LE-ISRAEL B.M.
ATT: PROF. DANEL TSIDDON
35 YEHUDA HALEVI STREET
TEL AVIV 65136
ISRAEL

Please note that your claim # 68115-01 in the above referenced case and in the amount of $19,947,373.27 allowed at $6,500,000.00 has been transferred (unless previously expunged by court order)

SHAHMOON, ELISHA
TRANSFEROR: BANK LEUMI LE-ISRAEL B.M.
26 OFAKIM STREET
TEL AVIV 6969764
ISRAEL

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53043    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  06/28/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on June 28, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BANK LEUMI LE-ISRAEL B.M. | ATT: PROF. DANEL TSIDDON, 35 YEHUDA HALEVI STREET, TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | DAVIS POLK & WARDWELL LLP, ATT: BENJAMIN S. KAMINETZKY, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| BANK LEUMI LE-ISRAEL B.M. | ATT: PROF. DANEL TSIDDON, 35 YEHUDA HALEVI STREET, TEL AVIV 65136 ISRAEL |
| BANK LEUMI LE-ISRAEL B.M. | DAVIS POLK & WARDWELL LLP, ATT: BENJAMIN S. KAMINETZKY, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (UK) LIMITED | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (UK) LIMITED | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (UK) LIMITED | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE (UK) LIMITED, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | KWJS & S, MRS. ST. SWEENY, 570 7TH AVENUE, NEW YORK, NY 10018 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH SWAINE & MOORE LLP - T BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | KLEDSTADT WINTERS, ATTN: STEPHANIE SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH SWAINE & MOORE LLP - T BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | KLEDSTADT WINTERS, ATTN: STEPHANIE SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| CREDIT SUISSE AG | TRANSFEROR: UBS AG, CRAVATH, SWAINE & MOORE LLP, MR. TREVOR BROAD, NEW YORK, NY 10019 |
| CREDIT SUISSE AG, HONG KONG BRANCH | TRANSFEROR: CREDIT SUISSE, KWJS&S, MRS. STEPHANIE SWEENEY, 200 WEST 41ST STREET, 17TH FLOOR, NEW YORK, NY 10036 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLF LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND (#3752), ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: PIMCO GLOBAL HIGH YIELD STRATEGY FUND - (#3752), ATTN: MATT WEINSTEIN, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DRAWBRIDGE OSO SECURITIES LLC | TRANSFEROR: FCDB LBU 2009 LLC, C/O FORTRESS INVESTMENT GROUP LLC, ATTN: JASON O'KEEFE, 1345 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY 10105 |
| DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD. | TRANSFEROR: FCDB LBU 2009 LLC, C/O FORTRESS INVESTMENT GROUP LLC, ATTN: JASON O'KEEFE, 1345 AVENUE OF THE AMERICAS, 23RD FLOOR, NEW YORK, NY 10105 |
| HIMFIELD LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, C/O BAKER & MCKENZIE, 14/F, HUTCHISON HOUSE, 10 HARCOURT ROAD, REF: GAS/KYC/JCK/32071463-000439, HONG KONG  HONG KONG |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLF LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL LYNCH INTERNATIONAL | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., ATTN: SIMON ORR, 2 KING EDWARD STREET, LONDON EC1A 1HQ UNITED KINGDOM |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: DRAWBRIDGE OSO SECURITIES LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD., ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: DRAWBRIDGE OSO SECURITIES LLC, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: DRAWBRIDGE SPECIAL OPPORTUNITIES FUND LTD., ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| NAHUM, ANTHONY | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M., 56 NORTH GATE, PRINCE ALBERT ROAD, LONDON NW8 7EH UNITED KINGDOM |
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND  (#3752) | PIMCO BERMUDA TRUST IV, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET P.O. BOX 2330, GEORGETOWN  CAYMAN ISLANDS |

| Claim Name | Address Information |
|---|---|
| PIMCO BERMUDA GLOBAL HIGH YIELD STRATEGY FUND  (#3752) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND - (#3752) | PIMCO BERMUDA TRUST IV, ATTN: SCOTT CARNACHAN, BUTTERFIELD HOUSE FORT STREET, P.O BOX 2330, GEORGETOWN  CAYMAN ISLANDS |
| PIMCO GLOBAL HIGH YIELD STRATEGY FUND - (#3752) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| SHAHMOON, ELISHA | TRANSFEROR: BANK LEUMI LE-ISRAEL B.M., 26 OFAKIM STREET, TEL AVIV 6969764 ISRAEL |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |

**Total Creditor Count 65**