WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re                                                                            :    Chapter 11 Case No.
                                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,    :    08-13555 (SCC)
                                                                                    :
                             Debtors.                                  :    (Jointly Administered)
                                                                                    :
---------------------------------------------------------------- x

**NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN
ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 16838**

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 16838 [ECF No. 52750], which was scheduled for July 12, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **August 16, 2016 at 10:00 a.m. (Eastern Time)**.

Dated:    July 8, 2016
             New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95781902\1\58399.0011