WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
In re                                              :        Chapter 11 Case No.
                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,       :        08-13555 (SCC)
                                                   :
                    Debtors.                       :        (Jointly Administered)
                                                   :
------------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON THE FIVE HUNDRED EIGHTEENTH**
**OMNIBUS OBJECTION TO CLAIMS (SATISFIED GUARANTY CLAIMS)**

**PLEASE TAKE NOTICE** that the hearing to consider the Five Hundred Eighteenth Omnibus Objection to Claims (Satisfied Guaranty Claims) [ECF No. 52980], which was scheduled for July 12, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to **July 28, 2016 at 10:00 a.m. (Eastern Time)**, solely with respect to the claim listed on Exhibit A annexed hereto.

Dated:   July 11, 2016
         New York, New York

                                                           /s/ Garrett A. Fail
                                                           Garrett A. Fail
                                                           WEIL, GOTSHAL & MANGES LLP
                                                           767 Fifth Avenue
                                                           New York, New York 10153
                                                           Telephone: (212) 310-8000
                                                           Facsimile: (212) 310-8007

                                                           Attorneys for Lehman Brothers Holdings Inc.
                                                           and Certain of Its Affiliates

## EXHIBIT A

| Claimant | Claim No. |
|---|---|
| Sunny Bank Ltd. | 50143 |

WEIL:\95783703\1\58399.0011