FILED / RECEIVED

MAY 25 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors.</u>   Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>Falcon Private Bank Ltd</u>
Name of Transferee

Name and Address where notices to transferee should be sent:

Falcon Private Bank Ltd
Pelikanstrasse 37
P.O. Box 1376
8021 Zurich
Switzerland

Phone: <u>00 41 44 227 55 55</u>
Last Four Digits of Acct #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

<u>Hyposwiss Private Bank Ltd</u>
Name of Transferor

Court Claim # (if known): <u>55829.76</u>
Date Claim Filed: <u>10/16/2009</u>
Amount of Claim: <u>USD 250'000.00</u>
Portion of Claim Transferred (see Schedule I): <u>USD 250'000.00</u>

Phone: <u>0041 71 231 34 13</u>
Last Four Digits of Acct. #: <u>5837</u>

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ L. Luksch _____   Date: <u>23 . 5 . 2016</u>
Transferee/Transferee's Agent
Lola Luksch
M. Brandle

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Falcon Private Bank Ltd.
Pelikanstrasse 37
P.O. Box 1376
CH-8021 Zurich

## EVIDENCE OF TRANSFER OF CLAIM

TO:  THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Hyposwiss Private Bank Ltd,** ("Transferor") unconditionally and irrevocably transferred to **Falcon Private Bank Ltd** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55829.76**) of **USD 250'000.00** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 7, 2015.**

**Hyposwiss Private Bank Ltd**
By: _____
Name: Anina Zürcher
Title:  Member of Management

By: _____
Name: Oriana Scheuss
Title:  Member of Management

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0339537804 | 55829.76 | 10/16/2009 | Lehman Brothers Treasury Co. BV | USD 250'000.00 |

# FALCON PRIVATE BANK
SWISS PRIVATE BANKING

Epiq Bankruptcy Solutions LLC
Attn: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Zurich, 23.05.2016

**Transfer of Claim**

Dear All

| ☐ for your information | ☐ for execution | ☐ returned with thanks |
| ☐ for signature | ☐ for approval | ☐ for examination |
| ☑ for your files | ☐ for statement | ☐ please contact me |
| ☐ according to your letter | ☐ as per conversation | ☐ please return |

Sincerely yours,
Falcon Private Bank Ltd.

Falcon Private Bank Ltd. | Pelikanstrasse 37 | Postfach 1376 | 8021 Zürich, Schweiz
Telefon +41 44 227 55 55 | Fax +41 44 211 55 11 | www.falconprivatebank.com

