WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
In re                                                                 : **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                          : **08-13555 (SCC)**
:
          Debtors.  : **(Jointly Administered)**
:
------------------------------------------------------------------------x
:
In re                                                                 :
: **Case No.**
**LEHMAN BROTHERS INC.,**                                             :
: **08-01420 (SCC) (SIPA)**
          Debtor.   :
:
------------------------------------------------------------------------x

# NOTICE OF AGENDA OF MATTERS
# SCHEDULED FOR THE NINETY-NINTH OMNIBUS
# AND CLAIMS HEARING ON JULY 12, 2016 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

I. **STATUS CONFERENCES:**

1. Motion to Abstain from Consideration of Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims [**ECF No. 52697**] and Plan Administrator's Five Hundred Ninth Omnibus Objection to Claims [**ECF No. 51006**]

   Status: This matter is going forward solely as a status conference.

2. Amended Motion for Relief from Stay filed by Duncan E. Barber on behalf of Ironbridge Homes, LLC, Ironbridge Mountain Cottages, LLC, Ironbridge Aspen Collection, LLC [**ECF No. 23551**]

   Status: This matter is going forward solely as a status conference.

II. **ADJOURNED MATTERS:**

A. **Lehman Brothers Holdings Inc. Chapter 11 Cases**

3. Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

   Status: This matter is has been adjourned to September 20, 2016 at 10:00 a.m. solely with respect to claim numbers 27822 and 27873.

4. Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

   Status: This matter has been adjourned to August 16, 2016 at 10:00 a.m.

5. Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 52994**]

   Status: This matter has been adjourned to August 16, 2016 at 10:00 a.m.

6. Plan Administrator's Objection to Claim Number 28176 (MPS) [**ECF No. 52366**]

   Status: This matter has been adjourned to August 16, 2016 at 10:00 a.m.

7.    Motion for ADR Procedures Order for Indemnification Claims of the Debtors against Mortgage Loan Sellers [**ECF No. 44450**]

     <u>Status</u>:  This matter has been adjourned to August 16, 2016 at 10:00 a.m.

8.    Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

     <u>Status</u>:  This matter has been adjourned to August 16, 2016 at 10:00 a.m.

9.    Plan Administrator's Objection to Proof of Claim Number 16838 [**ECF No. 52750**]

     <u>Status</u>:  This matter has been adjourned to August 16, 2016 at 10:00 a.m.

10.    Plan Administrator's Five Hundred Eighteenth Omnibus Objection to Claims (Satisfied Guaranty Claims) [**ECF No. 52980**]

     <u>Status</u>:  This matter has been adjourned to July 28, 2016 at 10:00 a.m. solely as to claim number 50143

B.    **Lehman Brothers Inc. Proceeding**

11.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

     <u>Status</u>:  This matter has been adjourned to August 16, 2016 at 10:00 a.m., solely as to a certain claim.

WEIL:\95774791\3\50482.0005

## III. RESOLVED MATTER:

12. Motion by QVT Fund LP and Quintessence Fund L.P. for Leave to Amend and Reduce Proofs of Claim Nos. 20421, 21140, 21146 and 21217 [**ECF No. 52985**]

    Related Document:

    A. So Ordered Stipulation Regarding Amendment and Reduction of Proofs of Claim Nos. 20421, 21140, 21146, and 21217 [**ECF No. 53285**]

    Status: This matter has been resolved.

Dated: July 11, 2016
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

Dated: July 11, 2016
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for the SIPA Liquidation of Lehman Brothers Inc.