John C. Weitnauer (admitted *pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
kit.weitnauer@alston.com

*Counsel for Wilmington Trust Company
and Wilmington Trust National Association, solely
in their respective capacities as Trustee for
Certain Mortgage-Backed Securities Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> LEHMAN BROTHERS HOLDINGS INC., ET AL., <br><br> Debtors. | Chapter 11 <br><br> **Case No. 08-13555 (SCC)** <br><br> (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Kim Fitzgerald, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 11th of July 2016, I caused true and correct copies of the Notice of Appeal and Statement of Election [Docket No. 53308] to be served upon the parties

listed on the attached Service List in Exhibit A in the manner indicated.

_____
Kim Fitzgerald

Sworn to before me this
___ day of July, 2016

_____
Notary Public

JEANNINE GRUDZIEN
Notary Public, State of New York
No. 01GR6178877
Qualified in New York County
Commission Expires December 10, 20__

2

# Exhibit A

## Via First Class Mail

| Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Michael A. Rollin<br>Rollin Braswell Fisher LLC<br>8350 East Crescent Parkway, Suite 100<br>Greenwood Village, CO 80111 |
|---|---|