**CURTIS, MALLET-PREVOST,**
 **COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.*
 *and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF THE THREE
HUNDRED EIGHTY-SIXTH OMNIBUS OBJECTION TO CLAIMS
(NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

 **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws with prejudice its Three Hundred Eighty-Sixth Omnibus Objection to Claims (No Liability Claims) [Docket No. 32893] **solely as to the claims listed on Exhibit A attached hereto**.

Dated: July 12, 2016
 New York, New York

 **CURTIS, MALLET-PREVOST,**
  **COLT & MOSLE LLP**

 By: */s/ L. P. Harrison 3rd*
   L. P. Harrison 3rd
   Cindi Eilbott Giglio

 101 Park Avenue
 New York, New York 10178-0061
 (212) 696-6000

 *Counsel for Lehman Brothers Holdings Inc.*
  *and Certain of Its Affiliates*

1

## EXHIBIT A

## Withdrawn Claims

| Claimant | Claim Number |
|---|---|
| CREDIT SUISSE SECURITIES (EUROPE), LTD | 55810 |
| CREDIT SUISSE AG | 55813 |
| CREDIT SUISSE (UK) LIMITED | 55816 |
| CREDIT SUISSE (MONACO) SAM | 55817 |
| CREDIT SUISSE SINGAPORE BRANCH | 55825 |