**CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP**
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile:  (212) 697-1559
L. P. Harrison 3rd
Cindi Eilbott Giglio

*Counsel for Lehman Brothers Holdings Inc.
 and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re    : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    : | 08-13555 (SCC) |
| : | |
| Debtors.    : | (Jointly Administered) |

------------------------------------------------------------------x

**NOTICE OF WITHDRAWAL WITH PREJUDICE OF THE FOUR HUNDRED
FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (PREFERRED
SECURITIES CLAIMS) SOLELY AS TO CERTAIN CLAIMS**

**PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors, hereby withdraws with prejudice its Four Hundred Fifty-First Omnibus Objection to Claims [ECF No. 41670] **solely as to the claims listed on Exhibit A attached hereto**.

Dated: July 12, 2016
       New York, New York          **CURTIS, MALLET-PREVOST,
                                     COLT & MOSLE LLP**

                                   By:  */s/ L. P. Harrison 3rd*
                                        L. P. Harrison 3rd
                                        Cindi Eilbott Giglio

                                   101 Park Avenue
                                   New York, New York 10178-0061
                                   (212) 696-6000

                                   *Counsel for Lehman Brothers Holdings Inc.
                                    and Certain of Its Affiliates*

# EXHIBIT A

## Withdrawn Claims

| Claimant | Claim Number |
| --- | --- |
| CITIGROUP GLOBAL MARKETS, INC. | 56866 |
| CITIGROUP GLOBAL MARKETS, INC. | 60606 |
| CITIGROUP GLOBAL MARKETS, INC. | 60608 |
| CREDIT SUISSE (MONACO) SAM | 55817 |
| CREDIT SUISSE (UK) LIMITED | 55816 |
| CREDIT SUISSE AG | 55813 |
| CREDIT SUISSE SINGAPORE BRANCH | 55825 |