Christopher Carlsen (CC 9628)
CLYDE & CO US LLP
Attorneys for Sunny Bank, Ltd.
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
(212) 710-3900

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtor.

-------------------------------------------------------------------------x

Chapter 11

Case No. 08-13555 (JMP)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF RESPONSE

**PLEASE TAKE NOTICE** that Sunny Bank, Ltd. ("Sunny Bank"), hereby respectfully withdraws, without prejudice, its Response To Plan Administrator's Five Hundred Eighteenth Omnibus Objection To Claims (Satisfied Guaranty Claims) With Respect To Proof Of Claim Number 50143 (Doc 53246).

Dated: New York, New York
July 13, 2016

CLYDE & CO US LLP

By: _____
Christopher Carlsen
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Telephone: (212) 710-3900
Facsimile: (212) 710-3950