William J. Factor
Sara E. Lorber
**THE LAW OFFICE OF
   WILLIAM J. FACTOR, LTD.**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel.: (312) 878-4830
Fax: (847) 574-8233
*Counsel for the City of Chicago*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF SARA E.
LORBER AND THE LAW OFFICE OF WILLIAM J. FACTOR, LTD. AS
COUNSEL FOR THE CITY OF CHICAGO**

**Please take notice** that Sara E. Lorber and the Law Offices of William J. Factor, Ltd. hereby withdraw their appearance as counsel for the City of Chicago, and requests removal from any and all service lists, including the Court's CM/ECF notification list.

Dated: July 14, 2016

                                                      **THE LAW OFFICE OF WILLIAM J. FACTOR,
LTD.**


                                                    /s/ Sara E. Lorber

{00065332 2}

William J. Factor (IL 6205675)
Sara E. Lorber (IL 6229740)
**THE LAW OFFICE OF
    WILLIAM J. FACTOR, LTD.**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
E-mail: wfactor@wfactorlaw.com
        slorber@wfactorlaw.com

{00065332 2}　　　　　　　　　　2