William J. Hine, Esq.
JONES DAY
222 East 41st Street
New York, NY 10017
Tel: (212) 326-3939
Fax: (212) 755-7306

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | ) | Case No. 08-13555 (SCC) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | SIPA Proceeding |
| | ) | |
| LEHMAN BROTHERS INC. | ) | Case No. 08-01420 (SCC) |
| | ) | |
| Debtor. | ) | |
| | )X | |

**WITHDRAWAL OF APPEARANCE AND REQUEST TO BE**
**REMOVED FROM ECF AND ALL SERVICE LISTS**

TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance in this case and requests to be removed from the ECF and any other service in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

1

        William J. Hine, Esq.
        JONES DAY
        222 East 41st Street
        New York, NY 10017
        Tel: (212) 326-3939
        Fax: (212) 755-7306
        E-mail:   wjhine@jonesday.com

Dated: July 18, 2016        **JONES DAY**
    New York, New York

        By:  */s/ William J. Hine*
        Wiliam J. Hine
        222 East 41st Street
        New York, NY 10017
        Tel:  (212) 326-3939
        Fax: (212) 755-7306
        E-mail:wjhine@jonesday.com