Jonathan D. Warner, Esq. (JW5195)
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212.924.7111 Fax: 212.924.6111
jdwarner@warnerandscheuerman.com
*Attorneys for Maximilian Coreth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

                                                              Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.,*    Case No. 08-13555 (SCC)

                                    Debtors.
------------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE AND REQUEST TO BE REMOVED FROM ECF AND ALL SERVICE LISTS

TO THE CLERK OF THE BANKRUPTCY COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby withdraws his appearance in this case and requests to be removed from the ECF and any other service in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case

        Jonathan D. Warner
        WARNER & SCHEUERMAN
        6 West 18th Street, 10th Floor
        New York, New York 10011
        Tel: (212) 924.7111
        Fax: (212) 924.7111
        Email: jdwarner@warnerandscheuerman.com

Dated: New York, New York
       July 18, 2016

RESPECTFULLY SUBMITTED,

By: _____
Jonathan D. Warner (JW 5195)
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212.924.7111 Fax: 212.924.7111
jdwarner@warnerandscheuerman.com