UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
In re:                                              :    Chapter 11 Case No.
                                                    :
LEHMAN BROTHERS HOLDINGS INC., et al.,              :    08-13555 (SCC)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
---------------------------------------------------------------x    Ref. Docket No. 53346

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NEW YORK      )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2016, I caused to be served the "Notice of Hearing on the Plan Administrator's Five Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)," dated July 14, 2016, to which was attached "The Plan Administrator's Five Hundred Twentieth Omnibus Objection to Claims (No Liability Claims)," dated July 14, 2016 [Docket No. 53346], by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

    ii. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

    iii. delivered via electronic mail to those parties listed on the annexed Exhibit C.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
14th day of July, 2016
/s/ Elli Krempa
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

T:\Clients\LBH\Affidavits\520th Omni NOH_DI 53346_AFF_7-14-16_SS.docx

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

LBH_OMNI 520_(D.I. 53346)_7-14-2016                          LBH_OMNI 520_(D.I. 53346)_7-14-2016

BERWIN LEIGHTON PAISNER LLP                                  WINDERMERE VII CMBS PLC
ATTN: TAMARA BOXONDON                                        C/O WILMINGTON TRUST SP SERVICES (DUBLIN) LIMITED
ADELAIDE HOUSE LONDON BRIDGE                                 ATTN: ALAN GERAGHTY
LONDON   EC4R 9HA                                            FIRST FLOOR 7 EXCHANGE PLACE IFSC
UNITED KINGDOM                                               DUBLIN 1
                                                             IRELAND

# EXHIBIT C

08-13555-mg    Doc 53361    Filed 07/19/16    Entered 07/19/16 11:58:23    Main Document
Pg 6 of 13

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com
aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com
charles_malloy@aporter.com

chemrick@thewalshfirm.com
chipford@parkerpoe.com
chris.donoho@lovells.com
christopher.greco@kirkland.com
claude.montgomery@dentons.com
clynch@reedsmith.com
cmestres@aclawllp.com
cohen@sewkis.com
cp@stevenslee.com
cpappas@dilworthlaw.com
cparyse@contrariancapital.com
craig.goldblatt@wilmerhale.com
craigjustinalbert@gmail.com
crmomjian@attorneygeneral.gov
csalomon@beckerglynn.com
cschreiber@winston.com
cshore@whitecase.com
cshulman@sheppardmullin.com
cszyfer@stroock.com
cwalsh@mayerbrown.com
cward@polsinelli.com
cweber@ebg-law.com
cweiss@ingramllp.com
dallas.bankruptcy@publicans.com
dave.davis@isgria.com
david.bennett@tklaw.com
david.heller@lw.com
david.livshiz@freshfields.com
david.powlen@btlaw.com
david.tillem@wilsonelser.com
davids@blbglaw.com
davidwheeler@mvalaw.com
dbarber@bsblawyers.com
dbaumstein@whitecase.com
dbesikof@loeb.com
dcimo@gjb-law.com
dcoffino@cov.com
dcrapo@gibbonslaw.com
ddavis@paulweiss.com
ddrebsky@nixonpeabody.com
ddunne@milbank.com

deggermann@kramerlevin.com
deggert@freebornpeters.com
demetra.liggins@tklaw.com
dennis.tracey@hoganlovells.com
dfelder@orrick.com
dflanigan@polsinelli.com
dgrimes@reedsmith.com
dhayes@mcguirewoods.com
dheffer@foley.com
dhurst@coleschotz.com
dhw@dhclegal.com
diconzam@gtlaw.com
djcarragher@daypitney.com
djoseph@stradley.com
dkessler@ktmc.com
dkozusko@willkie.com
dlemay@chadbourne.com
dlipke@vedderprice.com
dmark@kasowitz.com
dmcguire@winston.com
dmiller@steinlubin.com
dmurray@jenner.com
dneier@winston.com
dodonnell@milbank.com
dpegno@dpklaw.com
draelson@fisherbrothers.com
drosenzweig@fulbright.com
drosner@goulstonstorrs.com
drosner@kasowitz.com
dshaffer@wtplaw.com
dspelfogel@foley.com
dtatge@ebglaw.com
dtheising@harrisonmoberly.com
dwdykhouse@pbwt.com
dworkman@bakerlaw.com
easmith@venable.com
ebcalvo@pbfcm.com
ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com

efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
george.south@dlapiper.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gplotko@kramerlevin.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com
hooper@sewkis.com
howard.hawkins@cwt.com

hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com
jhiggins@fdlaw.com
jhorgan@phxa.com

jhuggett@margolisedelstein.com
jim@atkinslawfirm.com
jjtancredi@daypitney.com
jjureller@klestadt.com
jlamar@maynardcooper.com
jlawlor@wmd-law.com
jlee@foley.com
jlevitin@cahill.com
jlscott@reedsmith.com
jmaddock@mcguirewoods.com
jmazermarino@msek.com
jmelko@gardere.com
jmerva@fult.com
jmmurphy@stradley.com
jmr@msf-law.com
jnm@mccallaraymer.com
john.beck@hoganlovells.com
john.monaghan@hklaw.com
john.mule@ag.state.mn.us
john.rapisardi@cwt.com
johnramirez@paulhastings.com
jonathan.goldblatt@bnymellon.com
jonathan.henes@kirkland.com
jorbach@hahnhessen.com
joseph.cordaro@usdoj.gov
joseph.serino@kirkland.com
joshua.dorchak@morganlewis.com
jowen769@yahoo.com
joy.mathias@dubaiic.com
jpintarelli@mofo.com
jporter@entwistle-law.com
jprol@lowenstein.com
jrabinowitz@rltlawfirm.com
jrsmith@hunton.com
jschiller@bsfllp.com
jschwartz@hahnhessen.com
jsheerin@mcguirewoods.com
jsherman@bsfllp.com
jshickich@riddellwilliams.com
jsmairo@pbnlaw.com
jstoll@mayerbrown.com

jsullivan@mosessinger.com
jtimko@shutts.com
judy.morse@crowedunlevy.com
jvail@ssrl.com
jwcohen@daypitney.com
jwest@velaw.com
jwh@njlawfirm.com
jzulack@fzwz.com
kanema@formanlaw.com
karen.wagner@dpw.com
karl.geercken@alston.com
kdwbankruptcydepartment@kelleydrye.com
keckhardt@hunton.com
keith.simon@lw.com
ken.coleman@allenovery.com
ken.higman@hp.com
kerry.moynihan@hro.com
kgwynne@reedsmith.com
kiplok@hugheshubbard.com
kit.weitnauer@alston.com
kkelly@ebglaw.com
kkolbig@mosessinger.com
klyman@irell.com
klynch@formanlaw.com
kmayer@mccarter.com
kobak@hugheshubbard.com
korr@orrick.com
kovskyd@pepperlaw.com
kressk@pepperlaw.com
kreynolds@mklawnyc.com
krodriguez@allenmatkins.com
krosen@lowenstein.com
kurt.mayr@bgllp.com
landon@slollp.com
lani.adler@klgates.com
lapeterson@foley.com
lawallf@pepperlaw.com
lawrence.gelber@srz.com
lberkoff@moritthock.com
lee.stremba@troutmansanders.com
lee.whidden@dentons.com

lgranfield@cgsh.com
lhandelsman@stroock.com
lisa.solomon@att.net
ljkotler@duanemorris.com
lkatz@ltblaw.com
lkiss@klestadt.com
lmarinuzzi@mofo.com
lmcgowen@orrick.com
lnashelsky@mofo.com
loizides@loizides.com
lschweitzer@cgsh.com
lucdespins@paulhastings.com
mabrams@willkie.com
maofiling@cgsh.com
marc.chait@sc.com
margolin@hugheshubbard.com
mark.bane@ropesgray.com
mark.ellenberg@cwt.com
mark.mckane@kirkland.com
mark.salzberg@squirepb.com
mark.sherrill@sutherland.com
marvin.clements@ag.tn.gov
matt@willaw.com
matthew.klepper@dlapiper.com
maustin@orrick.com
mbenner@tishmanspeyer.com
mbienenstock@proskauer.com
mbloemsma@mhjur.com
mbossi@thompsoncoburn.com
mcademartori@sheppardmullin.com
mcarthurk@sullcrom.com
mccarthyj@sullcrom.com
mcordone@stradley.com
mcto@debevoise.com
mcyganowski@oshr.com
mdorval@stradley.com
meggie.gilstrap@bakerbotts.com
melorod@gtlaw.com
meltzere@pepperlaw.com
metkin@lowenstein.com
mfeldman@willkie.com

