B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re _Lehman Brothers_, _Holdings, Inc._    Case No. _08-13555_

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_Christopher Major Buckley_

Name of Transferee

_Pershing LLC_
_FBO Christopher Major Buckley_

Name of Transferor

Name and Address where notices to transferee should be sent: _Christopher Buckley 1017 San Antonio Ave Alameda, Ca 94501_

Court Claim # (if known): _64602_
Amount of Claim: _$ 208,608.55_
Date Claim Filed: _____

Phone: _(510) 523-0411_
Last Four Digits of Acct #: _____

Phone: _(512) 814-3996_
Last Four Digits of Acct. #: _1113_

Name and Address where transferee payments should be sent (if different from above):

_Christopher Major Buckley 1017 San Antonio Ave Alameda, Ca 94501_

Phone: _(510) 523-0411_
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____
Transferee/Transferee's Agent

Date: _6/23/16_

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 & 3571.



RECEIVED
JUL - 6 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK