# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Commercial Paper Inc.

Case No. 08-13900  (SCC)
Court ID (Court Use Only) _____

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of
the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:

DEUTSCHE BANK AG, LONDON BRANCH

Name of Transferor:

CYF LUX MASTER S.A.R.L.

Name and Address where notices to Transferee
should be sent:

c/o Deutsche Bank Securities Inc.
60 Wall Street, 3rd Floor
New York, NY 10005
Attn: Matt Weinstein
Phone: 212-250-5760

Last Four Digits of Acct #

Court Claim # (if known): __30123__
Amount of Claim: __$1,823,666.42__
Date Claim Filed: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above)

Phone:: _____
Last Four Digits of Acct # _____

I declare under penalty of perjury that the information provided in this notice is true and correct to
the best of my knowledge and belief.

By: _____     Date: _____
    Transferee/Transferee's Agent

By: _____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571*

EVIDENCE OF TRANSFER OF CLAIM

TO:      United States Bankruptcy Court for the
         Southern District of New York ("Bankruptcy Court")
         Attn:    Clerk

AND TO:  Lehman Commercial Paper, Inc. ("Debtor")
         Case No. 08-13900 (JMP)

Claim # 30123

CVF LUX MASTER S.A.R.L. its successors and assigns ("Seller") for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto

DEUTSCHE BANK AG, LONDON BRANCH
Winchester House
1 Great Winchester Street
London EC2N 2DB
Attn: Michael Sutton
Telephone: +44 (0)20 7547 2406
e-mail: michael.sutton@db.com

its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller, including all rights of stoppage in transit, replevin and reclamation, in the principal amount of $1,823,666.12 (the Claim) against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing the Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 15th 2013.

CVF LUX MASTER S.A.R.L.                      DEUTSCHE BANK AG, LONDON BRANCH

BY CARVAL INVESTORS UK LIMITED

By:                                          By:
   Name:                                        Name:
   Title:  DAVID SHORT                           Title:
           OPERATIONS MANAGER

                                             By:
                                                Name:
                                                Title: