B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

In re Lehman Brothers Holdings, Inc.         ,          Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Richard Wackerbarth | Pershing LLC, FBO Richard Wackerbarth |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Richard Wackerbarth
176 Falling HLS

Phone: (830) 964-2675
Last Four Digits of Acct #: _____

Court Claim # (if known): __64601__
Amount of Claim: __$70,955.29__
Date Claim Filed: _____

Phone: (512) 814-3996
Last Four Digits of Acct. #: __0032__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard Wackerbarth          Date: 07/01/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.