# Exhibit G

# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

**Maurice Horwitz**
+1 (212) 310-8883
maurice.horwitz@weil.com

October 16, 2015

Shane Johnson
Hogan Lovells US LLP
875 Third Avenue
New York, New York 10022

Re: *In re Lehman Brothers Holdings Inc.*, Case No. 08-13555 (SCC)

Dear Shane:

Reference is made to your letter, dated September 10, 2015 (the "September 10 Letter"), regarding Dr. Marsoner's first request for the production of documents (the "Document Requests") in connection with his motion to deem his proofs of claim timely filed [ECF No. 47589] (the "Motion"), and the objections and responses to the Document Requests served by Lehman Brothers Holdings Inc. ("LBHI") as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors* [ECF No. 22737] in the above referenced cases (collectively, the "Objections"). Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the September 10 Letter.

**Document Request Nos. 7 – 9 and 12**

After conducting an exhaustive search of its books and records, the Plan Administrator has been unable to locate additional documents that are responsive to Document Request Nos. 7 – 9 and 12. However, as we informed you by telephone on October 2, 2015, the Plan Administrator has located electronic records of the addresses identified in Document Request Nos. 7 – 9 (the "Data Records"). The Plan Administrator extracted and copied the Data Records onto a disk, which was sent to you by courier on October 9, 2015.

WEIL:\95480526\4\58399.0011

Shane Johnson  
October 16, 2015  
Page 2

**Weil, Gotshal & Manges LLP**

### Dr. Marsoner's First Set of Interrogatories

Subject to the Plan Administrator's Objections to the First Set of Interrogatories, annexed hereto is a list of the job titles and positions for the individuals identified in the September 10 Letter.

### Witnesses and Deposition Dates

Peter Sherratt is available to sit for a deposition in London on November 13, 2015, beginning at approximately 12:00 p.m. Please confirm whether the depositions of Messrs. Pignatti and Magnoni could take place in London during week of November 9 to 13 as well.

We are still working with our other witnesses to determine their availability for depositions in New York. We are not available to depose Dr. Marsoner on October 20. Please provide other dates when he is available for a deposition.

We also would like to inform you of one change to our list of witnesses. We previously listed Herb Baer from Epiq Bankruptcy Solutions LLC ("Epiq") as one of our proposed witnesses. However, we were notified last week that Herb Baer is no longer employed by Epiq. Therefore, instead of Mr. Baer, the Plan Administrator will call Angharad Bowdler. Ms. Bowdler is a senior case manager at Epiq and was involved in the mailing of the bar date notices in 2009.

