# Exhibit K

Confidential

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SETID | VENDOR_ID | VENDOR_NAME_SHORT | VNDR_NAME_SHRT_USR | VNDR_NAME_SEQ_NUM | NAME1 | NAME2 | VENDOR_STATUS | VENDOR_CLASS |
| 2 | SHARE | 0000022959 | THOMASMARS-001 | THOMASMARS | 1 | THOMAS MARSONER | | R | |
| 3 | SHARE | 0000022961 | THOMASMARS-002 | THOMASMARS | 2 | THOMAS MARSONER | | R | |
| 4 | SHARE | 0000022965 | THOMASMARS-003 | THOMASMARS | 3 | THOMAS MARSONER | A | R | |
| 5 | SHARE | 0000022965 | THOMASMARS-003 | THOMASMARS | 3 | THOMAS MARSONER | A | R | |

LEH_0000921

Confidential

| | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 1 | VENDOR_PERSISTENCE | REMIT_ADDR_SEQ_NUM | PRIM_ADDR_SEQ_NUM | ADDR_SEQ_NUM_ORDR | REMIT_SETID | REMIT_VENDOR | CORPORATE_SETID |
| 2 | R | 1 | 1 | 1 | SHARE | 0000022959 | SHARE |
| 3 | R | 1 | 1 | 1 | SHARE | 0000022961 | SHARE |
| 4 | R | 2 | 2 | 1 | SHARE | 0000022965 | SHARE |
| 5 | R | 2 | 2 | 1 | SHARE | 0000022965 | SHARE |

LEH_0000922

Confidential

| | Q | R | S | T | U | V | W | X | Y | Z | AA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | CORPORATE_VENDOR | CUST_SETID | CUST_ID | ENTERED_BY | AR_NUM | OLD_VENDOR_ID | WTHD_SW | VAT_SW | VNDR_STATUS_PO | REMIT_LOC | DEFAULT_LOC |
| 1 | 000022959 | SHARE | | 10251406 | | | N | Y | Y | GBRUSD0001 | GBRUSD0001 |
| 2 | 000022961 | SHARE | | 10227089 | | | N | Y | Y | GBREUR0001 | GBREUR0001 |
| 3 | 000022965 | SHARE | | 93001680 | | | N | Y | Y | GBRGBP0001 | GBRGBP0001 |
| 4 | 000022965 | SHARE | | 93001680 | | | N | Y | Y | GBRGBP0001 | GBRGBP0001 |
| 5 | | | | | | | | | | | |

LEH_0000923

Confidential

| | AB | AC | AD | AE | AF | AG | AH | AI | AJ | AK |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAME1_AC | NAME2_AC | PRIMARY_VENDOR | LAST_ACTIVITY_DT | WITHHOLD_LOC | IN_PROCESS_FLG | PROCESS_INSTANCE | HUB_ZONE | EEO_CERTIF_DT | HRMS_CLASS |
| 2 | | | 000022959 | 28-MAR-08 | | N | 0 | | | |
| 3 | | | 000022961 | 05-APR-06 | | N | 0 | | | |
| 4 | | | 000022965 | 18-AUG-08 | | N | 0 | | | |
| 5 | | | 000022965 | 18-AUG-08 | | N | 0 | | | |

LEH_0000924

Confidential

| | AL | AM | AN | AO | AP | AQ | AR | AS | AT |
|---|---|---|---|---|---|---|---|---|---|
| | INTERUNIT_VNDR_FLG | VNDR_AFFILIATE | BUSINESS_UNIT | VNDR_TIN | ARCHIVED_BY | CREATED_DTTM | CREATED_BY_USER | LAST_MODIFIED_DATE | VNDR_CCR_STATUS |
| 1 | N | | | | | 01-JUL-05 | sramanku | 28-MAR-08 | X |
| 2 | N | | | | | 01-JUL-05 | sramanku | 03-JUL-06 | X |
| 3 | N | | | | | 01-JUL-05 | sramanku | 31-MAR-08 | X |
| 4 | N | | | | | 01-JUL-05 | sramanku | 31-MAR-08 | X |
| 5 | N | | | | | 01-JUL-05 | sramanku | 31-MAR-08 | X |

LEH_0000925

Confidential

| | AU | AV | AW | AX | AY | AZ | BA | BB | BC | BD |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SETID_1 | VENDOR_ID_1 | ADDRESS_SEQ_NUM | EFFDT | EFF_STATUS | NAME1_1 | NAME2_1 | EMAILID | COUNTRY | ADDRESS1 |
| 2 | SHARE | 000022959 | 1 | 01-JUL-05 | A | | | | ITA | CASA CARPIONE |
| 3 | SHARE | 000022961 | 1 | 01-JUL-05 | A | | | | MLT | CASA ANDREAS, 16 TRIG SANT' ANDRRIJA |
| 4 | SHARE | 000022965 | 1 | 01-JUL-05 | A | | | | MLT | CASA ANDREAS |
| 5 | SHARE | 000022965 | 2 | 03-JUL-05 | A | | | | MEX | CASA PELICANOS |

LEH_0000926

Confidential

LEH_0000927

| | BE | BF | BG | BH | BI | BJ | BK | BL | BM | BN | BO | BP | BQ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | NUM1 | NUM2 | HOUSE_TYPE | ADDR_FIELD1 | ADDR_FIELD2 | ADDR_FIELD3 | COUNTY | STATE | POSTAL |
| 1 | | | | | | | | | | | | | |
| 2 | PARCO SAN GIACOMO | | | GARGNANO | | | | | | | | | 25084 |
| 3 | | | | LIJA | | | | | | | | | BLZ10 |
| 4 | 16 TRIQ SANT' ANDRIJA | | | LIJA | | | | | | | | | BLZ10 |
| 5 | | | | COSTA CAREYES | | | | | | | | | |

Confidential

LEH_0000928

| | BR | BS | BT | BU |
|---|---|---|---|---|
| 1 | GEO_CODE | IN_CITY_LIMIT | NAME1_WTHD | NAME2_WTHD |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |