# Exhibit L

*Thomas Marsoner*
*Casa Andreas*
*16 Triq Sant' Andrija*
*Lija, BLZ 10*
*Malta*

May 21st, 2007

Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

**Invoice nr 5/2007**

| | |
|---|---|
| Expenses incurred by consultant on behalf of Lehman Brothers Europe Limited – from 4 March 2006 to 27 April 2007 | £18,081.25 |
| | |
| Total | £18,081.25 |

**Please transfer the amount due to my GBP account with Barclays Bank PLC (Jersey Business Centre, P.O. Box 8, 13 Library Place, St. Helier, Jersey, Channel Islands JE4 8NE), nr. 10205982, Sort Code 20-44-90**

LEH_0000503

| Your Ref # | 2 |
|---|---|

# CORE SHEET FOR T&Es

| Banker Name | Thomas Marsoner |
|---|---|

| | Expense Dates: | From | To |
|---|---|---|---|
| Currency GBP ☑ USD ☐ € ☐   ☐   ☐   ☐ | | 04/03/2006 | 27/04/2007 |
| Total of Expenses | | 18081.25 | |

Note: A Core and Project number *must* be included. If pitching, please indicate in comments.

| Core Number | Amount | Cost Code | P&L | Comments |
|---|---|---|---|---|
| 108931.054 | 5387.21 | 8 | 82753 | |
| 129009.001 | 102.25 | 12 | 82753 | |
| 108931.054 | 1503.73 | 12 | 82753 | |
| 108931.054 | 2594.00 | 87 | 82753 | |
| 108931.054 | 2435.08 | 72 | 82753 | |
| 126019.001 | 1104.73 | 72 | 82753 | |
| IB833.000 | 530.69 | 72 | 82753 | |
| 108931.054 | 243.36 | 16 | 82753 | |
| 108931.054 | 3762.18 | 31 | 82753 | |
| 126019.001 | 418.02 | 31 | 82753 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | New Cost Code Types | | Ensure the totals on the right correspond with the totals on the |
|---|---|---|---|
| 08 | Travel: Airfaire/Train | 5387.21 | T&E Summary. For easy comparison only one total is shown |
| 12 | Hotel | 1605.98 | for Entertainment. |
| 87 | Taxis | 2594.00 | |
| 16 | Late Meals / Meals whilst travelling | 243.36 | |
| 72 | Entertainment: Client | 4070.50 | |
| 88 | Entertainment: Internal | | |
| 31 | Telephone | 4180.20 | |
| 13 | Other incl. Forex | | |

**If you have any problems please contact Heather Moos x2141**
**Out of Policy expenditure needs approval from Elizabeth Stanton x2788**

Confidential

# LEHMAN BROTHERS

## EXPENSE REIMBURSEMENT FOR TRAVEL & ENTERTAINMENT

Exhibit L

---

### TRAVELLER & CHARGE DETAILS

| Period for Expense Incurred (1) | Traveller Name (2) | | Employee No. as per Payslip (3) | Corporate Title (Select One)(4): Director / Executive Director / Managing Director / Note |
|---|---|---|---|---|
| 4/3/06 - 27/4/07 | THOMAS PEARSON | | | |

| Division (5) ADM CAD CES CIR ECM EQA EQU EXEC FID FIN GLG IBD ITD OCS PCS PEQ RMC SHR | Traveller Department P&L (6) | Dept P&L to Charge (if different) (7) | Lehman Invoice Account Used? | Contact Name & No. for Queries (9) |
|---|---|---|---|---|
| | 82753 | | YES    NO | ROBERTA PASQUINO #91746 |

---

### REASONS for Expense (10)

| | Tick Below |
|---|---|
| General External (Non-Lehman) | ✓ |
| General Internal (Visiting Lehman Office) | |
| T&E Related to Corporate Event or Roadshow | Event Core Code |
| Recruiting Costs | |
| Relocation (requires HR approval) | |
| Training Costs (to be reviewed by HR) | |
| Late/Weekend Working | |
| ER Related? | ER Number? |
| Other (Specify) | |

### CLIENT ALLOCATION (for use by divisions, if required) (11)

| Client Names | Ref No. | % | £ |
|---|---|---|---|
| 108931 054 CERBERUS | | | 15925.56 |
| EVN | R90001 | | 1625. |
| IB 833 | | | 530.69 |
| | | | |
| | | | |
| Lehman Internal | | | |
| Not Attributable | | | |
| GRAND TOTAL (as below) | | 100% | 18081.25 |

---

### List RECEIPTS NOT attached (12)

| | £ Amount |
|---|---|
| Total Non-Receipted Amount £ | |

### CURRENCY Details

| Original Currencies (13) | Exchange Rate (as shown on cash advance) (14) | |
|---|---|---|
| € | 1.46 | = £1.00 |
| | | = £1.00 |

---

### BUSINESS JUSTIFICATION

| Travel Req No. (15) | Tick Here if Expense / Trip will be fully reimbursed by client | Business Justification, if required (16) |
|---|---|---|
| | | Client related |

---

### SUMMARY OF REQUESTED REIMBURSEMENT IN £ (DETAILS OVERLEAF) (17)

| Grand Total (exc VAT) | | Total VAT | | | GRAND TOTAL, £ 18,081.25 |
|---|---|---|---|---|---|

| Travel (Box A) | Hotel (Box B) | Taxis (Box C) | Meal Allow (D1+D2) | Entertaining (Box E) | Telephone (Box F) | Other (Box G) |
|---|---|---|---|---|---|---|
| 5387.21 | 1605.98 | 2594 | 243.36 | 4070.5 | 4180.20 | |

---

### AUTHORISATION (18)

| TRAVELLER SIGNATURE | Date 21/5/07 | MANAGER SIGNATURE & Date | PRINT NAME |
|---|---|---|---|
| FORM COMPLETED BY SIGNATURE & NAME   ROBERTA PASQUINO | Date 21/5/07 | Authorisation to OVERRIDE Policy (if required) & Date | |

---

### T&E AUDIT DEPARTMENT USE ONLY

| Authorisation Checked | Walker No. | Calc | Batch No. | Internal Ref |
|---|---|---|---|---|
| | | | | |

---

Confidential

| Dates of Travel (19) | Routing (incl Lehman Office Visited) (20) | | Internal Internal (21) | Air Cost (22) | Train Cost (22) | Total Travel Cost |
|---|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | | |
| | | Totals in £ | | | | 3387.21 |

**B Hotel / Accommodation Charges**

| Hotel Name | Ext. / Int. (23) | No. of Nights | 63010-00080/170 Total Room Charges incl Tax (24) | 63015-00080 Meal Allowance incl Minibar (25) | 61010-00026 Phone Usage (26) | 63010-00162 Other Hotel Charges (27) | Total Hotel Bill |
|---|---|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | Totals in £ | | | | | | 1605.98 |
| | VAT | | | | | | |
| | NET | | | | | | |

**C Taxis / Car Rental**

| Date (28) | Country where Expense Incurred | 63020-00058 Business Related Taxis | 63020-00074 Late Working Taxis | 63020-00074 Weekend Taxis | 63010-00100 Car Rental (29) | Total Taxi/Car Rental Cost |
|---|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Totals in £ | | | | | 2554 |
| | VAT | | | | | |
| | NET | | | | | |

**D1 Meal Allowance - Whilst Travelling**

| Date | Breakfast (30) | Lunch (30) | Dinner (30) | 63015-00080 Total Per Diem |
|---|---|---|---|---|
| SEE ATTACHMENT | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals in £ | | | | 243.30 |
| VAT | | | | |
| NET | | | | |

**D2 Meals - Late/Weekend Work (31)**

| Date | | 63030-00012 Late / WE Work Totals |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| D1 | | |
| VAT | | |
| NET | | |

**E Entertaining**

| Date | Name of Place of Entertaining (32) | No. Lehman Attendees (33) | No. Non-Lehman Attendees (33) | Names of Attendees and Companies represented. (34) | 63015-00108/120/021 Entertainment Cost (35) |
|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | |
| | | | | | |
| | | | | | |
| | Totals | | | Totals in £ | 4070.50 |
| | | | | VAT | |
| | | | | NET | |

**F Telephone**

| Billing Period (36) | 61010-00122 Mobile Phone Bills (37) | 61010-00026 Phonecard & Other Bus. Use (excl Hotel) (38) | 61010-00022 Private Home Phone Bill (39) | Total Telephone |
|---|---|---|---|---|
| SEE ATTACHMENT | | | | |
| | | | | |
| | | | | |
| Totals in £ | | | | 480.20 |
| VAT | | | | |
| NET | | | | |

**G Other Expenses**

| Describe (40) | DBS TBD Total Cost - Other |
|---|---|
| | |
| | |
| | |
| Totals in £ | |
| G | |
| VAT | |
| NET | |

FORMEXP1.xls

LEH_0000506

Travel (Air / Train)

A Travel

| Dates of Travel (19) | Routing (Incl Lehman Office Visited) (20) | External/Internal (21) | Air Cost (22) | Train Cost (22) | Total Travel Cost | Currency | Exchange Rate (x.xx = £1.00) | Air - £ value | Train - £ value | Total - £ value |
|---|---|---|---|---|---|---|---|---|---|---|
| 28-Dec-06 | Vienna-London (108931.54/82753) | External | 437.29 | | 437.29 | Eur | 1.46 | 299.51 | 0.00 | 299.51 |
| 19-20/01/07 | London-Vienna-London (108931.54/82753) | External | 456.80 | | 456.80 | GBP | 1.00 | 456.80 | 0.00 | 456.80 |
| 25-Feb-07 | London-Innsbruck (108931.54/82753) | External | 391.10 | | 391.10 | GBP | 1.00 | 391.10 | 0.00 | 391.10 |
| 29-31/1/07 | Innsbruck-Vienna-London (108931.54/82753) | External | 289.70 | | 289.70 | GBP | 1.00 | 289.70 | 0.00 | 289.70 |
| 08-Jan-07 | London-Innsbruck (108931.54/82753) - Veronika Marsoner (1) | External | 248.00 | | 248.00 | GBP | 1.00 | 248.00 | 0.00 | 248.00 |
| 9/07 | London-Vienna-Innsbruck (108931.54/82753) | External | 314.50 | | 314.50 | GBP | 1.00 | 314.50 | 0.00 | 314.50 |
| 1-Feb-07 | Innsbruck-London (108931.54/82753) | External | 334.10 | | 334.10 | GBP | 1.00 | 334.10 | 0.00 | 334.10 |
| 6-Feb-07 | London-Innsbruck (108931.54/82753) | External | 401.10 | | 401.10 | GBP | 1.00 | 401.10 | 0.00 | 401.10 |
| 3-Mar-07 | London-Vienna (108931.54/82753) | External | 655.00 | | 655.00 | GBP | 1.00 | 655.00 | 0.00 | 655.00 |
| 8-Mar-07 | London-Vienna (108931.54/82753) | External | 451.40 | | 451.40 | GBP | 1.00 | 451.40 | 0.00 | 451.40 |
| 25-Apr-07 | London-Vienna (108931.54/82753) | External | 485.40 | | 485.40 | GBP | 1.00 | 485.40 | 0.00 | 485.40 |
| 1?-Apr-07 | Innsbruck-Vienna-London (108931.54/82753) | External | 169.40 | | 169.40 | GBP | 1.00 | 169.40 | 0.00 | 169.40 |
| 2?-Apr-07 | Vienna-Innsbruck (108931.54/82753) | External | 185.40 | | 185.40 | GBP | 1.00 | 185.40 | 0.00 | 185.40 |
| ?4-Apr-07 | Innsbruck-London (108931.54/82753) | External | 344.60 | | 344.60 | GBP | 1.00 | 344.60 | 0.00 | 344.60 |
| ?8-Feb-07 | Vienna-London (108931.54/82753) | External | 361.20 | | 361.20 | GBP | 1.00 | 361.20 | 0.00 | 361.20 |
| | Totals in £ | | 5,387.21 | 0.00 | 5,387.21 | | | 5,387.21 | 0.00 | 5,387.21 |

LEH_0000507

**Passenger Receipt**

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

PASSENGER COUPON

ETKT

ISSUED BY

Austrian ✈

DATE OF ISSUE
08DEC06

ISSUING OFFICE CODE
06490245

ISO
AT

FF.NBR.222011593666992

6

ISS. AGENT ID.
125876

PLACE OF ISSUE
VIENNA

NAME OF PASSENGER
MARSONER/THOMAS MR

VIE03

FARE BASIS

NAME OF PASSENGER (NOT TRANSFERABLE)
MARSONER/THOMAS MR

**NOT VALID FOR**
**TRANSPORTATION**

CARRIER/FLIGHT    CLASS/DATE    TIME    NOT VALID BEFORE  NOT VALID AFTER

**RETAIN THIS RECEIPT THROUGHOUT YOUR JOURNEY**
REVALIDATION
**BITTE WAEHREND/NACH DER REISE ALS BELEG AUFBEWAHREN**
ENDORSEMENTS/RESTRICTIONS

FROM
VIENNA
OS 457  D 08DEC 1950 2125 OK
OPERATED BY
LONDON       LHR
DR10S

FF 222011593666992
ORIGINAL ISSUE

ISSUED IN EXCHANGE FOR

CONJ. TKT. NO.
3Y3VMP/1A

CARRIER/FLIGHT      CLASS/DATE       TIME

FARE CALCULATION
VIE OS LON458.74NUC458.74END ROE0.782562

GATE      BOARD. TIME      SEAT           SMOKE

FARE
EUR359.00
TAX/FEE/CHARGE
EUR20.00YQ
TAX/FEE/CHARGE
EUR15.29ZY
TAX/FEE/CHARGE
EUR8.0AT
TOTAL
EUR402.29

EQUIV. FARE PAID

ADDITIONAL SEAT    INFORMATION

FORM OF PAYMENT
AXXXXXXXXXXX2008

POS CK.WT.  UNCK.WT.

SEQ. NO. ALLOW  POS  CK.WT.  UNCK.WT.

POS CK.WT.  SEQ.NO. POS  CK.WT.  UNCK.WS

PASSENGER RECEIPT

2571028150937 2    0 257 2111815907 4

BAGGAGE ID NO.
NOT VALID FOR TRAVEL
DOCUMENT NUMBER
0 257 2111815907 4   OK

DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE



AUSTRIAN AIRLINES
257 2111815907

Dokumentennummer/Ticketnummer
Ergaenzungsblatt/Supplement PASSENGER RECEIPT

Austrian Airlines verrechnen fuer Leistungen im Zusammenhang mit der Ticketausstellung
Bearbeitungsentgelte. Details zur Hoehe der Entgelte entnehmen Sie bitte den Aushaengen in
den Ticketbueros sowie der austrian Airlines Homepage www.austrian.com
Austrian Airlines is charging processing fees for services in connection with ticket issue.
For further information concerning the applicable amount please refer to notice boards at
Austrian Airlines ticket offices and Austrian Airlines Homepage www.austrian.com

Rechnungsbetrag/Amount laut/acc PASSENGER RECEIPT        402.29EUR
Bearbeitungsentgelt/Charge                                35.00EUR
Mwst/VAT Bearbeitungsentgelt/Charge 0%/10.00%              0.00EUR
Summe/Total                                              437.29EUR



IHRE FLUGREISE
YOUR ITINERARY
SEITE/PAGE 1 VON/OF 1

NAME
MARSONER/THOMAS MR
PNR-CODE
1A/3Y3VMP
FLUGPREIS/FARE
EUR 402.29
**ETIX**

FF.NBR. 222011593666992
TICKET 257 2111 815 907

| DATUM DATE | ABFLUG DEPARTURE | VON FROM | TER- MINAL | CHECKIN STOP | NACH TO | ANKUNFT ARRIVAL | FLUG FLIGHT | STOPS | SITZ SEAT | GEPAECK BAGGAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08DEC | 1950 | VIENNA | | 1920 | LONDON | LHR 2125 | OS 457 | 0 | | 30K |

AUSTRIAN AIRLINES       ERSTELLT VON/ISSUED BY VIE03       DATUM/DATE  08 DEC 06

VISIT OUR WEBSITE - WWW.AUSTRIAN.COM

# HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT

**INVOICE**

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 28 FEB 07 | 1 | 6231811 |

```
:C/O LEHMAN BROTHERS
 12 BROADGATE
 LONDON
 EC2M 7HA
```

```
19 JAN 07 - FRIDAY
   AUSTRIAN AIRLINES              FLT: 458      D
   LV LHR LONDON-HEATHROW         0615A         EQP: 320
   AR VIE VIENNA                  0935A

20 JAN 07 - SATURDAY
   AUSTRIAN AIRLINES              FLT: 453      D
   LV VIE VIENNA                  1020A         EQP: F70
   AR LHR LONDON-HEATHROW         1205P

13 DEC 07 - THURSDAY
   PNR RETENTION DATE
   LONDON
```

```
   OS6942354617                 MARSONER/THOMAS MR        456.80
                                VAT - Zero Rated            0.00

                          TOTAL GOODS / SERVICES          456.80
                          TOTAL VAT - Zero Rated            0.00

                                  INVOICE TOTAL           456.80
                       AMERICAN EXPRESS ****2006         -456.80

                                  AMOUNT DUE               0.00
```

```
82753
392,A,392
D
559,559,740,K
E
10000000-MDX
116794.2
AX379109097892006#11/08
BRGGDW
```

**Hillgate Travel (London) PLC**                    **VAT No: GB 672 0149 51**

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
34354697

Confidential

LEH_0000509

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

*INVOICE*

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

```
        C/O LEHMAN BROTHERS              DATE: 29 JAN 07
        12 BROADGATE                     PAGE: 01
        LONDON                           CONSULTANT: Y8
        EC2M 7HA                         RECORD LOCATOR: BSBHXD
                                         CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6226856 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753


25 JANUARY 07 - THURSDAY

```
                                        CONFIRMED
BRITISH AIRWAYS              FLIGHT NO: BA6790    CLUB EXC IN UK
LONDON GATWICK-INNSBRUCK OPERATED BY GB AIRWAYS LTD
DEPART: LONDON GATWICK      AT: 0800         MEAL SERVED: MEALS
DEPART: NORTH TERMINAL                       01HR 55MIN
ARRIVE: INNSBRUCK           AT: 1055
                            NON-STOP             REF: Y3C3VC
        MARSONER/THOMAS                     BA-73246430

AIRLINE TICKET BA6942415966    PSGR MARSONER THOMAS MR
ELEC TKT                       BILLED TO AXXXXXXXXXXXX2006      391.10*
                               0.00 PCT V.A.T.                   0.00
                                                            ---------------
                               SUB TOTAL                       391.10
                               TOTAL V.A.T.                       0.00
                               NET CC BILLING                  391.10*
                                                            ---------------
                               TOTAL AMOUNT DUE                  0.00

FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*                    *VAT No: GB 672 0149 51*

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: Y8
RECORD LOCATOR: BSBHXD
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226856 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

```
PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
..........................................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
..........................................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-363,363,363,K
U4-E
U5-10000000-MDX
U6-126019.001
U8-BSBHXD
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED
```

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

*INVOICE*

**NO PAYMENT IS REQUIRED**
**CHARGED TO CREDIT CARD**

```
C/O LEHMAN BROTHERS              DATE: 29 JAN 07
12 BROADGATE                     PAGE: 01
LONDON                           CONSULTANT: Y8
EC2M 7HA                         RECORD LOCATOR: BSBHXD
                                 CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6226858 PREPARED FOR: MARSONER/THOMAS MR    MDX-82753


29 JANUARY 07 - MONDAY

```
                                      CONFIRMED
AUSTRIAN                 FLIGHT NO: OS914    BUSINESS
INNSBRUCK-VIENNA OPERATED BY TYROLEAN AIRWAYS
DEPART: INNSBRUCK        AT: 0635          MEAL SERVED: BREAKFAST
                                           01HR 05MIN
ARRIVE: VIENNA           AT: 0740          AIRCRAFT: DH4            NON-S
        MARSONER/THOMAS            LH-222011593666
```

31 JANUARY 07 - WEDNESDAY

```
                                      CONFIRMED
AUSTRIAN                 FLIGHT NO: OS455    BUSINESS
DEPART: VIENNA           AT: 1715          MEAL SERVED: MEALS
                                           02HR 25MIN
ARRIVE: LONDON HEATHROW  AT: 1840          AIRCRAFT: AIRBUS A320
                         ARRIVE: TERMINAL 2
                         NON-STOP          REF: Y3C3VC
        MARSONER/THOMAS            LH-222011593666
```

```
AIRLINE TICKET OS6942415968    PSGR MARSONER THOMAS MR
ELEC TKT                       BILLED TO AXXXXXXXXXXXX2006       289.70*
                               0.00 PCT V.A.T.                    0.00
                                                               ----------------
                               SUB TOTAL                         289.70
                               TOTAL V.A.T.                        0.00
                               NET CC BILLING                    289.70*
                                                               ----------------
                               TOTAL AMOUNT DUE                    0.00
```

```
FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: Y8
RECORD LOCATOR: BSBHXD
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226858 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
...................................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
...................................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-235,235,235,K
U4-E
U5-10000000-MDX
U6-126019.001
U8-BSBHXD
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*                    *VAT No: GB 672 0149 51*

Confidential                                                                 LEH_0000513

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

```
DATE: 29 JAN 07
PAGE: 01
CONSULTANT: R3
RECORD LOCATOR: GOHZSW
CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6226857 PREPARED FOR: MARSONER/VERONIKA MRSMDX-82753

28 JANUARY 07 - SUNDAY

```
                                        CONFIRMED
BRITISH AIRWAYS          FLIGHT NO: BA6791   ECONOMY
INNSBRUCK-LONDON GATWICK OPERATED BY GB AIRWAYS LTD
DEPART: INNSBRUCK        AT: 1100           MEAL SERVED: MEALS
                                           02HR 00MIN
ARRIVE: LONDON GATWICK   AT: 1200          AIRCRAFT: AIRBUS A320
                         ARRIVE: NORTH TERMINAL
                         NON-STOP           REF: ZC4LLW
        MARSONER/VERONI SEAT-9C
```

```
AIRLINE TICKET BA6942415967     PSGR MARSONER VERONIKA MR
ELEC TKT                        BILLED TO AXXXXXXXXXXXX2006          248.00*
                                0.00 PCT V.A.T.                       0.00
                                                              ---------------
                                SUB TOTAL                          248.00
                                TOTAL V.A.T.                         0.00
                                NET CC BILLING                     248.00*
                                                              ---------------
                                TOTAL AMOUNT DUE                     0.00
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

**ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated**
**Terms: Payable on Receipt of Monthly Statement please.**

*VAT No: GB 672 0149 51*

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: R3
RECORD LOCATOR: GOHZSW
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226857 PREPARED FOR: MARSONER/VERONIKA MRSMDX-82753


PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL.PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
.............................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
.............................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-223,223,223,K
U4-E
U5-10000000-MDX
U6-116794.002
U8-GOHZSW
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

*INVOICE*

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

```
DATE: 08 FEB 07
PAGE: 01
CONSULTANT: R9
RECORD LOCATOR: IGQBCC
CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6229046 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

08 FEBRUARY 07 - THURSDAY

```
                                   CONFIRMED
AUSTRIAN                FLIGHT NO: OS456  BUSINESS
DEPART: LONDON HEATHROW AT: 1930          MEAL SERVED: MEALS
DEPART: TERMINAL 2                        02HR 10MIN
ARRIVE: VIENNA          AT: 2240          AIRCRAFT: AIRBUS A320
                        NON-STOP          REF: YLATQW
        MARSONER/THOMAS         LH-222011593666
```

09 FEBRUARY 07 - FRIDAY

```
                                   CONFIRMED
AUSTRIAN                FLIGHT NO: OS913  BUSINESS
VIENNA-INNSBRUCK OPERATED BY TYROLEAN AIRWAYS
DEPART: VIENNA          AT: 2105          MEAL SERVED: MEALS
                                          01HR 00MIN
ARRIVE: INNSBRUCK       AT: 2205          AIRCRAFT: FOKKER 100
                        NON-STOP          REF: YLATQW
        MARSONER/THOMAS         LH-222011593666
```

```
AIRLINE TICKET OS6942618935    PSGR MARSONER THOMAS MR
ELEC TKT                       BILLED TO AXXXXXXXXXXXX2006          314.50*
                               0.00 PCT V.A.T.                       0.00
                                                                 ---------------
                               SUB TOTAL                           314.50
                               TOTAL V.A.T.                          0.00
                               NET CC BILLING                      314.50*
                                                                 ---------------
                               TOTAL AMOUNT DUE                      0.00
```

FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA T 020 7753 8811 F 020 7753 8818 E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 08 FEB 07
PAGE: 02
CONSULTANT: R9
RECORD LOCATOR: IGQBCC
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6229046 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
..................................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
..................................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

CONTINUED ON PAGE 3

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

*VAT No: GB 672 0149 51*

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 08 FEB 07
PAGE: 01
CONSULTANT: R9
RECORD LOCATOR: IGQBCC
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6229047 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753


11 FEBRUARY 07 - SUNDAY

```
                                    CONFIRMED
BRITISH AIRWAYS          FLIGHT NO: BA6791    CLUB EXC IN UK
INNSBRUCK-LONDON GATWICK OPERATED BY GB AIRWAYS LTD
DEPART: INNSBRUCK        AT: 1100            MEAL SERVED: MEALS
                                             02HR 00MIN
ARRIVE: LONDON GATWICK   AT: 1200            AIRCRAFT: AIRBUS A321
                         ARRIVE: NORTH TERMINAL
                         NON-STOP             REF: YLATQW
        MARSONER/THOMAS SEAT-2C       BA-73246430
```

```
AIRLINE TICKET BA6942618936     PSGR MARSONER THOMAS MR
ELEC TKT                  BILLED TO AXXXXXXXXXXXX2006         334.20*
                          0.00 PCT V.A.T.                      0.00
                                                       ---------------
                          SUB TOTAL                          334.20
                          TOTAL V.A.T.                          0.00
                          NET CC BILLING                     334.20*
                                                       ---------------
                          TOTAL AMOUNT DUE                      0.00
```

FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

LEH_0000518

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Jaime Aranda [Jaime.Aranda@hillgatetravel.com] |
| **Sent:** | 09 February 2007 10:24 |
| **To:** | Pasquino, Roberta |
| **Subject:** | *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** - MARSONER/THOMAS MR Hillgate Ref: IGQBCC Departure Date: 08-FEB-2007 |

## HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT
# ITINERARY

** Please note this will be issued as an e-ticket **
Itinerary booking details on Friday 09-Feb 10:16

| | |
|---|---|
| Itinerary Information for: | **MARSONER/THOMAS MR*MDX-** |
| Hillgate Reference: | **IGQBCC** |
| P&L: | **82753** |
| Invoice To: | |
| Client Ref: | **116794.002** |
| Tickets will be issued on: | |
| Your Reference: | **Booked By: 02071021746-SEC ROBERTA PASQUINO/JASON** |

 Flights

**Thursday, 8-Feb-2007  Austrian OS456**

| | | | |
|---|---|---|---|
| From: | **London Heathrow** | Depart: | **Thursday, 8-Feb-2007 1930** |
| Terminal: | DEPART: TERMINAL 2 | | |
| To: | **Vienna** | Arrive: | **2240** |
| Terminal: | | | |
| Class: | BUSINESS | Seat: | ** |
| Status: | Confirmed | Airline/E-Ticket Ref: | YLATQW /E |

**Saturday, 10-Feb-2007  Austrian OS915**

| | | | |
|---|---|---|---|
| From: | **Vienna** | Depart: | **Saturday, 10-Feb-2007 0650** |
| Terminal: | | | |
| To: | **Innsbruck** | Arrive: | **0755** |
| Terminal: | | | |
| Class: | BUSINESS | Seat: | ** |
| Status: | Confirmed | Airline/E-Ticket Ref: | YLATQW /E |

**Tuesday, 13-Feb-2007  BRITISH AIRWAYS BA6791**

| | | | |
|---|---|---|---|
| From: | **Innsbruck** | Depart: | **Tuesday, 13-Feb-2007 1145** |
| Terminal: | | | |
| To: | **London Gatwick** | Arrive: | **1240** |
| Terminal: | ARRIVAL: NORTH TERMINAL | | |

Confidential
LEH_0000519

| Class: | BUSINESS | | Seat: | 2D |
|---|---|---|---|---|
| Status: | Confirmed | | Airline/E-Ticket Ref: | YLATQW /E |

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

## Important:

**Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.**

### General Comments:

**Remarks:**

PDQ.LEHM70

Not Req

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

### Limo Details:

No Limo details

Fares are not guaranteed until ticketed and are subject to change

### Travel Documents:

Please ensure you have a valid passport and visa, if necessary, for our trip. Hillgate recommend a minimum passport validity of 6 months and a minimum of 3 blank pages. Please contact your dedicated team for further information. For UK domestic flights, passengers (over the age of 11) must present a form of photo identification, a passport, photo driving licence, national ID card, airport ID (issued by a recognised Airport, Airport Authority or Airline) or services photo ID (Army, Police etc) will be accepted. The exception to this is for those passengers who are over 11 and under 16 who are named on an adults passport with whom they are travelling.

### Advanced Passenger Information (APIS) Rulings:

### Passport Info:

All airlines carrying passengers to the USA now require full passport details prior to departure. British Airways not only require full passport details for travel to the USA but also Canada, Mexico, China (except Hong Kong) and certain destinations to and from the UK. Please revert to appropriate airline website for further details. USA Country of residence / destination address information US Government legislation now requires all passengers entering the USA to provide details of their country of residence. All non-US citizens will also be required to provide a destination address, or details of their Alien Resident number (Green Card). This applies to all carriers flying to the USA. Please revert to appropriate airline website for further details.

### Itinerary Remarks:

The check-in time for airlines is a minimum of 60 minutes for domestic or European flights and a minimum of two hours for long-haul flights. Checked baggage allowance is normally 20kg for economy class and 30 kg for business class passengers. Please check with your dedicated team for specific information for your flights.

### E-TICKET:

An electronic ticket will be arranged for your reservation detailed above. Please print this itinerary/confirmation and take it with you to the airport. Failure to do so may result in the airline refusing to allocate your boarding pass. For further assistance please contact your dedicated team. Airlines reserve the right to cancel any duplicate booking(s) without reference to ourselves and without any prior warning. Please note that airlines reserve the right to cancel your complete itinerary if you no show for a flight. As a result, please make sure you cancel any unwanted itinerary segments prior to the departure date/time.

### Travel Safety:

Before you travel, you are strongly advised to check travel advice for your destination at http://www.fco.gov.uk/travel

You can also view this itinerary online by clicking the link below: CLICK HERE

Please use this link below to view the IATA notice on e-Tickets
http://www.hillgatetravel.com/ETNoticeV2.pdf

4.0.1.9

09/02/2007

Confidential

LEH_0000520

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 15 FEB 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6230036    MDX-82753

16 FEB 07 - FRIDAY
BRITISH AIRWAYS                  FLIGHT NO: 679(   CLASS: J
DEPART:  LONDON-GATWICK          AT 0655A          MEALS:
ARRIVE:  INNSBRUCK               AT 0950A          AIRCRAFT: 320

          MARSONER/THOMAS MR     SEAT:  01C

01 MAR 07 - THURSDAY
BRITISH AIRWAYS                  FLIGHT NO: 679J   CLASS: J
DEPART:  INNSBRUCK               AT 1145A          MEALS:
ARRIVE:  LONDON-GATWICK          AT 1240P          AIRCRAFT: 320

          MARSONER/THOMAS MR     SEAT:  02C

BA6942732573                     MARSONER/THOMAS MR        789.40
ELECTKT                          VAT - Zero Rated            0.00

                                 TOTAL GOODS / SERVICES     789.40
                                 TOTAL VAT - Zero Rated       0.00

                                 INVOICE TOTAL             789.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

**INVOICE**

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 15 FEB 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO. 6230036    MDX-82753

16 FEB 07 - FRIDAY
BRITISH AIRWAYS                FLIGHT NO: 6790    CLASS: J
DEPART: LONDON-GATWICK         AT 0655A           MEALS:
ARRIVE: INNSBRUCK              AT 0950A           AIRCRAFT: 320

        MARSONER/THOMAS MR    SEAT: 01C

01 MAR 07 - THURSDAY
BRITISH AIRWAYS                FLIGHT NO: 6791    CLASS: J
DEPART: INNSBRUCK              AT 1145A           MEALS:
ARRIVE: LONDON-GATWICK         AT 1240P           AIRCRAFT: 320

        MARSONER/THOMAS MR    SEAT: 02C

BA6942732573                   MARSONER/THOMAS MR       789.40
ELECTKT                        VAT - Zero Rated           0.00

                               TOTAL GOODS / SERVICES   789.40
                               TOTAL VAT - Zero Rated     0.00

                                       INVOICE TOTAL     789.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please:

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

**CREDIT NOTE**

```
C/O LEHMAN BROTHERS              DATE: 09 MAR 07
12 BROADGATE                     PAGE: 1
LONDON                           CONSULTANT: V4
EC2M 7HA                         RECORD LOCATOR: BKXYCK
                                 CUSTOMER NBR: 9124600
```

ITINERARY / INVOICE NO.  4039377    MDX-82753

```
01 MAR 07 - THURSDAY
BRITISH AIRWAYS                  FLIGHT NO: 6791    CLASS: J
DEPART:  INNSBRUCK               AT 1145A          MEALS:
ARRIVE:  LONDON-GATWICK          AT 1240P          AIRCRAFT: 320

        MARSONER/THOMAS MR    SEAT:  02C

  BA6942732573                  MARSONER/THOMAS MR      -388.30
  ELECTKT                       VAT - Zero Rated           0.00

                                # 6230036
                                15 FEB 07


                      TOTAL GOODS / SERVICES    -388.30
                      TOTAL VAT - Zero Rated       0.00


                           INVOICE TOTAL        -388.30
```

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated

Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

**CREDIT NOTE**



# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 09 MAR 07 | 1 | 4039377 |

CREDIT

TO :C/O LEHMAN BROTHERS
    12 BROADGATE
    LONDON
    EC2M 7HA

01 MAR 07 - THURSDAY
 BRITISH AIRWAYS                    FLT: 6791    J
 LV INN INNSBRUCK                   1145A        EQP: 320
 AR LGW LONDON-GATWICK              1240P        NON-STOP

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 09 MAR 07 | 2 | 4039377 |

CREDIT NOTE

CREDIT

TO :C/O LEHMAN BROTHERS
   12 BROADGATE
   LONDON
   EC2M 7HA

```
AIR TICKET BA6942732573          MARSONER/THOMAS MR        -388.30
ELECTKT                          VAT - Zero Rated             0.00

                          REF TKT ORIG INV # 6230036
                          ORIG DATE OF ISSUE 15 FEB 07

                          TOTAL GOODS / SERVICES          -388.30
                          TOTAL VAT - Zero Rated             0.00

                                  INVOICE TOTAL           -388.30
                          AMERICAN EXPRESS *****2006        388.30

                                      AMOUNT DUE             0.00
```

34361083

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential

## Pasquino, Roberta

**From:**   Clare Mears [Clare.Mears@hillgatetravel.com]
**Sent:**   27 February 2007 17:42
**To:**     Pasquino, Roberta
**Subject:** *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** - MARSONER/THOMAS MR Hillgate Ref:
BKXYCK Departure Date: 28-FEB-2007

---

**HILLGATE TRAVEL**
BUSINESS TRAVEL MANAGEMENT                    **ITINERARY**

---

** Please note this will be issued as an e-ticket **
Itinerary booking details on Tuesday 27-Feb 17:40

---

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR*MDX-** |
| **Hillgate Reference:** | **BKXYCK** |
| **P&L:** | **82753** |
| **Invoice To:** | |
| **Client Ref:** | **116794.2** |
| **Tickets will be issued on:** | |
| **Your Reference:** | **Booked By: EXT21746-SEC ROBERTA PASQUINO/CB** |

---

 Flights

| Wednesday, 28-Feb-2007 Austrian OS461 | | | |
|---|---|---|---|
| **From:** | Vienna | **Depart:** | Wednesday, 28-Feb-2007 1325 |
| **Terminal:** | | | |
| **To:** | London Heathrow | **Arrive:** | 1455 |
| **Terminal:** | ARRIVAL: TERMINAL 2 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | YMN3AC /E |

---

| Airline | Online Check-In |
|---|---|

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not
affect flight confirmation

---

**Important:**

Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us
IMMEDIATELY or you may be prevented from boarding by the airline.

**General Comments:**

**Remarks:**

28/02/2007

                    LEH_0000526

PDQ.LEHM70
Not Req
If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**
No Limo details

---------------------------------------------------------------------------------------------

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.1

The information contained in this communication may contain confidential,
privileged and copyright information and is solely for the use of the
intended recipient. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient any disclosure, copying, distribution
or any action taken, or omitted to be taken, or in response to it is
prohibited and may be unlawful. If you have received this e-mail in error,
please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer
viruses and we do not therefore accept any liability for loss or damage
which may be caused. Please therefore check any attachments for viruses
before using them on your own equipment. If you do find a computer virus
please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company
does not accept responsibility for the confidentiality of this message nor
guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts
e-mails on its equipment and system.

28/02/2007

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 22 MAR 07
PAGE: 1
CONSULTANT: T5
RECORD LOCATOR: EDOTWA
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6235248

23 MAR 07 - FRIDAY
BRITISH AIRWAYS
DEPART: LONDON-HEATHROW
ARRIVE: VIENNA

FLIGHT NO: 696
AT 0645A
AT 1005A

CLASS: J
MEALS:
AIRCRAFT: 319

MARSONER/THOMAS MR    SEAT:

BRITISH AIRWAYS
DEPART: VIENNA
ARRIVE: LONDON-HEATHROW

FLIGHT NO: 705
AT 0650P
AT 0825P

CLASS: J
MEALS:
AIRCRAFT: 321

MARSONER/THOMAS MR    SEAT:

| | | |
|---|---|---|
| BA6995724302 | MARSONER/THOMAS MR | 655.00 |
| ELECTKT | VAT - Zero Rated | 0.00 |
| | TOTAL GOODS / SERVICES | 655.00 |
| | TOTAL VAT - Zero Rated | 0.00 |
| | INVOICE TOTAL | 655.00 |

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Clare Mears [Clare.Mears@hillgatetravel.com] |
| **Sent:** | 22 March 2007 20:53 |
| **To:** | Pasquino, Roberta |
| **Subject:** | FW: Itinerary for MARSONER/THOMAS MR Hillgate Ref: EDOTWA : Departure Date: 23-MAR-2007 |

   **ITINERARY**

** Please note this will be issued as an e-ticket **
Itinerary booking details on Thursday 22-Mar 20:50
--------------------------------------------------------------

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR** |
| **Hillgate Reference:** | **EDOTWA** |
| **P&L:** | **82753** |
| **Invoice To:** | 116704.7 |
| **Client Ref:** | |
| **Tickets will be issued on:** | **22-MAR-2007** |
| **Your Reference:** | **Booked By: THOMAS MARSONER/CLARE** |

--------------------------------------------------------------

 Flights

---

**Friday, 23-Mar-2007  BRITISH AIRWAYS BA696**

| | | | |
|---|---|---|---|
| **From:** | **London Heathrow** | **Depart:** | **Friday, 23-Mar-2007 0645** |
| **Terminal:** | DEPART: TERMINAL 4 | | |
| **To:** | **Vienna** | **Arrive:** | **1005** |
| **Terminal:** | | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 34KZVQ /E |

---

**Friday, 23-Mar-2007  BRITISH AIRWAYS BA705**

| | | | |
|---|---|---|---|
| **From:** | Vienna | **Depart:** | **Friday, 23-Mar-2007 1850** |
| **Terminal:** | | | |
| **To:** | **London Heathrow** | **Arrive:** | **2025** |
| **Terminal:** | ARRIVAL: TERMINAL 4 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 34KZVQ /E |

*can*
*reg 542902*

23/03/2007

Confidential

| Airline | Online Check-In |
|---|---|
| BRITISH AIRWAYS | CLICK HERE |

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

------------------------------------------------------------------------------------

**Important:**

**Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.**

**General Comments:**

**Remarks:**

PDQ.LEHM70

Nr

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**

 No Limo details

------------------------------------------------------------------------------------

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.4

The information contained in this communication may contain confidential, privileged and copyright information and is solely for the use of the intended recipient. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient any disclosure, copying, distribution or any action taken, or omitted to be taken, or in response to it is prohibited and may be unlawful. If you have received this e-mail in error, please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer viruses and we do not therefore accept any liability for loss or damage which may be caused. Please therefore check any attachments for viruses before using them on your own equipment. If you do find a computer virus please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company does not accept responsibility for the confidentiality of this message nor guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts e-mails on its equipment and system.

23/03/2007

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 27 MAR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6235866    MDX-82753

28 MAR 07 - WEDNESDAY
AUSTRIAN AIRLINES                 FLIGHT NO: 458    CLASS: BUSINESS
DEPART:  LONDON-HEATHROW          AT 0615A          MEALS: BREAKFAST
ARRIVE:  VIENNA                   AT 0930A          AIRCRAFT: 320

            MARSONER/THOMAS MR    SEAT:

30 MAR 07 - FRIDAY
AUSTRIAN AIRLINES                 FLIGHT NO: 905    CLASS: BUSINESS
DEPART:  VIENNA                   AT 0135P          MEALS:
ARRIVE:  INNSBRUCK                AT 0250P          AIRCRAFT: DH3

            MARSONER/THOMAS MR    SEAT:

 OS6995767876                     MARSONER/THOMAS MR      451.40
 ELECTKT                          VAT - Zero Rated          0.00

                         TOTAL GOODS / SERVICES           451.40
                         TOTAL VAT - Zero Rated             0.00

                                  INVOICE TOTAL           451.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 10 APR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6237129   MDX-82753

| | | |
|---|---|---|
| 11 APR 07 – WEDNESDAY | | |
| AUSTRIAN AIRLINES | FLIGHT NO: 904 | CLASS: D |
| DEPART:  INNSBRUCK | AT 1135A | MEALS: |
| ARRIVE:  VIENNA | AT 1250P | AIRCRAFT: DH3 |

MARSONER/THOMAS MR   SEAT:

| | | |
|---|---|---|
| 12 APR 07 – THURSDAY | | |
| AUSTRIAN AIRLINES | FLIGHT NO: 453 | CLASS: D |
| DEPART:  VIENNA | AT 1200P | MEALS: |
| ARRIVE:  LONDON-HEATHROW | AT 0135P | AIRCRAFT: 100 |

MARSONER/THOMAS MR   SEAT:

OS6995917532               MARSONER/THOMAS MR        295.30
ELECTKT                    VAT - Zero Rated            0.00

                           TOTAL GOODS / SERVICES     295.30
                           TOTAL VAT - Zero Rated       0.00

                           INVOICE TOTAL              295.30

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**CREDIT NOTE**

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 26 APR 07 | 1 | 4042516 |

CREDIT

TO :C/O LEHMAN BROTHERS
   12 BROADGATE
   LONDON
   EC2M 7HA

```
12 APR 07 - THURSDAY
   AUSTRIAN AIRLINES                  FLT: 453    D
   LV VIE VIENNA                      1200P       EQP: 100
   AR LHR LONDON-HEATHROW             0135P       NON-STOP
```

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
34388738
**VAT No: GB 672 0149 51**

Confidential

CREDIT NOTE

# HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 26 APR 07 | 2 | 4042516 |

CREDIT

```
TO :C/O LEHMAN BROTHERS
    12 BROADGATE
    LONDON
    EC2M 7HA
```

```
AIR TICKET OS6995917532              MARSONER/THOMAS MR      -125.90
ELECTKT                              VAT - Zero Rated           0.00

                              REF TKT ORIG INV # 6237129
                              ORIG DATE OF ISSUE 10 APR 07

                              TOTAL GOODS / SERVICES      -125.90
                              TOTAL VAT - Zero Rated         0.00

                                        INVOICE TOTAL      -125.90
                              AMERICAN EXPRESS *****2006     125.90

                                          AMOUNT DUE          0.00
```

34389738

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Fatma Metin [Fatma.Metin@hillgatetravel.com] |
| **Sent:** | 12 April 2007 09:31 |
| **To:** | Pasquino, Roberta |
| **Subject:** | *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** – Itinerary Details for : MARSONER/THOMAS MR Hillgate Ref: BMTNTX Departure Date: 11-Apr-07 |



**ITINERARY**

*** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED ***
*** PLEASE CHECK THAT AMENDMENTS ARE AS REQUIRED ***

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR** |
| **Hillgate Reference:** | **BMTNTX** |
| **Your Reference:** | **21746-Sec Roberta Pasquino** |

| | |
|---|---|
| **P&L:** | **82753** |
| **Invoice To:** | **AX **** **** **** 2006 EXP 11/08** |
| **Client Ref:** | **116794.002** |
| **Tickets will be issued on:** | **11-APR-2007** |



### Wednesday, 11-Apr-2007  AUSTRIAN OS0904

| | | | |
|---|---|---|---|
| **From:** | INNSBRUCK | **Depart:** | 1135 (Wednesday, 11-Apr-2007) |
| **Terminal:** | | | |
| **To:** | VIENNA | **Arrive:** | 1250 (Wednesday, 11-Apr-2007) |
| **Terminal:** | | | |
| **Class:** | BUSINESS (D) | **Seat:** | - |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | YD6S7H |
| **Aircraft:** | DH3 | | |
| **Flight Duration:** | 01.15 | **Mileage:** | 0250 |

### Thursday, 12-Apr-2007  AUSTRIAN OS0905

| | | | |
|---|---|---|---|
| **From:** | VIENNA | **Depart:** | 1335 (Thursday, 12-Apr-2007) |
| **Terminal:** | | | |
| **To:** | INNSBRUCK | **Arrive:** | 1450 (Thursday, 12-Apr-2007) |
| **Terminal:** | | | |
| **Class:** | BUSINESS (C) | **Seat:** | - |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | YD6S7H |
| **Aircraft:** | DH3 | | |
| **Flight Duration:** | 01.15 | **Mileage:** | 0250 |

12/04/2007

## Saturday, 14-Apr-2007 BRITISH AIRWAYS BA6791

| | | | |
|---|---|---|---|
| **From:** | **INNSBRUCK** | **Depart:** | 1010 (Saturday, 14-Apr-2007) |
| **Terminal:** | | | |
| **To:** | **LONDON GATWICK** | **Arrive:** | 1055 (Saturday, 14-Apr-2007) |
| **Terminal:** | | | |
| **Class:** | BUSINESS (J) | **Seat:** | - |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | YD6S7H |
| **Flight Duration:** | 01.45 | **Mileage:** | 0596 |

| Airline | Online Check-In |
|---|---|
| BRITISH AIRWAYS | CLICK HERE |

## Important:

Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.

 Hotels

## Wednesday, 11-Apr-2007 HOTEL BRISTOL

| | | | |
|---|---|---|---|
| **Address:** | KAERNTNER RING 1 VIENNA AT 1015 | | |
| **Phone:** | 43-1-515160 | **FAX:** | |
| **Check in:** | Wednesday, 11-Apr-2007 | **Check out:** | Thursday, 12-Apr-2007 |
| **Status:** | Confirmed | **Confirmation:** | C771334512 WI |
| **Nights:** | 1 | **Cost Per Night:** | EUR 171.00 |

**Cancellation:** 01 Days Cancellation Policy

**General Comments:**

Pdq.Lehm70

**Currency details:**

NR

**Delivery details:**

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**

No Limo details

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.5

12/04/2007

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 11 APR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6237344    MDX-82753

12 APR 07 - THURSDAY
AUSTRIAN AIRLINES          FLIGHT NO: 903    CLASS: BUSINESS
DEPART:  VIENNA            AT 1000A          MEALS:
ARRIVE:  INNSBRUCK         AT 1110A          AIRCRAFT: DH3

        MARSONER/THOMAS MR   SEAT:

OS6995917725                      MARSONER/THOMAS MR      185.40
ELECTKT                               VAT - Zero Rated      0.00

                                  TOTAL GOODS / SERVICES    185.40
                                  TOTAL VAT - Zero Rated      0.00

                                       INVOICE TOTAL       185.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

```
C/O LEHMAN BROTHERS              DATE: 11 APR 07
12 BROADGATE                     PAGE: 1
LONDON                           CONSULTANT: Y5
EC2M 7HA                         RECORD LOCATOR: BMTNTX
                                 CUSTOMER NBR: 9124600
```

```
          ITINERARY / INVOICE NO.  6237343   MDX-82753
```

```
14 APR 07 - SATURDAY
BRITISH AIRWAYS                  FLIGHT NO: 679]   CLASS: J
DEPART:  INNSBRUCK               AT 1010A          MEALS:
ARRIVE:  LONDON-GATWICK          AT 1055A          AIRCRAFT: 320

          MARSONER/THOMAS MR   SEAT:

  BA6995917724                  MARSONER/THOMAS MR      344.60
  ELECTKT                       VAT - Zero Rated          0.00
                                                        ───────
                          TOTAL GOODS / SERVICES        344.60
                          TOTAL VAT - Zero Rated          0.00

                                     INVOICE TOTAL       344.60
```

```
PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
```

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

116 7942

**INVOICE**

# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

```
       C/O LEHMAN BROTHERS          DATE: 24 APR 07
       12 BROADGATE                 PAGE: 1
       LONDON                       CONSULTANT: BE
       EC2M 7HA                     RECORD LOCATOR: CUTXPO
                                    CUSTOMER NBR: 9124600
```

ITINERARY / INVOICE NO.   6239063    MDX-82753

```
25 APR 07 - WEDNESDAY
AUSTRIAN AIRLINES              FLIGHT NO: 458    CLASS: D
DEPART:  LONDON-HEATHROW       AT 0615A          MEALS: BREAKFAST
ARRIVE:  VIENNA                AT 0930A          AIRCRAFT: 321

         MARSONER/THOMAS MR   SEAT:

AUSTRIAN AIRLINES              FLIGHT NO: 457    CLASS: D
DEPART:  VIENNA                AT 0745P          MEALS:
ARRIVE:  LONDON-HEATHROW       AT 0920P          AIRCRAFT: 321

         MARSONER/THOMAS MR   SEAT:

26 FEB 08 - TUESDAY
PNR RETENTION DATE
LONDON
```

```
OS6996064497                   MARSONER/THOMAS MR      485.40
ELECTKT                        VAT - Zero Rated          0.00

                               TOTAL GOODS / SERVICES    485.40
                               TOTAL VAT - Zero Rated      0.00

                                      INVOICE TOTAL      485.40
```

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

| | |
|---|---|
| **From:** | Fatma Metin [Fatma.Metin@hillgatetravel.com] |
| **Sent:** | 25 April 2007 11:28 |
| **To:** | Pasquino, Roberta |
| **Subject:** | Itinerary for MARSONER/THOMAS MR Hillgate Ref: CUTXPO : Departure Date: 25-APR-2007 |

# HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT
# ITINERARY

---

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR*MDX-** |
| **Hillgate Reference:** | **CUTXPO** |
| **P&L:** | **82753** |
| **Invoice To:** | |
| **Client Ref:** | **116794.2** |
| **Tickets will be issued on:** | |
| **Your Reference:** | **Booked By: ROBERTA PASQUINO/LAILA** |

---

 Flights

### Wednesday, 25-Apr-2007  Austrian OS458

| | | | |
|---|---|---|---|
| **From:** | London Heathrow | **Depart:** | Wednesday, 25-Apr-2007 0615 |
| **Terminal:** | DEPART: TERMINAL 2 | | |
| **To:** | Vienna | **Arrive:** | 0930 |
| **Terminal:** | | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 224DBZ /E |

### Wednesday, 25-Apr-2007  Austrian OS455

| | | | |
|---|---|---|---|
| **From:** | Vienna | **Depart:** | Wednesday, 25-Apr-2007 1715 |
| **Terminal:** | | | |
| **To:** | London Heathrow | **Arrive:** | 1840 |
| **Terminal:** | ARRIVAL: TERMINAL 2 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 224DBZ /E |

---

**Airline**                    **Online Check-In**

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

25/04/2007

**Important:**
Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.

**General Comments:**

**Remarks:**
PDQ.LEHM70
Nr
If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**
No Limo details

-----------------------------------------------------------------------------------------------

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.5

The information contained in this communication may contain confidential, privileged and copyright information and is solely for the use of the intended recipient. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient any disclosure, copying, distribution or any action taken, or omitted to be taken, or in response to it is prohibited and may be unlawful. If you have received this e-mail in error, please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer viruses and we do not therefore accept any liability for loss or damage which may be caused. Please therefore check any attachments for viruses before using them on your own equipment. If you do find a computer virus please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company does not accept responsibility for the confidentiality of this message nor guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts e-mails on its equipment and system.

25/04/2007

Confidential

LEH_0000541

**INVOICE**

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 26 FEB 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6231476    MDX-82753

28 FEB 07 - WEDNESDAY
AUSTRIAN AIRLINES                 FLIGHT NO: 457    CLASS: BUSINESS
DEPART:  VIENNA                   AT 0750P         MEALS:
ARRIVE:  LONDON-HEATHROW          AT 0925P         AIRCRAFT: 321

       MARSONER/THOMAS MR   SEAT:

OS6942858115                      MARSONER/THOMAS MR      361.20
ELECTKT                           VAT - Zero Rated          0.00

                                  TOTAL GOODS / SERVICES   361.20
                                  TOTAL VAT - Zero Rated     0.00

                                  INVOICE TOTAL            361.20

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY
PDA-LOWEST LOGICAL AIRFARE ACCEPTED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

## Hotel / Accommodation Charges

B Hotel Bill

06020041 / 44    5I70000    5I20004    Walker TBD

| Hotel Name | External / Internal (23) | No. Nights | Total Room Charges Incl Tax (24) | Meal Allowance Incl Minibar (25) | Phone Usage (26) | Other Hotel Charges (27) | Total Hotel Bill | Currency | Exchange Rate (X.XX = £1.00) | Room Charges £ Value | Meal Allowance £ Value | Phone Usage £ Value | Other Hotel Charges £ Value | Total Hotel £ Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meridian Business Centre - 2/3/07 (129000.00182753) | external | 1 | | | | 102.25 | 102.25 | GBP | 1.00 | 0.00 | 0.00 | 0.00 | 102.25 | 102.25 |
| Hotel Imperial (8-10/2/07) - (109931.54/82753) | external | 2 | 400.00 | 109.80 | | 96.00 | 605.80 | EUR | 1.46 | 273.97 | 75.21 | 0.00 | 65.75 | 414.93 |
| Hotel Imperial (26-28/2/07) - (109931.54/82753) | external | 2 | 400.00 | 161.10 | 1.05 | 46.00 | 608.15 | EUR | 1.46 | 273.97 | 110.34 | 0.72 | 31.51 | 416.54 |
| Hotel Imperial (28-30/3/07) - (109931.54/82753) | external | 2 | 600.00 | 108.50 | | 87.00 | 795.50 | EUR | 1.46 | 410.96 | 74.32 | 0.00 | 59.59 | 544.88 |
| Hotel Bristol (11-12/4/07) - (109931.54/82753) | external | 1 | 171.00 | | | 15.00 | 186.00 | EUR | 1.46 | 117.12 | 0.00 | 0.00 | 10.27 | 127.40 |
| | external | | | | | | 0.00 | EUR | 1.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Totals in £:** | | **8** | **1,075.00** | **2,069.86** | **0.72** | **268.07** | **1,805.98** | | | **1,075.00** | **2,069.86** | **0.72** | **268.07** | **1,805.98** |

Confidential

LONDON CITY AIRPORT
SILVERTOWN
LONDON
M3426691531TID26910130
AMEX
3791 0909 7892 006
EXP 11/08
KEYED

SALE

AMOUNT            £102.25
CUSTOMER NOT PRESENT
THANK YOU
11:03 02/03/07 40DLR3:00
AUTH CODE: 38
RECEIPT 0439

V1492

## Desk Client Receipt

Date: 02/03 2007

Meeting Room:    Meridian Boardroom.

Client Name:    Thomas Marsoner.

VAT Number: 740168840

| | |
|---|---|
| Room Hire charge | 75·00 |
| Catering charges | 27·25 |
| Additional Services | — |

**Total**    £102.25p.

Paid by:

Cash ☐    Credit/Debit Card ☑    C.A.Wall.

129009.1
Keely w/ Andreas Freich
Bauch Austria

Stauey Sebotteur 4
Vipin Sareen
Partnes IV Capital

Confidential

 

Mr. Marsoner
Tel number: 020 7102 17346

E-mail: rpasquin@lehman.com

27th February 2007

Dear Mr. Marsoner.

Thank you for your booking to hold a meeting at the Meridian Business Centre, London City Airport.  Outlined below are the details discussed thus far.

| | |
|---|---|
| **Date:** | **Friday 2nd March2007** |
| **Times:** | **Start: 0830    Finish: 1030** |
| **Room:** | **'Longitude Eleven '** |
| **Delegates:** | **Five** |
| **Room Set up:** | **Boardroom** |
| **Rates:** | **£55 Per hour room hire**<br>**£4.85 per person for Package A** |
| **Catering:** | **Package B (Tea,coffee,fruit tea, cordials, mineral water and Danish pastries) served with Orange Juice - £5.45/pp** |
| **Equipment:** | **None requested** |
| **Plasma Screen:** | **Mr. Marsoner** |

I trust that the above covers all details. When ready please complete the confirmation form below and return by fax to 020 7476 3727.  In the meantime should you have any queries, then please do not hesitate to contact me direct.

Yours sincerely,

Coran Wall
**Business Centre Co-ordinator**

Confidential

I accept all details, as set out in this confirmation letter, regarding my booking for 5 delegates on Friday 2nd March 2007. I concur that I have read the Meridian Business Centre's terms and conditions, and agree to their contents.

NAME:...Thomas Marsoner..........

COMPANY NAME:...Lehman Brothers....

COMPANY ADDRESS:......25 Bank Street, London E14 5LE
....................................................................................................................
....................................................................................................................
....................................................................................................................

**Purchase order Number or Credit Card Details:**...America Express nr 3791 090978 92006 exp 11.08 ...
Please confirm booking by return email to rpasquin@lehman.com , or by fax to 020 7655 2284
Thanks, Roberta Pasquino
....................................................................................................................

SIGNED:... *Thomas Marsoner*
PRINT NAME:...Thomas Marsoner
DATE:...28/02/07.............................................

**To help us with our Marketing Improvement, please tick Why? or What? made you choose the Meridian Business Centre for this booking?**

☐ Seen facilities while using airport        ☐ Money Off Vouchers/Incentives

☐ Facility was recommended                    ☐ Value for money                ☐ Seen facility on the Internet

☐ Magazine Advertisement                       ■ Location                          ☐ Liked facility when used previously

**Please feel free to comment on any other reason you feel may help us on our improvements:**
....................................................................................................................
....................................................................................................................
..........................................................................................................
Once returned to be signed by an employee of the Meridian Business Centre.

NAME:...........................................
SIGNED:........................................
DATE:...........................................

**Strict Payment Policy**

- **We can only accept confirmation of your booking with your credit card details; failure to produce this information will result in your event being cancelled.**

- **All bookings under our minimum requirement for an invoice must pay by credit card on departure of the event. Please ask for details of our minimum requirements.**

- **All clients outside of the UK must settle their entire bill on departure.**

- **If you require us to invoice you, please provide credit card details to secure the booking and state that you would require an invoice sent. Payment will then only be taken from your card in the event that 30 days lapse from the invoice date and payment has not been received.**

- **We are happy to set up a credit facility for you. Please speak with a member of staff if you would like a credit facility to be set up on behalf of your organisation**



# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 10/02/07 |
| Anreise | : 08/02/07 |
| Abreise | : 10/02/07 |

Zimmer      : 517
Rechnungs Nr   : 64531
RECHNUNG

|  |  |
|---|---|
| Debitor Nr | : |
| Kassier | : 12   / RUDITAB,E |
| Seite | : 1 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Logis | 08/02/07 | 200.00 |
| Donation UNICEF Charity 0% | 08/02/07 | 1.00 |
| Waesche | 09/02/07 | 54.00 |
| Cafe Imperial Breakfast 20% | 09/02/07 | 7.80 |
| #517 : CHECK #1268 | | |
| Café Imperial Fruehstueck | 09/02/07 | 37.00 |
| #517 : CHECK #1268 | | |
| Minibar | 09/02/07 | 33.00 |
| High Speed Internet Room | 09/02/07 | 36.00 |
| 12:51 #517 : [00:01:00] | | |
| Zimmer Service Fruehstueck | 09/02/07 | 22.00 |
| #517 : CHECK #1026 | | |
| Zimmer Service Fruehstueck | 09/02/07 | 10.00 |
| #517 : CHECK #1026 | | |
| Trinkgeld Zimmer Service | 09/02/07 | 5.00 |
| #517 : CHECK #1027 | | |
| Logis | 09/02/07 | 200.00 |
| American Express | 10/02/07 | -605.80 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000547



# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 10/02/07 |
| Anreise | : 08/02/07 |
| Abreise | : 10/02/07 |

| | | | | |
|---|---|---|---|---|
| Zimmer | : 517 | | Debitor Nr | : |
| Rechnungs Nr | : 64531 | | Kassier | : 12  / RUDITAB,E |
| RECHNUNG | | | Seite | : 2 of 2 |

| Text | Datum | Betrag  EUR |
|---|---|---|
| | **Betrag** : | **605.80** |
| | **Bezahlt** : | **605.80** |
| | **Saldo** : | **0.00** |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 40.95 EUR | 409.46 EUR | 450.41 EUR |
| Mw St. 20% | 23.47 EUR | 117.33 EUR | 140.80 EUR |
| Leistungen inkl. Mw st | 64.42 EUR | 526.79 EUR | 591.21 EUR |
| Enthaltene Ortstaxe | 8.60 EUR | Leistungen ohne Mw st | 6.00 EUR |

| | | | | |
|---|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXXX2006 | Ablauf Datum : | XX/XX | |
| Aut. Betrag : | 605.80  EUR | Aut. Code : | 17 | |
| Kunden #: | | Transaktion #: | 661508 | Bezahlter Betrag : 605.80  EUR |

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000548

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 28/02/07 |
| Anreise | : 26/02/07 |
| Abreise | : 28/02/07 |

| | |
|---|---|
| Zimmer | : 332 |
| Rechnungs Nr | : 65485 |
| RECHNUNG | |

| | |
|---|---|
| Debitor Nr | : |
| Kassier | : 6    / CENGTEK,E |
| Seite | : 2 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| | **Betrag** : | 608.15 |
| | **Bezahlt** : | 608.15 |
| | **Saldo** : | 0.00 |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| MwSt. 10% | 45.76 EUR | 457.64 EUR | 503.40 EUR |
| MwSt. 20% | 14.69 EUR | 73.46 EUR | 88.15 EUR |
| Leistungen inkl. Mwst | 60.45 EUR | 531.10 EUR | 591.55 EUR |
| Enthaltene Ortstaxe | 8.60 EUR | Leistungen ohne Mwst | 8.00 EUR |

| | | | |
|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum: | XX/XX |
| Aut. Betrag : | 608.15 EUR | Aut. Code: | 65 |
| Kunden #: | | Transaktion #: | 654239 |

Bezahlter Betrag : 608.15 EUR

TIP: _____

Total: _____

Ich autorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000549

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 28/02/07 |
| Anreise | : 26/02/07 |
| Abreise | : 28/02/07 |

| | |
|---|---|
| Zimmer | : 332 |
| Rechnungs Nr | : 65485 |
| RECHNUNG | |

| | |
|---|---|
| Debitor Nr | : |
| Kassier | : 6    / CENGTEK,E |
| Seite | : 1 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Waesche | 26/02/07 | 23.00 |
| Logis | 26/02/07 | 200.00 |
| Donation UNICEF Charity 0% | 26/02/07 | 1.00 |
| Cafe Imperial Breakfast 20% | 27/02/07 | 24.50 |
| #332 : CHECK #1147 | | |
| Cafe Imperial Fruehstueck | 27/02/07 | 14.60 |
| #332 : CHECK #1147 | | |
| Waesche | 27/02/07 | 15.00 |
| Telefon Interface | 27/02/07 | 1.05 |
| 18:56 #332 : 5267777 [00:00:48] | | |
| Zimmer Service Abendessen | 27/02/07 | 43.00 |
| #332 : CHECK #1563 | | |
| Zimmer Service Abendessen | 27/02/07 | 10.00 |
| #332 : CHECK #1563 | | |
| Trinkgeld Zimmer Service | 27/02/07 | 7.00 |
| #332 : CHECK #1564 | | |
| Logis | 27/02/07 | 200.00 |
| Zimmer Service Fruehstueck | 28/02/07 | 69.00 |
| #103 : CHECK #1579  Marsoner Thomas #103=>Marsoner Thomas #332 | | |
| American Express | 28/02/07 | -608.15 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

 LEH_0000550

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 30/03/07 |
| Anreise | : 28/03/07 |
| Abreise | : 30/03/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 117 | Debitor Nr | : |
| Rechnungs Nr | : 67019 | Kassier | : 5   / BETTENG,E |
| RECHNUNG | | Seite | : 1 of 3 |

| Text | Datum | Betrag  EUR |
|---|---|---|
| Waesche | 28/03/07 | 24.00 |
| Waesche | 28/03/07 | 11.00 |
| Donation UNICEF Charity 0% | 28/03/07 | 1.00 |
| Logis | 28/03/07 | 200.01 |
| 300.00 Split into 200.01 (33.33%)99.99 | | |
| Cafe Imperial Breakfast 20% | 29/03/07 | 14.00 |
| #117 : CHECK #1683 | | |
| Café Imperial Fruehstueck | 29/03/07 | 44.50 |
| #117 : CHECK #1683 | | |
| High Speed Internet Room | 29/03/07 | 36.00 |
| 09:29 #117 : [00:01:00] | | |
| Minibar | 29/03/07 | 13.00 |
| Waesche | 29/03/07 | 15.00 |
| Logis | 29/03/07 | 200.01 |
| 300.00 Split into 200.01 (33.33%)99.99 | | |
| Café Imperial Fruehstueck | 30/03/07 | 37.00 |
| American Express | 30/03/07 | -795.50 |
| American Express | 30/03/07 | 199.98 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000551

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 30/03/07 |
| Anreise | : 28/03/07 |
| Abreise | : 30/03/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 117 | Debitor Nr | : |
| Rechnungs Nr | : 67019 | Kassier | : 5    / BETTENG,E |
| RECHNUNG | | Seite | : 2 of 3 |

| Text | Datum | Betrag EUR |
|---|---|---|
| | **Betrag** : | 595.52 |
| | **Bezahlt** : | 595.52 |
| | **Saldo** : | 0.00 |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 43.00 EUR | 429.91 EUR | 472.91 EUR |
| Mw St. 20% | 18.83 EUR | 94.17 EUR | 113.00 EUR |
| Leistungen inkl. Mwst | 61.83 EUR | 524.08 EUR | 585.91 EUR |
| Enthaltene Ortstaxe | 8.61 EUR | Leistungen ohne Mwst | 1.00 EUR |

| | | | |
|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum: | XX/XX |
| Aut. Betrag : | 795.50    EUR | Aut. Code: | 17 |
| Kunden #: | | Transaktion #: | 700049 |

Bezahlter Betrag : 795.50  EUR

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte



# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

Datum : 30/03/07

Anreise : 28/03/07

Abreise : 30/03/07

Debitor Nr :

Kassier : 5    / BETTENG,E

Zimmer          : 117

Rechnungs Nr    : 67019

RECHNUNG

Seite : 3 of 3

| Text | | Datum | Betrag EUR |
|------|------|-------|------------|

Kreditkarten #:    XXXXXXXXXX2006        Ablauf Datum :    XX/XX

Aut. Betrag :          -199.98  EUR      Aut. Code:

Kunden #:                                Transaktion #:    700049          Bezahlter Betrag :          -199.98  EUR

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

                                                          LEH_0000553

# HOTEL BRISTOL

*Wien*

Dr.
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 12/04/07 |
| Anreise | : 11/04/07 |
| Abreise | : 12/04/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 467 | Debitor Nr | : |
| Rechnungs Nr | : 78621 | Kassier | : 105 / MARTHEIB,E |
| RECHNUNG | | Seite | : 1 of 1 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Waesche | 11/04/07 | 15.00 |
| Logis | 11/04/07 | 171.00 |
| American Express | 12/04/07 | -186.00 |
| **Betrag** | **:** | **186.00** |
| **Bezahlt** | **:** | **186.00** |
| **Saldo** | **:** | **0.00** |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| MwSt. 10% | 15.21 EUR | 152.12 EUR | 167.33 EUR |
| MwSt. 20% | 2.50 EUR | 12.50 EUR | 15.00 EUR |
| Leistungen inkl. Mwst | 17.71 EUR | 164.62 EUR | 182.33 EUR |
| Enthaltene Ortstaxe | 3.67 EUR | Leistungen ohne Mwst | 0.00 EUR |

| | | | |
|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum : | XX/XX |
| Aut. Betrag : | 186.00 EUR | Aut. Code: | 36 |
| Kunden #: | | Transaktion #: | 712042 |

Bezahlter Betrag : 186.00 EUR

TIP: _____

Total: _____

Ich authorisiere das Hotel Bristol den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 1, A-1015 Wien, Tel. +43 (1) 515 16-0, Telefax +43 (1) 515 16-550
e-mail: hotel.bristol@luxurycollection.com · www.luxurycollection.com/bristol · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/01, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

Confidential

C Taxis / Car Rental

| Date (28) | Country where Expense Incurred | Airport Taxis | Other Business Usage | Late/Weekend Work | Car Rental (28) | Total Taxis/Car Rental Cost (28) | Currency | Exchange Rate (X.XX = £1.00) | Airport - £ value | Oth Bus - £ value | Late/WE Work - £ value | Car Rental - £ value | Total Taxis - £ value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/06 | UK | 45.00 | | | | 45.00 | | 1.00 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 12/10/06 | Austria | | 89.00 | | | 89.00 | Eur | 1.46 | 0.00 | 60.96 | 0.00 | 0.00 | 60.96 |
| 02/11/06 | Austria | 40.00 | | | | 40.00 | Eur | 1.46 | 27.40 | 0.00 | 0.00 | 0.00 | 27.40 |
| 06/11/06 | Austria | | 14.50 | | | 14.50 | Eur | 1.46 | 0.00 | 9.93 | 0.00 | 0.00 | 9.93 |
| 07/11/06 | Austria | | 6.00 | | | 6.00 | Eur | 1.46 | 0.00 | 4.11 | 0.00 | 0.00 | 4.11 |
| 08/11/06 | Austria | 40.00 | 16.00 | | | 56.00 | Eur | 1.46 | 27.40 | 10.96 | 0.00 | 0.00 | 38.36 |
| 09/11/06 | UK | | 22.00 | | | 22.00 | | 1.00 | 0.00 | 22.00 | 0.00 | 0.00 | 22.00 |
| 13/11/06 | UK | 35.00 | | | | 35.00 | | 1.00 | 35.00 | 0.00 | 0.00 | 0.00 | 35.00 |
| 16/11/06 | Austria | 50.00 | 5.00 | | | 55.00 | Eur | 1.46 | 34.25 | 3.42 | 0.00 | 0.00 | 37.67 |
| 20/11/06 | Austria | | 16.00 | | | 16.00 | Eur | 1.46 | 0.00 | 10.96 | 0.00 | 0.00 | 10.96 |
| 23/11/06 | Austria | | 33.00 | | | 33.00 | Eur | 1.46 | 0.00 | 22.60 | 0.00 | 0.00 | 22.60 |
| 21/11/06 | Austria | | 15.00 | | | 15.00 | Eur | 1.46 | 0.00 | 10.27 | 0.00 | 0.00 | 10.27 |
| 05/12/06 | UK | | 32.00 | | | 32.00 | | 1.00 | 0.00 | 32.00 | 0.00 | 0.00 | 32.00 |
| 06/12/06 | UK | | 24.00 | | | 24.00 | | 1.00 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/12/06 | Austria | | 8.00 | | | 8.00 | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 14/12/06 | Austria | | 18.00 | | | 18.00 | Eur | 1.46 | 0.00 | 12.33 | 0.00 | 0.00 | 12.33 |
| 15/12/06 | Austria | | 19.50 | | | 19.50 | Eur | 1.46 | 0.00 | 13.36 | 0.00 | 0.00 | 13.36 |
| 18/12/06 | Austria | | 13.00 | | | 13.00 | Eur | 1.00 | 0.00 | 13.00 | 0.00 | 0.00 | 13.00 |
| 20/12/06 | Austria | | 7.00 | | | 7.00 | Eur | 1.46 | 0.00 | 4.79 | 0.00 | 0.00 | 4.79 |
| 22/12/06 | Austria | | 8.00 | | | 8.00 | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 23/12/06 | UK | | 51.00 | | | 51.00 | | 1.00 | 0.00 | 51.00 | 0.00 | 0.00 | 51.00 |
| 08/01/07 | New York | | 12.00 | | | 12.00 | US | 1.99 | 0.00 | 6.03 | 0.00 | 0.00 | 6.03 |
| 09/01/07 | Austria | 35.00 | | | | 35.00 | Eur | 1.46 | 23.97 | 0.00 | 0.00 | 0.00 | 23.97 |
| 10/01/07 | Austria | 10.00 | | | | 10.00 | Eur | 1.46 | 6.85 | 0.00 | 0.00 | 0.00 | 6.85 |
| 11/01/07 | Austria | | 18.00 | | | 18.00 | Eur | 1.46 | 0.00 | 12.33 | 0.00 | 0.00 | 12.33 |
| 12/01/07 | Austria | 45.00 | 23.00 | | | 68.00 | Eur | 1.46 | 30.82 | 15.75 | 0.00 | 0.00 | 46.58 |
| 18/01/07 | UK | | 9.50 | | | 9.50 | | 1.00 | 0.00 | 9.50 | 0.00 | 0.00 | 9.50 |
| 19/01/07 | Austria | | 34.30 | | | 34.30 | Eur | 1.46 | 0.00 | 23.49 | 0.00 | 0.00 | 23.49 |
| 31/01/07 | Austria | | 38.00 | | | 38.00 | Eur | 1.46 | 0.00 | 26.71 | 0.00 | 0.00 | 26.71 |
| 09/02/07 | Austria | | 37.00 | | | 37.00 | Eur | 1.46 | 0.00 | 25.34 | 0.00 | 0.00 | 25.34 |
| 12/02/07 | Austria | | 8.00 | | | 8.00 | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 14/02/07 | UK | | 46.00 | | | 46.00 | | 1.00 | 0.00 | 46.00 | 0.00 | 0.00 | 46.00 |
| 15/02/07 | UK | | 51.20 | | | 51.20 | | 1.00 | 0.00 | 51.20 | 0.00 | 0.00 | 51.20 |
| 16/02/07 | Austria | | 26.00 | | | 26.00 | Eur | 1.46 | 0.00 | 17.81 | 0.00 | 0.00 | 17.81 |
| 27/02/07 | Austria | | 10.00 | | | 10.00 | | 1.00 | 0.00 | 10.00 | 0.00 | 0.00 | 10.00 |
| 28/02/07 | UK | | 11.00 | | | 11.00 | | 1.00 | 0.00 | 11.00 | 0.00 | 0.00 | 11.00 |
| 06/03/07 | UK | 43.00 | 6.00 | | | 49.00 | | 1.00 | 43.00 | 6.00 | 0.00 | 0.00 | 49.00 |
| 07/03/07 | UK | | 21.00 | | | 21.00 | | 1.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| 23/03/07 | UK | | 42.00 | | | 42.00 | | 1.00 | 0.00 | 42.00 | 0.00 | 0.00 | 42.00 |
| 23/03/07 | Austria | 65.70 | | | | 65.70 | Eur | 1.46 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 05/11/06 | Austria (2-27/10/06) | 199.00 | | | | 199.00 | Eur | 1.46 | 136.30 | 0.00 | 0.00 | 0.00 | 136.30 |
| 22/11/06 | Austria (1-21/11/06) | 814.00 | | | | 814.00 | Eur | 1.46 | 557.53 | 0.00 | 0.00 | 0.00 | 557.53 |
| 05/12/06 | Austria (23-30/11/06) | 126.00 | | | | 126.00 | Eur | 1.46 | 86.30 | 0.00 | 0.00 | 0.00 | 86.30 |
| 03/01/07 | Austria (1-22/12/06) | 474.00 | | | | 474.00 | Eur | 1.46 | 324.66 | 0.00 | 0.00 | 0.00 | 324.66 |
| 07/02/07 | Austria (19-31/1/07) | 169.00 | | | | 169.00 | Eur | 1.46 | 115.07 | 0.00 | 0.00 | 0.00 | 115.07 |
| 26/01/07 | Austria | 150.00 | | | | 150.00 | Eur | 1.46 | 102.74 | 0.00 | 0.00 | 0.00 | 102.74 |
| 29/01/07 | Austria | 32.00 | | | | 32.00 | Eur | 1.46 | 21.92 | 0.00 | 0.00 | 0.00 | 21.92 |
| 30/01/07 | Austria | | 13.00 | | | 13.00 | Eur | 1.46 | 0.00 | 8.90 | 0.00 | 0.00 | 8.90 |
| 10/02/07 | Austria | 199.00 | 15.00 | | | 210.00 | Eur | 1.46 | 143.84 | 10.27 | 0.00 | 0.00 | 143.84 |
| 23/03/07 | UK | | 66.00 | | | 66.00 | | 1.00 | 0.00 | 66.00 | 0.00 | 0.00 | 66.00 |
| 24/03/07 | Austria | | 14.00 | | | 14.00 | Eur | 1.46 | 0.00 | 9.59 | 0.00 | 0.00 | 9.59 |
| 26/03/07 | Austria | 68.00 | 10.00 | | | 78.00 | Eur | 1.46 | 49.58 | 6.85 | 0.00 | 0.00 | 53.42 |
| 11/04/07 | Austria | | 7.00 | | | 7.00 | Eur | 1.46 | 0.00 | 4.79 | 0.00 | 0.00 | 4.79 |
| 14/04/07 | Austria | | 22.00 | | | 22.00 | Eur | 1.46 | 0.00 | 15.07 | 0.00 | 0.00 | 15.07 |
| 18/04/07 | Austria | | 22.00 | | | 22.00 | Eur | 1.46 | 0.00 | 15.07 | 0.00 | 0.00 | 15.07 |
| 25/04/07 | Austria | | 13.00 | | | 13.00 | Eur | 1.46 | 0.00 | 8.90 | 0.00 | 0.00 | 8.90 |
| 27/04/07 | UK | | 11.00 | | | 11.00 | | 1.00 | 0.00 | 11.00 | 0.00 | 0.00 | 11.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total 06 07 | 2,830.24 | 763.74 | 0.00 | -0.00 | 2,594.00 | | 1.00 | 1,833.23 | 763.74 | 0.00 | 0.00 | 2,594.00 |
| | VAT | | | | | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| | NET | | | | | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| | | | | | | | | | #REF! | #REF! | #REF! | #REF! | #REF! |
| | | | | | | | | | #REF! | #REF! | #REF! | #REF! | #REF! |



Conditions of carriage available on request    not for resale

Conditions of carriage available on request    not for resal

## TAXIRECHNUNG

**WKO** ®
WIRTSCHAFTSKAMMER WIEN
Taxi · Mietwagen

Ihr Auftrag

von

nach

| Botenfahrt | außerordentliche Wartezeit in Min.: | Personenfahrt |
|---|---|---|
| | Fahrpreis | € 10 |
| | Zuschlag | / |
| | | € 12 |
| Summe enthält 20% MwSt. | | Summe enthält 10% MwSt. |

### Vielen Dank für Ihren Auftrag!

Pol. Kennzeichen:
W 881 R

Datum: 19.10.06

BENDL Michael KEG
Pyrkergasse 2B/6
1190 Wien

Stampiglie des Unternehmens / Unterschrift des Lenkers

OPEL

---

## Rosenov - Auto

Jan Kruk Ges.m.b.H.

**KFZ-TECHNIK - HAVARIEDIENST**
1160 Wien, Wichtelgasse 41/3
Tel. 01/481 30 50-11    Fax DW 30
www.rosenov.at

## TAXI-Rechnung

| VON | 1070 | NACH | 1190 |
|---|---|---|---|

| FAHRPREIS | € 14,00 | Außerordentliche WARTEZEIT in Minuten: | |
|---|---|---|---|
| ZUSCHLAG | € | | |
| | +€ | ☑ PERSONENFAHRT incl. 10% MwSt. | ☐ BOTENFAHRT incl. 20% MwSt. |
| | | (Zutreffendes ankreuzen) | |
| ENDBETRAG | € 15,80 | DANGARA Personenbeförderungs Ges.m.b.H. A - 1160 Wien, Heigerleinstraße 19/16 Tel. 481 30 50 DW 13, 481 30 50 DW 24 | |
| DATUM | 19.10.06 | W 56.73. TX | |
| | | Polizeil. Kennzeichen | |

Unternehmerstampiglie / Lenkerunterschrift

## Rosenov - Taxischule

Jan Kruk Ges.m.b.H.

 **481 30 50**
JOB GARANTIE

1160 Wien, Wichtelgasse 41/3
Werden Sie Taxilenker - Rufen Sie an!



# TAXI 31300

## TAXIRECHNUNG
www.taxi31300

von_____ nach_____

**Personenfahrt** außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ **Fahrpreis** ► € _____

€ _____ ◄ **Zuschlag** ► € _____

€ __−20 €__ ◄ **Summe** laut Taxameter ► € _____
enthält 10% MwSt.

Stempel und Unterschrift:   **Plus 10%** ► € _____

**Summe** ► € _____
enthält 20% MwSt.

TAXIUNTERNEHMEN
ILONA PROVAZNIK
ZIEDLERG.20
1230 WIEN

Datum: 19.10.0_

Kennz: W  4775  TX

**TAXI-GUTSCHEINE, die nette Geschenkidee**
**zu jeder Gelegenheit.**
Bestellungen unter: 01/476 76 - 15

### Ihre Zielpunkt-Börse

□ Ich suche
□ Ich verkaufe

Zielpunkt

€ 45,—   Wien − Schwechat

Datum:

Tel.:
Name:
Adresse:

---

# TAXI 31300
einfach entspannend

## TAXIRECHNUNG
www.taxi31300.a

von _Wien_ nach _____

**Personenfahrt** außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ **Fahrpreis** ► € _____

€ _____ ◄ **Zuschlag** ► € _____

€ _____ ◄ **Summe** laut Taxameter ► € _____
enthält 10% MwSt.

Stempel und Unterschrift:   **Plus 10%** ► € _____

**Yetvart Arslanyan**
Taxi - u. Mietwagenunternehmen
1180 Wien, Lacknergasse 96/20
Mobil: 0664 / 415 2780

**Summe** ► € _____
enthält 20% MwSt.

Datum: 2-11.06

Kennz: W  ____  TX

**TAXI-GUTSCHEINE, die nette Geschenkidee**
**zu jeder Gelegenheit.**
Bestellungen unter: 01/476 76 - 15

---

# TAXI 31300
einfach entspannend

## TAXIRECHNUNG
www.taxi31300.at

von _____ nach_____

**Personenfahrt** außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ **Fahrpreis** ► € _____

€ _____ ◄ **Zuschlag** ► € _____

€ _____ ◄ **Summe** laut Taxameter ► € _____
enthält 10% MwSt.

Stempel und Unterschrift:   **Plus 10%** ► € _____

**Summe** ► € __7,5__
enthält 20% MwSt.

6/11/06   Datum:

Kennz: W . . . . . . . . . . TX

**TAXI-GUTSCHEINE, die nette Geschenkidee**
**zu jeder Gelegenheit.**
Bestellungen unter: 01/476 76 - 15

Confidential

# Das TAXI 40100

**Das TAXI mit dem guten Ruf.**   www.taxi40100.at

## TAXI-RECHNUNG

VON                          NACH

FAHRPREIS        €                    Außerordentl. WARTEZEIT in Minuten:

ZUSCHLAG         €

                 +€

ENDBETRAG        €

☐ PERSONENFAHRT          ☐ BOTENFAHRT
incl. 10% MwSt.            incl. 20% MwSt.
(Zutreffendes ankreuzen!)

DATUM  6.11.06           W 2807 TX   Polizeil. Kennzeichen

*Gabriela Krammer KEG*
*Taxi & Mietwagen*
*A-1170 Wien, Zeillerg. 7-11 /12/8*
*Tel.: +43 0 650 /981 24 70*
Unternehmer Stampiglie / Unterschrift Lenker

# RAPID TAXISCHULE
**www.taxischule.at**
**Info + Anmeldung unter**
**01/614 55 614**

---

# Das TAXI 40100

**Das TAXI mit dem guten Ruf.**   www.taxi40100.

## TAXI-RECHNUNG

VON                          NACH

FAHRPREIS        €                    Außerordentl. WARTEZEIT in Minuten:

ZUSCHLAG         €

                 +€

ENDBETRAG        €

☐ PERSONENFAHRT          ☐ BOTENFAHRT
incl. 10% MwSt.            incl. 20% MwSt.
(Zutreffendes ankreuzen!)

DATUM  2/11/07           W . . . . TX   Polizeil. Kennzeichen

**TAXIUNTERNEHMEN**
**WERNER ROSENOV**
**1120 WIEN, RUCKERG. 59/5**
Unternehmer Stampiglie / Unterschrift Lenker

# RAPID TAXISCHULE
**www.taxischule.at**
**Info + Anmeldung unter**
**01/614 55 614**

---

## TAXIRECHNUNG

60160 TAXI
www.taxi60160.at

Taxi Unternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664/ 301 68 75

Firma

Ihr Auftrag:

Pol. Kennzeichen

Datum

Fahrpreis: €

Zuschlag: €

Summe: €

In diesem Preis sind
Mehrwertsteuer enthalten:   ☐ 10%   ☐ 20%

---

## TAXIRECHNUNG

60160 TAXI
www.taxi60160.at

Taxiunternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664/ 301 68 75

Firma

Ihr Auftrag:

Pol. Kennzeichen

Datum

Fahrpreis: €

Zuschlag: €

Summe: €

In diesem Preis sind
Mehrwertsteuer enthalten:   ☐ 10%   ☐ 20%

LEH_0000558



# TAXI 40 100

## ... der feine Unterschied

# ▨ TAXI-RECHNUNG ▨

| VON | NACH |
|---|---|
| FAHRPREIS € | Außerordentl. WARTEZEIT in Minuten: |
| ZUSCHLAG € | |
| +€ | *50,-* |
| ENDBETRAG € | Taxiunternehmen<br>F. Hülya e.V.<br>1100 Wien, Gölsenge 3<br>Tel: 00/0922 03 43 Fax: 2007 |

☐ PERSONENFAHRT   ☐ BOTENFAHRT
Incl. 10% MwSt.   Incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM *18.11.06*   W *1686* TX   Polizeil. Kennzeichen

## www.taxischule.at
### Info+Anmeldung
### unter
# 01/614 55 614



# TAXI 40 100

## ... der feine Unterschied

# ▨ TAXI-RECHNUNG ▨

| VON | NACH |
|---|---|
| FAHRPREIS € | Außerordentl. WARTEZEIT in Minuten: |
| ZUSCHLAG € | |
| +€ | *16,-* |
| ENDBETRAG € | BRUCKNERGER GARAGE<br>Taxiunternehmen<br>SHELL TANKSTELLE<br>1100 Schleichgasse 4 und<br>Patrubangasse 6<br>Tel: 01 / 604 27 07 |

☐ PERSONENFAHRT   ☐ BOTENFAHRT
Incl. 10% MwSt.   Incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM *19.11.06*   W *2136* TX   Polizeil. Kennzeichen

## www.taxischule.at
### Info+Anmeldung
### unter
# 01/614 55 614

---

# TAXIRECHNUNG

Ihr Auftrag
von

nach

| Botenfahrt | außerord. Wartezeit in Min: | Personenfahrt |
|---|---|---|
| | **Fahrpreis** | *€5,-* |
| | **Zuschlag** | |
| Summe lt. Taxameter | | |
| | Bei Botenfahrt PLUS 10% von der Summe lt. Taxameter | **Summe** enthält 10% MwSt.<br>*€5,-* |

**Summe** enthält 20% MwSt.

pol. Kennzeichen:
W *574 TX*

HMED MAHMOD
TAXI-UNTERNEHMER
1020 WIEN, Fugbach G 21
TEL 214044/0664 3004818

Datum: ........ *EIN*

STAMPIGLIE des Unternehmens/Unterschrift des Lenkers



ARAL wünscht gute Fahrt.

TAXI 31300   einfach entspannend  ☺

# TAXIRECHNUNG

www.taxi31300.at

von ........................ nach ...................

| **Personenfahrt** | außerord. Wartezeit in min: | **Botenfahrt** |
|---|---|---|
| € *30,00* | ◄ Fahrpreis ► | € |
| € | ◄ Zuschlag ► | € |
| € *30,00* | ◄ Summe ► laut Taxameter | € |
| | enthält 10% MwSt. | |
| | Plus 10% ► | € |
| | **Summe** ► | € |
| | enthält 20% MwSt. | |

Stempel und Unterschrift:

Taxi Unternehmer
SABERYEL NAZ E
1170, ..............
Tel. 0650/821 34 83

Datum: *20.11.06*

Kennz: W *1550* TX

## TAXI-GUTSCHEINE, die nette Geschenkidee
### zu jeder Gelegenheit.

Bestellungen unter: 01/476 76 - 15

Confidential

# LICENSED LONDON TAXI
## RECEIPT

Transport for London

9/11/06

AMOUNT £  11-00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

## LICENSED TAXI RECEIPT

9/11/06

**DATE**                    **£**

---

## TAXIRECHNUNG  60160 TAXI

www.taxi60160.at

Fahrpreis: _____          Ihr Auftrag: _____

Zuschlag: _____           _____

Summe: _35,—_                       SWOBODA U. NAGLER GesmbH
                                     Favoritenstraße 145/3/B1
In diesem Preis sind  ☐ 10%  ☐ 20%   A - 1100 Wien
Mehrwertsteuer enthalten.            Tel. + Fax: 01 /966 17 31
                                     NUR FÜR TAXIRECHNUNG

13 · 11 - 06
Datum              Pol. Kennzeichen          Firma

Confidential



## TAXI-RECHNUNG

VON ........................    NACH ........................

FAHRPREIS    € ........................    Außerordentliche WARTEZEIT in
Minuten ........................

ZUSCHLAG    € ........................

+€ ........................

ENDBETRAG    € ........................

☐ PERSONENFAHRT    ☐ BOTENFAHRT
inkl. 10% MwSt.        inkl. 20% MwSt.
(Zutreffendes ankreuzen)

Stempel / Unterschrift des Lenkers

DATUM 21.- 11. 06    W.......TX
Polizeiliches Kennzeichen

## SICHER mit dem TAXI

To advertise please call RSVP Media Store. Tel. 0800 328 3027 · www.rsvpmedia.co.uk

TAXI RECEIPT 6/12/06

Date _____    Driver No: _____

Journey _____    Tel _____

Received £13-00

Signed _____    With Th

## 'LET US QUOTE YOU HAP

### LICENSED TAXI
### - Receipt -

Journey: 5/12/07

Date: _____

Signature: _____

£ 15.00

### LICENSED LONDON
### TAXI RECEIPT©

BE SURE  BE SAFE

5/12/06.

AMOUNT  £ 17 -

Thank You
for your custom

ALWAYS USE A licensed TAXI-CAB

## Licensed Taxi Receipt

Date 6.12.6

£ 11.00

Signed _____

To reduce the fare, PTO

LEH_0000561



# TAXI 40100

## ... der feine Unterschied

# TAXI 40100

## ... der feine Unterschied

## TAXI-RECHNUNG

VON _____ NACH _____

FAHRPREIS € ₮8₮     Außerordentl. WARTEZEIT in Minuten: ____

ZUSCHLAG € ____

+€ ₮8₮

ENDBETRAG € ₮8₮

AK-Taxibetriebs GmbH
Hartlgasse 33/5, 1200 Wien
Tel.: 0699/1100 /661
UID-ATU56814601

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)    Unternehmer Stampiglie / Unterschrift Lenker

DATUM 12.12.06    W 8466 TX    Polizeil. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614

## TAXI-RECHNUNG

VON _____ NACH _____

FAHRPREIS € 10     Außerordentl. WARTEZEIT in Minuten: ____

ZUSCHLAG € ____

+€

ENDBETRAG € 10     MARIA CHVATAL
TAXIUNTERNEHMEN
1100 Wien, Moseigasse 27A

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)    Unternehmer Stampiglie / Unterschrift Lenker

DATUM 12/12    W .... TX    Polizeil. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614

# Das TAXI 40100

## ...immer eine gute Wahl!    www.taxi40100.at

## TAXI-RECHNUNG

VON _____ NACH _____

FAHRPREIS € 8,00     Außerordentl. WARTEZEIT in Minuten: ____

ZUSCHLAG € ____

+€

ENDBETRAG € 8,00

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)    Unternehmer Stampiglie / Unterschrift Lenker

DATUM 16.12.06    W .... TX    Polizeil. Kennzeichen



# RAPID
## TAXISCHULE

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614



VEREIN DER KRAFTFAHRZEUGHALTER - SELBSTHILFE

1020 WIEN, NORDBAHNSTRASSE 26
TEL: 01-218 20 70,    FAX 01-219 78 03
Bürozeiten: Montag bis Freitag 8 - 12 Uhr

FÜR DAS KÖNNEN GIBT ES NUR EINEN BEWEIS - DAS TUN

## TAXI - RECHNUNG

VON _____ NACH _____

Fahrpreis € ....................    außerordentl. WARTEZEIT

Zuschlag € ....................    In Minuten: ____

+ € ....................

Endbetrag € .......    Mag. B. Mahoodie
Handels und Trat....
Volksgass.. ... ...
Unternehmer 0664 210 32 67   Unterschrift Lenker

☐ Personenfahrt    ☐ Botenfahrt
inkl. 10% MwSt.        inkl. 20% MwSt.
(zutreffendes ankreuzen)

Datum: 15-02.06    W 2425 TX

VIELEN DANK FÜR IHREN AUFTRAG!

Confidential

LEH_0000562

# TAXI 40 100
## ...der feine Unterschied

# TAXI-RECHNUNG

VON                    NACH

FAHRPREIS    € 12,00    Außerordentl. WARTEZEIT in Minuten:
ZUSCHLAG                *Pahlen Zugang u. Riko*
+€                      Rueppgasse 7/2/7
                        1020 WIEN
ENDBETRAG   €           Tel/Fax: 01/26 43 557
                        Mobil: 0699 12588883

☐ PERSONENFAHRT    ☐ BOTENFAHRT
   Incl. 10% MwSt.      Incl. 20% MwSt.
                    (Zutreffendes ankreuzen)

DATUM  15/12      W ....TX
                              Polizeil. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
## unter
## 01/614 55 614

---

*taxi-cooperative*

# TAXI-RECHNUNG

Wien, am ... 20.12.06 ...

von ...........................................

nach ..........................................

Fahrpreis lt. Taxameter      € 7,--
zzgl. Zuschlag Wartezeit      €
zzgl. ...........................   €
Nettobetrag                  €
zzgl. 10% / 20% MWst         €

          Endbetrag          € 7,-

Kennzeichen: W- 3163 ...............TX

*taxi-cooperative*
*Cosara Nerad GesmbH*
*Puchsbaumgasse 29/4*
*1100 Wien*

Wir drucken nicht
nur Taxirechnungen!
Wir drucken alles!
Auch für Sie!

# MARTINI
DRUCK- UND VERLAGSGMBH
WWW.MARTINI-DRUCK.COM

---

**TAXIRECHNUNG**

Datum: 22-12-06

In diesem Preis sind
Mehrwertsteuer enthalten.

Summe: €            ☐ 10%
Zuschlag: €
Fahrpreis: €        ☐ 20%

Ihr Auftrag:

Pol. Kennzeichen

**Sodeyfi Jalal**
Taxiunternehmen
19, Grinzinger Allee 54/9/11
0676/302 81 28
Firma

---

# 60160 TAXI
www.taxi60160.at

---

## LICENSED LONDON TAXI
Transport for London

# RECEIPT ©

19/12/2006

AMOUNT £ 13

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---



# TAXI RECEIPT

ALWAYS USE A LICENSED TAXI CAB

LICENSED
TAXI DRIVERS
ASSOCIATION

DATE  23/12

AMOUNT £ 45.00

Signature

THE LICENSED TAXI DRIVERS ASSOCIATION
Taxi House Woodfield Road London W9 2BA
Tel: 020 7286 1046

---

Confidential



BE SURE BE SAFE

**LICENSED LONDON TAXI RECEIPT**

23/12

AMOUNT £          6·00

**Thank you**
for your custom
ALWAYS USE A *Licensed* TAXI CAB

**JVB**right
TAXI PARTS

---

I ♡ NEW YORK
MED #          3T62
DATE: 01/08/2007
START TIME 15:58
END TIME    16:07
TRIP #       1010
RATE No.       1 1
MILES        1.21
FARE $       6.90

Contact TLC Dial
3-1-1

I ♡ NEW YORK
MED #          3T62
DATE: 01/08/2007
START TIME 16:16
END TIME    16:20
TRIP #       1011
RATE No.        1
MILES        0.45
FARE $       4.10
EXTRAS $     1.00
TOTAL $      5.10

Contact TLC Dial
3-1-1

---

IHR TAXI IST EIN MITGLIED DER

**ats** *We make You feel fine.*

AIRPORT
TRANSFER
SERVICE

authorized by
**vie** Vienna International Airport

Tel.: +43/1/7007-359 10    Fax: +43/1/7007-359 20
office@ats-vie.com         www.ats-vie.com

## Rechnung / Invoice

Taxi Nr.
**140**

+43 699 16 415000

Fahrt von ........................ AP

nach ........................ wien 1

Datum 29.01.07 Fahrpreis € ........ 35.—
inkl. 10% Ust.

*Abdul*
Stempel und Unterschrift

Johann Eschinger
T A X I
2320 Schwechat, Bräuhausstr. 65
Tel/Fax 707 82 88

---

**mgp**
OFFICE SOLUTIONS

BÜROS AB 10m² PROMPT VERFÜGBAR
## BUSINESSCENTER
Tel: +43 (1) 315 27 37 97 | Email: info@mgp.ag | Web: www.mgp.ag

# TAXIRECHNUNG

**60160 TAXI**
www.taxi60160.at

Fahrpreis: € _____    Ihr Auftrag: _____

_____

Zuschlag: € _____ *10 €*

**Summe: €** _____

In diesem Preis sind ☐ 10% ☐ 20%
Mehrwertsteuer enthalten

*10 - 01. 07*

Datum          Pol. Kennzeichen          Firma

---



**TAXI 31300** *einfach entspannend* ☺
www.taxi31300.at

## TAXIRECHNUNG

von _____ nach _____

außerord. Wartezeit
in min:

**Personenfahrt**          **Botenfahrt**

€ _____  ◀ Fahrpreis ▶  € _____

€ _____  ◀ Zuschlag ▶  € _____

€ _____  ◀ Summe ▶  € _____
                    laut Taxameter

enthält 10% MwSt.                    Plus 10% ▶  € _____

Stempel und Unterschrift:

BANWAIT Gurmakh          Summe ▶  € _____
Taxiunternehmen
Friedrich Kaiserg. 28/7
A-1160 Wien

                    Datum: _____
                    Kennz: W _____ .TX

**www.christas-club.com**

---



**Carat**
EXCLUSIV AUTOREINIGUNG
e-mail: autoreinigung@aon.at
Internet: www.autoreinigung.at

# FAHRPREISQUITTUNG

von ....................................................

nach ....................................................

Fahrpreis  € *10,-*          Monika Rosenthal
                              GmbH
Zuschlag   € ............      Altmansdorfestr. 164/12/20
                              1232 Wien
Endbetrag  € *10,-*
incl. 10% Mwst ☐              Unterschrift ....................
incl. 20% Mwst ☐
(Zutreffendes ankreuzen)      W- *1132 TX*
Datum *11.7.07*                   Kennzeichen

**KFZ – FACHBETRIEB**
**SIMON THOMAS JR.**

Davidgasse 46-48
1100 Wien              **Direktverrechnung mit**
Tel.: 01 604 17 86     **allen Versicherungen**
Fax: 01 603 29 99

---

Confidential          LEH_0000565



# Das TAXI 40100

**Das TAXI mit dem guten Ruf.**  www.taxi40100.at

## TAXI-RECHNUNG

VON

NACH

FAHRPREIS   € ...................

ZUSCHLAG   € ...................

+€ .......

**ENDBETRAG**  € ....5....

☐ PERSONENFAHRT      ☐ BOTENFAHRT
  inkl. 10% MwSt.          inkl. 20% MwSt.
  (Zutreffendes ankreuzen)

Außerordentliche WARTEZEIT in
Minuten ...................

Stempel / Unterschrift des Lenkers

DATUM: *12-01 2007*

W . . . . TX
Polizeiliches Kennzeichen

## SICHER mit dem TAXI

---

## ≡ TAXI-RECHNUNG ≡

VON

NACH

FAHRPREIS   € ...................

ZUSCHLAG   € ...................

+€ *9,-*

ENDBETRAG   €

☐ PERSONENFAHRT      ☐ BOTENFAHRT
  inkl. 10% MwSt.          inkl. 20% MwSt.
  (Zutreffendes ankreuzen)

Außerordentl. WARTEZEIT in Minuten: ...............

Unternehmer Stampiglie / Unterschrift Lenker

DATUM  *14/1/07*   W /// TX  Polizeil. Kennzeichen



## RAPID TAXISCHULE

www.taxischule.at
**Info + Anmeldung unter**
**01/614 55 614**

---

# TAXIRECHNUNG



**═ 60160 TAXI**

www.taxi60160.at

Fahrpreis: € _____        Ihr Auftrag: _____

Zuschlag: € _____        _____

**Summe:** € _____        _____

In diesem Preis sind   ☐ 10%   ☐ 20%
Mehrwertsteuer enthalten.

*120107*
Datum

W ........ TX
Pol. Kennzeichen

.... E N  M  Ü
...............gesellschaft m. b. H.
.......... KFZ Reparaturen
........ er Straße 142/1/II
1100 Wien,
FN 81404 w    ATU 15425608
Firma

LEH_0000566

# TAXIRECHNUNG



www.taxi60160.at

Fahrpreis: € _____

Zuschlag: € _____

**Summe: €**  ~~ST~~

Ihr Auftrag: _____

_____

_____

In diesem Preis sind ☑10%  ☐20%
Mehrwertsteuer enthalten.

12/1/07

1395

Kurt Mayer
Taxi... ...nahme
A-11... ...anderweg nr. 3
Tel. 01/944897?

Datum        Pol. Kennzeichen        Firma

LICENCED TAXI
Customer Receipt

Date: 18/01/2007

Time: 12:20

Fare:        9.80
Extras:      0.00
Sub Total:   9.80

Tips . . . . . . .

Total . . . . . .

Thank you for your custom

---

# TAXI   RECHNUNG   TAXI

Start: _____   Fahrpreis   € _____

Ziel: _____   Zuschlag   € _____

☒ Personenfahrt inkl. 10% Mwst.   Summe   €  12,—

☐ Botenfahrt inkl. 20% Mwst.

Datum: 19. 1. 07

W  2527 TX

Taxi - Büro
CONTI Handelsges.m.b.H.
Heiligenstädterstrasse 141
1190 Wien

UID Nr. ATU15424707

# taxi-cooperative

## TAXI-RECHNUNG

Wien, am .....19.1.07.....

von .................................................

nach ...............................................

| | | |
|---|---|---|
| Fahrpreis lt. Taxameter | € | ............. |
| zzgl. Zuschlag Wartezeit | € | ............. |
| zzgl. .............................. | € | ............. |
| Nettobetrag | € | ............. |
| zzgl. 10% / 20% MWst | € | ............. |

Endbetrag     € . 7 —

Kennzeichen: W- 3780 ...............TX

**taxi-cooperative**
**Michael Maresch GesmbH**
**Triesterstraße 277**
**1230 Wien**

Wir drucken nicht
nur Taxirechnungen!
Wir drucken alles!
Auch für Sie!

## MARTINI
DRUCK- UND VERLAGSGMBH
WWW.MARTINI-DRUCK.COM

---

## Das TAXI 40100

...immer eine gute Wahl!    www.taxi40100.at

### TAXI-RECHNUNG

VON ....................    NACH ....................

| | | |
|---|---|---|
| FAHRPREIS | € | Außerordentl. WARTEZEIT in Minuten: .... |
| ZUSCHLAG | € | |
| +€ | | |
| ENDBETRAG | € | |

Franz Fischbacher
Wolkeingasse 38/3/4
A-1210 Wien
Tel. 271 32 69

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MWst.        incl. 20% MWst.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 19.1.07    W . . . . TX    Polizeil. Kennzeichen

---



**RAPID TAXISCHULE**

www.taxischule.at
**Info+Anmeldung**
unter
**01/614 55 614**

---

## TAXIRECHNUNG

### 60160 TAXI
www.taxi60160.at

Fahrpreis: € ____9____    Ihr Auftrag: _____

Zuschlag: € _____

**Summe:** € ____9____

In diesem Preis sind ☐ 10% ☐ 20%
Mehrwertsteuer enthalten.

*Agop Arslanyan*
Taxiunternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664 / 301 68 75

__19.01.07__    __3370 TY__    _____
Datum            Pol. Kennzeichen        Firma

Confidential

LEH_0000568

# Das TAXI 40100

## TAXI 31300
einfach entspannend

**...immer eine gute Wahl!**    www.taxi40100.a

## TAXI-RECHNUNG

VON _____    NACH _____

FAHRPREIS    € _____    Außerord. WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

+€ _____

ENDBETRAG    € _____

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)    Unternehmer Stampiglie / Unterschrift Lenker

DATUM 31.01.07    W . . . . TX    Polizeil. Kennzeiche

## RAPID TAXISCHULE

www.taxischule.at
Info+Anmeldung
unter
01/614 55 614

## TAXIRECHNUNG
www.taxi31300.at

von _____    nach _____

**Personenfahrt**    außerord. Wartezeit in min:    **Botenfahrt**

€ _____    ◄ Fahrpreis ►    € _____

€ _____    ◄ Zuschlag ►    € _____

€ _____    ◄ Summe ►
laut Taxameter
enthält 10% MwSt.

Plus 10%►  € _____

Summe ►
enthält 20% MwSt.

Stempel und Unterschrift:

Rainer Buder - Taxi
1140 WIEN, H. Collin-Str. 36/7/10
Tel.: 0664/482 22 20

Datum: _____

Kennz: W 8831 TX

31/11/08

www.christas-club.com

## Rosenov - Auto

Jan Kruk Ges.m.b.H.

KFZ-TECHNIK - HAVARIEDIENST
1160 Wien, Wichtelgasse 41/3
Tel. 01/481 30 50-11    Fax DW 30
www.rosenov.at

## TAXI-Rechnung

VON _____    NACH _____

FAHRPREIS    € _____    Außerordentliche WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

+€ _____    ☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)

ENDBETRAG    € _____
Alina Ruta GmbH
Herbststraße 19/16
1160 Wien
Unternehmerstampiglie / Lenkerunterschrift

DATUM    0/2    W . . . . TX    Polizeil. Kennzeichen

## TAXI 31300
einfach entspannend

## TAXIRECHNUNG
www.taxi31300.at

von _____    nach _____

**Personenfahrt**    außerord. Wartezeit in min:    **Botenfahrt**

€ _____    ◄ Fahrpreis ►    € _____

€ _____    ◄ Zuschlag ►    € _____

◄ Summe ►
laut Taxameter
enthält 10% MwSt.

Plus 10% ►  € _____

Stempel und Unterschrift:

Summe ►
enthält 20% MwSt.

MELCHERT Ges.m.b.H.
TAXIUNTERNEHMEN
1100 WIEN, BERNHARDTSTALG. 21

Datum: 3/11/08

Kennz: W . . . . . . . . TX

**TAXI-GUTSCHEINE, die nette Geschenkidee zu jeder Gelegenheit.**
Bestellungen unter: 01/476 76 - 15

## Rosenov - Taxischule

Jan Kruk Ges.m.b.H.

☎ 481 30 50    JOB GARANTIE

1160 Wien, Wichtelgasse 41/3
**Werden Sie Taxilenker - Rufen Sie an!**

Confidential

LEH_0000569





## TAXI-RECHNUNG

VON 3. Kleists        NACH 1. Petersg

FAHRPREIS        €

ZUSCHLAG         €

+€

ENDBETRAG        € 151,-

☑ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.        Incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM  9.2.07        W 2317 TX    Polizzl. Kennzeich.

Salim Kehonjic
Taxiunternehmen
Am Schöpfwerk 29/14/36
1120 Wien

Unternehmer Stampiglie / Unterschrift Lenker

## TAXI-RECHNUNG

VON        NACH

FAHRPREIS        €                Außerordentl. WARTEZEIT in Minuten:

ZUSCHLAG         €                MARTINA AUER
                                  TAXIUNTERNEHMEN
                 +€               1140 Wien, Felbigerg. 32
                                  Tel. 914 62 83 od. 0676 / 49 77 303
ENDBETRAG        € 10,0           UID: ATU 13737606

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.        Incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM  8.2.07        W 1362 TX    Polizzl. Kennzeichen.

## www.taxischule.at
### Info+Anmeldung
unter

## www.taxischule.at
### Info+Anmeldung
unter
# 01/614 55 614



**Fahrpreisbestätigung**

von        _____

nach       _____

           Stadtfahrt Innsbruck

Fahrpreis €.-    8,0

In diesem Betrag sind 10% Mehrwertsteuer enthalten

Wagennummer    I – 493 TX    Datum 12.2.07

Stempel

Ing. Wolfgang Landauer

TAXI - LANDAUER
Ing. Wolfgang Landauer
6080 Vill / Lilly-von-Sauter-Weg 2
Tel. 0664-1007070  Fax. 0512-370037

## SPITFIRE
### TECHNOLOGY GROUP

www.spitfireUK.net

Date ..............07

Amount € 11,00

0800 33-34-35

Confidential

# LICENSED LONDON TAXI

## RECEIPT ©

Transport for London

14/2/07

12

AMOUNT £

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

To: ....................................    From: ....................................

Fare: £10—00    Date: 14-2-07

Signature: ....................................

**ALWAYS USE A LICENSED TAXI**

---

To

From

Date  14/2/07

Amount  13 — 00

Signature

Taxi receipt.

0800 072 1107
cityindex.co.uk

# Capital gains taxi.

See over for details.

CITY INDEX
THE NEXT WAY TO TRADE

# LICENSED LONDON TAXI

## RECEIPT ©

Transport for London

15/2/7

11.20

AMOUNT £

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

# LICENSED LONDON TAXI

## RECEIPT ©

Transport for London

15/2/07

AMOUNT £  20 =00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

# TAXI

## Fahrpreisbestätigung

von ....................................

bis ....................................

Fahrpreis  € .12.

Zuschlag  € ....

Summe  € .12.

ATU39532305    incl.10%MWSt.

Datum. 16.2.07

Wagennummer ....

Tirler Wilhelm
A-6401 Inzing Oben 15
Tel. 05238/87936
Direktwahl ins Auto
0664/3030052



# 5311
## Ihr TAXI
### IN INNSBRUCK
...KOMMT SOFORT!

**FAHRPREISQUITTUNG**

Sie fuhren mit: ...............................

von .............................. nach *Stoodf*

Fahrpreis € ..............................

Zuschlag € ..............................

Summe € .............................. €14,-
INKL. 10% Mwst.

Datum: 16.02.07

## www.taxi-innsbruck.com



### 60160 TAXI
www.taxi60160.at

## TAXIRECHNUNG

Ihr Auftrag: ..............................

Fahrpreis: € ..............................

Zuschlag: € ..............................

**Summe:** € 10
☐ 10%    ☐ 20%
In diesem Preis sind
Mehrwertsteuer enthalten.

27-2-2007
Datum

Dobrivoj Krejakovic
Taxiunternehmen
1100 Wien, Leibnitzg. 55-57/13
Firma

Pol. Kennzeichen

---

## RadioTaxis
# Taxi Receipt
The world's first
CarbonNeutral® taxi company

Date .............................. 28/2

Amount £ .............................. 11-00

Signature ..............................

**To book a taxi call 020 7272 0272**
**All major credit cards accepted**
Radio Taxis has no responsibility for journeys that are not booked through the company

---

## DataCab
# The Dedicated Cab Company

For cash or credit card bookings call
# 020 7908 0000

### DataCab
## Cash Receipt

Date 6-3-07

Meter fare £ 6.00

Gratuity £ ..............................

Total £ ..............................

Signed ..............................

---

Licensed London Taxi Receipt 6/3

Amount £ 43-00

VISIT A PAIR OF FLIGHTS FROM
LONDON CITY AIRPORT

⊗ LondonCityAirport

To enter visit
LondonCityAirport.com/comp
Terms and conditions apply, see website for details.

Thank you for your custom

LondonCityAirport
The Only Airport in London
LondonCityAirport.com

# LICENSED LONDON TAXI
## RECEIPT

Transport for London

7. 3. 2007

**AMOUNT £** 10.00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

18/3/07

Lice   Taxi Receipt

Pu:
To:
Metd    : 19.0

Ex      :
Gr      :
        : 11.00

        : 050250
        :
        : 07-0609-96-49-56

# LICENSED LONDON TAXI
## RECEIPT ©

Transport for London

23/3

**AMOUNT £** 22

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

# LICENSED LONDON TAXI
## RECEIPT ©

Transport for London

23.03.07

**AMOUNT £** 20

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

## WITZMANN
### KFZ - TAXI-AUSSTATTUNGEN

TEMPOMATEN, WEGFAHRSPERREN - TÜV + VSÖ
MAGNET u. TRÄGER-WERBELEUCHTEN
siehe Rückseite

☐ PERSONENFAHRT          ☐ Fahrpreis: 30,40

☐ BOTENFAHRT             Wartezeit/Zuschlag: _____

# Fahrpreisrechnung        % Mwst.: _____

                          SUMME: _____

von A P V I E            ☐ Fahrpreis inkl. Zuschl.: _____
                         (incl.      % Mwst.)
nach W1

23.03.07
_____          _____
Datum   Pol. Kennzeichen    Firma (Stampiglie) Unterschrift

Bitte Zutreffendes ankreuzen ☒



Der neue OPEL
Astra Caravan.

# TAXI-RECHNUNG

VON _____    NACH _____

FAHRPREIS  € ...35,00...7        Außerordentliche WARTEZEIT in

ZUSCHLAG   € ...............      Minuten ...............................

+€ ...............

ENDBETRAG  € 85,007



ARSLAN
Taxi mietwagen unternehmen
Osman Kemalettin
.....gasse 2/11 A-1170 Wien
AT U 63169356

☒ PERSONENFAHRT   ☐ BOTENFAHRT
inkl. 10% MwSt.      inkl. 20% MwSt.
(Zutreffendes ankreuzen)

Stempel / Unterschrift des Lenkers

DATUM: 23.03.07      W 33.4.7 TX

Polizeiliches Kennzeichen

# SICHER mit dem TAXI

Confidential

LEH_0000574

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
℡ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr.Th.MARSONER

25 Bank Street
LONDON E 14 5 LE

Wien, am

06.11.2006

Rechnung Nr. 105906
Oktober 2006

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
| 02.10. | 22h40 APT-Hotel Bristol | 28,- |
| 04.10. | 18h Hotel Bristol-APT | 28,- |
| 09.10. | 9h45 APT-Hotel Imperial | 28,- |
| 12.10. | 6h Hotel Imperial-APT | 28,- |
| 19.10. | 10h30 APT-Rauhensteingasse | 28,- |
| 20.10. | 13h10 Bognergasse-APT | 28,- |
| 27.10 | 10h40 APT-1.Bezirk | 28,- |

EUR    196,-

10% MWSt.EUR 17,81
Netto   EUR  178,19

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr. Th.MARSONER

25 Bank Street
LONDON E 14 5 LE

Wien, am

22.11.2006

Rechnung Nr. 106806

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
| 01.11. | 14h05  APT-Hotel Imperial  (RCV) | 31,- |
| 06.11. | 17h50 APT-Hotel Bristol-1.Bez. (RCV) | 39,- |
| 08.11. | 8h45-14h30 Hotel Imperial-Himmelpfortgasse-WZ- | |
|  | General Aviation-Hotel Imperial  (P) | 252,- |
| 16.11. | 10h Whelistraße-Goldschmidgasse | 14,- |
|  | 23h APT-Goldschmidgasse | 30,- |
| 17.11. | 9h45-13h45  Wipplinger Straße-Maria Enzersdorf- | |
|  | Wartezeit-Imperial  6 Std. (Str.) | 168,- |
| 18.11. | 15h45-17h35 Goldschmiedgasse-WZ-Gänsbachergasse | 56,- |
|  | 19-0h30 Gänsbachergasse-Wartezeit-1.Bez.-19.Bez.- | |
|  | Wartezeit-1.Bez. 6 Std. (Str.) | 168,- |
| 21.11. | 8h30 Goldschmiiedgasse-APT | 28,- |
|  | 11h45 Goldschmiedgasse-APT (Str.) | 28,- |

```
                                          ----------
                          EUR     814,--
                                  ==========
```

10% MWSt.EUR 74,-
Netto  EUR 740,-

## Bankverbindung
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
℡ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr.Th. MARSONER

25 Bank street                                    Wien, am
LONDON E 14 5 LE                          5.Dezember 2006

Rechnung Nr.  107306

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
| | November 2006 | |
| 23.11. | 16h APT-Bristol-WZ-Wipplingerstraße | 42,- |
| 27.11. | 18h30-19h45 Bristol-Wipplingerstraße-WZ-Bristol | 28,- |
| 28.11. | 6h Bristol-APT Vienna | 28,- |
| 30.11. | 21h55 APT Vienna-Sonnenfelsgasse | 28,- |

```
                                                ---------
                                     EUR    126,-
                                                =========
```

10% MWSt.EUR 11,45
Netto  EUR  114,55

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
☎ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr. Th.MARSONER

25 Bank Street                                          Wien, am
LONDON E 14 5 LE                                8.Januar 2007

Rechnung Nr.  107907

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
|  | Dezember 2006 |  |
| 01.12. | 13h45 Wipplingerstraße-APT | 28,- |
| 04.12. | 14h45 APT-Sädtler-Wipplingerstraße | 42,- |
| 05.12. | 6h Wipplingerstraße-APT | 28,- |
| 17.12. | 14h45 Imperial-APT | 30,- |
| 20.12. | 15h20-16h20 und 16h20-22h40 | |
| | APT-Schubertring-Imperial-Zollergasse-WZ | 192, |
| 21.12. | 16h30-19h45  Imperial-WZ-Seitzergasse-WZ- | |
| | Schubertring-Wipplingerstraße-etc... | 126,- |
| 22.12. | 12h Operngasse-Erdbergstraße-WZ-Opernring | 28,- |
| | Hr.Krieger | |
| | | ---------- |
| | EUR | 474,- |
| | | ========== |

10% MWSt.EUR 43,09
Netto  EUR  430,91

### Bankverbindung
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential
LEH_0000578

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
Fax: 01 / 505 69 54
E-Mail: office@inaline.at
Hotline: 0664 / 102 85 00

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr.Th.MARSONER

25 Bank Street
LONDON E 14 5LE

Wien, am

07.02.2007

Rechnung Nr.  108807

Januar 2007

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
| 19.01. | 10h AO-Imperial | 28,- |
| 20.01. | 9h15 Imperial-AP | 28,- |
| 29.01. | 10-12h30 AP-WZ-Imperial-WZ-Stubenring | 56,- |
| 31.01. | 15h Imperial-Boltzmanngasse-Imperial | 18,- |
|  | 18h45 Seitzergasse-WZ-AP | 38,- |
|  |  | ---------- |
|  | EUR | 168,-- |
|  |  | ========== |

10% MWSt.EUR 15,27
Netto  EUR  152,73

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI

AUTOREISEN

# AUFSCHNAITER

FN 46287 W

**05356**
FAX 69 69 21

**6969**

**A-6370 AURACH**

**KITZBÜHEL**

**JOCHBERG**

## QUITTUNG

für Fahrt von    Kitzbühel / Arosa

nach    Lans b. Innsbruck    am 26.1.07

€    ~ 150.- ~

inkl. 10 % MwSt. von Inland-km

Unterschrift des Lenkers

---

# 53 11

**Ihr TAXI**
IN INNSBRUCK    ...KOMMT SOFORT!

### FAHRPREISQUITTUNG

Sie fuhren mit:    1-580 TX

von Lans    nach Flughafen

Fahrpreis €    22.-

Zuschlag €

Summe €    22.-

INKL. 10% MwSt.

Datum:

29.01.07

TAXI COSKUN
pünktlich · bequem · freundlich · flexibel
Taxi & Mietwagenunternehmen
Coskun Erdal
A-6170 Zirl / Meilstrasse 61a
Mobil: 0664 34 23 310

**www.taxi-innsbruck.com**

---

60160 TAXI
www.taxi60160.at

BIRO ATTILA
TAXIUNTERNEHMEN
OSWALD REDLICH STR. 4-16
1210 WIEN
TEL: 0676/318 ... 29

Firma

Ihr Auftrag:

Pol. Kennzeichen    W 44 4150

Datum    29.1.07

Fahrpreis: €    10.-

Zuschlag: €

**Summe:** €    10.-

☐ 20%
☒ 10%

In diesem Preis sind
Mehrwertsteuer enthalten.



**TAXI 40 100**

... der feine Unterschied

## ≣ TAXI-RECHNUNG ≣

| | | |
|---|---|---|
| VON | NACH | |
| FAHRPREIS € | 7 | Außerordentl. WARTEZEIT in Minuten: |
| ZUSCHLAG € | | |
| +€ | | ESMAIL HAMRAH |
| | | Taxiunternehmen |
| ENDBETRAG € | 7 | Leonard-Bernsteinstr. 8/2/4/12 |
| | | 1220 Wien |
| | | Tel.: 0676/303 74 69 |

☐ PERSONENFAHRT incl. 10% MwSt.    ☐ BOTENFAHRT incl. 20% MwSt.

(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 30. 1. 07    W .... TX    Polizeil. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
### unter
# 01/614 55 614

---

# TAXIRECHNUNG



www.taxi60160.at

Fahrpreis: € _____ 6 _____    Ihr Auftrag: _Hofburg_

_Kupetiert_

Zuschlag: € _____

**Summe: € _____ 6 _____**

In diesem Preis sind    ☑ 10%    ☐ 20%
Mehrwertsteuer enthalten.

SAMY YOUSS_
Personenbeförderung K_
Frauengasse 2/1/1_
1170 Wien
Tel.: 0676/879 711 87_

_30/1/07_    _3346_

Datum    Pol. Kennzeichen    Firma

**Taxirechnung.**

Fahrpreis: € ____________ Ihr Auftrag: ____________

Zuschlag: € ____________

Summe: € 17

In diesem Preis sind ☐10% ☐20% Mehrwertssteuer enthalten.

10/2/07
Datum

Pol. Kennzeichen

Firma

---

TAXI 31300 einfach entspannend

**TAXIRECHNUNG**

www.taxi31300.at

von ____________ nach ____________

| Personenfahrt | außerord. Wartezeit in min: | Botenfahrt |
|---|---|---|
| € | ◄ Fahrpreis ► | € |
| € | ◄ Zuschlag ► | € |
| € 8,- | ◄ Summe laut Taxameter ► | € |
| enthält 10% MwSt. | | |
| | Plus 10% ► | € |
| | Summe ► | € |
| | | enthält 20% MwSt. |

Stempel und Unterschrift:

10/2/07

Datum:

Kennz: W ............ TX

Christas Club Vienna

www.christas-club.com

---

5311 Ihr TAXI IN INNSBRUCK ...KOMMT SOFORT!

**FAHRPREISQUITTUNG**

Sie fuhren mit: 1-1070 TX

von Flughafen nach Lans

Fahrpreis € 25,-

Zuschlag € ____________

Summe € 25,-

INKL. 10% Mwst.

Datum: 10.02.07

KOC TURGAY
Taxiunternehmen
6020 Innsbruck, Schützenstr. 6
Tel.: 0676 4058571

www.taxi-innsbruck.com

Licensed Taxi Receipt

Fare:

Date:

Signature:

Even the most demanding customers rely on Orange.
Call 0800 0716 716 or visit www.orange.co.uk/business

**LICENSED LONDON TAXI**
Transport for London
**RECEIPT** ©

23-307

AMOUNT £ 47

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

# TAXIRECHNUNG

**60160** TAXI
www.taxi60160.at

Fahrpreis: € _____

Ihr Auftrag: _____

Zuschlag: € _____

**Summe:** € _____

In diesem Preis sind   ☐ 10%   ☐ 20%
Mehrwertsteuer enthalten.

Dobrivoj Krejakovic
Taxiunternehmen
1100 Wien, Leibnitzg. 55-57/13

Datum          Pol. Kennzeichen          Firma

Der neue Passat.
Luxus, an den man sich schnell gewöhnt.

Aus Liebe zum Automobil

# TAXI – RECHNUNG

SICHER
mit dem

**TAXI**

VON

NACH

FAHRPREIS    €

ZUSCHLAG    €

+ €

**ENDBETRAG** €   5,-

☐ BOTENFAHRT
Incl. 20% MwSt.
(Zutreffendes ankreuzen)

☐ PERSONENFAHRT
incl. 10% MwSt.

DATUM

Außerordentliche WARTEZEIT
in Minuten

Abou El Nassr Mahmoud
Taxiunternehmen
Muhrhoferweg 11/4/2//13
A-1110 Wien
Stempel/Unterschrift des Lenkers

W 2731 TX
Polizeiliches Kennzeichen



## TAXIRECHNUNG

www.taxi31300.at

von_____ nach_____

**Personenfahrt**            außerord. Wartezeit
in min:            **Botenfahrt**

€ _____    ◄ Fahrpreis ►    € _____

€ _____    ◄ Zuschlag ►    € _____

€ _____    ◄ Summe ►    € _____
enthält 10% MwSt            laut Taxameter

Plus 10% ►    € _____

Stempel und Unterschrift:

◄ Summe ►    € _____
enthält 20% MwSt

DIETER  BEHRINGER        Datum: 28-5-1

Taxiunternehmen

1110 Wien, Hungergasse        Kennz: W ........... TX

**TAXI-GUTSCHEINE**, die nette Geschenkidee
zu jeder Gelegenheit.

Bestellungen unter: 01/476 76 - 15

Confidential



# TAXI 40100

## ... der feine Unterschied

# ≡ TAXI-RECHNUNG ≡

VON _____ NACH _____

FAHRPREIS _____ €

ZUSCHLAG _____ €

+€ _____

ENDBETRAG _____ €

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.        Incl. 20% MwSt.
(Zutreffendes ankreuzen)

TAXIUNTERNEHMEN
WOLFGANG WESSELY
LENGERTHSTR. 257/1/27
A-1020 WIEN

Unternehmer Stampiglie / Unterschrift Lenker

DATUM _____ W ... TX    Polizell. Kennzeichn.

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614

Quittung

| Netto EUR | | |
|---|---|---|
| + 10% MwSt./EUR | Cent wie oben | |
| Gesamt EUR | | |

dankend erhalten.

Stempel/Unterschrift des Empfängers
TAXI-NETWAGEN
PETER SCHRAMM
Schützenstraße 21
6020 INNSBRUCK

Nr. ___ EUR in Worten ___ von ___ für ___ Ort/Datum ___ Buchungsvermerke

Quittung ☐ Zweckform

---

# 53 11

TAXI
IN INNSBRUCK

## ...KOMMT SOFORT!

# F A H R P R E I S Q U I T T U N G

Sie fuhren mit: T 210 TX

von _____ nach _____

Fahrpreis € _____

Zuschlag € _____

Summe € 22,-

INKL. 10% MwSt.

Datum:

15./4/02

EVKAYA UGUR
TAXIUNTERNEHMEN
Peerhofstrasse 14
A-6020 Innsbruck
Tel.: 0676 / 3210371

# www.taxi-innsbruck.com

---

# TAXI 40100

## ... der feine Unterschied

# ≡ TAXI-RECHNUNG ≡

VON 1. Opm Flug    NACH 6. Pasichfest

FAHRPREIS 6,- €

ZUSCHLAG _____ €

+€ _____

ENDBETRAG 6,- €

☑ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.        Incl. 20% MwSt.
(Zutreffendes ankreuzen)

TAXIUNTERNEHMEN
Zoltán Czinki
Anton-Baumgartner-Str. 125/4/15
A-1230 WIEN
Tel. 0664 / 200 95 27

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 25 04 2007    W ... TX    Polizell. Kennzeichn.

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614



# TAXI 40100

## ...der feine Unterschied

## ▓ TAXI-RECHNUNG ▓

VON 7 ̴    NACH 1 ̴

FAHRPREIS    € 7    Außerordentl. WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

+€ _____

ENDBETRAG    € 7

○ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)

MARIA CHVATAL
ⓣ TAXIUNTERNEHMEN
1100 Wien, Moselgasse 27A
Unternehmer Stampiglie / Unterschrift Lenker

DATUM 25.04.2007    W /67 TX    Polizeil. Kennzeichen

## www.taxischule.at
### Info+Anmeldung
### unter
# 01/614 55 614



## LICENSED TAXI
### - Receipt -

Journey: ..................

Date: 270407    £ 11.00

Signature: ..................

Confidential

LEH_0000586

## TAXI - LIMOUSINENSERVICE

### *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr. Th. MARSONER

25 Bnank Street
LONDON E14 5 LE

Wien, am

8. April 2007

Rechnung Nr. 110707

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
|       | März 2007          |          |
| 28.03. | 10h AP-Opernring-Imperial | 35,- |
| 30.03. | 9h Imperial-AP-Goldschmiedgasse | 33,- |
|       |                    | ------------ |
|       | EUR | 68,- |
|       |                    | ========= |

Incl. 10% MWSt.

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

LEH_0000587

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
Fax: 01 / 505 69 54
E-Mail: office@inaline.at
Hotline: 0664 / 102 85 00

An die

LEHMAN BROTHERS EUROPE LIMITED

25 Bank Street
LONDON E14 5 LE

Wien, am

18.März 2007

Dr. Th. MARSONER

Rechnung Nr. 109807

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
|       | Februar 2007       |          |
| 08.02. | 23h AP-Imperial | 30,- |
| 09.02. | 7h45 Imperial-STRABAG-WZ-Imperial-Rennweg | 42,- |
| 10.02. | 6h Imperial-AP | 28,- |
| 26.02. | 18h50 AP-Imperial-WZ-AM Stadtpark | 42,- |
| 28.02. | 12h15 Imperial-AP | 28,- |

```
                                           ----------
```

EUR     170,--

```
                                           ==========
```

==10% MWSt.EUR 15,45
Netto  EUR  154,55

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

E Entertaining

| Date | Name of Place of Entertaining (32) | No. Lehman Attendees (33) | No. Non-Lehman Attendees (33) | Names of Attendees and Companies represented (34) | Entertainment Cost (35) | Currency | Exchange Rate (X.XX = €1.00) | Entertaining: € value |
|---|---|---|---|---|---|---|---|---|
| 05-Sep-06 | Hi Ge Matsu | 1 | 1 | Lunch w Goschin, Cerberus + Thomas Marsoner (108931.54) | 27.80 | Eur | 1.46 | 19.04 |
| 09-Oct-06 | Hotel Bristol | 1 | 1 | Lunch w/ Finance Minister Grasser + Thomas Marsoner (108931.54) | 293.50 | Eur | 1.46 | 201.03 |
| 29-Nov-06 | Sky Restaurant | 1 | 1 | Dinner w/ Ofner, EVN + Thomas Marsoner, LB Advisor (126019.1) | 300.00 | Eur | 1.46 | 205.48 |
| 13-Nov-06 | Cantinetta Antinori | 1 | 1 | Lunch w/ Goschin, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 236.60 | Eur | 1.46 | 162.05 |
| 25-Nov-06 | Planter's Bar | 1 | 1 | Dinner w/ Goschin, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 125.00 | Eur | 1.46 | 85.62 |
| 25-Nov-06 | Fabios | 1 | 2 | Dinner w/ Goschin, Cerberus + Bruno, TI +Thomas Marsoner, LB Advisor (108931.54) | 800.00 | Eur | 1.46 | 547.95 |
| 02-Dec-06 | Yama | 1 | 1 | Dinner w/ Danilo Melamed, Bank Austria + Thomas Marsoner ra Sacher (108931.54) | 116.16 | Eur | 1.00 | 116.16 |
| 01-Dec-06 | Yuuichoa | 1 | 1 | Dinner w/ Hannes, Androsch Int Management + Thomas Marsoner, LB advisor re Sacher (108931.54) | 203.06 | Eur | 1.00 | 203.06 |
| 15-Feb-07 | Defune | 1 | 1 | Recruiting Dinner, German IBD MD Nikolai Ahrens + Thomas Marsoner, LB Advisor (B833.0/82627) | 417.80 | Eur | 1.00 | 417.80 |
| 15-Feb-07 | The Square | 1 | 1 | Lunch w/ David Teitelbaum, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 67.22 | Eur | 1.00 | 67.22 |
| 06-Dec-07 | Memories of China | 1 | 1 | Recruiting Dinner, German IBD MD Nikolai Ahrens + Thomas Marsoner, LB Advisor (B833.0/82627) | 112.89 | Eur | 1.00 | 112.89 |
| 29-Jan-07 | Steirereck | 1 | 2 | Dinner re EVN w/ B Hofer, G Ofner, EVN + Thomas Marsoner, LB Advisor + J Krieger (LB) (126019.1) | 1,312.90 | Eur | 1.46 | 899.25 |
| 21-Jan-07 | Indochine | 1 | 1 | Lunch w/ Friedrich Kadrancska, Bank Austria + Thomas Marsoner (LB Advisor re Prj Sacher (108931.54) | 70.30 | Eur | 1.46 | 48.15 |
| 30-Jan-07 | Indochine | 1 | 1 | Lunch w/ Thomas Moskovics, Bank Winter+ Thomas Marsoner (LB Advisor) (108931.54) | 135.20 | Eur | 1.46 | 92.60 |
| 19-Jan-07 | Steirereck | 1 | | Lunch w/ Danilo Melamed, Bank Austria + Thomas Marsoner (108931.54) | 67.70 | Eur | 1.46 | 46.37 |
| 31-Jan-07 | Yohm | 1 | 1 | Dinner w/ David Teitelbaum, Cerberus + Thomas Marsoner (LB Advisor) (108931.54) | 284.40 | Eur | 1.46 | 194.79 |
| 09-Feb-07 | Indochine | 1 | 1 | Dinner w/ Danilo Melamed, Bank Austria + Thomas Marsoner (108931.54) | 156.90 | Eur | 1.46 | 107.47 |
| 03-Mar-07 | Fabios | 1 | 1 | Lunch w/ David Teitelbaum, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 97.00 | Eur | 1.00 | 97.00 |
| 01-Mar-07 | The Travellers Club | 1 | | Dinner w/ Hannes Androsch, Androsch Int Management + Mr Rauch + Thomas Marsoner (LB Advisor) (108931.54) | | | | |
| 8/4/77 | Hotel Post | 1 | 2 | | 652.00 | | | 446.58 |
| | **Totals** | | | | Total in € | | | |
| | | | | | 4,070.80 | | | 4,070.80 |

## 01 Meal Allowance - Whilst Travelling

5170000

| Date | Breakfast (30) | Lunch (30) | Dinner (30) | Total Per Diem | Currency | Exchange Rate (X.XX = €1.00) | Breakfast - € value | Lunch - € value | Dinner - € value | Total - € value |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Nov-06 | | | 21.10 | 21.10 | Eur | 1.46 | 0.00 | 14.45 | 14.45 | 14.45 |
| 29-Nov-06 | | 90.00 | | 90.00 | Eur | 1.46 | 0.00 | 61.64 | 0.00 | 61.64 |
| 26-Nov-06 | | | 18.10 | 18.10 | Eur | 1.46 | 0.00 | 0.00 | 12.40 | 12.40 |
| 08-Dec-06 | | | | 6.70 | Eur | 1.46 | 0.00 | 0.00 | 4.59 | 4.59 |
| 12-Dec-06 | 7 | | | 12.40 | Eur | 1.46 | 4.59 | 0.00 | 0.00 | 4.59 |
| 11-Jan-07 | | 12.40 | | 8.49 | Eur | 1.46 | 0.00 | 8.49 | 0.00 | 8.49 |
| 22-Jan-07 | | | 90 | 80.00 | Eur | 1.46 | 0.00 | 0.00 | 81.64 | 81.64 |
| 19-Jan-07 | | 29 | | 28.60 | Eur | 1.46 | 0.00 | 19.73 | 0.00 | 19.73 |
| 23-Mar-07 | | | 47 | 47.20 | Eur | 1.46 | 0.00 | 0.00 | 32.33 | 32.33 |
| | | | 41 | 41.00 | Eur | 1.46 | 0.00 | 28.08 | 28.08 | 28.08 |
| | | | | 0.00 | | 1.00 | #REF! | #REF! | #REF! | 0.00 |
| Totals in € | 4.59 | 89.86 | 148.90 | 243.36 | NET | | 4.59 | 89.86 | 148.90 | 243.36 |
| | | | | | VAT | | #REF! | #REF! | #REF! | #REF! |

Confidential

*Lunch Goschin*

*Lunch Minister Grasser*

日本料理

# ひげ松

Hi Ge Matsu
Meisengasse 11
60313 Frankfurt am Main

### RECHNUNG

REG  05.09.2006(Di.) 13:07
BED.01      MC#01      015442
                    KU  1
TISCHNUMME6

RECHNUNGSNR.        002441

2 Sushi Menü        ·27.80
  #0306
  UMSATZ 16%       ·23.97
  MWST 16%          ·3.83
  TOTAL          -27.80
  BAR             ·27.80

 Telefon: 069 - 280688
 Steuernummer:
 114523930356570311

=============================
Bewirtungsaufwand-Angabe
(§4 Abs.5 Ziffer 2 EStG)
=============================
Bewirtete Person(en):

----------------------------

----------------------------

----------------------------

Anlaß der Bewirtung:

----------------------------

Höhe der Aufwendungen:

----------------------------

Bei Bewirtung im Rest.

----------------------------

in anderen Fällen

----------------------------

Ort .                Datum

----------------------------

Unterschrift

---

### HOTEL BRISTOL

*Wien*

RESTAURANT KORSO
R E C H N U N G
UID: ATU 15671306

Name/Firma:

44 KORSO

TI 6/1        1723      GST 2
      19OCT'06 13:23

HOTEL IMPERIAL
*Wien*

HOTEL BRISTOL
*Wien*

HOTEL
GOLDENER HIRSCH
*Salzburg*

IMPERIAL TORTE

2 COUVERT MITTAG      10.00
1 VORSPEISE1          19.00
1 SPEISEN             16.00
1 BACHSAIBLING        28.00
1 SEEZUNGE            36.00
1 ROEMERQUELLE 0.7     9.80
1 1492 P.MONT.CARI    158.00
1 BLOODY MARY         13.00
1 ORANGENSAFT          3.70
  ZU ZAHLEN          293.50

9.91  MWST 10%        109.00
30.75 MWST 20%        184.50
  ZWISCHENSUMME       293.50
  ZU ZAHLEN           293.50
4003028004078036      06/08
9908/VISA CARD
V I S A               293.50
-------44 GESCHL. 19OCT 14:29-------

Inklusivpreise
All taxes included

Zimmer Nr./Room No.        Unterschrift des Gastes/Signature

Kärntner Ring 1, A-1015 Wien, Austria
Tel. (1) 51 516-0, DVR-Nr. 0421791, Telefax (1) 51 516-550
www.westin.com/bristol
ATU Nummer 15671306



RESTAURANT KORSO
KÄRNTNER RING 1
1010 WIEN
RNG:        1
TISCH:      6/1
KELLNER#:   1723
DATUM#:     19OCT'06 14:29
KARTENTYP:  44 KORSO
ACCT #:     V I S A
KARTENNR:   4003028004078036
EXP DATE:   06/08
AUTH CODE:  092347
RESEARCH#:  1019142969

ZWSUM,EURO  293.50
TIP:
TOTAL:
UNTERSCHRIFT:
VIELEN DANK FÜR IHREN BESUCH!

Confidential



SKYBAR
Skybox Gastronomie GesmbH. & Co. KG
Kärntner Strasse 19 - 1010 Wien
Tel. +43 1 513 17 12

# R E C H N U N G

07-Nov-06/00:37 RgNr:1-025859 00
Identnummer: ATU46737107
Tisch-Nr: 83  Beleg: 1079898
Station: 1 (Sky-Bar)
Sie wurden bedient von:
Bojan B. Herr

| | | | |
|---|---|---|---|
| 2x Römerquelle classic | à 3,60 | | 7,20 |
| 1x Budweiser | à 4,70 | | 4,70 |
| 2x Unien Ohne | à 4,60 | | 9,20 |

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 17,58 | 3,52 | 21,10 |

Total: EUR

## ** 21,10 **

Tip is not included!

Name des Kunden:_____
Strasse:_____
PLZ u. Ort:_____

UID:ATU 46737107
SKYRESTAURENT
A-1010,KAERNTNERSTR.

TID:1206

TRINKGELD BEST.
BELEG NR.:1207

BETRAG:  EUR 273.00

TRINKGELD: EUR 27.00

GESAMT:  EUR 300.00

DATUM: 08.11.06 ZEIT: 22:58



SKYRESTAURANT
Skybox Gastronomie GesmbH. & Co. KG
Kärntner Strasse 19 - 1010 Wien
Tel. +43 1 513 17 12

# R E C H N U N G

08-Nov-06/22:59 RgNr:7-019654 04
Identnummer: ATU46737107
Tisch-Nr: 104  Beleg: 7038460
Station: 7 (Sky-Restaurant)
Sie wurden bedient von:
Spaetdienst 2

| | | |
|---|---|---|
| 1x Apfelsaft gespritzt | à 3,00 | 3,00 |
| 2x Römerquelle classic | à 6,50 | 13,00 |
| 2x Römerquelle ohne 0,7 | à 6,50 | 13,00 |
| 2x SB Polz 0,75 L | à 49,00 | 98,00 |
| 1x Ottakringer Pils 0,3 | à 3,90 | 3,90 |
| 2x Röderer Brut 10cl | à 11,30 | 22,60 |
| 3x Kleiner Espresso | à 2,20 | 6,60 |
| 2x Rindsuppe dreierlei | à 5,50 | 11,00 |
| 1x Topinambur Creme | à 5,90 | 5,90 |
| 1x Filet Pfefferkruste | à 26,00 | 26,00 |
| +Gemüse. | | |
| 1x Heilbutt Kartoffel | à 22,00 | 22,00 |
| 1x Wiener Schnitzel | à 20,00 | 20,00 |
| 1x Wok Gemüse | à 18,00 | 18,00 |
| 4x Couvert | à 2,50 | 10,00 |

Extras:

TRINKGELD: EUR    27,00

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 0,00 | 27,00 | 0,00 | 27,00 |
| 20,00 | 133,42 | 26,68 | 160,10 |
| 10,00 | 102,64 | 10,26 | 112,90 |

Total: EUR

## ** 300,00 **

GVN Ofner

300,00 Visa Card  =  EUR  300,00

Vielen Dank für Ihren Besuch!

Confidential



# PRINT-CHECK

08-Nov-06/22:46
Tisch-Nr: 104  Beleg: 7038459
Sie wurden bedient von:
Spaetdienst 2

- - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| 1x Apfelsaft g.spritzt à 3,00 | | 3,00 |
| 2x Römerquelle classic à 6,50 | | 13,00 |
| 2x Römerquelle ohne 0,7 à 6,50 | | 13,00 |
| 2x SB Polz 0,75 L à 49,00 | | 98,00 |
| 1x Ottakringer Pils 0,3 à 3,90 | | 3,90 |
| 2x Röderer Brut 10cl à 11,30 | | 22,60 |
| 3x Kleiner Espresso à 2,20 | | 6,60 |
| 2x Rindsuppe dreierlei à 5,50 | | 11,00 |
| 1x Topinambur Creme à 5,90 | | 5,90 |
| 1x Filet Pfefferkruste à 26,00 | | 26,00 |
| +Gemüse. | | |
| 1x Heilbutt Kartoffel à 22,00 | | 22,00 |
| 1x Wiener Schnitzel à 20,00 | | 20,00 |
| 1x Wok Gemüse à 18,00 | | 18,00 |
| 4x Couvert à 2,50 | | 10,00 |

- - - - - - - - - - - - - - - - - - - - -

Total: EUR

## ** 273,00 **

27,00
300

Trinkgeld/Tip: _____
Dieser Beleg ist keine Rechnung!

CANTINETTA ANTINORI
JASOMIRGOTTSTR. 3-5
A-1010 WIEN

KUNDENBELEG
TID: 26420439
UID: 600371157

VISA
************8036
**/**
GENEHMIGUNG: 080377 (L)
BELEGNUMMER: 004872

BETRAG: EUR 236,60
TRINKGELD: EUR

GESAMT: EUR
=============

GEN.NR.:080377

DATUM: 18-11-06
UHRZEIT: 13:59
BETRAG BITTE ABBUCHEN

---

UID:ATU 46737107
SKYRESTAURENT
A-1010, KAERNTNERSTR.

TID:22648919

VID: 580346586          BELEG NR.:1227
'64                     GUELTIG BIS:0609
(ABC) 3289 0407 8635 (L)

BETRAG: EUR 273.00
TRINKGELD: 27.-
GESAMT: 300.-

ZEIGEN BETRAG BITTE ABBUCHEN.

UNTERSCHRIFT (SIGNATURE).

............................

GENEHMIGUNGS NR.: 062475

DATUM: 02.11.06 ZEIT: 22:54

---

CANTINETTA ANTINORI
Jasomirgottstr. 3-5
1010  Wien
Tel.: 533 77 22
ATU 37070503

#0001          18-11-06

RECHNUNG

TISCHNUMMER  12

| | | |
|---|---|---|
| 1 | CAMPHRI ORANGE | *5.20 |
| 2 | TRUMER PILS | *6.20 |
| 14 | DIVERS WARME KÜ | *14.00 |
| 5 | COPERTO | *15.00 |
| 1 | RUCOLA E PARMIGI | *7.50 |
| 1 | INSALATA MIST | *4.70 |
| 1 | VITELLO TONNATO | *11.50 |
| 1 | RISOTTO ZUCCA | *17.50 |
| 1 | CAPPELLETTI TAR | *35.00 |
| 1 | BRANZINO TARTUF | *49.00 |
| 1 | ARNEIS ROERO | *37.00 |
| 1 | PANNA COTTA | *6.50 |
| 1 | TIRAMISU | *7.50 |
| 2 | ESPRESSO | *5.00 |
| 2 | GL VINSANTO | *15.00 |

Bar-TL        *236.60
BETRAG 10%    *168.20
MWST. 10%     *15.29
BETRAG 20%    *68.40
MWST. 20%     *11.40

Musti

4-K    0132    13:25





RESTAURANTS
HOTEL
DO&CO
LOUNGES
CATERING

# RECHNUNG

19-Nov-06/13:56 RgNr:6-034906 01
Identnummer: ATU 15840400
Tisch-Nr: 10  Beleg: 6037112

| | | |
|---|---|---|
| 5x Gedeck | à 3,00 | 15,00 |
| 1x Tartare Thuna / Rin | à 15,50 | 15,50 |
| 1x Seezunge / Crevette | à 23,00 | 23,00 |
| 3x Kalbsbutterschn | à 19,00 | 57,00 |
| 1x Tafelspitz | à 21,00 | 21,00 |
| 1x Vegetarian Wok | à 19,00 | 19,00 |
| 1x Maguro Osuzukuri | à 15,50 | 15,50 |
| 1x Smal Sashimi | à 13,00 | 13,00 |
| 3x Bier 0,3 | à 4,20 | 12,60 |
| 1x Pfiff Bier 0,2 | à 3,20 | 3,20 |
| 2x Vöslauer mild 0,7 | à 7,80 | 15,60 |
| 2x Apfelsaft | à 3,50 | 7,00 |
| 1x 1/8 GV Federspiel Ja | à 5,50 | 5,50 |
| 1x Weiß gespritzt | à 3,50 | 3,50 |
| 1x Bloody Mary | à 9,50 | 9,50 |

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 10,00 | 162,73 | 16,27 | 179,00 |
| 20,00 | 47,42 | 9,48 | 56,90 |

Kredit Total: EUR
## ** 235,90 **

235,90 Visa       =  EUR  235,90
Rückgeld:   EUR    0,00

Do&Co im Haas Haus
Restaurantbetriebs GmbH
Stephansplatz 12 - 1010 Wien
Tel: (0)1 5353969 - Fax: (0)1 5353959
FN 87944f - HG Wien - ATU 15840400

---

DO & CO IM HAAS-HAUS
STEPHANSPLATZ 12
A-1010 WIEN

VISA
4003028004078036(L)
gültig bis: 06/2009

TID:13580557      VID:600146021
Beleg Nr.: 011053
Gen. Nr.: 090305
Datum: 19/11/2006      Zeit: 13:59

Betrag:
(Amount)    EUR  235,90
Trinkgeld:
(Tip)    EUR
- - - - - - - - - - - - - - - - - -
Gesamt:
(Total)  EUR
=========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

VIELEN DANK FUER IHREN BESUCH!

Confidential

www.PLANTERS-BAR.AT
PLANTER'S Bar u.Restaurant Betriebs GmbH
Zelinkagasse 4, 1010 Wien  FN 237286m
Tel.: 01/533 33 93  UID: ATU 61325319

*Goschen, Gerberts*

**PLANTER'S BAR**
ZELINKAGASSE 4
1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2009

TID:13580319    VID:600245096
Beleg Nr.: 003495
Gen. Nr.: 052272
Datum: 25/11/2006   Zeit: 22:51

**Betrag:**
(Amount)    EUR 116,00
**Trinkgeld:**
(Tip)    EUR
-----------------------
**Gesamt:**
(Total) EUR   *125.—*
=======================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

**RECHNUNG**
12 2  6 XXX   22 22:58 25.11.06 N008765

| | | | |
|---|---|---|---|
| 1 | Ch-Penfolds | 31,00 | 31,00 2 |
| 1 | Röm0.75 mild | 5,50 | 5,50 2 |
| 2 | Gedeck | 1,80 | 3,60 1 |
| 1 | Vor-Jakobsmu | 15,00 | 15,00 1 |
| 2 | Tuna Steak | 21,00 | 42,00 1 |
| 2 | Bei-Spinat | 4,20 | 8,40 1 |
| 1 | KUECHE REST. | 10,50 | 10,50 1 |
| 1 | weiterkochen | 0,00 | 0,00 1 |

ZW-SUMME              **116,00**

| UST % | INKL.UST | UST | EXKL.UST |
|---|---|---|---|
| 1=10,00 | 79,50 | 7,23 | 72,27 |
| 2=20,00 | 36,50 | 6,08 | 30,42 |
| GESAMT | 116,00 | 13,31 | 102,69 |

GESAMT-KONS.            **116,00**
KREBITKARTE   116,00     0,00

Firma:.............................
Adresse:...........................
PLZ:...............................

ES BEDIENTE SIE Hr. Ben Fattoum
B2 G 6 T   22 K  12  22:58 25.11.06 2929

*Daily Allowance*
*D5*

[ OBERLAA ]

Kurkonditorei OBERLAA-Stadthaus
1010 Wien, Neuer Markt 16
Tel. 01/513 29 36-0
UID-Nr: ATU 43875507

318 ANIKO S.

Ti: 9/1      Chk 7605         Gst 0
             26Nov'06
-----------------------------------
1 OBERLAA Melange          3.15
1 Voeslauer mild           2.40
1 Fassbier 0,3l            3.05
1 Ravioli                  7.50
1 Fassbier 0,2l            2.00
  BAR                     18.10

    0.68 10% MwSt          7.50
    1.77 20% MwSt         10.60
Zw. Summe                 18.10
Zahlung                   18.10
     Rng. geschl.
    26Nov'06 17:56



**FABIOS**
TUCHLAUBEN 6
A-1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2008

TID:13501576       VID:600854301
Beleg Nr.: 009432
Gen. Nr.: 080097
Datum: 28/11/2006     Zeit: 00:01

**Betrag:**
(Amount)    EUR  **732,30**
**Trinkgeld:**
(Tip)   EUR
- - - - - - - - - - - - - - - - -
**Gesamt:**
(Total)  EUR  =800.-
==========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

VIELEN DANK FUER IHREN BESUCH!

---

eat. drink. man. woman.

Tisch: 90000,0
28.11.2006        Bed. 12 Rg.: 149

| | |
|---|---:|
| 4 x 5.50 | |
| San Pellegrino 0,75 | 22.00 |
| 3 x 3.50 | |
| Aqua Panna 0,5 | 10.50 |
| 2 x 38.00 | |
| Fl.Greco di Tufo San Greco. | 76.00 |
| Fl.Spinetta Barbera BIONZO | 85.00 |
| 4 x 10.00 | |
| Williams Quinta Esenza | 40.00 |
| Aperitif Spirituosen div | 6.00 |
| Tomatensaft | 5.00 |
| 2 x 7.50 | |
| Gl.Bellini | 15.00 |
| Becks 0,2 | 2.30 |
| Gölles Alte Zwetschke | 8.00 |
| Reisetbauer Vogelbeere | 10.00 |
| Glenmorangie 10 Jahre | 11.00 |
| Oban | 8.50 |
| TABAK | 47.00 |
| Cocktails | 8.00 |
| Campari Orange | 7.00 |
| Gl.Champagner Ruinart | 12.00 |
| 3 x 7.50 | |
| Gemischte Salate | 22.50 |
| Oktopussaröstel | 21.50 |
| | |
| Zwischensumme : | 417.30 |

**fabios** restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

Confidential

eat. drink. man. woman.



Seite  2
Übertrag von Seite  1      417.30

**Tisch: 90000,0**
28.11.2006          Bed. 12 Rg.:   149

| | |
|---|---|
| Gebr.Spinat auf p. Ei | 14.50 |
| Carpaccio/Tomato Creme | 22.50 |
| 1/2 Ris.Trüffel | 30.00 |
| 1/2 Tas.Trüffel | 30.00 |
| 2  x  29.50 | |
| Steinbutt | 59.00 |
| Ossobuco al Barolo | 23.50 |
| 3  x  28.50 | |
| Rehrücken | 85.50 |
| Grosses Oktopusströstel | 24.50 |
| Taglista vom Entrecote | 25.50 |

Zwischensumme :      732.30

---

eat. drink. man. woman.



Seite  3
Übertrag von Seite  2      732.30

**Tisch: 90000,0**
28.11.2006          Bed. 12 Rg.:   149

| | |
|---|---|
| ENTHALTENE MWST 20% : | 54.38 EUR |
| SUMME NETTO  ( 20%): | 271.92 EUR |
| SUMME BRUTTO ( 20%): | 326.30 EUR |
| | |
| ENTHALTENE MWST 10% : | 32.64 EUR |
| SUMME NETTO  ( 10%): | 326.36 EUR |
| SUMME BRUTTO ( 10%): | 359.00 EUR |
| | |
| Gesamt BRUTTO : | 685.30 EUR |
| Auslagen: | 47.00 EUR |

**Summe:        732.30 EUR**

Vielen Dank für Ihren Besuch !
Es bediente Sie Fabio
ATU 53415004

---

**fabios** restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

**fabios** restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

---

reclaimed, Sacha

VAMA-THE INDIAN ROOM
438 KINGS ROAD
CHELSEA, LONDON
M9421063306  TID16044164
AID : A0000000025010801
American Express

AMEX
**** **** ****2 006
EXP 11/08
ICC   MARSONER/THOMAS S

SALE
CARDHOLDER COPY
PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS

AMOUNT        £116.16
GRATUITY        £0.00
TOTAL         £116.16

Verified by PIN
Thank You
21:06 , 02/12/06
AUTH CODE:        55
RECEIPT 1334

Customer Copy

# YAUATCHA
丘記茶苑

15 Broadwick Street
London W1F 0DL
020 7494 8888
VAT 71 4713 847
05/12/2006 19:43:00

Server: Mei Mei, M
Table: 43                          Covers: 3
**SALE**
Merch Num: 9426969028
Tno     : YA08264062    BookID: 244291
Date    : December 05, 2006  PM 9:16
Card No. : ***********2006
AMEX
Exp Date : 11/08
Auth Code: 38
Swiped

    Amount    :    £203.06

Please debit my account
Please retain for your records

Thank you for dining at Yauatcha
A discretionary service charge of 12.5%
has been added to your bill
{095AC5DE-83F4-4317-A443-07F1B6D963FA}

---

# YA ATCHA.
丘記茶苑

15 Broadwick Street
London W1F 0DL
020 7494 8888
VAT 71 4713 847

Server: Mei Mei, M                 Covers: 3
Table: 43
Order Ref: 0000244291                      £11
                                           £13.60
1 ... ster Dumpling                        £13.60
2 Chinese chive dumpling                   £6.80
2 Water Prawn ... ... ger                  £5.00
... ...sh... ... che...                    £18.00
1 Asparagus                                £26.00
1 Wagyu C/F                                £7.50
1 Leek Gu...                               £6.00
... ...ng H...                             £6.00
                                           £7.40
                                           £11.40
                                           £4.50
                                           £36.00
                                           £4.50
                       ...onnay            £6.80

1 Res...        Beauty             £180.50
Subtotal                            £22.56
...rvice Charge   ...%
Total                              £203.06

Thank you for dining at Yauatcha
A discretionary service charge of 12.5%
has been added to your bill

---

*************************************
*   *    Starbucks Coffee Austria GmbH
*   *    A-1010 Wien
*   *    www.starbucks.at
*   *    UID:ATU 3229190G
*
RECHNUNG Nr.: 002990521HJBV
Datum/Zeit: 08.12.2006 08:38:01
Ma: 734 - P Vera Carla

Me ArtNr Beschreibung    Preis M

1  15    G class.HOT C.  4,00 1
1 1000768 Bagel Cream C. 2,70 0
1  999    For2go         0,00 0
                         6,70

Summe Artikel 10%:       0,61
Summe UST 10%:
BRUTTO €:                6,70

Vielen Dank für Ihren Besuch!
TÜRCODE FÜR DIE TOILETTE: E0815

*pers*

```
TABAK  TRAFIK  PRAINER
Hoher Markt 1
1010 Wien
UID-Nr.: ATU42089609    Tel.: 01/535 6220
                        Fax.: 01/535 9290


BAR-VERKAUF     1155116
WIEN/12.12.2006/Christian
--------------------------------------

.....................................

.....................................

STANDARD DI                      1.30
AUSGABE 2006 0050
PRESSE DI                        1.20
AUSGABE 2006 0050
KRONEN-ZEITUNG WIEN              0.90
AUSGABE 2006 9502
KURIER WIEN                      0.90
AUSGABE 2006 9502
PROFIL                           2.60
AUSGABE 2006 0501
WIRTSCHAFTSBLATT                 1.50
AUSGABE 2006 0502
TREND                            4.00
AUSGABE 2007 0011
      ---------------------------------
   11.27 + 10%    1.13 =         12.40

          Total EUR             12.40


        Bezahlt EUR             12.40
        Zurück EUR               0.00

Wir danken für Ihren Einkauf!
BA-CA KTO.NR.0147-3178000 BLZ 12000
```

( CARUSI )
Kirchengasse 21
1070 Wien
Tel. 524 03 14
ATU62894577

```
                          11.01.2007

1 Calamari Tintenfisch   13.50    13.50
1 Mozzarella             6.00     6.00
1 Bier 0.5l              9.50     9.50
Brunello                 45.00   45.00

Rechnungsbetrag    Euro          98.80

       MWST    NETTO   STEUER   BRUTTO
1 = 10.0 %     26.55   2.65     29.20
2 = 20.0 %     58.83   11.77    70.60

Wir freuen uns auf ein
   BALDIGES WIEDERSEHEN
```

*pers*

```
CAFE  RESTAURANT
     WEIMAR
    1090  WIEN
Tel.: 317 12 06


   R E C H N U N G

      Tisch 11.0
   RNr.:13745/2007

2 Seidl Gösser     3.10     6.20
1 Melange          3.40     3.40
1 Einspänner       3.60     3.60
2 Mittagsmenü 1    7.80    15.60
--------------------------------

SUMME      Euro           28.80


- Bar                     28.80
================================


Umsatz    Netto   MWST   Brutto
10.0 %    14.18   1.42   15.60
20.0 %    11.00   2.20   13.20

Datum: 12.1.2007  13:58 Fr. Johanna 1

   UID Nr.: ATU 12993108
     www.cafeweimar.at
   www.wiener-kaffeehaus.at
Vielen Dank für Ihren Besuch!
```

Confidential

NAME :

......................................
......................................
......................................

**YOHM**
E.A.G. Gastro G.m.b.H
Laurenzerberg 2   1010 Wien
Tel. ( 1 ) 533 2900
UID:ATU 40210302
Tur Tisch Nr. 109    am   17.12.2006
Rechnungs-Nr. 9212

| | | | |
|---|---|---|---|
| 4 | Radeb0,3 | 3.10 | 12.40 |
| 2 | Brunch Kombi | 32.00 | 64.00 |
| 1 | RöSti110,7 | 6.50 | 6.50 |

total                     82.90

MwSt10% aus     64.00     5.82
MwSt20% aus     18.90     3.15
gesamt

**DEFUNE RESTAURANT**
LONDON

M9421119892  TID26092584
AID : A000000025010801
American Express

**AMEX**

**** **** ***2 006
EXP 11/08   START 07/06
ICC              ISSUE 00

SALE

**CARDHOLDER COPY**

PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS

**AMOUNT**    £417.80

**Verified by PIN**

THANK YOU
23:25  16/01/07

**AUTH CODE:**         81

RECEIPT 1418

---

*Recruiting Dinner*
*German  NBD MD*
*Nikolai Ahrens*

**DEFUNE** +?
34 GEORGE STREET
LONDON    W1U 7DP
Tel: 020 7935 8311

```
-------------------------------
CHK# 25            TBL#  301
Waitress 2          #     11
16/01/2007 20:17:31   GUESTS  4
-------------------------------
Restaurant
  4 @  9.80 Sushi Maguro       39.20
  3 @  8.60 Sushi Sake         25.80
       1 Sushi Hamachi         12.00
  2 @  9.20 Sushi Hotate       18.40
       1 Sushi Anago            9.80
       1 Tekka Maki Roll        8.90
       1 Salmon Maki Roll       7.80
  3 @  4.80 Miso Soup          14.40
       1 T Yaki Scallop        28.00
       1 T Yaki Salmon         19.80
  2 @ 45.00 T Yaki Wagyu Sirl  90.00
       1 Mixed Vegetables      12.00
  2 @  8.00 Desserts           16.00
       1 Grn Tea Ice Cream      5.20
  2 @  7.80 Lrg Banshu-Nishik  15.60
  8 @  3.80 Asahi Super Dry    30.40
  2 @  5.00 750ml Mineral Wat  10.00
SUBTOTAL:                     363.30
15% Service Charge             54.50
BackOfficeServer  T#0000138 ----------
TOTAL :              £417.80

American Express           417.80

VAT                         54.11

CLOSED          16/01/2007 22:20:21
-------------------------------
        THANK YOU
A DISCRETIONARY SERVICE CHARGE OF
  15% WILL BE ADDED TO YOUR BILL
        VAT No: 235 1221 09
```

Confidential

*pers.* DA

```
Tisch:  2                 19.0 .2007

6 x C9  Chin.Bier        16.80
             4 x   2.70
1 x 1   Frühlingsrolle     2.00
1 x 4   Yaki Gyoza         7.20
1 x 3   Nummer Chips       1.50
1 x C2  Huhn.Mandarin      9.80
1 x C5  Ente Kuzhi         9.60
1 x 81  Gekochter Reis     1.00
1 x 82  Gebratener Reis    2.70

Summe EUR             47.50

Vielen Dank für Ihren Besuch!
```

Confidential

LEH_0000601

*Sacher/Teitlbaum*

## THE SQUARE (Gerb.)

6/10 BRUTON STREET
MAYFAIR
W1J 6PU LONDON
Tel: 020 7495 7100

---

## Table 31

| Station 002 | Check 1671 |
| RESTAURANT: DAVID | Guests  1 |
| Thursday    15/02/07 | 13:09 |

| | | |
|---|---|---|
| 2 COCA-COLA | | 6.00 |
| 1 MINT TEA | | 3.75 |
| 1 TWO COURSES | | 50.00 |

| | | |
|---|---|---|
| Sub Ttl | | 59.75 |
| VAT | 8.90 | |
| | | 0.00 |
| Gratuity | | 7.47 |

## Total          67.22

Including VAT at 17.5%
VAT No 562 9829 96

WWW.SQUARERESTAURANT.COM
info@squarerestaurant.com

---

** CUSTOMER COPY **
THE SQUARE
6-10 BRUTON STRE
MAYFAIR, W1X  7A

M9421780065    T17910584
15-02-07            13:12
AMEX
***********2006
11/08 (S)
TOTAL SALE        R8099

£67.22

Please debit my account
with the total amount.
AUTH CODE: 24
PLEASE RETAIN RECEIPT
THANK YOU.

---

*Recruiting Dinner*
*N. Ahrens*

## MEMORIES OF CHINA
TEL: 0207 603 6951
353 KENSINGTON HIGH STREET W8

WED FEBRUARY 28,2007
**CHECK #119594-1**
TABLE #5

| | |
|---|---|
| 1 Seaweed | 4.80 |
| 1 Prawn Toast | 6.80 |
| 1 Red oil dumplings | 7.80 |
| 1 Salmon | 12.95 |
| 1 Soft Shell Crab | 12.95 |
| 1 Bang Bang Chicken | 7.80 |
| 1 Monk Fish | 16.00 |
| 2 Plain Rice | 5.50 |
| 1 Steamed chicken | 11.75 |
| 4 Btl Water | 14.00 |
| SERVICE      : | 12.54 |
| **TOTAL** | **112.89** |

VAT CHARGED AT 17.5%
EXCLUDING OPTIONAL GRATUITY
VAT REG NO: 858255981
Time: 21:27    1 CUSTOMER

---

** CUSTOMER COPY **
Memories of Chin
353 Kensinston H
London, W8 6NW

M9427917588    T17977683
28-02-07            21:29
AMEX
***********2006
11/08 (S)
TOTAL SALE        R0379

£112.89

Please debit my account
with the total amount.
AUTH CODE: 14
PLEASE RETAIN RECEIPT
THANK YOU.

LEH_0000602

# HOTEL BRISTOL

*Wien*

```
              BAR
        R E C H N U N G
        UID: ATU 15671306
```

Name/Firma: _____

```
              1 BAR OK
```

```
              TI 4/1      1391
                    23MAR'07 17:08
```

```
              3 WEIN GESPRITZT    21.00
              2 STOLICHNAYA V.    20.00
                 ZU ZAHLEN        41.00
```

**HOTEL IMPERIAL**
*Wien*

**HOTEL BRISTOL**
*Wien*

**HOTEL GOLDENER HIRSCH**
*Salzburg*

**IMPERIAL TORTE**

Inklusivpreise
All taxes included

Zimmer Nr./Room No.                    Unterschrift des Gastes/Signature

Kärntner Ring 1, A-1015 Wien, Austria
Tel. (1) 51 516-0, DVR-Nr. 0421791, Telefax (1) 51 516-550
www.luxurycollection.com/bristol
ATU Nummer 15671306

Confidential

LEH_0000603



*Hofer*
*Ofner*
*Krüger etc*

## Steirereck im Stadtpark

# RECHNUNG # 13-010208 09

29-Jan-07 / 22:33

Steirereck - TischNr: 46 - Bediener: Hr. A. Schmid

| Menge | Artikel | Einzelpreis | MwSt. | Gesamtpreis |
|---|---|---|---|---|
| 4 | * Gedeck Abend | 5,00 € | 10% | 20,00 € |
| 1 | * Käse vom Wagen | 13,00 € | 10% | 13,00 € |
| 1 | * Almochse | 35,00 € | 10% | 35,00 € |
| 1 | * Huchen Abend | 34,00 € | 10% | 34,00 € |
| 1 | * K-Filet+ Hummer Abend | 32,00 € | 10% | 32,00 € |
| 1 | * Kokos+Kaffee | 15,00 € | 10% | 15,00 € |
| 1 | * Kräuterseitlinge | 18,00 € | 10% | 18,00 € |
| 1 | * Schokolade | 15,00 € | 10% | 15,00 € |
| 1 | * Stör groß | 38,00 € | 10% | 38,00 € |
| 2 | * Warme Gänseleber | 28,00 € | 10% | 56,00 € |
| 1 | * Hauptspeise Divers | 39,00 € | 10% | 39,00 € |
| 2 | * Steirereck Jahrgangspils 0,3 | 3,60 € | 20% | 7,20 € |
| 6 | * Römerquelle Prickelnd 0,75 | 5,90 € | 20% | 35,40 € |
| 1 | * Macchiato | 3,30 € | 20% | 3,30 € |
| 1 | * '03 Richebourg, Gros | 325,00 € | 20% | 325,00 € |
| 1 | * '98 TBA Nr.13 CH, Kracher | 72,00 € | 20% | 72,00 € |
| 1 | * '04 Bela Rex, Gesellmann | 69,00 € | 20% | 69,00 € |
| 1 | * '93 Montrachet, Chartron & Treb | 290,00 € | 20% | 290,00 € |
| 1 | * '03 Meursault, Coche-Dury | 196,00 € | 20% | 196,00 € |

**Rechnungssumme:** 1.312,90

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 831,58 | 166,32 | 997,90 |
| 10,00 | 286,36 | 28,64 | 315,00 |
|  | 1.117,95 | 194,95 | 1.312,90 |

'Das Beste vom Steirereck'
Das neue Österreich Kochbuch von Heinz Reitbauer
mit den besten Rezepten des Steirerecks für zu Hause!
Signiert, um € 4,50.

RELAIS &
CHATEAUX
Seite 1/1

Restaurant Steirereck GmbH = Familie Reitbauer = Am Heumarkt 2a = 1030 Wien
T:+43/1/713 31 68 = Fax:DW+2 = wien@steirereck.at = www.steirereck.at = UID-Nr. ATU 15 700 604

Steirereck-Stadtpark
1030 Wien
01

KUNDENBEL
TID: 26420319
UID: 0006309005
VISA
***********#0036
**/**
GENEHMIGUNG: 091237 KL
BELEGNUMMER: 005648

BETRAG:        EUR 1312,90
TRINKGELD:     EUR

GESAMT:        EUR
================
GEN.NR.:091237

DATUM:         29-01-07
UHRZEIT:       22:33
BETRAG BITTE ABBUCHEN

Confidential

LEH_0000604

**Pasquino, Roberta**

| | |
|---|---|
| **Subject:** | Updated: In-Person Meeting for EVN AG/PROJECT MOZART II (126019.2) (Dinner mit Herrn Ofner & Hofer) |
| **Location:** | Restaurant Steirereck, Am Heumarkt 2a, 1030 Wien res. auf "EVN" |
| **Start:** | Mon 29/01/2007 18:30 |
| **End:** | Mon 29/01/2007 20:30 |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Krieger, Jurgen; Pasquino, Roberta; 'Thomas Marsoner' |
| **Optional Attendees:** | CM_Germany |
| **AppointmentType:** | In-Person Meeting |
| **BoardMeeting:** | False |
| **ClientMeeting:** | True |
| **comboCores:** | EVN AG (126019) |
| **comboProjects:** | PROJECT MOZART II (126019.2) |
| **Confidential:** | False |
| **ebkIdentifier:** | 12000120605 |

In-Person Meeting for EVN AG/PROJECT MOZART II (126019.2)

Client Attendees:
Burkhard Hofer, Board Member, at EVN AG
Günther Ofner, Board Member, at EVN AG

Client Attendees:
Burkhard Hofer, Board Member, at EVN AG
Günther Ofner, Board Member, at EVN AG

Meeting Notes/Synopsis:
Dinner

Confirmed Attendees:
Lehman: Jurgen A. Krieger
Client:
EVN AG: Burkhard Hofer (Board Member), Günther Ofner (Board Member)

1

Confidential                                                                                   LEH_0000605

*Sacher*

*w/ Kadrnodig*

**RESTAURANT INDOCHINE**
.STUBENRING 18
A-1010 WIEN

**AMERICAN EXPRESS**
379109097892006(L)
gültig bis: 11/2008

TID:13501492     VID:9401115050
Beleg Nr.: 010741
Gen. Nr.: 94
Datum: 29/01/2007   Zeit: 14:05

**Betrag:**
(Amount)    EUR **70,30**
**Trinkgeld:**
(Tip)    EUR
- - - - - - - - - - - - - - - - - -
**Gesamt:**
(Total)  EUR
===========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

---

**indochine 21**
Stubenring 18
A-1010 Wien
Tel (1)  513 76 60   Fax(1)  513 76 60 16

WGG Restaurantbetriebs.GmbH
Laurenzerberg 2 , 1010 Wien
UID-Nr.: ATU 53470104

**Rechnung** 5008
Tisch 20 am 29.01.2007 um 14:18

| | | | |
|---|---|---|---|
| 2 | Radebeger 0,33 | 2.80 | 5.60 |
| 2 | 2GangMittag | 18.00 | 36.00 |
| 5 | Sabathini1/8 | 5.00 | 25.00 |
| 1 | Espresso gross | 3.70 | 3.70 |

**total**            **70.30**

| | | |
|---|---|---|
| MwSt10% aus | 36.00 | 3.27 |
| MwSt20% aus | 34.30 | 5.72 |
| gesamt aus | 70.30 | 8.99 |

Danke für Ihren Besuch !!

Confidential



# **S**teirereck

### Restaurant Steirereck GmbH
### Im Stadtpark - 1030 Wien
### UID: ATU-15700604

# R E C H N U N G

30-Jan-07/14:21 RgNr:13-017155 08
Tisch-Nr: 51 Beleg: 13029603

| | | |
|---|---|---|
| 2x Gedeck Mittag | à 3,00 | 6,00 |
| 1x Saibling Mittag | à 19,00 | 19,00 |
| 1x Zander groß light | à 20,50 | 20,50 |
| 1x Beilagen Salat lig | à 6,90 | 6,90 |
| 1x Pogusch Lamm ligh | à 26,00 | 26,00 |
| 1x Paradeissaft | à 5,20 | 5,20 |
| 1x Römerquelle Pricke | à 5,90 | 5,90 |
| 1x Sauerstoffwasser 0 | à 5,80 | 5,80 |
| 1x Bloody Mary | à 10,50 | 10,50 |
| 2x Steirereck Cappucc | à 3,90 | 7,80 |
| 3x '05 GV, Pfaffl | à 4,70 | 14,10 |
| 1x Zigarren Divers | à 7,50 | 7,50 |

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 47,33 | 9,47 | 56,80 |
| 10,00 | 71,27 | 7,13 | 78,40 |

Total: EUR

# ** 135,20 **

135,20 Visa    = EUR   135,20

*** Schon Probiert ? ***
<< Mittags das Steirereck light >>
Von 11:30 bis 16 Uhr
<< 17 - 24 Uhr die ess.bar >>
kleine Steirereck Highlights

---

→ Sacher

Steirereck-Stadtpark
1030 Wien
01/7133168

## KUNDENBELEG
TID: 26420319
UID: 000630905
VISA
***********8036
**/**
GENEHMIGUNG: 001679 (L)
BELEGNUMMER: 005570

BETRAG:    EUR  135,20
TRINKGELD: EUR

GESAMT:    EUR
=============
GEN.NR.:001679

DATUM:       30-01-07
UHRZEIT:     14:20
BETRAG BITTE ABBUCHE

---

*E Sacher*

NAME:  *Mohamed*
.....................................
.....................................
.....................................

## YOHM
E.A.G. Gastro G.m.b.H
Laurenzerberg 2  1010 Wien
Tel. ( 1 ) 533 2900
UID:ATU 40210302
Für Tisch Nr. 106   am   31.01.2007
Rechnungs-Nr. 1804

| | | |
|---|---|---|
| 3 RadebO,3 | 3.10 | 9.30 |
| 1 RöSti110,7 | 6.50 | 6.50 |
| 1 MGer1+Suppe | 16.90 | 16.90 |
| 1 Hot&SourSoup | 5.00 | 5.00 |
| 1 MittagGer3 | 16.50 | 16.50 |
| 1 SenFirstFlush | 7.00 | 7.00 |
| 1 GreenTeaIce | 6.50 | 6.50 |

## total          67.70

| | | |
|---|---|---|
| MwSt10% aus | 44.90 | 4.08 |
| MwSt20% aus | 22.80 | 3.80 |
| gesamt | | |

→ Sacher
w/ Tettelbaum

— Sacher

## indochine 21
Stubenring 18
A-1010 Wien
Tel (1)  513 76 60   Fax(1)  513 76 60 16

WGG Restaurantbetriebs.GmbH
Laurenzerberg 2 , 1010 Wien
UID-Nr.: ATU 53470104

Rechnung  5706
Tisch 7 am 09.02.2007 um 22:50

| | | | |
|---|---|---|---|
| 3 | Radebeger 0,33 | 2.80 | 8.40 |
| 1 | Kaiserrollen | 11.50 | 11.50 |
| 2 | Auberginenkuchen | 17.50 | 35.00 |
| 2 | Thunfisch | 23.00 | 46.00 |
| 1 | Port. Reis | 2.40 | 2.40 |
| 1 | Römerquell still | 5.50 | 5.50 |
| 1 | Pol Roger Rose 0 | 140.00 | 140.00 |
| 2 | Schoko-Träne | 9.80 | 19.60 |
| 2 | NieportLBV99 | 8.00 | 16.00 |

## total              284.40

| | | |
|---|---|---|
| MwSt10% aus | 114.50 | 10.41 |
| MwSt20% aus | 169.90 | 28.32 |
| gesamt  aus | 284.40 | 38.73 |

Danke für Ihren Besuch !!

RESTAURANT INDOCHINE
STUBENRING 18
A-1010 WIEN

VISA
4003028004078036(L)
gültig bis: 06/2008

TID:13501492        VID:600829550
Beleg Nr.: 011247
Gen. Nr.: 091430
Datum: 09/02/2007   Zeit: 22:37

Betrag:
(Amount)   EUR  284,40
Trinkgeld:
(Tip)    EUR
------------------------------
Gesamt:
(Total)  EUR
==============================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

Confidential

→ Sacher
Melamed

eat. drink. man. woman.

**Tisch: 31,0**
29.03.2007          Bed. 14 Rg.:    10B

| | |
|---|---|
| Gl.Bellini | 7.50 |
| Gl.Prosecco Spumante | 4.80 |
| San Pellegrino 0,75 | 5.50 |
| 2 x 2.80 | |
| Gedeck | 5.60 |
| Rinderrücken Rucolacreme | 22.50 |
| Thunfischransotti | 23.50 |
| Heilbutt | 29.00 |
| Kaninchen gebraten | 24.50 |
| Fl.Roero Arneis | 34.00 |

| | |
|---|---|
| ENTHALTENE MWST 20% : | 8.63 EUR |
| SUMME NETTO  ( 20%): | 43.17 EUR |
| SUMME BRUTTO ( 20%): | 51.80 EUR |
| | |
| ENTHALTENE MWST 10% : | 9.55 EUR |
| SUMME NETTO  ( 10%): | 95.55 EUR |
| SUMME BRUTTO ( 10%): | 105.10 EUR |

**Summe:        156.90** EUR

BAR GEGEBEN        :        156.90 EUR

Vielen Dank für Ihren Besuch !
Es bediente Sie Wolfgang
ATU 53415004

**fabios** restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

**FABIOS**
TUCHLAUBEN 6
A-1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2008

TID:13501576          VID:600854301
Beleg Nr.: 018730
Gen. Nr.: 098270
Datum: 29/03/2007    Zeit: 21:44

**Betrag:**
(Amount)    EUR **156,90**
**Trinkgeld:**
(Tip)    EUR
-----------------------
**Gesamt:**
(Total)    EUR
=======================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

VIELEN DANK FUER IHREN BESUCH!

Confidential
LEH_0000609

# THE TRAVELLERS CLUB

106 PALL MALL, LONDON, SW1Y 5EP
Tel: 020 7930 8688  Fax: 020 7930 2019

CVTS **2**   BILL No. **28890**

| MEMBER | TABLE No. | DATE |
|---|---|---|
| T. Mansoner | 8 | 01/03 |

| 4 | FOOD | | |
|---|---|---|---|
| | 2 x Oysters | 14 | 5 |
| | Mozzellom Salad | 3 | 80 |
| | Dover Sole Grilled | 22 | 0 |
| | Grilled Sea Bass | | |
| | Sugar Snap Peas | | |
| | Braised Leeks | 2 | 00 |
| | 1 x £17·75 | 17 | 75 |
| 2 | COFFEE | 2 | 60 |
| 7 | GUEST CHARGE | 2 | 25 |
| 3 | WINES | 22 | 0 |
| 1 | SPIRITS   SR | 2 | 00 |
| 6 | BEER   C/Ba | 1 | 60 |
| 5 | MINERALS | 6 | 60 |
| | TOTAL | 97 | 00 |

Credit/Charge Card - Surcharge

# THE TRAVELLERS CLUB

106 PALL MALL, LONDON, SW1Y 5EP
Tel: 020 7930 8688  Fax: 020 7930 2019

VAT No. 239 4262 53

**28890**

Lunch/Dinner Received With Thanks From

Total Received £ _____

Date _____

Lunch w/ David Teitelbaum

LEH_0000610

*→Project Sacher*
*Dinner w/*
*Mr. Androsch &*
*Mr. Rauch*

```
        H o t e l
      Gasthof Post
          Lech

      Fam. Moosbrugger
   A-6764 Lech am Arlberg
      Tel. 05583-22060
      www.postlech.com
      ATU36045105


RECHNUNG
Tisch 133                    Zimmer 35


1x Frittaten Suppe              6.00 1
1x GB GV Renner 05 0.75        43.00 2
2x Lynch Bages 97 0.75
      à 160.00                320.00 2
4x Vorspeise
      à 22.00                  88.00 1
4x Hirschkotelett Stück pro Pax
      à 36.00                 144.00 1
1x Kaffeekreation Himbeeren
   Himbeereis                  16.00 1
1x Espresso                     3.00 2
4x Evian 1 lt
      à 8.00                   32.00 2

-> Zimmer   35        Euro 652.00
Gast: Warsoner Thomas




Ihre Unterschrift


MWST%   Netto    MWST    Brutto M
10.0%  230.91   23.09   254.00 1
20.0%  331.67   66.33   398.00 2
Elite-TNR. 2 09.04.2007 21:48   KeNr.1
Vielen Dank sagt Ihnen: Gernot R.
```

Confidential                                    LEH_0000611

F Telephone

| Billing Period (38) | Mobile Phone Bills (37) 5620001 | Phonecard & Other Bus. Use (excl Hotel) (38) 5620004 | Private Home Phone Bill (39) 5620010 | Total Telephone | Currency | Exchange Rate (X.XX = €1.00) | Mobiles- € value | Phonecard & Oth. Bus - € value | Private Home Phone - € value | Total Phone - € value |
|---|---|---|---|---|---|---|---|---|---|---|
| 22-Mar-07 | | 439.21 | | 439.21 | Eur | 1.46 | 0.00 | 300.83 | 0.00 | 300.83 |
| 13-Nov-06 | | | 20.62 | 20.62 | | 1.00 | 0.00 | 0.00 | 20.62 | 20.62 |
| 12-Dec-06 | | | 31.82 | 31.82 | | 1.00 | 0.00 | 0.00 | 31.82 | 31.82 |
| 09-Feb-07 | | | 16.61 | 16.61 | | 1.00 | 0.00 | 0.00 | 16.61 | 16.61 |
| 08-Nov-06 | 148.47 | | | 148.47 | | 1.00 | 148.47 | 0.00 | 0.00 | 148.47 |
| 08-Dec-06 | 262.03 | | | 262.03 | | 1.00 | 262.03 | 0.00 | 0.00 | 262.03 |
| 09-Jan-07 | 410.81 | | | 410.81 | | 1.00 | 410.81 | 0.00 | 0.00 | 410.81 |
| 07-Feb-07 | 600.41 | | | 600.41 | | 1.00 | 600.41 | 0.00 | 0.00 | 600.41 |
| 09-Mar-07 | 63.95 | | | 63.95 | | 1.00 | 63.95 | 0.00 | 0.00 | 63.95 |
| 12-Nov-06 | 154.89 | | | 154.89 | | 1.00 | 154.89 | 0.00 | 0.00 | 154.89 |
| 12-Dec-06 | 333.16 | | | 333.16 | | 1.00 | 333.16 | 0.00 | 0.00 | 333.16 |
| 13-Jan-07 | 486.17 | | | 486.17 | | 1.00 | 486.17 | 0.00 | 0.00 | 486.17 |
| 13-Feb-07 | 291.72 | | | 291.72 | | 1.00 | 291.72 | 0.00 | 0.00 | 291.72 |
| 13-Mar-07 | 469.40 | | | 469.40 | | 1.00 | 469.40 | 0.00 | 0.00 | 469.40 |
| 09-Apr-07 | 312.57 | | | 312.57 | | 1.00 | 312.57 | 0.00 | 0.00 | 312.57 |
| 08-May-07 | 85.40 | | | 85.40 | | 1.00 | 85.40 | 0.00 | 0.00 | 85.40 |
| 13-May-07 | 191.34 | | | 191.34 | | 1.00 | 191.34 | 0.00 | 0.00 | 191.34 |
| Totals in € | 3,810.32 | 300.83 | 69.05 | 4,180.20 | | | 3,810.32 | 300.83 | 69.05 | 4,180.20 |

NET

VAT

Confidential

**O2**

2491 ODIM768A EMVK95 23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |
| | |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/01608634 |
| PAGE | 1 of 5 |

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 125 & 100 Plan** | | |
| Line Rental Charge | From: 12 May 07 To: 11 Jun 07 | 21.28 |
| Call Charges | To: 11 May 07 | 240.57 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 May 07 To: 11 Jun 07 | 2.54 |
| Loyalty Reward - International | | 25.99CR |
| Inclusive Browse and Download | From: 12 May 07 To: 11 Jun 07 | 0.00 |
| **Sub Total Excluding VAT** | | 238.40 |
| VAT @ 17.50% of £238.40 | | 41.72 |
| **Total amount due this bill** | | 280.12 |
| **Balance Brought Forward** | | 0.00 |

TOTAL AMOUNT DUE 27 May 07 £ 280.12

191.34

**About Your O2 Calling Plan**

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 125 | minutes |
| Free data volume used this period | 40 | kb |
| Free units used this period | 50 | units |

The total available for use next period    125  minutes and 100 kb and 100 units

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**
select@o2.com

**Payments**
To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

9113

O2/ODISE04-CO (03.07)

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000613



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/APR | 8:20:54 | 00447802148225 | AUT | :02 | .30 | 05/APR | 8:22:02 | 06642317387 | AUT | 25:49 | 7.75 |
| 05/APR | 10:18:07 | 00447802148231 | AUT | :03 | .30 | 05/APR | 10:18:45 | 491607414160 | AUT | 2:35 | .62 |
| 05/APR | 10:32:22 | 7801340241 | AUT | :00 | .00 | 05/APR | 10:33:21 | 7801340241 | AUT | :00 | .00 |
| 05/APR | 10:41:30 | 7802000332 | AUT | :01 | .00 B | 05/APR | 10:48:20 | 0385111464 | AUT | 4:01 | .96 |
| 05/APR | 11:16:50 | 7801340241 | AUT | :00 | .00 | 05/APR | 11:36:03 | 436642011150 | AUT | 2:11 | .53 |
| 05/APR | 11:52:44 | 00447801340241 | AUT | :23 | .30 | 05/APR | 12:39:27 | 7801340241 | AUT | :00 | .00 |
| 05/APR | 13:57:30 | 00447801340241 | AUT | :13 | .30 | 05/APR | 17:21:50 | 0385111464 | AUT | 4:13 | 1.01 |
| 05/APR | 17:29:15 | 00447769885714 | AUT | :11 | .30 | 05/APR | 19:25:37 | 00447802148230 | AUT | :05 | .30 |
| 05/APR | 22:07:11 | 00447802148968 | AUT | :24 | .30 | 09/APR | 14:56:15 | 00447802148948 | AUT | :31 | .30 |
| 09/APR | 15:03:05 | 00447802148267 | AUT | 2:47 | .90 | 09/APR | 15:06:19 | 06642357774 | AUT | :53 | .30 |
| 09/APR | 15:07:35 | 0664260618 | AUT | :52 | .30 | 09/APR | 15:08:58 | 00491784120925 | AUT | :21 | .30 |
| 09/APR | 15:09:37 | 00447802148215 | AUT | :03 | .30 | 09/APR | 18:10:39 | 00447802148638 | AUT | :05 | .30 |
| 09/APR | 18:39:41 | 0012122208727 | AUT | :12 | .79 | 10/APR | 9:08:47 | 00447802148028 | AUT | :51 | .30 |
| 10/APR | 9:10:08 | 0385111464 | AUT | 4:11 | 1.00 | 10/APR | 10:30:20 | 491607414160 | AUT | 37:41 | 8.98 |
| 10/APR | 11:16:11 | 7711280840 | AUT | 20:28 | 4.88 | 10/APR | 12:54:15 | 0385111464 | AUT | 9:50 | 2.35 |
| 10/APR | 13:46:07 | 901 | AUT | :08 | .30 | 10/APR | 13:46:39 | 2071027146 | AUT | 2:29 | .75 |
| 10/APR | 14:02:01 | 7802000332 | AUT | :01 | .00 B | 10/APR | 14:52:02 | 0385111464 | AUT | 6:03 | 1.45 |
| 10/APR | 14:57:02 | 7750503521 | AUT | :26 | .30 | 10/APR | 14:57:02 | 0385111464 | AUT | :26 | .11 |
| 10/APR | 14:58:18 | 0385111464 | AUT | :08 | .04 | 10/APR | 14:59:04 | 901 | AUT | :19 | .30 |
| 10/APR | 15:07:46 | 7801340241 | AUT | :42 | .17 | 10/APR | 17:23:07 | 901 | AUT | :20 | .30 |
| 11/APR | 8:25:55 | 7750503521 | AUT | :27 | .30 | 11/APR | 8:25:55 | 0385111464 | AUT | :27 | .11 |
| 11/APR | 8:44:06 | 7802000332 | AUT | :01 | .00 B | 11/APR | 9:39:07 | 4969153074147 | AUT | :40 | .16 |
| 11/APR | 9:40:12 | 436642606018 | AUT | 5:23 | 1.64 | 11/APR | 9:46:07 | 491784120925 | AUT | 9:11 | 2.76 |
| 11/APR | 9:48:13 | 7750503521 | AUT | :22 | .30 | 11/APR | 9:48:13 | 0385111464 | AUT | :22 | .09 |
| 11/APR | 9:55:43 | 901 | AUT | :55 | .30 | 11/APR | 11:13:17 | 901 | AUT | :08 | .30 |
| 11/APR | 12:44:24 | 7750503521 | AUT | :27 | .30 | 11/APR | 12:44:24 | 0385111464 | AUT | :27 | .11 |
| 11/APR | 13:09:04 | 901 | AUT | :36 | .30 | 11/APR | 13:10:05 | 7920506506 | AUT | 11:30 | 3.43 |
| 11/APR | 13:26:23 | 7802000332 | AUT | :01 | .00 B | 11/APR | 13:34:28 | 7802000332 | AUT | :01 | .00 B |
| 11/APR | 14:05:19 | 0385111464 | AUT | :04 | .02 | 11/APR | 14:05:19 | 7750503521 | AUT | :04 | .30 |
| 11/APR | 15:52:44 | 0385111464 | AUT | :02 | .02 | 11/APR | 15:52:44 | 7750503521 | AUT | :05 | .30 |
| 11/APR | 18:29:39 | 7750503521 | AUT | 1:38 | .53 | 11/APR | 18:29:39 | 0385111464 | AUT | 1:38 | .39 |
| 11/APR | 18:31:38 | 0385111464 | AUT | :04 | .02 | 11/APR | 18:31:38 | 7750503521 | AUT | :04 | .30 |
| 11/APR | 18:34:56 | 901 | AUT | 1:25 | .45 | 11/APR | 18:36:30 | 901 | AUT | 1:31 | .53 |
| 11/APR | 18:37:04 | 7750503521 | AUT | :03 | .30 | 11/APR | 18:37:04 | 0385111464 | AUT | :03 | .02 |
| 11/APR | 18:39:55 | 4366425318804 | AUT | :24 | .30 | 11/APR | 18:40:53 | 436645240042 | AUT | :29 | .30 |
| 11/APR | 18:42:19 | 43707731480 | AUT | 14:43 | 3.51 | 11/APR | 18:44:59 | 0385111464 | AUT | :46 | .19 |
| 11/APR | 18:44:59 | 7750503521 | AUT | :46 | .30 | 11/APR | 18:58:09 | 436645312199 | AUT | 2:10 | .68 |
| 11/APR | 22:15:43 | 4315267777 | AUT | :13 | .30 | 12/APR | 10:02:27 | 7802000332 | AUT | :01 | .00 B |
| 12/APR | 10:52:32 | 7750503521 | AUT | :56 | .30 | 12/APR | 10:52:32 | 0385111464 | AUT | :56 | .23 |
| 12/APR | 11:18:38 | 901 | AUT | 2:09 | .68 | 12/APR | 11:22:06 | 4312450003195 | AUT | 18:31 | 5.59 |
| 12/APR | 12:06:45 | 0385111464 | AUT | 11:37 | 2.77 | 12/APR | 12:12:28 | 0385111464 | AUT | :29 | .12 |
| 12/APR | 12:12:28 | 7750503521 | AUT | :29 | .30 | 12/APR | 12:41:30 | 431700760000 | AUT | 2:41 | .82 |
| 12/APR | 13:07:06 | 436642011150 | AUT | :51 | .30 | 12/APR | 13:11:42 | 436642011150 | AUT | 1:18 | .31 |
| 12/APR | 13:19:35 | 43512574345121 | AUT | :48 | .20 | 12/APR | 13:22:59 | 2071027146 | AUT | :18 | .30 |
| 12/APR | 15:17:07 | 901 | AUT | :55 | .30 | 12/APR | 15:17:57 | 0385111464 | AUT | :33 | .14 |
| 12/APR | 15:17:57 | 7750503521 | AUT | :33 | .30 | 12/APR | 15:22:49 | 901 | AUT | :47 | .30 |
| 12/APR | 15:25:32 | 491784120925 | AUT | 2:12 | .68 | 12/APR | 16:12:06 | 7750503521 | AUT | :32 | .30 |
| 12/APR | 16:12:06 | 0385111464 | AUT | :32 | .13 | 12/APR | 16:13:41 | 901 | AUT | :46 | .30 |
| 12/APR | 16:15:07 | 491729413159 | AUT | 4:23 | 1.35 | 12/APR | 16:21:20 | 436642011150 | AUT | :26 | .11 |
| 12/APR | 16:31:58 | 901 | AUT | :32 | .30 | 12/APR | 17:27:17 | 43901 | AUT | :00 | .00 |
| 12/APR | 17:34:58 | 00447802148786 | AUT | 1:05 | .38 | 12/APR | 17:36:33 | 00491607414160 | AUT | :31 | .30 |
| 12/APR | 17:46:29 | 43512574345145 | AUT | 3:31 | .84 | 12/APR | 17:39:19 | 00491729413159 | AUT | :27 | .30 |
| 12/APR | 20:15:06 | 4369917303132 | AUT | :00 | .00 | 12/APR | 20:27:43 | 00447801340241 | AUT | 12:42 | 3.80 |
| 12/APR | 21:13:37 | 00447802148600 | AUT | :31 | .30 | 12/APR | 21:14:12 | 43901 | AUT | :00 | .00 |
| 13/APR | 9:03:23 | 00442084131986 | AUT | 32:31 | 9.76 | 13/APR | 9:49:25 | 00447802148385 | AUT | :24 | .30 |
| 13/APR | 9:49:53 | 43901 | AUT | :00 | .00 | 13/APR | 10:27:50 | 00447802148064 | AUT | 1:15 | .38 |
| 13/APR | 10:29:45 | 00491729413159 | AUT | 5:47 | 1.79 | 13/APR | 11:00:59 | 0512272720 | AUT | :24 | .30 |
| 13/APR | 12:20:44 | 0385111464 | AUT | 8:52 | 2.12 | 13/APR | 12:34:20 | 00447802148046 | AUT | :08 | .30 |
| 13/APR | 14:42:43 | 00447802148247 | AUT | :48 | .30 | 13/APR | 14:43:35 | 43901 | AUT | :00 | .00 |

**Carried Forward To Next Page** 93.85

9114

O2OUSE04-CO (03.07)

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000614



| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE 3 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | 93.85 | | | | | | |
| 13/APR | 15:17:04 | 00447802148982 | AUT | :04 | .30 | 13/APR | 16:29:27 | 7801340241 | AUT | :00 | .00 |
| 13/APR | 17:10:17 | 00447802148611 | AUT | :52 | .30 | 13/APR | 17:11:13 | 43901 | AUT | :00 | .00 |
| 13/APR | 17:30:10 | 00442071021746 | AUT | 6:52 | 2.09 | 13/APR | 17:38:52 | 00447801340241 | AUT | 7:40 | 2.31 |
| 13/APR | 18:13:54 | 00447802148892 | AUT | 3:36 | 1.12 | 13/APR | 18:16:13 | 7801340241 | AUT | :00 | .00 |
| 13/APR | 18:33:38 | 7802000332 | AUT | :01 | .00 B | 13/APR | 18:36:10 | 00447802148005 | AUT | 1:13 | .38 |
| 13/APR | 18:47:48 | 00447802148246 | AUT | :44 | .30 | 13/APR | 18:54:47 | 06643001654 | AUT | :52 | .30 |
| 13/APR | 18:57:20 | 00447801340241 | AUT | 2:28 | .75 | 13/APR | 19:26:47 | 436642606018 | AUT | 10:16 | 2.45 |
| 13/APR | 21:39:12 | 00447802148787 | AUT | :03 | .30 | 14/APR | 11:47:16 | 43526 | AUT | :00 | .00 |
| 14/APR | 16:03:45 | 7750503521 | AUT | :04 | .30 | 14/APR | 16:03:45 | 0385111464 | AUT | :04 | .02 |
| 14/APR | 16:23:42 | 901 | AUT | :16 | .30 | 14/APR | 18:17:09 | 7750503521 | AUT | :18 | .30 |
| 14/APR | 18:17:09 | 0385111464 | AUT | :18 | .08 | 15/APR | 7:39:02 | 07920506506 | GBR | :47 | .00 B |
| 15/APR | 8:38:01 | 901 | AUT | 1:37 | .53 | 15/APR | 9:08:48 | 8708505850 | AUT | 12:09 | 3.65 |
| 15/APR | 9:34:11 | 8708505850 | AUT | 33:19 | 9.98 | 15/APR | 10:22:26 | 436645312199 | AUT | :09 | .30 |
| 15/APR | 11:53:48 | 7920506506 | AUT | :49 | .30 | 15/APR | 12:56:04 | 7920506506 | AUT | 21:22 | 5.10 |
| 15/APR | 13:36:23 | 7920506506 | AUT | 37:06 | 11.10 | 15/APR | 14:24:41 | 0385111464 | AUT | :09 | .04 |
| 15/APR | 14:24:41 | 7750503521 | AUT | :09 | .30 | 15/APR | 14:26:00 | 0385111464 | AUT | :17 | .07 |
| 15/APR | 14:26:00 | 7750503521 | AUT | :17 | .30 | 15/APR | 15:39:58 | 901 | AUT | :34 | .30 |
| 15/APR | 16:39:48 | 8708505850 | AUT | 4:00 | 1.20 | 15/APR | 16:44:00 | 8708505850 | AUT | 3:32 | 1.12 |
| 15/APR | 16:47:43 | 8708505850 | AUT | 5:39 | 1.72 | 15/APR | 17:02:00 | 0385111464 | AUT | :22 | .09 |
| 15/APR | 17:02:00 | 7750503521 | AUT | :22 | .30 | 15/APR | 17:07:08 | 901 | AUT | :24 | .30 |
| 15/APR | 17:07:54 | 436642011150 | AUT | 1:59 | .60 | 15/APR | 18:57:00 | 07737318352 | GBR | :24 | .00 B |
| 15/APR | 19:10:27 | 901 | GBR | :09 | .00 B | 15/APR | 21:53:55 | 901 | GBR | :06 | .00 B |
| 16/APR | 9:32:54 | 901 | GBR | :41 | .00 B | 16/APR | 11:47:21 | 901 | GBR | 1:54 | .00 B |
| 16/APR | 12:44:59 | 08708505850 | GBR | 25:35 | .00 B | 16/APR | 13:48:26 | 901 | GBR | :57 | .00 B |
| 16/APR | 13:49:57 | 02071024414 | GBR | :20 | .00 B | 16/APR | 13:51:29 | 901 | GBR | 1:32 | .00 B |
| 16/APR | 13:53:45 | 07803932197 | GBR | 12:57 | .00 B | 17/APR | 12:36:55 | 00436642365967 | GBR | 3:01 | .44 |
| 17/APR | 14:48:41 | 901 | GBR | 5:01 | .00 B | 17/APR | 15:23:44 | 0041792008138 | GBR | 4:38 | .67 |
| 17/APR | 15:30:07 | 00436642011150 | GBR | :25 | .06 | 17/APR | 15:31:31 | 00436646421998 | GBR | 1:00:01 | 8.68 |
| 17/APR | 16:32:06 | 00436646219845 | GBR | :23 | .06 | 17/APR | 16:34:03 | 07810755457 | GBR | 10:27 | .00 B |
| 17/APR | 16:44:39 | 901 | GBR | :29 | .00 B | 17/APR | 17:13:16 | 00436991551358 | GBR | :16 | .04 |
| 17/APR | 17:44:36 | 901 | GBR | 1:02 | .00 B | 17/APR | 18:42:22 | 901 | GBR | :21 | .00 B |
| 17/APR | 18:43:11 | 004355832407 | GBR | 8:20 | 1.21 | 17/APR | 21:32:27 | 07802400400 | GBR | 15:07 | .00 B |
| 17/APR | 22:01:37 | 0491729413159 | GBR | :01 | .10 | 18/APR | 9:44:06 | 901 | GBR | 1:19 | .00 B |
| 18/APR | 9:45:58 | 0043153170174 | GBR | 7:55 | 1.15 | 18/APR | 9:54:17 | 00434516811054 | GBR | :29 | .07 |
| 18/APR | 9:55:05 | 00436642606018 | GBR | :55 | .13 | 18/APR | 14:54:34 | 7801340241 | GBR | :01 | .00 B |
| 18/APR | 16:27:25 | 901 | GBR | 1:53 | .00 B | 18/APR | 16:29:18 | 02074153800 | GBR | 1:21 | .00 B |
| 18/APR | 16:55:16 | 08708505850 | GBR | :40 | .00 B | 18/APR | 16:56:05 | 08708505850 | GBR | 50:11 | 1.39 PB |
| 18/APR | 17:47:53 | 901 | GBR | :48 | .14 | 18/APR | 17:48:41 | 01234567890 | GBR | :08 | .02 |
| 18/APR | 17:49:50 | 00436648175011 | GBR | :37 | .09 | 18/APR | 17:52:31 | 00436646219845 | GBR | 12:34 | 1.82 |
| 18/APR | 18:05:49 | 07920506506 | GBR | 1:28 | .25 | 18/APR | 18:45:11 | 00436991010922 | GBR | 4:54 | .71 |
| 19/APR | 9:37:47 | 901 | GBR | 2:24 | .41 | 19/APR | 9:40:52 | 02077200255 | GBR | :38 | .11 |
| 19/APR | 11:11:41 | 7801340241 | GBR | :01 | .00 B | 19/APR | 11:11:58 | 901 | GBR | :59 | .17 |
| 19/APR | 11:28:12 | 07920506506 | GBR | :47 | .13 | 19/APR | 11:29:43 | 7920506506 | GBR | :01 | .00 B |
| 19/APR | 12:19:18 | 901 | GBR | :36 | .10 | 19/APR | 12:22:20 | 00436991010922 | GBR | :46 | .11 |
| 19/APR | 15:19:09 | 7801340241 | GBR | :01 | .00 B | 20/APR | 8:00:57 | 901 | GBR | 1:39 | .28 |
| 20/APR | 8:02:04 | 02076476000 | GBR | :26 | .07 | 20/APR | 8:13:41 | 00436646219845 | GBR | :15 | .04 |
| 20/APR | 9:15:20 | 00491607414160 | GBR | :55 | .13 | 20/APR | 9:17:03 | 0043223627212 | GBR | 16:14 | 2.35 |
| 20/APR | 9:33:54 | 0043190421800 | GBR | :42 | .10 | 21/APR | 9:21:55 | 901 | GBR | 2:28 | .42 |
| 21/APR | 9:25:12 | 00436645312199 | GBR | :23 | .06 | 21/APR | 9:26:04 | 00436642011150 | GBR | 11:08 | 1.61 |
| 21/APR | 15:14:20 | 00436645312199 | GBR | :26 | .06 | 21/APR | 15:15:31 | 00436646219845 | GBR | :33 | .08 |
| 21/APR | 15:19:26 | 04369915513658 | GBR | :01 | .10 | 21/APR | 16:57:41 | 901 | GBR | :24 | .07 |
| 22/APR | 15:00:19 | 901 | GBR | :19 | .05 | 23/APR | 9:36:47 | 901 | GBR | 1:31 | .26 |
| 23/APR | 11:07:58 | 02073856595 | GBR | 3:05 | .52 | 23/APR | 13:20:32 | 901 | GBR | :37 | .10 |
| 23/APR | 15:22:08 | 901 | GBR | :34 | .10 | 23/APR | 15:24:01 | 0035070063304 | GBR | 4:36 | .67 |
| 23/APR | 17:36:57 | 901 | GBR | :51 | .14 | 23/APR | 18:04:03 | 00493030015336 | GBR | 11:01 | 1.59 |
| 23/APR | 18:46:55 | 00436645312199 | GBR | 1:04 | .15 | 23/APR | 18:48:10 | 901 | GBR | 1:00 | .17 |
| **Carried Forward To Next Page** | | | | | 169.93 | | | | | | |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg, No. GB 778 6037 85

Confidential

LEH_0000615

9115

O2DUSL04-CO (03.07)

# O2

| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **169.93** |
| 24/APR | 9:20:36 | 901 | GBR | :04 | .02 | 24/APR | 12:11:59 | 901 | GBR | :15 | .04 |
| 25/APR | 4:55:50 | 901 | GBR | 1:14 | .21 | 25/APR | 9:50:59 | 43901 | AUT | :00 | .00 |
| 25/APR | 9:51:33 | 43526 | AUT | :00 | .00 | 25/APR | 9:51:35 | 7801340241 | AUT | :00 | .00 |
| 25/APR | 10:01:55 | 0385111464 | AUT | 1:03 | .26 | 25/APR | 10:04:49 | 7802000332 | AUT | :01 | .00 B |
| 25/APR | 10:05:51 | 00447802148788 | AUT | :33 | .30 | 25/APR | 10:07:03 | 00491729413159 | AUT | 3:48 | 1.20 |
| 25/APR | 10:11:19 | 06642011150 | AUT | 7:03 | 2.16 | 25/APR | 11:50:09 | 00447802148366 | AUT | :36 | .30 |
| 25/APR | 11:50:49 | 43901 | AUT | :00 | .00 | 25/APR | 14:29:40 | 00447785331619 | AUT | :43 | .30 |
| 25/APR | 14:50:51 | 00447802148374 | AUT | :54 | .30 | 25/APR | 16:08:40 | 7917574719 | AUT | :00 | .00 |
| 25/APR | 16:09:15 | 43901 | AUT | :00 | .00 | 25/APR | 16:17:22 | 00447802148096 | AUT | :40 | .30 |
| 25/APR | 16:22:40 | 018787812120 | AUT | 2:21 | .75 | 25/APR | 16:25:55 | 069916127300 | AUT | 7:46 | 2.39 |
| 25/APR | 16:35:17 | 00447802148692 | AUT | :07 | .30 | 25/APR | 16:40:00 | 06646219845 | AUT | 19:22 | 5.81 |
| 25/APR | 17:00:13 | 06645312199 | AUT | 4:12 | 1.27 | 25/APR | 17:01:52 | 00447802148583 | AUT | :21 | .30 |
| 25/APR | 17:02:17 | 43901 | AUT | :00 | .00 | 25/APR | 17:05:00 | 00447802148577 | AUT | :25 | .30 |
| 25/APR | 17:05:59 | 00447900692810 | AUT | 2:37 | .82 | 25/APR | 18:43:20 | 901 | GBR | 1:00 | .17 |
| 25/APR | 18:44:40 | 901 | GBR | :03 | .02 | 25/APR | 19:01:00 | 0012123258415 | GBR | 13:54 | 2.01 |
| 25/APR | 20:20:41 | 00436642011150 | GBR | :07 | .02 | 25/APR | 20:21:13 | 0043512378417 | GBR | 3:33 | .51 |
| 25/APR | 21:43:49 | 901 | GBR | :32 | .09 | 25/APR | 22:20:36 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 8:39:47 | 00436642346609 | GBR | 1:20 | .19 | 26/APR | 8:50:10 | 00436642357774 | GBR | :13 | .04 |
| 26/APR | 9:05:02 | 0041794005262 | GBR | :26 | .06 | 26/APR | 9:06:49 | 00436642357774 | GBR | 4:55 | .71 |
| 26/APR | 9:12:31 | 00436642606018 | GBR | :07 | .02 | 26/APR | 9:12:57 | 004315861054 | GBR | :12 | .03 |
| 26/APR | 9:37:07 | 0041228195321 | GBR | 1:14 | .18 | 26/APR | 9:40:10 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 10:07:24 | 07920506506 | GBR | :16 | .05 | 26/APR | 10:12:15 | 00436645312199 | GBR | 6:16 | .91 |
| 26/APR | 10:45:26 | 901 | GBR | 1:22 | .23 | 26/APR | 10:47:31 | 07730015219 | GBR | 13:14 | 2.25 |
| 26/APR | 11:01:40 | 00436642606018 | GBR | 5:34 | .81 | 26/APR | 12:45:30 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 13:11:26 | 7917574719 | GBR | :01 | .00 B | 26/APR | 13:12:48 | 901 | GBR | :22 | .06 |
| 26/APR | 13:22:44 | 7917574719 | GBR | :01 | .00 B | 26/APR | 13:25:27 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 14:32:19 | 00491607414160 | GBR | :09 | .02 | 26/APR | 16:21:47 | 901 | GBR | :29 | .08 |
| 26/APR | 16:22:52 | 0043512574345145 | GBR | 23:28 | 3.40 | 27/APR | 13:07:57 | 901 | GBR | :31 | .09 |
| 27/APR | 13:09:06 | 07920506506 | GBR | :25 | .07 | 27/APR | 13:10:00 | 901 | GBR | 1:10 | .20 |
| 27/APR | 13:11:52 | 02079308688 | GBR | 1:12 | .20 | 27/APR | 15:41:01 | 901 | GBR | :07 | .02 |
| 27/APR | 16:30:29 | 901 | GBR | 3:00 | .51 | 27/APR | 16:33:44 | 901 | GBR | :03 | .02 |
| 27/APR | 16:33:57 | 901 | GBR | :15 | .04 | 27/APR | 16:35:22 | 004369910100922 | GBR | :39 | .09 |
| 27/APR | 16:36:18 | 901 | GBR | 1:22 | .23 | 27/APR | 16:38:10 | 00436645312199 | GBR | :05 | .02 |
| 27/APR | 16:39:10 | 00436645312199 | GBR | :12 | .03 | 27/APR | 16:44:55 | 901 | GBR | :03 | .02 |
| 27/APR | 16:46:05 | 00436645312199 | GBR | :12 | .03 | 27/APR | 17:15:13 | 00436642011150 | GBR | 11:15 | 1.63 |
| 27/APR | 18:46:21 | 7767245224 | GBR | :01 | .00 B | 27/APR | 18:47:06 | 901 | GBR | :42 | .12 |
| 27/APR | 18:49:20 | 07920506506 | GBR | :21 | .06 | 27/APR | 19:04:12 | 901 | GBR | :20 | .06 |
| 27/APR | 19:20:21 | 00436642609022 | GBR | 2:06 | .30 | 29/APR | 11:57:40 | 901 | GBR | :49 | .14 |
| 29/APR | 20:31:08 | 901 | GBR | :07 | .02 | 30/APR | 11:22:03 | 901 | GBR | :56 | .16 |
| 30/APR | 13:45:28 | 901 | GBR | :11 | .03 | 30/APR | 17:59:15 | 7767245224 | GBR | :01 | .00 B |
| 30/APR | 17:59:35 | 901 | GBR | :08 | .02 | 30/APR | 18:15:07 | 7767245224 | GBR | :01 | .00 B |
| 30/APR | 18:43:07 | 7767245224 | GBR | :01 | .00 B | 30/APR | 19:09:43 | 901 | GBR | :21 | .06 |
| 01/MAY | 8:25:00 | 7801340241 | GBR | :01 | .00 B | 01/MAY | 9:13:53 | 02071022151 | GBR | 25:28 | 4.33 |
| 01/MAY | 10:07:21 | 02077478847 | GBR | 5:47 | .98 | 01/MAY | 10:14:00 | 02074821203 | GBR | 1:29 | .25 |
| 01/MAY | 10:18:36 | 02074934933 | GBR | 4:58 | .85 | 01/MAY | 10:25:01 | 02079351653 | GBR | 1:16 | .22 |
| 01/MAY | 10:30:17 | 02074990866 | GBR | 5:39 | .96 | 01/MAY | 10:40:02 | 02076299050 | GBR | 1:30 | .26 |
| 01/MAY | 12:08:24 | 7767245224 | GBR | :01 | .00 B | 01/MAY | 14:56:46 | 901 | GBR | :34 | .10 |
| 02/MAY | 8:05:34 | 901 | GBR | :12 | .03 | 02/MAY | 8:07:34 | 901 | GBR | :57 | .16 |
| 02/MAY | 8:09:33 | 004369919235030 | GBR | 28:07 | 4.07 | 02/MAY | 10:58:51 | 901 | GBR | 1:03 | .18 |
| 02/MAY | 11:03:52 | 01534813788 | GBR | :33 | .09 | 02/MAY | 11:09:20 | 901 | GBR | :44 | .12 |
| 02/MAY | 12:37:49 | 901 | GBR | 1:58 | .33 | 02/MAY | 14:49:05 | 901 | GBR | :35 | .10 |
| 02/MAY | 16:21:24 | 901 | GBR | :31 | .09 | 02/MAY | 16:22:21 | 00436642606018 | GBR | 7:34 | 1.09 |
| 02/MAY | 16:30:39 | 00436642606018 | GBR | 3:13 | .47 | 03/MAY | 17:16:06 | 00436642606018 | GBR | 2:25 | .35 |
| 03/MAY | 10:00:44 | 00436642606018 | GBR | :05 | .02 | 03/MAY | 10:01:05 | 004315861054 | GBR | 1:38 | .24 |
| 03/MAY | 11:02:42 | 07785720006 | GBR | :25 | .07 | 03/MAY | 11:32:53 | 901 | GBR | :36 | .10 |
| 03/MAY | 17:20:22 | 07920506506 | GBR | :33 | .09 | 03/MAY | 19:49:05 | 901 | GBR | 1:48 | .31 |
| | | **Carried Forward To Next Page** | | | | | | | | | **219.15** |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 219.15 |
| 03/MAY | 19:52:22 | 004961739410002 | GBR | :13 | .03 | 03/MAY | 19:53:59 | 00491733217452 | GBR | 14:57 | 2.16 |
| 04/MAY | 8:20:09 | 901 | GBR | :26 | .07 | 04/MAY | 10:21:39 | 901 | GBR | 1:14 | .21 |
| 04/MAY | 10:23:22 | 00491729413159 | GBR | 4:00 | .58 | 04/MAY | 10:30:02 | 00436642606018 | GBR | :04 | .02 |
| 04/MAY | 10:30:55 | 004315861054 | GBR | 1:22 | .20 | 04/MAY | 11:04:19 | 0436642606018 | GBR | :01 | .10 |
| 04/MAY | 11:40:54 | 00436642606018 | GBR | :03 | .02 | 04/MAY | 12:21:07 | 00436642606018 | GBR | 3:48 | .55 |
| 04/MAY | 12:25:17 | 004315861054 | GBR | 4:29 | .65 | 06/MAY | 10:51:27 | 901 | GBR | :05 | .02 |
| 07/MAY | 11:33:17 | 901 | GBR | 1:19 | .22 | 07/MAY | 11:34:36 | 02073856595 | GBR | 2:33 | .43 |
| 07/MAY | 13:19:32 | 00436646219845 | GBR | 19:23 | 2.80 | 07/MAY | 18:52:48 | 07920506506 | GBR | :53 | .15 |
| 08/MAY | 7:42:38 | 901 | GBR | :30 | .09 | 08/MAY | 7:43:15 | 901 | GBR | 1:00 | .17 |
| 08/MAY | 7:44:15 | 07920506506 | GBR | :23 | .07 | 08/MAY | 16:45:37 | 7917574719 | GBR | :01 | .00 B |
| 08/MAY | 17:08:45 | 02074821203 | GBR | 3:27 | .59 | 08/MAY | 17:24:28 | 7810755457 | GBR | :01 | .00 B |
| 08/MAY | 19:39:07 | 901 | GBR | :48 | .14 | 08/MAY | 19:40:28 | 00436645312199 | GBR | 5:21 | .77 |
| 08/MAY | 22:30:49 | 901 | GBR | :28 | .08 | 08/MAY | 22:34:39 | 901 | GBR | :31 | .09 |
| 09/MAY | 8:01:27 | 901 | GBR | 1:07 | .19 | 09/MAY | 8:03:20 | 004369919235030 | GBR | 1:03 | .15 |
| 09/MAY | 9:14:11 | 901 | GBR | :56 | .16 | 09/MAY | 9:30:19 | 004369919235030 | GBR | :08 | .02 |
| 09/MAY | 10:23:51 | 901 | GBR | 1:17 | .22 | 09/MAY | 10:25:48 | 00436642011150 | GBR | 4:32 | .66 |
| 09/MAY | 10:38:26 | 901 | GBR | :17 | .05 | 09/MAY | 10:44:48 | 004969153074147 | GBR | :41 | .10 |
| 09/MAY | 12:51:49 | 901 | GBR | :42 | .12 | 09/MAY | 12:52:54 | 00436645312199 | GBR | 17:40 | 2.55 |
| 09/MAY | 13:56:07 | 004315861054 | GBR | :56 | .14 | 09/MAY | 14:36:00 | 901 | GBR | :34 | .10 |
| 10/MAY | 8:09:14 | 004315861054 | GBR | 1:17 | .19 | 10/MAY | 8:12:50 | 00436642606018 | GBR | :11 | .03 |
| 10/MAY | 8:59:14 | 901 | GBR | 1:16 | .22 | 10/MAY | 9:40:19 | 901 | GBR | :21 | .06 |
| 10/MAY | 9:41:53 | 901 | GBR | :05 | .02 | 10/MAY | 9:43:01 | 07920506506 | GBR | 2:53 | .49 |
| 10/MAY | 10:32:37 | 901 | GBR | :17 | .05 | 10/MAY | 10:33:15 | 00491607414160 | GBR | 12:31 | 1.81 |
| 10/MAY | 15:41:24 | 901 | GBR | :15 | .04 | 10/MAY | 15:51:36 | 901 | GBR | :04 | .02 |
| 10/MAY | 16:02:55 | 004315861054 | GBR | :19 | .05 | 10/MAY | 18:21:11 | 08708509850 | GBR | 1:07 | .19 |
| 11/MAY | 8:50:22 | 00431515102100 | GBR | 8:34 | 1.24 | 11/MAY | 12:15:54 | 00436643583363 | GBR | :41 | .10 |
| 11/MAY | 12:17:34 | 07920506506 | GBR | :50 | .14 | 11/MAY | 13:03:14 | 07920506506 | GBR | :44 | .12 |
| 11/MAY | 13:04:42 | 00436642317387 | GBR | 7:41 | 1.11 | 11/MAY | 13:30:12 | 00436642606018 | GBR | 1:39 | .24 |
| 11/MAY | 13:34:18 | 0012127562431 | GBR | 2:28 | .36 | 11/MAY | 13:42:35 | 00436642606018 | GBR | 1:16 | .18 |
| 11/MAY | 14:42:31 | 00436643583363 | GBR | :34 | .08 B | | | | | | |
| | | | | **Call Charges** | | | | | | | 240.57 |
| 01/MAY | 9:04:17 | wap.o2.co.uk | GBR | :00 | .00 B | 07/MAY | 13:19:00 | wap.o2.co.uk | GBR | :00 | .00 B |
| | | | | **Data Calls** | | | | | | | .00 |
| | | | | **TOTAL CALLS** | | | | | | | 240.57 |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000617

 **select**

1291 ODIM702A DLIE76 23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/00543470 |
| PAGE | 1 of 5 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 125 & 100 Plan** | | |
| Line Rental Charge | From: 12 Apr 07 To: 11 May 07 | 21.28 |
| Call Charges | To: 09 Apr 07 | 404.35 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 Apr 07 To: 11 May 07 | 2.54 |
| Loyalty Reward - International | | 52.20CR |
| Inclusive Browse and Download | From: 12 Apr 07 To: 11 May 07 | 0.00 |
| **Sub Total Excluding VAT** | | 375.97 |
| VAT @ 17.50% of £375.97 | | 65.79 |
| **Total amount due this bill** | | 441.76 |
| **Balance Brought Forward** | | 0.00 |

4263

---

TOTAL AMOUNT DUE 26 Apr 07 £ 441.76

*312.57*

**About Your O2 Calling Plan**

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 98.56 | minutes |
| Free data volume used this period | 40 | kb |
| Free units used this period | 51 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

**Payments**
To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85
Confidential

LEH_0000618



| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/MAR | 10:07:59 | 00436648175011 | GBR | 25:59 | 3.76 | 12/MAR | 10:34:19 | 00436648175011 | GBR | 26:28 | 3.83 |
| 12/MAR | 11:05:08 | 00436642011150 | GBR | 4:42 | .68 | 12/MAR | 11:46:03 | 02071021746 | GBR | :09 | .00 B |
| 12/MAR | 11:48:49 | 004969153074147 | GBR | 1:35 | .23 | 12/MAR | 12:20:25 | 901 | GBR | 1:14 | .00 B |
| 12/MAR | 12:21:39 | 02070161600 | GBR | 10:49 | .00 B | 12/MAR | 12:32:39 | 901 | GBR | 2:31 | .00 B |
| 12/MAR | 15:27:20 | 004315267777 | GBR | 6:03 | .88 | 12/MAR | 16:08:34 | 901 | GBR | 1:03 | .00 B |
| 12/MAR | 17:58:37 | 00436763118020 | GBR | :26 | .06 | 12/MAR | 18:23:13 | 00436763118020 | GBR | 30:50 | 4.46 |
| 12/MAR | 18:54:23 | 00436642011150 | GBR | :12 | .03 | 12/MAR | 18:55:07 | 901 | GBR | :15 | .00 B |
| 12/MAR | 19:01:35 | 004369919235030 | GBR | :28 | .07 | 12/MAR | 19:02:41 | 00431245003195 | GBR | :23 | .06 |
| 12/MAR | 19:03:45 | 00436642011150 | GBR | 17:39 | 2.55 | 12/MAR | 19:41:18 | 901 | GBR | :17 | .00 B |
| 12/MAR | 20:24:22 | 00436642011150 | GBR | 1:59 | .29 | 12/MAR | 7:05:23 | 00436642606018 | GBR | :05 | .02 |
| 13/MAR | 7:43:24 | 00436642606018 | GBR | :06 | .02 | 13/MAR | 7:43:51 | 004315861054 | GBR | 1:36 | .23 |
| 13/MAR | 9:09:36 | 901 | GBR | :07 | .00 B | 13/MAR | 9:54:01 | 901 | GBR | :38 | .00 B |
| 13/MAR | 11:35:27 | 901 | GBR | :50 | .00 B | 13/MAR | 11:37:05 | 00436642011150 | GBR | 1:51 | .27 |
| 13/MAR | 11:39:17 | 004315861054 | GBR | :45 | .11 | 13/MAR | 11:41:00 | 004315861054 | GBR | 3:01 | .44 |
| 13/MAR | 12:08:37 | 00436642606018 | GBR | 2:29 | .36 | 13/MAR | 14:59:36 | 901 | GBR | :34 | .00 B |
| 13/MAR | 16:28:38 | 901 | GBR | :42 | .00 B | 13/MAR | 16:29:20 | 02070161600 | GBR | 16:25 | .00 B |
| 13/MAR | 16:46:03 | 901 | GBR | :37 | .00 B | 13/MAR | 16:47:33 | 00436642011150 | GBR | 14:40 | 2.12 |
| 13/MAR | 17:48:58 | 00436645312199 | GBR | :07 | .02 | 14/MAR | 8:42:51 | 901 | GBR | 1:03 | .00 B |
| 14/MAR | 8:45:58 | 00436642011150 | GBR | :18 | .04 | 14/MAR | 8:59:36 | 07920506506 | GBR | 1:53 | .00 B |
| 14/MAR | 17:16:37 | 901 | GBR | 1:10 | .00 B | 14/MAR | 17:18:31 | 00436642011150 | GBR | :57 | .14 |
| 14/MAR | 10:22:50 | 901 | GBR | :03 | .00 B | 15/MAR | 15:09:32 | 901 | GBR | :17 | .00 B |
| 15/MAR | 16:18:45 | 0017192347431 | GBR | 19:16 | 2.79 | 15/MAR | 23:15:09 | 901 | ITA | 2:34 | .82 |
| 15/MAR | 23:18:26 | 12127562431 | ITA | :18 | .79 | 15/MAR | 23:34:52 | 901 | ITA | 1:58 | .60 |
| 16/MAR | 9:35:36 | 901 | ITA | :07 | .30 | 16/MAR | 9:36:21 | 491607414160 | ITA | :16 | .30 |
| 16/MAR | 9:48:12 | 7750503521 | ITA | :19 | .30 | 16/MAR | 9:48:12 | 7920506506 | ITA | :19 | .08 |
| 16/MAR | 9:49:05 | 7750503521 | ITA | :12 | .30 | 16/MAR | 9:49:05 | 7920506506 | ITA | :12 | .05 |
| 16/MAR | 10:00:23 | 7920506506 | ITA | :17 | .07 | 16/MAR | 10:00:23 | 7750503521 | ITA | :17 | .30 |
| 16/MAR | 10:03:58 | 7920506506 | ITA | 9:18 | 2.84 | 16/MAR | 10:14:01 | 7920506506 | ITA | 23:42 | 5.65 |
| 16/MAR | 10:39:10 | 901 | ITA | :32 | .30 | 16/MAR | 11:09:20 | 49160137414160 | ITA | 32:56 | 7.85 |
| 16/MAR | 11:42:50 | 491607414160 | ITA | :22 | .30 | 16/MAR | 12:00:27 | 2071021000 | ITA | 8:44 | 2.61 |
| 16/MAR | 15:10:04 | 901 | ITA | :36 | .30 | 16/MAR | 15:11:29 | 12127562431 | ITA | 30:05 | 23.90 |
| 16/MAR | 16:14:53 | 2071021000 | ITA | 1:49 | .60 | 16/MAR | 16:22:39 | 7802000332 | ITA | :00 | .00 |
| 16/MAR | 16:54:41 | 901 | ITA | :22 | .30 | 16/MAR | 17:47:18 | 2076022103 | ITA | :03 | .30 |
| 16/MAR | 17:49:33 | 7715213846 | ITA | :22 | .30 | 16/MAR | 18:34:20 | 4969153074147 | ITA | :54 | .22 |
| 16/MAR | 18:35:51 | 4969153074147 | ITA | 12:31 | 2.99 | 17/MAR | 11:03:05 | 7802005704 | ITA | :00 | .00 |
| 17/MAR | 11:08:15 | 901 | ITA | :56 | .30 | 17/MAR | 11:27:35 | 390916312111 | ITA | 1:29 | .45 |
| 17/MAR | 12:09:40 | 436642011150 | ITA | 5:12 | 1.24 | 17/MAR | 12:15:49 | 0385111464 | ITA | 5:40 | 1.36 |
| 17/MAR | 12:22:02 | 0385111464 | ITA | 2:51 | .68 | 18/MAR | 16:20:05 | 901 | ITA | :02 | .30 |
| 19/MAR | 8:47:27 | 2076022103 | ITA | 10:33 | 3.21 | 19/MAR | 9:21:43 | 43512574345121 | ITA | 2:16 | .55 |
| 19/MAR | 9:28:28 | 43512574345121 | ITA | 1:15 | .30 | 19/MAR | 9:30:09 | 4315861054 | ITA | 3:05 | .97 |
| 19/MAR | 9:35:45 | 491607414160 | ITA | :40 | .30 | 19/MAR | 9:52:40 | 901 | ITA | 4:02 | 1.27 |
| 19/MAR | 10:18:58 | 7750503521 | ITA | 1:37 | .53 | 19/MAR | 10:18:58 | 491607414160 | ITA | 1:37 | .39 |
| 19/MAR | 10:48:38 | 4315861054 | ITA | :25 | .10 | 19/MAR | 10:48:38 | 7750503521 | ITA | :25 | .30 |
| 19/MAR | 10:59:17 | 901 | ITA | 2:25 | .75 | 19/MAR | 11:04:53 | 4315861054 | ITA | 2:24 | .75 |
| 19/MAR | 11:08:50 | 436642011150 | ITA | 1:01 | .38 | 19/MAR | 11:44:11 | 7750503521 | ITA | :30 | .30 |
| 19/MAR | 11:44:11 | 43513266012 | ITA | :08 | .04 | 19/MAR | 13:53:47 | 436642510080 | ITA | :30 | .12 |
| 19/MAR | 13:53:47 | 7750503521 | ITA | :30 | .30 | 19/MAR | 14:11:41 | 7750503521 | ITA | :06 | .30 |
| 19/MAR | 14:11:41 | 43160117290 | ITA | :06 | .03 | 19/MAR | 16:18:52 | 43512574345121 | ITA | :33 | .14 |
| 19/MAR | 16:18:52 | 7750503521 | ITA | :33 | .30 | 19/MAR | 16:28:02 | 7750503521 | ITA | :12 | .30 |
| 19/MAR | 16:28:02 | 436646278169 | ITA | :12 | .05 | 19/MAR | 16:29:05 | 436646278169 | ITA | :54 | .22 |
| 19/MAR | 16:29:05 | 7750503521 | ITA | :54 | .30 | 19/MAR | 17:03:11 | 901 | ITA | 2:04 | .68 |
| 19/MAR | 17:06:01 | 436642011150 | ITA | 1:21 | .45 | 19/MAR | 17:06:13 | 7750503521 | ITA | :21 | .30 |
| 19/MAR | 17:06:13 | 43512574345121 | ITA | :21 | .09 | 19/MAR | 17:08:00 | 491729413159 | ITA | :26 | .30 |
| 19/MAR | 17:11:57 | 436642051507 | ITA | 2:40 | .82 | 19/MAR | 17:16:14 | 436646278169 | ITA | 8:12 | 2.46 |
| 19/MAR | 18:06:04 | 4969427265732 | ITA | 39:56 | 9.52 | 19/MAR | 18:27:28 | 491729413159 | ITA | :28 | .12 |
| 19/MAR | 18:27:28 | 7750503521 | ITA | :28 | .30 | 19/MAR | 18:46:26 | 901 | ITA | :55 | .30 |
| 19/MAR | 18:47:47 | 491729413159 | ITA | 3:26 | 1.05 | 19/MAR | 18:52:41 | 491729413159 | ITA | :34 | .30 |
| 19/MAR | 18:52:46 | 0385111464 | ITA | :24 | .10 | 19/MAR | 18:52:46 | 7750503521 | ITA | :24 | .30 |
| 19/MAR | 18:55:05 | 43512574345121 | ITA | 5:35 | 1.34 | 19/MAR | 18:55:13 | 0385111464 | ITA | :05 | .02 |

**Carried Forward To Next Page**

110.81

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000619

4264

O2/DISE04-C0 APR2006

# O2

your account

| BILL | 00543470 |
|---|---|
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE 3 of 5

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Brought Forward From Previous Page | | | | | | | | | 110.81 |
| 19/MAR | 18:55:13 | 7750503521 | ITA | :05 | .30 | 19/MAR | 19:10:11 | 901 | ITA | :44 | .30 |
| 19/MAR | 19:11:39 | 491729413159 | ITA | 10:33 | 3.21 | 19/MAR | 19:47:25 | 901 | ITA | :06 | .30 |
| 19/MAR | 22:18:42 | 901 | ITA | :44 | .30 | 19/MAR | 22:20:00 | 901 | ITA | :09 | .30 |
| 20/MAR | 9:41:16 | 2076022103 | ITA | 5:04 | 1.57 | 20/MAR | 10:48:01 | 0385111464 | ITA | 1:54 | .46 |
| 20/MAR | 10:51:14 | 7750503521 | ITA | :04 | .30 | 20/MAR | 10:51:14 | 0385111464 | ITA | :04 | .02 |
| 20/MAR | 10:58:59 | 43512574345121 | ITA | 1:17 | .31 | 20/MAR | 10:58:59 | 7750503521 | ITA | 1:17 | .45 |
| 20/MAR | 11:45:54 | 7802005704 | ITA | :00 | .00 | 20/MAR | 12:37:38 | 0385111464 | ITA | 8:02 | 1.92 |
| 20/MAR | 12:46:19 | 0385111464 | ITA | 1:13 | .29 | 20/MAR | 12:51:10 | 43160117263 | ITA | 2:50 | .68 |
| 20/MAR | 16:02:58 | 4930300153362 | ITA | 25:34 | 7.68 | 20/MAR | 17:12:50 | 2075911910 | ITA | 1:14 | .38 |
| 20/MAR | 17:14:38 | 7976710704 | ITA | 2:15 | .68 | 20/MAR | 17:56:44 | 43512378295 | ITA | 7:39 | 1.83 |
| 20/MAR | 17:58:53 | 7750503521 | ITA | 1:38 | .53 | 20/MAR | 17:58:53 | 43512574345121 | ITA | 1:38 | .39 |
| 20/MAR | 18:05:27 | 43512378295 | ITA | 5:36 | 1.34 | 21/MAR | 7:52:25 | 901 | ITA | 2:50 | .90 |
| 21/MAR | 7:55:47 | 436642011150 | ITA | 2:15 | .68 | 21/MAR | 8:55:33 | 43512574345121 | ITA | 13:46 | 3.29 |
| 21/MAR | 11:21:18 | 901 | ITA | :42 | .30 | 21/MAR | 11:49:52 | 7802148412 | ITA | :21 | .30 |
| 21/MAR | 11:49:52 | 436649132442 | ITA | :21 | .09 | 21/MAR | 11:50:37 | 7802148799 | ITA | :13 | .30 |
| 21/MAR | 11:50:37 | 436649132442 | ITA | :13 | .06 | 21/MAR | 12:05:32 | 7802005704 | ITA | :00 | .00 |
| 21/MAR | 12:42:25 | 901 | ITA | :23 | .30 | 21/MAR | 14:50:03 | 0385111464 | ITA | :05 | .02 |
| 21/MAR | 21:18:28 | 901 | ITA | :06 | .30 | 22/MAR | 8:44:31 | 901 | GBR | :23 | .00 B |
| 22/MAR | 8:45:36 | 00491784120925 | GBR | :09 | .02 | 22/MAR | 9:14:51 | 00491729413159 | GBR | 18:43 | 2.71 |
| 22/MAR | 9:50:14 | 00491784120925 | GBR | 15:44 | 2.28 | 22/MAR | 12:09:51 | 7801340241 | GBR | :01 | .00 B |
| 22/MAR | 13:15:08 | 901 | GBR | 1:06 | .00 B | 22/MAR | 13:23:48 | 901 | GBR | :31 | .00 B |
| 22/MAR | 19:16:32 | 07785720006 | GBR | 38:27 | .00 B | 23/MAR | 23:21:53 | 901 | GBR | :06 | .00 B |
| 23/MAR | 5:19:12 | 901 | GBR | :40 | .00 B | 23/MAR | 6:04:57 | 7801340241 | GBR | :01 | .00 B |
| 23/MAR | 6:17:32 | 901 | GBR | :37 | .00 B | 23/MAR | 6:34:56 | 7957306625 | GBR | :01 | .00 B |
| 23/MAR | 6:34:58 | 7957306625 | GBR | :01 | .00 B | 23/MAR | 6:38:46 | 7957306625 | GBR | :01 | .00 B |
| 23/MAR | 10:16:32 | 901 | AUT | 1:08 | .38 | 23/MAR | 10:32:10 | 901 | AUT | :27 | .30 |
| 23/MAR | 10:33:06 | 4969153070 | AUT | 17:55 | 5.37 | 23/MAR | 11:25:45 | 0385111464 | AUT | 8:04 | 1.93 |
| 23/MAR | 14:04:54 | 43512574345145 | AUT | 2:42 | .65 | 23/MAR | 14:32:54 | 901 | AUT | :05 | .30 |
| 23/MAR | 15:53:48 | 7802000332 | AUT | :01 | .00 B | 23/MAR | 15:54:22 | 436642606018 | AUT | :20 | .30 |
| 23/MAR | 16:03:23 | 4369917101057 | AUT | :46 | .30 | 23/MAR | 16:07:26 | 43463512299 | AUT | :17 | .30 |
| 23/MAR | 16:11:12 | 901 | AUT | :19 | .30 | 23/MAR | 16:31:27 | 4315341010 | AUT | 1:46 | .60 |
| 23/MAR | 17:04:51 | 43526 | AUT | :00 | .00 | 23/MAR | 17:06:18 | 0044780214823 | AUT | :35 | .30 |
| 23/MAR | 17:27:36 | 43901 | AUT | :00 | .00 | 23/MAR | 17:56:59 | 00447802148938 | AUT | :30 | .30 |
| 23/MAR | 17:57:53 | 00447785304530 | AUT | :41 | .30 | 23/MAR | 17:58:53 | 0044207102174 | AUT | 8:29 | 2.54 |
| 23/MAR | 18:09:17 | 004969153074147 | AUT | :36 | .30 | 23/MAR | 18:16:28 | 06646219845 | AUT | 4:26 | 1.35 |
| 23/MAR | 18:21:28 | 43665686616 | AUT | :00 | .00 | 23/MAR | 18:25:25 | 43665686616 | AUT | :00 | .00 |
| 23/MAR | 18:25:30 | 43665686616 | AUT | :00 | .00 | 23/MAR | 18:26:02 | 7802000332 | AUT | :01 | .00 B |
| 23/MAR | 18:28:20 | 7920506506 | AUT | :00 | .00 | 23/MAR | 18:28:51 | 7920506506 | AUT | :29 | .12 |
| 23/MAR | 18:31:18 | 00447920506506 | AUT | 1:11 | .38 | 23/MAR | 18:34:20 | 7920506506 | AUT | 3:48 | .91 |
| 23/MAR | 18:50:02 | 00442076022103 | AUT | :21 | .30 | 23/MAR | 18:51:18 | 00447802148876 | AUT | 2:02 | .68 |
| 23/MAR | 20:53:27 | 901 | GBR | :17 | .00 B | 24/MAR | 9:05:33 | 7920506506 | GBR | :01 | .00 B |
| 24/MAR | 9:06:38 | 901 | GBR | :26 | .00 B | 24/MAR | 9:51:57 | 901 | GBR | :32 | .00 B |
| 24/MAR | 9:53:07 | 00436646219845 | GBR | 35:17 | 5.11 | 24/MAR | 10:28:46 | 901 | GBR | :21 | .00 B |
| 24/MAR | 10:29:48 | 07920506506 | GBR | :19 | .00 B | 25/MAR | 15:17:14 | 00436642606018 | GBR | 5:44 | .83 |
| 25/MAR | 16:21:32 | 00436645312199 | GBR | 35:21 | 5.12 | 25/MAR | 16:57:07 | 00436645312199 | GBR | 14:24 | 2.08 |
| 25/MAR | 17:12:07 | 00436646219845 | GBR | :22 | .05 | 25/MAR | 21:56:27 | 901 | GBR | :03 | .00 B |
| 25/MAR | 21:57:02 | 07920506506 | GBR | :21 | .00 B | 26/MAR | 8:58:27 | 901 | GBR | :28 | .00 B |
| 26/MAR | 8:59:28 | 004315267777 | GBR | 2:37 | .38 | 26/MAR | 9:20:14 | 00431586 1054 | GBR | 3:28 | .50 |
| 26/MAR | 11:06:13 | 04369917303132 | GBR | :01 | .10 | 26/MAR | 13:56:29 | 004366 48161567 | GBR | 4:47 | .69 |
| 26/MAR | 16:19:12 | 901 | GBR | :06 | .00 B | 26/MAR | 19:38:38 | 901 | GBR | :14 | .00 B |
| 27/MAR | 10:33:21 | 901 | GBR | :25 | .00 B | 27/MAR | 16:33:12 | 901 | GBR | :50 | .00 B |
| 27/MAR | 16:35:14 | 901 | GBR | :41 | .00 B | 27/MAR | 18:35:55 | 02079297000 | GBR | 10:37 | .00 B |
| 27/MAR | 17:44:13 | 7801340241 | GBR | :01 | .00 B | 27/MAR | 19:44:25 | 901 | GBR | :46 | .00 B |
| 28/MAR | 5:16:49 | 901 | GBR | :03 | .00 B | 28/MAR | 10:03:38 | 7802000332 | AUT | :01 | .00 B |
| 28/MAR | 10:04:06 | 7920506506 | AUT | :23 | .10 | 28/MAR | 10:04:59 | 7920506506 | AUT | 1:27 | .35 |
| 28/MAR | 10:07:14 | 4315861054 | AUT | :33 | .30 | 28/MAR | 10:14:46 | 7920506506 | AUT | 5:49 | 1.79 |

| | | Carried Forward To Next Page | | | | | | | | | 181.51 |

4285

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000620

# O2

| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 181.51 |
| 28/MAR | 10:44:14 | 7920506506 | AUT | :24 | .30 | 28/MAR | 11:14:18 | 4315861054 | AUT | 1:20 | .45 |
| 28/MAR | 11:29:35 | 901 | AUT | 2:17 | .75 | 28/MAR | 11:47:23 | 4315861054 | AUT | 1:25 | .34 |
| 28/MAR | 11:50:07 | 436642606018 | AUT | 1:35 | .53 | 28/MAR | 12:25:37 | 0385111464 | AUT | 5:54 | 1.41 |
| 28/MAR | 14:20:38 | 7802000332 | AUT | :01 | .00 B | 28/MAR | 14:21:17 | 43512378417 | AUT | 14:18 | 4.32 |
| 28/MAR | 14:30:07 | 0385111464 | AUT | :41 | .17 | 28/MAR | 14:30:07 | 7750503521 | AUT | :41 | .30 |
| 28/MAR | 14:35:57 | 901 | AUT | :45 | .30 | 28/MAR | 14:51:50 | 00447810755457 | AUT | :14 | .30 |
| 28/MAR | 14:52:16 | 00447810755457 | AUT | :28 | .30 | 28/MAR | 14:59:35 | 00442076022103 | AUT | 4:51 | 1.49 |
| 28/MAR | 15:05:00 | 00447711280840 | AUT | :15 | .30 | 28/MAR | 15:06:13 | 00442076022103 | AUT | :42 | .30 |
| 28/MAR | 15:09:33 | 0385111464 | AUT | :03 | .02 | 28/MAR | 15:09:57 | 0385111464 | AUT | 8:34 | 2.05 |
| 28/MAR | 16:14:48 | 00447802148181 | AUT | :37 | .30 | 28/MAR | 16:34:50 | 7785392867 | AUT | :00 | .00 |
| 28/MAR | 17:31:17 | 491607414160 | AUT | :36 | .15 | 28/MAR | 17:45:38 | 491607414160 | AUT | :33 | .14 |
| 28/MAR | 17:46:30 | 00496922223266 | AUT | 31:25 | 9.39 | 28/MAR | 17:58:59 | 4369917101057 | AUT | :00 | .00 |
| 28/MAR | 18:56:18 | 491607414160 | AUT | :30 | .12 | 28/MAR | 18:57:48 | 4367682611742 | AUT | :00 | .00 |
| 28/MAR | 20:49:29 | 43901 | AUT | :00 | .00 | 28/MAR | 20:50:04 | 00447802148283 | AUT | :17 | .30 |
| 28/MAR | 20:50:24 | 43901 | AUT | :00 | .00 | 28/MAR | 20:52:00 | 01526777 | AUT | :24 | .30 |
| 28/MAR | 20:56:20 | 00447802148587 | AUT | 1:52 | .60 | 28/MAR | 22:00:46 | 0123032 | AUT | 1:34:33 | 28.23 |
| 29/MAR | 9:05:19 | 00442076022103 | AUT | 13:58 | 4.18 | 28/MAR | 9:22:00 | 069917303132 | AUT | :53 | .30 |
| 29/MAR | 9:30:53 | 00447802148425 | AUT | 1:04 | .38 | 29/MAR | 9:33:09 | 06642606018 | AUT | 1:39 | .53 |
| 29/MAR | 10:38:53 | 491607414160 | AUT | 34:07 | 8.13 | 29/MAR | 11:34:11 | 7802000332 | AUT | :01 | .00 B |
| 29/MAR | 12:17:23 | 4969153074147 | AUT | 18:26 | 4.40 | 29/MAR | 12:29:40 | 4369917101057 | AUT | :01 | .00 B |
| 29/MAR | 12:41:34 | 00447802148274 | AUT | :46 | .30 | 29/MAR | 14:54:39 | 7802000332 | AUT | :01 | .00 B |
| 29/MAR | 14:59:21 | 43901 | AUT | :00 | .00 | 29/MAR | 15:27:57 | 4315861054 | AUT | 3:25 | .82 |
| 29/MAR | 16:17:24 | 00447802148495 | AUT | 1:09 | .38 | 29/MAR | 16:27:43 | 0123032 | AUT | :26 | .30 |
| 29/MAR | 19:05:37 | 4367682611742 | AUT | :00 | .00 | 29/MAR | 19:06:21 | 4367682611742 | AUT | :00 | .00 |
| 29/MAR | 19:15:48 | 00447802148909 | AUT | :33 | .30 | 29/MAR | 19:18:19 | 00447802148658 | AUT | :18 | .30 |
| 29/MAR | 21:50:20 | 00447802148434 | AUT | :02 | .30 | 30/MAR | 3:40:17 | 7801340241 | AUT | :00 | .00 |
| 30/MAR | 9:22:41 | 43901 | AUT | :00 | .00 | 30/MAR | 11:27:17 | 00447802148860 | AUT | 1:06 | .38 |
| 30/MAR | 11:31:39 | 0385111464 | AUT | 8:18 | 1.98 | 30/MAR | 12:17:23 | 04242242240 | AUT | 8:03 | 2.46 |
| 30/MAR | 12:23:59 | 7781485891 | AUT | :00 | .00 | 30/MAR | 13:02:07 | 00447802148579 | AUT | :05 | .30 |
| 30/MAR | 13:58:17 | 00447802148620 | AUT | :34 | .30 | 30/MAR | 13:58:26 | 43901 | AUT | :00 | .00 |
| 30/MAR | 14:00:30 | 00491607414160 | AUT | :17 | .30 | 30/MAR | 14:01:39 | 491607414160 | AUT | 14:49 | 3.54 |
| 30/MAR | 14:23:46 | 015142837 | AUT | :23 | .30 | 30/MAR | 15:37:50 | 00447802148079 | AUT | :40 | .30 |
| 30/MAR | 15:38:34 | 43901 | AUT | :00 | .00 | 30/MAR | 17:36:49 | 00447802148492 | AUT | :59 | .30 |
| 30/MAR | 17:37:51 | 43901 | AUT | :00 | .00 | 30/MAR | 17:53:14 | 00447802148851 | AUT | :38 | .30 |
| 30/MAR | 17:53:56 | 43901 | AUT | :00 | .00 | 30/MAR | 18:39:30 | 00447802148435 | AUT | 2:48 | .90 |
| 30/MAR | 19:47:21 | 12123258415 | AUT | :17 | .07 | 30/MAR | 19:48:13 | 12123258415 | AUT | :59 | .24 |
| 31/MAR | 8:20:02 | 00447802148797 | AUT | :31 | .30 | 31/MAR | 10:43:34 | 06602591939 | AUT | :36 | .30 |
| 31/MAR | 11:08:06 | 00447802148790 | AUT | :24 | .30 | 31/MAR | 11:08:34 | 43901 | AUT | :00 | .00 |
| 31/MAR | 11:09:21 | 00447802148264 | AUT | :26 | .30 | 31/MAR | 11:10:44 | 00447802148593 | AUT | :18 | .30 |
| 31/MAR | 11:11:29 | 06602591939 | AUT | 1:02 | .38 | 31/MAR | 19:10:47 | 00447802148472 | AUT | :03 | .30 |
| 01/APR | 9:58:27 | 7801340241 | AUT | :00 | .00 | 01/APR | 10:00:26 | 7802000332 | AUT | :01 | .00 B |
| 01/APR | 10:00:56 | 7801340241 | AUT | :00 | .00 | 01/APR | 10:18:47 | 7802000332 | AUT | :01 | .00 B |
| 01/APR | 19:20:05 | 00447802148224 | AUT | :03 | .30 | 01/APR | 21:52:36 | 00447802148891 | AUT | :10 | .30 |
| 02/APR | 10:41:58 | 06642011150 | AUT | 6:53 | 2.09 | 02/APR | 10:49:24 | 00447802148247 | AUT | :21 | .30 |
| 02/APR | 10:50:22 | 06763118020 | AUT | :38 | .30 | 02/APR | 13:14:08 | 00447802148247 | AUT | :49 | .30 |
| 02/APR | 13:14:11 | 43901 | AUT | :00 | .00 | 02/APR | 13:31:07 | 00491784120925 | AUT | :29 | .30 |
| 02/APR | 13:31:56 | 4969153074147 | AUT | 24:38 | 5.88 | 02/APR | 13:56:43 | 00447802148141 | AUT | :06 | .30 |
| 02/APR | 14:31:11 | 7769885714 | AUT | :34 | .14 | 02/APR | 14:37:16 | 12125267000 | AUT | 4:05 | .98 |
| 02/APR | 15:45:20 | 7949155597 | AUT | 8:01 | 1.92 | 02/APR | 16:21:07 | 0512272720 | AUT | 2:59 | .90 |
| 02/APR | 16:32:04 | 496997583533 | AUT | 14:13 | 3.39 | 02/APR | 18:10:46 | 00447802148442 | AUT | :04 | .30 |
| 03/APR | 9:12:17 | 00447802148121 | AUT | :02 | .30 | 03/APR | 10:14:00 | 00447801340241 | AUT | 1:28 | .45 |
| 03/APR | 10:18:56 | 015861054 | AUT | 4:29 | 1.35 | 03/APR | 10:42:45 | 06642011150 | AUT | :08 | .30 |
| 03/APR | 10:43:39 | 06645312199 | AUT | :51 | .30 | 03/APR | 10:50:08 | 01245003195 | AUT | :52 | .30 |
| 03/APR | 10:51:27 | 069919235030 | AUT | :29 | .51 | 03/APR | 10:52:36 | 015142837 | AUT | :53 | .30 |
| 03/APR | 10:52:41 | 00447802148141 | AUT | :38 | .30 | 03/APR | 10:53:25 | 43901 | AUT | :00 | .00 |
| 03/APR | 10:53:27 | 7801340241 | AUT | :00 | .00 | 03/APR | 10:56:34 | 0385111464 | AUT | 36:48 | 8.77 |

| | | **Carried Forward To Next Page** | | | | | | | | | 299.72 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000621

# O2

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 299.72 |
| 03/APR | 11:45:58 | 00447802148816 | AUT | :54 | .30 | 03/APR | 11:47:51 | 41274804006 | AUT | 4:07 | .99 |
| 03/APR | 11:52:54 | 43151428 | AUT | 29:02 | 6.92 | 03/APR | 11:53:52 | 00447802148672 | AUT | :20 | .30 |
| 03/APR | 11:54:16 | 43901 | AUT | :00 | .00 | 03/APR | 12:10:51 | 00447802148454 | AUT | :22 | .30 |
| 03/APR | 12:11:19 | 43901 | AUT | :00 | .00 | 03/APR | 12:27:16 | 00447802148470 | AUT | :39 | .30 |
| 03/APR | 12:28:18 | 015861054 | AUT | 2:55 | .90 | 03/APR | 12:32:18 | 055224010 | AUT | 1:53 | .60 |
| 03/APR | 12:45:45 | 4369911499829 | AUT | 6:54 | 1.65 | 03/APR | 13:53:02 | 7810755457 | AUT | :00 | .00 |
| 03/APR | 13:56:24 | 7802000332 | AUT | :01 | .00 B | 03/APR | 13:57:15 | 00447802148416 | AUT | :05 | .30 |
| 03/APR | 14:54:44 | 06645312199 | AUT | 19:40 | 5.89 | 03/APR | 15:14:47 | 00496922223266 | AUT | 6:20 | 1.94 |
| 03/APR | 15:44:15 | 06642011150 | AUT | 6:29 | 1.94 | 03/APR | 15:51:17 | 43512574345145 | AUT | 12:00 | 2.86 |
| 03/APR | 16:04:22 | 0041794005262 | AUT | 48:00 | 14.30 | 03/APR | 16:52:35 | 06642011150 | AUT | :37 | .30 |
| 03/APR | 16:54:44 | 00447802148936 | AUT | :31 | .30 | 03/APR | 16:55:33 | 00447802148266 | AUT | 1:08 | .38 |
| 03/APR | 17:10:43 | 015861054 | AUT | 5:51 | 1.79 | 03/APR | 17:23:20 | 436642011150 | AUT | 4:21 | 1.04 |
| 03/APR | 17:36:06 | 436642011150 | AUT | 1:44 | .42 | 03/APR | 19:19:36 | 4969153074147 | AUT | 8:25 | 2.01 |
| 04/APR | 8:26:54 | 43901 | AUT | :00 | .00 | 04/APR | 8:27:55 | 00447802148432 | AUT | :58 | .30 |
| 04/APR | 10:58:50 | 0385111464 | AUT | 5:49 | 1.39 | 04/APR | 12:17:02 | 00496953074147 | AUT | 1:49 | .60 |
| 04/APR | 12:31:02 | 0385111464 | AUT | 11:10 | 2.67 | 04/APR | 14:07:10 | 0385111464 | AUT | 6:09 | 1.47 |
| 04/APR | 14:39:45 | 41217840038 | AUT | :01 | .01 | 04/APR | 14:40:16 | 41217840038 | AUT | 5:44 | 1.37 |
| 04/APR | 14:47:10 | 7801340241 | AUT | :23 | .10 | 04/APR | 14:47:19 | 00447802148151 | AUT | :21 | .30 |
| 04/APR | 14:47:44 | 43901 | AUT | :00 | .00 | 04/APR | 15:20:12 | 00447802148623 | AUT | :25 | .30 |
| 04/APR | 15:21:28 | 06642357774 | AUT | :31 | .30 | 04/APR | 15:26:29 | 00491729413159 | AUT | 5:29 | 1.64 |
| 04/APR | 15:45:35 | 00447802148174 | AUT | :04 | .30 | 04/APR | 15:51:24 | 435522486920 | AUT | 20:53 | 4.98 |
| 04/APR | 17:39:22 | 06642011150 | AUT | 10:53 | 3.28 | 04/APR | 17:51:52 | 0385111464 | AUT | 2:25 | .58 |
| 06/APR | 8:13:46 | 00447802148799 | AUT | :09 | .30 | 06/APR | 8:14:16 | 01401271671 | AUT | 17:01 | 5.14 |
| 06/APR | 8:48:41 | 00447802148146 | AUT | :29 | .30 | 06/APR | 8:49:17 | 43901 | AUT | :00 | .00 |
| 06/APR | 9:03:44 | 00447802148659 | AUT | :09 | .30 | 06/APR | 9:07:38 | 00447802148929 | AUT | :37 | .30 |
| 06/APR | 9:08:20 | 43901 | AUT | :00 | .00 | 06/APR | 9:26:06 | 00447802148664 | AUT | 1:14 | .38 |
| 06/APR | 9:27:37 | 00447802148678 | AUT | :33 | .30 | 06/APR | 9:28:48 | 00447802148933 | AUT | :42 | .30 |
| 06/APR | 9:30:04 | 06507170617 | AUT | 3:01 | .97 | 06/APR | 10:14:22 | 06645312199 | AUT | 7:49 | 2.39 |
| 06/APR | 10:26:07 | 7801340241 | AUT | :00 | .00 | 06/APR | 10:27:46 | 7802000332 | AUT | :01 | .00 B |
| 06/APR | 10:40:41 | 7900692810 | AUT | :00 | .00 | 06/APR | 10:41:27 | 7802000332 | AUT | :01 | .00 B |
| 06/APR | 10:59:24 | 01245003195 | AUT | 15:40 | 4.70 | 06/APR | 11:15:26 | 06645312199 | AUT | :26 | .30 |
| 06/APR | 11:33:19 | 06645312199 | AUT | 3:59 | 1.20 | 06/APR | 11:35:32 | 00447802148794 | AUT | :33 | .30 |
| 06/APR | 11:36:08 | 43901 | AUT | :00 | .00 | 06/APR | 11:49:45 | 7801340241 | AUT | 1:07 | .27 |
| 06/APR | 11:56:07 | 00447802148592 | AUT | :43 | .30 | 06/APR | 14:53:24 | 00447802148049 | AUT | :02 | .30 |
| 06/APR | 15:42:54 | 06507170617 | AUT | 5:03 | 1.57 | 06/APR | 16:15:36 | 06642011150 | AUT | 4:39 | 1.42 |
| 06/APR | 16:22:37 | 0385111464 | AUT | 16:45 | 4.00 | 07/APR | 13:41:31 | 00447802148904 | AUT | :03 | .30 |
| 06/APR | 11:24:13 | 06642011150 | AUT | :37 | .30 | 08/APR | 11:24:34 | 00447802148659 | AUT | :20 | .30 |
| 08/APR | 11:24:58 | 43901 | AUT | :00 | .00 | 08/APR | 11:43:35 | 436642011150 | AUT | 1:53 | .45 |
| 08/APR | 16:24:40 | 00447802148903 | AUT | :23 | .30 | 08/APR | 16:25:07 | 43901 | AUT | :00 | .00 |
| 08/APR | 18:26:27 | 00447802148889 | AUT | :43 | .30 | 08/APR | 18:27:14 | 43901 | AUT | :00 | .00 |
| 09/APR | 10:15:03 | 00447802148360 | AUT | :05 | .30 | 09/APR | 13:14:46 | 00447802148260 | AUT | :38 | .30 |
| 09/APR | 11:56:22 | 43901 | AUT | :00 | .00 | 09/APR | 13:14:46 | 00447802148592 | AUT | :04 | .30 |
| 09/APR | 14:56:49 | 43901 | AUT | :00 | .00 | 09/APR | 15:10:07 | 0385111464 | AUT | 9:18 | 2.22 |
| 09/APR | 16:32:30 | 12122208727 | AUT | 9:18 | 2.22 | 09/APR | 17:16:59 | 12122208727 | AUT | :14 | .06 |
| 09/APR | 17:17:59 | 0385111464 | AUT | :05 | .02 | 09/APR | 17:18:13 | 12122208727 | AUT | 28:55 | 6.90 |
| | | **Call Charges** | | | | | | | | | 404.35 |
| 12/MAR | 11:45:57 | wap.o2.co.uk | GBR | :00 | .00 B | 15/MAR | 15:35:59 | wap.o2.co.uk | GBR | :00 | .00 B |
| | | **Data Calls** | | | | | | | | | .00 |
| | | **TOTAL CALLS** | | | | | | | | | 404.35 |

**Bundle Key**
B  = Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000622

# O2 select

557  ODIM625A  CLI773  23900

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/99643015 |
| PAGE | 1 of 5 |

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 12 Mar 07 To: 11 Apr 07 | 21.28 | |
| Call Charges | To: 10 Mar 07 | 242.38 | |
| UK VAT exempt calls | To: 10 Mar 07 | 361.70 | EXEMPT |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 12 Mar 07 To: 11 Apr 07 | 2.54 | |
| Loyalty Reward - International | | 20.10CR | |
| Inclusive Browse and Download | From: 12 Mar 07 To: 11 Apr 07 | 0.00 | |
| **Sub Total Excluding VAT** | | 607.80 | |
| VAT @ 0.00% of £361.70 | | 0.00 | |
| VAT @ 17.50% of £246.10 | | 43.07 | |
| **Total amount due this bill** | | 650.87 | |
| **Balance Brought Forward** | | 0.00 | |

TOTAL AMOUNT DUE 26 Mar 07          £ 650.87

_460.49_

## About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 118.56 | minutes |
| Free data volume used this period | 0 | kb |
| Free units used this period | 73 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian -- to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

### For Customer Services
☎ 0800 032 1402

select@o2.com

### Payments
To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

SS-02/0IS£04-CO  APR8006

Confidential

LEH_0000623

# O2

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/FEB | 6:11:12 | 7802000332 | AUT | :01 | .00 B | 10/FEB | 7:51:16 | 4315267777 | AUT | 2:08 | .51 |
| 10/FEB | 11:38:23 | 901 | AUT | :02 | .30 | 10/FEB | 17:48:31 | 0385111464 | AUT | 1:48 | .43 |
| 10/FEB | 19:53:01 | 901 | AUT | :06 | .30 | 10/FEB | 21:22:13 | 43526 | AUT | :00 | .00 |
| 11/FEB | 12:22:56 | 00447802148223 | AUT | :15 | .30 | 11/FEB | 20:27:54 | 00447802148268 | AUT | :31 | .30 |
| 11/FEB | 20:28:30 | 43901 | AUT | :00 | .00 | 12/FEB | 8:17:01 | 7961215808 | AUT | :21 | .09 |
| 12/FEB | 8:48:45 | 00447802148583 | AUT | :23 | .30 | 12/FEB | 8:58:46 | 004969153074128 | AUT | :23 | .30 |
| 12/FEB | 8:59:31 | 00491733217452 | AUT | 44:10 | 13.19 | 12/FEB | 9:21:45 | 00447802148405 | AUT | :06 | .30 |
| 12/FEB | 9:51:02 | 0385111464 | AUT | 3:04 | .74 | 12/FEB | 9:54:31 | 067681032386 | AUT | 2:47 | 1.48 |
| 12/FEB | 9:57:59 | 00491784120925 | AUT | :17 | .30 | 12/FEB | 9:58:36 | 00447802148073 | AUT | :03 | .30 |
| 12/FEB | 9:58:51 | 00447802148808 | AUT | :03 | .30 | 12/FEB | 9:59:11 | 00491784120925 | AUT | :11 | .30 |
| 12/FEB | 10:00:50 | 00447802148842 | AUT | :04 | .30 | 12/FEB | 10:01:33 | 00447802148434 | AUT | :23 | .30 |
| 12/FEB | 10:02:00 | 43901 | AUT | :00 | .00 | 12/FEB | 10:06:43 | 00447802148281 | AUT | :02 | .30 |
| 12/FEB | 10:08:58 | 00447802148613 | AUT | :02 | .30 | 12/FEB | 10:26:08 | 00447802148972 | AUT | :58 | .30 |
| 12/FEB | 10:27:10 | 43901 | AUT | :00 | .00 | 12/FEB | 10:30:03 | 00447802148885 | AUT | :03 | .30 |
| 12/FEB | 10:32:26 | 00447802148066 | AUT | :04 | .30 | 12/FEB | 10:44:38 | 0385111464 | AUT | 2:36 | .62 |
| 12/FEB | 10:47:59 | 00447802148854 | AUT | 3:31 | 1.12 | 12/FEB | 12:40:25 | 436642616987 | AUT | 3:13 | .77 |
| 12/FEB | 12:52:21 | 43512378417 | AUT | 2:12 | .53 | 12/FEB | 14:25:43 | 00447802148066 | AUT | :26 | .30 |
| 12/FEB | 14:26:15 | 43901 | AUT | :00 | .00 | 12/FEB | 14:46:33 | 00447802148970 | AUT | :35 | .30 |
| 12/FEB | 14:48:34 | 015861054 | AUT | 8:13 | 2.46 | 12/FEB | 15:28:24 | 00491607414160 | AUT | :29 | .30 |
| 12/FEB | 15:28:33 | 00491733217452 | AUT | :18 | .30 | 12/FEB | 15:36:20 | 4969427265702 | AUT | 23:24 | 5.58 |
| 12/FEB | 15:51:18 | 00447802148107 | AUT | :29 | .30 | 12/FEB | 15:51:52 | 43901 | AUT | :00 | .00 |
| 12/FEB | 15:53:37 | 00447802148928 | AUT | :05 | .30 | 12/FEB | 15:57:29 | 00447802148126 | AUT | :05 | .30 |
| 12/FEB | 16:03:59 | 43512378417 | AUT | 1:34 | .38 | 12/FEB | 16:10:41 | 00442071624344 | AUT | :54 | .30 |
| 12/FEB | 16:34:14 | 00447920506506 | AUT | 1:06 | .38 | 12/FEB | 16:36:03 | 4969153074128 | AUT | 9:26 | 2.25 |
| 12/FEB | 16:58:30 | 00491729413159 | AUT | 5:20 | 1.64 | 12/FEB | 17:04:08 | 00442071624344 | AUT | 2:23:32 | 42.83 |
| 12/FEB | 17:07:09 | 00447802148609 | AUT | :26 | .30 | 12/FEB | 17:07:39 | 43901 | AUT | :00 | .00 |
| 12/FEB | 18:33:18 | 00447802148433 | AUT | :04 | .30 | 12/FEB | 18:40:29 | 00447802148417 | AUT | :03 | .30 |
| 12/FEB | 18:41:03 | 43901 | AUT | :00 | .00 | 12/FEB | 19:27:07 | 00447802148281 | AUT | :08 | .30 |
| 12/FEB | 19:28:17 | 00447802148444 | AUT | 1:35 | .53 | 12/FEB | 19:59:22 | 00491729413159 | AUT | :40 | .30 |
| 12/FEB | 20:09:39 | 0385111464 | AUT | 4:24 | 1.05 | 12/FEB | 21:48:35 | 0385111464 | AUT | 4:49 | 1.15 |
| 13/FEB | 4:22:03 | 00447802148955 | AUT | :15 | .30 | 13/FEB | 8:27:19 | 00447802148809 | AUT | :05 | .30 |
| 13/FEB | 10:55:47 | 0385111464 | AUT | :07 | .03 | 13/FEB | 11:25:55 | 00491784120925 | AUT | :03 | .30 |
| 13/FEB | 11:34:24 | 0385111464 | AUT | 7:43 | 1.84 | 13/FEB | 11:49:48 | 00447802148839 | AUT | :44 | .30 |
| 13/FEB | 12:36:45 | 901 | GBR | :52 | .00 B | 13/FEB | 13:10:04 | 00496915305702 | GBR | :42 | .10 |
| 13/FEB | 13:31:08 | 02070724407 | GBR | :10 | .06 | 13/FEB | 19:28:34 | 901 | GBR | :46 | .00 B |
| 13/FEB | 19:30:08 | 00436768103 2386 | GBR | :36 | .09 | 13/FEB | 19:31:59 | 00491784120925 | GBR | 10:09 | 1.47 |
| 13/FEB | 19:43:11 | 901 | GBR | :04 | .00 B | 14/FEB | 20:00:27 | 07801340241 | GBR | 1:12 | .20 |
| 13/FEB | 20:49:33 | 00436768103 2386 | GBR | :16 | .04 | 14/FEB | 6:12:01 | 901 | GBR | 1:19 | .00 B |
| 14/FEB | 8:25:54 | 901 | GBR | :36 | .00 B | 14/FEB | 8:31:40 | 901 | GBR | :26 | .00 B |
| 14/FEB | 8:32:46 | 004315267777 | GBR | :52 | .13 | 14/FEB | 8:34:07 | 004315267777 | GBR | :49 | .12 |
| 14/FEB | 8:35:24 | 901 | GBR | :34 | .00 B | 14/FEB | 8:38:01 | 00436768103 2386 | GBR | :06 | .02 |
| 14/FEB | 8:50:35 | 00491607414160 | GBR | :27 | .07 | 14/FEB | 11:51:15 | 901 | GBR | 1:10 | .00 B |
| 14/FEB | 12:22:51 | 901 | GBR | :16 | .00 B | 14/FEB | 13:53:59 | 901 | GBR | :05 | .00 B |
| 14/FEB | 15:49:03 | 901 | GBR | 1:29 | .00 B | 14/FEB | 15:50:31 | 07957430844 | GBR | :24 | .00 B |
| 14/FEB | 19:45:59 | 901 | GBR | 2:47 | .00 B | 14/FEB | 19:52:45 | 07801340241 | GBR | 1:42 | .05 B |
| 15/FEB | 10:09:54 | 901 | GBR | 1:52 | .00 B | 15/FEB | 10:32:13 | 00436642606018 | GBR | :17 | .04 |
| 15/FEB | 10:34:46 | 00436643532220 | GBR | 2:44 | .40 | 15/FEB | 11:40:14 | 901 | GBR | 2:08 | .00 B |
| 15/FEB | 11:42:53 | 901 | GBR | :45 | .00 B | 15/FEB | 12:09:42 | 07801340241 | GBR | :16 | .00 B |
| 15/FEB | 12:40:40 | 0043151504290 | GBR | 1:42 | .25 | 15/FEB | 13:36:07 | 901 | GBR | :45 | .00 B |
| 15/FEB | 14:29:02 | 00491784120925 | GBR | 16:36 | 2.40 | 15/FEB | 14:49:15 | 0012125267000 | GBR | 19:58 | 2.89 |
| 15/FEB | 15:11:12 | 00436646219845 | GBR | :38 | .09 | 15/FEB | 15:16:59 | 00491607414160 | GBR | :18 | .04 |
| 15/FEB | 19:15:28 | 901 | GBR | :56 | .00 B | 16/FEB | 5:41:31 | 901 | GBR | 1:55 | .00 B |
| 16/FEB | 9:49:36 | 7801340241 | AUT | :00 | .00 | 16/FEB | 9:50:39 | 43901 | AUT | :00 | .00 |
| 16/FEB | 9:51:56 | 7802000332 | AUT | :01 | .00 | 16/FEB | 9:52:36 | 07801340241 | AUT | :00 | .00 |
| 16/FEB | 9:54:49 | 00447802148090 | AUT | 1:35 | .53 | 16/FEB | 9:57:03 | 00491607414160 | AUT | :51 | .30 |
| 16/FEB | 10:01:39 | 067681032386 | AUT | :43 | .50 | 16/FEB | 10:39:29 | 00447802148496 | AUT | :18 | .30 |
| 16/FEB | 10:55:04 | 43901 | AUT | :00 | .00 | 16/FEB | 10:55:29 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 11:36:31 | 00447802148277 | AUT | :18 | .30 | 16/FEB | 11:37:44 | 00491784120925 | AUT | :23 | .30 |
| 16/FEB | 11:47:18 | 0385111464 | AUT | 3:38 | .87 | 16/FEB | 11:58:38 | 4969153074147 | AUT | 6:30 | 1.55 |

**Carried Forward To Next Page**

102.90

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000624


| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE 3 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | **102.90** | | | | | | |
| 16/FEB | 12:18:15 | 00447802148801 | AUT | :36 | .30 | 16/FEB | 12:19:37 | 0512378417 | AUT | :49 | .30 |
| 16/FEB | 12:45:02 | 7801340241 | AUT | :59 | .24 | 16/FEB | 13:15:01 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 14:20:12 | 4969153074147 | AUT | 3:28 | .83 | 16/FEB | 14:41:13 | 20105976971 | AUT | :00 | .00 |
| 16/FEB | 14:46:15 | 00447802148241 | AUT | :35 | .30 | 16/FEB | 15:02:44 | 43512378417 | AUT | 3:51 | .92 |
| 16/FEB | 15:13:57 | 06645312199 | AUT | :39 | .30 | 16/FEB | 15:23:46 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 15:25:38 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 15:26:01 | 0512378417 | AUT | 4:02 | 1.27 |
| 16/FEB | 16:56:19 | 0385111464 | AUT | :01 | .01 | 16/FEB | 16:58:49 | 00447802148002 | AUT | :02 | .30 |
| 16/FEB | 17:04:40 | 00447802148461 | AUT | :28 | .30 | 16/FEB | 17:05:11 | 43901 | AUT | :00 | .00 |
| 16/FEB | 17:06:49 | 00121275804O4 | AUT | 38:17 | 30.42 | 16/FEB | 17:45:40 | 00447802148442 | AUT | :48 | .30 |
| 16/FEB | 18:28:16 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 18:29:30 | 4369910114921 | AUT | 2:28 | .59 |
| 16/FEB | 18:44:35 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 19:06:39 | 436646219845 | AUT | 37:48 | 9.01 |
| 16/FEB | 19:45:03 | 06646219645 | AUT | 7:45 | 2.31 | 17/FEB | 9:28:01 | 00447802148020 | AUT | :03 | .30 |
| 17/FEB | 9:53:13 | 0385111464 | AUT | 10:51 | 2.59 | 17/FEB | 9:59:48 | 00447802148268 | AUT | :21 | .30 |
| 17/FEB | 10:00:14 | 43901 | AUT | :00 | .00 | 17/FEB | 10:06:18 | 00447802148785 | AUT | :17 | .30 |
| 17/FEB | 10:39:47 | 7801340241 | AUT | :33 | .14 | 17/FEB | 10:51:39 | 436649246002 | AUT | 1:14 | .30 |
| 17/FEB | 12:10:55 | 0385111464 | AUT | :29 | .12 | 17/FEB | 12:11:49 | 004969153074128 | AUT | 1:25 | .45 |
| 17/FEB | 12:11:59 | 004969153074128 | AUT | 1:15 | .38 | 17/FEB | 12:32:43 | 00447802148241 | AUT | :15 | .30 |
| 17/FEB | 12:33:51 | 0385111464 | AUT | 1:26 | .35 | 17/FEB | 14:55:47 | 00447802148664 | AUT | :03 | .30 |
| 17/FEB | 20:30:38 | 43901 | AUT | :00 | .00 | 18/FEB | 1:43:41 | 7801340241 | AUT | :00 | .00 |
| 18/FEB | 2:20:59 | 7802000332 | AUT | :01 | .00 B | 18/FEB | 2:21:24 | 00447802148899 | AUT | :27 | .30 |
| 18/FEB | 9:04:19 | 00447801340241 | AUT | :30 | .30 | 18/FEB | 9:35:01 | 00447801340241 | AUT | :02 | .30 |
| 18/FEB | 10:24:38 | 00447802148882 | AUT | :25 | .30 | 18/FEB | 10:25:09 | 43901 | AUT | :00 | .00 |
| 18/FEB | 10:34:33 | 0385111464 | AUT | 1:12 | .29 | 18/FEB | 11:11:17 | 7801340241 | AUT | :00 | .00 |
| 18/FEB | 11:21:45 | 00447802148255 | AUT | :29 | .30 | 18/FEB | 11:23:37 | 00902124636363 | AUT | 5:12 | 4.15 |
| 18/FEB | 13:12:16 | 00491729413159 | AUT | :45 | .30 | 18/FEB | 13:12:47 | 00447802148929 | AUT | :06 | .30 |
| 18/FEB | 13:18:45 | 0019173455580 | AUT | 1:16 | 1.19 | 26/FEB | 18:53:03 | 43526 | AUT | :00 | .00 |
| 26/FEB | 19:11:45 | 2076022103 | AUT | 5:52 | 1.40 | 27/FEB | 9:12:49 | 00447802148452 | AUT | :04 | .30 |
| 26/FEB | 19:13:06 | 00447802148241 | AUT | :28 | .30 | 27/FEB | 9:13:37 | 43901 | AUT | :00 | .00 |
| 26/FEB | 23:53:31 | 7802000332 | AUT | :01 | .00 B | 27/FEB | 10:08:16 | 00447802148281 | AUT | :33 | .30 |
| 27/FEB | 10:36:41 | 01534370 | AUT | 1:32 | .53 | 27/FEB | 10:50:07 | 00447802148498 | AUT | :25 | .30 |
| 27/FEB | 11:39:25 | 43901 | AUT | :00 | .00 | 27/FEB | 11:58:20 | 00447802148428 | AUT | :37 | .30 |
| 27/FEB | 11:59:11 | 01534370 | AUT | :01 | .00 B | 27/FEB | 12:00:15 | 00491784120925 | AUT | :14 | .30 |
| 27/FEB | 12:01:00 | 0385111464 | AUT | 17:46 | 4.24 | 27/FEB | 12:29:20 | 43153437 | AUT | 11:40 | 2.79 |
| 27/FEB | 12:41:46 | 00447920506506 | AUT | 1:43 | .53 | 27/FEB | 12:52:43 | 015345322278 | AUT | :53 | .30 |
| 27/FEB | 12:55:12 | 00491784120925 | AUT | 7:12 | 2.16 | 27/FEB | 13:10:12 | 4313194249 | AUT | :12 | .05 |
| 27/FEB | 13:13:28 | 0385111464 | AUT | 3:53 | .93 | 27/FEB | 16:02:38 | 43512574345121 | AUT | 9:24 | 2.25 |
| 27/FEB | 16:27:37 | 00447802148997 | AUT | :17 | .30 | 27/FEB | 17:17:08 | 00447802148241 | AUT | 1:26 | .35 |
| 27/FEB | 17:19:42 | 2070161600 | AUT | 6:24 | 1.53 | 27/FEB | 17:26:27 | 2070161600 | AUT | 1:40 | .40 |
| 27/FEB | 17:40:19 | 06642011150 | AUT | 1:01 | .38 | 27/FEB | 17:44:48 | 0385111464 | AUT | :33 | .14 |
| 27/FEB | 17:47:10 | 0385111464 | AUT | 16:01 | 3.82 | 27/FEB | 17:50:34 | 00447802148789 | AUT | 1:25 | .45 |
| 27/FEB | 17:52:03 | 43901 | AUT | :00 | .00 | 27/FEB | 18:03:45 | 0042084138789 | AUT | 27:01 | 8.12 |
| 27/FEB | 18:14:44 | 00447802148995 | AUT | :26 | .30 | 27/FEB | 18:15:15 | 43901 | AUT | :00 | .00 |
| 27/FEB | 18:31:08 | 0385111464 | AUT | 11:06 | 2.65 | 27/FEB | 18:42:28 | 00447802148704 | AUT | 1:49 | .60 |
| 27/FEB | 18:44:49 | 00447802148603 | AUT | :04 | .30 | 27/FEB | 18:44:51 | 43512574345121 | AUT | 1:43 | .41 |
| 27/FEB | 19:26:57 | 0385111464 | AUT | 13:52 | 3.31 | 27/FEB | 19:49:25 | 7767245224 | AUT | :00 | .00 |
| 27/FEB | 19:50:33 | 7802000332 | AUT | :01 | .00 B | 27/FEB | 19:53:28 | 7767245224 | AUT | :00 | .00 |
| 27/FEB | 20:04:55 | 069918820000 | AUT | 10:11 | 3.06 | 27/FEB | 20:15:35 | 069918820000 | AUT | :04 | .30 |
| 27/FEB | 20:17:00 | 43662645288 | AUT | 27:27 | 6.55 | 27/FEB | 20:55:03 | 7802000332 | AUT | :01 | .00 B |
| 27/FEB | 20:56:09 | 43642224400 | AUT | :00 | .00 | 28/FEB | 10:42:58 | 00447802148999 | AUT | :15 | .30 |
| 28/FEB | 12:09:52 | 4969153074147 | AUT | 10:47 | 2.57 | 28/FEB | 13:31:31 | 7900692810 | AUT | 18:01 | 4.30 |
| 28/FEB | 16:27:03 | 7801340241 | GBR | :01 | .00 B | 28/FEB | 17:42:53 | 901 | GBR | :12 | .00 B |
| 28/FEB | 19:59:09 | 901 | GBR | :28 | .00 B | 28/FEB | 19:59:59 | 901 | GBR | :05 | .00 B |
| 28/FEB | 20:00:30 | 07711280840 | GBR | 6:05 | .00 B | 01/MAR | 7:22:43 | 901 | GBR | :38 | .00 B |
| 01/MAR | 8:54:32 | 901 | GBR | :04 | .00 B | 01/MAR | 9:32:20 | 901 | GBR | :23 | .00 B |
| 01/MAR | 10:49:14 | 00436642011150 | GBR | 6:33 | .95 | 01/MAR | 15:44:05 | 901 | GBR | 1:01 | .00 B |
| 01/MAR | 18:53:35 | 901 | GBR | :20 | .00 B | 02/MAR | 9:34:52 | 901 | GBR | :08 | .00 B |

**Carried Forward To Next Page**     **222.53**

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential
LEH_0000625



your
# account

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **222.53** |
| 02/MAR | 9:37:48 | 02076022103 | GBR | 1:03 | .00 B | 02/MAR | 9:54:13 | 00436642606018 | GBR | 6:26 | .93 |
| 02/MAR | 10:01:45 | 07920506506 | GBR | :56 | .00 B | 02/MAR | 10:03:30 | 004315861054 | GBR | 1:02 | .15 |
| 02/MAR | 10:13:36 | 00436646219845 | GBR | :32 | .08 | 02/MAR | 10:55:06 | 02076022103 | GBR | 2:59 | .00 B |
| 02/MAR | 13:54:24 | 901 | GBR | :59 | .00 B | 02/MAR | 13:55:42 | 901 | GBR | :28 | .00 B |
| 02/MAR | 13:56:32 | 07711280840 | GBR | 23:58 | .00 B | 02/MAR | 18:37:36 | 7767245224 | GBR | :01 | .00 B |
| 02/MAR | 18:38:15 | 07920506506 | GBR | :39 | .00 B | 02/MAR | 18:39:37 | 7767245224 | GBR | :01 | .00 B |
| 02/MAR | 18:40:24 | 901 | GBR | 1:08 | .00 B | 02/MAR | 18:41:30 | 07920506506 | GBR | :17 | .00 B |
| 02/MAR | 18:42:40 | 7767245224 | GBR | :01 | .00 B | 02/MAR | 18:48:54 | 901 | GBR | 1:08 | .00 B |
| 03/MAR | 15:30:41 | 901 | GBR | :17 | .00 B | 03/MAR | 15:31:31 | 07920506506 | GBR | :20 | .00 B |
| 04/MAR | 10:24:13 | 07920506506 | GBR | :11 | .00 B | 04/MAR | 10:28:27 | 00436642011150 | GBR | 3:52 | .56 |
| 04/MAR | 11:12:50 | 07920506506 | GBR | 2:59 | .00 B | 05/MAR | 8:48:42 | 901 | GBR | :48 | .00 B |
| 05/MAR | 11:09:29 | 00436642606018 | GBR | :07 | .02 | 05/MAR | 11:10:07 | 004315861054 | GBR | 2:13 | .32 |
| 05/MAR | 15:35:22 | 901 | GBR | :30 | .00 B | 06/MAR | 9:28:05 | 901 | GBR | :36 | .00 B |
| 06/MAR | 9:29:31 | 004315861054 | GBR | :26 | .06 | 06/MAR | 9:30:29 | 00436642606018 | GBR | 24:43 | 3.58 |
| 06/MAR | 12:39:51 | 901 | GBR | :27 | .00 B | 06/MAR | 17:31:13 | 0017192347431 | GBR | 56:35 | 8.19 |
| 06/MAR | 19:25:20 | 02076022103 | GBR | :28 | .00 B | 06/MAR | 19:26:35 | 07801340241 | GBR | :27 | .00 B |
| 06/MAR | 19:42:44 | 004369910114921 | GBR | 1:47 | .26 | 06/MAR | 20:06:44 | 901 | GBR | 1:10 | .00 B |
| 06/MAR | 20:08:57 | 02076022103 | GBR | :02 | .00 B | 06/MAR | 20:09:22 | 07801340241 | GBR | :13 | .00 B |
| 06/MAR | 20:23:55 | 07906692810 | GBR | 3:22 | .00 B | 07/MAR | 10:08:05 | 00491784120925 | GBR | :12 | .03 |
| 07/MAR | 11:11:15 | 901 | GBR | 1:24 | .00 B | 07/MAR | 11:13:02 | 02071024776 | GBR | 20:06 | .00 B |
| 07/MAR | 11:33:54 | 00491784120925 | GBR | :15 | .04 | 07/MAR | 13:15:11 | 901 | GBR | 1:14 | .00 B |
| 07/MAR | 13:17:32 | 00491729413159 | GBR | 11:28 | 1.66 | 07/MAR | 14:05:17 | 02071024776 | GBR | :06 | .00 B |
| 07/MAR | 14:05:56 | 02071024776 | GBR | :39 | .00 B | 07/MAR | 15:34:52 | 901 | GBR | :31 | .00 B |
| 07/MAR | 15:35:22 | 02079378000 | GBR | :49 | .00 B | 07/MAR | 17:03:00 | 901 | GBR | 1:06 | .00 B |
| 07/MAR | 19:28:28 | 901 | GBR | :08 | .00 B | 07/MAR | 19:30:12 | 02076022103 | GBR | :31 | .00 B |
| 08/MAR | 7:08:22 | 00436642606018 | GBR | 9:55 | 1.43 | 08/MAR | 8:03:43 | 00436646219845 | GBR | 1:02 | .15 |
| 08/MAR | 9:23:19 | 02071024776 | GBR | :32 | .00 B | 08/MAR | 10:16:04 | 07785304530 | GBR | :58 | .00 B |
| 08/MAR | 11:34:15 | 0436642224400 | GBR | :01 | .10 | 08/MAR | 11:35:03 | 07801340241 | GBR | :01 | .00 B |
| 08/MAR | 17:28:30 | 901 | GBR | 3:00 | .00 B | 08/MAR | 17:31:20 | 07711696986 | GBR | 1:46 | .00 B |
| 08/MAR | 17:33:53 | 00436646219845 | GBR | :24 | .06 | 08/MAR | 18:23:49 | 901 | GBR | :54 | .00 B |
| 08/MAR | 18:25:21 | 00436646219845 | GBR | 14:37 | 2.12 | 08/MAR | 20:41:52 | 004369910114921 | GBR | :05 | .02 |
| 08/MAR | 22:31:51 | 901 | GBR | :20 | .00 B | 08/MAR | 22:32:43 | 901 | GBR | :05 | .00 B |
| 09/MAR | 11:56:20 | 901 | GBR | 1:26 | .00 B | 09/MAR | 11:57:45 | 07920506506 | GBR | :37 | .00 B |
| 09/MAR | 11:58:36 | 901 | GBR | 3:19 | .00 B | 09/MAR | 13:05:58 | 901 | GBR | :43 | .00 B |
| 09/MAR | 13:06:41 | 07920506506 | GBR | :27 | .00 B | 09/MAR | 13:25:16 | 901 | GBR | :04 | .00 B |
| 09/MAR | 18:04:53 | 00436645312295 | GBR | :36 | .09 | 09/MAR | 19:36:16 | 901 | GBR | :33 | .00 B |
| 10/MAR | 20:26:56 | 901 | GBR | :20 | .00 | | | | | | |
| | | **Call Charges** | | | | | | | | | **242.38** |
| 18/FEB | 16:47:22 | 7802000332 | TUR | :00 | .00 | 18/FEB | 17:01:21 | 90436649246002 | TUR | 6:14 | 3.19 |
| 18/FEB | 19:07:04 | 901 | TUR | :29 | .81 | 18/FEB | 22:13:49 | 436640501 | TUR | :00 | .00 |
| 19/FEB | 7:53:24 | 4369910114921 | TUR | :28 | 1.79 | 19/FEB | 8:20:11 | 491607414160 | TUR | 1:11 | 2.24 |
| 19/FEB | 10:20:26 | 0385111464 | TUR | :07 | .06 | 19/FEB | 10:20:26 | 00447802148884 | TUR | :07 | .81 |
| 19/FEB | 10:58:04 | 0385111464 | TUR | :23 | .20 | 19/FEB | 10:58:04 | 00447802148676 | TUR | :23 | .81 |
| 19/FEB | 11:28:55 | 90901 | TUR | :00 | .00 | 19/FEB | 12:02:31 | 90447801340241 | TUR | :00 | .00 |
| 19/FEB | 12:08:39 | 00447802148402 | TUR | :49 | .81 | 19/FEB | 12:08:39 | 9000491607414160 | TUR | :49 | .42 |
| 19/FEB | 14:01:33 | 7958879886 | TUR | :00 | .00 | 19/FEB | 14:19:03 | 90447957306625 | TUR | :00 | .00 |
| 19/FEB | 14:26:37 | 7802005704 | TUR | :00 | .00 | 19/FEB | 15:24:50 | 00447802148948 | TUR | :08 | .81 |
| 19/FEB | 15:24:50 | 9000491607414160 | TUR | :08 | .07 | 19/FEB | 15:55:48 | 00447802148510 | TUR | 4:18 | 3.64 |
| 19/FEB | 15:55:48 | 0385111464 | TUR | 4:18 | 2.20 | 19/FEB | 15:56:49 | 00447802148932 | TUR | 3:13 | 2.63 |
| 19/FEB | 15:56:49 | 0385111464 | TUR | 3:13 | 1.65 | 19/FEB | 16:19:14 | 00447802148498 | TUR | :14 | .81 |
| 19/FEB | 16:19:14 | 9000491784120925 | TUR | :14 | .12 | 19/FEB | 17:12:48 | 90901 | TUR | :00 | .00 |
| 19/FEB | 17:12:54 | 90901 | TUR | :00 | .00 | 19/FEB | 17:16:03 | 00447801340241 | TUR | :01 | .00 B |
| 19/FEB | 17:17:22 | 00447957306625 | TUR | :01 | .00 B | 19/FEB | 17:17:34 | 901 | TUR | 1:45 | 1.42 |
| 19/FEB | 17:20:09 | 436642806018 | TUR | :09 | 1.79 | 19/FEB | 17:20:42 | 4315861054 | TUR | 2:30 | 4.48 |
| | | **Carried Forward To Next Page** | | | | | | | | | **30.76** |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000626




MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 30.76 |
| 19/FEB | 17:22:13 | 00447802148224 | TUR | :22 | .81 | 19/FEB | 17:22:13 | 0385111464 | TUR | :22 | .19 |
| 19/FEB | 17:22:40 | 90901 | TUR | :00 | .00 | 19/FEB | 17:32:13 | 0385111464 | TUR | 2:51 | 1.46 |
| 19/FEB | 18:07:42 | 90447801340241 | TUR | :00 | .00 | 19/FEB | 19:46:36 | 900041217640038 | TUR | :34 | .29 |
| 19/FEB | 19:46:36 | 00447802148585 | TUR | :34 | .81 | 19/FEB | 19:47:13 | 90901 | TUR | :00 | .00 |
| 19/FEB | 20:26:00 | 00447802148791 | TUR | :16 | .81 | 19/FEB | 20:26:00 | 0385111464 | TUR | :16 | .14 |
| 19/FEB | 22:08:35 | 901 | TUR | :52 | .81 | 19/FEB | 22:10:02 | 436642606018 | TUR | 3:35 | 6.72 |
| 19/FEB | 22:14:36 | 4917294131159 | TUR | 1:09 | 2.24 | 20/FEB | 14:04:46 | 90447801340241 | TUR | :00 | .00 |
| 20/FEB | 15:35:44 | 00447801340241 | TUR | :01 | .00 B | 20/FEB | 15:36:50 | 901 | TUR | :48 | .81 |
| 20/FEB | 17:49:43 | 00436645312295 | TUR | :01 | .00 B | 20/FEB | 17:52:04 | 00436645312199 | TUR | :01 | .00 B |
| 20/FEB | 19:35:58 | 00447802148415 | TUR | :07 | .81 | 20/FEB | 19:35:58 | 0385111464 | TUR | :07 | .06 |
| 20/FEB | 19:36:20 | 90447801340241 | TUR | :00 | .00 | 20/FEB | 19:43:04 | 9000496915307414 | TUR | :05 | .05 |
| 20/FEB | 19:43:04 | 00447750503521 | TUR | :05 | .81 | 20/FEB | 20:47:53 | 00447802148190 | TUR | :15 | .81 |
| 20/FEB | 20:47:53 | 900496915307414 | TUR | :15 | .13 | 20/FEB | 20:54:22 | 00447750503521 | TUR | :16 | .81 |
| 20/FEB | 20:54:22 | 9000496915307414 | TUR | :16 | .14 | 20/FEB | 20:54:43 | 90901 | TUR | :00 | .00 |
| 20/FEB | 21:10:45 | 00447802148489 | TUR | :27 | .81 | 20/FEB | 21:10:45 | 0385111464 | TUR | :27 | .23 |
| 20/FEB | 21:11:15 | 90901 | TUR | :00 | .00 | 20/FEB | 21:18:49 | 00447802148627 | TUR | 1:19 | 1.22 |
| 20/FEB | 21:18:49 | 9004969153074147 | TUR | 1:19 | .68 | 20/FEB | 21:20:11 | 90901 | TUR | :00 | .00 |
| 20/FEB | 21:36:52 | 0385111464 | TUR | :05 | .05 | 20/FEB | 21:36:52 | 00447802148896 | TUR | :05 | .81 |
| 20/FEB | 22:20:33 | 00447801340241 | TUR | :01 | .00 B | 20/FEB | 22:22:35 | 901 | TUR | 1:08 | 1.02 |
| 20/FEB | 22:24:18 | 491784120925 | TUR | 4:15 | 7.61 | 20/FEB | 22:53:08 | 90447801340241 | TUR | :00 | .00 |
| 20/FEB | 23:14:30 | 7801340241 | TUR | 21:08 | 17.19 | 21/FEB | 11:24:08 | 9000441234567890 | TUR | :34 | .29 |
| 21/FEB | 11:24:08 | 00447802148131 | TUR | :34 | .81 | 21/FEB | 11:24:47 | 90901 | TUR | :00 | .00 |
| 21/FEB | 12:24:11 | 901 | TUR | :56 | .81 | 21/FEB | 17:57:21 | 901 | TUR | :42 | .81 |
| 21/FEB | 17:58:48 | 436763118020 | TUR | :36 | 1.79 | 21/FEB | 17:59:55 | 436642011150 | TUR | :34 | 1.79 |
| 21/FEB | 18:01:43 | 0385111464 | TUR | :20 | .18 | 21/FEB | 18:01:43 | 7750503521 | TUR | :20 | .81 |
| 21/FEB | 18:02:12 | 7802005704 | TUR | :00 | .00 | 21/FEB | 18:03:05 | 901 | TUR | :51 | .81 |
| 21/FEB | 18:05:15 | 436642011150 | TUR | 3:53 | 7.16 | 21/FEB | 20:20:16 | 7802005704 | TUR | :00 | .00 |
| 22/FEB | 10:00:42 | 901 | TUR | 1:25 | 1.22 | 22/FEB | 13:13:23 | 7797706008 | TUR | :00 | .00 |
| 22/FEB | 13:13:35 | 7797706008 | TUR | :00 | .00 | 22/FEB | 14:44:37 | 491784120925 | TUR | 19:35 | 35.36 |
| 22/FEB | 15:04:53 | 436763118020 | TUR | 12:30 | 22.38 | 22/FEB | 15:52:32 | 2076022103 | TUR | :46 | .81 |
| 22/FEB | 15:57:57 | 436642011150 | TUR | 14:52 | 26.85 | 22/FEB | 17:30:52 | 7802005704 | TUR | :00 | .00 |
| 23/FEB | 17:38:17 | 901 | TUR | :31 | .81 | 22/FEB | 17:39:46 | 2076022103 | TUR | 18:50 | 15.37 |
| 23/FEB | 17:59:36 | 7711280840 | TUR | 17:05 | 13.95 | 24/FEB | 8:54:22 | 901 | TUR | :20 | .81 |
| 24/FEB | 14:15:41 | 7920506506 | TUR | 1:10:47 | 36.15 | 24/FEB | 17:50:54 | 7785016005 | TUR | :00 | .00 |
| 24/FEB | 19:08:48 | 7802000332 | TUR | :01 | .00 B | 24/FEB | 19:09:03 | 901 | TUR | :05 | .05 |
| 24/FEB | 19:27:49 | 2076022103 | TUR | 8:08 | 4.16 | 24/FEB | 19:36:49 | 436642011150 | TUR | :32 | 1.79 |
| 24/FEB | 19:37:41 | 43512378417 | TUR | 25:54 | 46.54 | 24/FEB | 19:42:40 | 7785016005 | TUR | :05 | .05 |
| 24/FEB | 20:19:03 | 7802000332 | TUR | :01 | .00 B | 24/FEB | 20:20:18 | 7711280840 | TUR | 7:44 | 3.95 |
| 24/FEB | 20:24:45 | 0385111464 | TUR | :43 | .37 | 24/FEB | 20:24:45 | 7750503521 | TUR | :43 | .81 |
| 24/FEB | 20:25:44 | 7802005704 | TUR | :00 | .00 | 24/FEB | 20:28:38 | 7711280840 | TUR | 11:20 | 5.79 |
| 24/FEB | 20:40:55 | 901 | TUR | :58 | .81 | 24/FEB | 20:43:14 | 436645695321 | TUR | 3:26 | 6.27 |
| 25/FEB | 16:40:40 | 901 | TUR | :29 | .81 | 25/FEB | 19:47:48 | 2076022103 | TUR | 6:47 | 5.66 |
| 26/FEB | 22:01:10 | 2086264011 | TUR | 27:45 | 22.44 | 26/FEB | 11:45:58 | 7802005704 | TUR | :00 | .00 |
| 26/FEB | 11:47:41 | 901 | TUR | :12 | .81 | 26/FEB | 12:03:34 | 0385111464 | TUR | 7:15 | 3.71 |
| 26/FEB | 13:36:13 | 0385111464 | TUR | :03 | .03 | 26/FEB | 13:36:13 | 7750503521 | TUR | :03 | .81 |
| 26/FEB | 15:12:18 | 901 | TUR | :04 | .81 | 26/FEB | 17:05:44 | 0385111464 | TUR | 13:48 | 7.05 |
| 26/FEB | 17:19:48 | 0385111464 | TUR | :24 | .21 | | | | | | |
| | | | | **UK VAT exempt calls** | | | | | | | 361.70 |
| | | | | **TOTAL CALLS** | | | | | | | 604.08 |

**Bundle Key**
B  = Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000627

# O2 select

# your bill

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/98754803 |
| PAGE | 1 of 6 |

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 12 Feb 07 To: 11 Mar 07 | 21.28 | |
| Call Charges | To: 09 Feb 07 | 358.52 | |
| UK VAT exempt calls | To: 09 Feb 07 | 10.17 | EXEMPT |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 12 Feb 07 To: 11 Mar 07 | 2.54 | |
| Loyalty Reward - International | | 38.69CR | |
| Inclusive Browse and Download | From: 12 Feb 07 To: 11 Mar 07 | 0.00 | |
| **Sub Total Excluding VAT** | | 353.82 | |
| VAT @ 0.00% of £10.17 | | 0.00 | |
| VAT @ 17.50% of £343.65 | | 60.14 | |
| **Total amount due this bill** | | 413.96 | |
| **Balance Brought Forward** | | 0.00 | |

TOTAL AMOUNT DUE 26 Feb 07          £ 413.96

*201.72*

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

### For Customer Services
☎ **0800 032 1402**

select@o2.com

**Payments**

To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

## About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of 125 minutes and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 125 | minutes |
| Free data volume used this period | 61 | kb |
| Free units used this period | 77 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000628



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/JAN | 16:19:03 | 43901 | AUT | :00 | .00 | 09/JAN | 16:19:40 | 4369917303132 | AUT | :00 | .00 |
| 09/JAN | 16:22:00 | 43526 | AUT | :00 | .00 | 09/JAN | 16:22:29 | 06646219845 | AUT | :40 | .30 |
| 09/JAN | 16:23:51 | 436646219845 | AUT | 7:37 | 1.82 | 09/JAN | 16:32:11 | 01534530 | AUT | 2:00 | .60 |
| 09/JAN | 16:36:49 | 00447802148446 | AUT | :25 | .30 | 09/JAN | 16:37:16 | 43901 | AUT | :00 | .00 |
| 09/JAN | 16:38:18 | 00442071021746 | AUT | 3:09 | .97 | 09/JAN | 16:42:23 | 0385111464 | AUT | 2:21 | .56 |
| 09/JAN | 16:45:06 | 00447802148605 | AUT | 1:11 | .38 | 09/JAN | 17:02:09 | 1234567890 | AUT | :11 | .05 |
| 09/JAN | 17:22:33 | 0385111464 | AUT | 14:41 | 3.50 | 09/JAN | 17:29:12 | 00447802148515 | AUT | 1:02 | .38 |
| 09/JAN | 17:30:17 | 43901 | AUT | :00 | .00 | 09/JAN | 17:45:34 | 0385111464 | AUT | 3:28 | .83 |
| 09/JAN | 17:52:37 | 1234567890 | AUT | 11:39 | 2.78 | 09/JAN | 18:03:04 | 00447802148944 | AUT | 1:02 | .38 |
| 09/JAN | 18:04:11 | 43901 | AUT | :00 | .00 | 09/JAN | 18:25:07 | 2076022103 | AUT | 3:04 | .74 |
| 09/JAN | 18:34:37 | 432070161600 | AUT | 7:33 | 1.80 | 09/JAN | 21:15:24 | 00447802148223 | AUT | 2:12 | .68 |
| 10/JAN | 9:02:58 | 7801340241 | AUT | :00 | .00 | 10/JAN | 9:03:52 | 436505727281 | AUT | :00 | .00 |
| 10/JAN | 9:04:28 | 436505727281 | AUT | :00 | .00 | 10/JAN | 10:02:13 | 0385111464 | AUT | :22 | .09 |
| 10/JAN | 10:03:22 | 0385111464 | AUT | 1:10 | .28 | 10/JAN | 10:08:01 | 00447802148796 | AUT | :02 | .30 |
| 10/JAN | 10:24:49 | 0385111464 | AUT | :36 | .15 | 10/JAN | 10:26:11 | 00447802148686 | AUT | :22 | .30 |
| 10/JAN | 10:44:23 | 43901 | AUT | :00 | .00 | 10/JAN | 12:17:47 | 7072221020 | AUT | :35 | .14 |
| 10/JAN | 14:39:17 | 43901 | AUT | :00 | .00 | 10/JAN | 14:41:15 | 00447802148894 | AUT | 1:17 | .45 |
| 10/JAN | 14:58:13 | 00447802148485 | AUT | :08 | .30 | 10/JAN | 15:57:48 | 436766655691 | AUT | 1:31 | .37 |
| 10/JAN | 16:25:56 | 0385111464 | AUT | :34 | .14 | 10/JAN | 16:30:06 | 12123258415 | AUT | 6:52 | 5.53 |
| 10/JAN | 17:21:33 | 0385111464 | AUT | :05 | .02 | 10/JAN | 17:21:33 | 7750503521 | AUT | :05 | .30 |
| 10/JAN | 18:51:01 | 901 | AUT | :41 | .30 | 10/JAN | 19:06:49 | 491607414160 | AUT | :21 | .30 |
| 10/JAN | 19:14:44 | 435122257726 | AUT | 3:48 | 1.20 | 10/JAN | 22:56:57 | 436641006200 | AUT | 1:53 | .45 |
| 11/JAN | 4:27:34 | 7802000332 | AUT | :01 | .21 | 11/JAN | 8:22:43 | 00447802148842 | AUT | :39 | .30 |
| 11/JAN | 8:23:36 | 43901 | AUT | :00 | .00 | 11/JAN | 8:29:54 | 00447802148928 | AUT | 1:02 | .38 |
| 11/JAN | 10:52:47 | 901 | AUT | :02 | .30 | 11/JAN | 14:20:10 | 4369917303132 | AUT | :42 | .30 |
| 11/JAN | 14:55:31 | 2076022103 | AUT | 4:38 | 1.42 | 11/JAN | 17:50:14 | 901 | AUT | 1:03 | .38 |
| 11/JAN | 17:54:56 | 436641006200 | AUT | :28 | .30 | 11/JAN | 18:17:27 | 4315267777 | AUT | 1:24 | .45 |
| 11/JAN | 18:48:26 | 0385111464 | AUT | 20:58 | 5.00 | 11/JAN | 19:17:39 | 0385111464 | AUT | :03 | .02 |
| 11/JAN | 19:17:39 | 7750503521 | AUT | :03 | .30 | 11/JAN | 19:19:01 | 0385111464 | AUT | 14:42 | 3.51 |
| 11/JAN | 19:45:42 | 7802000332 | AUT | :01 | .21 | 11/JAN | 19:51:07 | 436648161567 | AUT | 15:37 | 3.73 |
| 12/JAN | 8:03:42 | 0385111464 | AUT | :01 | .01 | 12/JAN | 8:03:42 | 7750503521 | AUT | :01 | .30 |
| 12/JAN | 9:30:27 | 901 | AUT | 1:08 | .38 | 12/JAN | 9:45:46 | 7750503521 | AUT | :39 | .30 |
| 12/JAN | 9:45:46 | 0385111464 | AUT | :01 | .01 | 12/JAN | 9:46:19 | 0385111464 | AUT | :19 | .08 |
| 12/JAN | 9:46:19 | 7750503521 | AUT | :19 | .30 | 12/JAN | 10:48:27 | 0385111464 | AUT | :26 | .11 |
| 12/JAN | 10:48:27 | 7750503521 | AUT | :26 | .30 | 12/JAN | 10:58:23 | 0385111464 | AUT | :27 | .11 |
| 12/JAN | 10:58:23 | 7750503521 | AUT | :27 | .30 | 12/JAN | 15:28:12 | 901 | AUT | 1:41 | .53 |
| 12/JAN | 15:32:02 | 491729413159 | AUT | 22:36 | 6.78 | 12/JAN | 15:33:56 | 7750503521 | AUT | :05 | .30 |
| 12/JAN | 15:33:56 | 0385111464 | AUT | :05 | .02 | 12/JAN | 15:46:19 | 7750503521 | AUT | :17 | .30 |
| 12/JAN | 15:46:19 | 0385111464 | AUT | :17 | .07 | 12/JAN | 15:59:18 | 901 | AUT | :30 | .30 |
| 12/JAN | 16:01:52 | 43151504251 | AUT | :24 | .30 | 12/JAN | 16:03:13 | 436641006200 | AUT | :26 | .30 |
| 12/JAN | 16:26:35 | 431700076000 | AUT | 2:14 | .68 | 12/JAN | 19:19:54 | 901 | GBR | :46 | .00 B |
| 12/JAN | 19:22:35 | 00436645312199 | GBR | :23 | .06 | 13/JAN | 13:51:00 | 00436990114921 | GBR | :01 | .10 |
| 13/JAN | 13:52:45 | 901 | GBR | 2:29 | .00 B | 13/JAN | 13:56:37 | 901 | GBR | :37 | .00 B |
| 13/JAN | 13:58:18 | 0043512378417 | GBR | 1:04:07 | 9.28 | 13/JAN | 18:55:33 | 901 | GBR | 2:26 | .00 B |
| 14/JAN | 10:20:42 | 901 | GBR | :17 | .00 B | 14/JAN | 10:55:50 | 118118 | GBR | 1:50 | 1.01 |
| 14/JAN | 11:07:41 | 118118 | GBR | 1:07 | .61 | 14/JAN | 11:10:27 | 118118 | GBR | 6:24 | 3.52 |
| 15/JAN | 9:52:29 | 901 | GBR | :11 | .00 B | 15/JAN | 11:02:30 | 00436642011150 | GBR | 10:55 | 1.58 |
| 15/JAN | 12:00:23 | 00436642011150 | GBR | 5:27 | .79 | 15/JAN | 12:00:41 | 00436642011150 | GBR | 5:27 | .79 |
| 15/JAN | 12:09:50 | 00436642011150 | GBR | 5:27 | .79 | 15/JAN | 12:10:09 | 00436642011150 | GBR | 5:28 | .79 |
| 15/JAN | 12:15:45 | 00436642011150 | GBR | 5:27 | .79 | 15/JAN | 12:16:03 | 00436642011150 | GBR | 5:14 | .76 |
| 15/JAN | 15:39:14 | 901 | GBR | :55 | .00 B | 15/JAN | 19:53:01 | 901 | GBR | :38 | .00 B |
| 15/JAN | 19:54:12 | 02076022103 | GBR | :31 | .00 B | 15/JAN | 19:55:33 | 901 | GBR | :39 | .00 B |
| 15/JAN | 19:57:59 | 00436645312199 | GBR | 8:52 | 1.28 | 16/JAN | 8:21:34 | 901 | GBR | :28 | .00 B |
| 16/JAN | 19:24:02 | 00436642224400 | GBR | 1:19 | .19 | 17/JAN | 8:18:45 | 901 | GBR | 1:11 | .00 B |
| 17/JAN | 8:20:33 | 0041792008138 | GBR | 11:01 | 1.59 | 17/JAN | 8:32:05 | 901 | GBR | 2:05 | .00 B |
| 17/JAN | 8:58:42 | 04369917303132 | GBR | :01 | .10 | 17/JAN | 15:43:28 | 901 | GBR | 1:09 | .00 B |
| 17/JAN | 15:45:44 | 00436642606018 | GBR | :09 | .02 | 17/JAN | 15:51:36 | 436648161567 | GBR | :01 | .10 |
| 17/JAN | 19:55:42 | 901 | GBR | :33 | .00 B | 18/JAN | 8:06:39 | 0043512574345145 | GBR | 20:11 | 2.92 |
| 18/JAN | 9:22:26 | 04369917303132 | GBR | :01 | .10 | 18/JAN | 9:23:33 | 901 | GBR | :55 | .00 B |

**Carried Forward To Next Page** -82.45

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000629



# O2

## your account

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Brought Forward From Previous Page | | | | | | | | | 82.45 |
| 18/JAN | 10:19:19 | 901 | GBR | 1:43 | .00 B | 18/JAN | 12:08:26 | 118118 | GBR | 26:16 | 14.45 |
| 18/JAN | 12:35:29 | 901 | GBR | :29 | .00 B | 18/JAN | 12:38:22 | 02071021746 | GBR | :22 | .00 B |
| 18/JAN | 15:11:58 | 0016178019619 | GBR | 2:57:21 | 25.66 | 18/JAN | 18:10:05 | 901 | GBR | 3:45 | .00 B |
| 18/JAN | 18:17:01 | 901 | GBR | :48 | .00 B | 18/JAN | 20:10:52 | 00436643411303 | GBR | 8:32 | 1.23 |
| 18/JAN | 22:39:18 | 02077538811 | GBR | 9:21 | .00 B | 19/JAN | 9:45:26 | 901 | GBR | :57 | .30 |
| 19/JAN | 10:39:13 | 0385111464 | AUT | 7:06 | 1.70 | 19/JAN | 12:13:18 | 0385111464 | AUT | :34 | .14 |
| 19/JAN | 12:13:18 | 7750503521 | AUT | :34 | .30 | 19/JAN | 13:35:31 | 901 | GBR | 1:14 | .38 |
| 19/JAN | 15:55:38 | 0385111464 | AUT | :18 | .08 | 19/JAN | 15:55:38 | 7750503521 | AUT | :18 | .30 |
| 19/JAN | 17:27:42 | 901 | AUT | :23 | .30 | 19/JAN | 17:28:44 | 436645312199 | AUT | 1:05 | .38 |
| 19/JAN | 18:14:10 | 4315267777 | AUT | :40 | .30 | 19/JAN | 18:17:31 | 0385111464 | AUT | :48 | .20 |
| 19/JAN | 18:24:50 | 0385111464 | AUT | 17:01 | 4.06 | 19/JAN | 18:43:19 | 43512574345145 | AUT | 22:04 | 5.26 |
| 20/JAN | 7:03:11 | 901 | AUT | 1:12 | .38 | 20/JAN | 9:25:20 | 436645312199 | AUT | 34:30 | 10.28 |
| 20/JAN | 10:02:59 | 436642346938 | AUT | 1:08 | .38 | 20/JAN | 12:48:36 | 901 | GBR | 1:01 | .00 B |
| 20/JAN | 13:06:06 | 02076022103 | GBR | 1:05 | .00 B | 21/JAN | 13:33:10 | 00436910114921 | GBR | 6:30 | .94 |
| 21/JAN | 13:52:42 | 00436645312199 | GBR | 1:03 | .15 | 21/JAN | 16:16:21 | 07801340241 | GBR | :06 | .00 B |
| 21/JAN | 16:20:47 | 901 | GBR | :08 | .00 B | 21/JAN | 20:46:54 | 901 | GBR | :20 | .00 B |
| 22/JAN | 6:57:47 | 901 | GBR | :06 | .00 B | 22/JAN | 7:05:04 | 004369910114921 | GBR | :04 | .02 |
| 22/JAN | 10:27:22 | 7767245224 | GBR | :01 | .00 B | 22/JAN | 10:29:00 | 901 | GBR | 1:13 | .00 B |
| 22/JAN | 11:12:30 | 7767245224 | GBR | :01 | .00 B | 22/JAN | 11:38:26 | 7767245224 | GBR | :01 | .00 B |
| 22/JAN | 11:39:09 | 901 | GBR | :29 | .00 B | 22/JAN | 12:09:27 | 7767245224 | GBR | :01 | .00 B |
| 22/JAN | 12:37:08 | 07767245224 | GBR | :43 | .00 B | 22/JAN | 12:48:38 | 0436648161567 | GBR | :01 | .10 |
| 22/JAN | 14:51:25 | 901 | GBR | 1:06 | .00 B | 22/JAN | 15:00:12 | 901 | GBR | 1:08 | .00 B |
| 22/JAN | 15:01:55 | 02072422744 | GBR | 43:29 | .00 B | 22/JAN | 17:05:32 | 901 | GBR | :33 | .00 B |
| 22/JAN | 17:35:48 | 7801340241 | GBR | :01 | .00 B | 22/JAN | 17:53:40 | 901 | GBR | :03 | .00 B |
| 23/JAN | 8:43:47 | 901 | GBR | 2:26 | .00 B | 23/JAN | 9:54:52 | 901 | GBR | :51 | .00 B |
| 23/JAN | 13:47:17 | 901 | GBR | :36 | .00 B | 23/JAN | 13:48:30 | 07801340241 | GBR | 8:36 | .00 B |
| 23/JAN | 14:08:19 | 00491737123779 | GBR | 11:50 | 1.71 | 23/JAN | 14:23:06 | 0436648161567 | GBR | :01 | .10 |
| 23/JAN | 14:48:36 | 07976097872 | GBR | 1:15 | .00 B | 23/JAN | 14:53:35 | 00436646219845 | GBR | 1:02 | .15 |
| 23/JAN | 15:27:30 | 00436916127300 | GBR | :55 | .13 | 23/JAN | 15:49:11 | 0436642510080 | GBR | :01 | .10 |
| 23/JAN | 16:00:13 | 00491607414160 | GBR | 1:31 | .22 | 24/JAN | 9:51:25 | 004969153074118 | GBR | :20 | .05 |
| 24/JAN | 9:54:51 | 07738929793 | GBR | 1:05 | .00 B | 24/JAN | 11:05:33 | 901 | GBR | :45 | .00 B |
| 24/JAN | 11:07:03 | 07801340241 | GBR | 4:39 | .00 B | 24/JAN | 13:40:05 | 00436641005156 | GBR | :50 | .12 |
| 24/JAN | 15:21:41 | 901 | GBR | :47 | .00 B | 24/JAN | 15:27:24 | 07920506506 | GBR | 1:03 | .00 B |
| 24/JAN | 15:52:07 | 901 | GBR | :03 | .00 B | 24/JAN | 16:01:38 | 901 | GBR | :03 | .00 B |
| 24/JAN | 17:32:05 | 901 | GBR | :03 | .00 B | 24/JAN | 18:14:31 | 901 | GBR | :42 | .00 B |
| 24/JAN | 18:18:55 | 00436645312199 | GBR | 16:46 | 2.43 | 25/JAN | 0:56:27 | 901 | GBR | 1:32 | .00 B |
| 25/JAN | 5:36:48 | 07801340241 | GBR | :34 | .00 B | 25/JAN | 7:58:38 | 0436649132442 | GBR | :01 | .10 |
| 25/JAN | 8:02:06 | 901 | GBR | :18 | .00 B | 25/JAN | 11:24:58 | 7802000332 | AUT | :01 | .00 B |
| 25/JAN | 11:26:21 | 901 | AUT | :32 | .30 | 25/JAN | 11:41:51 | 431370312716 | AUT | :56 | .23 |
| 25/JAN | 11:43:07 | 436767069034 | AUT | :16 | .07 | 25/JAN | 12:02:17 | 901 | AUT | :02 | .30 |
| 25/JAN | 12:26:37 | 2071021746 | AUT | 24:12 | 7.23 | 25/JAN | 13:22:46 | 436645457992 | AUT | :52 | .21 |
| 25/JAN | 13:54:19 | 43662645288 | AUT | :29 | .12 | 25/JAN | 14:20:06 | 7750503521 | AUT | :12 | .30 |
| 25/JAN | 14:20:06 | 0385111464 | AUT | :12 | .05 | 25/JAN | 14:24:41 | 7802000332 | AUT | :01 | .00 B |
| 25/JAN | 14:25:07 | 901 | AUT | :31 | .30 | 25/JAN | 14:26:27 | 43464340554 1 | AUT | :21 | .30 |
| 25/JAN | 14:53:16 | 7802000332 | AUT | :01 | .00 B | 25/JAN | 16:14:42 | 901 | AUT | :14 | .30 |
| 25/JAN | 16:35:32 | 2071021746 | AUT | 2:13 | .68 | 25/JAN | 17:25:23 | 491784120925 | AUT | 1:57 | .60 |
| 25/JAN | 17:31:06 | 496997583594 | AUT | 26:35 | 7.97 | 25/JAN | 17:42:16 | 0385111464 | AUT | 1:42 | .41 |
| 25/JAN | 17:42:16 | 7750503521 | AUT | 1:42 | .53 | 25/JAN | 18:22:03 | 901 | AUT | 1:48 | .60 |
| 25/JAN | 18:49:05 | 43662645288 | AUT | 16:48 | 4.01 | 25/JAN | 18:50:04 | 0385111464 | AUT | :26 | .11 |
| 25/JAN | 18:50:04 | 7750503521 | AUT | :26 | .30 | 25/JAN | 21:54:49 | 0385111464 | AUT | :35 | .14 |
| 25/JAN | 21:56:24 | 7750503521 | AUT | :10 | .30 | 25/JAN | 21:56:24 | 0385111464 | AUT | :10 | .04 |
| 25/JAN | 22:41:06 | 901 | AUT | :25 | .30 | 26/JAN | 1:25:24 | 43526 | AUT | :00 | .00 |
| 26/JAN | 9:52:08 | 00447802148825 | AUT | 1:01 | .38 | 26/JAN | 9:52:18 | 43901 | AUT | :00 | .00 |
| 26/JAN | 10:06:29 | 4969153074147 | AUT | 3:13 | .77 | 26/JAN | 10:30:48 | 43512378417 | AUT | 2:20 | .75 |
| 26/JAN | 10:33:52 | 901 | AUT | :06 | .30 | 26/JAN | 16:44:20 | 496818185015 | AUT | :39 | .16 |
| 26/JAN | 17:09:00 | 4369911499829 | AUT | :38 | .30 | 26/JAN | 17:21:49 | 43535665804 | AUT | :30 | .30 |
| | | Carried Forward To Next Page | | | | | | | | | 183.51 |

J55-J

SS-O2/DISE04-CO APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 183.51 |
| 26/JAN | 17:23:38 | 4369911499829 | AUT | :20 | .30 | 26/JAN | 17:34:02 | 43535665804 | AUT | 2:50 | .90 |
| 26/JAN | 17:53:45 | 7802000332 | AUT | :01 | .00 B | 26/JAN | 18:42:54 | 0385111464 | AUT | 1:47 | .43 |
| 27/JAN | 8:15:20 | 7802005704 | AUT | :00 | .00 | 27/JAN | 8:16:17 | 901 | AUT | :48 | .30 |
| 27/JAN | 8:28:31 | 004369911499829 | AUT | 1:21 | .45 | 27/JAN | 8:33:24 | 0043512378417 | AUT | 3:46 | 1.20 |
| 27/JAN | 8:44:01 | 0043463501051 | AUT | 8:05 | 2.46 | 27/JAN | 8:57:49 | 0043535665804 | AUT | 1:22 | .45 |
| 27/JAN | 10:16:22 | 7764561710 | AUT | 2:09 | .52 | 27/JAN | 11:36:10 | 436649246002 | AUT | :25 | .10 |
| 27/JAN | 11:36:10 | 00447750503521 | AUT | :25 | .30 | 27/JAN | 11:36:41 | 7802005704 | AUT | :00 | .00 |
| 27/JAN | 11:37:03 | 901 | AUT | :28 | .30 | 27/JAN | 17:34:57 | 43512378417 | AUT | 5:45 | 1.72 |
| 27/JAN | 18:37:32 | 901 | AUT | 1:37 | .53 | 27/JAN | 20:44:37 | 43535665956 | AUT | 1:54 | .60 |
| 27/JAN | 20:46:49 | 436648933178 | AUT | :47 | .30 | 27/JAN | 20:48:26 | 436645507056 | AUT | 1:05 | .38 |
| 28/JAN | 8:30:43 | 43512378417 | AUT | 7:13 | 2.16 | 28/JAN | 10:32:08 | 00447802148290 | AUT | :02 | .30 |
| 28/JAN | 10:56:23 | 00447802148221 | AUT | :02 | .30 | 28/JAN | 17:00:00 | 00447802148214 | AUT | :05 | .30 |
| 28/JAN | 20:41:32 | 00447802148689 | AUT | :38 | .30 | 28/JAN | 20:42:22 | 43901 | AUT | :00 | .00 |
| 29/JAN | 7:26:42 | 05125311 | AUT | :09 | .30 | 29/JAN | 9:00:16 | 0385111464 | AUT | 3:46 | .90 |
| 29/JAN | 8:27:35 | 06645312199 | AUT | 1:07 | .38 | 29/JAN | 11:51:06 | 00447802148285 | AUT | :18 | .30 |
| 29/JAN | 11:51:04 | 7801340241 | AUT | :00 | .00 | 29/JAN | 11:52:20 | 00447802148624 | AUT | 1:53 | .60 |
| 29/JAN | 11:51:26 | 43901 | AUT | :00 | .00 | 29/JAN | 11:58:50 | 00491729413159 | AUT | 6:58 | 2.09 |
| 29/JAN | 11:54:54 | 00420076776070 | AUT | 2:16 | .75 | 29/JAN | 14:29:54 | 7801340241 | AUT | :00 | .00 |
| 29/JAN | 12:08:47 | 00447802148463 | AUT | :02 | .30 | 29/JAN | 14:32:27 | 00447802148614 | AUT | :15 | .30 |
| 29/JAN | 14:29:57 | 7801340241 | AUT | :00 | .00 | 29/JAN | 17:16:08 | 00447802148577 | AUT | 2:01 | .60 |
| 29/JAN | 17:15:59 | 43901 | AUT | :00 | .00 | 29/JAN | 17:47:51 | 00442071021746 | AUT | 1:06 | .38 |
| 29/JAN | 17:42:12 | 00447802148126 | AUT | :47 | .30 | 29/JAN | 17:51:23 | 0385111464 | AUT | 1:26 | .35 |
| 29/JAN | 17:49:40 | 00491729413159 | AUT | :07 | .30 | 29/JAN | 17:51:36 | 43901 | AUT | :00 | .00 |
| 29/JAN | 17:51:16 | 00447802148605 | AUT | :16 | .30 | 29/JAN | 17:52:11 | 43901 | AUT | :00 | .00 |
| 29/JAN | 17:51:45 | 00447802148627 | AUT | :23 | .30 | 29/JAN | 17:54:20 | 496997583533 | AUT | 13:23 | 3.19 |
| 29/JAN | 17:53:31 | 0385111464 | AUT | :27 | .11 | 29/JAN | 17:57:57 | 43901 | AUT | :00 | .00 |
| 29/JAN | 17:57:30 | 00447802148285 | AUT | :23 | .30 | 29/JAN | 18:05:09 | 00447802148791 | AUT | :03 | .30 |
| 29/JAN | 18:04:25 | 00447802148139 | AUT | :05 | .30 | 29/JAN | 18:09:57 | 0512378417 | AUT | 17:39 | 5.29 |
| 29/JAN | 18:08:25 | 00447802148688 | AUT | 1:00 | .30 | 29/JAN | 18:31:01 | 0385111464 | AUT | 4:18 | 1.03 |
| 29/JAN | 18:11:27 | 00447802148298 | AUT | :03 | .30 | 29/JAN | 18:53:38 | 4369917303132 | AUT | :00 | .00 |
| 29/JAN | 18:50:33 | 7802000332 | AUT | :01 | .00 B | 29/JAN | 18:58:25 | 4369917303132 | AUT | :00 | .00 |
| 29/JAN | 18:55:27 | 7802000332 | AUT | :01 | .00 B | 29/JAN | 19:29:35 | 0385111464 | AUT | :19 | .08 |
| 29/JAN | 19:01:03 | 7802000332 | AUT | :01 | .00 B | 30/JAN | 0:29:47 | 4369915361616 | AUT | :00 | .00 |
| 29/JAN | 22:34:23 | 43901 | AUT | :00 | .00 | 30/JAN | 9:18:56 | 43901 | AUT | :00 | .00 |
| 30/JAN | 9:18:00 | 00447802148336 | AUT | :52 | .30 | 30/JAN | 9:33:39 | 0512378417 | AUT | 5:42 | 1.72 |
| 30/JAN | 9:31:24 | 00447802148871 | AUT | 1:55 | .60 | 30/JAN | 9:52:03 | 00447802148250 | AUT | :04 | .30 |
| 30/JAN | 9:43:12 | 06763118020 | AUT | 21:39 | 6.48 | 30/JAN | 12:32:43 | 7802000332 | AUT | :01 | .00 B |
| 30/JAN | 12:29:01 | 436646219845 | AUT | :00 | .00 | 30/JAN | 14:49:08 | 43901 | AUT | :00 | .00 |
| 30/JAN | 12:34:06 | 7802000332 | AUT | :01 | .00 B | 30/JAN | 14:50:38 | 7801340241 | AUT | :00 | .00 |
| 30/JAN | 14:49:31 | 436646219845 | AUT | :00 | .00 | 30/JAN | 15:02:00 | 7802000332 | AUT | :01 | .00 B |
| 30/JAN | 14:55:59 | 4369918820000 | AUT | :00 | .00 | 30/JAN | 15:07:47 | 00442071021746 | AUT | :35 | .30 |
| 30/JAN | 15:02:20 | 00447802148187 | AUT | 2:33 | .82 | 30/JAN | 15:45:20 | 004969153074128 | AUT | :14 | .30 |
| 30/JAN | 15:37:26 | 00491784120925 | AUT | 6:46 | 2.09 | 30/JAN | 15:54:31 | 4969153074128 | AUT | 42:30 | 10.13 |
| 30/JAN | 15:48:00 | 7801340241 | AUT | :00 | .00 | 30/JAN | 18:41:33 | 00447802148820 | AUT | :28 | .30 |
| 30/JAN | 17:01:05 | 7802000332 | AUT | :01 | .00 B | 30/JAN | 19:09:49 | 00447802148624 | AUT | :38 | .30 |
| 30/JAN | 18:42:05 | 43901 | AUT | :00 | .00 | 30/JAN | 19:15:02 | 00442076022103 | AUT | :27 | .30 |
| 30/JAN | 19:12:01 | 05010011218 | AUT | 2:18 | .75 | 30/JAN | 19:25:55 | 00447802148632 | AUT | 2:47 | .90 |
| 30/JAN | 19:25:29 | 00447802148625 | AUT | :03 | .30 | 30/JAN | 19:29:55 | 00447802148989 | AUT | :24 | .30 |
| 30/JAN | 19:29:22 | 2076022104 | AUT | :01 | .01 | 30/JAN | 22:07:23 | 12125267000 | AUT | 2:55 | 2.37 |
| 30/JAN | 22:05:44 | 12125267000 | AUT | 1:24 | 1.19 | 31/JAN | 9:05:27 | 0385111464 | AUT | 1:03 | .26 |
| 31/JAN | 8:07:56 | 436642011150 | AUT | 2:15 | .54 | 31/JAN | 9:20:21 | 2076022103 | AUT | 3:29 | 1.05 |
| 31/JAN | 9:19:18 | 901 | AUT | :30 | .30 | 31/JAN | 9:36:22 | 7750503521 | AUT | :27 | .30 |
| 31/JAN | 9:36:22 | 0385111464 | AUT | :27 | .11 | 31/JAN | 13:42:37 | 0385111464 | AUT | :21 | .09 |
| 31/JAN | 13:05:13 | 901 | AUT | 1:30 | .45 | 31/JAN | 14:23:01 | 7801340241 | AUT | 4:29 | 1.35 |
| 31/JAN | 13:43:19 | 12123258415 | AUT | :11 | .05 | 31/JAN | 15:42:18 | 7750503521 | AUT | :23 | .30 |
| 31/JAN | 15:04:03 | 12123258415 | AUT | 21:03 | 16.79 | | | | | | |
| **Carried Forward To Next Page** | | | | | | | | | | | 269.49 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85.

Confidential

LEH_0000631



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 269.49 |
| 31/JAN | 15:42:18 | 0385111464 | AUT | :23 | .10 | 31/JAN | 17:35:30 | 43140100 | AUT | :37 | .30 |
| 31/JAN | 17:41:34 | 901 | AUT | 1:00 | .30 | 31/JAN | 17:47:13 | 4367681032386 | AUT | 3:03 | .97 |
| 31/JAN | 19:13:25 | 431700760000 | AUT | :43 | .30 | 31/JAN | 19:15:18 | 431700760000 | AUT | 2:18 | .75 |
| 31/JAN | 21:45:55 | 004367681032386 | GBR | :53 | .13 | 01/FEB | 9:10:45 | 901 | GBR | :51 | .00 B |
| 01/FEB | 9:13:23 | 02071021746 | GBR | 52:46 | 6.46 PB | 01/FEB | 15:05:20 | 901 | GBR | :59 | .17 |
| 01/FEB | 15:09:55 | 901 | GBR | 1:08 | .19 | 01/FEB | 15:15:04 | 02071021746 | GBR | 3:40 | .62 |
| 01/FEB | 15:41:12 | 901 | GBR | :56 | .16 | 01/FEB | 15:42:07 | 02079288888 | GBR | 5:46 | .98 |
| 01/FEB | 15:48:15 | 901 | GBR | :17 | .05 | 01/FEB | 15:50:28 | 041792008138 | GBR | :01 | .10 |
| 01/FEB | 17:13:23 | 07738929793 | GBR | 3:19 | .56 | 01/FEB | 17:17:04 | 07738929793 | GBR | 2:24 | .41 |
| 01/FEB | 17:29:39 | 07920506506 | GBR | 1:24 | .24 | 01/FEB | 17:34:27 | 04369917303132 | GBR | :01 | .10 |
| 01/FEB | 17:37:27 | 901 | GBR | :33 | .09 | 01/FEB | 17:38:24 | 004969153074147 | GBR | 22:58 | 3.32 |
| 01/FEB | 18:30:48 | 901 | GBR | :17 | .05 | 02/FEB | 9:17:17 | 901 | GBR | 1:20 | .23 |
| 02/FEB | 9:20:12 | 00491729413159 | GBR | :04 | .02 | 02/FEB | 12:45:06 | 7801340241 | GBR | :01 | .00 B |
| 02/FEB | 12:48:07 | 7801340241 | GBR | :01 | .00 B | 02/FEB | 16:08:16 | 901 | GBR | 1:30 | .26 |
| 03/FEB | 8:56:36 | 901 | GBR | :09 | .03 | 03/FEB | 10:17:59 | 901 | GBR | :29 | .08 |
| 03/FEB | 13:46:10 | 901 | GBR | :19 | .05 | 03/FEB | 19:56:51 | 901 | GBR | :07 | .02 |
| 04/FEB | 11:47:16 | 901 | GBR | :14 | .04 | 04/FEB | 19:17:06 | 901 | GBR | 1:27 | .25 |
| 05/FEB | 12:14:18 | 901 | GBR | :44 | .12 | 05/FEB | 9:25:12 | 901 | GBR | :07 | .02 |
| 05/FEB | 12:41:51 | 01923229521 | GBR | :13 | .04 | 05/FEB | 12:15:39 | 004367681032386 | GBR | 3:32 | .51 |
| 05/FEB | 12:43:53 | 004367681032386 | GBR | :59 | .14 | 05/FEB | 12:42:59 | 901 | GBR | :30 | .09 |
| 05/FEB | 16:08:32 | 901 | GBR | :18 | .05 | 05/FEB | 17:23:49 | 004369910114921 | GBR | :07 | .02 |
| 05/FEB | 17:33:56 | 07785304530 | GBR | 1:29 | .25 | 05/FEB | 17:35:47 | 02070724407 | GBR | 6:36 | 1.12 |
| 05/FEB | 18:03:31 | 901 | GBR | :15 | .04 | 05/FEB | 18:29:16 | 901 | GBR | 1:08 | .19 |
| 05/FEB | 18:31:28 | 00491784120925 | GBR | :28 | .07 | 05/FEB | 18:32:14 | 00491784120925 | GBR | 7:33 | 1.09 |
| 06/FEB | 9:23:56 | 901 | GBR | 1:13 | .21 | 06/FEB | 9:26:00 | 0043664222440 | GBR | :09 | .02 |
| 06/FEB | 12:19:40 | 901 | GBR | 1:03 | .18 | 06/FEB | 12:21:38 | 00491784120925 | GBR | 9:56 | 1.44 |
| 06/FEB | 12:37:33 | 7738929793 | GBR | :01 | .00 B | 06/FEB | 14:18:27 | 901 | GBR | 2:01 | .34 |
| 06/FEB | 14:21:09 | 00491607414160 | GBR | 1:21 | .20 | 06/FEB | 16:10:45 | 901 | GBR | 2:08 | .36 |
| 07/FEB | 18:07:23 | 901 | GBR | :41 | .12 | 07/FEB | 9:32:52 | 00491729413159 | GBR | :45 | .11 |
| 07/FEB | 9:30:46 | 901 | GBR | :51 | .14 | 07/FEB | 9:37:36 | 00491607414160 | GBR | :41 | .10 |
| 07/FEB | 9:38:58 | 901 | GBR | 1:04 | .18 | 07/FEB | 9:40:01 | 07780722031 | GBR | :16 | .05 |
| 07/FEB | 11:00:49 | 901 | GBR | :29 | .08 | 07/FEB | 11:01:52 | 004369918820000 | GBR | 1:33 | .22 |
| 07/FEB | 11:16:08 | 0436642224400 | GBR | :01 | .10 | 07/FEB | 12:58:11 | 901 | GBR | :33 | .09 |
| 07/FEB | 12:59:14 | 00491784120925 | GBR | 9:30 | 1.37 | 07/FEB | 13:36:42 | 00491607414160 | GBR | :18 | .04 |
| 07/FEB | 13:38:56 | 07920506506 | GBR | :26 | .07 | 07/FEB | 15:16:11 | 901 | GBR | 1:29 | .25 |
| 07/FEB | 15:17:40 | 02079288888 | GBR | 4:16 | .73 | 07/FEB | 15:44:29 | 901 | GBR | 1:17 | .22 |
| 07/FEB | 15:45:45 | 07900692230 | GBR | 2:21 | .40 | 07/FEB | 18:19:37 | 901 | GBR | :55 | .16 |
| 08/FEB | 2:59:41 | 901 | GBR | :07 | .02 | 08/FEB | 7:29:52 | 901 | GBR | 3:25 | .58 |
| 08/FEB | 8:01:23 | 004969153074056 | GBR | 28:19 | 4.10 | 08/FEB | 9:31:22 | 901 | GBR | :08 | .02 |
| 08/FEB | 10:05:31 | 901 | GBR | :03 | .02 | 08/FEB | 11:01:26 | 901 | GBR | 1:13 | .21 |
| 08/FEB | 11:36:52 | 901 | GBR | :05 | .02 | 08/FEB | 11:48:07 | 7801340241 | GBR | :01 | .00 B |
| 08/FEB | 15:54:56 | 07920506506 | GBR | 2:08 | .36 | 08/FEB | 17:18:50 | 901 | GBR | :22 | .06 |
| 08/FEB | 17:57:33 | 901 | GBR | 3:48 | .65 | 08/FEB | 18:03:25 | 901 | GBR | :05 | .02 |
| 08/FEB | 18:47:11 | 901 | GBR | :23 | .07 | 08/FEB | 18:53:23 | 07920506506 | GBR | 1:19 | .22 |
| 08/FEB | 19:38:02 | 00491729413159 | GBR | 4:04 | .59 | 08/FEB | 22:41:17 | 901 | AUT | 1:03 | .38 |
| 08/FEB | 22:43:50 | 7802000332 | AUT | :01 | .00 B | 08/FEB | 22:46:24 | 491784120925 | AUT | 22:40 | 6.78 |
| 09/FEB | 0:47:59 | 12127562208 | AUT | :58 | .79 | 09/FEB | 0:54:03 | 901 | AUT | :04 | .30 |
| 09/FEB | 8:34:45 | 20760222103 | AUT | 4:23 | 1.35 | 09/FEB | 8:48:57 | 0385111464 | AUT | :16 | .07 |
| 09/FEB | 10:05:37 | 0385111464 | AUT | 4:22 | 1.05 | 09/FEB | 10:05:37 | 7750503521 | AUT | 4:22 | 1.35 |
| 09/FEB | 10:20:46 | 901 | AUT | 1:39 | .53 | 09/FEB | 10:22:52 | 7920506506 | AUT | :40 | .30 |
| 09/FEB | 10:43:59 | 901 | AUT | :30 | .30 | 09/FEB | 11:13:06 | 4369917303132 | AUT | :52 | .30 |
| 09/FEB | 11:48:00 | 7920506506 | AUT | 59:04 | 17.66 | 09/FEB | 11:50:05 | 0385111464 | AUT | :05 | .02 |
| 09/FEB | 11:50:05 | 7750503521 | AUT | :05 | .30 | 09/FEB | 11:51:26 | 7750503521 | AUT | :23 | .30 |
| 09/FEB | 11:51:26 | 0385111464 | AUT | :23 | .10 | 09/FEB | 11:58:00 | 0385111464 | AUT | :03 | .02 |
| 09/FEB | 12:18:00 | 7750503521 | AUT | :03 | .30 | 09/FEB | 12:30:30 | 7750503521 | AUT | :28 | .30 |

| | | **Carried Forward To Next Page** | | | | | | | | | 337.34 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000632



your account

| BILL | 98754803 |
|---|---|
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE 6 of 6

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 337.34 |
| 09/FEB | 12:30:30 | 0385111464 | AUT | :28 | .12 | 09/FEB | 12:45:01 | 0385111464 | AUT | :03 | .02 |
| 09/FEB | 12:45:01 | 7750503521 | AUT | :03 | .30 | 09/FEB | 12:57:46 | 901 | AUT | :25 | .30 |
| 09/FEB | 12:58:26 | 901 | AUT | 1:13 | .38 | 09/FEB | 13:00:30 | 436642606018 | AUT | 8:21 | 2.54 |
| 09/FEB | 13:10:09 | 436642606018 | AUT | :05 | .30 | 09/FEB | 13:12:13 | 7802000332 | AUT | :01 | .00 B |
| 09/FEB | 13:12:51 | 436642224400 | AUT | 10:11 | 2.43 | 09/FEB | 13:13:32 | 0385111464 | AUT | :07 | .03 |
| 09/FEB | 13:13:32 | 7750503521 | AUT | :07 | .30 | 09/FEB | 13:15:06 | 7750503521 | AUT | :21 | .30 |
| 09/FEB | 13:15:06 | 0385111464 | AUT | :21 | .09 | 09/FEB | 13:18:26 | 7750503521 | AUT | :03 | .30 |
| 09/FEB | 13:18:26 | 0385111464 | AUT | :03 | .02 | 09/FEB | 13:24:04 | 901 | AUT | :23 | .30 |
| 09/FEB | 13:24:54 | 436642606018 | AUT | 24:14 | 7.23 | 09/FEB | 13:50:09 | 901 | AUT | :14 | .30 |
| 09/FEB | 13:52:51 | 0385111464 | AUT | 6:29 | 1.55 | 09/FEB | 14:10:58 | 491733217452 | AUT | :27 | .30 |
| 09/FEB | 14:13:41 | 4969153074128 | AUT | :48 | .30 | 09/FEB | 14:36:01 | 4315861054 | AUT | :15 | .06 |
| 09/FEB | 15:15:31 | 7802000332 | AUT | :01 | .00 B | 09/FEB | 15:20:39 | 0385111464 | AUT | :18 | .08 |
| 09/FEB | 16:27:07 | 0385111464 | AUT | :45 | .18 | 09/FEB | 16:27:07 | 7750503521 | AUT | :45 | .30 |
| 09/FEB | 17:46:44 | 901 | AUT | :57 | .30 | 09/FEB | 17:57:48 | 7802000332 | AUT | :01 | .00 B |
| 09/FEB | 17:59:08 | 4369917303132 | AUT | 6:38 | 1.59 | 09/FEB | 19:18:16 | 901 | AUT | :10 | .30 |
| 09/FEB | 20:11:59 | 43150110 | AUT | :58 | .30 | 09/FEB | 20:15:17 | 43150110416 | AUT | :15 | .06 |
| 09/FEB | 23:05:33 | 901 | AUT | :03 | .30 | 09/FEB | 23:17:01 | 901 | AUT | :42 | .30 |
| 09/FEB | 23:26:53 | 7802000332 | AUT | :01 | .00 B | 09/FEB | 23:32:20 | 7802000332 | AUT | :01 | .00 B |
| | | **Call Charges** | | | | | | | | | 358.52 |
| 31/DEC | 12:03:49 | 12844990817 | JAM | :38 | 1.20 | 31/DEC | 15:47:30 | 7802000332 | JAM | :01 | .40 |
| 02/JAN | 8:26:00 | 7750503521 | JAM | 1:26 | 1.79 | 02/JAN | 13:57:49 | 7802000332 | JAM | :01 | .40 |
| 02/JAN | 14:01:51 | 7802000332 | JAM | :01 | .40 | 02/JAN | 14:57:51 | 436646219845 | JAM | :54 | 1.79 |
| 02/JAN | 22:32:13 | 7750503521 | JAM | :28 | 1.20 | 04/JAN | 7:33:28 | 2071021746 | JAM | :24 | 1.20 |
| 05/JAN | 21:09:54 | 7750503521 | JAM | 1:18 | 1.79 B | | | | | | |
| | | **UK VAT exempt calls** | | | | | | | | | 10.17 |
| 09/JAN | 9:46:20 | wap.o2.co.uk | GBR | :00 | .00 B | 17/JAN | 15:44:53 | wap.o2.co.uk | GBR | :00 | .00 B |
| 22/JAN | 12:38:41 | wap.o2.co.uk | GBR | :00 | .00 B | | | | | | |
| | | **Data Calls** | | | | | | | | | .00 |
| | | **TOTAL CALLS** | | | | | | | | | 368.69 |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

33500

O2/DISE04-CO APH2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000633

# O₂

your bill

113   ODIM386A   LQDV80   23900

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 97051066 |
| BILL DATE | 16 Dec 06 |
| ACCOUNT | 001 03126795 |

PAGE          1 of 1

Bill for Order Number 000000005114527

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

| Type of Charge | | | | Amount (£) |
|---|---|---|---|---|
| Delivery Address  C/O Lehman Brothers | | | | |
| 25 Bank Street | | | | |
| London | | | | |
| E145LE | | | | |
| Telephone No  02071021746 | | | | |
| Customer Contact  MR MARSONER | | | | |
| **Other Charges and Credits** | | | | |
| Nokia E50 | | | | 0.00 |
| Quantity | 1 | Unit Price | .00 | |
| 3G POSTPAY SIM | | | | 0.00 |
| Quantity | 1 | Unit Price | .00 | |
| **Sub Total Excluding VAT** | | | | 0.00 |
| VAT @ 17.50% of £0.00 | | | | 0.00 |
| **Total amount due this bill** | | | | 0.00 |

| | |
|---|---|
| TOTAL AMOUNT DUE 30 Dec 06 | £ 0.00 |

384

O2DISE04-CO  APR2006

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

To settle this bill you need take no action.
Payment will be requested from your bank account or credit card
on the due date shown or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000634

7   ODI2478M   LJ7122

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |
| | |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/97850249 |
| PAGE | 1 of 11 |

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 14 Dec 06 To: 11 Jan 07 | 20.30CR | |
| Line Rental Charge | From: 14 Dec 06 To: 11 Feb 07 | 41.58 | |
| Call Charges | To: 09 Jan 07 | 492.16 | |
| UK VAT exempt calls | To: 09 Jan 07 | 93.28 | EXEMPT |
| O2 Pay As You Use Data Service | | 0.00 | |
| My Europe | | 0.00 | |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 14 Dec 06 To: 11 Feb 07 | 4.96 | |
| Loyalty Reward - International | | 24.83CR | |
| Inclusive Browse and Download | From: 14 Dec 06 To: 11 Feb 07 | 0.00 | |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

O2/CONT/DIS01 APR2006

67

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Continue▶



O2 select

**your bill**

| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |
| | |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/97850249 |
| PAGE | 2 of 11 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

**Your calling plan: O2 125 & 100 Plan**
**(All prices are VAT inclusive)**

| Type of Charge | Amount (£) |
| --- | --- |
| **O2 125 & 100 Plan** | |
| **Sub Total Excluding VAT** | 586.85 |
| VAT @ 0.00% of £93.28 | 0.00 |
| VAT @ 17.50% of £493.57 | 86.37 |
| **Total amount due this bill** | 673.22 |
| **Balance Brought Forward** | 0.00 |

| Type of Charge (Per Min) | COST |
| --- | --- |
| Standard (Anytime) | 20p |
| O2 to O2 (Anytime) | 20p |
| O2 to Other (Anytime) | 20p |
| SMS (per message) | 12p |
| WAP | 20p |
| Voicemail 901 (Anytime) | 20p |
| MMS per text | 25p |
| Additional Mb | £3.00 |

See www.o2.co.uk for detailed
pricing information

---

TOTAL AMOUNT DUE 26 Jan 07 £ 673.22

*486.17*

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

**About Your O2 Calling Plan**

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
| --- | --- | --- |
| Free call duration used this period | 55.48 | minutes |
| Free data volume used this period | 0 | kb |
| Free units used this period | 95 | units |

The total available for use next period
125 minutes and 100 kb and 100 units

**Payments**
To settle this bill you need take
no action. Payment will be
requested from your bank
account or credit card on the
due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

O2/CON/TD/S01 APR2006

68




| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/DEC | 8:48:41 | 901 | GBR | :31 | .05 | 11/DEC | 8:49:35 | 00491607414160 | GBR | 3:56 | .57 |
| 11/DEC | 9:06:29 | 00491607414160 | GBR | :21 | .05 | 11/DEC | 9:10:50 | 901 | GBR | :20 | .03 |
| 11/DEC | 9:11:37 | 00436642606018 | GBR | :25 | .06 | 11/DEC | 9:45:38 | 901 | GBR | 1:17 | .11 |
| 11/DEC | 9:47:25 | 02071021746 | GBR | 4:55 | .42 | 11/DEC | 9:53:19 | 00436642606018 | GBR | 3:32 | .51 |
| 11/DEC | 10:55:46 | 901 | GBR | :33 | .05 | 11/DEC | 10:56:46 | 00436642606018 | GBR | 3:20 | .48 |
| 11/DEC | 11:00:41 | 00491607414160 | GBR | :16 | .04 | 11/DEC | 11:01:07 | 02071021746 | GBR | 2:16 | .20 |
| 11/DEC | 11:15:56 | 0491607414160 | GBR | :01 | .10 | 11/DEC | 11:52:43 | 00491607414160 | GBR | 8:03 | 1.16 |
| 11/DEC | 12:51:03 | 00491784120925 | GBR | :32 | .08 | 11/DEC | 12:51:43 | 901 | GBR | 1:22 | .12 |
| 11/DEC | 12:53:34 | 00491607414160 | GBR | :24 | .06 | 11/DEC | 13:00:55 | 00491784120925 | GBR | :03 | .02 |
| 11/DEC | 13:02:42 | 00491607414160 | GBR | 7:20 | 1.06 | 11/DEC | 13:17:30 | 901 | GBR | :22 | .04 |
| 11/DEC | 13:35:47 | 0491733217452 | GBR | :01 | .10 | 11/DEC | 13:36:02 | 0491784120925 | GBR | :01 | .10 |
| 11/DEC | 16:42:49 | 43901 | AUT | :00 | .00 | 11/DEC | 16:43:09 | 00447802148327 | AUT | :06 | .30 |
| 11/DEC | 16:43:22 | 43526 | AUT | :00 | .00 | 11/DEC | 16:45:37 | 00447802148311 | AUT | 1:54 | .60 |
| 11/DEC | 16:56:07 | 00491784120925 | AUT | 1:00 | .30 | 11/DEC | 17:03:57 | 00491607414160 | AUT | :51 | .30 |
| 11/DEC | 17:05:16 | 00491784120925 | AUT | 4:23 | 1.35 | 11/DEC | 17:11:20 | 06642011150 | AUT | :04 | .50 |
| 11/DEC | 17:11:33 | 06642011150 | AUT | :04 | .50 | 11/DEC | 17:12:42 | 051257434521 | AUT | :43 | .50 |
| 11/DEC | 17:13:54 | 06642606018 | AUT | 5:13 | 2.98 | 11/DEC | 18:26:08 | 0385111464 | AUT | 15:51 | 3.78 |
| 11/DEC | 20:54:21 | 00447802148303 | AUT | :03 | .30 | 11/DEC | 20:55:05 | 2076022103 | AUT | 1:07 | .27 |
| 11/DEC | 21:44:13 | 00447802148924 | AUT | :06 | .30 | 11/DEC | 21:44:13 | 2076022103 | AUT | :06 | .03 |
| 11/DEC | 21:46:17 | 00447802148294 | AUT | :05 | .30 | 11/DEC | 21:46:17 | 2076022103 | AUT | :05 | .02 |
| 11/DEC | 21:50:27 | 00447802148509 | AUT | :14 | .30 | 11/DEC | 22:02:02 | 00447802148869 | AUT | :27 | .30 |
| 11/DEC | 22:15:53 | 00442077696472 | AUT | 20:30 | 6.11 | 12/DEC | 7:17:44 | 00447802148577 | AUT | 2:18 | .75 |
| 12/DEC | 8:58:49 | 2076022103 | AUT | 7:34 | 1.81 | 12/DEC | 9:19:19 | 00491607414160 | AUT | 4:54 | 1.49 |
| 12/DEC | 10:11:06 | 491607414160 | AUT | 4:18 | 1.03 | 12/DEC | 10:16:07 | 06642606018 | AUT | :05 | .50 |
| 12/DEC | 10:21:52 | 0385111464 | AUT | 27:58 | 6.67 | 12/DEC | 10:56:36 | 491607414160 | AUT | :40 | .16 |
| 12/DEC | 11:06:00 | 06642606018 | AUT | 1:20 | 1.00 | 12/DEC | 12:34:02 | 43901 | AUT | :27 | .11 |
| 12/DEC | 12:34:20 | 00447802148649 | AUT | :58 | .30 | 12/DEC | 13:03:10 | 2076022103 | AUT | :01 | .21 |
| 12/DEC | 13:10:39 | 7767245224 | AUT | :00 | .00 | 12/DEC | 13:19:34 | 7802000332 | AUT | :01 | .21 |
| 12/DEC | 13:20:22 | 7767245224 | AUT | :00 | .00 | 12/DEC | 13:21:30 | 7802000332 | AUT | :01 | .21 |
| 12/DEC | 13:23:42 | 7767245224 | AUT | :00 | .00 | 12/DEC | 14:22:03 | 00447802148440 | AUT | :18 | .30 |
| 12/DEC | 14:55:49 | 7802000332 | AUT | :01 | .21 | 12/DEC | 14:56:27 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 14:57:29 | 7802000332 | AUT | :01 | .21 | 12/DEC | 14:58:15 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 14:58:44 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:00:17 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:01:41 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:02:09 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:03:29 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:05:19 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:07:22 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:08:14 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:09:07 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:10:12 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:10:59 | 7802000332 | AUT | :01 | .21 | 12/DEC | 19:27:53 | 00447802148287 | AUT | :58 | .30 |
| 12/DEC | 19:28:02 | 43901 | AUT | :00 | .00 | 12/DEC | 21:26:27 | 00447802148683 | AUT | :08 | .30 |
| 13/DEC | 9:09:22 | 491607414160 | AUT | 14:54 | 3.56 | 13/DEC | 9:09:29 | 4361722053657276 | AUT | :00 | .00 |
| 13/DEC | 9:10:04 | 43901 | AUT | :00 | .00 | 13/DEC | 9:24:46 | 00447802148238 | AUT | 1:02 | .38 |
| 13/DEC | 9:26:21 | 069910100922 | AUT | :15 | .50 | 13/DEC | 9:39:00 | 00469153074118 | AUT | 20:49 | 6.26 |
| 13/DEC | 10:02:30 | 436642011150 | AUT | 1:27 | .35 | 13/DEC | 10:19:19 | 4369910100922 | AUT | 12:37 | 3.01 |
| 13/DEC | 10:25:55 | 00447802148469 | AUT | :30 | .30 | 13/DEC | 10:26:29 | 43901 | AUT | :00 | .00 |
| 13/DEC | 10:32:42 | 436642510080 | AUT | :16 | .07 | 13/DEC | 10:38:17 | 00447802148329 | AUT | :35 | .30 |
| 13/DEC | 10:39:22 | 00491733217452 | AUT | 4:19 | 1.35 | 13/DEC | 10:40:22 | 00447802148596 | AUT | :06 | .30 |
| 13/DEC | 10:46:49 | 436642510080 | AUT | 9:23 | 2.24 | 13/DEC | 10:48:57 | 00447802148479 | AUT | :17 | .30 |
| 13/DEC | 10:49:18 | 43901 | AUT | :00 | .00 | 13/DEC | 10:52:32 | 00447802148340 | AUT | :05 | .30 |
| 13/DEC | 11:14:46 | 491607414160 | AUT | 7:41 | 1.84 | 13/DEC | 11:23:08 | 06642606018 | AUT | :03 | .50 |
| 13/DEC | 11:38:05 | 00436642606018 | AUT | 3:10 | .76 | 13/DEC | 11:48:07 | 4369910100922 | AUT | 10:59 | 2.62 |
| 13/DEC | 12:01:08 | 436642606018 | AUT | 2:18 | .55 | 13/DEC | 12:06:42 | 436642606018 | AUT | :37 | .15 |
| 13/DEC | 12:09:07 | 00447802148578 | AUT | :30 | .30 | 13/DEC | 12:44:42 | 43901 | AUT | :00 | .00 |
| 13/DEC | 12:44:10 | 0385111464 | AUT | 1:56 | .47 | 13/DEC | 12:52:10 | 0385111464 | AUT | 2:40 | .64 |
| 13/DEC | 13:09:19 | 436642510080 | AUT | 3:49 | .91 | 13/DEC | 13:12:28 | 00447802148976 | AUT | :25 | .30 |
| 13/DEC | 13:12:57 | 43901 | AUT | :00 | .00 | 13/DEC | 13:13:30 | 00447802148428 | AUT | :04 | .30 |
| 13/DEC | 13:15:26 | 0385111464 | AUT | 2:18 | .55 | 13/DEC | 13:34:20 | 0385111464 | AUT | 1:12 | .29 |
| 13/DEC | 13:52:52 | 0385111464 | AUT | :30 | .12 | 13/DEC | 14:22:58 | 436642606018 | AUT | 1:05 | .26 |
| 13/DEC | 14:24:16 | 00447802148589 | AUT | :17 | .30 | 13/DEC | 14:24:38 | 43901 | AUT | :00 | .00 |
| 13/DEC | 14:45:41 | 43901 | AUT | :00 | .00 | 13/DEC | 15:31:35 | 43160117290 | AUT | 1:07 | .27 |

**Carried Forward To Next Page**      71.62

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

O2/CONT/D/801 APR2006

69

Confidential




| BILL | 97850249 |
| --- | --- |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Brought Forward From Previous Page** | | | | | | | | | | | 71.62 |
| 13/DEC | 16:05:46 | 00447802148604 | AUT | :20 | .30 | 13/DEC | 16:06:10 | 43901 | AUT | :00 | .00 |
| 13/DEC | 16:29:05 | 43901 | AUT | :00 | .00 | 13/DEC | 16:57:03 | 43160117290 | AUT | 7:30 | 1.79 |
| 13/DEC | 16:57:51 | 00447802148348 | AUT | :04 | .30 | 13/DEC | 16:59:24 | 00447802148589 | AUT | :04 | .30 |
| 13/DEC | 17:19:01 | 00447802148214 | AUT | :05 | .30 | 13/DEC | 17:49:25 | 00447802148450 | AUT | :04 | .30 |
| 13/DEC | 17:50:36 | 43901 | AUT | :00 | .00 | 13/DEC | 17:54:07 | 43901 | AUT | :00 | .00 |
| 13/DEC | 17:54:34 | 43901 | AUT | :00 | .00 | 13/DEC | 18:03:17 | 0385111464 | AUT | :06 | .03 |
| 13/DEC | 18:57:54 | 43901 | AUT | :00 | .00 | 13/DEC | 19:20:45 | 4369910100922 | AUT | 2:55 | .70 |
| 13/DEC | 19:38:25 | 2076022103 | AUT | 9:59 | 2.38 | 13/DEC | 21:40:01 | 7802000332 | AUT | :01 | .21 |
| 13/DEC | 23:19:46 | 00447802148131 | AUT | :03 | .30 | 13/DEC | 23:20:56 | 00447802148445 | AUT | :03 | .30 |
| 14/DEC | 4:13:08 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 4:13:12 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 8:32:58 | 4315861054 | AUT | 3:53 | .93 | 14/DEC | 8:46:52 | 491607414160 | AUT | 4:24 | 1.05 |
| 14/DEC | 8:47:15 | 7801340241 | AUT | :00 | .00 | 14/DEC | 8:47:56 | 00447802148601 | AUT | :13 | .30 |
| 14/DEC | 8:48:15 | 43901 | AUT | :00 | .00 | 14/DEC | 8:52:19 | 4315861054 | AUT | 1:46 | .43 |
| 14/DEC | 9:07:39 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 9:34:00 | 0385111464 | AUT | :29 | .12 |
| 14/DEC | 10:30:03 | 0385111464 | AUT | 2:22 | .57 | 14/DEC | 10:43:56 | 0385111464 | AUT | :04 | .02 |
| 14/DEC | 10:44:31 | 00447802148962 | AUT | :04 | .30 | 14/DEC | 10:45:11 | 00447802148269 | AUT | :35 | .30 |
| 14/DEC | 10:45:50 | 43901 | AUT | :00 | .00 | 14/DEC | 11:15:32 | 00447802148893 | AUT | :15 | .30 |
| 14/DEC | 11:15:51 | 43901 | AUT | :00 | .00 | 14/DEC | 11:33:36 | 00447802148224 | AUT | :05 | .30 |
| 14/DEC | 12:05:01 | 7801340241 | AUT | :00 | .00 | 14/DEC | 12:05:06 | 7801340241 | AUT | :00 | .00 |
| 14/DEC | 12:17:05 | 0385111464 | AUT | :03 | .02 | 14/DEC | 12:17:26 | 4362876558 | AUT | :25 | .10 |
| 14/DEC | 13:41:25 | 43901 | AUT | :00 | .00 | 14/DEC | 13:57:19 | 4369910100922 | AUT | :38 | .16 |
| 14/DEC | 14:14:02 | 43153153834 | AUT | :18 | .08 | 14/DEC | 15:22:18 | 4369915513558 | AUT | 3:40 | .88 |
| 14/DEC | 15:23:40 | 00447802148688 | AUT | :05 | .30 | 14/DEC | 15:26:16 | 43160117290 | AUT | 11:39 | 2.78 |
| 14/DEC | 15:31:08 | 00447802148492 | AUT | :05 | .30 | 14/DEC | 15:31:58 | 00447802148429 | AUT | :04 | .30 |
| 14/DEC | 15:33:28 | 00447802148603 | AUT | :04 | .30 | 14/DEC | 15:39:05 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 15:47:22 | 491607414160 | AUT | 6:19 | 1.51 | 14/DEC | 15:50:07 | 00447802148612 | AUT | :04 | .30 |
| 14/DEC | 15:50:23 | 00447802148618 | AUT | :29 | .30 | 14/DEC | 15:50:44 | 00447802148629 | AUT | :04 | .30 |
| 14/DEC | 15:50:57 | 43901 | AUT | :00 | .00 | 14/DEC | 15:50:58 | 00447802148346 | AUT | :04 | .30 |
| 14/DEC | 15:51:11 | 00447802148682 | AUT | :14 | .30 | 14/DEC | 15:51:31 | 00447802148190 | AUT | :03 | .30 |
| 14/DEC | 15:51:32 | 43901 | AUT | :00 | .00 | 14/DEC | 15:54:36 | 2072221020 | AUT | :13 | .06 |
| 14/DEC | 15:54:50 | 00447802148937 | AUT | :08 | .30 | 14/DEC | 15:55:12 | 491607414160 | AUT | 3:25 | .82 |
| 14/DEC | 15:59:16 | 491607414160 | AUT | 6:15 | 1.49 | 14/DEC | 16:00:24 | 00447802148597 | AUT | :04 | .30 |
| 14/DEC | 16:00:56 | 00447750503521 | AUT | :03 | .30 | 14/DEC | 16:01:55 | 491784120925 | AUT | :00 | .00 |
| 14/DEC | 16:09:35 | 00447802148134 | AUT | :04 | .30 | 14/DEC | 16:10:34 | 0385111464 | AUT | 1:25 | .34 |
| 14/DEC | 16:21:13 | 00447802148936 | AUT | :12 | .30 | 14/DEC | 16:21:30 | 43901 | AUT | :00 | .00 |
| 14/DEC | 16:21:54 | 0385111464 | AUT | :57 | .23 | 14/DEC | 16:25:53 | 4315010118761 | AUT | 2:52 | .69 |
| 14/DEC | 16:35:42 | 436642510080 | AUT | 6:06 | 1.46 | 14/DEC | 16:43:13 | 0385111464 | AUT | 1:13 | .29 |
| 14/DEC | 16:59:05 | 436642011150 | AUT | 4:14 | 1.01 | 14/DEC | 17:01:44 | 00447802148121 | AUT | :18 | .30 |
| 14/DEC | 17:02:06 | 43901 | AUT | :00 | .00 | 14/DEC | 17:23:43 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 17:41:27 | 4369910100922 | AUT | :12 | .05 | 14/DEC | 17:43:20 | 4369910100922 | AUT | 7:32 | 2.25 |
| 14/DEC | 18:09:47 | 492118870 | AUT | 2:49 | .68 | 14/DEC | 18:11:50 | 00447802148519 | AUT | :18 | .30 |
| 14/DEC | 18:12:11 | 43901 | AUT | :00 | .00 | 14/DEC | 19:19:51 | 436645312295 | AUT | :00 | .00 |
| 14/DEC | 19:49:37 | 0385111464 | AUT | :41 | .17 | 14/DEC | 20:21:01 | 436642510080 | AUT | :32 | .13 |
| 14/DEC | 22:07:41 | 7801340241 | AUT | :00 | .00 | 14/DEC | 22:08:15 | 43901 | AUT | :00 | .00 |
| 14/DEC | 22:22:25 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 22:33:23 | 436646219845 | AUT | :00 | .00 |
| 14/DEC | 23:37:00 | 00447802148840 | AUT | :17 | .30 | 14/DEC | 23:37:27 | 43901 | AUT | :00 | .00 |
| 15/DEC | 0:15:21 | 7801340241 | AUT | :00 | .00 | 15/DEC | 0:38:05 | 00447802148656 | AUT | :31 | .30 |
| 15/DEC | 0:38:44 | 43901 | AUT | :00 | .00 | 15/DEC | 9:23:39 | 7802000332 | AUT | :01 | .00 B |
| 15/DEC | 9:36:27 | 7802000332 | AUT | :01 | .00 B | 15/DEC | 9:38:59 | 4315861054 | AUT | 2:36 | .62 |
| 15/DEC | 9:41:32 | 0385111464 | AUT | :06 | .03 | 15/DEC | 9:41:32 | 7750503521 | AUT | :06 | .30 |
| 15/DEC | 9:42:01 | 491784120925 | AUT | :07 | .30 | 15/DEC | 9:42:33 | 0385111464 | AUT | :05 | .02 |
| 15/DEC | 9:42:33 | 7750503521 | AUT | :05 | .30 | 15/DEC | 9:42:52 | 0385111464 | AUT | 1:52 | .45 |
| 15/DEC | 9:54:05 | 19257888474 | AUT | :40 | .16 | 15/DEC | 9:56:30 | 901 | AUT | 1:29 | .45 |
| 15/DEC | 10:26:53 | 901 | AUT | 2:19 | .75 | 15/DEC | 10:36:03 | 4369915513558 | AUT | :49 | .20 |
| 15/DEC | 10:37:59 | 7750503521 | AUT | :21 | .30 | 15/DEC | 10:37:59 | 0385111464 | AUT | :21 | .09 |
| 15/DEC | 10:48:41 | 7750503521 | AUT | :47 | .30 | 15/DEC | 10:48:41 | 0385111464 | AUT | :47 | .19 |
| **Carried Forward To Next Page** | | | | | | | | | | | 108.81 |

O2/CONT/D/S91  APR2006

70

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential



| BILL | 97850249 |
|---|---|
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

PAGE      5 of 11

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 108.81 |
| 15/DEC | 10:53:00 | 0385111464 | AUT | :19 | .08 | 15/DEC | 10:53:00 | 7750503521 | AUT | :19 | .30 |
| 15/DEC | 10:55:15 | 0385111464 | AUT | :18 | .08 | 15/DEC | 10:55:15 | 7750503521 | AUT | :18 | .30 |
| 15/DEC | 11:12:46 | 901 | AUT | 5:16 | 1.64 | 15/DEC | 11:13:27 | 7750503521 | AUT | :34 | .30 |
| 15/DEC | 11:13:27 | 0385111464 | AUT | :34 | .14 | 15/DEC | 11:20:04 | 901 | AUT | 1:52 | .60 |
| 15/DEC | 11:22:18 | 901 | AUT | :18 | .30 | 15/DEC | 11:29:19 | 901 | AUT | :35 | .30 |
| 15/DEC | 11:31:02 | 436648161567 | AUT | :23 | .30 | 15/DEC | 11:34:25 | 7750503521 | AUT | :04 | .30 |
| 15/DEC | 11:34:25 | 0385111464 | AUT | :04 | .02 | 15/DEC | 11:35:40 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 11:35:40 | 7750503521 | AUT | :04 | .30 | 15/DEC | 11:37:20 | 0385111464 | AUT | :23 | .10 |
| 15/DEC | 11:37:20 | 7750503521 | AUT | :23 | .30 | 15/DEC | 11:37:53 | 901 | AUT | 1:00 | .30 |
| 15/DEC | 11:45:15 | 901 | AUT | 1:21 | .45 | 15/DEC | 12:23:03 | 7750503521 | AUT | :30 | .30 |
| 15/DEC | 12:23:03 | 0385111464 | AUT | :30 | .12 | 15/DEC | 12:43:18 | 901 | AUT | :38 | .30 |
| 15/DEC | 12:44:21 | 436649246002 | AUT | 7:06 | 2.16 | 15/DEC | 12:47:19 | 0385111464 | AUT | :25 | .10 |
| 15/DEC | 12:47:19 | 7750503521 | AUT | :25 | .30 | 15/DEC | 12:51:42 | 901 | AUT | :18 | .30 |
| 15/DEC | 12:57:05 | 436645312199 | AUT | 1:01 | .38 | 15/DEC | 12:57:24 | 7750503521 | AUT | :06 | .30 |
| 15/DEC | 12:57:24 | 0385111464 | AUT | :06 | .02 | 15/DEC | 12:57:57 | 7750503521 | AUT | :05 | .30 |
| 15/DEC | 12:57:57 | 0385111464 | AUT | :05 | .02 | 15/DEC | 13:12:08 | 436642011150 | AUT | :10 | .30 |
| 15/DEC | 13:21:22 | 0385111464 | AUT | :21 | .09 | 15/DEC | 13:21:22 | 7750503521 | AUT | :21 | .30 |
| 15/DEC | 13:29:49 | 901 | AUT | :37 | .30 | 15/DEC | 13:31:02 | 436642606018 | AUT | 3:07 | .97 |
| 15/DEC | 13:40:39 | 7750503521 | AUT | :04 | .30 | 15/DEC | 13:40:39 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 13:41:30 | 0385111464 | AUT | 8:04 | 1.93 | 15/DEC | 13:43:42 | 7750503521 | AUT | 1:04 | .38 |
| 15/DEC | 13:43:42 | 0385111464 | AUT | 1:04 | .26 | 15/DEC | 13:51:28 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 13:51:28 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:05:24 | 4315861054 | AUT | 1:08 | .38 |
| 15/DEC | 14:06:49 | 901 | AUT | 1:07 | .38 | 15/DEC | 14:08:16 | 436645312199 | AUT | 13:23 | 4.03 |
| 15/DEC | 14:12:59 | 0385111464 | AUT | :08 | .04 | 15/DEC | 14:12:59 | 7750503521 | AUT | :08 | .30 |
| 15/DEC | 14:15:18 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:15:18 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 14:19:27 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:19:27 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 15:33:05 | 0385111464 | AUT | :51 | .21 | 15/DEC | 16:29:49 | 7750503521 | AUT | :30 | .30 |
| 15/DEC | 16:29:49 | 0385111464 | AUT | :30 | .12 | 15/DEC | 16:53:30 | 901 | AUT | :40 | .30 |
| 15/DEC | 17:08:30 | 7750503521 | AUT | :08 | .30 | 15/DEC | 17:08:30 | 0385111464 | AUT | :08 | .04 |
| 15/DEC | 17:16:32 | 7750503521 | AUT | :04 | .30 | 15/DEC | 17:16:32 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 17:23:21 | 901 | AUT | :12 | .30 | 15/DEC | 18:00:00 | 901 | AUT | :26 | .30 |
| 15/DEC | 18:01:52 | 436763015242 | AUT | :20 | .30 | 15/DEC | 18:40:26 | 4369915513558 | AUT | :41 | .30 |
| 15/DEC | 18:43:02 | 7802000332 | AUT | :01 | .00 B | 15/DEC | 18:44:04 | 7802000332 | AUT | :01 | .00 B |
| 15/DEC | 18:45:20 | 43153170174 | AUT | :16 | .30 | 15/DEC | 19:57:49 | 7750503521 | AUT | 1:40 | .53 |
| 15/DEC | 19:57:49 | 0385111464 | AUT | 1:40 | .40 | 15/DEC | 20:17:52 | 901 | AUT | :16 | .30 |
| 15/DEC | 20:46:29 | 7750503521 | AUT | :16 | .30 | 15/DEC | 20:46:29 | 0385111464 | AUT | :16 | .07 |
| 15/DEC | 20:51:13 | 0385111464 | AUT | :23 | .10 | 15/DEC | 20:51:13 | 7750503521 | AUT | :23 | .30 |
| 15/DEC | 20:52:36 | 901 | AUT | :24 | .30 | 15/DEC | 20:52:32 | 436648161567 | AUT | 20:43 | 6.19 |
| 15/DEC | 21:13:58 | 436648161567 | AUT | 16:29 | 3.93 | 15/DEC | 21:20:14 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 21:20:14 | 7750503521 | AUT | :03 | .30 | 15/DEC | 21:21:08 | 7750503521 | AUT | 1:05 | .38 |
| 15/DEC | 21:21:08 | 0385111464 | AUT | 1:05 | .26 | 15/DEC | 21:24:54 | 7750503521 | AUT | 1:11 | .38 |
| 15/DEC | 21:24:54 | 0385111464 | AUT | 1:11 | .29 | 15/DEC | 21:34:46 | 901 | AUT | :54 | .30 |
| 15/DEC | 21:35:56 | 901 | AUT | 2:43 | .82 | 15/DEC | 21:39:17 | 4369910100922 | AUT | 1:11 | .38 |
| 15/DEC | 21:41:19 | 7801340241 | AUT | 14:39 | 4.40 | 15/DEC | 22:15:28 | 0385111464 | AUT | :24 | .30 |
| 15/DEC | 22:15:28 | 0385111464 | AUT | :24 | .10 | 15/DEC | 23:08:20 | 901 | AUT | :41 | .30 |
| 15/DEC | 23:11:47 | 7801340241 | AUT | 5:25 | 1.64 | 16/DEC | 7:30:40 | 901 | AUT | :21 | .30 |
| 16/DEC | 7:34:22 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 7:35:53 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 7:38:50 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 9:00:39 | 7750503521 | AUT | :01 | .00 B |
| 16/DEC | 9:00:39 | 0385111464 | AUT | :01 | .01 | 16/DEC | 9:20:06 | 901 | AUT | :12 | .30 |
| 16/DEC | 9:20:46 | 436642011150 | AUT | 7:18 | 2.24 | 16/DEC | 10:18:07 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 11:03:19 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 11:22:31 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 11:22:46 | 0385111464 | AUT | :02 | .01 | 16/DEC | 11:24:45 | 436646219845 | AUT | :04 | .02 |
| 16/DEC | 11:25:20 | 0385111464 | AUT | :42 | .17 | 16/DEC | 11:25:20 | 7750503521 | AUT | :42 | .30 |
| 16/DEC | 13:01:04 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 13:06:26 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 13:15:24 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 13:15:38 | 901 | AUT | 2:17 | .75 |
| 16/DEC | 13:18:44 | 7920506506 | AUT | 1:08:07 | 20.34 | 16/DEC | 14:00:44 | 7750503521 | AUT | :17 | .30 |

**Carried Forward To Next Page** 180.91

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

O2/CONT/DS/01  APR2006      71





**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 180.91 |
| 16/DEC | 14:00:44 | 0385111464 | AUT | :17 | .07 | 16/DEC | 14:28:16 | 436646219845 | AUT | 6:40 | 2.02 |
| 16/DEC | 14:36:49 | 4369910100922 | AUT | 4:33 | 1.09 | 16/DEC | 14:42:44 | 4369910100922 | AUT | :53 | .30 |
| 16/DEC | 14:45:50 | 901 | AUT | :08 | .30 | 16/DEC | 14:47:42 | 7801340241 | AUT | 8:04 | 2.46 |
| 16/DEC | 15:33:33 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 16:13:21 | 491607414160 | AUT | 22:57 | 6.86 |
| 16/DEC | 16:37:13 | 491733217452 | AUT | :50 | .30 | 16/DEC | 16:44:51 | 491784120925 | AUT | :22 | .30 |
| 16/DEC | 16:49:05 | 0385111464 | AUT | :04 | .02 | 16/DEC | 16:49:05 | 7750503521 | AUT | :04 | .30 |
| 16/DEC | 16:50:12 | 0385111464 | AUT | :04 | .02 | 16/DEC | 16:50:12 | 7750503521 | AUT | :04 | .30 |
| 16/DEC | 16:50:55 | 0385111464 | AUT | 3:21 | .80 | 16/DEC | 16:58:52 | 0385111464 | AUT | 1:04 | .26 |
| 16/DEC | 17:03:50 | 0385111464 | AUT | 7:26 | 1.78 | 16/DEC | 17:07:25 | 0385111464 | AUT | :04 | .02 |
| 16/DEC | 17:07:25 | 7750503521 | AUT | :04 | .30 | 16/DEC | 17:12:37 | 0385111464 | AUT | 6:09 | 1.47 |
| 16/DEC | 17:33:52 | 0385111464 | AUT | 4:38 | 1.11 | 16/DEC | 18:23:31 | 49173503217452 | AUT | 13:47 | 3.29 |
| 16/DEC | 19:20:34 | 2077538811 | AUT | 8:00 | 2.39 | 16/DEC | 19:32:29 | 0385111464 | AUT | 16:21 | 3.90 |
| 16/DEC | 19:53:29 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 20:09:44 | 436646219845 | AUT | 1:33 | .53 |
| 16/DEC | 20:24:56 | 901 | AUT | :42 | .30 | 16/DEC | 20:31:55 | 436646219845 | AUT | 12:59 | 3.10 |
| 17/DEC | 21:17:32 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 21:19:01 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 21:22:57 | 0385111464 | AUT | :41 | .17 | 17/DEC | 21:43:23 | 0385111464 | AUT | 2:57 | .63 |
| 17/DEC | 9:55:21 | 7802000332 | AUT | :01 | .05 PB | 17/DEC | 11:07:21 | 4369917303132 | AUT | 6:41 | 1.60 |
| 17/DEC | 11:57:30 | 0385111464 | AUT | :04 | .02 | 17/DEC | 11:57:30 | 7750503521 | AUT | :04 | .30 |
| 17/DEC | 12:52:57 | 4366441028500 | AUT | :02 | .30 | 17/DEC | 12:53:26 | 4366441028500 | AUT | :21 | .30 |
| 17/DEC | 12:54:01 | 4366441028500 | AUT | :21 | .30 | 17/DEC | 12:55:21 | 4366441028500 | AUT | :22 | .30 |
| 17/DEC | 13:38:02 | 436646219845 | AUT | 10:55 | 2.61 | 17/DEC | 14:12:31 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 14:18:24 | 436764313701 | AUT | 1:18 | .31 | 17/DEC | 14:30:40 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 14:44:21 | 0385111464 | AUT | :35 | .14 | 17/DEC | 14:58:20 | 431700760000 | AUT | 2:06 | .68 |
| 17/DEC | 15:11:46 | 7802000332 | AUT | :01 | .21 | 17/DEC | 15:26:52 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 15:29:48 | 2077538811 | AUT | 4:16 | 1.35 | 17/DEC | 15:44:17 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 15:47:07 | 7802000332 | AUT | :01 | .21 | 17/DEC | 16:33:24 | 0385111464 | AUT | :03 | .02 |
| 17/DEC | 16:33:24 | 7750503521 | AUT | :03 | .30 | 17/DEC | 17:07:27 | 436646219845 | AUT | 5:06 | 1.57 |
| 17/DEC | 17:14:04 | 0385111464 | AUT | 3:19 | .80 | 17/DEC | 17:28:23 | 901 | AUT | :14 | .30 |
| 17/DEC | 17:59:30 | 436646219845 | AUT | 3:46 | 1.20 | 17/DEC | 18:09:47 | 491784120925 | AUT | :33 | .30 |
| 17/DEC | 18:46:55 | 436646219845 | AUT | 2:25 | .58 | 17/DEC | 19:17:41 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 19:17:44 | 7802000332 | AUT | :01 | .21 | 17/DEC | 19:28:26 | 436602591939 | AUT | :25 | .30 |
| 17/DEC | 19:29:51 | 0385111464 | AUT | 6:52 | 1.64 | 17/DEC | 19:45:47 | 0385111464 | AUT | 1:10 | .28 |
| 17/DEC | 19:55:58 | 0385111464 | AUT | :45 | .18 | 17/DEC | 21:45:21 | 436646219845 | AUT | 1:39 | .40 |
| 17/DEC | 21:47:47 | 7750503521 | AUT | :16 | .30 | 17/DEC | 21:47:47 | 0385111464 | AUT | :16 | .07 |
| 17/DEC | 21:49:13 | 901 | AUT | :21 | .30 | 17/DEC | 21:50:02 | 436646219845 | AUT | 1:03 | .38 |
| 17/DEC | 21:51:32 | 436646219845 | AUT | :11 | .30 | 17/DEC | 23:11:55 | 4351290102020 | AUT | 1:11 | .38 |
| 17/DEC | 23:31:41 | 7802000332 | AUT | :01 | .21 | 17/DEC | 23:34:19 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 23:34:43 | 901 | AUT | :10 | .30 | 18/DEC | 8:26:47 | 0385111464 | AUT | :17 | .07 |
| 18/DEC | 8:26:47 | 7750503521 | AUT | :17 | .30 | 18/DEC | 8:40:34 | 0385111464 | AUT | :24 | .10 |
| 18/DEC | 8:40:34 | 7750503521 | AUT | :24 | .30 | 18/DEC | 8:50:21 | 901 | AUT | :41 | .30 |
| 18/DEC | 8:51:21 | 4351290102020 | AUT | 1:12 | .38 | 18/DEC | 8:54:21 | 436434003531 | AUT | 1:28 | .45 |
| 18/DEC | 9:02:44 | 4969153074118 | AUT | 3:29 | 1.05 | 18/DEC | 9:03:24 | 0385111464 | AUT | :23 | .10 |
| 18/DEC | 9:03:24 | 7750503521 | AUT | :23 | .30 | 18/DEC | 9:06:25 | 901 | AUT | :23 | .30 |
| 18/DEC | 9:12:35 | 4969153074126 | AUT | :34 | .14 | 18/DEC | 9:51:34 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 9:54:42 | 436643003531 | AUT | 1:48 | .60 | 18/DEC | 10:00:42 | 4352122387 | AUT | 7:51 | 1.88 |
| 18/DEC | 10:25:24 | 4369917526777 | AUT | 1:24 | .45 | 18/DEC | 10:31:27 | 0385111464 | AUT | :36 | .15 |
| 18/DEC | 10:31:27 | 7750503521 | AUT | :36 | .30 | 18/DEC | 10:46:52 | 0385111464 | AUT | :23 | .10 |
| 18/DEC | 10:46:52 | 7750503521 | AUT | :23 | .30 | 18/DEC | 11:14:54 | 0385111464 | AUT | :25 | .10 |
| 18/DEC | 11:14:54 | 7750503521 | AUT | :25 | .30 | 18/DEC | 11:37:38 | 0385111464 | AUT | :31 | .13 |
| 18/DEC | 11:37:38 | 7750503521 | AUT | :31 | .30 | 18/DEC | 11:49:55 | 901 | AUT | 2:00 | .60 |
| 18/DEC | 11:50:05 | 0385111464 | AUT | :32 | .13 | 18/DEC | 11:50:05 | 7750503521 | AUT | :32 | .30 |
| 18/DEC | 11:52:43 | 0385111464 | AUT | 1:49 | .44 | 18/DEC | 11:55:00 | 436646219845 | AUT | 1:09 | .38 |
| 18/DEC | 11:55:07 | 0385111464 | AUT | :08 | .04 | 18/DEC | 11:55:07 | 7750503521 | AUT | :08 | .30 |
| 18/DEC | 11:55:24 | 0385111464 | AUT | :18 | .08 | 18/DEC | 11:55:24 | 7750503521 | AUT | :18 | .30 |
| 18/DEC | 11:56:25 | 901 | AUT | :23 | .30 | 18/DEC | 11:57:45 | 436646219845 | AUT | 3:19 | .80 |
| 18/DEC | 12:01:20 | 0385111464 | AUT | 2:39 | .64 | 18/DEC | 12:03:10 | 0385111464 | AUT | :30 | .12 |
| | | **Carried Forward To Next Page** | | | | | | | | | 248.60 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 248.60 | | | | | | |
| 18/DEC | 12:03:10 | 7750503521 | AUT | :30 | .30 | 18/DEC | 12:09:11 | 0385111464 | AUT | 3:31 | .84 |
| 18/DEC | 12:10:13 | 7750503521 | AUT | :40 | .30 | 18/DEC | 12:10:13 | 0385111464 | AUT | :40 | .16 |
| 18/DEC | 12:13:13 | 491784120925 | AUT | :59 | .30 | 18/DEC | 12:17:50 | 2071021746 | AUT | 3:21 | 1.05 |
| 18/DEC | 12:21:47 | 436646219845 | AUT | :22 | .30 | 18/DEC | 12:22:43 | 491784120925 | AUT | :41 | .30 |
| 18/DEC | 12:24:01 | 4369910100922 | AUT | 5:07 | 1.57 | 18/DEC | 12:24:39 | 7750503521 | AUT | :17 | .30 |
| 18/DEC | 12:24:39 | 0385111464 | AUT | :17 | .07 | 18/DEC | 12:26:30 | 7750503521 | AUT | :57 | .30 |
| 18/DEC | 12:26:30 | 0385111464 | AUT | :57 | .23 | 18/DEC | 12:26:50 | 0385111464 | AUT | 4:18 | 1.03 |
| 18/DEC | 12:26:50 | 7750503521 | AUT | 4:18 | 1.35 | 18/DEC | 12:29:22 | 901 | AUT | 2:27 | .75 |
| 18/DEC | 12:32:31 | 901 | AUT | :44 | .30 | 18/DEC | 12:32:47 | 0385111464 | AUT | :24 | .10 |
| 18/DEC | 12:32:47 | 7750503521 | AUT | :24 | .30 | 18/DEC | 12:34:28 | 4369910100922 | AUT | :21 | .09 |
| 18/DEC | 12:35:16 | 436646219845 | AUT | 6:19 | 1.94 | 18/DEC | 12:41:54 | 7920453890 | AUT | :49 | .30 |
| 18/DEC | 12:44:29 | 0385111464 | AUT | 1:06 | .27 | 18/DEC | 12:53:11 | 4969153074147 | AUT | :42 | .17 |
| 18/DEC | 13:01:47 | 436646219845 | AUT | 2:36 | .62 | 18/DEC | 13:05:04 | 901 | AUT | :25 | .30 |
| 18/DEC | 13:27:04 | 0385111464 | AUT | :23 | .10 | 18/DEC | 13:27:04 | 7750503521 | AUT | :23 | .30 |
| 18/DEC | 13:31:18 | 0385111464 | AUT | :13 | .06 | 18/DEC | 13:39:34 | 491622746124 | AUT | 2:42 | .65 |
| 18/DEC | 13:43:19 | 13343090261 | AUT | :11 | .79 | 18/DEC | 13:44:16 | 13343090261 | AUT | 30:01 | 23.90 |
| 18/DEC | 14:18:09 | 865996112914 | AUT | :01 | .01 | 18/DEC | 14:18:46 | 0385111464 | AUT | :08 | .04 |
| 18/DEC | 14:19:31 | 865996110124 | AUT | :01 | .01 | 18/DEC | 14:20:10 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 14:21:04 | 0385111464 | AUT | 6:34 | 1.57 | 18/DEC | 14:30:53 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 14:47:12 | 001 | DEU | 3:07 | .75 | 18/DEC | 14:52:46 | 2074091250 | DEU | :32 | .30 |
| 18/DEC | 14:54:21 | 7801340241 | DEU | :37 | .30 | 18/DEC | 15:04:08 | 7802148449 | DEU | :26 | .30 |
| 18/DEC | 15:04:08 | 491726675079 | DEU | :26 | .11 | 18/DEC | 15:04:47 | 49901 | DEU | :00 | .00 |
| 18/DEC | 15:04:52 | 491726675079 | DEU | :15 | .06 | 18/DEC | 15:04:47 | 7802148233 | DEU | :15 | .30 |
| 18/DEC | 15:05:21 | 49901 | DEU | :00 | .00 | 18/DEC | 15:05:39 | 7802148906 | DEU | :14 | .30 |
| 18/DEC | 15:05:39 | 491726675079 | DEU | :14 | .06 | 18/DEC | 15:06:30 | 49901 | DEU | :00 | .00 |
| 18/DEC | 15:11:41 | 0385111464 | DEU | 44:31 | 10.61 | 18/DEC | 15:18:48 | 7750503521 | DEU | :04 | .30 |
| 18/DEC | 15:18:48 | 0385111464 | DEU | :04 | .02 | 18/DEC | 16:07:01 | 7750503521 | DEU | :26 | .30 |
| 18/DEC | 16:07:01 | 0385111464 | DEU | :26 | .11 | 18/DEC | 17:06:09 | 901 | GBR | 4:29 | .00 B |
| 18/DEC | 17:13:46 | 00491784120925 | GBR | :10 | .02 | 18/DEC | 17:20:50 | 04369910100922 | GBR | :01 | .10 |
| 18/DEC | 17:22:46 | 22070396293 | GBR | :09 | .00 B | 18/DEC | 17:23:38 | 00491722620990 | GBR | :18 | .04 |
| 18/DEC | 18:10:38 | 02074091250 | GBR | 5:46 | .00 B | 18/DEC | 18:54:48 | 07899965494 | GBR | :28 | .00 B |
| 18/DEC | 19:01:24 | 901 | GBR | 1:02 | .00 B | 18/DEC | 19:02:56 | 00436646219845 | GBR | 1:00:01 | 8.68 |
| 18/DEC | 20:28:13 | 07920506506 | GBR | 8:13 | .00 B | 18/DEC | 20:59:01 | 901 | GBR | 2:36 | .00 B |
| 18/DEC | 21:09:08 | 901 | GBR | :42 | .00 B | 18/DEC | 21:12:32 | 07899965494 | GBR | :22 | .00 B |
| 18/DEC | 22:27:50 | 901 | GBR | :35 | .00 B | 18/DEC | 22:34:13 | 901 | GBR | 1:38 | .00 B |
| 18/DEC | 22:40:32 | 118500 | GBR | :29 | .27 | 19/DEC | 1:02:29 | 901 | GBR | :23 | .00 B |
| 19/DEC | 1:08:04 | 901 | GBR | 1:23 | .00 B | 19/DEC | 6:18:42 | 901 | GBR | :51 | .00 B |
| 19/DEC | 6:44:39 | 901 | GBR | :10 | .00 B | 19/DEC | 8:58:24 | 00436642606018 | GBR | :03 | .02 |
| 19/DEC | 10:51:01 | 901 | GBR | 1:26 | .00 B | 19/DEC | 12:59:30 | 02071021746 | GBR | :31 | .00 B |
| 19/DEC | 14:03:36 | 901 | GBR | :45 | .00 B | 19/DEC | 16:09:08 | 901 | GBR | :37 | .00 B |
| 19/DEC | 17:38:08 | 004369910100922 | GBR | 15:35 | 2.25 | 19/DEC | 18:34:44 | 04369917303132 | GBR | :01 | .10 |
| 19/DEC | 19:53:32 | 04369917303132 | GBR | :01 | .10 | 19/DEC | 20:01:58 | 04369917303132 | GBR | :01 | .10 |
| 19/DEC | 20:28:01 | 00436642606018 | GBR | 2:21 | .34 | 19/DEC | 22:11:41 | 00781501698 | GBR | 1:11 | .00 B |
| 19/DEC | 23:16:35 | 04369917303132 | GBR | :01 | .10 | 20/DEC | 7:33:52 | 7944943054 | GBR | :01 | .10 |
| 20/DEC | 8:16:35 | 901 | GBR | :13 | .00 B | 20/DEC | 8:44:47 | 02077538811 | GBR | 7:14 | .00 B |
| 20/DEC | 9:14:36 | 004367683000510 | GBR | 16:11 | 2.34 | 20/DEC | 9:32:57 | 00436642606018 | GBR | :08 | .02 |
| 20/DEC | 9:36:25 | 00431586105416 | GBR | 1:59 | .29 | 20/DEC | 10:31:20 | 04369917303132 | GBR | :01 | .10 |
| 20/DEC | 10:31:59 | 02071021746 | GBR | :22 | .00 B | 20/DEC | 10:54:21 | 04369917303132 | GBR | :01 | .10 |
| 20/DEC | 11:02:24 | 7900692810 | GBR | :01 | .10 | 20/DEC | 11:16:05 | 004315267777 | GBR | :41 | .10 |
| 20/DEC | 11:23:04 | 00436642365967 | GBR | :58 | .14 | 20/DEC | 11:25:35 | 901 | GBR | :14 | .00 B |
| 20/DEC | 11:41:42 | 901 | GBR | :55 | .00 B | 20/DEC | 15:28:31 | 901 | AUT | 2:18 | .75 |
| 20/DEC | 15:30:41 | 7750503521 | AUT | :06 | .30 | 20/DEC | 15:30:41 | 0385111464 | AUT | :06 | .03 |
| 20/DEC | 15:40:03 | 43151510 | AUT | 32:00 | 7.63 | 20/DEC | 16:04:17 | 7750503521 | AUT | :37 | .30 |
| 20/DEC | 16:04:17 | 0385111464 | AUT | :37 | .15 | 20/DEC | 16:15:04 | 7750503521 | AUT | :06 | .30 |
| 20/DEC | 16:15:04 | 0385111464 | AUT | :06 | .03 | 20/DEC | 16:15:12 | 436642011150 | AUT | 4:37 | 1.11 |
| 20/DEC | 16:15:25 | 0385111464 | AUT | :04 | .02 | 20/DEC | 16:15:25 | 7750503521 | AUT | :04 | .30 |

| | | **Carried Forward To Next Page** | | | 330.14 |
|---|---|---|---|---|---|

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000641



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | 330.14 | | | | | | |
| 20/DEC | 16:15:34 | 0385111464 | AUT | :04 | .02 | 20/DEC | 16:15:34 | 7750503521 | AUT | :04 | .30 |
| 20/DEC | 16:15:55 | 7750503521 | AUT | :12 | .30 | 20/DEC | 16:15:55 | 0385111464 | AUT | :12 | .05 |
| 20/DEC | 16:22:08 | 0385111464 | AUT | 2:27 | .59 | 20/DEC | 16:39:09 | 436641357619 | AUT | :10 | .04 |
| 20/DEC | 16:58:59 | 4369917303132 | AUT | :35 | .14 | 20/DEC | 17:12:16 | 0385111464 | AUT | :04 | .02 |
| 20/DEC | 17:12:16 | 7750503521 | AUT | :04 | .30 | 20/DEC | 17:29:29 | 7881501698 | AUT | 4:51 | 1.16 |
| 20/DEC | 17:35:19 | 4969153074118 | AUT | 1:14 | .38 | 20/DEC | 17:37:06 | 491784120925 | AUT | :50 | .30 |
| 20/DEC | 17:41:32 | 7750503521 | AUT | :04 | .30 | 20/DEC | 17:41:32 | 0385111464 | AUT | :04 | .02 |
| 20/DEC | 19:09:28 | 7750503521 | AUT | :14 | .30 | 20/DEC | 19:09:28 | 0385111464 | AUT | :14 | .06 |
| 20/DEC | 19:09:50 | 0385111464 | AUT | :32 | .13 | 20/DEC | 19:09:50 | 7750503521 | AUT | :32 | .30 |
| 20/DEC | 20:30:43 | 901 | AUT | 3:07 | .97 | 20/DEC | 20:34:31 | 41792008138 | AUT | 9:08 | 2.76 |
| 20/DEC | 20:44:51 | 491607414160 | AUT | :34 | .30 | 20/DEC | 20:46:02 | 7881501698 | AUT | 17:58 | 4.29 |
| 20/DEC | 21:02:14 | 7750503521 | AUT | :51 | .30 | 20/DEC | 21:02:14 | 0385111464 | AUT | :51 | .21 |
| 20/DEC | 21:02:25 | 7750503521 | AUT | :03 | .30 | 20/DEC | 21:02:25 | 0385111464 | AUT | :03 | .02 |
| 20/DEC | 21:23:02 | 0385111464 | AUT | :05 | .02 | 20/DEC | 21:23:02 | 7750503521 | AUT | :05 | .30 |
| 20/DEC | 21:24:41 | 7881501698 | AUT | 8:25 | 2.01 | 20/DEC | 21:33:42 | 436642606018 | AUT | 11:01 | 3.36 |
| 20/DEC | 21:45:32 | 901 | AUT | :58 | .30 | 20/DEC | 22:01:23 | 436642606018 | AUT | 6:22 | 1.52 |
| 21/DEC | 0:18:10 | 901 | AUT | :15 | .30 | 21/DEC | 7:45:00 | 436642365967 | AUT | 1:04 | .38 |
| 21/DEC | 9:28:39 | 0385111464 | AUT | :07 | .03 | 21/DEC | 9:32:23 | 436642365967 | AUT | :07 | .30 |
| 21/DEC | 9:43:52 | 4315267777 | AUT | :22 | .09 | 21/DEC | 9:45:39 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 9:45:39 | 0385111464 | AUT | :03 | .02 | 21/DEC | 9:49:55 | 0385111464 | AUT | :05 | .02 |
| 21/DEC | 9:49:55 | 7750503521 | AUT | :05 | .30 | 21/DEC | 10:08:55 | 901 | AUT | :10 | .30 |
| 21/DEC | 10:23:53 | 901 | AUT | 3:30 | 1.05 | 21/DEC | 10:27:54 | 491784120925 | AUT | 1:00 | .30 |
| 21/DEC | 10:33:03 | 491784120925 | AUT | 1:18 | .45 | 21/DEC | 11:40:20 | 436642510080 | AUT | :12 | .05 |
| 21/DEC | 12:33:01 | 901 | AUT | :11 | .30 | 21/DEC | 13:25:01 | 0385111464 | AUT | 1:43 | .41 |
| 21/DEC | 13:33:29 | 0385111464 | AUT | :16 | .07 | 21/DEC | 13:34:56 | 436767077878 | AUT | :19 | .08 |
| 21/DEC | 13:58:22 | 901 | AUT | :11 | .30 | 21/DEC | 14:04:13 | 2071021746 | AUT | 3:31 | 1.12 |
| 21/DEC | 14:15:13 | 0385111464 | AUT | :12 | .05 | 21/DEC | 14:15:45 | 0385111464 | AUT | 2:07 | .51 |
| 21/DEC | 14:51:39 | 1234567890 | AUT | 2:21 | .56 | 21/DEC | 14:58:50 | 436646219845 | AUT | 1:23 | .45 |
| 21/DEC | 15:32:31 | 436642606018 | AUT | :03 | .30 | 21/DEC | 16:10:07 | 0385111464 | AUT | :03 | .02 |
| 21/DEC | 16:10:07 | 7750503521 | AUT | :03 | .30 | 21/DEC | 16:12:29 | 0385111464 | AUT | :18 | .08 |
| 21/DEC | 16:12:29 | 7750503521 | AUT | :18 | .30 | 21/DEC | 17:06:25 | 901 | AUT | :15 | .30 |
| 21/DEC | 18:28:11 | 0385111464 | AUT | :27 | .11 | 21/DEC | 18:54:22 | 2074258000 | AUT | :09 | .04 |
| 21/DEC | 19:03:22 | 00442074258000 | AUT | :11 | .30 | 21/DEC | 19:07:18 | 436642606018 | AUT | 10:28 | 2.56 |
| 21/DEC | 19:19:49 | 7802000332 | AUT | :01 | .21 | 21/DEC | 19:29:19 | 0385111464 | AUT | :21 | .09 |
| 21/DEC | 20:42:03 | 901 | AUT | :33 | .30 | 21/DEC | 21:07:57 | 2074258000 | AUT | 30:09 | 7.19 |
| 21/DEC | 21:16:57 | 0385111464 | AUT | :41 | .17 | 21/DEC | 21:16:57 | 7750503521 | AUT | :41 | .30 |
| 21/DEC | 21:59:30 | 901 | AUT | :43 | .30 | 21/DEC | 22:01:24 | 436642606018 | AUT | 14:29 | 4.32 |
| 21/DEC | 22:17:43 | 0385111464 | AUT | :43 | .18 | 21/DEC | 22:19:00 | 2074258000 | AUT | 2:28 | .59 |
| 21/DEC | 22:40:48 | 0385111464 | AUT | 1:02 | .25 | 21/DEC | 22:47:55 | 0385111464 | AUT | :10 | .04 |
| 21/DEC | 23:01:52 | 0385111464 | AUT | :05 | .02 | 21/DEC | 23:01:52 | 7750503521 | AUT | :05 | .30 |
| 21/DEC | 23:08:16 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:08:16 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:12:20 | 7750503521 | AUT | :03 | .30 | 21/DEC | 23:12:20 | 0385111464 | AUT | :03 | .02 |
| 21/DEC | 23:12:45 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:12:45 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:13:58 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:13:58 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:38:00 | 0385111464 | AUT | :07 | .03 | 21/DEC | 23:52:49 | 901 | AUT | 2:13 | .68 |
| 22/DEC | 0:50:19 | 12129091464 | AUT | 12:42 | 10.08 | 22/DEC | 1:48:16 | 12129091464 | AUT | :46 | .79 |
| 22/DEC | 7:56:59 | 436642365967 | AUT | 1:40 | .53 | 22/DEC | 8:16:38 | 0385111464 | AUT | 9:34 | 2.28 |
| 22/DEC | 8:30:16 | 0385111464 | AUT | :11 | .05 | 22/DEC | 8:32:37 | 7750503521 | AUT | :32 | .30 |
| 22/DEC | 8:32:37 | 0385111464 | AUT | :32 | .13 | 22/DEC | 8:32:54 | 7802000332 | AUT | :01 | .21 |
| 22/DEC | 8:41:03 | 901 | AUT | :38 | .30 | 22/DEC | 8:41:12 | 0385111464 | AUT | :24 | .10 |
| 22/DEC | 8:41:12 | 7750503521 | AUT | :24 | .30 | 22/DEC | 8:43:44 | 436642365967 | AUT | :09 | .04 |
| 22/DEC | 8:44:23 | 0385111464 | AUT | :05 | .02 | 22/DEC | 8:44:23 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 8:44:44 | 43151510 | AUT | 5:58 | 1.43 | 22/DEC | 8:45:05 | 7750503521 | AUT | :21 | .30 |
| 22/DEC | 8:45:05 | 0385111464 | AUT | :21 | .09 | 22/DEC | 8:59:21 | 901 | AUT | :56 | .30 |
| 22/DEC | 9:01:06 | 436642606018 | AUT | 6:05 | 1.87 | 22/DEC | 9:14:38 | 2074258000 | AUT | :12 | .05 |
| 22/DEC | 9:32:46 | 0385111464 | AUT | 2:36 | .62 | 22/DEC | 9:34:26 | 0385111464 | AUT | :05 | .02 |
| **Carried Forward To Next Page** | | | | | | | | | | | 399.86 |

74
O2/CONT/DB/01 APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential
LEH_0000642



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 399.86 |
| 22/DEC | 9:34:26 | 7750503521 | AUT | :05 | .30 | 22/DEC | 10:16:16 | 0385111464 | AUT | :41 | .17 |
| 22/DEC | 10:16:25 | 7750503521 | AUT | :17 | .30 | 22/DEC | 10:16:25 | 0385111464 | AUT | :17 | .07 |
| 22/DEC | 10:32:12 | 901 | AUT | 7:34 | 2.31 | 22/DEC | 10:45:52 | 0385111464 | AUT | 2:23 | .57 |
| 22/DEC | 10:48:42 | 0385111464 | AUT | 7:05 | 1.69 | 22/DEC | 11:00:49 | 901 | AUT | :09 | .30 |
| 22/DEC | 11:01:16 | 00442074258000 | AUT | :12 | .30 | 22/DEC | 11:03:58 | 00442074258000 | AUT | 1:00 | .30 |
| 22/DEC | 11:07:02 | 7881501698 | AUT | :13 | .30 | 22/DEC | 11:11:29 | 498998108100 | AUT | :35 | .14 |
| 22/DEC | 11:13:11 | 7881501698 | AUT | :53 | .22 | 22/DEC | 11:14:30 | 7881501698 | AUT | 16:28 | 3.93 |
| 22/DEC | 11:23:14 | 7750503521 | AUT | :53 | .30 | 22/DEC | 11:23:14 | 0385111464 | AUT | :53 | .22 |
| 22/DEC | 11:24:37 | 0385111464 | AUT | :04 | .02 | 22/DEC | 11:24:37 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 11:27:06 | 0385111464 | AUT | :12 | .05 | 22/DEC | 11:27:06 | 7750503521 | AUT | :12 | .30 |
| 22/DEC | 11:31:38 | 491784120925 | AUT | 1:56 | .60 | 22/DEC | 11:32:32 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 11:32:32 | 0385111464 | AUT | :03 | .02 | 22/DEC | 11:34:15 | 0385111464 | AUT | 6:13 | 1.49 |
| 22/DEC | 11:34:18 | 7750503521 | AUT | :02 | .30 | 22/DEC | 11:34:18 | 0385111464 | AUT | :02 | .01 |
| 22/DEC | 11:34:46 | 7750503521 | AUT | :50 | .30 | 22/DEC | 11:34:46 | 0385111464 | AUT | :50 | .20 |
| 22/DEC | 11:55:17 | 0385111464 | AUT | 9:46 | 2.33 | 22/DEC | 12:05:43 | 436643001654 | AUT | 16:39 | 3.97 |
| 22/DEC | 12:13:56 | 7750503521 | AUT | :03 | .30 | 22/DEC | 12:13:56 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 12:24:58 | 0385111464 | AUT | 1:14 | .30 | 22/DEC | 12:33:48 | 7881501698 | AUT | 2:17 | .55 |
| 22/DEC | 13:02:48 | 436626386 | AUT | 14:52 | 3.55 | 22/DEC | 13:19:32 | 00442074258000 | AUT | 2:02 | .68 |
| 22/DEC | 13:34:25 | 436648161567 | AUT | 11:33 | 2.76 | 22/DEC | 13:46:19 | 436648161567 | AUT | :17 | .07 |
| 22/DEC | 13:47:02 | 436648161567 | AUT | 6:09 | 1.47 | 22/DEC | 13:53:30 | 436648161567 | AUT | 6:59 | 1.67 |
| 22/DEC | 13:54:26 | 0385111464 | AUT | :03 | .02 | 22/DEC | 13:54:26 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 13:55:18 | 0385111464 | AUT | :05 | .02 | 22/DEC | 13:55:18 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 13:56:18 | 0385111464 | AUT | :22 | .09 | 22/DEC | 13:56:18 | 7750503521 | AUT | :22 | .30 |
| 22/DEC | 13:58:03 | 7750503521 | AUT | :03 | .30 | 22/DEC | 13:58:03 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 14:03:39 | 0385111464 | AUT | :40 | .16 | 22/DEC | 14:06:57 | 491784120925 | AUT | :23 | .30 |
| 22/DEC | 14:09:40 | 436642606018 | AUT | 7:42 | 1.84 | 22/DEC | 14:09:44 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:09:44 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:10:02 | 0385111464 | AUT | :04 | .02 |
| 22/DEC | 14:10:02 | 7750503521 | AUT | :04 | .30 | 22/DEC | 14:10:21 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:10:21 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:12:15 | 0385111464 | AUT | :04 | .02 |
| 22/DEC | 14:12:15 | 7750503521 | AUT | :04 | .30 | 22/DEC | 14:13:08 | 7750503521 | AUT | :20 | .30 |
| 22/DEC | 14:13:08 | 0385111464 | AUT | :20 | .09 | 22/DEC | 14:13:09 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 14:13:28 | 0385111464 | AUT | :05 | .02 | 22/DEC | 14:13:28 | 0385111464 | AUT | :30 | .12 |
| 22/DEC | 14:13:28 | 7750503521 | AUT | :30 | .30 | 22/DEC | 14:14:40 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 14:14:40 | 0385111464 | AUT | :03 | .02 | 22/DEC | 14:15:55 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 14:15:55 | 7750503521 | AUT | :03 | .30 | 22/DEC | 14:16:37 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 14:16:37 | 0385111464 | AUT | :05 | .02 | 22/DEC | 14:17:20 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:17:20 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:18:05 | 0385111464 | AUT | :50 | .20 |
| 22/DEC | 14:19:17 | 496922223266 | AUT | 27:16 | 8.20 | 22/DEC | 14:34:08 | 7750503521 | AUT | :57 | .30 |
| 22/DEC | 14:34:08 | 0385111464 | AUT | :57 | .23 | 22/DEC | 14:45:14 | 0385111464 | AUT | :25 | .10 |
| 22/DEC | 14:45:14 | 7750503521 | AUT | :25 | .30 | 22/DEC | 14:49:27 | 436646278169 | AUT | :26 | .11 |
| 22/DEC | 14:57:56 | 436642606018 | AUT | 2:03 | .49 | 22/DEC | 15:09:47 | 901 | AUT | 3:28 | 1.05 |
| 22/DEC | 15:14:17 | 0385111464 | AUT | 4:42 | 1.13 | 22/DEC | 15:19:20 | 0385111464 | AUT | 2:18 | .55 |
| 22/DEC | 15:24:43 | 0385111464 | AUT | :06 | .03 | 22/DEC | 15:25:10 | 417972555000 | AUT | 2:15 | .54 |
| 22/DEC | 15:37:14 | 0385111464 | AUT | 4:12 | 1.01 | 22/DEC | 15:43:50 | 0385111464 | AUT | 1:08 | .28 |
| 22/DEC | 15:43:21 | 436648055374400 | AUT | 1:46 | .60 | 22/DEC | 15:47:30 | 491784120925 | AUT | :04 | .30 |
| 22/DEC | 15:48:40 | 491726675079 | AUT | 1:29 | .36 | 22/DEC | 15:53:36 | 0385111464 | AUT | 6:04 | 1.45 |
| 22/DEC | 16:17:04 | 0385111464 | AUT | 2:37 | .63 | 22/DEC | 16:20:04 | 0385111464 | AUT | 4:30 | 1.08 |
| 22/DEC | 16:25:14 | 436767301953 | AUT | 14:37 | 4.40 | 22/DEC | 16:43:38 | 12128912149 | AUT | 7:46 | 1.86 |
| 22/DEC | 17:02:35 | 43151533 | AUT | 4:02 | .97 | 22/DEC | 17:02:57 | 0385111464 | AUT | :05 | .02 |
| 22/DEC | 17:02:57 | 7750503521 | AUT | :05 | .30 | 22/DEC | 17:04:29 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 17:04:29 | 7750503521 | AUT | :03 | .30 | 22/DEC | 17:06:40 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 17:06:40 | 0385111464 | AUT | :03 | .02 | 22/DEC | 17:07:26 | 0385111464 | AUT | :04 | .02 |
| 22/DEC | 17:07:26 | 7750503521 | AUT | :04 | .30 | 22/DEC | 18:08:18 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 17:08:18 | 7750503521 | AUT | :03 | .30 | 22/DEC | 17:09:14 | 0385111464 | AUT | :12 | .05 |
| 22/DEC | 17:22:10 | 436642510080 | AUT | :16 | .07 | 22/DEC | 17:58:12 | 436641002010 | AUT | 17:48 | 5.37 |
| 22/DEC | 18:11:05 | 7750503521 | AUT | :16 | .30 | 22/DEC | 18:11:05 | 0385111464 | AUT | :16 | .07 |
| **Carried Forward To Next Page** | | | | | | | | | | | 473.80 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000643




MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 473.80 |
| 22/DEC | 18:38:20 | 436643001654 | AUT | 4:33 | 1.09 | 22/DEC | 18:48:34 | 7802000332 | AUT | :01 | .21 |
| 22/DEC | 18:49:12 | 436642606018 | AUT | 8:27 | 2.54 | 22/DEC | 19:01:10 | 436642606018 | AUT | :34 | .14 |
| 22/DEC | 19:04:12 | 436642606018 | AUT | :21 | .09 | 22/DEC | 19:07:56 | 0385111464 | AUT | :06 | .03 |
| 22/DEC | 19:07:56 | 7750503521 | AUT | :06 | .30 | 22/DEC | 19:35:36 | 00442074258000 | AUT | 1:09 | .38 |
| 22/DEC | 19:50:01 | 0385111464 | AUT | 1:09 | .28 | 22/DEC | 19:53:51 | 7881501698 | AUT | :18 | .08 |
| 22/DEC | 20:08:21 | 901 | AUT | :27 | .30 | 22/DEC | 20:20:18 | 7750503521 | AUT | :13 | .30 |
| 22/DEC | 20:20:18 | 0385111464 | AUT | :13 | .06 | 22/DEC | 20:21:08 | 12128912149 | AUT | :22 | .09 |
| 22/DEC | 20:29:55 | 901 | AUT | :17 | .30 | 22/DEC | 21:13:56 | 7881501698 | AUT | :43 | .18 |
| 22/DEC | 21:15:32 | 901 | AUT | :10 | .30 | 22/DEC | 21:31:46 | 491607414160 | AUT | 1:02 | .25 |
| 22/DEC | 23:04:23 | 7881501698 | AUT | 2:31 | .60 | 22/DEC | 23:41:05 | 0385111464 | AUT | :09 | .04 |
| 23/DEC | 0:23:01 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:24:17 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:24:03 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:26:23 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:26:06 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:33:27 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:26:51 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:34:15 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:33:46 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:35:00 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:34:30 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:35:31 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:35:20 | 7802000332 | AUT | :01 | .21 | 23/DEC | 6:54:17 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:36:22 | 7802000332 | AUT | :01 | .21 | 23/DEC | 7:01:31 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 6:56:26 | 901 | AUT | :27 | .30 | | | | | | |
| 23/DEC | 7:16:45 | 7802000332 | AUT | :01 | .21 | 23/DEC | 8:24:20 | 04369910100922 | GBR | :01 | .10 |
| 23/DEC | 8:49:10 | 901 | GBR | 1:18 | .00 B | 23/DEC | 8:51:27 | 901 | GBR | 1:30 | .00 B |
| 23/DEC | 11:27:20 | 901 | GBR | :44 | .00 B | 23/DEC | 11:28:30 | 436642606018 | GBR | 6:08 | .89 |
| 23/DEC | 11:35:09 | 00436767301953 | GBR | 26:46 | 3.87 | 23/DEC | 12:51:13 | 901 | GBR | 2:45 | .00 B |
| 23/DEC | 12:56:23 | 7801340241 | GBR | :01 | .10 | 23/DEC | 13:03:56 | 00436642011150 | GBR | :06 | .02 |
| 23/DEC | 13:04:42 | 00436645312295 | GBR | :56 | .14 | 23/DEC | 13:10:15 | 436643900243 | GBR | :01 | .10 |
| 23/DEC | 13:10:48 | 901 | GBR | :32 | .00 B | 23/DEC | 13:11:53 | 901 | GBR | :33 | .00 B |
| 09/JAN | 9:27:36 | 7785304530 | GBR | :01 | .10 | 09/JAN | 9:27:53 | 901 | GBR | :21 | .00 B |
| 09/JAN | 9:46:36 | 02071021746 | GBR | :14 | .00 B | 09/JAN | 9:55:05 | 901 | GBR | :11 | .00 B |
| 09/JAN | 10:08:00 | 004315993227 | GBR | 2:09 | .31 | 09/JAN | 10:48:39 | 02071021746 | GBR | 1:42 | .00 B |
| 09/JAN | 11:46:41 | 901 | GBR | 3:43 | .00 B | 09/JAN | 11:53:28 | 004369910100922 | GBR | :30 | .07 |
| 09/JAN | 11:55:32 | 004315993227 | GBR | 5:33 | .80 | 09/JAN | 12:28:18 | 00436991010922 | GBR | 1:32 | .22 |
| **Call Charges** | | | | | | | | | | | 492.16 |
| 23/DEC | 18:30:58 | 7802000332 | JAM | :00 | .00 | 23/DEC | 18:49:17 | 7801340241 | JAM | :02 | 1.20 |
| 23/DEC | 19:04:43 | 7750503521 | JAM | :20 | 1.20 | 23/DEC | 19:07:27 | 7802000332 | JAM | :01 | .40 |
| 23/DEC | 19:39:29 | 0385111464 | JAM | :12 | .17 | 24/DEC | 6:51:24 | 7750503521 | JAM | :11 | 1.20 |
| 24/DEC | 15:57:39 | 7750503521 | JAM | :16 | 1.20 | 24/DEC | 15:58:09 | 7750503521 | JAM | :56 | 1.20 |
| 24/DEC | 15:59:41 | 436642606018 | JAM | 5:49 | 10.74 | 24/DEC | 17:13:28 | 7802000332 | JAM | :01 | .40 |
| 24/DEC | 17:15:26 | 436645312199 | JAM | 14:42 | 26.41 | 26/DEC | 10:10:09 | 7750503521 | JAM | :09 | 1.20 |
| 26/DEC | 10:10:53 | 7750503521 | JAM | :09 | 1.20 | 26/DEC | 10:12:17 | 7750503521 | JAM | :45 | 1.20 |
| 26/DEC | 10:13:29 | 2071023003 | JAM | 4:28 | 5.37 | 26/DEC | 11:31:03 | 7750503521 | JAM | :09 | 1.20 |
| 26/DEC | 12:17:47 | 7750503521 | JAM | :12 | 1.20 | 26/DEC | 13:02:30 | 0385111464 | JAM | :05 | .08 |
| 26/DEC | 13:20:40 | 7750503521 | JAM | :10 | 1.20 | 26/DEC | 13:21:05 | 7750503521 | JAM | :13 | 1.20 |
| 26/DEC | 13:55:17 | 7750503521 | JAM | :09 | 1.20 | 26/DEC | 13:55:59 | 7750503521 | JAM | 1:31 | 2.09 |
| 27/DEC | 6:51:43 | 901 | JAM | :12 | 1.20 | 27/DEC | 6:52:38 | 7750503521 | JAM | 1:46 | 2.39 |
| 27/DEC | 6:55:15 | 436642606018 | JAM | 2:57 | 5.37 | 27/DEC | 7:05:39 | 0385111464 | JAM | :24 | .34 |
| 27/DEC | 16:27:12 | 7750503521 | JAM | :05 | 1.20 | 27/DEC | 16:44:47 | 7750503521 | JAM | :11 | 1.20 |
| 31/DEC | 6:30:45 | 7802000332 | JAM | :01 | .40 | 06/JAN | 16:47:36 | 12123506520 | GLP | 2:09 | 4.03 |
| 06/JAN | 21:56:56 | 011447750503521 | USA | :54 | .90 | 06/JAN | 22:56:16 | 00000000 | USA | :01 | .00 |
| 07/JAN | 7:43:23 | 901 | USA | :17 | .90 | 07/JAN | 9:25:14 | 901 | USA | :17 | .90 |
| 07/JAN | 15:19:37 | 0385111464 | USA | :34 | .22 | 07/JAN | 16:23:03 | 011447750503521 | USA | :43 | .90 |
| 07/JAN | 16:23:03 | 0385111464 | USA | :43 | .28 | 07/JAN | 16:24:21 | 00000000 | USA | :01 | .00 |
| 07/JAN | 16:25:36 | 901 | USA | :51 | .90 | 07/JAN | 19:52:14 | 901 | USA | :21 | .90 |
| 08/JAN | 3:08:58 | 011447750503521 | USA | :12 | .90 | 08/JAN | 3:08:58 | 0385111464 | USA | :12 | .08 |
| 08/JAN | 6:35:47 | 00000000 | USA | :01 | .00 | 08/JAN | 7:18:17 | 00000000 | USA | :01 | .00 |
| **Carried Forward To Next Page** | | | | | | | | | | | 84.27 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000644



| BILL | 97850249 |
|---|---|
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **84.27** |
| 08/JAN | 7:57:03 | 901 | USA | :49 | .90 | 08/JAN | 8:01:35 | 011431534530 | USA | :29 | .90 |
| 08/JAN | 8:05:25 | 011431534530 | USA | 4:44 | 4.28 | 08/JAN | 16:18:25 | 00000000 | USA | :01 | .00 |
| 08/JAN | 16:20:07 | 00000000 | USA | :01 | .00 | 08/JAN | 16:21:03 | 00000000 | USA | :01 | .00 |
| 08/JAN | 16:41:38 | 011447750503521 | USA | 3:03 | 2.93 | | | | | | |
| | | | | **UK VAT exempt calls** | | | | | | | **93.28** |
| 03/DEC | 11:26:31 | wap.o2.co.uk | GBR | :00 | .00 | | | | | | |
| | | | | **Data Calls** | | | | | | | **.00** |
| | | | | | | | **TOTAL CALLS** | | | | **585.44** |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000645

77

O2/CONT/0/SS/1  APR2006

# O₂ select

1407 ODIM367A LLKU78 23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |
| | |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/96945278 |
| PAGE | 1 of 7 |

**Your calling plan: O2 100**
**(All prices are VAT inclusive)**

| Type of Charge (Per Min) | COST |
|---|---|
| Standard (Anytime) | 10p |
| O2 to O2 (Anytime) | 10p |
| O2 to Other (Anytime) | 40p |
| SMS (per message) | 12p |
| WAP | 10p |
| Voicemail 901 (Anytime) | 10p |
| Additional Mb | £2.35 |
| MMS per text | 25p |

See www.o2.co.uk for detailed
pricing information

---

## Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 100** | | |
| Line Rental Charge | From: 12 Dec 06 To: 11 Jan 07 | 21.28 |
| Call Charges | To: 10 Dec 06 | 392.01 |
| O2 Pay As You Use Data Service | | 0.00 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 Dec 06 To: 11 Jan 07 | 2.54 |
| Loyalty Reward - International | | 16.50CR |
| **Sub Total Excluding VAT** | | 399.33 |
| VAT @ 17.50% of £399.33 | | 69.88 |
| **Total amount due this bill** | | 469.21 |
| **Balance Brought Forward** | | 0.00 |

---

## TOTAL AMOUNT DUE 26 Dec 06          £ 469.21

*333.16*

### About Your O2 Calling Plan

Your calling plan O2 100 has an inclusive monthly allowance of
100 text messages and 100 minutes

| | |
|---|---|
| Free SMS sent this period | 25 text messages |
| Free call duration used this period | 100 minutes |
| The total available for use next period | 100 text messages and 100 minutes |

**For Customer Services**
☎ **0800 032 1402**
select@o2.com

**Payments**
To settle this bill you need take
no action. Payment will be
requested from your bank
account or credit card on the
due date or soon after.

---

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

4710

O2/O/DISEM-CO APR2006

LEH_0000646



| BILL | 96945278 |
|---|---|
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/NOV | 14:27:39 | 901 | GBR | 1:12 | .11 | 03/NOV | 18:22:50 | 901 | GBR | :24 | .04 |
| 04/NOV | 10:54:46 | 901 | GBR | :45 | .07 | 04/NOV | 10:55:37 | 901 | GBR | :32 | .05 |
| 04/NOV | 17:16:41 | 901 | GBR | :40 | .06 | 05/NOV | 17:21:51 | 901 | GBR | :38 | .06 |
| 06/NOV | 7:32:55 | 901 | GBR | 1:10 | .10 | 09/NOV | 9:18:54 | 901 | GBR | :17 | .03 |
| 09/NOV | 9:47:34 | 901 | GBR | :55 | .08 | 09/NOV | 12:49:38 | 901 | GBR | 1:32 | .14 |
| 09/NOV | 16:34:08 | 901 | GBR | :22 | .04 | 09/NOV | 18:03:29 | 901 | GBR | :03 | .02 |
| 10/NOV | 7:27:16 | 901 | GBR | :12 | .02 | 10/NOV | 12:49:29 | 901 | GBR | 1:46 | .16 |
| 10/NOV | 14:04:15 | 901 | GBR | :28 | .04 | 10/NOV | 15:14:41 | 901 | GBR | :13 | .02 |
| 10/NOV | 20:03:10 | 901 | GBR | 1:12 | .11 | 10/NOV | 20:58:02 | 901 | GBR | :12 | .02 |
| 10/NOV | 21:34:12 | 901 | GBR | :55 | .08 | 10/NOV | 22:41:34 | 00491784120925 | GBR | 1:28 | .21 |
| 11/NOV | 8:36:53 | 00436646219845 | GBR | :30 | .07 | 11/NOV | 11:58:42 | 901 | GBR | 1:29 | .13 |
| 11/NOV | 12:00:39 | 00491607414160 | GBR | :06 | .02 | 11/NOV | 13:59:56 | 00491607414160 | GBR | :04 | .02 |
| 11/NOV | 16:30:10 | 07801340241 | GBR | :03 | .02 | 11/NOV | 18:31:17 | 901 | GBR | 1:04 | .10 |
| 11/NOV | 19:12:03 | 901 | GBR | :46 | .07 | 11/NOV | 19:12:56 | 901 | GBR | :20 | .03 |
| 11/NOV | 19:13:50 | 00491607414160 | GBR | 15:52 | 2.30 | 11/NOV | 19:34:11 | 02077538811 | GBR | 1:53 | .17 |
| 11/NOV | 19:38:19 | 02089170571 | GBR | 6:12 | .53 | 11/NOV | 21:12:44 | 0436641002010 | GBR | :01 | .10 |
| 11/NOV | 23:32:52 | 901 | GBR | :25 | .04 | 12/NOV | 9:36:14 | 901 | GBR | 5:45 | .00 B |
| 12/NOV | 9:50:58 | 02076022103 | GBR | :38 | .00 B | 12/NOV | 9:54:07 | 7801340241 | GBR | :01 | .00 B |
| 12/NOV | 10:41:36 | 0436641002010 | GBR | :01 | .10 | 12/NOV | 13:58:31 | 43526 | AUT | :00 | .00 |
| 12/NOV | 14:18:17 | 0385111464 | AUT | :38 | .16 | 12/NOV | 19:34:10 | 7711280840 | AUT | :00 | .00 |
| 12/NOV | 19:34:18 | 7711280840 | AUT | :00 | .00 | 12/NOV | 19:34:25 | 7711280840 | AUT | :00 | .00 |
| 12/NOV | 19:34:31 | 7711280840 | AUT | :00 | .00 | 12/NOV | 19:34:40 | 7711280840 | AUT | :00 | .00 |
| 13/NOV | 1:56:42 | 01515160 | AUT | :39 | .30 | 13/NOV | 2:43:42 | 7802000332 | AUT | :01 | .21 |
| 13/NOV | 3:22:15 | 7802000332 | AUT | :01 | .21 | 13/NOV | 10:42:38 | 7801340241 | AUT | :00 | .00 |
| 13/NOV | 12:31:01 | 0385111464 | AUT | 1:54 | .46 | 13/NOV | 12:31:38 | 00447802148364 | AUT | :39 | .30 |
| 13/NOV | 12:31:38 | 2072433492 | AUT | :39 | .16 | 13/NOV | 12:32:20 | 43901 | AUT | :00 | .00 |
| 13/NOV | 12:33:08 | 00447802148666 | AUT | 1:27 | .45 | 13/NOV | 13:54:24 | 00447920506506 | AUT | :02 | .30 |
| 13/NOV | 14:02:23 | 01515160 | AUT | 1:21 | .45 | 13/NOV | 14:02:42 | 496997583534 | AUT | :17 | .07 |
| 13/NOV | 14:02:42 | 00447802148447 | AUT | :17 | .30 | 13/NOV | 14:03:05 | 43901 | AUT | :00 | .00 |
| 13/NOV | 14:03:14 | 00447802148353 | AUT | :45 | .30 | 13/NOV | 14:14:08 | 7802000332 | AUT | :01 | .21 |
| 13/NOV | 16:30:09 | 901 | GBR | :59 | .00 B | 13/NOV | 16:31:51 | 00491607414160 | GBR | 9:28 | 1.37 |
| 13/NOV | 16:52:02 | 00496997583533 | GBR | 15:28 | 2.24 | 13/NOV | 20:26:09 | 901 | GBR | :38 | .00 B |
| 13/NOV | 20:38:53 | 0436641002010 | GBR | :01 | .10 | 14/NOV | 10:18:21 | 7976761438 | GBR | :01 | .00 B |
| 14/NOV | 12:09:34 | 901 | GBR | :32 | .00 B | 14/NOV | 12:12:07 | 004369910100922 | GBR | 1:05 | .16 |
| 14/NOV | 12:51:17 | 07796420820 | GBR | :25 | .00 B | 14/NOV | 12:52:03 | 07836220022 | GBR | 1:28 | .00 B |
| 14/NOV | 13:08:58 | 004369910100922 | GBR | 23:24 | 3.39 | 14/NOV | 15:19:26 | 7801340241 | GBR | :01 | .00 B |
| 14/NOV | 15:22:44 | 7801340241 | GBR | :01 | .00 B | 14/NOV | 15:43:45 | 07785304530 | GBR | :34 | .00 B |
| 15/NOV | 8:40:59 | 901 | GBR | 1:28 | .00 B | 15/NOV | 8:43:05 | 07920506506 | GBR | :19 | .00 B |
| 15/NOV | 8:43:49 | 00491607414160 | GBR | 10:02 | 1.45 | 15/NOV | 8:54:09 | 901 | GBR | :33 | .00 B |
| 15/NOV | 8:55:39 | 00436641002010 | GBR | 4:47 | .69 | 15/NOV | 9:04:54 | 07920506506 | GBR | 4:31 | .00 B |
| 15/NOV | 10:18:14 | 004367681032386 | GBR | 12:39 | 1.83 | 15/NOV | 10:31:36 | 07941425421 | GBR | :20 | .00 B |
| 15/NOV | 11:50:18 | 07836220022 | GBR | :50 | .00 B | 15/NOV | 11:53:55 | 07836220022 | GBR | 2:05 | .00 B |
| 15/NOV | 12:01:59 | 07836220022 | GBR | 1:42 | .00 B | 15/NOV | 12:09:23 | 901 | GBR | :11 | .00 B |
| 15/NOV | 12:12:31 | 07836220022 | GBR | :28 | .00 B | 15/NOV | 12:14:27 | 07836220022 | GBR | :06 | .00 B |
| 15/NOV | 12:24:42 | 00436646219845 | GBR | :12 | .03 | 15/NOV | 13:31:46 | 07801340241 | GBR | :31 | .00 B |
| 15/NOV | 14:02:41 | 0017192347431 | GBR | 24:31 | 3.55 | 15/NOV | 15:17:47 | 901 | GBR | 1:38 | .00 B |
| 15/NOV | 15:20:41 | 901 | GBR | :36 | .00 B | 15/NOV | 17:48:31 | 004369910100922 | GBR | 14:47 | 2.14 |
| 15/NOV | 18:41:49 | 901 | GBR | :38 | .00 B | 15/NOV | 18:42:58 | 004969153074118 | GBR | :10 | .02 |
| 15/NOV | 18:51:51 | 07920506509 | GBR | 19:23 | .00 B | 15/NOV | 19:11:24 | 901 | GBR | :20 | .00 B |
| 15/NOV | 19:18:01 | 004969153074118 | GBR | :04 | .02 | 15/NOV | 21:10:56 | 00491607414160 | GBR | :46 | .11 |
| 16/NOV | 8:03:11 | 901 | GBR | :13 | .00 B | 16/NOV | 8:33:24 | 02072860626 | GBR | 2:58 | .00 B |
| 16/NOV | 9:46:36 | 004369910100922 | GBR | :05 | .02 | 16/NOV | 16:22:45 | 00436646219845 | GBR | 1:36 | .23 |
| 16/NOV | 19:23:45 | 0491784120925 | GBR | :01 | .10 | 16/NOV | 23:33:37 | 901 | AUT | 1:12 | .38 |
| 16/NOV | 23:35:00 | 901 | AUT | 1:51 | .60 | 16/NOV | 9:53:18 | 06646219845 | AUT | 25:14 | 12.98 |
| 17/NOV | 10:39:00 | 41217840038 | AUT | 2:33 | .61 | 17/NOV | 12:43:21 | 0385111464 | AUT | 5:41 | 1.36 |
| 17/NOV | 12:55:33 | 00447802146287 | AUT | :19 | .30 | 17/NOV | 13:20:58 | 4369915513558 | AUT | :13 | .06 |
| 17/NOV | 13:21:31 | 4369915513558 | AUT | 30:31 | 7.28 | 17/NOV | 16:33:25 | 00447802148332 | AUT | :16 | .30 |
| 17/NOV | 18:57:18 | 06641002010 | AUT | 1:00:00 | 29.95 | 17/NOV | 17:20:04 | 0385111464 | AUT | :46 | .19 |
| 17/NOV | 17:20:04 | 00447802148982 | AUT | :46 | .30 | 17/NOV | 17:20:54 | 43901 | AUT | :00 | .00 |

**Carried Forward To Next Page**          80.80

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85



your
account

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 80.80 |
| 17/NOV | 18:10:44 | 436649132442 | AUT | :05 | .02 | 17/NOV | 18:10:44 | 00447802148578 | AUT | :05 | .30 |
| 17/NOV | 18:12:26 | 00447802148237 | AUT | :04 | .30 | 17/NOV | 18:12:26 | 7801340241 | AUT | :04 | .02 |
| 17/NOV | 18:16:25 | 00447802148290 | AUT | :28 | .30 | 17/NOV | 18:16:25 | 0385111464 | AUT | :28 | .12 |
| 17/NOV | 18:16:57 | 43901 | AUT | :00 | .00 | 17/NOV | 18:19:22 | 06641002010 | AUT | :51 | .50 |
| 17/NOV | 19:02:55 | 00447802148227 | AUT | 1:21 | .45 | 17/NOV | 19:15:45 | 00447920506506 | AUT | 1:11:05 | 21.23 |
| 17/NOV | 21:17:27 | 06645312199 | AUT | 46:01 | 23.46 | 17/NOV | 21:34:02 | 436649132442 | AUT | :07 | .03 |
| 17/NOV | 21:34:02 | 00447802148222 | AUT | :07 | .30 | 17/NOV | 21:47:18 | 0385111464 | AUT | :06 | .03 |
| 17/NOV | 21:47:18 | 00447802148806 | AUT | :06 | .30 | 18/NOV | 10:43:32 | 43901 | AUT | :00 | .00 |
| 18/NOV | 10:44:43 | 00447802148286 | AUT | :17 | .30 | 18/NOV | 10:46:38 | 7802000332 | AUT | :01 | .21 |
| 18/NOV | 10:46:50 | 7802000332 | AUT | :01 | .21 | 18/NOV | 17:14:08 | 436763004444 | AUT | :00 | .00 |
| 18/NOV | 17:15:36 | 7802000332 | AUT | :01 | .21 | 18/NOV | 17:25:19 | 00447802148280 | AUT | :02 | .30 |
| 19/NOV | 9:17:29 | 0385111464 | AUT | :03 | .02 | 19/NOV | 9:17:29 | 7750503521 | AUT | :03 | .30 |
| 19/NOV | 10:50:29 | 901 | AUT | :25 | .30 | 19/NOV | 10:51:31 | 436642011150 | AUT | 7:34 | 2.31 |
| 19/NOV | 12:14:56 | 436649132442 | AUT | :25 | .30 | 19/NOV | 14:43:58 | 8708377737 | AUT | :39 | .30 |
| 19/NOV | 14:50:33 | 2077538811 | AUT | 11:45 | 3.51 | 19/NOV | 16:13:32 | 436649132442 | AUT | :28 | .12 |
| 20/NOV | 0:54:02 | 00447802148648 | AUT | :07 | .30 | 20/NOV | 9:49:36 | 00351845544 | AUT | 2:25 | .75 |
| 20/NOV | 9:52:40 | 00448708377737 | AUT | 10:46 | 3.28 | 20/NOV | 10:44:17 | 4969153074089 | AUT | :03 | .02 |
| 20/NOV | 10:44:17 | 00447802148437 | AUT | :03 | .30 | 20/NOV | 10:45:02 | 00447802148087 | AUT | :20 | .30 |
| 20/NOV | 10:45:02 | 4969153074089 | AUT | :20 | .08 | 20/NOV | 10:45:26 | 43901 | AUT | :00 | .00 |
| 20/NOV | 10:48:37 | 436649132442 | AUT | :05 | .02 | 20/NOV | 10:48:37 | 00447802148286 | AUT | :05 | .30 |
| 20/NOV | 10:53:52 | 00447802148230 | AUT | :35 | .30 | 20/NOV | 10:55:27 | 004969153074089 | AUT | 6:03 | 1.87 |
| 20/NOV | 10:57:20 | 00447802148573 | AUT | :04 | .30 | 20/NOV | 10:57:20 | 43664251 0080 | AUT | :04 | .02 |
| 20/NOV | 11:20:46 | 015267777 | AUT | :43 | .30 | 20/NOV | 11:29:54 | 00442071021746 | AUT | 1:58 | .60 |
| 20/NOV | 12:17:43 | 0385111464 | AUT | 11:25 | 2.73 | 20/NOV | 12:40:04 | 436649132442 | AUT | 8:49 | 2.11 |
| 20/NOV | 12:55:25 | 0505040 | AUT | 20:29 | 6.11 | 20/NOV | 13:29:22 | 00448708377737 | AUT | 10:38 | 3.21 |
| 20/NOV | 13:40:25 | 00442077538811 | AUT | 3:48 | 1.20 | 20/NOV | 14:03:55 | 436642510080 | AUT | 3:37 | .87 |
| 20/NOV | 14:13:16 | 491784120925 | AUT | :16 | .07 | 20/NOV | 14:14:13 | 00447801340241 | AUT | :20 | .30 |
| 20/NOV | 14:20:29 | 491784120925 | AUT | :13 | .30 | 20/NOV | 14:21:30 | 491784120925 | AUT | 5:50 | 1.40 |
| 20/NOV | 14:27:48 | 0151515212 | AUT | :26 | .30 | 20/NOV | 15:03:36 | 43151515 | AUT | 1:08 | .28 |
| 20/NOV | 15:22:03 | 43526 | AUT | :00 | .00 | 20/NOV | 15:42:14 | 2077538811 | AUT | :33 | .14 |
| 20/NOV | 15:43:30 | 00442071021746 | AUT | 3:02 | .97 | 20/NOV | 15:46:17 | 43512574345121 | AUT | :31 | .13 |
| 20/NOV | 15:46:17 | 00447802148449 | AUT | :31 | .30 | 20/NOV | 15:46:51 | 43901 | AUT | :00 | .00 |
| 20/NOV | 15:49:58 | 4315267777 | AUT | :31 | .13 | 20/NOV | 15:59:47 | 43512574345145 | AUT | :57 | .23 |
| 20/NOV | 16:35:20 | 01501881100 | AUT | 1:20 | 1.00 | 20/NOV | 16:46:53 | 4315861054 | AUT | 1:30 | .36 |
| 20/NOV | 17:00:32 | 00442073443250 | AUT | :47 | .30 | 20/NOV | 17:29:00 | 00442077538811 | AUT | 1:08 | .38 |
| 20/NOV | 17:38:49 | 431501881720 | AUT | :21 | .09 | 20/NOV | 17:51:41 | 06645312199 | AUT | 2:50 | 1.50 |
| 20/NOV | 18:23:25 | 0385111464 | AUT | :15 | .06 | 20/NOV | 19:04:08 | 004969153074118 | AUT | :08 | .30 |
| 20/NOV | 19:20:03 | 431501881720 | AUT | :11 | .05 | 20/NOV | 20:11:39 | 06649132442 | AUT | 1:08 | 1.00 |
| 21/NOV | 8:03:00 | 0385111464 | AUT | :14 | .06 | 21/NOV | 8:03:00 | 00447802148972 | AUT | :14 | .30 |
| 21/NOV | 8:03:28 | 43901 | AUT | :00 | .00 | 21/NOV | 8:11:56 | 00447802148865 | AUT | :48 | .30 |
| 21/NOV | 8:58:31 | 06645312199 | AUT | :24 | .50 | 21/NOV | 8:59:34 | 43512574345145 | AUT | 4:31 | 1.08 |
| 21/NOV | 10:30:35 | 00447802148290 | AUT | :02 | .30 | 21/NOV | 10:38:51 | 7768231661 | AUT | :02 | .30 |
| 21/NOV | 10:38:57 | 7768231661 | AUT | :00 | .00 | 21/NOV | 11:37:26 | 00447802148827 | AUT | :14 | .30 |
| 21/NOV | 11:38:58 | 06643900243 | AUT | :36 | .50 | 21/NOV | 11:49:58 | 2077276577 | AUT | 1:09 | .28 |
| 21/NOV | 12:05:47 | 0385111464 | AUT | 18:13 | 4.35 | 21/NOV | 12:25:35 | 0385111464 | AUT | :35 | .14 |
| 21/NOV | 13:01:51 | 4969153074131 | AUT | 13:43 | 3.27 | 21/NOV | 13:20:20 | 0385111464 | AUT | :19 | .08 |
| 21/NOV | 13:24:26 | 0385111464 | AUT | 6:45 | 1.61 | 21/NOV | 15:31:40 | 901 | GBR | :34 | .00 B |
| 21/NOV | 15:37:53 | 07801340241 | GBR | 1:54 | .00 B | 21/NOV | 15:47:40 | 901 | GBR | 1:14 | .00 B |
| 21/NOV | 16:05:41 | 7801340241 | GBR | :01 | .00 B | 21/NOV | 16:15:33 | 0043151414672 | GBR | 13:55 | 2.01 |
| 21/NOV | 17:06:59 | 7801340241 | GBR | :01 | .00 B | 21/NOV | 17:14:00 | 07801340241 | GBR | 1:30 | .00 B |
| 21/NOV | 18:51:20 | 901 | GBR | :14 | .00 B | 21/NOV | 18:53:22 | 8002799493 | GBR | :56 | .00 B |
| 21/NOV | 19:05:57 | 0491784120925 | GBR | :01 | .10 | 21/NOV | 19:29:56 | 901 | GBR | :29 | .00 B |
| 21/NOV | 19:30:49 | 00491784120925 | GBR | 11:32 | 1.67 | 22/NOV | 8:48:17 | 901 | GBR | :03 | .00 B |
| 22/NOV | 10:51:56 | 901 | GBR | :38 | .08 | 22/NOV | 13:06:02 | 0043699101009 22 | GBR | :35 | .08 |
| 22/NOV | 16:42:01 | 901 | GBR | 1:48 | .00 B | 22/NOV | 16:45:54 | 004315861054 | GBR | :54 | .13 |
| 23/NOV | 7:54:42 | 901 | GBR | :07 | .00 B | 23/NOV | 8:13:38 | 004315861054 | GBR | 1:16 | .18 |

| | | **Carried Forward To Next Page** | | | | | | | | | 188.35 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000648

# O2

your account

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 188.35 | | | | | | |
| 23/NOV | 9:17:51 | 004315861054 | GBR | 2:16 | .33 | 23/NOV | 9:20:30 | 004315861054 | GBR | 2:24 | .35 |
| 23/NOV | 9:30:41 | 901 | GBR | :46 | .00 B | 23/NOV | 10:03:56 | 00491784120925 | GBR | 4:33 | .66 |
| 23/NOV | 11:11:47 | 901 | GBR | :07 | .00 B | 23/NOV | 11:13:15 | 00491607414160 | GBR | :54 | .13 |
| 23/NOV | 11:56:39 | 00431501881720 | GBR | 1:49 | .26 | 23/NOV | 16:30:57 | 901 | AUT | 3:11 | .97 |
| 23/NOV | 16:35:05 | 4315861054 | AUT | :58 | .30 | 23/NOV | 16:37:22 | 491607414160 | AUT | :20 | .08 |
| 23/NOV | 16:46:46 | 4369910100922 | AUT | 18:33 | 5.59 | 23/NOV | 17:07:21 | 901 | AUT | :02 | .30 |
| 23/NOV | 17:14:24 | 491607414160 | AUT | 2:19 | .56 | 23/NOV | 17:42:46 | 491784120925 | AUT | 2:11 | .68 |
| 23/NOV | 17:46:38 | 7802000332 | AUT | :01 | .21 | 23/NOV | 17:49:24 | 7802000332 | AUT | :01 | .21 |
| 23/NOV | 17:55:20 | 4369915513558 | AUT | 1:48 | .43 | 23/NOV | 18:22:19 | 436646219845 | AUT | 8:11 | 2.46 |
| 23/NOV | 19:02:11 | 0385111464 | AUT | :06 | .03 | 23/NOV | 19:02:11 | 7750503521 | AUT | :06 | .30 |
| 23/NOV | 22:01:39 | 901 | AUT | :04 | .30 | 24/NOV | 8:34:17 | 436645312199 | AUT | 16:06 | 3.84 |
| 24/NOV | 8:55:40 | 4369910100922 | AUT | :15 | .30 | 24/NOV | 8:56:36 | 4369910100922 | AUT | 6:31 | 1.56 |
| 24/NOV | 9:43:03 | 7801340241 | AUT | 2:22 | .57 | 24/NOV | 11:36:45 | 7750503521 | AUT | :04 | .30 |
| 24/NOV | 11:36:45 | 0385111464 | AUT | :04 | .02 | 24/NOV | 12:30:18 | 901 | AUT | :19 | .30 |
| 24/NOV | 13:55:11 | 7920506506 | AUT | :01 | .30 | 24/NOV | 16:44:47 | 7750503521 | AUT | :21 | .30 |
| 24/NOV | 16:44:54 | 0385111464 | AUT | :21 | .09 | 24/NOV | 16:59:14 | 491607414160 | AUT | 6:53 | 1.65 |
| 24/NOV | 17:09:39 | 901 | AUT | :27 | .30 | 24/NOV | 17:11:00 | 436642606018 | AUT | 3:50 | 1.20 |
| 24/NOV | 17:32:26 | 901 | AUT | :11 | .30 | 24/NOV | 17:37:36 | 0385111464 | AUT | :26 | .11 |
| 24/NOV | 17:37:36 | 7750503521 | AUT | :26 | .30 | 24/NOV | 17:42:27 | 901 | AUT | :32 | .30 |
| 24/NOV | 17:43:22 | 436645312199 | AUT | 1:21 | .45 | 24/NOV | 20:51:07 | 0385111464 | AUT | 2:36 | .62 |
| 24/NOV | 22:38:59 | 0385111464 | AUT | :04 | .02 | 24/NOV | 22:38:59 | 7750503521 | AUT | :04 | .30 |
| 24/NOV | 23:00:23 | 901 | AUT | :11 | .30 | 25/NOV | 10:33:37 | 4369910100922 | AUT | 15:29 | 4.62 |
| 25/NOV | 11:03:25 | 0385111464 | AUT | 12:16 | 2.93 | 25/NOV | 11:03:25 | 0385111464 | AUT | :05 | .02 |
| 25/NOV | 12:10:43 | 7750503521 | AUT | :05 | .30 | 25/NOV | 12:38:54 | 901 | AUT | :02 | .30 |
| 25/NOV | 12:47:01 | 2076022103 | AUT | :31 | .30 | 25/NOV | 12:47:56 | 2077538811 | AUT | 1:22 | .45 |
| 25/NOV | 13:14:03 | 0385111464 | AUT | 1:53 | .45 | 25/NOV | 18:12:10 | 7920506506 | AUT | 24:00 | 5.72 |
| 25/NOV | 18:26:02 | 7750503521 | AUT | :54 | .30 | 25/NOV | 18:26:02 | 0385111464 | AUT | :54 | .22 |
| 25/NOV | 18:30:08 | 0385111464 | AUT | :07 | .03 | 25/NOV | 18:30:08 | 7750503521 | AUT | :07 | .30 |
| 25/NOV | 18:51:49 | 7920506506 | AUT | :19 | .30 | 25/NOV | 20:09:08 | 7920506506 | AUT | :39 | .30 |
| 25/NOV | 20:09:20 | 0385111464 | AUT | :04 | .02 | 25/NOV | 20:09:20 | 7750503521 | AUT | :04 | .30 |
| 25/NOV | 20:09:37 | 7750503521 | AUT | :05 | .30 | 25/NOV | 20:09:37 | 0385111464 | AUT | :05 | .02 |
| 25/NOV | 20:10:01 | 7920506506 | AUT | 38:00 | 9.06 | 25/NOV | 21:44:30 | 2076022103 | AUT | :35 | .30 |
| 26/NOV | 10:48:17 | 901 | AUT | 1:01 | .38 | 26/NOV | 13:07:10 | 7750503521 | AUT | :04 | .30 |
| 26/NOV | 13:07:10 | 0385111464 | AUT | :04 | .02 | 26/NOV | 13:10:07 | 7801340241 | AUT | 8:35 | 2.05 |
| 26/NOV | 13:19:07 | 901 | AUT | :10 | .30 | 26/NOV | 15:01:17 | 7750503521 | AUT | :02 | .30 |
| 26/NOV | 15:01:17 | 0385111464 | AUT | :02 | .01 | 26/NOV | 17:18:34 | 43512378417 | AUT | 13:27 | 4.03 |
| 26/NOV | 17:35:13 | 0385111464 | AUT | 15:39 | 3.73 | 26/NOV | 17:53:16 | 7802000332 | AUT | :01 | .21 |
| 26/NOV | 18:46:44 | 0385111464 | AUT | 2:16 | .55 | 26/NOV | 19:11:53 | 0385111464 | AUT | :13 | .06 |
| 26/NOV | 19:51:10 | 491784120925 | AUT | 2:24 | .75 | 26/NOV | 21:13:02 | 7750503521 | AUT | :05 | .30 |
| 26/NOV | 21:13:02 | 0385111464 | AUT | :05 | .02 | 26/NOV | 22:50:59 | 901 | AUT | :16 | .30 |
| 27/NOV | 8:17:27 | 0385111464 | AUT | :41 | .17 | 27/NOV | 8:19:35 | 491784120925 | AUT | :26 | .30 |
| 27/NOV | 8:25:57 | 0385111464 | AUT | :21 | .09 | 27/NOV | 10:10:54 | 0385111464 | AUT | :06 | .03 |
| 27/NOV | 10:10:54 | 7750503521 | AUT | :06 | .30 | 27/NOV | 10:26:31 | 901 | AUT | :16 | .30 |
| 27/NOV | 10:28:30 | 4315861054 | AUT | 2:56 | .70 | 27/NOV | 11:33:47 | 7920506506 | AUT | :25 | .10 |
| 27/NOV | 11:33:47 | 7750503521 | AUT | :25 | .30 | 27/NOV | 12:57:47 | 7920506506 | AUT | :01 | .01 |
| 27/NOV | 14:07:31 | 0385111464 | AUT | :03 | .02 | 27/NOV | 14:07:31 | 7750503521 | AUT | :03 | .30 |
| 27/NOV | 14:23:30 | 7750503521 | AUT | :04 | .30 | 27/NOV | 14:23:30 | 0385111464 | AUT | :04 | .02 |
| 27/NOV | 14:24:12 | 0385111464 | AUT | :05 | .02 | 27/NOV | 14:24:12 | 7750503521 | AUT | :05 | .30 |
| 27/NOV | 14:39:27 | 7802000332 | AUT | :01 | .21 | 27/NOV | 14:43:27 | 901 | AUT | :56 | .30 |
| 27/NOV | 14:45:54 | 43160117290 | AUT | 33:31 | 10.06 | 27/NOV | 17:19:24 | 2071021746 | AUT | :47 | .30 |
| 27/NOV | 17:37:12 | 901 | AUT | :09 | .30 | 27/NOV | 19:00:39 | 0385111464 | AUT | :28 | .12 |
| 27/NOV | 19:00:39 | 7750503521 | AUT | :28 | .30 | 27/NOV | 19:08:30 | 901 | AUT | :36 | .30 |
| 27/NOV | 19:12:05 | 2077538811 | AUT | 2:34 | .82 | 27/NOV | 20:18:30 | 901 | AUT | :02 | .30 |
| 27/NOV | 21:00:35 | 7750503521 | AUT | 1:05 | .38 | 27/NOV | 21:00:35 | 0385111464 | AUT | 1:05 | .26 |
| 27/NOV | 21:20:11 | 901 | AUT | :53 | .30 | 27/NOV | 21:54:23 | 7750503521 | AUT | :55 | .30 |
| 27/NOV | 21:54:23 | 0385111464 | AUT | :55 | .22 | 27/NOV | 21:55:43 | 901 | AUT | 1:00 | .30 |

| | | **Carried Forward To Next Page** | | | 273.81 | | | | | | |

SS-O2/DISE04-CO APR2006    4713

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

| BILL | 96945278 |
|---|---|
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|
| | | Brought Forward From Previous Page | | | 273.81 |
| 28/NOV | 6:48:23 | 901 | AUT | :07 | .30 |
| 28/NOV | 7:58:46 | 0385111464 | AUT | :05 | .02 |
| 28/NOV | 8:59:02 | 901 | GBR | :17 | .00 B |
| 28/NOV | 9:46:01 | 7801340241 | GBR | :01 | .00 B |
| 28/NOV | 13:11:19 | 00491607414160 | GBR | :46 | .11 |
| 28/NOV | 15:49:27 | 00436646219845 | GBR | :41 | .10 |
| 29/NOV | 10:07:13 | 901 | GBR | 1:47 | .00 B |
| 29/NOV | 11:54:11 | 901 | GBR | :51 | .00 B |
| 29/NOV | 14:53:19 | 901 | GBR | 1:49 | .00 B |
| 29/NOV | 18:21:02 | 901 | GBR | :55 | .00 B |
| 29/NOV | 18:32:58 | 00436642606018 | GBR | 1:36 | .23 |
| 30/NOV | 13:14:23 | 901 | GBR | 4:04 | .00 B |
| 30/NOV | 16:54:04 | 901 | GBR | :41 | .00 B |
| 30/NOV | 22:03:49 | 43901 | AUT | :00 | .00 |
| 30/NOV | 22:08:16 | 00447802148880 | AUT | :04 | .30 |
| 30/NOV | 22:08:37 | 0385111464 | AUT | :59 | .24 |
| 01/DEC | 7:40:16 | 00447802148651 | AUT | :02 | .30 |
| 01/DEC | 10:45:13 | 00491784120925 | AUT | :56 | .30 |
| 01/DEC | 11:04:09 | 0385111464 | AUT | :33 | .14 |
| 01/DEC | 11:18:13 | 0385111464 | AUT | 1:54 | .46 |
| 01/DEC | 13:14:52 | 436642510080 | AUT | :17 | .07 |
| 01/DEC | 13:57:43 | 7802000332 | AUT | :01 | .21 |
| 01/DEC | 13:59:11 | 00447802148836 | AUT | :55 | .30 |
| 01/DEC | 14:05:29 | 00447802148702 | AUT | :04 | .30 |
| 01/DEC | 14:30:36 | 0385111464 | AUT | :14 | .06 |
| 01/DEC | 14:30:48 | 00447802148262 | AUT | :13 | .30 |
| 01/DEC | 14:30:53 | 43901 | AUT | :00 | .00 |
| 01/DEC | 14:31:31 | 0385111464 | AUT | :03 | .02 |
| 01/DEC | 14:32:14 | 0385111464 | AUT | :02 | .01 |
| 01/DEC | 14:44:37 | 2072355716 | AUT | :20 | .08 |
| 01/DEC | 14:46:23 | 00491784120925 | AUT | :06 | .30 |
| 01/DEC | 14:46:40 | 0385111464 | AUT | :04 | .02 |
| 01/DEC | 16:48:37 | 02071021746 | GBR | :26 | .00 B |
| 01/DEC | 17:20:28 | 7801340241 | GBR | :01 | .00 B |
| 01/DEC | 18:03:28 | 901 | GBR | :56 | .00 B |
| 02/DEC | 13:49:12 | 07721755033 | GBR | :41 | .00 B |
| 02/DEC | 16:26:10 | 901 | GBR | :21 | .00 B |
| 02/DEC | 17:09:52 | 901 | GBR | :10 | .00 B |
| 03/DEC | 13:55:34 | 00491784120925 | GBR | :48 | .12 |
| 03/DEC | 15:44:50 | 901 | GBR | :20 | .00 B |
| 04/DEC | 8:44:14 | 02071021000 | GBR | :58 | .00 B |
| 04/DEC | 8:11:46 | 901 | GBR | :26 | .00 B |
| 04/DEC | 14:22:22 | 43901 | AUT | :00 | .00 |
| 04/DEC | 14:47:36 | 00447802148893 | AUT | :28 | .30 |
| 04/DEC | 15:08:23 | 7801340241 | AUT | :00 | .00 |
| 04/DEC | 17:06:01 | 436602591939 | AUT | :17 | .07 |
| 04/DEC | 17:33:31 | 00447802148642 | AUT | :15 | .30 |
| 04/DEC | 17:43:04 | 0385111464 | AUT | :21 | .09 |
| 04/DEC | 17:47:44 | 0012123258415 | AUT | 8:05 | 6.52 |
| 04/DEC | 17:53:35 | 00447802148302 | AUT | :41 | .30 |
| 04/DEC | 17:56:01 | 00447802148224 | AUT | :49 | .30 |
| 04/DEC | 17:56:20 | 43140443 | AUT | 2:41 | .64 |
| 04/DEC | 18:06:52 | 00442076022103 | AUT | 1:28 | .45 |
| 04/DEC | 23:02:02 | 0385111464 | AUT | :03 | .02 |
| 04/DEC | 23:25:28 | 0385111464 | AUT | :02 | .01 |
| 05/DEC | 0:07:28 | 00447802148605 | AUT | :14 | .30 |
| 28/NOV | 6:56:57 | 7802000332 | AUT | :01 | .21 |
| 28/NOV | 7:58:46 | 7750503521 | AUT | :05 | .30 |
| 28/NOV | 9:00:52 | 7767245224 | GBR | :01 | .00 B |
| 28/NOV | 13:10:06 | 901 | GBR | :43 | .00 B |
| 28/NOV | 13:51:38 | 00436646219845 | GBR | :26 | .06 |
| 28/NOV | 20:21:16 | 901 | GBR | 2:05 | .00 B |
| 29/NOV | 10:46:52 | 07730015219 | GBR | :38 | .09 |
| 29/NOV | 14:05:15 | 00491607414160 | GBR | :38 | .09 |
| 29/NOV | 17:33:48 | 901 | GBR | 1:55 | .00 B |
| 29/NOV | 18:22:47 | 00491607414160 | GBR | 9:46 | 1.41 |
| 29/NOV | 18:34:58 | 00491607414160 | GBR | 1:08 | .16 |
| 30/NOV | 16:06:02 | 07711696986 | GBR | :44 | .00 B |
| 30/NOV | 17:27:34 | 0012123258415 | GBR | :06 | .06 |
| 30/NOV | 22:04:19 | 43526 | AUT | :00 | .00 |
| 30/NOV | 22:08:16 | 0385111464 | AUT | :04 | .02 |
| 30/NOV | 22:18:19 | 00447802148843 | AUT | :40 | .30 |
| 01/DEC | 10:34:27 | 00447802050506 | AUT | 10:27 | 3.13 |
| 01/DEC | 10:57:06 | 00447802148224 | AUT | :05 | .30 |
| 01/DEC | 11:07:09 | 436642510080 | AUT | :24 | .10 |
| 01/DEC | 13:13:15 | 43901 | AUT | :00 | .00 |
| 01/DEC | 13:54:12 | 7801340241 | AUT | :00 | .00 |
| 01/DEC | 13:58:42 | 7801340241 | AUT | :00 | .00 |
| 01/DEC | 14:01:25 | 06642606018 | AUT | 14:14 | 7.53 |
| 01/DEC | 14:05:29 | 436642510080 | AUT | :04 | .02 |
| 01/DEC | 14:30:36 | 00447802148127 | AUT | :14 | .30 |
| 01/DEC | 14:30:48 | 0385111464 | AUT | :13 | .06 |
| 01/DEC | 14:31:05 | 43901 | AUT | :00 | .00 |
| 01/DEC | 14:31:35 | 00447802148200 | AUT | :03 | .30 |
| 01/DEC | 14:32:14 | 00447802148334 | AUT | :02 | .30 |
| 01/DEC | 14:45:18 | 00447802148952 | AUT | :39 | .30 |
| 01/DEC | 14:46:40 | 00447802148307 | AUT | :04 | .30 |
| 01/DEC | 14:47:23 | 00491784120925 | AUT | 2:08 | .68 |
| 01/DEC | 16:50:39 | 901 | GBR | :57 | .00 B |
| 01/DEC | 17:21:23 | 7801340241 | GBR | :01 | .00 B |
| 01/DEC | 13:47:33 | 901 | GBR | 1:01 | .00 B |
| 02/DEC | 13:51:48 | 00491607414160 | GBR | 34:08 | 4.94 |
| 02/DEC | 17:08:00 | 901 | GBR | :09 | .00 B |
| 03/DEC | 12:14:41 | 00436645312295 | GBR | :46 | .11 |
| 03/DEC | 15:06:33 | 07920506506 | GBR | 1:30 | .00 B |
| 03/DEC | 15:59:55 | 07920506506 | GBR | :02 | .00 B |
| 04/DEC | 9:10:38 | 901 | GBR | :29 | .00 B |
| 04/DEC | 9:12:40 | 02071021746 | GBR | 6:41 | .00 B |
| 04/DEC | 14:32:04 | 00447802148814 | AUT | 1:03 | .38 |
| 04/DEC | 14:59:14 | 06646219845 | AUT | 2:19 | 10.92 |
| 04/DEC | 16:51:01 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:06:01 | 00447802148988 | AUT | :17 | .30 |
| 04/DEC | 17:36:47 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:44:07 | 00447802148297 | AUT | 1:51 | .60 |
| 04/DEC | 17:53:35 | 2076022103 | AUT | :41 | .17 |
| 04/DEC | 17:54:19 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:56:20 | 00447802148237 | AUT | 2:41 | .82 |
| 04/DEC | 17:59:04 | 43901 | AUT | :00 | .00 |
| 04/DEC | 18:23:33 | 00447802148616 | AUT | 2:46 | .90 |
| 04/DEC | 23:02:02 | 00447802148460 | AUT | :03 | .30 |
| 04/DEC | 23:25:28 | 00447802148894 | AUT | :08 | .30 |
| 05/DEC | 7:04:01 | 00447802148789 | AUT | :08 | .30 |
| | | Carried Forward To Next Page | | | 323.37 |

C020ISE04-CO APR2006

4714

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000650



MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 323.37 |
| 05/DEC | 7:08:59 | 06642011150 | AUT | :05 | .50 | 05/DEC | 9:16:35 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 9:22:28 | 436642011150 | AUT | :17 | .07 | 05/DEC | 9:22:28 | 00447802148867 | AUT | :17 | .30 |
| 05/DEC | 9:57:31 | 00447802148683 | AUT | :48 | .30 | 05/DEC | 9:57:31 | 4369910100922 | AUT | :48 | .20 |
| 05/DEC | 10:18:25 | 901 | GBR | 3:06 | .00 B | 05/DEC | 10:28:47 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 10:27:04 | 901 | GBR | 1:14 | .00 B | 05/DEC | 10:31:56 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 12:13:58 | 901 | GBR | :24 | .00 B | 05/DEC | 12:18:50 | 901 | GBR | :14 | .00 B |
| 05/DEC | 12:19:34 | 00491607414160 | GBR | 6:44 | .97 | 05/DEC | 13:00:58 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 13:03:42 | 7767245224 | GBR | :01 | .00 B | 05/DEC | 13:06:10 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 13:23:55 | 7767245224 | GBR | :01 | .00 B | 05/DEC | 13:24:43 | 901 | GBR | 1:27 | .00 B |
| 05/DEC | 15:53:54 | 901 | GBR | :03 | .00 B | 05/DEC | 15:55:52 | 07836220022 | GBR | :07 | .00 B |
| 05/DEC | 15:56:12 | 901 | GBR | :37 | .00 B | 05/DEC | 15:57:12 | 07920506506 | GBR | :10 | .00 B |
| 05/DEC | 16:47:40 | 901 | GBR | :38 | .00 B | 05/DEC | 18:02:57 | 00436642606018 | GBR | :28 | .07 |
| 05/DEC | 18:17:14 | 901 | GBR | :03 | .00 B | 05/DEC | 19:16:09 | 00436991100922 | GBR | :34 | .08 |
| 05/DEC | 22:49:12 | 901 | GBR | :11 | .00 B | 06/DEC | 7:32:54 | 901 | GBR | :14 | .01 PB |
| 06/DEC | 8:48:08 | 00431534530 | GBR | 5:24 | .78 | 06/DEC | 8:55:16 | 00491607414160 | GBR | 24:18 | 3.52 |
| 06/DEC | 10:01:21 | 901 | GBR | :22 | .04 | 06/DEC | 10:22:39 | 7767245224 | GBR | :01 | .00 B |
| 06/DEC | 10:27:27 | 7767245224 | GBR | :01 | .00 B | 06/DEC | 10:28:14 | 00436642011150 | GBR | :05 | .02 |
| 06/DEC | 10:52:07 | 7767245224 | GBR | :01 | .00 B | 06/DEC | 12:02:49 | 00436642606018 | GBR | 2:12 | .32 |
| 06/DEC | 12:07:40 | 901 | GBR | 1:01 | .09 | 06/DEC | 12:48:43 | 901 | GBR | :54 | .08 |
| 06/DEC | 13:07:19 | 7801340241 | GBR | :01 | .00 B | 06/DEC | 14:27:32 | 901 | GBR | :38 | .06 |
| 06/DEC | 14:28:43 | 00436642606018 | GBR | 1:32 | .22 | 06/DEC | 16:24:58 | 901 | GBR | :53 | .08 |
| 06/DEC | 16:26:02 | 00436642606018 | GBR | :04 | .02 | 06/DEC | 16:49:46 | 7801340241 | GBR | :01 | .00 B |
| 06/DEC | 16:50:37 | 901 | GBR | 1:07 | .10 | 06/DEC | 19:00:56 | 00436645312199 | GBR | 1:36 | .23 |
| 06/DEC | 19:38:32 | 00436642606018 | GBR | 7:39 | 1.11 | 06/DEC | 19:46:47 | 7801340241 | GBR | :01 | .00 B |
| 06/DEC | 19:47:43 | 00436642606018 | GBR | :02 | .02 | 06/DEC | 22:04:18 | 901 | GBR | 2:01 | .18 |
| 06/DEC | 22:07:03 | 00436642606018 | GBR | 22:52 | 3.31 | 06/DEC | 22:31:25 | 00436642606018 | GBR | 5:28 | .79 |
| 06/DEC | 22:38:22 | 7767245224 | GBR | :01 | .00 B | 07/DEC | 10:02:40 | 901 | AUT | :03 | .30 |
| 07/DEC | 10:09:12 | 7802000332 | AUT | :01 | .21 | 07/DEC | 10:10:59 | 2071021746 | AUT | 7:58 | 2.39 |
| 07/DEC | 10:21:00 | 436642011150 | AUT | :27 | .11 | 07/DEC | 10:26:38 | 4315861054 | AUT | 10:02 | 2.40 |
| 07/DEC | 11:05:37 | 7920506506 | AUT | :37 | .15 | 07/DEC | 11:40:44 | 1234567890 | AUT | :11 | .05 |
| 07/DEC | 11:41:11 | 0385111464 | AUT | 5:53 | 1.41 | 07/DEC | 11:41:34 | 7750503521 | AUT | :05 | .02 |
| 07/DEC | 11:41:34 | 0385111464 | AUT | :27 | .11 | 07/DEC | 11:53:21 | 4369915513558 | AUT | :05 | .02 |
| 07/DEC | 16:21:04 | 7802000332 | AUT | :01 | .21 | 07/DEC | 16:28:51 | 0385111464 | AUT | :08 | .04 |
| 07/DEC | 16:28:51 | 7750503521 | AUT | :08 | .30 | 07/DEC | 16:48:27 | 7750503521 | AUT | :15 | .30 |
| 07/DEC | 16:48:27 | 0385111464 | AUT | :15 | .06 | 07/DEC | 17:16:38 | 901 | AUT | :07 | .30 |
| 07/DEC | 17:17:17 | 901 | AUT | :42 | .30 | 07/DEC | 17:33:08 | 901 | AUT | :46 | .30 |
| 07/DEC | 17:34:12 | 901 | AUT | :34 | .30 | 07/DEC | 17:35:54 | 436648099822949 | AUT | :29 | .30 |
| 07/DEC | 17:54:25 | 0385111464 | AUT | :47 | .19 | 07/DEC | 17:54:25 | 7750503521 | AUT | :47 | .30 |
| 07/DEC | 18:24:04 | 901 | AUT | :12 | .30 | 07/DEC | 18:39:29 | 7750503521 | AUT | :35 | .30 |
| 07/DEC | 18:39:29 | 0385111464 | AUT | :35 | .14 | 07/DEC | 19:40:40 | 901 | AUT | :45 | .30 |
| 07/DEC | 21:35:33 | 901 | AUT | :21 | .30 | 07/DEC | 21:36:28 | 436648099822949 | AUT | 9:10 | 2.76 |
| 07/DEC | 21:53:10 | 2076022103 | AUT | 3:45 | .90 | 07/DEC | 23:20:24 | 901 | AUT | :10 | .30 |
| 07/DEC | 23:53:32 | 436642606018 | AUT | 11:45 | 3.51 | 08/DEC | 1:03:16 | 7802000332 | AUT | :01 | .21 |
| 08/DEC | 7:48:17 | 491733217452 | AUT | :41 | .30 | 08/DEC | 8:23:58 | 2076022103 | AUT | 9:11 | 2.76 |
| 08/DEC | 8:51:55 | 4969153074118 | AUT | :28 | .30 | 08/DEC | 9:10:20 | 49173503217452 | AUT | 31:40 | 7.55 |
| 08/DEC | 10:40:57 | 436642606018 | AUT | :52 | .30 | 08/DEC | 10:43:38 | 2071022513 | AUT | 1:09 | .38 |
| 08/DEC | 13:21:49 | 7750503521 | AUT | :24 | .30 | 08/DEC | 13:21:49 | 0385111464 | AUT | :24 | .10 |
| 08/DEC | 14:22:56 | 901 | AUT | :28 | .30 | 08/DEC | 14:24:38 | 0385111464 | AUT | :04 | .02 |
| 08/DEC | 14:24:38 | 7750503521 | AUT | :04 | .30 | 08/DEC | 15:28:31 | 4369910150496 | AUT | 6:46 | 1.62 |
| 08/DEC | 15:56:02 | 7920506506 | AUT | 6:37 | 1.58 | 08/DEC | 16:02:55 | 7920506506 | AUT | 1:16 | .31 |
| 08/DEC | 16:11:51 | 901 | AUT | :21 | .30 | 08/DEC | 16:12:34 | 2071022513 | AUT | :44 | .30 |
| 08/DEC | 16:13:31 | 901 | AUT | :18 | .30 | 08/DEC | 16:27:15 | 4969153074118 | AUT | 1:42 | .53 |
| 08/DEC | 16:39:14 | 0385111464 | AUT | 3:38 | .87 | 08/DEC | 16:41:16 | 0385111464 | AUT | :05 | .02 |
| 08/DEC | 16:41:16 | 7750503521 | AUT | :05 | .30 | 08/DEC | 16:43:47 | 2070161616 | AUT | :27 | .30 |
| 08/DEC | 16:44:44 | 7785392867 | AUT | :39 | .30 | 08/DEC | 16:57:43 | 0385111464 | AUT | 4:12 | 1.01 |
| 08/DEC | 17:02:47 | 4369910150496 | AUT | 2:44 | .66 | 08/DEC | 17:31:13 | 7750503521 | AUT | :43 | .30 |

**Carried Forward To Next Page**     377.52

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

# O2

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Brought Forward From Previous Page** | | | | | | | | | | 377.52 |
| 08/DEC | 17:31:13 | 0385111464 | AUT | :43 | .18 | 08/DEC | 17:56:05 | 901 | AUT | 1:17 | .45 |
| 08/DEC | 18:11:10 | 2070161616 | AUT | 6:15 | 1.87 | 08/DEC | 18:17:46 | 491784120925 | AUT | 6:27 | 1.94 |
| 08/DEC | 18:25:14 | 2076022103 | AUT | :37 | .30 | 08/DEC | 18:35:43 | 491784120925 | AUT | :49 | .30 |
| 08/DEC | 19:22:19 | 2077538811 | AUT | 1:12 | .38 | 08/DEC | 21:49:23 | 901 | GBR | :11 | .02 |
| 09/DEC | 10:08:12 | 901 | GBR | :35 | .05 | 09/DEC | 10:12:50 | 00491784120925 | GBR | :18 | .04 |
| 09/DEC | 10:26:16 | 901 | GBR | :10 | .02 | 09/DEC | 12:22:58 | 901 | GBR | :10 | .02 |
| 09/DEC | 12:46:52 | 7801340241 | GBR | :01 | .00 B | 09/DEC | 14:52:08 | 00436642606018 | GBR | 24:26 | 3.54 |
| 10/DEC | 9:33:39 | 901 | GBR | :03 | .02 | 10/DEC | 16:22:12 | 901 | GBR | :11 | .02 |
| 10/DEC | 17:11:08 | 02077538811 | GBR | 2:33 | .22 | 10/DEC | 18:01:51 | 901 | GBR | :52 | .08 |
| 10/DEC | 18:04:06 | 00491784120925 | GBR | 34:49 | 5.04 | | | | | | |
| | | | | **Call Charges** | | | | | | | 392.01 |
| 04/NOV | 17:21:11 | wap.o2.co.uk | GBR | :00 | .00 | | | | | | |
| | | | | **Data Calls** | | | | | | | .00 |
| | | | | | | | **TOTAL CALLS** | | | | 392.01 |

**Bundle Key**
B = Bundle Call
PB = Part Bundle Call

4716

O2OUSEM-CO APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000652

# O2 select

## your bill

6705/011137   23900   0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/95995780 |
| PAGE | 1 of 5 |

---

### Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 100** | | |
| Line Rental Charge | From: 12 Nov 06 To: 11 Dec 06 | 21.28 |
| Call Charges | To: 10 Nov 06 | 200.94 |
| O2 Pay As You Use Data Service | | 0.00 |
| My Europe | | 0.00 |
| | | |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 Nov 06 To: 11 Dec 06 | 2.54 |
| Loyalty Reward - International | | 27.72CR |
| Sub total excluding VAT | | 197.04 |
| VAT @ 17.50% of £197.04 | | 34.48 |
| **Total amount due this bill** | | 231.52 |
| Balance brought forward | | 0.00 |

### Let O2 Guardian take care of things

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. That's why we've set up O2 Guardian – to help ease the burden, offering you:

- billing data displayed at all access levels within a company;
- comprehensive reports with graphs;
- Up to 24 months of historic data;
- Personal call allocation and VAT management;
- Asset register and management of repairs, Replacements and upgrades;
- Management information high-lighting areas of high/low activity.

So, if you're in charge of more than 500 connections you'll be eligible for the O2 Guardian billing service. If you'd like to talk about the finer details, and discuss all your needs as a customer, **please contact your account manager.**

---

### TOTAL AMOUNT DUE 26 Nov 06    £ 231.52

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

*154.89*

#### For Customer Services
☎ **0800 032 1402**

**select@o2.com**

**Payments**
To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

### About Your O2 Calling Plan

Your calling plan O2 100 has an inclusive monthly allowance of 100 text messages and 100 minutes

| | | |
|---|---|---|
| Free SMS sent this period: | 18 | text messages |
| Free call duration used this period: | 100 | minutes |

The total available for use next period:
100 text messages and 100 minutes

O2/D/SE04  APR2006

Confidential

LEH_0000653



your
account

23900   0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| PAGE | 2 of 5 |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|
| 06/OCT | 17:30:03 | 901 | GBR | :30 | .05 | |
| 09/OCT | 10:22:45 | 0385111464 | AUT | 1:10 | .28 | |
| 09/OCT | 10:46:41 | 0385111464 | AUT | 2:15 | .54 | |
| 10/OCT | 10:29:21 | 901 | AUT | :02 | .50 | |
| 10/OCT | 11:45:06 | 0385111464 | AUT | :45 | .18 | |
| 10/OCT | 14:03:12 | 00447802148286 | AUT | :45 | .50 | |
| 10/OCT | 15:49:38 | 12123258415 | AUT | 1:03 | .99 | |
| 10/OCT | 15:59:32 | 436643953172 | AUT | :07 | .50 | |
| 10/OCT | 16:54:30 | 00447802148626 | AUT | :35 | .50 | |
| 10/OCT | 23:26:38 | 901 | AUT | 1:12 | .62 | |
| 10/OCT | 23:44:54 | 901 | AUT | :42 | .50 | |
| 11/OCT | 13:31:26 | 0385111464 | AUT | :37 | .15 | |
| 11/OCT | 13:35:53 | 4930300153362 | AUT | 11:51 | 5.93 | |
| 11/OCT | 13:38:55 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 13:39:13 | 00447802148797 | AUT | :04 | .50 | |
| 11/OCT | 15:24:01 | 901 | AUT | 1:13 | .62 | |
| 11/OCT | 15:44:07 | 901 | AUT | :35 | .50 | |
| 11/OCT | 15:56:41 | 00447802148192 | AUT | :04 | .50 | |
| 11/OCT | 15:57:20 | 00447802148595 | AUT | :06 | .50 | |
| 11/OCT | 16:11:32 | 436504006494 | AUT | 1:11 | .62 | |
| 11/OCT | 18:10:38 | 2076022103 | AUT | :20 | .50 | |
| 11/OCT | 18:23:31 | 00447802148189 | AUT | :19 | .50 | |
| 11/OCT | 18:35:23 | 436645312199 | AUT | 11:02 | 5.56 | |
| 11/OCT | 19:27:29 | 436643444662 | AUT | 3:18 | 1.73 | |
| 11/OCT | 20:09:00 | 0385111464 | AUT | :03 | .02 | |
| 11/OCT | 20:13:35 | 491607414160 | AUT | 12:20 | 6.17 | |
| 11/OCT | 21:57:03 | 0385111464 | AUT | 1:52 | .45 | |
| 12/OCT | 5:54:29 | 901 | AUT | :47 | .50 | |
| 12/OCT | 9:55:10 | 07836220022 | GBR | :57 | .00 | B |
| 12/OCT | 14:48:25 | 901 | GBR | :54 | .00 | B |
| 12/OCT | 15:15:15 | 901 | GBR | :36 | .00 | B |
| 13/OCT | 9:46:29 | 901 | GBR | 2:09 | .00 | B |
| 13/OCT | 10:46:14 | 7801340241 | GBR | :01 | .00 | B |
| 13/OCT | 14:54:12 | 07801340241 | GBR | :04 | .00 | B |
| 13/OCT | 15:37:27 | 07956000419 | GBR | :28 | .00 | B |
| 13/OCT | 16:59:22 | 0436643813015 | GBR | :01 | .10 | |
| 13/OCT | 21:08:09 | 901 | GBR | 1:08 | .00 | B |
| 14/OCT | 10:26:42 | 0436643813015 | GBR | :01 | .10 | |
| 16/OCT | 13:54:04 | 00436643953172 | GBR | :05 | .02 | |
| 17/OCT | 9:10:38 | 901 | GBR | 4:28 | .00 | B |
| 17/OCT | 10:55:29 | 00436643953172 | GBR | 1:18 | .19 | |
| 17/OCT | 11:37:33 | 00491784120925 | GBR | :25 | .06 | |
| 17/OCT | 12:17:13 | 00436576810232386 | GBR | 5:17 | .76 | |
| 17/OCT | 12:25:40 | 901 | GBR | :24 | .00 | B |
| 17/OCT | 17:13:36 | 07801340241 | GBR | :11 | .00 | B |
| 17/OCT | 22:03:29 | 7801340241 | GBR | :01 | .00 | B |
| 17/OCT | 22:20:48 | 0491607414160 | GBR | :01 | .10 | |
| 18/OCT | 12:58:21 | 901 | GBR | 1:24 | .00 | B |
| 18/OCT | 13:16:11 | 00491607414160 | GBR | :59 | .14 | |
| 18/OCT | 17:45:49 | 00436646219845 | GBR | 6:55 | 1.29 | |
| 18/OCT | 18:06:28 | 901 | GBR | :10 | .00 | B |
| 19/OCT | 14:33:53 | 436648161567 | AUT | :02 | .01 | |
| 19/OCT | 15:12:55 | 0385111464 | AUT | :16 | .07 | |
| 19/OCT | 15:24:49 | 901 | AUT | :16 | .30 | |
| 19/OCT | 15:47:34 | 0385111464 | AUT | :13 | .06 | |
| 19/OCT | 16:06:24 | 0385111464 | AUT | :15 | .06 | |
| 19/OCT | 17:22:40 | 0385111464 | AUT | :26 | .11 | |
| 19/OCT | 17:57:35 | 2076022103 | AUT | :35 | .30 | |
| 19/OCT | 20:40:49 | 43526 | AUT | :00 | .00 | |
| 07/OCT | 18:00:18 | 00436642011150 | GBR | 5:12 | .75 | |
| 09/OCT | 10:25:56 | 0385111464 | AUT | :30 | .12 | |
| 09/OCT | 11:03:11 | 491607414160 | AUT | 1:39 | .40 | |
| 10/OCT | 11:14:37 | 4322536001026 | AUT | 10:44 | 2.56 | |
| 10/OCT | 14:03:12 | 0385111464 | AUT | :45 | .18 | |
| 10/OCT | 15:47:45 | 901 | AUT | 1:26 | .75 | |
| 10/OCT | 15:51:34 | 436646219845 | AUT | 6:16 | 3.21 | |
| 10/OCT | 16:54:30 | 0385111464 | AUT | :35 | .14 | |
| 10/OCT | 23:22:18 | 901 | AUT | 3:33 | 1.86 | |
| 10/OCT | 23:33:04 | 901 | AUT | :29 | .50 | |
| 11/OCT | 13:27:35 | 491607414160 | AUT | :47 | .19 | |
| 11/OCT | 13:34:45 | 2071021746 | AUT | :11 | .50 | |
| 11/OCT | 13:38:55 | 00447802148303 | AUT | :04 | .50 | |
| 11/OCT | 13:39:13 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 15:17:56 | 901 | AUT | :05 | .50 | |
| 11/OCT | 15:25:41 | 436645312199 | AUT | 9:34 | 4.82 | |
| 11/OCT | 15:56:41 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 15:57:20 | 0385111464 | AUT | :06 | .03 | |
| 11/OCT | 16:09:03 | 901 | AUT | :11 | .50 | |
| 11/OCT | 17:56:52 | 12123258415 | AUT | :23 | .79 | |
| 11/OCT | 18:12:31 | 0385111464 | AUT | 22:20 | 5.33 | |
| 11/OCT | 18:23:31 | 0385111464 | AUT | :19 | .08 | |
| 11/OCT | 19:14:39 | 2076022103 | AUT | 9:07 | 2.18 | |
| 11/OCT | 20:09:00 | 00447802148623 | AUT | :03 | .50 | |
| 11/OCT | 20:12:24 | 901 | AUT | :31 | .50 | |
| 11/OCT | 21:57:03 | 00447802148305 | AUT | 1:52 | .99 | |
| 12/OCT | 9:04:47 | 07956000419 | GBR | 1:05 | .00 | B |
| 12/OCT | 14:46:24 | 901 | GBR | 1:52 | .00 | B |
| 12/OCT | 14:50:34 | 00491784120925 | GBR | :04 | .02 | |
| 13/OCT | 9:33:12 | 901 | GBR | :03 | .00 | B |
| 13/OCT | 9:49:27 | 00491607414160 | GBR | 1:20 | .19 | |
| 13/OCT | 13:55:51 | 00436991010922 | GBR | :48 | .12 | |
| 13/OCT | 15:28:27 | 901 | GBR | 2:14 | .00 | B |
| 13/OCT | 15:45:43 | 0436643813015 | GBR | :01 | .10 | |
| 13/OCT | 20:51:13 | 901 | GBR | :23 | .00 | B |
| 13/OCT | 21:12:50 | 0436643813015 | GBR | :01 | .10 | |
| 16/OCT | 11:53:23 | 7801340241 | GBR | :01 | .00 | B |
| 16/OCT | 17:55:31 | 02077200255 | GBR | 1:17 | .00 | B |
| 17/OCT | 10:42:41 | 901 | GBR | :30 | .00 | B |
| 17/OCT | 11:30:26 | 901 | GBR | 6:09 | .00 | B |
| 17/OCT | 11:52:23 | 07801340241 | GBR | :36 | .00 | B |
| 17/OCT | 12:22:58 | 00491784120925 | GBR | :55 | .13 | |
| 17/OCT | 14:11:34 | 901 | GBR | 1:02 | .00 | B |
| 17/OCT | 21:55:27 | 7801340241 | GBR | :01 | .00 | B |
| 17/OCT | 22:17:51 | 901 | GBR | 1:00 | .00 | B |
| 17/OCT | 22:25:57 | 0491607414160 | GBR | :01 | .10 | |
| 18/OCT | 13:02:56 | 07711696986 | GBR | 1:30 | .00 | B |
| 17/OCT | 17:22:29 | 901 | GBR | :29 | .00 | B |
| 17/OCT | 17:55:22 | 004315267777 | GBR | 5:29 | .79 | |
| 19/OCT | 12:01:43 | 901 | AUT | 2:41 | .82 | |
| 19/OCT | 15:00:11 | 7785304530 | AUT | :07 | .30 | |
| 19/OCT | 15:12:55 | 00447802148615 | AUT | :16 | .30 | |
| 19/OCT | 15:25:29 | 7785304530 | AUT | 20:52 | 6.26 | |
| 19/OCT | 15:52:54 | 436643004782 | AUT | 1:30 | .36 | |
| 19/OCT | 17:22:40 | 00447802148123 | AUT | :26 | .30 | |
| 19/OCT | 17:55:48 | 901 | AUT | :34 | .30 | |
| 19/OCT | 19:45:22 | 0385111464 | AUT | 7:58 | 1.90 | |
| 19/OCT | 21:28:27 | 0012128912149 | AUT | :36 | .79 | |

**Carried Forward To Next Page**                                    74.90

O2/CONT/DJS01   APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

LEH_0000654





your
account

| | | |
|---|---|---|
| 23900  0073 | BILL | 95995780 |
| | BILL DATE | 12 Nov 06 |
| MR THOMAS MARSONER | ACCOUNT | 001 03126795 |
| C/O LEHMAN BROTHERS | | |
| FAO ROBERTA PASQUINO | | |
| 25 BANK STREET | PAGE | 2 of 5 |
| E14 5LE | | |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/OCT | 17:30:03 | 901 | GBR | :30 | .05 | | 07/OCT | 18:00:18 | 00436642011150 | GBR | 5:12 | .75 | |
| 09/OCT | 10:22:45 | 0385111464 | AUT | 1:10 | .28 | | 09/OCT | 10:25:56 | 0385111464 | AUT | :30 | .12 | |
| 09/OCT | 10:46:41 | 0385111464 | AUT | 2:15 | .54 | | 09/OCT | 11:03:11 | 491607414160 | AUT | 1:39 | .40 | |
| 10/OCT | 10:29:21 | 901 | AUT | :02 | .50 | | 10/OCT | 11:14:37 | 4322536001026 | AUT | 10:44 | 2.56 | |
| 10/OCT | 11:45:06 | 0385111464 | AUT | :45 | .18 | | 10/OCT | 14:03:12 | 0385111464 | AUT | :45 | .18 | |
| 10/OCT | 14:03:12 | 00447802148286 | AUT | :45 | .50 | | 10/OCT | 15:47:45 | 901 | AUT | 1:26 | .75 | |
| 10/OCT | 15:49:38 | 12123258415 | AUT | 1:03 | .99 | | 10/OCT | 15:51:34 | 436646219845 | AUT | 6:16 | 3.21 | |
| 10/OCT | 15:59:32 | 436643953172 | AUT | :07 | .50 | | 10/OCT | 16:54:30 | 0385111464 | AUT | :35 | .14 | |
| 10/OCT | 16:54:30 | 00447802148626 | AUT | :35 | .50 | | 10/OCT | 23:22:18 | 901 | AUT | 3:33 | 1.86 | |
| 10/OCT | 23:26:38 | 901 | AUT | 1:12 | .62 | | 10/OCT | 23:33:04 | 901 | AUT | :29 | .50 | |
| 10/OCT | 23:44:54 | 901 | AUT | :42 | .50 | | 11/OCT | 13:27:35 | 491607414160 | AUT | :47 | .19 | |
| 11/OCT | 13:31:26 | 0385111464 | AUT | :37 | .15 | | 11/OCT | 13:34:45 | 2071021746 | AUT | :11 | .50 | |
| 11/OCT | 13:35:53 | 4930300153362 | AUT | 11:51 | 5.93 | | 11/OCT | 13:38:55 | 00447802148303 | AUT | :04 | .50 | |
| 11/OCT | 13:38:55 | 0385111464 | AUT | :04 | .02 | | 11/OCT | 13:39:13 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 13:39:13 | 00447802148797 | AUT | :04 | .50 | | 11/OCT | 15:17:56 | 901 | AUT | :05 | .50 | |
| 11/OCT | 15:24:01 | 901 | AUT | 1:13 | .62 | | 11/OCT | 15:25:41 | 436645312199 | AUT | 9:34 | 4.82 | |
| 11/OCT | 15:44:07 | 901 | AUT | :35 | .50 | | 11/OCT | 15:56:41 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 15:56:41 | 00447802148192 | AUT | :04 | .50 | | 11/OCT | 15:57:20 | 0385111464 | AUT | :06 | .03 | |
| 11/OCT | 15:57:20 | 00447802148595 | AUT | :06 | .50 | | 11/OCT | 16:09:03 | 901 | AUT | :11 | .50 | |
| 11/OCT | 16:11:32 | 436504006494 | AUT | 1:11 | .62 | | 11/OCT | 17:56:52 | 12123258415 | AUT | :23 | .79 | |
| 11/OCT | 18:10:38 | 2076022103 | AUT | :20 | .50 | | 11/OCT | 18:12:31 | 0385111464 | AUT | 22:20 | 5.33 | |
| 11/OCT | 18:23:31 | 00447802148189 | AUT | :19 | .50 | | 11/OCT | 18:23:31 | 0385111464 | AUT | :19 | .08 | |
| 11/OCT | 18:35:23 | 436645312199 | AUT | 11:02 | 5.56 | | 11/OCT | 19:14:39 | 2076022103 | AUT | 9:07 | 2.18 | |
| 11/OCT | 19:27:29 | 436643444662 | AUT | 3:18 | 1.73 | | 11/OCT | 20:09:00 | 00447802148623 | AUT | :03 | .50 | |
| 11/OCT | 20:09:00 | 0385111464 | AUT | :03 | .02 | | 11/OCT | 20:12:24 | 901 | AUT | :31 | .50 | |
| 11/OCT | 20:13:35 | 491607414160 | AUT | 12:20 | 6.17 | | 11/OCT | 21:57:03 | 00447802148305 | AUT | 1:52 | .99 | |
| 11/OCT | 21:57:03 | 0385111464 | AUT | 1:52 | .45 | | 11/OCT | 5:50:54 | 901 | AUT | :29 | .50 | |
| 12/OCT | 5:54:29 | 901 | AUT | :47 | .50 | | 12/OCT | 9:04:47 | 07956000419 | GBR | 1:05 | .00 | B |
| 12/OCT | 9:55:10 | 07836220022 | GBR | :57 | .00 | B | 12/OCT | 14:46:24 | 901 | GBR | 1:52 | .00 | B |
| 12/OCT | 14:48:25 | 901 | GBR | :54 | .00 | B | 12/OCT | 14:50:34 | 00491784120925 | GBR | :04 | .02 | |
| 12/OCT | 15:15:15 | 901 | GBR | :36 | .00 | B | 13/OCT | 9:33:12 | 901 | GBR | :03 | .00 | B |
| 12/OCT | 9:46:29 | 901 | GBR | 2:09 | .00 | B | 13/OCT | 9:49:27 | 00491607414160 | GBR | 1:20 | .19 | |
| 13/OCT | 10:46:14 | 7801340241 | GBR | :01 | .00 | B | 13/OCT | 13:35:51 | 004369910100922 | GBR | :48 | .12 | |
| 13/OCT | 14:54:12 | 07801340241 | GBR | :04 | .00 | B | 13/OCT | 15:28:27 | 901 | GBR | 2:14 | .00 | B |
| 13/OCT | 15:37:27 | 07956000419 | GBR | :28 | .00 | B | 13/OCT | 15:45:43 | 0436643813015 | GBR | :01 | .10 | |
| 13/OCT | 16:59:22 | 0436643813015 | GBR | :01 | .10 | | 13/OCT | 20:51:13 | 901 | GBR | :23 | .00 | B |
| 17/OCT | 21:08:09 | 901 | GBR | 1:08 | .00 | B | 16/OCT | 21:12:50 | 0436643813015 | GBR | :01 | .10 | |
| 14/OCT | 10:26:42 | 0436643813015 | GBR | :01 | .10 | | 16/OCT | 11:53:23 | 7801340241 | GBR | :01 | .00 | B |
| 16/OCT | 13:54:04 | 00436643953172 | GBR | :05 | .02 | | 16/OCT | 17:55:31 | 02077200255 | GBR | 1:17 | .00 | B |
| 17/OCT | 9:10:38 | 901 | GBR | 4:28 | .00 | B | 17/OCT | 10:42:41 | 901 | GBR | :30 | .00 | B |
| 17/OCT | 10:55:29 | 00436643953172 | GBR | 1:18 | .19 | | 17/OCT | 11:30:26 | 901 | GBR | 6:09 | .00 | B |
| 17/OCT | 11:37:33 | 00491784120925 | GBR | :25 | .06 | | 17/OCT | 11:52:23 | 07801340241 | GBR | :36 | .00 | B |
| 17/OCT | 12:17:13 | 00436768103286 | GBR | 5:17 | .76 | | 17/OCT | 12:22:58 | 00491784120925 | GBR | :55 | .13 | |
| 17/OCT | 12:25:40 | 901 | GBR | :24 | .00 | B | 17/OCT | 14:11:34 | 901 | GBR | 1:02 | .00 | B |
| 17/OCT | 17:13:36 | 07801340241 | GBR | :11 | .00 | B | 17/OCT | 21:55:27 | 7801340241 | GBR | :01 | .00 | B |
| 17/OCT | 22:03:29 | 7801340241 | GBR | :01 | .00 | B | 17/OCT | 22:17:51 | 901 | GBR | 1:00 | .00 | B |
| 17/OCT | 22:20:48 | 0491607414160 | GBR | :01 | .10 | | 17/OCT | 22:25:57 | 0491607414160 | GBR | :01 | .10 | |
| 18/OCT | 12:58:21 | 901 | GBR | 1:24 | .00 | B | 18/OCT | 13:02:56 | 07711696986 | GBR | 1:30 | .00 | B |
| 18/OCT | 13:16:11 | 00491607414160 | GBR | :59 | .14 | | 17/OCT | 17:22:29 | 901 | GBR | :29 | .00 | B |
| 18/OCT | 17:45:49 | 00436646219845 | GBR | 8:55 | 1.29 | | 17/OCT | 17:55:22 | 004315267777 | GBR | 5:29 | .79 | |
| 18/OCT | 18:06:28 | 901 | GBR | :10 | .00 | B | 19/OCT | 12:01:43 | 901 | AUT | 2:41 | .82 | |
| 19/OCT | 14:33:53 | 436648161567 | AUT | :02 | .01 | | 19/OCT | 15:00:11 | 7765304530 | AUT | :07 | .30 | |
| 19/OCT | 15:12:55 | 0385111464 | AUT | :16 | .07 | | 19/OCT | 15:12:55 | 00447802148615 | AUT | :16 | .30 | |
| 19/OCT | 15:24:49 | 901 | AUT | :16 | .30 | | 19/OCT | 15:25:29 | 7765304530 | AUT | 20:52 | 6.26 | |
| 19/OCT | 15:47:34 | 0385111464 | AUT | :13 | .06 | | 19/OCT | 15:52:54 | 436643004782 | AUT | 1:30 | .36 | |
| 19/OCT | 16:06:24 | 0385111464 | AUT | :15 | .06 | | 19/OCT | 17:22:40 | 00447802148123 | AUT | :26 | .30 | |
| 19/OCT | 17:22:40 | 0385111464 | AUT | :26 | .11 | | 19/OCT | 19:26:45 | 901 | AUT | :34 | .30 | |
| 19/OCT | 17:57:35 | 2076022103 | AUT | :35 | .30 | | 19/OCT | 19:45:22 | 0385111464 | AUT | 7:56 | 1.90 | |
| 19/OCT | 20:40:49 | 43526 | AUT | :00 | .00 | | 19/OCT | 21:28:27 | 0012128912149 | AUT | :36 | .79 | |

**Carried Forward To Next Page**                                           74.90

O2/CONT/03/01  APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

Confidential                                                                LEH_0000655

O2

**your account**

| | 23900 | 0073 | | BILL | 95995780 |
|---|---|---|---|---|---|

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

BILL DATE    12 Nov 06
ACCOUNT    001 03126795

PAGE    3 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

**Brought Forward From Previous Page**    74.90

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|
| 19/OCT | 22:38:15 | 0012123258415 | AUT | :16 | .79 |
| 20/OCT | 8:55:50 | 06644540400 | AUT | :20 | .51 |
| 20/OCT | 9:56:17 | 43664540400 | AUT | :06 | .03 |
| 20/OCT | 11:54:43 | 43664531295 | AUT | :00 | .00 |
| 20/OCT | 12:02:34 | 00491607414160 | AUT | 1:10 | .38 |
| 20/OCT | 12:16:06 | 7802000332 | AUT | :01 | .21 |
| 20/OCT | 12:30:12 | 434 | AUT | :00 | .00 |
| 20/OCT | 15:40:54 | 901 | GBR | :45 | .00 B |
| 20/OCT | 16:15:18 | 004961034853131 | GBR | 29:28 | 4.26 |
| 21/OCT | 8:40:07 | 901 | GBR | 1:22 | .00 B |
| 22/OCT | 20:36:30 | 63337 | GBR | :01 | .85 |
| 23/OCT | 12:04:58 | 901 | GBR | :39 | .00 B |
| 23/OCT | 13:54:45 | 00496997583533 | GBR | :54 | .13 |
| 23/OCT | 21:30:52 | 901 | GBR | :51 | .00 B |
| 24/OCT | 12:32:31 | 01534813788 | GBR | 1:27 | .00 B |
| 25/OCT | 8:37:09 | 901 | GBR | :53 | .00 B |
| 25/OCT | 10:53:41 | 00436641002010 | GBR | 5:11 | .75 |
| 26/OCT | 8:56:55 | 00435642365567 | GBR | :03 | .02 |
| 26/OCT | 12:25:37 | 07801340241 | GBR | :05 | .00 B |
| 27/OCT | 0:36:14 | 7929759839 | GBR | :01 | .00 B |
| 27/OCT | 7:24:13 | 901 | GBR | 1:28 | .00 B |
| 27/OCT | 10:56:34 | 00447802148942 | AUT | :06 | .30 |
| 27/OCT | 11:11:33 | 491607414160 | AUT | :33 | .14 |
| 27/OCT | 16:30:43 | 901 | AUT | 2:40 | .82 |
| 27/OCT | 18:11:30 | 901 | AUT | 6:07 | 1.87 |
| 27/OCT | 21:35:49 | 00491607414160 | GBR | :50 | .12 |
| 28/OCT | 21:29:02 | 04917621643658 | GBR | :01 | .10 |
| 29/OCT | 13:42:37 | 00491607414160 | GBR | 20:38 | 2.99 |
| 30/OCT | 10:23:12 | 00496997583533 | GBR | 1:35 | .23 |
| 30/OCT | 14:21:25 | 0436642365967 | GBR | :01 | .10 |
| 30/OCT | 14:21:31 | 0436642365967 | GBR | :01 | .10 |
| 30/OCT | 16:29:58 | 7767245224 | GBR | :01 | .00 B |
| 30/OCT | 20:17:31 | 901 | GBR | 1:23 | .00 B |
| 30/OCT | 20:28:57 | 7801340241 | GBR | :01 | .00 B |
| 31/OCT | 9:26:01 | 00491607414160 | GBR | 23:53 | 3.46 |
| 31/OCT | 11:29:41 | 118500 | GBR | 1:23 | .76 |
| 31/OCT | 11:52:48 | 81099 | GBR | :01 | .00 B |
| 31/OCT | 17:06:05 | 7717437613 | GBR | :01 | .00 B |
| 31/OCT | 17:22:31 | 0436602591939 | GBR | :01 | .10 |
| 31/OCT | 19:07:17 | 901 | GBR | 1:26 | .00 B |
| 01/NOV | 9:48:02 | 00491607414160 | GBR | 16:34 | 2.40 |
| 01/NOV | 14:35:48 | 7802000332 | AUT | :01 | .21 |
| 01/NOV | 16:17:31 | 00447802148854 | AUT | 1:15 | .38 |
| 01/NOV | 17:07:28 | 0385111464 | AUT | 3:20 | .80 |
| 01/NOV | 17:30:15 | 00447802148295 | AUT | :29 | .30 |
| 01/NOV | 18:36:33 | 901 | AUT | :04 | .30 |
| 01/NOV | 18:51:21 | 2076022103 | AUT | :43 | .30 |
| 01/NOV | 19:28:46 | 00447802148602 | AUT | :04 | .30 |
| 01/NOV | 19:55:17 | 901 | AUT | :30 | .30 |
| 01/NOV | 21:16:46 | 901 | AUT | :10 | .30 |
| 02/NOV | 7:41:20 | 0385111464 | AUT | :24 | .10 |
| 02/NOV | 8:31:57 | 00447802148021 | AUT | :18 | .30 |
| 02/NOV | 9:39:20 | 901 | GBR | 1:22 | .00 B |
| 02/NOV | 10:23:59 | 901 | GBR | :27 | .00 B |
| 02/NOV | 13:45:48 | 07767245224 | GBR | :42 | .00 B |
| 02/NOV | 14:19:33 | 00498998108100 | GBR | 6:22 | .92 |
| 19/OCT | 22:38:55 | 0019173455580 | AUT | 15:37 | 12.45 |
| 20/OCT | 9:11:01 | 00442076022103 | AUT | :15 | .30 |
| 20/OCT | 9:56:37 | 436644540400 | AUT | :35 | .14 |
| 20/OCT | 12:01:40 | 00447802148813 | AUT | :18 | .30 |
| 20/OCT | 12:15:22 | 43901 | AUT | :00 | .00 |
| 20/OCT | 12:18:44 | 491607414160 | AUT | :00 | .00 |
| 20/OCT | 12:40:37 | 0385111464 | AUT | :05 | .02 |
| 20/OCT | 15:59:51 | 901 | GBR | :27 | .10 B |
| 20/OCT | 19:29:25 | 0436645312295 | GBR | :01 | .10 |
| 20/OCT | 8:41:29 | 07785371220 | GBR | :23 | .00 B |
| 22/OCT | 20:36:45 | 63330 | GBR | :01 | .10 |
| 23/OCT | 13:49:48 | 901 | GBR | 1:49 | .00 B |
| 23/OCT | 14:50:52 | 00436642606018 | GBR | 4:01 | .58 |
| 24/OCT | 12:29:46 | 901 | GBR | 2:00 | .00 B |
| 24/OCT | 12:34:42 | 00491607414160 | GBR | 10:59 | 1.59 |
| 25/OCT | 10:44:10 | 00436643953172 | GBR | 3:32 | .51 |
| 25/OCT | 8:55:28 | 901 | GBR | :42 | .00 B |
| 26/OCT | 11:52:24 | 07949525722 | GBR | :37 | .00 B |
| 26/OCT | 14:27:48 | 00436648161567 | GBR | :01 | .00 B |
| 27/OCT | 7:22:30 | 2266 | AUT | :23 | .00 |
| 27/OCT | 10:47:57 | 901 | AUT | :59 | .30 |
| 27/OCT | 10:56:34 | 0385111464 | AUT | :06 | .03 |
| 27/OCT | 12:25:52 | 2074204200 | AUT | 15:14 | 3.64 |
| 27/OCT | 17:40:04 | 0385111464 | AUT | 8:39 | 2.07 |
| 27/OCT | 21:33:44 | 901 | GBR | 1:05 | .00 B |
| 27/OCT | 21:49:25 | 901 | GBR | :13 | .00 B |
| 30/OCT | 13:38:54 | 901 | GBR | 1:25 | .00 B |
| 30/OCT | 10:13:28 | 901 | GBR | :31 | .00 B |
| 30/OCT | 14:13:54 | 901 | GBR | 1:21 | .00 B |
| 30/OCT | 14:21:29 | 0436642365967 | GBR | :01 | .10 B |
| 30/OCT | 16:15:31 | 901 | GBR | :37 | .00 B |
| 30/OCT | 16:43:51 | 7767245224 | GBR | :01 | .00 B |
| 30/OCT | 20:19:23 | 00491607414160 | GBR | 6:43 | .97 |
| 31/OCT | 9:25:07 | 901 | GBR | :24 | .00 B |
| 31/OCT | 11:11:45 | 7717437613 | GBR | :01 | .00 B |
| 31/OCT | 11:36:55 | 02071021746 | GBR | 5:58 | .00 B |
| 31/OCT | 12:15:42 | 7717437613 | GBR | :00 | .00 B |
| 31/OCT | 17:19:43 | 901 | GBR | :24 | .00 B |
| 31/OCT | 18:36:38 | 0436602591939 | GBR | :01 | .10 |
| 31/OCT | 20:33:07 | 901 | GBR | :13 | .00 B |
| 01/NOV | 11:15:29 | 7767245224 | GBR | :01 | .00 B |
| 01/NOV | 14:50:50 | 901 | AUT | :06 | .30 |
| 01/NOV | 16:17:31 | 0385111464 | AUT | 1:15 | .30 |
| 01/NOV | 17:27:44 | 901 | AUT | :22 | .30 |
| 01/NOV | 17:30:15 | 0385111464 | AUT | :29 | .12 |
| 01/NOV | 18:45:17 | 901 | AUT | 2:33 | .82 |
| 01/NOV | 19:10:10 | 436641002010 | AUT | 2:49 | .90 |
| 01/NOV | 19:28:46 | 0385111464 | AUT | :04 | .02 |
| 01/NOV | 19:59:22 | 0385111464 | AUT | 3:20 | .80 |
| 02/NOV | 1:12:36 | 901 | AUT | :23 | .30 |
| 02/NOV | 7:41:20 | 00447802148213 | AUT | :24 | .10 |
| 02/NOV | 8:31:57 | 4351257434510 | AUT | :18 | .08 |
| 02/NOV | 9:54:36 | 00469153074418 | GBR | 17:06 | 2.47 |
| 02/NOV | 13:22:35 | 901 | GBR | :55 | .00 B |
| 02/NOV | 14:18:49 | 901 | GBR | :24 | .00 B |
| 02/NOV | 16:23:47 | 07767245224 | GBR | 3:50 | .00 B |

**Carried Forward To Next Page**    130.94

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85.

Confidential

LEH_0000656




your
account

23900     0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| PAGE | 4 of 5 |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | | 130.94 | |
| 02/NOV | 20:08:21 | 901 | GBR | :25 | .00 | B | 03/NOV | 10:01:10 | 901 | GBR | 1:02 | .00 | B |
| 03/NOV | 10:02:56 | 00491607414160 | GBR | :41 | .10 | | 03/NOV | 10:03:57 | 901 | GBR | 1:26 | .00 | B |
| 03/NOV | 11:08:42 | 00491607414160 | GBR | 20:11 | 2.92 | | 03/NOV | 11:46:42 | 00491784120925 | GBR | :30 | .07 | |
| 03/NOV | 12:11:43 | 00491607414160 | GBR | 23:37 | 3.42 | | 03/NOV | 15:21:35 | 07785304530 | GBR | :39 | .00 | B |
| 03/NOV | 15:30:34 | 00491607414160 | GBR | :04 | .02 | | 03/NOV | 15:46:47 | 02076022103 | GBR | :04 | .00 | B |
| 03/NOV | 16:15:12 | 00436642606018 | GBR | :29 | .07 | | 03/NOV | 16:17:53 | 00431586105416 | GBR | 2:37 | .38 | |
| 03/NOV | 16:24:14 | 00491784120925 | GBR | 4:00 | .58 | | 04/NOV | 11:32:48 | 02076022103 | GBR | :31 | .30 | |
| 05/NOV | 16:35:41 | 00491607414160 | GBR | 1:35 | .23 | | 05/NOV | 17:36:33 | 07771730067 | GBR | 3:40 | .00 | B |
| 05/NOV | 17:53:37 | 00491607414160 | GBR | 8:22 | 1.21 | | 05/NOV | 18:48:07 | 07785720006 | GBR | 24:03 | .00 | B |
| 05/NOV | 22:00:16 | 00491607414160 | GBR | 1:11 | .17 | | 06/NOV | 9:08:23 | 02071021746 | GBR | 2:42 | .10 | PB |
| 06/NOV | 9:52:13 | 02071021746 | GBR | 5:15 | .45 | | 06/NOV | 12:03:15 | 004969589990828 | GBR | 1:04 | .15 | |
| 06/NOV | 12:04:47 | 004969589990828 | GBR | 56:32 | 8.18 | | 06/NOV | 17:12:40 | 43901 | AUT | 5:50 | 1.40 | |
| 06/NOV | 17:33:29 | 00447802148313 | AUT | 1:42 | .53 | | 06/NOV | 17:36:23 | 496997583551 | AUT | 3:08 | .75 | |
| 06/NOV | 17:55:36 | 015335084 | AUT | 1:02 | .38 | | 06/NOV | 17:58:08 | 0385111464 | AUT | :32 | .30 | |
| 06/NOV | 18:00:04 | 0385111464 | AUT | :32 | .13 | | 06/NOV | 18:00:04 | 00447802148122 | AUT | :32 | .30 | |
| 06/NOV | 18:00:39 | 43901 | AUT | :00 | .00 | | 06/NOV | 18:01:33 | 00447802148858 | AUT | :42 | .30 | |
| 06/NOV | 18:02:47 | 00491784120925 | AUT | 16:00 | 4.77 | | 06/NOV | 18:23:20 | 436765501765 | AUT | 10:02 | 2.40 | |
| 06/NOV | 18:24:53 | 00447802148370 | AUT | :20 | .30 | | 06/NOV | 16:24:58 | 436642011150 | AUT | :20 | .08 | |
| 06/NOV | 18:25:23 | 43901 | AUT | :00 | .00 | | 06/NOV | 18:33:36 | 00447802148219 | AUT | :31 | .30 | |
| 06/NOV | 19:06:25 | 0385111464 | AUT | :21 | .09 | | 07/NOV | 0:57:50 | 00447802148580 | AUT | :17 | .30 | |
| 07/NOV | 7:43:20 | 00447802148493 | AUT | :06 | .30 | | 07/NOV | 8:20:30 | 00642606018 | AUT | 1:24 | 1.00 | |
| 07/NOV | 8:53:49 | 0385111464 | AUT | :15 | .06 | | 07/NOV | 9:00:14 | 00491784120925 | AUT | :32 | .30 | |
| 07/NOV | 10:33:39 | 00447802148614 | AUT | :05 | .30 | | 07/NOV | 10:33:39 | 43512574345145 | AUT | :05 | .02 | |
| 07/NOV | 10:54:11 | 7801340241 | AUT | :00 | .00 | | 07/NOV | 10:54:17 | 7801340241 | AUT | :00 | .00 | |
| 07/NOV | 16:19:27 | 4369910100922 | AUT | :00 | .00 | | 07/NOV | 16:20:02 | 43901 | AUT | :00 | .00 | |
| 07/NOV | 16:20:35 | 7802000332 | AUT | :01 | .21 | | 07/NOV | 16:20:53 | 00447802148083 | AUT | :51 | .30 | |
| 07/NOV | 16:21:14 | 4369910100922 | AUT | :00 | .00 | | 07/NOV | 17:36:14 | 00447802148636 | AUT | :17 | .30 | |
| 07/NOV | 18:20:19 | 00491607414160 | AUT | :02 | .30 | | 07/NOV | 20:48:19 | 00447802148300 | AUT | :05 | .30 | |
| 07/NOV | 20:48:19 | 436768103294 | AUT | :05 | .22 | | 08/NOV | 20:49:22 | 7802000332 | AUT | :01 | .21 | |
| 07/NOV | 20:49:42 | 00447802148815 | AUT | :08 | .30 | | 08/NOV | 1:03:31 | 43901 | AUT | :00 | .00 | |
| 08/NOV | 1:08:30 | 00447802148124 | AUT | 1:09 | .38 | | 08/NOV | 8:33:57 | 00447802148324 | AUT | :16 | .30 | |
| 08/NOV | 8:34:50 | 00442076022103 | AUT | :46 | .30 | | 08/NOV | 8:45:35 | 06643032827 | AUT | :04 | .50 | |
| 08/NOV | 10:59:29 | 43901 | AUT | :00 | .00 | | 08/NOV | 11:06:16 | 00642606018 | AUT | :12 | .50 | |
| 08/NOV | 11:06:38 | 00447802148346 | AUT | 1:31 | .53 | | 08/NOV | 11:53:04 | 4322369000 | AUT | 13:23 | 3.19 | |
| 08/NOV | 13:44:00 | 00447802148232 | AUT | :16 | .30 | | 08/NOV | 14:23:42 | 0385111464 | AUT | 12:35 | 3.00 | |
| 08/NOV | 15:10:32 | 00447802148625 | AUT | :03 | .30 | | 08/NOV | 15:10:32 | 43151433580O | AUT | :06 | .04 | |
| 08/NOV | 15:44:19 | 43901 | AUT | :00 | .00 | | 08/NOV | 15:44:41 | 00447802148140 | AUT | :54 | .30 | |
| 08/NOV | 16:26:09 | 43665686616 | AUT | :00 | .00 | | 08/NOV | 16:29:15 | 436648161567 | AUT | 11:00 | 2.63 | |
| 08/NOV | 17:19:15 | 436626386 | AUT | :25 | .10 | | 08/NOV | 17:38:37 | 0385111464 | AUT | 22:49 | 5.44 | |
| 08/NOV | 17:48:54 | 2079288888 | AUT | :19 | .08 | | 08/NOV | 17:48:54 | 00447802148665 | AUT | :19 | .30 | |
| 08/NOV | 17:49:17 | 43901 | AUT | :00 | .00 | | 08/NOV | 18:29:51 | 436646219845 | AUT | :55 | .22 | |
| 08/NOV | 20:52:44 | 43901 | AUT | :00 | .00 | | 08/NOV | 20:58:03 | 00447802148935 | AUT | :46 | .30 | |
| 08/NOV | 22:45:42 | 0385111464 | AUT | :06 | .03 | | 08/NOV | 22:45:42 | 00447802148283 | AUT | :06 | .30 | |
| 08/NOV | 23:51:36 | 436649246002 | AUT | :00 | .00 | | 08/NOV | 23:56:15 | 7802000332 | AUT | :01 | .21 | |
| 09/NOV | 1:20:33 | 436649246002 | AUT | :00 | .00 | | 09/NOV | 1:21:08 | 436649246002 | AUT | :00 | .00 | |
| 09/NOV | 1:21:38 | 43901 | AUT | :00 | .00 | | 09/NOV | 1:22:12 | 00447802148973 | AUT | :31 | .30 | |
| 09/NOV | 1:24:18 | 7802000332 | AUT | :01 | .21 | | 09/NOV | 2:00:19 | 436769563484 | AUT | :13 | .06 | |
| 09/NOV | 2:00:19 | 00447802148444 | AUT | :13 | .30 | | 09/NOV | 2:00:39 | 43901 | AUT | :00 | .00 | |
| 09/NOV | 2:02:49 | 00447802148603 | AUT | :23 | .30 | | 09/NOV | 6:38:13 | 00447802148216 | AUT | :42 | .30 | |
| 09/NOV | 9:14:04 | 7785364290 | GBR | :01 | .00 | B | 09/NOV | 9:17:27 | 7767245224 | GBR | :01 | .00 | B |
| 09/NOV | 9:53:08 | 7801340241 | GBR | :01 | .00 | B | 09/NOV | 10:05:59 | 02076022103 | GBR | :04 | .02 | |
| 09/NOV | 10:10:42 | 118500 | GBR | 2:17 | 1.26 | | 09/NOV | 10:14:57 | 7767245224 | GBR | :01 | .00 | B |
| 09/NOV | 10:15:54 | 00490300153362 | GBR | 25:01 | 3.62 | | 09/NOV | 12:49:01 | 7785364290 | GBR | :01 | .00 | B |
| 09/NOV | 13:10:26 | 00491729413159 | GBR | :30 | .07 | | 09/NOV | 13:12:57 | 00436645312199 | GBR | 6:55 | 1.00 | |
| 09/NOV | 14:01:17 | 00491607414160 | GBR | 1:58 | .28 | | 09/NOV | 14:56:32 | 00491784120925 | GBR | :19 | .05 | |
| 09/NOV | 14:57:30 | 00491784120925 | GBR | 5:55 | .86 | | 09/NOV | 18:01:45 | 00436641005156 | GBR | :56 | .14 | |
| | | **Carried Forward To Next Page** | | | | | | | | | | 192.96 | |

C02/CONT/D/901  APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

# O2

**your account**

| | | | BILL | 95995780 |
|---|---|---|---|---|
| 23900 | 0073 | | BILL DATE | 12 Nov 06 |
| | | | ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    5 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **192.96** |
| 10/NOV | 9:32:52 | 02074259500 | GBR | 22:09 | 1.89 | 10/NOV | 10:45:28 | 0491607414160 | GBR | :01 | .10 |
| 10/NOV | 12:52:19 | 07949525722 | GBR | :42 | .24 | 10/NOV | 12:54:14 | 004367681032386 | GBR | 4:12 | .61 |
| 10/NOV | 12:59:11 | 0043160117263 | GBR | :09 | .02 | 10/NOV | 13:11:29 | 020710211746 | GBR | 1:54 | .17 |
| 10/NOV | 13:29:02 | 0043512378417 | GBR | 10:25 | 1.51 | 10/NOV | 15:13:18 | 07801340241 | GBR | :03 | .02 |
| 10/NOV | 15:21:36 | 07801340241 | GBR | :03 | .02 | 10/NOV | 16:10:48 | 00491784120925 | GBR | :25 | .06 |
| 10/NOV | 19:43:02 | 00491607414160 | GBR | :27 | .07 | 10/NOV | 20:04:57 | 00436646219845 | GBR | 2:28 | .36 |
| 10/NOV | 20:21:28 | 07949525722 | GBR | 1:00 | .35 | 10/NOV | 22:22:20 | 00491784120925 | GBR | 17:40 | 2.56 |
| | | | | **Call Charges** | | | | | | | **200.94** |
| 02/OCT | 19:02:02 | wap.o2.co.uk | GBR | :00 | .00 | 31/OCT | 11:57:32 | wap.o2.co.uk | GBR | :00 | .00 |
| | | | | **Data Calls** | | | | | | | **.00** |
| | | | | **TOTAL CALLS** | | | | | | | **200.94** |

**Bundle Key**

B   = Bundle Call
PB  = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

Confidential

LEH_0000658

004115 V1071957 EEA423 25020
MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

|  |  |
|---|---|
| 07769 885 714 | £148.31 |
| 07776 144 253 | £1.28 |
| *Total before VAT* | *£149.59* |
| VAT on this bill *see back for VAT details* | £25.13 |
| Total | **£174.72** |

by Direct Debit on or
after 23 May 2007



113.86 @ 85%

55.40

Confidential

LEH_0000659

Page 1 of 4

**vodafone**

Call 08700 700191    222104425/00001    222104425046    09 May 2007

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £1.02 |
| *1 May to 2 May* | |
| CTRA150+STC+VP+12M | £19.91 |
| *3 May to 31 May* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |
| Video Calling | £0.00 |

Usage charges *up to 30 Apr*

| | |
|---|---|
| Calls | £96.90 |
| Messaging, mobile browsing + data | £24.53 |

| Total for 07769 885 714 | **£148.31** |
|---|---|

*This would be £173.22 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

) 113.86

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges and credits

| | |
|---|---|
| Dataworld | £5.00 |
| *1 May to 31 May* | |
| Discount on Dataworld | cr £5.00 |
| *1 May to 31 May* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| Total for 07776 144 253 | **£1.28** |
|---|---|

*This would be £1.50 including VAT.*

# Total for 2 mobiles    £149.59    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

00005744

004115 V120195700000002

Confidential

LEH_0000660



## Questions?

| | Give us a call on | Email us at | Account number | Invoice number | Date |
|---|---|---|---|---|---|
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425044 | 9 Mar 07 |

000163 V1070127 FHV422 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £117.45 |
| 07776 144 253 | £1.28 |
| *Total before VAT* | *£118.73* |
| VAT on this bill *see back for VAT details* | £17.42 |
| Total | **£136.15** |

by Direct Debit on or
after 23 March 2007





00000164

000163 V1070127 00000001

Confidential

LEH_0000661

**vodafone**

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Mar to 31 Mar* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges *up to 28 Feb*

| | |
|---|---|
| Calls | £67.80 |
| Calls | £5.60 VAT at 0% |
| Messaging, mobile browsing + data | £14.74 |
| Mobile browsing + data | £7.62 VAT at 0% |

*73.67*

| | |
|---|---|
| Total for 07769 885 714 | **£117.45** |

*This would be £134.64 including VAT.*
*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges and credits

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Mar to 31 Mar* | |
| Discount on Dataworld | cr £5.00 |
| *1 Mar to 31 Mar* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| | |
|---|---|
| Total for 07776 144 253 | **£1.28** |

*This would be £1.50 including VAT.*

**Total** for 2 mobiles    **£118.73**    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

D0D00255

000163 V1200127 00000002

Confidential

LEH_0000662



# Questions?

| | Give us a call on | Email us at | Account number | Invoice number | Date |
|---|---|---|---|---|---|
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425043 | 7 Feb 07 |

001473 V1074167 ELT423 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £845.54 |
| 07776 144 253 | £6.28 |
| Total before VAT | £851.82 |
| VAT on this bill *see back for VAT details* | £18.27 |
| **Total** | **£870.09** |

by Direct Debit on or
after 21 February 2007

## Vodafone at Home

Get broadband with no limits with Vodafone At Home. For full details call 56555 free from your mobile or visit vodafone.co.uk/athome.

*800.51*

*0758*

*600.41*

00001480

001473 V1074167 00000001

Page 1 of 4

Confidential

LEH_0000663

**vodafone**

Questions?
Call 08700 700191

Account number
222104425/00001

Invoice number
222104425043

Date
07 February 2007

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | | |
|---|---|---|
| Blackberry Email | £15.74 | |
| *1 Feb to 28 Feb* | | |
| Cover Me Insurance @ 5.95 | £5.95 | VAT exempt |

Usage charges *up to 31 Jan*

| | | |
|---|---|---|
| Calls | £715.70 | VAT at 0% |
| Calls | £72.21 | VAT at 0% |
| Mobile browsing + data | £25.74 | VAT at 0% |
| Messaging, mobile browsing + data | £10.20 | |

*84.85*

Total for 07769 885 714 **£845.54**

*This would be £862.71 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Feb to 28 Feb* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

Total for 07776 144 253 **£6.28**

*This would be £7.38 including VAT.*

## Total for 2 mobiles  £851.82  before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

Confidential

LEH_0000664



| Questions? | | | | |
|---|---|---|---|---|
| Give us a call on | Email us at | Account number | Invoice number | Date |
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425042 | 9 Jan '07 |

001982 V1077807 EHW424 25020
MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £456.56 |
| 07776 144 253 | £6.28 |
| Total before VAT | £462.84 |
| VAT on this bill *see back for VAT details* | £49.40 |
| **Total** | **£512.24** |

by Direct Debit on or
after 23 January 2007

*90 % LB:*

*Project Sacher*



*456.46*

*410.81*

00002008

001982 V1077807 00000001

Confidential

LEH_0000665



# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

**Service charges**

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Jan to 31 Jan* | |
| Cover Me Insurance @ 5.95 | £5.95  VAT exempt |

**Usage charges** *up to 30 Dec*

| | |
|---|---|
| Calls | £242.15 |
| Calls | £171.93  VAT at 0% |
| Messaging, mobile browsing + data | £18.15 |
| Mobile browsing + data | £2.64  VAT at 0% |

*284.53*

**Total for 07769 885 714** **£456.56**

*This would be £504.86 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

**Service charges**

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Jan to 31 Jan* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

**Total for 07776 144 253** **£6.28**

*This would be £7.38 including VAT.*

**Total** for 2 mobiles    **£462.84**    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

Page 3 of 4

00003767

001982 V1207807 00000002



## Questions?

| | Give us a call on | Email us at | Account number | Invoice number | Date |
|---|---|---|---|---|---|
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425041 | 8 Dec 06 |

002251 V1071607 EH3423 25020
MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £265.21 |
| 07776 144 253 | £6.28 |
| *Total before VAT* | *£271.49* |
| VAT on this bill *see back for VAT details* | £46.46 |
| Total | **£317.95** |

by Direct Debit on or
after 22 December 2006



002251 V1071607 00000001

00002273

Confidential

LEH_0000667

Questions?
Call 08700 700191

Account number
222104425700001

Invoice number
222104425041

Date
08 December 2006

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

| Service charges | | |
|---|---|---|
| Blackberry Email | £15.74 | |
| *1 Dec to 31 Dec* | | |
| Cover Me Insurance @ 5.95 | £5.95 | VAT exempt |

| Usage charges *up to 30 Nov* | |
|---|---|
| Calls | £297.34 |
| Messaging, mobile browsing + data | £18.21 |

*1340.38*

| Additional credits | |
|---|---|
| Credit for Data calls in USA | cr £72.03 |
| *28 Nov* | |

**Total for 07769 885 714    £265.21**

*This would be £310.57 including VAT.*
*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

| Service charges | |
|---|---|
| Dataworld | £5.00 |
| *1 Dec to 31 Dec* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

**Total for 07776 144 253    £6.28**

*This would be £7.38 including VAT.*

**Total** for 2 mobiles    **£271.49**    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

Confidential

LEH_0000668



| Questions? | | | | |
|---|---|---|---|---|
| Give us a call on | Email us at | Account number | Invoice number | Date |
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425040 | 8 Nov 06 |

000412 V107526M FDD740 25022

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

|  |  |
|---|---|
| 07769 885 714 | £200.97 |
| 07776 144 253 | £6.28 |
| Total before VAT | £207.25 |
| VAT on this bill *see back for VAT details* | £35.22 |
| **Total** | **£242.47** |

by Direct Debit on or
after 22 November 2006

148.33

## Gifts from All...

Great gifts for all the family this Xmas with
Vodafone. Take these vouchers in to your local
Vodafone store and pick out the perfect present.

00000445

000412 V107526M 00000001

Page 1 of 4

Confidential

LEH_0000669

**vodafone**

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| 1 Nov to 30 Nov | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges up to 31 Oct

| | |
|---|---|
| Calls | £168.31 |
| Messaging, mobile browsing + data | £10.97 |

| Total for 07769 885 714 | **£200.97** |
|---|---|

This would be £235.09 including VAT.

For this mobile, VAT was charged at more than one rate.

*(handwritten)* 197.77

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| 1 Nov to 30 Nov | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| Total for 07776 144 253 | **£6.28** |
|---|---|

This would be £7.38 including VAT.

## Total for 2 mobiles    £207.25    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

Confidential

LEH_0000670

**redstone**
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

| | |
|---|---|
| Account Number: | 41798018 |
| Invoice Date: | 09-February-2007 |
| Invoice Number: | 426832 |
| Billing Period: | January 2007 |
| Payment Method: | Credit Card |

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 3 | 01:47:45 | 14.14 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |
| | | **Total** | **14.14** |
| | | **VAT\*** | **2.47** |
| | | **Amount Due** | **£16.61** |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

*CCs*

*Proj. Sache*

Page 1 of 3

## redstone
### TELECOM

Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:      09-February-2007
Invoice Number:  426832
Billing Period:     January 2007

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|-----|--------|---------------------|-----------|
| **HomeConnect 1345** | | | | | | |
| 15-Jan-2007 | 12:32 | UK | Germany | 004930800915906 | 01:19:27 | 6.360* |
| 15-Jan-2007 | 14:29 | UK | Germany Mobile | 00491607414160 | 00:27:36 | 7.730* |
| 16-Jan-2007 | 13:35 | UK | Austria | 0043151504251 | 00:00:42 | 0.060* |

Page 3 of 3

LEH_0000672

**redstone**
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

| | |
|---|---|
| Account Number: | 41798018 |
| Invoice Date: | 12-December-2006 |
| Invoice Number: | 424780 |
| Billing Period: | November 2006 |
| Payment Method: | Credit Card |

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 12 | 02:46:42 | 27.08 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |
| | | **Total** | **27.08** |
| | | **VAT\*** | **4.74** |
| | | **Amount Due** | **£31.82** |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

**Redstone would like to wish you a Merry Christmas and a Happy New Year!**

Page 1 of 3

LEH_0000673



Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:    12-December-2006
Invoice Number: 424780
Billing Period:  November 2006

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|
| **HomeConnect 1345** | | | | | | |
| 02-Nov-2006 | 14:06 | UK | USA | 0012128912149 | 00:00:37 | 0.040* |
| 03-Nov-2006 | 10:09 | UK | Austria Mobile | 00436642606018 | 00:05:41 | 1.590* |
| 04-Nov-2006 | 12:05 | UK | Germany | 004930300153362 | 01:13:53 | 5.910* |
| 14-Nov-2006 | 16:01 | UK | Germany Mobile | 00491607414160 | 00:50:27 | 14.130* |
| 15-Nov-2006 | 15:20 | UK | Austria Mobile | 00436767026376 | 00:00:14 | 0.070* |
| 15-Nov-2006 | 16:45 | UK | Austria Mobile | 00436646219845 | 00:00:45 | 0.210* |
| 15-Nov-2006 | 19:13 | UK | Germany Frankfurt | 004969153074118 | 00:00:13 | 0.020* |
| 22-Nov-2006 | 11:19 | UK | Germany Mobile | 00491726776662 | 00:00:32 | 0.150* |
| 28-Nov-2006 | 18:11 | UK | Germany Frankfurt | 004969153074131 | 00:11:36 | 0.930* |
| 29-Nov-2006 | 13:38 | UK | Germany Frankfurt | 004969997583533 | 00:10:28 | 0.840* |
| 29-Nov-2006 | 18:37 | UK | Austria Mobile | 00436643003531 | 00:11:08 | 3.120* |
| 30-Nov-2006 | 13:29 | UK | Austria Mobile | 00436602147899 | 00:01:08 | 0.090* |

Confidential

LEH_0000674

**redstone**
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

Account Number:    41798018
Invoice Date:    13-November-2006
Invoice Number:    423598
Billing Period:    October 2006
Payment Method:    Credit Card

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 11 | 03:48:03 | 17.55 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |
| | | **Total** | **17.55** |
| | | **VAT\*** | **3.07** |
| | | **Amount Due** | **£20.62** |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

*LB conf calls*

Page 1 of 3

Confidential

LEH_0000675

# redstone
TELECOM

Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:     13-November-2006
Invoice Number: 423598
Billing Period:   October 2006

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|
| **HomeConnect 1345** | | | | | | |
| 02-Oct-2006 | 16:13 | UK | USA | 0012123258415 | 00:14:08 | 0.850* |
| 08-Oct-2006 | 14:02 | UK | Germany | 004930300153362 | 00:50:53 | 4.070* |
| 12-Oct-2006 | 17:26 | UK | USA | 0012123258415 | 00:04:14 | 0.250* |
| 17-Oct-2006 | 10:44 | UK | Austria | 0043153170 | 00:01:02 | 0.080* |
| 17-Oct-2006 | 16:01 | UK | USA | 0018667942593 | 00:00:28 | 0.030* |
| 17-Oct-2006 | 16:02 | UK | Germany Frankfurt | 00496922223266 | 00:44:47 | 3.580* |
| 23-Oct-2006 | 13:59 | UK | Germany | 004930300153362 | 00:22:23 | 1.790* |
| 24-Oct-2006 | 14:31 | UK | Germany Frankfurt | 00496922223266 | 00:30:30 | 2.440* |
| 26-Oct-2006 | 17:32 | UK | USA | 0018008298374 | 00:15:53 | 0.950* |
| 30-Oct-2006 | 15:01 | UK | Germany Frankfurt | 00496922223266 | 00:05:45 | 0.460* |
| 30-Oct-2006 | 15:14 | UK | Germany Frankfurt | 00496922223266 | 00:38:00 | 3.040* |

Confidential

LEH_0000676



**A1**
mobilkom austria

Herrn
Dr. Thomas Marsoner
Earls Terrace 20
0086 London W8 6LP
UNITED KINGDOM

| Ihre Rechnungsdaten: | |
|---|---|
| Kundennummer: | 316631171 / 1 |
| Rechnungsnummer: | 000151307673 |
| Rechnungsdatum: | 22.03.2007 |

## Ihre Detailinformation zu
## A1 MOBILES BREITBAND 600 Rufnummer 0664/4467453 —7 *Data card*

| Leistungen von mobilkom austria | Anzahl | Volumen | USt. in % | Betrag in € |
|---|---|---|---|---|
| **IHRE GUTSCHRIFTEN** | | | | |
| Gutschrift auf Grundentgelt | | | 20 | -8,33 |
| **Summe Gutschriften** | | | | **-8,33** |
| **IHRE MONATLICHEN ENTGELTE - Verrechnung im Vorhinein** | | | | |
| Grundentgelt A1 MOBILES BREITBAND 600 von 18.03.2007 bis 17.04.2007 | | | 20 | 32,50 |
| **Summe Monatliche Entgelte** | | | | **32,50** |
| **IHRE VERBINDUNGSENTGELTE** | | | | |
| von 20.02.2007 bis 25.02.2007    Turkey - Vodafone Turkey | | | | |
| Datenvolumen GPRS/UMTS | 8 | 35,25 MB | 20 | 439,21 |
| **Summe Verbindungsentgelte** | | | | **439,21** |
| **Summe Leistungen von mobilkom austria netto** | | | | **€   463,38** |

*Proj. Sacher* (handwritten)

## MOBILPOINTS    Ihr MOBILPOINTS Kontoauszug für 0664/4467453

**Mitgliedsnummer: 171369258019**

Möchten Sie mehr über MY NEXT & MOBILPOINTS erfahren? Infos unter www.A1.net/mynext oder unter der kostenlosen A1 Serviceline 0800 664 664.

| | |
|---|---|
| Bisheriger MOBILPOINTS Stand | 0 |
| Welcome MOBILPOINTS | 100 |
| MOBILPOINTS Bonus monatlich | 80 |
| MOBILPOINTS für Monatliche Entgelte | 97 |
| MOBILPOINTS für Verbindungsentgelte | 1.757 |
| **Aktueller MOBILPOINTS Stand** | **2.034** |

mobilkom austria AG  Obere Donaustraße 29  A-1020 Wien  PSK Kto: 7.501.629  BLZ: 60000  www.A1.net
Sitz: Wien, Firmenbuch-Nr. 207022w  Firmenbuchgericht: Handelsgericht Wien  DVR 0860352  UID ATU 51393308
Bankverbindung für Zahlungen aus dem Ausland: PSK IBAN: AT716000000007501629  BIC: OPSKATWW

Seite   **4**  von   **6**

Confidential

LEH_0000677