# Exhibit M

Vittorio Pignatti Morano
45 Kensington Square
London W8 5HP

Daniel Schwarzmann Esq
Joint administrator of Lehman Brothers Europe Limited (in administration)
 PricewaterhouseCoopers LLP
7 More London Riverside
London
SE1 2RT

13 January, 2014

Dear Mr Schwarzmann,

Claim of Dr Marsoner in the administration of Lehman Brothers Europe Limited ("LBEL")

I Vittorio Pignatti, Chairman of Trilantic Capital Partners, former Head of European M&A and Vice Chairman of Lehman Brothers hereby confirm that:

1) Dr. Marsoner provided, at Lehman Brothers request, advice with regard to its investment in F1 and its beneficial realisation.

2) The advice was delivered not only in emails but also in oral discussions with Lehman staff including myself.

3) The advice was intended to be rewarded by Lehman Brothers on the basis of the beneficial outcome of steps taken (or omitted to be taken) on the basis of the advice.

Yours sincerely,

*[signature]*
Vittorio Pignatti Morano

Confidential                                                                                                           LEH_0001036