# Exhibit N

# NOMURA

**Nomura International plc**
1 Angel Lane, London EC4R 3AB
Tel +44 (0)20 7102 2166   Mobile +39 335 422 070
Email: ruggero.magnoni@nomura.com

**Ruggero Magnoni**
Senior Global Advisor to Nomura

Daniel Schwarzmann Esq
*Joint administrator of Lehman Brothers*
*Europe Limited (in administration)*

PricewaterhouseCoopers LLP
7 More London Riverside
London
SE1 2RT

13th January, 2014

Dear Mr Schwarzmann,

**Claim of Dr Marsoner in the administration of Lehman Brothers Europe Limited ("LBEL")**

I Ruggero Magnoni, Senior Global Advisor to Nomura, former Vice Chairman of Lehman Brothers Inc. hereby confirm that Mr Pignatti's letter of today's date, a copy of which is appended to this letter, describes the advisory relationship between Dr. Marsoner and Lehman Brothers on F1 in a way that coincides exactly with my own views of that advisory relationship at that time.

Yours sincerely,

[signature]

Nomura International plc. Regulated by the Financial Services Authority. Member of the London Stock Exchange.
Registered in England no. 1550505 VAT No. 447 2492 35. Registered Office. 1 Angel Lane London EC4R 3AB.
A member of the Nomura group of companies.

Confidential

LEH_0001037

Vittorio Pignatti Morano
45 Kensington Square
London W8 5HP

Daniel Schwarzmann Esq
Joint administrator of Lehman Brothers Europe Limited (in administration)
PricewaterhouseCoopers LLP
7 More London Riverside
London
SE1 2RT

13 January, 2014

Dear Mr Schwarzmann,

Claim of Dr Marsoner in the administration of Lehman Brothers Europe Limited ("LBEL")

I Vittorio Pignatti, Chairman of Trilantic Capital Partners, former Head of European M&A and Vice Chairman of Lehman Brothers hereby confirm that:

1) Dr. Marsoner provided, at Lehman Brothers request, advice with regard to its investment in F1 and its beneficial realisation.

2) The advice was delivered not only in emails but also in oral discussions with Lehman staff including myself.

3) The advice was intended to be rewarded by Lehman Brothers on the basis of the beneficial outcome of steps taken (or omitted to be taken) on the basis of the advice.

Yours sincerely,

*[signature]*

Vittorio Pignatti Morano

Confidential

LEH_0001038