# Exhibit P

# Exhibit J

Redacted

**From:** "Pignatti, Vittorio" <vpignatt@lehman.com>
**Subject: RE: F1**
**Date:** 04. Dezember 2002 09:55:12 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>

Content-type: text/plain;
charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable

Tks for thought.We are unfortunately more and more marginalized

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 27 novembre YYYY 0.13
To: Pignatti, Vittorio
Subject: F1


Have you thought of Niki Lauda to help all 3 F1 banks in some way?
He has time now and Ford has to pay him for a few more years.....
There is an old rumour that Bernie might accept him as his eventual
successor.
T.

-----Urspr=FCngliche Nachricht-----
Von: Pignatti, Vittorio [mailto:vpignatt@lehman.com]
Gesendet: Montag, 25. November 2002 11:44
An: 'thomas@marsoner.com'; Pignatti, Vittorio
Cc: Karlheinz Muhr; Berman, Todd
Betreff: RE: TA matters


Great electoral results! Is it the right time for me to meet KHG? I am
meeting Sundt tonite in Vienna ,KH can you call him to give him some colour
on KHG future role and our ability as a team to help TA mgmt board in the
current complex political enviroment?Michaelis is currently giving them a
hard time.On real Estate we where asked by TA-OIAG to do nothing and my
understanding is that they are moving towards a sale and leaseback fully on
balancesheet.If feasible tell your friend to call me.Tks for Bulgarian
suggestion I know that Tod Berman is pursuing ideas with Mobilkom but will
keep you posted.Vittorio

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 24 novembre YYYY 21.26
To: vpignatt@lehman.com
Cc: Karlheinz Muhr
Subject: TA matters

Marsoner00000008

1) Real estate:

An old (real) friend of mine at Citi asked what the hell Lehman had been trying to do around trying to screw up their R/E deal and failing miserably to do so since the bond markets were simply not there. Citi think that they are now back on track. The question would not have been posed if there weren't an opening for a constructive answer.

2) MobilTel Bulgaria:

Sales 400million, EBITDA 240million, Profit 140million, 1.8million clients, 80%market share, 30%mobile penetration is for sale for E1.2bn by the group of Austrians who bought it for 600mn last January following Kyril's dad's green light. The prior owners had been a colourful Russian/Israeli mix. Discussions with T-Mobile and Orange led to nothing. Sundt just joined the supervisory board, in an apparent attempt to get him thoroughly comfortable with the operation...

I have known one of the key shareholders well for 20+ years. Unless it's already on your agenda with TA, I'd be tempted to show it to Vodafone. I could even pitch a sell side mandate if you were interested. If it's reserved for TA, let's discuss how to get it for them at a reasonable price...

Regards

Thomas


--------------------------------------------------------------------------
-
--

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be
secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

--------------------------------------------------------------------------
---

This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded a=
s
an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to b=
e
secure or error-free.  Therefore, we do not represent that this information

is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.


Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatt@lehman.com>
**Subject: RE: F1**
**Date:** 04. Dezember 2002 09:55:12 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>

Content-type: text/plain;
charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable

Tks for thought.We are unfortunaly more and more marginalized

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 27 novembre YYYY 0.13
To: Pignatti, Vittorio
Subject: F1


Have you thought of Niki Lauda to help all 3 F1 banks in some way?
He has time now and Ford has to pay him for a few more years.....
There is an old rumour that Bernie might accept him as his eventual
successor.
T.

-----Urspr=FCngliche Nachricht-----
Von: Pignatti, Vittorio [mailto:vpignatt@lehman.com]
Gesendet: Montag, 25. November 2002 11:44
An: 'thomas@marsoner.com'; Pignatti, Vittorio
Cc: Karlheinz Muhr; Berman, Todd
Betreff: RE: TA matters


Great electoral results! Is it the right time for me to meet KHG? I am
meeting Sundt tonite in Vienna ,KH can you call him to give him some colour
on KHG future role and our ability as a team to help TA mgmt board in the
current complex political enviroment?Michaelis is currently giving them a
hard time.On real Estate we where asked by TA-OIAG to do nothing and my
understanding is that they are moving towards a sale and leaseback fully on
balancesheet.If feasible tell your friend to call me.Tks for Bulgarian
suggestion I know that Tod Berman is pursuing ideas with Mobilkom but will
keep you posted.Vittorio

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 24 novembre YYYY 21.26
To: vpignatt@lehman.com
Cc: Karlheinz Muhr
Subject: TA matters


1) Real estate:

An old (real) friend of mine at Citi asked what the hell Lehman had been
trying to do around trying to screw up their R/E deal and failing miserably

Marsoner00000010

to do so since the bond markets were simply not there. Citi think that they are now back on track. The question would not have been posed if there weren't an opening for a constructive answer.

