# Exhibit R



Redacted

**From:** Thomas Marsoner <thomas@marsoner.com>
**Subject: Re: F1: past & future**
**Date:** 10. März 2014 14:12:18 GMT
**To:** "Peter R. Sherratt" <peter.sherratt@lbia-eu.com>

Thank you, Peter. That explains your perspective. It is obviously at odds with my own (as well as that of my interlocutors at the time), set out in the court application that I recently submitted and would happily share with you, if of interest.

To your one point of substance: The F1 Firm & IBD Revenues only became observable through the 3rd party valuations first visible in May 2012. I submitted my claim in August 2012. Hence, "putting the claim in years ago" to the Lehman estate was simply impossible.

Marsoner00000197

I certainly did it in principle to a living Lehman as early as 2007, as we both know.

I'm not sure who asked you to "give false evidence". I certainly didn't.

Best,

Thomas

On 10.03.2014, at 11:29, Sherratt, Peter <peter.sherratt@lbia-eu.com> wrote:

> Hi Thomas,
> Thanks that's explained it.
>
> 1) My view is that the claim on LBEL isn't justified. We both know there was no agreement to pay you relating to F1. You are a highly intelligent and meticulous person, and would have put in a claim years ago if you believed in it.
>
> I do feel a lot of loyalty to old colleagues, especially those I've know for a very long time like you. But helping on the claim would not only be wrong but involve giving false evidence, which is of course a criminal offence in England. Just fyi, Linklaters have spoken to Tom and Christian, who share the view the claim is unjustified.
>
> 2) I don't really want to meet to talk about the investment and see it crop up again in litigation. So I'll pass on that, thanks anyway.
>
> I hope this answers one of your questions and explains why I can't help on the other. Do send my regards to Ruggero and Vittorio.
>
> Best,
>
> Peter
>
>
> ----- Original Message -----
> From: Thomas Marsoner [mailto:thomas@marsoner.com]
> Sent: Friday, March 07, 2014 12:54 PM GMT Standard Time
> To: Sherratt, Peter
> Subject: Re: F1: past & future
>
> Not at all cryptic but obvious:
>
> 1) Past: I'd greatly appreciate fully understanding your perception of my role for LB on F1, particularly in the years 2002 - 2005. As you may well already know, this is a not immaterial topic for LBEL today. Since I have always greatly respected your views, understanding them should be useful all round here.
>
> 2) Future: Since CVC's total selldown is now imminent, I'd again greatly appreciate learning your views on the scenario of likely events going forward.

Marsoner00000198

At the same time I'd be delighted to share with you my insights, both from the "motor racing scene" as well as the Munich "public prosecution scene".

I do hope that, based on the above elimination of any (unintended) crypticism, you'll be able to spend half an hour with an old colleague, who thinks that he has always worked well with you, at a place and time of your chosing at some point over the next 2 weeks or so.

Thx in advance & best,

Thomas


> On 07.03.2014, at 04:33, "Sherratt, Peter" <peter.sherratt@lbia-eu.com> wrote:
>
> That's kind of you to offer to travel, but this is so cryptic I can't really justify much spending time on it. Let's leave it until there's something more specific.
>
> Best,
> Peter
>
>
> ----- Original Message -----
> From: Thomas Marsoner [mailto:thomas@marsoner.com]
> Sent: Thursday, March 06, 2014 01:32 PM GMT Standard Time
> To: Sherratt, Peter
> Subject: Re: F1: past & future
>
> I'd really like to have this conversation in person please. Could happily come out to the country on Thursday 13th pm or Friday anytime. If you're in London during the week of the 17th, I could offer either the Travellers' Club or Mark's Club whenever convenient to you including for breakfast, lunch or dinner.
>
> Best,
>
> Thomas
>
> Sent from my iPad
>
>> On 05.03.2014, at 20:37, "Sherratt, Peter" <peter.sherratt@lbia-eu.com> wrote:
>>
>> Hi Thomas,
>> Thanks for the mail but I'm not going to be in London next week. I can do a call, today or next week.
>> Best,
>> Peter

Marsoner00000199

----- Original Message -----
From: Thomas Marsoner
[mailto:thomas@marsoner.com]
Sent: Tuesday, March 04, 2014 05:45 PM GMT Standard Time
To: Sherratt, Peter
Subject: F1: past & future

Hi Peter,

Would you have time for me to come see you for half an hour next week to chat about F1 matters of, potentially, mutual interest?

Thx & best,

Thomas


Sent from my iPad

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.


AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent legal, financial and other advice and your own judgement. Accordingly, you should not rely on any

Marsoner00000201

communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.

AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell,

PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent legal, financial and other advice and your own judgement. Accordingly, you should not rely on any communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

AV Lomas, SA Pearson, PD Copley, R Downs and JG Parr were appointed as Joint Administrators of Lehman Brothers International (Europe) to manage its affairs, business and property as agents without personal liability.

MJA Jervis, AV Lomas, SA Pearson, DY Schwarzmann and JG Parr were appointed as Joint Administrators of Lehman Brothers Limited to manage its affairs, business and property as agents without personal liability.

DA Howell, AV Lomas, SA Pearson, JG Parr and GE Bruce were appointed as Joint Administrators of Lehman Brothers Holdings PLC, Lehman Brothers UK Holdings Limited, LB UK Financing Ltd, Lehman Commercial Mortgage Conduit Limited, Lehman Brothers (PTG) Limited, Eldon Street Holdings Limited and LB Holdings Intermediate 2 Limited to manage their affairs, business and property as agents without personal liability.

DY Schwarzmann, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators of LB UK RE Holdings Limited, Mable Commercial

Marsoner00000203

Funding Limited, Storm Funding Limited and Lehman Brothers Europe Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas, SA Pearson and JG Parr were appointed as Joint Administrators Cherry Tree Mortgages Limited, Lehman Brothers Lease & Finance No. 1 Limited, Monaco NPL (No 1) Limited and Zestdew Limited to manage their affairs, business and property as agents without personal liability.

GE Bruce, AV Lomas and JG Parr were appointed as Joint Liquidators of LB RE Financing No. 3 Limited and Thayer Properties Ltd.
DA Howell, AV Lomas and MJA Jervis were appointed as Joint Liquidators of LB SF No.1.


AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are licensed in the United Kingdom to act as insolvency practitioners by the Institute of Chartered Accountants in England and Wales. AV Lomas, SA Pearson, DY Schwarzmann, MJA Jervis, DA Howell, PD Copley, R Downs, JG Parr and GE Bruce are Data Controllers of personal data as defined by the Data Protection Act 1998. PricewaterhouseCoopers LLP will act as Data Processor on their instructions. Personal data will be kept secure and processed only for matters relating to the administrations or liquidations, as applicable.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of the Lehman company in administration or liquidation, as the case may be. Email transmission cannot be guaranteed to be secure or error-free. No representation is made in relation to this information, including, without limitation, whether it is complete or accurate and nor should it be relied upon as such. All information is subject to change without notice.

You should make your own independent decision whether or not to enter into any arrangement referred to in this message based upon independent legal, financial and other advice and your own judgement. Accordingly, you should not rely on any communication (written or oral) of the Lehman company in administration or liquidation, as the case may be, its administrators or liquidators, as the case may be or any of their respective affiliates, agents, employees, directors, officers, partners or advisers as a recommendation or advice to enter into any arrangement referred to in this message.

Marsoner00000204