# Exhibit 4

## BOARD OF DIRECTORS

**Richard S. Fuld, Jr.**
Chairman and Chief
Executive Officer
*Committees:* Executive
(Chairman)
*Director since 1990*

**Michael L. Ainslie**
Private Investor and
Former President and
Chief Executive Officer
of Sotheby's Holdings
*Committees:* Audit
*Director since 1996*

**John F. Akers**
Retired Chairman of
International Business
Machines Corporation
*Committees:* Compensation
and Benefits (Chairman);
Finance and Risk
*Director since 1996*

**Roger S. Berlind**
Theatrical Producer
*Committees:* Audit;
Finance and Risk
*Director since 1985*

**Thomas H. Cruikshank**
Retired Chairman and
Chief Executive Officer
of Halliburton Company
*Committees:* Audit
(Chairman); Nominating
and Corporate Governance
*Director since 1996*

**Marsha Johnson Evans**
Rear Admiral,
U.S. Navy (Retired)
*Committees:* Compensation
and Benefits; Finance and
Risk; Nominating and
Corporate Governance
(Chairman)
*Director since 2004*

**Sir Christopher Gent**
Non-Executive Chairman
of GlaxoSmithKline plc
*Committees:* Audit;
Compensation and Benefits
*Director since 2003*

**Roland A. Hernandez**
Retired Chairman and
Chief Executive Officer
of Telemundo Group, Inc.
*Committees:* Finance
and Risk
*Director since 2005*

**Dr. Henry Kaufman**
President of Henry
Kaufman & Company, Inc.
*Committees:* Finance
and Risk (Chairman)
*Director since 1995*

**John D. Macomber**
Principal of JDM
Investment Group
*Committees:* Compensation
and Benefits; Executive;
Nominating and
Corporate Governance
*Director since 1994*

## SENIOR MANAGEMENT

**Richard S. Fuld, Jr.**
Chairman and Chief
Executive Officer

**Jasjit S. Bhattal**
Chief Executive Officer,
Asia-Pacific

**Erin M. Callan\***
Chief Financial Officer

**Scott J. Freidheim**
Co-Chief Administrative
Officer

**Dave Goldfarb**
Global Head of Strategic
Partnerships, Principal
Investing and Risk

**Joseph M. Gregory**
President and Chief
Operating Officer

**Jeremy M. Isaacs**
Chief Executive Officer,
Europe, Middle East
and Asia-Pacific

**Theodore P. Janulis**
Global Head of Mortgage
Capital

**Stephen M. Lessing**
Head of Client
Relationship Management

**Ian T. Lowitt**
Co-Chief Administrative
Officer

**Herbert H. McDade III**
Global Head of Capital
Markets/Equities

**Hugh E. McGee III**
Global Head of Investment
Banking

**Andrew J. Morton**
Global Head of Capital
Markets/Fixed Income

**Christopher M. O'Meara\***
Global Head of Risk
Management

**Thomas A. Russo**
Vice Chairman
Lehman Brothers Inc. and
Chief Legal Officer

**George H. Walker**
Global Head of
Investment Management

## OTHER OFFICERS

**Mark H. Burton**
Vice Chairman
Lehman Brothers Inc.

**Barbara M. Byrne**
Vice Chairman
Lehman Brothers Inc.

**Kunho Cho**
Vice Chairman
Lehman Brothers Inc.

**Howard L. Clark, Jr.**
Vice Chairman and
Member of Board
of Directors
Lehman Brothers Inc.

**Leslie J. Fabuss**
Vice Chairman
Lehman Brothers Inc.

**J. Stuart Francis**
Vice Chairman
Lehman Brothers Inc.

**Frederick Frank**
Vice Chairman and
Member of Board
of Directors
Lehman Brothers Inc.

**Joseph D. Gatto**
Vice Chairman
Lehman Brothers Inc.

**Ruggero F. Magnoni**
Vice Chairman
Lehman Brothers Inc.
and Lehman Brothers
International (Europe)

**Vittorio Pignatti Morano**
Vice Chairman
Lehman Brothers Inc.

**Grant A. Porter**
Vice Chairman
Lehman Brothers Inc.

**Robert D. Redmond**
Vice Chairman
Lehman Brothers Inc.

**Felix G. Rohatyn**
Vice Chairman
Lehman Brothers Inc.

**Casey Safreno**
Vice Chairman
Lehman Brothers Inc.

**Joseph G. Sauvage**
Vice Chairman
Lehman Brothers Inc.

**Marvin C. Schwartz**
Vice Chairman
Lehman Brothers Inc.

**Peter Sherratt**
Vice Chairman
Lehman Brothers Inc.

**Andrew R. Taussig**
Vice Chairman
Lehman Brothers Inc.

\*Effective December 1, 2007, Erin M. Callan assumed the role of chief financial officer and
Christoper M. O'Meara assumed the role of global head of risk management.