# Exhibit 8

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -

IN THE MATTER OF

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,

Debtors.

- - - - - - - - - - - - - - - - - - - -

DEPOSITION OF PETER SHERRATT

VOLUME I

Friday, November 13th, 2015

AT:  1:00 p.m.

Taken at:

Hogan Lovells
50 Holborn Viaduct
London
EC1A 2FG
London
United Kingdom

CONFIDENTIAL

Court Reporter:

Chris Lang
Accredited Real-time Reporter

```
                                                                Page 2

 1                    A P P E A R A N C E S

 2    Appearing for the Deponent:

 3              MAURICE HORWITZ, ESQ.
                DENISE ALVAREZ, ESQ.
 4              WEIL, GOTSHAL & MANGES LLP
                767 FIFTH AVENUE
 5              NEW YORK, NY 10153-0119

 6

 7

 8

 9    Appearing for Dr Thomas Marsoner:

10              M. SHANE JOHNSON, ESQ.
                PIETER VAN TOL, ESQ.
11              HOGAN LOVELLS LLP
                875 THIRD AVENUE
12              NEW YORK, NY 10022

13

14

15

16    Appearing for the Debtors:

17              THOMAS E. HOMMEL, ESQ.
                LEHMAN BROTHERS HOLDINGS INC.
18              1271 AVENUE OF THE AMERICAS
                NEW YORK, NY 10020
19

20

21
      NOTARY: MICHELLE SCOTT-BRYAN
22
      VIDEOGRAPHER:
23
                WENDY VINER
24              Videographer

25
```

Page 13

```
 1        A.  Well, I can only read what you can read.  I mean,
 2     I am not sure what you are asking me for here.  It does
 3     do that, according to how I read it.
 4        Q.  Were you not involved in those discussions to have
 5     Dr. Marsoner?
 6        A.  Yes, indeed, I was, I would have been very happy
 7     with Marsoner representing the three banks.
 8        Q.  And this is October 2002?
 9        A.  Yes.  I remember, because Thomas and I got on well
10     and I respected him.
11        Q.  And you thought he was knowledgeable about F1?
12        A.  Yes.
13   MR. JOHNSON:  Please mark that as exhibit 3.
14            (Exhibit 3 marked for identification)
15        Q.  This is an October 22nd, 2002 email from Patrick
16     Bierbaum to Peter Sherratt, Victoria Pignatti and
17     Stephen Sleigh, at Lehman Brothers, copied Thomas
18     Bernard, Steve Hannan, and Patrick Schmitz-Morkramer.
19     And are you familiar with this document?
20        A.  Well, this is the same as my last answer.
21     I haven't seen this since I left Lehman.  I may well
22     have seen this at the time.  It is very likely I would
23     have read this at the time.
24        Q.  And do you see that you are listed as an addressee
25     on this email?
```

Page 46

1    A.  That was the entity, Alpha Topco originally and
2    then Delta Topco were the entities that I joined as
3    a director and they were the entities that owned
4    Formula 1.
5    Q.  And I think you just said that, but you were
6    appointed as a director of Delta Topco Limited and Delta
7    Prefco Limited?
8    A.  Yes, I was appointed to what you might broadly call
9    the board of Formula 1, but it was the holding company,
10   the relevant holding company.
11   Q.  And you were appointed by Lehman Commercial Paper
12   Inc.?
13   A.  I think technically you were appointed by the
14   company, so you join the board of the company as
15   an individual.  But I did that representing the
16   shareholder, which was LCPI.
17        (Exhibit 8 marked for identification)
18   Q.  This is a motion made by Lehman Commercial Paper
19   Inc. in the United States bankruptcy case to sell shares
20   of Delta Topco Limited and Delta Prefco Limited.  Could
21   you please turn to exhibit B.  This is a draft
22   consulting agreement?
23   A.  Yes it is.
24   Q.  Was a final executed version ever entered into?
25   A.  Yes, I did enter into a consulting agreement.

Page 48

```
 1   MR. HORWITZ:  Objection to form.
 2        A.  I did, yes.
 3        Q.  If you will go to exhibit C.
 4        A.  Yes.
 5        Q.  It is a letter agreement.
 6        A.  Mm-hm.
 7        Q.  Lehman Commercial Paper Inc.
 8        A.  Yes.
 9        Q.  Did you execute a letter of agreement substantially
10   similar to this one?
11   MR. HORWITZ:  Objection to form.
12        A.  Did I execute myself?  Um, this looks like
13   a statement in which they will nominate me as a member
14   of the board.
15        Q.  Sorry, yes.  Did you know if --
16        A.  I think LCPI did nominate me, yes, absolutely, and
17   I was appointed by those boards.  I think it looks like
18   Jack McCarthy may have executed this.
19        Q.  And are you still a director of these entities?
20        A.  No I am not, no.
21        Q.  When were you replaced?
22        A.  I resigned in 2012.  Although I did resign also for
23   a period, if you want the full -- to be, give you full
24   detail on that, I had a short period after the
25   bankruptcy in which I dropped out of the board because
```

1    reveal where we were on it, because clearly that could

2    influence other people that we were negotiating with.

3    So yes, he would want to be quite guarded about it.

4    I think it means what it says.

5     Q.  Did this email influence your decision not to sell

6    your stake in Formula 1?

7     A.  My personal?

8     Q.  Or Lehman, the work out team's?

9     A.  The one going from Thomas -- Tom Bernard to Thomas?

10     Q.  The one from Thomas to Tom Bernard.

11     A.  Which?

12     Q.  Tom Bernard says "we're inclined to take your

13    advice".

14     A.  Yes.

15     Q.  Did that advice influence your decision?

16     A.  I think the position with Thomas' input was that it

17    was helpful.  It is very, very useful when you are

18    looking, as Tom said, you are in the discovery mode when

19    you're looking at it, absolutely, it is very, very

20    useful to take into account all of your different

21    sources and you would need to ask Tom what his balance

22    of opinion was.  But all I can say is that from our

23    perspective and from the people that I spoke to, I was

24    never in any doubt that we should stay in and I know it

25    sounds easy to say that now, but that is what happened,