# Exhibit 9

IN THE UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK


- - - - - - - - - - - - - - - - - -

IN THE MATTER OF

    IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL.,

                    Debtors.


- - - - - - - - - - - - - - - - - -

DEPOSITION OF RUGGERO MAGNONI

VOLUME I

Tuesday, November 17th, 2015

AT:  2:30 p.m.

Taken at:

Hogan Lovells
50 Holborn Viaduct
London
EC1A 2FG
London
United Kingdom


CONFIDENTIAL

Court Reporter:

Chris Lang
Accredited Real-time Reporter

1               A P P E A R A N C E S

2   Appearing for Lehman Brothers:

3           MAURICE HORWITZ, ESQ.
            DENISE ALVAREZ, ESQ.
4           WEIL, GOTSHAL & MANGES LLP
            767 FIFTH AVENUE
5           NEW YORK, NY 10153-0119

6

7

8

9   Appearing for Dr Thomas Marsoner:

10          M. SHANE JOHNSON, ESQ.
            PIETER VAN TOL, ESQ.
11          HOGAN LOVELLS LLP
            875 THIRD AVENUE
12          NEW YORK, NY 10022

13

14

15

16  Appearing for the Debtors:

17          THOMAS E. HOMMEL, ESQ.
            LEHMAN BROTHERS HOLDINGS INC.
18          1271 AVENUE OF THE AMERICAS
            NEW YORK, NY 10020
19

20

21  NOTARY: MICHELLE SCOTT-BRYAN

22  VIDEOGRAPHER:

23          WENDY VINER

24          Videographer

25

Page 3

1

RUGGERO MAGNONI (SWORN) ..............................5

2

    Examination by MR. JOHNSON  ......................5

3

    Examination by MS. ALVAREZ  ....................35

4

5    Exhibit                  Page

6

Magnoni 1 .................35

7

Magnoni 2 .................47

8

Magnoni 3 .................48

9

Magnoni 4 .................62

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                                    Tuesday, November 17, 2015

2      (2:27 p.m.)

3      THE VIDEOGRAPHER:  Here begins the videotaped deposition of

4          Ruggero Magnoni in the matter of In Re: Lehman Brothers

5          Holdings Inc., et al., in the United States Bankruptcy

6          Court Southern District of New York, case number

7          08-13555 SCC.  Today's date is November 17, 2015 and the

8          time is 2:27 p.m.  The videographer today is Wendy

9          Viner.  This video deposition is taking place at

10         Hogan Lovells, 50 Holborn Viaduct, London EC1, UK.

11         Counsel would you identify yourself and state how

12         represent.

13     MR. JOHNSON:  Shane Johnson from Hogan Lovells for

14         Dr. Thomas Marsoner.

15     MR. VAN TOL:  Pieter Van Tol from Hogan Lovells for

16         Dr. Thomas Marsoner.

17     MS. ALVAREZ:  Denise Alvarez from Weil, Gotshal & Manges,

18         for Lehman brothers Holdings Inc. and Lehman Commercial

19         Paper Inc.

20     MR. HORWITZ:  Maurice Horwitz from Weil, Gotshal & Manges

21         for Lehman Brothers Holdings Inc. and Lehman Commercial

22         Paper Inc.

23     THE VIDEOGRAPHER:  Thank you.  Can I ask the notary to swear

24         in the witness and we can begin.

25

Page 5

1                     RUGGERO MAGNONI

2    having been SWORN testified as follows:

3    BY MR. JOHNSON:

4        Q.  Mr. Magnoni, thank you for appearing here today.

5    I just wanted to give you a brief overview of what we

6    are going to be doing today.  I am going to be asking

7    you some questions and then the attorneys for Lehman

8    Brothers will have the opportunity to ask you some

9    questions.  If at some point you don't understand one of

10   the questions, please say so and we will repeat the

11   question, or possibly rephrase it.  If you hear either

12   side make an objection to form, you can still answer the

13   question that you have been asked.  Do you understand

14   these instructions?

15       A.  I do.

16       Q.  Okay, excellent.

17       A.  Let's see how it works.

18       Q.  So I wanted to start with your work history.  When

19   did you begin working at Lehman Brothers?

20       A.  February 1977 and I continued there until the last

21   day, which I think was September 15, 2008.  So 35 years.

22   My only job.  And then I continued with Nomura from 2008

23   to 2013, becoming senior adviser afterwards, but I was

24   chairman of investment banking division, EMEA, which is

25   European, Middle East and Africa, for Nomura during

Page 6

1        those years.  I started from the bottom as an associate

2        out of business school in Columbia in 1977, Columbia

3        Business School, and made, you know, up to managing

4        director about ten years later, and then I was appointed

5        as vice chairman of Inc. and vice chairman of

6        International Europe, which were our two operating

7        units, the broker dealers of the group, about around

8        2000 and where about, immediately after.  So it is my

9        pride to tell the truth about Lehman Brothers, which is

10       my passion in life, has been my career, my everything.

11        Q.  And you said you became vice chairman in 2000?

12        A.  I can't remember exactly.  I think it was the end

13       of, yes, I think it was around 2000.  1999/2000.

14        Q.  And you continued in that role until --

15        A.  To the last day.  I was vice chairman of both, of

16       Inc. and Europe.

17        Q.  Can are we please look at Exhibit 1, the Lehman

18       Brothers 2007 report.  Do you see in the bottom

19       right-hand corner it says Marsoner and then there is

20       a number?

21        A.  Yes.

22        Q.  Please turn to 606.

23        A.  606 is where, I am there, my picture and everything

24       is what you want?  Okay, what did you say, 6?

25        Q.  606.

Page 7

1        A.  Right, yes, that is me.  There is no picture here.

2     That is me, Ruggero Magnoni.

3        Q.  Do you see your name listed under the column that

4     says "other officers"?

5        A.  Yes.

6        Q.  And is that because you were an officer of Lehman

7     Brothers Holdings Inc.?

8        A.  And Europe.

9        Q.  And Europe?

10       A.  I would say.

11       Q.  Okay.

12       A.  International, IE.  So I was the only one with

13    both, with both titles --

14       Q.  Okay.

15       A.  -- in the firm.  I also had been member of the

16    chairman's strategic committee for a number of years,

17    for Dick, Dick Fuld, and I have a very strong personal

18    relationship, and I was the only European asked to serve

19    in his strategic committee for a number of years.  So

20    I had to fly every month to New York for his meetings,

21    where we would consider what to do with the group,

22    until, I would say, it then stopped, I think 2006 it

23    stopped.  But it went on for a number of years.  So much

24    so I was thinking about buying a flat in New York

25    because I was there every month.

Page 8

1     Q.  Okay.  And could I actually ask you to turn back to

2     that page.

3     A.  Yes, please.

4     Q.  Could you identify the people on this list that you

5     regularly worked with?

6     A.  Well, regularly meaning, well, Dick Fuld was my

7     close friend.  But all of them, Jasjit Bhattal was the

8     head of Asia.  Erin M Callan, not much, but

9     Scott Freidheim is one of my close friends.  Dave

10    Goldfarb I worked for, Dave was my boss because I became

11    head of principal investments, the firm's principal

12    investment in Europe, and I was chairman of Italy and

13    I was the most senior banker in the roster.  But they

14    asked me to do all sorts of things and I, as long as

15    I didn't have to manage anybody I was free to do what

16    I wanted.  I did comply, because I loved it.

17        In Europe I basically reported, at the end,

18    I reported directly to the chairman and COO of Europe.

19    Jeremy Isaacs was my closest friend, he still is.  Who

20    else do you want to know.  I knew everyone here, Herb

21    McDade, Skip McGee was my partner, head of banking.

22    Andrew Morton I knew very well.  Tom Russo I knew very

23    well, that was your senior lawyer and a colleague of

24    yours, one of the most accomplished corporate lawyers in

25    Wall Street.  George Walker I didn't know too well, he

1    joined us late.  Howard Clark, we went back, those many

2    years.  Les Fabuss was one brotherly friend.

3    Stu Francis, as well, Fred Frank, all of those guys,

4    this was my, we grew up together.

5     Q.  Okay.

6     A.  I spent 35 years there.  Felix Robatyn he came

7    from, these were -- Peter Sherratt, we had offices

8    close, one to the other, up on the top floor of Lehmans.

9    No, this was my firm.

10    Q.  Sure, okay.  We have talked about this a little,

11    but what were your day-to-day responsibilities at Lehman

12    Brothers?

13    A.  It moved, right, over the years.  Obviously it

14    depends on the years you were focusing on.  In

15    1999/2000, for example, I organized the largest, still

16    today, take over deal in Europe.  It was the Telecom

17    Italia old style by Olivette.  With Vittorio Pignatti

18    I was the senior, and Vittorio was my invaluable

19    partner, and we built the most incredible deal that was

20    ever made.  And still today, it is the largest old style

21    cash deal ever done in Europe.  And we were really the

22    driving, driver's seat.  We had other banks following

23    us, but we did the deal.

24        So what happened in 1999, we did the deal in early

25    1999 and it took me -- I was based in London, because

1    I had been the head of banking, together with one other

2    partner of mine, and before with another guy, I was in

3    charge of the coverage bankers, and I ended up taking

4    full responsibility for the deal, which was 70 billion,

5    or USD 80 billion at that time, which we financed almost

6    fully on debt.  So it was a huge transaction, where

7    Lehman made a fortune.

8        So I had to stay on, because it was so important to

9    the firm.  So I went back to Italy, basically to man

10   that business.  So at the end of that, Dick and Jeremy

11   asked me to become more involved with the principal

12   investment side, and merchant banking and I became the

13   head of principal and merchant banking for Europe.  So

14   I moved out of banking and I kept a title of chairman of

15   Italy, because obviously I was the most visible member

16   of the firm in that part of the world.  So it went on

17   for a number of years back here in London, overseeing

18   our merchant banking activity and direct investment, so

19   that is where the Kirch Media investment and all of

20   these spin offs arrived.  We can talk about that if you

21   want me to open, or wait for the questions.

22   Q.  Sure.

23   A.  I am not sure, you please guide me a bit, because

24   the history is very long and thick, so.

25   Q.  Yes, absolutely.

Page 11

1      A.  We can spend a long time here on, kind of, not

2      necessarily very relevant.

3      Q.  Absolutely.

4      A.  So guide me a bit, because I can stay here for

5      months.

6      Q.  Okay, excellent.  We will get to that, definitely.

7      A.  So you asked me in what capacity I operated at

8      Lehman in Europe.

9      Q.  Right.

10     A.  Basically on a factotum basis I was in charge of

11     private, private investment.  I am sorry, on the

12     merchant bank.  I was asked to come up with deals ideas.

13     Q.  Okay.

14     A.  For the firm, and at the same time Dick would ask

15     me to come and join the strategic committee once a month

16     to think about potential expansion opportunities for the

17     firm.  I am talking early 2000, where we were very

18     ambitiously looking at growing the business.  So I was

19     doing a bit of everything.  And Italy, major calls to --

20     the time Berlusconi was there I knew him very well from

21     previous deals we had done with him, many years before,

22     so I took Dick Fuld and Jeremy there to familiarize

23     themselves with a member of the G7 very friendly to us,

24     and we did an enormous amount of deals with the Italian

25     government at that time.  We were the largest

Page 12

1      derivatives counter-party of the Republic of Italy for

2      a number of years.  I can give you details if you want,

3      but it was very well known in the market.  There was one

4      particular deal where we were counter-party to

5      34 billion Euros inflation swap to the Republic of

6      Italy, single counter-party.  Which was on when we went

7      under and it created a huge problem in unwinding it,

8      because it was so huge.  So we were the dominant

9      international bank in Italy.  We were very active in

10     Europe, and very profitable I must say.  And we were

11     also very active on the principal side, where we made

12     several very successful investments for the firm and for

13     the fund, for the Lehman Brothers merchant banking fund

14     which became Trilantic afterwards.

15     Q.  Okay.

16     A.  Over the years.  So I was doing a bit of

17     everything.  I was the ambassador, also, of the firm in

18     continental into Europe, because I was the most visible

19     banker and I was written up front page of Business Week

20     and I was asked to give interviews to Bloomberg TV, so

21     I was kind of a very enthusiastically being all over the

22     place.  And I loved it.

23     Q.  Excellent.

24     A.  I must say.

25     Q.  And do you know Dr. Thomas Marsoner?

Page 13

```
 1        A.  Unfortunately, yes.  No, no, yes of course.  Thomas

 2     is, Thomas joined us from Solomon Brothers when I was

 3     running the firm.  I was one of the senior guys in

 4     banking.  As I say, the firm was really the banking

 5     division in the 90s.  We realized we didn't have enough

 6     of a grip on the financial institutions industry and

 7     Soloman Brothers instead was very good, and so Soloman

 8     Brothers was not doing too well in Europe but they had

 9     a very strong, FIC group.  We call them FIC, financial

10     institutions.  So we decided to make a bid for the

11     group, which was led by an Italian.  And the number two

12     deputy, and extremely intellectual partner, was

13     Dr. Thomas Marsoner.

14        We have lost him.  No incoming video, is that okay?

15     Can we go on without him, or not?

16  MS. ALVAREZ:  Shall we go off the record?

17  MR. JOHNSON:  Maybe go off the record for a couple of

18     minutes.

19  THE VIDEOGRAPHER:  We are going off the record, the time is

20     2:43 p.m.

21  (2:43 p.m.)

22                      (Break taken.)

23  (2:44 p.m.)

24  THE VIDEOGRAPHER:  We are back on the record.  The time is

25     2:44 p.m.
```

Page 14

1    BY MR. JOHNSON:

2      Q.  Okay, I had asked you about Dr. Thomas Marsoner,

3      and you were --

4      A.  So Thomas joined us, I can't remember the year,

5      together with Bruno Gabriele, who was his very, very

6      close partner and friend, who unfortunately died when he

7      was the head of banking for Lehmans in a car accident

8      going back home after a long late meeting.  So they

9      joined us and became an integral part of our business.

10     So we built a very active business in FIC, because we

11     were very strong in fixed income.  And most of the fixed

12     income clients were banks, or insurance companies, which

13     we didn't know that well at the decision making level,

14     so they added to it, and made an incredible impact on

15     our business since they joined in the early 1990, if

16     I well remember.  90 -- I can't remember.  So we

17     basically worked together on some accounts.  He added

18     particular, Thomas, in addition to Switzerland, Austria

19     and Germany, which were his natural part, there was also

20     UniCredit.  UniCredit is an Italian bank, one of the

21     largest in Europe, bought Hypovereinsbank, a German, the

22     second or third largest German bank, and Thomas knew a

23     lot of the people there both at UniCredit and at Hypo.

24     So we worked together also on the coverage of this large

25     Italian bank.  So Thomas --

Page 15

1   THE COURT REPORTER:  Sorry can you pause for a bit.

2       A.  Yes.

3   THE COURT REPORTER:  No carry on.

4       A.  So yes, of course I knew he was one of the senior

5       managing directors in our group as long as he stayed.

6   THE COURT REPORTER:  Sorry, I am having technical problems.

7       I don't know why.

8       A.  Because I am talking too much?

9   THE COURT REPORTER:  Not at all.

10  MR. VAN TOL:  You've broken the machine.

11      A.  Right.  I can break -- don't ask my wife.

12  MR. JOHNSON:  Shall we go off the record?

13  THE VIDEOGRAPHER:  We are going off the record.  The time is

14      2:48 p.m.

15  (2:48 p.m.)

16                          (Break taken.)

17  (2:49 p.m.)

18  THE VIDEOGRAPHER:  We are back on the record.  The time is

19      2:49 p.m.

20      A.  So Thomas was one of the smartest of our partners,

21      and one of the most creative and we had obviously, the

22      guy is so smart, so intelligent, that -- he is far more

23      intelligent than me -- I needed to spend some time to

24      understand what he was, you know, telling us, because it

25      was always very deep.  While his partner, Bruno, was

1       very much like me, a commercial person, very bright,

2       very quick on his feet, so they made an incredible

3       couple, and they had about 20 people below them and

4       made, I think, the most interesting FIC group in the

5       City.  So that is how I came to know Thomas.

6    BY MR. JOHNSON:

7       Q.  Okay.  Did he later serve as an adviser to Lehman

8       Brothers?

9       A.  Er, yes.  Well, there is a long, again, I will try

10      to make it short.  But Thomas' family was in the beer

11      industry in Tirol in Innsbruck, actually, for,

12      I understand, many generations.  And his father, whom

13      I met at that time, there was a point when Thomas

14      decided to go back to Austria, attend a bit to the

15      business of the family and his own family; he is

16      married.  So what happened, we came up with an idea,

17      Thomas and I, to try to, and Vittorio, to try and buy

18      out all of the other shareholders in the beer business

19      of the family, which was listed in Innsbruck, and

20      Lehman, me being the principal investor, representing,

21      and Vittorio being the M&A banker, at that time was the

22      head of M&A, we came up with a proposal and it wasn't

23      accepted, because I think Heineken or one of those big

24      guys came in and paid more than us.  So I reconnected

25      with Thomas when he left because he was an adviser to

Page 17

1    Lehmans, and we were trying to do deals together.  Which

2    I understand, then he went on and on, doing other

3    transactions with.  And that must have been the early

4    2000s, when I was really running and merchant bank,

5    private investment and merchant bank.

6      Q.  Are you aware that he had advisory agreements with

7    Lehman Brothers?

8      A.  Of course.  He was one of the few.  We never wanted

9    to let the good guys go, but he wanted to go back, so we

10   invested so much time with him and he was a friend and

11   a capable partner.  We wouldn't have ever let that

12   talent go anywhere else if he wanted to stay in the

13   business.  So yes he was one of our very few internal

14   early retirement type of advisers.

15     Q.  And you may have partly answered this next

16   question, but to your understanding why did Lehman

17   Brothers want to hire Dr. Marsoner as a senior adviser?

18     A.  Because we didn't want him to leave, and he left

19   for his own personal reason, and we, you know, made sure

20   that he stayed.  It cost us a fortune to get him, the

21   whole Solomon Brothers team, we had to buy them.  We

22   valued Thomas enormously.

