# Exhibit 10

| | |
|---|---|
| **From:** | Adler, Mona J <mjadler@lehman.com> |
| **Sent:** | Wednesday, May 31, 2006 9:23 AM |
| **To:** | Calistri, Peter E <pcalistr@lehman.com> |
| **Subject:** | Marsoner - consulting europe |

Marsoner was a Consultant whose contract expired in November 2004. In early 2005 we were informed that the contract was not being renewed, therefore we stopped accruing for his fees on a monthly basis. However Marsoner did continue to carry out work on our behalf in 2005 without a contract ever being finalised.

Therefore at the start of 2006 it was decided that we would sign a new contract with Marsoner for the period Feb 2006 to Jan 2007 for an annual fee of €200K plus expenses, these are the same terms as his previous contract for the period of Dec 03 to Nov 04. It was also agreed that we would make a one off payment to him of €100K as a signing on fee to cover work done in 2005.

Confidential