# Exhibit 11

# BARCLAYS

### BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

**000660 BBLE504A    347950011**
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :                22/01/08

Our Reference :  269665

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*The beneficiary's IBAN (International Bank Account Number) and receiving bank SWIFTBIC (Bank Identifier*
*Code) must be provided for all International Payments in Euros to EU Member States, Iceland, Liechtenstein,*
*Norway and Switzerland in accordance with European directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information please visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
**Your Account :**

| | |
|---|---|
| **Credit Amount :** | 49,991.78 EUR **Exchange Rate :** |
| **Payment Amount :** | 50,000.00 EUR **Value Date :**                22/01/08 |

FROM:                                          FOR ACCOUNT OF:
J.P.MORGAN AG                          MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

BY ORDER OF:                            **RECONCILIATION DATA (IF ANY)**
LEHMAN BROTHERS                   ORIG AMT: EUR 50,000.00
PAYER LEHMAN BROTHERS HOLDINGS INC
25 BANK STREET
LONDON GB

**PAYMENT DETAILS**
INVOICE NUMBER /11/2007

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.37 | 8.22 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.22 |

001294

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

**000803 BBLE337A    284133011**
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :              09/01/08

Our Reference :   266230

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*The beneficiary's IBAN (International Bank Account Number) and receiving bank SWIFTBIC (Bank Identifier*
*Code) must be provided for all International Payments in Euros to EU Member States, Iceland, Liechtenstein,*
*Norway and Switzerland in accordance with European directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information please visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
**Your Account :**

| **Credit Amount :** | 116,667.00 EUR | **Exchange Rate :** | |
| **Payment Amount :** | 116,667.00 EUR | **Value Date :** | 09/01/08 |

FROM:
J.P.MORGAN AG
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

FOR ACCOUNT OF:
MARSONER T MR

**BY ORDER OF:**
LEHMAN BROTHERS
PAYER LEHMAN BROTHERS HOLDINGS INC
25 BANK STREET
LONDON GB

**RECONCILIATION DATA (IF ANY)**
ORIG AMT: EUR 116,667.00

**PAYMENT DETAILS**
INVOICE NUMBER /9/2007

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# US Dollar International Cheque Account

current account statement

*Account name*      MR THOMAS MARSONER

*Account number*

*Branch*      Jersey Intl Pers Banking Tel: 01534 880550

Barclays Premier



22  T001 JPA1    3  4490                    000028

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

*IBAN*      GB60 BARC 2044

*SWIFTBIC*      BARCGB22

## Summary for 4 Apr 2007 - 3 Jul 2007

| | |
|---|---|
| Start balance | USD 2,565.64 |
| Total in | USD 3,396,759.05 |
| Total out | USD 3,399,324.69 |
| End balance | USD 0.00 |

**Current Interest Rates**
Gross interest rates p.a. at 3 Jul 2007

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.100% |
| USD 19,999+ | 2.250% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Apr | Start balance | | | | 2,565.64 |
| 22 Jun | Cheque lodgement, Value 25 Jun 2007  Ref:-USD 1488.36 PEOCZ34253 6632 | | | 1,470.19 | 4,035.83 |
| 26 Jun | AFTS receipt  Ref:-LB Holdings Inc 270710 /Rib/D00 | | | 3,395,288.86 | 3,399,324.69 |
| 28 Jun | Settlement of foreign exchange deal number 3898260 for EUR at 1.3504 | | 3,399,324.69 | | 0.00 |
| 3 Jul | End balance | | | | 0.00 |

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

# BARCLAYS

### BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

**000494 BBLE485A   477127011**
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :            06/03/07

Our Reference :  267644

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

| | |
|---|---|
| **Credit Amount :** | 49,991.13 EUR **Exchange Rate :** |
| **Payment Amount :** | 50,000.00 EUR **Value Date :**        06/03/07 |

FROM:                                          FOR ACCOUNT OF:
J.P.MORGAN AG                                  MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

BY ORDER OF:                                   RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)                    ORIG AMT: EUR 50,000.00
25 BANK STREETLONDON

PAYMENT DETAILS
INVOICE NUMBER /2/2007

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.478 | 8.87 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.87 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

