# Exhibit 16

From: Thomas Marsoner [mailto:thomas@marsoner.com]
Sent: Monday, August 09, 2010 2:56 AM
To: Acquaviva, Jonathan
Subject: WG: FX collar Termination Notice of October 2
Importance: High

Jonathan,

set out below please find my original termination notice as well as its re-confirmation to LBCC's representatives as instructed by them.

Regards

Thomas Marsoner

-----Ursprüngliche Nachricht-----
Von: Thomas Marsoner [mailto:thomas@marsoner.com]
Gesendet: Montag, 27. Oktober 2008 14:54
An: 'allyson.carine@barclayscapital.com'
Cc: 'Pucciarelli, Jim'; 'mary.myszkowski@barclayswealth.com'; 'fran.aorta@barclayswealth.com'
Betreff: FX collar Termination Notice of October 2
Wichtigkeit: Hoch

Dear Ms Carine,

I have just been advised that you have been nominated by LBCC's attorneys to collate Termination Notices for LBCC transactions. Please find below my Termination Notice of October 2, 2008 to the representatives of LBCC that I had been dealing with regarding all matters concerning the US$5mn FX Collar in account 270-95043.

Please let me know:

1) if you require anything else, e.g., a signed hard copy, and
2) when I can expect the (some US$60k) margin funds in this account back.

Thanks and regards

Dr Thomas Marsoner
Andreas Hofer Strasse 43
6020 Innsbruck
AUSTRIA

-----Ursprüngliche Nachricht-----
Von: Thomas Marsoner [mailto:thomas@marsoner.com]
Gesendet: Donnerstag, 02. Oktober 2008 16:53
An: 'Aorta, Fran'; 'Pucciarelli, Jim'; 'Myszkowski, Mary Ann'
Betreff: AW: fx collar
Wichtigkeit: Hoch

Jim,

Further to our conversation today: since LB Commercial Corp can obviously not transact on the order below, Fran's original statement that the collar was in default, with which I agreed at the time, was obviously correct. As a result, Lehman's inability to perform on its side of the deal with effect from the Chapter 11 filing also annuls any obligations I had under it with effect from that date.

Were a claim against me to be made either during the originally envisaged life of the collar or upon its expiration, I would not only resist it based on the above but also

3