# Exhibit 18

Page 1

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Chapter 11 Case
CASE NO. 08:13555 (SCC)
Ref. Docket Nos. 4271, 4349


IN RE:

LEHMAN BROTHERS HOLDINGS INC., et al.,

        Debtors.
-------------------------------------------
```

TRANSCRIPT OF
DEPOSITION OF ANGHARAD BOWDLER

TRANSCRIPT of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TAB PREWETT, a Registered Professional Reporter, a Certified Shorthand Reporter, a Certified LiveNote Reporter, and Notary Public, held at the Offices of WEIL, GOTSHAL & MANGES LLP, 767 Fifth Avenue, New York, New York, on Wednesday, December 2, 2015, commencing at 1:15 p.m.

Page 2

```
 1
 2    A P P E A R A N C E S:
 3
 4           WEIL GOTSHAL & MANGES LLP
             BY:  MAURICE HORWITZ, ESQ.
 5                DENISE ALVAREZ, ESQ.
             767 Fifth Avenue
 6           New York, New York  10153-0119
             Attorneys for
 7           Lehman Brothers Holdings, Inc.
 8
 9
10
             HOGAN LOVELLS LLP
11           BY:  M. SHANE JOHNSON, ESQ.
             875 Third Avenue
12           New York, New York  10022
             Attorneys for Dr. Thomas Marsoner
13
14
15
16
17
      ALSO PRESENT:
18
             Mark Euler, Esq.
19           Senior Legal Counsel
             EPIQ Systems
20           Present Telephonically
21
22
23
24
25
```

Page 14

```
 1                  Angharad Bowdler
 2   incorrectly listed.  Yes.
 3         Q    Isn't it possible that there
 4   were other errors in the service of party
 5   notice?
 6              MR. HORWITZ:  Objection to the
 7         form.
 8         A    I am not aware of any other
 9   errors.
10         Q    Now, EPIQ attempts to send
11   notice to a creditor's last known address,
12   correct?
13         A    That's correct.
14              (Exhibit No. 4, E-Mail with
15         attachment, E-Mail dated 7/19/08 from
16         Aaron O. Johari to Guy Reynolds and
17         others, Bates Nos. LEH 384 to 395, is
18         marked by the reporter for
19         identification.)
20         Q    This is an E-Mail from Aaron
21   Johari at Lehman Brothers to a number of
22   people at Linklaters and Bruce Railton and
23   Marco Pierettori at Lehman Brothers, dated
24   September 19, 2008.
25              This was after LBHI had filed
```

Page 17

1                Angharad Bowdler

2           MR. HORWITZ:  Objection to the

3      form.

4      A     I actually don't know the

5 answer to that.  Some creditors have

6 multiple addresses, and noticing addresses

7 and attorneys that represent them -- in

8 general, we pull every address available

9 for the creditor, or the financial advisor

10 would do so.

11      Q     So Alvarez didn't pull this

12 address for you?

13           MR. HORWITZ:  Objection.

14      A     This address was not provided

15 to EPIQ to my knowledge.

16      Q     Do you know why it wasn't

17 provided?

18      A     No, I do not.

19      Q     If Alvarez had sent this

20 address to you, would you have sent

21 Dr. Marsoner notice at this address?

22           MR. HORWITZ:  Objection to the

23      form.

24      A     Yes, if it was provided, we

25 would have sent it to this address.

Elisa Dreier Reporting Corp., a U.S. Legal Support Company   (212) 557-5558
950 Third Avenue, New York, NY  10022

Pg 6 of 7

```
 1                  Angharad Bowdler
 2       Q     Okay.  Does EPIQ consider it
 3  good practice to send notice to vacation
 4  addresses?
 5       A     We are not aware of different
 6  addresses and what they represent for the
 7  creditor, so I don't have an opinion on
 8  that.
 9       Q     So in other words, you don't
10  check if an address is a vacation address?
11       A     No.
12       Q     You don't check if it's a
13  temporary address?
14       A     No, nor is that information
15  provided to us.
16       Q     Well, I mean, you don't do an
17  independent check?
18       A     No, we do not.
19       Q     So the same could be said for
20  addresses that are no longer valid?
21             MR. HORWITZ:  Objection to the
22       form.
23       A     I'm sorry.  I am not sure what
24  the question is.
25       Q     You don't do an independent
```

Page 19

1                 Angharad Bowdler
2  check on the validity of an address?
3            MR. HORWITZ:  Objection to the
4      form.
5       A    We don't confirm that the
6  address is correct for that creditor.  If
7  solely a name is provided or a partial
8  address that would not be mailable, that we
9  may send back to the party that provided it
10 to us to request additional detail.
11      Q    So if you are provided a full
12 address, you don't independently check it?
13      A    That's correct.
14      Q    Would you check to make sure
15 you are not sending a notice to a former
16 affiliate's address, former affiliate of
17 Lehman Brothers?
18      A    No, we would not check that.
19      Q    Because essentially Alvarez
20 provides you the addresses, and, as long as
21 they are full address, you don't check
22 them?
23      A    That's correct.
24      Q    If you could look at Exhibit 3,
25 "Corrected Affidavit of Service," in the