# Exhibit 21

Thomas A. Behnke

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------- X

IN RE:                                )
                                        Case No:08:13555
LEHMAN BROTHERS HOLDINGS, INC.,       ) (SCC)
et al
                                      ) Ref Docket Nos:
                                        4271, 4349
                                      )

------------------------------- X


DATE:  January 11, 2016

TIME:  9:30 a.m.


        DEPOSITION OF THOMAS A. BEHNKE, held

at the offices of Weil Gotshal & Manges, LLP, 767

Fifth Avenue, New York, New York, pursuant to

Notice, before Hope Menaker, a Shorthand Reporter

and Notary Public of the State of New York.

```
 1              Thomas A. Behnke

 2   A P P E A R A N C E S

 3   WEIL GOTSHAL & MANGES, LLP

 4   Attorneys for Lehman Brothers Holdings, Inc.

 5      767 Fifth Avenue

 6      New York, New York  10153-0119

 7   BY:  MAURICE HORWITZ, ESQ.
          DENISE ALVAREZ, ESQ.
 8

 9   HOGAN LOVELLS, LLP

10   Attorneys for Dr. Thomas Marsoner

11      875 Third Avenue

12      New York, New York  10022

13   BY:  M. SHANE JOHNSON, ESQ.
          PIETER VAN TOL, ESQ.
14

15

16

17

18

19

20

21

22

23

24

25
```

Page 29

1                    Thomas A. Behnke

2        A.      I have no reason to dispute that it

3    was an invoice sent to Lehman Brothers Europe

4    Limited which is the party to this contract.

5        Q.      So isn't it true that the Debtors did

6    have access to an agreement between Dr. Marsoner

7    and LBEL?

8        A.      No, I can't say it is true, but if

9    you say that this was produced by us --

10       Q.      Yes, that is what I have said; that

11   it was produced by your counsel in this

12   proceeding.

13       A.      Then I guess they had access to this

14   in an e-mail form.

15       Q.      Thank you.

16               If we could look at Paragraph 6 of

17   your declaration, it says, "Since the commencement

18   of LBCC's Chapter 11 case, Marsoner has never

19   contacted LBCC with respect to an executory

20   contract, the trade confirm or any other contract

21   or transactions."

22               Do you see where it says that?

23       A.      That's correct.

24       Q.      I think you testified earlier you

25   don't have personal knowledge of the mailing of