# Exhibit 22

*Thomas Marsoner*
*Casa Andreas*
*16 Triq Sant' Andrija*
*Lija, BLZ 10*
*Malta*

May 21st, 2007

Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

**Invoice nr 5/2007**

| | |
|---|---|
| Expenses incurred by consultant on behalf of Lehman Brothers Europe Limited – from 4 March 2006 to 27 April 2007 | £18,081.25 |
| | |
| Total | £18,081.25 |

**Please transfer the amount due to my GBP account with Barclays Bank PLC (Jersey Business Centre, P.O. Box 8, 13 Library Place, St. Helier, Jersey, Channel Islands JE4 8NE), nr. 10205982, Sort Code 20-44-90**

Confidential

LEH_0000503

| Your Ref # | 2 |
|---|---|

# CORE SHEET FOR T&Es

| Banker Name | Thomas Marsoner |
|---|---|

| | Expense Dates: | From | To |
|---|---|---|---|
| Currency GBP ☑ USD ☐ € ☐ ☐ ☐ ☐ | | 04/03/2006 | 27/04/2007 |
| Total of Expenses | | 18081.25 | |

Note: A Core and Project number **must** be included. If pitching, please indicate in comments.

| Core Number | Amount | Cost Code | P&L | Comments |
|---|---|---|---|---|
| 108931.054 | 5387.21 | 8 | 82753 | |
| 129009.001 | 102.25 | 12 | 82753 | |
| 108931.054 | 1503.73 | 12 | 82753 | |
| 108931.054 | 2594.00 | 87 | 82753 | |
| 108931.054 | 2435.08 | 72 | 82753 | |
| 126019.001 | 1104.73 | 72 | 82753 | |
| IB833.000 | 530.69 | 72 | 82753 | |
| 108931.054 | 243.36 | 16 | 82753 | |
| 108931.054 | 3762.18 | 31 | 82753 | |
| 126019.001 | 418.02 | 31 | 82753 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | New Cost Code Types | | Ensure the totals on the right correspond with the totals on the T&E Summary. For easy comparison only one total is shown for Entertainment. |
|---|---|---|---|
| 08 | Travel: Airfaire/Train | 5387.21 | |
| 12 | Hotel | 1605.98 | |
| 87 | Taxis | 2594.00 | |
| 16 | Late Meals / Meals whilst travelling | 243.36 | |
| 72 | Entertainment: Client | 4070.50 | |
| 88 | Entertainment: Internal | | |
| 31 | Telephone | 4180.20 | |
| 13 | Other incl. Forex | | |

**If you have any problems please contact Heather Moos x2141**
**Out of Policy expenditure needs approval from Elizabeth Stanton x2788**

Confidential

# LEHMAN BROTHERS
## EXPENSE REIMBURSEMENT FORM TRAVEL & ENTERTAINMENT

### TRAVELLER & CHARGE DETAILS

| Period for Expense Incurred (1) | Traveller Name (2) | | Employee No. as per Payslip (3) | Corporate Title (Select One)(4): Director / Executive Director / Managing Director / Note |
|---|---|---|---|---|
| 4/3/06–27/4/07 | THOMAS PEARSONER | | | |

| Division (5) ADM CAD CES CIR ECM EQA EQU EXEC FID FIN GLG IBD ITD OCS PCS PEQ RMC SHR | Traveller Department P&L (6) | Dept P&L to Charge (if different) (7) | Lehman Invoice Account Used? | Contact Name & No. for Queries (9) |
|---|---|---|---|---|
| | 82753 | | YES     NO | ROBERTA PASQUINO # 91746 |

### REASONS for Expense (10)                      Tick Below

| | |
|---|---|
| General External (Non-Lehman) | ✓ |
| General Internal (Visiting Lehman Office) | |
| T&E Related to Corporate Event or Roadshow | Event Core Code |
| Recruiting Costs | |
| Relocation (requires HR approval) | |
| Training Costs (to be reviewed by HR) | |
| Late/Weekend Working | |
| ER Related?                    ER Number? | |
| Other (Specify) | |

### CLIENT ALLOCATION (for use by divisions, if required) (11)

| Client Names | Ref No. | % | £ |
|---|---|---|---|
| 108931 054 CERBERUS | | | 15925.56 |
| EUN | R90001 | | 1625. |
| IB 833 | | | 530.69 |
| Lehman Internal | | | |
| Not Attributable | | | |
| GRAND TOTAL (as below) | | 100% | 18,081.2 |

### List RECEIPTS NOT attached (12)          £ Amount

| | |
|---|---|
| Total Non-Receipted Amount | £ |

### CURRENCY Details

| Original Currencies (13) | Exchange Rate (as shown on cash advance) (14) | |
|---|---|---|
| € | 1.46 | = £1.00 |
| | | = £1.00 |

### BUSINESS JUSTIFICATION

| Travel Req No. (15) | Tick Here if Expense / Trip will be fully reimbursed by client | Business Justification, if required (16) |
|---|---|---|
| | | Client related |

### SUMMARY OF REQUESTED REIMBURSEMENT IN £ (DETAILS OVERLEAF) (17)

| Grand Total (exc VAT) | Total VAT | | | GRAND TOTAL, £ 18,081.25 |
|---|---|---|---|---|

| Travel (Box A) | Hotel (Box B) | Taxis (Box C) | Meal Allow (D1+D2) | Entertaining (Box E) | Telephone (Box F) | Other (Box G) |
|---|---|---|---|---|---|---|
| 5387.21 | 1605.85 | 2594 | 243.36 | 4070.5 | 4180.20 | |

### AUTHORISATION (18)

| TRAVELLER SIGNATURE | Date 21/5/07 | MANAGER SIGNATURE & Date | PRINT NAME. |
|---|---|---|---|
| FORM COMPLETED BY SIGNATURE & NAME   ROBERTA PASQUINO | Date 21/5/07 | Authorisation to OVERRIDE Policy (if required) & Date | |

### T&E AUDIT DEPARTMENT USE ONLY

| Authorisation Checked | Walker No. | Calc | Batch No. | Internal Ref |
|---|---|---|---|---|

Confidential

| Dates (19) | Routing (incl Lehman Office Visited) (20) | External Internal (21) | Air Cost (22) | Train Cost (22) | Total Travel Cost |
|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | |

| | | Totals in £ | | | 3387.21 |

## B Hotel / Accommodation Charges

| Hotel Name | Ext. / Int. (23) | No. of Nights | 63010-00080/170 Total Room Charges incl Tax (24) | 63015-00080 Meal Allowance incl Minibar (25) | 61010-00026 Phone Usage (26) | 63010-00162 Other Hotel Charges (27) | Total Hotel Bill |
|---|---|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | | | |
| | | | | | | | |
| | | | Totals in £ | | | | 1605.98 |
| | | | VAT | | | | |
| | | | NET | | | | |

## C Taxis / Car Rental

| Date (28) | Country where Expense Incurred | 63020-00058 Business Related Taxis | 63020-00074 Late Working Taxis | 63020-00074 Weekend Taxis | 63010-00100 Car Rental (29) | Total Taxi/Car Rental Cost |
|---|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | | |
| | | | | | | |
| | | | | | | |
| | | Totals in £ | | | | 2504 |
| | | VAT | | | | |
| | | NET | | | | |

## D1 Meal Allowance - Whilst Travelling

| Date | Breakfast (30) | Lunch (30) | Dinner (30) | 63015-00080 Total Per Diem |
|---|---|---|---|---|
| SEE ATTACHMENT | | | | |
| | | | | |
| | | | | |
| | | | | |
| Totals in £ | | | | 243.36 |
| | | | VAT | |
| | | | NET | |

## D2 Meals - Late/Weekend Work (31)

| Date | 63030-00012 Late / WE Work Totals |
|---|---|
| | |
| | |
| | |
| | |
| | D1 |
| | VAT |
| | NET |

## E Entertaining

| Date | Name of Place of Entertaining (32) | No. Lehman Attendees (33) | No. Non-Lehman Attendees (33) | Names of Attendees and Companies represented. (34) | 63015-00108/120/021 Entertainment Cost (35) |
|---|---|---|---|---|---|
| SEE ATTACHMENT | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | Totals | | | Totals in £ | 4070.50 |
| | | | | VAT | |
| | | | | NET | |

## F Telephone

| Billing Period (36) | 61010-00122 Mobile Phone Bills (37) | 61010-00026 Phonecard & Other Bus. Use (excl Hotel) (38) | 61010-00022 Private Home Phone Bill (39) | Total Telephone |
|---|---|---|---|---|
| SEE ATTACHMENT | | | | |
| | | | | |
| | | | | |
| Totals in £ | | | | 4180.20 |
| VAT | | | | |
| NET | | | | |

## G Other Expenses

| Describe (40) | DBS TBD Total Cost - Other |
|---|---|
| | |
| | |
| | |
| Totals in £ | G |
| VAT | |
| NET | |

FORMEXP1.xls

Confidential

## A Travel

### Travel (Air / Train)

| Dates of Travel (19) | Routing (incl Lehman Office Visited) (20) | External/ Internal (21) | Air Cost (22) | Train Cost (22) | Total Travel Cost | Currency | Exchange Rate (x.xx = £1.00) | Air - £ value | Train - £ value | Total - £ value |
|---|---|---|---|---|---|---|---|---|---|---|
| 08-Dec-06 | Vienna-London (108931.54/82753) | External | 437.29 | | 437.29 | Eur | 1.46 | 299.51 | 0.00 | 299.51 |
| 19-20/1/07 | London-Vienna-London (108931.54/82753) | External | 456.80 | | 456.80 | GBP | 1.00 | 456.80 | 0.00 | 456.80 |
| 25-Feb-07 | London-Innsbruck (108931.54/82753) | External | 391.10 | | 391.10 | GBP | 1.00 | 391.10 | 0.00 | 391.10 |
| 29-31/1/07 | Innsbruck-Vienna-London (108931.54/82753) | External | 289.70 | | 289.70 | GBP | 1.00 | 289.70 | 0.00 | 289.70 |
| 28-Jan-07 | London-Innsbruck (108931.54/82753) - Veronika Marsoner (1) | External | 248.00 | | 248.00 | GBP | 1.00 | 248.00 | 0.00 | 248.00 |
| 9/2/07 | London-Vienna-Innsbruck (108931.54/82753) | External | 314.50 | | 314.50 | GBP | 1.00 | 314.50 | 0.00 | 314.50 |
| 11-Feb-07 | Innsbruck-London (108931.54/82753) | External | 334.10 | | 334.10 | GBP | 1.00 | 334.10 | 0.00 | 334.10 |
| 16-Feb-07 | London-Innsbruck (108931.54/82753) | External | 401.10 | | 401.10 | GBP | 1.00 | 401.10 | 0.00 | 401.10 |
| 3-Mar-07 | London-Vienna (108931.54/82753) | External | 655.00 | | 655.00 | GBP | 1.00 | 655.00 | 0.00 | 655.00 |
| 26-Mar-07 | London-Vienna-Innsbruck (108931.54/82753) | External | 451.40 | | 451.40 | GBP | 1.00 | 451.40 | 0.00 | 451.40 |
| 26-Apr-07 | London-Vienna (108931.54/82753) | External | 485.40 | | 485.40 | GBP | 1.00 | 485.40 | 0.00 | 485.40 |
| 1-May-07 | Innsbruck-Vienna-London (108931.54/82753) | External | 169.40 | | 169.40 | GBP | 1.00 | 169.40 | 0.00 | 169.40 |
| 22-Apr-07 | Vienna-Innsbruck (108931.54/82753) | External | 185.40 | | 185.40 | GBP | 1.00 | 185.40 | 0.00 | 185.40 |
| 24-Apr-07 | Innsbruck-London (108931.54/82753) | External | 344.60 | | 344.60 | GBP | 1.00 | 344.60 | 0.00 | 344.60 |
| 8-Feb-07 | Vienna-London (108931.54/82753) | External | 361.20 | | 361.20 | GBP | 1.00 | 361.20 | 0.00 | 361.20 |
| Totals in £ | | | 5,387.21 | 0.00 | 5,387.21 | | | 5,387.21 | 0.00 | 5,387.21 |

LEH_0000507

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

ETKT **Passenger Receipt**

ISSUED BY
Austrian ✈

DATE OF ISSUE  ISSUING OFFICE CODE   ISSI
08DEC06   06490245          AT
ISS. AGENT ID   PLACE OF ISSUE
VIE03  125876       VIENNA

FF.NBR.222011593666992
NAME OF PASSENGER
MARSONER/THOMAS MR

PASSENGER COUPON

6

NAME OF PASSENGER (NOT TRANSFERABLE)
MARSONER/THOMAS MR
**NOT VALID FOR** **RETAIN THIS RECEIPT THROUGHOUT YOUR JOURNEY**
**TRANSPORTATION** **BITTE WAEHREND/NACH DER REISE ALS BELEG AUFBEWAHREN**
ENDORSEMENTS/RESTRICTIONS

FROM
VIENNA        DR10S
OS 457  D 08DEC 1950  2125   OK
LONDON       LHR

FF 222011593666992
ORIGINAL ISSUE                ISSUED IN EXCHANGE FOR

PNR CODE
3Y3VMP/1A
CONJ. TKT. NO.

CARRIER/FLIGHT    CLASS/DATE    TIME

FARE CALCULATION
VIE OS LON458.74NUC458.74END ROE0.782562

EUR359.00
TAXFEECHARGE EUR20.00YQ
TAXFEECHARGE EUR15.29ZY
TAXFEECHARGE EUR8.00AT
TOTAL  EUR402.29

FORM OF PAYMENT
AXXXXXXXXXXX2008

2571028150937 2   0 257 2111815907 4

BAGGAGE ID NO.
NOT VALID FOR TRAVEL
DOCUMENT NUMBER
0 257 2111815907 4

DO NOT MARK OR WRITE IN THE WHITE AREA ABOVE



AUSTRIAN AIRLINES
257 2111815907

Dokumentennummer/Ticketnummer
Ergaenzungsblatt/Supplement PASSENGER RECEIPT

Austrian Airlines verrechnen fuer Leistungen im Zusammenhang mit der Ticketausstellung
Bearbeitungsentgelte. Details zur Hoehe der Entgelte entnehmen Sie bitte den Aushaengen in
den Ticketbueros sowie der Austrian Airlines Homepage www.austrian.com
Austrian Airlines is charging processing fees for services in connection with ticket issue.
For further information concerning the applicable amount please refer to notice-boards at
Austrian Airlines ticket offices and Austrian Airlines Homepage www.austrian.com

Rechnungsbetrag/Amount laut/acc PASSENGER RECEIPT        402.29EUR
Bearbeitungsentgelt/Charge                               35.00EUR
Mwst/VAT Bearbeitungsentgelt/Charge 0%/10.00%             0.00EUR
Summe/Total                                             437.29EUR



IHRE FLUGREISE    NAME   MARSONER/THOMAS MR    FF.NBR. 222011593666992
YOUR ITINERARY    PNR-CODE  1A/3Y3VMP           TICKET 257 2111 815 907
SEITE/PAGE 1 VON/OF 1  FLUGPREIS/FARE  EUR 402.29
**ETIX**

| DATUM DATE | ABFLUG DEPARTURE | VON FROM | TER-MINAL | CHECKIN STOP | NACH TO | | ANKUNFT ARRIVAL | FLUG FLIGHT | STOPS | SITZ SEAT | GEPAECK BAGGAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| 08DEC | 1950 | VIENNA | | 1920 | LONDON | LHR | 2125 | OS 457 | 0 | | 30K |

VISIT OUR WEBSITE - WWW.AUSTRIAN.COM

AUSTRIAN AIRLINES   ERSTELLT VON/ISSUED BY VIE03   DATUM/DATE  08 DEC 06

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 28 FEB 07 | 1 | 6231811 |

```
:C/O LEHMAN BROTHERS
 12 BROADGATE
 LONDON
 EC2M 7HA
```

19 JAN 07 - FRIDAY
  AUSTRIAN AIRLINES                     FLT: 458    D
  LV LHR LONDON-HEATHROW                0615A       EQP: 320
  AR VIE VIENNA                         0935A

20 JAN 07 - SATURDAY
  AUSTRIAN AIRLINES                     FLT: 453    D
  LV VIE VIENNA                         1020A       EQP: F70
  AR LHR LONDON-HEATHROW                1205P

13 DEC 07 - THURSDAY
  PNR RETENTION DATE
  LONDON

  OS6942354617                 MARSONER/THOMAS MR        456.80
                               VAT - Zero Rated            0.00

                               TOTAL GOODS / SERVICES     456.80
                               TOTAL VAT - Zero Rated       0.00

                                    INVOICE TOTAL         456.80
                        AMERICAN EXPRESS *****2006       -456.80

                                       AMOUNT DUE           0.00
```

```
82753
392,A,392
D
559,559,740,K
E
10000000-MDX
116794.2
AX379109097892006#11/08
BRGGDW
```

**Hillgate Travel (London) PLC**                    **VAT No: GB 672 0149 51**

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

34354697

LEH_0000509

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

```
            C/O LEHMAN BROTHERS          DATE: 29 JAN 07
            12 BROADGATE                 PAGE: 01
            LONDON                       CONSULTANT: Y8
            EC2M 7HA                     RECORD LOCATOR: BSBHXD
                                         CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226856 PREPARED FOR: MARSONER/THOMAS MR    MDX-82753


25 JANUARY 07 - THURSDAY

                                         CONFIRMED
BRITISH AIRWAYS             FLIGHT NO: BA6790    CLUB EXC IN UK
LONDON GATWICK-INNSBRUCK OPERATED BY GB AIRWAYS LTD
DEPART: LONDON GATWICK     AT: 0800        MEAL SERVED: MEALS
DEPART: NORTH TERMINAL                     01HR 55MIN
ARRIVE: INNSBRUCK          AT: 1055
                           NON-STOP            REF: Y3C3VC
       MARSONER/THOMAS                    BA-73246430

AIRLINE TICKET BA6942415966     PSGR MARSONER THOMAS MR
ELEC TKT                        BILLED TO AXXXXXXXXXXXX2006        391.10*
                                0.00 PCT V.A.T.                     0.00
                                                               ---------------
                                SUB TOTAL                        391.10
                                TOTAL V.A.T.                       0.00
                                NET CC BILLING                   391.10*
                                                               ---------------
                                TOTAL AMOUNT DUE                   0.00


FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential                                                                    LEH_0000510

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: Y8
RECORD LOCATOR: BSBHXD
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226856 PREPARED FOR: MARSONER/THOMAS MR    MDX-82753


PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
..............................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
..............................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-363,363,363,K
U4-E
U5-10000000-MDX
U6-126019.001
U8-BSBHXD
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 01
CONSULTANT: Y8
RECORD LOCATOR: BSBHXD
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226858 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

29 JANUARY 07 - MONDAY

```
AUSTRIAN                      FLIGHT NO: OS914    CONFIRMED
INNSBRUCK-VIENNA OPERATED BY TYROLEAN AIRWAYS    BUSINESS
DEPART: INNSBRUCK             AT: 0635            MEAL SERVED: BREAKFAST
                                                 01HR 05MIN
ARRIVE: VIENNA               AT: 0740            AIRCRAFT: DH4              NON-S
        MARSONER/THOMAS              LH-222011593666
```

31 JANUARY 07 - WEDNESDAY

```
AUSTRIAN                      FLIGHT NO: OS455    CONFIRMED
                                                 BUSINESS
DEPART: VIENNA               AT: 1715            MEAL SERVED: MEALS
                                                 02HR 25MIN
ARRIVE: LONDON HEATHROW      AT: 1840            AIRCRAFT: AIRBUS A320
                             ARRIVE: TERMINAL 2
                             NON-STOP            REF: Y3C3VC
        MARSONER/THOMAS              LH-222011593666
```

```
AIRLINE TICKET OS6942415968     PSGR MARSONER THOMAS MR
ELEC TKT                        BILLED TO AXXXXXXXXXXXX2006      289.70*
                                0.00 PCT V.A.T.                    0.00
                                                               ---------------
                                SUB TOTAL                         289.70
                                TOTAL V.A.T.                        0.00
                                NET CC BILLING                    289.70*
                                                               ---------------
                                TOTAL AMOUNT DUE                    0.00
```

FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

LEH_0000512

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: Y8
RECORD LOCATOR: BSBHXD
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226858 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
..............................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
..............................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-235,235,235,K
U4-E
U5-10000000-MDX
U6-126019.001
U8-BSBHXD
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential
LEH_0000513

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**NO PAYMENT IS REQUIRED**
**CHARGED TO CREDIT CARD**

```
C/O LEHMAN BROTHERS          DATE: 29 JAN 07
12 BROADGATE                 PAGE: 01
LONDON                       CONSULTANT: R3
EC2M 7HA                     RECORD LOCATOR: GOHZSW
                             CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6226857 PREPARED FOR: MARSONER/VERONIKA MRSMDX-82753

28 JANUARY 07 - SUNDAY

```
                                        CONFIRMED
BRITISH AIRWAYS           FLIGHT NO: BA6791   ECONOMY
INNSBRUCK-LONDON GATWICK OPERATED BY GB AIRWAYS LTD
DEPART: INNSBRUCK         AT: 1100        MEAL SERVED: MEALS
                                         02HR 00MIN
ARRIVE: LONDON GATWICK    AT: 1200       AIRCRAFT: AIRBUS A320
                         ARRIVE: NORTH TERMINAL
                         NON-STOP         REF: ZC4LLW
      MARSONER/VERONI SEAT-9C
```

```
AIRLINE TICKET BA6942415967     PSGR MARSONER VERONIKA MR
ELEC TKT                        BILLED TO AXXXXXXXXXXXX2006
                                0.00 PCT V.A.T.                       0.00
                                                              ---------------
                                SUB TOTAL                          248.00
                                TOTAL V.A.T.                         0.00
                                NET CC BILLING                    248.00*
                                                              ---------------
                                TOTAL AMOUNT DUE                     0.00
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA. T 020 7753 8811. F 020 7753 8818 E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

LEH_0000514

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 29 JAN 07
PAGE: 02
CONSULTANT: R3
RECORD LOCATOR: GOHZSW
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6226857 PREPARED FOR: MARSONER/VERONIKA MRSMDX-82753


PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL.PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.

HU*
U1-82753
U2-P
U3-223,223,223,K
U4-E
U5-10000000-MDX
U6-116794.002
U8-GOHZSW
IR-PDA-LOWEST LOGICAL AIRFARE ACCEPTED
IR-PDH-HOTEL NOT REQUESTED THROUGH LEHMAN BROTHERS BUSINESS TRAVEL
IR-PDC-CAR NOT REQUESTED

*Shropshire House, 2-10 Capper Street, London WC1E.6JA. T 020 7753 8811. F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

LEH_0000515

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

```
C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA
```

```
DATE: 08 FEB 07
PAGE: 01
CONSULTANT: R9
RECORD LOCATOR: IGQBCC
CUSTOMER NBR: 6019124600
```

ITINERARY/INVOICE NO. 6229046 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753

08 FEBRUARY 07 - THURSDAY

```
                                    CONFIRMED
AUSTRIAN                FLIGHT NO: OS456    BUSINESS
DEPART: LONDON HEATHROW AT: 1930            MEAL SERVED: MEALS
DEPART: TERMINAL 2                          02HR 10MIN
ARRIVE: VIENNA          AT: 2240            AIRCRAFT: AIRBUS A320
                        NON-STOP            REF: YLATQW
        MARSONER/THOMAS            LH-222011593666
```

09 FEBRUARY 07 - FRIDAY

```
                                    CONFIRMED
AUSTRIAN                FLIGHT NO: OS913    BUSINESS
VIENNA-INNSBRUCK OPERATED BY TYROLEAN AIRWAYS
DEPART: VIENNA          AT: 2105            MEAL SERVED: MEALS
                                            01HR 00MIN
ARRIVE: INNSBRUCK       AT: 2205            AIRCRAFT: FOKKER 100
                        NON-STOP            REF: YLATQW
        MARSONER/THOMAS            LH-222011593666
```

```
AIRLINE TICKET OS6942618935    PSGR MARSONER THOMAS MR
ELEC TKT             BILLED TO AXXXXXXXXXXXX2006          314.50*
                     0.00 PCT V.A.T.                        0.00
                                                   ---------------
                     SUB TOTAL                            314.50
                     TOTAL V.A.T.                           0.00
                     NET CC BILLING                       314.50*
                                                   ---------------
                     TOTAL AMOUNT DUE                       0.00
```

```
FOID:AXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXX006
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

LEH_0000516

*INVOICE*

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 08 FEB 07
PAGE: 02
CONSULTANT: R9
RECORD LOCATOR: IGQBCC
CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6229046 PREPARED FOR: MARSONER/THOMAS MR    MDX-82753


PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY, AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE.
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HOUR SECURITY CONTROL ROOM.
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENSE WITH PHOTO ID IS REQUIRED
.................................................
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
.................................................
PLEASE NOTE THAT ALL AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM 6
MARCH 2003 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA. THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY.


CONTINUED ON PAGE 3


*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

Confidential

LEH_0000517

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

*INVOICE*

NO PAYMENT IS REQUIRED
CHARGED TO CREDIT CARD

```
          C/O LEHMAN BROTHERS          DATE: 08 FEB 07
          12 BROADGATE                 PAGE: 01
          LONDON                       CONSULTANT: R9
          EC2M 7HA                     RECORD LOCATOR: IGQBCC
                                       CUSTOMER NBR: 6019124600

ITINERARY/INVOICE NO. 6229047 PREPARED FOR: MARSONER/THOMAS MR   MDX-82753



11 FEBRUARY 07 - SUNDAY

                                       CONFIRMED
BRITISH AIRWAYS            FLIGHT NO: BA6791    CLUB EXC IN UK
INNSBRUCK-LONDON GATWICK OPERATED BY GB AIRWAYS LTD
DEPART: INNSBRUCK         AT: 1100          MEAL SERVED: MEALS
                                           02HR 00MIN
ARRIVE: LONDON GATWICK    AT: 1200         AIRCRAFT: AIRBUS A321
                         ARRIVE: NORTH TERMINAL
                         NON-STOP          REF: YLATQW
         MARSONER/THOMAS SEAT-2C        BA-73246430

AIRLINE TICKET BA6942618936      PSGR MARSONER THOMAS MR
ELEC TKT               BILLED TO AXXXXXXXXXXXX2006          334.20*
                       0.00 PCT V.A.T.                        0.00
                                                       ---------------
                       SUB TOTAL                            334.20
                       TOTAL V.A.T.                           0.00
                       NET CC BILLING                       334.20*
                                                       ---------------
                       TOTAL AMOUNT DUE                       0.00


FOID:AXXXXXXXXXXXXXXX006
FOID:AXXXXXXXXXXXXXXX006
```

CONTINUED ON PAGE 2

*Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com*

*ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated*
*Terms: Payable on Receipt of Monthly Statement please.*

*VAT No: GB 672 0149 51*

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Jaime Aranda [Jaime.Aranda@hillgatetravel.com] |
| **Sent:** | 09 February 2007 10:24 |
| **To:** | Pasquino, Roberta |
| **Subject:** | *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** - MARSONER/THOMAS MR Hillgate Ref: IGQBCC Departure Date: 08-FEB-2007 |

---

## HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT

## ITINERARY

---

** Please note this will be issued as an e-ticket **
Itinerary booking details on Friday 09-Feb 10:16

| | |
|---|---|
| Itinerary Information for: | **MARSONER/THOMAS MR*MDX-** |
| Hillgate Reference: | **IGQBCC** |
| P&L: | **82753** |
| Invoice To: | |
| Client Ref: | **116794.002** |
| Tickets will be issued on: | |
| Your Reference: | **Booked By: 02071021746-SEC ROBERTA PASQUINO/JASON** |

 **Flights**

### Thursday, 8-Feb-2007  Austrian OS456

| | | | |
|---|---|---|---|
| From: | **London Heathrow** | Depart: | **Thursday, 8-Feb-2007 1930** |
| Terminal: | DEPART: TERMINAL 2 | | |
| To: | **Vienna** | Arrive: | **2240** |
| Terminal: | | | |
| Class: | BUSINESS | Seat: | ** |
| Status: | Confirmed | Airline/E-Ticket Ref: | YLATQW /E |

### Saturday, 10-Feb-2007  Austrian OS915

| | | | |
|---|---|---|---|
| From: | **Vienna** | Depart: | **Saturday, 10-Feb-2007 0650** |
| Terminal: | | | |
| To: | **Innsbruck** | Arrive: | **0755** |
| Terminal: | | | |
| Class: | BUSINESS | Seat: | ** |
| Status: | Confirmed | Airline/E-Ticket Ref: | YLATQW /E |

### Tuesday, 13-Feb-2007  BRITISH AIRWAYS BA6791

| | | | |
|---|---|---|---|
| From: | **Innsbruck** | Depart: | **Tuesday, 13-Feb-2007 1145** |
| Terminal: | | | |
| To: | **London Gatwick** | Arrive: | **1240** |
| Terminal: | ARRIVAL: NORTH TERMINAL | | |

09/02/2007

Confidential

| Class: | BUSINESS | Seat: | 2D |
| Status: | Confirmed | Airline/E-Ticket Ref: | YLATQW /E |

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

## Important:

**Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.**

### General Comments:

**Remarks:**

PDQ.LEHM70

Not Req

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**

No Limo details

Fares are not guaranteed until ticketed and are subject to change

### Travel Documents:

Please ensure you have a valid passport and visa, if necessary, for our trip. Hillgate recommend a minimum passport validity of 6 months and a minimum of 3 blank pages. Please contact your dedicated team for further information. For UK domestic flights, passengers (over the age of 11) must present a form of photo identification, a passport, photo driving licence, national ID card, airport ID (issued by a recognised Airport, Airport Authority or Airline) or services photo ID (Army, Police etc) will be accepted. The exception to this is for those passengers who are over 11 and under 16 who are named on an adults passport with whom they are travelling.

### Advanced Passenger Information (APIS) Rulings:

**Passport Info:**

All airlines carrying passengers to the USA now require full passport details prior to departure. British Airways not only require full passport details for travel to the USA but also Canada, Mexico, China (except Hong Kong) and certain destinations to and from the UK. Please revert to appropriate airline website for further details. USA Country of residence / destination address information US Government legislation now requires all passengers entering the USA to provide details of their country of residence. All non-US citizens will also be required to provide a destination address, or details of their Alien Resident number (Green Card). This applies to all carriers flying to the USA. Please revert to appropriate airline website for further details.

### Itinerary Remarks:

The check-in time for airlines is a minimum of 60 minutes for domestic or European flights and a minimum of two hours for long-haul flights. Checked baggage allowance is normally 20kg for economy class and 30 kg for business class passengers. Please check with your dedicated team for specific information for your flights.

### E-TICKET:

An electronic ticket will be arranged for your reservation detailed above. Please print this itinerary/confirmation and take it with you to the airport. Failure to do so may result in the airline refusing to allocate your boarding pass. For further assistance please contact your dedicated team. Airlines reserve the right to cancel any duplicate booking(s) without reference to ourselves and without any prior warning. Please note that airlines reserve the right to cancel your complete itinerary if you no show for a flight. As a result, please make sure you cancel any unwanted itinerary segments prior to the departure date/time.

### Travel Safety:

Before you travel, you are strongly advised to check travel advice for your destination at
http://www.fco.gov.uk/travel

You can also view this itinerary online by clicking the link below: CLICK HERE

Please use this link below to view the IATA notice on e-Tickets
http://www.hillgatetravel.com/ETNoticeV2.pdf

4.0.1.9

09/02/2007

Confidential

LEH_0000520

# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 15 FEB 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO. 6230036    MDX-82753

16 FEB 07 - FRIDAY
BRITISH AIRWAYS                     FLIGHT NO: 6790    CLASS: J
DEPART: LONDON-GATWICK              AT 0655A           MEALS:
ARRIVE: INNSBRUCK                   AT 0950A           AIRCRAFT: 320

          MARSONER/THOMAS MR    SEAT: 01C

01 MAR 07 - THURSDAY
BRITISH AIRWAYS                     FLIGHT NO: 6791    CLASS: J
DEPART: INNSBRUCK                   AT 1145A           MEALS:
ARRIVE: LONDON-GATWICK              AT 1240P           AIRCRAFT: 320

          MARSONER/THOMAS MR    SEAT: 02C

BA6942732573                        MARSONER/THOMAS MR        789.40
ELECTKT                             VAT - Zero Rated            0.00

                                    TOTAL GOODS / SERVICES    789.40
                                    TOTAL VAT - Zero Rated      0.00

                                    INVOICE TOTAL             789.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 15 FEB 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6230036   MDX-82753

16 FEB 07 - FRIDAY
BRITISH AIRWAYS                 FLIGHT NO: 679(   CLASS: J
DEPART:  LONDON-GATWICK         AT 0655A         MEALS:
ARRIVE:  INNSBRUCK              AT 0950A         AIRCRAFT: 320

          MARSONER/THOMAS MR    SEAT:  01C

01 MAR 07 - THURSDAY
BRITISH AIRWAYS                 FLIGHT NO: 679]   CLASS: J
DEPART:  INNSBRUCK              AT 1145A         MEALS:
ARRIVE:  LONDON-GATWICK         AT 1240P         AIRCRAFT: 320

          MARSONER/THOMAS MR    SEAT:  02C

BA6942732573                    MARSONER/THOMAS MR      789.40
ELECTKT                         VAT - Zero Rated          0.00

                                TOTAL GOODS / SERVICES   789.40
                                TOTAL VAT - Zero Rated     0.00

                                        INVOICE TOTAL    789.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**CREDIT NOTE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 09 MAR 07
PAGE: 1
CONSULTANT: V4
RECORD LOCATOR: BKXYCK
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  4039377    MDX-82753

```
01 MAR 07 - THURSDAY
BRITISH AIRWAYS           FLIGHT NO: 6791   CLASS: J
DEPART:  INNSBRUCK        AT 1145A          MEALS:
ARRIVE:  LONDON-GATWICK   AT 1240P          AIRCRAFT: 320

        MARSONER/THOMAS MR    SEAT:  02C

  BA6942732573                   MARSONER/THOMAS MR    -388.30
ELECTKT                          VAT - Zero Rated         0.00

                                 # 6230036
                                 15 FEB 07

                    TOTAL GOODS / SERVICES       -388.30
                    TOTAL VAT - Zero Rated          0.00

                              INVOICE TOTAL       -388.30
```

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

**CREDIT NOTE**


# HILLGATE TRAVEL
BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 09 MAR 07 | 1 | 4039377 |

CREDIT

TO :C/O LEHMAN BROTHERS
    12 BROADGATE
    LONDON
    EC2M 7HA

01 MAR 07 - THURSDAY
  BRITISH AIRWAYS          FLT: 6791  J
  LV INN INNSBRUCK      1145A     EQP: 320
  AR LGW LONDON-GATWICK   1240P     NON-STOP

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential

LEH_0000524

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---|---|---|---|
| 9124600 | 09 MAR 07 | 2 | 4039377 |

CREDIT

TO :C/O LEHMAN BROTHERS
     12 BROADGATE
     LONDON
     EC2M 7HA

AIR TICKET BA6942732573          MARSONER/THOMAS MR      -388.30
ELECTKT                          VAT - Zero Rated           0.00

                        REF TKT ORIG INV # 6230036
                        ORIG DATE OF ISSUE 15 FEB 07

                        TOTAL GOODS / SERVICES   -388.30
                        TOTAL VAT - Zero Rated      0.00

                              INVOICE TOTAL       -388.30
                        AMERICAN EXPRESS *****2006  388.30

                              AMOUNT DUE             0.00

                        34361083

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential                                                LEH_0000525

## Pasquino, Roberta

| | |
|---|---|
| **From:** | Clare Mears [Clare.Mears@hillgatetravel.com] |
| **Sent:** | 27 February 2007 17:42 |
| **To:** | Pasquino, Roberta |
| **Subject:** | *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** - MARSONER/THOMAS MR Hillgate Ref: BKXYCK Departure Date: 28-FEB-2007 |

---

## HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT                    ITINERARY

---

** Please note this will be issued as an e-ticket **
Itinerary booking details on Tuesday 27-Feb 17:40

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR*MDX-** |
| **Hillgate Reference:** | **BKXYCK** |
| **P&L:** | **82753** |
| **Invoice To:** | |
| **Client Ref:** | **116794.2** |
| **Tickets will be issued on:** | |
| **Your Reference:** | **Booked By: EXT21746-SEC ROBERTA PASQUINO/CB** |

 Flights

**Wednesday, 28-Feb-2007  Austrian OS461**

| | | | |
|---|---|---|---|
| **From:** | Vienna | **Depart:** | Wednesday, 28-Feb-2007 1325 |
| **Terminal:** | | | |
| **To:** | London Heathrow | **Arrive:** | 1455 |
| **Terminal:** | ARRIVAL: TERMINAL 2 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | YMN3AC /E |

---

**Airline**                    **Online Check-In**

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

**Important:**

Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.

**General Comments:**

**Remarks:**

28/02/2007

Confidential

PDQ.LEHM70

Not Req

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**

No Limo details

---

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.1

The information contained in this communication may contain confidential,
privileged and copyright information and is solely for the use of the
intended recipient. Access to this e-mail by anyone else is unauthorized.
If you are not the intended recipient any disclosure, copying, distribution
or any action taken, or omitted to be taken, or in response to it is
prohibited and may be unlawful. If you have received this e-mail in error,
please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer
viruses and we do not therefore accept any liability for loss or damage
which may be caused. Please therefore check any attachments for viruses
before using them on your own equipment. If you do find a computer virus
please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company
does not accept responsibility for the confidentiality of this message nor
guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts
e-mails on its equipment and system.

28/02/2007

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 22 MAR 07
PAGE: 1
CONSULTANT: T5
RECORD LOCATOR: EDOTWA
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6235248

23 MAR 07 - FRIDAY

| | | |
|---|---|---|
| BRITISH AIRWAYS | FLIGHT NO: 696 | CLASS: J |
| DEPART: LONDON-HEATHROW | AT 0645A | MEALS: |
| ARRIVE: VIENNA | AT 1005A | AIRCRAFT: 319 |

MARSONER/THOMAS MR  SEAT:

| | | |
|---|---|---|
| BRITISH AIRWAYS | FLIGHT NO: 705 | CLASS: J |
| DEPART: VIENNA | AT 0650P | MEALS: |
| ARRIVE: LONDON-HEATHROW | AT 0825P | AIRCRAFT: 321 |

MARSONER/THOMAS MR  SEAT:

BA6995724302                     MARSONER/THOMAS MR        655.00
ELECTKT                          VAT - Zero Rated            0.00

                                 TOTAL GOODS / SERVICES     655.00
                                 TOTAL VAT - Zero Rated       0.00

                                 INVOICE TOTAL              655.00

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

LEH_0000528

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Clare Mears [Clare.Mears@hillgatetravel.com] |
| **Sent:** | 22 March 2007 20:53 |
| **To:** | Pasquino, Roberta |
| **Subject:** | FW: Itinerary for MARSONER/THOMAS MR Hillgate Ref: EDOTWA : Departure Date: 23-MAR-2007 |


**ITINERARY**

** Please note this will be issued as an e-ticket **
Itinerary booking details on Thursday 22-Mar 20:50

------------------------------------------------------

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR** |
| **Hillgate Reference:** | **EDOTWA** |
| **P&L:** | **82753** |
| **Invoice To:** | |
| **Client Ref:** | 116794.2 |
| **Tickets will be issued on:** | **22-MAR-2007** |
| **Your Reference:** | **Booked By: THOMAS MARSONER/CLARE** |

------------------------------------------------------

 Flights

**Friday, 23-Mar-2007  BRITISH AIRWAYS BA696**

| | | | |
|---|---|---|---|
| **From:** | **London Heathrow** | **Depart:** | **Friday, 23-Mar-2007 0645** |
| Terminal: | DEPART: TERMINAL 4 | | |
| **To:** | **Vienna** | **Arrive:** | **1005** |
| Terminal: | | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 34KZVQ /E |

**Friday, 23-Mar-2007  BRITISH AIRWAYS BA705**

| | | | |
|---|---|---|---|
| **From:** | **Vienna** | **Depart:** | **Friday, 23-Mar-2007 1850** |
| Terminal: | | | |
| **To:** | **London Heathrow** | **Arrive:** | **2025** |
| Terminal: | ARRIVAL: TERMINAL 4 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 34KZVQ /E |

*can*
*ref 542902*

23/03/2007

Confidential

| Airline | Online Check-In |
|---|---|
| BRITISH AIRWAYS | CLICK HERE |

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

**Important:**

**Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.**

**General Comments:**

**Remarks:**
PDQ.LEHM70
Nr
If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**
No Limo details

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.4

The information contained in this communication may contain confidential, privileged and copyright information and is solely for the use of the intended recipient. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient any disclosure, copying, distribution or any action taken, or omitted to be taken, or in response to it is prohibited and may be unlawful. If you have received this e-mail in error, please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer viruses and we do not therefore accept any liability for loss or damage which may be caused. Please therefore check any attachments for viruses before using them on your own equipment. If you do find a computer virus please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company does not accept responsibility for the confidentiality of this message nor guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts e-mails on its equipment and system.

23/03/2007

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 27 MAR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6235866    MDX-82753

28 MAR 07 - WEDNESDAY
AUSTRIAN AIRLINES             FLIGHT NO: 458    CLASS: BUSINESS
DEPART:  LONDON-HEATHROW      AT 0615A          MEALS: BREAKFAST
ARRIVE:  VIENNA              AT 0930A          AIRCRAFT: 320

        MARSONER/THOMAS MR   SEAT:

30 MAR 07 - FRIDAY
AUSTRIAN AIRLINES             FLIGHT NO: 905    CLASS: BUSINESS
DEPART:  VIENNA              AT 0135P          MEALS:
ARRIVE:  INNSBRUCK           AT 0250P          AIRCRAFT: DH3

        MARSONER/THOMAS MR   SEAT:

OS6995767876                      MARSONER/THOMAS MR      451.40
ELECTKT                           VAT - Zero Rated          0.00

                         TOTAL GOODS / SERVICES      451.40
                         TOTAL VAT - Zero Rated        0.00

                               INVOICE TOTAL        451.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 10 APR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6237129   MDX-82753

11 APR 07 – WEDNESDAY
AUSTRIAN AIRLINES            FLIGHT NO: 904     CLASS: D
DEPART:  INNSBRUCK           AT 1135A           MEALS:
ARRIVE:  VIENNA              AT 1250P           AIRCRAFT: DH3

        MARSONER/THOMAS MR    SEAT:

12 APR 07 – THURSDAY
AUSTRIAN AIRLINES            FLIGHT NO: 453     CLASS: D
DEPART:  VIENNA              AT 1200P           MEALS:
ARRIVE:  LONDON-HEATHROW     AT 0135P           AIRCRAFT: 100

        MARSONER/THOMAS MR    SEAT:

OS6995917532                 MARSONER/THOMAS MR         295.30
ELECTKT                      VAT – Zero Rated             0.00

                             TOTAL GOODS / SERVICES     295.30
                             TOTAL VAT – Zero Rated       0.00

                             INVOICE TOTAL              295.30

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

CREDIT NOTE

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 26 APR 07 | 1 | 4042518 |

CREDIT

TO :C/O LEHMAN BROTHERS
    12 BROADGATE
    LONDON
    EC2M 7HA

12 APR 07 - THURSDAY
  AUSTRIAN AIRLINES                     FLT: 453    D
  LV VIE VIENNA                         1200P       EQP: 100
  AR LHR LONDON-HEATHROW                0135P       NON-STOP

**VAT No: GB 672 0149 51**

Confidential

LEH_0000533

CREDIT NOTE

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

| Acct no | Date | Page | Invoice |
|---------|------|------|---------|
| 9124600 | 26 APR 07 | 2 | 4042516 |

CREDIT

TO :C/O LEHMAN BROTHERS
    12 BROADGATE
    LONDON
    EC2M 7HA

```
AIR TICKET OS6995917532          MARSONER/THOMAS MR      -125.90
ELECTKT                          VAT - Zero Rated          0.00

                          REF TKT ORIG INV # 6237129
                          ORIG DATE OF ISSUE 10 APR 07

                          TOTAL GOODS / SERVICES      -125.90
                          TOTAL VAT - Zero Rated         0.00

                               INVOICE TOTAL          -125.90
                          AMERICAN EXPRESS *****2006    125.90

                                  AMOUNT DUE             0.00
```

34389738

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com

**VAT No: GB 672 0149 51**

Confidential

**Pasquino, Roberta**

| | |
|---|---|
| **From:** | Fatma Metin [Fatma.Metin@hillgatetravel.com] |
| **Sent:** | 12 April 2007 09:31 |
| **To:** | Pasquino, Roberta |
| **Subject:** | *** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED *** – Itinerary Details for : MARSONER/THOMAS MR Hillgate Ref: BMTNTX Departure Date: 11-Apr-07 |



**HILLGATE TRAVEL**
BUSINESS TRAVEL MANAGEMENT                                    **ITINERARY**

*** PLEASE NOTE THIS BOOKING HAS BEEN CHANGED ***
*** PLEASE CHECK THAT AMENDMENTS ARE AS REQUIRED ***

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR** |
| **Hillgate Reference:** | **BMTNTX** |
| **Your Reference:** | **21746-Sec Roberta Pasquino** |
| **P&L:** | **82753** |
| **Invoice To:** | **AX **** **** **** 2006 EXP 11/08** |
| **Client Ref:** | **116794.002** |
| **Tickets will be issued on:** | **11-APR-2007** |

 Flights

**Wednesday, 11-Apr-2007  AUSTRIAN OS0904**

| | | | |
|---|---|---|---|
| **From:** | **INNSBRUCK** | Depart: | 1135 (Wednesday, 11-Apr-2007) |
| **Terminal:** | | | |
| **To:** | **VIENNA** | Arrive: | 1250 (Wednesday, 11-Apr-2007) |
| **Terminal:** | | | |
| **Class:** | BUSINESS (D) | Seat: | - |
| **Status:** | Confirmed | Airline/E-Ticket Ref: | YD6S7H |
| **Aircraft:** | DH3 | | |
| **Flight Duration:** | 01.15 | Mileage: | 0250 |

**Thursday, 12-Apr-2007  AUSTRIAN OS0905**

| | | | |
|---|---|---|---|
| **From:** | **VIENNA** | Depart: | 1335 (Thursday, 12-Apr-2007) |
| **Terminal:** | | | |
| **To:** | **INNSBRUCK** | Arrive: | 1450 (Thursday, 12-Apr-2007) |
| **Terminal:** | | | |
| **Class:** | BUSINESS (C) | Seat: | - |
| **Status:** | Confirmed | Airline/E-Ticket Ref: | YD6S7H |
| **Aircraft:** | DH3 | | |
| **Flight Duration:** | 01.15 | Mileage: | 0250 |

12/04/2007

Confidential                                                                                           LEH_0000535

### Saturday, 14-Apr-2007  BRITISH AIRWAYS BA6791

| From:<br>Terminal: | **INNSBRUCK** | Depart: | 1010 (Saturday, 14-Apr-2007) |
|---|---|---|---|
| To:<br>Terminal: | **LONDON GATWICK** | Arrive: | 1055 (Saturday, 14-Apr-2007) |
| Class: | BUSINESS (J) | Seat: | - |
| Status: | Confirmed | Airline/E-Ticket Ref: | YD6S7H |
| Flight Duration: | 01.45 | Mileage: | 0596 |

| Airline | Online Check-In |
|---|---|
| BRITISH AIRWAYS | CLICK HERE |

### Important:

Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.

 Hotels

### Wednesday, 11-Apr-2007  HOTEL BRISTOL

| Address: | KAERNTNER RING 1 VIENNA AT 1015 | | |
|---|---|---|---|
| Phone: | 43-1-515160 | FAX: | |
| Check in: | Wednesday, 11-Apr-2007 | Check out: | Thursday, 12-Apr-2007 |
| Status: | Confirmed | Confirmation: | C771334512 WI |
| Nights: | 1 | Cost Per Night: | EUR 171.00 |

Cancellation:   01 Days Cancellation Policy

**General Comments:**
Pdq.Lehm70

**Currency details:**
NR

**Delivery details:**

If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**
No Limo details

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.5

12/04/2007

Confidential

LEH_0000536

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 11 APR 07
PAGE: 1
CONSULTANT: Y5
RECORD LOCATOR: BMTNTX
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.  6237344    MDX-82753

12 APR 07 - THURSDAY
AUSTRIAN AIRLINES              FLIGHT NO: 903    CLASS: BUSINESS
DEPART:  VIENNA                AT 1000A          MEALS:
ARRIVE:  INNSBRUCK             AT 1110A          AIRCRAFT: DH3

        MARSONER/THOMAS MR    SEAT:

OS6995917725                        MARSONER/THOMAS MR      185.40
ELECTKT                             VAT - Zero Rated          0.00

                              TOTAL GOODS / SERVICES        185.40
                              TOTAL VAT - Zero Rated          0.00

                                    INVOICE TOTAL           185.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

```
        C/O LEHMAN BROTHERS              DATE: 11 APR 07
        12 BROADGATE                     PAGE: 1
        LONDON                           CONSULTANT: Y5
        EC2M 7HA                         RECORD LOCATOR: BMTNTX
                                         CUSTOMER NBR: 9124600
```

ITINERARY / INVOICE NO.  6237343    MDX-82753

```
14 APR 07 - SATURDAY
BRITISH AIRWAYS               FLIGHT NO: 6791    CLASS: J
DEPART:  INNSBRUCK           AT 1010A          MEALS:
ARRIVE:  LONDON-GATWICK      AT 1055A          AIRCRAFT: 320

       MARSONER/THOMAS MR    SEAT:

  BA6995917724                    MARSONER/THOMAS MR      344.60
  ELECTKT                        VAT - Zero Rated          0.00

                           TOTAL GOODS / SERVICES        344.60
                           TOTAL VAT - Zero Rated          0.00

                                   INVOICE TOTAL          344.60
```

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

116 79212

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

C/O LEHMAN BROTHERS
12 BROADGATE
LONDON
EC2M 7HA

DATE: 24 APR 07
PAGE: 1
CONSULTANT: BE
RECORD LOCATOR: CUTXPO
CUSTOMER NBR: 9124600

ITINERARY / INVOICE NO.   6239063    MDX-82753

25 APR 07 - WEDNESDAY
AUSTRIAN AIRLINES            FLIGHT NO: 458    CLASS: D
DEPART:  LONDON-HEATHROW     AT 0615A          MEALS: BREAKFAST
ARRIVE:  VIENNA              AT 0930A          AIRCRAFT: 321

        MARSONER/THOMAS MR   SEAT:

AUSTRIAN AIRLINES            FLIGHT NO: 457    CLASS: D
DEPART:  VIENNA              AT 0745P          MEALS:
ARRIVE:  LONDON-HEATHROW     AT 0920P          AIRCRAFT: 321

        MARSONER/THOMAS MR   SEAT:

26 FEB 08 - TUESDAY
PNR RETENTION DATE
LONDON

OS6996064497                 MARSONER/THOMAS MR        485.40
ELECTKT                      VAT - Zero Rated            0.00

                             TOTAL GOODS / SERVICES     485.40
                             TOTAL VAT - Zero Rated       0.00

                             INVOICE TOTAL              485.40

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
FOR MEDICAL ASST/INSURANCE QUESTIONS CALL
44 208 762 8545*******

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

LEH_0000539

08-13555-mg    Doc 53381-22    Filed 07/20/16    Entered 07/20/16 19:57:50    Exhibit 22
**Pasquino, Roberta**         Pg 39 of 190

| | |
|---|---|
| **From:** | Fatma Metin [Fatma.Metin@hillgatetravel.com] |
| **Sent:** | 25 April 2007 11:28 |
| **To:** | Pasquino, Roberta |
| **Subject:** | Itinerary for MARSONER/THOMAS MR Hillgate Ref: CUTXPO : Departure Date: 25-APR-2007 |

# HILLGATE TRAVEL
### BUSINESS TRAVEL MANAGEMENT

# ITINERARY

| | |
|---|---|
| **Itinerary information for:** | **MARSONER/THOMAS MR*MDX-** |
| **Hillgate Reference:** | **CUTXPO** |
| **P&L:** | **82753** |
| **Invoice To:** | |
| **Client Ref:** | **116794.2** |
| **Tickets will be issued on:** | |
| **Your Reference:** | **Booked By: ROBERTA PASQUINO/LAILA** |

 Flights

### Wednesday, 25-Apr-2007  Austrian OS458

| | | | |
|---|---|---|---|
| **From:** | London Heathrow | **Depart:** | Wednesday, 25-Apr-2007 0615 |
| **Terminal** | DEPART: TERMINAL 2 | | |
| **To:** | Vienna | **Arrive:** | 0930 |
| **Terminal** | | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 224DBZ /E |

### Wednesday, 25-Apr-2007  Austrian OS455

| | | | |
|---|---|---|---|
| **From:** | Vienna | **Depart:** | Wednesday, 25-Apr-2007 1715 |
| **Terminal** | | | |
| **To:** | London Heathrow | **Arrive:** | 1840 |
| **Terminal** | ARRIVAL: TERMINAL 2 | | |
| **Class:** | BUSINESS | **Seat:** | ** |
| **Status:** | Confirmed | **Airline/E-Ticket Ref:** | 224DBZ /E |

| Airline | Online Check-In |
|---|---|

** Denotes a specific seat has been requested although the airline has not confirmed the number. This does not affect flight confirmation

25/04/2007

Confidential                                          LEH_0000540

**Important:**
Our records indicate you are a AUSTRIA passport holder. If this is incorrect, please contact us IMMEDIATELY or you may be prevented from boarding by the airline.

**General Comments:**

**Remarks:**
PDQ.LEHM70
Nr
If You Require Assistance Out Of Regular Office Hours, Please Call 020 7753 8811

**Limo Details:**
 No Limo details
-------------------------------------------------------------------------------------------

You can also view this itinerary online by clicking the link below: CLICK HERE

For more general comments and travel related information please click on the link below:
http://www.hillgatetravel.com/Itinerary/index.html

4.0.3.5

The information contained in this communication may contain confidential, privileged and copyright information and is solely for the use of the intended recipient. Access to this e-mail by anyone else is unauthorized. If you are not the intended recipient any disclosure, copying, distribution or any action taken, or omitted to be taken, or in response to it is prohibited and may be unlawful. If you have received this e-mail in error, please notify us and then delete this message at once.
VIRUSES
We cannot guarantee that any attachment is completely free from computer viruses and we do not therefore accept any liability for loss or damage which may be caused. Please therefore check any attachments for viruses before using them on your own equipment. If you do find a computer virus please inform us immediately so that we may take appropriate action.
SECURITY
Unencrypted internet communications are not secure. As a result the Company does not accept responsibility for the confidentiality of this message nor guarantee that the sender shown is the actual sender.
NOTIFICATION WITH REGARD TO PRIVACY
You are hereby advised that the Company monitors the use of and intercepts e-mails on its equipment and system.

25/04/2007

LEH_0000541

# HILLGATE TRAVEL
## BUSINESS TRAVEL MANAGEMENT

**INVOICE**

```
C/O LEHMAN BROTHERS              DATE: 26 FEB 07
12 BROADGATE                     PAGE: 1
LONDON                           CONSULTANT: V4
EC2M 7HA                         RECORD LOCATOR: BKXYCK
                                 CUSTOMER NBR: 9124600
```

ITINERARY / INVOICE NO.   6231476    MDX-82753

```
28 FEB 07 - WEDNESDAY
AUSTRIAN AIRLINES              FLIGHT NO: 457    CLASS: BUSINESS
DEPART:  VIENNA                AT 0750P          MEALS:
ARRIVE:  LONDON-HEATHROW       AT 0925P          AIRCRAFT: 321

         MARSONER/THOMAS MR   SEAT:

OS6942858115                       MARSONER/THOMAS MR      361.20
ELECTKT                            VAT - Zero Rated          0.00

                             TOTAL GOODS / SERVICES        361.20
                             TOTAL VAT - Zero Rated          0.00

                                     INVOICE TOTAL         361.20
```

PLEASE RECONFIRM ALL ONWARD AND RETURN FLIGHTS
LOCALLY AT LEAST 72 HOURS PRIOR TO DEPARTURE
AS FAILURE TO DO SO MAY RESULT IN CANCELLATION
PLEASE CHECK ALL TRAVEL DOCUMENTS PRIOR TO DEPARTURE
IN THE EVENT OF A MAJOR INCIDENT OR SECURITY CONCERN
RING 44 207 102 1111 FOR STAFF ANNOUNCEMENTS
AND AN UPDATE ON LEHMAN BROTHERS RESPONSE
RING 44 207 102 6662 TO CONTACT LEHMAN BROTHERS
LONDON 24HR SECURITY CONTROL ROOM
ALL INTERNATIONAL JOURNEYS REQUIRE A FULL PASSPORT
FOR UK DOMESTIC FLIGHTS FULL PASSPORT OR DRIVERS
LICENCE WITH PHOTO ID IS REQUIRED
CABIN LUGGAGE AND WEIGHT ALLOWANCES VARY DEPENDING
ON AIRLINE AND CLASS OF TRAVEL
PLEASE NOTE THAT AIRLINES ARE NOW REQUIRED BY NEW
LAWS INTRODUCED IN THE US AND OTHER COUNTRIES FROM
6 MAR 03 TO GIVE BORDER CONTROL AGENCIES ACCESS TO
PASSENGER DATA THEREFORE PASSENGER AND TRAVEL
INFORMATION MAY BE DISCLOSED TO THE CUSTOMS AND
IMMIGRATION AUTHORITIES OF ANY COUNTRY
PDA-LOWEST LOGICAL AIRFARE ACCEPTED

Shropshire House, 2-10 Capper Street, London WC1E 6JA  T 020 7753 8811  F 020 7753 8818  E name@hillgatetravel.com
ATOL Regulations 1995 - all air tickets are sold as ticket provider unless otherwise stated
Terms: Payable on Receipt of Monthly Statement please.

**VAT No: GB 672 0149 51**

Confidential

# Hotel / Accommodation Charges

B Hotel Bill

09620041 / 44    51700000    5820004    Walker TBD

| Hotel Name | External/ Internal (23) | No. Nights | Total Room Charges Incl Tax (24) | Meal Allowance Incl Minibar Usage (25) | Phone Usage (26) | Other Hotel Charges (27) | Total Hotel Bill | Currency | Exchange Rate (X.XX=£1.00) | Room Charges - £ Value | Meal Allowance - £ Value | Phone Usage - £ Value | Other Hotel Charges - £ Value | Total Hotel - £ Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Meridian Business Centre - 2/3/07 ((129008.00/82753)) | external | 1 | | | | 102.25 | 102.25 | GBP | 1.00 | 0.00 | 0.00 | 0.00 | 102.25 | 102.25 |
| Hotel Imperial (8-102/07) - (108931.54/82753) | external | 2 | 400.00 | 159.80 | | 96.00 | 605.80 | EUR | 1.46 | 279.97 | 75.31 | 0.00 | 65.75 | 414.93 |
| Hotel Imperial (28-2/92/07) - (108931.54/82753) | external | 2 | 400.00 | 161.10 | 1.05 | 46.00 | 608.15 | EUR | 1.46 | 273.97 | 110.34 | 0.72 | 31.51 | 416.54 |
| Hotel Imperial (28-3/03/07) - (108931.54/82753) | external | | | | | | 0.00 | EUR | 1.46 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hotel Imperial (28-3/03/07) - (108931.54/82753) | external | 2 | 600.00 | 108.50 | | 87.00 | 790.50 | EUR | 1.46 | 410.96 | 74.32 | 0.00 | 59.59 | 544.86 |
| Hotel Bristol (11-12/4/07) - (108931.54/82753) | external | 1 | 171.00 | | | 15.00 | 166.00 | EUR | 1.46 | 117.12 | 0.00 | 0.00 | 10.27 | 127.40 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | external | | | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals in £: | | 8 | 1,075.00 | 2,008.96 | 0.72 | 268.07 | 1,605.98 | | | 1,075.00 | 2,008.96 | 0.72 | 268.07 | 1,605.98 |

LEH_0000543

V1492

Meridian
busin

LONDON CITY AIRPORT
SILVERTOWN
LONDON
M8426691531TID26910130
AMEX
3791 0909 7892 006
EXP 11/08
KEYED

SALE

AMOUNT                £102.25
CUSTOMER NOT PRESENT
THANK YOU
11:03 02/03/07 40DLR3:00
AUTH CODE: 38
RECEIPT/0439

## Desk Client Receipt

Date: 02/03 2007

Meeting Room:     Meridian Boardroom.

Client Name:      Thomas Marsoner.

VAT Number: 740168840

Room Hire charge          75-00

Catering charges          27-25

Additional Services        —

**Total**     £ 102.25p .

Paid by:

Cash  ☐      Credit/Debit Card  ☑    C.A.Wall.

120009.1
Meeting w/ Andreas Treich
Bauch Aektrie

→Lauey Sebstein 4
Vipin Sareen
Partnes TV Capital





Mr. Marsoner
Tel number:  020 7102 17346

E-mail: rpasquin@lehman.com

27th February 2007

Dear Mr. Marsoner.

Thank you for your booking to hold a meeting at the Meridian Business Centre, London City Airport.  Outlined
below are the details discussed thus far.

| | |
|---|---|
| **Date:** | **Friday 2nd March2007** |
| **Times:** | **Start: 0830        Finish: 1030** |
| **Room:** | **'Longitude Eleven '** |
| **Delegates:** | **Five** |
| **Room Set up:** | **Boardroom** |
| **Rates:** | **£55 Per hour room hire**<br>**£4.85 per person for Package A** |
| **Catering:** | **Package B (Tea,coffee,fruit tea, cordials, mineral water and Danish pastries) served with Orange Juice - £5.45/pp** |
| **Equipment:** | **None requested** |
| **Plasma Screen:** | **Mr. Marsoner** |

I trust that the above covers all details. When ready please complete the confirmation form below and return by fax
to 020 7476 3727.  In the meantime should you have any queries, then please do not hesitate to contact me direct.

Yours sincerely,

Coran Wall
**Business Centre Co-ordinator**

Confidential

I accept all details, as set out in this confirmation letter, regarding my booking for 5 delegates on Friday 2nd March 2007. I concur that I have read the Meridian Business Centre's terms and conditions, and agree to their contents.

NAME:...Thomas Marsoner..........

COMPANY NAME:...Lehman Brothers....

COMPANY ADDRESS:......25 Bank Street, London E14 5LE
.......................................................................................................................................
.......................................................................................................................................
.......................................................................................................................................

**Purchase order Number or Credit Card Details**:...America Express  nr 3791 090978 92006 exp 11.08 ...
Please confirm booking by return email to rpasquin@lehman.com , or by fax to 020 7655 2284
Thanks, Roberta Pasquino
.......................................................................................................................................
SIGNED:... *Thomas Marsoner*
PRINT NAME:...Thomas Marsoner
DATE:...28/02/07..............................................

**To help us with our Marketing Improvement, please tick Why? or What? made you choose the Meridian Business Centre for this booking?**

☐ Seen facilities while using airport        ☐ Money Off Vouchers/Incentives

☐ Facility was recommended        ☐ Value for money        ☐ Seen facility on the Internet

☐ Magazine Advertisement        ■ Location        ☐ Liked facility when used previously

**Please feel free to comment on any other reason you feel may help us on our improvements:**
.......................................................................................................................................
.......................................................................................................................................
.......................................................................................................................................
Once returned to be signed by an employee of the Meridian Business Centre.

NAME:..............................................
SIGNED:..............................................
DATE:..............................................

**Strict Payment Policy**

- **We can only accept confirmation of your booking with your credit card details; failure to produce this information will result in your event being cancelled.**

- **All bookings under our minimum requirement for an invoice must pay by credit card on departure of the event. Please ask for details of our minimum requirements.**

- **All clients outside of the UK must settle their entire bill on departure.**

- **If you require us to invoice you, please provide credit card details to secure the booking and state that you would require an invoice sent. Payment will then only be taken from your card in the event that 30 days lapse from the invoice date and payment has not been received.**

- **We are happy to set up a credit facility for you. Please speak with a member of staff if you would like a credit facility to be set up on behalf of your organisation**

Confidential



# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

Datum : 10/02/07

Anreise : 08/02/07

Abreise : 10/02/07

Debitor Nr :

Zimmer : 517

Kassier : 12   / RUDITAB,E

Rechnungs Nr : 64531

RECHNUNG

Seite : 1 of 2

| Text | Datum | Betrag EUR |
|------|-------|------------|
| Logis | 08/02/07 | 200.00 |
| Donation UNICEF Charity 0% | 08/02/07 | 1.00 |
| Waesche | 09/02/07 | 54.00 |
| Cafe Imperial Breakfast 20% | 09/02/07 | 7.80 |
| #517 : CHECK #1268 | | |
| Café Imperial Fruehstueck | 09/02/07 | 37.00 |
| #517 : CHECK #1268 | | |
| Minibar | 09/02/07 | 33.00 |
| High Speed Internet Room | 09/02/07 | 36.00 |
| 12:51 #517 : [00:01:00] | | |
| Zimmer Service Fruehstueck | 09/02/07 | 22.00 |
| #517 : CHECK #1026 | | |
| Zimmer Service Fruehstueck | 09/02/07 | 10.00 |
| #517 : CHECK #1026 | | |
| Trinkgeld Zimmer Service | 09/02/07 | 5.00 |
| #517 : CHECK #1027 | | |
| Logis | 09/02/07 | 200.00 |
| American Express | 10/02/07 | -605.80 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

Confidential



# HOTEL IMPERIAL
*Wien*

Dr.
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 10/02/07 |
| Anreise | : 08/02/07 |
| Abreise | : 10/02/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 517 | Debitor Nr | : |
| Rechnungs Nr | : 64531 | Kassier | : 12  / RUDITAB,E |
| RECHNUNG | | Seite | : 2 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| | **Betrag** : | **605.80** |
| | **Bezahlt** : | **605.80** |
| | **Saldo** : | **0.00** |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 40.95 EUR | 409.46 EUR | 450.41 EUR |
| Mw St. 20% | 23.47 EUR | 117.33 EUR | 140.80 EUR |
| Leistungen inkl. Mwst | 64.42 EUR | 526.79 EUR | 591.21 EUR |
| Enthaltene Ortstaxe | 8.60 EUR | Leistungen ohne Mwst | 6.00 EUR |

| | | | |
|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum : | XX/XX |
| Aut. Betrag : | 605.80  EUR | Aut. Code : | 17 |
| Kunden #: | | Transaktion #: | 661508 |

Bezahlter Betrag :        605.80  EUR

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000548

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 28/02/07 |
| Anreise | : 26/02/07 |
| Abreise | : 28/02/07 |

| Zimmer | : 332 |
|---|---|
| Rechnungs Nr | : 65485 |
| RECHNUNG | |

| Debitor Nr | : |
|---|---|
| Kassier | : 6   / CENGTEK,E |
| Seite | : 2 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| | Betrag : | 608.15 |
| | Bezahlt : | 608.15 |
| | Saldo : | 0.00 |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 45.76 EUR | 457.64 EUR | 503.40 EUR |
| Mw St. 20% | 14.69 EUR | 73.46 EUR | 88.15 EUR |
| Leistungen inkl. Mwst | 60.45 EUR | 531.10 EUR | 591.55 EUR |
| Enthaltene Ortstaxe | 8.60 EUR | Leistungen ohne Mwst | 8.00 EUR |

| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum: | XX/XX | | |
|---|---|---|---|---|---|
| Aut. Betrag : | 608.15  EUR | Aut. Code: | 65 | | |
| Kunden #: | | Transaktion #: | 654239 | Bezahlter Betrag : | 608.15  EUR |

T.I.P. _____

Total: _____

Ich autorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

K ä r n t n e r   R i n g   1 6 ,   A - 1 0 1 5   W i e n ,   T e l .   + 4 3   ( 1 )   5 0 1   1 0 - 0 ,   Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

Confidential

# HOTEL IMPERIAL

*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 28/02/07 |
| Anreise | : 26/02/07 |
| Abreise | : 28/02/07 |

| | |
|---|---|
| Zimmer | : 332 |
| Rechnungs Nr | : 65485 |
| RECHNUNG | |

|  |  |
|---|---|
| Debitor Nr | : |
| Kassier | : 6    / CENGTEK,E |
| Seite | : 1 of 2 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Waesche | 26/02/07 | 23.00 |
| Logis | 26/02/07 | 200.00 |
| Donation UNICEF Charity 0% | 26/02/07 | 1.00 |
| Cafe Imperial Breakfast 20% | 27/02/07 | 24.50 |
| #332 : CHECK #1147 | | |
| Cafe Imperial Fruehstueck | 27/02/07 | 14.60 |
| #332 : CHECK #1147 | | |
| Waesche | 27/02/07 | 15.00 |
| Telefon Interface | 27/02/07 | 1.05 |
| 18:56 #332 : 5267777 [00:00:48] | | |
| Zimmer Service Abendessen | 27/02/07 | 43.00 |
| #332 : CHECK #1563 | | |
| Zimmer Service Abendessen | 27/02/07 | 10.00 |
| #332 : CHECK #1563 | | |
| Trinkgeld Zimmer Service | 27/02/07 | 7.00 |
| #332 : CHECK #1564 | | |
| Logis | 27/02/07 | 200.00 |
| Zimmer Service Fruehstueck | 28/02/07 | 69.00 |
| #103 : CHECK #1579  Marsoner Thomas #103=>Marsoner Thomas #332 | | |
| American Express | 28/02/07 | -608.15 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000550

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

|  |  |
|---|---|
| Datum | : 30/03/07 |
| Anreise | : 28/03/07 |
| Abreise | : 30/03/07 |

| | |
|---|---|
| Zimmer | : 117 |
| Rechnungs Nr | : 67019 |
| RECHNUNG | |

| | |
|---|---|
| Debitor Nr | : |
| Kassier | : 5    / BETTENG,E |
| Seite | : 1 of 3 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Waesche | 28/03/07 | 24.00 |
| Waesche | 28/03/07 | 11.00 |
| Donation UNICEF Charity 0% | 28/03/07 | 1.00 |
| Logis | 28/03/07 | 200.01 |
| 300.00 Split into 200.01 (33.33%)99.99 | | |
| Cafe Imperial Breakfast 20% | 29/03/07 | 14.00 |
| #117 : CHECK #1683 | | |
| Café Imperial Fruehstueck | 29/03/07 | 44.50 |
| #117 : CHECK #1683 | | |
| High Speed Internet Room | 29/03/07 | 36.00 |
| 09:29 #117 : [00:01:00] | | |
| Minibar | 29/03/07 | 13.00 |
| Waesche | 29/03/07 | 15.00 |
| Logis | 29/03/07 | 200.01 |
| 300.00 Split into 200.01 (33.33%)99.99 | | |
| Café Imperial Fruehstueck | 30/03/07 | 37.00 |
| American Express | 30/03/07 | -795.50 |
| American Express | 30/03/07 | 199.98 |

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

LEH_0000551

# HOTEL IMPERIAL
*Wien*

**Dr.**
**Thomas Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 30/03/07 |
| Anreise | : 28/03/07 |
| Abreise | : 30/03/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 117 | Debitor Nr | : |
| Rechnungs Nr | : 67019 | Kassier : 5 | / BETTENG,E |
| RECHNUNG | | Seite | : 2 of 3 |

| Text | | Datum | Betrag EUR |
|---|---|---|---|
| | | Betrag : | 595.52 |
| | | Bezahlt : | 595.52 |
| | | Saldo : | 0.00 |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 43.00 EUR | 429.91 EUR | 472.91 EUR |
| Mw St. 20% | 18.83 EUR | 94.17 EUR | 113.00 EUR |
| Leistungen inkl. Mwst | 61.83 EUR | 524.08 EUR | 585.91 EUR |
| Enthaltene Ortstaxe | 8.61 EUR | Leistungen ohne Mwst | 1.00 EUR |

| | | | | |
|---|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum: | XX/XX | |
| Aut. Betrag : | 795.50  EUR | Aut. Code: | 17 | |
| Kunden #: | | Transaktion #: | 700049 | Bezahlter Betrag : 795.50 EUR |

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 16, A-1015 Wien, Tel. +43 (1) 501 10-0, Telefax +43 (1) 501 10-410
e-mail: Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

# HOTEL IMPERIAL
*Wien*

**Dr.
Thomas Marsoner
20 Earls Terrace
W8 6LP London
Great Britain**

| | |
|---|---|
| Datum | : 30/03/07 |
| Anreise | : 28/03/07 |
| Abreise | : 30/03/07 |
| Debitor Nr | : |

| | | | | |
|---|---|---|---|---|
| Zimmer | : 117 | | Kassier | : 5   / BETTENG,E |
| Rechnungs Nr | : 67019 | | Seite | : 3 of 3 |
| RECHNUNG | | | | |

| **Text** | | | **Datum** | **Betrag  EUR** |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXXX2006 | Ablauf Datum : | XX/XX | | |
| Aut. Betrag : | -199.98   EUR | Aut. Code: | | | |
| Kunden #: | | Transaktion #: | 700049 | Bezahlter Betrag : | -199.98  EUR |

TIP: _____

Total: _____

Ich authorisiere das Hotel Imperial den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

K ä r n t n e r   R i n g   1 6 ,   A - 1 0 1 5   W i e n ,   T e l .   + 4 3   ( 1 )   5 0 1   1 0 - 0 ,   T e l e f a x   + 4 3   ( 1 )   5 0 1   1 0 - 4 1 0
e - m a i l :  Hotel.Imperial@luxurycollection.com · www.luxurycollection.com/imperial · ATU15671306
B a n k v e r b i n d u n g: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/02, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

Confidential

LEH_0000553

# HOTEL BRISTOL

*Wien*

**Dr.**
**Thomas  Marsoner**
**20 Earls Terrace**
**W8 6LP London**
**Great Britain**

| | |
|---|---|
| Datum | : 12/04/07 |
| Anreise | : 11/04/07 |
| Abreise | : 12/04/07 |

| | | | |
|---|---|---|---|
| Zimmer | : 467 | Debitor Nr | : |
| Rechnungs Nr | : 78621 | Kassier | : 105  / MARTHEIB,E |
| RECHNUNG | | Seite | : 1 of 1 |

| Text | Datum | Betrag EUR |
|---|---|---|
| Waesche | 11/04/07 | 15.00 |
| Logis | 11/04/07 | 171.00 |
| American Express | 12/04/07 | -186.00 |
| **Betrag** | **:** | **186.00** |
| **Bezahlt** | **:** | **186.00** |
| **Saldo** | **:** | **0.00** |

| | Mwst | Netto | Brutto |
|---|---|---|---|
| Mw St. 10% | 15.21 EUR | 152.12 EUR | 167.33 EUR |
| Mw St. 20% | 2.50 EUR | 12.50 EUR | 15.00 EUR |
| Leistungen inkl. Mwst | 17.71 EUR | 164.62 EUR | 182.33 EUR |
| Enthaltene Ortstaxe | 3.67 EUR | Leistungen ohne Mwst | 0.00 EUR |

| | | | | |
|---|---|---|---|---|
| Kreditkarten #: | XXXXXXXXXX2006 | Ablauf Datum : | XX/XX | |
| Aut. Betrag : | 186.00  EUR | Aut. Code: | 36 | |
| Kunden #: | | Transaktion #: | 712042 | Bezahlter Betrag :    186.00  EUR |

T I P: _____

Total: _____

Ich autorisiere das Hotel Bristol den oben angefuehrten Betrag von meiner Kreditkarte abzubuchen.

UNTERSCHRIFT : _____

Bitte den oben genannten Betrag von meiner Kreditkarte abbuchen.

Kärntner Ring 1, A-1015 Wien, Tel. +43 (1) 515 16-0, Telefax +43 (1) 515 16-550
e-mail: hotel.bristol@luxurycollection.com · www.luxurycollection.com/bristol · ATU1567 1306
Bankverbindung: Bank Austria-Creditanstalt, BLZ 12000, Kto.-Nr. 50-14352/01, DVR-Nr. 0421791
Imperial Hotels Austria: Hotel Imperial Wien · Hotel Bristol Wien · Hotel Goldener Hirsch Salzburg · Imperial Torte

| Date (28) | Country where Expense Incurred | Airport Taxis | Other Business Usage | Late/Weekend Work | Car Rental (29) | Total Taxi/Car Rental Cost | | Currency | Exchange Rate (X.XX = £1.00) | Airport-£ value | Oth Bus -£ value | Late/WE Work -£ value | Car Rental -£ value | Total Taxis-£ value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/03/06 | UK | 45.00 | | | | 45.00 | | | 1.00 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 19/10/06 | Austria | | 89.00 | | | 89.00 | | Eur | 1.46 | 0.00 | 60.96 | 0.00 | 0.00 | 60.96 |
| 02/11/06 | Austria | 40.00 | | | | 40.00 | | Eur | 1.46 | 27.40 | 0.00 | 0.00 | 0.00 | 27.40 |
| 06/11/06 | Austria | | 14.50 | | | 14.50 | | Eur | 1.46 | 0.00 | 9.93 | 0.00 | 0.00 | 9.93 |
| 07/11/06 | Austria | | 6.00 | | | 6.00 | | Eur | 1.46 | 0.00 | 4.11 | 0.00 | 0.00 | 4.11 |
| 09/11/06 | Austria | 40.00 | 18.00 | | | 58.00 | | Eur | 1.46 | 27.40 | 12.33 | 0.00 | 0.00 | 39.26 |
| 09/11/06 | UK | | 22.00 | | | 22.00 | | | 1.00 | 0.00 | 22.00 | 0.00 | 0.00 | 22.00 |
| 13/11/06 | Austria | 35.00 | | | | 35.00 | | Eur | 1.46 | 23.97 | 0.00 | 0.00 | 0.00 | 23.97 |
| 13/11/06 | Austria | 50.00 | 5.00 | | | 55.00 | | Eur | 1.46 | 34.25 | 3.42 | 0.00 | 0.00 | 37.67 |
| 19/11/06 | Austria | | 16.00 | | | 16.00 | | Eur | 1.46 | 0.00 | 10.96 | 0.00 | 0.00 | 10.96 |
| 20/11/06 | Austria | | 33.00 | | | 33.00 | | Eur | 1.46 | 0.00 | 22.60 | 0.00 | 0.00 | 22.60 |
| 21/11/06 | Austria | | 15.00 | | | 15.00 | | Eur | 1.46 | 0.00 | 10.27 | 0.00 | 0.00 | 10.27 |
| 05/12/06 | UK | | 32.00 | | | 32.00 | | | 1.00 | 0.00 | 32.00 | 0.00 | 0.00 | 32.00 |
| 06/12/06 | UK | | 24.00 | | | 24.00 | | | 1.00 | 0.00 | 24.00 | 0.00 | 0.00 | 24.00 |
| 12/12/06 | Austria | | 8.00 | | | 8.00 | | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 14/12/06 | Austria | | 18.00 | | | 18.00 | | Eur | 1.46 | 0.00 | 12.33 | 0.00 | 0.00 | 12.33 |
| 15/12/06 | Austria | | 19.50 | | | 19.50 | | Eur | 1.46 | 0.00 | 13.36 | 0.00 | 0.00 | 13.36 |
| 18/12/06 | Austria | | 13.00 | | | 13.00 | | Eur | 1.46 | 0.00 | 8.90 | 0.00 | 0.00 | 8.90 |
| 20/12/06 | Austria | | 7.00 | | | 7.00 | | Eur | 1.46 | 0.00 | 4.79 | 0.00 | 0.00 | 4.79 |
| 22/12/06 | Austria | | 8.00 | | | 8.00 | | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 23/12/06 | UK | | 51.00 | | | 51.00 | | | 1.00 | 0.00 | 51.00 | 0.00 | 0.00 | 51.00 |
| 08/01/07 | New York | | 12.00 | | | 12.00 | | US | 1.99 | 0.00 | 6.03 | 0.00 | 0.00 | 6.03 |
| 09/01/07 | Austria | 35.00 | | | | 35.00 | | Eur | 1.46 | 23.97 | 0.00 | 0.00 | 0.00 | 23.97 |
| 10/01/07 | Austria | 10.00 | | | | 10.00 | | Eur | 1.46 | 6.85 | 0.00 | 0.00 | 0.00 | 6.85 |
| 11/01/07 | Austria | | 18.00 | | | 18.00 | | Eur | 1.46 | 0.00 | 12.33 | 0.00 | 0.00 | 12.33 |
| 12/01/07 | Austria | 45.00 | 23.00 | | | 68.00 | | Eur | 1.46 | 30.82 | 15.75 | 0.00 | 0.00 | 46.58 |
| 15/01/07 | UK | | 9.50 | | | 9.50 | | | 1.00 | 0.00 | 9.50 | 0.00 | 0.00 | 9.50 |
| 19/01/07 | Austria | | 34.30 | | | 34.30 | | Eur | 1.46 | 0.00 | 23.49 | 0.00 | 0.00 | 23.49 |
| 31/01/07 | Austria | | 39.00 | | | 39.00 | | Eur | 1.46 | 0.00 | 26.71 | 0.00 | 0.00 | 26.71 |
| 09/02/07 | Austria | | 37.00 | | | 37.00 | | Eur | 1.46 | 0.00 | 25.34 | 0.00 | 0.00 | 25.34 |
| 12/02/07 | Austria | | 8.00 | | | 8.00 | | Eur | 1.46 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 |
| 14/02/07 | UK | | 46.00 | | | 46.00 | | | 1.00 | 0.00 | 46.00 | 0.00 | 0.00 | 46.00 |
| 15/02/07 | UK | | 31.20 | | | 31.20 | | | 1.00 | 0.00 | 31.20 | 0.00 | 0.00 | 31.20 |
| 16/02/07 | Austria | | 28.00 | | | 28.00 | | Eur | 1.46 | 0.00 | 19.18 | 0.00 | 0.00 | 19.18 |
| 27/02/07 | Austria | | 10.00 | | | 10.00 | | Eur | 1.46 | 0.00 | 6.85 | 0.00 | 0.00 | 6.85 |
| 28/02/07 | UK | | 11.00 | | | 11.00 | | | 1.00 | 0.00 | 11.00 | 0.00 | 0.00 | 11.00 |
| 00/03/07 | UK | 43.00 | 6.00 | | | 49.00 | | | 1.00 | 43.00 | 6.00 | 0.00 | 0.00 | 49.00 |
| 07/03/07 | UK | | 21.00 | | | 21.00 | | | 1.00 | 0.00 | 21.00 | 0.00 | 0.00 | 21.00 |
| 23/03/07 | UK | | 42.00 | | | 42.00 | | | 1.00 | 0.00 | 42.00 | 0.00 | 0.00 | 42.00 |
| 23/03/07 | Austria | 65.70 | | | | 65.70 | | Eur | 1.46 | 45.00 | 0.00 | 0.00 | 0.00 | 45.00 |
| 06/11/06 | Austria (2-27/10/06) | 198.00 | | | | 198.00 | | Eur | 1.46 | 135.62 | 0.00 | 0.00 | 0.00 | 135.62 |
| 22/11/06 | Austria (1-21/11/06) | 814.00 | | | | 814.00 | | Eur | 1.46 | 557.53 | 0.00 | 0.00 | 0.00 | 557.53 |
| 05/12/06 | Austria (23-30/11/06) | 128.00 | | | | 128.00 | | Eur | 1.46 | 89.30 | 0.00 | 0.00 | 0.00 | 88.30 |
| 03/01/07 | Austria (1-22/12/06) | 474.00 | | | | 474.00 | | Eur | 1.46 | 324.66 | 0.00 | 0.00 | 0.00 | 324.66 |
| 07/02/07 | Austria (19-31/1/07) | 168.00 | | | | 168.00 | | Eur | 1.46 | 135.07 | 0.00 | 0.00 | 0.00 | 115.07 |
| 28/01/07 | Austria | 150.00 | | | | 150.00 | | Eur | 1.46 | 102.74 | 0.00 | 0.00 | 0.00 | 102.74 |
| 29/01/07 | Austria | 32.00 | | | | 32.00 | | Eur | 1.46 | 23.92 | 0.00 | 0.00 | 0.00 | 23.92 |
| 30/01/07 | Austria | | 13.00 | | | 13.00 | | Eur | 1.46 | 0.00 | 8.90 | 0.00 | 0.00 | 8.90 |
| 10/02/07 | Austria | 198.00 | 15.00 | | | 210.00 | | Eur | 1.46 | 133.56 | 10.27 | 0.00 | 0.00 | 143.84 |
| 23/03/07 | UK | | 56.00 | | | 56.00 | | | 1.00 | 0.00 | 56.00 | 0.00 | 0.00 | 56.00 |
| 24/03/07 | Austria | | 14.00 | | | 14.00 | | Eur | 1.46 | 0.00 | 9.59 | 0.00 | 0.00 | 9.59 |
| 26/03/07 | Austria | 58.00 | 10.00 | | | 72.00 | | Eur | 1.46 | 48.58 | 6.85 | 0.00 | 0.00 | 52.44 |
| 11/04/07 | Austria | | 7.00 | | | 7.00 | | Eur | 1.46 | 0.00 | 4.79 | 0.00 | 0.00 | 4.79 |
| 14/04/07 | Austria | | 22.00 | | | 22.00 | | Eur | 1.46 | 0.00 | 15.07 | 0.00 | 0.00 | 15.07 |
| 15/04/07 | Austria | | 22.00 | | | 22.00 | | Eur | 1.46 | 0.00 | 15.07 | 0.00 | 0.00 | 15.07 |
| 25/04/07 | Austria | | 13.00 | | | 13.00 | | Eur | 1.46 | 0.00 | 8.90 | 0.00 | 0.00 | 8.90 |
| 27/04/07 | UK | | 11.00 | | | 11.00 | | | 1.00 | 0.00 | 11.00 | 0.00 | 0.00 | 11.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | 0.00 | | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals (6 d | | 1,630.24 | 763.74 | 0.00 | -0.00 | 2,394.00 | | | 1.00 | 3,930.22 | 763.74 | 0.00 | 0.00 | 2,394.00 |
| VAT | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| NET | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |
| | | | | | | | | | | #REF! | #REF! | #REF! | #REF! | |

## TAXIRECHNUNG


**WKO**
WIRTSCHAFTSKAMMER WIEN
Taxi · Mietwagen

Ihr Auftrag

von

nach

| Botenfahrt | außerordentliche Wartezeit in Min.: | Personenfahrt |
|---|---|---|
| | Fahrpreis | € 10 |
| | Zuschlag | / |
| Summe enthält 20% MwSt. | | Summe € 12 enthält 10% MwSt. |

### Vielen Dank für Ihren Auftrag!

Pol. Kennzeichen:
W 581 R

Datum: 19.10.06

**BENDL Michael KEG**
Pyrkergasse 2B/6
1190 Wien

Stampiglie des Unternehmens / Unterschrift des Lenkers


OPEL

---

## Rosenov - Auto
Jan Kruk Ges.m.b.H.

**KFZ-TECHNIK - HAVARIEDIENST**
1160 Wien, Wichtelgasse 41/3
Tel. 01/481 30 50-11    Fax DW 30
www.rosenov.at

# TAXI-Rechnung

| VON | 10 70 | NACH | 11 90 |
|---|---|---|---|

| FAHRPREIS | € 14,00 | Außerordentliche WARTEZEIT in Minuten: |
|---|---|---|
| ZUSCHLAG | € | ☑ PERSONENFAHRT  ☐ BOTENFAHRT |
| | +€ | incl. 10% MwSt.  incl. 20% MwSt. |
| | | (Zutreffendes ankreuzen) |
| ENDBETRAG | € 15,80 | DANGARA Personenbeförderungs Ges.m.b.H. A - 1160 Wien, Wichtelstraße 19/16 |

Unternehmerstampiglie / Lenkerunterschrift

| DATUM | 19.10.06 | W 56 73 TX |
|---|---|---|

Polizeil. Kennzeichen

---

## Rosenov - Taxischule
Jan Kruk Ges.m.b.H.

☎ **481 30 50**
1160 Wien, Wichtelgasse 41/3

**JOB GARANTIE**

### Werden Sie Taxilenker - Rufen Sie an!

Confidential



**TAXI 31300**

## TAXIRECHNUNG
www.taxi31300

von_____ nach_____

**Personenfahrt**   außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ Fahrpreis ► € _____

€ _____ ◄ Zuschlag ► € _____

€ _____ ~20€ Summe laut Taxameter € _____

enthält 10% MwSt.

Stempel und Unterschrift:

Summe ► € _____ Plus 10% ► € _____

enthält 20% MwSt.

TAXIUNTERNEHMEN
ILONA PROVAZNIK
ZIEDLERG.20
1230 -WIEN

Datum: 19-10-0...
Kennz: W 4775 TX

**TAXI-GUTSCHEINE, die nette Geschenkidee zu jeder Gelegenheit.**

Bestellungen unter: 01/476 76 - 15

**Ihre Zielpunkt-Börse**

Datum

☐ Ich suche   ☐ Ich verkaufe

Zielpunkt

€ 45,-   Wien - Schwechat

Tel.:

Name:   Adresse:

---

**TAXI 31300** einfach entspannend ☺

## TAXIRECHNUNG
www.taxi31300.a

von Wien nach Fater

**Personenfahrt**   außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ Fahrpreis ► € _____

€ _____ ◄ Zuschlag ► € _____

€ _____ ◄ Summe laut Taxameter ► € _____

enthält 10% MwSt.

Stempel und Unterschrift:

**Yetvart Arslanyan**
Taxi - u. Mietwagenunternehmen
1180 Wien, Lacknergasse 96/20
Mobil: 0664 / 415 2780

Summe ► € _____ Plus 10% ► € _____

enthält 20% MwSt.

Datum: 2-11-06
Kennz: W 2696K TX

**TAXI-GUTSCHEINE, die nette Geschenkidee zu jeder Gelegenheit.**

Bestellungen unter: 01/476 76 - 15

---

**TAXI 31300** einfach entspannend ☺

## TAXIRECHNUNG
www.taxi31300.at

von_____ nach_____

**Personenfahrt**   außerord. Wartezeit in min:   **Botenfahrt**

€ _____ ◄ Fahrpreis ► € _____

€ _____ ◄ Zuschlag ► € _____

€ _____ ◄ Summe laut Taxameter ► € _____

enthält 10% MwSt.

Stempel und Unterschrift:

Summe ► € 7,5 Plus 10% ► € _____

enthält 20% MwSt.

6/11/06 Datum:
Kennz: W . . . . . . . . . . TX

**TAXI-GUTSCHEINE, die nette Geschenkidee zu jeder Gelegenheit.**

Bestellungen unter: 01/476 76 - 15

Confidential

# Das TAXI 40100

**Das TAXI mit dem guten Ruf.    www.taxi40100.at**

## ≡ TAXI-RECHNUNG ≡

VON                    NACH

FAHRPREIS    €

AUSSERORDENTL. WARTEZEIT in Minuten:

ZUSCHLAG    €

+€

ENDBETRAG    €

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)

*Gabriela Krammer KEG*
*Taxi & Mietwagen*
*A-1170 Wien, Zeillerg. 7-11 /12/8*
*Tel.: +4330/650/981 24 70*

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 6.11.06    W 2807 TX    Polizeil. Kennzeichen

---

**www.taxischule.at**
**RAPID**
**Info+Anmeldung unter**
**01/614 55 614**
**TAXISCHULE**

---

# Das TAXI 40100

**Das TAXI mit dem guten Ruf.    www.taxi40100.**

## ≡ TAXI-RECHNUNG ≡

VON                    NACH

FAHRPREIS    €

AUSSERORDENTL. WARTEZEIT in Minuten:

ZUSCHLAG    €

+€

ENDBETRAG    €

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)

TAXIUNTERNEHMEN
WERNER ROSENOV
1120 WIEN, RUCKERG. 59/5

Unternehmer Stampiglie / Unterschrift Lenker

DATUM    W . . . . TX    Polizeil. Kennzeichen

---

**www.taxischule.at**
**RAPID**
**Info+Anmeldung unter**
**01/614 55 614**
**TAXISCHULE**

---

## TAXIRECHNUNG

60160 TAXI    www.taxi60160.at

Taxiunternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664/ 301 68 75

Firma

Ihr Auftrag:

Pol. Kennzeichen

Datum

Summe: €
In diesem Preis sind
Mehrwertsteuer enthalten ☐ 10%  ☐ 20%

Zuschlag: €

Fahrpreis: €

---

## TAXIRECHNUNG

60160 TAXI    www.taxi60160.at

Taxiunternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664/ 301 68 75

Firma

Ihr Auftrag:

Pol. Kennzeichen

Datum 09.11.06

Summe: €
In diesem Preis sind
Mehrwertsteuer enthalten ☐ 10%  ☐ 20%

Zuschlag: €

Fahrpreis: €

LEH_0000558



# TAXI 40 100
## ... der feine Unterschied

## ▤ TAXI-RECHNUNG ▤

VON _____ NACH _____

FAHRPREIS    € _____    Außerordentl. WARTEZEIT in Minuten: ___

ZUSCHLAG    € _____

+€ _____

ENDBETRAG    € __50-__

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.    Incl. 20% MwSt.
(Zutreffendes ankreuzen)

Taxiunternehmen
F. Hütter
1100 Wien, Gölsdorfg 3
Tel: 0676/922 03 43 Fax: 206 7
Unternehmer Stampiglie / Unterschrift Lenker

DATUM    _18.11.06_    W _1686_ TX    Polizzl. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614



# TAXI 40 100
## ... der feine Unterschied

## ▤ TAXI-RECHNUNG ▤

VON _____ NACH _____

FAHRPREIS    € _____    Außerordentl. WARTEZEIT in Minuten: ___

ZUSCHLAG    € _____

+€ _____

ENDBETRAG    € __16-__

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.    Incl. 20% MwSt.
(Zutreffendes ankreuzen)

BRÜCKENTIGER-GARAGE
Taxiunternehmen
SHELL TANKSTELLE
1100 Scheidg 4 und
Patrubangasse 6
Tel. 01 / 664 27 07
Unternehmer Stampiglie / Unterschrift Lenker

DATUM    _17.11.06_    W _2136_ TX    Polizzl. Kennzeichen

# www.taxischule.at
## Info+Anmeldung
## unter
# 01/614 55 614

---

# TAXIRECHNUNG
Ihr Auftrag
von

Taxi–Mietwagen–Fiaker
WIRTSCHAFTSKAMMER WIEN

nach _____

Botenfahrt    außerord. Wartezeit in Min:    Personenfahrt    €5-

Fahrpreis

Zuschlag

Summe lt. Taxameter    €5-

Bei Botenfahrt PLUS 10% von der Summe lt. Taxameter    Summe enthält 10% MwSt.

Summe enthält 20% MwSt.

pol. Kennzeichen:    HMED MAHMOD
TAXI-UNTERNEHMER
W _574 Tx_    1020 WIEN, Fuggegchg 21
TEL21 40444/0664 3004818

Datum: _19.11_    STAMPIGLIE des Unternehmens/Unterschrift des Lenkers



ARAL wünscht gute Fahrt.

TAXI 31300    einfach entspannend ☺    www.taxi31300.at

# TAXIRECHNUNG

von _____    nach _____

Personenfahrt    außerord. Wartezeit in min:    Botenfahrt

€ _30,00_    ◄ Fahrpreis ►    €

€ _____    ◄ Zuschlag ►    €

€ _30,00_    ◄ Summe ►    €
enthält 10% MwSt.    laut Taxameter

Stempel und Unterschrift:    Plus 10% ►    €

Taxi Unternehmer
SABERIEL NABIL    Summe ►    €
1170, Ottakringer 9/9    enthält 20% MwSt.
Tel. 0650/821 34 83
Datum: _20.11.06_

Kennz: W _1550_ TX

**TAXI-GUTSCHEINE**, die nette Geschenkidee
zu jeder Gelegenheit.

Bestellungen unter: 01/476 76 - 15

# LICENSED LONDON TAXI
## RECEIPT

Transport for London

911106

AMOUNT £ 11-00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

**LICENSED TAXI RECEIPT**

9 11 06

**DATE**                    **£**

# TAXIRECHNUNG 6060 TAXI
www.taxi60160.at

Fahrpreis: _____    Ihr Auftrag: _____

Zuschlag: _____    _____

Summe: 35,—    

In diesem Preis sind  ☐ 10%  ☐ 20%    SWOBODA U. NAGLER GesmbH
Mehrwertsteuer enthalten.    Favoritenstraße 145/3/B1
    A - 1100 Wien
    Tel. + Fax 01 /966 17 31
13 · 11 —06    NUR FÜR TAXIRECHNUNG
Datum    Pol. Kennzeichen    Firma

LEH_0000560



**TAXI-RECHNUNG**

VON                                NACH

FAHRPREIS    €

ZUSCHLAG     €                     Außerordentliche WARTEZEIT in
                                   Minuten ....................

              +€

ENDBETRAG    €

☐ PERSONENFAHRT         ☐ BOTENFAHRT
  inkl. 10% MwSt.          inkl. 20% MwSt.
  (Zutreffendes ankreuzen)         Stempel / Unterschrift des Lenkers

DATUM 21. 11. 06        W.O.T. TX
                        Polizeiliches Kennzeichen

**SICHER mit dem TAXI**

To advertise please call RSVP Media Store. Tel. 0600 328 3027 · www.rsvpmedia.co.uk

TAXI RECEIPT   6/12/06

Date _____ Driver No: _____

Journey _____£_____ Tel _____

Received  £13-00

Signed _____ With Th___

**'LET US QUOTE YOU HAPP**

LICENSED TAXI
- *Receipt* -

Journey: 5/17/07

Date:
Signature:        £ 15·00

LICENSED LONDON
TAXI **RECEIPT**©
BE SURE  BE SAFE
                 5/12/06.
AMOUNT  £ 17 —

                 Thank You
                 for your custom

ALWAYS USE A *licensed* TAXI-CAB

Licensed Taxi Receipt

Date 6.12.6

£ 11.00

Signed _____

To reduce the fare, PTO



# TAXI 40100

...der feine Unterschied

# TAXI 40100

...der feine Unterschied

## TAXI-RECHNUNG

VON _____  NACH _____

FAHRPREIS € 8 —    Außerordentl. WARTEZEIT in Minuten: _____

ZUSCHLAG € _____

+€ _____

ENDBETRAG € 8 —

☐ PERSONENFAHRT    ☐ BOTENFAHRT
  Inkl. 10% MwSt.      Inkl. 20% MwSt.
  (Zutreffendes ankreuzen)

AK-Taxibetriebs GmbH
Hartlgasse 83/5, 1200 Wien
Tel.: 0699/1100 661
UID-ATU56814801
Unternehmer Stampiglie / Unterschrift Lenker

DATUM 12.12.06    W 8466 TX    Polizeil. Kennzeichen

### www.taxischule.at
Info+Anmeldung
unter
01/614 55 614

## TAXI-RECHNUNG

VON _____  NACH _____

FAHRPREIS € 10 —    Außerordentl. WARTEZEIT in Minuten: _____

ZUSCHLAG € _____

+€ _____

ENDBETRAG € _____

☐ PERSONENFAHRT    ☐ BOTENFAHRT
  Inkl. 10% MwSt.      Inkl. 20% MwSt.
  (Zutreffendes ankreuzen)

MARIA CHVATAL
TAXIUNTERNEHMEN
1100 Wien, Moselgasse 27A
Unternehmer Stampiglie / Unterschrift Lenker

DATUM 12.12.    W .... TX    Polizeil. Kennzeichen

### www.taxischule.at
Info+Anmeldung
unter
01/614 55 614

# Das TAXI 40100

...immer eine gute Wahl!    www.taxi40100.at

## TAXI-RECHNUNG

VON _____  NACH _____

FAHRPREIS € 8.00    Außerordentl. WARTEZEIT in Minuten: _____

ZUSCHLAG € _____

+€ _____

ENDBETRAG € 8.00

☐ PERSONENFAHRT    ☐ BOTENFAHRT
  inkl. 10% MwSt.      inkl. 20% MwSt.
  (Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 14.12.06    W .... TX    Polizeil. Kennzeichen



## RAPID
TAXISCHULE

### www.taxischule.at
Info+Anmeldung
unter
01/614 55 614



VEREIN DER KRAFTFAHRZEUGHALTER - SELBSTHILFE

1020 WIEN, NORDBAHNSTRASSE 26
TEL: 01-218 20 70,    FAX 01-219 78 03
Bürozeiten: Montag bis Freitag 8 - 12 Uhr

FÜR DAS KÖNNEN GIBT ES NUR EINEN BEWEIS - DAS TUN

### TAXI - RECHNUNG

VON _____  NACH _____

Fahrpreis € ...................    außerordentl. WARTEZEIT
                                    in Minuten: _____

Zuschlag € ...................

+ € ...................

Endbetrag € 7.50

☐ Personenfahrt
  inkl. 10% MwSt.
                    (zutreffendes ankreuzen)
☐ Botenfahrt
  inkl. 20% MwSt.

Mag. B. Mahoodie
Handels und Taxiunternehmer
Volksgasse 77 16, A 30 Wien
Unternehmer 0664 210 32 57 Lenker

Datum: 15-02.06    W 2425 TX

VIELEN DANK FÜR IHREN AUFTRAG!

Confidential

**TAXI 40 100**

...der feine Unterschied

## ▤ TAXI-RECHNUNG ▤

VON ................. NACH .................

FAHRPREIS € 12,00  Außerordentl. WARTEZEIT in Minuten: ....

ZUSCHLAG .......

+€ .......

ENDBETRAG € .......

☐ PERSONENFAHRT incl. 10% MwSt.   ☐ BOTENFAHRT incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM 15/12    W . . . . TX    Polizzi. Kennzeichen

Unternehmer Stampiglie / Unterschrift Lenker

*Pedovic Lugoj Werko*
*Rueppgasse 7/2/7*
*1020 WIEN*
*Tel/Fax 01/26 43 557*
*Mobil: 0699 12588883*

## www.taxischule.at

Info+Anmeldung
unter
01/614 55 614

---

🚕 **taxi-cooperative**

## TAXI-RECHNUNG

Wien, am 20.12.06

von ................................

nach ................................

Fahrpreis lt. Taxameter € 7,—
zzgl. Zuschlag Wartezeit € .......
zzgl. ...................... € .......
Nettobetrag € .......
zzgl. 10% / 20% MWst € .......

Endbetrag € 7,—

Kennzeichen: W- 3163 .............TX

*taxi-cooperative*
*Cosara Nerad GesmbH*
*Puchsbaumgasse 29/4*
*1100 Wien*

Wir drucken nicht
nur Taxirechnungen!
Wir drucken alles!
Auch für Sie!

**MARTINI**
DRUCK- UND VERLAGSGMBH
WWW.MARTINI-DRUCK.COM

---

**TAXIRECHNUNG**

Datum 22-12-06

Summe: €

Zuschlag: €

Fahrpreis: €

In diesem Preis sind
Mehrwertsteuer enthalten.
☐ 10%   ☐ 20%

Ihr Auftrag:

Pol. Kennzeichen

Sodaghi Jalal
Taxiunternehmen
19, Grinzinger Allee 54/9/11
0676/302 81 25
Firma



**60160 TAXI**
www.taxi60160.at

---

## LICENSED LONDON TAXI

Transport for London

## RECEIPT®

19/12/2006

AMOUNT £ 13

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

**LTDA**
LICENSED
TAXI DRIVERS
ASSOCIATION

## TAXI RECEIPT

ALWAYS USE A LICENSED TAXI CAB

DATE 28/12

AMOUNT £ 45.00

Signature

THE LICENSED TAXI DRIVERS ASSOCIATION
Taxi House Woodfield Road London W9 2BA
Tel: 020 7286 1046

Confidential



LICENSED LONDON
TAXI **RECEIPT**

23/12

BE SURE BE SAFE

AMOUNT £    6·00

**Thank you**
for your custom
ALWAYS USE A *Licensed* TAXI CAB

**JVB**right
TAXI PARTS

IHR TAXI IST EIN MITGLIED DER

*We make You feel fine.*

**ats**
AIRPORT
TRANSFER
SERVICE

authorized by
**vie** Vienna International Airport

Tel.: +43/1/7007-359 10    Fax: +43/1/7007-359 20
office@ats-vie.com    www.ats-vie.com

## Rechnung / Invoice

Taxi Nr.
**140**

+43 699 16415000

Fahrt von .................. AP

nach .................. wien 1

Datum 29.01.0+ Fahrpreis € ........ 35.—
inkl. 10% Ust.

Abdul

Stempel und Unterschrift

Johann Teschima
TAXI
2320 Schwechat, Bräuhausstr. 65
Telefon 707 81 88

**mgp**
OFFICE SOLUTIONS

BÜROS AB 10m² PROMPT VERFÜGBAR

**BUSINESSCENTER**
Tel: +43 (1) 315 27 37 97 | Email: info@mgp.ag | Web: www.mgp.ag

---

I ♡ NEW YORK
MED #        3T62
DATE: 01/08/2007
START TIME 15:58
END TIME    16:07
TRIP #        1010
RATE No.      1 1
MILES        1.21
FARE $        6.90

Contact TLC Dial
3-1-1

---

I ♡ NEW YORK
MED #        3T62
DATE: 01/08/2007
START TIME 16:16
END TIME    16:20
TRIP #        1011
RATE No.        1
MILES        0.45
FARE $        4.10
EXTRAS $      1.00
TOTAL $      5.10

Contact TLC Dial
3-1-1

Confidential

# TAXIRECHNUNG



www.taxi60160.at

Fahrpreis: € _____     Ihr Auftrag: _____

Zuschlag: €     *10 €*

**Summe: €** _____

In diesem Preis sind ☐ 10%   ☐ 20%
Mehrwertsteuer enthalten

*10 - 01. 07*

Datum                 Pol. Kennzeichen              Firma

---

## TAXI 31300 — einfach entspannend ☺

### TAXIRECHNUNG                    www.taxi31300.at

von _____   nach _____

**Personenfahrt**   außerord. Wartezeit   **Botenfahrt**
in min:

€ _____   ◄ Fahrpreis ►   € _____

€ _____   ◄ Zuschlag ►   € _____

€ _____   Summe   ► € _____
                 laut Taxameter

enthält 10% MwSt.

Plus 10% ► _____

Stempel und Unterschrift:



BANWAIT Gurmakh
Taxiunternehmen
Friedrich Kaiserg. 28/7
A-1160 Wien

Summe ► € _____

enthält 20% MwSt.

Datum: _____

Kennz: W .4.128. . TX

www.christas-club.com

---



e-mail: autoreinigung@aon.at
Internet: www.autoreinigung.at

# FAHRPREISQUITTUNG

von .......................................................

nach .......................................................

Fahrpreis  € *10,-*         Monika Rosenthal
                            GmbH
Zuschlag   € .............   Altmansdorfestr. 164/12/20
                            1232 Wien
Endbetrag  € *10,-*
incl. 10% MwSt  ☐
incl. 20% MwSt  ☐          Unterschrift _____
(Zutreffendes ankreuzen)

Datum *11.7.07*           W- *1132 TT*
                            Kennzeichen

## KFZ – FACHBETRIEB
## SIMON THOMAS JR.

Davidgasse 46-48
1100 Wien                  **Direktverrechnung mit**
Tel.: 01 604 17 86         **allen Versicherungen**
Fax: 01 603 29 99

Confidential

LEH_0000565



# Das TAXI 40100

**Das TAXI mit dem guten Ruf.**    www.taxi40100.at

## TAXI-RECHNUNG

VON _____    NACH _____

FAHRPREIS    € ........................    Außerordentliche WARTEZEIT in

ZUSCHLAG    € ........................    Minuten ........................

    +€ ........................

**ENDBETRAG**    € .....5.....

☐ PERSONENFAHRT    ☐ BOTENFAHRT
inkl. 10% MwSt.    inkl. 20% MwSt.
(Zutreffendes ankreuzen)

Stempel / Unterschrift des Lenkers

DATUM: _12-01 2007_

W . . . . TX
Polizeiliches Kennzeichen

# SICHER mit dem TAXI

## TAXI-RECHNUNG

VON _____    NACH _____

FAHRPREIS    € _____    Außerordentl. WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

    +€ 

ENDBETRAG    € _____

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM    _14/1/07_        W ... TX    Polizeil. Kennzeichen

Unternehmer Stampiglie / Unterschrift Lenker

# RAPID TAXISCHULE

www.taxischule.at
**Info + Anmeldung
unter
01/614 55 614**

# TAXIRECHNUNG


www.taxi60160.at

Fahrpreis: € _____    Ihr Auftrag: _____

Zuschlag: € _____    _____

**Summe:** € _____    _____

In diesem Preis sind    ☐ 10%    ☐ 20%
Mehrwertsteuer enthalten.

_120107_    W _____ TX

Datum    Pol. Kennzeichen    Firma

. . . . . . R E N M Ü
. . . . . . . . . . gesellschaft m. b. H.
. . . . . . . . . . KFZ Reparaturen
. . . . . . er Straße 142/1/II
1100 Wien,
FN 81404 w    ATU 15425608

Confidential

# TAXIRECHNUNG



www.taxi60160.at

Fahrpreis: € _____

Ihr Auftrag: _____

_____

Zuschlag: € _____

**Summe:** € _~~25~~_

In diesem Preis sind ☑10%  ☐20%
Mehrwertsteuer enthalten.

12/1/07

1329 5

Kurt Mayer
Taxiunternehmen
A-1150 Kriebsengasse 3
Tel. 01/9148971

_Datum_        _Pol. Kennzeichen_        _Firma_

LICENCED TAXI
Customer Receipt

Date: 18/01/2007

Time: 12:20

Fare:         9.80
Extras:       0.00
Sub Total:    9.80

Tips . . . . . . .

Total . . . . . .

Thank you for your custom

---

# TAXI  RECHNUNG  TAXI

Start: _____    Fahrpreis    € _____

Ziel: _____    Zuschlag    € _____

☑  Personenfahrt inkl. 10% Mwst.    Summe    € _12,—_

☐  Botenfahrt inkl. 20% Mwst.

Datum: _19. 1. 07_

W _2527 TX_

Taxi - Büro
CONTI Handelsges.m.b.H.
Heiligenstädterstrasse 141
1190 Wien

UID Nr. ATU15424707

Confidential

LEH_0000567

*taxi-cooperative*

# TAXI-RECHNUNG

Wien, am .....19.1.07.....

von .......................................................

nach ......................................................

| | | |
|---|---|---|
| Fahrpreis lt. Taxameter | € | ............. |
| zzgl. Zuschlag Wartezeit | € | ............. |
| zzgl. .............. | € | ............. |
| Nettobetrag | € | ............. |
| zzgl. 10% / 20% MWst | € | ............. |
| | | |
| Endbetrag | € | .7.— |

Kennzeichen: W- 3780 ...............TX

**taxi-cooperative**
**Michael Maresch GesmbH**
**Triesterstraße 277**
**1230 Wien**

*Wir drucken nicht*
*nur Taxirechnungen!*
*Wir drucken alles!*
*Auch für Sie!*

**MARTINI**
DRUCK- UND VERLAGSGMBH
WWW.MARTINI-DRUCK.COM



Das **TAXI 40100**

...immer eine gute Wahl!    www.taxi40100.at

## TAXI-RECHNUNG

VON ....................    NACH ....................

| | | |
|---|---|---|
| FAHRPREIS | € | Außerordentl. WARTEZEIT in Minuten: .... |
| ZUSCHLAG | € | |
| | +€ | |
| ENDBETRAG | € | |

Franz Fischbacher
Wolkdingasse 33/3/4
A-1230 Wien
Tel. 271 32 60

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.      incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 19.1.07   W..... TX   Polizeil. Kennzeichen

*RAPID* TAXISCHULE

www.taxischule.at
**Info+Anmeldung**
unter
**01/614 55 614**

# TAXIRECHNUNG



www.taxi60160.at

Fahrpreis: € 9      Ihr Auftrag: _____

Zuschlag: € _____

**Summe:** € 9

In diesem Preis sind ☐ 10% ☐ 20%
Mehrwertsteuer enthalten.

*Agop Arslanyan*
Taxiunternehmen
1230 Wien, Anton Baumgartnerstr. 44/C1/9/1
Tel.: 0 664 / 301 68 75

19.01.07      3370 TX      _____
Datum         Pol. Kennzeichen      Firma

**Das**
# TAXI 40100

**TAXI 31300**

*einfach entspannend*

...immer eine gute Wahl!    www.taxi40100.at

## TAXI-RECHNUNG

VON _____    NACH _____

FAHRPREIS    € _____    Außerord. WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

+€ _____

ENDBETRAG    *10 Herr ögn. & Autom.*
*Management Ges.m.b.H.*
*Wien, Siveringerst. 115*

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)    Unternehmer Stampiglie / Unterschrift Lenker

DATUM    *31.01.07*    **W . . . . TX**    Polizeil. Kennzeiche

# RAPID

## TAXISCHULE

www.taxischule.at
Info+Anmeldung
unter
**01/614 55 614**

---

## TAXIRECHNUNG

www.taxi31300.at

von _____    nach _____

**Personenfahrt**    außerord. Wartezeit in min:    **Botenfahrt**

€ _____    ◄ **Fahrpreis** ►    € _____

€ _____    ◄ **Zuschlag** ►    € _____

€ _____    ◄ **Summe** ►    € _____
enthält 10% MwSt.    laut Taxameter

**Plus 10%** ►    € _____

**Summe** ►    € _____
enthält 20% MwSt.

Stempel und Unterschrift:

*Rainer Buder - Taxi*
*1140 WIEN, H. Collin-Str. 3/1/10*
*Tel.: 0664/482 22 20*

Datum: _____

Kennz: W *8831* TX

*31/11 08*

**www.christas-club.com**

---

## TAXIRECHNUNG

www.taxi31300.at

**TAXI 31300**    *einfach entspannend*

von _____    nach _____

**Personenfahrt**    außerord. Wartezeit in min:    **Botenfahrt**

€ _____    ◄ **Fahrpreis** ►    € _____

€ _____    ◄ **Zuschlag** ►    € _____

€ _____    ◄ **Summe** ►    € _____
enthält 10% MwSt.    laut Taxameter

**Plus 10%** ►    € _____

**Summe** ►    € _____
enthält 20% MwSt.

Stempel und Unterschrift:

**MELCHERT Ges.m.b.H.**
TAXIUNTERNEHMEN
1100 WIEN, BERNHARDTSTALG. 21

Datum: *3/11/08*

Kennz: W . . . . . . . . TX

**TAXI-GUTSCHEINE**, die nette Geschenkidee
zu jeder Gelegenheit.
Bestellungen unter: 01/476 76 - 15

---

# Rosenov - Auto

Jan Kruk Ges.m.b.H.

**KFZ-TECHNIK - HAVARIEDIENST**
1160 Wien, Wichtelgasse 41/3
Tel. 01/481 30 50-11    Fax DW 30
www.rosenov.at

# TAXI-Rechnung

VON _____    NACH _____

FAHRPREIS    € _____    Außerordentliche
WARTEZEIT in Minuten: _____

ZUSCHLAG    € _____

+€ _____    ☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.    incl. 20% MwSt.
(Zutreffendes ankreuzen)

ENDBETRAG    *Alina Kuta GmbH*
*Herbststraße 19/16*
*1160 Wien*
Unternehmerstampiglie / Lenkerunterschrift

DATUM    *0/2*    **W . . . . . TX**    Polizeil. Kennzeichen

# Rosenov - Taxischule

Jan Kruk Ges.m.b.H.    **JOB GARANTIE**

☎ **481 30 50**
1160 Wien, Wichtelgasse 41/3
**Werden Sie Taxilenker - Rufen Sie an!**



**TAXI 40100**

... der feine Unterschied



**TAXI 40100**

... der feine Unterschied

## TAXI-RECHNUNG

VON 3. Kleists     NACH 1. Petersg

FAHRPREIS    €
ZUSCHLAG     €
             +€
ENDBETRAG    € 151-

☑ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.       Incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM 9.2.07    W 2337 TX    Polizeil. Kennzeich.

Salim Kehonjic
Taxiunternehmen
Am Schöpfwerk 29/14/36
1120 Wien

Unternehmer Stampiglie / Unterschrift Lenker

www.taxischule.at
Info+Anmeldung
unter

## TAXI-RECHNUNG

VON     NACH

FAHRPREIS    €                     Außerordentl. WARTEZEIT in Minuten:
ZUSCHLAG     €
             +€
ENDBETRAG    € 100

☐ PERSONENFAHRT    ☐ BOTENFAHRT
Incl. 10% MwSt.       Incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM  2.07    W 1362 TX    Polizeil. Kennzeichen

MARTINA AUER
TAXIUNTERNEHMEN
1140 Wien, Felbigerg. 32
Tel. 914 62 83 od. 9676 / 49 77 303
UID: ATU 13737606

Unternehmer Stampiglie / Unterschrift Lenker

www.taxischule.at
Info+Anmeldung
unter
**01/614 55 614**



**TAXI LANDAUER**
**Tel. 0664 - 1007070**

**Fahrpreisbestätigung**

von     _____

nach    _____

Stadtfahrt Innsbruck

Fahrpreis €.-    8,0

In diesem Betrag sind 10% Mehrwertsteuer enthalten

Wagennummer  I – 493 TX    Datum 12.2.07

Stempel

Ing. Wolfgang Landauer

**TAXI - LANDAUER**
Ing. Wolfgang Landauer
6080 Vill / Lilly-von-Sauter-Weg 2
Tel. 0664-1007070  Fax. 0512-370037

**SPITFIRE**
TECHNOLOGY GROUP

Date .........

Amount ... 11.00

www.spitfireUK.net

0800 33-34-35

Confidential

LEH_0000570

# LICENSED LONDON TAXI

## RECEIPT®

Transport for London

14/2/07

12

AMOUNT £

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

Licensed taxi receipt

To: ................................    From: ................................

Fare: £10—00    Date: 14-2-07

Signature: ................................

**ALWAYS USE A LICENSED TAXI**

---

To
From
Date  14|2|07
Amount  13 — 00
Signature

Taxi receipt.

0800 072 1107
cityindex.co.uk

Capital
gains
taxi.

See over for details.

CITY INDEX
THE NEXT WAY TO TRADE

---

# LICENSED LONDON TAXI

## RECEIPT®

Transport for London

15/2/7

11.20

AMOUNT £

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

# LICENSED LONDON TAXI

## RECEIPT®

Transport for London

15/2/07

AMOUNT £  20 =00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

TAXI

Fahrpreisbestätigung

von.........................................

bis..........................................

Fahrpreis  € .12.

Zuschlag  € ........

Summe  € .12.

ATU39532305    incl.10%MWSt.

Datum. 16.2.07

Wagennummer.........

Tirler Wilhelm
A-6450 Tirler Eben 15
Tel. 05238/67936
0664/3030052

LEH_0000571



**5311**
TAXI
IN INNSBRUCK    ...KOMMT SOFORT!

**FAHRPREISQUITTUNG**

Sie fuhren mit: ......................

von ...................... nach *Stroolf*

Fahrpreis €

Zuschlag €

Summe €    € 14,-

INKL. 10% Mwst.

Datum:

16.02.07

**www.taxi-innsbruck.com**

**60160** TAXI
www.taxi60160.at

**TAXIRECHNUNG**

Ihr Auftrag:

Fahrpreis: €

Zuschlag: €

**Summe: €**    10

☐ 10%   ☐ 20%

In diesem Preis sind
Mehrwertsteuer enthalten.

27-2-2007

Datum

Pol. Kennzeichen

*Dobrivoj Krejakovic*
Taxiunternehmen
1100 Wien, Leibnitzg. 55-57/13

Firma



**Radio Taxis**    **Taxi Receipt**

The world's first
CarbonNeutral® taxi company

Date    28/2

Amount £    11-00

Signature

To book a taxi call 020 7272 0272
All major credit cards accepted

Radio Taxis has no responsibility for journeys that are not booked through the company

Licensed London Taxi Receipt  6\2
Amount £  43-00

WWW.PAIR OF FLIGHTS FROM
LONDON CITY AIRPORT

To enter visit
LondonCityAirport.com/comp
Terms and conditions apply, see website for details.

Thank you for your custom

⊗ LondonCityAirport
The only Airport in London
LondonCityAirport.com



**DataCab**

**The Dedicated Cab Company**

For cash or credit card bookings call

**020 7908 0000**

Datacab   Cash Receipt

Date  6-3-07

Meter fare  £  6.00

Gratuity  £

Total  £

Signed

# LICENSED LONDON TAXI
## RECEIPT ©
Transport for London

7. 3. 2007

**AMOUNT £** 10.00

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

18/3/07

Licensed Taxi Receipt

Pu:
To:
Metho:    d: 10.0

    Ex:      p:
    Gr      p: 11.00

    No      D: 050250

  gn:
  Te     n 07-2009 10:40:56

---

# LICENSED LONDON TAXI
## RECEIPT ©
Transport for London

23/3

**AMOUNT £** 22

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

# LICENSED LONDON TAXI
## RECEIPT ©
Transport for London

23.03.07

**AMOUNT £** 20

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

---

**WITZMANN**
KFZ - TAXI-AUSSTATTUNGEN

TEMPOMATEN, WEGFAHRSPERREN - TÜV + VSÖ
MAGNET u. TRÄGER-WERBELEUCHTEN
siehe Rückseite

☐ PERSONENFAHRT
☐ BOTENFAHRT

☐ Fahrpreis: 30,40
Wartezeit/Zuschlag: _____
% Mwst.: _____
SUMME: _____

## Fahrpreisrechnung

von APVIE

nach W1

☐ Fahrpreis inkl. Zuschl.: _____
(incl.      % Mwst.)

23.03.07
Datum                Pol. Kennzeichen          Firma (Stampiglie) Unterschrift

Bitte Zutreffendes ankreuzen ☒

Confidential

LEH_0000573



Der neue OPEL
Astra Caravan.

# TAXI-RECHNUNG

VON ...............................    NACH ...............................

FAHRPREIS  € ....35,00.....    Außerordentliche WARTEZEIT in
Minuten ...............................

ZUSCHLAG   € ...............................

+€ ...............................

ENDBETRAG  € ..85,00....



ARSLAN
Taxi mietwagen unternehmen
Osman Kemalettin
Gasse 2/11 A-1170 Wien
AfU 69169356

☐ PERSONENFAHRT    ☐ BOTENFAHRT
inkl. 10% MwSt.       inkl. 20% MwSt.
(Zutreffendes ankreuzen)

Stempel / Unterschrift des Lenkers

DATUM ...23.03.07....    W 38.4.7. TX
Polizeiliches Kennzeichen

# SICHER mit dem **TAXI**

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr.Th.MARSONER

25 Bank Street                              Wien, am
LONDON E 14 5 LE
                                           06.11.2006

Rechnung Nr.  105906
Oktober 2006

| Datum | Fahrtenaufstellung | Betrag € |
|---|---|---|
| 02.10. | 22h40 APT-Hotel Bristol | 28,- |
| 04.10. | 18h Hotel Bristol-APT | 28,- |
| 09.10. | 9h45 APT-Hotel Imperial | 28,- |
| 12.10. | 6h Hotel Imperial-APT | 28,- |
| 19.10. | 10h30 APT-Rauhensteingasse | 28,- |
| 20.10. | 13h10 Bognergasse-APT | 28,- |
| 27.10 | 10h40 APT-1.Bezirk | 28,- |

                                           ----------

                              EUR      196,-

                                           ==========

10% MWSt.EUR 17,81
Netto   EUR  178,19

*Betrag dankend erhalten*

*23.11.06*

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

LEH_0000575

## TAXI - LIMOUSINENSERVICE

### *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
℡ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr. Th.MARSONER

25 Bank Street
LONDON E 14 5 LE

Wien, am

22.11.2006

Rechnung Nr. 106806

| Datum | Fahrtenaufstellung | Betrag € |
|---|---|---|
| 01.11. | 14h05  APT-Hotel Imperial  (RCV) | 31,- |
| 06.11. | 17h50 APT-Hotel Bristol-1.Bez. (RCV) | 39,- |
| 08.11. | 8h45-14h30 Hotel Imperial-Himmelpfortgasse-WZ-General Aviation-Hotel Imperial  (P) | 252,- |
| 16.11. | 10h Whelistraße-Goldschmidgasse | 14,- |
|  | 23h APT-Goldschmidgasse | 30,- |
| 17.11. | 9h45-13h45  Wipplinger Straße-Maria Enzersdorf-Wartezeit-Imperial  6 Std. (Str.) | 168,- |
| 18.11. | 15h45-17h35 Goldschmiedgasse-WZ-Gänsbachergasse 19-0h30 Gänsbachergasse-Wartezeit-1.Bez.-19.Bez.-Wartezeit-1.Bez. 6 Std. (Str.) | 168,- |
| 21.11. | 8h30 Goldschmiiedgasse-APT | 28,- |
|  | 11h45 Goldschmiedgasse-APT (Str.) | 28,- |

---------

EUR    814,--
========

10% MWSt.EUR 74,-
Netto  EUR 740,-

Bankverbindung
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

LEH_0000576

# TAXI - LIMOUSINENSERVICE

## *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED
Dr.Th. MARSONER

25 Bank street                                    Wien, am
LONDON E 14 5 LE                         5.Dezember 2006

Rechnung Nr. 107306

| Datum | Fahrtenaufstellung November 2006 | Betrag € |
|---|---|---|
| 23.11. | 16h APT-Bristol-WZ-Wipplingerstraße | 42,- |
| 27.11. | 18h30-19h45 Bristol-Wipplingerstraße-WZ-Bristol | 28,- |
| 28.11. | 6h Bristol-APT Vienna | 28,- |
| 30.11. | 21h55 APT Vienna-Sonnenfelsgasse | 28,- |

EUR    126,-

==========

10% MWSt.EUR 11,45
Netto  EUR  114,55

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential                                                                    LEH_0000577

## TAXI - LIMOUSINENSERVICE

### *Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr. Th.MARSONER

25 Bank Street                                         Wien, am
LONDON E 14 5 LE                                   8.Januar 2007

Rechnung Nr.  107907

| Datum | Fahrtenaufstellung | Betrag € |
|---|---|---|
| | Dezember 2006 | |
| 01.12. | 13h45 Wipplingerstraße-APT | 28,- |
| 04.12. | 14h45 APT-Sädtler-Wipplingerstraße | 42,- |
| 05.12. | 6h Wipplingerstraße-APT | 28,- |
| 17.12. | 14h45 Imperial-APT | 30,- |
| 20.12. | 15h20-16h20 und 16h20-22h40 APT-Schubertring-Imperial-Zollergasse-WZ | 192, |
| 21.12. | 16h30-19h45  Imperial-WZ-Seitzergasse-WZ-Schubertring-Wipplingerstraße-etc... | 126,- |
| 22.12. | 12h Operngasse-Erdbergstraße-WZ-Opernring Hr.Krieger | 28,- |
| | | ---------- |
| | EUR | 474,- |
| | | ========== |

10% MWSt.EUR 43,09
Netto  EUR  430,91

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto-Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

## TAXI - LIMOUSINENSERVICE

*Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
Fax: 01 / 505 69 54
E-Mail: office@inaline.at
Hotline: 0664 / 102 85 00

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr.Th.MARSONER

Wien, am

25 Bank Street
LONDON E 14 5LE

07.02.2007

Rechnung Nr. 108807

Januar 2007

| Datum | Fahrtenaufstellung | Betrag € |
|-------|--------------------|----------|
| 19.01. | 10h AO-Imperial | 28,- |
| 20.01. | 9h15 Imperial-AP | 28,- |
| 29.01. | 10-12h30 AP-WZ-Imperial-WZ-Stubenring | 56,- |
| 31.01. | 15h Imperial-Boltzmanngasse-Imperial | 18,- |
| | 18h45 Seitzergasse-WZ-AP | 38,- |
| | | ---------- |
| | EUR | 168,-- |
| | | ========== |

10% MWSt.EUR 15,27
Netto  EUR  152,73

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI
### AUTOREISEN

# AUFSCHNAITER
FN 46287 W

**05356**
FAX 696921

# 6969

**A-6370 AURACH**

**KITZBÜHEL**

**JOCHBERG**

## QUITTUNG

für Fahrt von _Kitzbühel / Arosa_

nach _Lans b. Innsbruck_    am _26.1.07_

€ _150.--_

inkl. 10 % MwSt. von Inland-km

Unterschrift des Lenkers

---

# 5311
## TAXI    ...KOMMT SOFORT!
IN INNSBRUCK

## FAHRPREISQUITTUNG

Sie fuhren mit: _1-580 TX_

von _Lans_    nach _Flughafen_

Fahrpreis €    _22.-_

Zuschlag €

Summe €    _22.-_

INKL. 10% Mwst.

Datum: _29.01.07_

**TAXI COSKUN**
pünktlich · bequem · freundlich · flexibel

Taxi & Mietwagenunternehmen
Coskun Erdal
A-6170 Zirl / Meßlstrasse 61a
Mobil: 0664 34 23 310

## www.taxi-innsbruck.com

---

# 60160 TAXI
www.taxi60160.at

RECHNUNG

Ihr Auftrag:

Fahrpreis: €    _10.-_

Zuschlag: €

**Summe:** €    _10.-_

□ 20%
☒ 10%

In diesem Preis sind
Mehrwertsteuer enthalten.

_29.1.07_

Datum

BIRO ATTILA
TAXIUNTERNEHMER
OSWALD REDLICH STR. 4-16
1210 WIEN
TEL: 0676/3189725

Firma

_W44410_

Pol. Kennzeichen

LEH_0000580



**TAXI 40100**

*...der feine Unterschied*

## TAXI-RECHNUNG

| VON | NACH |
|-----|------|

FAHRPREIS  €  7 ─        Außerordentl. WARTEZEIT in Minuten:

ZUSCHLAG  €

+€

ESMAIL HAMRAH
Taxiunternehmen
Leonard-Bernsteinstr. 8/2/4/12
1220 Wien
Tel.: 0676/303 74 69

ENDBETRAG  €  7 ─

☐ PERSONENFAHRT    ☐ BOTENFAHRT
incl. 10% MwSt.        incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

DATUM  30. 1. 07      W . . . . TX    Polizeil. Kennzeichen

## www.taxischule.at
### Info+Anmeldung
### unter
## 01/614 55 614

---

## TAXIRECHNUNG



*www.taxi60160.at*

Fahrpreis: €  6 ─        Ihr Auftrag: Hofburg
                                      ungeniert

Zuschlag: €

**Summe: €**  6 ─

In diesem Preis sind  ☑ 10%    ☐ 20%
Mehrwertsteuer enthalten.

SAMY YOUSS
Personenbeförderung K
Frauengasse 2/1/14
1170 Wien
Tel.: 0676/879 711 875

3⁰/1/07          3346
Datum          Pol. Kennzeichen          Firma

Confidential



Noch mobiler können Sie Ihr Business nicht erledigen.

**Taxirechnung.**

Fahrpreis: € _____          Ihr Auftrag: _____

Zuschlag: € _____

**Summe:** € _____
in diesem Preis sind ☐ 10% ☐ 20%
Mehrwertsteuer enthalten.

10/2/07
Datum                                        Pol. Kennzeichen          Firma

---

**TAXI 31300**

**TAXIRECHNUNG**   www.taxi31300.at

von _____  nach _____

**Personenfahrt**   außerord. Wartezeit   **Botenfahrt**
                    in min:

€ _____  ◄ **Fahrpreis** ►  € _____

€ _____  ◄ **Zuschlag** ►  € _____

€ _____  ◄ **Summe** ►  € _____
enthält 10% MwSt.   laut Taxameter

Stempel und Unterschrift:        Plus 10% ►  € _____

10/2/07                          Summe ►  € _____
                                 enthält 20% MwSt.

Datum:

Kennz: W . . . . . . . . . . TX

**www.christas-club.com**

---

**53 11**
Ihr **TAXI** IN INNSBRUCK   **...KOMMT SOFORT!**

**FAHRPREISQUITTUNG**

Sie fuhren mit:  1-1070 TX
von Flughafen  nach Lans
Fahrpreis €  25 7

Zuschlag €  _____

Summe  €  25 7
INKL. 10% MwSt.

Datum:                  **KOC TURGAY**
10.02.07               Taxiunternehmen
                       6020 Innsbruck, Schützenstr. 6
                       Tel.: 0676 4058571

**www.taxi-innsbruck.com**

Confidential                                                   LEH_0000582

## Licensed Taxi Receipt

Fare: _____

Date: _____

Signature: _____

Even the most demanding customers rely on Orange.
Call 0800 0716 716 or visit www.orange.co.uk/business

## LICENSED LONDON TAXI

Transport for London

## RECEIPT ®

23-307

AMOUNT £ 47

ALWAYS USE TRADITIONAL LONDON TAXI-CABS
THANK YOU FOR YOUR BUSINESS

# TAXIRECHNUNG

60160 TAXI
www.taxi60160.at

Fahrpreis: € _____

Zuschlag: € _____

**Summe: €** 9

In diesem Preis sind ☐ 10%  ☐ 20%
Mehrwertsteuer enthalten.

Ihr Auftrag: _____

Dobrivoj Krejakovic
Taxiunternehmen
1100 Wien, Leibnitz. 55-57/13

21-3. 200 7

Datum          Pol. Kennzeichen          Firma

Der neue Passat.
Luxus, an den man sich schnell gewöhnt.

Aus Liebe zum Automobil

# TAXI – RECHNUNG

VON _____

NACH _____

FAHRPREIS € _____

ZUSCHLAG € _____

Außerordentliche WARTEZEIT
in Minuten

+ € 5,-

**ENDBETRAG € 5,-**

☐ PERSONENFAHRT
incl. 10% MwSt.

☐ BOTENFAHRT
incl. 20% MwSt.
(Zutreffendes ankreuzen)

DATUM _____

Abou El Nassr Mahmoud
Taxiunternehmen
Muhrhoferweg 11/4/2/13
A-1110 Wien
Stempel/Unterschrift des Lenkers

W 2731 TX
Polizeiliches Kennzeichen

# SICHER
mit dem

TAXI

☺

**TAXI 31300**

## TAXIRECHNUNG

www.taxi31300.at

von_____  nach _____

**Personenfahrt**          außerord. Wartezeit
                           in min:          **Botenfahrt**

€ _____    ◄ **Fahrpreis** ►   € _____

€ _____    ◄ **Zuschlag** ►    € _____

€ _____    ◄ **Summe** ►       € _____
                  laut Taxameter
enthält 10% MwSt.

Stempel und Unterschrift:         Plus 10% ►   € _____

                                **Summe** ►    € _____
DIETER BEHRINGER                 enthält 20% MwSt.
Taxiunternehmen
1110 Wien, Hutweide          Datum: _____

                            Kennz: W _____ TX

**TAXI-GUTSCHEINE**, die nette Geschenkidee
zu jeder Gelegenheit.

Bestellungen unter: 01/476 76 - 15

Confidential                                                      LEH_0000584



# TAXI 40100
...der feine Unterschied

## ≣ TAXI-RECHNUNG ≣

VON _____  NACH _____

FAHRPREIS €
ZUSCHLAG €
+€
ENDBETRAG €

☐ PERSONENFAHRT  ☐ BOTENFAHRT
Incl. 10% MwSt.   Incl. 20% MwSt.
(Zutreffendes ankreuzen)

Unternehmer Stampiglie / Unterschrift Lenker

TAXIUNTERNEHMEN
WOLFGANG WESSELY
LNGERTHSTR. 257/1/27
A-1020 WIEN

DATUM 11.4.02   W ___ TX   Polizeil. Kennzeichn.

## www.taxischule.at
Info+Anmeldung
unter
## 01/614 55 614

Quittung

Netto EUR
+ % MwSt./EUR
Gesamt EUR

Nr.
EUR in Worten
von
für
Ort/Datum
Buchungsvermerke

TAXI

dankend erhalten.

Stempel/Taxi-Nr./Wagen
Unterschrift des Empfängers
PETER SCHRAMM
Schöpfstraße 21
6020 INNSBRUCK

---

# 53 11
TAXI
IN INNSBRUCK  ...KOMMT SOFORT!

### F A H R P R E I S Q U I T T U N G

Sie fuhren mit: T 210 TX

von _____ nach _____

Fahrpreis €
Zuschlag €
Summe € 22,-

INKL. 10% MwSt.

Datum: 15./4/02

EVKAYA UGUR
TAXIUNTERNEHMEN
Peerhofstrasse 14
A-6020 Innsbruck
Tel.: 0676 / 3210371

## www.taxi-innsbruck.com

---

# TAXI 40100
...der feine Unterschied

## ≣ TAXI-RECHNUNG ≣

VON 1.0pm Flug   NACH 6. Bezirk fahrt

FAHRPREIS € 6,-
ZUSCHLAG €
+€
ENDBETRAG € 6,-

Außerordentl. WARTEZEIT in Minuten:

☐ PERSONENFAHRT  ☐ BOTENFAHRT
Incl. 10% MwSt.   Incl. 20% MwSt.
(Zutreffendes ankreuzen)

TAXIUNTERNEHMEN
Zoltán Czinki
Anton-Baumgartner-Str. 125/4/15
A-1230 WIEN
Tel. 0664/200 95 27

Unternehmer Stampiglie / Unterschrift Lenker

DATUM 25.04.2007   W ___ TX   Polizeil. Kennzeichn.

## www.taxischule.at
Info+Anmeldung
unter
## 01/614 55 614



# TAXI 40100

## ... der feine Unterschied

### ≣ TAXI-RECHNUNG ≣

VON  7         NACH  1

FAHRPREIS    €   7        Außerordentl. WARTEZEIT in Minuten:

ZUSCHLAG    €

+€

ENDBETRAG   €   7   MARIA CHVATAL
                        Ⓣ TAXIUNTERNEHMEN
○ PERSONENFAHRT      □ BOTENFAHRT   1100 Wien, Moselgasse 27/4
  incl. 10% MwSt.       incl. 20% MwSt.   Unternehmer Stampiglie / Unterschrift Lenker
  (Zutreffendes ankreuzen)

DATUM  25.04.2007  W 567 TX   Polizeil. Kennzeichen

## www.taxischule.at
### Info+Anmeldung
### unter
## 01/614 55 614



LICENSED TAXI
- Receipt -

Journey:

Date: 270407      £ 11.00

Signature:

## TAXI - LIMOUSINENSERVICE

*Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
✆ 0664 / 10 28 500
Fax: 01 / 505 69 54

An die

LEHMAN BROTHERS EUROPE LIMITED

Dr. Th. MARSONER

25 Bnank Street                          Wien, am
LONDON E14 5 LE                      8. April 2007

Rechnung Nr. 110707

| Datum | Fahrtenaufstellung<br>März 2007 | Betrag € |
|-------|-------------------------------|----------|
| 28.03. | 10h AP-Opernring-Imperial | 35,- |
| 30.03. | 9h Imperial-AP-Goldschmiedgasse | 33,- |
| | | ------------ |
| | EUR | 68,- |
| | | ========= |

Incl. 10% MWSt.

### Bankverbindung
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

# TAXI - LIMOUSINENSERVICE

*Fa. Heinrich*

Argentinierstrasse 12, 1040 Wien
Fax: 01 / 505 69 54
E-Mail: office@inaline.at
Hotline: 0664 / 102 85 00

An die

LEHMAN BROTHERS EUROPE LIMITED

25 Bank Street
LONDON E14 5 LE

Wien, am

18.März 2007

Dr. Th. MARSONER

Rechnung Nr. 109807

| Datum | Fahrtenaufstellung | Betrag € |
|---|---|---|
| | Februar 2007 | |
| 08.02. | 23h AP-Imperial | 30,- |
| 09.02. | 7h45 Imperial-STRABAG-WZ-Imperial-Rennweg | 42,- |
| 10.02. | 6h Imperial-AP | 28,- |
| 26.02. | 18h50 AP-Imperial-WZ-AM Stadtpark | 42,- |
| 28.02. | 12h15 Imperial-AP | 28,- |

EUR        170,--

==========

==10% MWSt.EUR 15,45
Netto   EUR 154,55

**Bankverbindung**
RAIKA DK: BLZ 33010
Konto Nr.: 1-00007831
UID Nr.: ATU 1156 2003

Confidential

**E Entertaining**

| Date | Name of Place of Entertaining (32) | No. Lehman Attendees (33) | No. Non-Lehman Attendees (33) | Names of Attendees and Companies represented (34) | Entertainment Cost (35) | Currency | Exchange Rate (X.XX = €1.00) | Entertaining: € value |
|---|---|---|---|---|---|---|---|---|
| 05-Sep-06 | Hi Ge Matsu | 1 | 1 | Lunch w/ Gosojhin, Cerberus + Thomas Marsoner (108931.54) | 27.80 | Eur | 1.46 | 19.04 |
| 16-Oct-06 | Hotel Bristol | 1 | 1 | Lunch w/ Financo Minister Grasser + Thomas Marsoner (108931.54) | 293.50 | Eur | 1.46 | 201.03 |
| 08-Nov-06 | Sky Restaurant | 1 | 1 | Dinner w/ Ofner, EVN + Thomas Marsoner, LB Advisor (108931.54) | 300.00 | Eur | 1.46 | 205.48 |
| 08-Nov-06 | Cantinetta Antinori | 1 | 1 | Lunch w/ Gosojhin, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 236.60 | Eur | 1.46 | 162.05 |
| 15-Nov-06 | Planter's Bar | 1 | 1 | Dinner w/ Gosojhin + Thomas Marsoner (108931.54) | 125.00 | Eur | 1.46 | 85.62 |
| 15-Nov-06 | Fabios | 1 | 2 | Dinner w/ Gosojhin, Cerberus + Bruno, TI + Thomas Marsoner, LB Advisor (108931.54) | 800.00 | Eur | 1.46 | 547.95 |
| 12-Dec-06 | Vama | 1 | 1 | Dinner w/ Danilo Melamed, Bank Austria + Thomas Marsoner, LB Advisor re Sacher (108931.54) | 116.16 | Eur | 1.00 | 116.16 |
| 26 | Yauatcha | 1 | 1 | Dinner w/ Hannes Androsch, Androsch Int Management + Thomas Marsoner, LB Advisor (B833.0/82527) | 203.06 | Eur | 1.00 | 203.06 |
| 15-??-07 | Defune | 1 | 1 | Recruiting Dinner, German IBD MD Nikolai Ahrens + Thomas Marsoner, LB Advisor re Sacher (108931.54) | 417.80 | Eur | 1.00 | 417.80 |
| 15-Feb-07 | The Square | 1 | 1 | Lunch w/ David Teitelbaum, Cerberus + Thomas Marsoner, LB Advisor (B833.0/82527) | 67.22 | Eur | 1.00 | 67.22 |
| | Memories of China | 1 | 1 | Recruiting Dinner, German IBD MD Nikolai Ahrens + Thomas Marsoner, LB Advisor (B833.0/82527) | 112.89 | Eur | 1.00 | 112.89 |
| 07-Sep-07 | Steiereck | 2 | | Dinner w/ B Hoter, G Ofner, EVN + Thomas Marsoner, (LB Advisor) + J Krieger (LB) (128019.1) | 1,312.90 | Eur | 1.46 | 899.25 |
| 23-Jan-07 | Indochine | 1 | 1 | Lunch w/ Friedrich Kadrnosoka, Bank Austria + Thomas Marsoner (LB Advisor re Prj Sacher (108931.54) | 70.30 | Eur | 1.46 | 48.16 |
| 23-Jan-07 | Steiereck | 1 | | Lunch w/ Thomas Moskovics, Bank Wintter + Thomas Marsoner (LB Advisor) (108931.54) | 135.20 | Eur | 1.46 | 92.60 |
| 31-Jan-07 | Steiereck | 1 | | Lunch w/ Danilo Melamed, Bank Austria + Thomas Marsoner (LB Advisor) (108931.54) | 67.70 | Eur | 1.46 | 46.37 |
| | Yohm | 1 | | Lunch w/ David Teitelbaum, Cerberus + Thomas Marsoner (LB Advisor) (108931.54) | 67.70 | Eur | 1.46 | 46.37 |
| 21-Feb-07 | Indochine | 1 | 1 | Dinner w/ David Teitelbaum, Cerberus + Thomas Marsoner (LB Advisor) (108931.54) | 284.40 | Eur | 1.46 | 194.79 |
| 28-Mar-07 | Fabios | 1 | 1 | Dinner w/ Danilo Melamed, Bank Austria + Thomas Marsoner (108931.54) | 156.90 | Eur | 1.46 | 107.47 |
| 31-Mar-07 | The Travellers Club | 1 | 1 | Lunch w/ David Teitelbaum, Cerberus + Thomas Marsoner, LB Advisor (108931.54) | 97.00 | Eur | 1.00 | 97.00 |
| 04/7 | Hotel Post | 1 | 2 | Dinner w/ Hannes Androsch, Androsch Int Management + Mr Rauch + Thomas Marsoner (LB Advisor) (108931.54) | 652.00 | Eur | 1.46 | 446.58 |
| Totals | | | | | Total in € 4,070.50 | | | Total in € 4,070.50 |

Confidential

## 01 Meal Allowance - Whilst Travelling

51700000

| Date | Breakfast (30) | Lunch (30) | Dinner (30) | Total Per Diem | Currency | Exchange Rate (X.XX = €1.00) | Breakfast - € value | Lunch - € value | Dinner - € value | Total - € value |
|---|---|---|---|---|---|---|---|---|---|---|
| 27-Nov-06 | | | 21.10 | 21.10 | Eur | 1.46 | 0.00 | 0.00 | 14.45 | 14.45 |
| 29-Nov-06 | | 90.00 | | 90.00 | Eur | 1.46 | 0.00 | 61.64 | 0.00 | 61.64 |
| 28-Nov-06 | | | 18.10 | 18.10 | Eur | 1.46 | 0.00 | 0.00 | 12.40 | 12.40 |
| 08-Dec-06 | 7 | | | 6.70 | Eur | 1.46 | 4.59 | 0.00 | 0.00 | 4.59 |
| 12-Dec-06 | | 12.40 | | 12.40 | Eur | 1.46 | 0.00 | 8.49 | 0.00 | 8.49 |
| 11-Jan-07 | | | 90 | 80.00 | Eur | 1.46 | 0.00 | 0.00 | 61.64 | 61.64 |
| 22-Jan-07 | | 29 | | 28.80 | Eur | 1.46 | 0.00 | 19.73 | 0.00 | 19.73 |
| 29-Jan-07 | | | 47 | 47.20 | Eur | 1.46 | 0.00 | 0.00 | 32.33 | 32.33 |
| 03-Mar-07 | | | 41 | 41.00 | Eur | 1.46 | 0.00 | 0.00 | 28.08 | 28.08 |
| | | | | 0.00 | | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals in € | 4.59 | 89.86 | 148.90 | | | | 4.59 | 89.86 | 148.90 | 243.36 |

VAT
NET

#REF! #REF! #REF! #REF!

LEH_0000590

*Sacher*
*Lunch  Goschin*

日本料理

# ひげ松

Hi Ge Matsu
Meisengasse  11
60313 Frankfurt am Main

### RECHNUNG

REG  05.09.2006(Di.) 13:07
BED.01      MC#01      015442
                         KU  1
TISCHNUMME6

RECHNUNGSNR.        002441

2 Sushi Menü        ·27.80
  #0306
UMSATZ 16%         ·23.97
MWST 16%            ·3.83
TOTAL            ·27.80
BAR                ·27.80

  Telefon: 069 - 280688
  Steuernummer:
  114523930356570311

=====================
Bewirtungsaufwand-Angabe
(§4 Abs.5 Ziffer 2 EStG)
=====================
Bewirtete Person(en):

_____

- - - - - - - - - - - -

- - - - - - - - - - - -

Anlaß der Bewirtung:

_____

Höhe der Aufwendungen:

Bei Bewirtung im Rest.

- - - - - - - - - - - -

in anderen Fällen

- - - - - - - - - - - -

Ort              Datum

_____

Unterschrift

---

*Lunch*
*Minister*

HOTEL BRISTOL *Grasser*

*Wien*

RESTAURANT KORSO
R E C H N U N G
UID: ATU 15671306

Name/Firma:          44 KORSO

TI 6/1        1723      GST 2
        190CT'06 13:23

**HOTEL IMPERIAL**
*Wien*

**HOTEL BRISTOL**
*Wien*

**HOTEL GOLDENER HIRSCH**
*Salzburg*

**IMPERIAL TORTE**

| | |
|---|---|
| 2 COUVERT MITTAG | 10.00 |
| 1 VORSPEISE1 | 19.00 |
| 1 SPEISEN | 16.00 |
| 1 BACHSAIBLING | 28.00 |
| 1 SEEZUNGE | 36.00 |
| 1 ROEMERQUELLE 0.7 | 9.80 |
| 1 1492 P.MONT.CARI | 158.00 |
| 1 BLOODY MARY | 13.00 |
| 1 ORANGENSAFT | 3.70 |
| ZU ZAHLEN | 293.50 |

9.91  MWST 10%        109.00
30.75 MWST 20%        184.50
      ZWISCHENSUMME   293.50
      ZU ZAHLEN       293.50
4003028004078036      06/08
9908/VISA CARD
V I S A               293.50
------44 GESCHL. 190CT 14:29------

Inklusivpreise
All taxes included

| | | |
|---|---|---|
| Zimmer Nr./Room No. | | Unterschrift des Gastes/Signature |

Kärntner Ring 1, A-1015 Wien, Austria
Tel. (1) 51 516-0, DVR-Nr. 0421791, Telefax (1) 51 516-550
www.westin.com/bristol
ATU Nummer 15671306



RESTAURANT KORSO
KÄRNTNER RING 1
1010 WIEN
RNG: 1
TISCH: 6/1
KELLNER: 1
NR: 1723
DATUM: 190CT'06 14:29
KARTENTYP: V I S A
ACCT #: 4003028004078036
EXP DATE: 06/08
AUTH CODE: 092347
RESEARCH: 4019142969
ZWSUM,EURO    293.50
TIP:
TOTAL:
UNTERSCHRIFT:
VIELEN DANK FÜR IHREN BESUCH!



SKYBAR
Skybox Gastronomie GesmbH. & Co. KG
Kärntner Strasse 19 - 1010 Wien
Tel. +43 1 513 17 12

# R E C H N U N G

07-Nov-06/00:37 RgNr:1-025859 00
Identnummer: ATU46737107
Tisch-Nr: 83  Beleg: 1079898
Station: 1 (Sky-Bar)
Sie wurden bedient von:
Bojan B. Herr

| | | | |
|---|---|---|---|
| 2x Römerquelle classic | à 3,60 | | 7,20 |
| 1x Budweiser | à 4,70 | | 4,70 |
| 2x Unten Ohne | à 4,60 | | 9,20 |

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 17,58 | 3,52 | 21,10 |

Total: EUR

## ** 21,10 **

Tip is not included!

Name des Kunden:_____
Strasse:_____
PLZ u. Ort:_____

UID:ATU 46737107
SKYRESTAURENT
A-1010,KAERNTNERSTR.

TID:1206

TRINKGELD BEST.
BELEG NR.:1287

BETRAG:  EUR 273.00

TRINKGELD: EUR 27.00

GESAMT:  EUR 300.00

DATUM: 08.11.06 ZEIT: 22:58



SKYRESTAURANT
Skybox Gastronomie GesmbH. & Co. KG
Kärntner Strasse 19 - 1010 Wien
Tel. +43 1 513 17 12

# R E C H N U N G

08-Nov-06/22:59 RgNr:7-019654 04
Identnummer: ATU46737107
Tisch-Nr: 104  Beleg: 7038460
Station: 7 (Sky-Restaurant)
Sie wurden bedient von:
Spaetdienst 2

| | | | |
|---|---|---|---|
| 1x Apfelsaft gespritzt | à 3,00 | | 3,00 |
| 2x Römerquelle classic | à 6,50 | | 13,00 |
| 2x Römerquelle ohne 0,7 | à 6,50 | | 13,00 |
| 2x SB Polz 0,75 L | à 49,00 | | 98,00 |
| 1x Ottakringer Pils 0,3 | à 3,90 | | 3,90 |
| 2x Röderer Brut 10cl | à 11,30 | | 22,60 |
| 3x Kleiner Espresso | à 2,20 | | 6,60 |
| 2x Rindsuppe dreierlei | à 5,50 | | 11,00 |
| 1x Topinambur Creme | à 5,90 | | 5,90 |
| 1x Filet Pfefferkruste | à 26,00 | | 26,00 |
| +Gemüse. | | | |
| 1x Heilbutt Kartoffel | à 22,00 | | 22,00 |
| 1x Wiener Schnitzel | à 20,00 | | 20,00 |
| 1x Wok Gemüse | à 18,00 | | 18,00 |
| 4x Couvert | à 2,50 | | 10,00 |

Extras:

TRINKGELD: EUR   27,00

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 0,00 | 27,00 | 0,00 | 27,00 |
| 20,00 | 133,42 | 26,68 | 160,10 |
| 10,00 | 102,64 | 10,26 | 112,90 |

Total: EUR

## ** 300,00 **

GVN Ofner

300,00 Visa Card  =  EUR   300,00

Vielen Dank für Ihren Besuch!

Confidential



# PRINT-CHECK

08-Nov-06/22:46
Tisch-Nr: 104  Beleg: 7038459
Sie wurden bedient von:
Spaetdienst 2

-------------------------------

| | | |
|---|---|---|
| 1x Apfelsaft g spritzt à 3,00 | | 3,00 |
| 2x Römerquelle classic à 6,50 | | 13,00 |
| 2x Römerquelle ohne 0,7 à 6,50 | | 13,00 |
| 2x SB Polz 0,75 L à 49,00 | | 98,00 |
| 1x Ottakringer Pils 0,3 à 3,90 | | 3,90 |
| 2x Röderer Brut 10cl à 11,30 | | 22,60 |
| 3x Kleiner Espresso à 2,20 | | 6,60 |
| 2x Rindsuppe dreierlei à 5,50 | | 11,00 |
| 1x Topinambur Creme à 5,90 | | 5,90 |
| 1x Filet Pfefferkruste à 26,00 | | 26,00 |
| +Gemüse. | | |
| 1x Heilbutt Kartoffel à 22,00 | | 22,00 |
| 1x Wiener Schnitzel à 20,00 | | 20,00 |
| 1x Wok Gemüse à 18,00 | | 18,00 |
| 4x Couvert à 2,50 | | 10,00 |

-------------------------------

Total: EUR

## ** 273,00 **

27,00
300

Trinkgeld/Tip:_____
Dieser Beleg ist keine Rechnung!

CANTINETTA ANTINORI
JASOMIRGOTTSTR. 3-5
A-1010 WIEN

KUNDENBELEG
TID: 26420439
UID: 600371157

VISA
************8036
**/**

GENEHMIGUNG: 080377 (L)
BELEGNUMMER: 004872

BETRAG:  EUR  236,60
TRINKGELD: EUR

GESAMT:  EUR

GEN.NR.:080377

DATUM:    18-11-06
UHRZEIT:   13:59
BETRAG BITTE ABBUCHEN

---

UID:ATU 43737107
SKYRESTAJRENT
A-1010, KAERNTNERSTR.

TID:22064819

VID: 580346505          BELEG NR.:1227
54                      GUELTIG BIS:0609
(AUG) 3289 0407 8036 (L)

BETRAG:  EUR 273.00

TRINKGELD:        27.-

GESAMT:           300.-

'ZIGEN BETRAG BITTE ABBUCHEN.

UNTERSCHRIFT (SIGNATURE).

..............................

GENEHMIGUNGS NR.: 082475

DATUM: 02.11.06 ZEIT: 22:54

---

CANTINETTA ANTINORI
Jasomirgottstr. 3-5
1010  Wien
Tel.: 533 77 22
ATU 37970503

#0001          18-11-06

RECHNUNG

TISCHNUMMER  12

| | | |
|---|---|---|
| 1 | CAMPHRI ORANGE | *5.20 |
| 2 | TRUMER PILS | *6.20 |
| 14 | DIVERS WARME KÜ | *14.00 |
| 5 | COPERTO | *15.00 |
| 1 | RUCOLA E PARMIGI | *7.50 |
| 1 | INSALATA MIST | *4.70 |
| 1 | VITELLO TONNATO | *11.50 |
| 1 | RISOTTO ZUCCA | *17.50 |
| 1 | CAPPELLETTI TAR | *35.00 |
| 1 | BRANZINO TARTUF | *49.00 |
| 1 | ARNEIS ROERO | *37.00 |
| 1 | PANNA COTTA | *6.50 |
| 1 | TIRAMISU | *7.50 |
| 2 | ESPRESSO | *5.00 |
| 2 | GL VINSANTO | *15.00 |

Bar-TL        *236.60
BETRAG 10%    *168.20
MWST. 10%      *15.29
BETRAG 20%     *68.40
MWST. 20%      *11.40

Musti

4-K    0132    13:25



**RESTAURANTS**
**HOTEL**
**LOUNGES**
**CATERING**

# RECHNUNG

19-Nov-06/13:56 RgNr:6-034906 01
Identnummer: ATU 15840400
Tisch-Nr: 10  Beleg: 6037112

---

| | | | |
|---|---|---|---|
| 5x Gedeck | à 3,00 | 15,00 |
| 1x Tartare Thuna / Rin | à 15,50 | 15,50 |
| 1x Seezunge / Crevette | à 23,00 | 23,00 |
| 3x Kalbsbutterschn | à 19,00 | 57,00 |
| 1x Tafelspitz | à 21,00 | 21,00 |
| 1x Vegetarian Wok | à 19,00 | 19,00 |
| 1x Maguro Osuzukuri | à 15,50 | 15,50 |
| 1x Smal Sashimi | à 13,00 | 13,00 |
| 3x Bier 0,3 | à 4,20 | 12,60 |
| 1x Pfiff Bier 0,2 | à 3,20 | 3,20 |
| 2x Vöslauer mild 0,7 | à 7,80 | 15,60 |
| 2x Apfelsaft | à 3,50 | 7,00 |
| 1x 1/8 GV Federspiel Ja | à 5,50 | 5,50 |
| 1x Weiß gespritzt | à 3,50 | 3,50 |
| 1x Bloody Mary | à 9,50 | 9,50 |

---

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 10,00 | 162,73 | 16,27 | 179,00 |
| 20,00 | 47,42 | 9,48 | 56,90 |

---

Kredit Total: EUR
## ** 235,90 **

---

235,90 Visa   = EUR 235,90
Rückgeld:   EUR   0,00

---

Do&Co im Haas Haus
Restaurantbetriebs GmbH
Stephansplatz 12 - 1010 Wien
Tel: (0)1 5353969 - Fax: (0)1 5353959
FN 87944f - HG Wien - ATU 15840400

---

**DO & CO IM HAAS-HAUS**
STEPHANSPLATZ 12
A-1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2009

TID:13580557   VID:600146021
Beleg Nr.: 011053
Gen. Nr.: 090305
Datum: 19/11/2006   Zeit: 13:59

**Betrag:**
(Amount)   EUR **235,90**
**Trinkgeld:**
(Tip)   EUR
- - - - - - - - - - - - - - - - - - - -

**Gesamt:**
(Total)   EUR
======================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

_____

VIELEN DANK FUER IHREN BESUCH!

Confidential

www.PLANTERS.AT

PLANTER'S Bar @Restaurant Betriebs GmbH
Zelinkagasse 4, 1010 Wien  FN 257236m
Tel.: 01/533 33 93  UID: ATU 61325319

*Goschn, Cerberis*

**PLANTER'S BAR**
ZELINKAGASSE 4
1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2009

TID:13580319    VID:600245096
Beleg Nr.: 003495
Gen. Nr.: 052272
Datum: 25/11/2006   Zeit: 22:51

**Betrag:**
(Amount)    EUR **116,00**
**Trinkgeld:**
(Tip)    EUR
-------------------------------
**Gesamt:**
(Total) EUR  *125.—*
=============================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

**RECHNUNG**
12 2  6 XXX   22 22:58 25.11.06 N008765

| | | | | |
|---|---|---|---|---|
| 1 | Ch-Penfolds | 31,00 | 31,00 | 2 |
| 1 | Röm0.75 mild | 5,50 | 5,50 | 2 |
| 2 | Gedeck | 1,80 | 3,60 | 1 |
| 1 | Vor-Jakobsmu | 15,00 | 15,00 | 1 |
| 2 | Tuna Steak | 21,00 | 42,00 | 1 |
| 2 | Bei-Spinat | 4,20 | 8,40 | 1 |
| 1 | KUECHE REST. | 10,50 | 10,50 | 1 |
| 1 | weiterkochen | 0,00 | 0,00 | 1 |

ZW-SUMME              **116,00**

| UST % | INKL.UST | UST | EXKL.UST |
|---|---|---|---|
| 1=10,00 | 79,50 | 7,23 | 72,27 |
| 2=20,00 | 36,50 | 6,08 | 30,42 |
| GESAMT | 116,00 | 13,31 | 102,69 |

GESAMT-KONS.          **116,00**
KREDITKARTE    116,00      0,00

Firma:................................
Adresse:..............................
PLZ:..................................

ES BEDIENTE SIE Hr. Ben Fattoum
B2 G 6 T   22 K  12  22:58 25.11.06 2929

*Darly Allowance*
*DS*

┌─────────────┐
│ OBERLAA │
└─────────────┘

Kurkonditorei OBERLAA-Stadthaus
1010 Wien, Neuer Markt 16
Tel. 01/513 29 36-0
UID-Nr: ATU 43075507

318 ANIKO S.

Ti: 9/1       Chk 7605        Gst 0
              26Nov'06

| | | |
|---|---|---|
| 1 | OBERLAA Melange | 3.15 |
| 1 | Voeslauer mild | 2.40 |
| 1 | Fassbier 0,3l | 3.05 |
| 1 | Ravioli | 7.50 |
| 1 | Fassbier 0,2l | 2.00 |
| | BAR | 18.10 |

| | | |
|---|---|---|
| 0.68 | 10% MwSt | 7.50 |
| 1.77 | 20% MwSt | 10.60 |
| | Zw. Summe | 18.10 |
| | Zahlung | 18.10 |

--- Rng. geschl. ---
26Nov'06 17:56

Wir freuen uns auf Ihren
nächsten Besuch!

LEH_0000595

**FABIOS**
TUCHLAUBEN 6
A-1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2008

TID:13501576    VID:600854301
Beleg Nr.: 009432
Gen. Nr.: 080097
Datum: 28/11/2006    Zeit: 00:01

**Betrag:**
(Amount)    EUR **732,30**
**Trinkgeld:**
(Tip)    EUR
----------------------
**Gesamt:**
(Total) EUR =800.=
=====================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

VIELEN DANK FUER IHREN BESUCH!

eat. drink. man. woman.



Tisch: 90000,0
28.11.2006         Bed. 12 Rs.: 149

4 x 5.50
San Pellegrino 0,75              22.00
3 x 3.50
Aqua Panna 0.5                   10.50
2 x 38.00
Fl.Greco di Tufo San Greg.       76.00
Fl.Spinatta Barbera BIONZO       85.00
4 x 10.00
Williams Quinta Esenza           40.00
Aperitif Spirituosen div          6.00
Tomatensaft                       5.00
2 x 7.50
Gl.Bellini                       15.00
Becks 0,2                         2.30
Gölles Alte Zwetschke             8.00
Reisetbauer Voselbeere           10.00
Glenmoransie 10 Jahre            11.00
Oban                              8.50
TABAK                            47.00
Cocktails                         8.00
Campari Orange                    7.00
Gl.Champagner Ruinart            12.00
3 x 7.50
Gemischte Salate                 22.50
Oktopusseröstel                  21.50
                               -------
Zwischensumme :       417.30

**fabios** restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

Confidential

eat. drink. man. woman.



Seite 2
Übertrag von Seite 1      417.30

**Tisch: 90000,0**
28.11.2006        Bed. 12 Rs.:   149

Gebr.Spinat auf P. Ei          14.50
Carpaccio/Tomato Creme         22.50
1/2 Ris.Trüffel                30.00
1/2 Tas.Trüffel                30.00
2 x  29.50
Steinbutt                      59.00
Ossobuco al Barolo             23.50
3 x  28.50
Rehrücken                      85.50
Grosses Oktopussröstel         24.50
Tagliata vom Entrecote         25.50
                          ─────────
          Zwischensumme :       732.30

eat. drink. man. woman.



Seite 3
Übertrag von Seite 2      732.30

**Tisch: 90000,0**
28.11.2006        Bed. 12 Rs.:   149

ENTHALTENE MWST 20% :         54.38 EUR
SUMME NETTO   ( 20%):        271.92 EUR
SUMME BRUTTO  ( 20%):        326.30 EUR

ENTHALTENE MWST 10% :         32.64 EUR
SUMME NETTO   ( 10%):        326.36 EUR
SUMME BRUTTO  ( 10%):        359.00 EUR

Gesamt BRUTTO :              685.30 EUR
      Auslagen:              47.00 EUR

**Summe:        732.30 EUR**

Vielen Dank für Ihren Besuch !
Es bediente Sie Fabio
ATU 53415004

fabios restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

fabios restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

reclaimed, Sacks

VAMA-THE INDIAN ROOM
438 KINGS ROAD
CHELSEA, LONDON
M9421063306  T1D16044164
AID : A0000000025010B01
American Express
AMEX
**** **** ****2 006
EXP 11/08
ICC  MARSDNER/THOMAS S
SALE
CARDHOLDER COPY
PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS

AMOUNT          £116.16
GRATUITY          £0.00
TOTAL           £116.16

Verified by PIN
Thank You
21:06 : 02/12/06
AUTH CODE:          55
RECEIPT 1334

Customer Copy

# YAUATCHA

丘記茶苑

15 Broadwick Street
London W1F 0DL
020 7494 8888
VAT 71 4713 847
05/12/2006 19:43:00

Server: Mei Mei, M
Table: 43                            Covers: 3
**SALE**
Merch Num: 9426969028
Tno    : YA08264062        BookID: 244291
Date   : December 05, 2006  PM 9:16
Card No. : ************2006
AMEX
Exp Date : 11/08
Auth Code: 68
Swiped

Amount    :    £203.06

Please debit my account
Please retain for your records

Thank you for dining at Yauatcha
A discretionary service charge of 12.5%
has been added to your bill
{095AC5DE-83F4-4317-A443-07F1B6D963FA}

Mudhooch  Sadler

# YA ATCHA.

丘記茶苑

15 Broadwick Street
London W1F 0DL
020 7494 8888
VAT 71 4713 847
2006 19:43:57

Server: Mei Mei, M                   Covers: 3
Table: 43
Order Ref: 0000244291                    £11.
                                         £13.60
1 Lobster Dumpling                       £6.80
2 Chinese Chive Dumpling                 £5.00
2 Water Prawn Dumpling                   £18.00
                                         £26.00
1 Asparagus                              £7.50
1 Wagyu C/F                              £6.00
1 Leek Ce                                £6.00
                                         £7.40
                                         £11.40
                                         £4.50
                                         £36.00
                                         £4.50
                dunnay                   £6.80
1 Res        Beauty               £180.50
                                          £22.56
Subtotal
Service Charge
total                            £203.06

Thank you for dining at Yauatcha
A discretionary service charge of 12.5%
has been added to your bill

| Me ArtNr Beschreibung | Preis M |
|---|---|
| 1 15  G class.HOT C. | 4,00 1 |
| 1 1000768  Bagel Cream C. | 2,70 1 |
| 1 999  For2go | 0,00 0 |
| | 6,70 |
| Summe Artikel 10%: | 0,61 |
| Summe UST 10%: | |
| BRUTTO €: | 6,70 |

*************************************
* * * * * * *
* * * *
*   Starbucks Coffee Austria GmbH   *
A-1010 Wien
www.starbucks.at
UID:ATU 52291906
RECHNUNG Nr.: 0029052LHUBV
Datum/Zeit: 08.12.2006 08:38:01
Ma: 734 - P Vera Carla

Vielen Dank für Ihren Besuch!
TÜRCODE FÜR DIE TOILETTE: E0815

*pers*

**TABAK  TRAFIK  PRAINER**
Hoher Markt 1
1010 Wien
UID-Nr.: ATU42089609    Tel.: 01/535 6220
Fax.: 01/535 9290

**BAR-VERKAUF    1155116**
WIEN/12.12.2006/Christian

........................................

........................................

........................................

| STANDARD DI | 1.30 |
| AUSGABE 2006 0050 | |
| PRESSE DI | 1.20 |
| AUSGABE 2006 0050 | |
| KRONEN-ZEITUNG WIEN | 0.90 |
| AUSGABE 2006 9502 | |
| KURIER WIEN | 0.90 |
| AUSGABE 2006 9502 | |
| PROFIL | 2.60 |
| AUSGABE 2006 0501 | |
| WIRTSCHAFTSBLATT | 1.50 |
| AUSGABE 2006 0502 | |
| TREND | 4.00 |
| AUSGABE 2007 0011 | |

| 11.27 + 10% | 1.13 = | 12.40 |

| Total EUR | 12.40 |

| Bezahlt EUR | 12.40 |
| Zurück EUR | 0.00 |

Wir danken für Ihren Einkauf!
BA-CA KTO.NR.0147-3178000 BLZ 12000

---

( CARUSI
Kirchengasse 21
1070 Wien
Tel. 524 03 14
ATU62894577

*906*

1 Calamari Tuchen    13.50    13.50
1      6.00
1 Per    Elf    9.50    9.75
5.80
t t. Brunello    65.80    65.80

Rechnungsbetrag    Euro    98.80

| MWST | NETTO | STEUER | BRUTTO |
|---|---|---|---|
| 1 = 10.0 % | 26.55 | 2.65 | 29.20 |
| 2 = 20.0 % | 58.83 | 11.77 | 70.60 |

Wir freuen uns auf ein
BALDIGES WIEDERSEHEN

*pers*

**CAFE  RESTAURANT
WEIMAR
1090  WIEN**
Tel.: 317 12 06

**R E C H N U N G**

Tisch 11.0
RNr.:13745/2007

| 2 Seidl Gösser | 3.10 | 6.20 |
| 1 Melange | 3.40 | 3.40 |
| 1 Einspänner | 3.60 | 3.60 |
| 2 Mittagsmenü 1 | 7.80 | 15.60 |

| SUMME | Euro | 28.80 |

| - Bar | 28.80 |

| Umsatz | Netto | MWST | Brutto |
|---|---|---|---|
| 10.0 % | 14.18 | 1.42 | 15.60 |
| 20.0 % | 11.00 | 2.20 | 13.20 |

Datum: 12.1.2007  13:58 Fr. Johanna 1

UID Nr.: ATU 12993108
www.cafeweimar.at
www.wiener-kaffeehaus.at
Vielen Dank für Ihren Besuch!

Confidential

LEH_0000599

IAME :
..............................
..............................
...:..........................

YOHM
E.A.G. Gastro G.m.b.H
Laurenzerberg 2   1010 Wien
Tel. ( 1 ) 533 2900
UID:ATU 40210302
Iur Tisch Nr. 109    am    17.12.2006
:chnungs-Nr. 9212
    4 RadebO,3           3.10    12.40
    2 Brunch Kombi      32.00    64.00
    1 RöStill0,7          6.50     6.50

total                           82.90

MwSt10% aus      64.00     5.82
MwSt20% aus      18.90     3.15
gesamt

DEFUNE RESTAURANT
LONDON

M9421119892   TID26092584
AID : A000000025010801
American Express

AMEX

**** **** ***2 006
EXP 11/08    START 07/06
ICC                 ISSUE 00

SALE

CARDHOLDER COPY

PLEASE KEEP THIS RECEIPT
FOR YOUR RECORDS

AMOUNT         £417.80

Verified by PIN
THANK YOU
23:25  16/01/07
AUTH CODE:              81
RECEIPT 1418

---

*Recruiting Dinner*
*German NBD MD*
*Nikolai Ahrens*

DEFUNE  +?
34 GEORGE STREET
LONDON   W1U 7DP
Tel: 020 7935 8311

-----------------------------
CHK# 25      TBL# 301
Waitress 2        #    11
16/01/2007 20:17:31      GUESTS  4
-----------------------------
Restaurant
    4 @  9.80 Sushi Maguro       39.20
    3 @  8.60 Sushi Sake         25.80
          1 Sushi Hamachi        12.00
    2 @  9.20 Sushi Hotate       18.40
          1 Sushi Anago           9.80
          1 Tekka Maki Roll       8.90
          1 Salmon Maki Roll      7.80
    3 @  4.80 Miso Soup          14.40
          1 T Yaki Scallop       28.00
          1 T Yaki Salmon        19.80
    2 @ 45.00 T Yaki Wagyu Sirl  90.00
          1 Mixed Vegetables     12.00
    2 @  8.00 Desserts           16.00
          1 Grn Tea Ice Cream     5.20
    2 @  7.80 Lrg Banshu-Nishik  15.60
    8 @  3.80 Asahi Super Dry    30.40
    2 @  5.00 750ml Mineral Wat  10.00
SUBTOTAL:                       363.30
15% Service Charge               54.50
BackOfficeServer   T#0000013B -----------
TOTAL :                       £417.80

American Express              417.80

VAT                            54.11
-----------------------------
CLOSED          16/01/2007 22:20:21
-----------------------------
THANK YOU
A DISCRETIONARY SERVICE CHARGE OF
15% WILL BE ADDED TO YOUR BILL
VAT No: 235 1221 09

*pers.* DA

Tisch:  2                    19.0 .2007

6 x C9  Chin.Sier              16.80
            á   2.80
1 x 1   Frühlingsrolle          2.00
1 x 4   Yaki Gyoza              2.90
1 x 3   Dumner Chips            1.50
1 x C2  Huhn.Mandarin           9.80
1 x C5  Ente Kushi              9.80
1 x 81  Gekochter Reis          1.90
1 x 82  Gebratener Reis         2.70

Summe EUR                      47.50

Vielen Dank für Ihren Besuch!

Confidential                                                    LEH_0000601

*Sacher / Teitelbaum*

## THE SQUARE *(Cerb.)*

6/10 BRUTON STREET
MAYFAIR
W1J 6PU LONDON
Tel: 020 7495 7100

___

## Table 31

| | |
|---|---|
| Station 002 | Check 1671 |
| RESTAURANT: DAVID | Guests  1 |
| Thursday  15/02/07 | 13:09 |

| | |
|---|---|
| 2 COCA-COLA | 6.00 |
| 1 MINT TEA | 3.75 |
| 1 TWO COURSES | 50.00 |

| | | |
|---|---|---|
| Sub Ttl | | 59.75 |
| VAT | 8.90 | |
| | | 0.00 |
| Gratuity | | 7.47 |

## Total                67.22

Including VAT at 17.5%
VAT No 562 9829 96

WWW.SQUARERESTAURANT.COM
info@squarerestaurant.com

---

** CUSTOMER COPY **
THE SQUARE
6-10 BRUTON STRE
MAYFAIR, W1X  7A

M9421780065      T17910584
15-02-07              13:12
AMEX
***********2006
11/08 (S)           R8099
TOTAL SALE

£67.22

Please debit my account
with the total amount.
AUTH CODE: 24
PLEASE RETAIN RECEIPT
THANK YOU.

---

*Recruiting Dinner*
*N. Ahrens*

## MEMORIES OF CHINA
TEL: 0207 603 6951
353 KENSINGTON HIGH STREET W8

WED FEBRUARY 28, 2007
### CHECK #119594-1
TABLE #5

| | |
|---|---|
| 1 Seaweed | 4.80 |
| 1 Prawn Toast | 6.80 |
| 1 Red oil dumplings | 7.80 |
| 1 Salmon | 12.95 |
| 1 Soft Shell Crab | 12.95 |
| 1 Bang Bang Chicken | 7.80 |
| 1 Monk Fish | 16.00 |
| 2 Plain Rice | 5.50 |
| 1 Steamed chicken | 11.75 |
| 4 Btl Water | 14.00 |
| SERVICE        : | 12.54 |
| **TOTAL** | **112.89** |

VAT CHARGED AT 17.5%
EXCLUDING OPTIONAL GRATUITY
VAT REG NO: 858255981
Time: 21:27    1 CUSTOMER

---

** CUSTOMER COPY **
Memories of Chin
353 Kensington H
London, W8 6NW

M9427917588      T17977683
28-02-07              21:29
AMEX
***********2006
11/08 (S)           R0379
TOTAL SALE

£112.89

Please debit my account
with the total amount.
AUTH CODE: 14
PLEASE RETAIN RECEIPT
THANK YOU.

Confidential

# HOTEL BRISTOL

*Wien*

BAR
RECHNUNG
UID: ATU 15671306

Name/Firma:

1 BAR OK

TI 4/1      1391
23MAR'07 17:08

```
3 WEIN GESPRITZT    21.00
2 STOLICHNAYA V.     20.00
  ZU ZAHLEN          41.00
```

HOTEL IMPERIAL
*Wien*

HOTEL BRISTOL
*Wien*

HOTEL
GOLDENER HIRSCH
*Salzburg*

IMPERIAL TORTE

Inklusivpreise
All taxes included

Zimmer Nr./Room No.                    Unterschrift des Gastes/Signature

Kärntner Ring 1, A-1015 Wien, Austria
Tel. (1) 51 516-0, DVR-Nr. 0421791, Telefax (1) 51 516-550
www.luxurycollection.com/bristol
ATU Nummer 15671306

Confidential



*Hofer*
*Ofner*
*Krieger etc.*
*see attached*

## Steirereck im Stadtpark

## RECHNUNG # 13-010208 09

29-Jan-07 / 22:33

Steirereck - TischNr: 46 - Bediener: Hr. A. Schmid

| Menge | Artikel | Einzelpreis | MwSt. | Gesamtpreis |
|---|---|---|---|---|
| 4 | * Gedeck Abend | 5,00 € | 10% | 20,00 € |
| 1 | * Käse vom Wagen | 13,00 € | 10% | 13,00 € |
| 1 | * Almochse | 35,00 € | 10% | 35,00 € |
| 1 | * Huchen Abend | 34,00 € | 10% | 34,00 € |
| 1 | * K-Filet+ Hummer Abend | 32,00 € | 10% | 32,00 € |
| 1 | * Kokos+Kaffee | 15,00 € | 10% | 15,00 € |
| 1 | * Kräuterseitlinge | 18,00 € | 10% | 18,00 € |
| 1 | * Schokolade | 15,00 € | 10% | 15,00 € |
| 1 | * Stör groß | 38,00 € | 10% | 38,00 € |
| 2 | * Warme Gänseleber | 28,00 € | 10% | 56,00 € |
| 1 | * Hauptspeise Divers | 39,00 € | 10% | 39,00 € |
| 2 | * Steireck Jahrgangspils 0,3 | 3,60 € | 20% | 7,20 € |
| 6 | * Römerquelle Prickelnd 0,75 | 5,90 € | 20% | 35,40 € |
| 1 | * Macchiato | 3,30 € | 20% | 3,30 € |
| 1 | * '03 Richebourg, Gros | 325,00 € | 20% | 325,00 € |
| 1 | * '98 TBA Nr.13 CH, Kracher | 72,00 € | 20% | 72,00 € |
| 1 | * '04 Bela Rex, Gesellmann | 69,00 € | 20% | 69,00 € |
| 1 | * '93 Montrachet, Chartron & Treb | 290,00 € | 20% | 290,00 € |
| 1 | * '03 Meursault, Coche-Dury | 196,00 € | 20% | 196,00 € |

**Rechnungssumme:** 1.312,90

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 831,58 | 166,32 | 997,90 |
| 10,00 | 286,36 | 28,64 | 315,00 |
| | 1.117,95 | 194,95 | 1.312,90 |

'Das Beste vom Steirereck'
Das neue Österreich Kochbuch von Heinz Reitbauer
mit den besten Rezepten des Steirerecks für zu Hause!
Signiert, um € 4,50.

Seite 1/1

Restaurant Steirereck GmbH ▪ Familie Reitbauer ▪ Am Heumarkt 2a ▪ 1030 Wien
T:+43/1/713 31 68 ▪ Fax:DW+2 ▪ wien@steirereck.at ▪ www.steirereck.at ▪ UID-Nr. ATU 15 700 604

Steirereck-Stadtpark
1030 Wien
01

KUNDENRES
TID: 26420319
UID: 0006309009
VISA
*************#0006
**/**
GENEHMIGUNG: 091237 KL
BELEGNUMMER: 005548

BETRAG:    EUR 1312,90
TRINKGELD: EUR

GESAMT:    EUR
===========
GEN.NR.:091237

DATUM:    29-01-07
UHRZEIT:  22:33
BETRAG BITTE ABBUCHEN

Confidential

LEH_0000604

**Pasquino, Roberta**

| | |
|---|---|
| **Subject:** | Updated: In-Person Meeting for EVN AG/PROJECT MOZART II (126019.2) (Dinner mit Herrn Ofner & Hofer) |
| **Location:** | Restaurant Steirereck, Am Heumarkt 2a, 1030 Wien res. auf "EVN" |
| **Start:** | Mon 29/01/2007 18:30 |
| **End:** | Mon 29/01/2007 20:30 |
| **Recurrence:** | (none) |
| **Meeting Status:** | Accepted |
| **Required Attendees:** | Krieger, Jurgen; Pasquino, Roberta; 'Thomas Marsoner' |
| **Optional Attendees:** | CM_Germany |
| **AppointmentType:** | In-Person Meeting |
| **BoardMeeting:** | False |
| **ClientMeeting:** | True |
| **comboCores:** | EVN AG (126019) |
| **comboProjects:** | PROJECT MOZART II (126019.2) |
| **Confidential:** | False |
| **ebkIdentifier:** | 12000120605 |

In-Person Meeting for EVN AG/PROJECT MOZART II (126019.2)

Client Attendees:
Burkhard Hofer, Board Member, at EVN AG
Günther Ofner, Board Member, at EVN AG

Client Attendees:
Burkhard Hofer, Board Member, at EVN AG
Günther Ofner, Board Member, at EVN AG

Meeting Notes/Synopsis:
Dinner

Confirmed Attendees:
Lehman: Jurgen A. Krieger
Client:
EVN AG: Burkhard Hofer (Board Member), Günther Ofner (Board Member)

1

*Sacher*

*w/ Kadrnocka*

**RESTAURANT INDOCHINE**
.STUBENRING 18
A-1010 WIEN

**AMERICAN EXPRESS**
379109097892006(L)
gültig bis: 11/2008

TID:13501492      VID:9401115050
Beleg Nr.: 010741
Gen. Nr.: 94
Datum: 29/01/2007   Zeit: 14:05

**Betrag:**
(Amount)    EUR **70,30**
**Trinkgeld:**
(Tip)    EUR
- - - - - - - - - - - - - - - - - - - -
**Gesamt:**
(Total)  EUR
========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

indochine 21
Stubenring 18
A-1010 Wien
Tel (1)  513 76 60   Fax(1)  513 76 60 16

WGG Restaurantbetriebs.GmbH
Laurenzerberg 2 , 1010 Wien
UID-Nr.: ATU 53470104

Rechnung 5008
Tisch 20 am 29.01.2007 um 14:18

| | | |
|---|---|---|
| 2 Radeberger 0,33 | 2.80 | 5.60 |
| 2 2GangMittag | 18.00 | 36.00 |
| 5 Sabathini1/8 | 5.00 | 25.00 |
| 1 Espresso gross | 3.70 | 3.70 |

total            70.30

| | | |
|---|---|---|
| MwSt10% aus | 36.00 | 3.27 |
| MwSt20% aus | 34.30 | 5.72 |
| gesamt  aus | 70.30 | 8.99 |

Danke für Ihren Besuch !!

Confidential



# Steirereck

Restaurant Steirereck GmbH
Im Stadtpark – 1030 Wien
UID: ATU-15700604

# R E C H N U N G

30-Jan-07/14:21 RgNr:13-017155 08
Tisch-Nr: 51  Beleg: 13029603

| | | |
|---|---|---|
| 2x Gedeck Mittag | à 3,00 | 6,00 |
| 1x Saibling Mittag | à 19,00 | 19,00 |
| 1x Zander groß light | à 20,50 | 20,50 |
| 1x Beilagen Salat lig | à 6,90 | 6,90 |
| 1x Pogusch Lamm ligh | à 26,00 | 26,00 |
| 1x Paradeissaft | à 5,20 | 5,20 |
| 1x Römerquelle Pricke | à 5,90 | 5,90 |
| 1x Sauerstoffwasser 0 | à 5,80 | 5,80 |
| 1x Bloody Mary | à 10,50 | 10,50 |
| 2x Steirereck Cappucc | à 3,90 | 7,80 |
| 3x '05 GV, Pfaffl | à 4,70 | 14,10 |
| 1x Zigarren Divers | à 7,50 | 7,50 |

| MwSt.% | Netto | MwSt. | Brutto |
|---|---|---|---|
| 20,00 | 47,33 | 9,47 | 56,80 |
| 10,00 | 71,27 | 7,13 | 78,40 |

Total: EUR

## ** 135,20 **

135,20 Visa  = EUR  135,20

*** Schon Probiert ? ***
<< Mittags das Steirereck light >>
Von 11:30 bis 16 Uhr
<< 17 – 24 Uhr die ess.bar >>
kleine Steirereck Highlights

---

→ Sacher

Steirereck-Stadtpark
1030 Wien
01/7133168

KUNDENBELEG
TID: 26420319
UID: 000630905
VISA
************8036
**/**
GENEHMIGUNG: 001679 (L)
BELEGNUMMER: 005570

BETRAG:   EUR  135,20
TRINKGELD: EUR

GESAMT:   EUR
===============
GEN.NR.:001679

DATUM:       30-01-07
UHRZEIT:    14:20
BETRAG BITTE ABBUCHE

E Sacher

NAME:  Mehmed
..................................
..................................
..................................

YOHM
E.A.G. Gastro G.m.b.H
Laurenzerberg 2  1010 Wien
Tel. ( 1 ) 533 2900
UID:ATU 40210302
Für Tisch Nr. 106   am   31.01.2007
Rechnungs-Nr. 1804

| | | | |
|---|---|---|---|
| 3 | Radeb0,3 | 3.10 | 9.30 |
| 1 | RöSti110,7 | 6.50 | 6.50 |
| 1 | MGer1+Suppe | 16.90 | 16.90 |
| 1 | Hot&SourSoup | 5.00 | 5.00 |
| 1 | MittagGer3 | 16.50 | 16.50 |
| 1 | SenFirstFlush | 7.00 | 7.00 |
| 1 | GreenTeaIce | 6.50 | 6.50 |

total          67.70

MwSt10% aus   44.90    4.08
MwSt20% aus   22.80    3.80
gesamt

Confidential

→ Sacher
w/ Teitelbaum

— Sacher

## indochine 21
Stubenring 18
A-1010 Wien
Tel (1) 513 76 60   Fax(1) 513 76 60 16

WGG Restaurantbetriebs.GmbH
Laurenzerberg 2 , 1010 Wien
UID-Nr.: ATU 53470104

Rechnung 5706
Tisch 7 am 09.02.2007 um 22:50

| | | | |
|---|---|---|---|
| 3 | Radeberger 0,33 | 2.80 | 8.40 |
| 1 | Kaiserrollen | 11.50 | 11.50 |
| 2 | Auberginenkuchen | 17.50 | 35.00 |
| 2 | Thunfisch | 23.00 | 46.00 |
| 1 | Port. Reis | 2.40 | 2.40 |
| 1 | Römerquell still | 5.50 | 5.50 |
| 1 | Pol Roger Rose 0 | 140.00 | 140.00 |
| 2 | Schoko-Träne | 9.80 | 19.60 |
| 2 | NieportLBV99 | 8.00 | 16.00 |

## total        284.40

MwSt10% aus    114.50    10.41
MwSt20% aus    169.90    28.32
gesamt  aus    284.40    38.73

Danke für Ihren Besuch !!

RESTAURANT INDOCHINE
STUBENRING 18
A-1010 WIEN

VISA
4003028004078036(L)
gültig bis: 06/2008

TID:13501492       VID:600829550
Beleg Nr.: 011247
Gen. Nr.: 091430
Datum: 09/02/2007   Zeit: 22:37

Betrag:
(Amount)   EUR  284,40
Trinkgeld:
(Tip)   EUR
----------------------------
Gesamt:
(Total)   EUR
==========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

_____

VIELEN DANK FUER IHREN BESUCH!

Confidential

→ Sacher
Melamed

eat. drink. man. woman.

## Tisch: 31,0

29.03.2007                    Bed. 14 Rs.:    108

Gl.Bellini                                  7.50
Gl.Prosecco Spumante                        4.80
San Pellegrino 0,75                         5.50
2  x  2.80
Gedeck                                      5.60
Rinderrücken Rucolacreme                   22.50
Thunfischpansotti                          23.50
Heilbutt                                   29.00
Kaninchen gebraten                         24.50
Fl.Roero Arneis                            34.00

ENTHALTENE MWST 20% :              8.63 EUR
SUMME NETTO  ( 20%):              43.17 EUR
SUMME BRUTTO ( 20%):              51.80 EUR

ENTHALTENE MWST 10% :              9.55 EUR
SUMME NETTO  ( 10%):              95.55 EUR
SUMME BRUTTO ( 10%):             105.10 EUR

## Summe:            156.90 EUR

BAR GEGEBEN        :            156.90 EUR

Vielen Dank für Ihren Besuch !
Es bediente Sie Wolfgang
ATU 53415004

fabios restaurant, bar, lounge. tuchlauben 6, a.1010 wien
t: 01.5322222, fabios@fabios.at, www.fabios.at
fabio Restaurationsbeteiligungs- und -betriebs GmbH

---

**FABIOS**
TUCHLAUBEN 6
A-1010 WIEN

**VISA**
4003028004078036(L)
gültig bis: 06/2008

TID:13501576       VID:600854301
Beleg Nr.: 018730
Gen. Nr.: 098270
Datum: 29/03/2007    Zeit: 21:44

**Betrag:**
(Amount)    EUR  156,90
**Trinkgeld:**
(Tip)    EUR
- - - - - - - - - - - - - - - - - - - - -
**Gesamt:**
(Total)   EUR
=========================

Obigen Betrag bitte abbuchen
Unterschrift (Signature):

VIELEN DANK FUER IHREN BESUCH!

Confidential

# THE TRAVELLERS CLUB

106 PALL MALL, LONDON, SW1Y 5EP
Tel: 020 7930 8688  Fax: 020 7930 2019

| CVTS | BILL No. |
|------|----------|
| 2 | 28890 |

| MEMBER | TABLE No. | DATE |
|--------|-----------|------|
| T. Mansoner | 8 | 01/03 |

| 4 | FOOD | | |
|---|------|---|---|
| | 2 x Oysters | 14 | 5 |
| | Mozzellow Salad | 3 | 80 |
| | Dover Sole Grilled | 22 | 0 |
| | Grilled Sea Bass | | |
| | Sugar Snap Peas | | |
| | Braised Leeks | 2 | 00 |
| | 1 x £ 17.75 | 17 | 75 |
| 2 | COFFEE | 2 | 60 |
| 7 | GUEST CHARGE | 2 | 25 |
| 3 | WINES | 22 | 0 |
| 1 | SPIRITS | SRL 2 | 00 |
| 6 | BEER | C/Ba 1 | 60 |
| 5 | MINERALS | £ | 60 |
| | TOTAL | 97 | 00 |

Credit/Charge Card - Surcharge

# THE TRAVELLERS CLUB

106 PALL MALL, LONDON, SW1Y 5EP
Tel: 020 7930 8688  Fax: 020 7930 2019

VAT No. 239 4262 53

28890

Lunch/Dinner Received With Thanks From

Total Received £ _____

Date _____

Lunch w/ David Teitelbaum

Confidential

LEH_0000610

*-> Project Sacher*

*Dinner w/*

*Mr. Androsch +*

*Mr Rauch*

## Hotel
## Gasthof Post
## Lech

Fam. Moosbrugger
A-6764 Lech am Arlberg
Tel. 05583-22060
www.postlech.com
ATU36045105

---

RECHNUNG
Tisch 133                        Zimmer 35


| | | |
|---|---|---|
| 1x Frittaten Suppe | 6,00 | 1 |
| 1x GB GV Renner 05 0,75 | 43,00 | 2 |
| 2x Lynch Bages 97 0,75 | | |
| à 160,00 | 320,00 | 2 |
| 4x Vorspeise | | |
| à 22,00 | 88,00 | 1 |
| 4x Hirschkotelett Stück pro Pax | | |
| à 36,00 | 144,00 | 1 |
| 1x Kaffeekreation Himbeeren | | |
| Himbeereis | 16,00 | 1 |
| 1x Espresso | 3,00 | 2 |
| 4x Evian 1 lt | | |
| à 8,00 | 32,00 | 2 |

---

-> Zimmer    35           Euro 652,00
Gast: Marsoner Thomas




Ihre Unterschrift


| MWST% | Netto | MWST | Brutto | M |
|---|---|---|---|---|
| 10,0% | 230,91 | 23,09 | 254,00 | 1 |
| 20,0% | 331,67 | 66,33 | 398,00 | 2 |

Elite-TNR. 2 09.04.2007 21:48     KeNr.1
Vielen Dank sagt Ihnen: Gernot R.

Confidential

| F Telephone Billing Period (36) | Mobile Phone Bills (37) 5620001 | Phonecard & Other Bus. Use (excl Hotel) (38) 5620004 | Private Home Phone Bill (39) 5620010 | Total Telephone | Currency | Exchange Rate (X.XX = €1.00) | Mobiles - € value | Phonecard & Oth Bus - € value | Private Home Phone - € value | Total Phone - € value |
|---|---|---|---|---|---|---|---|---|---|---|
| 22-Mar-07 | | 439.21 | | 439.21 | Eur | 1.46 | 0.00 | 300.83 | 0.00 | 300.83 |
| 13-Nov-06 | | | 20.62 | 20.62 | | 1.00 | 0.00 | 0.00 | 20.62 | 20.62 |
| 12-Dec-06 | | | 31.82 | 31.82 | | 1.00 | 0.00 | 0.00 | 31.82 | 31.82 |
| 09-Feb-07 | | | 16.61 | 16.61 | | 1.00 | 0.00 | 0.00 | 16.61 | 16.61 |
| 08-Nov-06 | 148.47 | | | 148.47 | | 1.00 | 148.47 | 0.00 | 0.00 | 148.47 |
| 08-Dec-06 | 262.03 | | | 262.03 | | 1.00 | 262.03 | 0.00 | 0.00 | 262.03 |
| 09-Jan-07 | 410.81 | | | 410.81 | | 1.00 | 410.81 | 0.00 | 0.00 | 410.81 |
| 07-Feb-07 | 600.41 | | | 600.41 | | 1.00 | 600.41 | 0.00 | 0.00 | 600.41 |
| 09-Mar-07 | 63.95 | | | 63.95 | | 1.00 | 63.95 | 0.00 | 0.00 | 63.95 |
| 12-Nov-06 | 154.89 | | | 154.89 | | 1.00 | 154.89 | 0.00 | 0.00 | 154.89 |
| 09-Dec-06 | 333.16 | | | 333.16 | | 1.00 | 333.16 | 0.00 | 0.00 | 333.16 |
| 13-Jan-07 | 486.17 | | | 486.17 | | 1.00 | 486.17 | 0.00 | 0.00 | 486.17 |
| 11-Feb-07 | 291.72 | | | 291.72 | | 1.00 | 291.72 | 0.00 | 0.00 | 291.72 |
| 12-Mar-07 | 469.40 | | | 469.40 | | 1.00 | 469.40 | 0.00 | 0.00 | 469.40 |
| 06-Apr-07 | 312.57 | | | 312.57 | | 1.00 | 312.57 | 0.00 | 0.00 | 312.57 |
| 06-May-07 | 85.40 | | | 85.40 | | 1.00 | 85.40 | 0.00 | 0.00 | 85.40 |
| 13-May-07 | 191.34 | | | 191.34 | | 1.00 | 191.34 | 0.00 | 0.00 | 191.34 |
| Totals in € | 3,810.32 | 300.83 | 69.05 | 4,180.20 | | | 3,810.32 | 300.83 | 69.05 | 4,180.20 |
| VAT | | | | | | | | | | |
| NET | | | | | | | | | | |

Confidential

# O2 select

# your bill

2491  ODIM768A   EMVK95  23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/01608634 |
| PAGE | 1 of 5 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 125 & 100 Plan** | | |
| Line Rental Charge | From: 12 May 07 To: 11 Jun 07 | 21.28 |
| Call Charges | To: 11 May 07 | 240.57 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | | 2.54 |
| Loyalty Reward - International | | 25.99CR |
| Inclusive Browse and Download | From: 12 May 07 To: 11 Jun 07 | 0.00 |
| **Sub Total Excluding VAT** | | 238.40 |
| VAT @ 17.50% of £238.40 | | 41.72 |
| **Total amount due this bill** | | 280.12 |
| **Balance Brought Forward** | | 0.00 |

TOTAL AMOUNT DUE 27 May 07    £ 280.12

*191.34*

## About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 125 | minutes |
| Free data volume used this period | 40 | kb |
| Free units used this period | 50 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**
select@o2.com

**Payments**

To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

# O2

## your account

| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE                2 of 5

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/APR | 8:20:54 | 00447802148225 | AUT | :02 | .30 | 05/APR | 8:22:02 | 06642317387 | AUT | 25:49 | 7.75 |
| 05/APR | 10:18:07 | 00447802148231 | AUT | :03 | .30 | 05/APR | 10:18:45 | 491607414160 | AUT | 2:35 | .62 |
| 05/APR | 10:32:22 | 7801340241 | AUT | :00 | .00 | 05/APR | 10:33:21 | 7801340241 | AUT | :00 | .00 |
| 05/APR | 10:41:30 | 7802000332 | AUT | :01 | .00 B | 05/APR | 10:48:20 | 0385111464 | AUT | 4:01 | .96 |
| 05/APR | 11:16:50 | 7801340241 | AUT | :00 | .00 | 05/APR | 11:36:03 | 436642011150 | AUT | 2:11 | .53 |
| 05/APR | 11:52:44 | 00447801340241 | AUT | :23 | .30 | 05/APR | 12:39:27 | 7801340241 | AUT | :00 | .00 |
| 05/APR | 13:57:30 | 00447801340241 | AUT | :13 | .30 | 05/APR | 17:21:50 | 0385111464 | AUT | 4:13 | 1.01 |
| 05/APR | 17:29:15 | 00447769885714 | AUT | :11 | .30 | 05/APR | 19:25:37 | 00447802148230 | AUT | :05 | .30 |
| 05/APR | 22:07:11 | 00447802148968 | AUT | :24 | .30 | 09/APR | 14:56:15 | 00447802148948 | AUT | :31 | .30 |
| 09/APR | 15:03:05 | 00447802148267 | AUT | 2:47 | .90 | 09/APR | 15:06:19 | 06642357774 | AUT | :53 | .30 |
| 09/APR | 17:07:35 | 0664260618 | AUT | :52 | .30 | 09/APR | 15:08:58 | 00491784120925 | AUT | :21 | .30 |
| 09/APR | 15:09:37 | 00447802148215 | AUT | :03 | .30 | 09/APR | 18:10:39 | 00447802148638 | AUT | :05 | .30 |
| 09/APR | 18:39:41 | 0012122208727 | AUT | :12 | .79 | 10/APR | 9:08:47 | 00447802148028 | AUT | :51 | .30 |
| 10/APR | 9:10:08 | 0385111464 | AUT | 4:11 | 1.00 | 10/APR | 10:30:20 | 491607414160 | AUT | 37:41 | 8.98 |
| 10/APR | 11:16:11 | 7711280840 | AUT | 20:28 | 4.88 | 10/APR | 12:54:15 | 0385111464 | AUT | 9:50 | 2.35 |
| 10/APR | 13:46:07 | 901 | AUT | :08 | .30 | 10/APR | 13:46:39 | 2071027746 | AUT | 2:29 | .75 |
| 10/APR | 14:02:01 | 7802000332 | AUT | :01 | .00 B | 10/APR | 14:52:02 | 0385111464 | AUT | 6:03 | 1.45 |
| 10/APR | 14:57:02 | 7750503521 | AUT | :26 | .30 | 10/APR | 14:57:02 | 0385111464 | AUT | :26 | .11 |
| 10/APR | 14:58:18 | 0385111464 | AUT | :08 | .04 | 10/APR | 14:59:04 | 901 | AUT | :19 | .30 |
| 10/APR | 15:07:46 | 7801340241 | AUT | :42 | .17 | 10/APR | 17:23:07 | 901 | AUT | :20 | .30 |
| 11/APR | 8:25:55 | 7750503521 | AUT | :27 | .30 | 11/APR | 8:25:55 | 0385111464 | AUT | :27 | .11 |
| 11/APR | 8:44:06 | 7802000332 | AUT | :01 | .00 B | 11/APR | 9:39:07 | 4969153074147 | AUT | :40 | .16 |
| 11/APR | 9:40:12 | 436642606018 | AUT | 5:23 | 1.64 | 11/APR | 9:46:07 | 491784120925 | AUT | 9:11 | 2.76 |
| 11/APR | 9:48:13 | 7750503521 | AUT | :22 | .30 | 11/APR | 9:48:13 | 0385111464 | AUT | :22 | .09 |
| 11/APR | 9:55:43 | 901 | AUT | :55 | .30 | 11/APR | 11:13:17 | 901 | AUT | :08 | .30 |
| 11/APR | 12:44:24 | 7750503521 | AUT | :27 | .30 | 11/APR | 12:44:24 | 0385111464 | AUT | :27 | .11 |
| 11/APR | 13:09:04 | 901 | AUT | :36 | .30 | 11/APR | 13:10:05 | 7920506506 | AUT | 11:30 | 3.43 |
| 11/APR | 13:26:23 | 7802000332 | AUT | :01 | .00 B | 11/APR | 13:34:28 | 7802000332 | AUT | :01 | .00 B |
| 11/APR | 14:05:19 | 0385111464 | AUT | :04 | .02 | 11/APR | 14:05:19 | 7750503521 | AUT | :04 | .30 |
| 11/APR | 15:52:44 | 0385111464 | AUT | :05 | .02 | 11/APR | 15:52:44 | 7750503521 | AUT | :05 | .30 |
| 11/APR | 18:29:39 | 7750503521 | AUT | 1:38 | .53 | 11/APR | 18:29:39 | 0385111464 | AUT | 1:38 | .39 |
| 11/APR | 18:31:38 | 0385111464 | AUT | :04 | .02 | 11/APR | 18:31:38 | 7750503521 | AUT | :04 | .30 |
| 11/APR | 18:34:56 | 901 | AUT | 1:25 | .45 | 11/APR | 18:36:30 | 901 | AUT | 1:31 | .53 |
| 11/APR | 18:37:04 | 7750503521 | AUT | :03 | .30 | 11/APR | 18:37:04 | 0385111464 | AUT | :03 | .02 |
| 11/APR | 18:39:55 | 436642531804 | AUT | :24 | .30 | 11/APR | 18:40:53 | 436645240042 | AUT | :29 | .30 |
| 11/APR | 18:42:19 | 43707731460 | AUT | 14:43 | 3.51 | 11/APR | 18:44:59 | 0385111464 | AUT | :46 | .19 |
| 11/APR | 18:44:59 | 7750503521 | AUT | :46 | .30 | 11/APR | 18:58:09 | 436645312199 | AUT | 2:10 | .68 |
| 11/APR | 22:15:43 | 4315267777 | AUT | :13 | .30 | 12/APR | 10:02:27 | 7802000332 | AUT | :01 | .00 B |
| 12/APR | 10:52:32 | 7750503521 | AUT | :56 | .30 | 12/APR | 10:52:32 | 0385111464 | AUT | :56 | .23 |
| 12/APR | 11:18:38 | 901 | AUT | 2:09 | .68 | 12/APR | 11:22:06 | 4312450003195 | AUT | 18:31 | 5.59 |
| 12/APR | 12:06:45 | 0385111464 | AUT | 11:37 | 2.77 | 12/APR | 12:12:28 | 0385111464 | AUT | :29 | .12 |
| 12/APR | 12:12:28 | 7750503521 | AUT | :29 | .30 | 12/APR | 12:41:30 | 431700760000 | AUT | 2:41 | .82 |
| 12/APR | 13:07:06 | 436642011150 | AUT | :51 | .30 | 12/APR | 13:11:42 | 436642011150 | AUT | 1:18 | .31 |
| 12/APR | 13:19:35 | 43512574345121 | AUT | :48 | .30 | 12/APR | 13:22:59 | 2071021746 | AUT | :18 | .30 |
| 12/APR | 15:17:07 | 901 | AUT | :55 | .30 | 12/APR | 15:17:57 | 901 | AUT | :33 | .14 |
| 12/APR | 15:17:57 | 7750503521 | AUT | :33 | .30 | 12/APR | 15:22:49 | 901 | AUT | :47 | .30 |
| 12/APR | 15:25:32 | 491784120925 | AUT | 2:12 | .68 | 12/APR | 16:12:06 | 7750503521 | AUT | :32 | .30 |
| 12/APR | 16:12:06 | 0385111464 | AUT | :32 | .13 | 12/APR | 16:13:41 | 901 | AUT | :46 | .30 |
| 12/APR | 16:15:07 | 491729413159 | AUT | 4:23 | 1.35 | 12/APR | 16:21:20 | 436642011150 | AUT | :26 | .11 |
| 12/APR | 16:31:58 | 901 | AUT | :32 | .30 | 12/APR | 17:27:17 | 43901 | AUT | :00 | .00 |
| 12/APR | 17:34:58 | 00447802148786 | AUT | 1:05 | .38 | 12/APR | 17:36:33 | 00491607414160 | AUT | :31 | .30 |
| 12/APR | 17:46:29 | 43512574345145 | AUT | 3:31 | .84 | 12/APR | 19:50:10 | 00491729413159 | AUT | :27 | .30 |
| 12/APR | 20:15:06 | 43699173003132 | AUT | :00 | .00 | 12/APR | 20:27:43 | 00447801340241 | AUT | 12:42 | 3.80 |
| 12/APR | 21:13:37 | 00447802148800 | AUT | :31 | .30 | 12/APR | 21:14:12 | 43901 | AUT | :00 | .00 |
| 13/APR | 9:03:23 | 00442084131986 | AUT | 32:31 | 9.76 | 13/APR | 9:49:25 | 00447802148385 | AUT | :24 | .30 |
| 13/APR | 9:49:53 | 43901 | AUT | :00 | .00 | 13/APR | 10:27:50 | 00447802148064 | AUT | 1:15 | .38 |
| 13/APR | 10:29:45 | 00491729413159 | AUT | 5:47 | 1.79 | 13/APR | 11:00:59 | 0512272720 | AUT | :24 | .30 |
| 13/APR | 12:20:44 | 0385111464 | AUT | 8:52 | 2.12 | 13/APR | 12:34:20 | 00447802148046 | AUT | :08 | .30 |
| 13/APR | 14:42:43 | 00447802148247 | AUT | :48 | .30 | 13/APR | 14:43:35 | 43901 | AUT | :00 | .00 |

**Carried Forward To Next Page**                93.85

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential                LEH_0000614

# O2

## your account

| | |
|---|---|
| BILL | 01608634 |
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE        3 of 5

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | 93.85 | | | | | | |
| 13/APR | 15:17:04 | 00447802148982 | AUT | :04 | .30 | 13/APR | 16:29:27 | 7801340241 | AUT | :00 | .00 |
| 13/APR | 17:10:17 | 00447802148611 | AUT | :52 | .30 | 13/APR | 17:11:13 | 43901 | AUT | :00 | .00 |
| 13/APR | 17:30:10 | 00442071021746 | AUT | 6:52 | 2.09 | 13/APR | 17:38:52 | 00447801340241 | AUT | 7:40 | 2.31 |
| 13/APR | 18:13:54 | 00447802148892 | AUT | 3:36 | 1.12 | 13/APR | 18:16:13 | 7801340241 | AUT | :00 | .00 |
| 13/APR | 18:33:38 | 7802000332 | AUT | :01 | .00 B | 13/APR | 18:36:10 | 00447802148005 | AUT | 1:13 | .38 |
| 13/APR | 18:47:48 | 00447802148246 | AUT | :44 | .30 | 13/APR | 18:54:47 | 06643001654 | AUT | :52 | .30 |
| 13/APR | 18:57:20 | 00447801340241 | AUT | 2:28 | .75 | 13/APR | 19:26:47 | 436642606018 | AUT | 10:16 | 2.45 |
| 13/APR | 21:39:12 | 00447802148787 | AUT | :03 | .30 | 14/APR | 11:47:16 | 43526 | AUT | :00 | .00 |
| 14/APR | 16:03:45 | 7750503521 | AUT | :04 | .30 | 14/APR | 16:03:45 | 0385111464 | AUT | :04 | .02 |
| 14/APR | 16:23:42 | 901 | AUT | :16 | .30 | 14/APR | 18:17:09 | 7750503521 | AUT | :18 | .30 |
| 14/APR | 18:17:09 | 0385111464 | AUT | :18 | .08 | 15/APR | 7:39:02 | 07920506506 | GBR | :47 | .00 B |
| 15/APR | 8:38:01 | 901 | AUT | 1:37 | .53 | 15/APR | 9:08:48 | 8708505850 | AUT | 12:09 | 3.65 |
| 15/APR | 9:34:11 | 8708505850 | AUT | 33:19 | 9.98 | 15/APR | 10:22:26 | 436645312199 | AUT | :09 | .30 |
| 15/APR | 11:53:48 | 7920506506 | AUT | :49 | .30 | 15/APR | 12:56:04 | 7920506506 | AUT | 21:22 | 5.10 |
| 15/APR | 13:36:23 | 7920506506 | AUT | 37:06 | 11.10 | 15/APR | 14:24:41 | 0385111464 | AUT | :09 | .04 |
| 15/APR | 14:24:41 | 7750503521 | AUT | :09 | .30 | 15/APR | 14:26:00 | 0385111464 | AUT | :17 | .07 |
| 15/APR | 14:26:00 | 7750503521 | AUT | :17 | .30 | 15/APR | 15:39:58 | 901 | AUT | :34 | .30 |
| 15/APR | 16:39:48 | 8708505850 | AUT | 4:00 | 1.20 | 15/APR | 16:44:00 | 8708505850 | AUT | 3:32 | 1.12 |
| 15/APR | 16:47:43 | 8708505850 | AUT | 5:39 | 1.72 | 15/APR | 17:02:00 | 0385111464 | AUT | :22 | .09 |
| 15/APR | 17:02:00 | 7750503521 | AUT | :22 | .30 | 15/APR | 17:07:08 | 901 | AUT | :24 | .30 |
| 15/APR | 17:07:54 | 436642011150 | AUT | 1:59 | .60 | 15/APR | 18:57:00 | 07737318352 | GBR | :24 | .00 B |
| 15/APR | 19:10:27 | 901 | GBR | :09 | .00 B | 15/APR | 21:53:55 | 901 | GBR | :06 | .00 B |
| 16/APR | 9:32:54 | 901 | GBR | :41 | .00 B | 16/APR | 11:47:21 | 901 | GBR | 1:54 | .00 B |
| 16/APR | 12:44:59 | 08708505850 | GBR | 25:35 | .00 B | 16/APR | 13:48:26 | 901 | GBR | :57 | .00 B |
| 16/APR | 13:49:57 | 02071024414 | GBR | :20 | .00 B | 16/APR | 13:51:29 | 901 | GBR | 1:32 | .00 B |
| 16/APR | 13:53:45 | 07803932197 | GBR | 12:57 | .00 B | 17/APR | 12:36:55 | 0043642365967 | GBR | 3:01 | .44 |
| 17/APR | 14:48:41 | 901 | GBR | 5:01 | .00 B | 17/APR | 15:23:44 | 0041792008138 | GBR | 4:38 | .67 |
| 17/APR | 15:30:07 | 00436642011150 | GBR | :25 | .06 | 17/APR | 15:31:31 | 00436646219845 | GBR | 1:00:01 | 8.68 |
| 17/APR | 16:32:06 | 00436646219845 | GBR | :23 | .06 | 17/APR | 16:34:03 | 07810755457 | GBR | 10:27 | .00 B |
| 17/APR | 16:44:39 | 901 | GBR | :29 | .00 B | 17/APR | 17:13:16 | 00436991513558 | GBR | :16 | .04 |
| 17/APR | 17:44:36 | 901 | GBR | 1:02 | .00 B | 17/APR | 18:42:22 | 901 | GBR | :21 | .00 B |
| 17/APR | 18:43:11 | 004355832407 | GBR | 8:20 | 1.21 | 17/APR | 21:32:27 | 07802400400 | GBR | 15:07 | .00 B |
| 17/APR | 22:01:37 | 0491729413159 | GBR | :01 | .10 | 18/APR | 9:44:06 | 901 | GBR | 1:19 | .00 B |
| 18/APR | 9:45:58 | 0043153170174 | GBR | 7:55 | 1.15 | 18/APR | 9:54:17 | 004315881054 | GBR | :29 | .07 |
| 18/APR | 9:55:05 | 00436642606018 | GBR | :23 | .06 | 18/APR | 14:54:34 | 7801340241 | GBR | :01 | .00 B |
| 18/APR | 16:27:25 | 901 | GBR | 1:53 | .00 B | 18/APR | 16:29:18 | 02074153800 | GBR | 1:21 | .00 B |
| 18/APR | 16:55:16 | 08708505850 | GBR | :40 | .00 B | 18/APR | 16:56:05 | 08708505850 | GBR | 50:11 | 1.39 PB |
| 18/APR | 17:47:53 | 901 | GBR | :48 | .14 | 18/APR | 17:48:41 | 01234567890 | GBR | 1:08 | .02 |
| 18/APR | 17:49:50 | 00436648175011 | GBR | :37 | .09 | 18/APR | 17:52:31 | 00436646219845 | GBR | 12:34 | 1.82 |
| 18/APR | 18:05:49 | 07920506506 | GBR | 1:28 | .25 | 18/APR | 18:45:11 | 00436991010922 | GBR | 4:54 | .71 |
| 19/APR | 9:37:47 | 901 | GBR | 2:24 | .41 | 19/APR | 9:40:52 | 02077200255 | GBR | :38 | .11 |
| 19/APR | 11:11:41 | 7801340241 | GBR | :01 | .00 B | 19/APR | 11:11:58 | 901 | GBR | :59 | .17 |
| 19/APR | 11:28:12 | 07920506506 | GBR | :47 | .13 | 19/APR | 11:29:43 | 7920506506 | GBR | :01 | .00 B |
| 19/APR | 12:19:18 | 901 | GBR | :36 | .10 | 19/APR | 12:22:20 | 00436991010922 | GBR | :46 | .11 |
| 19/APR | 15:19:09 | 7801340241 | GBR | :01 | .00 B | 20/APR | 8:00:57 | 901 | GBR | 1:39 | .28 |
| 20/APR | 8:02:04 | 02076476000 | GBR | :26 | .07 | 20/APR | 8:13:41 | 00436646219845 | GBR | :15 | .04 |
| 20/APR | 9:15:20 | 00491607414160 | GBR | :55 | .13 | 20/APR | 9:17:03 | 0043223627212 | GBR | 16:14 | 2.35 |
| 20/APR | 9:33:54 | 0043190421800 | GBR | :42 | .10 | 21/APR | 9:21:55 | 901 | GBR | 2:28 | .42 |
| 21/APR | 9:25:12 | 00436645312199 | GBR | :23 | .06 | 21/APR | 9:26:04 | 00436642011150 | GBR | 11:08 | 1.61 |
| 21/APR | 15:14:20 | 00436645312199 | GBR | :26 | .06 | 21/APR | 15:15:31 | 00436646219845 | GBR | :33 | .08 |
| 21/APR | 15:19:26 | 04369915513558 | GBR | :01 | .10 | 21/APR | 16:57:41 | 901 | GBR | :24 | .07 |
| 22/APR | 15:00:19 | 901 | GBR | 1:31 | .26 | 23/APR | 9:36:47 | 901 | GBR | 1:31 | .26 |
| 23/APR | 11:07:58 | 02073856595 | GBR | 3:05 | .52 | 23/APR | 13:20:32 | 901 | GBR | :37 | .10 |
| 23/APR | 15:22:08 | 901 | GBR | :34 | .10 | 23/APR | 15:24:01 | 0435070063304 | GBR | 4:36 | .67 |
| 23/APR | 17:36:57 | 901 | GBR | :51 | .14 | 23/APR | 18:04:03 | 004930300153362 | GBR | 11:01 | 1.59 |
| 23/APR | 18:46:55 | 00436645312199 | GBR | 1:04 | .15 | 23/APR | 18:48:10 | 901 | GBR | 1:00 | .17 |
| **Carried Forward To Next Page** | | | | | | | | | | | 169.93 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg, No. GB 778 6037 85
Confidential

# O2

your
## account

| BILL | 01608634 |
|---|---|
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE        4 of 5

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 169.93 |
| 24/APR | 9:20:36 | 901 | GBR | :04 | .02 | 24/APR | 12:11:59 | 901 | GBR | :15 | .04 |
| 25/APR | 4:55:50 | 901 | GBR | 1:14 | .21 | 25/APR | 9:50:59 | 43901 | AUT | :00 | .00 |
| 25/APR | 9:51:33 | 43526 | AUT | :00 | .00 | 25/APR | 9:51:35 | 7801340241 | AUT | :00 | .00 |
| 25/APR | 10:01:55 | 0385111464 | AUT | 1:03 | .26 | 25/APR | 10:04:49 | 7802000332 | AUT | :01 | .00 B |
| 25/APR | 10:05:51 | 00447802148788 | AUT | :33 | .30 | 25/APR | 10:07:03 | 00491729413159 | AUT | 3:48 | 1.20 |
| 25/APR | 10:11:19 | 06642011150 | AUT | 7:03 | 2.16 | 25/APR | 11:50:09 | 00447802148366 | AUT | :36 | .30 |
| 25/APR | 11:50:49 | 43901 | AUT | :00 | .00 | 25/APR | 14:29:40 | 00447785331619 | AUT | :43 | .30 |
| 25/APR | 14:50:51 | 00447802148374 | AUT | :54 | .30 | 25/APR | 16:08:40 | 7917574719 | AUT | :00 | .00 |
| 25/APR | 16:09:15 | 43901 | AUT | :00 | .00 | 25/APR | 16:17:22 | 00447802148096 | AUT | :40 | .30 |
| 25/APR | 16:22:40 | 018787812120 | AUT | 2:21 | .75 | 25/APR | 16:25:55 | 069916127300 | AUT | 7:46 | 2.39 |
| 25/APR | 16:35:17 | 00447802148692 | AUT | :07 | .30 | 25/APR | 16:40:00 | 06646219845 | AUT | 19:22 | 5.81 |
| 25/APR | 17:00:13 | 06645312199 | AUT | 4:12 | 1.27 | 25/APR | 17:01:52 | 00447802148583 | AUT | :21 | .30 |
| 25/APR | 17:02:17 | 43901 | AUT | :00 | .00 | 25/APR | 17:05:00 | 00447802148557 | AUT | :25 | .30 |
| 25/APR | 17:05:59 | 00447900692810 | AUT | 2:37 | .82 | 25/APR | 18:43:20 | 901 | GBR | 1:00 | .17 |
| 25/APR | 18:44:40 | 901 | GBR | :03 | .02 | 25/APR | 19:01:00 | 0012123258415 | GBR | 13:54 | 2.01 |
| 25/APR | 20:20:41 | 00436642011150 | GBR | :07 | .02 | 25/APR | 20:21:13 | 0043512378417 | GBR | 3:33 | .51 |
| 25/APR | 21:43:49 | 901 | GBR | :32 | .09 | 25/APR | 22:20:36 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 8:39:47 | 00436642346609 | GBR | 1:20 | .19 | 26/APR | 8:50:10 | 901 | GBR | :13 | .04 |
| 26/APR | 9:05:02 | 0041794005262 | GBR | :26 | .06 | 26/APR | 9:06:49 | 00436642357774 | GBR | 4:55 | .71 |
| 26/APR | 9:12:31 | 00436642606018 | GBR | :07 | .02 | 26/APR | 9:12:57 | 00431586 1054 | GBR | :12 | .03 |
| 26/APR | 9:37:07 | 0041228195321 | GBR | 1:14 | .18 | 26/APR | 9:40:10 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 10:07:24 | 07920506506 | GBR | :16 | .05 | 26/APR | 10:12:15 | 00436645312199 | GBR | 6:16 | .91 |
| 26/APR | 10:45:26 | 901 | GBR | 1:22 | .23 | 26/APR | 10:47:31 | 00730015219 | GBR | 13:14 | 2.25 |
| 26/APR | 11:01:40 | 00436642606018 | GBR | 5:34 | .81 | 26/APR | 12:45:30 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 13:11:26 | 7917574719 | GBR | :01 | .00 B | 26/APR | 13:12:48 | 901 | GBR | :22 | .06 |
| 26/APR | 13:22:44 | 7917574719 | GBR | :01 | .00 B | 26/APR | 13:25:27 | 7917574719 | GBR | :01 | .00 B |
| 26/APR | 14:32:19 | 00491607414160 | GBR | :09 | .02 | 26/APR | 16:21:47 | 901 | GBR | :29 | .08 |
| 26/APR | 16:22:52 | 0043512574345145 | GBR | 23:28 | 3.40 | 27/APR | 13:07:57 | 901 | GBR | :31 | .09 |
| 27/APR | 13:09:06 | 07920506506 | GBR | :25 | .07 | 27/APR | 13:10:00 | 901 | GBR | 1:10 | .20 |
| 27/APR | 13:11:52 | 2079308688 | GBR | 1:12 | .20 | 27/APR | 15:41:01 | 901 | GBR | :07 | .02 |
| 27/APR | 16:30:29 | 901 | GBR | 3:00 | .51 | 27/APR | 16:33:44 | 901 | GBR | :03 | .02 |
| 27/APR | 16:33:57 | 901 | GBR | :15 | .04 | 27/APR | 16:35:22 | 004369910100922 | GBR | :39 | .09 |
| 27/APR | 16:36:18 | 901 | GBR | 1:22 | .23 | 27/APR | 16:38:10 | 00436645312199 | GBR | :05 | .02 |
| 27/APR | 16:39:10 | 00436645312199 | GBR | :12 | .03 | 27/APR | 16:44:55 | 901 | GBR | :03 | .02 |
| 27/APR | 16:48:05 | 00436645312199 | GBR | :12 | .03 | 27/APR | 17:15:13 | 00436642011150 | GBR | 11:15 | 1.63 |
| 27/APR | 18:46:21 | 7767245224 | GBR | :01 | .00 B | 27/APR | 18:47:06 | 901 | GBR | :42 | .12 |
| 27/APR | 18:49:20 | 07920506506 | GBR | :21 | .06 | 27/APR | 19:04:12 | 901 | GBR | :20 | .06 |
| 27/APR | 19:20:21 | 00436642609022 | GBR | 2:06 | .30 | 29/APR | 11:57:40 | 901 | GBR | :49 | .14 |
| 29/APR | 20:31:08 | 901 | GBR | :07 | .02 | 30/APR | 11:22:03 | 901 | GBR | :56 | .16 |
| 30/APR | 13:45:28 | 901 | GBR | :11 | .03 | 30/APR | 17:59:15 | 7767245224 | GBR | :01 | .00 B |
| 30/APR | 17:59:35 | 901 | GBR | :08 | .02 | 30/APR | 18:15:07 | 7767245224 | GBR | :01 | .00 B |
| 30/APR | 18:43:07 | 7767245224 | GBR | :01 | .00 B | 30/APR | 19:09:43 | 901 | GBR | :21 | .06 |
| 01/MAY | 8:25:00 | 7801340241 | GBR | :01 | .00 B | 01/MAY | 9:13:53 | 02071022151 | GBR | 25:28 | 4.33 |
| 01/MAY | 10:07:21 | 02077478847 | GBR | 5:47 | .98 | 01/MAY | 10:14:00 | 02074821203 | GBR | 1:29 | .25 |
| 01/MAY | 10:18:36 | 02074934933 | GBR | 4:58 | .85 | 01/MAY | 10:25:01 | 02079351653 | GBR | 1:16 | .22 |
| 01/MAY | 10:30:17 | 02074990866 | GBR | 5:39 | .96 | 01/MAY | 10:40:02 | 02076299050 | GBR | 1:30 | .26 |
| 01/MAY | 12:08:24 | 7767245224 | GBR | :01 | .00 B | 01/MAY | 14:56:46 | 901 | GBR | :34 | .10 |
| 02/MAY | 8:05:34 | 901 | GBR | :12 | .03 | 02/MAY | 8:07:34 | 901 | GBR | :57 | .16 |
| 02/MAY | 8:09:33 | 004369919235030 | GBR | 28:07 | 4.07 | 02/MAY | 10:58:51 | 901 | GBR | 1:03 | .18 |
| 02/MAY | 11:03:52 | 01534813788 | GBR | :33 | .09 | 02/MAY | 11:09:20 | 901 | GBR | :44 | .12 |
| 02/MAY | 12:37:49 | 901 | GBR | 1:58 | .33 | 02/MAY | 14:49:05 | 901 | GBR | :35 | .10 |
| 02/MAY | 16:21:24 | 901 | GBR | :31 | .09 | 02/MAY | 16:22:21 | 00436642606018 | GBR | 7:34 | 1.09 |
| 02/MAY | 16:30:39 | 00436642606018 | GBR | 3:13 | .47 | 02/MAY | 17:16:06 | 00436642606018 | GBR | 2:25 | .35 |
| 03/MAY | 10:00:44 | 00436642606018 | GBR | :05 | .02 | 03/MAY | 10:01:05 | 00431586 1054 | GBR | 1:38 | .24 |
| 03/MAY | 11:02:42 | 07785720006 | GBR | :25 | .07 | 03/MAY | 11:32:53 | 901 | GBR | :36 | .10 |
| 03/MAY | 17:20:22 | 07920506506 | GBR | :33 | .09 | 03/MAY | 19:49:05 | 901 | GBR | 1:48 | .31 |

| | | **Carried Forward To Next Page** | | | | | | | | | 219.15 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

# O2

## your account

| BILL | 01608634 |
|------|----------|
| BILL DATE | 13 May 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

PAGE        5 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|------|------|----------------|---------|-------------------|------|------|------|----------------|---------|-------------------|------|
| **Brought Forward From Previous Page** | | | | | | | | | | | 219.15 |
| 03/MAY | 19:52:22 | 004961739410002 | GBR | :13 | .03 | 03/MAY | 19:53:59 | 00491733217452 | GBR | 14:57 | 2.16 |
| 04/MAY | 8:20:09 | 901 | GBR | :26 | .07 | 04/MAY | 10:21:39 | 901 | GBR | 1:14 | .21 |
| 04/MAY | 10:23:22 | 00491729413159 | GBR | 4:00 | .58 | 04/MAY | 10:30:02 | 00436642606018 | GBR | :04 | .02 |
| 04/MAY | 10:30:55 | 004315861054 | GBR | 1:22 | .20 | 04/MAY | 11:04:19 | 0436642606018 | GBR | :01 | .10 |
| 04/MAY | 11:40:54 | 00436642606018 | GBR | :03 | .02 | 04/MAY | 12:21:07 | 00436642606018 | GBR | 3:48 | .55 |
| 04/MAY | 12:25:17 | 004315861054 | GBR | 4:29 | .65 | 06/MAY | 10:51:27 | 901 | GBR | :05 | .02 |
| 07/MAY | 11:33:17 | 901 | GBR | 1:19 | .22 | 07/MAY | 11:34:36 | 02073856595 | GBR | 2:33 | .43 |
| 07/MAY | 13:19:32 | 00436646219845 | GBR | 19:23 | 2.80 | 08/MAY | 18:52:48 | 07920506506 | GBR | :53 | .15 |
| 08/MAY | 7:42:38 | 901 | GBR | :30 | .09 | 08/MAY | 7:43:15 | 901 | GBR | 1:00 | .17 |
| 08/MAY | 7:44:15 | 07920506506 | GBR | :23 | .07 | 08/MAY | 16:45:37 | 7917574719 | GBR | :01 | .00 B |
| 08/MAY | 17:08:45 | 02074821203 | GBR | 3:27 | .59 | 08/MAY | 17:24:28 | 7810755457 | GBR | :01 | .00 B |
| 08/MAY | 19:39:07 | 901 | GBR | :48 | .14 | 08/MAY | 19:40:28 | 004364545312199 | GBR | 5:21 | .77 |
| 08/MAY | 22:30:49 | 901 | GBR | :28 | .08 | 08/MAY | 22:34:39 | 901 | GBR | :31 | .09 |
| 09/MAY | 8:01:27 | 901 | GBR | 1:07 | .19 | 09/MAY | 8:03:20 | 004369919235030 | GBR | 1:03 | .15 |
| 09/MAY | 9:14:11 | 901 | GBR | :56 | .16 | 09/MAY | 9:30:19 | 004369919235030 | GBR | :08 | .02 |
| 09/MAY | 10:23:51 | 901 | GBR | 1:17 | .22 | 09/MAY | 10:25:48 | 00436642011150 | GBR | 4:32 | .66 |
| 09/MAY | 10:38:26 | 901 | GBR | :17 | .05 | 09/MAY | 10:44:48 | 004969153074147 | GBR | :41 | .10 |
| 09/MAY | 12:51:49 | 901 | GBR | :42 | .12 | 09/MAY | 12:52:54 | 00436645312199 | GBR | 17:40 | 2.56 |
| 09/MAY | 13:56:07 | 004315861054 | GBR | :56 | .14 | 09/MAY | 14:36:00 | 901 | GBR | :34 | .10 |
| 10/MAY | 8:09:14 | 004315861054 | GBR | 1:17 | .19 | 10/MAY | 8:12:50 | 00436642606018 | GBR | :11 | .03 |
| 10/MAY | 8:59:14 | 901 | GBR | 1:16 | .22 | 10/MAY | 9:40:19 | 901 | GBR | :21 | .06 |
| 10/MAY | 9:41:53 | 901 | GBR | :05 | .02 | 10/MAY | 9:43:01 | 07920506506 | GBR | 2:53 | .49 |
| 10/MAY | 10:32:37 | 901 | GBR | :17 | .05 | 10/MAY | 10:33:15 | 00491607414160 | GBR | 12:31 | 1.81 |
| 10/MAY | 15:41:24 | 901 | GBR | :15 | .04 | 10/MAY | 15:51:36 | 901 | GBR | :04 | .02 |
| 10/MAY | 16:02:55 | 004315861054 | GBR | :19 | .05 | 10/MAY | 18:21:11 | 08708509850 | GBR | 1:07 | .19 |
| 11/MAY | 8:50:22 | 0043151510210 | GBR | 8:34 | 1.24 | 11/MAY | 12:15:54 | 00436643583363 | GBR | :41 | .10 |
| 11/MAY | 12:17:34 | 07920506506 | GBR | :50 | .14 | 11/MAY | 13:03:14 | 07920506506 | GBR | :44 | .12 |
| 11/MAY | 13:04:42 | 00436642317387 | GBR | 7:41 | 1.11 | 11/MAY | 13:30:12 | 00436642606018 | GBR | 1:39 | .24 |
| 11/MAY | 13:34:18 | 0012127562431 | GBR | 2:28 | .36 | 11/MAY | 13:42:35 | 00436642606018 | GBR | 1:16 | .18 |
| 11/MAY | 14:42:31 | 00436643583363 | GBR | :34 | .08 B | | | | | | |
| | | | | **Call Charges** | | | | | | | 240.57 |
| 01/MAY | 9:04:17 | wap.o2.co.uk | GBR | :00 | .00 B | 07/MAY | 13:19:00 | wap.o2.co.uk | GBR | :00 | .00 B |
| | | | | **Data Calls** | | | | | | | .00 |
| | | | | **TOTAL CALLS** | | | | | | | 240.57 |

**Bundle Key**
B   = Bundle Call
PB = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85
Confidential

LEH_0000617

# O2 select

# your bill

1291 ODIM702A  DLIE76  23900

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/00543470 |
| PAGE | 1 of 5 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 125 & 100 Plan** | | |
| Line Rental Charge | From: 12 Apr 07 To: 11 May 07 | 21.28 |
| Call Charges | To: 09 Apr 07 | 404.35 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | | 2.54 |
| Loyalty Reward - International | | 52.20CR |
| Inclusive Browse and Download | From: 12 Apr 07 To: 11 May 07 | 0.00 |
| **Sub Total Excluding VAT** | | 375.97 |
| VAT @ 17.50% of £375.97 | | 65.79 |
| **Total amount due this bill** | | 441.76 |
| **Balance Brought Forward** | | 0.00 |

---

TOTAL AMOUNT DUE 26 Apr 07                £ 441.76

*312.57*

## About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 98.56 | minutes |
| Free data volume used this period | 40 | kb |
| Free units used this period | 51 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

**Payments**

To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

4263

Confidential

LEH_0000618

# O2

## your account

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE 2 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|
| 12/MAR | 10:07:59 | 00436648175011 | GBR | 25:59 | 3.76 |
| 12/MAR | 11:05:08 | 00436642011150 | GBR | 4:42 | .68 |
| 12/MAR | 11:48:49 | 004969153074147 | GBR | 1:35 | .23 |
| 12/MAR | 12:21:39 | 02070161600 | GBR | 10:49 | .00 B |
| 12/MAR | 15:27:20 | 004315267777 | GBR | 6:03 | .88 |
| 12/MAR | 17:58:37 | 00436763118020 | GBR | :26 | .06 |
| 12/MAR | 18:54:23 | 00436642011150 | GBR | :12 | .03 |
| 12/MAR | 19:01:35 | 004369919235030 | GBR | :28 | .07 |
| 12/MAR | 19:03:45 | 00436642011150 | GBR | 17:39 | 2.55 |
| 12/MAR | 20:24:22 | 00436642011150 | GBR | 1:59 | .29 |
| 13/MAR | 7:43:24 | 00436642606018 | GBR | :06 | .02 |
| 13/MAR | 9:09:36 | 901 | GBR | :07 | .00 B |
| 13/MAR | 11:35:27 | 901 | GBR | :50 | .00 B |
| 13/MAR | 11:39:17 | 004315861054 | GBR | :45 | .11 |
| 13/MAR | 12:08:37 | 00436642606018 | GBR | 2:29 | .36 |
| 13/MAR | 16:28:38 | 901 | GBR | :42 | .00 B |
| 13/MAR | 16:46:03 | 901 | GBR | :37 | .00 B |
| 13/MAR | 17:48:58 | 00436646312199 | GBR | :07 | .02 |
| 14/MAR | 8:45:58 | 00436642011150 | GBR | :18 | .04 |
| 14/MAR | 17:16:37 | 901 | GBR | 1:10 | .00 B |
| 15/MAR | 10:22:50 | 901 | GBR | :03 | .00 B |
| 15/MAR | 16:18:45 | 0017192347431 | GBR | 19:16 | 2.79 |
| 15/MAR | 23:18:26 | 12127562431 | ITA | :18 | .79 |
| 16/MAR | 9:35:36 | 901 | ITA | :07 | .30 |
| 16/MAR | 9:48:12 | 7750503521 | ITA | :19 | .30 |
| 16/MAR | 9:49:05 | 7750503521 | ITA | :12 | .30 |
| 16/MAR | 10:00:23 | 7920506506 | ITA | :17 | .07 |
| 16/MAR | 10:03:58 | 7920506506 | ITA | 9:18 | 2.84 |
| 16/MAR | 10:39:10 | 901 | ITA | :32 | .30 |
| 16/MAR | 11:42:50 | 491607414160 | ITA | :22 | .30 |
| 16/MAR | 15:10:04 | 901 | ITA | :36 | .30 |
| 16/MAR | 16:14:53 | 2071021000 | ITA | 1:49 | .60 |
| 16/MAR | 16:54:41 | 901 | ITA | :02 | .30 |
| 16/MAR | 17:49:33 | 7715213846 | ITA | :22 | .30 |
| 16/MAR | 18:35:51 | 4969153074147 | ITA | 12:31 | 2.99 |
| 17/MAR | 11:08:15 | 901 | ITA | :56 | .30 |
| 17/MAR | 12:09:40 | 436642011150 | ITA | 5:12 | 1.24 |
| 17/MAR | 12:22:02 | 0385111464 | ITA | 2:51 | .68 |
| 19/MAR | 8:47:27 | 2076022103 | ITA | 10:33 | 3.21 |
| 19/MAR | 9:28:28 | 43512574345121 | ITA | 1:15 | .30 |
| 19/MAR | 9:35:45 | 491607414160 | ITA | :40 | .30 |
| 19/MAR | 10:18:58 | 7750503521 | ITA | 1:37 | .53 |
| 19/MAR | 10:48:38 | 4315861054 | ITA | :25 | .10 |
| 19/MAR | 10:59:17 | 901 | ITA | 2:25 | .75 |
| 19/MAR | 11:08:50 | 436642011150 | ITA | 1:01 | .38 |
| 19/MAR | 11:44:11 | 43151326612 | ITA | :08 | .04 |
| 19/MAR | 13:53:47 | 7750503521 | ITA | :30 | .30 |
| 19/MAR | 14:11:41 | 43160117290 | ITA | :06 | .03 |
| 19/MAR | 16:18:52 | 7750503521 | ITA | :33 | .30 |
| 19/MAR | 16:28:02 | 436646278169 | ITA | :12 | .05 |
| 19/MAR | 16:29:05 | 7750503521 | ITA | :54 | .30 |
| 19/MAR | 17:06:01 | 436642011150 | ITA | 1:21 | .45 |
| 19/MAR | 17:06:13 | 43512574345121 | ITA | :21 | .09 |
| 19/MAR | 17:11:57 | 436642051507 | ITA | 2:40 | .82 |
| 19/MAR | 18:06:04 | 4969427265732 | ITA | 39:56 | 9.52 |
| 19/MAR | 18:27:28 | 7750503521 | ITA | :28 | .30 |
| 19/MAR | 18:47:47 | 491729413159 | ITA | 3:26 | 1.05 |
| 19/MAR | 18:52:46 | 0385111464 | ITA | :24 | .10 |
| 19/MAR | 18:55:05 | 43512574345121 | ITA | 5:35 | 1.34 |
| 12/MAR | 10:34:19 | 00436648175011 | GBR | 26:28 | 3.83 |
| 12/MAR | 11:46:03 | 02071021746 | GBR | :09 | .00 B |
| 12/MAR | 12:20:25 | 901 | GBR | 1:14 | .00 B |
| 12/MAR | 12:32:39 | 901 | GBR | 2:31 | .00 B |
| 12/MAR | 16:08:34 | 901 | GBR | 1:03 | .00 B |
| 12/MAR | 18:23:13 | 00436763118020 | GBR | 30:50 | 4.46 |
| 12/MAR | 18:55:07 | 901 | GBR | :15 | .00 B |
| 12/MAR | 19:02:41 | 00431245003195 | GBR | :23 | .06 |
| 12/MAR | 19:41:18 | 901 | GBR | :17 | .00 B |
| 13/MAR | 7:05:23 | 00436642606018 | GBR | :05 | .02 |
| 13/MAR | 7:43:51 | 004315861054 | GBR | 1:36 | .23 |
| 13/MAR | 9:54:01 | 901 | GBR | :38 | .00 B |
| 13/MAR | 11:37:05 | 00436642011150 | GBR | 1:51 | .27 |
| 13/MAR | 11:41:00 | 004315861054 | GBR | 3:01 | .44 |
| 13/MAR | 14:59:36 | 901 | GBR | :34 | .00 B |
| 13/MAR | 16:29:20 | 02070161600 | GBR | 16:25 | .00 B |
| 13/MAR | 16:47:33 | 00436642011150 | GBR | 14:40 | 2.12 |
| 14/MAR | 8:59:56 | 07920506506 | GBR | 1:03 | .00 B |
| 14/MAR | 17:18:31 | 00436642011150 | GBR | 1:53 | .00 B |
| 15/MAR | 15:09:32 | 901 | GBR | :17 | .00 B |
| 15/MAR | 23:15:09 | 901 | ITA | 2:34 | .82 |
| 15/MAR | 23:34:52 | 901 | ITA | 1:58 | .60 |
| 16/MAR | 9:36:21 | 491607414160 | ITA | :16 | .30 |
| 16/MAR | 9:48:12 | 7920506506 | ITA | :19 | .08 |
| 16/MAR | 9:49:05 | 7920506506 | ITA | :12 | .05 |
| 16/MAR | 10:00:23 | 7750503521 | ITA | :17 | .30 |
| 16/MAR | 10:14:01 | 7920506506 | ITA | 23:42 | 5.65 |
| 16/MAR | 11:09:20 | 49160137414160 | ITA | 32:56 | 7.85 |
| 16/MAR | 12:00:27 | 2071021000 | ITA | 8:44 | 2.61 |
| 16/MAR | 15:11:29 | 12127562431 | ITA | 30:05 | 23.90 |
| 16/MAR | 16:22:39 | 7802000332 | ITA | :00 | .00 |
| 16/MAR | 17:47:18 | 2076022103 | ITA | :03 | .30 |
| 16/MAR | 18:34:20 | 4969153074147 | ITA | :54 | .22 |
| 17/MAR | 11:03:55 | 7802005704 | ITA | :00 | .00 |
| 17/MAR | 11:27:35 | 390916312111 | ITA | 1:29 | .45 |
| 17/MAR | 12:15:49 | 0385111464 | ITA | 5:40 | 1.36 |
| 18/MAR | 16:20:05 | 901 | ITA | :02 | .30 |
| 19/MAR | 9:21:43 | 43512574345121 | ITA | 2:16 | .55 |
| 19/MAR | 9:30:09 | 4315861054 | ITA | 3:05 | .97 |
| 19/MAR | 9:52:40 | 901 | ITA | 4:02 | 1.27 |
| 19/MAR | 10:18:58 | 491607414160 | ITA | 1:37 | .39 |
| 19/MAR | 10:48:38 | 7750503521 | ITA | :25 | .30 |
| 19/MAR | 11:04:53 | 4315861054 | ITA | 2:24 | .75 |
| 19/MAR | 11:44:11 | 7750503521 | ITA | :30 | .30 |
| 19/MAR | 13:53:47 | 436642510080 | ITA | :30 | .12 |
| 19/MAR | 14:11:41 | 7750503521 | ITA | :06 | .30 |
| 19/MAR | 16:18:52 | 43512574345121 | ITA | :33 | .14 |
| 19/MAR | 16:28:02 | 7750503521 | ITA | :12 | .30 |
| 19/MAR | 16:29:05 | 436646278169 | ITA | :54 | .22 |
| 19/MAR | 17:03:11 | 901 | ITA | 2:04 | .68 |
| 19/MAR | 17:06:13 | 7750503521 | ITA | :21 | .30 |
| 19/MAR | 17:08:00 | 491729413159 | ITA | :26 | .30 |
| 19/MAR | 17:16:14 | 436646278169 | ITA | 8:12 | 2.46 |
| 19/MAR | 18:27:28 | 491729413159 | ITA | :28 | .12 |
| 19/MAR | 18:46:26 | 901 | ITA | :55 | .30 |
| 19/MAR | 18:52:41 | 491729413159 | ITA | :04 | .30 |
| 19/MAR | 18:52:46 | 7750503521 | ITA | :24 | .30 |
| 19/MAR | 18:55:13 | 0385111464 | ITA | :05 | .02 |

**Carried Forward To Next Page**

110.81

4264

C820156A CO APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000619

# O2

## your account

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    3 of 5

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 110.81 |
| 19/MAR | 18:55:13 | 7750503521 | ITA | :05 | .30 | 19/MAR | 19:10:11 | 901 | ITA | :44 | .30 |
| 19/MAR | 19:11:39 | 491729413159 | ITA | 10:33 | 3.21 | 19/MAR | 19:47:25 | 901 | ITA | :06 | .30 |
| 19/MAR | 22:18:42 | 901 | ITA | :44 | .30 | 19/MAR | 22:20:00 | 901 | ITA | :09 | .30 |
| 20/MAR | 9:41:16 | 2076022103 | ITA | 5:04 | 1.57 | 20/MAR | 10:48:01 | 0385111464 | ITA | 1:54 | .46 |
| 20/MAR | 10:51:14 | 7750503521 | ITA | :04 | .30 | 20/MAR | 10:51:14 | 0385111464 | ITA | :04 | .02 |
| 20/MAR | 10:58:59 | 43512574345121 | ITA | 1:17 | .31 | 20/MAR | 10:58:59 | 7750503521 | ITA | 1:17 | .45 |
| 20/MAR | 11:45:54 | 7802000704 | ITA | :00 | .00 | 20/MAR | 12:37:38 | 0385111464 | ITA | 8:02 | 1.92 |
| 20/MAR | 12:46:19 | 0385111464 | ITA | 1:13 | .29 | 20/MAR | 12:51:10 | 43160117263 | ITA | 2:50 | .68 |
| 20/MAR | 16:02:58 | 4930300153362 | ITA | 25:34 | 7.68 | 20/MAR | 17:12:50 | 2075911910 | ITA | 1:14 | .38 |
| 20/MAR | 17:14:38 | 7976710704 | ITA | 2:15 | .68 | 20/MAR | 17:56:44 | 43512378295 | ITA | 7:39 | 1.83 |
| 20/MAR | 17:58:53 | 7750503521 | ITA | 1:38 | .53 | 20/MAR | 17:58:53 | 43512574345121 | ITA | 1:38 | .39 |
| 20/MAR | 18:05:27 | 43512378295 | ITA | 5:36 | 1.34 | 21/MAR | 7:52:25 | 901 | ITA | 2:50 | .90 |
| 21/MAR | 7:55:47 | 436642011150 | ITA | 2:15 | .68 | 21/MAR | 8:55:33 | 43512574345121 | ITA | 13:46 | 3.29 |
| 21/MAR | 11:21:18 | 901 | ITA | :42 | .30 | 21/MAR | 11:49:52 | 7802148412 | ITA | :21 | .30 |
| 21/MAR | 11:49:52 | 436649132442 | ITA | :21 | .09 | 21/MAR | 11:50:37 | 7802148799 | ITA | :13 | .30 |
| 21/MAR | 11:50:37 | 436649132442 | ITA | :13 | .06 | 21/MAR | 12:05:32 | 7802005704 | ITA | :00 | .00 |
| 21/MAR | 12:42:25 | 901 | ITA | :23 | .30 | 21/MAR | 14:50:03 | 0385111464 | ITA | :05 | .02 |
| 21/MAR | 21:18:28 | 901 | ITA | :06 | .30 | 22/MAR | 8:44:31 | 901 | GBR | :23 | .00 B |
| 22/MAR | 8:45:36 | 00491784120925 | GBR | :09 | .02 | 22/MAR | 9:14:51 | 00491729413159 | GBR | 18:43 | 2.71 |
| 22/MAR | 9:50:14 | 00491784120925 | GBR | 15:44 | 2.28 | 22/MAR | 12:09:51 | 7801340241 | GBR | :01 | .00 B |
| 22/MAR | 13:15:08 | 901 | GBR | 1:06 | .00 B | 22/MAR | 13:23:48 | 901 | GBR | :31 | .00 B |
| 22/MAR | 19:16:32 | 07785720006 | GBR | 38:27 | .00 B | 23/MAR | 23:21:53 | 901 | GBR | :06 | .00 B |
| 23/MAR | 5:19:12 | 901 | GBR | :40 | .00 B | 23/MAR | 6:04:57 | 7801340241 | GBR | :01 | .00 B |
| 23/MAR | 6:17:32 | 901 | GBR | :37 | .00 B | 23/MAR | 6:34:56 | 7957306625 | GBR | :01 | .00 B |
| 23/MAR | 6:34:58 | 7957306625 | GBR | :01 | .00 B | 23/MAR | 6:38:46 | 7957306625 | GBR | :01 | .00 B |
| 23/MAR | 10:16:32 | 901 | AUT | 1:08 | .38 | 23/MAR | 10:32:10 | 901 | AUT | :27 | .30 |
| 23/MAR | 10:33:06 | 4969153070 | AUT | 17:55 | 5.37 | 23/MAR | 11:25:45 | 0385111464 | AUT | 8:04 | 1.93 |
| 23/MAR | 14:04:54 | 43512574345145 | AUT | 2:42 | .65 | 23/MAR | 14:32:54 | 901 | AUT | :05 | .30 |
| 23/MAR | 15:53:48 | 7802000332 | AUT | :01 | .00 B | 23/MAR | 15:54:22 | 436642606018 | AUT | :20 | .30 |
| 23/MAR | 16:03:23 | 4369917101057 | AUT | :46 | .30 | 23/MAR | 16:07:26 | 43463512299 | AUT | :17 | .30 |
| 23/MAR | 16:11:12 | 901 | AUT | :19 | .30 | 23/MAR | 16:31:27 | 4315340010 | AUT | 1:46 | .60 |
| 23/MAR | 17:04:51 | 43526 | AUT | :00 | .00 | 23/MAR | 17:06:18 | 00447802148234 | AUT | :35 | .30 |
| 23/MAR | 17:27:36 | 43901 | AUT | :00 | .00 | 23/MAR | 17:56:59 | 00447802148938 | AUT | :30 | .30 |
| 23/MAR | 17:57:53 | 00447785304530 | AUT | :41 | .30 | 23/MAR | 17:58:53 | 00442071021746 | AUT | 8:29 | 2.54 |
| 23/MAR | 18:09:17 | 004969153074147 | AUT | :36 | .30 | 23/MAR | 18:16:28 | 06646219845 | AUT | 4:26 | 1.35 |
| 23/MAR | 18:21:28 | 43665686616 | AUT | :00 | .00 | 23/MAR | 18:25:25 | 43665686616 | AUT | :00 | .00 |
| 23/MAR | 18:25:30 | 43665686616 | AUT | :00 | .00 | 23/MAR | 18:26:02 | 7802000332 | AUT | :01 | .00 B |
| 23/MAR | 18:28:20 | 7920506506 | AUT | :00 | .00 | 23/MAR | 18:28:51 | 7920506506 | AUT | :29 | .12 |
| 23/MAR | 18:31:18 | 00447920506506 | AUT | 1:11 | .38 | 23/MAR | 18:34:20 | 7920506506 | AUT | 3:48 | .91 |
| 23/MAR | 18:50:02 | 00442076022103 | AUT | :21 | .30 | 23/MAR | 18:51:18 | 00447802148876 | AUT | 2:02 | .68 |
| 23/MAR | 20:53:27 | 901 | GBR | :17 | .00 B | 24/MAR | 9:05:33 | 7920506506 | GBR | :01 | .00 B |
| 24/MAR | 9:06:38 | 901 | GBR | :26 | .00 B | 24/MAR | 9:51:57 | 901 | GBR | :32 | .00 B |
| 24/MAR | 9:53:07 | 00436646219845 | GBR | 35:17 | 5.11 | 24/MAR | 10:28:46 | 901 | GBR | :21 | .00 B |
| 24/MAR | 10:29:48 | 07920506506 | GBR | :19 | .00 B | 25/MAR | 15:17:14 | 00436642606018 | GBR | 5:44 | .83 |
| 25/MAR | 16:21:32 | 00436645312199 | GBR | 35:21 | 5.12 | 25/MAR | 16:57:07 | 00436645312199 | GBR | 14:24 | 2.08 |
| 25/MAR | 17:12:07 | 00436646219845 | GBR | :22 | .05 | 25/MAR | 21:56:27 | 901 | GBR | :03 | .00 B |
| 25/MAR | 21:57:02 | 07920506506 | GBR | :21 | .00 B | 26/MAR | 8:58:27 | 901 | GBR | :28 | .00 B |
| 26/MAR | 8:59:28 | 004315261277 | GBR | 2:37 | .38 | 26/MAR | 9:20:14 | 004315861054 | GBR | 3:28 | .50 |
| 26/MAR | 11:06:13 | 04369917303132 | GBR | :01 | .10 | 26/MAR | 13:56:29 | 004364816 1567 | GBR | 4:47 | .69 |
| 26/MAR | 16:19:12 | 901 | GBR | :06 | .00 B | 26/MAR | 19:38:38 | 901 | GBR | :14 | .00 B |
| 27/MAR | 10:33:21 | 901 | GBR | :25 | .00 B | 27/MAR | 16:33:12 | 901 | GBR | :50 | .00 B |
| 27/MAR | 16:35:14 | 901 | GBR | :41 | .00 B | 27/MAR | 16:35:55 | 02079297000 | GBR | 10:37 | .00 B |
| 27/MAR | 17:44:13 | 7801340241 | GBR | :01 | .00 B | 27/MAR | 19:44:25 | 901 | GBR | :46 | .00 B |
| 28/MAR | 5:16:49 | 901 | GBR | :03 | .00 B | 28/MAR | 10:03:38 | 7802000332 | AUT | :01 | .00 B |
| 28/MAR | 10:04:06 | 7920506506 | AUT | :23 | .10 | 28/MAR | 10:04:59 | 7920506506 | AUT | 1:27 | .35 |
| 28/MAR | 10:07:14 | 4315861054 | AUT | :33 | .30 | 28/MAR | 10:14:46 | 7920506506 | AUT | 5:49 | 1.79 |
| | | **Carried Forward To Next Page** | | | | | | | | | 181.51 |

4285

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000620

# O2

your **account**

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE     4 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 181.51 | | | | | | |
| 28/MAR | 10:44:14 | 7920506506 | AUT | :24 | .30 | 28/MAR | 11:14:18 | 4315861054 | AUT | 1:20 | .45 |
| 28/MAR | 11:29:35 | 901 | AUT | 2:17 | .75 | 28/MAR | 11:47:23 | 4315861054 | AUT | 1:25 | .34 |
| 28/MAR | 11:50:07 | 436642606018 | AUT | 1:35 | .53 | 28/MAR | 12:25:37 | 0385111464 | AUT | 5:54 | 1.41 |
| 28/MAR | 14:20:38 | 7802000332 | AUT | :01 | .00 B | 28/MAR | 14:21:17 | 43512378417 | AUT | 14:18 | 4.32 |
| 28/MAR | 14:30:07 | 0385111464 | AUT | :41 | .17 | 28/MAR | 14:30:07 | 7750503521 | AUT | :41 | .30 |
| 28/MAR | 14:35:57 | 901 | AUT | :45 | .30 | 28/MAR | 14:51:50 | 00447810755457 | AUT | :14 | .30 |
| 28/MAR | 14:52:16 | 00447810755457 | AUT | :28 | .30 | 28/MAR | 14:59:35 | 00442076022103 | AUT | 4:51 | 1.49 |
| 28/MAR | 15:05:00 | 00447711280840 | AUT | :15 | .30 | 28/MAR | 15:06:13 | 00442076022103 | AUT | :42 | .30 |
| 28/MAR | 15:09:33 | 0385111464 | AUT | :03 | .02 | 28/MAR | 15:09:57 | 0385111464 | AUT | 8:34 | 2.05 |
| 28/MAR | 16:14:48 | 00447802148181 | AUT | :37 | .30 | 28/MAR | 16:34:50 | 7785392867 | AUT | :00 | .00 |
| 28/MAR | 17:31:17 | 491607414160 | AUT | :36 | .15 | 28/MAR | 17:45:38 | 491607414160 | AUT | :33 | .14 |
| 28/MAR | 17:46:30 | 00496922223266 | AUT | 31:25 | 9.39 | 28/MAR | 17:58:59 | 4369917101057 | AUT | :00 | .00 |
| 28/MAR | 18:56:18 | 491607414160 | AUT | :30 | .12 | 28/MAR | 18:57:48 | 4367682611742 | AUT | :00 | .00 |
| 28/MAR | 20:49:29 | 43901 | AUT | :00 | .00 | 28/MAR | 20:50:04 | 00447802148283 | AUT | :17 | .30 |
| 28/MAR | 20:50:24 | 43901 | AUT | :00 | .00 | 28/MAR | 20:52:00 | 015267777 | AUT | :24 | .30 |
| 28/MAR | 20:56:20 | 00447802148587 | AUT | 1:52 | .60 | 28/MAR | 22:00:46 | 0123032 | AUT | 1:34:33 | 28.23 |
| 29/MAR | 9:05:19 | 00442076022103 | AUT | 13:58 | 4.18 | 29/MAR | 9:22:00 | 069917303132 | AUT | :53 | .30 |
| 29/MAR | 9:30:53 | 00447802148425 | AUT | 1:04 | .38 | 29/MAR | 9:33:09 | 06642606018 | AUT | 1:39 | .53 |
| 29/MAR | 10:38:53 | 491607414160 | AUT | 34:07 | 8.13 | 29/MAR | 11:34:11 | 7802000332 | AUT | :01 | .00 B |
| 29/MAR | 12:17:23 | 4969153074147 | AUT | 18:26 | 4.40 | 29/MAR | 12:29:40 | 4369917101057 | AUT | :00 | .00 |
| 29/MAR | 12:41:34 | 00447802148274 | AUT | :46 | .30 | 29/MAR | 14:54:39 | 7802000332 | AUT | :01 | .00 B |
| 29/MAR | 14:59:21 | 43901 | AUT | :00 | .00 | 29/MAR | 15:27:57 | 4315861054 | AUT | 3:25 | .82 |
| 29/MAR | 16:17:24 | 00447802148495 | AUT | 1:09 | .38 | 29/MAR | 16:27:43 | 0123032 | AUT | :26 | .30 |
| 29/MAR | 19:05:37 | 4367682611742 | AUT | :00 | .00 | 29/MAR | 19:06:21 | 4367682611742 | AUT | :00 | .00 |
| 29/MAR | 19:15:48 | 00447802148909 | AUT | :33 | .30 | 29/MAR | 19:18:19 | 00447802148658 | AUT | :18 | .30 |
| 29/MAR | 21:50:20 | 00447802148434 | AUT | :02 | .30 | 30/MAR | 3:40:17 | 7801340241 | AUT | :00 | .00 |
| 30/MAR | 9:22:41 | 43901 | AUT | :00 | .00 | 30/MAR | 11:27:17 | 00447802148860 | AUT | 1:06 | .38 |
| 30/MAR | 11:31:39 | 0385111464 | AUT | 8:18 | 1.98 | 30/MAR | 12:17:23 | 04242242240 | AUT | 8:03 | 2.46 |
| 30/MAR | 12:23:59 | 7781485891 | AUT | :00 | .00 | 30/MAR | 13:02:07 | 00447802148579 | AUT | :05 | .30 |
| 30/MAR | 13:58:17 | 00447802148620 | AUT | :34 | .30 | 30/MAR | 13:58:26 | 43901 | AUT | :00 | .00 |
| 30/MAR | 14:00:30 | 00491607414160 | AUT | :17 | .30 | 30/MAR | 14:01:39 | 491607414160 | AUT | 14:49 | 3.54 |
| 30/MAR | 14:23:46 | 015142837 | AUT | :23 | .30 | 30/MAR | 15:37:50 | 00447802148079 | AUT | :40 | .30 |
| 30/MAR | 15:38:34 | 43901 | AUT | :00 | .00 | 30/MAR | 17:36:49 | 00447801340241 | AUT | :59 | .30 |
| 30/MAR | 17:37:51 | 43901 | AUT | :00 | .00 | 30/MAR | 17:53:14 | 00447802148851 | AUT | :38 | .30 |
| 30/MAR | 17:53:56 | 43901 | AUT | :00 | .00 | 30/MAR | 18:39:30 | 00447802148435 | AUT | 2:48 | .90 |
| 30/MAR | 19:47:21 | 12123258415 | AUT | :17 | .07 | 30/MAR | 19:48:13 | 12123258415 | AUT | :59 | .24 |
| 31/MAR | 8:20:02 | 00447802148797 | AUT | :31 | .30 | 31/MAR | 10:43:34 | 06602591939 | AUT | :36 | .30 |
| 31/MAR | 11:08:06 | 00447802148790 | AUT | :24 | .30 | 31/MAR | 11:08:34 | 43901 | AUT | :00 | .00 |
| 31/MAR | 11:09:21 | 00447802148264 | AUT | :26 | .30 | 31/MAR | 11:10:44 | 00447802148593 | AUT | :18 | .30 |
| 31/MAR | 11:11:29 | 06602591939 | AUT | 1:02 | .38 | 31/MAR | 19:10:47 | 00447802148472 | AUT | :03 | .30 |
| 01/APR | 9:58:27 | 7801340241 | AUT | :00 | .00 | 01/APR | 10:00:26 | 7802000332 | AUT | :01 | .00 B |
| 01/APR | 10:00:56 | 7801340241 | AUT | :00 | .00 | 01/APR | 10:18:47 | 7802000332 | AUT | :01 | .00 B |
| 01/APR | 19:20:05 | 00447802148224 | AUT | :03 | .30 | 01/APR | 21:52:36 | 00447802148891 | AUT | :10 | .30 |
| 02/APR | 10:41:58 | 06642011150 | AUT | 6:53 | 2.09 | 02/APR | 10:49:24 | 00447802148421 | AUT | :21 | .30 |
| 02/APR | 10:50:22 | 06763118020 | AUT | :38 | .30 | 02/APR | 13:14:08 | 00447802148247 | AUT | :49 | .30 |
| 02/APR | 13:14:11 | 43901 | AUT | :00 | .00 | 02/APR | 13:31:07 | 00491784120925 | AUT | :29 | .30 |
| 02/APR | 13:31:56 | 4969153074147 | AUT | 24:38 | 5.88 | 02/APR | 13:56:43 | 00447802148141 | AUT | :06 | .30 |
| 02/APR | 14:31:11 | 7769885714 | AUT | :34 | .14 | 02/APR | 14:37:16 | 12125267000 | AUT | 4:05 | .98 |
| 02/APR | 15:45:20 | 7949155597 | AUT | 8:01 | 1.92 | 02/APR | 16:21:07 | 0512272720 | AUT | 2:59 | .90 |
| 02/APR | 16:32:04 | 4969975838533 | AUT | 14:13 | 3.39 | 02/APR | 18:10:46 | 00447802148442 | AUT | :04 | .30 |
| 03/APR | 9:12:17 | 00447802148121 | AUT | :02 | .30 | 03/APR | 10:14:00 | 00447801340241 | AUT | 1:28 | .45 |
| 03/APR | 10:18:56 | 015861054 | AUT | 4:29 | 1.35 | 03/APR | 10:42:45 | 06642011150 | AUT | :09 | .30 |
| 03/APR | 10:43:39 | 06645312199 | AUT | :51 | .30 | 03/APR | 10:50:08 | 01245003195 | AUT | :52 | .30 |
| 03/APR | 10:51:27 | 069919235030 | AUT | :29 | .51 | 03/APR | 10:52:36 | 015142837 | AUT | :53 | .30 |
| 03/APR | 10:52:41 | 00447802148141 | AUT | :38 | .30 | 03/APR | 10:53:25 | 43901 | AUT | :00 | .00 |
| 03/APR | 10:53:27 | 7801340241 | AUT | :00 | .00 | 03/APR | 10:56:34 | 0385111464 | AUT | 36:48 | 8.77 |
| | | **Carried Forward To Next Page** | | | 299.72 | | | | | | |

4266

02DISE04-CO  APP2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000621

# O2

**your account**

| | |
|---|---|
| BILL | 00543470 |
| BILL DATE | 12 Apr 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE        5 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 299.72 |
| 03/APR | 11:45:58 | 00447802148816 | AUT | :54 | .30 | 03/APR | 11:47:51 | 41274804006 | AUT | 4:07 | .99 |
| 03/APR | 11:52:54 | 43151428 | AUT | 29:02 | 6.92 | 03/APR | 11:53:52 | 00447802148672 | AUT | :20 | .30 |
| 03/APR | 11:54:16 | 43901 | AUT | :00 | .00 | 03/APR | 12:10:51 | 00447802148454 | AUT | :22 | .30 |
| 03/APR | 12:11:19 | 43901 | AUT | :00 | .00 | 03/APR | 12:27:16 | 00447802148470 | AUT | :39 | .30 |
| 03/APR | 12:28:18 | 015861054 | AUT | 2:55 | .90 | 03/APR | 12:32:18 | 055224010 | AUT | 1:53 | .60 |
| 03/APR | 12:45:45 | 4369911499829 | AUT | 6:54 | 1.65 | 03/APR | 13:53:02 | 7810755457 | AUT | :00 | .00 |
| 03/APR | 13:56:24 | 7802000332 | AUT | :01 | .00 B | 03/APR | 13:57:15 | 00447802148416 | AUT | :05 | .30 |
| 03/APR | 14:54:44 | 06645312199 | AUT | 19:40 | 5.89 | 03/APR | 15:14:47 | 00496922223266 | AUT | 6:20 | 1.94 |
| 03/APR | 15:44:15 | 06642011150 | AUT | 6:29 | 1.94 | 03/APR | 15:51:17 | 43512574345145 | AUT | 12:00 | 2.86 |
| 03/APR | 16:04:22 | 0041794005262 | AUT | 48:00 | 14.30 | 03/APR | 16:52:35 | 06642011150 | AUT | :37 | .30 |
| 03/APR | 16:54:44 | 00447802148936 | AUT | :31 | .30 | 03/APR | 16:55:33 | 00447802148266 | AUT | 1:08 | .38 |
| 03/APR | 17:10:43 | 015861054 | AUT | 5:51 | 1.79 | 03/APR | 17:23:20 | 436642011150 | AUT | 4:21 | 1.04 |
| 03/APR | 17:36:06 | 436642011150 | AUT | 1:44 | .42 | 03/APR | 19:19:36 | 4969153074147 | AUT | 8:25 | 2.01 |
| 03/APR | 8:26:54 | 43901 | AUT | :00 | .00 | 04/APR | 8:27:55 | 00447802148432 | AUT | :58 | .30 |
| 04/APR | 10:58:50 | 0385111464 | AUT | 5:49 | 1.39 | 04/APR | 12:17:02 | 00496915307414 | AUT | 1:49 | .60 |
| 04/APR | 12:31:02 | 0385111464 | AUT | 11:10 | 2.67 | 04/APR | 14:07:10 | 0385111464 | AUT | 6:09 | 1.47 |
| 04/APR | 14:39:45 | 41217840038 | AUT | :01 | .01 | 04/APR | 14:40:16 | 41217840038 | AUT | 5:44 | 1.37 |
| 04/APR | 14:47:10 | 7801340241 | AUT | :23 | .10 | 04/APR | 14:47:19 | 00447802148151 | AUT | :21 | .30 |
| 04/APR | 14:47:44 | 43901 | AUT | :00 | .00 | 04/APR | 15:20:12 | 00447802148623 | AUT | :25 | .30 |
| 04/APR | 15:21:28 | 06642357774 | AUT | :31 | .30 | 04/APR | 15:26:29 | 00491729413159 | AUT | 5:29 | 1.64 |
| 04/APR | 15:45:35 | 00447802148174 | AUT | :04 | .30 | 04/APR | 15:51:24 | 435522486920 | AUT | 20:53 | 4.98 |
| 04/APR | 17:39:22 | 06642011150 | AUT | 10:53 | 3.28 | 04/APR | 17:51:52 | 0385111464 | AUT | 2:25 | .58 |
| 06/APR | 8:13:46 | 00447802148799 | AUT | :09 | .30 | 06/APR | 8:14:16 | 01401271571 | AUT | 17:01 | 5.14 |
| 06/APR | 8:48:41 | 00447802148146 | AUT | :29 | .30 | 06/APR | 8:49:17 | 43901 | AUT | :00 | .00 |
| 06/APR | 9:03:44 | 00447802148659 | AUT | :09 | .30 | 06/APR | 9:07:38 | 00447802148929 | AUT | :37 | .30 |
| 06/APR | 9:08:20 | 43901 | AUT | :00 | .00 | 06/APR | 9:26:06 | 00447802148664 | AUT | 1:14 | .38 |
| 06/APR | 9:27:37 | 00447802148678 | AUT | :33 | .30 | 06/APR | 9:28:48 | 00447802148933 | AUT | :42 | .30 |
| 06/APR | 9:30:04 | 06507170617 | AUT | 3:01 | .97 | 06/APR | 10:14:22 | 06645312199 | AUT | 7:49 | 2.39 |
| 06/APR | 10:26:07 | 7801340241 | AUT | :00 | .00 | 06/APR | 10:27:46 | 7802000332 | AUT | :01 | .00 B |
| 06/APR | 10:40:41 | 7900692810 | AUT | :00 | .00 | 06/APR | 10:41:27 | 7802000332 | AUT | :01 | .00 B |
| 06/APR | 10:59:24 | 01245003195 | AUT | 15:40 | 4.70 | 06/APR | 11:15:26 | 06645312199 | AUT | :26 | .30 |
| 06/APR | 11:33:19 | 06645312199 | AUT | 3:59 | 1.20 | 06/APR | 11:35:32 | 00447802148794 | AUT | :33 | .30 |
| 06/APR | 11:36:08 | 43901 | AUT | :00 | .00 | 06/APR | 11:49:45 | 7801340241 | AUT | 1:07 | .27 |
| 06/APR | 11:56:07 | 00447802148592 | AUT | :43 | .30 | 06/APR | 14:53:24 | 00447802148049 | AUT | :02 | .30 |
| 06/APR | 15:42:54 | 06507170617 | AUT | 5:03 | 1.57 | 06/APR | 16:15:36 | 06642011150 | AUT | 4:39 | 1.42 |
| 06/APR | 16:22:37 | 0385111464 | AUT | 16:45 | 4.00 | 07/APR | 13:41:31 | 00447802148904 | AUT | :03 | .30 |
| 06/APR | 11:24:13 | 06642011150 | AUT | :37 | .30 | 08/APR | 11:24:34 | 00447802148659 | AUT | :20 | .30 |
| 08/APR | 11:24:58 | 43901 | AUT | :00 | .00 | 08/APR | 11:43:35 | 436642011150 | AUT | 1:53 | .45 |
| 08/APR | 16:24:40 | 00447802148903 | AUT | :23 | .30 | 08/APR | 16:25:07 | 43901 | AUT | :00 | .00 |
| 08/APR | 18:26:27 | 00447802148889 | AUT | :43 | .30 | 08/APR | 18:27:14 | 43901 | AUT | :00 | .00 |
| 09/APR | 11:15:03 | 00447802148360 | AUT | :05 | .30 | 09/APR | 11:55:40 | 00447802148260 | AUT | :38 | .30 |
| 09/APR | 11:56:22 | 43901 | AUT | :00 | .00 | 09/APR | 13:14:46 | 00447802148592 | AUT | :04 | .30 |
| 09/APR | 14:56:49 | 43901 | AUT | :00 | .00 | 09/APR | 15:10:07 | 0385111464 | AUT | 9:18 | 2.22 |
| 09/APR | 16:32:30 | 12122208727 | AUT | 9:18 | 2.22 | 09/APR | 17:16:59 | 12122208727 | AUT | :14 | .06 |
| 09/APR | 17:17:59 | 0385111464 | AUT | :05 | .02 | 09/APR | 17:18:13 | 12122208727 | AUT | 28:55 | 6.90 |
| | | **Call Charges** | | | | | | | | | 404.35 |
| 12/MAR | 11:45:57 | wap.o2.co.uk | GBR | :00 | .00 B | 15/MAR | 15:35:59 | wap.o2.co.uk | GBR | :00 | .00 B |
| | | **Data Calls** | | | | | | | | | .00 |
| | | **TOTAL CALLS** | | | | | | | | | 404.35 |

**Bundle Key**
B  = Bundle Call

4267

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential                                                                 LEH_0000622

# O2

select

## your bill

557   ODIM625A   CLI773   23900

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/99643015 |
| PAGE | 1 of 5 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 12 Mar 07 To: 11 Apr 07 | 21.28 | |
| Call Charges | To: 10 Mar 07 | 242.38 | |
| UK VAT exempt calls | To: 10 Mar 07 | 361.70 | EXEMPT |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 12 Mar 07 To: 11 Apr 07 | 2.54 | |
| Loyalty Reward - International | | 20.10CR | |
| Inclusive Browse and Download | From: 12 Mar 07 To: 11 Apr 07 | 0.00 | |
| **Sub Total Excluding VAT** | | 607.80 | |
| VAT @ 0.00% of £361.70 | | 0.00 | |
| VAT @ 17.50% of £246.10 | | 43.07 | |
| **Total amount due this bill** | | 650.87 | |
| **Balance Brought Forward** | | 0.00 | |

---

TOTAL AMOUNT DUE 26 Mar 07    £ 650.87

*460.49*

### About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 118.56 | minutes |
| Free data volume used this period | 0 | kb |
| Free units used this period | 73 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian -- to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

### For Customer Services
☎ 0800 032 1402

select@o2.com

### Payments

To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85
Confidential

# O2

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE     2 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/FEB | 6:11:12 | 7802000332 | AUT | :01 | .00 B | 10/FEB | 7:51:16 | 4315267777 | AUT | 2:08 | .51 |
| 10/FEB | 11:38:23 | 901 | AUT | :02 | .30 | 10/FEB | 17:48:31 | 0385111464 | AUT | 1:48 | .43 |
| 10/FEB | 19:53:01 | 901 | AUT | :06 | .30 | 10/FEB | 21:22:13 | 43526 | AUT | :00 | .00 |
| 11/FEB | 12:22:56 | 00447802148223 | AUT | :15 | .30 | 11/FEB | 20:27:54 | 00447802148268 | AUT | :31 | .30 |
| 11/FEB | 20:28:30 | 43901 | AUT | :00 | .00 | 12/FEB | 8:17:01 | 7961215808 | AUT | :21 | .09 |
| 12/FEB | 8:48:45 | 00447802148583 | AUT | :23 | .30 | 12/FEB | 8:58:46 | 004969153074128 | AUT | :23 | .30 |
| 12/FEB | 8:59:31 | 00491733217452 | AUT | 44:10 | 13.19 | 12/FEB | 9:21:45 | 00447802164405 | AUT | :06 | .30 |
| 12/FEB | 9:51:02 | 0385111464 | AUT | 3:04 | .74 | 12/FEB | 9:54:31 | 087681032386 | AUT | 2:47 | 1.48 |
| 12/FEB | 9:57:59 | 00491784120925 | AUT | :17 | .30 | 12/FEB | 9:58:36 | 00447802148073 | AUT | :03 | .30 |
| 12/FEB | 9:58:51 | 00447802148808 | AUT | :03 | .30 | 12/FEB | 9:59:11 | 00491784120925 | AUT | :11 | .30 |
| 12/FEB | 10:00:50 | 00447802148842 | AUT | :04 | .30 | 12/FEB | 10:01:33 | 00447802148434 | AUT | :23 | .30 |
| 12/FEB | 10:02:00 | 43901 | AUT | :00 | .00 | 12/FEB | 10:06:43 | 00447802148261 | AUT | :02 | .30 |
| 12/FEB | 10:08:58 | 00447802148613 | AUT | :02 | .30 | 12/FEB | 10:26:08 | 00447802148972 | AUT | :58 | .30 |
| 12/FEB | 10:27:10 | 43901 | AUT | :00 | .00 | 12/FEB | 10:30:03 | 00447802148885 | AUT | :03 | .30 |
| 12/FEB | 10:32:26 | 00447802148066 | AUT | :04 | .30 | 12/FEB | 10:44:38 | 0385111464 | AUT | 2:36 | .62 |
| 12/FEB | 10:47:59 | 00447802148854 | AUT | 3:31 | 1.12 | 12/FEB | 12:40:25 | 436642616987 | AUT | 3:13 | .77 |
| 12/FEB | 12:52:21 | 43512378417 | AUT | 2:12 | .53 | 12/FEB | 14:25:43 | 00447802148066 | AUT | :26 | .30 |
| 12/FEB | 14:26:15 | 43901 | AUT | :00 | .00 | 12/FEB | 14:46:33 | 00447802148970 | AUT | :35 | .30 |
| 12/FEB | 14:48:34 | 015861054 | AUT | 8:13 | 2.46 | 12/FEB | 15:28:04 | 00491607414160 | AUT | :29 | .30 |
| 12/FEB | 15:28:33 | 00491733217452 | AUT | :18 | .30 | 12/FEB | 15:36:20 | 4969427265702 | AUT | 23:24 | 5.58 |
| 12/FEB | 15:51:18 | 00447802148107 | AUT | :29 | .30 | 12/FEB | 15:51:52 | 43901 | AUT | :00 | .00 |
| 12/FEB | 15:53:37 | 00447802148928 | AUT | :05 | .30 | 12/FEB | 15:57:29 | 00447802148126 | AUT | :05 | .30 |
| 12/FEB | 16:03:59 | 43512378417 | AUT | 1:34 | .38 | 12/FEB | 16:10:41 | 00442071624344 | AUT | :54 | .30 |
| 12/FEB | 16:34:14 | 00447920506506 | AUT | 1:06 | .38 | 12/FEB | 16:36:03 | 4969153074128 | AUT | 9:26 | 2.25 |
| 12/FEB | 16:58:30 | 00491729413159 | AUT | :5:20 | 1.64 | 12/FEB | 17:04:08 | 00442071624344 | AUT | 2:23:32 | 42.83 |
| 12/FEB | 17:07:09 | 00447802148609 | AUT | :26 | .30 | 12/FEB | 17:07:39 | 43901 | AUT | :00 | .00 |
| 12/FEB | 18:33:18 | 00447802148433 | AUT | :04 | .30 | 12/FEB | 18:40:29 | 00447802148417 | AUT | :08 | .30 |
| 12/FEB | 18:41:03 | 43901 | AUT | :00 | .00 | 12/FEB | 19:27:07 | 00447802148284 | AUT | :08 | .30 |
| 12/FEB | 19:28:17 | 00447802148444 | AUT | 1:35 | .53 | 12/FEB | 19:59:22 | 00491729413159 | AUT | :40 | .30 |
| 12/FEB | 20:09:39 | 0385111464 | AUT | 4:24 | 1.05 | 12/FEB | 21:48:35 | 0385111464 | AUT | 4:49 | 1.15 |
| 13/FEB | 4:22:03 | 00447802148955 | AUT | :15 | .30 | 13/FEB | 8:27:19 | 00447802148809 | AUT | :05 | .30 |
| 13/FEB | 10:55:47 | 0385111464 | AUT | :07 | .03 | 13/FEB | 11:25:55 | 00491784120925 | AUT | :03 | .30 |
| 13/FEB | 11:34:24 | 0385111464 | AUT | 7:43 | 1.84 | 13/FEB | 11:49:48 | 00447802148839 | AUT | :44 | .30 |
| 13/FEB | 12:36:45 | 901 | GBR | :52 | .00 B | 13/FEB | 13:10:04 | 004969153074128 | GBR | :42 | .10 |
| 13/FEB | 13:31:08 | 02070724407 | GBR | :00 | .00 B | 13/FEB | 19:28:34 | 901 | GBR | :46 | .00 B |
| 13/FEB | 19:30:08 | 004367681032386 | GBR | :38 | .09 | 13/FEB | 19:51:14 | 00491784120925 | GBR | 10:09 | 1.47 |
| 13/FEB | 19:43:11 | 901 | GBR | :04 | .00 B | 13/FEB | 20:00:27 | 07801340241 | GBR | 1:12 | .09 |
| 13/FEB | 20:49:33 | 004367681032386 | GBR | :16 | .04 | 13/FEB | 6:12:01 | 901 | GBR | 1:19 | .00 B |
| 14/FEB | 8:25:54 | 901 | GBR | :36 | .00 B | 14/FEB | 8:31:40 | 901 | GBR | :26 | .00 B |
| 14/FEB | 8:32:46 | 004315267777 | GBR | :52 | .13 | 14/FEB | 8:34:07 | 004315267777 | GBR | :49 | .12 |
| 14/FEB | 8:35:24 | 901 | GBR | :34 | .00 B | 14/FEB | 8:38:01 | 004367681032386 | GBR | :06 | .02 |
| 14/FEB | 8:50:35 | 00491607414160 | GBR | :27 | .07 | 14/FEB | 11:51:15 | 901 | GBR | 1:10 | .00 B |
| 14/FEB | 12:22:51 | 901 | GBR | :16 | .00 B | 14/FEB | 13:53:59 | 901 | GBR | :05 | .00 B |
| 14/FEB | 15:49:03 | 901 | GBR | 1:29 | .00 B | 14/FEB | 15:50:31 | 07957430844 | GBR | :24 | .00 B |
| 14/FEB | 19:45:59 | 901 | GBR | 2:47 | .00 B | 14/FEB | 19:52:45 | 07801340241 | GBR | 1:42 | .00 B |
| 14/FEB | 10:09:54 | 901 | GBR | 1:52 | .00 B | 15/FEB | 9:32:13 | 0043664260601 | GBR | :17 | .04 |
| 15/FEB | 10:34:46 | 00436643532220 | GBR | 2:44 | .40 | 15/FEB | 11:40:14 | 901 | GBR | 2:08 | .00 B |
| 15/FEB | 11:42:53 | 901 | GBR | :45 | .00 B | 15/FEB | 12:09:42 | 07801340241 | GBR | :16 | .00 B |
| 15/FEB | 12:40:40 | 00431504290 | GBR | 1:42 | .25 | 15/FEB | 13:36:07 | 901 | GBR | :45 | .00 B |
| 15/FEB | 14:29:02 | 00491784120925 | GBR | 16:36 | 2.40 | 15/FEB | 14:49:15 | 0012125267000 | GBR | 19:58 | 2.89 |
| 15/FEB | 15:11:12 | 00436646219845 | GBR | :38 | .09 | 15/FEB | 15:16:59 | 00491607414160 | GBR | :18 | .04 |
| 15/FEB | 19:15:28 | 901 | GBR | :56 | .00 B | 16/FEB | 5:41:31 | 901 | AUT | 1:55 | .00 B |
| 16/FEB | 9:49:36 | 7801340241 | AUT | :00 | .00 | 16/FEB | 9:50:39 | 43901 | AUT | :00 | .00 |
| 16/FEB | 9:51:56 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 9:52:45 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 9:54:49 | 00447802148090 | AUT | 1:35 | .53 | 16/FEB | 9:57:03 | 00491607414160 | AUT | :51 | .30 |
| 16/FEB | 10:01:39 | 067681032386 | AUT | :43 | .50 | 16/FEB | 10:39:29 | 00447802148496 | AUT | :18 | .30 |
| 16/FEB | 10:55:04 | 43901 | AUT | :00 | .00 | 16/FEB | 10:55:29 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 11:36:31 | 00447802148277 | AUT | :18 | .30 | 16/FEB | 11:37:44 | 00491784120925 | AUT | :23 | .30 |
| 16/FEB | 11:47:18 | 0385111464 | AUT | 3:38 | .87 | 16/FEB | 11:58:38 | 4969153074147 | AUT | 6:30 | 1.55 |

**Carried Forward To Next Page**     102.90

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential     LEH_0000624

# O2

## your account

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE          3 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 102.90 | | | | | | |
| 16/FEB | 12:18:15 | 00447802148801 | AUT | :36 | .30 | 16/FEB | 12:19:37 | 0512378417 | AUT | :49 | .30 |
| 16/FEB | 12:45:02 | 7801340241 | AUT | :59 | .24 | 16/FEB | 13:15:01 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 14:20:12 | 4969153074147 | AUT | 3:28 | .83 | 16/FEB | 14:41:13 | 20105976971 | AUT | :00 | .00 |
| 16/FEB | 14:46:15 | 00447802148241 | AUT | :35 | .30 | 16/FEB | 15:02:44 | 43512378417 | AUT | 3:51 | .92 |
| 16/FEB | 15:13:57 | 06645312199 | AUT | :39 | .30 | 16/FEB | 15:23:46 | 7801340241 | AUT | :00 | .00 |
| 16/FEB | 15:25:38 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 15:26:01 | 0512378417 | AUT | 4:02 | 1.27 |
| 16/FEB | 16:56:19 | 0385111464 | AUT | :01 | .01 | 16/FEB | 16:56:49 | 00447802148002 | AUT | :02 | .30 |
| 16/FEB | 17:04:40 | 00447802148461 | AUT | :28 | .30 | 16/FEB | 17:05:11 | 43901 | AUT | :48 | .30 |
| 16/FEB | 17:06:49 | 001212758040.4 | AUT | 38:17 | 30.42 | 16/FEB | 17:45:40 | 00447802148442 | AUT | :48 | .30 |
| 16/FEB | 18:28:16 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 18:29:30 | 4369910114921 | AUT | 2:28 | .59 |
| 16/FEB | 18:44:35 | 7802000332 | AUT | :01 | .00 B | 16/FEB | 19:06:39 | 436646219845 | AUT | 37:48 | 9.01 |
| 16/FEB | 19:45:03 | 06646219645 | AUT | 7:45 | 2.31 | 17/FEB | 9:28:01 | 00447802148020 | AUT | :03 | .30 |
| 17/FEB | 9:53:13 | 0385111464 | AUT | 10:51 | 2.59 | 17/FEB | 9:59:48 | 00447802148268 | AUT | :21 | .30 |
| 17/FEB | 10:00:14 | 43901 | AUT | :00 | .00 | 17/FEB | 10:06:18 | 00447802148785 | AUT | :17 | .30 |
| 17/FEB | 10:39:47 | 7801340241 | AUT | :33 | .14 | 17/FEB | 10:51:39 | 436649246002 | AUT | 1:14 | .30 |
| 17/FEB | 12:10:55 | 0385111464 | AUT | :29 | .12 | 17/FEB | 12:11:49 | 004969153074128 | AUT | 1:25 | .45 |
| 17/FEB | 12:11:59 | 004969153074128 | AUT | 1:15 | .38 | 17/FEB | 12:32:43 | 00447802148241 | AUT | :15 | .30 |
| 17/FEB | 12:33:51 | 0385111464 | AUT | 1:26 | .35 | 17/FEB | 14:55:47 | 00447802148664 | AUT | :03 | .30 |
| 17/FEB | 20:30:38 | 43901 | AUT | :00 | .00 | 18/FEB | 1:43:41 | 7801340241 | AUT | :00 | .00 |
| 18/FEB | 2:29:59 | 7802000332 | AUT | :01 | .00 B | 18/FEB | 2:21:24 | 00447802148899 | AUT | :27 | .30 |
| 18/FEB | 9:04:19 | 00447801340241 | AUT | :30 | .30 | 18/FEB | 9:35:01 | 00447801340241 | AUT | :02 | .30 |
| 18/FEB | 10:24:38 | 00447802148882 | AUT | :25 | .30 | 18/FEB | 10:25:09 | 43901 | AUT | :00 | .00 |
| 18/FEB | 10:34:33 | 0385111464 | AUT | 1:12 | .29 | 18/FEB | 11:11:17 | 7801340241 | AUT | :00 | .00 |
| 18/FEB | 11:21:45 | 00447802148255 | AUT | :29 | .30 | 18/FEB | 11:23:37 | 02902124636363 | AUT | 5:12 | 4.15 |
| 18/FEB | 13:12:16 | 00491729413159 | AUT | :45 | .30 | 18/FEB | 13:12:47 | 00447802148929 | AUT | :06 | .30 |
| 18/FEB | 13:18:45 | 0019173455580 | AUT | 1:16 | 1.19 | 26/FEB | 18:53:03 | 43526 | AUT | :00 | .00 |
| 26/FEB | 19:11:45 | 2076022103 | AUT | 5:52 | 1.40 | 26/FEB | 19:12:49 | 00447802148452 | AUT | :04 | .30 |
| 26/FEB | 19:13:06 | 00447802148241 | AUT | :28 | .30 | 26/FEB | 19:13:37 | 43901 | AUT | :00 | .00 |
| 26/FEB | 23:53:31 | 7802000332 | AUT | :01 | .00 B | 27/FEB | 10:08:16 | 00447802148281 | AUT | :33 | .30 |
| 27/FEB | 10:36:41 | 01534370 | AUT | 1:32 | .53 | 27/FEB | 10:50:07 | 00447802148498 | AUT | :25 | .30 |
| 27/FEB | 11:39:25 | 43901 | AUT | :00 | .00 | 27/FEB | 11:58:20 | 00447802148428 | AUT | :37 | .30 |
| 27/FEB | 11:59:11 | 01534370 | AUT | :14 | .30 | 27/FEB | 12:00:15 | 00491784120925 | AUT | :14 | .30 |
| 27/FEB | 12:01:00 | 0385111464 | AUT | 17:46 | 4.24 | 27/FEB | 12:29:20 | 43153437 | AUT | 11:40 | 2.79 |
| 27/FEB | 12:41:46 | 00447920506506 | AUT | 1:43 | .53 | 27/FEB | 12:52:43 | 015345322278 | AUT | :53 | .30 |
| 27/FEB | 12:55:12 | 00491784120925 | AUT | 7:12 | 2.16 | 27/FEB | 13:10:12 | 43131942249 | AUT | :12 | .05 |
| 27/FEB | 13:13:28 | 0385111464 | AUT | 3:53 | .93 | 27/FEB | 16:02:38 | 43512574345121 | AUT | 9:24 | 2.25 |
| 27/FEB | 16:27:37 | 00447802148997 | AUT | :17 | .30 | 27/FEB | 17:17:08 | 2070161600 | AUT | 1:28 | .35 |
| 27/FEB | 17:19:42 | 2070161600 | AUT | 6:24 | 1.53 | 27/FEB | 17:26:27 | 2070161600 | AUT | 1:40 | .40 |
| 27/FEB | 17:40:19 | 06642011150 | AUT | 1:01 | .38 | 27/FEB | 17:44:48 | 0385111464 | AUT | :33 | .14 |
| 27/FEB | 17:47:10 | 0385111464 | AUT | 16:01 | 3.82 | 27/FEB | 17:50:34 | 00447802148789 | AUT | 1:25 | .45 |
| 27/FEB | 17:52:03 | 43901 | AUT | :00 | .00 | 27/FEB | 18:03:45 | 00442084138789 | AUT | 27:01 | 8.12 |
| 27/FEB | 18:14:44 | 00447802148995 | AUT | :26 | .30 | 27/FEB | 18:15:15 | 43901 | AUT | :00 | .00 |
| 27/FEB | 18:31:08 | 0385111464 | AUT | 11:06 | 2.65 | 27/FEB | 18:42:28 | 00447802148704 | AUT | 1:49 | .60 |
| 27/FEB | 18:44:49 | 00447802148603 | AUT | :04 | .30 | 27/FEB | 18:44:51 | 43512574345121 | AUT | 1:43 | .41 |
| 27/FEB | 19:26:57 | 0385111464 | AUT | 13:52 | 3.31 | 27/FEB | 19:49:25 | 7767245224 | AUT | :00 | .00 |
| 27/FEB | 19:50:33 | 7802000332 | AUT | :01 | .00 B | 27/FEB | 19:53:28 | 7767245224 | AUT | :00 | .00 |
| 27/FEB | 20:04:55 | 069918820000 | AUT | 10:11 | 3.06 | 27/FEB | 20:15:35 | 069918820000 | AUT | :04 | .30 |
| 27/FEB | 20:17:00 | 43662645288 | AUT | 27:27 | 6.55 | 27/FEB | 20:55:03 | 7802000332 | AUT | :01 | .00 B |
| 27/FEB | 20:56:09 | 43642224400 | AUT | :00 | .00 | 28/FEB | 10:42:58 | 00447802148999 | AUT | :15 | .30 |
| 28/FEB | 12:09:52 | 4969153074147 | AUT | 10:47 | 2.57 | 28/FEB | 13:31:31 | 7900692810 | AUT | 18:01 | 4.30 |
| 28/FEB | 16:27:23 | 7801340241 | GBR | :01 | .00 B | 28/FEB | 17:42:53 | 901 | GBR | :12 | .00 B |
| 28/FEB | 19:59:09 | 901 | GBR | :28 | .00 B | 28/FEB | 19:59:59 | 901 | GBR | :05 | .00 B |
| 28/FEB | 20:00:30 | 07711280840 | GBR | 6:05 | .00 B | 01/MAR | 7:22:43 | 901 | GBR | :38 | .00 B |
| 01/MAR | 8:54:32 | 901 | GBR | :04 | .00 B | 01/MAR | 9:32:20 | 901 | GBR | :23 | .00 B |
| 01/MAR | 10:49:14 | 00436642011150 | GBR | 6:33 | .95 | 01/MAR | 15:44:05 | 901 | GBR | 1:01 | .00 B |
| 01/MAR | 18:53:35 | 901 | GBR | :20 | .00 B | 02/MAR | 9:34:52 | 901 | GBR | :08 | .00 B |
| | | **Carried Forward To Next Page** | | | 222.53 | | | | | | |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

SS-O2/DIS04-CO  APR2006

1 of 3

LEH_0000625

# O2

your account

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    4 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | 02/MAR | 9:54:13 | 00436642606018 | GBR | 6:26 | .93 |
| 02/MAR | 9:37:48 | 02076022103 | GBR | 1:03 | .00 B | 02/MAR | 10:03:30 | 004315861054 | GBR | 1:02 | .15 |
| 02/MAR | 10:01:45 | 07920506506 | GBR | :56 | .00 B | 02/MAR | 10:55:06 | 02076022103 | GBR | 2:59 | .00 B |
| 02/MAR | 10:13:36 | 00436646219845 | GBR | :32 | .08 | 02/MAR | 13:55:42 | 901 | GBR | :28 | .00 B |
| 02/MAR | 13:54:24 | 901 | GBR | :59 | .00 B | 02/MAR | 18:37:36 | 7767245224 | GBR | :01 | .00 B |
| 02/MAR | 13:56:32 | 07711280840 | GBR | 23:58 | .00 B | 02/MAR | 18:39:37 | 7767245224 | GBR | :01 | .00 B |
| 02/MAR | 18:38:15 | 07920506506 | GBR | :39 | .00 B | 02/MAR | 18:41:30 | 07920506506 | GBR | :17 | .00 B |
| 02/MAR | 18:40:24 | 901 | GBR | 1:08 | .00 B | 02/MAR | 18:48:54 | 901 | GBR | 1:08 | .00 B |
| 03/MAR | 15:30:41 | 7767245224 | GBR | :01 | .00 B | 03/MAR | 15:31:31 | 07920506506 | GBR | :20 | .00 B |
| 04/MAR | 10:24:13 | 901 | GBR | :17 | .00 B | 04/MAR | 10:28:27 | 00436642011150 | GBR | 3:52 | .56 |
| 04/MAR | 11:12:50 | 07920506506 | GBR | :11 | .00 B | 05/MAR | 8:48:42 | 901 | GBR | :48 | .00 B |
| 05/MAR | 11:09:29 | 00436642606018 | GBR | 2:59 | .00 B | 05/MAR | 11:10:07 | 004315861054 | GBR | 2:13 | .32 |
| 05/MAR | 15:35:22 | 901 | GBR | :07 | .02 | 06/MAR | 9:28:05 | 901 | GBR | :36 | .00 B |
| 06/MAR | 9:29:31 | 004315861054 | GBR | :30 | .00 B | 06/MAR | 9:30:29 | 00436642606018 | GBR | 24:43 | 3.58 |
| 06/MAR | 12:39:51 | 901 | GBR | :26 | .06 | 06/MAR | 17:31:13 | 0017192347431 | GBR | 56:35 | 8.19 |
| 06/MAR | 19:25:20 | 02076022103 | GBR | :27 | .00 B | 06/MAR | 19:26:35 | 07801340241 | GBR | :27 | .00 B |
| 06/MAR | 20:08:57 | 004369910114921 | GBR | :28 | .06 | 06/MAR | 20:06:44 | 901 | GBR | 1:10 | .00 B |
| 06/MAR | 20:23:55 | 02076022103 | GBR | 1:47 | .26 | 07/MAR | 20:09:22 | 07801340241 | GBR | :13 | .00 B |
| 07/MAR | 11:11:15 | 07906692810 | GBR | 3:22 | .00 B | 07/MAR | 10:08:05 | 00491784120925 | GBR | :12 | .03 |
| 07/MAR | 11:33:54 | 901 | GBR | 1:24 | .00 B | 07/MAR | 11:13:02 | 02071024776 | GBR | 20:06 | .00 B |
| 07/MAR | 13:17:32 | 00491784120925 | GBR | :15 | .04 | 07/MAR | 13:15:11 | 901 | GBR | 1:14 | .00 B |
| 07/MAR | 14:05:56 | 00491729413159 | GBR | 11:28 | 1.66 | 07/MAR | 14:05:17 | 02071024776 | GBR | :06 | .00 B |
| 07/MAR | 15:35:22 | 02071024776 | GBR | :39 | .00 B | 07/MAR | 15:34:52 | 901 | GBR | :31 | .00 B |
| 07/MAR | 19:28:28 | 02079378000 | GBR | :49 | .00 B | 07/MAR | 17:03:00 | 901 | GBR | 1:06 | .00 B |
| 08/MAR | 7:08:22 | 901 | GBR | :08 | .00 B | 07/MAR | 19:30:12 | 02076022103 | GBR | :31 | .00 B |
| 08/MAR | 9:23:19 | 00436646219845 | GBR | 9:55 | 1.43 | 08/MAR | 8:03:43 | 00436646219845 | GBR | 1:02 | .15 |
| 08/MAR | 11:34:15 | 02071024776 | GBR | :32 | .00 B | 08/MAR | 10:16:04 | 07785304530 | GBR | :58 | .00 B |
| 08/MAR | 17:28:30 | 0436642224400 | GBR | :01 | .10 | 08/MAR | 11:35:03 | 07801340241 | GBR | :01 | .00 B |
| 08/MAR | 17:33:53 | 901 | GBR | 3:00 | .00 B | 08/MAR | 17:31:20 | 07711696986 | GBR | 1:46 | .00 B |
| 08/MAR | 18:25:21 | 00436646219845 | GBR | 14:37 | 2.12 | 08/MAR | 18:23:49 | 901 | GBR | :54 | .00 B |
| 08/MAR | 22:31:51 | 901 | GBR | :20 | .00 B | 08/MAR | 20:41:52 | 004369910114921 | GBR | :05 | .02 |
| 09/MAR | 11:56:20 | 901 | GBR | 1:26 | .00 B | 08/MAR | 22:32:43 | 901 | GBR | :05 | .00 B |
| 09/MAR | 11:58:36 | 901 | GBR | 3:19 | .00 B | 09/MAR | 11:57:45 | 07920506506 | GBR | :37 | .00 B |
| 09/MAR | 13:06:41 | 07920506506 | GBR | :27 | .00 B | 09/MAR | 13:05:58 | 901 | GBR | :43 | .00 B |
| 09/MAR | 18:04:53 | 00436645312295 | GBR | :36 | .09 | 09/MAR | 13:25:16 | 901 | GBR | :04 | .00 B |
| 10/MAR | 20:26:56 | 901 | GBR | :20 | .00 | 09/MAR | 19:36:16 | 901 | GBR | :33 | .00 B |
| | | **Call Charges** | | | | | | | | | **242.38** |
| 18/FEB | 16:47:22 | 7802000332 | TUR | :00 | .00 | 18/FEB | 17:01:21 | 90436649246002 | TUR | 6:14 | 3.19 |
| 18/FEB | 19:07:04 | 901 | TUR | :29 | .81 | 18/FEB | 22:13:49 | 436640501 | TUR | :00 | .00 |
| 19/FEB | 7:53:24 | 4369910114921 | TUR | :28 | 1.79 | 19/FEB | 8:20:11 | 491607414160 | TUR | 1:11 | 2.24 |
| 19/FEB | 10:20:26 | 0385111464 | TUR | :07 | .06 | 19/FEB | 10:20:26 | 00447802148884 | TUR | :07 | .81 |
| 19/FEB | 10:58:04 | 0385111464 | TUR | :23 | .20 | 19/FEB | 10:58:04 | 00447802148676 | TUR | :23 | .81 |
| 19/FEB | 11:28:55 | 90901 | TUR | :00 | .00 | 19/FEB | 12:02:31 | 90447801340241 | TUR | :00 | .00 |
| 19/FEB | 12:08:39 | 00447802148402 | TUR | :49 | .81 | 19/FEB | 12:08:39 | 9000491607414160 | TUR | :49 | .42 |
| 19/FEB | 14:01:33 | 7958879886 | TUR | :00 | .00 | 19/FEB | 14:19:03 | 90447957306625 | TUR | :00 | .00 |
| 19/FEB | 14:26:37 | 7802005704 | TUR | :00 | .00 | 19/FEB | 15:24:50 | 00447802148948 | TUR | :08 | .81 |
| 19/FEB | 15:24:50 | 9000491607414160 | TUR | :08 | .07 | 19/FEB | 15:55:48 | 00447802148510 | TUR | 4:18 | 3.64 |
| 19/FEB | 15:55:48 | 0385111464 | TUR | 4:18 | 2.20 | 19/FEB | 15:56:49 | 00447802148932 | TUR | 3:13 | 2.63 |
| 19/FEB | 15:56:49 | 0385111464 | TUR | 3:13 | 1.65 | 19/FEB | 16:19:14 | 00447802148498 | TUR | :14 | .81 |
| 19/FEB | 16:19:14 | 9000491784120925 | TUR | :14 | .12 | 19/FEB | 17:12:48 | 90901 | TUR | :00 | .00 |
| 19/FEB | 17:12:54 | 90901 | TUR | :00 | .00 | 19/FEB | 17:16:03 | 00447801340241 | TUR | :01 | .00 B |
| 19/FEB | 17:17:22 | 00447957306625 | TUR | :01 | .00 B | 19/FEB | 17:17:34 | 901 | TUR | 1:45 | 1.42 |
| 19/FEB | 17:20:09 | 436642606018 | TUR | :09 | 1.79 | 19/FEB | 17:20:42 | 4315861054 | TUR | 2:30 | 4.48 |
| | | **Carried Forward To Next Page** | | | | | | | | | 30.76 |

Brought Forward From Previous Page ......... 222.53

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

your account

| | |
|---|---|
| BILL | 99643015 |
| BILL DATE | 12 Mar 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE          5 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 30.76 |
| 19/FEB | 17:22:13 | 00447802148224 | TUR | :22 | .81 | 19/FEB | 17:22:13 | 0385111464 | TUR | :22 | .19 |
| 19/FEB | 17:22:40 | 90901 | TUR | :00 | .00 | 19/FEB | 17:32:13 | 0385111464 | TUR | 2:51 | 1.46 |
| 19/FEB | 18:07:42 | 90447801340241 | TUR | :00 | .00 | 19/FEB | 19:46:36 | 900041217640038 | TUR | :34 | .29 |
| 19/FEB | 19:46:36 | 00447802148585 | TUR | :34 | .81 | 19/FEB | 19:47:13 | 90901 | TUR | :00 | .00 |
| 19/FEB | 20:26:00 | 00447802148791 | TUR | :16 | .81 | 19/FEB | 20:26:00 | 0385111464 | TUR | :16 | .14 |
| 19/FEB | 22:08:35 | 901 | TUR | :52 | .81 | 19/FEB | 22:10:02 | 436642606018 | TUR | 3:35 | 6.72 |
| 19/FEB | 22:14:36 | 491729413159 | TUR | 1:09 | 2.24 | 20/FEB | 14:04:46 | 90447801340241 | TUR | :00 | .00 |
| 20/FEB | 15:35:44 | 00447801340241 | TUR | :01 | .00 B | 20/FEB | 15:36:50 | 901 | TUR | :48 | .81 |
| 20/FEB | 17:49:43 | 00436645312295 | TUR | :01 | .00 B | 20/FEB | 17:52:04 | 00436645312199 | TUR | :01 | .00 B |
| 20/FEB | 19:35:58 | 00447802148415 | TUR | :07 | .81 | 20/FEB | 19:35:58 | 0385111464 | TUR | :07 | .06 |
| 20/FEB | 19:36:20 | 90447801340241 | TUR | :00 | .00 | 20/FEB | 19:43:04 | 9000496915307414 | TUR | :05 | .05 |
| 20/FEB | 19:43:04 | 00447750503521 | TUR | :05 | .81 | 20/FEB | 20:47:53 | 00447802148190 | TUR | :15 | .81 |
| 20/FEB | 20:47:53 | 9004969153074147 | TUR | :15 | .13 | 20/FEB | 20:54:22 | 00447750503521 | TUR | :16 | .81 |
| 20/FEB | 20:54:22 | 9000496915307414 | TUR | :16 | .14 | 20/FEB | 20:54:43 | 90901 | TUR | :00 | .00 |
| 20/FEB | 21:10:45 | 00447802148489 | TUR | :27 | .81 | 20/FEB | 21:10:45 | 0385111464 | TUR | :27 | .23 |
| 20/FEB | 21:11:15 | 90901 | TUR | :00 | .00 | 20/FEB | 21:18:49 | 00447802148627 | TUR | 1:19 | 1.22 |
| 20/FEB | 21:18:49 | 9004969153074147 | TUR | 1:19 | .68 | 20/FEB | 21:20:11 | 90901 | TUR | :00 | .00 |
| 20/FEB | 21:36:52 | 0385111464 | TUR | :05 | .05 | 20/FEB | 21:36:52 | 00447802148896 | TUR | :05 | .81 |
| 20/FEB | 22:20:33 | 00447801340241 | TUR | :01 | .00 B | 20/FEB | 22:22:35 | 901 | TUR | 1:08 | 1.02 |
| 20/FEB | 22:24:18 | 491784120925 | TUR | 4:15 | 7.61 | 20/FEB | 22:53:08 | 90447801340241 | TUR | :00 | .00 |
| 20/FEB | 23:14:30 | 7801340241 | TUR | 21:08 | 17.19 | 21/FEB | 11:24:08 | 9000441234567890 | TUR | :34 | .29 |
| 21/FEB | 11:24:08 | 00447802148131 | TUR | :34 | .81 | 21/FEB | 11:24:47 | 90901 | TUR | :00 | .00 |
| 21/FEB | 12:24:11 | 901 | TUR | :56 | .81 | 21/FEB | 17:57:21 | 901 | TUR | :42 | .81 |
| 21/FEB | 17:58:48 | 436763118020 | TUR | :36 | 1.79 | 21/FEB | 17:59:55 | 436642011150 | TUR | :34 | 1.79 |
| 21/FEB | 18:01:43 | 0385111464 | TUR | :20 | .18 | 21/FEB | 18:01:43 | 7750503521 | TUR | :20 | .81 |
| 21/FEB | 18:02:12 | 7802005704 | TUR | :34 | .81 | 21/FEB | 18:03:05 | 901 | TUR | :51 | .81 |
| 21/FEB | 18:05:15 | 436642011150 | TUR | 3:53 | 7.16 | 21/FEB | 23:20:16 | 7802005704 | TUR | :00 | .00 |
| 22/FEB | 10:00:42 | 901 | TUR | 1:25 | 1.22 | 22/FEB | 13:13:23 | 7797706008 | TUR | :00 | .00 |
| 22/FEB | 13:13:35 | 7797706008 | TUR | :00 | .00 | 22/FEB | 14:44:37 | 491784120925 | TUR | 19:35 | 35.36 |
| 22/FEB | 15:04:53 | 436763118020 | TUR | 12:30 | 22.38 | 22/FEB | 15:52:32 | 2076022103 | TUR | :46 | .81 |
| 22/FEB | 15:57:57 | 436642011150 | TUR | 14:52 | 26.85 | 22/FEB | 17:30:52 | 7802005704 | TUR | :00 | .00 |
| 23/FEB | 17:38:17 | 901 | TUR | :31 | .81 | 23/FEB | 17:39:46 | 2076022103 | TUR | 18:50 | 15.37 |
| 23/FEB | 17:59:36 | 7711280840 | TUR | 17:05 | 13.95 | 24/FEB | 8:54:22 | 901 | TUR | :20 | .81 |
| 24/FEB | 14:15:41 | 7920506506 | TUR | 1:10:47 | 36.15 | 24/FEB | 17:50:54 | 7785016005 | TUR | :00 | .00 |
| 24/FEB | 19:08:48 | 7802000332 | TUR | :01 | .00 B | 24/FEB | 19:09:03 | 901 | TUR | :05 | .81 |
| 24/FEB | 19:27:49 | 2076022103 | TUR | 8:08 | 4.16 | 24/FEB | 19:36:49 | 436642011150 | TUR | :32 | 1.79 |
| 24/FEB | 19:37:44 | 43512378417 | TUR | 25:54 | 46.54 | 24/FEB | 19:42:40 | 7785016005 | TUR | :00 | .00 |
| 24/FEB | 20:19:03 | 7802000332 | TUR | :01 | .00 B | 24/FEB | 20:20:18 | 7711280840 | TUR | 7:44 | 3.95 |
| 24/FEB | 20:24:45 | 0385111464 | TUR | :43 | .37 | 24/FEB | 20:24:45 | 7750503521 | TUR | :43 | .81 |
| 24/FEB | 20:25:44 | 7802005704 | TUR | :00 | .00 | 24/FEB | 20:28:38 | 7711280840 | TUR | 11:20 | 5.79 |
| 24/FEB | 20:40:55 | 901 | TUR | :58 | .81 | 24/FEB | 20:43:14 | 436645695321 | TUR | 3:26 | 6.27 |
| 25/FEB | 16:40:40 | 901 | TUR | :29 | .81 | 25/FEB | 19:47:48 | 2076022103 | TUR | 6:47 | 5.66 |
| 25/FEB | 22:01:10 | 2086264011 | TUR | 27:45 | 22.44 | 26/FEB | 11:45:58 | 7802005704 | TUR | :04 | .81 |
| 26/FEB | 11:47:41 | 901 | TUR | :12 | .81 | 26/FEB | 12:03:34 | 0385111464 | TUR | 7:15 | 3.71 |
| 26/FEB | 13:36:13 | 0385111464 | TUR | :03 | .03 | 26/FEB | 13:36:13 | 7750503521 | TUR | :03 | .81 |
| 26/FEB | 15:12:18 | 901 | TUR | :04 | .81 | 26/FEB | 17:05:44 | 0385111464 | TUR | 13:48 | 7.05 |
| 26/FEB | 17:19:48 | 0385111464 | TUR | :24 | .21 | | | | | | |

| | | |
|---|---|---|
| **UK VAT exempt calls** | | 361.70 |
| **TOTAL CALLS** | | 604.08 |

**Bundle Key**
B = Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential                                                                                           LEH_0000627

# O2 select

## your bill

1140 ODIM552A BLKE76 23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/98754803 |
| PAGE | 1 of 6 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 12 Feb 07 To: 11 Mar 07 | 21.28 | |
| Call Charges | To: 09 Feb 07 | 358.52 | |
| UK VAT exempt calls | To: 09 Feb 07 | 10.17 | EXEMPT |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 12 Feb 07 To: 11 Mar 07 | 2.54 | |
| Loyalty Reward - International | | 38.69CR | |
| Inclusive Browse and Download | From: 12 Feb 07 To: 11 Mar 07 | 0.00 | |
| **Sub Total Excluding VAT** | | 353.82 | |
| VAT @ 0.00% of £10.17 | | 0.00 | |
| VAT @ 17.50% of £343.65 | | 60.14 | |
| **Total amount due this bill** | | 413.96 | |
| **Balance Brought Forward** | | 0.00 | |

---

TOTAL AMOUNT DUE 26 Feb 07     £ 413.96

*201.72*

### About Your O2 Calling Plan

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of 125 minutes and 100 kb and 100 units

| | | |
|---|---|---|
| Free call duration used this period | 125 | minutes |
| Free data volume used this period | 61 | kb |
| Free units used this period | 77 | units |
| The total available for use next period | 125 | minutes and 100 kb and 100 units |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

**Payments**

To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

# O2

your account

| BILL | 98754803 |
|---|---|
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    2 of 6

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/JAN | 16:19:03 | 43901 | AUT | :00 | .00 | 09/JAN | 16:19:40 | 4369917303132 | AUT | :00 | .00 |
| 09/JAN | 16:22:00 | 43526 | AUT | :00 | .00 | 09/JAN | 16:22:29 | 06646219845 | AUT | :40 | .30 |
| 09/JAN | 16:23:51 | 436646219845 | AUT | 7:37 | 1.82 | 09/JAN | 16:32:11 | 01534530 | AUT | 2:00 | .60 |
| 09/JAN | 16:36:49 | 00447802148446 | AUT | :25 | .30 | 09/JAN | 16:37:16 | 43901 | AUT | :00 | .00 |
| 09/JAN | 16:38:18 | 00442071021746 | AUT | 3:09 | .97 | 09/JAN | 16:42:23 | 0385111464 | AUT | 2:21 | .56 |
| 09/JAN | 16:45:06 | 00447802148605 | AUT | 1:11 | .38 | 09/JAN | 17:02:09 | 1234567890 | AUT | :11 | .05 |
| 09/JAN | 17:22:33 | 0385111464 | AUT | 14:41 | 3.50 | 09/JAN | 17:29:12 | 00447802148515 | AUT | 1:02 | .38 |
| 09/JAN | 17:30:17 | 43901 | AUT | :00 | .00 | 09/JAN | 17:45:34 | 0385111464 | AUT | 3:28 | .83 |
| 09/JAN | 17:52:37 | 1234567890 | AUT | 11:39 | 2.78 | 09/JAN | 18:03:04 | 00447802148944 | AUT | 1:02 | .38 |
| 09/JAN | 18:04:11 | 43901 | AUT | :00 | .00 | 09/JAN | 18:25:07 | 2076022103 | AUT | 3:04 | .74 |
| 09/JAN | 18:34:37 | 432070161600 | AUT | 7:33 | 1.80 | 09/JAN | 21:15:24 | 00447802148223 | AUT | 2:12 | .68 |
| 10/JAN | 9:02:58 | 7801340241 | AUT | :00 | .00 | 10/JAN | 9:03:52 | 436505727281 | AUT | :00 | .00 |
| 10/JAN | 9:04:28 | 436505727281 | AUT | :00 | .00 | 10/JAN | 10:02:13 | 0385111464 | AUT | :22 | .09 |
| 10/JAN | 10:03:22 | 0385111464 | AUT | 1:10 | .28 | 10/JAN | 10:08:01 | 00447802148796 | AUT | :02 | .30 |
| 10/JAN | 10:24:49 | 0385111464 | AUT | :36 | .15 | 10/JAN | 10:26:11 | 00447802148686 | AUT | :22 | .30 |
| 10/JAN | 10:44:23 | 43901 | AUT | :00 | .00 | 10/JAN | 12:17:47 | 7072221020 | AUT | :35 | .14 |
| 10/JAN | 14:39:17 | 43901 | AUT | :00 | .00 | 10/JAN | 14:41:15 | 00447802148894 | AUT | 1:17 | .45 |
| 10/JAN | 14:58:13 | 00447802148485 | AUT | :08 | .30 | 10/JAN | 15:57:48 | 436766655691 | AUT | 1:31 | .37 |
| 10/JAN | 16:25:56 | 0385111464 | AUT | :34 | .14 | 10/JAN | 16:30:06 | 12123258415 | AUT | 6:52 | 5.53 |
| 10/JAN | 17:21:33 | 0385111464 | AUT | :05 | .02 | 10/JAN | 17:21:33 | 7750503521 | AUT | :05 | .30 |
| 10/JAN | 18:51:01 | 901 | AUT | :41 | .30 | 10/JAN | 19:06:49 | 491607414160 | AUT | :21 | .30 |
| 10/JAN | 19:14:44 | 435122257726 | AUT | 3:48 | 1.20 | 10/JAN | 22:56:57 | 436641006200 | AUT | 1:53 | .45 |
| 11/JAN | 4:27:34 | 7802000332 | AUT | :01 | .21 | 11/JAN | 8:22:43 | 00447802148842 | AUT | :39 | .30 |
| 11/JAN | 8:23:36 | 43901 | AUT | :00 | .00 | 11/JAN | 8:29:54 | 00447802148928 | AUT | 1:02 | .38 |
| 11/JAN | 10:52:47 | 901 | AUT | :02 | .30 | 11/JAN | 14:20:10 | 4369917303132 | AUT | :42 | .30 |
| 11/JAN | 14:55:31 | 2076022103 | AUT | 4:38 | 1.42 | 11/JAN | 17:50:14 | 901 | AUT | 1:03 | .38 |
| 11/JAN | 17:54:56 | 436641006200 | AUT | :28 | .30 | 11/JAN | 18:17:27 | 4315267777 | AUT | 1:24 | .45 |
| 11/JAN | 18:48:26 | 0385111464 | AUT | 20:58 | 5.00 | 11/JAN | 19:17:39 | 0385111464 | AUT | :03 | .02 |
| 11/JAN | 19:17:39 | 7750503521 | AUT | :03 | .30 | 11/JAN | 19:19:01 | 0385111464 | AUT | 14:42 | 3.51 |
| 11/JAN | 19:45:42 | 7802000332 | AUT | :01 | .21 | 11/JAN | 19:51:07 | 436648161567 | AUT | 15:37 | 3.73 |
| 12/JAN | 8:03:42 | 0385111464 | AUT | :01 | .01 | 12/JAN | 8:03:42 | 7750503521 | AUT | :01 | .30 |
| 12/JAN | 9:30:27 | 901 | AUT | 1:08 | .38 | 12/JAN | 9:45:46 | 7750503521 | AUT | :01 | .30 |
| 12/JAN | 9:45:46 | 0385111464 | AUT | :01 | .01 | 12/JAN | 10:15:19 | 0385111464 | AUT | :19 | .08 |
| 12/JAN | 9:46:19 | 7750503521 | AUT | :19 | .30 | 12/JAN | 10:48:27 | 0385111464 | AUT | :26 | .11 |
| 12/JAN | 10:48:27 | 7750503521 | AUT | :26 | .30 | 12/JAN | 10:58:23 | 0385111464 | AUT | :27 | .11 |
| 12/JAN | 10:58:23 | 7750503521 | AUT | :27 | .30 | 12/JAN | 15:28:12 | 901 | AUT | 1:41 | .53 |
| 12/JAN | 15:32:02 | 491729413159 | AUT | 22:36 | 6.78 | 12/JAN | 15:33:56 | 7750503521 | AUT | :05 | .30 |
| 12/JAN | 15:33:56 | 0385111464 | AUT | :05 | .02 | 12/JAN | 15:46:19 | 7750503521 | AUT | :17 | .30 |
| 12/JAN | 15:46:19 | 0385111464 | AUT | :17 | .07 | 12/JAN | 15:59:18 | 901 | AUT | :30 | .30 |
| 12/JAN | 16:01:52 | 43151504251 | AUT | :24 | .30 | 12/JAN | 16:20:18 | 436641006200 | AUT | :26 | .30 |
| 12/JAN | 16:26:35 | 431700076000 | AUT | 2:14 | .68 | 12/JAN | 19:19:54 | 901 | GBR | :46 | .00 B |
| 12/JAN | 19:22:35 | 00436645312199 | GBR | :23 | .06 | 13/JAN | 13:51:00 | 0436990114921 | GBR | :01 | .10 |
| 13/JAN | 13:52:45 | 901 | GBR | 2:29 | .00 B | 13/JAN | 13:56:37 | 901 | GBR | :37 | .00 B |
| 13/JAN | 13:58:18 | 0043512378417 | GBR | 1:04:07 | 9.28 | 13/JAN | 18:55:33 | 901 | GBR | 2:26 | .00 B |
| 14/JAN | 10:20:42 | 901 | GBR | :17 | .00 B | 14/JAN | 10:55:50 | 118118 | GBR | 1:50 | 1.01 |
| 14/JAN | 11:07:41 | 118118 | GBR | 1:07 | .61 | 14/JAN | 11:10:27 | 118118 | GBR | 6:24 | 3.52 |
| 15/JAN | 9:52:29 | 901 | GBR | :11 | .00 B | 15/JAN | 11:02:30 | 00436642011150 | GBR | 10:55 | 1.58 |
| 15/JAN | 12:00:23 | 00436642011150 | GBR | 5:27 | .79 | 15/JAN | 12:00:41 | 00436642011150 | GBR | 5:27 | .79 |
| 15/JAN | 12:09:51 | 00436642011150 | GBR | 5:28 | .79 | 15/JAN | 12:10:09 | 00436642011150 | GBR | 5:28 | .79 |
| 15/JAN | 12:15:45 | 00436642011150 | GBR | 5:27 | .79 | 15/JAN | 12:16:03 | 00436642011150 | GBR | 5:14 | .76 |
| 15/JAN | 15:39:14 | 901 | GBR | :55 | .00 B | 15/JAN | 15:53:01 | 901 | GBR | :38 | .00 B |
| 15/JAN | 15:54:12 | 02076022103 | GBR | :31 | .00 B | 15/JAN | 19:55:33 | 901 | GBR | :39 | .00 B |
| 15/JAN | 19:57:59 | 00436645312199 | GBR | 8:52 | 1.28 | 16/JAN | 8:21:34 | 901 | GBR | 1:15 | .00 B |
| 16/JAN | 19:24:02 | 00436642224400 | GBR | 1:19 | .19 | 17/JAN | 8:18:45 | 901 | GBR | 1:11 | .00 B |
| 17/JAN | 8:20:33 | 0041792008138 | GBR | 11:01 | 1.59 | 17/JAN | 8:32:05 | 901 | GBR | 2:05 | .00 B |
| 17/JAN | 8:58:42 | 04369917303132 | GBR | :01 | .10 | 17/JAN | 15:43:28 | 901 | GBR | 1:09 | .00 B |
| 17/JAN | 15:45:44 | 00436642606018 | GBR | :09 | .02 | 17/JAN | 15:51:36 | 00436648161567 | GBR | :01 | .10 |
| 17/JAN | 19:55:42 | 901 | GBR | :33 | .00 B | 18/JAN | 8:06:39 | 0043512574345145 | GBR | 20:11 | 2.92 |
| 18/JAN | 9:22:26 | 04369917303132 | GBR | :01 | .10 | 18/JAN | 9:23:33 | 901 | GBR | :55 | .00 B |

**Carried Forward To Next Page**                                    82.45

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85



O2

your account

| | |
|---|---|
| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    3 of 6

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Brought Forward From Previous Page | | | 82.45 | | | | | | |
| 18/JAN | 10:19:19 | 901 | GBR | 1:43 | .00 B | 18/JAN | 12:08:26 | 118118 | GBR | 26:16 | 14.45 |
| 18/JAN | 12:35:29 | 901 | GBR | :29 | .00 B | 18/JAN | 12:38:22 | 02071021746 | GBR | :22 | .00 B |
| 18/JAN | 15:11:58 | 0016178019619 | GBR | 2:57:21 | 25.66 | 18/JAN | 18:10:05 | 901 | GBR | 3:45 | .00 B |
| 18/JAN | 18:17:01 | 901 | GBR | :48 | .00 B | 18/JAN | 20:10:52 | 00436643411303 | GBR | 8:32 | 1.23 |
| 18/JAN | 22:39:18 | 02077538811 | GBR | 9:21 | .00 B | 19/JAN | 9:45:26 | 901 | AUT | :57 | .30 |
| 19/JAN | 10:39:13 | 0385111464 | AUT | 7:06 | 1.70 | 19/JAN | 12:13:18 | 0385111464 | AUT | :34 | .14 |
| 19/JAN | 12:13:18 | 7750503521 | AUT | :34 | .30 | 19/JAN | 13:35:31 | 901 | AUT | 1:14 | .38 |
| 19/JAN | 15:55:38 | 0385111464 | AUT | :18 | .08 | 19/JAN | 15:55:38 | 7750503521 | AUT | :18 | .30 |
| 19/JAN | 17:27:42 | 901 | AUT | :23 | .30 | 19/JAN | 17:28:44 | 436645312199 | AUT | 1:05 | .38 |
| 19/JAN | 18:14:10 | 4315267777 | AUT | :40 | .30 | 19/JAN | 18:17:31 | 0385111464 | AUT | :48 | .20 |
| 19/JAN | 18:24:50 | 0385111464 | AUT | 17:01 | 4.06 | 19/JAN | 18:43:19 | 43512574345145 | AUT | 22:04 | 5.26 |
| 20/JAN | 7:03:11 | 901 | AUT | 1:12 | .38 | 20/JAN | 9:25:20 | 436645312199 | AUT | 34:30 | 10.28 |
| 20/JAN | 10:02:59 | 436642346938 | AUT | 1:08 | .38 | 20/JAN | 12:48:36 | 901 | GBR | 1:01 | .06 |
| 20/JAN | 13:06:06 | 02076022103 | GBR | 1:05 | .00 B | 21/JAN | 13:33:10 | 00436690110114921 | GBR | 6:30 | .94 |
| 21/JAN | 13:52:42 | 00436645312199 | GBR | 1:03 | .15 | 21/JAN | 16:16:21 | 07801340241 | GBR | :06 | .00 B |
| 21/JAN | 16:20:47 | 901 | GBR | :08 | .00 B | 21/JAN | 20:46:54 | 901 | GBR | :20 | .00 B |
| 22/JAN | 6:57:47 | 901 | GBR | :06 | .00 B | 22/JAN | 7:05:04 | 00436690110114921 | GBR | :04 | .02 |
| 22/JAN | 10:27:22 | 7767245224 | GBR | :01 | .00 B | 22/JAN | 10:29:00 | 901 | GBR | 1:13 | .00 B |
| 22/JAN | 11:12:30 | 7767245224 | GBR | :01 | .00 B | 22/JAN | 11:38:26 | 7767245224 | GBR | :01 | .00 B |
| 22/JAN | 11:39:09 | 901 | GBR | :29 | .00 B | 22/JAN | 12:09:27 | 7767245224 | GBR | :01 | .00 B |
| 22/JAN | 12:37:08 | 07767245224 | GBR | :43 | .00 B | 22/JAN | 12:48:38 | 0436648161567 | GBR | :01 | .10 |
| 22/JAN | 14:51:25 | 901 | GBR | 1:06 | .00 B | 22/JAN | 15:00:12 | 901 | GBR | 1:08 | .00 B |
| 22/JAN | 15:01:55 | 02072422744 | GBR | 43:29 | .00 B | 22/JAN | 17:05:32 | 901 | GBR | :33 | .00 B |
| 22/JAN | 17:35:48 | 7801340241 | GBR | :01 | .00 B | 22/JAN | 17:53:40 | 901 | GBR | :03 | .00 B |
| 23/JAN | 8:43:47 | 901 | GBR | 2:26 | .00 B | 23/JAN | 9:54:52 | 901 | GBR | :51 | .00 B |
| 23/JAN | 13:47:17 | 901 | GBR | :36 | .00 B | 23/JAN | 13:48:30 | 07801340241 | GBR | 8:36 | .00 B |
| 23/JAN | 14:08:19 | 00491737123779 | GBR | 11:50 | 1.71 | 23/JAN | 14:23:06 | 0436648161567 | GBR | :01 | .10 |
| 23/JAN | 14:48:36 | 07976097872 | GBR | 1:15 | .00 B | 23/JAN | 14:53:35 | 00436646219845 | GBR | 1:02 | .15 |
| 23/JAN | 15:27:30 | 00436916127300 | GBR | :55 | .13 | 23/JAN | 15:49:11 | 0436642510080 | GBR | :01 | .10 |
| 23/JAN | 16:00:13 | 00491607414160 | GBR | 1:31 | .22 | 24/JAN | 9:51:25 | 004969153074118 | GBR | :20 | .05 |
| 23/JAN | 9:54:51 | 07738929793 | GBR | 1:05 | .00 B | 24/JAN | 11:05:33 | 901 | GBR | :45 | .00 B |
| 24/JAN | 11:07:03 | 07801340241 | GBR | 4:39 | .00 B | 24/JAN | 13:40:05 | 00436641005156 | GBR | :50 | .12 |
| 24/JAN | 15:21:41 | 901 | GBR | :47 | .00 B | 24/JAN | 15:27:24 | 07920506506 | GBR | 1:03 | .00 B |
| 24/JAN | 15:52:07 | 901 | GBR | :03 | .00 B | 24/JAN | 16:01:38 | 901 | GBR | :03 | .00 B |
| 24/JAN | 17:32:05 | 901 | GBR | :19 | .00 B | 24/JAN | 18:14:31 | 901 | GBR | :42 | .00 B |
| 24/JAN | 18:18:55 | 00436645312199 | GBR | 16:46 | 2.43 | 25/JAN | 0:56:27 | 901 | GBR | 1:32 | .00 B |
| 25/JAN | 5:36:48 | 07801340241 | GBR | :34 | .00 B | 25/JAN | 7:58:38 | 0436649132442 | GBR | :01 | .10 |
| 25/JAN | 8:02:06 | 901 | GBR | :18 | .00 B | 25/JAN | 11:24:58 | 7802000332 | AUT | :01 | .00 B |
| 25/JAN | 11:26:21 | 901 | AUT | :32 | .30 | 25/JAN | 11:41:51 | 431370312716 | AUT | :56 | .23 |
| 25/JAN | 11:43:07 | 436767069034 | AUT | :16 | .07 | 25/JAN | 12:02:17 | 901 | AUT | :02 | .30 |
| 25/JAN | 12:26:37 | 2071021746 | AUT | 24:12 | 7.23 | 25/JAN | 13:22:46 | 436845457992 | AUT | :52 | .21 |
| 25/JAN | 13:54:19 | 43662645288 | AUT | :29 | .12 | 25/JAN | 14:20:06 | 7750503521 | AUT | :12 | .30 |
| 25/JAN | 14:20:06 | 0385111464 | AUT | :12 | .05 | 25/JAN | 14:24:41 | 7802000332 | AUT | :01 | .00 B |
| 25/JAN | 14:25:07 | 901 | AUT | :31 | .30 | 25/JAN | 14:26:27 | 0043664645541 | AUT | :21 | .30 |
| 25/JAN | 14:53:16 | 7802000332 | AUT | :01 | .00 B | 25/JAN | 16:14:42 | 901 | AUT | :14 | .30 |
| 25/JAN | 16:35:32 | 2071021746 | AUT | 2:13 | .68 | 25/JAN | 17:25:23 | 4917842120925 | AUT | 1:57 | .60 |
| 25/JAN | 17:31:06 | 496997583594 | AUT | 26:35 | 7.97 | 25/JAN | 17:42:16 | 0385111464 | AUT | 1:42 | .41 |
| 25/JAN | 17:42:16 | 7750503521 | AUT | 1:42 | .53 | 25/JAN | 18:22:03 | 901 | AUT | 1:48 | .60 |
| 25/JAN | 18:49:05 | 43662645288 | AUT | 16:48 | 4.01 | 25/JAN | 18:50:04 | 0385111464 | AUT | :26 | .11 |
| 25/JAN | 18:50:04 | 7750503521 | AUT | :26 | .30 | 25/JAN | 21:54:49 | 0385111464 | AUT | :35 | .14 |
| 25/JAN | 21:56:24 | 7750503521 | AUT | :10 | .30 | 25/JAN | 21:56:24 | 0385111464 | AUT | :10 | .04 |
| 25/JAN | 22:41:06 | 901 | AUT | :25 | .30 | 26/JAN | 1:25:24 | 43526 | AUT | :00 | .00 |
| 26/JAN | 9:52:08 | 00447802148825 | AUT | 1:01 | .38 | 26/JAN | 9:52:18 | 43901 | AUT | :00 | .00 |
| 26/JAN | 10:06:29 | 4969153074147 | AUT | 3:13 | .77 | 26/JAN | 10:30:48 | 43512378417 | AUT | 2:20 | .75 |
| 26/JAN | 10:33:52 | 901 | AUT | :06 | .30 | 26/JAN | 16:44:20 | 496818815015 | AUT | :39 | .16 |
| 26/JAN | 17:09:00 | 4369911499829 | AUT | :38 | .30 | 26/JAN | 17:21:49 | 43535665804 | AUT | :30 | .30 |
| | | Carried Forward To Next Page | | | 183.51 | | | | | | |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85



O2

**your account**

| | |
|---|---|
| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE          4 of 6

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 183.51 | | | | | | |
| 26/JAN | 17:23:38 | 4369911499829 | AUT | :20 | .30 | 26/JAN | 17:34:02 | 43535665804 | AUT | 2:50 | .90 |
| 26/JAN | 17:53:45 | 7802000332 | AUT | :01 | .00 B | 26/JAN | 18:42:54 | 0385111464 | AUT | 1:47 | .43 |
| 27/JAN | 8:15:20 | 7802005704 | AUT | :00 | .00 | 27/JAN | 8:16:17 | 901 | AUT | :48 | .30 |
| 27/JAN | 8:28:31 | 00436991499829 | AUT | 1:21 | .45 | 27/JAN | 8:33:24 | 0043512378417 | AUT | 3:46 | 1.20 |
| 27/JAN | 8:44:01 | 0043463501051 | AUT | 8:05 | 2.46 | 27/JAN | 8:57:49 | 0043535665804 | AUT | 1:22 | .45 |
| 27/JAN | 10:16:22 | 7764561710 | AUT | 2:09 | .52 | 27/JAN | 11:36:10 | 436649246002 | AUT | :25 | .10 |
| 27/JAN | 11:36:10 | 00447750503521 | AUT | :25 | .30 | 27/JAN | 11:36:41 | 7802005704 | AUT | :00 | .00 |
| 27/JAN | 11:37:03 | 901 | AUT | :28 | .30 | 27/JAN | 17:34:57 | 43512378417 | AUT | 5:45 | 1.72 |
| 27/JAN | 18:37:32 | 901 | AUT | 1:37 | .53 | 27/JAN | 20:44:37 | 43535665956 | AUT | 1:54 | .60 |
| 27/JAN | 20:46:49 | 436648933178 | AUT | :47 | .30 | 27/JAN | 20:48:26 | 436645507056 | AUT | 1:05 | .38 |
| 28/JAN | 8:30:43 | 43512378417 | AUT | 7:13 | 2.16 | 28/JAN | 10:32:08 | 00447802148290 | AUT | :02 | .30 |
| 28/JAN | 10:56:23 | 00447802148221 | AUT | :02 | .30 | 28/JAN | 17:00:00 | 00447802148214 | AUT | :05 | .30 |
| 28/JAN | 20:41:32 | 00447802148689 | AUT | :38 | .30 | 28/JAN | 20:42:22 | 43901 | AUT | :00 | .00 |
| 29/JAN | 7:26:42 | 05125311 | AUT | :09 | .30 | 29/JAN | 7:42:07 | 051222220 | AUT | :57 | .30 |
| 29/JAN | 8:27:35 | 06645312199 | AUT | 1:07 | .38 | 29/JAN | 9:00:16 | 0385111464 | AUT | 3:46 | .90 |
| 29/JAN | 11:51:04 | 7801340241 | AUT | :00 | .00 | 29/JAN | 11:51:06 | 00447802148285 | AUT | :18 | .30 |
| 29/JAN | 11:51:26 | 43901 | AUT | :00 | .00 | 29/JAN | 11:52:20 | 00447802148624 | AUT | 1:53 | .60 |
| 29/JAN | 11:54:54 | 00442076776070 | AUT | 2:16 | .75 | 29/JAN | 11:58:50 | 00491729413159 | AUT | 6:58 | 2.09 |
| 29/JAN | 12:08:47 | 00447802148463 | AUT | :02 | .30 | 29/JAN | 14:29:54 | 7801340241 | AUT | :00 | .00 |
| 29/JAN | 14:29:57 | 7801340241 | AUT | :00 | .00 | 29/JAN | 14:32:27 | 00447802148614 | AUT | :15 | .30 |
| 29/JAN | 17:15:59 | 43901 | AUT | :00 | .00 | 29/JAN | 17:16:08 | 00447802148577 | AUT | 2:01 | .68 |
| 29/JAN | 17:42:12 | 00447802148126 | AUT | :47 | .30 | 29/JAN | 17:47:51 | 00442071021746 | AUT | 1:06 | .38 |
| 29/JAN | 17:49:40 | 00491729413159 | AUT | :07 | .30 | 29/JAN | 17:50:30 | 0385111464 | AUT | 1:26 | .35 |
| 29/JAN | 17:51:16 | 00447802148605 | AUT | :16 | .30 | 29/JAN | 17:51:36 | 43901 | AUT | :00 | .00 |
| 29/JAN | 17:51:45 | 00447802148627 | AUT | :23 | .30 | 29/JAN | 17:52:11 | 43901 | AUT | :00 | .00 |
| 29/JAN | 17:53:31 | 0385111464 | AUT | :27 | .11 | 29/JAN | 17:54:20 | 496997583533 | AUT | 13:23 | 3.19 |
| 29/JAN | 17:57:30 | 00447802148285 | AUT | :23 | .30 | 29/JAN | 17:57:57 | 43901 | AUT | :03 | .30 |
| 29/JAN | 18:04:25 | 00447802148139 | AUT | :05 | .30 | 29/JAN | 18:05:09 | 00447802148791 | AUT | :00 | .00 |
| 29/JAN | 18:08:25 | 00447802148688 | AUT | 1:00 | .30 | 29/JAN | 18:09:57 | 0512378417 | AUT | 17:39 | 5.29 |
| 29/JAN | 18:11:27 | 00447802148298 | AUT | :03 | .30 | 29/JAN | 18:31:01 | 0385111464 | AUT | 4:18 | 1.03 |
| 29/JAN | 18:50:33 | 7802000332 | AUT | :01 | .00 B | 29/JAN | 18:53:38 | 4369917303132 | AUT | :00 | .00 |
| 29/JAN | 18:55:27 | 7802000332 | AUT | :01 | .00 B | 29/JAN | 18:58:25 | 4369917303132 | AUT | :00 | .00 |
| 29/JAN | 19:01:03 | 7802000332 | AUT | :01 | .00 B | 29/JAN | 19:29:35 | 0385111464 | AUT | :19 | .08 |
| 29/JAN | 22:34:23 | 43901 | AUT | :00 | .00 | 30/JAN | 0:29:47 | 4369915361616 | AUT | :00 | .00 |
| 30/JAN | 9:18:00 | 00447802148336 | AUT | :52 | .30 | 30/JAN | 9:18:56 | 43901 | AUT | :00 | .00 |
| 30/JAN | 9:31:24 | 00447802148871 | AUT | 1:55 | .60 | 30/JAN | 9:33:39 | 0512378417 | AUT | 5:42 | 1.72 |
| 30/JAN | 9:43:12 | 06763118020 | AUT | 21:39 | 6.48 | 30/JAN | 9:52:03 | 00447802148250 | AUT | :04 | .30 |
| 30/JAN | 12:29:01 | 436646219845 | AUT | :00 | .00 | 30/JAN | 12:32:43 | 7802000332 | AUT | :01 | .00 B |
| 30/JAN | 12:34:06 | 7802000332 | AUT | :01 | .00 B | 30/JAN | 14:49:08 | 43901 | AUT | :00 | .00 |
| 30/JAN | 14:49:31 | 436646219845 | AUT | :00 | .00 | 30/JAN | 14:50:38 | 7801340241 | AUT | :00 | .00 |
| 30/JAN | 14:55:59 | 4369918820000 | AUT | :00 | .00 | 30/JAN | 15:01:05 | 7802000332 | AUT | :01 | .00 B |
| 30/JAN | 15:02:20 | 00447802148187 | AUT | 2:33 | .82 | 30/JAN | 15:07:47 | 00442071021746 | AUT | :35 | .30 |
| 30/JAN | 15:37:26 | 00491784120925 | AUT | 6:46 | 2.09 | 30/JAN | 15:45:20 | 004969153074128 | AUT | :14 | .30 |
| 30/JAN | 15:48:00 | 7801340241 | AUT | :00 | .00 | 30/JAN | 15:54:31 | 4969153074128 | AUT | 42:30 | 10.13 |
| 30/JAN | 17:01:05 | 7802000332 | AUT | :01 | .00 B | 30/JAN | 18:41:33 | 00447802148820 | AUT | :28 | .30 |
| 30/JAN | 18:42:05 | 43901 | AUT | :00 | .00 | 30/JAN | 19:09:49 | 00447802148246 | AUT | :38 | .30 |
| 30/JAN | 19:12:01 | 05010011218 | AUT | 2:18 | .75 | 30/JAN | 19:15:02 | 00442076022103 | AUT | :27 | .30 |
| 30/JAN | 19:25:29 | 00447802148625 | AUT | :03 | .30 | 30/JAN | 19:25:55 | 00447802148632 | AUT | 2:47 | .90 |
| 30/JAN | 19:29:22 | 2076022104 | AUT | :01 | .01 | 30/JAN | 19:29:55 | 00447802148989 | AUT | :24 | .30 |
| 30/JAN | 22:05:44 | 12125267000 | AUT | 1:24 | 1.19 | 30/JAN | 22:07:23 | 12125267000 | AUT | 2:55 | 2.37 |
| 31/JAN | 8:07:56 | 436642011150 | AUT | 2:15 | .54 | 31/JAN | 9:05:27 | 0385111464 | AUT | 1:03 | .26 |
| 31/JAN | 9:19:18 | 901 | AUT | :30 | .30 | 31/JAN | 9:20:21 | 2076022103 | AUT | 3:29 | 1.05 |
| 31/JAN | 9:36:22 | 0385111464 | AUT | :27 | .11 | 31/JAN | 9:36:22 | 7750503521 | AUT | :27 | .30 |
| 31/JAN | 13:05:13 | 901 | AUT | 1:30 | .45 | 31/JAN | 13:42:37 | 0385111464 | AUT | :21 | .09 |
| 31/JAN | 13:43:19 | 12123258415 | AUT | :11 | .05 | 31/JAN | 14:23:01 | 7801340241 | AUT | 4:29 | 1.35 |
| 31/JAN | 15:04:03 | 12123258415 | AUT | 21:03 | 16.79 | 31/JAN | 15:42:18 | 7750503521 | AUT | :23 | .30 |

**Carried Forward To Next Page**                                                                                                       269.49

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

# O2

your account

| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    5 of 6

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | 269.49 | | | | | | |
| 31/JAN | 15:42:18 | 0385111464 | AUT | :23 | .10 | 31/JAN | 17:35:30 | 43140100 | AUT | :37 | .30 |
| 31/JAN | 17:41:34 | 901 | AUT | 1:00 | .30 | 31/JAN | 17:47:13 | 4367681032386 | AUT | 3:03 | .97 |
| 31/JAN | 19:13:25 | 431700760000 | GBR | :43 | .30 | 31/JAN | 19:15:18 | 431700760000 | AUT | 2:18 | .75 |
| 31/JAN | 21:45:55 | 004367681032386 | GBR | :53 | .13 | 01/FEB | 9:10:45 | 901 | GBR | :51 | .00 B |
| 01/FEB | 9:13:23 | 02071021746 | GBR | 52:46 | 6.46 PB | 01/FEB | 15:05:20 | 901 | GBR | :59 | .17 |
| 01/FEB | 15:09:55 | 901 | GBR | 1:08 | .19 | 01/FEB | 15:15:04 | 02071021746 | GBR | 3:40 | .62 |
| 01/FEB | 15:41:12 | 901 | GBR | :56 | .16 | 01/FEB | 15:42:07 | 02079288888 | GBR | 5:46 | .98 |
| 01/FEB | 15:48:15 | 901 | GBR | :17 | .05 | 01/FEB | 15:50:28 | 041792008138 | GBR | :01 | .10 |
| 01/FEB | 17:13:23 | 07738929793 | GBR | 3:19 | .56 | 01/FEB | 17:17:04 | 07738929793 | GBR | 2:24 | .41 |
| 01/FEB | 17:29:39 | 07920506506 | GBR | 1:24 | .24 | 01/FEB | 17:34:27 | 04369917303132 | GBR | :01 | .10 |
| 01/FEB | 17:37:27 | 901 | GBR | :33 | .09 | 01/FEB | 17:38:24 | 004969153074147 | GBR | 22:58 | 3.32 |
| 01/FEB | 18:30:48 | 901 | GBR | :17 | .05 | 02/FEB | 9:17:17 | 901 | GBR | 1:20 | .23 |
| 02/FEB | 9:20:12 | 00491729413159 | GBR | :04 | .02 | 02/FEB | 12:45:06 | 7801340241 | GBR | :01 | .00 B |
| 02/FEB | 12:48:07 | 7801340241 | GBR | :01 | .00 B | 02/FEB | 16:08:16 | 901 | GBR | 1:30 | .26 |
| 03/FEB | 8:56:36 | 901 | GBR | :09 | .03 | 03/FEB | 10:17:59 | 901 | GBR | :29 | .08 |
| 03/FEB | 13:46:10 | 901 | GBR | :19 | .05 | 03/FEB | 19:56:51 | 901 | GBR | :07 | .02 |
| 04/FEB | 11:47:16 | 901 | GBR | :14 | .04 | 05/FEB | 9:17:06 | 901 | GBR | 1:27 | .25 |
| 03/FEB | 23:26:25 | 901 | GBR | :04 | .02 | 05/FEB | 9:25:12 | 901 | GBR | :07 | .02 |
| 05/FEB | 12:14:18 | 901 | GBR | :44 | .12 | 05/FEB | 12:15:39 | 004367681032386 | GBR | 3:32 | .51 |
| 05/FEB | 12:41:51 | 01923229521 | GBR | :13 | .04 | 05/FEB | 12:42:59 | 901 | GBR | :30 | .09 |
| 05/FEB | 12:43:53 | 004367681032386 | GBR | :59 | .14 | 05/FEB | 15:31:34 | 004369910114921 | GBR | :07 | .02 |
| 05/FEB | 16:08:32 | 901 | GBR | :18 | .05 | 05/FEB | 17:23:49 | 02070724407 | GBR | 6:36 | 1.12 |
| 05/FEB | 17:33:56 | 07785304530 | GBR | 1:29 | .25 | 05/FEB | 17:35:47 | 901 | GBR | 1:08 | .19 |
| 05/FEB | 18:03:31 | 901 | GBR | :15 | .04 | 05/FEB | 18:29:16 | 901 | GBR | :45 | .13 |
| 05/FEB | 18:31:28 | 00491784120925 | GBR | :28 | .07 | 05/FEB | 18:32:14 | 00491784120925 | GBR | 7:33 | 1.09 |
| 06/FEB | 9:23:56 | 901 | GBR | 1:13 | .21 | 06/FEB | 9:26:00 | 00436642224400 | GBR | :09 | .02 |
| 06/FEB | 12:19:40 | 901 | GBR | 1:03 | .18 | 06/FEB | 12:21:38 | 00491784120925 | GBR | 9:56 | 1.44 |
| 06/FEB | 12:37:33 | 7738929793 | GBR | :01 | .00 B | 06/FEB | 14:18:27 | 901 | GBR | 2:01 | .34 |
| 06/FEB | 14:21:09 | 00491607414160 | GBR | :21 | .20 | 06/FEB | 16:10:45 | 901 | GBR | 2:08 | .36 |
| 06/FEB | 18:07:23 | 901 | GBR | :41 | .12 | 07/FEB | 19:17:35 | 00491729413159 | GBR | :45 | .11 |
| 07/FEB | 9:30:46 | 901 | GBR | :51 | .14 | 07/FEB | 9:37:36 | 00491607414160 | GBR | :41 | .10 |
| 07/FEB | 9:38:58 | 901 | GBR | 1:04 | .18 | 07/FEB | 9:40:01 | 07780722031 | GBR | :16 | .05 |
| 07/FEB | 11:00:49 | 901 | GBR | :29 | .08 | 07/FEB | 11:01:52 | 004369918820000 | GBR | 1:33 | .22 |
| 07/FEB | 11:16:08 | 0436642224400 | GBR | :01 | .10 | 07/FEB | 12:58:11 | 901 | GBR | :33 | .09 |
| 07/FEB | 12:59:14 | 00491784120925 | GBR | 9:30 | 1.37 | 07/FEB | 13:36:42 | 00491607414160 | GBR | :18 | .04 |
| 07/FEB | 13:38:56 | 07920506506 | GBR | :26 | .07 | 07/FEB | 15:16:11 | 901 | GBR | 1:29 | .25 |
| 07/FEB | 15:17:40 | 02079288888 | GBR | 4:16 | .73 | 07/FEB | 15:44:29 | 901 | GBR | 1:17 | .22 |
| 07/FEB | 15:45:45 | 07900692230 | GBR | 2:21 | .40 | 07/FEB | 18:19:37 | 901 | GBR | :55 | .16 |
| 08/FEB | 2:59:41 | 901 | GBR | :07 | .02 | 08/FEB | 7:29:52 | 901 | GBR | 3:25 | .58 |
| 08/FEB | 8:01:23 | 004969153074056 | GBR | 28:19 | 4.10 | 08/FEB | 9:31:22 | 901 | GBR | :08 | .02 |
| 08/FEB | 10:05:31 | 901 | GBR | :03 | .02 | 08/FEB | 11:01:26 | 901 | GBR | 1:13 | .21 |
| 08/FEB | 11:36:52 | 901 | GBR | :05 | .02 | 08/FEB | 11:48:07 | 7801340241 | GBR | :01 | .00 B |
| 08/FEB | 15:54:56 | 07920506506 | GBR | 2:08 | .36 | 08/FEB | 17:18:50 | 901 | GBR | :22 | .06 |
| 08/FEB | 17:57:33 | 901 | GBR | 3:48 | .65 | 08/FEB | 18:03:25 | 901 | GBR | :05 | .02 |
| 08/FEB | 18:47:11 | 901 | GBR | :23 | .07 | 08/FEB | 18:53:23 | 07920506506 | GBR | 1:19 | .22 |
| 09/FEB | 19:38:02 | 00491729413159 | AUT | 4:04 | .59 | 08/FEB | 22:41:17 | 901 | AUT | 1:03 | .38 |
| 08/FEB | 22:43:50 | 7802000332 | AUT | :01 | .00 B | 08/FEB | 22:46:24 | 491784120925 | AUT | 22:40 | 6.78 |
| 09/FEB | 0:47:59 | 12127562208 | AUT | :58 | .79 | 09/FEB | 0:54:03 | 901 | AUT | :04 | .30 |
| 09/FEB | 8:34:45 | 2076022103 | AUT | 4:23 | 1.35 | 09/FEB | 8:48:57 | 0385111464 | AUT | :16 | .07 |
| 09/FEB | 10:05:37 | 0385111464 | AUT | 4:22 | 1.05 | 09/FEB | 10:05:37 | 7750503521 | AUT | 4:22 | 1.35 |
| 09/FEB | 10:20:46 | 901 | AUT | 1:39 | .53 | 09/FEB | 10:22:52 | 7920506506 | AUT | :40 | .30 |
| 09/FEB | 10:43:59 | 901 | AUT | :30 | .30 | 09/FEB | 11:13:06 | 4369917303132 | AUT | :52 | .30 |
| 09/FEB | 11:48:00 | 7920506506 | AUT | 59:04 | 17.66 | 09/FEB | 11:50:05 | 0385111464 | AUT | :05 | .02 |
| 09/FEB | 11:50:05 | 7750503521 | AUT | :05 | .30 | 09/FEB | 11:51:26 | 7750503521 | AUT | :23 | .30 |
| 09/FEB | 11:51:26 | 0385111464 | AUT | :23 | .10 | 09/FEB | 12:30:30 | 7750503521 | AUT | :28 | .30 |
| 09/FEB | 12:18:00 | 7750503521 | AUT | :03 | .30 | | | | | | |
| | | **Carried Forward To Next Page** | | | 337.34 | | | | | | |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

LEH_0000632

# O₂

## your account

| | |
|---|---|
| BILL | 98754803 |
| BILL DATE | 12 Feb 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE          6 of 6

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 337.34 |
| 09/FEB | 12:30:30 | 0385111464 | AUT | :28 | .12 | 09/FEB | 12:45:01 | 0385111464 | AUT | :03 | .02 |
| 09/FEB | 12:45:01 | 7750503521 | AUT | :03 | .30 | 09/FEB | 12:57:46 | 901 | AUT | :25 | .30 |
| 09/FEB | 12:58:26 | 901 | AUT | 1:13 | .38 | 09/FEB | 13:00:30 | 436642606018 | AUT | 8:21 | 2.54 |
| 09/FEB | 13:10:09 | 436642606018 | AUT | :05 | .30 | 09/FEB | 13:12:13 | 7802000332 | AUT | :01 | .00 B |
| 09/FEB | 13:12:51 | 436642224400 | AUT | 10:11 | 2.43 | 09/FEB | 13:13:32 | 0385111464 | AUT | :07 | .03 |
| 09/FEB | 13:13:32 | 7750503521 | AUT | :07 | .30 | 09/FEB | 13:15:06 | 7750503521 | AUT | :21 | .30 |
| 09/FEB | 13:15:06 | 0385111464 | AUT | :21 | .09 | 09/FEB | 13:18:26 | 7750503521 | AUT | :03 | .30 |
| 09/FEB | 13:18:26 | 0385111464 | AUT | :03 | .02 | 09/FEB | 13:24:04 | 901 | AUT | :23 | .30 |
| 09/FEB | 13:24:54 | 436642606018 | AUT | 24:14 | 7.23 | 09/FEB | 13:50:09 | 901 | AUT | :14 | .30 |
| 09/FEB | 13:52:51 | 0385111464 | AUT | 6:29 | 1.55 | 09/FEB | 14:10:58 | 491733217452 | AUT | :27 | .30 |
| 09/FEB | 14:13:41 | 4969153074128 | AUT | :48 | .30 | 09/FEB | 14:36:01 | 4315861054 | AUT | :15 | .06 |
| 09/FEB | 15:15:31 | 7802000332 | AUT | :01 | .00 B | 09/FEB | 15:20:39 | 0385111464 | AUT | :18 | .08 |
| 09/FEB | 16:27:07 | 0385111464 | AUT | :45 | .18 | 09/FEB | 16:27:07 | 7750503521 | AUT | :45 | .30 |
| 09/FEB | 17:46:44 | 901 | AUT | :57 | .30 | 09/FEB | 17:57:48 | 7802000332 | AUT | :01 | .00 B |
| 09/FEB | 17:59:08 | 4369917303132 | AUT | 6:38 | 1.59 | 09/FEB | 19:18:16 | 901 | AUT | :10 | .30 |
| 09/FEB | 20:11:59 | 43150110 | AUT | :58 | .30 | 09/FEB | 20:15:17 | 43150110416 | AUT | :15 | .06 |
| 09/FEB | 23:05:33 | 901 | AUT | :03 | .30 | 09/FEB | 23:17:01 | 901 | AUT | :42 | .30 |
| 09/FEB | 23:26:53 | 7802000332 | AUT | :01 | .00 B | 09/FEB | 23:32:20 | 7802000332 | AUT | :01 | .00 B |
| | | **Call Charges** | | | | | | | | | 358.52 |
| 31/DEC | 12:03:49 | 12844990817 | JAM | :38 | 1.20 | 31/DEC | 15:47:30 | 7802000332 | JAM | :01 | .40 |
| 02/JAN | 8:26:00 | 7750503521 | JAM | 1:26 | 1.79 | 02/JAN | 13:57:49 | 7802000332 | JAM | :01 | .40 |
| 02/JAN | 14:01:51 | 7802000332 | JAM | :01 | .40 | 02/JAN | 14:57:51 | 436646219845 | JAM | :54 | 1.79 |
| 02/JAN | 22:32:13 | 7750503521 | JAM | :28 | 1.20 | 04/JAN | 7:33:28 | 2071021746 | JAM | :24 | 1.20 |
| 05/JAN | 21:09:54 | 7750503521 | JAM | 1:18 | 1.79 B | | | | | | |
| | | **UK VAT exempt calls** | | | | | | | | | 10.17 |
| 09/JAN | 9:46:20 | wap.o2.co.uk | GBR | :00 | .00 B | 17/JAN | 15:44:53 | wap.o2.co.uk | GBR | :00 | .00 B |
| 22/JAN | 12:38:41 | wap.o2.co.uk | GBR | :00 | .00 B | | | | | | |
| | | **Data Calls** | | | | | | | | | .00 |
| | | **TOTAL CALLS** | | | | | | | | | 368.69 |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential                                                                                    LEH_0000633

# O₂

## your bill

113   ODIM386A   LQDV80   23900

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 97051066 |
| BILL DATE | 16 Dec 06 |
| ACCOUNT | 001 03126795 |

PAGE                    1 of 1

Bill for Order Number 000000005114527

| Type of Charge | | | | Amount (£) |
|---|---|---|---|---|
| Delivery Address  C/O Lehman Brothers | | | | |
| 25 Bank Street | | | | |
| London | | | | |
| E145LE | | | | |
| Telephone No  02071021746 | | | | |
| Customer Contact  MR MARSONER | | | | |
| **Other Charges and Credits** | | | | |
| Nokia E50 | | | | 0.00 |
| Quantity | 1 | Unit Price | .00 | |
| 3G POSTPAY SIM | | | | 0.00 |
| Quantity | 1 | Unit Price | .00 | |
| **Sub Total Excluding VAT** | | | | 0.00 |
| VAT @ 17.50% of £0.00 | | | | 0.00 |
| **Total amount due this bill** | | | | 0.00 |

| TOTAL AMOUNT DUE 30 Dec 06 | £ 0.00 |
|---|---|

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

To settle this bill you need take no action.
Payment will be requested from your bank account or credit card
on the due date shown or soon after.

384

O2OISE04-CO  APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

# O2 select

## your bill

7    ODI2478M   LJ7122

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/97850249 |
| PAGE | 1 of 11 |

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) | |
|---|---|---|---|
| **O2 125 & 100 Plan** | | | |
| Line Rental Charge | From: 14 Dec 06 To: 11 Jan 07 | 20.30CR | |
| Line Rental Charge | From: 14 Dec 06 To: 11 Feb 07 | 41.58 | |
| Call Charges | To: 09 Jan 07 | 492.16 | |
| UK VAT exempt calls | To: 09 Jan 07 | 93.28 | EXEMPT |
| O2 Pay As You Use Data Service | | 0.00 | |
| My Europe | | 0.00 | |
| My Europe | | 0.00 | |
| **Other Charges and Credits** | | | |
| Free Itemised Billing | | 0.00 | |
| Free Itemised Billing | | 0.00 | |
| Int Traveller Service | From: 14 Dec 06 To: 11 Feb 07 | 4.96 | |
| Loyalty Reward - International | | 24.83CR | |
| Inclusive Browse and Download | From: 14 Dec 06 To: 11 Feb 07 | 0.00 | |

## Let O2 Guardian take care of the juggling act

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. So that's why we've set up O2 Guardian – to help ease the burden, offering you:

Billing data displayed at all access levels within a company; Comprehensive reports with graphs; Up to 24 months of historic data; Personal call allocation and VAT management; Asset register and management of repairs, replacements and upgrades; and management information highlighting areas of high/low activity.

So, if you're in charge of more than 500 connections, you'll be eligible for the O2 Guardian billing service.

For more information please visit www.o2.co.uk/business/corporate/businessservices/o2guardian

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

O2/CON/DB01  APR2006

67

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Continue ▶

LEH_0000635



select

your bill

| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/97850249 |
| PAGE | 2 of 11 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

**Your calling plan: O2 125 & 100 Plan**
**(All prices are VAT inclusive)**

| Type of Charge (Per Min) | COST |
|---|---|
| Standard (Anytime) | 20p |
| O2 to O2 (Anytime) | 20p |
| O2 to Other (Anytime) | 20p |
| SMS (per message) | 12p |
| WAP | 20p |
| Voicemail 901 (Anytime) | 20p |
| MMS per text | 25p |
| Additional Mb | £3.00 |

See www.o2.co.uk for detailed
pricing information

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | Amount (£) |
|---|---|
| **O2 125 & 100 Plan** | |
| **Sub Total Excluding VAT** | 586.85 |
| VAT @ 0.00% of £93.28 | 0.00 |
| VAT @ 17.50% of £493.57 | 86.37 |
| **Total amount due this bill** | 673.22 |
| **Balance Brought Forward** | 0.00 |

---

TOTAL AMOUNT DUE 26 Jan 07        £ 673.22

*486·17*

**For Customer Services**
☎ **0800 032 1402**

select@o2.com

**About Your O2 Calling Plan**

Your calling plan O2 125 & 100 Plan has an inclusive monthly allowance of
125 minutes and 100 kb and 100 units

| Free call duration used this period | 55.48 | minutes |
| Free data volume used this period | 0 | kb |
| Free units used this period | 95 | units |

The total available for use next period
125 minutes and 100 kb and 100 units

**Payments**
To settle this bill you need take
no action. Payment will be
requested from your bank
account or credit card on the
due date or soon after.

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

O2/CONT/D/501  APR2006

68

Confidential

LEH_0000636

# O2

**your account**

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE  3 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|------|------|----------------|---------|-------------------|------|------|------|----------------|---------|-------------------|------|
| 11/DEC | 8:48:41 | 901 | GBR | :31 | .05 | 11/DEC | 8:49:35 | 00491607414160 | GBR | 3:56 | .57 |
| 11/DEC | 9:06:29 | 00491607414160 | GBR | :21 | .05 | 11/DEC | 9:10:50 | 901 | GBR | :20 | .03 |
| 11/DEC | 9:11:37 | 00436642606018 | GBR | :25 | .06 | 11/DEC | 9:45:38 | 901 | GBR | 1:17 | .11 |
| 11/DEC | 9:47:25 | 02071021746 | GBR | 4:55 | .42 | 11/DEC | 9:53:19 | 00436642606018 | GBR | 3:32 | .51 |
| 11/DEC | 10:55:46 | 901 | GBR | :33 | .05 | 11/DEC | 10:56:46 | 00436642606018 | GBR | 3:20 | .48 |
| 11/DEC | 11:00:41 | 00491607414160 | GBR | :16 | .04 | 11/DEC | 11:01:07 | 02071021746 | GBR | 2:16 | .20 |
| 11/DEC | 11:15:56 | 0491607414160 | GBR | :01 | .10 | 11/DEC | 11:52:43 | 00491607414160 | GBR | 8:03 | 1.16 |
| 11/DEC | 12:51:03 | 00491784120925 | GBR | :32 | .08 | 11/DEC | 12:51:43 | 901 | GBR | 1:22 | .12 |
| 11/DEC | 12:53:34 | 00491607414160 | GBR | :24 | .06 | 11/DEC | 13:00:55 | 00491784120925 | GBR | :03 | .02 |
| 11/DEC | 13:02:42 | 00491607414160 | GBR | 7:20 | 1.06 | 11/DEC | 13:17:30 | 901 | GBR | :22 | .04 |
| 11/DEC | 13:35:47 | 0491733217452 | GBR | :01 | .10 | 11/DEC | 13:36:02 | 00491784120925 | GBR | :01 | .10 |
| 11/DEC | 16:42:49 | 43901 | AUT | :00 | .00 | 11/DEC | 16:43:09 | 00447802148327 | AUT | :06 | .30 |
| 11/DEC | 16:43:22 | 43526 | AUT | :00 | .00 | 11/DEC | 16:45:37 | 00447802148311 | AUT | 1:54 | .60 |
| 11/DEC | 16:56:07 | 00491784120925 | AUT | 1:00 | .30 | 11/DEC | 17:03:57 | 00491607414160 | AUT | :51 | .30 |
| 11/DEC | 17:05:16 | 00491784120925 | AUT | 4:23 | 1.35 | 11/DEC | 17:11:20 | 06642011150 | AUT | :04 | .50 |
| 11/DEC | 17:11:33 | 06642011150 | AUT | :04 | .50 | 11/DEC | 17:12:42 | 051257344521 | AUT | :43 | .50 |
| 11/DEC | 17:13:54 | 06642606018 | AUT | 5:13 | 2.98 | 11/DEC | 18:26:08 | 0385111464 | AUT | 15:51 | 3.78 |
| 11/DEC | 20:54:21 | 00447802148303 | AUT | :03 | .30 | 11/DEC | 20:55:05 | 2076022103 | AUT | 1:07 | .27 |
| 11/DEC | 21:44:13 | 00447802148924 | AUT | :06 | .30 | 11/DEC | 21:44:13 | 2076022103 | AUT | :06 | .03 |
| 11/DEC | 21:46:17 | 00447802148294 | AUT | :05 | .30 | 11/DEC | 21:46:17 | 2076022104 | AUT | :05 | .02 |
| 11/DEC | 21:50:27 | 00447802148509 | AUT | :14 | .30 | 11/DEC | 22:02:02 | 00447802148869 | AUT | :27 | .30 |
| 11/DEC | 22:15:53 | 00442077696472 | AUT | 20:30 | 6.11 | 12/DEC | 7:17:44 | 00447802148577 | AUT | 2:18 | .75 |
| 12/DEC | 8:58:49 | 2076022103 | AUT | 7:34 | 1.81 | 12/DEC | 9:19:19 | 00491607414160 | AUT | 4:54 | 1.49 |
| 12/DEC | 10:11:06 | 491607414160 | AUT | 4:18 | 1.03 | 12/DEC | 10:16:07 | 06642606018 | AUT | :05 | .50 |
| 12/DEC | 10:21:52 | 0385111464 | AUT | 27:58 | 6.67 | 12/DEC | 10:56:36 | 491607414160 | AUT | :40 | .16 |
| 12/DEC | 11:06:00 | 0684260618 | AUT | 1:20 | 1.00 | 12/DEC | 12:34:02 | 43901 | AUT | :00 | .00 |
| 12/DEC | 12:34:20 | 00447802148649 | AUT | :58 | .30 | 12/DEC | 13:03:10 | 2076022103 | AUT | :27 | .11 |
| 12/DEC | 13:10:39 | 7767245224 | AUT | :00 | .00 | 12/DEC | 13:19:34 | 7802000332 | AUT | :01 | .21 |
| 12/DEC | 13:20:22 | 7767245224 | AUT | :00 | .00 | 12/DEC | 13:21:30 | 7802000332 | AUT | :01 | .21 |
| 12/DEC | 13:23:42 | 7767245224 | AUT | :00 | .00 | 12/DEC | 14:22:03 | 00447802148440 | AUT | :18 | .30 |
| 12/DEC | 14:55:49 | 7802000332 | AUT | :01 | .21 | 12/DEC | 14:56:27 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 14:57:29 | 7802000332 | AUT | :01 | .21 | 12/DEC | 14:58:15 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 14:58:44 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:00:17 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:01:41 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:02:09 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:03:29 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:05:19 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:07:22 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:08:14 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:09:07 | 7802000332 | AUT | :01 | .21 | 12/DEC | 15:10:12 | 7767245224 | AUT | :00 | .00 |
| 12/DEC | 15:10:59 | 7802000332 | AUT | :01 | .21 | 12/DEC | 19:27:53 | 00447802148287 | AUT | :58 | .30 |
| 12/DEC | 19:28:02 | 43901 | AUT | :00 | .00 | 12/DEC | 21:26:27 | 00447802148683 | AUT | :08 | .30 |
| 13/DEC | 9:09:22 | 491607414160 | AUT | 14:54 | 3.56 | 13/DEC | 9:09:29 | 4361722053657276 | AUT | :00 | .00 |
| 13/DEC | 9:10:04 | 43901 | AUT | :00 | .00 | 13/DEC | 9:24:46 | 00447802148238 | AUT | 1:02 | .38 |
| 13/DEC | 9:26:21 | 069910100922 | AUT | :15 | .50 | 13/DEC | 9:39:06 | 00469153074118 | AUT | 20:49 | 6.26 |
| 13/DEC | 10:02:30 | 436642011150 | AUT | 1:27 | .35 | 13/DEC | 10:19:19 | 436991010922 | AUT | 12:37 | 3.01 |
| 13/DEC | 10:25:55 | 00447802148469 | AUT | :30 | .30 | 13/DEC | 10:26:29 | 43901 | AUT | :00 | .00 |
| 13/DEC | 10:32:42 | 436642510080 | AUT | :16 | .07 | 13/DEC | 10:38:17 | 00447802148329 | AUT | :35 | .30 |
| 13/DEC | 10:39:22 | 00491733217452 | AUT | 4:19 | 1.35 | 13/DEC | 10:40:22 | 00447802148596 | AUT | :06 | .30 |
| 13/DEC | 10:46:49 | 436642510080 | AUT | 9:23 | 2.24 | 13/DEC | 10:48:57 | 00447802148479 | AUT | :17 | .30 |
| 13/DEC | 10:49:18 | 43901 | AUT | :00 | .00 | 13/DEC | 10:52:32 | 00447802148340 | AUT | :05 | .30 |
| 13/DEC | 11:14:46 | 491607414160 | AUT | 7:41 | 1.84 | 13/DEC | 11:23:08 | 06642606018 | AUT | :03 | .50 |
| 13/DEC | 11:38:05 | 436642606018 | AUT | 3:10 | .76 | 13/DEC | 11:48:07 | 4369910100922 | AUT | 10:59 | 2.62 |
| 13/DEC | 12:01:06 | 436642606018 | AUT | 2:18 | .55 | 13/DEC | 12:06:42 | 436642606018 | AUT | :37 | .15 |
| 13/DEC | 12:09:07 | 00447802148578 | AUT | :30 | .30 | 13/DEC | 12:09:42 | 43901 | AUT | :00 | .00 |
| 13/DEC | 12:44:10 | 0385111464 | AUT | 1:56 | .47 | 13/DEC | 12:52:10 | 0385111464 | AUT | 2:40 | .64 |
| 13/DEC | 13:09:19 | 436642510080 | AUT | 3:49 | .91 | 13/DEC | 13:12:28 | 00447802148976 | AUT | :25 | .30 |
| 13/DEC | 13:12:57 | 43901 | AUT | :00 | .00 | 13/DEC | 13:13:30 | 00447802148428 | AUT | :04 | .30 |
| 13/DEC | 13:15:26 | 0385111464 | AUT | 2:18 | .55 | 13/DEC | 13:34:20 | 0385111464 | AUT | 1:12 | .29 |
| 13/DEC | 13:52:52 | 0385111464 | AUT | :30 | .12 | 13/DEC | 14:22:58 | 436642606018 | AUT | 1:05 | .26 |
| 13/DEC | 14:24:16 | 00447802148589 | AUT | :17 | .30 | 13/DEC | 14:24:38 | 43901 | AUT | :00 | .00 |
| 13/DEC | 14:45:41 | 43901 | AUT | :00 | .00 | 13/DEC | 15:31:35 | 43160117290 | AUT | 1:07 | .27 |

**Carried Forward To Next Page**                                                                 71.62

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential                                                                 LEH_0000637

# O2

*your* account

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    4 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **71.62** |
| 13/DEC | 16:05:46 | 00447802148604 | AUT | :20 | .30 | 13/DEC | 16:06:10 | 43901 | AUT | :00 | .00 |
| 13/DEC | 16:29:05 | 43901 | AUT | :00 | .00 | 13/DEC | 16:57:03 | 43160117290 | AUT | 7:30 | 1.79 |
| 13/DEC | 16:57:51 | 00447802148348 | AUT | :04 | .30 | 13/DEC | 16:59:24 | 00447802148589 | AUT | :04 | .30 |
| 13/DEC | 17:19:01 | 00447802148214 | AUT | :05 | .30 | 13/DEC | 17:49:25 | 00447802148450 | AUT | :04 | .30 |
| 13/DEC | 17:50:36 | 43901 | AUT | :00 | .00 | 13/DEC | 17:54:07 | 43901 | AUT | :00 | .00 |
| 13/DEC | 17:54:34 | 43901 | AUT | :00 | .00 | 13/DEC | 18:03:17 | 0385111464 | AUT | :06 | .03 |
| 13/DEC | 18:57:54 | 43901 | AUT | :00 | .00 | 13/DEC | 19:20:45 | 4369910100922 | AUT | 2:55 | .70 |
| 13/DEC | 19:38:25 | 2076022103 | AUT | 9:59 | 2.38 | 13/DEC | 21:40:01 | 7802000332 | AUT | :01 | .21 |
| 13/DEC | 23:19:46 | 00447802148131 | AUT | :03 | .30 | 13/DEC | 23:20:56 | 00447802148445 | AUT | :03 | .30 |
| 14/DEC | 4:13:08 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 4:13:12 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 8:32:58 | 4315861054 | AUT | 3:53 | .93 | 14/DEC | 8:46:52 | 491607414160 | AUT | 4:24 | 1.05 |
| 14/DEC | 8:47:15 | 7801340241 | AUT | :00 | .00 | 14/DEC | 8:47:56 | 00447802148601 | AUT | :13 | .30 |
| 14/DEC | 8:48:15 | 43901 | AUT | :00 | .00 | 14/DEC | 8:52:19 | 4315861054 | AUT | 1:46 | .43 |
| 14/DEC | 9:07:39 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 9:34:00 | 0385111464 | AUT | :29 | .12 |
| 14/DEC | 10:30:03 | 0385111464 | AUT | 2:22 | .57 | 14/DEC | 10:43:56 | 0385111464 | AUT | :04 | .02 |
| 14/DEC | 10:44:31 | 00447802148962 | AUT | :04 | .30 | 14/DEC | 10:45:11 | 00447802148269 | AUT | :35 | .30 |
| 14/DEC | 10:45:50 | 43901 | AUT | :00 | .00 | 14/DEC | 11:15:32 | 00447802148893 | AUT | :15 | .30 |
| 14/DEC | 11:15:51 | 43901 | AUT | :00 | .00 | 14/DEC | 11:33:36 | 00447802148224 | AUT | :05 | .30 |
| 14/DEC | 12:05:01 | 7801340241 | AUT | :00 | .00 | 14/DEC | 12:05:06 | 7801340241 | AUT | :00 | .00 |
| 14/DEC | 12:17:05 | 0385111464 | AUT | :03 | .02 | 14/DEC | 12:17:26 | 4366287655 8 | AUT | :25 | .10 |
| 14/DEC | 13:41:25 | 43901 | AUT | :00 | .00 | 14/DEC | 13:57:19 | 4369910100922 | AUT | :38 | .16 |
| 14/DEC | 14:14:02 | 43153153834 | AUT | :18 | .08 | 14/DEC | 15:22:18 | 4369915513558 | AUT | 3:40 | .88 |
| 14/DEC | 15:23:40 | 00447802148688 | AUT | :05 | .30 | 14/DEC | 15:26:16 | 43160117290 | AUT | 11:39 | 2.78 |
| 14/DEC | 15:31:08 | 00447802148492 | AUT | :05 | .30 | 14/DEC | 15:31:58 | 00447802148429 | AUT | :04 | .30 |
| 14/DEC | 15:33:28 | 00447802148603 | AUT | :04 | .30 | 14/DEC | 15:39:05 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 15:47:22 | 491607414160 | AUT | 6:19 | 1.51 | 14/DEC | 15:50:07 | 00447802148612 | AUT | :04 | .30 |
| 14/DEC | 15:50:23 | 00447802148618 | AUT | :29 | .30 | 14/DEC | 15:50:40 | 00447802148629 | AUT | :04 | .30 |
| 14/DEC | 15:50:57 | 43901 | AUT | :00 | .00 | 14/DEC | 15:50:58 | 00447802148346 | AUT | :04 | .30 |
| 14/DEC | 15:51:13 | 00447802148682 | AUT | :14 | .30 | 14/DEC | 15:51:31 | 00447802148190 | AUT | :03 | .30 |
| 14/DEC | 15:51:32 | 43901 | AUT | :00 | .00 | 14/DEC | 15:54:36 | 2072221020 | AUT | :13 | .06 |
| 14/DEC | 15:54:50 | 00447802148937 | AUT | :08 | .30 | 14/DEC | 15:55:12 | 491607414160 | AUT | 3:25 | .82 |
| 14/DEC | 15:59:16 | 491607414160 | AUT | 6:15 | 1.49 | 14/DEC | 16:00:24 | 00447802148597 | AUT | :04 | .30 |
| 14/DEC | 16:00:56 | 00447750503521 | AUT | :03 | .30 | 14/DEC | 16:01:55 | 491784120925 | AUT | :00 | .00 |
| 14/DEC | 16:09:35 | 00447802148134 | AUT | :04 | .30 | 14/DEC | 16:10:34 | 0385111464 | AUT | 1:25 | .34 |
| 14/DEC | 16:21:13 | 00447802148936 | AUT | :12 | .30 | 14/DEC | 16:21:30 | 43901 | AUT | :00 | .00 |
| 14/DEC | 16:21:54 | 0385111464 | AUT | :57 | .23 | 14/DEC | 16:25:53 | 4315010118761 | AUT | 2:52 | .69 |
| 14/DEC | 16:35:42 | 436642510080 | AUT | 6:06 | 1.46 | 14/DEC | 16:43:13 | 0385111464 | AUT | 1:13 | .29 |
| 14/DEC | 16:59:05 | 436642011150 | AUT | 4:14 | 1.01 | 14/DEC | 17:01:44 | 00447802148121 | AUT | :18 | .30 |
| 14/DEC | 17:02:06 | 43901 | AUT | :00 | .00 | 14/DEC | 17:23:43 | 7802000332 | AUT | :01 | .00 B |
| 14/DEC | 17:41:27 | 4369910100922 | AUT | :12 | .05 | 14/DEC | 17:43:20 | 4369910100922 | AUT | 7:32 | 2.25 |
| 14/DEC | 18:09:47 | 492118870 | AUT | 2:49 | .68 | 14/DEC | 18:11:50 | 00447802148519 | AUT | :18 | .30 |
| 14/DEC | 18:12:11 | 43901 | AUT | :00 | .00 | 14/DEC | 19:19:51 | 4366453122295 | AUT | :00 | .00 |
| 14/DEC | 19:49:37 | 0385111464 | AUT | :41 | .17 | 14/DEC | 20:21:01 | 436642510080 | AUT | :32 | .13 |
| 14/DEC | 22:07:41 | 7801340241 | AUT | :00 | .00 | 14/DEC | 22:08:15 | 43901 | AUT | :00 | .00 |
| 14/DEC | 22:22:25 | 7802000332 | AUT | :01 | .00 B | 14/DEC | 22:33:23 | 436646219845 | AUT | :00 | .00 |
| 14/DEC | 23:37:00 | 00447802148840 | AUT | :17 | .30 | 14/DEC | 23:37:27 | 43901 | AUT | :00 | .00 |
| 15/DEC | 0:15:21 | 7801340241 | AUT | :00 | .00 | 15/DEC | 0:38:05 | 00447802148656 | AUT | :31 | .30 |
| 15/DEC | 0:38:44 | 43901 | AUT | :00 | .00 | 15/DEC | 9:23:39 | 7802000332 | AUT | :01 | .00 B |
| 15/DEC | 9:36:27 | 7802000332 | AUT | :01 | .00 B | 15/DEC | 9:38:59 | 4315861054 | AUT | 2:36 | .62 |
| 15/DEC | 9:41:32 | 0385111464 | AUT | :06 | .03 | 15/DEC | 9:41:32 | 7750503521 | AUT | :06 | .30 |
| 15/DEC | 9:42:01 | 491784120925 | AUT | :07 | .30 | 15/DEC | 9:42:33 | 0385111464 | AUT | :05 | .02 |
| 15/DEC | 9:42:33 | 7750503521 | AUT | :05 | .30 | 15/DEC | 9:42:52 | 0385111464 | AUT | 1:52 | .45 |
| 15/DEC | 9:54:05 | 19257888474 | AUT | :40 | .16 | 15/DEC | 9:56:30 | 901 | AUT | 1:29 | .45 |
| 15/DEC | 10:26:53 | 901 | AUT | 2:19 | .75 | 15/DEC | 10:36:03 | 4369915513558 | AUT | :49 | .20 |
| 15/DEC | 10:37:59 | 7750503521 | AUT | :21 | .30 | 15/DEC | 10:37:59 | 0385111464 | AUT | :21 | .09 |
| 15/DEC | 10:48:41 | 7750503521 | AUT | :47 | .30 | 15/DEC | 10:48:41 | 0385111464 | AUT | :47 | .19 |
| | | **Carried Forward To Next Page** | | | | | | | | | **108.81** |

O2/CONT/D/S01  APR2006    70

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

your account

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    5 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | **108.81** |
| 15/DEC | 10:53:00 | 0385111464 | AUT | :19 | .08 | 15/DEC | 10:53:00 | 7750503521 | AUT | :19 | .30 |
| 15/DEC | 10:55:15 | 0385111464 | AUT | :18 | .08 | 15/DEC | 10:55:15 | 7750503521 | AUT | :18 | .30 |
| 15/DEC | 11:12:46 | 901 | AUT | 5:16 | 1.64 | 15/DEC | 11:13:27 | 7750503521 | AUT | :34 | .30 |
| 15/DEC | 11:13:27 | 0385111464 | AUT | :34 | .14 | 15/DEC | 11:20:04 | 901 | AUT | 1:52 | .60 |
| 15/DEC | 11:22:18 | 901 | AUT | :18 | .30 | 15/DEC | 11:29:19 | 901 | AUT | :35 | .30 |
| 15/DEC | 11:31:02 | 436648161567 | AUT | :23 | .30 | 15/DEC | 11:34:25 | 7750503521 | AUT | :04 | .30 |
| 15/DEC | 11:34:25 | 0385111464 | AUT | :04 | .02 | 15/DEC | 11:35:40 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 11:35:40 | 7750503521 | AUT | :04 | .30 | 15/DEC | 11:37:20 | 0385111464 | AUT | :23 | .10 |
| 15/DEC | 11:37:20 | 7750503521 | AUT | :23 | .30 | 15/DEC | 11:37:53 | 901 | AUT | 1:00 | .30 |
| 15/DEC | 11:45:15 | 901 | AUT | 1:21 | .45 | 15/DEC | 12:23:03 | 7750503521 | AUT | :30 | .30 |
| 15/DEC | 12:23:03 | 0385111464 | AUT | :30 | .12 | 15/DEC | 12:43:18 | 901 | AUT | :38 | .30 |
| 15/DEC | 12:44:21 | 436649246002 | AUT | 7:06 | 2.16 | 15/DEC | 12:47:19 | 0385111464 | AUT | :25 | .10 |
| 15/DEC | 12:47:19 | 7750503521 | AUT | :25 | .30 | 15/DEC | 12:51:42 | 901 | AUT | :18 | .30 |
| 15/DEC | 12:57:05 | 436645312199 | AUT | 1:01 | .38 | 15/DEC | 12:57:24 | 7750503521 | AUT | :06 | .30 |
| 15/DEC | 12:57:24 | 0385111464 | AUT | :06 | .03 | 15/DEC | 12:57:57 | 7750503521 | AUT | :05 | .30 |
| 15/DEC | 12:57:57 | 0385111464 | AUT | :05 | .02 | 15/DEC | 13:12:08 | 436642011150 | AUT | :10 | .30 |
| 15/DEC | 13:21:22 | 0385111464 | AUT | :21 | .09 | 15/DEC | 13:21:22 | 7750503521 | AUT | :21 | .30 |
| 15/DEC | 13:29:49 | 901 | AUT | :37 | .30 | 15/DEC | 13:31:02 | 436642606018 | AUT | 3:07 | .97 |
| 15/DEC | 13:40:39 | 7750503521 | AUT | :04 | .30 | 15/DEC | 13:40:39 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 13:41:30 | 0385111464 | AUT | 8:04 | 1.93 | 15/DEC | 13:43:42 | 7750503521 | AUT | 1:04 | .38 |
| 15/DEC | 13:43:42 | 0385111464 | AUT | 1:04 | .26 | 15/DEC | 13:51:28 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 13:51:28 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:05:24 | 4315861054 | AUT | 1:08 | .38 |
| 15/DEC | 14:06:49 | 901 | AUT | 1:07 | .38 | 15/DEC | 14:08:16 | 436645312199 | AUT | 13:23 | 4.03 |
| 15/DEC | 14:12:59 | 0385111464 | AUT | :08 | .04 | 15/DEC | 14:12:59 | 7750503521 | AUT | :08 | .30 |
| 15/DEC | 14:15:18 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:15:18 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 14:19:27 | 7750503521 | AUT | :03 | .30 | 15/DEC | 14:19:27 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 15:33:05 | 0385111464 | AUT | :51 | .21 | 15/DEC | 16:29:49 | 7750503521 | AUT | :30 | .30 |
| 15/DEC | 16:29:49 | 0385111464 | AUT | :30 | .12 | 15/DEC | 16:53:30 | 901 | AUT | :40 | .30 |
| 15/DEC | 17:08:30 | 7750503521 | AUT | :08 | .30 | 15/DEC | 17:08:30 | 0385111464 | AUT | :08 | .04 |
| 15/DEC | 17:16:32 | 7750503521 | AUT | :04 | .30 | 15/DEC | 17:16:32 | 0385111464 | AUT | :04 | .02 |
| 15/DEC | 17:23:21 | 901 | AUT | :12 | .30 | 15/DEC | 18:00:00 | 901 | AUT | :26 | .30 |
| 15/DEC | 18:01:52 | 436763015242 | AUT | :20 | .30 | 15/DEC | 18:40:26 | 4369915513558 | AUT | :41 | .30 |
| 15/DEC | 18:43:02 | 7802000332 | AUT | :01 | .00 B | 15/DEC | 18:44:04 | 7802000332 | AUT | :01 | .00 B |
| 15/DEC | 18:45:20 | 43153170174 | AUT | :16 | .30 | 15/DEC | 19:57:49 | 7750503521 | AUT | 1:40 | .53 |
| 15/DEC | 19:57:49 | 0385111464 | AUT | 1:40 | .40 | 15/DEC | 20:17:52 | 901 | AUT | :16 | .30 |
| 15/DEC | 20:46:29 | 7750503521 | AUT | :16 | .30 | 15/DEC | 20:46:29 | 0385111464 | AUT | :16 | .07 |
| 15/DEC | 20:51:13 | 0385111464 | AUT | :23 | .10 | 15/DEC | 20:51:13 | 7750503521 | AUT | :23 | .30 |
| 15/DEC | 20:51:26 | 901 | AUT | :24 | .30 | 15/DEC | 20:52:32 | 436648161567 | AUT | 20:43 | 6.19 |
| 15/DEC | 21:13:58 | 436648161567 | AUT | 16:29 | 3.93 | 15/DEC | 21:20:14 | 0385111464 | AUT | :03 | .02 |
| 15/DEC | 21:20:14 | 7750503521 | AUT | :03 | .30 | 15/DEC | 21:21:08 | 7750503521 | AUT | 1:05 | .38 |
| 15/DEC | 21:21:08 | 0385111464 | AUT | 1:05 | .26 | 15/DEC | 21:24:54 | 7750503521 | AUT | 1:11 | .38 |
| 15/DEC | 21:24:54 | 0385111464 | AUT | 1:11 | .29 | 15/DEC | 21:34:46 | 901 | AUT | :54 | .30 |
| 15/DEC | 21:35:56 | 901 | AUT | 2:43 | .82 | 15/DEC | 21:39:17 | 4369910100922 | AUT | 1:11 | .38 |
| 15/DEC | 21:41:19 | 7801340241 | AUT | 14:39 | 4.40 | 15/DEC | 22:15:28 | 7750503521 | AUT | :24 | .30 |
| 15/DEC | 22:15:28 | 0385111464 | AUT | :24 | .10 | 15/DEC | 23:08:20 | 901 | AUT | :41 | .30 |
| 15/DEC | 23:11:47 | 7801340241 | AUT | 5:25 | 1.64 | 16/DEC | 7:30:40 | 901 | AUT | :21 | .30 |
| 16/DEC | 7:34:22 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 7:35:53 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 7:38:50 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 9:00:39 | 7750503521 | AUT | :01 | .00 B |
| 16/DEC | 9:00:39 | 0385111464 | AUT | :01 | .01 | 16/DEC | 9:20:06 | 901 | AUT | :12 | .30 |
| 16/DEC | 9:20:48 | 436642011150 | AUT | 7:18 | 2.24 | 16/DEC | 10:16:07 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 11:03:19 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 11:22:31 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 11:22:46 | 0385111464 | AUT | :02 | .01 | 16/DEC | 11:24:45 | 436646219845 | AUT | :04 | .02 |
| 16/DEC | 11:25:20 | 0385111464 | AUT | :42 | .17 | 16/DEC | 11:25:20 | 7750503521 | AUT | :42 | .30 |
| 16/DEC | 13:01:04 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 13:06:26 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 13:15:24 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 13:15:38 | 901 | AUT | 2:17 | .75 |
| 16/DEC | 13:18:44 | 7920506506 | AUT | 1:08:07 | 20.34 | 16/DEC | 14:00:44 | 7750503521 | AUT | :17 | .30 |
| **Carried Forward To Next Page** | | | | | | | | | | | **180.91** |

O2CONT/DIS91  APR2008

71

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000639

# O2

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    6 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 180.91 |
| 16/DEC | 14:00:44 | 0385111464 | AUT | :17 | .07 | 16/DEC | 14:28:16 | 436646219845 | AUT | 6:40 | 2.02 |
| 16/DEC | 14:36:49 | 4369910100922 | AUT | 4:33 | 1.09 | 16/DEC | 14:42:44 | 4369910100922 | AUT | :53 | .30 |
| 16/DEC | 14:45:50 | 901 | AUT | :08 | .30 | 16/DEC | 14:47:42 | 7801340241 | AUT | 8:04 | 2.46 |
| 16/DEC | 15:33:33 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 16:13:21 | 491607414160 | AUT | 22:57 | 6.86 |
| 16/DEC | 16:37:13 | 491733217452 | AUT | :50 | .30 | 16/DEC | 16:44:51 | 491784120925 | AUT | :22 | .30 |
| 16/DEC | 16:49:05 | 0385111464 | AUT | :04 | .02 | 16/DEC | 16:49:05 | 7750503521 | AUT | :04 | .30 |
| 16/DEC | 16:50:12 | 0385111464 | AUT | :04 | .02 | 16/DEC | 16:50:12 | 7750503521 | AUT | :04 | .30 |
| 16/DEC | 16:50:55 | 0385111464 | AUT | 3:21 | .80 | 16/DEC | 16:58:52 | 0385111464 | AUT | 1:04 | .26 |
| 16/DEC | 17:03:50 | 0385111464 | AUT | 7:26 | 1.78 | 16/DEC | 17:07:25 | 0385111464 | AUT | :04 | .02 |
| 16/DEC | 17:07:25 | 7750503521 | AUT | :04 | .30 | 16/DEC | 17:12:37 | 0385111464 | AUT | 6:09 | 1.47 |
| 16/DEC | 17:33:52 | 0385111464 | AUT | 4:38 | 1.11 | 16/DEC | 18:23:31 | 49173503217452 | AUT | 13:47 | 3.29 |
| 16/DEC | 19:20:34 | 2077538811 | AUT | 8:00 | 2.39 | 16/DEC | 19:32:29 | 0385111464 | AUT | 16:21 | 3.90 |
| 16/DEC | 19:53:29 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 20:09:44 | 436646219845 | AUT | 1:33 | .53 |
| 16/DEC | 20:24:56 | 901 | AUT | :42 | .30 | 16/DEC | 20:31:55 | 436646219845 | AUT | 12:59 | 3.10 |
| 16/DEC | 21:17:32 | 7802000332 | AUT | :01 | .00 B | 16/DEC | 21:19:01 | 7802000332 | AUT | :01 | .00 B |
| 16/DEC | 21:22:57 | 0385111464 | AUT | :41 | .17 | 16/DEC | 21:43:23 | 0385111464 | AUT | 2:57 | .63 |
| 17/DEC | 9:55:21 | 7802000332 | AUT | :01 | .05 PB | 17/DEC | 11:07:21 | 4369917303132 | AUT | 6:41 | 1.60 |
| 17/DEC | 11:57:30 | 0385111464 | AUT | :04 | .02 | 17/DEC | 11:57:30 | 7750503521 | AUT | :04 | .30 |
| 17/DEC | 12:52:57 | 4366441028500 | AUT | :02 | .30 | 17/DEC | 12:53:26 | 4366441028500 | AUT | :21 | .30 |
| 17/DEC | 12:54:01 | 4366441028500 | AUT | :21 | .30 | 17/DEC | 12:55:21 | 4366441028500 | AUT | :22 | .30 |
| 17/DEC | 13:38:02 | 436646219845 | AUT | 10:55 | 2.61 | 17/DEC | 14:12:31 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 14:18:24 | 436764313701 | AUT | 1:18 | .31 | 17/DEC | 14:30:40 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 14:44:21 | 0385111464 | AUT | :35 | .14 | 17/DEC | 14:58:20 | 4317007600000 | AUT | 2:06 | .68 |
| 17/DEC | 15:11:46 | 7802000332 | AUT | :01 | .21 | 17/DEC | 15:26:52 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 15:29:48 | 2077538811 | AUT | 4:16 | 1.35 | 17/DEC | 15:44:17 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 15:47:07 | 7802000332 | AUT | :01 | .21 | 17/DEC | 16:33:24 | 0385111464 | AUT | :03 | .02 |
| 17/DEC | 16:33:24 | 7750503521 | AUT | :03 | .30 | 17/DEC | 17:07:27 | 436646219845 | AUT | 5:06 | 1.57 |
| 17/DEC | 17:14:04 | 0385111464 | AUT | 3:19 | .80 | 17/DEC | 17:28:23 | 901 | AUT | :14 | .30 |
| 17/DEC | 17:59:30 | 436646219845 | AUT | 3:46 | 1.20 | 17/DEC | 18:09:47 | 491784120925 | AUT | :33 | .30 |
| 17/DEC | 18:46:55 | 436646219845 | AUT | 2:25 | .58 | 17/DEC | 19:17:41 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 19:17:44 | 7802000332 | AUT | :01 | .21 | 17/DEC | 19:28:26 | 436602591939 | AUT | :25 | .30 |
| 17/DEC | 19:29:51 | 0385111464 | AUT | 6:52 | 1.64 | 17/DEC | 19:45:47 | 0385111464 | AUT | 1:10 | .28 |
| 17/DEC | 19:55:58 | 0385111464 | AUT | :45 | .18 | 17/DEC | 21:45:21 | 436646219845 | AUT | 1:39 | .40 |
| 17/DEC | 21:47:47 | 7750503521 | AUT | :16 | .30 | 17/DEC | 21:47:47 | 0385111464 | AUT | :16 | .07 |
| 17/DEC | 21:49:13 | 901 | AUT | :21 | .30 | 17/DEC | 21:50:02 | 436646219845 | AUT | 1:03 | .38 |
| 17/DEC | 21:51:32 | 436646219845 | AUT | :11 | .30 | 17/DEC | 23:11:55 | 4351290102020 | AUT | 1:11 | .38 |
| 17/DEC | 23:31:41 | 7802000332 | AUT | :01 | .21 | 17/DEC | 23:34:19 | 7802000332 | AUT | :01 | .21 |
| 17/DEC | 23:34:43 | 901 | AUT | :10 | .30 | 18/DEC | 8:26:47 | 0385111464 | AUT | :17 | .07 |
| 18/DEC | 8:26:47 | 7750503521 | AUT | :17 | .30 | 18/DEC | 8:40:34 | 0385111464 | AUT | :24 | .10 |
| 18/DEC | 8:40:34 | 7750503521 | AUT | :24 | .30 | 18/DEC | 8:50:21 | 901 | AUT | :41 | .30 |
| 18/DEC | 8:51:21 | 4351290102020 | AUT | 1:12 | .38 | 18/DEC | 8:54:21 | 436643003531 | AUT | 1:28 | .45 |
| 18/DEC | 9:02:44 | 4969153074118 | AUT | 3:29 | 1.05 | 18/DEC | 9:03:24 | 0385111464 | AUT | :23 | .10 |
| 18/DEC | 9:03:24 | 7750503521 | AUT | :23 | .30 | 18/DEC | 9:06:25 | 901 | AUT | :23 | .30 |
| 18/DEC | 9:12:35 | 4969153074126 | AUT | :34 | .14 | 18/DEC | 9:51:34 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 9:54:42 | 436643003531 | AUT | 1:48 | .60 | 18/DEC | 10:00:42 | 4352122387 | AUT | 7:51 | 1.88 |
| 18/DEC | 10:25:24 | 4369917526777 | AUT | 1:24 | .45 | 18/DEC | 10:31:27 | 0385111464 | AUT | :36 | .15 |
| 18/DEC | 10:31:27 | 7750503521 | AUT | :36 | .30 | 18/DEC | 10:46:52 | 0385111464 | AUT | :23 | .10 |
| 18/DEC | 10:46:52 | 7750503521 | AUT | :23 | .30 | 18/DEC | 11:14:54 | 0385111464 | AUT | :25 | .10 |
| 18/DEC | 11:14:54 | 7750503521 | AUT | :25 | .30 | 18/DEC | 11:37:38 | 0385111464 | AUT | :31 | .13 |
| 18/DEC | 11:37:38 | 7750503521 | AUT | :31 | .30 | 18/DEC | 11:49:55 | 901 | AUT | 2:00 | .60 |
| 18/DEC | 11:50:05 | 0385111464 | AUT | :32 | .13 | 18/DEC | 11:50:05 | 7750503521 | AUT | :32 | .30 |
| 18/DEC | 11:52:43 | 0385111464 | AUT | 1:49 | .44 | 18/DEC | 11:55:00 | 436646219845 | AUT | 1:09 | .38 |
| 18/DEC | 11:55:07 | 0385111464 | AUT | :08 | .04 | 18/DEC | 11:55:07 | 7750503521 | AUT | :08 | .30 |
| 18/DEC | 11:55:14 | 0385111464 | AUT | :18 | .08 | 18/DEC | 11:55:24 | 7750503521 | AUT | :18 | .30 |
| 18/DEC | 11:56:25 | 901 | AUT | :23 | .30 | 18/DEC | 11:57:45 | 436646219845 | AUT | 3:19 | .80 |
| 18/DEC | 12:01:20 | 0385111464 | AUT | 2:39 | .64 | 18/DEC | 12:03:10 | 0385111464 | AUT | :30 | .12 |
| | | **Carried Forward To Next Page** | | | | | | | | | 248.60 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

# O2

your
account

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE        7 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 248.60 |
| 18/DEC | 12:03:10 | 7750503521 | AUT | :30 | .30 | 18/DEC | 12:09:11 | 0385111464 | AUT | 3:31 | .84 |
| 18/DEC | 12:10:13 | 7750503521 | AUT | :40 | .30 | 18/DEC | 12:10:13 | 0385111464 | AUT | :40 | .16 |
| 18/DEC | 12:13:13 | 491784120925 | AUT | :59 | .30 | 18/DEC | 12:17:50 | 2071021746 | AUT | 3:21 | 1.05 |
| 18/DEC | 12:21:47 | 436646219845 | AUT | :22 | .30 | 18/DEC | 12:22:43 | 491784120925 | AUT | :41 | .30 |
| 18/DEC | 12:24:01 | 4369910100922 | AUT | 5:07 | 1.57 | 18/DEC | 12:24:39 | 7750503521 | AUT | :17 | .30 |
| 18/DEC | 12:24:39 | 0385111464 | AUT | :17 | .07 | 18/DEC | 12:26:30 | 7750503521 | AUT | :57 | .30 |
| 18/DEC | 12:26:30 | 0385111464 | AUT | :57 | .23 | 18/DEC | 12:26:50 | 0385111464 | AUT | 4:18 | 1.03 |
| 18/DEC | 12:26:50 | 7750503521 | AUT | 4:18 | 1.35 | 18/DEC | 12:29:22 | 901 | AUT | 2:27 | .75 |
| 18/DEC | 12:32:31 | 901 | AUT | :44 | .30 | 18/DEC | 12:32:47 | 0385111464 | AUT | :24 | .10 |
| 18/DEC | 12:32:47 | 7750503521 | AUT | :24 | .30 | 18/DEC | 12:34:28 | 4369910100922 | AUT | :21 | .09 |
| 18/DEC | 12:35:16 | 436646219845 | AUT | 6:19 | 1.94 | 18/DEC | 12:41:54 | 7920453890 | AUT | :49 | .30 |
| 18/DEC | 12:44:29 | 0385111464 | AUT | 1:06 | .27 | 18/DEC | 12:53:11 | 4969153074147 | AUT | :42 | .17 |
| 18/DEC | 13:01:47 | 436646219845 | AUT | 2:36 | .62 | 18/DEC | 13:05:04 | 901 | AUT | :25 | .30 |
| 18/DEC | 13:27:04 | 0385111464 | AUT | :23 | .10 | 18/DEC | 13:27:04 | 7750503521 | AUT | :23 | .30 |
| 18/DEC | 13:31:18 | 0385111464 | AUT | :13 | .06 | 18/DEC | 13:39:34 | 491622746124 | AUT | 2:42 | .65 |
| 18/DEC | 13:43:19 | 13343090261 | AUT | :11 | .79 | 18/DEC | 13:44:16 | 13343090261 | AUT | 30:01 | 23.90 |
| 18/DEC | 14:18:09 | 865996112914 | AUT | :01 | .01 | 18/DEC | 14:18:46 | 0385111464 | AUT | :08 | .04 |
| 18/DEC | 14:19:31 | 865996110124 | AUT | :01 | .01 | 18/DEC | 14:20:10 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 14:21:04 | 0385111464 | AUT | 6:34 | 1.57 | 18/DEC | 14:30:53 | 7802000332 | AUT | :01 | .21 |
| 18/DEC | 14:47:12 | 001 | DEU | 3:07 | .75 | 18/DEC | 14:52:46 | 2074091250 | DEU | :32 | .30 |
| 18/DEC | 14:54:21 | 7801340241 | DEU | :37 | .30 | 18/DEC | 15:04:08 | 7802148449 | DEU | :26 | .30 |
| 18/DEC | 15:04:08 | 491726675079 | DEU | :26 | .11 | 18/DEC | 15:04:47 | 49901 | DEU | :00 | .00 |
| 18/DEC | 15:04:52 | 491726675079 | DEU | :15 | .06 | 18/DEC | 15:04:52 | 7802148233 | DEU | :15 | .30 |
| 18/DEC | 15:05:21 | 49901 | DEU | :00 | .00 | 18/DEC | 15:05:39 | 7802148906 | DEU | :14 | .30 |
| 18/DEC | 15:05:39 | 491726675079 | DEU | :14 | .06 | 18/DEC | 15:06:30 | 49901 | DEU | :00 | .00 |
| 18/DEC | 15:11:41 | 0385111464 | DEU | 44:31 | 10.61 | 18/DEC | 15:18:48 | 7750503521 | DEU | :04 | .30 |
| 18/DEC | 15:18:48 | 0385111464 | DEU | :04 | .02 | 18/DEC | 16:07:01 | 7750503521 | DEU | :26 | .30 |
| 18/DEC | 16:07:01 | 0385111464 | DEU | :26 | .11 | 18/DEC | 17:06:09 | 901 | GBR | 4:29 | .00 B |
| 18/DEC | 17:13:46 | 00491784120925 | GBR | :10 | .02 | 18/DEC | 17:20:50 | 04369910100922 | GBR | :01 | .10 |
| 18/DEC | 17:22:46 | 02070396293 | GBR | :09 | .00 B | 18/DEC | 17:23:38 | 00491722620990 | GBR | :18 | .04 |
| 18/DEC | 18:10:38 | 02074091250 | GBR | 5:46 | .00 B | 18/DEC | 18:54:48 | 07899965494 | GBR | :28 | .00 B |
| 18/DEC | 19:01:24 | 901 | GBR | 1:02 | .00 B | 18/DEC | 19:02:56 | 00436646219845 | GBR | 1:00:01 | 8.68 |
| 18/DEC | 20:28:13 | 07920506506 | GBR | 8:13 | .00 B | 18/DEC | 20:59:01 | 901 | GBR | 2:36 | .00 B |
| 18/DEC | 21:09:08 | 901 | GBR | :42 | .00 B | 18/DEC | 21:12:32 | 07899965494 | GBR | :22 | .00 B |
| 18/DEC | 22:27:50 | 901 | GBR | :35 | .00 B | 18/DEC | 22:34:13 | 901 | GBR | 1:38 | .00 B |
| 18/DEC | 22:40:32 | 118500 | GBR | :29 | .27 | 19/DEC | 1:02:29 | 901 | GBR | :23 | .00 B |
| 19/DEC | 1:08:04 | 901 | GBR | 1:23 | .00 B | 19/DEC | 6:18:42 | 901 | GBR | :51 | .00 B |
| 19/DEC | 6:44:39 | 901 | GBR | :10 | .00 B | 19/DEC | 8:58:24 | 00436642606018 | GBR | :03 | .02 |
| 19/DEC | 10:51:01 | 901 | GBR | 1:26 | .00 B | 19/DEC | 12:59:30 | 02071021746 | GBR | :31 | .00 B |
| 19/DEC | 14:03:36 | 901 | GBR | :45 | .00 B | 19/DEC | 16:09:08 | 901 | GBR | :37 | .00 B |
| 19/DEC | 17:38:08 | 004369910100922 | GBR | 15:35 | 2.25 | 19/DEC | 18:44:34 | 04369917303132 | GBR | :01 | .10 |
| 19/DEC | 19:53:32 | 04369917303132 | GBR | :01 | .10 | 19/DEC | 20:01:58 | 04369917303132 | GBR | :01 | .10 |
| 19/DEC | 20:28:01 | 00436642606018 | GBR | 2:21 | .34 | 19/DEC | 22:11:41 | 07891501698 | GBR | 1:11 | .00 B |
| 19/DEC | 23:16:35 | 04369917303132 | GBR | :01 | .10 | 20/DEC | 7:33:52 | 7944943054 | GBR | :01 | .10 |
| 20/DEC | 8:16:35 | 901 | GBR | :13 | .00 B | 20/DEC | 8:44:47 | 02077538811 | GBR | 7:14 | .00 B |
| 20/DEC | 9:14:36 | 004367683000510 | GBR | 16:11 | 2.34 | 20/DEC | 9:32:57 | 00436642606018 | GBR | :08 | .02 |
| 20/DEC | 9:36:25 | 00431586105416 | GBR | 1:59 | .29 | 20/DEC | 10:31:20 | 04369917303132 | GBR | :01 | .10 |
| 20/DEC | 10:31:59 | 02071021746 | GBR | :22 | .00 B | 20/DEC | 10:54:21 | 04369917303132 | GBR | :01 | .10 |
| 20/DEC | 11:02:24 | 7900692810 | GBR | :01 | .10 | 20/DEC | 11:16:05 | 004315267777 | GBR | :41 | .10 |
| 20/DEC | 11:33:04 | 00436642365967 | GBR | :58 | .14 | 20/DEC | 11:25:35 | 901 | GBR | :14 | .00 B |
| 20/DEC | 11:41:42 | 901 | GBR | :55 | .00 B | 20/DEC | 15:28:31 | 901 | AUT | 2:18 | .75 |
| 20/DEC | 15:30:41 | 7750503521 | AUT | :06 | .30 | 20/DEC | 15:30:41 | 0385111464 | AUT | :06 | .03 |
| 20/DEC | 15:40:03 | 43151510 | AUT | 32:00 | 7.63 | 20/DEC | 16:04:17 | 7750503521 | AUT | :37 | .30 |
| 20/DEC | 16:04:17 | 0385111464 | AUT | :37 | .15 | 20/DEC | 16:15:04 | 7750503521 | AUT | :06 | .30 |
| 20/DEC | 16:15:04 | 0385111464 | AUT | :06 | .03 | 20/DEC | 16:15:12 | 436642011150 | AUT | 4:37 | 1.11 |
| 20/DEC | 16:15:25 | 0385111464 | AUT | :04 | .02 | 20/DEC | 16:15:25 | 7750503521 | AUT | :04 | .30 |
| | | **Carried Forward To Next Page** | | | | | | | | | 330.14 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

your
account

| BILL | 97850249 |
|---|---|
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    8 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 330.14 |
| 20/DEC | 16:15:34 | 0385111464 | AUT | :04 | .02 | 20/DEC | 16:15:34 | 7750503521 | AUT | :04 | .30 |
| 20/DEC | 16:15:55 | 7750503521 | AUT | :12 | .30 | 20/DEC | 16:15:55 | 0385111464 | AUT | :12 | .05 |
| 20/DEC | 16:22:08 | 0385111464 | AUT | 2:27 | .59 | 20/DEC | 16:39:09 | 436641357619 | AUT | :10 | .04 |
| 20/DEC | 16:58:59 | 4369917303132 | AUT | :35 | .14 | 20/DEC | 17:12:16 | 0385111464 | AUT | :04 | .02 |
| 20/DEC | 17:12:16 | 7750503521 | AUT | :04 | .30 | 20/DEC | 17:29:29 | 7881501698 | AUT | 4:51 | 1.16 |
| 20/DEC | 17:35:19 | 4969153074118 | AUT | 1:14 | .38 | 20/DEC | 17:37:06 | 491784120925 | AUT | :50 | .30 |
| 20/DEC | 17:41:32 | 7750503521 | AUT | :04 | .30 | 20/DEC | 17:41:32 | 0385111464 | AUT | :04 | .02 |
| 20/DEC | 19:09:28 | 7750503521 | AUT | :14 | .30 | 20/DEC | 19:09:28 | 0385111464 | AUT | :14 | .06 |
| 20/DEC | 19:09:50 | 0385111464 | AUT | :32 | .13 | 20/DEC | 19:09:50 | 7750503521 | AUT | :32 | .30 |
| 20/DEC | 20:30:43 | 901 | AUT | 3:07 | .97 | 20/DEC | 20:34:31 | 41792008138 | AUT | 9:08 | 2.76 |
| 20/DEC | 20:44:51 | 491607414160 | AUT | :34 | .30 | 20/DEC | 20:46:02 | 7881501698 | AUT | 17:58 | 4.29 |
| 20/DEC | 21:02:14 | 7750503521 | AUT | :51 | .30 | 20/DEC | 21:02:14 | 0385111464 | AUT | :51 | .21 |
| 20/DEC | 21:02:25 | 7750503521 | AUT | :03 | .30 | 20/DEC | 21:02:25 | 0385111464 | AUT | :03 | .02 |
| 20/DEC | 21:23:02 | 0385111464 | AUT | :05 | .02 | 20/DEC | 21:23:02 | 7750503521 | AUT | :05 | .30 |
| 20/DEC | 21:24:41 | 7881501698 | AUT | 8:25 | 2.01 | 20/DEC | 21:33:42 | 436642606018 | AUT | 11:01 | 3.36 |
| 20/DEC | 21:45:32 | 901 | AUT | :58 | .30 | 20/DEC | 22:01:23 | 436642606018 | AUT | 6:22 | 1.52 |
| 21/DEC | 0:18:10 | 901 | AUT | :15 | .30 | 21/DEC | 7:45:00 | 436642365967 | AUT | 1:04 | .38 |
| 21/DEC | 9:28:39 | 0385111464 | AUT | :07 | .03 | 21/DEC | 9:32:23 | 436642365967 | AUT | :07 | .30 |
| 21/DEC | 9:43:52 | 4315267777 | AUT | :22 | .09 | 21/DEC | 9:45:39 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 9:45:39 | 0385111464 | AUT | :03 | .02 | 21/DEC | 9:49:55 | 0385111464 | AUT | :05 | .02 |
| 21/DEC | 9:49:55 | 7750503521 | AUT | :05 | .30 | 21/DEC | 10:08:55 | 901 | AUT | :10 | .30 |
| 21/DEC | 10:23:53 | 901 | AUT | 3:30 | 1.05 | 21/DEC | 10:27:54 | 491784120925 | AUT | 1:00 | .30 |
| 21/DEC | 10:33:03 | 491784120925 | AUT | 1:18 | .45 | 21/DEC | 11:40:20 | 436642510080 | AUT | :12 | .05 |
| 21/DEC | 12:33:01 | 901 | AUT | :11 | .30 | 21/DEC | 13:25:01 | 0385111464 | AUT | 1:43 | .41 |
| 21/DEC | 13:33:29 | 0385111464 | AUT | :16 | .07 | 21/DEC | 13:34:56 | 436767077878 | AUT | :19 | .08 |
| 21/DEC | 13:58:22 | 901 | AUT | :11 | .30 | 21/DEC | 14:04:13 | 2071021746 | AUT | 3:31 | 1.12 |
| 21/DEC | 14:15:13 | 0385111464 | AUT | :12 | .05 | 21/DEC | 14:15:45 | 0385111464 | AUT | 2:07 | .51 |
| 21/DEC | 14:51:39 | 1234567890 | AUT | 2:21 | .56 | 21/DEC | 14:58:50 | 436648219845 | AUT | 1:23 | .45 |
| 21/DEC | 15:32:31 | 436642606018 | AUT | :03 | .30 | 21/DEC | 16:10:07 | 0385111464 | AUT | :03 | .02 |
| 21/DEC | 16:10:07 | 7750503521 | AUT | :03 | .30 | 21/DEC | 16:12:29 | 0385111464 | AUT | :18 | .08 |
| 21/DEC | 16:12:29 | 7750503521 | AUT | :18 | .30 | 21/DEC | 17:06:25 | 901 | AUT | :15 | .30 |
| 21/DEC | 18:28:11 | 0385111464 | AUT | :27 | .11 | 21/DEC | 18:54:22 | 2074258000 | AUT | :09 | .04 |
| 21/DEC | 19:03:22 | 00442074258000 | AUT | :11 | .30 | 21/DEC | 19:07:18 | 436642606018 | AUT | 10:28 | 2.50 |
| 21/DEC | 19:19:49 | 7802000332 | AUT | :01 | .21 | 21/DEC | 19:29:19 | 0385111464 | AUT | :21 | .09 |
| 21/DEC | 20:42:03 | 901 | AUT | :33 | .30 | 21/DEC | 21:07:57 | 2074258000 | AUT | 30:09 | 7.19 |
| 21/DEC | 21:16:57 | 0385111464 | AUT | :41 | .17 | 21/DEC | 21:16:57 | 7750503521 | AUT | :41 | .30 |
| 21/DEC | 21:59:30 | 901 | AUT | :43 | .30 | 21/DEC | 22:01:24 | 436642606018 | AUT | 14:29 | 4.32 |
| 21/DEC | 22:17:43 | 0385111464 | AUT | :43 | .18 | 21/DEC | 22:19:00 | 2074258000 | AUT | 2:28 | .59 |
| 21/DEC | 22:40:48 | 0385111464 | AUT | 1:02 | .25 | 21/DEC | 22:47:55 | 0385111464 | AUT | :10 | .04 |
| 21/DEC | 23:01:52 | 0385111464 | AUT | :05 | .02 | 21/DEC | 23:01:52 | 7750503521 | AUT | :05 | .30 |
| 21/DEC | 23:08:16 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:08:16 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:12:20 | 7750503521 | AUT | :03 | .30 | 21/DEC | 23:12:20 | 0385111464 | AUT | :03 | .02 |
| 21/DEC | 23:12:45 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:12:45 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:13:58 | 0385111464 | AUT | :03 | .02 | 21/DEC | 23:13:58 | 7750503521 | AUT | :03 | .30 |
| 21/DEC | 23:38:00 | 0385111464 | AUT | :07 | .03 | 21/DEC | 23:52:49 | 901 | AUT | 2:13 | .68 |
| 22/DEC | 0:50:19 | 12129091464 | AUT | 12:42 | 10.08 | 22/DEC | 7:56:59 | 436642365967 | AUT | :46 | .79 |
| 22/DEC | 7:56:59 | 436642365967 | AUT | 1:40 | .53 | 22/DEC | 8:16:38 | 0385111464 | AUT | 9:34 | 2.28 |
| 22/DEC | 8:30:16 | 0385111464 | AUT | :11 | .05 | 22/DEC | 8:32:37 | 7750503521 | AUT | :32 | .30 |
| 22/DEC | 8:32:37 | 0385111464 | AUT | :32 | .13 | 22/DEC | 8:32:54 | 7802000332 | AUT | :01 | .21 |
| 22/DEC | 8:41:03 | 901 | AUT | :38 | .30 | 22/DEC | 8:41:12 | 0385111464 | AUT | :24 | .10 |
| 22/DEC | 8:41:12 | 7750503521 | AUT | :24 | .30 | 22/DEC | 8:43:44 | 436642365967 | AUT | :09 | .04 |
| 22/DEC | 8:44:23 | 0385111464 | AUT | :05 | .02 | 22/DEC | 8:44:23 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 8:44:44 | 43151510 | AUT | 5:58 | 1.43 | 22/DEC | 8:45:05 | 7750503521 | AUT | :21 | .30 |
| 22/DEC | 8:45:05 | 0385111464 | AUT | :21 | .09 | 22/DEC | 8:59:21 | 901 | AUT | :56 | .30 |
| 22/DEC | 9:01:06 | 436642606018 | AUT | 6:05 | 1.87 | 22/DEC | 9:14:38 | 2074258000 | AUT | :12 | .05 |
| 22/DEC | 9:32:46 | 0385111464 | AUT | 2:36 | .62 | 22/DEC | 9:34:26 | 0385111464 | AUT | :05 | .02 |

**Carried Forward To Next Page**    399.86

74

O2CONT/DI801  APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

# O2

your **account**

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    9 of 11

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 399.86 |
| 22/DEC | 9:34:26 | 7750503521 | AUT | :05 | .30 | 22/DEC | 10:16:16 | 0385111464 | AUT | :41 | .17 |
| 22/DEC | 10:16:25 | 7750503521 | AUT | :17 | .30 | 22/DEC | 10:16:25 | 0385111464 | AUT | :17 | .07 |
| 22/DEC | 10:32:12 | 901 | AUT | 7:34 | 2.31 | 22/DEC | 10:45:52 | 0385111464 | AUT | 2:23 | .57 |
| 22/DEC | 10:48:42 | 0385111464 | AUT | 7:05 | 1.69 | 22/DEC | 11:00:49 | 901 | AUT | :09 | .30 |
| 22/DEC | 11:01:16 | 00442074258000 | AUT | :12 | .30 | 22/DEC | 11:03:58 | 00442074258000 | AUT | 1:00 | .30 |
| 22/DEC | 11:07:02 | 7881501698 | AUT | :13 | .30 | 22/DEC | 11:11:29 | 498998108100 | AUT | :35 | .14 |
| 22/DEC | 11:13:11 | 7881501698 | AUT | :53 | .22 | 22/DEC | 11:14:30 | 7881501698 | AUT | 16:28 | 3.93 |
| 22/DEC | 11:23:14 | 7750503521 | AUT | :53 | .30 | 22/DEC | 11:23:14 | 0385111464 | AUT | :53 | .22 |
| 22/DEC | 11:24:37 | 0385111464 | AUT | :04 | .02 | 22/DEC | 11:24:37 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 11:27:06 | 0385111464 | AUT | :12 | .05 | 22/DEC | 11:27:06 | 7750503521 | AUT | :12 | .30 |
| 22/DEC | 11:31:38 | 491784120925 | AUT | 1:56 | .60 | 22/DEC | 11:32:32 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 11:32:32 | 0385111464 | AUT | :03 | .02 | 22/DEC | 11:34:15 | 0385111464 | AUT | 6:13 | 1.49 |
| 22/DEC | 11:34:18 | 7750503521 | AUT | :02 | .30 | 22/DEC | 11:34:18 | 0385111464 | AUT | :02 | .01 |
| 22/DEC | 11:34:46 | 7750503521 | AUT | :50 | .30 | 22/DEC | 11:34:46 | 0385111464 | AUT | :50 | .20 |
| 22/DEC | 11:55:17 | 0385111464 | AUT | 9:46 | 2.33 | 22/DEC | 12:05:43 | 436643001654 | AUT | 16:39 | 3.97 |
| 22/DEC | 12:13:56 | 7750503521 | AUT | :03 | .30 | 22/DEC | 12:13:56 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 12:24:58 | 0385111464 | AUT | 1:14 | .30 | 22/DEC | 12:33:48 | 7881501698 | AUT | 2:17 | .55 |
| 22/DEC | 13:02:48 | 436626386 | AUT | 14:52 | 3.55 | 22/DEC | 13:19:32 | 00442074258000 | AUT | 2:02 | .68 |
| 22/DEC | 13:34:25 | 436648161567 | AUT | 11:33 | 2.76 | 22/DEC | 13:46:19 | 436648161567 | AUT | :17 | .07 |
| 22/DEC | 13:47:02 | 436648161567 | AUT | 6:09 | 1.47 | 22/DEC | 13:53:30 | 436648161567 | AUT | 6:59 | 1.67 |
| 22/DEC | 13:54:26 | 0385111464 | AUT | :03 | .02 | 22/DEC | 13:54:26 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 13:55:18 | 0385111464 | AUT | :05 | .02 | 22/DEC | 13:55:18 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 13:56:18 | 0385111464 | AUT | :22 | .09 | 22/DEC | 13:56:18 | 7750503521 | AUT | :22 | .30 |
| 22/DEC | 13:58:03 | 7750503521 | AUT | :03 | .30 | 22/DEC | 13:58:03 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 14:03:39 | 0385111464 | AUT | :40 | .16 | 22/DEC | 14:06:57 | 491784120925 | AUT | :23 | .30 |
| 22/DEC | 14:09:40 | 436642606018 | AUT | 7:42 | 1.84 | 22/DEC | 14:09:44 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:09:44 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:10:02 | 0385111464 | AUT | :04 | .02 |
| 22/DEC | 14:10:02 | 7750503521 | AUT | :04 | .30 | 22/DEC | 14:10:21 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:10:21 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:12:15 | 0385111464 | AUT | :20 | .30 |
| 22/DEC | 14:12:15 | 7750503521 | AUT | :04 | .30 | 22/DEC | 14:13:08 | 7750503521 | AUT | :20 | .30 |
| 22/DEC | 14:13:08 | 0385111464 | AUT | :20 | .08 | 22/DEC | 14:13:09 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 14:13:28 | 0385111464 | AUT | :05 | .02 | 22/DEC | 14:13:28 | 0385111464 | AUT | :30 | .12 |
| 22/DEC | 14:13:28 | 7750503521 | AUT | :30 | .30 | 22/DEC | 14:14:40 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 14:14:40 | 0385111464 | AUT | :03 | .02 | 22/DEC | 14:15:55 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 14:15:55 | 7750503521 | AUT | :03 | .30 | 22/DEC | 14:16:37 | 7750503521 | AUT | :05 | .30 |
| 22/DEC | 14:16:37 | 0385111464 | AUT | :05 | .02 | 22/DEC | 14:17:20 | 7750503521 | AUT | :04 | .30 |
| 22/DEC | 14:17:20 | 0385111464 | AUT | :04 | .02 | 22/DEC | 14:18:05 | 0385111464 | AUT | :50 | .20 |
| 22/DEC | 14:19:17 | 496922223266 | AUT | 27:16 | 8.20 | 22/DEC | 14:34:08 | 7750503521 | AUT | :57 | .30 |
| 22/DEC | 14:34:08 | 0385111464 | AUT | :57 | .23 | 22/DEC | 14:45:14 | 0385111464 | AUT | :25 | .10 |
| 22/DEC | 14:45:14 | 7750503521 | AUT | :25 | .30 | 22/DEC | 14:49:27 | 436646278169 | AUT | :26 | .11 |
| 22/DEC | 14:57:56 | 436642606018 | AUT | 2:03 | .49 | 22/DEC | 15:09:47 | 901 | AUT | 3:28 | 1.05 |
| 22/DEC | 15:14:17 | 0385111464 | AUT | 4:42 | 1.13 | 22/DEC | 15:19:20 | 0385111464 | AUT | 2:18 | .55 |
| 22/DEC | 15:24:43 | 0385111464 | AUT | :06 | .03 | 22/DEC | 15:25:10 | 41797255000 | AUT | 2:15 | .54 |
| 22/DEC | 15:37:14 | 0385111464 | AUT | 4:12 | 1.01 | 22/DEC | 15:43:50 | 0385111464 | AUT | 1:08 | .28 |
| 22/DEC | 15:43:21 | 436648053744000 | AUT | 1:46 | .60 | 22/DEC | 15:47:30 | 491784120925 | AUT | :04 | .30 |
| 22/DEC | 15:48:40 | 491726675079 | AUT | 1:29 | .36 | 22/DEC | 15:53:36 | 0385111464 | AUT | 6:04 | 1.45 |
| 22/DEC | 16:17:04 | 0385111464 | AUT | 2:37 | .63 | 22/DEC | 16:20:04 | 0385111464 | AUT | 4:30 | 1.08 |
| 22/DEC | 16:25:14 | 436767301953 | AUT | 14:37 | 4.40 | 22/DEC | 16:43:38 | 12128912149 | AUT | 7:46 | 1.86 |
| 22/DEC | 17:02:35 | 43151533 | AUT | 4:02 | .97 | 22/DEC | 17:02:57 | 0385111464 | AUT | :05 | .02 |
| 22/DEC | 17:02:57 | 7750503521 | AUT | :05 | .30 | 22/DEC | 17:04:29 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 17:04:29 | 7750503521 | AUT | :03 | .30 | 22/DEC | 17:06:40 | 7750503521 | AUT | :03 | .30 |
| 22/DEC | 17:06:40 | 0385111464 | AUT | :03 | .02 | 22/DEC | 17:07:26 | 0385111464 | AUT | :04 | .02 |
| 22/DEC | 17:07:26 | 7750503521 | AUT | :04 | .30 | 22/DEC | 18:08:18 | 0385111464 | AUT | :03 | .02 |
| 22/DEC | 17:08:18 | 7750503521 | AUT | :03 | .30 | 22/DEC | 17:09:14 | 0385111464 | AUT | :12 | .05 |
| 22/DEC | 17:22:10 | 436642510080 | AUT | :16 | .07 | 22/DEC | 17:58:12 | 436641002010 | AUT | 17:48 | 5.37 |
| 22/DEC | 18:11:05 | 7750503521 | AUT | :16 | .30 | 22/DEC | 18:11:05 | 0385111464 | AUT | :16 | .07 |

**Carried Forward To Next Page**                                                    473.80

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000643

O2/CONTIDIS91    APR2006    75

# O₂

| | |
|---|---|
| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Brought Forward From Previous Page** | | | | | | | | | | | 473.80 |
| 22/DEC | 18:38:20 | 436643001654 | AUT | 4:33 | 1.09 | 22/DEC | 18:48:34 | 7802000332 | AUT | :01 | .21 |
| 22/DEC | 18:49:12 | 436642606018 | AUT | 8:27 | 2.54 | 22/DEC | 19:01:10 | 436642606018 | AUT | :34 | .14 |
| 22/DEC | 19:04:12 | 436642606018 | AUT | :21 | .09 | 22/DEC | 19:07:56 | 0385111464 | AUT | :06 | .03 |
| 22/DEC | 19:07:56 | 7750503521 | AUT | :06 | .30 | 22/DEC | 19:35:36 | 00442074258000 | AUT | 1:09 | .38 |
| 22/DEC | 19:50:01 | 0385111464 | AUT | 1:09 | .28 | 22/DEC | 19:53:51 | 7881501698 | AUT | :18 | .08 |
| 22/DEC | 20:08:21 | 901 | AUT | :27 | .30 | 22/DEC | 20:20:18 | 7750503521 | AUT | :13 | .30 |
| 22/DEC | 20:20:18 | 0385111464 | AUT | :13 | .06 | 22/DEC | 20:21:08 | 12128912149 | AUT | :22 | .09 |
| 22/DEC | 20:29:55 | 901 | AUT | :17 | .30 | 22/DEC | 21:13:56 | 7881501698 | AUT | :43 | .18 |
| 22/DEC | 21:15:32 | 901 | AUT | :10 | .30 | 22/DEC | 21:31:46 | 491607414160 | AUT | 1:02 | .15 |
| 22/DEC | 23:04:23 | 7881501698 | AUT | 2:31 | .60 | 22/DEC | 23:41:05 | 0385111464 | AUT | :09 | .04 |
| 23/DEC | 0:23:01 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:23:35 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:24:03 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:24:17 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:26:06 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:26:23 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:26:51 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:33:27 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:33:46 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:34:15 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:34:30 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:35:00 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:35:20 | 7802000332 | AUT | :01 | .21 | 23/DEC | 0:35:31 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 0:36:22 | 7802000332 | AUT | :01 | .21 | 23/DEC | 6:54:17 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 6:56:26 | 901 | AUT | :27 | .30 | 23/DEC | 7:01:31 | 7802000332 | AUT | :01 | .21 |
| 23/DEC | 7:16:45 | 7802000332 | AUT | :01 | .21 | 23/DEC | 8:24:20 | 04369910100922 | GBR | :01 | .10 |
| 23/DEC | 8:49:10 | 901 | GBR | 1:18 | .00 B | 23/DEC | 8:51:27 | 901 | GBR | 1:30 | .00 B |
| 23/DEC | 11:27:20 | 901 | GBR | :44 | .00 B | 23/DEC | 11:28:30 | 0436642606018 | GBR | 6:08 | .89 |
| 23/DEC | 11:35:09 | 00436767301953 | GBR | 26:46 | 3.87 | 23/DEC | 12:51:10 | 901 | GBR | 2:45 | .00 B |
| 23/DEC | 12:56:23 | 7801340241 | GBR | :01 | .10 | 23/DEC | 13:03:56 | 00436642011150 | GBR | :06 | .02 |
| 23/DEC | 13:04:42 | 00438645312295 | GBR | :56 | .14 | 23/DEC | 13:10:15 | 0436643900243 | GBR | :01 | .10 |
| 23/DEC | 13:10:48 | 901 | GBR | :32 | .00 B | 23/DEC | 13:11:53 | 901 | GBR | :33 | .00 B |
| 09/JAN | 9:27:36 | 7785304530 | GBR | :01 | .10 | 09/JAN | 9:27:53 | 901 | GBR | :21 | .00 B |
| 09/JAN | 9:46:36 | 02071021746 | GBR | :14 | .00 B | 09/JAN | 9:55:05 | 901 | GBR | :11 | .00 B |
| 09/JAN | 10:08:00 | 004315993227 | GBR | 2:09 | .31 | 09/JAN | 10:48:39 | 02071021746 | GBR | 1:42 | .00 B |
| 09/JAN | 11:46:41 | 901 | GBR | 3:43 | .00 B | 09/JAN | 11:53:28 | 004369910100922 | GBR | :30 | .07 |
| 09/JAN | 11:55:32 | 004315993227 | GBR | 5:33 | .80 | 09/JAN | 12:28:18 | 00436991010009 | GBR | 1:32 | .22 |
| **Call Charges** | | | | | | | | | | | 492.16 |
| 23/DEC | 18:30:58 | 7802000332 | JAM | :00 | .00 | 23/DEC | 18:49:17 | 7801340241 | JAM | :02 | 1.20 |
| 23/DEC | 19:04:43 | 7750503521 | JAM | :20 | 1.20 | 23/DEC | 19:07:27 | 7802000332 | JAM | :11 | .40 |
| 23/DEC | 19:39:29 | 0385111464 | JAM | :12 | .17 | 24/DEC | 6:51:24 | 7750503521 | JAM | :01 | .40 |
| 24/DEC | 15:57:39 | 7750503521 | JAM | :16 | 1.20 | 24/DEC | 15:58:09 | 7750503521 | JAM | :56 | 1.20 |
| 24/DEC | 15:59:41 | 436642606018 | JAM | 5:49 | 10.74 | 24/DEC | 17:13:28 | 7802000332 | JAM | :01 | .40 |
| 24/DEC | 17:15:26 | 436645312199 | JAM | 14:42 | 26.41 | 26/DEC | 10:10:09 | 7750503521 | JAM | :09 | 1.20 |
| 26/DEC | 10:10:53 | 7750503521 | JAM | :09 | 1.20 | 26/DEC | 10:12:17 | 7750503521 | JAM | :45 | 1.20 |
| 26/DEC | 10:13:29 | 2071023003 | JAM | 4:28 | 5.37 | 26/DEC | 11:31:03 | 7750503521 | JAM | :09 | 1.20 |
| 26/DEC | 12:17:47 | 7750503521 | JAM | :12 | 1.20 | 26/DEC | 13:02:30 | 0385111464 | JAM | :05 | .08 |
| 26/DEC | 13:20:40 | 7750503521 | JAM | :10 | 1.20 | 26/DEC | 13:21:05 | 7750503521 | JAM | :13 | 1.20 |
| 26/DEC | 13:55:17 | 7750503521 | JAM | :19 | 1.20 | 26/DEC | 13:55:59 | 7750503521 | JAM | 1:31 | 2.09 |
| 27/DEC | 6:51:43 | 901 | JAM | :12 | 1.20 | 27/DEC | 6:52:38 | 7750503521 | JAM | 1:46 | 2.39 |
| 27/DEC | 6:55:15 | 436642606018 | JAM | 2:57 | 5.37 | 27/DEC | 7:05:39 | 0385111464 | JAM | :24 | .34 |
| 27/DEC | 16:27:12 | 7750503521 | JAM | :05 | 1.20 | 27/DEC | 16:28:12 | 7750503521 | JAM | :11 | 1.20 |
| 31/DEC | 6:30:45 | 7802000332 | JAM | :01 | .40 | 06/JAN | 16:47:36 | 12123506520 | GLP | 2:09 | 4.03 |
| 06/JAN | 21:56:56 | 011447750503521 | USA | :54 | .90 | 06/JAN | 22:56:16 | 00000000 | USA | :01 | .00 |
| 07/JAN | 7:43:23 | 901 | USA | :17 | .90 | 07/JAN | 9:25:14 | 901 | USA | :17 | .90 |
| 07/JAN | 15:19:37 | 0385111464 | USA | :34 | .22 | 07/JAN | 16:23:03 | 011447750503521 | USA | :43 | .90 |
| 07/JAN | 16:23:03 | 0385111464 | USA | :43 | .28 | 07/JAN | 16:24:21 | 00000000 | USA | :01 | .00 |
| 07/JAN | 16:25:36 | 901 | USA | :51 | .90 | 07/JAN | 19:52:14 | 901 | USA | :21 | .90 |
| 08/JAN | 3:08:58 | 011447750503521 | USA | :12 | .90 | 08/JAN | 3:08:58 | 0385111464 | USA | :12 | .08 |
| 08/JAN | 6:35:47 | 00000000 | USA | :01 | .00 | 08/JAN | 7:18:17 | 00000000 | USA | :01 | .00 |
| **Carried Forward To Next Page** | | | | | | | | | | | 84.27 |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

O2/CONT/DI/001  APR2006

76

# O₂

| BILL | 97850249 |
| BILL DATE | 12 Jan 07 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| PAGE | 11 of 11 |

### Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|------|------|----------------|---------|-------------------|------|------|------|----------------|---------|-------------------|------|
| **Brought Forward From Previous Page** | | | | | | | | | | | 84.27 |
| 08/JAN | 7:57:03 | 901 | USA | :49 | .90 | 08/JAN | 8:01:35 | 011431534530 | USA | :29 | .90 |
| 08/JAN | 8:05:25 | 011431534530 | USA | 4:44 | 4.28 | 08/JAN | 16:18:25 | 00000000 | USA | :01 | .00 |
| 08/JAN | 16:20:07 | 00000000 | USA | :01 | .00 | 08/JAN | 16:21:03 | 00000000 | USA | :01 | .00 |
| 08/JAN | 16:41:38 | 011447750503521 | USA | 3:03 | 2.93 | | | | | | |
| | | **UK VAT exempt calls** | | | | | | | | | 93.28 |
| 03/DEC | 11:26:31 | wap.o2.co.uk | GBR | :00 | .00 | | | | | | |
| | | **Data Calls** | | | | | | | | | .00 |
| | | | | **TOTAL CALLS** | | | | | | | 585.44 |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000645

# O2 select

## your bill

1407  ODIM367A  LLKU78  23900

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/96945278 |
| PAGE | 1 of 7 |

**Your calling plan: O2 100**
**(All prices are VAT inclusive)**

| Type of Charge (Per Min) | COST |
|---|---|
| Standard (Anytime) | 10p |
| O2 to O2 (Anytime) | 10p |
| O2 to Other (Anytime) | 40p |
| SMS (per message) | 12p |
| WAP | 10p |
| Voicemail 901 (Anytime) | 10p |
| Additional Mb | £2.35 |
| MMS per text | 25p |

See www.o2.co.uk for detailed
pricing information

---

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 100** | | |
| Line Rental Charge | From: 12 Dec 06 To: 11 Jan 07 | 21.28 |
| Call Charges | To: 10 Dec 06 | 392.01 |
| O2 Pay As You Use Data Service | | 0.00 |
| My Europe | | 0.00 |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 Dec 06 To: 11 Jan 07 | 2.54 |
| Loyalty Reward - International | | 16.50CR |
| **Sub Total Excluding VAT** | | 399.33 |
| VAT @ 17.50% of £399.33 | | 69.88 |
| **Total amount due this bill** | | 469.21 |
| **Balance Brought Forward** | | 0.00 |

---

TOTAL AMOUNT DUE 26 Dec 06           £ 469.21

*333.16*

### About Your O2 Calling Plan

Your calling plan O2 100 has an inclusive monthly allowance of
100 text messages and 100 minutes

| | | |
|---|---|---|
| Free SMS sent this period | 25 | text messages |
| Free call duration used this period | 100 | minutes |
| The total available for use next period | 100 | text messages and 100 minutes |

**For Customer Services**
☎ **0800 032 1402**
select@o2.com

### Payments

To settle this bill you need take
no action. Payment will be
requested from your bank
account or credit card on the
due date or soon after.

4710

O2/O2/SEM-CO  APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000646

# O2

your account

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

PAGE    2 of 7

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/NOV | 14:27:39 | 901 | GBR | 1:12 | .11 | 03/NOV | 18:22:50 | 901 | GBR | :24 | .04 |
| 04/NOV | 10:54:46 | 901 | GBR | :45 | .07 | 04/NOV | 10:55:37 | 901 | GBR | :32 | .05 |
| 04/NOV | 17:16:41 | 901 | GBR | :40 | .06 | 05/NOV | 17:21:51 | 901 | GBR | :38 | .06 |
| 06/NOV | 7:32:55 | 901 | GBR | 1:10 | .10 | 09/NOV | 9:18:54 | 901 | GBR | :17 | .03 |
| 09/NOV | 9:47:34 | 901 | GBR | :55 | .08 | 09/NOV | 12:49:38 | 901 | GBR | 1:32 | .14 |
| 09/NOV | 16:34:08 | 901 | GBR | :22 | .04 | 09/NOV | 18:03:29 | 901 | GBR | :03 | .02 |
| 10/NOV | 7:27:16 | 901 | GBR | :12 | .02 | 10/NOV | 12:49:29 | 901 | GBR | 1:46 | .16 |
| 10/NOV | 14:04:15 | 901 | GBR | :28 | .04 | 10/NOV | 15:14:41 | 901 | GBR | :13 | .02 |
| 10/NOV | 20:03:10 | 901 | GBR | 1:12 | .11 | 10/NOV | 20:58:02 | 901 | GBR | :12 | .02 |
| 10/NOV | 21:34:12 | 901 | GBR | :55 | .08 | 10/NOV | 22:41:34 | 00491784120925 | GBR | 1:26 | .21 |
| 11/NOV | 8:36:53 | 00436646219845 | GBR | :30 | .07 | 11/NOV | 11:58:42 | 901 | GBR | 1:29 | .13 |
| 11/NOV | 12:00:39 | 00491607414160 | GBR | :06 | .02 | 11/NOV | 13:59:56 | 00491607414160 | GBR | :04 | .02 |
| 11/NOV | 16:30:10 | 07801340241 | GBR | :03 | .02 | 11/NOV | 18:31:17 | 901 | GBR | 1:04 | .10 |
| 11/NOV | 19:12:03 | 901 | GBR | :46 | .07 | 11/NOV | 19:12:56 | 901 | GBR | :20 | .03 |
| 11/NOV | 19:13:50 | 00491607414160 | GBR | 15:52 | 2.30 | 11/NOV | 19:34:11 | 02077538811 | GBR | 1:53 | .17 |
| 11/NOV | 19:38:19 | 02089170571 | GBR | 6:12 | .53 | 11/NOV | 21:12:44 | 0436641002010 | GBR | :01 | .10 |
| 11/NOV | 23:32:52 | 901 | GBR | :25 | .04 | 12/NOV | 9:36:14 | 901 | GBR | 5:45 | .00 B |
| 12/NOV | 9:50:58 | 02076022103 | GBR | :38 | .00 B | 12/NOV | 9:54:07 | 7801340241 | GBR | :01 | .00 B |
| 12/NOV | 10:41:36 | 0436641002010 | GBR | :01 | .10 | 12/NOV | 13:58:31 | 43526 | AUT | :00 | .00 |
| 12/NOV | 14:18:17 | 0385111464 | AUT | :38 | .16 | 12/NOV | 19:34:10 | 7711280840 | AUT | :00 | .00 |
| 12/NOV | 19:34:18 | 7711280840 | AUT | :00 | .00 | 12/NOV | 19:34:25 | 7711280840 | AUT | :00 | .00 |
| 12/NOV | 19:34:31 | 7711280840 | AUT | :00 | .00 | 12/NOV | 19:34:40 | 7711280840 | AUT | :00 | .00 |
| 13/NOV | 1:56:42 | 01515160 | AUT | :39 | .30 | 13/NOV | 2:43:42 | 7802000332 | AUT | :01 | .21 |
| 13/NOV | 3:22:15 | 7802000332 | AUT | :01 | .21 | 13/NOV | 10:42:38 | 7801340241 | AUT | :00 | .00 |
| 13/NOV | 12:31:01 | 0385111464 | AUT | 1:54 | .46 | 13/NOV | 12:31:38 | 00447802148364 | AUT | :39 | .30 |
| 13/NOV | 12:31:38 | 2072433492 | AUT | :39 | .16 | 13/NOV | 12:32:20 | 43901 | AUT | :00 | .00 |
| 13/NOV | 12:33:08 | 00447802148666 | AUT | 1:27 | .45 | 13/NOV | 13:54:24 | 00447920506506 | AUT | :02 | .30 |
| 13/NOV | 14:02:23 | 01515160 | AUT | 1:21 | .45 | 13/NOV | 14:02:42 | 496997583534 | AUT | :17 | .07 |
| 13/NOV | 14:02:42 | 00447802148447 | AUT | :17 | .30 | 13/NOV | 14:03:05 | 43901 | AUT | :00 | .00 |
| 13/NOV | 14:03:14 | 00447802148353 | AUT | :45 | .30 | 13/NOV | 14:14:08 | 7802000332 | AUT | :01 | .21 |
| 13/NOV | 16:30:09 | 901 | GBR | :59 | .00 B | 13/NOV | 16:31:51 | 00491607414160 | GBR | 9:28 | 1.37 |
| 13/NOV | 16:52:02 | 00496997583533 | GBR | 15:28 | 2.24 | 13/NOV | 20:26:09 | 901 | GBR | :38 | .00 B |
| 13/NOV | 20:38:53 | 0436641002010 | GBR | :01 | .10 | 14/NOV | 10:18:21 | 7976761438 | GBR | :01 | .00 B |
| 14/NOV | 12:09:34 | 901 | GBR | :32 | .00 B | 14/NOV | 12:12:07 | 004369910100922 | GBR | 1:05 | .16 |
| 14/NOV | 12:51:17 | 07796420820 | GBR | :25 | .00 B | 14/NOV | 12:52:03 | 07836220022 | GBR | 1:26 | .00 B |
| 14/NOV | 13:08:58 | 004369910100922 | GBR | 23:24 | 3.39 | 14/NOV | 15:19:26 | 7801340241 | GBR | :01 | .00 B |
| 14/NOV | 15:22:44 | 7801340241 | GBR | :01 | .00 B | 14/NOV | 15:43:45 | 07785304530 | GBR | :34 | .00 B |
| 15/NOV | 8:40:59 | 901 | GBR | 1:28 | .00 B | 15/NOV | 8:43:05 | 07920506506 | GBR | :19 | .00 B |
| 15/NOV | 8:43:49 | 00491607414160 | GBR | 10:02 | 1.45 | 15/NOV | 8:54:09 | 901 | GBR | :33 | .00 B |
| 15/NOV | 8:55:39 | 0436641002010 | GBR | 4:47 | .69 | 15/NOV | 9:04:54 | 07920506506 | GBR | 4:31 | .00 B |
| 15/NOV | 10:18:14 | 004367681032386 | GBR | 12:39 | 1.83 | 15/NOV | 10:31:36 | 07941425421 | GBR | :20 | .00 B |
| 15/NOV | 11:50:18 | 07836220022 | GBR | :50 | .00 B | 15/NOV | 11:53:55 | 07836220022 | GBR | 2:05 | .00 B |
| 15/NOV | 12:01:59 | 07836220022 | GBR | 1:42 | .00 B | 15/NOV | 12:09:23 | 901 | GBR | :11 | .00 B |
| 15/NOV | 12:12:31 | 07836220022 | GBR | :28 | .00 B | 15/NOV | 12:14:27 | 07836220022 | GBR | :06 | .00 B |
| 15/NOV | 12:24:42 | 00436646219845 | GBR | :12 | .03 | 15/NOV | 13:31:46 | 7801340241 | GBR | :31 | .00 B |
| 15/NOV | 14:02:41 | 0017192347431 | GBR | 24:31 | 3.55 | 15/NOV | 15:17:47 | 901 | GBR | 1:38 | .00 B |
| 15/NOV | 15:20:41 | 901 | GBR | :36 | .00 B | 15/NOV | 17:48:31 | 004369910100922 | GBR | 14:47 | 2.14 |
| 15/NOV | 18:41:49 | 901 | GBR | :38 | .00 B | 15/NOV | 18:42:58 | 004969153074118 | GBR | :10 | .02 |
| 15/NOV | 18:51:51 | 07920506509 | GBR | 19:23 | .00 B | 15/NOV | 19:11:24 | 901 | GBR | :20 | .00 B |
| 15/NOV | 19:18:01 | 004969153074118 | GBR | :04 | .02 | 15/NOV | 21:10:56 | 00491607414160 | GBR | :46 | .11 |
| 16/NOV | 8:03:11 | 901 | GBR | :13 | .00 B | 16/NOV | 8:33:24 | 02072860626 | GBR | 2:58 | .00 B |
| 16/NOV | 9:46:36 | 004369910100922 | GBR | :05 | .02 | 16/NOV | 16:22:45 | 00436646219845 | GBR | 1:36 | .23 |
| 16/NOV | 9:23:45 | 0491784120925 | GBR | :01 | .10 | 16/NOV | 23:33:37 | 901 | AUT | 1:12 | .38 |
| 16/NOV | 23:35:00 | 901 | AUT | 1:51 | .60 | 16/NOV | 9:53:18 | 06646219845 | AUT | 25:14 | 12.98 |
| 17/NOV | 10:39:00 | 41217840038 | AUT | 2:33 | .61 | 17/NOV | 12:43:21 | 0385111464 | AUT | 5:41 | 1.36 |
| 17/NOV | 12:55:33 | 00447802148287 | AUT | :19 | .30 | 17/NOV | 13:20:58 | 4369915513558 | AUT | :13 | .06 |
| 17/NOV | 13:21:31 | 4369915513558 | AUT | 30:31 | 7.72 | 17/NOV | 16:33:25 | 00447804148332 | AUT | :16 | .30 |
| 17/NOV | 18:57:18 | 06641002010 | AUT | 1:00:00 | 29.95 | 17/NOV | 17:20:04 | 0385111464 | AUT | :46 | .19 |
| 17/NOV | 17:20:04 | 00447802148982 | AUT | :46 | .30 | 17/NOV | 17:20:54 | 43901 | AUT | :00 | .00 |

**Carried Forward To Next Page**    80.80

SS-O2/O15E04-CO  APH2006    4711

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

*your* **account**

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    3 of 7

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

**Brought Forward From Previous Page** ... 80.80

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|
| 17/NOV | 18:10:44 | 436649132442 | AUT | :05 | .02 |
| 17/NOV | 18:12:26 | 00447802148237 | AUT | :04 | .30 |
| 17/NOV | 18:16:25 | 00447802148260 | AUT | :28 | .30 |
| 17/NOV | 18:16:57 | 43901 | AUT | :00 | .30 |
| 17/NOV | 19:02:55 | 00447802148227 | AUT | 1:21 | .45 |
| 17/NOV | 21:17:27 | 06645312199 | AUT | 46:01 | 23.46 |
| 17/NOV | 21:34:02 | 00447802148222 | AUT | :07 | .30 |
| 17/NOV | 21:47:18 | 00447802148806 | AUT | :06 | .30 |
| 18/NOV | 10:44:43 | 00447802148286 | AUT | :17 | .30 |
| 18/NOV | 10:46:50 | 7802000332 | AUT | :01 | .21 |
| 18/NOV | 17:15:36 | 7802000332 | AUT | :01 | .21 |
| 19/NOV | 9:17:29 | 0385111464 | AUT | :03 | .02 |
| 19/NOV | 10:50:29 | 901 | AUT | :25 | .30 |
| 19/NOV | 12:14:56 | 436649132442 | AUT | :25 | .30 |
| 19/NOV | 14:50:33 | 2077538811 | AUT | 11:45 | 3.51 |
| 20/NOV | 0:54:02 | 00447802148648 | AUT | :07 | .30 |
| 20/NOV | 9:52:40 | 00448700837737 | AUT | 10:46 | 3.28 |
| 20/NOV | 10:44:17 | 00447802148437 | AUT | :03 | .30 |
| 20/NOV | 10:45:02 | 4969153074089 | AUT | :20 | .08 |
| 20/NOV | 10:48:37 | 436649132442 | AUT | :05 | .02 |
| 20/NOV | 10:53:52 | 00447802148230 | AUT | :35 | .30 |
| 20/NOV | 10:57:20 | 00447802148573 | AUT | :04 | .30 |
| 20/NOV | 11:20:46 | 015267777 | AUT | :43 | .30 |
| 20/NOV | 12:17:43 | 0385111464 | AUT | 11:25 | 2.73 |
| 20/NOV | 12:55:25 | 0505040 | AUT | 20:29 | 6.11 |
| 20/NOV | 13:40:25 | 00442077538811 | AUT | 3:48 | 1.20 |
| 20/NOV | 14:13:16 | 491784120925 | AUT | :16 | .07 |
| 20/NOV | 14:20:24 | 00491784120925 | AUT | :13 | .30 |
| 20/NOV | 14:27:48 | 015151212 | AUT | :26 | .30 |
| 20/NOV | 15:22:03 | 43526 | AUT | :00 | .00 |
| 20/NOV | 15:43:30 | 00442071021746 | AUT | 3:02 | .97 |
| 20/NOV | 15:46:17 | 00447802148449 | AUT | :31 | .30 |
| 20/NOV | 15:49:58 | 4315267777 | AUT | :31 | .13 |
| 20/NOV | 16:35:20 | 01501881100 | AUT | 1:20 | 1.00 |
| 20/NOV | 17:00:32 | 00442073443250 | AUT | :47 | .30 |
| 20/NOV | 17:38:49 | 431501881720 | AUT | :21 | .09 |
| 20/NOV | 18:23 | 0385111464 | AUT | :15 | .06 |
| 20/NOV | 19:20:03 | 431501881720 | AUT | :11 | .05 |
| 21/NOV | 8:03:00 | 0385111464 | AUT | :14 | .06 |
| 21/NOV | 8:03:28 | 43901 | AUT | :00 | .30 |
| 21/NOV | 8:58:31 | 06645312199 | AUT | :24 | .50 |
| 21/NOV | 10:30:35 | 00447802148290 | AUT | :02 | .30 |
| 21/NOV | 10:38:57 | 7768231661 | AUT | :00 | .00 |
| 21/NOV | 11:38:58 | 06643900243 | AUT | :36 | .50 |
| 21/NOV | 12:05:47 | 0385111464 | AUT | 18:13 | 4.35 |
| 21/NOV | 13:01:51 | 4969153074131 | AUT | 13:43 | 3.27 |
| 21/NOV | 13:24:26 | 0385111464 | AUT | 6:45 | 1.61 |
| 21/NOV | 15:37:53 | 07801340241 | GBR | 1:54 | .00 B |
| 21/NOV | 16:05:41 | 7801340241 | GBR | :01 | .00 B |
| 21/NOV | 17:06:59 | 7801340241 | GBR | :01 | .00 B |
| 21/NOV | 18:51:20 | 901 | GBR | :14 | .00 B |
| 21/NOV | 19:05:57 | 0491784120925 | GBR | :01 | .10 |
| 21/NOV | 19:30:49 | 00491784120925 | GBR | 11:32 | 1.67 |
| 22/NOV | 10:51:56 | 901 | GBR | :38 | .00 B |
| 22/NOV | 16:42:01 | 901 | GBR | 1:48 | .00 B |
| 23/NOV | 7:54:42 | 901 | GBR | :07 | .00 B |
| 17/NOV | 18:10:44 | 00447802148578 | AUT | :05 | .30 |
| 17/NOV | 18:12:26 | 7801340241 | AUT | :04 | .02 |
| 17/NOV | 18:16:25 | 0385111464 | AUT | :28 | .12 |
| 17/NOV | 18:19:22 | 06641002010 | AUT | :51 | .50 |
| 17/NOV | 19:15:45 | 00447902506506 | AUT | 1:11:05 | 21.23 |
| 17/NOV | 21:34:02 | 436649132442 | AUT | :07 | .03 |
| 17/NOV | 21:47:18 | 0385111464 | AUT | :06 | .03 |
| 18/NOV | 10:43:32 | 43901 | AUT | :00 | .00 |
| 18/NOV | 10:46:38 | 7802000332 | AUT | :01 | .21 |
| 18/NOV | 17:14:08 | 436763004444 | AUT | :00 | .00 |
| 18/NOV | 17:25:19 | 00447802148280 | AUT | :02 | .30 |
| 19/NOV | 9:17:29 | 7750503521 | AUT | :03 | .30 |
| 19/NOV | 10:51:31 | 436642011150 | AUT | 7:34 | 2.31 |
| 19/NOV | 14:43:58 | 8708377737 | AUT | :39 | .30 |
| 19/NOV | 16:13:32 | 436649132442 | AUT | :28 | .12 |
| 20/NOV | 9:49:36 | 0035318445544 | AUT | 2:25 | .75 |
| 20/NOV | 10:44:17 | 4969153074089 | AUT | :03 | .22 |
| 20/NOV | 10:45:02 | 00447802148087 | AUT | :20 | .30 |
| 20/NOV | 10:45:26 | 43901 | AUT | :00 | .00 |
| 20/NOV | 10:48:37 | 00447802148286 | AUT | :05 | .30 |
| 20/NOV | 10:55:27 | 004969153074089 | AUT | 6:03 | 1.87 |
| 20/NOV | 10:57:20 | 436642510080 | AUT | :04 | .02 |
| 20/NOV | 11:29:54 | 00442071021746 | AUT | 1:58 | .60 |
| 20/NOV | 12:40:04 | 00442071021746 | AUT | 8:49 | 2.11 |
| 20/NOV | 13:29:22 | 00448708377737 | AUT | 10:38 | 3.21 |
| 20/NOV | 14:03:55 | 436642510080 | AUT | 3:37 | .87 |
| 20/NOV | 14:14:13 | 00447801340241 | AUT | :21 | .30 |
| 20/NOV | 14:21:30 | 491784120925 | AUT | 5:50 | 1.40 |
| 20/NOV | 15:03:36 | 43151515 | AUT | 1:08 | .28 |
| 20/NOV | 15:42:14 | 2077538811 | AUT | :33 | .14 |
| 20/NOV | 15:46:17 | 43512574345121 | AUT | :31 | .13 |
| 20/NOV | 15:46:51 | 43901 | AUT | :00 | .00 |
| 20/NOV | 15:59:47 | 43512574345145 | AUT | :57 | .23 |
| 20/NOV | 16:46:53 | 4315861054 | AUT | 1:30 | .36 |
| 20/NOV | 17:29:00 | 00442077538811 | AUT | 1:08 | .38 |
| 20/NOV | 17:51:41 | 06645312199 | AUT | 2:50 | 1.50 |
| 20/NOV | 19:04:08 | 004969153074118 | AUT | :08 | .30 |
| 20/NOV | 20:11:39 | 06649132442 | AUT | 1:08 | 1.00 |
| 21/NOV | 8:03:00 | 00447802148578 | AUT | :14 | .30 |
| 21/NOV | 8:11:56 | 00447802148865 | AUT | :48 | .30 |
| 21/NOV | 8:59:34 | 43512574345145 | AUT | 4:31 | 1.08 |
| 21/NOV | 10:38:51 | 7768231661 | AUT | :00 | .00 |
| 21/NOV | 11:37:26 | 00447802148827 | AUT | :14 | .30 |
| 21/NOV | 11:49:58 | 2077276577 | AUT | 1:09 | .28 |
| 21/NOV | 12:25:35 | 0385111464 | AUT | :35 | .14 |
| 21/NOV | 13:20:20 | 0385111464 | AUT | :19 | .08 |
| 21/NOV | 15:31:40 | 901 | GBR | :34 | .00 B |
| 21/NOV | 15:47:40 | 901 | GBR | 1:14 | .00 B |
| 21/NOV | 16:15:33 | 0043151414672 | GBR | 13:55 | 2.01 |
| 21/NOV | 17:14:00 | 07801340241 | GBR | 1:30 | .00 B |
| 21/NOV | 18:53:22 | 8002799493 | GBR | :56 | .00 B |
| 21/NOV | 19:29:56 | 901 | GBR | :29 | .00 B |
| 21/NOV | 8:48:17 | 901 | GBR | :03 | .00 B |
| 22/NOV | 13:06:02 | 004369910100922 | GBR | :35 | .08 |
| 22/NOV | 16:45:54 | 004315861054 | GBR | :54 | .13 |
| 23/NOV | 8:13:38 | 004315861054 | GBR | 1:16 | .18 |

**Carried Forward To Next Page** ... 188.35

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000648

# O2

## your account

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    4 of 7

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **188.35** |
| 23/NOV | 9:17:51 | 004315861054 | GBR | 2:16 | .33 | 23/NOV | 9:20:30 | 004315861054 | GBR | 2:24 | .35 |
| 23/NOV | 9:30:41 | 901 | GBR | :46 | .00 B | 23/NOV | 10:03:56 | 00491784120925 | GBR | 4:33 | .66 |
| 23/NOV | 11:11:47 | 901 | GBR | :07 | .00 B | 23/NOV | 11:13:15 | 00491607414160 | GBR | :54 | .13 |
| 23/NOV | 11:56:39 | 0043150188172 0 | GBR | 1:49 | .26 | 23/NOV | 16:30:57 | 901 | AUT | 3:11 | .97 |
| 23/NOV | 16:35:05 | 4315861054 | AUT | :58 | .30 | 23/NOV | 16:37:22 | 491607414160 | AUT | :20 | .08 |
| 23/NOV | 16:46:46 | 4369910100922 | AUT | 18:33 | 5.59 | 23/NOV | 17:07:21 | 901 | AUT | :02 | .30 |
| 23/NOV | 17:14:24 | 491607414160 | AUT | 2:19 | .56 | 23/NOV | 17:42:46 | 491784120925 | AUT | 2:11 | .68 |
| 23/NOV | 17:46:38 | 7802000332 | AUT | :01 | .21 | 23/NOV | 17:49:24 | 7802000332 | AUT | :01 | .21 |
| 23/NOV | 17:55:20 | 4369915513558 | AUT | 1:48 | .43 | 23/NOV | 18:22:19 | 436646219845 | AUT | 8:11 | 2.46 |
| 23/NOV | 19:02:11 | 0385111464 | AUT | :06 | .03 | 23/NOV | 19:02:11 | 7750503521 | AUT | :06 | .30 |
| 23/NOV | 22:01:39 | 901 | AUT | :04 | .30 | 24/NOV | 8:34:17 | 436645312199 | AUT | 16:06 | 3.84 |
| 24/NOV | 8:55:40 | 4369910100922 | AUT | :15 | .30 | 24/NOV | 8:56:36 | 4369910100922 | AUT | 6:31 | 1.56 |
| 24/NOV | 9:43:03 | 7801340241 | AUT | 2:22 | .57 | 24/NOV | 11:36:45 | 7750503521 | AUT | :04 | .30 |
| 24/NOV | 11:36:45 | 0385111464 | AUT | :04 | .02 | 24/NOV | 12:30:18 | 901 | AUT | :19 | .30 |
| 24/NOV | 13:55:11 | 7920506506 | AUT | :01 | .30 | 24/NOV | 16:44:54 | 7750503521 | AUT | :21 | .30 |
| 24/NOV | 16:44:54 | 0385111464 | AUT | :21 | .09 | 24/NOV | 16:59:14 | 491607414160 | AUT | 6:53 | 1.65 |
| 24/NOV | 17:09:39 | 901 | AUT | :27 | .30 | 24/NOV | 17:11:00 | 436642606018 | AUT | 3:50 | 1.20 |
| 24/NOV | 17:32:26 | 901 | AUT | :11 | .30 | 24/NOV | 17:37:36 | 0385111464 | AUT | :26 | .11 |
| 24/NOV | 17:37:36 | 7750503521 | AUT | :26 | .30 | 24/NOV | 17:42:27 | 901 | AUT | :32 | .30 |
| 24/NOV | 17:43:22 | 436645312199 | AUT | 1:21 | .45 | 24/NOV | 20:51:07 | 0385111464 | AUT | 2:36 | .62 |
| 24/NOV | 22:38:59 | 0385111464 | AUT | :04 | .02 | 24/NOV | 22:38:59 | 7750503521 | AUT | :04 | .30 |
| 24/NOV | 23:00:23 | 901 | AUT | :11 | .30 | 25/NOV | 10:33:37 | 4369910100922 | AUT | 15:29 | 4.62 |
| 25/NOV | 11:03:25 | 0385111464 | AUT | 12:16 | 2.93 | 25/NOV | 12:10:43 | 0385111464 | AUT | :05 | .02 |
| 25/NOV | 12:10:43 | 7750503521 | AUT | :05 | .30 | 25/NOV | 12:38:54 | 901 | AUT | :02 | .30 |
| 25/NOV | 12:47:01 | 2076022103 | AUT | :31 | .30 | 25/NOV | 12:47:56 | 2077538811 | AUT | 1:22 | .45 |
| 25/NOV | 13:14:03 | 0385111464 | AUT | 1:53 | .45 | 25/NOV | 18:12:10 | 7920506506 | AUT | 24:00 | 5.72 |
| 25/NOV | 18:26:02 | 7750503521 | AUT | :54 | .30 | 25/NOV | 18:26:02 | 0385111464 | AUT | :54 | .22 |
| 25/NOV | 18:30:08 | 0385111464 | AUT | :07 | .03 | 25/NOV | 18:30:08 | 7750503521 | AUT | :07 | .30 |
| 25/NOV | 18:51:49 | 7920506506 | AUT | :19 | .30 | 25/NOV | 20:09:08 | 7920506506 | AUT | :39 | .30 |
| 25/NOV | 20:09:20 | 0385111464 | AUT | :04 | .02 | 25/NOV | 20:09:20 | 7750503521 | AUT | :05 | .30 |
| 25/NOV | 20:09:37 | 7750503521 | AUT | :05 | .30 | 25/NOV | 20:09:37 | 0385111464 | AUT | :05 | .02 |
| 25/NOV | 20:10:01 | 7920506506 | AUT | 38:00 | 9.06 | 25/NOV | 21:44:30 | 2076022103 | AUT | :35 | .30 |
| 26/NOV | 10:48:17 | 901 | AUT | 1:01 | .38 | 26/NOV | 13:07:10 | 7750503521 | AUT | :04 | .30 |
| 26/NOV | 13:07:10 | 0385111464 | AUT | :04 | .02 | 26/NOV | 13:10:07 | 7801340241 | AUT | 8:35 | 2.05 |
| 26/NOV | 13:19:07 | 901 | AUT | :10 | .30 | 26/NOV | 15:01:17 | 7750503521 | AUT | :02 | .30 |
| 26/NOV | 15:01:17 | 0385111464 | AUT | :02 | .01 | 26/NOV | 17:18:34 | 43512378417 | AUT | 13:27 | 4.03 |
| 26/NOV | 17:35:13 | 0385111464 | AUT | 15:39 | 3.73 | 26/NOV | 17:53:16 | 7802000332 | AUT | :01 | .21 |
| 26/NOV | 18:46:44 | 0385111464 | AUT | 2:16 | .55 | 26/NOV | 19:11:53 | 0385111464 | AUT | :13 | .06 |
| 26/NOV | 19:51:10 | 491784120925 | AUT | 2:24 | .75 | 26/NOV | 21:13:02 | 7750503521 | AUT | :05 | .30 |
| 26/NOV | 21:13:02 | 0385111464 | AUT | :05 | .02 | 26/NOV | 22:50:59 | 901 | AUT | :16 | .30 |
| 27/NOV | 8:17:27 | 0385111464 | AUT | :41 | .17 | 27/NOV | 8:19:35 | 491784120925 | AUT | :26 | .30 |
| 27/NOV | 8:25:57 | 0385111464 | AUT | :21 | .09 | 27/NOV | 10:10:54 | 0385111464 | AUT | :06 | .03 |
| 27/NOV | 10:10:54 | 7750503521 | AUT | :06 | .30 | 27/NOV | 10:26:31 | 901 | AUT | :16 | .30 |
| 27/NOV | 10:28:30 | 4315861054 | AUT | 2:56 | .70 | 27/NOV | 11:33:47 | 7920506506 | AUT | :25 | .10 |
| 27/NOV | 11:33:47 | 7750503521 | AUT | :25 | .30 | 27/NOV | 12:57:47 | 7920506506 | AUT | 1:01 | .01 |
| 27/NOV | 14:07:31 | 0385111464 | AUT | :03 | .02 | 27/NOV | 14:07:31 | 7750503521 | AUT | :03 | .30 |
| 27/NOV | 14:23:30 | 7750503521 | AUT | :04 | .30 | 27/NOV | 14:23:30 | 0385111464 | AUT | :04 | .02 |
| 27/NOV | 14:24:12 | 0385111464 | AUT | :05 | .02 | 27/NOV | 14:24:12 | 7750503521 | AUT | :05 | .30 |
| 27/NOV | 14:39:27 | 7802000332 | AUT | :01 | .21 | 27/NOV | 14:43:27 | 901 | AUT | :56 | .30 |
| 27/NOV | 14:45:54 | 43160117290 | AUT | 33:11 | 10.06 | 27/NOV | 17:19:24 | 2071021746 | AUT | :47 | .30 |
| 27/NOV | 17:37:12 | 901 | AUT | :09 | .30 | 27/NOV | 19:00:39 | 0385111464 | AUT | :28 | .12 |
| 27/NOV | 19:00:39 | 7750503521 | AUT | :28 | .30 | 27/NOV | 19:08:30 | 901 | AUT | :36 | .30 |
| 27/NOV | 19:12:05 | 2077538811 | AUT | 2:34 | .82 | 27/NOV | 20:18:30 | 901 | AUT | :02 | .30 |
| 27/NOV | 21:00:35 | 7750503521 | AUT | 1:05 | .38 | 27/NOV | 21:00:35 | 0385111464 | AUT | 1:05 | .26 |
| 27/NOV | 21:20:11 | 901 | AUT | :53 | .30 | 27/NOV | 21:54:23 | 7750503521 | AUT | :55 | .30 |
| 27/NOV | 21:54:23 | 0385111464 | AUT | :55 | .22 | 27/NOV | 21:55:43 | 901 | AUT | 1:00 | .30 |
| | | **Carried Forward To Next Page** | | | | | | | | | **273.81** |

SS-O2/DISEX-CO APR2006    4713

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

# O2

## your account

| BILL | 96945278 |
|---|---|
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

PAGE    5 of 7

Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **273.81** |
| 28/NOV | 6:48:23 | 901 | AUT | :07 | .30 | 28/NOV | 6:56:57 | 7802000332 | AUT | :01 | .21 |
| 28/NOV | 7:58:46 | 0385111464 | AUT | :05 | .02 | 28/NOV | 7:58:46 | 7750503521 | AUT | :05 | .30 |
| 28/NOV | 8:59:02 | 901 | GBR | :17 | .00 B | 28/NOV | 9:00:52 | 7767245224 | GBR | :01 | .00 B |
| 28/NOV | 9:46:01 | 7801340241 | GBR | :01 | .00 B | 28/NOV | 13:10:06 | 901 | GBR | :43 | .00 B |
| 28/NOV | 13:11:19 | 00491607414160 | GBR | :46 | .11 | 28/NOV | 13:51:38 | 00436646219845 | GBR | :26 | .06 |
| 28/NOV | 15:49:27 | 00436646219845 | GBR | :41 | .10 | 28/NOV | 20:21:16 | 901 | GBR | 2:05 | .00 B |
| 29/NOV | 10:07:13 | 901 | GBR | 1:47 | .00 B | 29/NOV | 10:46:52 | 07730015219 | GBR | :38 | .09 |
| 29/NOV | 11:54:11 | 901 | GBR | :51 | .00 B | 29/NOV | 14:05:15 | 00491607414160 | GBR | :38 | .09 |
| 29/NOV | 14:53:19 | 901 | GBR | 1:49 | .00 B | 29/NOV | 17:33:48 | 901 | GBR | 1:55 | .00 B |
| 29/NOV | 18:21:02 | 901 | GBR | :55 | .00 B | 29/NOV | 18:22:47 | 00491607414160 | GBR | 9:46 | 1.41 |
| 29/NOV | 18:32:58 | 00436642606018 | GBR | 1:36 | .23 | 29/NOV | 18:34:58 | 00491607414160 | GBR | 1:08 | .16 |
| 30/NOV | 13:14:23 | 901 | GBR | 4:04 | .00 B | 30/NOV | 16:06:02 | 07711696986 | GBR | :44 | .00 B |
| 30/NOV | 16:54:04 | 901 | GBR | :41 | .00 B | 30/NOV | 17:27:34 | 0012123258415 | GBR | :06 | .06 |
| 30/NOV | 22:03:49 | 43901 | AUT | :00 | .00 | 30/NOV | 22:04:19 | 43526 | AUT | :00 | .00 |
| 30/NOV | 22:08:16 | 00447802148880 | AUT | :04 | .30 | 30/NOV | 22:08:16 | 0385111464 | AUT | :04 | .02 |
| 30/NOV | 22:08:37 | 0385111464 | AUT | :59 | .24 | 30/NOV | 22:18:19 | 00447802148843 | AUT | :40 | .30 |
| 01/DEC | 7:40:16 | 00447802148651 | AUT | :02 | .30 | 01/DEC | 10:34:27 | 00447802050506 | AUT | 10:27 | 3.13 |
| 01/DEC | 10:45:13 | 00491784120925 | AUT | :56 | .30 | 01/DEC | 10:57:06 | 00447802148224 | AUT | :05 | .30 |
| 01/DEC | 11:04:09 | 0385111464 | AUT | :33 | .14 | 01/DEC | 11:07:09 | 436642510080 | AUT | :24 | .10 |
| 01/DEC | 11:18:13 | 0385111464 | AUT | 1:54 | .46 | 01/DEC | 13:13:15 | 43901 | AUT | :00 | .00 |
| 01/DEC | 13:14:52 | 436642510080 | AUT | :17 | .07 | 01/DEC | 13:54:12 | 7801340241 | AUT | :00 | .00 |
| 01/DEC | 13:57:43 | 7802000332 | AUT | :01 | .21 | 01/DEC | 13:58:42 | 7801340241 | AUT | :00 | .00 |
| 01/DEC | 13:59:11 | 00447802148836 | AUT | :55 | .30 | 01/DEC | 14:01:25 | 06642606018 | AUT | 14:14 | 7.53 |
| 01/DEC | 14:05:29 | 00447802148702 | AUT | :04 | .30 | 01/DEC | 14:05:29 | 436642510080 | AUT | :04 | .02 |
| 01/DEC | 14:30:36 | 0385111464 | AUT | :14 | .06 | 01/DEC | 14:30:36 | 00447802148127 | AUT | :14 | .30 |
| 01/DEC | 14:30:48 | 00447802148262 | AUT | :13 | .30 | 01/DEC | 14:30:48 | 0385111464 | AUT | :13 | .06 |
| 01/DEC | 14:30:53 | 43901 | AUT | :00 | .00 | 01/DEC | 14:31:05 | 43901 | AUT | :00 | .00 |
| 01/DEC | 14:31:35 | 0385111464 | AUT | :03 | .02 | 01/DEC | 14:31:35 | 00447802148200 | AUT | :03 | .30 |
| 01/DEC | 14:32:14 | 0385111464 | AUT | :02 | .01 | 01/DEC | 14:32:14 | 00447802148334 | AUT | :02 | .30 |
| 01/DEC | 14:44:37 | 2072355716 | AUT | :20 | .08 | 01/DEC | 14:45:18 | 00447802148952 | AUT | :39 | .30 |
| 01/DEC | 14:46:23 | 00491784120925 | AUT | :06 | .30 | 01/DEC | 14:46:40 | 00447802148307 | AUT | :04 | .30 |
| 01/DEC | 14:46:40 | 0385111464 | AUT | :04 | .02 | 01/DEC | 14:47:23 | 00491784120925 | AUT | 2:08 | .68 |
| 01/DEC | 16:48:37 | 02071021746 | GBR | :26 | .00 B | 01/DEC | 16:50:39 | 901 | GBR | :57 | .00 B |
| 01/DEC | 17:20:28 | 7801340241 | GBR | :01 | .00 B | 01/DEC | 17:21:23 | 7801340241 | GBR | :01 | .00 B |
| 01/DEC | 18:03:28 | 901 | GBR | :56 | .00 B | 02/DEC | 13:47:33 | 901 | GBR | 1:01 | .00 B |
| 02/DEC | 13:49:12 | 07721755033 | GBR | :41 | .00 B | 02/DEC | 13:51:48 | 00491607414160 | GBR | 34:08 | 4.94 |
| 02/DEC | 16:26:10 | 901 | GBR | :21 | .00 B | 02/DEC | 17:08:00 | 901 | GBR | :09 | .00 B |
| 02/DEC | 17:09:52 | 901 | GBR | :10 | .00 B | 03/DEC | 12:14:41 | 00436645312295 | GBR | :46 | .11 |
| 03/DEC | 13:55:34 | 00491784120925 | GBR | :48 | .12 | 03/DEC | 15:06:33 | 07920506506 | GBR | 1:30 | .00 B |
| 03/DEC | 15:44:50 | 901 | GBR | :20 | .00 B | 03/DEC | 15:59:55 | 07920506506 | GBR | :02 | .00 B |
| 04/DEC | 8:44:14 | 02071021000 | GBR | :58 | .00 B | 04/DEC | 9:10:38 | 901 | GBR | :29 | .00 B |
| 04/DEC | 9:11:46 | 901 | GBR | :26 | .00 B | 04/DEC | 9:12:40 | 02071021746 | GBR | 6:41 | .00 B |
| 04/DEC | 14:22:22 | 43901 | AUT | :00 | .00 | 04/DEC | 14:32:04 | 00447802148814 | AUT | 1:03 | .38 |
| 04/DEC | 14:47:36 | 00447802148893 | AUT | :28 | .30 | 04/DEC | 14:59:14 | 06646219845 | AUT | 2:19 | 10.92 |
| 04/DEC | 15:08:23 | 7801340241 | AUT | :00 | .00 | 04/DEC | 16:51:01 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:06:01 | 436602591939 | AUT | :17 | .07 | 04/DEC | 17:06:01 | 00447802148988 | AUT | :17 | .30 |
| 04/DEC | 17:33:31 | 00447802148642 | AUT | :15 | .30 | 04/DEC | 17:36:47 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:43:04 | 0385111464 | AUT | :21 | .09 | 04/DEC | 17:44:07 | 00447802148297 | AUT | 1:51 | .60 |
| 04/DEC | 17:47:44 | 0012123258415 | AUT | 8:05 | 6.52 | 04/DEC | 17:53:35 | 2076022103 | AUT | :41 | .17 |
| 04/DEC | 17:53:35 | 00447802148302 | AUT | :41 | .30 | 04/DEC | 17:54:19 | 43901 | AUT | :00 | .00 |
| 04/DEC | 17:56:01 | 00447802148224 | AUT | :49 | .30 | 04/DEC | 17:56:20 | 00447802148237 | AUT | 2:41 | .82 |
| 04/DEC | 17:56:20 | 43140442 | AUT | 2:41 | .64 | 04/DEC | 17:59:04 | 43901 | AUT | :00 | .00 |
| 04/DEC | 18:06:52 | 00442076022103 | AUT | 1:28 | .45 | 04/DEC | 18:23:33 | 00447802148816 | AUT | 2:46 | .90 |
| 04/DEC | 23:02:02 | 0385111464 | AUT | :03 | .02 | 04/DEC | 23:02:02 | 00447802148460 | AUT | :03 | .30 |
| 04/DEC | 23:25:28 | 0385111464 | AUT | :02 | .01 | 04/DEC | 23:25:28 | 00447802148894 | AUT | :08 | .30 |
| 05/DEC | 0:07:28 | 00447802148605 | AUT | :14 | .30 | 05/DEC | 7:04:01 | 00447802148789 | AUT | :08 | .30 |
| | | **Carried Forward To Next Page** | | | | | | | | | **323.37** |

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England no. 1743099. VAT Reg. No. GB 778 6037 85

Confidential

LEH_0000650

# O2

| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

**MR THOMAS MARSONER**
**C/O LEHMAN BROTHERS**
**FAO ROBERTA PASQUINO**
**25 BANK STREET**
**E14 5LE**

PAGE    6 of 7

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|------|------|----------------|---------|-------------------|------|------|------|----------------|---------|-------------------|------|
| | | **Brought Forward From Previous Page** | | | | | | | | | 323.37 |
| 05/DEC | 7:08:59 | 06642011150 | AUT | :05 | .50 | 05/DEC | 9:16:35 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 9:22:28 | 436642011150 | AUT | :17 | .07 | 05/DEC | 9:22:28 | 00447802148867 | AUT | :17 | .30 |
| 05/DEC | 9:57:31 | 00447802148683 | AUT | :48 | .30 | 05/DEC | 9:57:31 | 4369910100922 | AUT | :48 | .20 |
| 05/DEC | 10:18:25 | 901 | GBR | 3:06 | .00 B | 05/DEC | 10:28:47 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 10:27:04 | 901 | GBR | 1:14 | .00 B | 05/DEC | 10:31:56 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 12:13:58 | 901 | GBR | :24 | .00 B | 05/DEC | 12:18:50 | 901 | GBR | :14 | .00 B |
| 05/DEC | 12:19:34 | 00491607414160 | AUT | 6:44 | .97 | 05/DEC | 13:00:58 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 13:03:42 | 7767245224 | GBR | :01 | .00 B | 05/DEC | 13:06:10 | 7767245224 | GBR | :01 | .00 B |
| 05/DEC | 13:23:55 | 7767245224 | GBR | :01 | .00 B | 05/DEC | 13:24:43 | 901 | GBR | 1:27 | .00 B |
| 05/DEC | 15:53:54 | 901 | GBR | :03 | .00 B | 05/DEC | 15:55:52 | 07836220022 | GBR | :07 | .00 B |
| 05/DEC | 15:56:12 | 901 | GBR | :37 | .00 B | 05/DEC | 15:57:12 | 07920506506 | GBR | :10 | .00 B |
| 05/DEC | 16:47:40 | 901 | GBR | :38 | .00 B | 05/DEC | 18:02:57 | 00436642606018 | GBR | :28 | .07 |
| 05/DEC | 18:17:14 | 901 | GBR | :03 | .00 B | 05/DEC | 19:16:09 | 00436991010092 | GBR | :34 | .08 |
| 05/DEC | 22:49:12 | 901 | GBR | :11 | .00 B | 06/DEC | 7:32:54 | 901 | GBR | :14 | .01 PB |
| 06/DEC | 8:48:08 | 00431534530 | GBR | 5:24 | .78 | 06/DEC | 8:55:16 | 00491607414160 | GBR | 24:18 | 3.52 |
| 06/DEC | 10:01:21 | 901 | GBR | :22 | .04 | 06/DEC | 10:22:39 | 7767245224 | GBR | :01 | .00 B |
| 06/DEC | 10:27:27 | 7767245224 | GBR | :01 | .00 B | 06/DEC | 10:28:14 | 00436642011150 | GBR | :05 | .02 |
| 06/DEC | 10:52:07 | 7767245224 | GBR | :01 | .00 B | 06/DEC | 12:02:49 | 00436642606018 | GBR | 2:12 | .32 |
| 06/DEC | 12:07:40 | 901 | GBR | 1:01 | .09 | 06/DEC | 12:48:43 | 901 | GBR | :54 | .08 |
| 06/DEC | 13:07:19 | 7801340241 | GBR | :01 | .00 B | 06/DEC | 14:27:32 | 901 | GBR | :38 | .06 |
| 06/DEC | 14:28:43 | 00436642606018 | GBR | 1:32 | .22 | 06/DEC | 16:24:58 | 901 | GBR | :53 | .08 |
| 06/DEC | 16:26:02 | 00436642606018 | GBR | :04 | .02 | 06/DEC | 16:49:46 | 7801340241 | GBR | :01 | .00 B |
| 06/DEC | 16:50:37 | 901 | GBR | 1:07 | .10 | 06/DEC | 19:00:56 | 00436645312199 | GBR | 1:36 | .23 |
| 06/DEC | 19:38:32 | 00436642606018 | GBR | 7:39 | 1.11 | 06/DEC | 19:46:47 | 7801340241 | GBR | :01 | .00 B |
| 06/DEC | 19:47:43 | 00436642606018 | GBR | :02 | .02 | 06/DEC | 22:04:18 | 901 | GBR | 2:01 | .18 |
| 06/DEC | 22:07:03 | 00436642606018 | GBR | 22:52 | 3.31 | 06/DEC | 22:31:25 | 00436642606018 | GBR | 5:28 | .79 |
| 06/DEC | 22:38:22 | 7767245224 | GBR | :01 | .00 B | 07/DEC | 10:02:40 | 901 | AUT | :03 | .30 |
| 07/DEC | 10:09:12 | 7802000332 | AUT | :01 | .21 | 07/DEC | 10:10:59 | 2071021746 | AUT | 7:58 | 2.39 |
| 07/DEC | 10:21:00 | 436642011150 | AUT | :27 | .11 | 07/DEC | 10:26:38 | 4315861054 | AUT | 10:02 | 2.40 |
| 07/DEC | 11:05:37 | 7920506506 | AUT | :37 | .15 | 07/DEC | 11:40:44 | 1234567890 | AUT | :11 | .05 |
| 07/DEC | 11:41:11 | 0385111464 | AUT | 5:53 | 1.41 | 07/DEC | 11:41:34 | 7750503521 | AUT | :27 | .30 |
| 07/DEC | 11:41:34 | 0385111464 | AUT | :27 | .11 | 07/DEC | 11:53:21 | 4369915513558 | AUT | :05 | .02 |
| 07/DEC | 16:21:04 | 7802000332 | AUT | :01 | .21 | 07/DEC | 16:28:51 | 0385111464 | AUT | :08 | .04 |
| 07/DEC | 16:28:51 | 7750503521 | AUT | :08 | .30 | 07/DEC | 16:48:27 | 7750503521 | AUT | :15 | .30 |
| 07/DEC | 16:48:27 | 0385111464 | AUT | :15 | .06 | 07/DEC | 17:16:38 | 901 | AUT | :07 | .30 |
| 07/DEC | 17:17:17 | 901 | AUT | :42 | .30 | 07/DEC | 17:33:08 | 901 | AUT | :46 | .30 |
| 07/DEC | 17:34:12 | 901 | AUT | :34 | .30 | 07/DEC | 17:35:54 | 436648099822949 | AUT | :29 | .30 |
| 07/DEC | 17:54:25 | 0385111464 | AUT | :47 | .19 | 07/DEC | 17:54:25 | 7750503521 | AUT | :47 | .30 |
| 07/DEC | 18:24:04 | 901 | AUT | :12 | .30 | 07/DEC | 18:39:29 | 7750503521 | AUT | :35 | .30 |
| 07/DEC | 18:39:29 | 0385111464 | AUT | :35 | .14 | 07/DEC | 19:40:40 | 901 | AUT | :45 | .30 |
| 07/DEC | 21:35:33 | 901 | AUT | :21 | .30 | 07/DEC | 21:36:26 | 436648099822949 | AUT | 9:10 | 2.76 |
| 07/DEC | 21:53:10 | 2076022103 | AUT | 3:45 | .90 | 07/DEC | 23:20:24 | 901 | AUT | :10 | .30 |
| 07/DEC | 23:53:32 | 436642606018 | AUT | 11:45 | 3.51 | 08/DEC | 1:03:16 | 7802000332 | AUT | :01 | .21 |
| 08/DEC | 7:48:17 | 491733217452 | AUT | :41 | .30 | 08/DEC | 8:23:58 | 2076022103 | AUT | 9:11 | 2.76 |
| 08/DEC | 8:51:55 | 4969153074118 | AUT | :28 | .30 | 08/DEC | 9:10:20 | 49173503217452 | AUT | 31:40 | 7.55 |
| 08/DEC | 10:40:57 | 436642606018 | AUT | :52 | .30 | 08/DEC | 10:43:38 | 2071022513 | AUT | 1:09 | .38 |
| 08/DEC | 13:21:49 | 7750503521 | AUT | :24 | .30 | 08/DEC | 14:24:38 | 0385111464 | AUT | :24 | .10 |
| 08/DEC | 14:22:56 | 901 | AUT | :28 | .30 | 08/DEC | 14:24:38 | 0385111464 | AUT | :04 | .02 |
| 08/DEC | 14:24:38 | 7750503521 | AUT | :04 | .30 | 08/DEC | 15:28:31 | 4369910150496 | AUT | 6:46 | 1.62 |
| 08/DEC | 15:56:02 | 7920506506 | AUT | 6:37 | 1.58 | 08/DEC | 16:02:55 | 7920506506 | AUT | 1:16 | .31 |
| 08/DEC | 16:11:51 | 901 | AUT | :21 | .30 | 08/DEC | 16:12:34 | 2071022513 | AUT | :44 | .30 |
| 08/DEC | 16:13:31 | 901 | AUT | :18 | .30 | 08/DEC | 16:27:15 | 4969153074118 | AUT | 1:42 | .53 |
| 08/DEC | 16:39:14 | 0385111464 | AUT | 3:38 | .87 | 08/DEC | 16:41:16 | 7750503521 | AUT | :05 | .02 |
| 08/DEC | 16:41:16 | 7750503521 | AUT | :05 | .30 | 08/DEC | 16:43:47 | 2070161616 | AUT | :27 | .30 |
| 08/DEC | 16:44:44 | 7785392867 | AUT | :39 | .30 | 08/DEC | 16:57:43 | 0385111464 | AUT | 4:12 | 1.01 |
| 08/DEC | 17:02:47 | 4369910150496 | AUT | 2:44 | .66 | 08/DEC | 17:31:13 | 7750503521 | AUT | :43 | .30 |

**Carried Forward To Next Page**                                                377.52

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85

Confidential                                                                    LEH_0000651

# O2

*your* **account**

| | |
|---|---|
| BILL | 96945278 |
| BILL DATE | 12 Dec 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE    7 of 7

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | 377.52 |
| 08/DEC | 17:31:13 | 0385111464 | AUT | :43 | .18 | 08/DEC | 17:56:05 | 901 | AUT | 1:17 | .45 |
| 08/DEC | 18:11:10 | 2070161616 | AUT | 6:15 | 1.87 | 08/DEC | 18:17:46 | 491784120925 | AUT | 6:27 | 1.94 |
| 08/DEC | 18:25:14 | 2076022103 | AUT | :37 | .30 | 08/DEC | 18:35:43 | 491784120925 | AUT | :49 | .30 |
| 08/DEC | 19:22:19 | 2077538811 | AUT | 1:12 | .38 | 08/DEC | 21:49:23 | 901 | GBR | :11 | .02 |
| 09/DEC | 10:08:12 | 901 | GBR | :35 | .05 | 09/DEC | 10:12:50 | 00491784120925 | GBR | :18 | .04 |
| 09/DEC | 10:26:16 | 901 | GBR | :10 | .02 | 09/DEC | 12:22:58 | 901 | GBR | :10 | .02 |
| 09/DEC | 12:46:52 | 7801340241 | GBR | :01 | .00 B | 09/DEC | 14:52:08 | 00436642606018 | GBR | 24:26 | 3.54 |
| 10/DEC | 9:33:39 | 901 | GBR | :03 | .02 | 10/DEC | 16:22:12 | 901 | GBR | :11 | .02 |
| 10/DEC | 17:11:08 | 02077538811 | GBR | 2:33 | .22 | 10/DEC | 18:01:51 | 901 | GBR | :52 | .08 |
| 10/DEC | 18:04:06 | 00491784120925 | GBR | 34:49 | 5.04 | | | | | | |
| | | | | **Call Charges** | | | | | | | 392.01 |
| 04/NOV | 17:21:11 | wap.o2.co.uk | GBR | :00 | .00 | | | | | | |
| | | | | **Data Calls** | | | | | | | .00 |
| | | | | | | **TOTAL CALLS** | | | | | 392.01 |

**Bundle Key**
B  = Bundle Call
PB = Part Bundle Call

4716

O2DUSEM-CO APR2008

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85

Confidential                                                                    LEH_0000652



**select**

your **bill**

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| | |
| MOBILE | 07785 111464 |
| OUR REFERENCE | 02288279/95995780 |
| PAGE | 1 of 5 |

6705/011137    23900    0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

Bill for mobile 07785 111464 User Mr Thomas Marsoner

| Type of Charge | | Amount (£) |
|---|---|---|
| **O2 100** | | |
| Line Rental Charge | From: 12 Nov 06 To: 11 Dec 06 | 21.28 |
| Call Charges | To: 10 Nov 06 | 200.94 |
| O2 Pay As You Use Data Service | | 0.00 |
| My Europe | | 0.00 |
| | | |
| **Other Charges and Credits** | | |
| Free Itemised Billing | | 0.00 |
| Int Traveller Service | From: 12 Nov 06 To: 11 Dec 06 | 2.54 |
| Loyalty Reward - International | | 27.72CR |
| Sub total excluding VAT | | 197.04 |
| VAT @ 17.50% of £197.04 | | 34.48 |
| **Total amount due this bill** | | 231.52 |
| | | |
| Balance brought forward | | 0.00 |

### Let O2 Guardian take care of things

We know it can be a challenge when you're the sole person in charge of a whole fleet of corporate mobile phones. That's why we've set up O2 Guardian – to help ease the burden, offering you:

- billing data displayed at all access levels within a company;
- comprehensive reports with graphs;
- Up to 24 months of historic data;
- Personal call allocation and VAT management;
- Asset register and management of repairs, Replacements and upgrades;
- Management information high-lighting areas of high/low activity.

So, if you're in charge of more than 500 connections you'll be eligible for the O2 Guardian billing service. If you'd like to talk about the finer details, and discuss all your needs as a customer, **please contact your account manager.**

TOTAL AMOUNT DUE 26 Nov 06       £ 231.52

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

154·89

### About Your O2 Calling Plan

Your calling plan O2 100 has an inclusive monthly allowance of 100 text messages and 100 minutes

| | | |
|---|---|---|
| Free SMS sent this period: | 18 | text messages |
| Free call duration used this period: | 100 | minutes |

The total available for use next period:
100 text messages and 100 minutes

**For Customer Services**

☎  **0800 032 1402**

select@o2.com

**Payments**
To settle this bill you need take no action. Payment will be requested from your bank account or credit card on the due date or soon after.

C02/D05/D04  APR2006

Confidential

LEH_0000653



your
account

| 23900 | 0073 |
|---|---|

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| BILL | 95995780 |
|---|---|
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| PAGE | 2 of 5 |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/OCT | 17:30:03 | 901 | GBR | :30 | .05 | 07/OCT | 18:00:18 | 00436642011150 | GBR | 5:12 | .75 | |
| 09/OCT | 10:22:45 | 0385111464 | AUT | 1:10 | .28 | 09/OCT | 10:25:56 | 0385111464 | AUT | :30 | .12 | |
| 09/OCT | 10:46:41 | 0385111464 | AUT | 2:15 | .54 | 09/OCT | 11:03:11 | 491607414160 | AUT | 1:39 | .40 | |
| 10/OCT | 10:29:21 | 901 | AUT | :02 | .50 | 10/OCT | 11:14:37 | 4322536001026 | AUT | 10:44 | 2.56 | |
| 10/OCT | 11:45:06 | 0385111464 | AUT | :45 | .18 | 10/OCT | 14:03:12 | 0385111464 | AUT | :45 | .18 | |
| 10/OCT | 14:03:12 | 00447802148286 | AUT | :45 | .50 | 10/OCT | 15:47:45 | 901 | AUT | 1:26 | .75 | |
| 10/OCT | 15:49:38 | 12123258415 | AUT | 1:03 | .99 | 10/OCT | 15:51:34 | 436646219845 | AUT | 6:16 | 3.21 | |
| 10/OCT | 15:59:32 | 436643953172 | AUT | :07 | .50 | 10/OCT | 16:54:30 | 0385111464 | AUT | :35 | .14 | |
| 10/OCT | 16:54:30 | 00447802148626 | AUT | :35 | .50 | 10/OCT | 23:22:18 | 901 | AUT | 3:33 | 1.86 | |
| 10/OCT | 23:26:38 | 901 | AUT | 1:12 | .62 | 10/OCT | 23:33:04 | 901 | AUT | :29 | .50 | |
| 10/OCT | 23:44:54 | 901 | AUT | :42 | .50 | 11/OCT | 13:27:35 | 491607414160 | AUT | :47 | .19 | |
| 11/OCT | 13:31:26 | 0385111464 | AUT | :37 | .15 | 11/OCT | 13:34:45 | 2071021746 | AUT | :11 | .50 | |
| 11/OCT | 13:35:53 | 4930300153362 | AUT | 11:51 | 5.93 | 11/OCT | 13:38:55 | 00447802148303 | AUT | :04 | .50 | |
| 11/OCT | 13:38:55 | 0385111464 | AUT | :04 | .02 | 11/OCT | 13:39:13 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 13:39:13 | 00447802148797 | AUT | :04 | .50 | 11/OCT | 15:17:56 | 901 | AUT | :05 | .50 | |
| 11/OCT | 15:24:01 | 901 | AUT | 1:13 | .62 | 11/OCT | 15:25:41 | 436645312199 | AUT | 9:34 | 4.82 | |
| 11/OCT | 15:44:07 | 901 | AUT | :35 | .50 | 11/OCT | 15:56:41 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 15:56:41 | 00447802148192 | AUT | :04 | .50 | 11/OCT | 15:57:20 | 0385111464 | AUT | :06 | .03 | |
| 11/OCT | 15:57:20 | 00447802148595 | AUT | :06 | .50 | 11/OCT | 16:09:03 | 901 | AUT | :11 | .50 | |
| 11/OCT | 16:11:32 | 436504006494 | AUT | 1:11 | .62 | 11/OCT | 17:56:52 | 12123258415 | AUT | :23 | .79 | |
| 11/OCT | 18:10:38 | 2076022103 | AUT | :20 | .50 | 11/OCT | 18:12:31 | 0385111464 | AUT | 22:20 | 5.33 | |
| 11/OCT | 18:23:31 | 00447802148189 | AUT | :19 | .50 | 11/OCT | 18:23:31 | 0385111464 | AUT | :19 | .08 | |
| 11/OCT | 18:35:23 | 436645312199 | AUT | 11:02 | 5.56 | 11/OCT | 19:14:39 | 2076022103 | AUT | 9:07 | 2.18 | |
| 11/OCT | 19:27:29 | 436643444662 | AUT | 3:18 | 1.73 | 11/OCT | 20:09:00 | 00447802148623 | AUT | :03 | .50 | |
| 11/OCT | 20:09:00 | 0385111464 | AUT | :03 | .02 | 11/OCT | 20:12:24 | 901 | AUT | :31 | .50 | |
| 11/OCT | 20:13:35 | 491607414160 | AUT | 12:20 | 6.17 | 11/OCT | 21:57:03 | 00447802148305 | AUT | 1:52 | .99 | |
| 11/OCT | 21:57:03 | 0385111464 | AUT | 1:52 | .45 | 12/OCT | 5:50:54 | 901 | AUT | :29 | .50 | |
| 12/OCT | 5:54:29 | 901 | AUT | :47 | .50 | 12/OCT | 9:04:47 | 07956000419 | GBR | 1:05 | .00 | B |
| 12/OCT | 9:55:10 | 07836220022 | GBR | :57 | .00 | B | 12/OCT | 14:46:24 | 901 | GBR | 1:52 | .00 | B |
| 12/OCT | 14:48:25 | 901 | GBR | :54 | .00 | B | 12/OCT | 14:50:34 | 00491784120925 | GBR | :04 | .02 | |
| 12/OCT | 15:15:15 | 901 | GBR | :36 | .00 | B | 13/OCT | 9:33:12 | 901 | GBR | :03 | .00 | B |
| 12/OCT | 9:46:29 | 901 | GBR | 2:09 | .00 | B | 13/OCT | 9:49:27 | 00491607414160 | GBR | 1:20 | .19 | |
| 13/OCT | 10:46:14 | 7801340241 | GBR | :09 | .00 | B | 13/OCT | 13:55:51 | 004369910100922 | GBR | :48 | .12 | |
| 13/OCT | 14:54:12 | 07801340241 | GBR | :04 | .00 | B | 13/OCT | 15:28:27 | 901 | GBR | 2:14 | .00 | B |
| 13/OCT | 15:37:27 | 07956000419 | GBR | :28 | .00 | B | 13/OCT | 15:45:43 | 0436643813015 | GBR | :01 | .10 | |
| 13/OCT | 16:59:22 | 0436643813015 | GBR | :01 | .10 | 13/OCT | 20:51:13 | 901 | GBR | :23 | .00 | B |
| 16/OCT | 21:08:09 | 901 | GBR | 1:08 | .00 | B | 15/OCT | 21:12:50 | 0436643813015 | GBR | :01 | .10 | |
| 16/OCT | 10:26:42 | 0436643813015 | GBR | :01 | .10 | 16/OCT | 11:53:23 | 7801340241 | GBR | :01 | .00 | B |
| 16/OCT | 13:54:04 | 00436643953172 | GBR | :05 | .02 | 16/OCT | 17:55:31 | 02077200255 | GBR | 1:17 | .00 | B |
| 17/OCT | 9:10:36 | 901 | GBR | 4:28 | .00 | B | 17/OCT | 10:42:41 | 901 | GBR | :30 | .00 | B |
| 17/OCT | 10:55:29 | 00436643953172 | GBR | 1:18 | .19 | 17/OCT | 11:30:26 | 901 | GBR | 6:09 | .00 | B |
| 17/OCT | 11:37:33 | 00491784120925 | GBR | :25 | .06 | 17/OCT | 11:52:23 | 07801340241 | GBR | :36 | .00 | B |
| 17/OCT | 12:17:13 | 00436576810322386 | GBR | 5:17 | .76 | 17/OCT | 12:22:50 | 00491784120925 | GBR | :55 | .13 | |
| 17/OCT | 12:25:40 | 901 | GBR | :24 | .00 | B | 17/OCT | 14:11:34 | 901 | GBR | 1:02 | .00 | B |
| 17/OCT | 17:13:36 | 07801340241 | GBR | :11 | .00 | B | 17/OCT | 21:55:27 | 7801340241 | GBR | :01 | .00 | B |
| 17/OCT | 22:03:29 | 7801340241 | GBR | :01 | .00 | B | 17/OCT | 22:17:51 | 901 | GBR | 1:00 | .00 | B |
| 17/OCT | 22:20:48 | 0491607414160 | GBR | :01 | .10 | 17/OCT | 22:25:57 | 0491607414160 | GBR | :01 | .10 | |
| 18/OCT | 12:58:21 | 901 | GBR | 1:24 | .00 | B | 18/OCT | 13:02:56 | 07711696986 | GBR | 1:30 | .00 | B |
| 18/OCT | 13:16:11 | 00491607414160 | GBR | :59 | .14 | 18/OCT | 17:22:29 | 901 | GBR | :29 | .00 | B |
| 18/OCT | 17:45:49 | 00436646219845 | GBR | 6:55 | 1.29 | 18/OCT | 17:55:22 | 00435267777 | AUT | 5:29 | .79 | |
| 18/OCT | 18:06:28 | 901 | GBR | :10 | .00 | B | 19/OCT | 12:01:43 | 901 | AUT | 2:41 | .82 | |
| 19/OCT | 14:33:53 | 436648161567 | AUT | :02 | .01 | 19/OCT | 15:00:11 | 7785304530 | AUT | :07 | .30 | |
| 19/OCT | 15:12:55 | 0385111464 | AUT | :16 | .07 | 19/OCT | 15:12:55 | 00447802148615 | AUT | :16 | .30 | |
| 19/OCT | 15:24:49 | 901 | AUT | :16 | .30 | 19/OCT | 15:26:29 | 7785304530 | AUT | 20:52 | 6.26 | |
| 19/OCT | 15:47:34 | 0385111464 | AUT | :13 | .06 | 19/OCT | 15:52:54 | 436643004782 | AUT | 1:30 | .36 | |
| 19/OCT | 16:06:24 | 0385111464 | AUT | :15 | .06 | 19/OCT | 17:22:40 | 00447802148123 | AUT | :26 | .30 | |
| 19/OCT | 17:22:40 | 0385111464 | AUT | :26 | .11 | 19/OCT | 17:55:48 | 901 | AUT | :34 | .30 | |
| 19/OCT | 17:57:35 | 2076022103 | AUT | :35 | .30 | 19/OCT | 19:45:22 | 0385111464 | AUT | 7:58 | 1.90 | |
| 19/OCT | 20:40:49 | 43526 | AUT | :00 | .00 | 19/OCT | 21:28:27 | 0012128912149 | AUT | :36 | .79 | |

**Carried Forward To Next Page**

74.90

O2ICONTIDI501  APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

Case 15-11835-smb   Doc 5536-22   Filed 07/20/16   Entered 07/20/16 19:57:50   Exhibit 22
Pg 154 of 190



| | | | |
|---|---|---|---|
| 23900 | 0073 | BILL | 95995780 |
| | | BILL DATE | 12 Nov 06 |
| | | ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

PAGE   2 of 5

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/OCT | 17:30:03 | 901 | GBR | :30 | .05 | 07/OCT | 18:00:18 | 00436642011150 | GBR | 5:12 | .75 | |
| 09/OCT | 10:22:45 | 0385111464 | AUT | 1:10 | .28 | 09/OCT | 10:25:56 | 0385111464 | AUT | :30 | .12 | |
| 09/OCT | 10:46:41 | 0385111464 | AUT | 2:15 | .54 | 10/OCT | 11:03:11 | 491607414160 | AUT | 1:39 | .40 | |
| 10/OCT | 10:29:21 | 901 | AUT | :02 | .50 | 10/OCT | 11:14:37 | 4322536001026 | AUT | 10:44 | 2.56 | |
| 10/OCT | 11:45:06 | 0385111464 | AUT | :45 | .18 | 10/OCT | 14:03:12 | 0385111464 | AUT | :45 | .18 | |
| 10/OCT | 14:03:12 | 00447802148286 | AUT | :45 | .50 | 10/OCT | 15:47:45 | 901 | AUT | 1:26 | .75 | |
| 10/OCT | 15:49:38 | 12132258415 | AUT | 1:03 | .99 | 10/OCT | 15:51:34 | 436646219845 | AUT | 6:16 | 3.21 | |
| 10/OCT | 15:59:32 | 436643953172 | AUT | :07 | .50 | 10/OCT | 16:54:30 | 0385111464 | AUT | :35 | .14 | |
| 10/OCT | 16:54:30 | 00447802148626 | AUT | :35 | .50 | 10/OCT | 23:22:18 | 901 | AUT | 3:33 | 1.86 | |
| 10/OCT | 23:26:38 | 901 | AUT | 1:12 | .62 | 10/OCT | 23:33:04 | 901 | AUT | :29 | .50 | |
| 10/OCT | 23:44:54 | 901 | AUT | :42 | .50 | 11/OCT | 13:27:35 | 491607414160 | AUT | :47 | .19 | |
| 11/OCT | 13:31:26 | 0385111464 | AUT | :37 | .15 | 11/OCT | 13:34:45 | 2071021746 | AUT | :11 | .50 | |
| 11/OCT | 13:35:53 | 4930300153362 | AUT | 11:51 | 5.93 | 11/OCT | 13:38:55 | 00447802148303 | AUT | :04 | .50 | |
| 11/OCT | 13:38:55 | 0385111464 | AUT | :04 | .02 | 11/OCT | 13:39:13 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 13:39:13 | 00447802148797 | AUT | :04 | .50 | 11/OCT | 15:17:56 | 901 | AUT | :05 | .50 | |
| 11/OCT | 15:24:01 | 901 | AUT | 1:13 | .62 | 11/OCT | 15:25:41 | 436645312199 | AUT | 9:34 | 4.82 | |
| 11/OCT | 15:44:07 | 901 | AUT | :35 | .50 | 11/OCT | 15:56:41 | 0385111464 | AUT | :04 | .02 | |
| 11/OCT | 15:56:41 | 00447802148192 | AUT | :04 | .50 | 11/OCT | 15:57:20 | 0385111464 | AUT | :06 | .03 | |
| 11/OCT | 15:57:20 | 00447802148595 | AUT | :06 | .50 | 11/OCT | 16:09:03 | 901 | AUT | :11 | .50 | |
| 11/OCT | 16:11:32 | 436504006494 | AUT | 1:11 | .62 | 11/OCT | 17:56:52 | 12132258415 | AUT | :23 | .79 | |
| 11/OCT | 18:10:38 | 2076022103 | AUT | :20 | .50 | 11/OCT | 18:12:31 | 0385111464 | AUT | 22:20 | 5.33 | |
| 11/OCT | 18:23:31 | 00447802148189 | AUT | :19 | .50 | 11/OCT | 18:23:31 | 0385111464 | AUT | :19 | .08 | |
| 11/OCT | 18:35:23 | 436645312199 | AUT | 11:02 | 5.56 | 11/OCT | 19:14:39 | 2076022103 | AUT | 9:07 | 2.18 | |
| 11/OCT | 19:27:29 | 436643444662 | AUT | 3:18 | 1.73 | 11/OCT | 20:09:00 | 00447802148623 | AUT | :03 | .50 | |
| 11/OCT | 20:09:00 | 0385111464 | AUT | :03 | .02 | 11/OCT | 20:12:24 | 901 | AUT | :31 | .50 | |
| 11/OCT | 20:13:35 | 491607414160 | AUT | 12:20 | 6.17 | 11/OCT | 21:57:03 | 00447802148305 | AUT | 1:52 | .99 | |
| 11/OCT | 21:57:03 | 0385111464 | AUT | 1:52 | .45 | 12/OCT | 5:50:54 | 901 | AUT | :29 | .50 | |
| 12/OCT | 5:54:29 | 901 | AUT | :47 | .50 | 12/OCT | 9:04:47 | 07956000419 | GBR | 1:05 | .00 | B |
| 12/OCT | 9:55:10 | 07836220022 | GBR | :57 | .00 | B | 12/OCT | 14:46:24 | 901 | GBR | 1:52 | .00 | B |
| 12/OCT | 14:48:25 | 901 | GBR | :54 | .00 | B | 12/OCT | 14:50:34 | 00491784120925 | GBR | :04 | .02 | |
| 12/OCT | 15:15:15 | 901 | GBR | :36 | .00 | B | 13/OCT | 9:33:12 | 901 | GBR | :03 | .00 | B |
| 12/OCT | 9:46:29 | 901 | GBR | 2:09 | .00 | B | 13/OCT | 9:49:27 | 00491607414160 | GBR | 1:20 | .19 | |
| 13/OCT | 10:46:14 | 7801340241 | GBR | :01 | .00 | B | 13/OCT | 13:35:51 | 00436910100922 | GBR | :48 | .12 | |
| 13/OCT | 14:54:12 | 07801340241 | GBR | :04 | .00 | B | 13/OCT | 15:28:27 | 901 | GBR | 2:14 | .00 | B |
| 13/OCT | 15:37:27 | 07956000419 | GBR | :28 | .00 | B | 13/OCT | 15:45:43 | 0436643813015 | GBR | :01 | .10 | |
| 13/OCT | 16:59:22 | 0436643813015 | GBR | :01 | .10 | 13/OCT | 20:51:13 | 901 | GBR | :23 | .00 | B |
| 14/OCT | 21:08:09 | 901 | GBR | 1:08 | .00 | B | 13/OCT | 21:12:50 | 0436643813015 | GBR | :01 | .10 | |
| 14/OCT | 10:26:42 | 0436643813015 | GBR | :01 | .10 | 16/OCT | 11:53:23 | 7801340241 | GBR | :01 | .00 | B |
| 16/OCT | 13:54:04 | 00436643953172 | GBR | :05 | .02 | 16/OCT | 17:55:31 | 02077200255 | GBR | 1:17 | .00 | B |
| 17/OCT | 9:10:38 | 901 | GBR | 4:28 | .00 | B | 17/OCT | 10:42:41 | 901 | GBR | :30 | .00 | B |
| 17/OCT | 10:55:29 | 00436643953172 | GBR | 1:18 | .19 | 17/OCT | 11:30:26 | 901 | GBR | 6:09 | .00 | B |
| 17/OCT | 11:37:33 | 00491784120925 | GBR | :25 | .06 | 17/OCT | 12:15:23 | 07801340241 | GBR | :36 | .00 | B |
| 17/OCT | 12:17:13 | 00436768103386 | GBR | 5:17 | .76 | 17/OCT | 12:22:58 | 00491784120925 | GBR | :55 | .13 | |
| 17/OCT | 12:25:40 | 901 | GBR | :24 | .00 | B | 17/OCT | 14:11:34 | 901 | GBR | 1:02 | .00 | B |
| 17/OCT | 17:13:36 | 07801340241 | GBR | :11 | .00 | B | 17/OCT | 21:55:27 | 7801340241 | GBR | :01 | .00 | B |
| 17/OCT | 22:03:29 | 7801340241 | GBR | :01 | .00 | B | 17/OCT | 22:17:51 | 901 | GBR | 1:00 | .00 | B |
| 17/OCT | 22:20:48 | 0491607414160 | GBR | :01 | .10 | 17/OCT | 22:25:57 | 0491607414160 | GBR | :01 | .10 | |
| 18/OCT | 12:58:21 | 901 | GBR | 1:24 | .00 | B | 18/OCT | 13:52:38 | 07711696986 | GBR | 1:30 | .00 | B |
| 18/OCT | 13:16:11 | 00491607414160 | GBR | :59 | .14 | 18/OCT | 17:22:29 | 901 | GBR | :29 | .00 | B |
| 18/OCT | 17:45:49 | 00436646219845 | GBR | 8:55 | 1.29 | 18/OCT | 17:55:22 | 004315267777 | GBR | 5:29 | .79 | |
| 18/OCT | 18:06:28 | 901 | GBR | :10 | .00 | B | 19/OCT | 12:01:43 | 901 | AUT | 2:41 | .82 | |
| 19/OCT | 14:33:53 | 436648161567 | AUT | :02 | .01 | 19/OCT | 15:00:11 | 7785304530 | AUT | :07 | .30 | |
| 19/OCT | 15:12:55 | 0385111464 | AUT | :16 | .07 | 19/OCT | 15:12:55 | 00447802148615 | AUT | :16 | .30 | |
| 19/OCT | 15:24:49 | 901 | AUT | :16 | .30 | 19/OCT | 15:25:29 | 7785304530 | AUT | 20:52 | 6.26 | |
| 19/OCT | 15:47:34 | 0385111464 | AUT | :13 | .06 | 19/OCT | 15:52:54 | 436643004782 | AUT | 1:30 | .36 | |
| 19/OCT | 16:06:24 | 0385111464 | AUT | :15 | .06 | 19/OCT | 17:22:40 | 00447802148123 | AUT | :26 | .30 | |
| 19/OCT | 17:22:40 | 0385111464 | AUT | :26 | .11 | 19/OCT | 17:55:48 | 901 | AUT | :34 | .30 | |
| 19/OCT | 17:57:35 | 2076022103 | AUT | :35 | .30 | 19/OCT | 19:45:22 | 0385111464 | AUT | 7:56 | 1.90 | |
| 19/OCT | 20:40:49 | 43526 | AUT | :00 | .00 | 19/OCT | 21:28:27 | 0012128912149 | AUT | :36 | .79 | |

**Carried Forward To Next Page**                                       74.90

O2/CONT/DI501  APR2006

O2 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

your
account

23900      0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| PAGE | 3 of 5 |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

**Brought Forward From Previous Page** — 74.90

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|
| 19/OCT | 22:38:15 | 0012123258415 | AUT | :16 | .79 | |
| 20/OCT | 8:55:50 | 06644540400 | AUT | :20 | .51 | |
| 20/OCT | 9:56:17 | 436644540400 | AUT | :06 | .03 | |
| 20/OCT | 11:54:43 | 436645312295 | AUT | :00 | .00 | |
| 20/OCT | 12:02:34 | 00491607414160 | AUT | 1:10 | .38 | |
| 20/OCT | 12:16:06 | 7802000332 | AUT | :01 | .21 | |
| 20/OCT | 12:30:12 | 434 | AUT | :00 | .00 | |
| 20/OCT | 15:40:54 | 901 | GBR | :45 | .00 | B |
| 20/OCT | 16:15:18 | 004961034853131 | GBR | 29:28 | 4.26 | |
| 21/OCT | 8:40:07 | 901 | GBR | 1:22 | .00 | B |
| 22/OCT | 20:36:30 | 63337 | GBR | :01 | .85 | |
| 23/OCT | 12:04:58 | 901 | GBR | :39 | .00 | B |
| 23/OCT | 13:54:45 | 00496997583533 | GBR | :54 | .13 | |
| 23/OCT | 21:30:52 | 901 | GBR | :51 | .00 | B |
| 24/OCT | 12:32:31 | 01534813788 | GBR | 1:27 | .00 | B |
| 25/OCT | 8:37:09 | 901 | GBR | :53 | .00 | B |
| 25/OCT | 10:53:41 | 00436641002010 | GBR | 5:11 | .75 | |
| 26/OCT | 8:56:55 | 00435642365967 | GBR | :03 | .02 | |
| 26/OCT | 12:25:37 | 07801340241 | GBR | :05 | .00 | B |
| 27/OCT | 0:36:14 | 7929759839 | GBR | :01 | .00 | B |
| 27/OCT | 7:24:13 | 901 | GBR | 1:28 | .00 | B |
| 27/OCT | 10:56:34 | 00447802148942 | AUT | :06 | .30 | |
| 27/OCT | 11:11:33 | 491607414160 | AUT | :33 | .14 | |
| 27/OCT | 16:30:43 | 901 | AUT | 2:40 | .82 | |
| 27/OCT | 18:11:30 | 901 | AUT | 6:07 | 1.87 | |
| 27/OCT | 21:35:49 | 00491607414160 | GBR | :50 | .12 | |
| 28/OCT | 21:29:02 | 04917621643658 | GBR | :01 | .10 | |
| 29/OCT | 13:42:37 | 00491607414160 | GBR | 20:38 | 2.99 | |
| 30/OCT | 10:23:12 | 00496997583533 | GBR | 1:35 | .23 | |
| 30/OCT | 14:21:25 | 0436642365967 | GBR | :01 | .10 | |
| 30/OCT | 14:21:31 | 0436642365967 | GBR | :01 | .10 | |
| 30/OCT | 16:29:58 | 7767245224 | GBR | :01 | .00 | B |
| 30/OCT | 20:17:31 | 901 | GBR | 1:23 | .00 | B |
| 30/OCT | 20:28:57 | 7801340241 | GBR | :01 | .00 | B |
| 31/OCT | 9:26:01 | 00491607414160 | GBR | 23:53 | 3.46 | |
| 31/OCT | 11:29:41 | 118500 | GBR | 1:23 | .76 | |
| 31/OCT | 11:52:48 | 81099 | GBR | :01 | .00 | B |
| 31/OCT | 17:08:05 | 7717437613 | GBR | :01 | .00 | B |
| 31/OCT | 17:22:33 | 0436602591939 | GBR | :01 | .10 | |
| 31/OCT | 19:07:17 | 901 | GBR | 1:26 | .00 | B |
| 01/NOV | 9:48:02 | 00491607414160 | GBR | 16:34 | 2.40 | |
| 01/NOV | 14:35:48 | 7802000332 | AUT | :01 | .21 | |
| 01/NOV | 16:17:31 | 00447802148854 | AUT | 1:15 | .38 | |
| 01/NOV | 17:07:28 | 0385111464 | AUT | 3:20 | .80 | |
| 01/NOV | 17:30:15 | 00447802148295 | AUT | :29 | .30 | |
| 01/NOV | 18:36:53 | 901 | AUT | :04 | .30 | |
| 01/NOV | 18:51:21 | 2076022103 | AUT | :43 | .30 | |
| 01/NOV | 19:28:46 | 00447802148602 | AUT | :04 | .30 | |
| 01/NOV | 19:55:17 | 901 | AUT | :30 | .30 | |
| 01/NOV | 21:16:46 | 901 | AUT | :30 | .30 | |
| 02/NOV | 7:41:20 | 0385111464 | AUT | :24 | .10 | |
| 02/NOV | 8:31:57 | 00447802148021 | AUT | :18 | .30 | |
| 02/NOV | 9:39:20 | 901 | GBR | 1:22 | .00 | B |
| 02/NOV | 10:23:59 | 901 | GBR | :27 | .00 | B |
| 02/NOV | 13:45:48 | 07767245224 | GBR | :42 | .00 | B |
| 02/NOV | 14:19:33 | 00498998108100 | GBR | 6:22 | .92 | |

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|
| 19/OCT | 22:38:55 | 0019173455580 | AUT | 15:37 | 12.45 | |
| 20/OCT | 9:11:01 | 00442076022103 | AUT | :15 | .30 | |
| 20/OCT | 9:56:37 | 436644540400 | AUT | :35 | .14 | |
| 20/OCT | 12:01:40 | 00447802148813 | AUT | :18 | .30 | |
| 20/OCT | 12:15:22 | 43901 | AUT | :00 | .00 | |
| 20/OCT | 12:18:44 | 491607414160 | AUT | :00 | .00 | |
| 20/OCT | 12:40:37 | 0385111464 | AUT | :05 | .02 | |
| 20/OCT | 15:59:51 | 901 | GBR | :27 | .10 | B |
| 20/OCT | 19:29:25 | 0436645312295 | GBR | :01 | .10 | B |
| 20/OCT | 8:41:29 | 07785371220 | GBR | :23 | .00 | B |
| 22/OCT | 20:36:45 | 63330 | GBR | :01 | .10 | |
| 23/OCT | 13:49:48 | 901 | GBR | 1:49 | .00 | B |
| 23/OCT | 14:50:52 | 00436642606018 | GBR | 4:01 | .58 | |
| 24/OCT | 12:29:46 | 901 | GBR | 2:00 | .00 | B |
| 25/OCT | 12:34:42 | 00491607414160 | GBR | 10:59 | 1.59 | |
| 25/OCT | 10:44:10 | 00436643953172 | GBR | 3:32 | .51 | |
| 26/OCT | 8:55:28 | 901 | GBR | :42 | .00 | B |
| 26/OCT | 11:52:24 | 07949525722 | GBR | :37 | .00 | B |
| 26/OCT | 12:28:47 | 00436648161567 | GBR | :01 | .00 | B |
| 27/OCT | 7:22:30 | 2266 | AUT | :23 | .00 | |
| 27/OCT | 10:47:57 | 901 | AUT | :59 | .30 | |
| 27/OCT | 10:56:34 | 0385111464 | AUT | :06 | .03 | |
| 27/OCT | 12:25:52 | 2074204200 | AUT | 15:14 | 3.64 | |
| 27/OCT | 17:40:04 | 0385111464 | AUT | 8:39 | 2.07 | |
| 27/OCT | 21:33:44 | 901 | GBR | 1:05 | .00 | B |
| 27/OCT | 21:49:25 | 901 | GBR | :13 | .00 | B |
| 27/OCT | 13:38:54 | 901 | GBR | 1:25 | .00 | B |
| 30/OCT | 10:13:28 | 901 | GBR | :31 | .00 | B |
| 30/OCT | 14:13:54 | 901 | GBR | 1:21 | .00 | B |
| 30/OCT | 14:21:29 | 0436642365967 | GBR | :01 | .10 | |
| 30/OCT | 16:15:31 | 901 | GBR | :37 | .00 | B |
| 30/OCT | 16:43:51 | 7767245224 | GBR | :01 | .00 | B |
| 30/OCT | 20:19:23 | 00491607414160 | GBR | 6:43 | .97 | |
| 31/OCT | 9:25:07 | 901 | GBR | :24 | .00 | B |
| 31/OCT | 11:11:45 | 7717437613 | GBR | :01 | .00 | B |
| 31/OCT | 11:36:55 | 02071021746 | GBR | 5:58 | .00 | B |
| 31/OCT | 12:15:42 | 7717437613 | GBR | :00 | .00 | B |
| 31/OCT | 17:19:43 | 901 | GBR | :24 | .00 | B |
| 31/OCT | 18:36:38 | 0436602591939 | GBR | :01 | .10 | |
| 31/OCT | 20:33:07 | 901 | GBR | :01 | .10 | |
| 01/NOV | 11:15:29 | 7767245224 | GBR | :01 | .00 | B |
| 01/NOV | 14:50:50 | 901 | AUT | :06 | .30 | |
| 01/NOV | 16:17:31 | 0385111464 | AUT | 1:15 | .30 | |
| 01/NOV | 17:27:44 | 901 | AUT | :22 | .30 | |
| 01/NOV | 17:30:15 | 0385111464 | AUT | :24 | .12 | |
| 01/NOV | 18:45:17 | 901 | AUT | 2:33 | .82 | |
| 01/NOV | 19:10:10 | 436641002010 | AUT | 2:49 | .90 | |
| 01/NOV | 19:28:46 | 0385111464 | AUT | :04 | .02 | |
| 01/NOV | 19:59:22 | 0385111464 | AUT | 3:20 | .80 | |
| 02/NOV | 1:12:36 | 901 | AUT | :23 | .30 | |
| 02/NOV | 7:41:20 | 00447802148213 | AUT | :24 | .30 | |
| 02/NOV | 8:31:57 | 4351257434510 | AUT | :18 | .08 | |
| 02/NOV | 9:54:36 | 00469153074118 | GBR | 17:06 | 2.47 | |
| 02/NOV | 13:22:35 | 901 | GBR | :55 | .00 | B |
| 02/NOV | 14:18:49 | 901 | GBR | :24 | .00 | B |
| 02/NOV | 16:23:47 | 07767245224 | GBR | 3:50 | .00 | B |

**Carried Forward To Next Page** — 130.94

O2/CONTIDIS01  APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099. VAT Reg. No. GB 778 6037 85.

Confidential

O2

your
account

23900     0073

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

| | |
|---|---|
| PAGE | 4 of 5 |

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | | **130.94** | |
| 02/NOV | 20:08:21 | 901 | GBR | :25 | .00 | B | 03/NOV | 10:01:10 | 901 | GBR | 1:02 | .00 | B |
| 03/NOV | 10:02:56 | 00491607414160 | GBR | :41 | .10 | | 03/NOV | 10:03:57 | 901 | GBR | 1:26 | .00 | B |
| 03/NOV | 11:08:42 | 00491607414160 | GBR | 20:11 | 2.92 | | 03/NOV | 11:46:42 | 00491784120925 | GBR | :30 | .07 | |
| 03/NOV | 12:11:43 | 00491607414160 | GBR | 23:37 | 3.42 | | 03/NOV | 15:21:35 | 07785304530 | GBR | :39 | .00 | B |
| 03/NOV | 15:30:34 | 00491607414160 | GBR | :04 | .02 | | 03/NOV | 15:46:47 | 02076022103 | GBR | :04 | .00 | B |
| 03/NOV | 16:15:12 | 00436642606018 | GBR | :29 | .07 | | 03/NOV | 16:17:53 | 00431586105416 | GBR | 2:37 | .38 | |
| 03/NOV | 16:24:14 | 00491784120925 | GBR | 4:00 | .58 | | 04/NOV | 11:32:48 | 02076022103 | GBR | :03 | .00 | B |
| 03/NOV | 16:35:41 | 00491607414160 | GBR | 1:35 | .23 | | 05/NOV | 17:36:33 | 07771730067 | GBR | 3:40 | .00 | B |
| 05/NOV | 17:53:37 | 00491607414160 | GBR | 8:22 | 1.21 | | 05/NOV | 18:48:07 | 07785720008 | GBR | 24:03 | .00 | B |
| 05/NOV | 22:00:16 | 00491607414160 | GBR | 1:11 | .17 | | 05/NOV | 9:08:23 | 02071021746 | GBR | 2:42 | .10 | PB |
| 06/NOV | 9:52:13 | 02071021746 | GBR | 5:15 | .45 | | 06/NOV | 12:03:15 | 00496958999 0828 | GBR | 1:04 | .15 | |
| 06/NOV | 12:04:47 | 004969589990828 | GBR | 56:32 | 8.18 | | 06/NOV | 17:12:40 | 43901 | AUT | :00 | .00 | |
| 06/NOV | 17:33:29 | 00447802148313 | AUT | 1:42 | .53 | | 06/NOV | 17:36:23 | 496997583551 | AUT | 5:50 | 1.40 | |
| 06/NOV | 17:55:36 | 015335084 | AUT | 1:02 | .38 | | 06/NOV | 17:58:08 | 0385111464 | AUT | 3:08 | .75 | |
| 06/NOV | 18:00:04 | 0385111464 | AUT | :32 | .13 | | 06/NOV | 18:00:04 | 00447802148122 | AUT | :32 | .30 | |
| 06/NOV | 18:00:39 | 43901 | AUT | :00 | .00 | | 06/NOV | 18:01:33 | 00447802148858 | AUT | :42 | .30 | |
| 06/NOV | 18:02:47 | 00491784120925 | AUT | 16:00 | 4.77 | | 06/NOV | 18:23:20 | 436765501765 | AUT | 10:02 | 2.40 | |
| 06/NOV | 18:24:53 | 00447802148370 | AUT | :20 | .30 | | 06/NOV | 16:24:58 | 436642011150 | AUT | :20 | .08 | |
| 06/NOV | 18:25:23 | 43901 | AUT | :00 | .00 | | 06/NOV | 18:33:36 | 00447802148219 | AUT | :31 | .30 | |
| 06/NOV | 9:06:25 | 0385111464 | AUT | :21 | .09 | | 07/NOV | 0:57:50 | 00447802148580 | AUT | :17 | .30 | |
| 07/NOV | 7:43:20 | 00447802148493 | AUT | :06 | .30 | | 07/NOV | 8:20:30 | 00642606018 | AUT | 1:24 | 1.00 | |
| 07/NOV | 8:53:49 | 0385111464 | AUT | :15 | .06 | | 07/NOV | 9:00:14 | 00491784120925 | AUT | :32 | .30 | |
| 07/NOV | 10:33:39 | 00447802148614 | AUT | :05 | .30 | | 07/NOV | 10:33:39 | 43512574345145 | AUT | :05 | .02 | |
| 07/NOV | 10:54:11 | 7801340241 | AUT | :00 | .00 | | 07/NOV | 10:54:17 | 7801340241 | AUT | :00 | .00 | |
| 07/NOV | 16:19:27 | 4369910100922 | AUT | :00 | .00 | | 07/NOV | 16:20:02 | 43901 | AUT | :00 | .00 | |
| 07/NOV | 16:20:35 | 7802000332 | AUT | :01 | .21 | | 07/NOV | 16:20:53 | 00447802148083 | AUT | :51 | .30 | |
| 07/NOV | 16:21:14 | 4369910100922 | AUT | :00 | .00 | | 07/NOV | 17:36:14 | 00447802148636 | AUT | :17 | .30 | |
| 07/NOV | 18:20:19 | 00491607414160 | AUT | :02 | .30 | | 07/NOV | 20:48:19 | 00447802148300 | AUT | :05 | .30 | |
| 07/NOV | 20:48:19 | 436768103322 94 | AUT | :05 | .02 | | 07/NOV | 20:49:22 | 7802000332 | AUT | :01 | .21 | |
| 07/NOV | 20:49:42 | 00447802148615 | AUT | :08 | .30 | | 08/NOV | 1:03:31 | 43901 | AUT | :00 | .00 | |
| 08/NOV | 1:08:30 | 00447802148124 | AUT | 1:09 | .38 | | 08/NOV | 8:33:57 | 00447802148324 | AUT | :16 | .30 | |
| 08/NOV | 8:34:50 | 00442076022103 | AUT | :46 | .30 | | 08/NOV | 8:45:35 | 06643032827 | AUT | :04 | .50 | |
| 08/NOV | 10:59:29 | 43901 | AUT | :00 | .00 | | 08/NOV | 11:06:16 | 00642606018 | AUT | :12 | .50 | |
| 08/NOV | 11:06:38 | 00447802148346 | AUT | 1:31 | .53 | | 08/NOV | 11:53:04 | 4322369000 | AUT | 13:23 | 3.19 | |
| 08/NOV | 13:44:09 | 00447802148232 | AUT | :16 | .30 | | 08/NOV | 14:23:42 | 0385111464 | AUT | 12:35 | 3.00 | |
| 08/NOV | 15:10:32 | 00447802148625 | AUT | :08 | .30 | | 08/NOV | 15:10:32 | 431514335800 | AUT | :08 | .04 | |
| 08/NOV | 15:44:19 | 43901 | AUT | :00 | .00 | | 08/NOV | 15:44:41 | 00447802148140 | AUT | :54 | .30 | |
| 08/NOV | 16:26:09 | 43865686616 | AUT | :00 | .00 | | 08/NOV | 16:29:15 | 436648161567 | AUT | 11:00 | 2.63 | |
| 08/NOV | 17:19:15 | 436626386 | AUT | :25 | .10 | | 08/NOV | 17:38:37 | 0385111464 | AUT | 22:49 | 5.44 | |
| 08/NOV | 17:48:54 | 2079288888 | AUT | :19 | .08 | | 08/NOV | 17:48:54 | 00447802148665 | AUT | :19 | .30 | |
| 08/NOV | 17:49:17 | 43901 | AUT | :00 | .00 | | 08/NOV | 18:29:51 | 436648219845 | AUT | :55 | .22 | |
| 08/NOV | 20:52:44 | 43901 | AUT | :00 | .00 | | 08/NOV | 20:58:03 | 00447802148935 | AUT | :46 | .30 | |
| 08/NOV | 22:45:42 | 0385111464 | AUT | :06 | .03 | | 08/NOV | 22:45:42 | 00447802148283 | AUT | :06 | .30 | |
| 08/NOV | 23:51:36 | 436649246002 | AUT | :00 | .00 | | 08/NOV | 23:56:15 | 7802000332 | AUT | :01 | .21 | |
| 09/NOV | 1:20:33 | 436649246002 | AUT | :00 | .00 | | 09/NOV | 1:21:08 | 436649246002 | AUT | :00 | .00 | |
| 09/NOV | 1:21:38 | 43901 | AUT | :00 | .00 | | 09/NOV | 1:22:12 | 00447802148973 | AUT | :31 | .30 | |
| 09/NOV | 1:24:18 | 7802000332 | AUT | :01 | .21 | | 09/NOV | 2:00:19 | 436769563484 | AUT | :13 | .08 | |
| 09/NOV | 2:00:19 | 00447802148444 | AUT | :13 | .30 | | 09/NOV | 2:00:39 | 43901 | AUT | :00 | .00 | |
| 09/NOV | 2:02:49 | 00447802148603 | AUT | :23 | .30 | | 09/NOV | 6:38:13 | 00447802148216 | AUT | :42 | .30 | |
| 09/NOV | 9:14:04 | 7785364290 | GBR | :01 | .00 | B | 09/NOV | 9:17:27 | 7767245224 | GBR | :01 | .00 | B |
| 09/NOV | 9:53:08 | 7801340241 | GBR | :01 | .00 | B | 09/NOV | 10:05:59 | 02076022103 | GBR | :04 | .02 | |
| 09/NOV | 10:10:42 | 118500 | GBR | 2:17 | 1.26 | | 09/NOV | 10:14:57 | 7767245224 | GBR | :01 | .00 | B |
| 09/NOV | 10:15:54 | 004930300153362 | GBR | 25:01 | 3.62 | | 09/NOV | 12:49:01 | 7785364290 | GBR | :01 | .00 | B |
| 09/NOV | 13:10:26 | 00491729413159 | GBR | :30 | .07 | | 09/NOV | 13:12:57 | 00436649353212199 | GBR | 6:55 | 1.00 | |
| 09/NOV | 14:01:17 | 00491607414160 | GBR | 1:58 | .28 | | 09/NOV | 14:56:32 | 00491784120925 | GBR | :19 | .05 | |
| 09/NOV | 14:57:30 | 00491784120925 | GBR | 5:55 | .86 | | 09/NOV | 18:01:45 | 00436641005156 | GBR | :56 | .14 | |
| | | **Carried Forward To Next Page** | | | | | | | | | | **192.96** | |

C2/CONT/D/S01  APR2006

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX.
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85.

Confidential

# O₂

your account

| | |
|---|---|
| BILL | 95995780 |
| BILL DATE | 12 Nov 06 |
| ACCOUNT | 001 03126795 |
| PAGE | 5 of 5 |

23900    0073

MR THOMAS MARSONER
C/O LEHMAN BROTHERS
FAO ROBERTA PASQUINO
25 BANK STREET
E14 5LE

## Itemised Bill for mobile 07785 111464 User Mr Thomas Marsoner

| DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST | DATE | TIME | NUMBER DIALLED | CTY CDE | DURATION HH:MM:SS | COST |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Brought Forward From Previous Page** | | | | | | | | | **192.96** |
| 10/NOV | 9:32:52 | 02074259500 | GBR | 22:09 | 1.89 | 10/NOV | 10:45:28 | 0491607414160 | GBR | :01 | .10 |
| 10/NOV | 12:52:19 | 07949525722 | GBR | :42 | .24 | 10/NOV | 12:54:14 | 004367681032386 | GBR | 4:12 | .61 |
| 10/NOV | 12:59:11 | 0043160117263 | GBR | :09 | .02 | 10/NOV | 13:11:29 | 020710217146 | GBR | 1:54 | .17 |
| 10/NOV | 13:29:02 | 0043512378417 | GBR | 10:25 | 1.51 | 10/NOV | 15:13:18 | 07801340241 | GBR | :03 | .02 |
| 10/NOV | 15:21:36 | 07801340241 | GBR | :03 | .02 | 10/NOV | 16:10:48 | 00491784120925 | GBR | :25 | .06 |
| 10/NOV | 19:43:02 | 00491607414160 | GBR | :27 | .07 | 10/NOV | 20:04:57 | 00436646219845 | GBR | 2:28 | .36 |
| 10/NOV | 20:21:28 | 07949525722 | GBR | 1:00 | .35 | 10/NOV | 22:22:20 | 00491784120925 | GBR | 17:40 | 2.56 |
| | | **Call Charges** | | | | | | | | | **200.94** |
| 02/OCT | 19:02:02 | wap.o2.co.uk | GBR | :00 | .00 | 31/OCT | 11:57:32 | wap.o2.co.uk | GBR | :00 | .00 |
| | | **Data Calls** | | | | | | | | | **.00** |
| | | | | **TOTAL CALLS** | | | | | | | **200.94** |

**Bundle Key**

B    = Bundle Call
PB   = Part Bundle Call

02 (UK) Limited, Registered Office: 260 Bath Road, Slough, Berkshire SL1 4DX,
Registered in England No. 1743099.  VAT Reg. No. GB 778 6037 85,

LEH_0000658

**vodafone**™

| | Give us a call on | Email us at | Account number | Invoice number | Date |
|---|---|---|---|---|---|

004115 V1071957 EEA423 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £148.31 |
| 07776 144 253 | £1.28 |
| *Total before VAT* | *£149.59* |
| VAT on this bill *see back for VAT details* | £25.13 |
| **Total** | **£174.72** |

by Direct Debit on or
after 23 May 2007

113.86 @ 85%

85.40



0D0D4286

004115 V1071957 00000001

Page 1 of 4

Confidential

LEH_0000659



Call 08700 700191

Area code 222104425/00001   Number 222104425046   09 May 2007

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

### Service charges

| | |
|---|---|
| Blackberry Email | £1.02 |
| *1 May to 2 May* | |
| CTRA150+STC+VP+12M | £19.91 |
| *3 May to 31 May* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |
| Video Calling | £0.00 |

### Usage charges *up to 30 Apr*

| | |
|---|---|
| Calls | £96.90 |
| Messaging, mobile browsing + data | £24.53 |

**Total for 07769 885 714**   **£148.31**

*This would be £173.22 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

) 113.86

## 07776 144 253 MR THOMAS MARSONER on Dataworld

### Service charges and credits

| | |
|---|---|
| Dataworld | £5.00 |
| *1 May to 31 May* | |
| Discount on Dataworld | cr £5.00 |
| *1 May to 31 May* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

**Total for 07776 144 253**   **£1.28**

*This would be £1.50 including VAT.*

**Total** for 2 mobiles   **£149.59**   before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here are for guidance only, and may not add up to the total shown on the front page. This is caused by small rounding differences between the calculations.
Some of the totals may include VAT at multiple rates. See the back of the first page for a breakdown of VAT.

Confidential

LEH_0000660

004115 V120195700000002   00005744



| **Questions?** | | | | | |
|---|---|---|---|---|---|
| | Give us a call on | Email us at | Account number | Invoice number | Date |
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425044 | 9 Mar 07 |

000163 V1070127 FHV422 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £117.45 |
| 07776 144 253 | £1.28 |
| *Total before VAT* | *£118.73* |
| VAT on this bill *see back for VAT details* | £17.42 |
| **Total** | **£136.15** |

by Direct Debit on or
after 23 March 2007





Page 1 of 4

LEH_0000661



Call 08700 700191    222104425/00001    222104425044    09 March 2007

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

### Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Mar to 31 Mar* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

### Usage charges *up to 28 Feb*

| | |
|---|---|
| Calls | £67.80 |
| Calls | £5.60 VAT at 0% |
| Messaging, mobile browsing + data | £14.74 |
| Mobile browsing + data | £7.62 VAT at 0% |

*73.67*

| | |
|---|---|
| **Total for 07769 885 714** | **£117.45** |

*This would be £134.64 including VAT.*
*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

### Service charges and credits

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Mar to 31 Mar* | |
| Discount on Dataworld | cr £5.00 |
| *1 Mar to 31 Mar* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| | |
|---|---|
| **Total for 07776 144 253** | **£1.28** |

*This would be £1.50 including VAT.*

## Total *for 2 mobiles*   £118.73   *before VAT*

DDD00255

000163 V1200127 00000002

**VAT inclusive totals**
The VAT inclusive totals shown here are for guidance only, and may not add up to the total shown on the front page. This is caused by small rounding differences between the calculations.
Some of the totals may include VAT at multiple rates. See the back of the first page for a breakdown of VAT.

Confidential

LEH_0000662



| Give us a call on | Email us at | Account number | Invoice number | Date |
|---|---|---|---|---|
| 08700 700191 8am - 8pm | customer.care@vodafone.co.uk | 222104425/00001 | 222104425043 | 7 Feb 07 |

www.vodafone.co.uk

**001473 V1074167 ELT423 25020**

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £845.54 |
| 07776 144 253 | £6.28 |
| Total before VAT | £851.82 |
| VAT on this bill *see back for VAT details* | £18.27 |
| **Total** | **£870.09** |

by Direct Debit on or
after 21 February 2007

## Vodafone at Home

Get broadband with no limits with Vodafone At Home. For full details call 56555 free from your mobile or visit vodafone.co.uk/athome.

800.51

0758

600.41

00001480

001473 V1074167 00000001

Page 1 of 4

Confidential

LEH_0000663

Questions?
Call 08700 700191

Account number
222104425/00001

Invoice number
222104425043

Date
07 February 2007

**vodafone**

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Feb to 28 Feb* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges *up to 31 Jan*

| | | |
|---|---|---|
| Calls | £715.70 | VAT at 0% |
| Calls | £72.21 | 84.85 |
| Mobile browsing + data | £25.74 | VAT at 0% |
| Messaging, mobile browsing + data | £10.20 | |

| Total for 07769 885 714 | **£845.54** |
|---|---|

*This would be £862.71 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Feb to 28 Feb* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| Total for 07776 144 253 | **£6.28** |
|---|---|

*This would be £7.38 including VAT.*

# Total for 2 mobiles    £851.82    before VAT

**VAT inclusive totals**

The VAT inclusive totals shown here are for guidance only, and may not add up to the total shown on the front page. This is caused by small rounding differences between the calculations.

Some of the totals may include VAT at multiple rates. See the back of the first page for a breakdown of VAT.

00002862

0011473 V1204167 00000002

Confidential

LEH_0000664



| Questions? | | | | | |
|---|---|---|---|---|---|
| | **Give us a call on** | **Email us at** | **Account number** | **Invoice number** | **Date** |
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | 222104425/00001 | 222104425042 | 9 Jan 07 |

001982 V1077807 EHW424 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £456.56 |
| 07776 144 253 | £6.28 |
| Total before VAT | £462.84 |
| VAT on this bill *see back for VAT details* | £49.40 |
| **Total** | **£512.24** |

by Direct Debit on or
after 23 January 2007

*90 % LB:*

*Project Sacher*



*456.46*

*410.81*

Page 1 of 4

LEH_0000665



# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Jan to 31 Jan* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges *up to 30 Dec*

| | |
|---|---|
| Calls | £242.15 |
| Calls | £171.93 VAT at 0% |
| Messaging, mobile browsing + data | £18.15 |
| Mobile browsing + data | £2.64 VAT at 0% |

**284.53**

Total for 07769 885 714    **£456.56**

*This would be £504.86 including VAT.*
*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Jan to 31 Jan* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

Total for 07776 144 253    **£6.28**

*This would be £7.38 including VAT.*

## Total for 2 mobiles    £462.84    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here are for guidance only, and may not add up to the total shown on the front page. This is caused by small rounding differences between the calculations.
Some of the totals may include VAT at multiple rates. See the back of the first page for a breakdown of VAT.

Confidential

LEH_0000666

00003767

001982 V1207807 00000002



| | Questions? | | | | | |
|---|---|---|---|---|---|---|
| | **Give us a call on** | **Email us at** | | **Account number** | **Invoice number** | **Date** |
| www.vodafone.co.uk | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | | 222104425/00001 | 222104425041 | 8 Dec 06 |

002251 V1071607 EH3423 25020

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £265.21 |
| 07776 144 253 | £6.28 |
| *Total before VAT* | £271.49 |
| VAT on this bill *see back for VAT details* | £46.46 |
| Total | **£317.95** |

by Direct Debit on or
after 22 December 2006



262.03

00002273

002251 V1071607 00000001

Confidential

LEH_0000667



Questions?
Call 08700 700191

Account number
222104425/00001

Invoice number
222104425041

Date
08 December 2006

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Dec to 31 Dec* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges *up to 30 Nov*

| | |
|---|---|
| Calls | £297.34 |
| Messaging, mobile browsing + data | £18.21 |

*340.38*

Additional credits

| | |
|---|---|
| Credit for Data calls in USA | cr £72.03 |
| *28 Nov* | |

**Total for 07769 885 714** **£265.21**

*This would be £310.57 including VAT.*
*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Dec to 31 Dec* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

**Total for 07776 144 253** **£6.28**

*This would be £7.38 including VAT.*

## Total for 2 mobiles   £271.49   before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here are for guidance only, and may not add up to the total shown on the front page. This is caused by small rounding differences between the calculations.
Some of the totals may include VAT at multiple rates. See the back of the first page for a breakdown of VAT.

00004170

002251 V1201607 00000002

Confidential

LEH_0000668



Exhibit 22

| vodafone™ | Questions? | | | | | |
|---|---|---|---|---|---|---|
| www.vodafone.co.uk | **Give us a call on** | **Email us at** | | **Account number** | **Invoice number** | **Date** |
| | 08700 700191 *8am - 8pm* | customer.care@vodafone.co.uk | | 222104425/00001 | 222104425040 | 8 Nov 06 |

**000412 V107526M FDD740 25022**

MR THOMAS MARSONER
20 EARLS TERRACE
LONDON
W8 6LP

# your vodafone bill

## Quick breakdown

For these mobiles:

| | |
|---|---|
| 07769 885 714 | £200.97 |
| 07776 144 253 | £6.28 |
| Total before VAT | £207.25 |
| VAT on this bill *see back for VAT details* | £35.22 |
| **Total** | **£242.47** |

by Direct Debit on or
after 22 November 2006

*148.33*

## Gifts from All...

Great gifts for all the family this Xmas with
Vodafone. Take these vouchers in to your local
Vodafone store and pick out the perfect present.

000412 V107526M 0000001

00000445

Page 1 of 4

Confidential

LEH_0000669

**vodafone**

# Detailed breakdown by mobile

## 07769 885 714 MR THOMAS MARSONER on Blackberry Email

Service charges

| | |
|---|---|
| Blackberry Email | £15.74 |
| *1 Nov to 30 Nov* | |
| Cover Me Insurance @ 5.95 | £5.95 VAT exempt |

Usage charges *up to 31 Oct*

| | |
|---|---|
| Calls | £168.31 |
| Messaging, mobile browsing + data | £10.97 |

197.77

| | |
|---|---|
| Total for 07769 885 714 | **£200.97** |

*This would be £235.09 including VAT.*

*For this mobile, VAT was charged at more than one rate.*

## 07776 144 253 MR THOMAS MARSONER on Dataworld

Service charges

| | |
|---|---|
| Dataworld | £5.00 |
| *1 Nov to 30 Nov* | |
| Itemised Billing | £1.28 |
| Vodafone GPRS Select | £0.00 |

| | |
|---|---|
| Total for 07776 144 253 | **£6.28** |

*This would be £7.38 including VAT.*

## Total for 2 mobiles    £207.25    before VAT

**VAT inclusive totals**
The VAT inclusive totals shown here
are for guidance only, and may not
add up to the total shown on the
front page. This is caused by small
rounding differences between the
calculations.
Some of the totals may include VAT
at multiple rates. See the back of the
first page for a breakdown of VAT.

00000871

000412 V120526M 00000002

Confidential

LEH_0000670

**redstone**
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

| | |
|---|---|
| Account Number: | 41798018 |
| Invoice Date: | 09-February-2007 |
| Invoice Number: | 426832 |
| Billing Period: | January 2007 |
| Payment Method: | Credit Card |

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 3 | 01:47:45 | 14.14 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |
| | | **Total** | 14.14 |
| | | **VAT*** | 2.47 |
| | | **Amount Due** | £16.61 |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

*LC s*

*Proj. Sacher*

Page 1 of 3

# redstone
TELECOM

Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:    09-February-2007
Invoice Number:  426832
Billing Period:  January 2007

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|

**HomeConnect 1345**

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|
| 15-Jan-2007 | 12:32 | UK | Germany | 004930800915906 | 01:19:27 | 6.360* |
| 15-Jan-2007 | 14:29 | UK | Germany Mobile | 00491607414160 | 00:27:36 | 7.730* |
| 16-Jan-2007 | 13:35 | UK | Austria | 0043151504251 | 00:00:42 | 0.060* |

Confidential

LEH_0000672

## redstone
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

| | |
|---|---|
| Account Number: | 41798018 |
| Invoice Date: | 12-December-2006 |
| Invoice Number: | 424780 |
| Billing Period: | November 2006 |
| Payment Method: | Credit Card |

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 12 | 02:46:42 | 27.08 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |

| | |
|---|---|
| **Total** | 27.08 |
| **VAT\*** | 4.74 |
| **Amount Due** | £31.82 |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

**Redstone would like to wish you a Merry Christmas and a Happy New Year!**

Confidential

LEH_0000673

## redstone
TELECOM

Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:      12-December-2006
Invoice Number:   424780
Billing Period:    November 2006

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|

**HomeConnect 1345**

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|----|--------|---------------------|-----------|
| 02-Nov-2006 | 14:06 | UK | USA | 0012128912149 | 00:00:37 | 0.040* |
| 03-Nov-2006 | 10:09 | UK | Austria Mobile | 00436642606018 | 00:05:41 | 1.590* |
| 04-Nov-2006 | 12:05 | UK | Germany | 004930300153362 | 01:13:53 | 5.910* |
| 14-Nov-2006 | 16:01 | UK | Germany Mobile | 00491607414160 | 00:50:27 | 14.130* |
| 15-Nov-2006 | 15:20 | UK | Austria Mobile | 004367670026376 | 00:00:14 | 0.070* |
| 15-Nov-2006 | 16:45 | UK | Austria Mobile | 00436646219845 | 00:00:45 | 0.210* |
| 15-Nov-2006 | 19:13 | UK | Germany Frankfurt | 004969153074118 | 00:00:13 | 0.020* |
| 22-Nov-2006 | 11:19 | UK | Germany Mobile | 00491726776662 | 00:00:32 | 0.150* |
| 28-Nov-2005 | 18:11 | UK | Germany Frankfurt | 004969153074131 | 00:11:36 | 0.930* |
| 29-Nov-2005 | 13:38 | UK | Germany Frankfurt | 004969997583533 | 00:10:28 | 0.840* |
| 29-Nov-2006 | 18:37 | UK | Austria Mobile | 00436643003531 | 00:11:08 | 3.120* |
| 30-Nov-2006 | 13:29 | UK | Austria Mobile | 00436602147899 | 00:01:08 | 0.090* |

Page 3 of 3

Confidential

LEH_0000674

**redstone**
TELECOM

# INVOICE

Mr Thomas Marsoner
20 Earls Terrace
London
W8 6LP
UK

| | |
|---|---|
| Account Number: | 41798018 |
| Invoice Date: | 13-November-2006 |
| Invoice Number: | 423598 |
| Billing Period: | October 2006 |
| Payment Method: | Credit Card |

| Summary of Charges | Number of Calls | Duration (hh:mm:ss) | Amount |
|---|---|---|---|
| **Account Card Call Charges** | | | |
| TravelConnect | 0 | 00:00:00 | 0.00 |
| HomeConnect 1345 | 11 | 03:48:03 | 17.55 |
| MobileConnect | 0 | 00:00:00 | 0.00 |
| Global Data Access | 0 | 00:00:00 | 0.00 |
| Conferencing | 0 | 00:00:00 | 0.00 |
| **Sundries** | | | |
| Subscriptions & Insurance | | | 0.00 |
| Accessories | | | 0.00 |
| | | **Total** | **17.55** |
| | | **VAT\*** | **3.07** |
| | | **Amount Due** | **£20.62** |

The amount due will be debited to your credit card in the next 5 days.
Where applicable, UK VAT is charged at 17.5%. All calls subject to VAT are indicated by an asterisk(\*)

Redstone Telecom is a division of Redstone Communications Ltd Registered Office: 80 Great Eastern Street, London EC2A 3RS Reg No.03021292 VAT No.709 9778 71

*LB conf calls*

Page 1 of 3

Confidential

LEH_0000675

## redstone
TELECOM

Mr Thomas Marsoner

Account Number: 41798018
Invoice Date:     13-November-2006
Invoice Number:  423598
Billing Period:   October 2006

| Date | Time | From | To | Number | Duration (hh:mm:ss) | Call Cost |
|------|------|------|-----|--------|----------|-----------|
| **HomeConnect 1345** | | | | | | |
| 02-Oct-2006 | 16:13 | UK | USA | 0012123258415 | 00:14:08 | 0.850* |
| 08-Oct-2006 | 14:02 | UK | Germany | 004930300153362 | 00:50:53 | 4.070* |
| 12-Oct-2006 | 17:26 | UK | USA | 0012123258415 | 00:04:14 | 0.250* |
| 17-Oct-2006 | 10:44 | UK | Austria | 0043153170 | 00:01:02 | 0.080* |
| 17-Oct-2006 | 16:01 | UK | USA | 0018667942593 | 00:00:28 | 0.030* |
| 17-Oct-2006 | 16:02 | UK | Germany Frankfurt | 00496922223266 | 00:44:47 | 3.580* |
| 23-Oct-2006 | 13:59 | UK | Germany | 004930300153362 | 00:22:23 | 1.790* |
| 24-Oct-2006 | 14:31 | UK | Germany Frankfurt | 00496922223266 | 00:30:30 | 2.440* |
| 26-Oct-2006 | 17:32 | UK | USA | 0018008298374 | 00:15:53 | 0.950* |
| 30-Oct-2006 | 15:01 | UK | Germany Frankfurt | 00496922223266 | 00:05:45 | 0.460* |
| 30-Oct-2006 | 15:14 | UK | Germany Frankfurt | 00496922223266 | 00:38:00 | 3.040* |

Confidential

LEH_0000676



**A1**
mobilkom austria

Herrn
Dr. Thomas Marsoner
Earls Terrace 20
0086 London W8 6LP
UNITED KINGDOM

| Ihre Rechnungsdaten: | |
|---|---|
| Kundennummer: | 316631171 / 1 |
| Rechnungsnummer: | 000151307673 |
| Rechnungsdatum: | 22.03.2007 |

## Ihre Detailinformation zu
## A1 MOBILES BREITBAND 600 Rufnummer 0664/4467453 —> *Data card*

| Leistungen von mobilkom austria | Anzahl | Volumen | USt. in % | Betrag in € |
|---|---|---|---|---|
| **IHRE GUTSCHRIFTEN** | | | | |
| Gutschrift auf Grundentgelt | | | 20 | -8,33 |
| **Summe Gutschriften** | | | | **-8,33** |
| | | | | |
| **IHRE MONATLICHEN ENTGELTE - Verrechnung im Vorhinein** | *Proj. Sacher* | | | |
| Grundentgelt A1 MOBILES BREITBAND 600 von 18.03.2007 bis 17.04.2007 | | | 20 | 32,50 |
| **Summe Monatliche Entgelte** | | | | **32,50** |
| | | | | |
| **IHRE VERBINDUNGSENTGELTE** | | | | |
| von 20.02.2007 bis 25.02.2007    Turkey - Vodafone Turkey | | | | |
| Datenvolumen GPRS/UMTS | 8 | 35,25 MB | 20 | 439,21 |
| **Summe Verbindungsentgelte** | | | | **439,21** |
| | | | | |
| **Summe Leistungen von mobilkom austria netto** | | | | **€ 463,38** |

## MOBILPOINTS    Ihr MOBILPOINTS Kontoauszug für 0664/4467453

**Mitgliedsnummer: 171369258019**

Möchten Sie mehr über MY NEXT & MOBILPOINTS
erfahren? Infos unter www.A1.net/mynext oder
unter der kostenlosen A1 Serviceline 0800 664 664.

| | |
|---|---|
| Bisheriger MOBILPOINTS Stand | 0 |
| Welcome MOBILPOINTS | 100 |
| MOBILPOINTS Bonus monatlich | 80 |
| MOBILPOINTS für Monatliche Entgelte | 97 |
| MOBILPOINTS für Verbindungsentgelte | 1.757 |
| **Aktueller MOBILPOINTS Stand** | **2.034** |

mobilkom austria AG   Obere Donaustraße 29   A-1020 Wien   PSK Kto: 7.501.629   BLZ: 60000   www.A1.net
Sitz: Wien, Firmenbuch-Nr. 207022w   Firmenbuchgericht: Handelsgericht Wien   DVR 0860352   UID ATU 51393308
Bankverbindung für Zahlungen aus dem Ausland: PSK IBAN: AT716000000007501629   BIC: OPSKATWW

Seite    4    von    6

**Produced in Native Format**

LEH_0000678.txt

Thomas Marsoner
Casa Andreas
16 Triq Sant' Andrija
Lija, BLZ 10
Malta

                              June 14'", 2007
Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

        Invoice nr 6/2007

Fee for services provided under our agreement dated May 5 $3.395,301
2006 clause 3 (ix) (re.BAWAG) and clause (v) (Verbund)

Total $3.395.301

Please transfer the amount due to my US Dollar account
Bank: Barclays
SWIFTBIC: BARCGB22
IRAN: GB60 BARC 2044 9045 1352 88

# Produced in Native Format

LEH_0000679.txt

Thomas Marsoner
• Anassa
P.O.Box 66006
CY-8830 Polis
Cyprus


October 19th, 2007
Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

Invoice nr 9/2007


Retainer Fees pursuant Advisory Agreement dated 5th October 2007
February 2007
        €16,667
Quarterly Period Ending May 2007
        50,000
Quarterly Period Ending August 2007
        50,000



Total
      € 116,667


Please transfer the amount due to my £ account at Barclays Bank
IBAN: GB67 BARC 2044 9054 6561 00;
BIC: BARCGB22

**Produced in Native Format**

LEH_0000680.txt

Thomas Marsoner
Villa 13
Raffles Resort
Canouan
St Vincent & The Grenadines

December 27th, 2007

Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

Invoice nr 10/2007

Expenses incurred by consultant on behalf of Lehman £12,388.69
Brothers Europe Limited — from August 2007 to December
2007

Total £12,388.69

Please transfer the amount due to my GBP account with Barclays Bank PLC (Jersey
Business Centre, P.O. Box 8, 13 Library Place, St. Helier, Jersey, Channel Islands
JE4
8NE), nr. 10205982, Sort Code 20-44-90

Your Ref #                                                                4

CORE SHEET FOR T&Es

Banker Name                                        Thomas Marsoner

Expense Dates:  From                      To
Currency GBP 0 USD El E      0      El• 0          05/05/2007
12/12/2007

Total of Expenses                                            12388.69

Note: A Core and Project number must be included. If pitching,
please indicate in comments.

| Core Number Comments | Amount | Cost Code | P&L |
|---|---|---|---|
| 93376.132 | 17.30 | 72 | 82753 |
| 108931.054 | 121.75 | 87 | 82753 |
| 108931.054 | 201.25 | 31 | 82753 |
| 70292.000 no prj | 489.10 | 8 | 82753 |
| 70292.000 no prj | 247.08 | 12 | 82753 |

Page 1

LEH_0000680.txt

| | | | |
|---|---|---|---|
| 70292.000 no prj | 184,61 | 87 | 82753 |
| 70292.000 no prj | 26.10 | 72 | 82753 |
| 70292.000 no prj | 185.71 | 31 | 82753 |
| 50396.008 | 2697.65 | 8 | 82753 |
| 50396.008 | 3105.36 | 12 | 82753 |
| 50396.008 | 584.62 | 87 | 82753 |
| 50396.008 | 393.44 | 31 | 82753 |
| 126386.001 | 1181.55 | 8 | 82753 |
| 126386.001 | 238.69 | 12 | 82753 |
| 126386.001 | 270.08 | 87 | 82753 |
| 126386.001 | 37.01 | 72 | 82753 |
| 126386.001 | 562.16 | 31 | 82753 |
| 105133.007 | 1002.30 | 8 | 82753 |
| 105133.007 | 69.74 | 87 | 82753 |
| 105133.007 | 308.39 | 31 | 82753 |
| 1B351.007 | 464.80 | 8 | 93157 |

New Cost Code Types         Ensure the totals on the right
correspond with the totals on the
08      Travel: Airfaire/Train  5835.40   T&E Summary. For easy comparison only
one total is shown
12      Hotel                   3591.13                        for Entertainment.

87      Taxis                   1230.80
16      Late Meals / Meals whilst
        travelling
72      Entertainment: Client
88      Entertainment: Internal  80.41
31      Telephone               1650,95
13      Other incl. Forcx

        If you have any problems please contact Heather Moos x2141
        Out of Policy expenditure needs approval from Elizabeth Stanton x2788

                                I

| Core/P&L | Data | Total |
|---|---|---|
| 93376.132/82753 | Sum of Travel | 0 |
| | Sum of Hotel | 0 |
| | Sum of Taxi | 0 |
| | Sum of Meal | 0 |
| | Sum of Entertaining | 17.3 |
| | Sum of Telephone | 0 |
| 108931.054/82753 | Sum of Travel | 0 |
| | Sum of Hotel | 0 |
| | Sum of Taxi | 121.75 |
| | Sum of Meal | 0 |
| | Sum of Entertaining | 0 |
| | Sum of Telephone | 2U1.25 |
| 70292.0/82753 | Sum of Travel | 489.1 |

```
                                LEH_0000680.txt
                    Sum of Hotel  ,      247,08
                    Sum of Taxi          184.61
                    Sum of Meal               0
                    Sum of Entertaining    26.1
                    Sum of Telephone     185.71
50396.8/82753       Sum of Travel       2697.65
                    Sum of Hotel        3105.36
                    Sum of Taxi          584.62
                    Sum of Meal               0
                    Sum of Entertaining       0
                    Sum of Telephone     393.44
126386.1/82753      Sum of Travel       1181.55
                    Sum of Hotel         238.69
                    Sum of Taxi          270.08
                    Sum of Meal               D
                    Sum of Entertaining   37.01
                    Sum of Telephone     562.16
105133.007/82753    Sum of Travel       1002.3
                    Sum of Hotel              0
                    Sum of Taxi           69.74
                    Sum of Meal               0
                    Sum of Entertaining       0
                    Sum of Telephone     308.39
IB351.007/93157     Sum of Travel        464.8
                    Sum of Hotel              0
        .           Sum of Taxi               0
                    Sum of Meal               0
                    Sum of Entertaining       0
                    Sum of Telephone          0
Total Sum of Travel                     5835.4
Total Sum of Hotel                     3591.13
Total Sum of Taxi                      1230.8
Total Sum of Meal                            0
Total Sum of Entertaining                80.41
Total Sum of Telephone                 1650.95
```

**Produced in Native Format**

LEH_0000683.txt

Thomas Marsoner
Villa 13
Raffles Resort
Canouan
St Vincent & The Grenadines

December 27th, 2007

Lehman Brothers Europe Limited
PO Box 50559
London
E14 5WU
UK

Invoice nr 11/2007

Retainer Fee Quarterly Period Ending November 2007 €50.000

Total                                                €50.000

Please transfer the amount due to my € account at Barclays Bank
IBAN: GB67 BARC 2044 9054 6561 00;
BIC: BARCGB22