WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David J. Lender
Jacqueline Marcus
Denise Alvarez

*Attorneys for Lehman Brothers Holdings Inc. and Certain of its Affiliates*

HOGAN LOVELLS US LLP
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | |
|---|---|
| In re : | Chapter 11 Case No. |
| : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, : | 08-13555 (SCC) |
| : | |
| Debtors. : | (Jointly Administered) |

------------------------------------------------------------------x

**JOINT PRE-TRIAL ORDER IN CONNECTION WITH THE MOTION OF**
**DR. THOMAS MARSONER TO DEEM PROOFS OF CLAIM TIMELY FILED**

Lehman Brothers Holdings Inc. ("LBHI") and Dr. Thomas Marsoner ("Marsoner") (collectively, the "Parties") hereby jointly submit this Pre-Trial Order pursuant to paragraph 7 of the Stipulation and Order Establishing Pre-Trial Procedures in Connection with the Motion of Dr. Thomas Marsoner To Deem Proofs of Claim To Be Timely Filed by the Claims Bar Date, dated May 10, 2015 [ECF No. 52740].

**I.    Live Witnesses**

    A.    <u>Marsoner</u>

Dr. Marsoner expects to call himself and Ruggero Magnoni as live witnesses at the Evidentiary Hearing. Dr. Marsoner and Mr. Magnoni will testify as to, among other things, (i) whether Dr. Marsoner was a known creditor of the above-captioned Debtors; and (ii) Dr. Marsoner's claims against the Debtors. Dr. Marsoner also reserves the right to call any of the witnesses on the Debtors' witness list. If, for some reason, the above witnesses are unable to appear at the evidentiary hearing, Dr. Marsoner will seek leave of the Court to submit their deposition testimony.

    B.    <u>LBHI</u>

LBHI expects to call Steven Kotarba and Thomas Behnke as live witnesses at the Evidentiary Hearing. Mr. Kotarba and Mr. Behnke are Managing Directors at Alvarez & Marsal. Mr. Kotarba will testify regarding the preparation of the Debtors' Creditor List. Mr. Behnke will testify regarding the addresses at which Dr. Marsoner was served with notice of the Bar Date, payments made by LBHI as paying agent for Lehman Brothers Europe Limited to Dr. Marsoner, and the employing entity of certain former employees. LBHI reserves the right to call any other witnesses in rebuttal if necessary.

**II.    Deposition Transcript Excerpts**

    A.    <u>Marsoner</u>

Attached as Exhibit A are deposition excerpts reflecting (1) the deposition testimony that Marsoner is likely to introduce at the Evidentiary Hearing highlighted in yellow; and (2) the deposition testimony that LBHI is likely to introduce in rebuttal highlighted in blue. Attached as Exhibits B and C respectively are the *Deposition Designations of Dr. Thomas*

*Marsoner* and the *LBHI's Rebuttal Deposition Designations to the Deposition Designations of Dr. Thomas Marsoner.*

B.  LBHI

Attached as Exhibit D are deposition excerpts reflecting (1) the deposition testimony that LBHI is likely to introduce at the Evidentiary Hearing highlighted in yellow; (2) the deposition testimony that Marsoner is likely to introduce in rebuttal highlighted in blue; and (3) the deposition testimony designated by both LBHI in its case in chief and by Marsoner in rebuttal highlighted in green.  Attached as Exhibits E and F respectively are the *Deposition Designations of Lehman Brothers Holdings Inc.* and the *Rebuttal Deposition Designations of Dr. Thomas Marsoner.*

**III.    Trial Exhibits**

Attached as Exhibit G is a joint list of pre-marked exhibits that LBHI and/or Marsoner may introduce as evidence at the Evidentiary Hearing.  Exhibit G identifies the exhibits proposed by both LBHI and Marsoner, the exhibits proposed solely by Marsoner, and the exhibits proposed solely by LBHI.   The Parties reserve the right to offer any of the exhibits identified in Exhibit G into evidence, irrespective of which Party proposed the exhibit.  Three copies of a joint documentary appendix containing the exhibits in Exhibit G have been sent to Chambers.

The Parties agree that the exhibits identified in Exhibit G are authentic copies of the documents described in Exhibit G.  However, the inclusion of an exhibit in Exhibit G shall not constitute an admission by any Party that the exhibit is admissible as evidence at the Evidentiary Hearing.  The Parties do not waive, and expressly reserve, any objection to the relevance, weight and/or admissibility of the exhibits identified in Exhibit G.

WEIL:\95788666\3\58399.0011

Dated: July 20, 2016
      New York, New York

/s/ David J. Lender
David J. Lender
Jacqueline Marcus
Denise Alvarez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

/s/ Pieter Van Tol
HOGAN LOVELLS US LLP
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*