# EXHIBIT B

**HOGAN LOVELLS US LLP**
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)**<br>**(Jointly Administered)** |

## DEPOSITION DESIGNATIONS OF DR. THOMAS MARSONER

Pursuant to Fed. R. Civ. P. 26(a)(3) of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7026, and the *Stipulation and Order Establishing Pre-trial Procedures in Connection with the Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date* [Docket No. 52740], Dr. Thomas Marsoner ("Dr. Marsoner"), hereby provides the above-captioned Debtors with the following deposition designations.

Dr. Marsoner's designations do not waive objections to any questions or exhibits discussed in the testimony. Dr. Marsoner reserves his rights to use additional testimony for impeachment and/or rebuttal.

**Deposition Transcript of Dr. Thomas Marsoner dated December 15, 2015:**

14:4-8
14:11-14
17:9-11
18:15-22
25:11-27:9
30:24-31:18
31:23-32:11
40:4-19
45:14-46:12
47:3-20
49:13-51:7
51:11-23
56:5-18
57:5-23
58:7-22
59:14-60:4
61:14-62:17
67:14-69:9
73:2-5
74:9-75:7
76:14-77:25
79:5-80:7
97:18-99:17
100:22-102:23
111:16-112:11
113:2-8
119:11-18
139:16-141:18
198:22-199:12

**Deposition Transcript of Ruggero Magnoni dated November 17, 2015:**

23:23-24:2
25:4-12
28:9-31:4
32:20-33:4
56:13-57:7

**Deposition Transcript of Vittorio Pignatti dated November 16, 2015:**

10:12-21
12:16-18
18:9-21
26:17-28:14

2

30:20-24
62:1-63:12
66:9-17
66:24-67:1
68:3-24
86:15-21

**Deposition Transcript of Peter Sherratt dated November 13, 2015:**

13:11-12
46:1-4
48:16-17
109:16-22

**Deposition Transcript of Angharad Bowdler dated December 2, 2015:**

14:10-13
17:7-25
18:9-19:23

**Deposition Transcript of Steven Kotarba dated December 22, 2015:**

14:2-15
40:23:-41:15
48:14-21
51:3-24

**Deposition Transcript of Thomas Behnke dated January 11, 2016:**

29:5-14


Date: July 20, 2016

By:    /s/   Pieter Van Tol

**HOGAN LOVELLS US LLP**
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com