# EXHIBIT E

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
David J. Lender
Jacqueline Marcus
Denise Alvarez

Attorneys for Lehman Brothers Holdings
Inc. and Certain of its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------------------x

## **DEPOSITION DESIGNATIONS OF LEHMAN BROTHERS HOLDINGS INC.**

Lehman Brothers Holdings Inc. ("LBHI") hereby makes the following designations of the deposition testimony it expects to introduce as evidence at the Evidentiary Hearing pursuant to Rule 32(a)(4) of the Federal Rules of Civil Procedure, made applicable hereto by Rule 9014(c) of the Federal Rules of Bankruptcy Procedure. LBHI makes these designations pursuant to paragraph 5 of the Stipulation and Order Establishing Pre-Trial Procedures in Connection with the Motion of Dr. Thomas Marsoner To Deem Proofs of Claim To Be Timely Filed by the Claims Bar Date, dated May 10, 2105 [ECF No. 52740].[1]

**Deposition of Peter Sherratt, November 13, 2015**

| |
|---|
| 4:25-5:24 |
| 6:16-22 |

---

[1] LBHI has not designated the deposition testimony of Mr. Thomas Marsoner because it has been advised that Dr. Marsoner will testify live at the evidentiary hearing.

| |
|---|
| 20:18-21:18 |
| 33:19-39:24 |
| 40:7-41:25 |
| 60:14-61:11 |
| 61:17-71:23 |
| 77:5-81:12 |
| 83:19-84:7 |
| 84:24-85:19 |
| 86:12-21 |
| 87:17-89:8 |
| 90:13-91:12 |
| 92:5-9 |
| 93:21-94:10 |
| 95:9-16 |
| 100:4-102:17 |
| 110:3-112:2 |

**Deposition of Vittorio Pignatti, November 16, 2015**

| |
|---|
| 5:5-6:2 |
| 6:23-7:9 |
| 8:8-9:6 |
| 10:25-11:13 |
| 13:23-14:22 |
| 18:25-19:17 |
| 36:18-37:2 |

2

| |
|---|
| 44:5-23 |
| 45:9-18 |
| 49:10-22 |
| 51:24-52:20 |
| 56:22-57:5 |
| 62:1-69:22 |
| 69:24-71:24 |
| 72:4-73:25 |
| 75:6-79:1 |
| 79:11-80:18 |
| 81:5-12 |
| 81:18-82:1 |
| 86:24-87:12 |
| 87:24-90:12 |
| 91:13-92:13 |
| 94:25-97:22 |
| 101:8-107:2 |
| 118:20-120:9 |
| 121:3-25 |
| 128:2-12 |
| 128:19-129:25 |

**Deposition of Ruggero Magnoni, November 17, 2015**

| |
|---|
| 5:18-6:16 |
| 35:12-13 |

3

| |
|---|
| 36:15-38:2 |
| 42:14-43:6 |
| 47:19-49:22 |
| 52:1-53:23 |
| 57:8-58:3 |
| 62:7-65:25 |
| 66:16-17 |

Dated:  June 20, 2016
         New York, New York

/s/ David J. Lender
David J. Lender
Jacqueline Marcus
Denise Alvarez

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

4

WEIL:\95753014\3\58399.0011