# EXHIBIT F

**HOGAN LOVELLS US LLP**
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 08-13555 (SCC)<br>(Jointly Administered) |

## REBUTTAL DEPOSITION DESIGNATIONS OF DR. THOMAS MARSONER

Pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure, as incorporated by Bankruptcy Rule 7026, and the *Stipulation and Order Establishing Pre-trial Procedures in Connection with the Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date* [Docket No. 52740], Dr. Thomas Marsoner ("Dr. Marsoner"), hereby provides the above-captioned Debtors with the following rebuttal deposition designations.

**Deposition Transcript of Peter Sherratt dated November 13, 2015:**

| Lehman Brothers Holdings Inc.'s Designations | Dr. Marsoner's Objections | Dr. Marsoner's Rebuttal Designations |
|---|---|---|
| 4:25-5:24 | | 6:23-9:24; 44:12-45:10; 46:1-16; 48:16-17; 59:12-20 |
| 6:16-22 | | |
| 20:18-21:18 | | |
| 33:19-39:24 | | 13:4-13:12; 16:11-17:22; 19:2-24; 24:11-26:14; 29:9- |

|  |  |  |
|---|---|---|
|  |  | 24; 59:24-60:1; 109:16-22 |
| 40:7-41:25 |  | 44:7-11 |
| 60:14-61:11 |  |  |
| 61:17-71:23 |  | 31:18-33:6; 54:10-56:2; 73:2-25; 75:14-25; 113:2-24 |
| 77:5-81:12 |  | 112:12-20 |
| 83:19-84:7 |  | 84:8-23 |
| 84:24-85:19 |  |  |
| 86:12-21 |  |  |
| 87:17-89:8 |  |  |
| 90:13-91:12 |  |  |
| 92:5-9 |  |  |
| 93:21-94:10 |  | 93:14-20 |
| 95:9-16 |  |  |
| 100:4-102:17 |  |  |
| 110:3-112:2 |  |  |

**Deposition Transcript of Vittorio Pignatti dated November 16, 2015:**

| Lehman Brothers Holdings Inc.'s Designations | Dr. Marsoner's Objections | Dr. Marsoner's Rebuttal Designations |
|---|---|---|
| 5:5-6:2 |  |  |
| 6:23-7:9 |  |  |
| 8:8-9:6 |  |  |
| 10:25-11:13 |  |  |
| 13:23-14:22 |  |  |
| 18:25-19:17 |  | 86:15-21 |
| 36:18-37:2 |  | 6:23-7:9; 8:4-7 |
| 44:5-23 |  |  |
| 45:9-18 |  |  |
| 49:10-22 |  |  |
| 51:24-52:20 |  |  |
| 56:22-57:5 |  |  |
| 62:1-69:22 | 63:13-16 (Leading); 65:13-18 (Leading); 67:4-7 (Leading) | 19:18-21; 26:17-28:14; 28:15-30:3; 30:20-24; 31:7-11; 62:1-63:12; 66:9-17; 66:24-67:1; 68:3-24 |
| 69:24-71:24 |  |  |
| 72:4-73:25 | 72:4-73:25 (Leading; Calls for Speculation) |  |
| 75:6-79:1 | 75:3-8 (Leading; Calls for Legal Conclusion); 76:13-25 (Leading) |  |
| 79:11-80:18 | 79:18-80:16 (Leading; Calls for Legal Conclusions) |  |

| | | |
|---|---|---|
| 81:5-12 | | |
| 81:18-82:1 | | |
| 86:24-87:12 | | |
| 87:24-90:12 | 89:1-8 (Leading; Calls for Speculation) | |
| 91:13-92:13 | | |
| 94:25-97:22 | 97:2-5 (Leading; Calls for Speculation) | |
| 101:8-107:2 | | 31:12-22 |
| 118:20-120:9 | | 120:10-121:2 |
| 121:3-25 | 121:10-12 (Leading; Asked and Answered; Calls for Speculation) | |
| 128:2-12 | | 128:13-19 |
| 128:19-129:25 | | 12:16-18; 18:9-21; 82:20-83:4; 85:11-86:21; 130:1-131:18 |

**Deposition Transcript of Ruggero Magnoni dated November 17, 2015:**

| **Lehman Brothers Holdings Inc.'s Designations** | **Dr. Marsoner's Objections** | **Dr. Marsoner's Rebuttal Designations** |
|---|---|---|
| 5:18-6:16 | | 6:17-9:9 |
| 35:12-13 | | |
| 36:15-38:2 | | 6:17-9:9 |
| 42:14-43:6 | | 32:20-33:4; 56:13-57:7 |
| 47:19-49:22 | | |
| 52:1-53:23 | | |
| 57:8-58:3 | | 23:23-24:2; 32:20-33:4; 56:13-57:7 |
| 62:7-65:25 | | 66:1-15 |
| 66:16-17 | | |

3

Date: June 29, 2016

By:   /s/   Pieter Van Tol

**HOGAN LOVELLS US LLP**
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

4

\\NY - 045382/000001 - 5906066 v3