# EXHIBIT G

# Parties' Joint List of Potential Trial Exhibits
### (Marsoner Evidentiary Hearing: July 25, 2016)

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC)

| Trial Exhibit No. | Date | Description of Exhibit | Bates Number/Other Identifier |
|---|---|---|---|
| **Exhibits Proposed by Marsoner and LBHI** | | | |
| 1 | 10/13/2005 | Email from Vittorio Pignatti to Jonathan Rouner re Thomas Marsoner ("Marsoner"), dated October 13, 2005 | LEH_0000058 |
| 2 | 12/1/2005 | Email chain between Marsoner, Thomas Bernard and others re F 1 Group sold to CVC Capital Partners for undisclosed sum, dated December 1, 2005 | LEH_0000214-17 |
| 3 | 5/31/2006 | Email from Mona Adler to Peter Calistri re Marsoner consulting Europe, dated May 31, 2006 | LEH_0000309 |
| 4 | 5/24/2007 | Email from Vittorio Pignatti to David Stonberg and others re BAWAG IBD fee | LEH_0000203 |
| 5 | 6/13/2007 | Email From Graham R. Wilson to Marsoner re: Schedule, dated June 13, 2007 | Ex. 13 to Van Tol Declaration |
| 6 | 7/4/2007 | Email from Marsoner to Jeremy Isaacs re Thanks for the Coffee, dated July 4, 2007 | Marsoner00000159-60 |
| 7 | 6/3/2010 | Corrected Affidavit of Service of Herb Baer, dated June 3, 2010 and excerpts of the exhibits attached thereto [ECF No. 9395] | ECF No. 9395 |
| 8 | 12/3/2012 | Email from Marsoner to Dan Schwarzmann re Update, dated Decmeber 3, 2012 | Marsoner00000157-58 |
| 9 | 3/10/2014 | Email chain between Marsoner and Sherratt re F1: past & future, dated March 10, 2014 | Marsoner00000197-204 |
| 10 | 6/19/2014 | Consent Order entered by the High Court of Justice, Chancery Division, in Marsoner v. Schwarzmann, et al., Claim No. 1434 of 2014, dated June 19, 2014 | Marsoner00000217-27 |
| 11 | 12/12/2014 | Email chain between Tom Bernard and Marsoner re F1, dated December 12, 2014 | Marsoner00000032-41 |
| 12 | 2/10/2015 | Declaration of Herb Baer, dated February 10, 2015 [ECF No. 48197] | ECF No. 48197 |
| 13 | 2/11/2015 | Declaraton of Raymond O'Grady, dated February 11, 2015 [ECF No. 48199] | ECF No. 48199 |
| 14 | 10/16/2015 | Letter from Maurice Horwitz to Shane Johnson, dated October 16, 2015 with attachment re titles, positions and directorships of former Lehman employees, dated October 16, 2015 | Ex. G to Lender Declaration |
| 15 | N/A | Spreadsheet prepared by the Plan Administrator from the Debtors' accounts payable system showing the addresses identified in Interrogatory Nos. 7, 8 and 9 of Marsoner's First Set of Interrogatories. | LEH_0000921-28 |
| **Exhibits Proposed by Marsoner** | | | |
| 16 | 3/21/2001 | Compendium of Advisory services agreements between Dr. Marsoner and Lehman Brothers Europe Limited ("LBEL"), dated March 21, 2001, July 24, 2002, February 13, 2004, May 5, 2006 and October 5, 2007. | Marsoner00000686-92, 701-34 |
| 17 | 12/4/2002 | Excerpt of Email chain dated December 4, 2002 between Vittorio Pignatti and Marsoner and others with a subject of "F1" | Marsoner00000008-11 |
| 18 | 11/26/2005 | Email dated November 26, 2005 from Thomas Bernard to Steve Hannan, Patrick Schmitz-Morkramer, and Peter Sherratt with a subject of "F1 Group sold to CVC Capital Partners for undisclosed sum" | LEH_0000204 |
| 19 | | Dr. Marsoner's Bank Statements showing payments from LBHI (redacted) | Ex. 11 to Van Tol Declaration |
| 20 | 3/5/2007 | Email dated March 5, 2007 from Michael Odrich to Vittorio Pignatti with a subject of "Bawag Sweet [sic] Equity" | LEH_000201-02 |
| 21 | | Proofs of Claim Nos. 9058 and 10984 | Included in Ex. 17 to Van Tol Declaration |
| 22 | 10/12/2007 | Consulting Agreement between LBEL, Alderton LLC, and Patrizia Micucci dated October 12, 2007 | LEH_0000398-398_009 |
| 23 | 8/1/2008 | Consultancy Agreement between Marco Figus and LBEL dated August 1, 2008 | LEH_0000399_001-016 |
| 24 | | Excerpts of Corrected Affidavit of Service [Docket No. 9395] | Included in Ex. 17 to Van Tol Declaration |
| 25 | 5/21/2007 | Invoice with supporting documentation submitted by Marsoner to LBEL dated May 21, 2007 | LEH_0000503-677 |

