**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------   x
                                                                       :   Chapter 11

In re:                                                      :

                                                       :   Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*      :

                                                       :   (Jointly Administered)

                     Debtors.                   :

                                                       :   Ref. Docket Nos. 52914, 52917,
                                                       :   53004, 53005, 53006, 53007,
      :   53008, 53009, 53010, 53011,
      :   53012, 53013, 53014, 53055,
      :   53056, 53062, 53067, 53069,
      :   53070, 53071, 53072, 53073,
      :   53074, 53075, 53076, 53077,
      :   53078, 53079, 53080, 53082,
      :   53083, 53084, 53087, 53088,
      :   53089, 53090, 53091, 53092,
      :   53104, 53136, 53137, 53138,
      :   53139, 53140, 53141, 53142,
      :   53143, 53144, 53145, 53146,
      :   53147, 53148, 53158
-------------------------------------------------------------------------------   X

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1.   I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.   On July 5, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 5,  2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.   All envelopes utilized in the service of the foregoing contained the following legend:
"LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
8th day of July, 2016
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

# EXHIBIT A

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim.  While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:

CRESCENT 1, L.P.
TRANSFEROR: BARCLAYS BANK PLC
ATTN: SVET NIKOV
399 PARK AVENUE, 39TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 62783-93 in the above referenced case and in the amount of
$19,124.58 allowed at $19,138.42 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108418585 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000175063



CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CRESCENT 1, L.P.
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          53067          in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/05/2016                    Vito Genna, Clerk of Court

                    /s/ Lauren Rodriguez
                    _____
                    EPIQ BANKRUPTCY SOLUTIONS, LLC

                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 5, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ABN AMRO (GUERNSEY) LIMITED | TRANSFEROR: ABN AMRO BANK NV, JERSEY BRANCH, PO BOX 253, MARTELLO COURT, ADMIRAL PARK, ST. PETER PORT GY13QJ GUERNSEY |
| ABN AMRO BANK NV, JERSEY BRANCH | PO BOX 255, 7 CASTLE STREET, ST. HEILER, JERSEY  UNITED KINGDOM |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CREDIT SUISSE ITALY SPA, ATTN: FRANCO BRICHETTI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA INTERMOBILIARE | DI INVESTMENT E GESTIONI SPA, ATTN: MR. BALLARINI STEFANO-HEAD OF LEGAL AND COMPLIANCE DEPARTMENT, VIA GRAMSCI 7, TURIN 10121 ITALY |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| BROKWEL MANAGEMENT INC. | TRANSFEROR: ILLIQUIDX LLP, ATTN: PATRIZIO FABBRIS, 53RD E STREET, URBANIZACION MARBELLA, MMG TOWER, 16TH FLOOR, REPUBLIC OF PANAMA  PANAMA |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH HEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN:KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS EUROPE MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS EUROPE MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS OPPORTUNITIES MASTER FUND II, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD, ATTN: KENNETH KEELYEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CITIGROUP FINANCIAL PRODUCTS INC. | 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE ITALY SPA | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE ITALY SPA | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE ITALY SPA | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CRESCENT 1, L.P. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CRESCENT 1, LP | FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRESCENT 1, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, L.P. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CRS MASTER FUND, LP | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLORR, NEW YORK, NY 10022 |
| CYRUS EUROPE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS EUROPE MASTER FUND, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: BARCLAYS BANK PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| LTD. | FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS OPPORTUNITIES MASTER FUND II, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD. | TRANSFEROR: J.P. MORGAN SECURITIES PLC, ATTN: SVET NIKOV, 399 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND OFFSHORE MASTER LP, ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., ATTN: RICH VICHAIDITH, 60 WALL ST., 3RD FLOOR, NEW YORK, NY 10005 |
| HIMFIELD LIMITED | TRANSFEROR: LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED, C/O BAKER & MCKENZIE, 14/F, HUTCHISON HOUSE, 10 HARCOURT ROAD, REF: GAS/KYC/JCK/32071463-000439, HONG KONG   HONG KONG |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BANCA INTERMOBILIARE, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| LEHMAN BROTHERS COMMERCIAL CORPORATION ASIA LIMITED | (IN LIQUIDATION), TRANSFEROR: LEHMAN BROTHERS INTERNATIONAL (EUROPE), 8TH FLOOR, PRINCE'S BUILDING, 10 CHATER ROAD, CENTRAL  HONG KONG |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE HUNTINGTON INVESTMENT FUND, LP | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: JPMORGAN CHASE BANK, NA, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLUS RECOVERY FUND II MASTER LP. | MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: JPMORGAN CHASE BANK, NA, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND OFFSHORE MASTER LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: JPMORGAN CHASE BANK, NA, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| STATZ, MR. JOHANNES THEODOR | TRANSFEROR: VR-LIW GMBH, WALDSCHMIDTSTRASSE 7A, TUTZING 82327 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 280**