**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

| | |
|---|---|
| | : Chapter 11 |
| In re: | : |
| | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket Nos. 53024, 53110, |
| | : 53111, 53112, 53113, 53114, |
| | : 53115, 53116, 53117, 53182, |
| | : 53183, 53184, 53185, 53186, |
| | : 53187, 53188, 53201, 53219, |
| | : 53220, 53254, 53258 |

---------------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                                              ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 7, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 7, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                    */s/ Konstantina Haidopoulos*
                                                                    Konstantina Haidopoulos

Sworn to before me this
11th day of July, 2016
*/s/ Elli Krempa*
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2019

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
### BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim.  While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:     BAR(23) MAILID *** 000108434656 ***          LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 55855-79 in the above referenced case and in the amount of
$70,000.00 allowed at $70,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However     **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,
WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER         53024                in your objection.  If you file an objection, a hearing will be scheduled.     **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS
AS THE CLAIMANT.**

Date:  07/07/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 7, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, |

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE INTERNATIONAL | LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ROBERT HEALEY, 1-5 CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICA, C/O DEUTSCHE BANK SECURITIES INC., ATTM: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS CORE OPPORTUNITIES LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 1 LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O DEUTSCHE BANK SECURITIES INC., |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS OPPORTUNITIES FUND 2 LP, C/O DEUTSCHE BANK SECURITIES INC,, ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: STONE LION PORTFOLIO LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GENOBANK MAINZ EG | TRANSFEROR: VR-LIW GMBH, ATTN:MARK STEHLE, HAUPSTRASSE 106-110, MAIN-MOMBACH 55120 GERMANY |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH |

| Claim Name | Address Information |
|---|---|
| INC. | TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND LTD., STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P., ATTN: BRIAN WOOD, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS CORE OPPORTUNITIES LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 1 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS OPPORTUNITIES FUND 2 LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP; ATTN: GORDON YEAGER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT; ATTN: GORDON YEAGER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, ATTN: SOLUS COMPLIANCE OFFICER, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET; ATTN: GORDON YEAGER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| STONE LION PORTFOLIO LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, ATTN: CLAUDIA BORG, 461 FIFTH AVENUE, 14TH FLOOR, NEW YORK, NY 10017 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 129**