**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                           :    Chapter 11
                                                                 :
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                         :    Case No. 08-13555 (SCC)
                                                                 :
                                   Debtors.                      :    (Jointly Administered)
                                                                 :
                                                                 :    Ref. Docket Nos. 53102, 53103,
                                                                 :    53105, 53134
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 14, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 14, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
14th day of July, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
| --- | --- |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

SOLUS RECOVERY FUND LP
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC
C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP
ATTN: SOLUS COMPLIANCE OFFICER
410 PARK AVENUE, 11TH FLOOR
NEW YORK, NY 10022

Please note that your claim # 67080-57 in the above referenced case and in the amount of $4,536,606.60 allowed at $2,605,540.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108745060 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000175460



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: SOLUS RECOVERY FUND LP
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER        53134        in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/14/2016                                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 14, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| CREDIT SUISSE INTERNATIONAL | TRANSFEROR: BEDROK SECURITIES LLC, ATTN: ASHWINEE SAWH, ONE CABOT SQUARE, LONDON E14 4QJ UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII (PARALLEL 2), L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OAKTREE OPPORTUNITIES FUND VIII DELAWARE, L.P. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OCM OPPORUNTITIES FUND VIIB DELAWARE LP | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| OCM OPPORUNTITIES FUND VIIB DELAWARE LP | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, C/O OAKTREE CAPITAL MANAGEMENT, LP, ATTN: BILL SANTANGELO, 333 SOUTH GRAND AVE, 28TH FLOOR, LOS ANGELES, CA 90071 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS, LLC, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SOLUS COMPLIANCE OFFICER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 14**