**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 11 |
|  | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. |  |
|  | (Jointly Administered) |
| Debtors. |  |
|  | Ref. Docket Nos. 52908, 52909, 52910, 53015, 53052, 53054, 53176, 53177, 53178, 53179, 53180, 53181, 53183, 53201, 53208, 53211, 53212, 53267, 53282, 53287 |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 15, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 15, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
15th day of July, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

TRC MASTER FUND LLC
TRANSFEROR: BARCLAYS BANK PLC
C/O TR CAPITAL MANAGEMENT, LLC
ATTN: TERREL ROSS
P.O. BOX 633
WOODMERE, NY 11598

TRC MASTER FUND LLC
SIDLEY AUSTIN LLP
C/O ROBERT SCHEININGER AND ANDREW P. PROPPS, ESQS.
787 SEVENTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 26221-02 in the above referenced case and in the amount of $7,089,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108752138 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000175461



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: TRC MASTER FUND LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim.  However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 53208 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/15/2016                                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 15, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| CREDIT SUISSE AG | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, CRAVATH, SWAINE & MOORE LLP, ATTN: MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | MRS. ST. SWEENEY, KWJS & S, 570 7TH AVENUE, NEW YORK, NY 10018-1624 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND II MASTER LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY LH FUND LP., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RBS COUTTS BANK AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, NEW YORK, NY 10005 |
| GENOBANK MAINZ EG | TRANSFEROR: VR-LIW GMBH, MARK STEHLE, GENOBANK MAINZ EG, 55120 MAINZ-MOMBACH GERMANY |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |

| Claim Name | Address Information |
|---|---|
| IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: CARLA FELS, 227 SUNSET AVE, RIDGEWOOD, NJ 07450 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| ROTH IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., C/O CARLA FELS, 228 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| ROTH IRA FBO MICHAEL ZLATIN PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., MICHAEL ZLATIN, 552 CUMBERLAND STREET, ENGLEWOOD, NJ 07631 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NY 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN, RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NY 07450 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: ROTH IRA FBO CARLA FELS PERSHING LLC AS CUSTODIAN, RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SUSAN MCKOFKE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND II MASTER LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP; ATTN: GORDON YEAGER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SUSAN MCKOFKE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: MACQUARIE BANK LIMITED, C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, ATTN: SUSAN MCKOFKE, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET MANAGEMENT LP, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SOLUS RECOVERY LH FUND LP. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS, INC., C/O SOLUS ALTERNATIVE ASSET; ATTN: GORDON YEAGER, 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: CASPIAN ALPHA LONG CREDIT FUND, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| TRC MASTER FUND LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, C/O ROBERT SCHEININGER AND ANDREW P. PROPPS, ESQS., 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, C/O ROBERT SCHEININGER AND ANDREW P. PROPPS, ESQS., 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: BARCLAYS BANK PLC, C/O TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, C/O ROBERT SCHEININGER AND ANDREW P. PROPPS, ESQS., 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 56**

**Claim Name** **Address Information**