**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------- x
:  Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 39634, 39636,
: 39638, 53217, 53218
------------------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 18, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 18, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
19th day of July, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:

TRC MASTER FUND LLC
TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC.
C/O TR CAPITAL MANAGEMENT, LLC
ATTN: TERREL ROSS
P.O. BOX 633
WOODMERE, NY 11598

TRC MASTER FUND LLC
SIDLEY AUSTIN LLP
ATTN: ROBERT SCHEININGER
787 SEVENTH AVENUE
NEW YORK, NY 10019

Please note that your claim # 20120-08 in the above referenced case and in the amount of $25,276,577.32 allowed at $6,000,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108796551 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000175486



BANC OF AMERICA CREDIT PRODUCTS, INC.
TRANSFEROR: TRC MASTER FUND LLC
C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE
BANK OF AMER TOWER,3 FL; ONE BRYANT PARK
NEW YORK, NY 10036

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER          53218          in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 07/18/2016                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on July 18, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: TRC MASTER FUND LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMER TOWER,3 FL; ONE BRYANT PARK, NEW YORK, NY 10036 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION, ATTENTION: MICHELE OLDS, 10350 PARK MEADOWS DRIVE, LITTLETON, CO 80124 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., C/O TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SCHEININGER, ROBERT, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O TR CAPITAL MANAGEMENT LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., C/O TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH CAPITAL SERVICES, INC., TR CAPITAL MANAGEMENT, LLC, ATTN: TERREL ROSS, P.O. BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| TRC MASTER FUND LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND LLC | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES, ATTN: TIMOTHY PILLAR, VP, EP-MN-WS1D, 60 LIVINGSTON AVENUE, ST. PAUL, MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP, ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, III, 111 WEST MONROE STREET, 18TH FLOOR, CHICAGO, IL 60603 |

**Total Creditor Count 36**