**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
Debtors. :
: Ref. Docket Nos. 53151, 53152,
: 53202, 53204, 53221, 53224,
: 53225, 53230, 53231, 53232,
: 53296, 53328
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 20, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 20, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
20th day of July, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or otehwise being assigned the claim.

To:

RBS COUTTS BANK AG
STAUFFACHERSTRASSE 1
POSTFACH
ZURICH 8022
 SWITZERLAND

Please note that your claim # 545221-05 in the above referenced case and in the amount of $250,000.00 allowed at $250,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000108893042 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000175525



CREDIT SUISSE AG, SINGAPORE BRANCH
TRANSFEROR: RBS COUTTS BANK AG
C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP
ATTN: STEPHANIE SWEENEY, ESQ.
570 SEVENTH AVENUE, 17TH FLOOR
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        53328                in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/20/2016                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 20, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: MR DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA PASSADORE & C SPA | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| BANCA PASSADORE & C SPA | TRANSFEROR: INTESA SANPAOLO S.P.A., ATTN: MAURO GATTI, VIA ETTORE VERNAZZA 27, GENOVA 16121 ITALY |
| BANCA SELLA HOLDING S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: CARLO NEGRO, PIAZZA G. SELLA 1, BIELLA 13900 ITALY |
| CREDIT SUISSE AG, SINGAPORE BRANCH | TRANSFEROR: RBS COUTTS BANK AG, C/O KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, ATTN: STEPHANIE SWEENEY, ESQ., 570 SEVENTH AVENUE, 17TH FLOOR, NEW YORK, NY 10018 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: P STONE LION IE A FUND OF PERMAL MANAGED ACCT, PLATFORM ICAV, C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UK STERLING INFLATION-LINKED FUND - (#3689), C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: UK STERLING INFLATION-LINKED FUND - (#3689), C/O DEUTSCHE BANK SECURITIES INC., ATTN: MATT WEINSTEIN, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| FALCON PRIVATE BANK LTD | TRANSFEROR: HYPOSWISS PRIVATBANK AG, PELIKANSTRASSE 37, P.O. BOX 1376, 8021 ZURICH  SWITZERLAND |
| FINLANDIA GROUP PLC | TRANSFEROR: HIETAMAKI, MATTI, ATTN: JARKKO SISTONEN, FI ETELARANTA 20, HELSINKI 00100 FINLANDIA |
| FINLANDIA GROUP PLC | TRANSFEROR: HIETAMAKI, OLLI-PEKKA, ATTN: JARKKO SISTONEN, FI ETERLARANTA 20, HELSINKI 00100 FINLANDIA |
| FINLANDIA GROUP PLC | TRANSFEROR: VALKOLA, RISTO, ATTN: JARKKO SISTONEN, FI ETELARANTA 20, HELSINKI 00100 FINLANDIA |
| HIETAMAKI, MATTI | C/O PAMELA SMITH HOLLEMAN, ESQ., SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| HIETAMAKI, OLLI-PEKKA | C/O PAMELA SMITH HOLLEMAN, ESQ., SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| HYPOSWISS PRIVATBANK AG | TRANSFEROR: CREDIT SUISSE, SCHUTZENGASSE 4, ZURICH 8021 SWITZERLAND |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP., F/K/A BANCA MONTE PARMA SPA, ATTN: LUIGI FIORI CARONES- LEGAL DEPT, VIA VERDI 8, MILANO 20121 ITALY |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA SOC. COOP., F/K/A BANCA MONTE PARMA S.P.A., ATTN: LUIGI FIORI CARONES- LEGAL DEPT, VIA VERDI 8, MILANO 20121 ITALY |
| P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND LTD., C/O STONE LION PORTFOLIO L.P, ATTN: BRIAN WOOD, 555 5TH AVE, 18TH FLOOR, NEW YORK, NY 10017 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC, ATTN: TOM RICE, STYNE HOUSE, UPPER HATCH STREET, DUBLIN 2 IRELAND |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| UK STERLING INFLATION-LINKED FUND - (#3689) | PIMCO FUNDS: GLOBAL INVESTORS SERIES PLC, ATTN: TOM RICE, STYNE HOUSE, UPPER HATCH STREET, DUBLIN 2 IRELAND |
| UK STERLING INFLATION-LINKED FUND - | PACIFIC INVESTMENT MANAGEMENT COMPANY LLC, ATTN: KEVIN BROADWATER, 650 NEWPORT |

| Claim Name | Address Information |
|---|---|
| (#3689) | CENTER DRIVE, SUITE 100, NEWPORT BEACH, CA 92660 |
| VALKOLA, RISTO | C/O PAMELA SMITH HOLLERMAN, ESQ, SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |

**Total Creditor Count 28**