UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
In re                                                               :   Chapter 11 Case No.
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,                        :   08-13555 (SCC)
                                                                    :
                        Debtors.                                    :   (Jointly Administered)
                                                                    :
------------------------------------------------------------------- x

## SUPPLEMENTAL ORDER GRANTING THE PLAN ADMINISTRATOR'S FIVE HUNDRED EIGHTEENTH OMNIBUS OBJECTION TO CLAIMS (SATISFIED GUARANTY CLAIMS)

Upon the five hundred eighteenth omnibus objection to claims, dated June 6, 2016 (ECF No. 52980) (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above-referenced chapter 11 cases, pursuant to section 502(b) of the Bankruptcy Code, Rule 3007 of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim (ECF No. 6664), seeking disallowance of certain claims that have been deemed satisfied in full in accordance with the Plan, all as more fully described in the Objection; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, the claim listed on Exhibit 1 annexed hereto is disallowed and expunged in its entirety; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object and defend on any basis are expressly reserved with respect to any claim listed on Exhibit A annexed to the Five Hundred Eighteenth Omnibus Objection to Claims that is not listed on Exhibit 1; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: July 20, 2016
      New York, New York

                                    /S/ Shelley C. Chapman
                                  UNITED STATES BANKRUPTCY JUDGE

**Exhibit 1**

WEIL:\95778264\2\58399.0011

**IN RE LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO. 08-13555 (SCC)**

**OMNIBUS OBJECTION 518: EXHIBIT 1 - SATISFIED GUARANTY CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | SUNNY BANK, LTD., | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/27/2009 | 50143 | $14,053,808.12 | $14,053,808.12 | SATISFIED GUARANTY CLAIMS |