HOGAN LOVELLS US LLP
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | **Chapter 11** |
| | **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC., et al.** | **(Jointly Administered)** |
| **Debtors.** | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss
COUNTY OF NEW YORK     )

Ronald Cappiello, being duly sworn, deposes and says:

That I am over the age of eighteen years, am not a party to this action and reside in Passaic County, New Jersey and employed by Hogan Lovells US LLP.

That on the 20th day of July 2016, I caused to be served Docket Nos. 53380 and 53381, respectively:

(1) **Pre-Hearing Brief of Dr. Thomas Marsoner in Support of Motion to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date, dated July 20, 2016 (D.I. 53380);** and
(2) **Declaration of Pieter Van Tol in Support of Pre-Hearing Pre-Hearing Brief of Dr. Thomas Marsoner in Support of Motion to Deem Proofs of Claim to be Timely Filed as of the Claims Bar Date, dated July 20, 2016, inclusive of Exhibits 1-22 attached thereto [D.I. 53381],**

Via Federal Express Overnight Mail service addressed to the recipients attached as <u>Schedule A.</u>

          */s/Ronald Cappiello*
          RONALD CAPPIELLO

Sworn to before me this
22nd day of July, 2016

*/s/Maria Havelka*
Maria Havelka
Notary Public, State of New York
No. 01-HA4637976
Qualified in New York County
Commission Expires August 31, 2018

2

\\NY - 045382/000001 - 6058442 v1

## SCHEDULE A

Richard P. Krasnow, Esq.
Lori R. Fife, Esq.
Shai Y. Waisman, Esq.
Jacqueline Marcus, Esq.
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, N.Y. 10153
*Attorneys for the Debtors*

Andy Velez-Rivera, Esq.
Paul Schwartzberg, Esq.
Brian Masumoto, Esq.
Linda Riffkin, Esq.
William K. Harrington, Esq.
U.S. Trustees
33 Whitehall Street, 21st Floor
New York, N.Y. 10004
 And re-delivered by Federal Express
  To: 201 Varick Street, Rm. 1006
New York, NY  10014

Dennis F. Dunne, Esq.
Dennis O'Donnell, Esq.
Evan R. Fleck, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, N.Y. 10005
*Attorneys for the Creditors' Committee*