# �belongs UBS

UBS AG
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

www.ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

# Message

June 27, 2016


RECEIVED JUL -5 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

**subject**  Claim Transfer Agreement Lehman Program Securities

On behalf of            Attention: Clerk of the Court

you are receiving      Evidence of partial transfer of claim: Berner Kantonalbank AG

☐ for your information          ☐ returned with thanks          ☐ please return
☒ for your records              ☐ please comment                ☒ please confirm receipt
☐ as agreed                     ☐ please sign                   ☒ please process
☐ please complete               ☐

Remarks
TOCE162    10'000.00 & 25'000.00    XS0270987547 & CH0027120671
Transferor: Berner Kantonalbank AG / Claim Number: 50111 & 50117
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

Notice Pursuant to Bankruptcy Rule 3001

RECEIVED
JUL -5 2016
BANKRUPTCY COURT
OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: Lehman Brothers Holdings Inc.

Case No.: 08-13555 (JMP)
Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: <br> UBS AG | Name of Transferor: <br> Berner Kantonalbank AG |
|---|---|
| Notices to Transferee should be sent to: <br> UBS AG <br> Bahnhofstrasse 45 <br> CH - 8001 Zurich, Switzerland <br> PHONE +41 44 235 37 36 <br> Attn: Mr. Hugo Koller <br> EMAIL hugo.koller@ubs.com | Court Record Address of the Transferor: <br> (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor <br> Berner Kantonalbank AG <br> Postfach <br> CH 3001 Bern <br> PHONE ++41 31 666 11 33 <br> Attn: Mr. Samuel Stucki <br> EMAIL samuel.stucki@bekb.ch |
| Amount of Claim Being Transferred: <br><br> EUR 10'000 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 50111 | |
| Date Claim Filed: October 27, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 27.6.16
    Matthias Mohos          Hugo Koller
    Associate Director      Director     Toni Kocevski
                                         Associate Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOCE162.02

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 50111 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cap. Protected Lehman Bros Treasury BV 2006-1.22.2009 / Basket of shares | XS0270987547 | LBT BV | LBH Inc. | EUR 10'000.00 out of EUR 30'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

BERNER KANTONALBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
CH - 8001 Zurich, Switzerland
PHONE +41 44 235 37 36
Attn: Mr. Hugo Koller
EMAIL hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the

Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20th, 2016.

Berner Kantonalbank AG
Transferor

By: _____
Name: Samuel Stucki
Title: Authorized representative

By: _____
Name: Hans-Georg Schmid
Title: Authorized representative

ACKNOWLEDGED BY:

[UBS AG]
Transferee

By: _____
Name: Matthias Mohos          Hugo Kotter          Toni Kocevski
Titel: Associate Director      Director             Associate Director

Notice Pursuant to Bankruptcy Rule 3001

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP
                                            Court ID (Court Use Only) _____

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>UBS AG | Name of Transferor:<br>Berner Kantonalbank AG |
|---|---|
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>CH - 8001 Zurich, Switzerland<br>PHONE +41 44 235 37 36<br>Attn: Mr. Hugo Koller<br>EMAIL hugo.koller@ubs.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>Berner Kantonalbank AG<br>Postfach<br>CH 3001 Bern<br>PHONE ++41 31 666 11 33<br>Attn: Mr. Samuel Stucki<br>EMAIL samuel.stucki@bekb.ch |
| Amount of Claim Being Transferred:<br><br>CHF 25'000  (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 50117 | |
| Date Claim Filed: October 27, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 27.6.16
    Matthias Mohos    Hugo Koller    Toni Kocevski
    Associate Director    Director    Associate Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOCE162.01

Evidence of Transfer

### EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 50117 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Cert. Lehman Bros Treasury BV 2007-21.2.2012 / SMI Index | CH0027120671 | LBT BV | LBH Inc. | CHF 25'000.00 out of CHF 475'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the Addendum to the Proof of Claim.

BERNER KANTONALBANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
CH - 8001 Zurich, Switzerland
PHONE ++41 44 235 37 36
Attn: Mr. Hugo Koller
EMAIL hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the

Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated May 20th, 2016.

Berner Kantonalbank AG
Transferor

By: _____
Name: Samuel Stucki
Title: Authorized representative

By: _____
Name: Hans-Georg Schmid
Title: Authorized representative

ACKNOWLEDGED BY:

[UBS AG]
Transferee

By: _____
Name: Matthias Mohos          Hugo Kotler          Toni Kocevski
Titel: Associate Director     Director             Associate Director