B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS INC.,   ,  Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| FAN WAI KUEN | LIM PEK FONG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: MR FAN WAI KUEN
Flat A 7/F Block 6
LE BLEU DEUX, 12 Tung Chung Waterfront Road, Tung Chung, Hong Kong.

Court Claim # (if known):  45356
Amount of Claim:  $76,079.19
Date Claim Filed:  10/23/2009

Phone:  852-90979522
Last Four Digits of Acct #:  0212

Phone:  852-90338715
Last Four Digits of Acct. #:  8162

Name and Address where transferee payments should be sent (if different from above):
63/F, 2 International Finance Centre,
Central, Hong Kong Attn. Corinna Ko

Phone:  852-29098336
Last Four Digits of Acct #:  0212

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___[signature]___    Date:  21 June 2016
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED JUL -5 2016 U.S BANKRUPTCY COURT SDNY