Franklin H. Top III (admitted *pro hac vice*)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

M. William Munno
Daniel E. Guzmán
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1587

*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts*

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts*

John C. Weitnauer (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000

Dennis J. Drebsky (admitted *pro hac vice*)
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3091

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust*

*Counsel for Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**APPELLANTS' DESIGNATION OF RECORD ON APPEAL AND**
**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellants U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts ("U.S. Bank"); Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustee for Certain Mortgage-Backed Securities

Trust ("Wilmington"); Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts ("Law Debenture"); and Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts ("Deutsche" and collectively with U.S. Bank, Wilmington, and Law Debenture, the "RMBS Trustees" or "Appellants") designate the following items for inclusion in the record on appeal and state the issues to be presented on appeal to the United States District Court for the Southern District of New York from the following order of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered in the above-captioned case:

> Order Granting Debtors' Motion to (A) Disallow And Expunge Certain RMBS Claims and (B) Release Certain Related Claims Reserves (Docket Number 53163)

## I. Designation of Record on Appeal[1]

| Designated Number | Date of Filing | Docket Number | Document Description |
|---|---|---|---|
| 1. | 08/22/2014 | Entry # 46078 | The RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow Their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code (the "Estimation Motion[2]") |
| 2. | 08/22/2014 | Entry # 46080 | Declaration of Charles A. Parekh, PH.D. in support of Estimation Motion. |
| 3. | 08/22/2014 | Entry # 46085 | Declaration of James H Aronoff, in support of Estimation Motion. |
| 4. | 10/15/2014 | Entry # 46526 | Lehman Brothers Holdings Inc.'s (A) Objection to the Estimation Motion., and (B) Cross-Motion |

---

[1]   For items designated, the designation includes all documents referenced within the particular document number, including, without limitation, all exhibits, attachments, declarations and affidavits related thereto.

[2]   Terms not defined herein shall have the meaning ascribed to them in the RMBS Trustees' Objection to Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves (Docket No. 52951).

| | | | |
|---|---|---|---|
| | | | to Establish a Protocol to Resolve Claims Filed by RMBS Trustees |
| 5. | 11/14/2014 | Entry # 46960 | The RMBS Trustees' (1) Reply in Support of their Motion to Estimate the RMBS Claims Using Statistical Sampling, and (2) Opposition to Lehman's Cross-Motion for a Full Loan-by-Loan Review |
| 6. | 11/14/2014 | Entry # 46961 | Reply Declaration Of Charles A. Parekh, PH.D |
| 7. | 12/03/2014 | Entry # 47185 | Lehman Brothers Holdings Inc.'s Reply Brief (A) in Opposition to RMBS Trustees' Motion to (I) Increase the Reserve to $12.143 Billion and (II) Estimate and Allow their Claims for Covered Loans at $12.143 Billion Pursuant to Section 502(c) of the Bankruptcy Code, and (B) in Further Support of its Cross-Motion to Establish a Protocol to Resolve Claims Filed by RMBS Trustees |
| 8. | 12/08/2014 | Entry # 47233 | Supplement to Motion RMBS Trustees to Estimate the RMBS Claims Using Statistical Sampling |
| 9. | 12/29/2014 | Entry # 47569 | Order Establishing a Protocol to Resolve Claims Filed by Trustees on Behalf of Certain Issuers of Residential Mortgage-Backed Securities (the "Protocol Order") |
| 10. | 07/24/2015 | Entry # 50477 | Transcript regarding Hearing Held on 7/22/2015 10:03AM RE: Status Conference Regarding Order Establishing a Protocol to resolve Claims Filed by Trustees on Behalf of Certain Issuers of Residential Mortgage-Backed Securities; Four Hundred Ninety-Ninth Omnibus Objection to Claims |
| 11. | 09/18/2015 | Entry # 51186 | Transcript regarding Hearing Held on 9/17/2015 10:04 AM RE: Status Conference regarding the RMBS Protocol. |
| 12. | 3/24/2016 | Entry # 52342 | Notice Of Status Report Of The RMBS Trustees With Respect To Compliance With The Protocol And Motion To Extend The Overall Claim File |

