John C. Weitnauer (admitted *pro hac vice*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309
(404) 881-7000
kit.weitnauer@alston.com

*Counsel for Wilmington Trust Company
and Wilmington Trust National Association, solely
in their respective capacities as Trustee for
Certain Mortgage-Backed Securities Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., ET AL., | **Case No. 08-13555 (SCC)** |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Leslie Salcedo, being duly sworn, hereby deposes and says:

    1.    I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

    2.    On the 25th of July 2016, I caused true and correct copies of the Appellants' Designation of Record on Appeal and Statement of Issues to be Presented on

Appeal [Docket No. 53403] to be served upon the parties listed on the attached Service

List in Exhibit A in the manner indicated.

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
25th day of July, 2016

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI6029313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 9, 2017

# Exhibit A

**Via First Class Mail**

| | |
|---|---|
| Wilkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, New York 10019-6099 | Michael A. Rollin<br>Rollin Braswell Fisher LLC<br>8350 East Crescent Parkway, Suite 100<br>Greenwood Village, CO 80111 |
| Franklin H. Top III<br>CHAPMAN AND CUTLER LLP<br>111 West Monroe Street<br>Chicago, Illinois 60603 | M. William Munno<br>Daniel E. Guzmán<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004 |
| Dennis J. Drebsky<br>NIXON PEABODY LLP<br>437 Madison Avenue<br>New York, New York 10022 | |