UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

               Debtor.

Chapter 11

Case No. 08-13555 (SCC)

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE COURT:

      Please take notice that Evan C. Hollander hereby withdraws his appearance as counsel for Tiger Asia Fund, L.P., a creditor in the captioned case.

Dated: New York, New York
         July 25, 2016

                                          /s/ Evan C. Hollander
                                          Orrick, Herrington & Sutcliffe LLP
                                          51 West 52nd Street
                                          New York, NY 10019
                                          Tel. 212-506-5145
                                          Email: echollander@orrick.com