WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Richard L. Levine
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
----------------------------------------------------------------x
                                                                :
In re                                                           :   Chapter 11 Case No.
                                                                :
LEHMAN BROTHERS HOLDINGS INC., et al.,                          :   08-13555 (SCC)
                                                                :
                    Debtors.                                    :   (Jointly Administered)
                                                                :
----------------------------------------------------------------x
```

**NOTICE OF AGENDA OF MATTERS**
**SCHEDULED FOR HEARING ON JULY 28, 2016 AT 10:00 A.M.**

Location of Hearing:  United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTER:**

1. Plan Administrator's Objection to Claim Number 29606 [**ECF No. 53215**]

    Response Deadline:    June 20, 2016 at 4:00 p.m.

    Response Received:

    A.  SRM Global Master Fund Limited Partnership's Response to the Plan Administrator's Objection to Claim Number 29606 [**ECF No. 53250**]

<u>Related Documents</u>:

B. Plan Administrator's Reply [**To Be Filed Under Seal**]

C. Order Granting Motion Authorizing (I) the Filing of Documents Under Seal and (II) the Redaction of Confidential Commercial Information [**ECF No. 53210**]

D. Declaration of Sir John Chadwick in Respect of English Lawissues Arising in Relation to the Recovery of Damages Claimed by SRM Global Master Fund Limited Partnership [**ECF No. 53216**]

E. Motion of SRM Global Master Fund Limited Partnership for Leave to File Under Seal [**ECF No. 53249**]

F. Declaration of Philip Ian Price [**ECF No. 53251**]

G. Declaration of Jonathan Wood [**ECF No. 53252**]

H. Declaration of Lord Collins of Mapesbury [**ECF No. 53253**]

I. Supplemental Declaration of Sir John Chadwick [**To Be Filed Under Seal**]

<u>Status</u>:  This matter is going forward.

Dated: July 26, 2016
     New York, New York

/s/ Garrett A. Fail
Richard L. Levine
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates

2

WEIL:\95787014\1\58399.0011