UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
                                                            :
In re:                                                      :
                                                            :    Case No. 08-13555 (JMP)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                    :
                                                            :    Chapter 11
                            Debtors.                        :
                                                            :    (Jointly Administered)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF REQUEST FOR REMOVAL
## FROM ELECTRONIC FILING NOTICE LIST

Stephen Z. Starr of the law firm Starr & Starr, PLLC, hereby requests that the Clerk remove him from the electronic notice list for the instant bankruptcy matter.

Dated: July 27, 2016

                                              By: /s/ Stephen Z. Starr_____
                                              Stephen Z. Starr
                                              STARR & STARR, PLLC
                                              260 Madison Ave., Fl. 17
                                              New York, NY 10016
                                              (212) 867-8165