UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

## JUNE 2016 POST-EFFECTIVE OPERATING REPORT

JUNE 1, 2016 – JUNE 30, 2016
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC.<br>c/o KRISTINE DICKSON<br>EXECUTIVE VICE PRESIDENT - FINANCE<br>1271 AVENUE OF THE AMERICAS<br>40th FLOOR<br>NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP<br>c/o  JACQUELINE MARCUS, GARRETT A. FAIL<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date:  July 27, 2016

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………………….. 3

Lehman Brothers Holdings Inc. and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements …………………………………….... 4
    Schedule of Cash Receipts and Disbursements ………………………………………………………….... 6

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 8
    Schedule of Professional Fee and Expense Disbursements ……………………………………………….... 9

**SCHEDULE OF DEBTORS**

The twenty three entities listed below (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below.  On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred.  As of the date hereof, the following Debtors' chapter 11 cases remain open:

| | **Case No.** | **Date Filed** |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc. ("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |

The following Debtors' chapter 11 cases were closed on January 28, 2016, pursuant to a final decree entered by the Bankruptcy Court (Docket No. 51920):

| | **Case No.** | **Date Filed** | **Date Closed** |
|---|---|---|---|
| LB 745 LLC | 08-13600 | 9/16/2008 | 1/28/2016 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 | 1/28/2016 |
| CES Aviation LLC | 08-13905 | 10/5/2008 | 1/28/2016 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 | 1/28/2016 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 | 1/28/2016 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 | 1/28/2016 |
| LB Somerset LLC | 09-17503 | 12/22/2009 | 1/28/2016 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 | 1/28/2016 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the originators of the questions). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as relevant, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's previously posted responses can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under the Key Documents tab and the Responses to Questions Submitted category**

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
JUNE 1, 2016 – JUNE 30, 2016**

The information and data included in this June 2016 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. and foreign money-market funds, U.S. government obligations, U.S. government guaranteed securities, investment grade corporate bonds and commercial paper, and AAA-rated asset-backed securities secured by auto loans and credit card receivables.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity; and
   - Cash held at real estate owned properties or at third party real estate managers.

5. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of June 30, 2016:

| ($ in millions) | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims [1] | $ 1,060 | $ 943 | $ 0 | $ 277 | $ 2,281 | $ - | $ 2,281 |
| Tax claims [2] | 0 | 25 | - | 4 | 29 | - | 29 |
| Distributions on Allowed Claims (not remitted) [3] | 112 | 0 | 0 | 1 | 113 | - | 113 |
| Secured, Admin, Priority Claims and Other | 64 | 15 | 1 | 8 | 88 | - | 88 |
| Subtotal, Claims Reserves | 1,236 | 984 | 1 | 290 | 2,511 | - | 2,511 |
| Citigroup and HSBC [4] | 2,034 | - | - | - | 2,034 | - | 2,034 |
| Other [5] | 178 | 1 | 0 | 25 | 204 | 37 | 240 |
| Total | $ 3,448 | $ 984 | $ 1 | $ 315 | $ 4,749 | $ 37 | $ 4,786 |

Totals may not foot due to rounding.

(1) Represents the cash reserve for the principal amount of the disputed unsecured claims subsequent to the tenth Plan distribution on June 16, 2016.

(2) The $29 million at LBSF and LBCC represents the cash reserve for non-income tax matters.

(3) Includes (i) $74 million related to claimants subject to Office of Foreign Asset Control, and (ii) $39 million related to other open items.

(4) Represents cash deposited on or prior to September 15, 2008 by the Company in connection with certain requests and/or documents executed by the Company and Citibank N.A. of approximately $2 billion and HSBC Bank PLC of $26 million, including interest earned thereon. The Company is in discussion with HSBC Bank and commenced litigation against Citigroup regarding these deposits, among other things.

(5) Other includes (i) various pre-petition balances on administrative hold by certain financial institutions of $89 million; (ii) asserted misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of approximately $55 million; and (iii) other miscellaneous items of $96 million.

Restricted cash balances herein do not include other cash reserves required for operating expenses, asset preservation and other commitments (e.g. anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
June 1, 2016 - June 30, 2016

