**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esq.
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEREE
ICCREA BANCA, as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., et al., | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by CREDITO EMILIANO SPA, as Agent ("Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in the amount of $152,505,272.33, which has been designated as claim no. 62892 (the "Claim"). ICCREA Banca, as Agent on behalf of one or more of its customers ("ICCREA" or "Transferee") hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other than for security, of (i) a ratable portion of .204034% of XS0208459023 ($50,639.95 of $24,819,362.56), the outstanding amount of XS0208459023 and (ii) .310856% of XS0195431613 ($18,554.21 of $5,968,745.50), the outstanding amount of XS0195431613 held by Transferor. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: ICCREA BANCA S.p.A.

Name and Address Where
    Notices to Assignee Should be Sent:
    VIA LUCRAZIA ROMANA, 41/47
    ROMA, ITALY 00178
    ATTN: ANTONIO TORRE

**Name of Transferor**: CREDITO EMILIANO SPA

       The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated: New York, New York          **ORRICK, HERRINGTON & SUTCLIFFE LLP**
       July 29, 2016

                                                    By: */s/ Lorraine S. McGowen*
                                                        Lorraine S. McGowen, Esq.
                                                        51 West 52nd Street
                                                        New York, NY 10019-6142
                                                        Telephone: (212) 506-5000
                                                        Facsimile: (212) 506-5151

                                                        ATTORNEYS FOR TRANSFEREE
                                                        ICCREA BANCA, as Agent

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

**Form 210A**

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC., et. al., DEBTORS          Case No. 08-13555 (JMP)
                                                                JOINTLY ADMINISTERED

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **ICCREA Banca S.p.A** | **Credito Emiliano S.p.A.** |
| Name of Transferee | Name of Transferor |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim #: 62892 |
| | Amount of Claim: $ 152,505,272.33 |
| | Date Claim Filed: November, 2 2009 |
| | Partial Amount claim transferred: $69,194.16 |
| Via Lucrezia Romana 41/47 | |
| 00178 Roma | |
| Italy | |
| Attn. Legal Department | |
| E-mail: | |
| | |
| Phone: | Phone: 0039 0522 582464 |
| Last Four Digits of Acct #: N/A | Last Four Digits of Acct. #: N/A |

Name and Address where transferee payments
should be sent (if different from above):

Phone: [*inserire contatto telefonico del ricevente il pagamento per conto del cessionario*]
Last Four Digits of Acct #: N/A

[*Inserire riferimenti bancari del cessionario*]

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____Avv. ANTONIO TORRE_____                    Date: 14th May 2016
        Responsabile doll.egale
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment foe up to 5 years, or both 18 U.S.C. §1152 & 3571.

Schedule 1

## Purchased Claim

0,204034 % of XS0208459023 EUR = USD 50,639.95 of USD 24,819,362.56 (i.e. the outstanding amount of XS0208459023 as described in the Proof of Claim dated 29 October, 2009 and filed on 02 November, 2009),

0,310856 % of XS0195431613 EUR = USD 18,554.21 of USD 5,968,745.50 (i.e. the outstanding amount of XS0195431613 as described in the Proof of Claim dated 29 October, 2009 and filed on 02 November, 2009),

## Transferred Claims

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 30.12.2004/2016 EUR | XS0208459023 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 35,000.00 (equivalent to USD 49,528.50) | 12/30/2016 | EUR 35,785.42 (equivalent to USD 50,639.95) |
| LEHMAN BROTHERS TREAS.BV 7%/LINKED 14.07.2004/2014 EUR | XS0195431613 | LEHMAN BROTHERS TREASURY BV | Lehman Brothers Holdings Inc. | EUR 13,000.00 (equivalent to USD 18,396.30) | 07/14/2014 | EUR 13,111.59 (equivalent to USD 18,554.21) |

ICCREA BANCA
Avv. ANTANO IORE
Responsabile del Legale

CREDITO EMILIANO S.P.A.