**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Lorraine S. McGowen, Esquire
51 West 52nd Street
New York, NY 10019-6142
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

ATTORNEYS FOR TRANSFEROR
ICCREA BANCA S.p.A., as Agent

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | Case No. 08-13555 (JMP) |
| Debtors. | Jointly Administered |

NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
SECURITY PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE by ICCREA Banca S.p.A, as Agent

("ICCREA" or "Transferor") against Lehman Brothers Holdings Inc. (the "Debtor") in amount

of at least $190,423,075.43, which has been designated as claim no. 58221 (the "Claim").

Transferor hereby gives notice, pursuant to Fed. R. Bankr. P. 3001(E)(2), of the transfer, other

than for security, of a ratable portion of .49603% of XS0176153350 ($72,777.78 of

14,672,000.39), the outstanding amount of XS0176153350 held by Transferor on behalf of

Credidto Cooperativo Interprovinciale Veneto Societa' Cooperativa, which itself was acting on

behalf of Daniele Bardella with respect to that certain security bearing ISIN code

XS01766153350. A copy of the evidence of transfer of claim (the "Evidence of Transfer") is

attached hereto as Exhibit "A" and is incorporated herein by this reference.

**Name of Assignee**: DANIELE BARDELLA

Name and Address Where
   Notices to Assignee Should be Sent:
   VIA ZAGARELLI ALLE MURA 72 48121 RAVENNA RA
   ITALY

**Name of Transferor**: ICCREA on behalf of Credidto Cooperativo
   Interproviniale Veneto Societa Cooperativa

The Transferor has waived its right, pursuant to Fed. R. Bankr. P. 3001(E)(2), to receive from the Clerk of the Court notice of the filing of the Evidence of Transfer and its right to object to such transfer within the twenty (20) day period. The Transferor has stipulated that: (i) an order may be entered recognizing the transfer of the transferred portion as an unconditional transfer; and (ii) the Assignee is the valid owner of the Transferred Portion.

Dated:  New York, New York
      July 29, 2016

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By: */s/ Lorraine S. McGowen*
    Lorraine S. McGowen, Esquire
    51 West 52nd Street
    New York, NY 10019-6142
    Telephone: (212) 506-5000
    Facsimile:  (212) 506-5151

    ATTORNEYS FOR TRANSFEROR
    ICCREA BANCA, S.p.A., as Agent

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, ICCREA BANCA S.P.A. ("Assignor"), as agent on behalf of CREDITO COOPERATIVO INTERPROVINCIALE VENETO SOCIETA' COOPERATIVA (the "Beneficial Holder"), acting on behalf of BARDELLA DANIELE ("Assignee"), among others, upon the instruction of Beneficial Holder hereby unconditionally and irrevocably sells, transfers and assigns to Assignee an undivided interest in the amount of $ 72777.78 **(ISIN CODE N. XS0176153350)** in the claims held by Assignor, as agent on behalf of Beneficial Holder, acting on behalf of Assignee (the "Transferred Claim") against Lehman Brothers Holdings Inc. ("Debtor"), one of the debtors-in-possession in Lehman Brothers Holding Inc., *et al.* (the "Case") pending in the United States Bankruptcy Court Southern District Of New York (the "Bankruptcy Court"), including Proof of Claim filed on 30 October 2009 herewith attached as Annex 1, in respect of the Transferred Claim, but only to the extent of such Transferred Claim.

Assignor hereby waives any objection to the transfer of the Transferred Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor partially transferring to Assignee the foregoing claim and recognizing the Assignee as the owner and holder of the Transferred Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on 12/11/2012.

WITNESS:

Name: SEBBEN FLORIANO
Title:
(Print name and title of witness)

CUSTOMER

By:

Name: BARDELLA DANIELE
Title:
Tel.:

WITNESS:

Name: VENERE MARIANNA
Title: Soldato
(Print name and title of witness)


TRANSFEROR

By: Avv. ANTONIO TORRE
Responsabile del Legale
Name:
Title:
Tel.: TORRE
Responsabile del Legale


WITNESS:

Name: NICOLA DAQUIRATO
Title:
(Print name and title of witness)


BENEFICIAL HOLDER

By:

Name: PIERGIORGIO AGOSTINI
Title: CEO
Tel.: 0039 0429 806111


CREDIVENETO

Annex 1

PROOF OF CLAIM

[*INSERIRE PROOF OF CLAIM*]

Schedule 1

Transferred Claims

Purchased Claim

0,49603,% $ 72.777,78 of $ 14.672.000,39  ( the outstanding amount of  USD [XS0176153350] as described in the Proof of Claim dated 30.10.2009 and filed on 30.10.2009.

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Notional Amount (EUR) | Notional Amount(USD) | Accrued Amount (EUR) | Accrued Amount (USD) | Allowed Amount (USD) |
|---|---|---|---|---|---|---|---|---|
| L | XS0176153350 | Lehman Brothers/Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 50.000,00 | USD 70.755,00 | EUR 51.429,43 | USD 72.777,78 | USD 72.941,27 |

BANCA: CREDIVENETO CREDITO COOPERATIVO

Schedule 1-1