WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers
Holdings Inc. and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
                                              :
**In re**                                     :    **Chapter 11 Case No.**
                                              :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :    **08-13555 (SCC)**
                                              :
                          **Debtors.**        :    **(Jointly Administered)**
                                              :
                                              :
-------------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF THE DEBTORS' TWO HUNDRED FORTY-FOURTH OMNIBUS OBJECTION TO CLAIMS (NO LIABILITY CLAIMS) SOLELY AS TO CERTAIN CLAIMS

        **PLEASE TAKE NOTICE** that Lehman Brothers Holdings Inc., as Plan
Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers
Holdings Inc. and Its Affiliated Debtors for the entities in the above-referenced chapter 11 cases,
hereby withdraws the Debtors' Two Hundred Forty-Fourth Omnibus Objection to Claims (No
Liability Claims) [ECF No. 23250] **solely as to the claims listed on Exhibit A hereto**.

Dated:  August 1, 2016
        New York, New York

                                              /s/ Garrett A. Fail
                                              Garrett A. Fail
                                              WEIL, GOTSHAL & MANGES LLP
                                              767 Fifth Avenue
                                              New York, New York 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007

                                              Attorneys for Lehman Brothers
                                              Holdings Inc. and Certain of Its Affiliates

## Exhibit A

| Claim Number | Claimant Name |
|---|---|
| 20325 | Anthracite Investments (Ireland) PLC |
| 20326 | Anthracite Investments (Ireland) PLC |
| 20327 | Anthracite Investments (Ireland) PLC |
| 20329 | Anthracite Investments (Ireland) PLC |
| 20333 | Anthracite Investments (Ireland) PLC |