**Exhibit D**

**Table of Figures and Calculations**

| | Maverick Fund L.D.C. | Maverick Fund USA, Ltd. | Maverick Fund II | Maverick Neutral Fund, Ltd. | Maverick Neutral Levered Fund, Ltd. | Maverick Long Enhanced Fund, Ltd. | Total |
|---|---|---|---|---|---|---|---|
| **Maverick Entities' Claims against LBHI** | | | | | | | |
| Cash balance | $25,435,687 | $11,746,750 | $17,561,814 | $1,010,318 | $2,240,405 | $438,186 | |
| Long securities value | $19,279,461 | $7,395,965 | $28,998,303 | $753,418 | $1,707,858 | $575,917 | |
| Accrued dividends | $8,078 | $3,015 | $6,036 | $433 | $937 | $257 | |
| Currency | $369,843 | $133,360 | $350,433 | $38,214 | $58,289 | $0 | |
| Claim amount | $45,093,069 | $19,279,090 | $46,916,586 | $1,802,383 | $4,007,489 | $1,014,360 | $118,112,977 |
| **Claims Net of Recovery In Connection With LBIE Settlement Agreement** | | | | | | | |
| Claim amount | $45,093,069 | $19,279,090 | $46,916,586 | $1,802,383 | $4,007,489 | $1,014,360 | |
| less cash balance | $25,435,687 | $11,746,750 | $17,561,814 | $1,010,318 | $2,240,405 | $438,186 | |
| less long securities value | $11,910,021 | $4,714,276 | $23,543,498 | $421,909 | $915,253 | $513,641 | |
| less accrued dividends | $254,368 | $96,564 | $155,953 | $13,162 | $29,708 | $11,276 | |
| less currency | $343,001 | $123,722 | $324,960 | $34,980 | $54,072 | $35,001 | |
| Unrecovered claim amount | $7,149,992 | $2,597,778 | $5,330,361 | $322,014 | $768,051 | $16,256 | $16,184,452 |