

Lehman Brothers Holdings
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Dear Sir or Madam,

**Lehman Brothers Holdings, INC.; Case Number: 08-13555 (JMP)**
**Claim Number: 55824-37**

We would like to inform you that Bethmann Bank AG who is holder of the claim Number 55824-37, filed on 09/28/2009, has assigned the rights arising out of this claim corresponding with the following securities

10 pcs. "Lehman Bros Treasury Co. B.V." (ISIN **XS0235227302**)
in the amount of a face value of **USD 13,335.55**

to

**Prof Dr Roland Wolff,**
Grimbartsteig 38 A, 13503 Berlin, Germany.

The remaining rights arising out of the claim Number 55824-37 remain entirely with Bethmann Bank AG.

Bethmann Bank AG and Prof Dr Roland Wolff have agreed to the partial assignment mentioned herein above. Both Bethmann Bank AG and Prof Dr Roland Wolff acknowledge and represent that due to the assignment mentioned herein above Prof Dr Roland Wolff has become the holder of the aforementioned rights.

We kindly ask you to confirm receipt of this letter.

Yours sincerely,

Frankfurt am Main, 15/07/16            Berlin, 26.6.2016

Bethmann Bank AG
(Assignor)                              (Assignee)

Jochen Weber    Oliver Körner           Prof Dr Roland Wolff



Lehman Brothers Holding
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY, 10150-5076
USA

Investment Services
Anja Sonnleithner
Bethmannstrasse 7 – 9
60311 Frankfurt am Main
Germany

Frankfurt, 07.07.2016

Dear Sir or Madam,

please note that claim # 55824-37 has been transferred to Prof. Dr. Roland Wolff (see attachment).

Could you please process it accordingly?

Thank you very much!

Kind regards,
Bethmann Bank

Alexander Herbert
Director

Anja Sonnleithner
Head of Investment & Services

Bethmann Bank AG
Bethmannstraße 7-9
60311 Frankfurt am Main
Briefadresse: Postfach 100632
60006 Frankfurt am Main
Telefon +49 69 2177-0

Vorsitzender des Aufsichtsrates:
Jeroen Rijpkema
Vorstand: Horst Schmidt (Vors.),
Michael Arends, Johannes Baratta,
Stephan Isenberg

Sitz der Gesellschaft: Frankfurt am Main
Amtsgericht Frankfurt am Main
HRB 57565
USt-ID:  DE 122786951



FILED / RECEIVED

JUL 1 4 2016

EPIQ SYSTEMS

Postfach 10 06 32
60006 Frankfurt am Main

