Compagnie Bancaire Helvétique SA
7 Boulevard Emile Jacques Dalcroze
CP 3754
1204 Geneva
Switzerland

FILED
U.S. BANKRUPTCY COURT
2016 JUL 11  A 10: 35
S.D.N.Y.

United States Bankruptcy court
Southern district of New York
Attn: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408

Geneva 7th July 2016

Object: Transfer Claim

Dear Sir, Madam,

Please find attached three order to transfer Claims held currently with Banque Privée Espirito Santo SA, in Switzerland.

| Claim | Amount | Date of claim |
|---|---|---|
| Claim 40668 | amount of claim: $ 50'000 | Date of claim: 10.16.2009 |
| Claim 40665 | amount of claim: $ 15'615.58 | Date of claim: 10.16.2009 |
| Claim 40661 | amount of claim: $ 40'000 | Date of claim: 10.16.2009 |

Please transfer them to Compagnie Bancaire Helvétique, CBH, Geneva, Switzerland.

Please acknowledge the receipt of them and confirm that documents are in order for the transfer.

Do not hesitate to contact us if you need any other information or documents at corporateactions@cbhbank.com

Best regards

Christine Planchamp
Back office Officer

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., & debtors  ,          Case No.  08-13555(JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CBH Companie Bancaire Helvétique | Banque Privée Espirito Santo SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Compagnie Bancaire Helétique, Blvd
  Emile-Jacques Dalcroze 7, 1204 Geneva

Court Claim # (if known):  40668
Amount of Claim:  $50,000.00
Date Claim Filed:  10/16/2009

Phone:  0041 22 839 7475
Last Four Digits of Acct #: _____

Phone:  0041 216 6195318
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

corporateactions@cbhbank.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ A. Parsini / J. Marmy          Date:  7th July 2016
   Transferee/Transferee's Agent

CBH Compagnie Bancaire Helvétique SA
Bd Jaques-Dalcroze 7
Case postale 3754
1211 GENEVE 3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[FILED 2016 JUL 11 A 10:35 U.S. BANKRUPTCY COURT S.D.N.Y.]