B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc.,& debtors  ,                    Case No.  08-13555(JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CBH Companie Bancaire Helvétique | Banque Privée Espirito Santo SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Compagnie Bancaire Helétique, Blvd Emile-Jacques Dalcroze 7, 1204 Geneva

Phone:  0041 22 839 7475
Last Four Digits of Acct #:  _____

Court Claim # (if known):  40665
Amount of Claim:  $15,615.58
Date Claim Filed:  10/16/2009

Phone:  0041 216 6195318
Last Four Digits of Acct. #:  _____

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____
Last Four Digits of Acct #:  _____

corporateactions@cbhbank.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ A. Poncini / J. Marmy_    Date:  7th July 2016
    Transferee/Transferee's Agent

CBH Compagnie Bancaire Helvetique SA
Bd Jaques-Dalcroze 7
Case postale 3754
1211 GENEVE 3

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.