B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., & debtors  ,           Case No.  08-13555(JPM)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CBH Companie Bancaire Helvétique | Banque Privée Espirito Santo SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Compagnie Bancaire Helétique, Blvd
  Emile-Jacques Dalcroze 7, 1204 Geneva

Court Claim # (if known):  40661
Amount of Claim:  $40,000.00
Date Claim Filed:  10/16/2009

Phone:  0041 22 839 7475
Last Four Digits of Acct #: _____

Phone:  0041 216 6195318
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

corporateactions@cbhbank.com

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Marmy_ _/s/_                         Date:  7th July 2016
   Transferee/Transferee's Agent

A. Pancini
CBH Compagnie Bancaire Helvétique SA
Bd Jaques-Dalcroze
Case postale 3754
1211 GENEVE 3

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

[FILED U.S. BANKRUPTCY COURT S.D.N.Y. 2016 JUL 11 A 10:35]