

# PRIVATE Wealth

*Regards*

TERESA SMITH (Mrs)
**Team Leader – Offshore Client Administration**
Sanlam Private Wealth

# PRIVATE WEALTH

16 South Park | Sevenoaks | Kent | TN13 1AN

T  +44 (0) 1732 740700
E  enquiries@privatewealth.sanlam.co.uk

www.privatewealth.sanlam.co.uk

Sanlam Private Wealth is a trading name of **Sanlam Private Investments (UK) Ltd** which is authorised and regulated by the Financial Conduct Authority. Registered in England and Wales 2041819. Registered office: 16 South Park, Sevenoaks, Kent TN13 1AN.

Evidence of Transfer

FILED
U.S. BANKRUPTCY COURT
2016 JUL 11 P 12: 00
S.D.N.Y.

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc.*, No. 08-13555 (JMP)

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 90% Lehman Bros. Treasury 2007-18.10.2011 | XS0325813409 | LBT BV | LBH Inc. | USD 130'000.00 out of USD 130'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**UBS AG,** ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

**Sanlam Private Wealth**
16 South Park
Sevenoaks, Kent TN13 1AN
Telephone: 01732 740700
Attention: Teresa Smith

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

TOC445 UBS0290 SANLAM 130K 3467271

FILED
U.S. BANKRUPTCY COURT
2016 JUL 11 P 12:00
S.D.N.Y.

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP
Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>**Sanlam Private Wealth** | Name of Transferor:<br>**UBS AG** |
|---|---|
| Notices to Transferee should be sent to:<br>**Sanlam Private Wealth**<br>16 South Park<br>Sevenoaks, Kent TN13 1AN<br>01732 740700<br>Attn: Teresa Smith<br>TeresaS@privatewealth.sanlam.co.uk | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zurich, Switzerland<br>Attn: Mr. Hugo Koller<br>+41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred:<br>USD 130'000.00<br>(face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.
By: _____    Date: 4/7/2016
Teresa Smith, Authorised Signatory
**Sanlam Private Wealth**
16 South Park, Sevenoaks, Kent, TN13 1AN

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC445 UBS0290 SANLAM 130K 3467271

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 1, 2016

**UBS AG**
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Toni Kocevski
Title: Associate Director

ACKNOWLEDGED BY:

**SANLAM**
Transferee

By: _____
Teresa Smith, Authorised Signatory

TOC445 UBS0290 SANLAM 130K 3467271