WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Todd G. Cosenza
Paul V. Shalhoub
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | Chapter 11 Case No. |
| Lehman Brothers Holdings Inc., et al., | 08-13555 (SCC) |
| Debtors. | Jointly Administered |

**APPELLEES' COUNTER DESIGNATION
OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND
<u>COUNTER STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL</u>**

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellees Lehman Brothers Holdings, Inc. and certain of its affiliates (collectively, "<u>LBHI</u>" or the "<u>Plan Administrator</u>") and Structured Asset Securities Corporation ("<u>SASCO</u>") (together, "<u>Lehman</u>," and collectively with their affiliated debtors in the above-captioned cases, the "<u>Debtors</u>") submit this *Counter Designation of Additional Items To Be Included in the Record on Appeal and*

*Counter Statement of Issues to be Presented on Appeal* ("Counter Designation") in response to the *Appellants' Designation of Record on Appeal and Statement of Issues to be Presented on Appeal* ("Appellant's Designation") of Appellants, U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts ("U.S. Bank"); Wilmington Trust Company and Wilmington Trust National Association, solely in their respective capacities as Trustee for Certain Mortgage-Backed Securities Trust ("Wilmington"); Law Debenture Trust Company of New York, solely in its capacity as Separate Trustee for Certain Mortgage-Backed Securities Trusts ("Law Debenture"); and Deutsche Bank National Trust Company, solely in its capacity as Trustee for Certain Mortgage-Backed Securities Trusts ("Deutsche" and collectively with U.S. Bank, Wilmington, and Law Debenture, the "RMBS Trustees" or "Appellants").

Lehman designates the following additional items for inclusion in the record on appeal in the United States District Court for the Southern District of New York from the *Order Granting Debtors' Motion to (A) Disallow And Expunge Certain RMBS Claims and (B) Release Certain Related Claims Reserves* [Docket Number 53163] (the "Expungement Order"), entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") in the above-captioned case on June 27, 2016.

## I. Counter Designation of Additional Items to Be Included In the Record on Appeal

| Counter Designated Number | Date of Filing | Docket Number | Description |
|---|---|---|---|
| 1. | 11/14/14 | 46962 | Declaration of Franklin H. Top III, in Support of the RMBS Trustees' (1) Reply in Support of the Estimation Motion and (2) Opposition to the Protocol Cross-Motion |

| | | | |
|---|---|---|---|
| 2. | 11/14/14 | 46963 | Statement of the Litigation Subcommittee of the Official Committee of Unsecured Creditors in Support of Plan Administrator's (I) Objection to the Estimation Motion and the (II) Protocol Cross-Motion. |
| 3. | 12/3/14 | 47186 | Declaration of William Alread in Support of LBHI's Reply Brief (A) In Opposition to the Estimation Motion and (B) In Further Support of the Protocol Cross-Motion. |
| 4. | 12/3/14 | 47187 | Declaration of Craig Pino in Support of LBHI's Reply Brief (A) In Opposition to the Estimation Motion and (B) In Further Support of the Protocol Cross-Motion. |
| 5. | 12/3/14 | 47188 | Declaration of William N. Goetzmann in Support of LBHI's Reply Brief (A) In Opposition to the Estimation Motion and (B) In Further Support of the Protocol Cross-Motion. |
| 6. | 12/8/14 | 47241 | Letter from Todd G. Cosenza to Judge Chapman, dated December 8, 2014, In re: Matters Relating to the Estimation Motion and Protocol Cross-Motion and the December 10, 2014 Hearing |
| 7. | 12/8/14 | 47252 | Letter from M. William Munno to Judge Chapman, dated December 8, 2014, in response to LBHI's December 8, 2014 Letter, In re: Matters Relating to the Estimation Motion and Protocol Cross-Motion and the December 10, 2014 Hearing |
| 8. | 12/9/14 | 47275 | Declaration of James H. Aronoff in Support of the RMBS Trustees' Estimation Motion and in Opposition to the Protocol Cross-Motion |

| 9. | 5/31/16 | 52960 | Debtor's Reply in Support of the Expungement Motion |

Lehman reserves the right to amend or supplement the above counter designation of items to be included in the record on appeal. Although Lehman has not objected to any of the documents designated by the Trustees on the basis that they were not considered by the Bankruptcy Court in interpreting the Protocol Order as part of the proceedings on the Expungement Order, should the Trustees seek to appeal on any basis aside from whether the Expungement Order was correctly decided, Lehman reserves the right to argue that these documents were improperly included in the record.

## II.  Counter Statement Of Issues To Be Presented On Appeal

1.  Given the deference accorded to the Bankruptcy Court's interpretation of its own Protocol Order, which was entered on December 29, 2014 and which the RMBS Trustees did not appeal, did the Bankruptcy Court properly disallow and expunge all RMBS Claims not submitted to the Protocol where the proceedings leading to the establishment of the RMBS Protocol and the statements and conduct of the parties and the Court during the sixteen months following entry of the Protocol Order indicate that it was intended that all claims be submitted into the Protocol?

2.  Should this Court reverse the Bankruptcy Court's ruling that the reservation of rights language in its own Protocol Order indicates that the parties reserved their rights to seek to provide alternative methods of proof in support of the allowance or estimation of RMBS Claims properly submitted to the Protocol, and does not operate as an "opt-out" that permits the RMBS Trustees to avoid submitting claims to the Protocol?

3.  Based on the RMBS Trustees' representations to the Bankruptcy Court in support of their Extension Motion that "the RMBS Trustees will not submit any additional RMBS Claims (for Covered Loans or otherwise) under the Protocol Order not already submitted pursuant to the Protocol Order by March 31, 2016 [and that] any such RMBS Claims shall be deemed waived and released by the RMBS Trustees and disallowed and expunged upon entry of the order granting the Motion," are the RMBS Trustees estopped from challenging the disallowance and expungement of all RMBS Claims that they did not submit to the Protocol?

Dated: August 4, 2016
New York, New York

Respectfully Submitted,

By: /s/Todd G. Cosenza
    Todd G. Cosenza
    Paul V. Shalhoub
    Benjamin P. McCallen
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone:  (212) 728-8000
    Facsimile:  (212) 728-8111

    Michael A. Rollin
    ROLLIN BRASWELL FISHER LLC
    8350 East Crescent Parkway, Suite 100
    Greenwood Village, Colorado 80111
    Telephone: (303) 945-7415
    Facsimile: (303) 974-7468

*Attorneys for Debtors*