**HOGAN LOVELLS US LLP**
Pieter Van Tol, Esq.
M. Shane Johnson, Esq.
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: pieter.vantol@hoganlovells.com
Email: shane.johnson@hoganlovells.com

*Attorneys for Dr. Thomas Marsoner*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br><br>In re<br><br>**LEHMAN BROTHERS HOLDINGS INC., et al.,**<br><br>Debtors. | **Chapter 11**<br>**Case No. 08-13555 (SCC)**<br>**(Jointly Administered)** |

## NOTICE OF WITHDRAWAL OF MOTION

**PLEASE TAKE NOTICE** that Dr. Thomas Marsoner hereby respectfully withdraws with prejudice the *Motion of Dr. Thomas Marsoner to Deem Proofs of Claim to be Timely Filed by the Claims Bar Date* [Docket No. 47589].

Dated: August 5, 2016
New York, New York

                                    **HOGAN LOVELLS US LLP**

                                    By: /s/ Pieter Van Tol
                                    Pieter Van Tol, Esq.
                                    M. Shane Johnson, Esq.
                                    875 Third Avenue
                                    New York, NY 10022
                                    Telephone: (212) 918-3000
                                    Facsimile: (212) 918-3100
                                    Email: pieter.vantol@hoganlovells.com
                                    Email: shane.johnson@hoganlovells.com

                                    *Attorneys for Dr. Thomas Marsoner*

\\NY - 045382/000001 - 6084979 v1