

Evidence of Transfer

# EVIDENCE OF TRANSFER OF CLAIM

TO:     United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:     Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: *49763* (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| LEHMAN BROTHERS/TOPIX CORE 30 INDEX | XS0290837383 | LBT BV | LBH INC | CHF 25 000 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

**EDMOND DE ROTHSCHILD (MONACO)**, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

    Edmond de Rothschild (Suisse) SA
    18 rue de Hesse
    1204 Geneva

    Telephone: 0041 58 818 96 45
    Fax: 0041 58 818 91 31
    Attention: Martine Boillon

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.        Case No.: 08-13555 (JMP)
                                                Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee:<br>Edmond de Rothschild (Suisse) SA | Name of Transferor:<br>EDMOND DE ROTHSCHILD MONACO |
|---|---|
| Notices to Transferee should be sent to:<br>Edmond de Rothschild (Suisse) SA<br>18 rue de Hesse<br>1204 Geneva<br>0041 58 818 96 45<br>Attn: Martine Boillon<br>m.boillon@edr.com | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>EDMOND DE ROTHSCHILD MONACO<br>Les Terrasses – 2 avenue de Monte-Carlo<br>98000 Monaco Pté |
| Amount of Claim Being Transferred:<br><br>CHF 25000 (face amount of securities) | |
| Court Claim No. (if known): 49763 | |
| Date Claim Filed: 10/27/2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 11.07.16

~~Martine Boillon~~ / Assistant Vice- President
Edmond de Rothschild (Suisse) SA
Thomas Wilk    18 rue de Hesse 1204 Geneva    Amira JAKUPOVIC
Assistant Vice-President                        First Signing Officer

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).*

TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated.

Edmond de Rothschild (Monaco)
Transferor

By: _____
    Name: G. ROUSSEAU
    Title: DEPUTY MANAGER

By: _____
    Name: P. ALBERGUCCI
    Title: OPERATIONS MANAGER


ACKNOWLEDGED BY:

Edmond de Rothschild (Suisse) SA
Transferee

By: _____
    Name: ~~Martine Boillon~~ Amira JAKUPOVIC
    Title: ~~Assistant Vice-President~~ First Signing Officer

By: _____
    Name: ~~Stéphane Comazzi~~
    Title: ~~Senior Assistant Vice-President~~

        Thomas Wilk
        Assistant Vice-President


TOCYBM.01_Banque Edmond de Rothschild (Suisse) SA