FILED / RECEIVED

JUL 08 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
In re                                                      :    Chapter 11 Case No.
                                                           :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                   :    08-13555 (JMP)
                                                           :
                    Debtors.                               :    (Jointly Administered)
                                                           :
-----------------------------------------------------------x

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). The Transferee named below hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the portion of the claim referenced in this evidence and notice.

| BSI SA, LUGANO | CREDIT SUISSE AG, SINGAPORE |
| Name of Transferee | Name of Transferor |
| Name and address where notices to Transferee should be sent:<br>BSI SA<br>Attn: Andrea Ferrari<br>Custody Administration<br>Via Magatti 2, 6900 Lugano<br>Email:<br>Group.BsiCustodyAdministration@bsibank.com | Court Claim # (if known): 55825<br><br>Amount of Claim Transferred: USD 200'000<br><br>For more details take a look to SCHEDULE 1 |
| Name and address where transferee payments should be sent:<br>For USD :CITIBANK NY / SWIFT CITIUS33<br>ACCOUNT 10938561<br>In the name of BSI SA | RECEIVED<br>JUL 1 3 2016<br>U.S BANKRUPTCY COURT<br>SO DIST OF NEW YORK |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BSI SA** Lugano

By:_____    Date: May 19, 2016

Transferee/Transferee's Agent
Name:_____
Title:_____

pp A. Ferrari         pp S. Mattea

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG, Singapore Branch** ("Transferor") unconditionally and irrevocably transferred to **BSI Bank** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55825**), **USD and 200,000** in nominal amount/units related to the securities with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON [**18 MAY 2016**]

**Credit Suisse AG, Singapore Branch**

By: _____
Name:   SY *[illegible]* UNG TER SOON
Title:   VICE PRESIDENT
         CREDIT SUISSE

By: _____
Name:   LIM YOU RENG
Title:
         AVP
         CREDIT SUISSE

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units/Currency and nominal amount |
|---|---|---|---|---|
| XS0353875528 | 55825 | Oct 29, 2009 | LEHMAN BROTHERS | USD 200000 |

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

**BSI**

## Titolo
Sottotitolo

| | |
|---|---|
| Mittente / Absender / Expéditeur / Sender | Andrea Villa |
| A / An / À / To | Sig. Marco Neuroni |
| Tel / Tél | |
| Copia a / Kopie an / Copie à / Copy to | |
| Allegati / Beilagen / Annexes / Enclosures | Documenti |
| Termine / Termin / Délai / Deadline | |
| Oggetto / Gegenstand / Sujet / Subject | Invio TNT |
| Data / Datum / Date / Date | 19.05.2016 |
| Responsabile / Verantwortlich / Responsable / In charge | |

Ciao Marco,

ti prego di spedire via TNT/DHL la busta allegata al seguente indirizzo:

**UNITED STATES BANKRUPTCY COURT**
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
**New York, NY10017 (USA)**

Il centro di costo da addebitare è **2010009**.

Grazie e saluti.

pp A. Ferrari

pp S. Mattea

**BSI**

Swiss bankers since 1873

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano    May 19, 2016

Notice of transfer, from CREDIT SUISSE AG, Singapore (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Treasury B.V. (the "Securities") and claim n. 55825 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "Transfer").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "Evidence of Transfer of Claim", signed by CREDIT SUISSE AG, Singapore as Transferor, as proof that CREDIT SUISSE AG has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pp S. Mattea        pp A. Ferrari

Attachments: as above

BSI SA, Sede centrale Lugano, Via Magatti 2, CH-6901 Lugano
Tel. +41 (0)58 809 31 11, Fax +41 (0)58 809 36 78, info@bsibank.com, www.bsibank.com