mginzburg@daypitney.com
mgordon@briggs.com
mgreger@allenmatkins.com
mh1@mccallaraymer.com
mhopkins@cov.com
michael.frege@cms-hs.com
michael.kelly@monarchlp.com
michael.krauss@faegrebd.com
michael.mccrory@btlaw.com
michaels@jstriallaw.com
millee12@nationwide.com
miller@taftlaw.com
mimi.m.wong@irscounsel.treas.gov
mitchell.ayer@tklaw.com
mitchell.berger@squirepb.com
mjedelman@vedderprice.com
mjr1@westchestergov.com
mlahaie@akingump.com
mlandman@lcbf.com
mlichtenstein@crowell.com
mlynch2@travelers.com
mmorreale@us.mufg.jp
mneier@ibolaw.com
monica.lawless@brookfieldproperties.com
mpage@kelleydrye.com
mparry@mosessinger.com
mpedreira@proskauer.com
mprimoff@kayescholer.com
mpucillo@bermanesq.com
mrosenthal@gibsondunn.com
mruetzel@whitecase.com
mschimel@sju.edu
msegarra@mayerbrown.com
mshiner@tuckerlaw.com
msolow@kayescholer.com
mspeiser@stroock.com
mstamer@akingump.com
munno@sewkis.com
mvenditto@reedsmith.com
mwarner@coleschotz.com
mwarren@mtb.com

nathan.spatz@pillsburylaw.com
nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com

sehlers@armstrongteasdale.com
sfalanga@thewalshfirm.com
sfelderstein@ffwplaw.com
sfineman@lchb.com
sfox@mcguirewoods.com
sgordon@cahill.com
sgraziano@blbglaw.com
sgubner@ebg-law.com
sharbeck@sipc.org
shari.leventhal@ny.frb.org
shgross5@yahoo.com
sidorsky@butzel.com
skatona@polsinelli.com
sldreyfuss@hlgslaw.com
sleo@bm.net
slerman@ebglaw.com
slerner@ssd.com
slevine@brownrudnick.com
sloden@diamondmccarthy.com
smillman@stroock.com
smulligan@bsblawyers.com
snewman@katskykorins.com
sory@fdlaw.com
squsba@stblaw.com
sree@lcbf.com
sschultz@akingump.com
sselbst@herrick.com
sshimshak@paulweiss.com
sskelly@teamtogut.com
sstarr@starrandstarr.com
steele@lowenstein.com
stephen.cowan@dlapiper.com
stephen.hessler@kirkland.com
steve.ginther@dor.mo.gov
steven.usdin@flastergreenberg.com
streusand@slollp.com
susheelkirpalani@quinnemanuel.com
swolowitz@mayerbrown.com
szuber@csglaw.com
szuch@wiggin.com
tannweiler@greerherz.com

tbrock@ssbb.com
tdewey@dpklaw.com
tgoren@mofo.com
thenderson@americanmlg.com
thomas.califano@dlapiper.com
timothy.harkness@freshfields.com
tjfreedman@pbnlaw.com
tkiriakos@mayerbrown.com
tlauria@whitecase.com
tmacwright@whitecase.com
tmm@mullaw.org
tnixon@gklaw.com
toby.r.rosenberg@irscounsel.treas.gov
tomwelsh@orrick.com
tsalter@blankrome.com
tslome@msek.com
tunrad@burnslev.com
vguldi@zuckerman.com
villa@slollp.com
vmilione@nixonpeabody.com
vrubinstein@loeb.com
wanda.goodloe@cbre.com
wbenzija@halperinlaw.net
wcurchack@loeb.com
wfoster@milbank.com
will.sugden@alston.com
wisotska@pepperlaw.com
wk@pwlawyers.com
wmaher@wmd-law.com
wmarcari@ebglaw.com
wmckenna@foley.com
wsilverm@oshr.com
wswearingen@llf-law.com
wtaylor@mccarter.com
wzoberman@bermanesq.com
yuwatoko@mofo.com

**Additional Emails**
ireland@wilmingtontrust.com
tamara.box@blplaw.com