Very truly yours,

/s/ Maurice Horwitz_____

cc: Thomas Hommel  
David J. Lender  
Jacqueline Marcus  
Denise Alvarez

WEIL:\95480526\4\58399.0011

**LBHI's Response to Dr. Marsoner's**
**Interrogatory No. 9: Job Titles and Positions***

| # | Name | As of Date (later of Hire Date or 3/21/2001) | Job Title** | Officer Title** | Dept Legal Entity*** |
|---|------|---|---|---|---|
| 1 | **Adler,Mona J** | 3/21/2001 | Manager | VP | LBHI |
|   |   | 5/13/2000 | Manager | VP | LBHI |
|   |   | 11/29/2004 | Manager | VP | LBHI |
|   |   | 12/1/2006 | Director | SVP | LBHI |
|   |   | 4/30/2007 | Director | SVP | LBHI |
|   |   |   |   | **** |   |
| 2 | **Alvanitakis-Guely,Pascale** | 3/1/2001 | Executive Director | SVP (ED) | LB Europe |
|   |   | 11/2/2001 | Sr Banker | SVP (ED) | LB Europe |
|   |   | 3/18/2002 | MD - IBD | MD | LB Europe |
|   |   | 8/11/2004 | Managing Director | MD | LB Europe |
|   |   | 2/1/2005 | Managing Director | MD | LBL |
|   |   | 9/1/2005 | Managing Director | MD | LBL |
|   |   | 4/1/2006 | Managing Director | MD | LB Europe |
| 3 | **Atterbury,Richard** | 8/15/2005 | Managing Director | MD | LB Europe |
| 4 | **Bonacker,Michael** | 7/1/2005 | Managing Director | MD | LB Bankhaus Aktiengesellschaft |
| 5 | **Calistri,Peter** | 3/21/2001 | Mgr Sr | SVP | LBHI |
|   |   | 10/8/2002 | Director | SVP | LBHI |
|   |   | 12/1/2003 | SVP - IBD | SVP | LBI |
|   |   | 8/11/2004 | Senior Vice President | SVP | LBI |
|   |   | 12/1/2007 | Managing Director | MD | LBI |
| 6 | **Conway,Edward** | 3/21/2001 | MD-IBD | MD | LBI |
|   |   | 2/3/2003 | MD-IBD | MD | LBI |
|   |   | 8/11/2004 | Managing Director | MD | LBI |
|   |   | 3/3/2008 | Managing Director | MD | LBI |
| 7 | **James,Ben** | 3/21/2001 | Cash Management Clerk | Not Applicable | LBL |
|   | Term: 3/29/2005 | 6/10/2002 | Analyst Sr | Not Applicable | LBL |
|   |   | 4/15/2004 | Sales Assistant | Not Applicable | LBIE |
| 8 | **Einbinder,Lee** | 3/21/2001 | MD-IBD | MD | LBI |
|   |   | 8/11/2004 | Managing Director | MD | LBI |
| 9 | **Gorman,Leslie** | 3/21/2001 | VP - IBD | VP | LBI |
|   |   | 12/1/2002 | SVP - IBD | SVP | LBI |
|   |   | 8/11/2004 | Senior Vice President | SVP | LBI |
|   |   | 12/1/2005 | Managing Director | MD | LBI |
|   |   | 11/13/2006 | Director | MD | LBI |
| 10 | **Hannan,Stephen** | 4/15/2002 | Manager, FID | SVP | LBI |
|   |   | 10/29/2002 | Trader, Sr | SVP | LBI |
|   | Term: 5/1/2007 | 10/22/2003 | Banker, Sr | SVP | LBI |
|   |   | 11/10/2003 | Banking Manager | SVP | LBI |
|   |   | 1/5/2004 | Banking Manager | MD | LBI |
|   |   |   |   | **** |   |
| 11 | **Hittmair,Christoph A** | 3/21/2008 | Banker - Financial Institution | SVP (ED) | LB Europe |
|   |   | 11/2/2001 | Sr Banker | SVP (ED) | LB Europe |
|   |   | 9/24/2002 | Sr Banker | SVP (ED) | LBIE |
|   |   | 8/11/2004 | Executive Director | SVP (ED) | LBIE |
|   |   | 10/26/2006 | Executive Director | SVP (ED) | LB Europe |
|   |   | 10/30/2007 | Executive Director | SVP (ED) | LBIE |