2) MobilTel Bulgaria:

Sales 400million, EBITDA 240million, Profit 140million, 1.8million clients, 80%market share, 30%mobile penetration is for sale for E1.2bn by the group of Austrians who bought it for 600mn last January following Kyril's dad's green light. The prior owners had been a colourful Russian/Israeli mix. Discussions with T-Mobile and Orange led to nothing. Sundt just joined the supervisory board, in an apparent attempt to get him thoroughly comfortable with the operation...

I have known one of the key shareholders well for 20+ years. Unless it's already on your agenda with TA, I'd be tempted to show it to Vodafone. I could even pitch a sell side mandate if you were interested. If it's reserved for TA, let's discuss how to get it for them at a reasonable price...

Regards

Thomas

--------------------------------------------------------------------------
-
--
This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded as
an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to be
secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.


--------------------------------------------------------------------------
---
This message is intended only for the personal and confidential use of the designated recipient(s) named above.  If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited.  This communication is for information purposes only and should not be regarded a=
s
an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers.  Email transmission cannot be guaranteed to b=
e
secure or error-free.  Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such.  All information is subject to change without notice.

Marsoner00000011

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: RE: Lunch?**
**Date:** 13. Mai 2014 10:28:24 GMT+1
**To:** 'Thomas Marsoner' <thomas@marsoner.com>

I can do lunch only today as I am travelling rest of the week.V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Fax:       +44 (0) 20 3070 0104

Email:   vpignatti@trilanticpartners.eu
-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 09:46
To: Pignatti, Vittorio
Subject: Lunch?

Hi Vittorio,

how'bout another one of our lunches or breakfasts one of these days? When/where would suit?

Best,

Thomas


Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: RE: Lunch?**
**Date:** 13. Mai 2014 11:28:00 GMT+1
**To:** 'Thomas Marsoner' <thomas@marsoner.com>

See you then.V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Fax:       +44 (0) 20 3070 0104

Email:   vpignatti@trilanticpartners.eu

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 11:23

Marsoner00000012

To: Pignatti, Vittorio
Subject: Re: Lunch?

1:30-2pm coffee would work well.

Sent from my iPhone

> On 13 May 2014, at 11:17, "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu> wrote:

Could we have a coffee here at 35 Portman Square before 16.00?

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Fax:      +44 (0) 20 3070 0104

Email:   vpignatti@trilanticpartners.eu
-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 11:17
To: Pignatti, Vittorio
Subject: Re: Lunch?

Today, alas, lunch doesn't work. Tea or drinks?

Sent from my iPhone

> On 13 May 2014, at 10:28, "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu> wrote:

I can do lunch only today as I am travelling rest of the week. V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Fax:      +44 (0) 20 3070 0104

Email:   vpignatti@trilanticpartners.eu
-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 09:46
To: Pignatti, Vittorio
Subject: Lunch?

Hi Vittorio,

how'bout another one of our lunches or breakfasts one of these days? When/where
would suit?

Best,

Marsoner00000013

Thomas

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: Re: Highly unlikely deposition**
**Date:** 05. Februar 2015 12:43:56 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>

I can write a supportive statement alla Tom Bernard. Am on road show so changing planes 2x day. V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office: +44 (0) 20 3326 8607
Mobile: +44 (0) 7899 070 651
Email: vpignatti@trilanticpartners.eu

**From:** Thomas Marsoner [mailto:thomas@marsoner.com]
**Sent:** Thursday, February 05, 2015 12:31 PM
**To:** Pignatti, Vittorio
**Cc:** Ruggero Magnoni <ruggero.magnoni@mmcapital.co.uk>
**Subject:** Highly unlikely deposition

Vittorio,

of course, you also have my commitment to avoid litigation if at all possible. You have seen my body language in the UK case and what low a settlement I accepted vis-a-vis the technical claim so as not to waste anybody's time in litigation.

The Lovells partner in charge of my case, with whom I shared my concerns of any friend writing a letter to the judge being inconvenienced by a deposition said:

"I doubt they will bother to depose him on this, as the relationship referenced dates back to 2005, and they will be focused now on the issue of the timeliness of bringing a claim in 2014."

Is this now enough for you to write anything supportive at all?

Thx

T.

On 03.02.2015, at 17:28, Thomas Marsoner Exchange <thomas thomas@marsoner.com> wrote:

Hi Vittorio,

enclosed the letter Tom Bernard just sent me to forward to the judge.

I do hope that, when you look at it together with Ruggero's as well as the letter you kindly wrote for me on the UK case (as well as the Motion you now have), you'll find a text that you are 100% comfortable with.