23     Q.  And you mentioned Thomas had expertise in

24   Switzerland, Austria?

25     A.  German speaking countries and Czechoslovakia, some

Page 18

1      of those place where being a German speaker helps, so

2      the whole Aus-Hungarian empire is large, and Germany,

3      and Switzerland of course.

4        Q.  Did his expertise include F1?

5    MS. ALVAREZ:  Objection to form.  You can answer.

6        A.  Okay.

7        Q.  You can still answer.

8        A.  He is not an expert, he is a maniac, he is

9      a Formula 1 maniac.  The guy is, knew everything.

10     I mean, he could, he would go to all of the Grand Prix

11     and I remember, he went to Monte Carlo, I went with

12     Johann Rupert, who was the owner of Rothmans, one of the

13     big sponsors, and I have been to Monza with him, et

14     cetera.  And he went there with his very, I think he was

15     still not married, with Veronica, and he was dragging

16     her to see that thing and the other; couldn't give

17     a damn.  We were with Sylvester Stallone, and the usual

18     type of people that come to those places and having

19     a lot of fun.  He was totally focused on the technology,

20     Mercedes, and Ferrari, we were admitted to the pits and

21     he really knew more than any of us.

22        I have to tell you how we come across the Formula 1,

23     because I am a bit of a car fanatic myself, but not as

24     much as Thomas.  And we have some petrol head friends,

25     like Johann Rupert, who has a collection for 420 old

1      cars in South Africa.

2          Any way, I was responsible for a loan to Kirch,

3      Kirch Media.  I pushed the firm to invest with

4      Berlusconi's Mediaset and Murdoch's Sky and I think

5      Prince Waleed, but I can't remember if Prince Waleed was

6      in too, to save Kirch from what happened next any way.

7      So we weren't too good.  I was actually, it was a step

8      back in my otherwise pretty successful career and the

9      firm underwrote USD 500 million.  Obviously at that time

10     it was me preparing the papers for the commitments

11     committee and then basically going around everyone and

12     talk to Dick and tell him Dick, this is a great deal.

13     Let's do it.  I mean I want your support, it is a bit

14     scary but we will make a lot of money.  So we didn't.

15     So Kirch went bust about a year and a half after we put

16     together the loan.  And we inherited what the, the

17     pieces of the companies that Kirch Holding Company,

18     which we lent money to, had in its belly.  So we had

19     a bit of Premiere, the pay TV, a bit of the commercial

20     TV, a bit of Axel Springer who was the publisher there,

21     and a bit of the Formula 1, which Kirch had basically

22     strangled itself and bought control of I would say

23     a year before, two years before, and it couldn't really

24     refinance.  So we found ourselves with all of this pot

25     pourri of German participation, and basically my role of

```
 1      originator of that investment ended there because Dick

 2      and Jeremy, after a while, let's say the following year,

 3      called me up and said Ruggero, it is much more valuable

 4      in finding new deals than in sitting on the busted loan.

 5      So we will use you or get you involved whenever we need,

 6      but please pass it on to Sherratt and the loan recovery

 7      group, if you want, and we will use you obviously as

 8      a very senior guy in the firm.  You will have a view,

 9      you will have a voice, but don't be day to day involved.

10      Because until then I was going every week to Munich and

11      sitting down with the lawyers, with a judge, and the

12      staff, and with Patrick Schmitz-Morkramer, who was one

13      of my Associates and I brought him in.  And then

14      obviously I stepped out a bit of the day to day, so

15      Peter Sherratt and what is his name, my great friend in

16      the States who then became the head of -- guys, I am

17      getting old.  He was a friend of Thomas.  You will come

18      to him.

19      Q.  Okay.  So what time period are we talking about?

20      A.  From, I think we made the loan, you have to help me

21      with the dates, because as I told you, I haven't --

22      I think we made the loan in 2001.  I think we went bust

23      in 2002, late 2002.  I remember 2003, we bought

24      10 percent of Ferrari, me and Vittorio, and we continued

25      doing deals.  So I kept on the Formula 1, with the firm,
```

1        bought 10 percent, or 8 percent of Ferrari.  Formula 1

2        was very much, and we already had, I think, inherited

3        our share of the security, that famous 15 percent of

4        Formula 1, which is, the remainder of which you still

5        have in the Lehman estate.  We were all very interested

6        in seeing that growing because it was the most valuable

7        of the assets of the Kirch group.

8            Q.  And did CVC Capital Partners become involved in F1?

9            A.  Yes.  They bought, I think it was 2005, -- well

10       I started with all of the Germans.  There was an idiot

11       and a crook at Bayerische Landesbank.  The crook got

12       caught and the idiot was the chairman, called Schmidt if

13       I well remember.  And these guys were playing their

14       stupid local game instead of trying to maximize the

15       business.  As you know, afterwards the crook was caught

16       and he is still in jail, I think, the guy who

17       facilitated the cheap sale to CVC.  He was corrupted by

18       Bernie, and, you know the story, right.  It was in all

19       of the papers.  Bernie has been accused of paying

20       50 million Euros to this Martin, you will have the name,

21       he was the Polish sounding name of the officer who was

22       on the board of Fiat.

23           Q.  Okay.

24           A.  When Bayerische owned the majority stake and he was

25       the guy who Bernie bribed, and he accepted that version,

1   maybe not in those words, but he was the guy bribed for

2   Bayerische to sell the control to CVC.  Which was the

3   point where we said no, we are not going to sell, that

4   was a low price, so much so that Bernie bribed that guy

5   to sell it back it himself; CVC and Bambino.  And

6   JP Morgan, unfortunately for them, fell in the trap and

7   sold themselves.  Remember, in the bank it is not that

8   easy, yes.  We had a loan which became an equity

9   investment.  But it was still in the bad loan category

10  type recovery.  When it was offered to sell at a cheap

11  price, we would have recovered part of our loan.

12  I think it was 150 million.  The part of the principal

13  that we would have gotten back, or a bit more.

14  Remember, we had 500 invested in Kirch.  So we were

15  going to be -- we already pulled 300 away, but it was

16  a total final loss, because all of the other pieces were

17  kind of worthless.  The only piece left of the Kirch

18  media venture was Formula 1.

19      So it was very important, that particular decision.

20  And JP Morgan decided to accept and we didn't.  And that

21  went through a lot of loops.  Because it was not obvious

22  that we were better off holding that stake or to sell

23  it.  That is where I was called into say what I thought

24  at the highest level of the firm, I think by Jeremy or

25  Dick, and honestly, I didn't have a few.  I don't have

Page 23

1    a view and I know that a lot of people at the firm

2    wanted to just sell and get rid of it.  It was also the

3    years where we were making truck loads of money so

4    losing 300, having already put them in the books, kind

5    of, in a firm that was making billions, was not very

6    important.  So I know this as being a very pointed

7    discussion.  Tom Bernard was the person I wanted to tell

8    you before.

9       Q.  Okay.

10      A.  Tom was really the arbiter in the end of what to

11   do, because he was a very senior guy.  He had been the

12   head of credit at the firm.  He was retiring, I think in

13   the Rocky Mountains, if I remember, to stay with a kid

14   that wasn't well or something.  There was some family

15   reason why.  And the firm basically, like with Thomas,

16   said please stay on, even if you are in Aspen, or

17   whatever, Sand Valley, I don't know where it was.

18   Please, stay on, follow some of the difficult deals that

19   we have inherited for the bank, because you know the

20   history, you are the top, senior guy in the firm, stay

21   with us, don't disappear.  And from there, I think,

22   I remember calls to the Rockies, and he was formulating a

23   vision of whether to hold or sell.  And thank God he

24   decided not to sell, I understand by leaning a lot

25   Thomas' vision, which was the only completely in favor

Page 24

```
 1    vision within the firm because I wasn't sure what was
 2    good to do.  I don't know if you asked Patrick
 3    Schmitz-Morkramer, he was involved.  I don't think any
 4    of us were sure what was better for the firm.  There was
 5    this maniac called Thomas Marsoner who called everyone
 6    saying "no, we can't sell, this is going to be the best
 7    thing in the world.  We can't sell it."  I know that
 8    there was a threat at that point that the famous
 9    Concorde agreement, which was the pact between Ferrari
10    and the other major squads, the teams, and Bernie, who
11    was a very peculiar character, I must say, I know him
12    very well.
13    Q.  You are talking about Bernie Ecclestone?
14    A.  Yes.
15    Q.  Okay.
16    A.  Very peculiar, very strange bird.  And, you know,
17    you can't trust him, 100 percent, or 50 percent.  You
18    really have to have your own opinion.  The basic reason,
19    I am really telling you guys because I am strong on it,
20    the thing could have been worth zero or a lot and it
21    depended at that moment on whether the Goldman led
22    group, which was called GPW, Grand Prix World or
23    whatever, was an association of the smaller teams, which
24    excluded Ferrari, which by the way, Ferrari is like 50
25    percent of Formula 1, Luca di Montezemolo, an old friend
```

Page 25

1      of mine, had agreed to stay with Bernie.  The point was

2      what the others would do, because you can't race against

3      yourself; by definition, race meaning having opponents.

4          McLaren was the strongest team at that time and it

5      had just won the championship, they had a great engine,

6      da, da, da.  So critical was to assert whether McLaren

7      was going to stay with Bernie or go with the splinter

8      group.  I don't know.  And I understand Thomas went to

9      war on that.  And he turned what was a widespread

10     skepticism by many of the senior guys into the very bold

11     decision by Bernard, which I think must have consulted

12     Dick, it must have told him look, there is a chance of

13     making 10 times, or losing 300 million, what would you

14     go?  Because that was the type of bet.  We didn't know

15     ten times, but there is a way to make a lot more, or,

16     you know, basically crystallize a bad loan, Ruggero's

17     bad loan; mine.

18         So I heard back that that was going on and actually

19     I was asked what I thought and I said I didn't really

20     know which way to go.  And I know that that decision,

21     2005, was very, I would call it fatale, very important,

22     and not obvious.  So that is, that answers your

23     question?

24     Q.  Yes, thank you.

25     A.  You didn't want me to say, why were you against?

Page 26

1        Q.  No, no, that is okay.

2        A.  You tell me later.

3        Q.  And how did Dr. Marsoner become involved in the

4        discussion that you were talking about?

5        A.  He was always involved in Formula 1.  We spoke

6        Formula 1 every other week, all of us.  Anybody who was

7        involved in Formula 1 received calls from this maniac,

8        Thomas, who would just, you know, tell you what Niki

9        Lauda said, what the other guy said, and, you know, he

10       knew things that none of us knew because I think his

11       uncle or his father were friends with Jochen Rindt,

12       which was one of my heroes when I was a kid because he

13       was a Ferrari driver, Austrian, and Niki, obviously, won

14       everything with Ferrari, I don't know whether you

15       watched the movie.

16       Q.  What movie?

17       A.  The movie of Formula 1, Niki Lauda against

18       Alain Prost.

19       Q.  I do know that movie.  I have --

20       A.  Last year's movie, fantastic, if you like that, it

21       is a great movie.

22           So I think Thomas had some way to get behind the

23       scenes and understand what was going on.

24       Q.  Okay.

25       A.  Much more than us.  Because the Americans don't

Page 27

1      know Formula 1.

2   MR. VAN TOL:  No we don't.

3       A.  It is only the Europeans who know, and among the

4      Europeans, nobody, Vittorio doesn't even know what car,

5      I don't think he has ever been to Formula 1.  So

6      basically you have to have the passion, and Thomas has

7      it in huge quantities.

8       Q.  So people asked him for his advice at this point?

9   MS. ALVAREZ:  Objection to form.

10      A.  He would call and be sure that he was involved in

11     what was happening.  He would call, ask me, ask Patrick,

12     understand what was going on.  He would volunteer points

13     of view.  He would send emails.  But he had a very close

14     relationship with Vittorio, because Vittorio hired him

15     as advisers on a couple of very successful deals.

16     I think one was an Austrian bank and the other was

17     called BAWAG, and the other was a Czech broadcaster,

18     actually the tower, yes, broadcaster, the guys who

19     actually reproduce the waves, not the actual television.

20     It is a tower company in Czechoslovakia, I think, which

21     I believe Thomas was very involved in.  And they worked

22     together all of the time.  We never had a strong German

23     business at Lehmans.  It was actually our failure, not

24     having developed a proper business in Germany like we

25     had in Italy, for sure.  France, to a large extent, and

Page 28

1        Spain to a smaller extent, or Benelux, or Scandinavia,

2        Germany.  The truth is that Thomas acted as our senior

3        German speaking and very well plugged in partner, even

4        if he wasn't any more a member of the firm to speak of.

5          Q.  And you mentioned the Concorde agreement and

6        McLaren information that Dr. Marsoner provided?

7      MS. ALVAREZ:  Objection to form.

8          A.  Yes.

9          Q.  In your view was this valuable information?

10     MS. ALVAREZ:  Objection to form.

11         A.  Okay, I think I said before, and I wanted to say

12       very clear, without Thomas I doubt the firm would have

13       stayed into Formula 1.  That is my impression, I don't

14       have any, how would you call it, evidence.  But the

15       level of understanding of Formula 1 was so feeble at the

16       firm, because the Americans didn't know Formula 1.  The

17       Europeans here were just only mildly interested.  It was

18       Thomas banging on everybody's doors to tell them what

19       was going to happen with McLaren and I remember I was

20       involved in that discussion.  Again, I didn't have

21       a strong opinion either way, but I know Thomas called

22       everyone from Jeremy down in Europe to make sure that we

23       would consider very, very seriously CVC's proposal as

24       being totally inadequate.

25         Q.  And at this point were people across different

Page 29

```
 1        Lehman entities involved in the F1?

 2   MS. ALVAREZ:  Objection to form.

 3        A.  I can't remember.  Because we acted as one, you

 4        know.  Entities didn't make any sense to us, you know,

 5        Commercial Paper, or, you know, I was vice chairman of

 6        the group.  Period.  So I couldn't really remember who

 7        booked what, where.  Remember, we were a fraternity of

 8        partners working like, really, a pack to go out and get

 9        things done and in the best interests of the firm.

10   I don't know who was where in the structure.  I couldn't

11   care less, to tell you the truth.

12        Q.  Right.

13        A.  There was one boss.  An executive committee.  And

14   we were all involved in creating value for our

15   shareholders and for ourselves.

16        Q.  And did the F1 investment end up being profitable?

17   MS. ALVAREZ:  Objection to form.

18        A.  So let us go back a second.  So we transformed

19   a busted loan, because that is what it was, Kirch Media

20   couldn't pay back its loans into securities.  The others

21   were worthless because the companies below, ProSieben,

22   Premiere, needed more money and the firm wasn't willing,

23   that is why I am saying Formula 1, if it wasn't for

24   Thomas, probably we would not have kept it, because in

25   both cases, ProSieben, which is worth a fortune now and
```

```
 1        is the most successful private broadcaster in Germany,

 2        and Premiere, which is Sky, were both calling for

 3        capital increases, rights offerings.  And the firm

 4        didn't want to participate, against my strong advice.

 5        Because I wanted to and just, they told me, look, you

 6        already lost 500 million, would you please not knock at

 7        our door.  Go out and make money and try to clean your

 8        reputation up, right.  Dick used to call me and say

 9        "Ruggero, I know you are down, but I have lost much more

10        money than you in my life and if you don't lose money

11        you are never going to make money".  Yes, but I feel

12        terrible.  He said "go, just make more money for us".

13        It was a stain in my curriculum.  I saw the firm not

14        willing, not being willing to follow me on all of these

15        recovery roads.  And Peter Sherratt, who is a friend and

16        a very -- I have lots of time for him, was really very

17        conservative, and basically was saying let us cut, let's

18        cut our losses and go home.  So nobody really wanted to

19        double up on the pieces that we had received from

20        Kirch's busted loan.  That is why I am saying that

21        I don't think that we would have kept Formula 1 if

22        JP Morgan, whom we thought knew more than us, and

23        generally they did as a team, knew more, if it wasn't

24        for Thomas and I think Patrick, also, Schmitz-Morkramer,

25        who was young but very smart, and people thought he was,
```

Page 31

```
 1        so there was a strong opinion by those two that we

 2        shouldn't sell.  So is it profitable?  I think it is

 3        a profitable investment.  I don't know exactly when we

 4        are going to get out -- we meaning the Lehman estate --

 5   THE COURT REPORTER:  Sorry, could you repeat that?

 6        A.  Whatever has been paid so far and I know because

 7        Ferrari, I know all of the guys, I am close friend of

 8        the Mercedes guys, and I was very close to the former

 9        chairman of and COO of Mercedes, still appear am, but he

10        is former, he is not any more, Jurgen Schrempp, and I am

11        a close, not as close friend as Jurgen Schrempp, very

12        close, a personal friend, and his successor, Dieter

13        Zetsche, who I know very well, and I am the chairman of

14        the Italian chapter of the foundation called Laureus,

15        who is jointly financed by Daimler and Richemont, which

16        I am on the board of.  So any way, that gives me -- so

17        I knew, and I have always been close to Laureus so

18        I know how important it is for Mercedes so I know how

19        much the business creates.  And in the years I maintain

20        a good relationship with Bernie because Bernie called me

21        several times in the last few years to see whether

22        I could find a buyer of the CVC stake.  So I went back

23        to see, you know, the murder scene and I know how much

24        they make, so it is a profitable venture, for sure.

25        Q.  Okay.  I wanted to go back to the advisory
```

Page 32

```
 1      agreements, Thomas' advisory agreements.  You said you

 2      were aware of them.

 3       A.  I was aware that Thomas had been retained by my

 4      friend Vittorio, who was a very important person in our

 5      firm from 2003.  So let me tell you again, because you

 6      have to understand.  Telecom Italia, we helped to buy

 7      Telecom Italia in 1999.  In 2001, our man, our guy,

 8      Colannino, was booted out by Pirelli and Benetton.  We

 9      stopped being the bankers to Telecom Italia.  And that

10      freed me and Vittorio from a very profitable day to day

11      job, because it was one of the most active M&A clients

12      in the firm.  So Vittorio moved back to London, I moved

13      back to London to do, me principal, he M&A.  Okay.

14      Germany being our weak point, I knew, and we discussed

15      it with Vittorio, that he wanted to maintain Thomas on

16      board as an adviser.  I haven't seen the papers,

17      because, you know, that was his responsibility, but

18      I knew that Thomas continued as our adviser across the

19      board.

20       Q.  Do you know how he was paid under those agreements?

21       A.  We had a standard deal with our advisers.

22       Q.  Okay.

23       A.  Which would, may, vary in the proportion, in the

24      share.  But it was always if you are a success, we will

25      give you part of what we make.  And usually, because
```

1      I knew afterwards, that was about 10 percent of banking

2      or 20 percent of banking or 10 percent of the firm's,

3      was what normally was given to advisers.  It was given

4      to me, too, afterwards.