000674

# Currency Call Deposit Account

Euro savings account statement

*Account name*    MR THOMAS MARSONER

*Account number*

*Branch*    Jersey Intl Pers Banking Tel: 01534 880550



### Barclays Premier



23  T001 JPA1    3 4490                    000025

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

*IBAN*        GB67 BARC 2044

*SWIFTBIC*    BARCGB22

---

## Summary for 2 Feb 2007 - 1 May 2007

| | | |
|---|---|---|
| Start balance | EUR 58,105.84 | |
| Total in | EUR 287,351.85 | |
| Total out | EUR 345,443.73 | |
| Interest earned | EUR 16.96 | |
| End balance | EUR 16.96 | |

***Current Interest Rates***
Gross interest rates p.a. at 1 May 2007

| | |
|---|---|
| Up to EUR 1,999 | 0.000% |
| EUR 1,999+ | 0.100% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 2 Feb | Start balance | | | | 58,105.84 |
| 6 Mar | AFTS receipt<br>*Ref: LB Holdings Inc 267644* | | | 49,991.13 | 108,096.97 |
| 14 Mar | Repayment of Currency Treasury Deposit<br>*Deal number 59280777* | | | 237,346.76 | 345,443.73 |
| 15 Mar | FCHG GT954 603164 | | 61.82 | | |
| | Settlement of foreign exchange deal number 4758934 for STG at 1.1783 | | 26,009.61 | | |
| | Settlement of foreign exchange deal number 4758837 for STG at 1.1783 | | 33,505.80 | | |
| | AFTS payment<br>*Ref: GT954 603184 Thomas Mar* | | 50,000.00 | | 235,866.50 |
| 19 Mar | Start of Currency Treasury Deposit<br>*Deal number 55954777* | | 235,866.50 | | 0.00 |
| 27 Mar | Interest earned, EUR16.96 gross<br>*for the period 28 Dec 2006 - 26 Mar 2007* | No tax has been deducted | | 16.96 | 16.96 |
| 1 May | End balance | | | | 16.96 |

Correspondence: Barclays Private Clients International Limited          Sort Code 20-44-90          Statement page 17
PO Box 8, Jersey, JE4 8NE

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

**BARCLAYS**

BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

000666 BBLE521A     991964011
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :          15/12/06

Our Reference :  270094

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

Credit Amount :           49,991.00 EUR Exchange Rate :
Payment Amount :          50,000.00 EUR Value Date :                      15/12/06

FROM:                           FOR ACCOUNT OF:
J.P.MORGAN AG                   MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

BY ORDER OF:                    RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)     ORIG AMT: EUR 50,000.00
25 BANK STREETLONDON

PAYMENT DETAILS
INVOICE NUMBER /7/2006

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.4995 | 9.00 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.00 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# BARCLAYS

BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

**000469 BBLE107A      779877011**
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :           13/11/06

Our Reference :   274487

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
Your Account :

| | |
|---|---|
| **Credit Amount :** | 49,991.03 EUR Exchange Rate : |
| **Payment Amount :** | 50,000.00 EUR Value Date :          13/11/06 |

FROM:                                          FOR ACCOUNT OF:
J.P.MORGAN AG                                  MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14   60311 FRANKFURT
AM MAIN   GERMANY

BY ORDER OF:                                   RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)                    ORIG AMT: EUR 50,000.00
25 BANK STREETLONDON

PAYMENT DETAILS
INVOICE NUMBER /6/2006

| Details of Charges paid by Credit Party | Amount | Currency | Rate | Credit Account Equivalent |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.4955 | 8.97 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.97 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# Currency Call Deposit Account

Euro savings account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



Barclays Premier



20   T001 JPAI    3 4490                    000021

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

| | |
|---|---|
| *IBAN* | GB67 BARC 2044 |
| *SWIFTBIC* | BARCGB22 |

## Summary for 2 Nov 2006 - 1 Feb 2007

| | |
|---|---|
| Start balance | EUR 8,217.15 |
| Total in | EUR 218,130.15 |
| Total out | EUR 168,241.46 |
| Interest earned | EUR 12.24 |
| End balance | EUR 58,105.84 |