## Parties' Joint List of Potential Trial Exhibits
(Marsoner Evidentiary Hearing: July 25, 2016)

In re Lehman Brothers Holdings Inc., Case No. 08-13555 (SCC)

| Trial Exhibit No. | Date | Description of Exhibit | Bates Number/Other Identifier |
|---|---|---|---|
| 26 | 1/13/2014 | Letter from Pignatti to Daniel Schwarzmann, Joint Administrator of LBEL (in administration) dated January 13, 2014 | LEH_00001036 |
| 27 | 1/13/2014 | Letter dated January 13, 2014 from Ruggero Magnoni to Daniel Schwarzmann and PricewaterhouseCooopers with attached letter from Vittorio Pignatti Morano | LEH_00001037-38 |
| 28 | 9/19/2008 | Email dated September 19, 2008 from Aaron Johari to Guy Reynolds, Clodagh Hayes, Jason Shelly, Iain Wagstaff, Aaron Johari and Bruce Railton | LEH_0000384-395 |
| 29 | 2/11/2015 | Declaration of Thomas Behnke in Support of the Objection of Dr. Thomas Marsoner's Motion to Deem Proofs of Claim Timely Filed dated February 11, 2015 | Behnke Ex. 1 |
| 30 | 7/10/2009 | Herb Baer Affidavit of Service dated July 10, 2009 with attached service list excerpts | Behnke Ex. 2 |
| 31 | 8/9/2010 | Email chain dated August 9, 2010 between Thomas Marsoner and Jonathan Acquaviva and others regarding FX collar Termination Notice of October 2 | Marsoner00000609 |
| 32 | 4/21/2009 | Joint Administrators' progress report for the period 23 September 2008 to 22 March 2009 (sections 1-6) dated April 21, 2009 | Bowdler Ex. 06 |
| 33 | 10/3/2002 | Email dated October 3, 2002 from Thomas Marsoner to Vittorio, Peter Sherratt, Steve Hannan and Gabriela De La Concha regarding F1 | LEH_0000415 |
| 34 | 10/7/2002 | Email dated October 7, 2002 from Denise Calus to Thomas Bernard with a subject of "Conf Call between yourself, Peter Sherratt and Thomas Marsoner" | LEH_0000225 |
| 35 | 10/8/2002 | Email dated October 8, 2002 from Thomas Bernard to Vittorio Pignatti, Peter Sherratt and Steve Hannan regarding F1 | LEH_0000412 |
| 36 | 12/29/2014 | Declaration of Dr. Thomas Marsoner in Support of the Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date dated December 29, 2014 | Pignatti Ex. 04 |
| 37 | 2/3/2015 | Email dated February 2, 2015 from Tom Bernard to Thomas Marsoner with a subject of "does this work?" with attached letter | Marsoner0000042-43 |
| 38 | 2/3/2015 | Email chain dated February 3, 2015 between Christian Meissner and Thomas Marsoner with the subject of "F1" and attached letter | Marsoner00000624-26 |
| 39 | 12/30/2014 | Notice of Hearing on Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date with attached Motion ECF filed on December 30, 2014 | Sherratt Ex. 04 |
| 40 | 10/22/2002 | Email dated October 22, 2002 from Patrick Bierbaum to Peter Sherratt, Vittorio Pignatti, Stephen Sleigh, Thomas Marsoner, Steve Hannan, Patrick Schmitz-Morkramer with the subject of "Scope of responsibility for Thomas Marsoner" with attached Memorandum | LEH_0000222-24 |
| 41 | Withdrawn | | |
| 42 | 2/10/2015 | Supplemental Declaration of Dr. Thomas Marsoner in Support of the Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date, with attached letter from Vittorio Pignatti Morano dated January 7, 2015; letter from Ruggero Magnoni dated January 14, 2015; and letter from Thomas Bernard dated February 3, 2015 | Sherratt Ex. 06 |
| 43 | 6/24/2009 | Notice of Debtor's Motion Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014 for an Order Approving the Sale of Ordinary Shares and Notes Issued by the Delta Topco Limited and Ordinary Shares Issued by Delta Prefco Limited and Related Relief dated June 24, 2009 | Sherratt Ex. 08 |
| 44 | 4/10/2006 | Email from Graham Wilson to Marco Roggero re Thomas Marsoner, dated April 10, 2006 attaching draft letter agreement dated in April 2006 between LBEL and Marsoner (with handwritten underlining) | LEH_0000314-21 |
| 45 | 7/17/2009 | Order Pursuant to Sections 105 and 363 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 6004 and 9014 for an Order Approving the Sale of Ordinary Shares and Notes Issued by the Delta Topco Limited and Ordinary Shares Issued by Delta Prefco Limited and Related Relief | |
| Exhibits Proposed by LBHI | | | |
| 46 | 3/21/2001 | 2001 Executive Advisory Services Agreement between LBEL and Marsoner | Marsoner00000727-34 |
| 47 | 7/24/2002 | 2002 Executive Advisory Services Agreement between LBEL and Marsoner | Marsoner00000715-26 |