08-13555-mg    Doc 53403    Filed 07/25/16    Entered 07/25/16 14:21:12    Main Document
Pg 4 of 15

| | | | |
|---|---|---|---|
| | | | Cut-Off Date For Certain Loans Under The Protocol Order |
| 13. | 3/30/2016 | Entry # 52489 | Transcript regarding Hearing Held on 3/29/2016 10:00AM RE: Status Conference Relating to the Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely; Notice of Status Report of the RMBS Trustees with Respect to Compliance with the Protocol and Motion to Extend the Overall Claim File Cut-Off Date for Certain Loans Under the Protocol Order. |
| 14. | 3/31/2016 | Entry # 52367 | Order Granting Motion of RMBS Trustees To Extend The Overall Claim File Cut-Off Date For Certain Loans Under The Protocol Order and Related Relief |
| 15. | 04/28/2016 | Entry # 52640 | Debtors' Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves (the "Expungement Motion") |
| 16. | 05/26/2016 | Entry # 52951 | Objection to Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves (the "Objection to the Expungement Motion") |
| 17. | 06/13/2016 | Entry # 53041 | Transcript regarding Hearing Held on 06/09/16 at 2:01 pm RE: Doc #52640 Debtors Motion to (A) Disallow and Expunge Certain RMBS Claims, and (B) Release Certain Related Claims Reserves |
| 18. | 06/15/2016 | Entry # 53042 | Letter to Judge Chapman in Response to the June 14, 2016 Letter filed by John C. Weitnauer on behalf of Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustees for Certain Mortgage-Backed Securities Trust. |
| 19. | 06/21/2016 | Entry # 53094 | Letter to Judge Chapman dated June 14, 2016 filed by Todd G. Cosenza on behalf of Lehman Brothers Holdings Inc. |
| 20. | 06/27/2016 | Entry # 53163 | Order Granting Debtors' Motion to (A) Disallow and Expunge Certain RMBS Claims and (B) |

|     |            |                  |                                                                                                                                                                                                     |
|-----|------------|------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     |            |                  | Release Certain Related Claims Reserves (the "Expungement Order")                                                                                                                                   |
| 21. | 07/11/2016 | Entry # 53308    | Notice of Appeal and Statement of Election                                                                                                                                                          |
| 22. | Various    | Various          | All Proofs of Claim listed on Exhibit B to the Expungement Motion, which list is attached hereto as Exhibit 1                                                                                        |
| 23. | Various    | Various          | All Proofs of Claim underlying Covered Loan Claims and Transferor Loan Claims disallowed by the Expungement Order and not included on Exhibit B to the Expungement Motion, which list is attached hereto as Exhibit 2 |

## II.  Statement Of Issues To Be Presented On Appeal

1. Whether the Bankruptcy Court erred when it expunged claims arising from approximately 12,000 Covered Loans based solely on the Protocol Order without permitting the RMBS Trustees an opportunity to prove those claims by the use of statistical sampling when the Protocol Order explicitly stated that "the RMBS Trustees' right, if any, to seek to provide proof in support of the allowance of the RMBS Claims through the use of statistical sampling, and (ii) the Plan Administrator's right to object to the use of statistical sampling by the RMBS Trustees, is reserved."

2. Whether the Bankruptcy Court erred when it expunged all claims arising from approximately 600,000 Transferor Loans based solely on the Protocol Order (i) when the Protocol Order, by its terms, did not apply to Transferor Loans and, alternatively, (ii) if the Protocol Order is construed to apply to Transferor Loans, the Protocol Order explicitly stated that "the RMBS Trustees' right, if any, to seek to provide proof in support of the allowance of the RMBS Claims through the use of statistical sampling, and (ii) the Plan Administrator's right to object to the use of statistical sampling by the RMBS Trustees, is reserved."

3. Whether the Bankruptcy Court erred when it disallowed and expunged the RMBS Trustees' claims without an evidentiary hearing in which the RMBS Trustees were given an opportunity to prove their claims using any admissible evidence available.

The Appellants reserve the right to amend or supplement the above designation of items to be included in the record on appeal and statement of issues to be presented on appeal.

New York, New York
Dated: July 25, 2016

/s/ Franklin H. Top III
Franklin H. Top III (admitted *pro hac vice*)
CHAPMAN AND CUTLER LLP
111 West Monroe Street
Chicago, Illinois 60603
Telephone: (312) 845-3000

*Counsel for U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts*


/s/ John C. Weitnauer
John C. Weitnauer (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000

*Counsel for Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust*


/s/ M. William Munno
M. William Munno
Daniel E. Guzmán
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1587

*Counsel for Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts*

/s/ Dennis J. Drebsky
Dennis J. Drebsky (admitted *pro hac vice*)
NIXON PEABODY LLP
437 Madison Avenue
New York, New York 10022
Telephone: (212) 940-3091