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

| | | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
| | | LBHI | LBSF | LCPI | Other | Total | Total | |
| **Beginning Free Cash and Investments (06/01/16)** | | $ 765 | $ 291 | $ 101 | $ 310 | $ 1,468 | $ 264 | $ 1,732 |
| **Sources of Cash** | | | | | | | | |
| Commercial Real Estate | (a) | 0 | - | 67 | - | 67 | 65 | 131 |
| Loans (Corporate and Residential) | | 2 | - | 7 | - | 9 | 0 | 9 |
| Private Equity / Principal Investing | (b) | 2 | - | - | - | 2 | 148 | 150 |
| Derivatives | | - | 21 | - | - | 21 | - | 21 |
| Receipts from Affiliates | (c) | 74 | 8 | 0 | 0 | 82 | 56 | 138 |
| Other | (d) | 133 | 1 | 1 | 0 | 135 | 1 | 136 |
| **Total Sources of Cash** | | 210 | 30 | 75 | 1 | 315 | 270 | 586 |
| **Uses of Cash** | | | | | | | | |
| Non-Operating | | | | | | | | |
| Commercial Real Estate | | (0) | - | 1 | - | 1 | (0) | 0 |
| Other | (e) | (130) | - | - | - | (130) | (0) | (130) |
| Operating Expenses | (f) | | | | | | | |
| Compensation and Benefits | (g) | (5) | - | - | - | (5) | (1) | (6) |
| Professional Fees | | (10) | - | (0) | - | (10) | (0) | (10) |
| Other | | (1) | (0) | (0) | (0) | (1) | (1) | (2) |
| **Total Uses of Cash** | | (146) | (0) | 1 | (0) | (146) | (3) | (148) |
| **Total Cash From Operations** | | 64 | 30 | 75 | 1 | 170 | 268 | 437 |
| Pre-Petition Inter-Company Receipts | | 156 | 0 | 33 | - | 190 | 1 | 190 |
| Post-Petition Inter-Company Receipts | | 294 | - | 6 | 176 | 476 | 0 | 476 |
| Dividend Receipts | | 2 | - | 0 | - | 2 | 1 | 3 |
| **Total Inter-Company Transfers Receipts** | (h) | 452 | 0 | 40 | 176 | 668 | 2 | 670 |
| Pre-Petition Inter-Company Disbursements | | - | - | - | - | - | (190) | (190) |
| Post-Petition Inter-Company Disbursements | | (150) | (24) | (26) | (270) | (470) | (6) | (476) |
| Dividend Disbursements | | - | - | - | - | - | (3) | (3) |
| **Total Inter-Company Transfers Disbursements** | (h) | (150) | (24) | (26) | (270) | (470) | (200) | (670) |
| Plan Distributions | (i) | (1,585) | (907) | (125) | (73) | (2,690) | - | (2,690) |
| Receipts of Plan Distributions from Debtors | (j) | 652 | 8 | 5 | 20 | 685 | 47 | 732 |
| Payments to Creditors - Non-Controlled Affiliates | | - | - | - | - | - | (2) | (2) |
| Payments to Creditors - Other | | (0) | - | - | - | (0) | - | (0) |
| **Total Payments to Creditors** | | (932) | (899) | (120) | (53) | (2,005) | 45 | (1,960) |
| Other | | (0) | (0) | (0) | (0) | (0) | 0 | (0) |
| Reclass from/(to) Restricted Cash to Free Cash | | (6) | 633 | 20 | 151 | 798 | 1 | 799 |
| **Ending Free Cash and Investments (06/30/16)** | | 193 | 31 | 90 | 314 | 628 | 380 | 1,008 |
| **Beginning Restricted Cash (06/01/16)** | | 3,442 | 1,617 | 22 | 466 | 5,547 | 38 | 5,585 |
| Disputed unsecured claims | | 21 | (596) | (0) | (139) | (714) | - | (714) |
| Distributions on Allowed Claims (not remitted) | | 22 | 0 | 0 | 0 | 22 | - | 22 |
| Secured, Admin, Priority Claims and Other | | (37) | (37) | (20) | (13) | (106) | - | (106) |
| Other | | (0) | - | (0) | 0 | (0) | (1) | (1) |
| Net Changes | | 6 | (633) | (20) | (151) | (798) | (1) | (799) |
| **Ending Restricted Cash (06/30/16)** | | 3,448 | 984 | 1 | 315 | 4,749 | 37 | 4,786 |
| **Beginning Total Cash and Investments (06/01/16)** | | 4,208 | 1,908 | 123 | 776 | 7,015 | 302 | 7,317 |
| Net changes | | (567) | (893) | (31) | (147) | (1,637) | 115 | (1,523) |
| **Ending Total Cash and Investments (06/30/16)** | (k) | $ 3,641 | $ 1,016 | $ 92 | $ 629 | $ 5,378 | $ 417 | $ 5,794 |

All values that are exactly zero are shown as "-".  Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
June 1, 2016 - June 30, 2016

Unaudited ($)

**Notes:**

(a) Cash collections include (i) $66 million at LCPI from the sale of a hospitality property, and (ii) $65 million at Debtor-Controlled Entities, primarily PAMI Holdings LLC, from the sales of residential land and an office building.

(b) Cash collections at Debtor-Controlled Entities primarily include receipts from sales of various direct investments, including both publicly-traded and privately held positions, as well as distributions from limited partnership interests.

(c) Receipts from Non-Controlled Affiliates include the following:

| ($ in millions) | LBHI | LBSF | LCPI | Other Debtors | Debtor-Controlled Entities | Total |
|---|---|---|---|---|---|---|
| LB RE Financing No.2 Limited | $ - | $ - | $ - | $ - | $ 55 | $ 55 |
| Lehman Brothers Inc. ("LBI") [i] | 45 | - | - | - | - | 45 |
| Lehman Brothers Treasury Co. B.V. ("LBT") [ii] | 24 | 8 | - | 0 | - | 32 |
| Other | 5 | - | 0 | 0 | 1 | 6 |
| | $ 74 | $ 8 | $ 0 | $ 0 | $ 56 | $ 138 |

(i) Pursuant to a total return swap agreement related to distributions on LBI claims held by LBHI, LBHI transferred LBI's distribution of $45 million to the counterparty of the swap agreement, as indicated below in footnote (e). Refer to the Quarterly Financial Report as of December 31, 2015 [Docket No. 52332] for further information.