**LBHI's Response to Dr. Marsoner's**
**Interrogatory No. 9: "Job Titles and Positions\***

| # | Name | As of Date (later of Hire Date or 3/21/2001) | Job Title** | Officer Title** | Dept Legal Entity*** |
|---|---|---|---|---|---|
| 12 | Isaacs,Jeremy | 3/21/2001 | Chief Executive Officer | MD | LBL |
| | | 5/4/2001 | CEO-Europe & Asia | MD | LBL |
| | | | **** | | |
| 13 | Johari,Aaron | 3/21/2001 | Head - IBD Legal | SVP (ED) | LB Ltd |
| | | | **** | | |
| 14 | Krieger,Jurgen A | 3/21/2001 | Associate-Class of 2000 | Not Applicable | LB Europe Ltd |
| | | 7/20/2001 | Associate-Class of 2000 | Not Applicable | LB Europe Ltd |
| | | 12/2/2002 | Associate-Class of 2000 | Not Applicable | LB Europe Ltd |
| | | 8/11/2004 | Associate | Not Applicable | LB Europe Ltd |
| | | 11/30/2004 | Associate | Not Applicable | LB Europe Ltd |
| | | 12/1/2004 | Director | VP (Director) | LB Europe Ltd |
| | | 1/1/2006 | Director | VP (Director) | LB Bankhaus Aktiengesellschaft |
| | | 12/1/2007 | Executive Director | SVP (ED) | LB Bankhaus Aktiengesellschaft |
| | | | **** | | |
| 15 | Lhuilier,Sebastien D | 3/21/2001 | Banker | VP (Director) | LB Europe Ltd |
| | | 12/1/2002 | Banker | SVP (ED) | LB Europe Ltd |
| | | 8/11/2004 | Executive Director | SVP (ED) | LB Europe Ltd |
| | | 12/1/2006 | Managing Director | MD | LB Europe Ltd |
| | | | **** | | |
| 16 | Lilienthal,Matthias | 7/1/2005 | Director | VP (Director) | LB Bankhaus Aktiengesellschaft |
| | | 12/1/2005 | Executive Director | SVP (ED) | LB Bankhaus Aktiengesellschaft |
| | | 5/4/2007 | Executive Director | SVP (ED) | LB Bankhaus Aktiengesellschaft |
| 17 | Meissner,Christian Andre | 1/8/2004 | Banker, Sr | MD | LB Europe Ltd |
| | | 8/11/2004 | Managing Director | MD | LB Europe Ltd |
| | | 12/1/2004 | Managing Director | MD | LB Europe Ltd |
| | | 2/6/2006 | Managing Director | MD | LB Europe Ltd |
| | | 10/22/2006 | Managing Director | MD | LB Europe Ltd |
| | | 7/25/2007 | Managing Director | MD | LB Europe Ltd |
| | | 9/7/2008 | Managing Director | MD | LB Europe Ltd |
| | | 9/8/2008 | Managing Director | MD | LBL |
| 18 | McKeown,William | 3/21/2001 | MD - IBD | MD | LBI |
| | | 5/16/2004 | MD - IBD | MD | LBI |
| | | 8/11/2004 | Managing Director | MD | LBI |
| 19 | Mueller,Jochen | 7/9/2001 | Analyst - Class of 2001 | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 9/24/2002 | Analyst - Class of 2001 | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 8/9/2004 | Associate - Class of 2004 | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 8/11/2004 | Associate | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 12/1/2006 | Director | VP (Director) | LB Bankhaus Aktiengesellschaft |
| 20 | Odrich,Michael J | 3/21/2001 | MD - Group Dir | MD | LBI |
| | | 6/20/2001 | MD - Group Dir | MD | LBI |
| | | 10/12/2006 | Managing Director | MD | LBI |
| | | | **** | | |
| 21 | Roggero,Marco | 3/21/2001 | CAO | SVP (ED) | LB Europe Ltd |
| | | 3/18/2002 | MD-IBD | MD | LB Europe Ltd |
| | | 8/11/2004 | Managing Director | MD | LB Europe Ltd |
| | | 4/17/2006 | Managing Director | MD | LBI |
| 22 | Rouner,Jonathan | 4/11/2005 | Managing Director | MD | LBI |