Thx in advance & best,

Thomas

Marsoner00000014

<Scan 59.pdf>

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatt@lehman.com>
**Subject: RE:**
**Date:** 13. Dezember 2002 15:57:52 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>

Content-type: multipart/mixed;
boundary="B_3481712602_2016780"

This message is in MIME format. Since your mail reader does not understand

this format, some or all of this message may not be legible.

--B_3481712602_2016780
Content-type: text/plain;
charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable

tks

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 dicembre YYYY 15.57
To: Vittorio Pignatti
Subject:


Telekom-Chef Sundt f=FCr =D6IAG als Kernaktion=E4r
"Bei wichtigen Infrastrukturunternehmen eine Sperrminorit=E4t behalten"

In der aktuellen Debatte =FCber die k=FCnftige Rolle der =D6IAG bezieht der
General der Telekom Austria, Heinz Sundt, einen klaren Standpunkt. Er
m=F6chte, da=DF die =D6IAG Kernaktion=E4r der Telekom (TA) bleibt - w=E4hrend bislang
eine Totalprivatisierung geplant war.

In einem Interview f=FCr die aktuelle Ausgabe des Nachrichtenmagazins FORMAT
sagt Sundt: "Ich mache aus meinem Herzen keine M=F6rdergrube: Man w=FCrde gut
daran tun, bei wichtigen Infrastrukturunternehmen eine Sperrminorit=E4t zu
behalten. Die =D6IAG kann ihre TA-Anteile ja weiter reduzieren, sollte meiner
Meinung nach aber nicht unter 25 Prozent gehen." Derzeit h=E4lt die
Staatsholding 47,2 Prozent.

Sundt bezeichnet die Telekommunikation als strategisch ganz wichtigen
Bereich f=FCr das Land: "Mir ist bewu=DFt, da=DF die Kapitalm=E4rkte eine andere
Perspektive haben. Denen ist umso lieber, je weniger der Staat beteiligt
ist. Aber als Staatsb=FCrger habe ich da eine klare Position." Auf die Frage,
was er von der Idee eines heimischen Industriefonds halte, der die =D6IAG
ersetzen k=F6nnte, meint der TA-Chef: "Es mu=DF nicht die =D6IAG per se sein, die
Anteile h=E4lt. Hauptsache ist, da=DF eine Sperrminorit=E4t in =D6sterreich
bleibt."
Von der n=E4chsten w=FCnscht sich Sundt, "da=DF sie zwingend einen klaren
Fahrplan
f=FCr die n=E4chsten vier Jahre formuliert."

Marsoner00000015

----------------------------------------------------------------------
---
This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded a=
s
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed to b=
e
secure or error-free.  Therefore, we do not represent that this information
is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--B_3481712602_2016780

--B_3481712602_2016780--

Begin forwarded message:

**From:** "Pignatti, Vittorio" <<u>vpignatt@lehman.com</u>>
**Subject: RE:**
**Date:** 13. Dezembre 2002 15:57:52 GMT
**To:** "'<u>thomas@marsoner.com</u>'" <<u>thomas@marsoner.com</u>>

Content-type: multipart/mixed;
boundary="B_3481725552_2126132"

This message is in MIME format. Since your mail reader does not understand

this format, some or all of this message may not be legible.

--B_3481725552_2126132
Content-type: text/plain;
charset="ISO-8859-1"
Content-transfer-encoding: quoted-printable

tks

-----Original Message-----
From: Thomas Marsoner [<u>mailto:thomas@marsoner.com</u>]
Sent: 13 dicembre YYYY 15.57
To: Vittorio Pignatti
Subject:


Telekom-Chef Sundt f=FCr =D6IAG als Kernaktion=E4r
"Bei wichtigen Infrastrukturunternehmen eine Sperrminorit=E4t behalten"

In der aktuellen Debatte =FCber die k=FCnftige Rolle der =D6IAG bezieht der
General der Telekom Austria, Heinz Sundt, einen klaren Standpunkt. Er
m=F6chte, da=DF die =D6IAG Kernaktion=E4r der Telekom (TA) bleibt - w=E4hrend bislang
eine Totalprivatisierung geplant war.

In einem Interview f=FCr die aktuelle Ausgabe des Nachrichtenmagazins FORMAT

**Marsoner00000016**

sagt Sundt: "Ich mache aus meinem Herzen keine M=F6rdergrube: Man w=FCrde gut
daran tun, bei wichtigen Infrastrukturunternehmen eine Sperrminorit=E4t zu
behalten. Die =D6IAG kann ihre TA-Anteile ja weiter reduzieren, sollte meiner
Meinung nach aber nicht unter 25 Prozent gehen." Derzeit h=E4lt die
Staatsholding 47,2 Prozent.