5      Q.  Okay.

6      A.  So that is a kind of a standard --

7      Q.  Okay.

8      A.  -- piece of paper.  But no, I have not seen his

9      actual engagement.

10     Q.  Okay.  Now, are you receiving anything from

11     Dr. Marsoner in exchange for this deposition here today?

12     A.  You are offending me.  You are kidding, right?  No,

13     the answer is no, and I would never have done anything

14     of that type.

15     Q.  Why are you providing testimony today?

16     A.  Because he asked me to say the truth.  He wrote me

17     about two years ago.  He asked me about two years ago to

18     say what I knew.  And Vittorio also, you know, Vittorio

19     and I are very close friends, really very close.  And he

20     told me to say if I knew that what he was saying was

21     true, which I did at that time, in 2004, I think.  And

22     then 2015, I was asked to say more clearly, and I did.

23     Q.  Okay.  Could we hand Mr. Magnoni exhibit 6, please.

24  MS. ALVAREZ:  From which deposition?

25  MR. JOHNSON:  The first one.

Page 34

1        A.  Do you want me to read it?

2    MR. JOHNSON:  No, one second.  I am waiting for them to get

3        a copy.

4        A.  I am sorry.

5    BY MR. JOHNSON:

6        Q.  Would you turn to the fourth page, please.

7        A.  Yes.

8        Q.  Do you see you are looking at the supplemental

9        declaration --

10       A.  Yes, yes, yes.

11       Q.  -- of Dr. Marsoner, and this is your letter

12       submitted to the court, is that correct?

13       A.  Indeed, yes.

14       Q.  And if you read the first sentence:

15          "I declare under penalty of perjury under the laws

16       of the United States of America that the foregoing is

17       true and correct."

18          Is that what it says?

19       A.  Yes, yes, yes.  Should I read it, or should I say

20       it again?  Is it okay?

21       Q.  No, you don't need to say it again.

22       A.  Okay.

23       Q.  Is everything in this letter true and correct?

24       A.  It is.

25    MR. JOHNSON:  Shall we take a ten minute break now.

Page 35

1    MS. ALVAREZ:  Sure.

2    THE VIDEOGRAPHER:  We are going off the record.  The time is

3        3:26 p.m.

4    (3:26 p.m.)

5                          (Break taken.)

6    (3:43 p.m.)

7    THE VIDEOGRAPHER:  We are back on the record.  The time is

8        3:43 p.m.

9    MR. JOHNSON:  I have no further questions, thank you

10       Mr. Magnoni.

11   BY MS. ALVAREZ:

12       Q.  We do have some questions for you, Mr. Magnoni.

13       A.  Please.

14       Q.  Thank you again for making yourself available.

15       A.  A pleasure.

16       Q.  Before I get into the questions, I just want to

17       remind you if you don't understand a question or you

18       don't hear me clearly, just ask.  I will repeat it.  If

19       you answer a question I will assume that you understood

20       it, alright?

21       A.  Yes.

22       Q.  Alright.  So we are going to mark our first exhibit

23       which is the notice of deposition.

24           (Exhibit Magnoni 1 marked for identification)

25       A.  Should I read this?

Page 36

1       Q.  Sure, if you you can take a brief look at it.  Have

2       you seen this before?

3       A.  I can't remember, I don't remember.

4       Q.  Okay.  This is the notice of deposition.

5       A.  Should I have received this.  I can't remember.

6       Q.  You probably did receive it, we are hoping you

7       received it, but you are here so it is okay.

8       A.  Mm-hm.

9       Q.  It is Lehman's notice of deposition to inform you

10      that we have some questions.

11      A.  I understand.

12      Q.  The last line states that we expect to question you

13      for about 3 hours.  We are hoping it should be less?

14      A.  I am here for you.

15      Q.  Okay.  In the beginning of the deposition you told

16      us about your long history at Lehman Brothers.  One

17      point I wanted to clarify with you.  If you could take

18      a look at what was exhibit 1 to Sherratt deposition that

19      was shown to you.  If you could turn back to the page

20      you were looking at.

21      A.  606.

22      Q.  Yes, good memory.  606.  You can look back where

23      you are listed as "other officer"?

24      A.  Yes.

25      Q.  You see it says:

Page 37

1          "Vice chairman of Lehman Brothers Inc..."

2          Correct?

3      A.  Yes.

4      Q.  And then it says:

5          "... and Lehman Brothers International Europe."

6      A.  Yes.

7      Q.  Okay.  So when you said that you were vice chairman

8      of Inc. earlier, were you referring to Lehman Brothers

9      Inc.?

10     A.  Yes.

11     Q.  Okay.  Thank you.

12     A.  That was the colloquial way we differentiated

13     between New York, and international was London.

14     Q.  Did you hold a board position at Lehman Brothers?

15     A.  No.  Of the holding company, you are saying?

16     Q.  We will break it up, then.  You did not hold

17     a board position at Lehman Brothers Holdings Inc.?

18     A.  No.

19     Q.  Did you hold a board position anywhere else?

20     A.  I think in Europe.

21     Q.  Okay.

22     A.  And I am not sure, the vice chairman of Inc.,

23     I cannot remember if it also meant -- I don't remember

24     signing papers through Inc., so I doubt it.

25     Q.  Okay.

Page 38

1        A.  In Europe, there were two entities and I can't

2    remember now which one I was board member of.

3        Q.  Okay.

4        A.  Peter Sherratt will know, but I can't remember.

5        Q.  Okay.

6        A.  We had International Europe, and Europe LBIE and

7    LBE, I can't remember which one I was also a board

8    member of.

9        Q.  Okay, that is okay.  Thank you.  What did you do to

10   prepare for this deposition today?

11       A.  Not much.

12       Q.  Did you meet with anybody?

13       A.  No.  I was told look at your history at Lehman

14   Brothers and I did already that when we, when I sent you

15   that note on what happened on the phone.  I went back to

16   see what exactly was my position.  That was January this

17   year, right.  I haven't done much.

18       Q.  Okay.  You haven't sent me a note.

19       A.  No, sorry, sent, what is it, the deposition, the

20   affidavit.

21   MR. JOHNSON:  You are referring to the letter?

22       A.  Letter, right.  What is -- that is what, that was

23   the time when I went back and tried to remember what and

24   if and how.  I haven't done much.

25       Q.  Okay.  Who sent you that, who asked you to go back

Page 39

1    and look?

2    A.  Thomas, I think, because he asked me to look at

3    what Vittorio had said and if I could confirm and I did,

4    right.

5    Q.  Okay.  Did you make any changes?  Well, when you

6    say look at what Vittorio said, you looked at

7    Vittorio's --

8    A.  Letter.  I was asked to see whether I had found

9    that in accordance with my memory or not.

10    Q.  Okay.

11    A.  And I said yes.

12    Q.  And then you signed the letter?

13    A.  Yes.

14    Q.  And did you have a conversation with Vittorio about

15    it?

16    A.  Not recently.  Maybe last year.  But in between

17    things, like -- I don't think I have even called him to

18    ask, but I assume that last year, 2014, we might have

19    spoken about it.

20    Q.  Okay.  So when Dr. Marsoner sent you Vittorio's

21    letter, you didn't have a conversation with Vittorio at

22    that point?

23    A.  I had a conversation with Vittorio on Formula 1.

24    Vittorio was asked to recall what happened, and if

25    Thomas was, I think, was, it was some time in 2014.  So

Page 40

1      then he called me, or we saw each other because we see

2      each other all of the time, we discussed that and I said

3      that is exactly what I remember.

4      Q.  Okay.

5      A.  And we didn't make a big fuss out of it.

6      Q.  Okay.  And did you speak -- what did you discuss

7      with Vittorio in 2014?

8      A.  I can't -- it is exactly how you remember

9      Formula 1, because I told him that I went back to

10     Formula 1, that Bernie called me and I said you know, it

11     is a worth a lot of money.  We went back and discussed

12     the history.

13     Q.  Yes.

14     A.  But we didn't really discuss much.

15     Q.  Okay.

16     A.  For us it was natural; Thomas was part of the team

17     of Formula 1 at that time.

18     Q.  Okay.  Did you go back and look at any documents?

19     A.  No, I don't have any documents.  Actually, I kind

20     of destroyed most of the stuff.  I was kind of bitter

21     when the firm blew up.  It was a total economic,

22     economically a disaster, but it was really for me,

23     I spent 35 years up until then.  It was very sad.

24     Q.  Mm-hm.

25     A.  But then I had to rescue my guys.  You know,

Page 41

1      I brought 5,000 people into Nomura.

2       Q.  Mm-hm.

3       A.  And I gave up on my freedom, because it wasn't part

4      of banking and only banking was absorbed in Nomura, but

5      Christian Meissner called me and asked "would you come

6      back as a banker, because I need you for Nomura to be

7      convinced that we will be successful".  So I spent a lot

8      of time in trying to make this work.

9       Q.  And was 2014 the last time you spoke to Vittorio

10     Pignatti about Formula 1?

11      A.  I can't tell you exactly, I don't know.  But never,

12     it has never been an important item for us, so I might

13     have spoken with him about it, but never do you recall

14     this or the other, no.

15      Q.  Have you --

16      A.  I tried to give only a comment on what he wrote

17     about his recollection that Thomas was an adviser and he

18     had used him for other stuff, which was absolutely true.

19      Q.  Have you spoken to Pignatti about Formula 1 within

20     the last week?

21      A.  No.

22      Q.  Okay.  Last month?

23      A.  No.  I think last time was a year ago.

24      Q.  Okay.

25      A.  Or around January, if that was.

Page 42

1      Q.  Have you spoken --

2      A.  When you say Formula 1, you are saying Formula 1

3      events of those years?

4      Q.  Yes.

5      A.  I don't think I even spoke to him about the recent.

6      Again, he doesn't care about Formula 1, for some reason.

7      He is not a petrol head, as we are.

8      Q.  Okay.

9      A.  He doesn't really care.

10     Q.  Okay.  Have you discussed with Dr. Marsoner

11     anything about the negotiations of his advisory services

12     agreement?

13     A.  Never.

14     Q.  Have you discussed with Dr. Marsoner whether he

15     ever requested payment from Lehman for Formula 1?

16     A.  No.

17     Q.  Have you discussed with Dr. Marsoner whether Lehman

18     ever agreed to pay him for Formula 1?

19     A.  No.  Because I wouldn't know.  I was a bit out of

20     that loop.

21     Q.  Okay.

22     A.  I actually don't know if they agreed or didn't

23     agree.  It would be natural if they agreed to, because

24     that was the way we managed the relationship with our

25     advisers.  Everyone was on a small retainer and

1          a success fee.

2              Q.  But at that point you were not in the, I think you

3          called it the asset recovery group?

4              A.  No I was not.

5              Q.  So you didn't know?

6              A.  No.

7    MR. JOHNSON:  Objection.  Leading.  I am going to make the

8          same objection you made to Mr. Pignatti's; you haven't

9          provided a foundation that Mr. Magnoni is a hostile

10         witness, and earlier on he testified he was

11         disinterested and in fact loved Lehman Brothers --

12   MS. ALVAREZ:  That's right --

13   MR. JOHNSON:  -- I believe were his words.

14             A.  Sorry, can you say again, please Shane?

15   MS. ALVAREZ:  The court reporter can read it back, actually,

16         so he can read you exactly what Shane said.

17             A.  What is this, Shane, are you saying what Vittorio

18         said?

19   MR. JOHNSON:  He will read you back exactly what I said.

20             A.  Okay.

21   THE COURT REPORTER:  "Objection.  Leading.  I am going to

22         make the same objection you made to Mr. Pignatti's; you

23         haven't provided a foundation that Mr. Magnoni is a

24         hostile witness, and earlier on he testified he loved

25         Lehman Brothers."

Page 44

1    A.  Who did testify he loved Lehman brothers?  We all

2    loved Lehman Brothers.

3  MS. ALVAREZ:  And we are going to take the same position

4    that we took in the prior deposition.  Mr. Magnoni has

5    submitted a letter on behalf of Dr. Marsoner's claim so

6    in our view he is a hostile witness and in the end it

7    will be up to court to decide how to treat this.

8  MR. VAN TOL:  This is Pieter Van Tol.  Could you please tell

9    us what your foundation is for saying that Mr. Magnoni

10   is hostile to Lehman?

11 MS. ALVAREZ:  I have already stated it.  I think the court

12   reporter can read back what I said.

13 MR. VAN TOL:  No, that wasn't the response to what I asked.

14   You need to establish a foundation to treat Mr. Magnoni

15   as a hostile witness, when he has already testified he

16   is disinterested as to Mr. Marsoner, is telling the

17   truth and has great affection for Lehman.  He is the

18   antithesis of a hostile witness.  And you haven't

19   established a foundation for that.

20 MS. ALVAREZ:  Listen, he has also said other things that

21   will establish that he is a hostile witness, but we can

22   have this conversation and this argument in court.  At

23   this point we can each reserve our position and move on

24   with the deposition.

25 MR. VAN TOL:  That is fine, thank you.

Page 45

1    MS. ALVAREZ:  Can you reads back the previous question?

2    THE COURT REPORTER:

3         "Question:  But at that point you were not in the,

4    I think you called it the asset recovery group?

5         "Answer:  No I was not.

6         "Question:  So you didn't know?

7         "Answer:  No.

8         MR. JOHNSON:  Objection.  Leading."

9    MS. ALVAREZ:  Okay.

10   A.  Why is that making me hostile, saying no I wasn't?

11   Q.  Mr. Magnoni --

12   A.  Why am I hostile to you?

13   Q.  -- you are very polite and very nice.  It is a

14   legal term that we as lawyers will argue this in court.

15   A.  I understand, fine.  What I am telling you is the

16   truth.  That is the most important thing, right?

17   Q.  Yes.

18   A.  Okay.

19   Q.  I wanted to go back.  You were talking about your

20   conversations with Dr. Marsoner.  Did you ever discuss

21   the differences between the various Lehman entities with

22   Dr. Marsoner?

23   A.  No.

24   Q.  Okay.  Have you discussed the --

25   A.  For us, Lehman was one.  Is that important for you,

Page 46

1    whether it was one or the other?  Any way, no, I did

2    not.

3       Q.  Okay, thank you.

4       A.  That is the answer.

5       Q.  Thank you, I appreciate it.  Did have you

6    a conversation with Mr. Pignatti about his negotiations

7    of the advisory services agreements?

8    MR. JOHNSON:  Objection.  Leading.

9       A.  I don't know which ones are.  No I did not talk to

10   Vittorio on anything.

11      Q.  Okay.

12      A.  About, what did you say?

13      Q.  The advisory services agreements?

14      A.  No.

15      Q.  Okay.  Did you talk to Vittorio about whether

16   Marsoner ever questioned requested payment for

17   Formula 1?

18   MR. JOHNSON:  Objection.  Leading.

19      A.  No.

20      Q.  Did you have a conversation with Pignatti about the

21   differences between the various Lehman entities?

22   MR. JOHNSON:  Objection.  Leading.

23      Q.  You can answer the question.

24      A.  No, I never spoke to Vittorio about any of that

25   stuff.

Page 47

1        Q.  Okay, that is fine.  Have you searched any

2   document, for any documents related to Formula 1?

3        A.  I don't have any document with me, no, I have

4   tombstones of the deals that we did with Kirch and that

5   is all.

6        Q.  Mm-hm.

7        A.  No, I haven't searched for anything.

8        Q.  Has Doctor Marsoner asked you to search for

9   anything relating to Formula 1?

10       A.  No.

11       Q.  Okay.  I would like to mark the following document

12   the letter he submitted to the court.  We will mark this

13   as exhibit 2.  Sorry, wrong letter.

14       A.  That is Tom Bernard's.

15           (Exhibit Magnoni 2 marked for identification)

16       A.  Is that mine?

17   MR. JOHNSON:  I can't see it, you can take look at it.

18   BY MS. ALVAREZ:

19       Q.  So we will mark this as exhibit 2 to the

20   deposition.  We spoke a little earlier about this

21   letter.

22       A.  Please.

23       Q.  Did you draft it letter?

24       A.  What do you mean?

25       Q.  Did you prepare the letter yourself?

Page 48

1      A.  Yes.

2      Q.  Okay.  So Dr. Marsoner didn't send you a draft of

3      the letter?

4  MR. JOHNSON:  Objection.  Leading.

5      A.  Not that I know of.  They asked me to say what it

6      was.  And I did.

7      Q.  Okay.  And then did you type this up?

8      A.  My secretary, yes.

9      Q.  Okay.  And you dictated it to her?

10     A.  I might have written it on a pad, as I usually do,

11     and given it to her to type.

12     Q.  Okay.  Let us mark the next exhibit, which is

13     labeled Marsoner 71 to 72.  This will be Magnoni 3.