**Current Interest Rates**
Gross interest rates p.a. at 1 Feb 2007

| | |
|---|---|
| Up to EUR 1,999 | 0.000% |
| EUR 1,999+ | 0.100% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 2 Nov | Start balance | | | | 8,217.15 |
| 13 Nov | AFTS receipt<br>*Ref: LB Holdings Inc 274487* | | | 49,991.03 | 58,208.18 |
| 29 Nov | FCHG SZ803 604888 | | 187.52 | | |
| | AFTS payment<br>*Ref: SZ803 604888 Marsoner,* | | 50,000.00 | | 8,020.66 |
| 15 Dec | AFTS receipt<br>*Ref: LB Holdings Inc 270094* | | | 49,991.00 | 58,011.66 |
| 28 Dec | Settlement of foreign exchange deal<br>number 4378759 for STG at 1.4953<br>*Ref: 22.09* | | 118,053.94 | | |
| | Interest earned, EUR12.24 gross<br>*for the period 26 Sep - 27 Dec* | No tax has been<br>deducted | | 12.24 | |
| | Repayment of Currency Treasury<br>Deposit<br>*Deal number 45868166* | | | 17,622.36 | |
| | Repayment of Currency Treasury<br>Deposit<br>*Deal number 49368644* | | | 100,513.52 | 58,105.84 |
| 1 Feb | End balance | | | | 58,105.84 |

Correspondence: Barclays Private Clients International Limited          Sort Code 20-44-90          **Statement page 16**
PO Box 8, Jersey, JE4 8NE

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

**000611 BBLE786A    099027011**
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

Date :            26/07/06

Our Reference :    271381

Your Reference:

## Funds Transfer - Credit Advice

*IMPORTANT INFORMATION REGARDING PAYMENTS TO EUROPE IN EUROS*
*With effect from 01/01/2006 you must provide the beneficiary's IBAN (International Bank Account Number)*
*and receiving bank SWIFTBIC (Bank Identifyer Code) for all International Payments in Euros to EU member*
*states (25 countries), Iceland, Liechtenstein, Norway and Switzerland in accordance with European*
*directives.*

*Please ensure you obtain your beneficiary's IBAN and their bank's SWIFTBIC and include them on all*
*applicable International Payment instructions you submit to Barclays. You'll also need to provide your IBAN*
*and Barclays SWIFTBIC (BARCGB22) to any European payer wishing to make payment to you in Euros. If you*
*don't know these already you'll find them quoted on your bank statements.*

*For further information pleae visit our website : www.business.barclays.co.uk/bb/iban*

We have arranged to credit your account as follows:-
**Your Account :**

| | |
|---|---|
| **Credit Amount :** | 150,000.00 EUR **Exchange Rate :** |
| **Payment Amount :** | 150,000.00 EUR **Value Date :**          26/07/06 |

FROM:                                             FOR ACCOUNT OF:
J.P.MORGAN AG                                      MARSONER T MR
FRANKFURT AM MAIN
JUNGHOFSTRASSE 14  60311 FRANKFURT
AM MAIN  GERMANY

BY ORDER OF:                                       RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)                        ORIG AMT: EUR 150,000.00
25 BANK STREET
LONDON

PAYMENT DETAILS
INVOICE NUMBER /1/2006

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# Currency Call Deposit Account

Euro savings account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



Barclays Premier



27   T001 JPA1   3 4490                    000028

MR  T  MARSONER
20  EARLS  TERRACE
LONDON
W8  6LP

| | |
|---|---|
| *IBAN* | GB67 BARC 2044 |
| *SWIFTBIC* | BARC GB22 |

## Summary for 2 May 2006 - 1 Aug 2006

| | | | | |
|---|---|---|---|---|
| Start balance | EUR 246.15 | **Current Interest Rates** | | |
| Total in | EUR 150,000.00 | Gross interest rates p.a. at 1 Aug 2006 | | |
| Total out | EUR 0.00 | Up to EUR 1,999 | | 0.000% |
| End balance | EUR 150,246.15 | EUR 1,999+ | | 0.100% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 2 May | Start balance | | | | 246.15 |
| 26 Jul | AFTS receipt<br>*Ref: LB Holdings Inc 271381* | | | 150,000.00 | 150,246.15 |
| 1 Aug | End balance | | | | 150,246.15 |