**Parties' Joint List of Potential Trial Exhibits**
(Marsoner Evidentiary Hearing:  July 25, 2016)

In re Lehman Brothers Holdings Inc.,  Case No. 08-13555 (SCC)

| Trial Exhibit No. | Date | Description of Exhibit | Bates Number/Other Identifier |
|---|---|---|---|
| 48 | 2/13/2004 | 2004 Executive Advisory Services Agreement between LBEL and Marsoner | Marsoner00000708-14 |
| 49 | 5/5/2006 | 2006 Executive Advisory Services Agreement between LBEL and Marsoner | Marsoner00000701-07 |
| 50 | 10/5/2007 | 2007 Executive Advisory Services Agreement between LBEL and Marsoner | Marsoner00000686-92 |
| 51 | 12/4/2002 | Email chain between Vittorio Pignatti, Marsoner and others re: F1, dated December 4, 2002 | Marsoner00000008-31 |
| 52 | N/A | Lehman Brothers 2007 Annual Report | Marsoner00000477-607 |
| 53 | 3/18/2003 | Email chain between Marsoner, James Cookson and others re Thomas Marsoner - Expenses nr 3, dated March 18, 2003 | LEH_0000485-87 |
| 54 | 10/13/2003 | Email chain between Aaron O. Johari, William McKeown, Vittorio Pignatti and Marco Roggero re Marsoner, Octover 13, 2003 | LEH_0000256 |
| 55 | 10/13/2005 | Email chain between Jonathan Rouner, Vittorio Pignatti and others re Marsoner, dated October 13, 2005 | LEH_0000059 |
| 56 | 10/13/2005 | Email chain between Jonathan Rouner, Vittorio Pignatti and others re Marsoner, dated October 13, 2005 | LEH_0000060 |
| 57 | 10/13/2005 | Email chain between Vittorio Pignatti, Jonathan Rouner and others re Marsoner, dated October 13, 2005 | LEH_0000061 |
| 58 | 10/17/2005 | Email from Marsoner to Jonathan Rouner re Memo, dated October 17, 2005 | LEH_0000062-63 |
| 59 | 4/10/2006 | Email from Graham R. Wilson to Willliam McKeown and Marco Roggero re Thomas Marsoner, dated April 10, 2006 | LEH_0000314-21 |
| 60 | 6/14/2007 | Invoice from Marsoner to LBEL, dated June 14, 2007 | LEH_0000678 |
| 61 | 3/10/2009 | Email chain from Stephen Evans to Dominic Gibb and others re Creditors that appear on both LBEL'S and LBL's creditors list, dated March 10, 2009 | LEH_0000323-25 |
| 62 | 6/15/2009 | Excerpts of Debtors' Amended Schedules of Assets and Liabilities, dated June 15, 2009 [ECF No. 3938] | ECF No. 3938 |
| 63 | 1/6/2015 | Draft letter from Vittorio Pignatti to U.S. Bankruptcy Court, SDNY, dated January 6, 2015 | Marsoner00000622-23 |
| 64 | 1/14/2015 | Email from Marsoner to Ruggero Magnoni, attaching draft letter to U.S. Bankruptcy Court, SDNY re F1 U.S., dated January 14, 2015 | Marsoner00000071-72 |