*Counsel for Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts*

# EXHIBIT 1

**Expungement Motion - Exhibit B**

| POC NUMBER | CLAIMANT | DEBTOR |
| --- | --- | --- |
| 15982 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15993 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15994 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15995 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15997 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 15998 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16349 | U.S. BANK | Structured Asset Securities Corporation |
| 16354 | U.S. BANK | Structured Asset Securities Corporation |
| 16355 | U.S. BANK | Structured Asset Securities Corporation |
| 16356 | U.S. BANK | Structured Asset Securities Corporation |
| 16357 | U.S. BANK | Structured Asset Securities Corporation |
| 16358 | U.S. BANK | Structured Asset Securities Corporation |
| 16359 | U.S. BANK | Structured Asset Securities Corporation |
| 16360 | U.S. BANK | Structured Asset Securities Corporation |
| 16361 | U.S. BANK | Structured Asset Securities Corporation |
| 16362 | U.S. BANK | Structured Asset Securities Corporation |
| 16363 | U.S. BANK | Structured Asset Securities Corporation |
| 16364 | U.S. BANK | Structured Asset Securities Corporation |
| 16365 | U.S. BANK | Structured Asset Securities Corporation |
| 16366 | U.S. BANK | Structured Asset Securities Corporation |
| 16367 | U.S. BANK | Structured Asset Securities Corporation |
| 16368 | U.S. BANK | Structured Asset Securities Corporation |
| 16369 | U.S. BANK | Structured Asset Securities Corporation |
| 16370 | U.S. BANK | Structured Asset Securities Corporation |
| 16371 | U.S. BANK | Structured Asset Securities Corporation |
| 16372 | U.S. BANK | Structured Asset Securities Corporation |
| 16373 | U.S. BANK | Structured Asset Securities Corporation |
| 16374 | U.S. BANK | Structured Asset Securities Corporation |
| 16375 | U.S. BANK | Structured Asset Securities Corporation |
| 16376 | U.S. BANK | Structured Asset Securities Corporation |
| 16378 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16384 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16385 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16386 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16390 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16391 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16393 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16394 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16398 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 16415 | U.S. BANK | Structured Asset Securities Corporation |

| | | |
|---|---|---|
| 16416 | U.S. BANK | Structured Asset Securities Corporation |
| 16417 | U.S. BANK | Structured Asset Securities Corporation |
| 16418 | U.S. BANK | Structured Asset Securities Corporation |
| 16419 | U.S. BANK | Structured Asset Securities Corporation |
| 16420 | U.S. BANK | Structured Asset Securities Corporation |
| 16421 | U.S. BANK | Structured Asset Securities Corporation |
| 16422 | U.S. BANK | Structured Asset Securities Corporation |
| 16423 | U.S. BANK | Structured Asset Securities Corporation |
| 16424 | U.S. BANK | Structured Asset Securities Corporation |
| 16425 | U.S. BANK | Structured Asset Securities Corporation |
| 16426 | U.S. BANK | Structured Asset Securities Corporation |
| 16427 | U.S. BANK | Structured Asset Securities Corporation |
| 16428 | U.S. BANK | Structured Asset Securities Corporation |
| 20493 | U.S. BANK | Structured Asset Securities Corporation |
| 20494 | U.S. BANK | Structured Asset Securities Corporation |
| 20495 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20496 | U.S. BANK | Structured Asset Securities Corporation |
| 20497 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20500 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20501 | U.S. BANK | Structured Asset Securities Corporation |
| 20502 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20503 | U.S. BANK | Structured Asset Securities Corporation |
| 20504 | U.S. BANK | Structured Asset Securities Corporation |
| 20505 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20506 | U.S. BANK | Structured Asset Securities Corporation |
| 20507 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20508 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20511 | U.S. BANK | Structured Asset Securities Corporation |
| 20513 | U.S. BANK | Structured Asset Securities Corporation |
| 20515 | U.S. BANK | Structured Asset Securities Corporation |
| 20517 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20518 | U.S. BANK | Structured Asset Securities Corporation |
| 20519 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20532 | U.S. BANK | Structured Asset Securities Corporation |
| 20584 | U.S. BANK | Structured Asset Securities Corporation |
| 20585 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20586 | U.S. BANK | Structured Asset Securities Corporation |
| 20587 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20590 | U.S. BANK | Structured Asset Securities Corporation |
| 20591 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 20592 | U.S. BANK | Structured Asset Securities Corporation |
| 20594 | U.S. BANK | Structured Asset Securities Corporation |
| 20596 | U.S. BANK | Structured Asset Securities Corporation |
| 21103 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 21104 | U.S. BANK | Structured Asset Securities Corporation |
| 21106 | U.S. BANK | Structured Asset Securities Corporation |