(ii) Pursuant to agreements with LBT, LBSF and LBCS, LBHI deducted and withheld approximately $32 million from its tenth Plan distribution ("Withheld Distributions") due from LBHI to LBT to offset amounts due to LBHI, LBSF and LBCS from LBT. The Withheld Distributions were then distributed to LBSF, LBCS and LBHI for inclusion in their respective tenth Plan distributions.

(d) Other primarily includes net variation margin of $132 million received on the Company's foreign currency hedging program related to various movements in the Euro, British Pound and Swiss Franc versus the US Dollar.

(e) Other primarily includes (i) the purchase by LBHI of claims against certain Non-Controlled Affiliates of $77 million from third party creditors, and (ii) the payment of $45 million to the counterparty of a total return swap agreement, as described above in footnote (c).

(f) A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Debtors and Debtor-Controlled Entities.

(g) Compensation and Benefits includes the Company's employee expenses as well as fees paid to Alvarez & Marsal (A&M).

(h) Inter-Company Receipts and Disbursements include (i) a loan from LBCC to LBHI of $120 million, secured by LBHI assets, (ii) an investment of $24 million of LBSF's cash reserves for disputed claims in a secured note issued by LBHI, (iii) a partial repayment by LCPI to LBFP of $25 million related to an outstanding loan, (iv) loans from LBFP and LBDP of $100 million and $50 million, respectively, to LBHI that were repaid in June, and (v) partial repayments on intercompany balances and dividend distributions.

(i) Plan Distributions include distributions to holders of Allowed Claims and distributions related to Plan Adjustments from Participating Subsidiary Debtors (refer to Notice Regarding Tenth Distribution [Docket No. 52991] for additional information). These amounts also include Withheld Distributions from LBHI to LBT of $32 million, as described above in footnote (c).

(j) Receipts of Plan Distributions from Debtors include distributions to Debtors and Debtor-Controlled Entities.

(k) Ending Total Cash and Investments for Debtor-Controlled Entities - Other includes $13 million of cash balances at Debtor-Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS
JUNE 1, 2016 – JUNE 30, 2016**

The information and data included in this June 2016 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Debtor-Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
Jun 2016 (a)

Unaudited ($ in thousands)

| | | Jun-16 | Year-to-date |
|---|---|---:|---:|
| Alvarez & Marsal LLC | Staff Resources | $ 807 | 6,488 |
| **Professional Fees** | | | |
| Allister Brown Group LLC | Document Review for Litigations | 519 | 2,126 |
| Curtis, Mallet-Provost, Colt & Mosle LLP | Litigation Counsel | 216 | 848 |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 213 | 1,327 |
| F1 Technical Solutions, INC | Document Review for Litigations | 278 | 1,459 |
| Jones Day | Litigation Counsel | 724 | 4,010 |
| Kirkland & Ellis International LLP | Special Counsel - Affiliates | 249 | 450 |
| Lennox Paton | Legal Experts for Litigations | 291 | 313 |
| Milbank Tweed Hadley & McCloy, LLP | UCC Litigation Committee and Litigation Counsel | - | 68 |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 27 | 837 |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Litigation Counsel | 1,590 | 11,574 |
| Recovco Mortgage Management LLC | RMBS - Private Label Litigation | 1,201 | 8,207 |
| Rollin Braswell Fisher LLC | Special Counsel - RMBS | 563 | 3,455 |
| Weil Gotshal & Manges | Lead Counsel - Debtors | 1,065 | 6,698 |
| Willkie Farr & Gallagher LLP | Special Counsel - RMBS | 599 (b) | 2,527 |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives and RMBS | 871 | 4,002 |
| US Trustee Quarterly Fees | | - | 368 |
| Other Professionals | Various | 1,829 (c) | 12,112 |
| Sub-total Professional Fees | | 10,237 | 60,383 |
| **Total Professional Fees (including A&M)** | | **11,044** | **66,871** |
| Alvarez & Marsal LLC | Incentive fees | - | 2,012 |
| Houlihan Lokey Howard & Zukin Capital Inc. | Incentive fees | - | 402 |
| **Total Incentive Fees** | | **-** | **2,414** (d) |
| **Total Professional and Incentive Fees** | | **$ 11,044** | **69,285** |

Note: The above list includes vendors that have been paid over $1 million on a trailing 12 month basis and vendors that were paid over $150 thousand for the month reported.

(a) The Company has incurred additional professional fee expenses that will be reflected in future Operating Reports.
(b) Reflects professional fees incurred over multiple months.
(c) Other Professionals reflect disbursements, including expert witnesses fees, to approximately 100 vendors.
(d) Reflects incentive fees related to the Ninth Distribution to holders of Allowed Claims. Refer to Docket No. 32470 and Docket No 32155 for additional information on Alvarez & Marsal and Houlihan Lokey incentive fees, respectively.