**LBHI's Response to Dr. Marsoner's
Interrogatory No. 9: Job Titles and Positions***

| # | Name | As of Date (later of Hire Date or 3/21/2001) | Job Title** | Officer Title** | Dept Legal Entity*** |
|---|---|---|---|---|---|
| 23 | Scharmer,Eckhard | 6/6/2003 | Intern | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 7/5/2004 | Analyst - Class of 2004 | Not Applicable | LB Europe Ltd |
| | | 8/11/2004 | Analyst | Not Applicable | LB Europe Ltd |
| | | 8/23/2004 | Analyst | Not Applicable | LB Europe Ltd |
| | | 9/1/2005 | Analyst | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 7/2/2007 | Analyst | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 8/6/2007 | Associate | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | 4/25/2008 | Associate | Not Applicable | LB Bankhaus Aktiengesellschaft |
| | | | **** | | |
| 24 | Schmitz-Morkramer,Patrick | 3/21/2001 | Associate - Class of 1998 | VP (D) | LB Europe LTD |
| | | 3/18/2002 | Director | VP (D) | LB Europe LTD |
| | | 2/1/2004 | Director | VP (D) | LB Bankhaus Aktiengesellschaft |
| | | 3/5/2004 | Executive Director | SVP (ED) | LB Bankhaus Aktiengesellschaft |
| | | 9/30/2005 | Executive Director | SVP (ED) | LB Bankhaus Aktiengesellschaft |
| | | 12/1/2005 | Managing Director | MD | LB Bankhaus Aktiengesellschaft |
| 25 | Sherratt,Peter | 3/21/2008 | MD - Office of the Chairman | MD | LBL |
| | | 4/6/2001 | Chief Legal Officer / Head of Risk | MD | LBL |
| | | | **** | | |
| 26 | Sleigh,Stephen R | 3/21/2001 | Banker | SVP (ED) | LB Europe |
| | | 11/2/2001 | Sr Banker | SVP (ED) | LB Europe |
| | | 12/1/2002 | MD - IBD | MD | LB Europe |
| | | 8/11/2004 | Managing Director | MD | LB Europe |
| | | 3/3/2008 | Managing Director | MD | LBI |
| 27 | Lim,Ho-Shik | 3/21/2001 | Analyst - Class of 2000 | Not Applicable | LB Europe LTD |
| | Term: 9/19/2006 | 12/2/2002 | Analyst - Class of 2000 | Not Applicable | LB Europe LTD |
| | | 8/18/2003 | Associate - Class of 2003 | Not Applicable | LB Europe LTD |
| | | 8/11/2004 | Associate | Not Applicable | LB Europe LTD |
| | | 11/30/2004 | Associate | Not Applicable | LB Europe LTD |
| 28 | Villalon,Antonio | 3/21/2001 | Sr Banker - Financial Inst | MD | LB Europe |
| | | 11/2/2001 | Sr Banker | MD | LB Europe |
| | | 8/11/2004 | Managing Diretor | MD | LB Europe |
| | | 9/25/2006 | Managing Diretor | MD | LB Europe |
| | | 10/1/2006 | Vice Chairman | MD | LB Europe |
| | | | **** | | |
| 29 | Wilson,Graham | 3/21/2001 | Financial Controller | VP (Director) | LB Europe |
| | | 8/11/2004 | Director | VP (Director) | LB Europe |
| | | 12/1/2004 | Executive Director | SVP (ED) | LB Europe |

08-13555-mg    Doc 53379-7    Filed 07/20/16    Entered 07/20/16 16:42:03    Exhibit G
Pg 7 of 10

LBHI's Response to Dr. Marsoner's
**Interrogatory No. 1: Job Titles and Positions***

| # | Name | As of Date (later of Hire Date or 3/21/2001) | Job Title** | Officer Title** | Dept Legal Entity*** |
|---|------|----------------------------------------------|-------------|-----------------|----------------------|
| **NOT REQUESTED BY DR. MARSONER *****  | | | | | |
| 30 | **Pignatti,Vittorio** | 3/21/2001 | Head - Eur Mergers/Acquistion | MD | LB Europe Ltd |
| | | 11/2/2001 | Sr Banker | MD | LB Europe Ltd |
| | | 12/5/2002 | Sr Banker | MD | LB Europe Ltd |
| | | 8/11/2004 | Managing Director | MD | LB Europe Ltd |
| | | 2/17/2005 | Vice Chairman | MDVC | LB Europe Ltd |
| | | 1/5/2006 | Vice Chairman | MDVC | LB Ltd |
| | | 5/17/2006 | Vice Chairman | MDVC | LB Ltd |
| | | 7/31/2007 | Senior Banker | MDVC | LB Ltd |
| | | 10/30/2007 | Managing Director | MDVC | LB Ltd |
| 31 | **Magnoni,Ruggero** | 3/21/2001 | Head - Eur Mergers/Acquistion | MDVC | LBIE (Milan Branch) |
| | | 8/11/2004 | Vice Chairman | MDVC | LBIE (Milan Branch) |
| | | 9/30/2005 | Vice Chairman | MDVC | LBIE (Milan Branch) |
| | | 11/13/2007 | Vice Chairman Europe | MDVC | LB Ltd |
| | | 5/26/2008 | Vice Chairman Europe | MDVC | LB Ltd |