Sundt bezeichnet die Telekommunikation als strategisch ganz wichtigen
Bereich f=FCr das Land: "Mir ist bewu=DFt, da=DF die Kapitalm=E4rkte eine andere
Perspektive haben. Denen ist umso lieber, je weniger der Staat beteiligt
ist. Aber als Staatsb=FCrger habe ich da eine klare Position." Auf die Frage,
was er von der Idee eines heimischen Industriefonds halte, der die =D6IAG
ersetzen k=F6nnte, meint der TA-Chef: "Es mu=DF nicht die =D6IAG per se sein, die
Anteile h=E4lt. Hauptsache ist, da=DF eine Sperrminorit=E4t in =D6sterreich
bleibt."
Von der n=E4chsten w=FCnscht sich Sundt, "da=DF sie zwingend einen klaren
Fahrplan
f=FCr die n=E4chsten vier Jahre formuliert."

------------------------------------------------------------------------
---
This message is intended only for the personal and confidential use of the
designated recipient(s) named above.  If you are not the intended recipient
of this message you are hereby notified that any review, dissemination,
distribution or copying of this message is strictly prohibited.  This
communication is for information purposes only and should not be regarded a=
s
an offer to sell or as a solicitation of an offer to buy any financial
product, an official confirmation of any transaction, or as an official
statement of Lehman Brothers.  Email transmission cannot be guaranteed to b=
e
secure or error-free.  Therefore, we do not represent that this information
is complete or accurate and it should not be relied upon as such.  All
information is subject to change without notice.

--B_3481725552_2126132

--B_3481725552_2126132--

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: RE: Lunch?**
**Date: 13. Mai 2014 11:17:43 GMT+1**
**To:** 'Thomas Marsoner' <thomas@marsoner.com>

Could we have a coffee here at 35 Portman Square before 16.00?

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651

Marsoner00000017

Fax:    +44 (0) 20 3070 0104

Email:  vpignatti@trilanticpartners.eu
-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 11:17
To: Pignatti, Vittorio
Subject: Re: Lunch?

Today, alas, lunch doesn't work. Tea or drinks?

Sent from my iPhone

On 13 May 2014, at 10:28, "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu> wrote:

I can do lunch only today as I am travelling rest of the week.V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE
35 Portman Square
6th Floor
London W1H 6LR

Office:  +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Fax:    +44 (0) 20 3070 0104

Email:  vpignatti@trilanticpartners.eu
-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 13 May 2014 09:46
To: Pignatti, Vittorio
Subject: Lunch?

Hi Vittorio,

how'bout another one of our lunches or breakfasts one of these days? When/where would suit?

Best,

Thomas


Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: November 11, Travellers' Club, Dinner with Helga Rabl-Stadler, President, Salzburg Festival**
**Date:** 04. November 2014 14:45:36 GMT
**To:** 'Thomas Marsoner' <thomas@marsoner.com>

Dear Thomas, apologies for such a late reply but unfortunately life remains as chaotic as ever.We would have loved to come nov 11 but I won't be in London most of the week.Why don't you come to the opening of our Frescobaldi restaurant this Thursday? Will send you an invite.If you cant make it we will organize a dinner there.Thank you.V

Vittorio Pignatti-Morano
Chairman

Marsoner00000018

TRILANTIC CAPITAL PARTNERS EUROPE

Direct:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:   vpignatti@trilanticpartners.eu

-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: 17 October 2014 21:09
To: Pignatti, Vittorio
Cc: Veronika; Veronique & Diego De Giorgi; Roberta Pasquino
Subject: November 11, Travellers' Club, Dinner with Helga Rabl-Stadler, President, Salzburg Festival

Dear Vittorio, Dear Angelica,

as you may already know, Helga Rabl-Stadler, President, and Sven Bechtolf, Artistic Director, after this year's triumphs from Trovatore to La Favorite, will be presenting next year's Salzburg Festival program at the Austrian Ambassador's residence, 18 Belgrave Square, on November 11 from 6:30pm and we hope to see you there.

Thereafter, at 8:30pm, the De Giorgis and we, as has become traditional, would be delighted if you could join us, Helga & Team for Supper in the Library of the Travellers' Club, 106 Pall Mall, which will also offer a small musical surprise.

Best,

Veronika, Veronique, Diego & Thomas


RSVP by November 1 please.




Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: Re: VPM**
**Date:** 31. Jänner 2015 18:11:15 GMT
**To:** Thomas Marsoner <thomas@marsoner.com>

Dear Thomas, I cant sign risking perjury sign a statement that presents facts that I was not involved with like the matters relating to the sale to CVC of LB stake in Formula1 .People who were involved have a different recollection and if asked by the court will air it.Not sure there is much upside for you but i do see some downside.Sorry.V


On 28 Jan 2015, at 09:15, Thomas Marsoner <thomas@marsoner.com> wrote:

Re-sending, as discussed.