14     Okay.  That is an email of Thomas Marsoner to Ruggero

15     Magnoni dated January 14, 2015 and Vittorio Pignatti is

16     CC'd on the letter.

17         (Exhibit Magnoni 3 marked for identification)

18     A.  Right.

19     Q.  And I will just read the text of the email for the

20     record:

21         "Having discovered along the way that I ought to

22     have a claim in the US for the services I provided,

23     I have decided to pursue a claim in respect of the LB/F1

24     matters.  Though it will be a late filing, I believe

25     that I will be able to sustain a claim in the US,

Page 49

1      primarily since no bar date notice has ever validly been

2      served upon me."

3          Do you see that?

4      A.  Yes.

5      Q.  Okay.  So then the next paragraph states, or the

6      first sentence of the next paragraph:

7          "With reference to our discussions around this

8      I would be very grateful if you could please look at the

9      draft letter attached, check to confirm it reflects

10     reality accurately, mark it up where ever you think it

11     might not, and send a scanned signed version back to

12     me."

13         Did I read that correctly?

14     A.  Yes, you did.

15     Q.  Okay.  And then attached to this email looks like

16     a draft letter.  Do you recall receiving this draft from

17     Dr. Marsoner now?

18     A.  I recall the first page, the second doesn't really,

19     but it was part of it, so -- January of this year,

20     right?

21     Q.  Yes.

22     A.  Yes.

23     Q.  So --

24     A.  So this is what I signed, right.

25     Q.  Okay.  Well, I was going to ask you.  Is this what

Page 50

1      you signed?

2       A.  I don't know, I don't have it in front of me.  You

3      have all of the papers.  I guess so, right?

4       Q.  Okay, the court reporter can show you what you

5      signed.  We just marked it as exhibit 2.

6       A.  Okay.  So this is what I signed.

7       Q.  Do you recall whether you made any changes?

8       A.  I don't remember.  I might have done.

9       Q.  Okay.

10      A.  It was done by me in Milan, so --

11      Q.  Okay.  In the second paragraph, it begins "with

12     reference to our discussions around this".  What

13     discussions is Dr. Marsoner referring to?

14      A.  I don't know.

15      Q.  Do you recall speaking to him about this before he

16     sent it to you?

17  MR. JOHNSON:  Asked and answered.

18      Q.  You can answer the question.

19      A.  He told me that he was going to do this, and

20     remember, there was a 2014 letter before, by Vittorio.

21      Q.  Submitted in the UK?

22      A.  Right.

23      Q.  And Vittorio, right, and I said that letter

24     interpreted my view of what happened in Formula 1, okay.

25      Q.  Mm-hm.

Page 51

1       A.  So the discussion, this follows that.  And it says

2       exactly the same things.

3       Q.  Okay.

4       A.  In my view this is a continuation of

5       the January 2014.

6       Q.  Okay.  Okay, I understand that.  And we will look

7       at that letter later.  But after he sent this to you,

8       before you signed it, did you have a conversation with

9       him about it?

10   MR.  JOHNSON:  Objection.  Leading.

11      A.  I don't know.  I don't remember, and honestly,

12      I don't care.  I have told you the truth.  What you are

13      trying to do is to prove that this doesn't represent

14      what I think.  I think is not fair.  I don't think it is

15      fair that we go back to, we don't go back to the

16      substance of what I say.  What I say is exactly what

17      I said the year before; that I remember that

18      Mr. Pignatti's statement was similar to my recollection

19      of the facts.  And this says exactly what we said

20      before.  That is all I am saying.

21      Q.  I am sorry you feel that way, Mr. Magnoni.  What we

22      are trying to do, just to let you know what we are

23      trying to do, we will get to the substance, but I am

24      trying to take us through chronologically how this came

25      to be and then we will get into the substance.

1        So, like you said, let's get into the substance.  If

2    we look at exhibit 2, which is your letter that you

3    submitted to the court, the beginning of the third

4    paragraph states:

5        "I was involved in Lehman's Formula 1 investment

6    from the outset."

7        Do you see that?

8    A.  Yes.

9    Q.  Okay.  By that, you were referring to your

10   involvement in the Kirch deal?

11  MR. JOHNSON:  Objection.  Leading.

12   A.  That is the investment that led us to obtain a 15

13   percent in the Formula 1 company, yes.

14   Q.  Okay.  Because the Formula 1 shares were pledged as

15   collateral?

16  MR. JOHNSON:  Objection.  Leading.

17   Q.  So when Kirch -- you didn't answer, sorry, you

18   nodded.

19   A.  Yes, I did, I said yes, indeed.

20   Q.  Okay.

21   A.  You are right.

22   Q.  Okay.  So when Kirch defaulted, Lehman Brothers

23   acquired the shares in Formula 1?

24  MR. JOHNSON:  Objection.  Leading.

25   A.  All lenders had been given by the Bankruptcy Court

1        of Munich part of the assets that were secured against

2        the loans.  So the loan was one.  And it was syndicated

3        or split among parts.

4        Q.  Okay.

5        A.  So we had part of the pot.

6        Q.  Okay.  So after the default a loan recovery group

7        was assembled?

8   MR. JOHNSON:  Objection.  Leading.

9        A.  Not immediately, but it was informal, I think.  It

10       was pretty informal.  There was, everyone was interested

11       in helping out, was brought in, like Peter Sherratt, who

12       was the senior level counsel in London.  I think after

13       a while, I can't remember, it was so many years ago, but

14       after a while it became an official group.  In the

15       beginning it was very spontaneous.

16       Q.  Okay.

17       A.  We were trying to get our money back.

18       Q.  Okay.  And Tom Bernard, was he part of that group?

19       A.  Not at the beginning.

20       Q.  Okay.  When --

21       A.  I can't remember.  I don't have a recollection of

22       when Tom was involved, but it was a very, very senior

23       guy in the firm.  So all of us were involved.

24       Q.  Right.

25       A.  It is not like in a commercial bank.  That was

Page 54

1    a partnership.  Senior guys, when there was a problem of

2    half a billion dollars, we were all trying to pull in

3    the same direction.

4     Q.  I know, of course.  What I am trying to get at,

5    I am trying get a sense of timing.  When you say it

6    wasn't immediately, was it a month later, two months,

7    are we talking a year?  Did, a year go by without

8    an asset recovery group?

9     A.  Given that you are so precise in your questions,

10   I want to be very precise on mine.  I can't remember.

11   So I don't have the date in front of me.  It was

12   15 years ago, no bloody way I remember.  If it is so

13   important for you to establish the truth, you will find

14   some problems in looking that far back.  I don't

15   remember what happened in those years.  Imagine what

16   happened in the meantime.  Lehman went belly up, so we

17   brought a bunch of people into Nomura, and this, and

18   that, and those are important things.  The timing of

19   when Tom Bernard was added to the team, I have no clue.

20   He was probably there from the beginning because he was

21   part of the credit committee.  So he was such a senior

22   guy in the firm, then when a loan is not repaid, the top

23   credit guy goes into his numbers.

24    Q.  Okay.  Who -- you said a lot of people were

25   involved.  So who else was involved in trying to

1     maximize --

2      A.  I don't know, I don't remember, I don't think it is

3     important.

4      Q.  I am sorry?

5      A.  I don't think it is important, I don't have the

6     facts, so everything I would tell you now is based on

7     a very vague recollection of the facts at that time.

8      Q.  Okay.  Really I just want what you remember.

9      A.  I don't remember.

10     Q.  Who was involved?

11     A.  I don't remember, absolutely not.

12     Q.  Okay, so you don't --

13     A.  I think, if you are arguing with me, we are not

14     going to learn that way.  So you asked me and I answer,

15     okay.  So I think that the team was the lenders were

16     involved.  So the group was involved and then slowly the

17     team was enlarged to make room for internal lawyers,

18     Peter, certainly, and I can't remember his deputies, it

19     is too long ago.  And all of the major decisions, all of

20     the major decisions were brought up to a wide group of

21     people, including Jeremy Isaacs as the ultimate chief

22     executive of the European, whose numbers were going to

23     be hit by the failed loan.  So everybody was interested,

24     everybody senior was interested, because it was going to

25     reduce the earnings for the firm in Europe in that

Page 56

1      particular year, so it was so big that quite a big

2      number of people were involved, but I can't remember.

3          Q.  Okay.  Now, at this point you were not involved in

4      the day to day with regards to Formula 1?

5  MR. JOHNSON:  Objection.  Leading.

6          A.  At that point I was, in that point I was.  As

7      I said, slowly new people were added and only after, as

8      I said, I think, it is taped, I believe one year later

9      I was asked by the firm, by Jeremy and Dick, to loosen

10     up a bit, leave it to the guys in the recovery to try to

11     get the money back, because it was not a good use of my

12     valuable origination time.

13         Q.  Okay.  Let's take a look at the last sentence in

14     the letter you submitted to the court.  It says:

15         "It was well understood by the Lehman decision

16     makers that Dr. Marsoner's fees normally amounted to 10

17     percent of firm's revenues."

18         Do you see that?

19         A.  Yes.

20         Q.  Who did you mean by Lehman decision makers?

21         A.  The ones that I have told you before, anybody --

22     when we do, when we decided to have advisers we knew

23     that there was a share.  The normal share of the firm

24     was 10 percent.  Now, 10 percent gross, 20 net, I don't

25     know.  But there was an understanding that to have

Page 57

 1     advisers and finders there was a standard agreement, to

 2     tell you the truth, around investment banking in Wall

 3     Street and the City.  Particularly at Lehman, we had

 4     a 10 percent approach.  So it was well known by everyone

 5     from Jeremy and Roger Nagioff and I am sure, I can say

 6     myself, that that was the norm and therefore was pretty

 7     well understood by everyone.

 8     Q.  Did you negotiate any consultancy agreements for

 9     any advisers?

10     A.  Including mine, yes.

11     Q.  Did you negotiate, were you involved in the

12     negotiations of Dr. Marsoner's?

13     A.  No.

14     Q.  So you don't know if he was ever retained for

15     Formula 1?

16     A.  I don't know.

17   MR. JOHNSON:  Objection.  Leading.

18     A.  I assumed, like everybody else, that if he was

19     working willingly with us, and Vittorio was the entry

20     point of that negotiation, that normally would have had

21     -- I didn't know.

22     Q.  Did you ask anyone whether Lehman would pay

23     Dr. Marsoner?

24     A.  Not at all.

25   MR. JOHNSON:  Objection.  Leading.

Page 58

1      Q.  Do you know if anyone told Dr. Marsoner that he

2      would be paid 10 percent?

3      A.  No.

4  MR. JOHNSON:  Objection.

5      A.  I don't know of anyone.

6      Q.  Okay.  I would like to mark the next exhibit,

7      please.  Actually, it was marked at the last deposition.

8      We can use the previous numbers, the Marsoner

9      declaration.  It was previously marked as Pignatti 4.

10     You can look at it, I have a copy.  Thank you, this is

11     a declaration of Dr. Thomas Marsoner submitted in

12     support of his motion.  It was previously marked it

13     Mr. Pignatti's deposition as exhibit 4.  Have you seen

14     this document before?

15     A.  I am not sure.  I am not sure I have read this.

16     Q.  Okay.  I am going to point you to a particular

17     paragraph.  If you can look at paragraph 8 which is on

18     page 2.

19     A.  Yes.

20     Q.  I am just going to read it for the record.  It

21     states:

22     "In 2005, I advised Lehman in my role as Senior

23     Adviser both in emails and in telephone conversations to

24     continue Lehman's investment in F1, which service

25     I explicitly provided in exchange for 10 % of Lehman's

Page 59

1    revenues related to the transaction, as was customary

2    under the Agreements.  Lehman agreed both orally and by

3    e-mail to this fee in exchange for my F1 advice."

4        Do you see that?

5    A.  Yes.

6    Q.  Okay.  Do you know who agreed orally to pay

7    Dr. Marsoner 10 percent of Lehman's revenues on F1?

8    A.  I do not.

9    Q.  Okay.  Do you --

10    A.  In 2005 I was completely outside of the recovery

11    group, so I can only tell you that we pay normally

12    advisers 10 percent when they provide advice, which we

13    follow, and deals go success.

14    Q.  Okay.

15    A.  That is all I want to say.

16    Q.  Okay.

17    A.  I don't know, I assume that more than one person

18    would have said or encouraged him at least to continue

19    providing advice.

20    Q.  Okay.  But you don't know --

21    A.  I do not.  I haven't seen a piece of paper.

22    I never seen any advisory agreement.

23    Q.  Okay.

24    A.  It wouldn't be up to me.  It wouldn't come to me,

25    I would have agreed to the concept, but never seen

Page 60

1     a piece of paper.

2        Q.  Okay.

3        A.  I have assumed.

4        Q.  Okay, I understand.

5        A.  That he was working for us.

6        Q.  Okay.  Did Dr. Marsoner ever ask you to look for

7     any documents or emails indicating that he would be paid

8     10 percent?

9        A.  Not at all.

10       Q.  Okay.

11       A.  Because I wouldn't be the right person, by the way.

12       Q.  Okay.

13       A.  I wouldn't have that.

14       Q.  Okay, I understand.  I want to talk briefly about

15    BAWAG.  Do you --

16       A.  I know very little about BAWAG, because it was

17    Vittorio's deal.  I only knew that we were working on it

18    and it was a very successful advisory deal.

19       Q.  Did you know that Dr. Marsoner played a role in

20    BAWAG?

21       A.  Yes, of course, yes.

22       Q.  Do you know whether Lehman paid Dr. Marsoner?

23       A.  Yes, yes, I know.  It is usual.  I know that all of

24    that, all the business was doing with Thomas would lead

25    to a fee split.

Page 61

1    Q.  Okay.

2    A.  That was assumed by everyone since he left the firm

3    to go back home.  We would, we always assumed.  We

4    actually wanted people who would leave us to maintain

5    a relationship with us with that formula, because it was

6    cheaper for us, it was good, we would keep very senior

7    advice close to the firm.  It was well to have it.

8    Q.  Mm-hm.

9    A.  So we always assumed that these guys would continue

10   working with us on that assumption.

11   Q.  Okay.  Did you know that the price was negotiated,

12   do you know whether the price for BAWAG was negotiated

13   between Dr. Marsoner and Lehman?

14   MR. JOHNSON:  Objection.  Form.

15   A.  No.

16   Q.  Okay.  Do you know anything about Formula 1

17   refinancing its debt in 2006?

18   A.  Only posteriori.

19   Q.  Okay.

20   A.  I wasn't involved.

21   MS. ALVAREZ:  I think we can take a ten minute break.  We

22   are almost done.

23   A.  Okay, great.

24   THE VIDEOGRAPHER:  We are going off the record.  The time is

25   4:20 p.m.

Page 62

1   (4:20 p.m.)

2                              (Break taken.)

3   (4:26 p.m.)

4   THE VIDEOGRAPHER:  We are back on the record.  The time is

5       4:26 p.m.

6   BY MS. ALVAREZ:

7       Q.  Okay, I would like to mark another document as

8       an exhibit.  I have lost track of the numbering.

9   THE COURT REPORTER:  4.

10      Q.  4.  This is a letter dated January 13, 2014.

11          (Exhibit Magnoni 4 marked for identification)

12      A.  Right, that is what I was referring to before.

13      Q.  From Mr. Magnoni to Daniel Schwarzman Esq joint

14      administrator of Lehman Brothers Europe Limited, the

15      Bates range is LEH 1037 to 1038.  So Mr. Magnoni, is

16      this the letter you were referring to earlier?

17      A.  Yes, indeed.

18      Q.  This is the letter that you submitted to the joint

19      administrators of Lehman Brothers Europe?

20      A.  Right.

21      Q.  I just want to confirm, is that your signature on

22      the bottom?

23      A.  Indeed.

24      Q.  Okay.  I am just going to read the body of the

25      letter for the record:

Page 63

1           "I Ruggero Magnoni, senior global adviser to Nomura,

2       former vice chairman of Lehman Brothers Inc., hereby

3       confirm that Mr. Pignatti's letter of today's date,

4       a copy of which is appended to this letter, describes

5       the advisory relationship between Dr. Marsoner and

6       Lehman Brothers on F1 in a way that coincides exactly

7       with my own views of that advisory relationship at that

8       time."

9        A.  Right.

10       Q.  Okay.  And then attached to the letter looks like

11      Mr. Pignatti's letter to the joint administrator of

12      Europe?

13       A.  It is.

14       Q.  Okay.  Just so I understand, your statement was

15      that you agree with the contents of Mr. Pignatti's

16      letter?

17       A.  Indeed.

18       Q.  Okay.  I want to focus on paragraph 3 of

19      Mr. Pignatti's letter.  He stated:

20          "The advice was intended to be rewarded by Lehman

21      Brothers on the basis of the beneficial outcome of steps

22      taken or omitted to be taken on the basis of the

23      advice."

24          The advice we are referring to is Dr. Marsoner's

25      advice on Formula 1?

Page 64

1          A.  Yes.  I think Vittorio Pignatti refers to that and

2          I interpreted it as such, right.

3          Q.  Okay.

4          A.  Because what I am saying is that I agree, and

5          I agree to that as being Marsoner's advice on Formula 1,

6          not anything else.

7          Q.  Okay.

8          A.  It is not clear, but that is what I think it was

9          referring to, at least this was what I thought he was

10         referring to for me to say that he, that my recollection

11         coincides with what he said.

12         Q.  Okay.  And this letter, you submitted it to the

13         administration for Lehman Brothers Europe, correct?

14         A.  That's --er, yes.

15         Q.  Okay.  And this was to support Dr. Marsoner's claim

16         against Lehman Brothers Europe?