Correspondence: Barclays Private Clients International Limited                    Sort Code 20-44-90                    Statement page 14
PO Box 8, Jersey, JE4 8NE

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

**BARCLAYS**

BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

001992 003019 BBL1839M 1077331011 70723
MR T MARSONER
20 EARLS TERRACE
LONDON          W8 6LP

Date :            24/12/04

Our Reference :  258833

Your Reference:

# Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
Your Account :

| | | |
|---|---|---|
| Credit Amount : | 50,000.00 EUR Exchange Rate : | |
| Payment Amount : | 50,000.00 EUR Value Date : | 24/12/04 |

FROM:
DEUTSCHE BANK AG
FRANKFURT AM MAIN
TAUNUSANLAGE 12-21   60262 FRANKFUR
T AM MAIN  GERMANY

FOR ACCOUNT OF:
MR T MARSONER

BY ORDER OF:
LB HOLDINGS INC (UK BRANCH)
25 BANK STREET
LONDON

RECONCILIATION DATA (IF ANY)
ORIG AMT: EUR 50,000.00

PAYMENT DETAILS
T AND E REIMBURSEMENT 9/2004

Details of Charges paid by Credit Party          Amount  Currency          Rate

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# International Tracker Savings Account



Euro savings account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ███████ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |

Barclays Premier



28   T001 JPA1    5 4490              000030

MR  T  MARSONER
20  EARLS  TERRACE
LONDON
W8  6LP

| | |
|---|---|
| *IBAN* | GB66 BARC 2044 ███████ |
| *SWIFTBIC* | BARCGB22 |

## Summary for 9 Oct 2004 – 10 Jan 2005

| | |
|---|---|
| Start balance | EUR 20,018.91 |
| Total in | EUR 95,711.59 |
| Total out | EUR 115,709.29 |
| End balance | EUR 21.21 |
| Overdraft Limit | EUR 0.00 |

**Current Interest Rates**
Gross interest rates p.a. at 10 Jan 2005

| | |
|---|---|
| Up to EUR 14,999 | 0.000% |
| EUR 14,999+ | 0.450% |
| EUR 74,999+ | 0.750% |
| EUR 149,999+ | 1.250% |
| EUR 299,999+ | 1.700% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 9 Oct | Start balance | | | | 20,018.91 |
| 9 Nov | Charges 605841 Ssb Lux Re Deali | | 11.59 | | |
| | AFTS payment Ref:Ssb Lux Re Deali 606197 | | 7,772.03 | | |
| | AFTS payment Ref:Ssb Lux Re Deali 605841 DE705001 | | 7,875.65 | | 4,359.64 |
| 12 Nov | Barclays Bank 602072 Return | | | 11.59 | 4,371.23 |
| 24 Dec | AFTS receipt Ref:-I B Holdings Inc 259833 T and E | | | 50,000.00 | 54,371.23 |
| 4 Jan | Charges 607032 Mr T Marsoner | | 50.02 | | |
| | AFTS payment Ref:LS 1 607032 Mr T Mar | | 100,000.00 | | - 45,678.79 |
| 5 Jan | AFTS receipt Ref:-Marsoner T Mr 699288 | | | 45,700.00 | 21.21 |
| 10 Jan | End balance | | | | 21.21 |

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays
House, Victoria Street, Douglas, Isle of Man IM99 1AJ.

# BARCLAYS

*To: Justin Read*

BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

*From:*

MR T MARSONER
20 EARLS TERRACE
LONDON          W8 6LP

Date :                24/09/04

Our Reference :  255331

Your Reference:

## Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
Your Account :

| | | |
|---|---|---|
| **Credit Amount :** | 61,233.87 EUR | **Exchange Rate :** |
| **Payment Amount :** | 61,233.87 EUR | **Value Date :**      24/09/04 |

FROM:                                           FOR ACCOUNT OF:
DEUTSCHE BANK AG                          MR T MARSONER
FRANKFURT AM MAIN
TAUNUSANLAGE 12-21   60262 FRANKFUR
T AM MAIN   GERMANY