| | | |
|---|---|---|
| 21108 | U.S. BANK | Structured Asset Securities Corporation |
| 21110 | U.S. BANK | Structured Asset Securities Corporation |
| 21113 | U.S. BANK | Structured Asset Securities Corporation |
| 21115 | U.S. BANK | Structured Asset Securities Corporation |
| 21117 | U.S. BANK | Structured Asset Securities Corporation |
| 21119 | U.S. BANK | Structured Asset Securities Corporation |
| 21121 | U.S. BANK | Structured Asset Securities Corporation |
| 21123 | U.S. BANK | Structured Asset Securities Corporation |
| 21125 | U.S. BANK | Structured Asset Securities Corporation |
| 21127 | U.S. BANK | Structured Asset Securities Corporation |
| 21131 | U.S. BANK | Structured Asset Securities Corporation |
| 21133 | U.S. BANK | Structured Asset Securities Corporation |
| 21134 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 21135 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 21136 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22718 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22719 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22721 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22766 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 22774 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 24582 | U.S. BANK | Structured Asset Securities Corporation |
| 24748 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24749 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24751 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24752 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24755 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24768 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24769 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24772 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24773 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24774 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24775 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24776 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24777 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24779 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24781 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24783 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24785 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24787 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24789 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24790 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24791 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24793 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24794 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24795 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24796 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |

| | | |
|---|---|---|
| 24797 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24798 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24799 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24800 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24801 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24803 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24806 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24808 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24809 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24811 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24813 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24815 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24816 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24817 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24820 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24821 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24822 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24824 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24827 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24829 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24830 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24832 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24833 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24834 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24835 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24836 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24837 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24838 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24839 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24840 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24842 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24843 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24844 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 24845 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24847 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 24848 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 25654 | U.S. BANK | Structured Asset Securities Corporation |
| 32118 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32119 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32120 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32121 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32123 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32125 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32127 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32154 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32155 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |

| | | |
|---|---|---|
| 32159 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 32160 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 32162 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33066 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33067 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33071 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33072 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33073 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33074 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33075 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33076 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33077 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33078 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33080 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33082 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33092 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33095 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33096 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33097 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33098 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33100 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33101 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33102 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33105 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33109 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 33153 | WELLS FARGO, N.A., AS TRUSTEE | Lehman Brothers Holdings Inc. |
| 33255 | WELLS FARGO, N.A., AS TRUSTEE | Structured Asset Securities Corporation |
| 66525 | WILMINGTON TRUST COMPANY, AS TRUSTEE | Structured Asset Securities Corporation |
| 66614 | U.S. BANK | Lehman Brothers Holdings Inc. |
| 67418 | U.S. BANK | Lehman Brothers Holdings Inc. |

# **Exhibit 2**

**Proofs of Claim underlying Covered Loan Claims and Transferor Loan Claims
disallowed by the Expungement Order but not included on Exhibit B to the Expungement Motion**

| POC NUMBER | CLAIMANT | DEBTOR |
|---|---|---|
| 15981 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15983 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15984 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15985 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15986 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15987 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15988 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15989 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15990 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15992 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 15996 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16351 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16352 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16380 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16381 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16382 | Wilmington Trust Company, as Trustee | Lehman Brothers Holdings Inc. |
| 16383 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16387 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16388 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16392 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16395 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16396 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16397 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 16399 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 18542 | Deutsche National Trust Company, as Trustee | Lehman Brothers Holdings Inc. |
| 20420 | Wilmington Trust Company, as Trustee | Lehman Brothers Holdings Inc. |
| 20510 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20512 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20514 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20516 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20533 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20593 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 20595 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21105 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21107 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21109 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21111 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21112 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |

| | | |
|---|---|---|
| 21114 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21116 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21118 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21122 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21124 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21126 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21129 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21130 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 21132 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 22604 | Wilmington Trust, N.A., as Successor to Citibank, N.A. | Lehman Brothers Holdings Inc. |
| 22605 | Wilmington Trust, N.A., as Successor to Citibank, N.A. | Lehman Brothers Holdings Inc. |
| 22606 | Wilmington Trust, N.A., as Successor to Citibank, N.A. | Lehman Brothers Holdings Inc. |
| 22761 | Wilmington Trust, N.A., as Successor to Citibank, N.A. | Lehman Brothers Holdings Inc. |
| 22773 | Wilmington Trust Company, as Trustee | Lehman Brothers Holdings Inc. |
| 24349 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24747 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24750 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24753 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24754 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24778 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24780 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24782 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24784 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24786 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24788 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24792 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24802 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24805 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24807 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24810 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24812 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24814 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24818 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24819 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24823 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24825 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24826 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24828 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 24831 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32122 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32124 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32126 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |

| | | |
|---|---|---|
| 32153 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32156 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32157 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32161 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32163 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32169 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32170 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33070 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33081 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33093 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33099 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33103 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33106 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33108 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 33111 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 34319 | Wells Fargo Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 66613 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 67849 | US Bank, N.A., as Trustee | Lehman Brothers Holdings Inc. |
| 32168 | Wells Fargo Bank, N.A., as Trustee | Structured Asset Securities Corporation |