  * This chart is a product of LBHI's reasonable efforts to provide Dr. Marsoner with the information he requested in Interrogatory No. 1 as modified in the letter from Shane Johnson to Maurice Horwitz, dated September 10, 2015.
 ** "Job Title" and "Officer Title" refer to the positions reflected in the PeopleSoft database maintained by Lehman prior to bankruptcy.
 *** "Dept Legal Entity" refers to the Lehman entity formerly identified in PeopleSoft as being associated with the department to which the identified individual was assigned.
 **** Senior Vice Presidents in the United States are the equivalent of Executive Directors in the United Kingdom/Europe.  Vice Presidents are the equivalent of Directors in the United Kingdom/Europe.
***** Although Dr. Marsoner did not request the same information regarding Messrs. Pignatti and Magnoni, LBHI has provided the information because Dr. Marsoner identified them as witnesses.

**LBHI's Response to Dr. Marsoner's**
**Interrogatory No. 1:  Additional Titles and Directorships\***

| | Name | Type | Appointed To | Date First Elected | Resigned\*\*\* |
|---|---|---|---|---|---|
| 10 | **Hannan,Stephen** | DIRECTOR | Lehman Commercial Paper Inc. | 09/06/2005 | 06/01/2007 |
| | | Managing Director | Lehman Brothers Inc. | 01/05/2004 | 05/01/2007 |
| | | Managing Director | Lehman Brothers Special Financing Inc. | 02/06/2008 | 05/01/2007 |
| | | Managing Director | Lehman Brothers Special Financing Inc. | 03/06/2006 | 05/01/2007 |
| | | Managing Director | Lehman Commercial Paper Inc. | 01/27/2007 | 05/01/2007 |
| | | Managing Director | Lehman Commercial Paper Inc. | 05/20/2005 | 05/01/2007 |
| | | Senior Vice President | Lehman Brothers Inc. | 07/11/2002 | 01/05/2004 |
| | | Vice President | Lehman Commercial Paper Inc. | 04/01/2003 | 05/20/2005 |
| 12 | **Issacs,Jeremy** | Chief Executive Officer - Europe, Middle East and Asia-Pacific | Lehman Brothers Holdings Inc. | 12/31/2007 | 10/29/2008 |
| | | Chief Executive Officer- Europe and Asia | Lehman Brothers Holdings Inc. | 04/03/2001 | 12/31/2007 |
| | | DIRECTOR | Lehman Brothers Europe Limited | 04/05/2000 | 09/29/2008 |
| | | DIRECTOR | Lehman Brothers International (Europe) | 07/02/1998 | 09/29/2008 |
| | | DIRECTOR | The Lehman Brothers Foundation | 02/15/2001 | 09/29/2008 |
| | | DIRECTOR | The Lehman Brothers Foundation Europe | 08/31/2001 | 09/29/2008 |