Sent from my iPhone

Begin forwarded message:

> **From:** Thomas Marsoner Exchange <thomas thomas@marsoner.com>
> **Date:** 14 January 2015 15:44:33 GMT
> **To:** Vittorio Pignatti <vpignatti@trilanticpartners.eu>
> **Cc:** Ruggero Magnoni <ruggero.magnoni@mmcapital.co.uk>

**Subject: VPM**

Caro Vittorio,

Having discovered along the way that I ought to have a claim in the US for the services I provided, I have decided to pursue a claim in respect of the LB/F1 matters.  Though it will be a late filing, I believe that I will be able to sustain a claim in the US,  primarily since no bar date notice has ever validly been served upon me.

With reference to our discussions around this I would be very grateful if you could please look at the draft letter attached, check to confirm it reflects reality accurately, mark it up wherever you think it might not, and send a scanned signed version back to me. From there I will file it with the US bankruptcy court as evidence of my entitlement to a claim against the US entities.

Were you to be interested in it, I'd gladly send you a copy of my Motion to the bankruptcy court, which lays out the basis for my claim.

Best,

Thomas


&lt;Vittorio Pignatti Morano Letter to Bankruptcy Court.docx&gt;

Begin forwarded message:

**From:** "Pignatti, Vittorio" &lt;<u>vpignatti@trilanticpartners.eu</u>&gt;
**Subject: Letter**
**Date:** 10. Februar 2015 18:05:18 GMT
**To:** "Ciuffo, Asha" &lt;<u>Asha.Ciuffo@trilanticpartners.eu</u>&gt;
**Cc:** "'<u>thomas@marsoner.com</u>'" &lt;<u>thomas@marsoner.com</u>&gt;

Asha could you send text below PDF to Mr Marsoner with my stamped signature? Many thanks. V
Vittorio Pignatti Morano
45 Kensington Square
London W8 5HP



United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

7 January 2015

Dear Judge Chapman,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

My name is Vittorio Pignatti, and I am currently the Chairman of Trilantic Capital Partners , a European Private Equity fund. Previously I was the Head of European M&A and Vice Chairman of Lehman Brothers Holdings Inc.  from 1999 to 2006.

In this role, I was involved in the negotiations of the 2002 and 2004 Executive Advisory Services Agreements entered upon by Lehman Brothers Europe Limited and Dr. Marsoner, and signed each agreement on behalf of Lehman Brothers Europe Limited. I also served as the contact person under the 2004 Agreement with whom Dr.

Marsoner00000020

Marsoner coordinated his investment advisory services with Lehman Brothers Europe.

The purpose of each new agreement was to spell out the remuneration Dr. Marsoner was entitled to receive in relation to a new potential transaction. Each new Agreement was not meant to eliminate Dr. Marsoner's right to any "success fee" under previous contracts, but merely to preclude Dr. Marsoner from earning additional fees from previous transactions on top of the already promised "success fee."

With regards to the investment in Formula One, I specifically requested Dr. Marsoner's advice on it after JPMorgan had rejected my suggestion of jointly retaining him.
Among other inputs Dr. Marsoner provided his recommendations on whether Lehman Brothers should exit its entire ownership position when CVC Capital Partners bought a controlling interest in Formula One. As was customary when a transaction was not explicitly covered by a specific advisory contract with a person like Dr. Marsoner who was a former employee and recurrent provider of services , Lehman still intended to pay Dr. Marsoner a success fee for his F1 advice.

Dr. Marsoner provided valuable advice with respect to the F1 transaction both in e-mail and in telephone conversations, and Lehman relied on Dr. Marsoner's advice when it reinvested in F1. Without Dr. Marsoner's advice, Lehman may well not have reinvested in F1 and instead may well have sold all of its interest at the same time as JP Morgan.

The advisory services Dr. Marsoner provided in relation to the F1 reinvestment were similar in nature to the advice provided in relation to the BAWAG acquisition and other transactions for which Dr. Marsoner received approximately 10% of Lehman's gross revenues.
It was my understanding that Dr. Marsoner would have been paid by Lehman Brothers for his services concerning the F1 investment or I would not have asked him to help.