17    MR. JOHNSON:  Objection.  Form.

18         A.  Er, I guess.  So the claim of Dr. Marsoner in the

19         administration, right, so --

20         Q.  Right.  So you submitted this so that Lehman

21         Brothers Europe would compensate Dr. Marsoner for

22         Formula 11?

23    MR. JOHNSON:  Objection.  Leading.

24         A.  No, I am just saying that I concur with

25         Mr. Pignatti's view, that is all.

Page 65

1       Q.  Why did you send this to the administrators of

2   Lehman Brothers Europe?

3       A.  Because I was asked to do it.  I was sent this and

4   asked whether I agreed or not with it, which I did, and

5   I do, and I will continue doing it.

6       Q.  Who asked you to do it?

7       A.  I think Mr. Marsoner.

8       Q.  What is M&M Capital?

9       A.  It is a FCA registered advisory boutique founded by

10  Mr. Marsoner and participated by me as its chairman.

11      Q.  You say you are the chairman of M&M Capital?

12      A.  Correct.

13      Q.  And Dr. Marsoner is the founder of M&M Capital?

14      A.  He is the founder and managing director.

15      Q.  What does the M&M stand for?

16      A.  Well, the theory was Marsoner and Magnoni.

17      Q.  So you worked with Dr. Marsoner on a regular basis.

18      A.  No, not much, because it was really done to have

19  the basis for a potential future activity which we never

20  really acted upon.  Each of us does personal advice to

21  clients and then, you know, we book through M&M and it

22  keeps the books of the company.  So this really was, it

23  was really meant to be a center of potential growth to

24  attract other, which he haven't done yet.  But yes, we

25  worked together but the accounts are separate.

Page 66

1       Q.  Okay.  You have a joint interest in the success of

2       M&M Capital?

3       A.  To tell you the truth, it is not exactly that,

4       because we keep the accounts completely separate.  I am

5       glad if he is successful, but it doesn't affect me.

6       Because it is like having two companies with one same

7       name.  I don't think you can do that in the States, but

8       certainly you can do it in the UK, I was told, so my

9       clients pay M&M, but the they pay account B, which

10      declares a completely separate set of accounts to the

11      Inland Revenue, and to the FCA, so they are added

12      together but they are not one single entity from

13      an economic point of view.  In theory, one of the two

14      can do nothing and the other do very well and one is not

15      affecting the other.

16      Q.  When did you start M&M Capital?

17      A.  A couples of years ago.  Between -- two years ago.

18  MS. ALVAREZ:  Can we just go off the record for a moment?

19  MR. JOHNSON:  Are you almost done?

20  MS. ALVAREZ:  Yes.

21  MR. JOHNSON:  Okay.

22  THE VIDEOGRAPHER:  We are going off the record.  The time is

23      4:33 p.m.

24  (4:33 p.m.)

25                          (Break taken.)

Page 67

```
 1   (4:34 p.m.)

 2   THE VIDEOGRAPHER:  We are back on the record.  The time is

 3       4:34 p.m.

 4   MS. ALVAREZ:  Lehman Brothers has no further question for

 5       Mr. Magnoni.  We would just like to state on the record

 6       that this testimony, that Mr. Magnoni's testimony, shall

 7       remain confidential and shall not be discussed with

 8       third parties.  Pursuant to paragraphs 8 and 9 of the

 9       protective order that was entered by the bankruptcy

10       court docket number 50584, all of the testimony given

11       here today shall be treated as confidential.  Once the

12       parties receive the final transcript from the court

13       reporter we shall have ten days to designate certain

14       portions confidential if we so choose.  But before that

15       time, all of his testimony here today is confidential

16       and cannot be discussed with third parties.

17        A.  Third parties being anybody other than me, right?

18   MR. HORWITZ:  Right.

19        A.  Okay, fine.

20   MR. VAN TOL:  And the parties to this case.

21   MS. ALVAREZ:  Right, the parties to the case.

22        A.  So I cannot discuss with anyone, or can I discuss

23       with other parties to this case?

24   MR. VAN TOL:  You can discuss with other parties to the

25       case.
```

Page 68

1        A.  Okay.

2   MR. JOHNSON:  Okay.  Dr. Marsoner has no further questions,

3        either.

4        A.  Okay.

5   THE VIDEOGRAPHER:  This concludes the deposition.  We are

6        going off the record.  The time is 4:35 p.m.

7   (4:35 p.m.)

8            (Whereupon, the deposition concluded at 4:35 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 69

1

2                    CERTIFICATE OF DEPONENT

3

4    I, RUGGERO MAGNONI, hereby certify that I have read the
     foregoing pages, numbered 1 through 68, of my deposition of
5    testimony taken in these proceedings on Tuesday, November
     17th, 2015 and, with the exception of the changes listed on
6    the next page and/or corrections, if any, find them to be a
     true and accurate transcription thereof.

7

8

9

10

11   Signed:  ........................

12   Name:    RUGGERO MAGNONI

13   Date:    ........................

14

15

16

17

18

19

20

21

22

23

24

25

Page 70

1

2                    CERTIFICATE OF REPORTER

3    STATE OF NEW YORK    )

4          ss            )

5    COUNTY OF NEW YORK   )

6

7          I, Chris Lang, an Accredited Real-time Reporter,

8    do hereby certify:

9    That RUGGERO MAGNONI, the witness whose deposition is

10   hereinbefore set forth, was duly sworn by me and that such

11   deposition is a true record of the testimony given by the

12   witness.

13          I further certify that I am not related to any of

14   the parties to this action by blood or marriage, and that I

15   am in no way interested in the outcome of this matter.

16          IN WITNESS WHEREOF, I have hereunto set my hand

17   this 17th day of November, 2015.

18

19

20          _____

21          Chris Lang

22

23

24

25

```
                                                           Page 71

  1                            ERRATA SHEET

  2    Case Name:          In Re: Lehman Brothers Holdings Inc.
       Witness Name:       RUGGERO MAGNONI
  3    Date:      11/17/2015

  4    Page/Line           From                    To

  5    ____/_____         _____        _____

  6    ____/_____         _____        _____

  7    ____/_____         _____        _____

  8    ____/_____         _____        _____

  9    ____/_____         _____        _____

 10    ____/_____         _____        _____

 11    ____/_____         _____        _____

 12    ____/_____         _____        _____

 13    ____/_____         _____        _____

 14    ____/_____         _____        _____

 15    ____/_____         _____        _____

 16    ____/_____         _____        _____

 17    ____/_____         _____        _____

 18    ____/_____         _____        _____

 19    ____/_____         _____        _____

 20    ____/_____         _____        _____

 21    Subscribed and sworn to before

 22    me this date    day of month          , 2015.

 23              _____

 24         RUGGERO MAGNONI

 25
```

**A**

**able** 48:25
**absolutely** 10:25
 11:3 41:18 55:11
**absorbed** 41:4
**accept** 22:20
**accepted** 16:23
 21:25
**accident** 14:7
**accomplished** 8:24
**account** 66:9
**accounts** 14:17
 65:25 66:4,10
**Accredited** 1:19
 70:7
**accurate** 69:6
**accurately** 49:10
**accused** 21:19
**acquired** 52:23
**acted** 28:2 29:3
 65:20
**action** 70:14
**active** 12:9,11
 14:10 32:11
**activity** 10:18
 65:19
**actual** 27:19 33:9
**added** 14:14,17
 54:19 56:7 66:11
**addition** 14:18
**administration**
 64:13,19
**administrator**
 62:14 63:11
**administrators**
 62:19 65:1
**admitted** 18:20
**advice** 27:8 30:4
 59:3,12,19 61:7
 63:20,23,24,25
 64:5 65:20
**advised** 58:22
**adviser** 5:23 16:7
 16:25 17:17 32:16
 32:18 41:17 58:23
 63:1
**advisers** 17:14

27:15 32:21 33:3
 42:25 56:22 57:1
 57:9 59:12
**advisory** 17:6
 31:25 32:1 42:11
 46:7,13 59:22
 60:18 63:5,7 65:9
**affect** 66:5
**affection** 44:17
**affidavit** 38:20
**Africa** 5:25 19:1
**ago** 33:17,17 41:23
 53:13 54:12 55:19
 66:17,17
**agree** 42:23 63:15
 64:4,5
**agreed** 25:1 42:18
 42:22,23 59:2,6
 59:25 65:4
**agreement** 24:9
 28:5 42:12 57:1
 59:22
**agreements** 17:6
 32:1,1,20 46:7,13
 57:8 59:2
**al** 1:5 4:5
**Alain** 26:18
**alright** 35:20,22
**Alvarez** 2:3 3:3
 4:17,17 13:16
 18:5 27:9 28:7,10
 29:2,17 33:24
 35:1,11 43:12,15
 44:3,11,20 45:1,9
 47:18 61:21 62:6
 66:18,20 67:4,21
**ambassador** 12:17
**ambitiously** 11:18
**America** 34:16
**Americans** 26:25
 28:16
**AMERICAS** 2:18
**amount** 11:24
**amounted** 56:16
**and/or** 69:6
**Andrew** 8:22
**answer** 5:12 18:5,7

33:13 35:19 45:5
 45:7 46:4,23
 50:18 52:17 55:14
**answered** 17:15
 50:17
**answers** 25:22
**antithesis** 44:18
**anybody** 8:15 26:6
 38:12 56:21 67:17
**appear** 31:9
**appearing** 2:2,9,16
 5:4
**appended** 63:4
**appointed** 6:4
**appreciate** 46:5
**approach** 57:4
**arbiter** 23:10
**argue** 45:14
**arguing** 55:13
**argument** 44:22
**arrived** 10:20
**Asia** 8:8
**asked** 5:13 7:18
 8:14 10:11 11:7
 11:12 12:20 14:2
 24:2 25:19 27:8
 33:16,17,22 38:25
 39:2,8,24 41:5
 44:13 47:8 48:5
 50:17 55:14 56:9
 65:3,4,6
**asking** 5:6
**Aspen** 23:16
**assembled** 53:7
**assert** 25:6
**asset** 43:3 45:4 54:8
**assets** 21:7 53:1
**associate** 6:1
**Associates** 20:13
**association** 24:23
**assume** 35:19
 39:18 59:17
**assumed** 57:18
 60:3 61:2,3,9
**assumption** 61:10
**attached** 49:9,15
 63:10

**attend** 16:14
**attorneys** 5:7
**attract** 65:24
**Aus-Hungarian**
 18:2
**Austria** 14:18
 16:14 17:24
**Austrian** 26:13
 27:16
**available** 35:14
**AVENUE** 2:4,11
 2:18
**aware** 17:6 32:2,3
**Axel** 19:20

**B**

**B** 66:9
**back** 8:1 9:1 10:9
 10:17 13:24 14:8
 15:18 16:14 17:9
 19:8 22:5,13
 25:18 29:18,20
 31:22,25 32:12,13
 35:7 36:19,22
 38:15,23,25 40:9
 40:11,18 41:6
 43:15,19 44:12
 45:1,19 49:11
 51:15,15 53:17
 54:14 56:11 61:3
 62:4 67:2
**bad** 22:9 25:16,17
**Bambino** 22:5
**banging** 28:18
**bank** 11:12 12:9
 14:20,22,25 17:4
 17:5 22:7 23:19
 27:16 53:25
**banker** 8:13 12:19
 16:21 41:6
**bankers** 10:3 32:9
**banking** 5:24 8:21
 10:1,12,13,14,18
 12:13 13:4,4 14:7
 33:1,2 41:4,4 57:2
**bankruptcy** 1:1 4:5
 52:25 67:9
**banks** 9:22 14:12

**bar** 49:1
**based** 9:25 55:6
**basic** 24:18
**basically** 8:17 10:9
 11:10 14:17 19:11
 19:21,25 23:15
 25:16 27:6 30:17
**basis** 11:10 63:21
 63:22 65:17,19
**Bates** 62:15
**BAWAG** 27:17
 60:15,16,20 61:12
**Bayerische** 21:11
 21:24 22:2
**becoming** 5:23
**beer** 16:10,18
**beginning** 36:15
 52:3 53:15,19
 54:20
**begins** 4:3 50:11
**behalf** 44:5
**believe** 27:21 43:13
 48:24 56:8
**belly** 19:18 54:16
**beneficial** 63:21
**Benelux** 28:1
**Benetton** 32:8
**Berlusconi** 11:20
**Berlusconi's** 19:4
**Bernard** 23:7
 25:11 53:18 54:19
**Bernard's** 47:14
**Bernie** 21:18,19,25
 22:4 24:10,13
 25:1,7 31:20,20
 40:10
**best** 24:6 29:9
**bet** 25:14
**better** 22:22 24:4
**Bhattal** 8:7
**bid** 13:10
**big** 16:23 18:13
 40:5 56:1,1
**billion** 10:4,5 12:5
 54:2
**billions** 23:5
**bird** 24:16

**bit** 10:23 11:4,19 12:16 15:1 16:14 18:23 19:13,19,19 19:20,21 20:14 22:13 42:19 56:10
**bitter** 40:20
**blew** 40:21
**blood** 70:14
**bloody** 54:12
**Bloomberg** 12:20
**board** 21:22 31:16 32:16,19 37:14,17 37:19 38:2,7
**body** 62:24
**bold** 25:10
**book** 65:21
**booked** 29:7
**books** 23:4 65:22
**booted** 32:8
**boss** 8:10 29:13
**bottom** 6:1,18 62:22
**bought** 14:21 19:22 20:23 21:1,9
**boutique** 65:9
**break** 13:22 15:11 15:16 34:25 35:5 37:16 61:21 62:2 66:25
**bribed** 21:25 22:1,4
**brief** 5:5 36:1
**briefly** 60:14
**bright** 16:1
**broadcaster** 27:17 27:18 30:1
**broken** 15:10
**broker** 6:7
**brotherly** 9:2
**brothers** 1:5 2:2,17 4:4,18,21 5:8,19 6:9,18 7:7 9:12 12:13 13:2,7,8 16:8 17:7,17,21 36:16 37:1,5,8,14 37:17 38:14 43:11 43:25 44:1,2 52:22 62:14,19

63:2,6,21 64:13 64:16,21 65:2 67:4 71:2
**brought** 20:13 41:1 53:11 54:17 55:20
**Bruno** 14:5 15:25
**built** 9:19 14:10
**bunch** 54:17
**business** 6:2,3 10:10 11:18 12:19 14:9,10,15 16:15 16:18 17:13 21:15 27:23,24 31:19 60:24
**bust** 19:15 20:22
**busted** 20:4 29:19 30:20
**buy** 16:17 17:21 32:6
**buyer** 31:22
**buying** 7:24

---

## C

**C** 2:1
**call** 13:9 25:21 27:10,11 28:14 30:8
**Callan** 8:8
**called** 20:3 21:12 22:23 24:5,5,22 27:17 28:21 31:14 31:20 39:17 40:1 40:10 41:5 43:3 45:4
**calling** 30:2
**calls** 11:19 23:22 26:7
**capable** 17:11
**capacity** 11:7
**capital** 21:8 30:3 65:8,11,13 66:2 66:16
**car** 14:7 18:23 27:4
**care** 29:11 42:6,9 51:12
**career** 6:10 19:8
**Carlo** 18:11
**carry** 15:3

**cars** 19:1
**case** 4:6 67:20,21 67:23,25 71:2
**cases** 29:25
**cash** 9:21
**category** 22:9
**caught** 21:12,15
**CC'd** 48:16
**center** 65:23
**certain** 67:13
**certainly** 55:18 66:8
**CERTIFICATE** 69:2 70:2
**certify** 69:4 70:8,13
**cetera** 18:14
**chairman** 5:24 6:5 6:5,11,15 8:12,18 10:14 21:12 29:5 31:9,13 37:1,7,22 63:2 65:10,11
**chairman's** 7:16
**championship** 25:5
**chance** 25:12
**changes** 39:5 50:7 69:5
**chapter** 31:14
**character** 24:11
**charge** 10:3 11:10
**cheap** 21:17 22:10
**cheaper** 61:6
**check** 49:9
**chief** 55:21
**choose** 67:14
**Chris** 1:19 70:7,21
**Christian** 41:5
**chronologically** 51:24
**City** 16:5 57:3
**claim** 44:5 48:22,23 48:25 64:15,18
**clarify** 36:17
**Clark** 9:1
**clean** 30:7
**clear** 28:12 64:8
**clearly** 33:22 35:18
**clients** 14:12 32:11

65:21 66:9
**close** 8:7,9 9:8 14:6 27:13 31:7,8,11 31:11,12,17 33:19 33:19 61:7
**closest** 8:19
**clue** 54:19
**coincides** 63:6 64:11
**Colannino** 32:8
**collateral** 52:15
**colleague** 8:23
**collection** 18:25
**colloquial** 37:12
**Columbia** 6:2,2
**column** 7:3
**come** 11:12,15 18:18,22 20:17 41:5 59:24
**comment** 41:16
**commercial** 4:18 4:21 16:1 19:19 29:5 53:25
**commitments** 19:10
**committee** 7:16,19 11:15 19:11 29:13 54:21
**companies** 14:12 19:17 29:21 66:6
**company** 19:17 27:20 37:15 52:13 65:22
**compensate** 64:21
**completely** 23:25 59:10 66:4,10
**comply** 8:16
**concept** 59:25
**concluded** 68:8
**concludes** 68:5
**Concorde** 24:9 28:5
**concur** 64:24
**confidential** 1:17 67:7,11,14,15
**confirm** 39:3 49:9 62:21 63:3

**conservative** 30:17
**consider** 7:21 28:23
**consultancy** 57:8
**consulted** 25:11
**contents** 63:15
**continental** 12:18
**continuation** 51:4
**continue** 58:24 59:18 61:9 65:5
**continued** 5:20,22 6:14 20:24 32:18
**control** 19:22 22:2
**conversation** 39:14 39:21,23 44:22 46:6,20 51:8
**conversations** 45:20 58:23
**convinced** 41:7
**COO** 8:18 31:9
**copy** 34:3 58:10 63:4
**corner** 6:19
**corporate** 8:24
**correct** 34:12,17,23 37:2 64:13 65:12
**corrections** 69:6
**correctly** 49:13
**corrupted** 21:17
**cost** 17:20
**counsel** 4:11 53:12
**counter-party** 12:1 12:4,6
**countries** 17:25
**COUNTY** 70:5
**couple** 13:17 16:3 27:15
**couples** 66:17
**course** 13:1 15:4 17:8 18:3 54:4 60:21
**court** 1:1,18 4:6 15:1,3,6,9 31:5 34:12 43:15,21 44:7,11,22 45:2 45:14 47:12 50:4 52:3,25 56:14