BY ORDER OF:                                   RECONCILIATION DATA (IF ANY)
LB HOLDINGS INC (UK BRANCH)              ORIG AMT: EUR 61,233.87
25 BANK STREET
LONDON

PAYMENT DETAILS
T AND E REIMBURSEMENT 7/2004

**Details of Charges paid by Credit Party**           **Amount   Currency**           **Rate**

031441 Page 2 of 2 BBL1324M

1) Please transfer EUR 45 000 to my account
                         with BA-CA in Austria

2) Please open 2 more investment accounts for net
EUR 7600 for: "Thomas + Veronika Marsoner for Gina
from Apo " THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE
and net/4 EUR 7500 for: "Thomas + Veronika Marsoner for Sebastian
from Apo.                    Thx! T. ... Mo....

# International Tracker Savings Account

Euro savings account statement

*Account name*    MR THOMAS MARSONER

*Account number*

*Branch*    Jersey Intl Pers Banking Tel: 01534 880550



Barclays Premier



62   T001 JPA1    4 4490                    000073

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

*IBAN*    GB66 BARC 2044

*SWIFTBIC*    BARCGB22

## Summary for 10 Jul 2004 - 8 Oct 2004

| | |
|---|---|
| Start balance | EUR 3,836.30 |
| Total in | EUR 61,233.87 |
| Total out | EUR 45,051.26 |
| End balance | EUR 20,018.91 |
| Overdraft Limit | EUR 0.00 |

*Current Interest Rates*
Gross interest rates p.a. at 8 Oct 2004

| | |
|---|---|
| Up to EUR 14,999 | 0.000% |
| EUR 14,999+ | 0.450% |
| EUR 74,999+ | 0.750% |
| EUR 149,999+ | 1.250% |
| EUR 299,999+ | 1.700% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 10 Jul | Start balance | | | | 3,836.30 |
| 24 Sep | AFTS receipt<br>*Ref:-LB Holdings Inc 255331 T and E* | | | 61,233.87 | 65,070.17 |
| 4 Oct | Charges 608521 Mr T Marsoner | | 51.26 | | |
| | AFTS payment<br>*Ref:-Mr T Marsoner 608521 Iban at8* | | 45,000.00 | | 20,018.91 |
| 8 Oct | End balance | | | | 20,018.91 |



Correspondence: Barclays Private Clients International Limited
PO Box 8,Jersey,JE4 8NE

Sort Code 20-44-90                    Statement page 6

Barclays Private Clients International Limited. Registered in the Isle of Man. Reg. No. 5619. Registered Office: Barclays

# BARCLAYS

**BARCLAYS PRIVATE CLIENTS INTERNATIONAL LTD**
PO BOX 8, 13 LIBRARY PLACE
ST HELIER,
JERSEY,
JE4 8NE
01534880550

001493 002056 BBL1829M 610288011 70700
MR T MARSONER
20 EARLS TERRACE
LONDON          W8 6LP

Date :              25/06/04

Our Reference :    255791

Your Reference:

## Funds Transfer - Credit Advice

We have arranged to credit your account as follows:-
Your Account :

| | |
|---|---|
| Credit Amount : | 67,026.64 EUR Exchange Rate : |
| Payment Amount : | 67,026.64 EUR Value Date :                    25/06/04 |

FROM:                                          FOR ACCOUNT OF:
DEUTSCHE BANK AG                               MR T MARSONER
FRANKFURT AM MAIN
TAUNUSANLAGE 12-21   60262 FRANKFUR
T AM MAIN   GERMANY

BY ORDER OF:                                   RECONCILIATION DATA (IF ANY)
SLHIUS3XTSY                                    ORIG AMT: EUR 67,026.64