| | | Managing Director | Lehman Brothers Inc. | 07/12/1996 | 10/29/2008 |
| | | Senior Vice President | Lehman Brothers Holdings Inc. | 04/17/2000 | 10/29/2008 |
| | | Supervisory Board Chairman | Lehman Brothers Bankhaus Aktiengesellschaft | 12/09/1999 | 10/29/2008 |
| | | Supervisory Board Member | Lehman Brothers Bankhaus Aktiengesellschaft | 01/29/1998 | 10/29/2008 |
| 18 | **McKeown,William** | DIRECTOR | Edibrook Corp. | 08/12/1987 | |
| | | President | Edibrook Corp. | 08/12/1987 | 10/04/2008 |
| | | DIRECTOR | LB Leasing Inc. | 09/03/1991 | |
| | | President | LB Leasing Inc. | 09/03/1991 | 10/04/2008 |
| | | DIRECTOR | Sambar Properties Inc. | 05/05/1955 | |
| | | President | Sambar Properties Inc. | 05/05/1955 | 10/04/2008 |
| | | DIRECTOR | Scranzay, Inc. | 05/05/1955 | |
| | | President | Scranzay, Inc. | 05/05/1955 | 10/04/2008 |
| | | DIRECTOR | Woodland Car Corporation | 05/05/1955 | |
| | | Vice President | Woodland Car Corporation | 05/05/1955 | 10/04/2008 |
| 20 | **Odrich,Michael** | Chair | Lehman Brothers Private Equity Advisers L.L.C. | 03/12/2001 | 02/28/2008 |
| | | Chief Executive Officer | Lehman Brothers Private Funds Investment Company LP, LLC | 03/06/2003 | 10/09/2003 |
| | | DIRECTOR | Capital Analytics GP, LLC | 10/09/2003 | |
| | | DIRECTOR | e-Valuate GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Industrial Holdings Corporation | 11/22/2005 | 09/30/2008 |
| | | DIRECTOR | Lehman Brothers Private Equity Advisers L.L.C. | 02/28/2008 | |
| | | DIRECTOR | Lehman Brothers Private Funds Investment Company GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Lehman Brothers Venture Associates 2003 LLC | 08/11/2003 | |
| | | DIRECTOR | Lehman Brothers Venture Associates Inc. | 04/06/1999 | 04/14/2009 |
| | | DIRECTOR | Lehman Brothers/Rosecliff Inc. | 11/22/2005 | |
| | | DIRECTOR | Lehman Crossroads Corporate Investors GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Lehman Crossroads Corporate Investors II GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Lehman Crossroads Investment Advisers GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Lehman Crossroads Investment Company GP, LLC | 10/09/2003 | |
| | | DIRECTOR | Real Estate Private Equity Inc. | 01/31/2005 | 09/26/2008 |
| | | DIRECTOR | Security Assurance Advisers GP, LLC | 10/09/2003 | |