Vittorio Pignatti

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:   vpignatti@trilanticpartners.eu

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: RE: Cultural Start to 2015**
**Date: 09. Jänner 2015 08:50:54 GMT**
**To:** 'Thomas Marsoner' <thomas@marsoner.com>
**Cc:** Veronika <veronika@vantjewellery.com>, Ruggero Magnoni
<ruggero.magnoni@mmcapital.co.uk>

Dear Thomas, it would have been a fantastic opportunity but Angelica is taking our sun to do a 13+ exam that morning and I will be in Spain.Will prpose some dates for a dinner at our new Frescobaldi restaurant.Many thanks.V

Vittorio Pignatti-Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Direct:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:   vpignatti@trilanticpartners.eu


-----Original Message-----
From: Thomas Marsoner [mailto:thomas@marsoner.com]

Marsoner00000021

Sent: 06 January 2015 10:15
To: Pignatti, Vittorio
Cc: Veronika; Ruggero Magnoni
Subject: Cultural Start to 2015

Dear Angelica & Vittorio,

We would like to invite you to a continental breakfast followed by a private tour of the Schiele exhibition at the Courtauld Gallery, Somerset House, Strand, London WC2R 0RN on Thursday the 15th of January.

Arrival at the Gallery is planned for between 8.30-8.45am, there will be a brief introduction over tea & croissants from 8.45-9.00am followed by a wonderful tour by Dr. Barney Wright, the curator of the exhibition, whose knowledge puts us Austrians to shame.

Please let us know if you can join us.

Happy New Year,

Veronika & Thomas

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: Re: Letter**
**Date:** 16. Februar 2015 07:50:40 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>, "Ciuffo, Asha"
<Asha.Ciuffo@trilanticpartners.eu>
**Cc:** "'ruggero.magnoni@mmcapital.co.uk'" <ruggero.magnoni@mmcapital.co.uk>

Vice Chairman of LBH inc. was not a board position. The annual report of LB listed the 8-10 Vice Chairmen under Senior Management. V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:   vpignatti@trilanticpartners.eu

----- Original Message -----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: Monday, February 16, 2015 06:43 AM
To: Ciuffo, Asha
Cc: Pignatti, Vittorio; Ruggero Magnoni <ruggero.magnoni@mmcapital.co.uk>
Subject: Re: Letter

Vittorio,

Just to re-re confirm: you were a Vice Chairman of Lehman Brothers Holdings Inc., right? Was this titular or were you a #2 to Dick Fuld on the main board? What other, if any, roles did you have at Lehman Brothers Holdings, Inc.?

(Might be relevant for the admissibility of my claim despite the long gone bar date.)

Grazie!

T.

On 10 Feb 2015, at 20:04, Thomas Marsoner <thomas@marsoner.com> wrote:

Marsoner00000022

Mille, mille grazie!!

T.

On 10.02.2015, at 18:53, Ciuffo, Asha <Asha.Ciuffo@trilanticpartners.eu> wrote:

Dear Mr Marsoner

Please see attached letter to Judge Chapman.

Kind regards

Asha Ciuffo
Assistant to Vittorio Pignatti Morano


-----Original Message-----
From: Pignatti, Vittorio
Sent: 10 February 2015 18:05
To: Ciuffo, Asha
Cc: 'thomas@marsoner.com'
Subject: Letter

Asha could you send text below PDF to Mr Marsoner with my stamped signature?
Many thanks. V Vittorio Pignatti Morano
45 Kensington Square
London W8 5HP


United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

7 January 2015

Dear Judge Chapman,

I declare under penalty of perjury under the laws of the United States of America that
the foregoing is true and correct.

My name is Vittorio Pignatti, and I am currently the Chairman of Trilantic Capital
Partners , a European Private Equity fund. Previously I was the Head of European
M&A and Vice Chairman of Lehman Brothers Holdings Inc.  from 1999 to 2006.

In this role, I was involved in the negotiations of the 2002 and 2004 Executive Advisory
Services Agreements entered upon by Lehman Brothers Europe Limited and Dr.
Marsoner, and signed each agreement on behalf of Lehman Brothers Europe Limited. I
also served as the contact person under the 2004 Agreement with whom Dr. Marsoner
coordinated his investment advisory services with Lehman Brothers Europe.

The purpose of each new agreement was to spell out the remuneration Dr. Marsoner
was entitled to receive in relation to a new potential transaction. Each new Agreement
was not meant to eliminate Dr. Marsoner's right to any "success fee" under previous
contracts, but merely to preclude Dr. Marsoner from earning additional fees from
previous transactions on top of the already promised "success fee."

With regards to the investment in Formula One, I specifically requested Dr. Marsoner's
advice on it after JPMorgan had rejected my suggestion of jointly retaining him.
Among other inputs Dr. Marsoner provided his recommendations on whether Lehman

Marsoner00000023

Brothers should exit its entire ownership position when CVC Capital Partners bought a controlling interest in Formula One. As was customary when a transaction was not explicitly covered by a specific advisory contract with a person like Dr. Marsoner who was a former employee and recurrent provider of services , Lehman still intended to pay Dr. Marsoner a success fee for his F1 advice.