62:9 67:10,12
**coverage** 10:3
14:24
**created** 12:7
**creates** 31:19
**creating** 29:14
**creative** 15:21
**credit** 23:12 54:21
54:23
**critical** 25:6
**crook** 21:11,11,15
**crystallize** 25:16
**curriculum** 30:13
**customary** 59:1
**cut** 30:17,18
**CVC** 21:8,17 22:2
22:5 31:22
**CVC's** 28:23
**Czech** 27:17
**Czechoslovakia**
17:25 27:20

**D**
**da** 25:6,6,6
**Daimler** 31:15
**damn** 18:17
**Daniel** 62:13
**date** 4:7 49:1 54:11
63:3 69:13 71:3
71:22
**dated** 48:15 62:10
**dates** 20:21
**Dave** 8:9,10
**day** 5:21 6:15 20:9
20:9,14,14 32:10
32:10 56:4,4
70:17 71:22
**day-to-day** 9:11
**days** 67:13
**deal** 9:16,19,21,23
9:24 10:4 12:4
19:12 32:21 52:10
60:17,18
**dealers** 6:7
**deals** 11:12,21,24
17:1 20:4,25
23:18 27:15 47:4
59:13

**debt** 10:6 61:17
**Debtors** 1:6 2:16
**decide** 44:7
**decided** 13:10
16:14 22:20 23:24
48:23 56:22
**decision** 14:13
22:19 25:11,20
56:15,20
**decisions** 55:19,20
**declaration** 34:9
58:9,11
**declare** 34:15
**declares** 66:10
**deep** 15:25
**default** 53:6
**defaulted** 52:22
**definitely** 11:6
**definition** 25:3
**Denise** 2:3 4:17
**depended** 24:21
**depends** 9:14
**DEPONENT** 69:2
**deposition** 1:8 4:3
4:9 33:11,24
35:23 36:4,9,15
36:18 38:10,19
44:4,24 47:20
58:7,13 68:5,8
69:4 70:9,11
**deputies** 55:18
**deputy** 13:12
**derivatives** 12:1
**describes** 63:4
**designate** 67:13
**destroyed** 40:20
**details** 12:2
**developed** 27:24
**di** 24:25
**Dick** 7:17,17 8:6
10:10 11:14,22
19:12,12 20:1
22:25 25:12 30:8
56:9
**dictated** 48:9
**died** 14:6
**Dieter** 31:12

**differences** 45:21
46:21
**different** 28:25
**differentiated**
37:12
**difficult** 23:18
**direct** 10:18
**direction** 54:3
**directly** 8:18
**director** 6:4 65:14
**directors** 15:5
**disappear** 23:21
**disaster** 40:22
**discovered** 48:21
**discuss** 40:6,14
45:20 67:22,22,24
**discussed** 32:14
40:2,11 42:10,14
42:17 45:24 67:7
67:16
**discussion** 23:7
26:4 28:20 51:1
**discussions** 49:7
50:12,13
**disinterested** 43:11
44:16
**District** 1:2 4:6
**division** 5:24 13:5
**docket** 67:10
**Doctor** 47:8
**document** 47:2,3
47:11 58:14 62:7
**documents** 40:18
40:19 47:2 60:7
**doing** 5:6 11:19
12:16 13:8 17:2
20:25 60:24 65:5
**dollars** 54:2
**dominant** 12:8
**door** 30:7
**doors** 28:18
**double** 30:19
**doubt** 28:12 37:24
**Dr** 2:9 4:14,16
12:25 13:13 14:2
17:17 26:3 28:6
33:11 34:11 39:20

42:10,14,17 44:5
45:20,22 48:2
49:17 50:13 56:16
57:12,23 58:1,11
59:7 60:6,19,22
61:13 63:5,24
64:15,18,21 65:13
65:17 68:2
**draft** 47:23 48:2
49:9,16,16
**dragging** 18:15
**driver** 26:13
**driver's** 9:22
**driving** 9:22
**duly** 70:10

**E**
**E** 2:1,1,17
**e-mail** 59:3
**earlier** 37:8 43:10
43:24 47:20 62:16
**early** 9:24 11:17
14:15 17:3,14
**earnings** 55:25
**East** 5:25
**easy** 22:8
**EC1** 4:10
**EC1A** 1:14
**Ecclestone** 24:13
**economic** 40:21
66:13
**economically** 40:22
**either** 5:11 28:21
68:3
**email** 48:14,19
49:15
**emails** 27:13 58:23
60:7
**EMEA** 5:24
**empire** 18:2
**encouraged** 59:18
**ended** 10:3 20:1
**engagement** 33:9
**engine** 25:5
**enlarged** 55:17
**enormous** 11:24
**enormously** 17:22
**entered** 67:9

**enthusiastically**
12:21
**entities** 29:1,4 38:1
45:21 46:21
**entity** 66:12
**entry** 57:19
**equity** 22:8
**er** 16:9 64:14,18
**Erin** 8:8
**ERRATA** 71:1
**Esq** 2:3,3,10,10,17
62:13
**establish** 44:14,21
54:13
**established** 44:19
**estate** 21:5 31:4
**et** 1:5 4:5 18:13
**Europe** 6:6,16 7:8
7:9 8:12,17,18
9:16,21 10:13
11:8 12:10,18
13:8 14:21 28:22
37:5,20 38:1,6,6
55:25 62:14,19
63:12 64:13,16,21
65:2
**European** 5:25
7:18 55:22
**Europeans** 27:3,4
28:17
**Euros** 12:5 21:20
**events** 42:3
**everybody** 55:23
55:24 57:18
**everybody's** 28:18
**evidence** 28:14
**exactly** 6:12 31:3
38:16 40:3,8
41:11 43:16,19
51:2,16,19 63:6
66:3
**Examination** 3:2,3
**example** 9:15
**excellent** 5:16 11:6
12:23
**exception** 69:5
**exchange** 33:11

58:25 59:3
**excluded** 24:24
**executive** 29:13
55:22
**exhibit** 3:5 6:17
33:23 35:22,24
36:18 47:13,15,19
48:12,17 50:5
52:2 58:6,13 62:8
62:11
**expansion** 11:16
**expect** 36:12
**expert** 18:8
**expertise** 17:23
18:4
**explicitly** 58:25
**extent** 27:25 28:1
**extremely** 13:12

**F**
**F1** 18:4 21:8 29:1
29:16 58:24 59:3
59:7 63:6
**Fabuss** 9:2
**facilitated** 21:17
**fact** 43:11
**factotum** 11:10
**facts** 51:19 55:6,7
**failed** 55:23
**failure** 27:23
**fair** 51:14,15
**familiarize** 11:22
**family** 16:10,15,15
16:19 23:14
**famous** 21:3 24:8
**fanatic** 18:23
**fantastic** 26:20
**far** 15:22 31:6
54:14
**fatale** 25:21
**father** 16:12 26:11
**favor** 23:25
**FCA** 51:9 66:11
**February** 5:20
**fee** 43:1 59:3 60:25
**feeble** 28:15
**feel** 30:11 51:21
**fees** 56:16

**feet** 16:2
**Felix** 9:6
**fell** 22:6
**Ferrari** 18:20
20:24 21:1 24:9
24:24,24 26:13,14
31:7
**Fiat** 21:22
**FIC** 13:9,9 14:10
16:4
**FIFTH** 2:4
**filing** 48:24
**final** 22:16 67:12
**financed** 10:5
31:15
**financial** 13:6,9
**find** 31:22 54:13
69:6
**finders** 57:1
**finding** 20:4
**fine** 44:25 45:15
47:1 67:19
**firm** 7:15 9:9 10:9
10:16 11:14,17
12:12,17 13:3,4
19:3,9 20:8,25
22:24 23:1,5,12
23:15,20 24:1,4
28:4,12,16 29:9
29:22 30:3,13
32:5,12 40:21
53:23 54:22 55:25
56:9,23 61:2,7
**firm's** 8:11 33:2
56:17
**first** 33:25 34:14
35:22 49:6,18
**fixed** 14:11,11
**flat** 7:24
**floor** 9:8
**fly** 7:20
**focus** 63:18
**focused** 18:19
**focusing** 9:14
**follow** 23:18 30:14
59:13
**following** 9:22 20:2

47:11
**follows** 5:2 51:1
**foregoing** 34:16
69:4
**form** 5:12 18:5
27:9 28:7,10 29:2
29:17 61:14 64:17
**former** 31:8,10
63:2
**formula** 18:9,22
19:21 20:25 21:1
21:4 22:18 24:25
26:5,6,7,17 27:1,5
28:13,15,16 29:23
30:21 39:23 40:9
40:10,17 41:10,19
42:2,2,6,15,18
46:17 47:2,9
50:24 52:5,13,14
52:23 56:4 57:15
61:5,16 63:25
64:5,22
**formulating** 23:22
**forth** 70:10
**fortune** 10:7 17:20
29:25
**found** 19:24 39:8
**foundation** 31:14
43:9,23 44:9,14
44:19
**founded** 65:9
**founder** 65:13,14
**fourth** 34:6
**France** 27:25
**Francis** 9:3
**Frank** 9:3
**fraternity** 29:7
**Fred** 9:3
**free** 8:15
**freed** 32:10
**freedom** 41:3
**Freidheim** 8:9
**friend** 8:7,19 9:2
14:6 17:10 20:15
20:17 24:25 30:15
31:7,11,12 32:4
**friendly** 11:23

**friends** 8:9 18:24
26:11 33:19
**front** 12:19 50:2
54:11
**Fuld** 7:17 8:6 11:22
**full** 10:4
**fully** 10:6
**fun** 18:19
**fund** 12:13,13
**further** 35:9 67:4
68:2 70:13
**fuss** 40:5
**future** 65:19

**G**
**G7** 11:23
**Gabriele** 14:5
**game** 21:14
**generally** 30:23
**generations** 16:12
**George** 8:25
**German** 14:21,22
17:25 18:1 19:25
27:22 28:3
**Germans** 21:10
**Germany** 14:19
18:2 27:24 28:2
30:1 32:14
**getting** 20:17
**give** 5:5 12:2,20
18:16 32:25 41:16
**given** 33:3,3 48:11
52:25 54:9 67:10
70:11
**gives** 31:16
**glad** 66:5
**global** 63:1
**go** 13:15,16,17
15:12 16:14 17:9
17:9,12 18:10
25:7,14,20 29:8
29:18 30:7,12,18
31:25 38:25 40:18
45:19 51:15,15
54:7 59:13 61:3
66:18
**God** 23:23
**goes** 54:23

**going** 5:6,6 13:19
14:8 15:13 19:11
20:10 22:3,15
24:6 25:7,18
26:23 27:12 28:19
30:11 31:4 35:2
35:22 43:7,21
44:3 49:25 50:19
55:14,22,24 58:16
58:20 61:24 62:24
66:22 68:6
**Goldfarb** 8:10
**Goldman** 24:21
**good** 13:7 17:9 19:7
24:2 31:20 36:22
56:11 61:6
**Gotshal** 2:4 4:17,20
**gotten** 22:13
**government** 11:25
**GPW** 24:22
**Grand** 18:10 24:22
**grateful** 49:8
**great** 19:12 20:15
25:5 26:21 44:17
61:23
**grew** 9:4
**grip** 13:6
**gross** 56:24
**group** 6:7 7:21 13:9
13:11 15:5 16:4
20:7 21:7 24:22
25:8 29:6 43:3
45:4 53:6,14,18
54:8 55:16,20
59:11
**growing** 11:18 21:6
**growth** 65:23
**guess** 50:3 64:18
**guide** 10:23 11:4
**guy** 10:2 15:22 18:9
20:8 21:16,25
22:1,4 23:11,20
26:9 32:7 53:23
54:22,23
**guys** 9:3 13:3 16:24
17:9 20:16 21:13
24:19 25:10 27:18

31:7,8 40:25 54:1
56:10 61:9

**H**

**half** 19:15 54:2
**hand** 33:23 70:16
**happen** 28:19
**happened** 9:24
16:16 19:6 38:15
39:24 50:24 54:15
54:16
**happening** 27:11
**head** 8:8,11,21 10:1
10:13 14:7 16:22
18:24 20:16 23:12
42:7
**hear** 5:11 35:18
**heard** 25:18
**Heineken** 16:23
**help** 20:20
**helped** 32:6
**helping** 53:11
**helps** 18:1
**Herb** 8:20
**hereinbefore** 70:10
**hereunto** 70:16
**heroes** 26:12
**highest** 22:24
**hire** 17:17
**hired** 27:14
**history** 5:18 10:24
23:20 36:16 38:13
40:12
**hit** 55:23
**Hogan** 1:13 2:11
4:10,13,15
**Holborn** 1:13 4:10
**hold** 23:23 37:14
37:16,19
**holding** 19:17
22:22 37:15
**Holdings** 1:5 2:17
4:5,18,21 7:7
37:17 71:2
**home** 14:8 30:18
61:3
**HOMMEL** 2:17
**honestly** 22:25

51:11
**hoping** 36:6,13
**Horwitz** 2:3 4:20
4:20 67:18
**hostile** 43:9,24 44:6
44:10,15,18,21
45:10,12
**hours** 36:13
**Howard** 9:1
**huge** 10:6 12:7,8
27:7
**Hypo** 14:23
**Hypovereinsbank**
14:21

**I**

**idea** 16:16
**ideas** 11:12
**identification**
35:24 47:15 48:17
62:11
**identify** 4:11 8:4
**idiot** 21:10,12
**Imagine** 54:15
**immediately** 6:8
53:9 54:6
**impact** 14:14
**important** 10:8
22:19 23:6 25:21
31:18 32:4 41:12
45:16,25 54:13,18
55:3,5
**impression** 28:13
**inadequate** 28:24
**include** 18:4
**including** 55:21
57:10
**income** 14:11,12
**incoming** 13:14
**increases** 30:3
**incredible** 9:19
14:14 16:2
**indicating** 60:7
**industry** 13:6
16:11
**inflation** 12:5
**inform** 36:9
**informal** 53:9,10

**information** 28:6,9
**inherited** 19:16
21:2 23:19
**Inland** 66:11
**Innsbruck** 16:11
16:19
**institutions** 13:6,10
**instructions** 5:14
**insurance** 14:12
**integral** 14:9
**intellectual** 13:12
**intelligent** 15:22,23
**intended** 63:20
**interest** 66:1
**interested** 21:5
28:17 53:10 55:23
55:24 70:15
**interesting** 16:4
**interests** 29:9
**internal** 17:13
55:17
**international** 6:6
7:12 12:9 37:5,13
38:6
**interpreted** 50:24
64:2
**interviews** 12:20
**invaluable** 9:18
**invest** 19:3
**invested** 17:10
22:14
**investment** 5:24
8:12 10:12,18,19
11:11 17:5 20:1
22:9 29:16 31:3
52:5,12 57:2
58:24
**investments** 8:11
12:12
**investor** 16:20
**involved** 10:11
20:5,9 21:8 24:3
26:3,5,7 27:10,21
28:20 29:1,14
52:5 53:22,23
54:25,25 55:10,16
55:16 56:2,3

57:11 61:20
**involvement** 52:10
**Isaacs** 8:19 55:21
**Italia** 9:17 32:6,7,9
**Italian** 11:24 13:11
14:20,25 31:14
**Italy** 8:12 10:9,15
11:19 12:1,6,9
27:25
**item** 41:12

**J**

**jail** 21:16
**January** 38:16
41:25 48:15 49:19
51:5 62:10
**Jasjit** 8:7
**Jeremy** 8:19 10:10
11:22 20:2 22:24
28:22 55:21 56:9
57:5
**job** 5:22 32:11
**Jochen** 26:11
**Johann** 18:12,25
**Johnson** 2:10 3:2
4:13,13 5:3 13:17
14:1 15:12 16:6
33:25 34:2,5,25
35:9 38:21 43:7
43:13,19 45:8
46:8,18,22 47:17
48:4 50:17 51:10
52:11,16,24 53:8
56:5 57:17,25
58:4 61:14 64:17
64:23 66:19,21
68:2
**join** 11:15
**joined** 9:1 13:2
14:4,9,15
**joint** 62:13,18
63:11 66:1
**jointly** 31:15
**JP** 22:6,20 30:22
**judge** 20:11
**Jurgen** 31:10,11

**K**

**keep** 61:6 66:4
**keeps** 65:22
**kept** 10:14 20:25
29:24 30:21
**kid** 23:13 26:12
**kidding** 33:12
**kind** 11:1 12:21
22:17 23:4 33:6
40:19,20
**Kingdom** 1:15
**Kirch** 10:19 19:2,3
19:6,15,17,21
21:7 22:14,17
29:19 47:4 52:10
52:17,22
**Kirch's** 30:20
**knew** 8:20,22,22
11:20 14:22 15:4
18:9,21 26:10,10
30:22,23 31:17
32:14,18 33:1,18
33:20 56:22 60:17
**knock** 30:6
**know** 6:3 8:20,25
12:25 14:13 15:7
15:24 16:5 17:19
21:15,18 23:1,6
23:17,19 24:2,7
24:11,16 25:8,14
25:16,20,20 26:8
26:9,14,19 27:1,3
27:4 28:16,21
29:4,4,5,10 30:9
31:3,6,7,13,18,18
31:23,23 32:17,20
33:18 38:4 40:10
40:25 41:11 42:19
42:22 43:5 45:6
46:9 48:5 50:2,14
51:11,22 54:4
55:2 56:25 57:14
57:16,21 58:1,5
59:6,17,20 60:16
60:19,22,23,23
61:11,12,16 65:21
**known** 12:3 57:4