**PAYMENT DETAILS**
T AND E REIMBURSEMENT 5/2004

**Details of Charges paid by Credit Party**                Amount  Currency        Rate

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

```
0768   1 /2                        204505
MR T MARSONER
20 EARLS TERRACE
LONDON                  W8 6LP
```

| DATE : | 25/03/03 |
|--------|----------|

002499

| OUR REF : | 261286 |
|-----------|--------|
| YOUR REF : | |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ▮▮▮▮▮▮▮▮ |
|--------------|----------|

| CREDIT AMOUNT | 66,036.98 | USD |
|---------------|-----------|-----|
| PAYMENT AMOUNT | 66,046.53 | USD |

| EXCHANGE RATE | |
|---------------|----------|
| VALUE DATE | 25/03/03 |

| FROM: | FOR ACCOUNT OF: |
|-------|-----------------|
| BARC BK PLC    NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|--------------|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

| PAYMENT DETAILS |
|-----------------|
| INVOICE NUMBER 5/2002-3///6/2002-3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | CREDIT ACCOUNT EQUIVALENT |
|--------------------|--------|----------|------|---------------------------|
| OUR COMMISSION | 6.00 | GBP | 1.5922 | 9.55 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.55 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE



**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0062   1/1
MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

204505

| DATE: | 21/03/03 |
|---|---|

001138

| OUR REF : | 254310 |
|---|---|
| YOUR REF : | |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ███████████ |
|---|---|

| CREDIT AMOUNT | 313,820.00 | EUR |
|---|---|---|
| PAYMENT AMOUNT | 313,820.00 | EUR |

| EXCHANGE RATE | |
|---|---|
| VALUE DATE | 21/03/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| J.P.MORGAN AG<br>FRANKFURT AM MAIN<br>GRUENEBURGWEG 2   60322 FRANKFURT A<br>M MAIN   GERMANY | MARSONER T MR |

| BY ORDER OF: | RECONCILIATION DATA (IF ANY): |
|---|---|
| LB HOLDINGS INC ,UK BRANCH,<br>ONE BROADGATE<br>LONDON | ORIG AMT: EUR 313,820.00 |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER 4/2002,3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | |
|---|---|---|---|---|
| | | | | |
| | | | | |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE



BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0620   1/1                                204505          DATE :    21/03/03
MR T MARSONER
20 EARLS TERRACE
LONDON                        W8 6LP

                                                  | OUR REF : | 262155 |
                                  002047           | YOUR REF : |        |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ▮▮▮▮▮▮▮ |
|---|---|

| CREDIT AMOUNT | 49,990.52 | USD |
|---|---|---|
| PAYMENT AMOUNT | 50,000.00 | USD |

| EXCHANGE RATE | |
|---|---|
| VALUE DATE | 21/03/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC   NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER 3/2002-3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | CREDIT ACCOUNT EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.5792 | 9.48 |
| | | | | |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.48 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

# US Dollar High Interest Cheque Account

current account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ▮▮▮▮▮▮▮ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |

Barclays Premier



44  T001 JPA1   5 4490            000046

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

## Summary for 4 Mar 2003 - 3 Apr 2003

| | |
|---|---|
| Start balance | USD 0.00 |
| Total in | USD 116,027.50 |
| Total out | USD 19,932.97 |
| End balance | USD 96,094.53 |

**Current Interest Rates**
Gross interest rates p.a. at 3 Apr 2003

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.150% |
| USD 14,999+ | 0.500% |
| USD 49,999+ | 1.000% |
| USD 149,999+ | 1.250% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Mar | Start balance | | | | 0.00 |
| 21 Mar | AFTS receipt<br>Ref:-LB Holdings Inc 262155 Invoice | | | 49,990.52 | 49,990.52 |
| 24 Mar | Marsoner, T 601040 | | 7,223.28 | | 42,767.24 |
| 25 Mar | Interest charged<br>for the period 6 Dec 2002 - 6 Mar 2003 | Overdraft Interest | 52.09 | | |
| | Marsoner, T 605959 | | 12,657.60 | | |
| | AFTS receipt<br>Ref:-LB Holdings Inc 261286 Invoice | | | 66,036.98 | 96,094.53 |
| 3 Apr | End balance | | | | 96,094.53 |

## HAVE YOU ACTIVATED YOUR DEFERRED DEBIT CARD?

TO ACTIVATE, CALL 00353 1242 0724 BETWEEN 08.00 & 18.00 GMT. YOU CAN USE YOUR CARD TO PAY FOR GOODS WHEREVER YOU SEE THE VISA SIGN AND WITHDRAW CASH FROM ANY VISA ATM.