**LBHI's Response to Dr. Marsoner's
Interrogatory No. 1:  Additional Titles and Directorships***

| Name | Type | Appointed To | Date First Elected | Resigned*** |
|---|---|---|---|---|
| Odrich,Michael (cont.) | DIRECTOR | The Main Office Management Company GP, LLC | 10/09/2003 | |
| | Manager | Lehman Brothers Private Funds Investment Company LP, LLC | 03/06/2003 | |
| | Managing Director | Capital Analytics GP, LLC | 10/09/2003 | |
| | Managing Director | e-Valuate GP, LLC | 10/09/2003 | |
| | Managing Director | LB I Group Inc. | 03/16/2005 | 09/26/2008 |
| | Managing Director | Lehman Brothers Co-Investment Associates L.L.C. | 10/21/2005 | |
| | Managing Director | Lehman Brothers Inc. | 04/06/1998 | |
| | Managing Director | Lehman Brothers Private Equity Advisers L.L.C. | 03/03/2006 | |
| | Managing Director | Lehman Brothers Private Funds Investment Company GP, LLC | 10/09/2003 | |
| | Managing Director | Lehman Brothers Secondary Opportunities Associates II L.L.C. | 10/18/2007 | |
| | Managing Director | Lehman Crossroads Corporate Investors GP, LLC | 10/09/2003 | |
| | Managing Director | Lehman Crossroads Corporate Investors II GP, LLC | 10/09/2003 | |
| | Managing Director | Lehman Crossroads Investment Advisers GP, LLC | 10/09/2003 | |
| | Managing Director | Lehman Crossroads Investment Company GP, LLC | 10/09/2003 | |
| | Managing Director | Real Estate Private Equity Inc. | 03/08/2006 | 09/26/2008 |
| | Managing Director | Security Assurance Advisers GP, LLC | 10/09/2003 | |
| | Managing Director | The Main Office Management Company GP, LLC | 10/09/2003 | |
| | President | Lehman Brothers P.A. LLC | 11/13/2000 | |
| | President | Lehman Brothers Private Equity Advisers L.L.C. | 03/12/2001 | 12/31/2007 |
| | President | Lehman Brothers Venture Associates 2003 LLC | 05/14/2003 | |
| | President | Lehman Brothers Venture Associates Inc. | 04/06/1999 | 04/14/2009 |
| | President | VC Partner, Inc. | 06/03/1998 | |
| | Vice President | LB I Group Inc. | 05/20/1999 | 03/16/2005 |
| | Vice President | Lehman Brothers Holdings Inc. | 12/12/2003 | 01/13/2009 |
| | Vice President | Lehman Brothers Offshore Partners Ltd. | 03/08/2005 | 09/26/2008 |
| | Vice President | Real Estate Private Equity Inc. | 01/31/2005 | 03/08/2006 |
| 21 Roggero,Marco | ALTERNATE DIRECTOR | Diogenes Investments Ltd. | 06/23/1999 | |
| | Managing Director | Lehman Brothers Inc. | 03/18/2002 | 09/18/2008 |
| | Senior Vice President | Lehman Brothers Inc. | 07/30/1993 | 03/18/2002 |
| | Vice President | Lehman Brothers Inc. | 01/15/1992 | 03/18/2002 |
| 24 Schmitz-Morkramer,Patrick | DIRECTOR | Lehman Brothers Bankhaus Aktiengesellschaft | 01/01/2008 | |
| | DIRECTOR | The Lehman Brothers Foundation Europe | 06/18/2008 | 09/26/2008 |
| | Executive Director | Lehman Brothers Inc. | 01/05/2004 | 01/03/2007 |
| | Managing Director | Lehman Brothers Inc. | 01/10/2006 | 10/14/2008 |
| | Senior Vice President | Lehman Brothers Inc. | 01/05/2004 | 01/03/2007 |
| | Vice President | Lehman Brothers Inc. | 03/18/2002 | 01/05/2004 |
| 25 Sherratt,Peter | DIRECTOR | Grace Hotels Limited | 07/28/1995 | 05/12/2008 |
| | DIRECTOR | LB Redditch No 1 Limited | 02/19/1999 | 05/12/2008 |
| | DIRECTOR | LB Redditch No. 2 Limited | 02/19/1999 | 05/12/2008 |
| | DIRECTOR | Lehman Brothers (Indonesia) Ltd. | 07/28/1995 | 10/06/2008 |
| | DIRECTOR | Lehman Brothers Europe Limited | 04/05/2000 | 10/06/2008 |
| | DIRECTOR | Lehman Brothers Global Finance Limited | 07/28/1995 | 05/12/2008 |
| | DIRECTOR | Lehman Brothers International (Europe) | 04/21/1995 | 10/06/2008 |
| | DIRECTOR | Lehman Brothers Japan Inc. | 01/01/2001 | 10/20/2008 |