Dr. Marsoner provided valuable advice with respect to the F1 transaction both in e-mail and in telephone conversations, and Lehman relied on Dr. Marsoner's advice when it reinvested in F1. Without Dr. Marsoner's advice, Lehman may well not have reinvested in F1 and instead may well have sold all of its interest at the same time as JP Morgan.

The advisory services Dr. Marsoner provided in relation to the F1 reinvestment were similar in nature to the advice provided in relation to the BAWAG acquisition and other transactions for which Dr. Marsoner received approximately 10% of Lehman's gross revenues.
It was my understanding that Dr. Marsoner would have been paid by Lehman Brothers for his services concerning the F1 investment or I would not have asked him to help.

Vittorio Pignatti

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:  vpignatti@trilanticpartners.eu
<Letter to Judge Chapman 7 January 2015.pdf>


Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: Re: F1: past & future**
**Date:** 26. November 2014 16:27:21 GMT
**To:** Thomas Marsoner <thomas@marsoner.com>

Hi Thomas. What did you settle amicably with LBEL? Look forward for you to win this one so you can invest in our fund! V

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:  vpignatti@trilanticpartners.eu

----- Original Message -----
From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: Wednesday, November 26, 2014 04:10 PM
To: Peter R. Sherratt <peter.sherratt@lbia-eu.com>
Cc: Ruggero Magnoni <ruggero.magnoni@mmcapital.co.uk>; Pignatti, Vittorio
Subject: Re: F1: past & future

Peter,

now that the LBEL matter is settled amicably, I'd love to tie up the loose ends that I couldn't talk to you about while this was, potentially, sub iudice.

Marsoner00000024

My perception is that I worked hard on this for several years, closely co-ordinated with Vittorio and Ruggero, until I gave Tom Bernard excellent early advice that he was grateful for and ended up taking.

Your perception is that once you and Jeremy Isaacs had taken this matter over from Vittorio & me, you did the work on executing the re-investment.

Objectively, these perceptions are compatible, since they occurred subsequently to each other. Christian Meissner certainly agrees that my involvement in F1 pre-dates his "aegis".

Does this (hopefully) resolve the only serious disagreement I ever recall potentially having had with you?

Best,

Thomas


On 10.03.2014, at 11:29, Sherratt, Peter <peter.sherratt@lbia-eu.com> wrote:

> Hi Thomas,
> Thanks that's explained it.
>
> 1) My view is that the claim on LBEL isn't justified. We both know there was no agreement to pay you relating to F1. You are a highly intelligent and meticulous person, and would have put in a claim years ago if you believed in it.
>
> I do feel a lot of loyalty to old colleagues, especially those I've know for a very long time like you. But helping on the claim would not only be wrong but involve giving false evidence, which is of course a criminal offence in England. Just fyi, Linklaters have spoken to Tom and Christian, who share the view the claim is unjustified.
>
> 2) I don't really want to meet to talk about the investment and see it crop up again in litigation. So I'll pass on that, thanks anyway.
>
> I hope this answers one of your questions and explains why I can't help on the other. Do send my regards to Ruggero and Vittorio.
>
> Best,
>
> Peter
>
>
> ----- Original Message -----
> From: Thomas Marsoner [mailto:thomas@marsoner.com]
> Sent: Friday, March 07, 2014 12:54 PM GMT Standard Time
> To: Sherratt, Peter
> Subject: Re: F1: past & future
>
> Not at all cryptic but obvious:
>
> 1) Past: I'd greatly appreciate fully understanding your perception of my role for LB on F1, particularly in the years 2002 - 2005. As you may well already know, this is a not immaterial topic for LBEL today. Since I have always greatly respected your views, understanding them should be useful all round here.
>
> 2) Future: Since CVC's total selldown is now imminent, I'd again greatly appreciate learning your views on the scenario of likely events going forward. At the same time I'd be delighted to share with you my insights, both from the "motor racing scene" as well as the Munich "public prosecution scene".
>
> I do hope that, based on the above elimination of any (unintended) crypticism, you'll be able to

Marsoner00000025

spend half an hour with an old colleague, who thinks that he has always worked well with you, at a place and time of your chosing at some point over the next 2 weeks or so.