**L**

labeled 48:13
Landesbank 21:11
Lang 1:19 70:7,21
large 14:24 18:2
  27:25
largest 9:15,20
  11:25 14:21,22
late 9:1 14:8 20:23
  48:24
Lauda 26:9,17
Laureus 31:14,17
laws 34:15
lawyer 8:23
lawyers 8:24 20:11
  45:14 55:17
LB/F1 48:23
LBE 38:7
LBIE 38:6
lead 60:24
Leading 43:7,21
  45:8 46:8,18,22
  48:4 51:10 52:11
  52:16,24 53:8
  56:5 57:17,25
  64:23
leaning 23:24
learn 55:14
leave 17:18 56:10
  61:4
led 13:11 24:21
  52:12
left 16:25 17:18
  22:17 61:2
legal 45:14
LEH 62:15
Lehman 1:5 2:2,17
  4:4,18,18,21,21
  5:7,19 6:9,17 7:6
  9:11 10:7 11:8
  12:13 16:7,20
  17:7,16 21:5 29:1
  31:4 36:16 37:1,5
  37:8,14,17 38:13
  42:15,17 43:11,25
  44:1,2,10,17
  45:21,25 46:21
  52:22 54:16 56:15

56:20 57:3,22
  58:22 59:2 60:22
  61:13 62:14,19
  63:2,6,20 64:13
  64:16,20 65:2
  67:4 71:2
Lehman's 36:9
  52:5 58:24,25
  59:7
Lehmans 9:8 14:7
  17:1 27:23
lenders 52:25
  55:15
lent 19:18
Les 9:2
let's 5:17 19:13
  20:2 30:17 52:1
  56:13
letter 34:11,23
  38:21,22 39:8,12
  39:21 44:5 47:12
  47:13,21,23,25
  48:3,16 49:9,16
  50:20,23 51:7
  52:2 56:14 62:10
  62:16,18,25 63:3
  63:4,10,11,16,19
  64:12
level 14:13 22:24
  28:15 53:12
life 6:10 30:10
Limited 62:14
line 36:12
list 8:4
listed 7:3 16:19
  36:23 69:5
Listen 44:20
little 9:10 47:20
  60:16
LLP 2:4,11
loads 23:3
loan 19:2,16 20:4,6
  20:20,22 22:8,9
  22:11 25:16,17
  29:19 30:20 53:2
  53:6 54:22 55:23
loans 29:20 53:2

local 21:14
London 1:14,15
  4:10 9:25 10:17
  32:12,13 37:13
  53:12
long 8:14 10:24
  11:1 14:8 15:5
  16:9 36:16 55:19
look 6:17 25:12
  30:5 36:1,18,22
  38:13 39:1,2,6
  40:18 47:17 49:8
  51:6 52:2 56:13
  58:10,17 60:6
looked 39:6
looking 11:18 34:8
  36:20 54:14
looks 49:15 63:10
loop 42:20
loops 22:21
loosen 56:9
lose 30:10
losing 23:4 25:13
loss 22:16
losses 30:18
lost 13:14 30:6,9
  62:8
lot 14:23 18:19
  19:14 22:21 23:1
  23:24 24:20 25:15
  40:11 41:7 54:24
lots 30:16
loved 8:16 12:22
  43:11,24 44:1,2
Lovells 1:13 2:11
  4:10,13,15
low 22:4
Luca 24:25

_____

M

M 2:10 8:8
M&A 16:21,22
  32:11,13
M&M 65:8,11,13
  65:15,21 66:2,9
  66:16
machine 15:10
Magnoni 1:8 3:1,6

3:7,8,9 4:4 5:1,4
  7:2 33:23 35:10
  35:12,24 43:9,23
  44:4,9,14 45:11
  47:15 48:13,15,17
  51:21 62:11,13,15
  63:1 65:16 67:5
  69:4,12 70:9 71:2
  71:24
Magnoni's 67:6
maintain 31:19
  32:15 61:4
major 11:19 24:10
  55:19,20
majority 21:24
makers 56:16,20
making 14:13 23:3
  23:5 25:13 35:14
  45:10
man 10:9 32:7
manage 8:15
managed 42:24
managing 6:3 15:5
  65:14
Manges 2:4 4:17,20
maniac 18:8,9 24:5
  26:7
mark 35:22 47:11
  47:12,19 48:12
  49:10 58:6 62:7
marked 35:24
  47:15 48:17 50:5
  58:7,9,12 62:11
market 12:3
marriage 70:14
married 16:16
  18:15
Marsoner 2:9 4:14
  4:16 6:19 12:25
  13:13 14:2 17:17
  24:5 26:3 28:6
  33:11 34:11 39:20
  42:10,14,17 44:16
  45:20,22 46:16
  47:8 48:2,13,14
  49:17 50:13 57:23
  58:1,8,11 59:7

60:6,19,22 61:13
  63:5 64:18,21
  65:7,10,13,16,17
  68:2
Marsoner's 44:5
  56:16 57:12 63:24
  64:5,15
Martin 21:20
matter 1:4 4:4
  70:15
matters 48:24
Maurice 2:3 4:20
maximize 21:14
  55:1
McDade 8:21
McGee 8:21
McLaren 25:4,6
  28:6,19
mean 18:10 19:13
  47:24 56:20
meaning 8:6 25:3
  31:4
meant 37:23 65:23
media 10:19 19:3
  22:18 29:19
Mediaset 19:4
meet 38:12
meeting 14:8
meetings 7:20
Meissner 41:5
member 7:15 10:15
  11:23 28:4 38:2,8
memory 36:22 39:9
mentioned 17:23
  28:5
Mercedes 18:20
  31:8,9,18
merchant 10:12,13
  10:18 11:12 12:13
  17:4,5
met 16:13
MICHELLE 2:21
Middle 5:25
Milan 50:10
mildly 28:17
million 19:9 21:20
  22:12 25:13 30:6

**mine** 10:2 25:1,17
 47:16 54:10 57:10
**minute** 34:25 61:21
**minutes** 13:18
**Mm-hm** 36:8 40:24
 41:2 47:6 50:25
 61:8
**moment** 24:21
 66:18
**money** 19:14,18
 23:3 29:22 30:7
 30:10,10,11,12
 40:11 53:17 56:11
**Monte** 18:11
**Montezemolo**
 24:25
**month** 7:20,25
 11:15 41:22 54:6
 71:22
**months** 11:5 54:6
**Monza** 18:13
**Morgan** 22:6,20
 30:22
**Morton** 8:22
**motion** 58:12
**Mountains** 23:13
**move** 44:23
**moved** 9:13 10:14
 32:12,12
**movie** 26:15,16,17
 26:19,20,21
**Munich** 20:10 53:1
**murder** 31:23
**Murdoch's** 19:4

**N**

**N** 2:1
**Nagioff** 57:5
**name** 7:3 20:15
 21:20,21 66:7
 69:12 71:2,2
**natural** 14:19
 40:16 42:23
**necessarily** 11:2
**need** 20:5 34:21
 41:6 44:14
**needed** 15:23 29:22
**negotiate** 57:8,11

**negotiated** 61:11
 61:12
**negotiation** 57:20
**negotiations** 42:11
 46:6 57:12
**net** 56:24
**never** 17:8 27:22
 30:11 33:13 41:11
 41:12,13 42:13
 46:24 59:22,25
 65:19
**new** 1:2 2:5,12,18
 4:6 7:20,24 20:4
 37:13 56:7 70:3,5
**nice** 45:13
**Niki** 26:8,13,17
**nodded** 52:18
**Nomura** 5:22,25
 41:1,4,6 54:17
 63:1
**norm** 57:6
**normal** 56:23
**normally** 33:3
 56:16 57:20 59:11
**notary** 2:21 4:23
**note** 38:15,18
**notice** 35:23 36:4,9
 49:1
**November** 1:10 4:1
 4:7 69:5 70:17
**number** 4:6 6:20
 7:16,19,23 10:17
 12:2 13:11 56:2
 67:10
**numbered** 69:4
**numbering** 62:8
**numbers** 54:23
 55:22 58:8
**NY** 2:5,12,18

**O**

**objection** 5:12 18:5
 27:9 28:7,10 29:2
 29:17 43:7,8,21
 43:22 45:8 46:8
 46:18,22 48:4
 51:10 52:11,16,24
 53:8 56:5 57:17

57:25 58:4 61:14
 64:17,23
**obtain** 52:12
**obvious** 22:21
 25:22
**obviously** 9:13
 10:15 15:21 19:9
 20:7,14 26:13
**offending** 33:12
**offered** 22:10
**offerings** 30:3
**officer** 7:6 21:21
 36:23
**officers** 7:4
**offices** 9:7
**official** 53:14
**offs** 10:20
**okay** 5:16 6:24 7:11
 7:14 8:1 9:5,10
 11:6,13 12:15
 13:14 14:2 16:7
 18:6 20:19 21:23
 23:9 24:15 26:1
 26:24 28:11 31:25
 32:13,22 33:5,7
 33:10,23 34:20,22
 36:4,7,15 37:7,11
 37:21,25 38:3,5,9
 38:9,18,25 39:5
 39:10,20 40:4,6
 40:15,18 41:22,24
 42:8,10,21 43:20
 45:9,18,24 46:3
 46:11,15 47:1,11
 48:2,7,9,12,14
 49:5,15,25 50:4,6
 50:9,11,24 51:3,6
 51:6 52:9,14,20
 52:22 53:4,6,16
 53:18,20 54:24
 55:8,12,15 56:3
 56:13 58:6,16
 59:6,9,14,16,20
 59:23 60:2,4,6,10
 60:12,14 61:1,11
 61:16,19,23 62:7
 62:24 63:10,14,18

64:3,7,12,15 66:1
 66:21 67:19 68:1
 68:2,4
**old** 9:17,20 18:25
 20:17 24:25
**Olivette** 9:17
**omitted** 63:22
**once** 11:15 67:11
**ones** 46:9 56:21
**open** 10:21
**operated** 11:7
**operating** 6:6
**opinion** 24:18
 28:21 31:1
**opponents** 25:3
**opportunities**
 11:16
**opportunity** 5:8
**orally** 59:2,6
**order** 67:9
**organized** 9:15
**origination** 56:12
**originator** 20:1
**ought** 48:21
**outcome** 63:21
 70:15
**outset** 52:6
**outside** 59:10
**overseeing** 10:17
**overview** 5:5
**owned** 21:24
**owner** 18:12

**P**

**P** 2:1,1
**p.m** 1:11 4:2,8
 13:20,21,23,25
 15:14,15,17,19
 35:3,4,6,8 61:25
 62:1,3,5 66:23,24
 67:1,3 68:6,7,8
**pack** 29:8
**pact** 24:9
**pad** 48:10
**page** 3:5 8:2 12:19
 34:6 36:19 49:18
 58:18 69:6
**Page/Line** 71:4

**pages** 69:4
**paid** 16:24 31:6
 32:20 58:2 60:7
 60:22
**paper** 4:19,22 29:5
 33:8 59:21 60:1
**papers** 19:10 21:19
 32:16 37:24 50:3
**paragraph** 49:5,6
 50:11 52:4 58:17
 58:17 63:18
**paragraphs** 67:8
**part** 10:16 14:9,19
 22:11,12 32:25
 40:16 41:3 49:19
 53:1,5,18 54:21
**participate** 30:4
**participated** 65:10
**participation** 19:25
**particular** 12:4
 14:18 22:19 56:1
 58:16
**Particularly** 57:3
**parties** 67:8,12,16
 67:17,20,21,23,24
 70:14
**partly** 17:15
**partner** 8:21 9:19
 10:2 13:12 14:6
 15:25 17:11 28:3
**partners** 15:20
 21:8 29:8
**partnership** 54:1
**parts** 53:3
**pass** 20:6
**passion** 6:10 27:6
**Patrick** 20:12 24:2
 27:11 30:24
**pause** 15:1
**pay** 19:19 29:20
 42:18 57:22 59:6
 59:11 66:9,9
**paying** 21:19
**payment** 42:15
 46:16
**peculiar** 24:11,16
**penalty** 34:15

**people** 8:4 14:23
16:3 18:18 23:1
27:8 28:25 30:25
41:1 54:17,24
55:21 56:2,7 61:4
**percent** 20:24 21:1
21:1,3 24:17,17
24:25 33:1,2,2
52:13 56:17,24,24
57:4 58:2 59:7,12
60:8
**period** 20:19 29:6
**perjury** 34:15
**person** 16:1 23:7
32:4 59:17 60:11
**personal** 7:17
17:19 31:12 65:20
**Peter** 9:7 20:15
30:15 38:4 53:11
55:18
**petrol** 18:24 42:7
**phone** 38:15
**picture** 6:23 7:1
**piece** 22:17 33:8
59:21 60:1
**pieces** 19:17 22:16
30:19
**Pieter** 2:10 4:15
44:8
**Pignatti** 9:17 41:10
41:19 46:6,20
48:15 58:9 64:1
**Pignatti's** 43:8,22
51:18 58:13 63:3
63:11,15,19 64:25
**Pirelli** 32:8
**pits** 18:20
**place** 4:9 12:22
18:1
**places** 18:18
**played** 60:19
**playing** 21:13
**please** 5:10 6:17,22
8:3 10:23 20:6
23:16,18 30:6
33:23 34:6 35:13
43:14 44:8 47:22

49:8 58:7
**pleasure** 35:15
**pledged** 52:14
**plugged** 28:3
**point** 5:9 16:13
22:3 24:8 25:1
27:8 28:25 32:14
36:17 39:22 43:2
44:23 45:3 56:3,6
56:6 57:20 58:16
66:13
**pointed** 23:6
**points** 27:12
**Polish** 21:21
**polite** 45:13
**portions** 67:14
**position** 37:14,17
37:19 38:16 44:3
44:23
**possibly** 5:11
**posteriori** 61:18
**pot** 19:24 53:5
**potential** 11:16
65:19,23
**pourri** 19:25
**precise** 54:9,10
**Premiere** 19:19
29:22 30:2
**prepare** 38:10
47:25
**preparing** 19:10
**pretty** 19:8 53:10
57:6
**previous** 11:21
45:1 58:8
**previously** 58:9,12
**price** 22:4,11 61:11
61:12
**pride** 6:9
**primarily** 49:1
**Prince** 19:5,5
**principal** 8:11,11
10:11,13 12:11
16:20 22:12 32:13
**prior** 44:4
**private** 11:11,11
17:5 30:1

**Prix** 18:10 24:22
**probably** 29:24
36:6 54:20
**problem** 12:7 54:1
**problems** 15:6
54:14
**proceedings** 69:5
**profitable** 12:10
29:16 31:2,3,24
32:10
**proper** 27:24
**proportion** 32:23
**proposal** 16:22
28:23
**ProSieben** 29:21
29:25
**Prost** 26:18
**protective** 67:9
**prove** 51:13
**provide** 59:12
**provided** 28:6 43:9
43:23 48:22 58:25
**providing** 33:15
59:19
**publisher** 19:20
**pull** 54:2
**pulled** 22:15
**Pursuant** 67:8
**pursue** 48:23
**pushed** 19:3
**put** 19:15 23:4

---

**Q**

**quantities** 27:7
**question** 5:11,13
17:16 25:23 35:17
35:19 36:12 45:1
45:3,6 46:23
50:18 67:4
**questioned** 46:16
**questions** 5:7,9,10
10:21 35:9,12,16
36:10 54:9 68:2
**quick** 16:2
**quite** 56:1

---

**R**

**R** 2:1

**race** 25:2,3
**range** 62:15
**read** 34:1,14,19
35:25 43:15,16,19
44:12 48:19 49:13
58:15,20 62:24
69:4
**reads** 45:1
**Real-time** 1:19
70:7
**reality** 49:10
**realized** 13:5
**really** 9:21 13:4
17:4 18:21 19:23
23:10 24:18,19
25:19 29:6,8
30:16,18 33:19
40:14,22 42:9
49:18 55:8 65:18
65:20,22,23
**reason** 17:19 23:15
24:18 42:6
**recall** 39:24 41:13
49:16,18 50:7,15
**receive** 36:6 67:12
**received** 26:7 30:19
36:5,7
**receiving** 33:10
49:16
**recollection** 41:17
51:18 53:21 55:7
64:10
**reconnected** 16:24
**record** 13:16,17,19
13:24 15:12,13,18
35:2,7 48:20
58:20 61:24 62:4
62:25 66:18,22
67:2,5 68:6 70:11
**recovered** 22:11
**recovery** 20:6
22:10 30:15 43:3
45:4 53:6 54:8
56:10 59:10
**reduce** 55:25
**reference** 49:7
50:12

**referring** 37:8
38:21 50:13 52:9
62:12,16 63:24
64:9,10
**refers** 64:1
**refinance** 19:24
**refinancing** 61:17
**reflects** 49:9
**regards** 56:4
**registered** 65:9
**regular** 65:17
**regularly** 8:5,6
**related** 47:2 59:1
70:13
**relating** 47:9
**relationship** 7:18
27:14 31:20 42:24
61:5 63:5,7
**relevant** 11:2
**remain** 67:7
**remainder** 21:4
**remember** 6:12
14:4,16,16 18:11
19:5 20:23 21:13
22:7,14 23:13,22
28:19 29:3,6,7
36:3,3,5 37:23,23
38:2,4,7,23 40:3,8
50:8,20 51:11,17
53:13,21 54:10,12
54:15 55:2,8,9,11
55:18 56:2
**remind** 35:17
**repaid** 54:22
**repeat** 5:10 31:5
35:18
**rephrase** 5:11
**report** 6:18
**reported** 8:17,18
**reporter** 1:18,19
15:1,3,6,9 31:5
43:15,21 44:12
45:2 50:4 62:9
67:13 70:2,7
**represent** 4:12
51:13
**representing** 16:20