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

# US Dollar High Interest Cheque Account

current account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER |
| *Account number* | ███████ |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



Barclays Premier



126   T001 JPA1    7 4490                    000139

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

## Summary for 4 Jan 2003 - 10 Jan 2003

| | |
|---|---|
| Start balance | USD 16,235.07- |
| Total in | USD 58,519.17 |
| Total out | USD 0.00 |
| End balance | USD 42,284.10 |

**Current Interest Rates**
Gross interest rates p.a. at 10 Jan 2003

| | |
|---|---|
| Up to USD 4,999 | 0.000% |
| USD 4,999+ | 0.150% |
| USD 14,999+ | 0.500% |
| USD 49,999+ | 1.000% |
| USD 149,999+ | 1.250% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Jan | Start balance | | | | - 16,235.07 |
| 7 Jan | AFTS receipt<br>*Ref-LB Holdings Inc 260478 Invoice* | | | 58,519.17 | 42,284.10 |
| 10 Jan | End balance | | | | 42,284.10 |

Correspondence: Barclays Bank PLC
PO Box 8,Jersey,JE4 8NE

Sort Code 20-44-90

Statement page 5

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

# US Dollar High Interest Cheque Account

current account statement

*Account name*   MR THOMAS MARSONER

*Account number*

*Branch*   Jersey Intl Pers Banking Tel: 01534 880550



Barclays Premier



84   T001 JPA1   8 4490            000096

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

## Summary for 4 Dec 2002 – 3 Jan 2003

| | | | |
|---|---|---|---|
| Start balance | USD 4,413.20 | **Current Interest Rates** Gross interest rates p.a. at 3 Jan 2003 | |
| Total in | USD 52,798.21 | Up to USD 4,999 | 0.000% |
| Total out | USD 73,446.48 | USD 4,999+ | 0.150% |
| End balance | USD 16,235.07- | USD 14,999+ | 0.500% |
| | | USD 49,999+ | 1.000% |
| | | USD 149,999+ | 1.250% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 4 Dec | Start balance | | | | 4,413.20 |
| 20 Dec | AFTS receipt *Ref:-LB Holdings Inc 268381 Invoice* | | | 52,798.21 | 57,211.41 |
| 23 Dec | Marsoner, T 608682 | | 23,273.28 | | 33,938.13 |
| 24 Dec | Charges 602614 Thomas Marsoner | | 173.20 | | |
| | AFTS payment *Ref:-Thomas Marsoner 602614 18An* | | 50,000.00 | | – 16,235.07 |
| 3 Jan | End balance | | | | – 16,235.07 |

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

# Euro Instant Savings Account

savings account statement

| | |
|---|---|
| *Account name* | MR THOMAS MARSONER CAPITAL ACCOUNT |
| *Account number* | |
| *Branch* | Jersey Intl Pers Banking Tel: 01534 880550 |



Barclays Premier



65   T001 JPA1    5 4490                    000073

MR T MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

## Summary for 19 Oct 2002 – 18 Apr 2003

| | |
|---|---|
| Start balance | EUR 172.61 |
| Total in | EUR 313,820.00 |
| Total out | EUR 100,052.26 |
| End balance | EUR 213,940.35 |
| Overdraft Limit | EUR 0.00 |

**Current Interest Rates**
Gross interest rates p.a. at 18 Apr 2003

| | |
|---|---|
| Up to EUR 1,999 | 0.000% |
| EUR 1,999+ | 0.100% |
| EUR 9,999+ | 0.150% |
| EUR 24,999+ | 0.400% |
| EUR 49,999+ | 0.750% |

## Transactions

| Date | Description | Details | Payments | Receipts | Balance |
|---|---|---|---|---|---|
| 19 Oct | Start balance | | | | 172.61 |
| 21 Mar | AFTS receipt<br>*Ref.-LB Holdings Inc 264310* | | | 313,820.00 | 313,992.61 |
| 26 Mar | FCHG 601426 | | 52.26 | | |
| | AFTS payment<br>*Ref.-Thomas Marsoner 601426* | | 100,000.00 | | 213,940.35 |
| 18 Apr | End balance | | | | 213,940.35 |

Barclays Bank PLC. Reg. No. 1026167. Registered in England. Reg. Office: 54 Lombard Street, London EC3P 3AH.