**LBHI's Response to Dr. Marsoner's
Interrogatory No. 1: "Additional Titles and Directorships*"**

| Name | Type | Appointed To | Date First Elected | Resigned*** |
|---|---|---|---|---|
| Sherratt,Peter (cont.) | DIRECTOR | Lehman Brothers Limited | 07/28/1995 | 10/06/2008 |
| | DIRECTOR | Lehman Brothers Real Estate Japan Limited | 10/28/2003 | 10/17/2008 |
| | DIRECTOR | Lehman Brothers Real Estate Japan Limited - Tokyo branch | 01/01/2001 | 10/17/2008 |
| | DIRECTOR | MABLE Commercial Funding Limited | 07/28/1995 | 10/06/2008 |
| | DIRECTOR | OCI Holdings Limited | 02/03/1999 | 12/01/2005 |
| | DIRECTOR | Outlet Centres International (UK) Limited | 03/26/1999 | 08/02/2005 |
| | DIRECTOR | Outlet Centres Limited | 02/03/1999 | 05/12/2008 |
| | DIRECTOR | Platform Home Mortgage Securities No. 1 Plc | 07/28/1995 | 05/12/2008 |
| | DIRECTOR | Platform Investments | 07/28/1995 | 06/27/2005 |
| | DIRECTOR | Platform Mortgage | 07/28/1995 | 05/12/2008 |
| | DIRECTOR | Shearson Lehman Hutton Asia Inc. | 11/16/1998 | 10/20/2008 |
| | DIRECTOR | The Lehman Brothers Foundation Europe | 08/31/2001 | |
| | Supervisory Board Member | Lehman Brothers Bankhaus Aktiengesellschaft | 08/18/1999 | |
| | Vice President | Shearson Lehman Hutton Asia Inc. | 11/17/1998 | |

**NOT REQUESTED BY DR. MARSONER****

| | Name | Type | Appointed To | Date First Elected | Resigned*** |
|---|---|---|---|---|---|
| 30 | **Pignatti,Vittorio** | DIRECTOR | LB Infrastructure Europe GP Sarl | 12/3/2007 | |
| | | DIRECTOR | Lehman Brothers Asset Management Italy SGR SpA | 7/16/2008 | |
| | | DIRECTOR | Lehman Brothers International SIM SpA | 1/1/1993 | 11/30/2002 |
| | | Managing Director | Lehman Brothers Inc. | 9/1/1994 | 1/3/2007 |
| | | Managing Director & Chief Administrative Officer | Lehman Brothers Inc. | 2/17/2005 | 5/16/2009 |
| | | Managing Director & Vice Chairman | Lehman Brothers Inc. | 2/17/2005 | 1/3/2007 |
| | | Vice Chairman Of The Board | Lehman Brothers Inc. | 2/17/2005 | 5/16/2009 |
| 31 | **Magnoni,Ruggero** | Branch Manager | Lehman Brothers Europe Limited - Milan Branch | 6/15/2005 | 10/14/2008 |
| | | Branch Manager | Lehman Brothers International (Europe) - Italian Branch | 01/01/1754 | 7/24/2007 |
| | | DIRECTOR | Lehman Brothers Europe Limited | 4/5/2000 | 10/22/2008 |
| | | DIRECTOR | Lehman Brothers International (Europe) | 6/3/1999 | 10/22/2008 |
| | | DIRECTOR | Lehman Brothers International SIM SpA | 1/1/1993 | 11/30/2002 |
| | | DIRECTOR | The Lehman Brothers Foundation Europe | 1/25/2006 | |
| | | Managing Director | Lehman Brothers Inc. | 2/2/1987 | 1/3/2007 |
| | | Managing Director & Chief Administrative Officer | Lehman Brothers Inc. | 6/3/1999 | 10/14/2008 |
| | | Managing Director & Vice Chairman | Lehman Brothers Inc. | 6/3/1999 | 1/3/2007 |
| | | Vice Chairman | Lehman Brothers Inc. | 6/3/1999 | 1/3/2007 |
| | | Vice Chairman Of The Board | Lehman Brothers Inc. | 6/3/1999 | 10/14/2008 |
| | | Vice-Chairman | Lehman Brothers International (Europe) | 6/3/1999 | 10/14/2008 |

* This chart is a product of LBHI's reasonable efforts to provide Dr. Marsoner the information he requested in Interrogatory No. 1, as modified in the letter from Shane Johnson to Maurice Horwitz, dated September 10, 2015.  The information contained herein reflects the data previously maintained in Lehman's Global Entity Management System (GEMS).

** Although Dr. Marsoner did not request the same information regarding Messrs. Pignatti and Magnoni, LBHI has provided the information because Dr. Marsoner identified them as witnesses.