Thx in advance & best,

Thomas

> On 07.03.2014, at 04:33, "Sherratt, Peter" <peter.sherratt@lbia-eu.com> wrote:
>
> That's kind of you to offer to travel, but this is so cryptic I can't really justify much spending time on it. Let's leave it until there's something more specific.
>
> Best,
> Peter
>
>
> ----- Original Message -----
> From: Thomas Marsoner [mailto:thomas@marsoner.com]
> Sent: Thursday, March 06, 2014 01:32 PM GMT Standard Time
> To: Sherratt, Peter
> Subject: Re: F1: past & future
>
> I'd really like to have this conversation in person please. Could happily come out to the country on Thursday 13th pm or Friday anytime. If you're in London during the week of the 17th, I could offer either the Travellers' Club or Mark's Club whenever convenient to you including for breakfast, lunch or dinner.
>
> Best,
>
> Thomas
>
> Sent from my iPad
>
>> On 05.03.2014, at 20:37, "Sherratt, Peter" <peter.sherratt@lbia-eu.com> wrote:
>>
>> Hi Thomas,
>> Thanks for the mail but I'm not going to be in London next week. I can do a call, today or next week.
>> Best,
>> Peter
>>
>> ----- Original Message -----
>> From: Thomas Marsoner [mailto:thomas@marsoner.com]
>> Sent: Tuesday, March 04, 2014 05:45 PM GMT Standard Time
>> To: Sherratt, Peter
>> Subject: F1: past & future
>>
>> Hi Peter,
>>
>> Would you have time for me to come see you for half an hour next week to chat about F1 matters of, potentially, mutual interest?
>>
>> Thx & best,
>>
>> Thomas
>>
>>
>> Sent from my iPad

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.

AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent

Marsoner00000027

legal, financial and other advice and your own judgement. Accordingly, you should not rely on any communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.

AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

Marsoner00000028

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent legal, financial and other advice and your own judgement. Accordingly, you should not rely on any communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.

AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent legal, financial and other advice and your own judgement. Accordingly, you should not rely on any communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the

Marsoner00000029

case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject: INVITATION TO THE OPENING OF RISTORANTE FRESCOBALDI, LONDON - THURSDAY 6TH NOVEMBER 2014 - 6.30PM ONWARDS ... RSVP PLEASE**
**Date:** 04. November 2014 14:46:10 GMT
**To:** 'Thomas Marsoner' <thomas@marsoner.com>



Begin forwarded message:

**From:** "Pignatti, Vittorio" <vpignatti@trilanticpartners.eu>
**Subject:** Letter
**Date:** 09. Februar 2015 14:46:40 GMT
**To:** "'thomas@marsoner.com'" <thomas@marsoner.com>

Vittorio Pignatti Morano
45 Kensington Square
London W8 5HP

Marsoner00000030

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

7 January 2015

Dear Judge Chapman,

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

My name is Vittorio Pignatti, and I am currently the Chairman of Trilantic Capital Partners , a European Private Equity fund. Previously I was the Head of European M&A and Vice Chairman of Lehman Brothers Holdings Inc.  from 1999 to 2006.

In this role, I was involved in the negotiations of the 2002 and 2004 Executive Advisory Services Agreements entered upon by Lehman Brothers Europe Limited and Dr. Marsoner, and signed each agreement on behalf of Lehman Brothers Europe Limited. I also served as the contact person under the 2004 Agreement with whom Dr. Marsoner coordinated his investment advisory services with Lehman Brothers Europe.

The purpose of each new agreement was to spell out the remuneration Dr. Marsoner was entitled to receive in relation to a new potential transaction. Each new Agreement was not meant to eliminate Dr. Marsoner's right to any "success fee" under previous contracts, but merely to preclude Dr. Marsoner from earning additional fees from previous transactions on top of the already promised "success fee."

With regards to the investment in Formula One, I specifically requested Dr. Marsoner's advice on it after JPMorgan had rejected my suggestion of jointly retaining him.
Among other inputs Dr. Marsoner provided his recommendations on whether Lehman Brothers should exit its entire ownership position when CVC Capital Partners bought a controlling interest in Formula One. As was customary when a transaction was not explicitly covered by a specific advisory contract with a person like Dr. Marsoner who was a former employee and recurrent provider of services  , Lehman still intended to pay Dr. Marsoner a success fee for his F1 advice.

Dr. Marsoner provided valuable advice with respect to the F1 transaction both in e-mail and in telephone conversations, and Lehman relied on Dr. Marsoner's advice when it reinvested in F1. Without Dr. Marsoner's advice, Lehman may well not have reinvested in F1 and instead may well have sold all of its interest at the same time as JP Morgan.

The advisory services Dr. Marsoner provided in relation to the F1 reinvestment were similar in nature to the advice provided in relation to the BAWAG acquisition and other transactions for which Dr. Marsoner received approximately 10% of Lehman's gross revenues.
It was my understanding that Dr. Marsoner would have been paid by Lehman Brothers for his services concerning the F1 investment or I would not have asked him to help.

Vittorio Pignatti

Vittorio Pignatti Morano
Chairman
TRILANTIC CAPITAL PARTNERS EUROPE

Office:   +44 (0) 20 3326 8607
Mobile:  +44 (0) 7899 070 651
Email:  vpignatti@trilanticpartners.eu

Marsoner00000031