**reproduce** 27:19
**Republic** 12:1,5
**reputation** 30:8
**requested** 42:15
  46:16
**rescue** 40:25
**reserve** 44:23
**respect** 48:23
**response** 44:13
**responsibilities**
  9:11
**responsibility** 10:4
  32:17
**responsible** 19:2
**retained** 32:3 57:14
**retainer** 42:25
**retirement** 17:14
**retiring** 23:12
**Revenue** 66:11
**revenues** 56:17
  59:1,7
**rewarded** 63:20
**Richemont** 31:15
**rid** 23:2
**right** 7:1 9:13 11:9
  15:11 21:18 29:12
  30:8 33:12 38:17
  38:22 39:4 43:12
  45:16 48:18 49:20
  49:24 50:3,22,23
  52:21 53:24 60:11
  62:12,20 63:9
  64:2,19,20 67:17
  67:18,21
**right-hand** 6:19
**rights** 30:3
**Rindt** 26:11
**roads** 30:15
**Robatyn** 9:6
**Rockies** 23:22
**Rocky** 23:13
**Roger** 57:5
**role** 6:14 19:25
  58:22 60:19
**room** 55:17
**roster** 8:13
**Rothmans** 18:12

**Ruggero** 1:8 3:1
  4:4 5:1 7:2 20:3
  30:9 48:14 63:1
  69:4,12 70:9 71:2
  71:24
**Ruggero's** 25:16
**running** 13:3 17:4
**Rupert** 18:12,25
**Russo** 8:22

**S**

**S** 2:1
**sad** 40:23
**sale** 21:17
**Sand** 23:17
**save** 19:6
**saw** 30:13 40:1
**saying** 24:6 29:23
  30:17,20 33:20
  37:15 42:2 43:17
  44:9 45:10 51:20
  64:4,24
**says** 6:19 7:4 34:18
  36:25 37:4 51:1
  51:19 56:14
**Scandinavia** 28:1
**scanned** 49:11
**scary** 19:14
**SCC** 4:7
**scene** 31:23
**scenes** 26:23
**Schmidt** 21:12
**Schmitz-Morkra...**
  20:12 24:3 30:24
**school** 6:2,3
**Schrempp** 31:10
  31:11
**Schwarzman** 62:13
**Scott** 8:9
**SCOTT-BRYAN**
  2:21
**search** 47:8
**searched** 47:1,7
**seat** 9:22
**second** 14:22 29:18
  34:2 49:18 50:11
**secretary** 48:8
**secured** 53:1

**securities** 29:20
**security** 21:3
**see** 5:17 6:18 7:3
  18:16 31:21,23
  34:8 36:25 38:16
  39:8 40:1 47:17
  49:3 52:7 56:18
  59:4
**seeing** 21:6
**seen** 32:16 33:8
  36:2 58:13 59:21
  59:22,25
**sell** 22:2,3,5,10,22
  23:2,23,24 24:6,7
  31:2
**send** 27:13 48:2
  49:11 65:1
**senior** 5:23 8:13,23
  9:18 13:3 15:4
  17:17 20:8 23:11
  23:20 25:10 28:2
  53:12,22 54:1,21
  55:24 58:22 61:6
  63:1
**sense** 29:4 54:5
**sent** 38:14,18,19,25
  39:20 50:16 51:7
  65:3
**sentence** 34:14
  49:6 56:13
**separate** 65:25
  66:4,10
**September** 5:21
**seriously** 28:23
**serve** 7:18 16:7
**served** 49:2
**service** 58:24
**services** 42:11 46:7
  46:13 48:22
**set** 66:10 70:10,16
**Shane** 2:10 4:13
  43:14,16,17
**share** 21:3 32:24
  56:23,23
**shareholders** 16:18
  29:15
**shares** 52:14,23

**SHEET** 71:1
**Sherratt** 9:7 20:6
  20:15 30:15 36:18
  38:4 53:11
**short** 16:10
**show** 50:4
**shown** 36:19
**side** 5:12 10:12
  12:11
**signature** 62:21
**signed** 39:12 49:11
  49:24 50:1,5,6
  51:8 69:11
**signing** 37:24
**similar** 51:18
**single** 12:6 66:12
**sitting** 20:4,11
**skepticism** 25:10
**Skip** 8:21
**Sky** 19:4 30:2
**slowly** 55:16 56:7
**small** 42:25
**smaller** 24:23 28:1
**smart** 15:22 30:25
**smartest** 15:20
**sold** 22:7
**Soloman** 13:7,7
**Solomon** 13:2
  17:21
**sorry** 11:11 15:1,6
  31:5 34:4 38:19
  43:14 47:13 51:21
  52:17 55:4
**sorts** 8:14
**sounding** 21:21
**South** 19:1
**Southern** 1:2 4:6
**Spain** 28:1
**speak** 28:4 40:6
**speaker** 18:1
**speaking** 17:25
  28:3 50:15
**spend** 11:1 15:23
**spent** 9:6 40:23
  41:7
**spin** 10:20
**splinter** 25:7

**split** 53:3 60:25
**spoke** 26:5 41:9
  42:5 46:24 47:20
**spoken** 39:19 41:13
  41:19 42:1
**sponsors** 18:13
**spontaneous** 53:15
**Springer** 19:20
**squads** 24:10
**ss** 70:4
**staff** 20:12
**stain** 30:13
**stake** 21:24 22:22
  31:22
**Stallone** 18:17
**stand** 65:15
**standard** 32:21
  33:6 57:1
**start** 5:18 66:16
**started** 6:1 21:10
**state** 4:11 67:5 70:3
**stated** 44:11 63:19
**statement** 51:18
  63:14
**states** 1:1 4:5 20:16
  34:16 36:12 49:5
  52:4 58:21 66:7
**stay** 10:8 11:4
  17:12 23:13,16,18
  23:20 25:1,7
**stayed** 15:5 17:20
  28:13
**step** 19:7
**stepped** 20:14
**steps** 63:21
**stopped** 7:22,23
  32:9
**story** 21:18
**strange** 24:16
**strangled** 19:22
**strategic** 7:16,19
  11:15
**Street** 8:25 57:3
**strong** 7:17 13:9
  14:11 24:19 27:22
  28:21 30:4 31:1
**strongest** 25:4

structure 29:10
Stu 9:3
stuff 40:20 41:18
  46:25
stupid 21:14
style 9:17,20
submitted 34:12
  44:5 47:12 50:21
  52:3 56:14 58:11
  62:18 64:12,20
Subscribed 71:21
substance 51:16,23
  51:25 52:1
success 32:24 43:1
  59:13 66:1
successful 12:12
  19:8 27:15 30:1
  41:7 60:18 66:5
successor 31:12
supplemental 34:8
support 19:13
  58:12 64:15
sure 9:10 10:22,23
  17:19 24:1,4
  27:10,25 28:22
  31:24 35:1 36:1
  37:22 57:5 58:15
  58:15
sustain 48:25
swap 12:5
swear 4:23
Switzerland 14:18
  17:24 18:3
sworn 3:1 5:2
  70:10 71:21
Sylvester 18:17
syndicated 53:2

**T**

take 9:16 34:25
  36:1,17 44:3
  47:17 51:24 56:13
  61:21
taken 1:12 13:22
  15:16 35:5 62:2
  63:22,22 66:25
  69:5
talent 17:12

talk 10:20 19:12
  46:9,15 60:14
talked 9:10
talking 11:17 15:8
  20:19 24:13 26:4
  45:19 54:7
taped 56:8
team 17:21 25:4
  30:23 40:16 54:19
  55:15,17
teams 24:10,23
technical 15:6
technology 18:19
Telecom 9:16 32:6
  32:7,9
telephone 58:23
television 27:19
tell 6:9 18:22 19:12
  23:7 26:2,8 28:18
  29:11 32:5 41:11
  44:8 55:6 57:2
  59:11 66:3
telling 15:24 24:19
  44:16 45:15
ten 6:4 25:15 34:25
  61:21 67:13
term 45:14
terrible 30:12
testified 5:2 43:10
  43:24 44:15
testify 44:1
testimony 33:15
  67:6,6,10,15 69:5
  70:11
text 48:19
thank 4:23 5:4
  23:23 25:24 35:9
  35:14 37:11 38:9
  44:25 46:3,5
  58:10
theory 65:16 66:13
thereof 69:6
thick 10:24
thing 18:16 24:7,20
  45:16
things 8:14 26:10
  29:9 39:17 44:20

51:2 54:18
think 5:21 6:12,13
  7:22 11:16 16:4
  16:23 18:14 19:4
  20:20,22,22 21:2
  21:9,16 22:12,24
  23:12,21 24:3
  25:11 26:10,22
  27:5,16,20 28:11
  30:21,24 31:2
  33:21 37:20 39:2
  39:17,25 41:23
  42:5 43:2 44:11
  45:4 49:10 51:14
  51:14,14 53:9,12
  55:2,5,13,15 56:8
  61:21 64:1,8 65:7
  66:7
thinking 7:24
third 2:11 14:22
  52:3 67:8,16,17
Thomas 2:9,17
  4:14,16 12:25
  13:1,2,13 14:2,4
  14:18,22,25 15:20
  16:5,13,17,25
  17:22,23 18:24
  20:17 23:15 24:5
  25:8 26:8,22 27:6
  27:21 28:2,12,18
  28:21 29:24 30:24
  32:3,15,18 39:2
  39:25 40:16 41:17
  48:14 58:11 60:24
Thomas' 16:10
  23:25 32:1
thought 22:23
  25:19 30:22,25
  64:9
threat 24:8
time 4:8 10:5 11:1
  11:14,20,25 13:19
  13:24 15:13,18,23
  16:13,21 17:10
  19:9 20:19 25:4
  27:22 30:16 33:21
  35:2,7 38:23

39:25 40:2,17
  41:8,9,23 55:7
  56:12 61:24 62:4
  63:8 66:22 67:2
  67:15 68:6
times 25:13,15
  31:21
timing 54:5,18
Tirol 16:11
title 10:14
titles 7:13
today 4:8 5:4,6
  9:16,20 33:11,15
  38:10 67:11,15
today's 4:7 63:3
Tol 2:10 4:15,15
  15:10 27:2 44:8,8
  44:13,25 67:20,24
told 20:21 25:12
  30:5 33:20 36:15
  38:13 40:9 50:19
  51:12 56:21 58:1
  66:8
Tom 8:22 23:7,10
  47:14 53:18,22
  54:19
tombstones 47:4
top 9:8 23:20 54:22
total 22:16 40:21
totally 18:19 28:24
tower 27:18,20
track 62:8
transaction 10:6
  59:1
transactions 17:3
transcript 67:12
transcription 69:6
transformed 29:18
trap 22:6
treat 44:7,14
treated 67:11
tried 38:23 41:16
Trilantic 12:14
truck 23:3
true 33:21 34:17,23
  41:18 69:6 70:11
trust 24:17

truth 6:9 28:2
  29:11 33:16 44:17
  45:16 51:12 54:13
  57:2 66:3
try 16:9,17,17 30:7
  56:10
trying 17:1 21:14
  41:8 51:13,22,23
  51:24 53:17 54:2
  54:4,5,25
Tuesday 1:10 4:1
  69:5
turn 6:22 8:1 34:6
  36:19
turned 25:9
TV 12:20 19:19,20
two 6:6 13:11 19:23
  31:1 33:17,17
  38:1 54:6 66:6,13
  66:17
type 17:14 18:18
  22:10 25:14 33:14
  48:7,11

**U**

UK 4:10 50:21 66:8
ultimate 55:21
uncle 26:11
understand 5:9,13
  15:24 16:12 17:2
  23:24 25:8 26:23
  27:12 32:6 35:17
  36:11 45:15 51:6
  60:4,14 63:14
understanding
  17:16 28:15 56:25
understood 35:19
  56:15 57:7
underwrote 19:9
unfortunately 13:1
  14:6 22:6
UniCredit 14:20,20
  14:23
United 1:1,15 4:5
  34:16
units 6:7
unwinding 12:7
USD 10:5 19:9

use 20:5,7 56:11
58:8
usual 18:17 60:23
usually 32:25 48:10

**V**

vague 55:7
validly 49:1
Valley 23:17
valuable 20:3 21:6
28:9 56:12
value 29:14
valued 17:22
Van 2:10 4:15,15
15:10 27:2 44:8,8
44:13,25 67:20,24
various 45:21
46:21
vary 32:23
venture 22:18
31:24
Veronica 18:15
version 21:25
49:11
Viaduct 1:13 4:10
vice 6:5,5,11,15
29:5 37:1,7,22
63:2
video 4:9 13:14
videographer 2:22
2:24 4:3,8,23
13:19,24 15:13,18
35:2,7 61:24 62:4
66:22 67:2 68:5
videotaped 4:3
view 20:8 23:1
27:13 28:9 44:6
50:24 51:4 64:25
66:13
views 63:7
Viner 2:23 4:9
visible 10:15 12:18
vision 23:23,25
24:1
Vittorio 9:17,18
16:17,21 20:24
27:4,14,14 32:4
32:10,12,15 33:18

33:18 39:3,6,14
39:21,23,24 40:7
41:9 43:17 46:10
46:15,24 48:15
50:20,23 57:19
64:1
Vittorio's 39:7,20
60:17
voice 20:9
VOLUME 1:9
volunteer 27:12

**W**

wait 10:21
waiting 34:2
Waleed 19:5,5
Walker 8:25
Wall 8:25 57:2
want 6:24 8:20
10:21 12:2 17:17
17:18 19:13 20:7
25:25 30:4 34:1
35:16 54:10 55:8
59:15 60:14 62:21
63:18
wanted 5:5,18 8:16
17:8,9,12 23:2,7
28:11 30:5,18
31:25 32:15 36:17
45:19 61:4
war 25:9
wasn't 16:22 23:14
24:1 28:4 29:22
29:23 30:23 41:3
44:13 45:10 54:6
61:20
watched 26:15
waves 27:19
way 19:2,6 24:24
25:15,20 26:22
28:21 31:16 37:12
42:24 46:1 48:21
51:21 54:12 55:14
60:11 63:6 70:15
weak 32:14
week 12:19 20:10
26:6 41:20
Weil 2:4 4:17,20

Wendy 2:23 4:8
went 7:23 9:1 10:9
10:16 12:6 17:2
18:11,11,14 19:15
20:22 22:21 25:8
31:22 38:15,23
40:9,11 54:16
weren't 19:7
WHEREOF 70:16
wide 55:20
widespread 25:9
wife 15:11
willing 29:22 30:14
30:14
willingly 57:19
witness 4:24 43:10
43:24 44:6,15,18
44:21 70:9,12,16
71:2
won 25:5 26:13
words 22:1 43:13
work 5:18 41:8
worked 8:5,10
14:17,24 27:21
65:17,25
working 5:19 29:8
57:19 60:5,17
61:10
works 5:17
world 10:16 24:7
24:22
worth 24:20 29:25
40:11
worthless 22:17
29:21
wouldn't 17:11
42:19 59:24,24
60:11,13
written 12:19
48:10
wrong 47:13
wrote 33:16 41:16

**X**

**Y**

year 14:4 19:15,23
20:2 38:17 39:16

39:18 41:23 49:19
51:17 54:7,7 56:1
56:8
year's 26:20
years 5:21 6:1,4
7:16,19,23 9:2,6
9:13,14 10:17
19:23 23:3 31:19
31:21 33:17,17
40:23 42:3 53:13
54:12,15 66:17,17
York 1:2 2:5,12,18
4:6 7:20,24 37:13
70:3,5
young 30:25

**Z**

zero 24:20
Zetsche 31:13

**0**

08-13555 4:7

**1**

1 3:6 6:17 18:9,22
19:21 20:25 21:1
21:4 22:18 24:25
26:5,6,7,17 27:1,5
28:13,15,16 29:23
30:21 35:24 36:18
39:23 40:9,10,17
41:10,19 42:2,2,6
42:15,18 46:17
47:2,9 50:24 52:5
52:13,14,23 56:4
57:15 61:16 63:25
64:5 69:4
10 20:24 21:1 25:13
33:1,2 56:16,24
56:24 57:4 58:2
58:25 59:7,12
60:8
100 24:17
10020 2:18
10022 2:12
10153-0119 2:5
1037 62:15

1038 62:15
11 64:22
11/17/2015 71:3
1271 2:18
13 62:10
14 48:15
15 5:21 21:3 52:12
54:12
150 22:12
17 4:1,7
17th 1:10 69:5
70:17
1977 5:20 6:2
1990 14:15
1999 9:24,25 32:7
1999/2000 6:13
9:15

**2**

2 3:7 47:13,15,19
50:5 52:2 58:18
2:27 4:2,8
2:30 1:11
2:43 13:20,21
2:44 13:23,25
2:48 15:14,15
2:49 15:17,19
20 16:3 33:2 56:24
2000 6:8,11,13
11:17
2000s 17:4
2001 20:22 32:7
2002 20:23,23
2003 20:23 32:5
2004 33:21
2005 21:9 25:21
58:22 59:10
2006 7:22 61:17
2007 6:18
2008 5:21,22
2013 5:23
2014 39:18,25 40:7
41:9 50:20 51:5
62:10
2015 1:10 4:1,7
33:22 48:15 69:5
70:17 71:22
2FG 1:14

| 3 | 9 |
|---|---|
| **3** 3:8 36:13 48:13 48:17 63:18 | **9** 67:8 |
| **3:26** 35:3,4 | **90** 14:16 |
| **3:43** 35:6,8 | **90s** 13:5 |
| **300** 22:15 23:4 25:13 | |
| **34** 12:5 | |
| **35** 3:3,6 5:21 9:6 40:23 | |

**4**
**4** 3:9 58:9,13 62:9 62:10,11
**4:20** 61:25 62:1
**4:26** 62:3,5
**4:33** 66:23,24
**4:34** 67:1,3
**4:35** 68:6,7,8
**420** 18:25
**47** 3:7
**48** 3:8

**5**
**5** 3:1,2
**5,000** 41:1
**50** 1:13 4:10 21:20 24:17,24
**500** 19:9 22:14 30:6
**50584** 67:10

**6**
**6** 6:24 33:23
**606** 6:22,23,25 36:21,22
**62** 3:9
**68** 69:4

**7**
**70** 10:4
**71** 48:13
**72** 48:13
**767** 2:4

**8**
**8** 21:1 58:17 67:8
**80** 10:5
**875** 2:11

Elisa Dreier Reporting Corp., a U.S. Legal Support Company  (212) 557-5558
950 Third Avenue, New York, NY  10022