 **BARCLAYS**

BARCLAYS BANK PLC  PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0685    1 /1                                204505              DATE :      07/01/03
MR T MARSONER
20 EARLS TERRACE
LONDON                        W8 6LP

OUR REF :     260478
002212             YOUR REF :

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ████████████ |
|---|---|

| CREDIT AMOUNT | 58,519.17 | USD |
| PAYMENT AMOUNT | 58,528.89 | USD |

| EXCHANGE RATE | |
|---|---|
| VALUE DATE | 07/01/03 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC   NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

| PAYMENT DETAILS |
|---|
| INVOICE NUMBER 1/2002-3 |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.6202 | 9.72 |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 9.72 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE



**BARCLAYS**

BARCLAYS BANK PLC PERSONAL BANKING INTL (JERSEY)
PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE 01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0919   1 /1                                       204505               DATE :     20/12/02
MR T MARSONER
20 EARLS TERRACE
LONDON                          W8 6LP

|  |  |
|---|---|
| OUR REF : | 268381 |
| YOUR REF : |  |

003091

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | ▮▮▮▮▮▮ |
|---|---|

| CREDIT AMOUNT | 52,798.21 | USD |
|---|---|---|
| PAYMENT AMOUNT | 52,807.91 | USD |

| EXCHANGE RATE |  |
|---|---|
| VALUE DATE | 20/12/02 |

| FROM: | FOR ACCOUNT OF: |
|---|---|
| BARC BK PLC   NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MR THOMAS MARSONER |

| BY ORDER OF: | |
|---|---|
| LB HOLDINGS INC (UK BRANCH) ONE BRO<br>ADGATE LONDON | |

| PAYMENT DETAILS | |
|---|---|
| INVOICE NUMBER 2/2002-3 | |

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | EQUIVALENT |
|---|---|---|---|---|
| OUR COMMISSION | 6.00 | GBP | 1.6162 | 9.70 |
|  |  |  |  |  |
| TOTAL DEDUCTED FROM CREDIT AMOUNT |  |  |  | 9.70 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE

**BARCLAYS**

PO BOX 8
JERSEY
JE4 8NE
CHANNEL ISLANDS
TELEPHONE  01534880550

## FUNDS TRANSFER - CREDIT ADVICE

0807   1/1
T MARSONER ESQ
FLAT E
1 AIRLIE GARDENS
LONDON
W8 7AJ

204505

| DATE : | 28/05/02 |
| --- | --- |

002951

| OUR REF : | 264848 |
| --- | --- |
| YOUR REF : | |

WE HAVE ARRANGED TO CREDIT YOUR ACCOUNT AS FOLLOWS :-

| YOUR ACCOUNT | |
| --- | --- |

| CREDIT AMOUNT | 61,302.43 | USD |
| --- | --- | --- |
| PAYMENT AMOUNT | 61,311.25 | USD |

| EXCHANGE RATE | |
| --- | --- |
| VALUE DATE | 28/05/02 |

| FROM: | FOR ACCOUNT OF: |
| --- | --- |
| BARC BK PLC   NYK<br>222 BROADWAY<br>NEW YORK<br>NY 10038<br>USA | MARSONER,T CAPITAL A/C<br>FLAT E<br>1 AIRLIE GARDENS<br>LONDON<br>W8 7AJ |

| BY ORDER OF: | |
| --- | --- |
| LB HOLDINGS INC (UK BRANCH)<br>ONE BROADGATE<br>LONDON | |

PAYMENT DETAILS
/RFB/D0FFF2B5649718U
INVOICE NUMBER 4

| DETAILS OF CHARGES | AMOUNT | CURRENCY | RATE | EQUIVALENT |
| --- | --- | --- | --- | --- |
| OUR COMMISSION | 6.00 | GBP | 1.4707 | 8.82 |
| | | | | |
| TOTAL DEDUCTED FROM CREDIT AMOUNT | | | | 8.82 |

THIS ADVICE IS COMPUTER GENERATED REQUIRING NO SIGNATURE