**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- x
    :  Chapter 11

In re:        :

    :  Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :

    :  (Jointly Administered)

        Debtors.    :

    :  Ref. Docket Nos. 53108, 53150,
    :  53223, 53227, 53228, 53265,
    :  53269, 53270, 53273, 53274,
    :  53281, 53290, 53291, 53292,
    :  53293, 53294, 53295, 53297,
    :  53298, 53300, 53301, 53302,
    :  53303, 53304, 53305, 53306,
    :  53311, 53315, 53326, 53327,
    :  53344, 53359, 53360, 53374,
    :  53376

-------------------------------------------------------------------------------- X

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
        ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 26, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 26, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
26th day of July, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
## BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.        CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.
375 PARK AVENUE                                  LOVELLS LLP
12TH FLOOR                                       875 3RD AVE LBBY 1
NEW YORK, NY 10152                               NEW YORK, NY 10022-7222

Please note that your claim # 58982-15 in the above referenced case and in the amount of
$1,100,000.00 allowed at $1,100,000.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000109057625 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000175571



BARCLAYS BANK PLC
TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P.
ATTN: KHALIL ABUMANNEH
745 SEVENTH AVE.
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However        **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        53326        in your objection.  If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/26/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 26, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA MONTE DEI PASCHI DI SIENA S.P.A. | ATTN: GIANLUCA SERRA, PIAZZA SALIMBENI, 3, SIENA 53100 ITALY |
| BANCA POPOLARE DELL'EMILIA ROMAGNA S.C. | VIA SAN CARLO 8/20, MODENA 41100 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE AG, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, CH-8010 ZURICH  SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS MASTER, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVE., NEW YORK, NY 10019 |
| BILD, DR. HEINRICH | TRANSFEROR: VR-LIW GMBH, IM LANGEN LOHE 16, HAGEN 58093 GERMANY |
| BILD, DR. HEINRICH | C/O MARKISCHE BANK EG, BAHNHOFSTRASSE 21, HAGEN 58095 GERMANY |
| BUCKLEY, CHRISTOPHER MAJOR | TRANSFEROR: PERSHING LLC FBO CHRISTOPHER MAJOR BUCKLEY, 1017 SAN ANTONIO AVE., ALAMEDA, CA 94501 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: JPMORGAN CHASE BANK, N.A., C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASSA DI RISPARMIO IN BOLOGNA SPA | TRANSFEROR: BANCA POPOLARE DELL'EMILIA ROMAGNA S.C., SEGRETERIA GENERALE, VIA FARINI 22, BOLOGNA 40124 ITALY |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS MASTER, L.P. | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| CREDIT SUISSE AG | TRANSFEROR: RBS COUTTS BANK AG, PARADEPLATZ 8, ZURICH CH-8001 SWITZERLAND |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, CRAVATH SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: HLTS FUND II LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| EBERT, MS. NADIA | TRANSFEROR: VR-LIW GMBH, C/O ROBERTO MARTELLO, COSIMASTRASSE 210, MUNCHEN 81927 GERMANY |
| FINLANDIA GROUP PLC | TRANSFEROR: HAMALAINEN, PETRI, ATTN: JARKKO SISTONEN, FI ETELARANTA 20, HELSINKI 00100 FINLANDIA |
| FINLANDIA GROUP PLC | TRANSFEROR: KUUSELA, MARKKU, ATTN: JARKKO SISTONEN, FI ETELARANTA 20, HELSINKI 00100 FINLANDIA |
| HAMALAINEN, PETRI | C/O PAMELA SMITH HOLLEMAN, ESQ., SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HLTS FUND II LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON, C/O HALCYON ASSET MANAGEMENT LLC, ATTN: MATT SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y IEL UNITED KINGDOM |
| JACOBSEN, MS. PETRA | TRANSFEROR: VR-LIW GMBH, AM MUHLENTEICH 19, STADE 21680 GERMANY |
| KUUSELA, MARKKU | C/O PAMELA SMITH HOLLEMAN, ESQ., SULLIVAN & WORCESTER LLP, ONE POST OFFICE SQUARE, BOSTON, MA 02109 |
| PERSHING LLC FBO CHRISTOPHER MAJOR BUCKLEY | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |
| PERSHING LLC FBO RICHARD WACKERBARTH | TRANSFEROR: LEHRMAN, NINA, CLEARVIEW TRADING ADVISORS, 13501 GALLERIA CIRCLE, STE W240, BEE CAVES, TX 78738 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| REISIG, MR. HORST | TRANSFEROR: VR-LIW GMBH, AM ROSENHOF 1, BAD PYRMONT 31812 GERMANY |
| VOLKSBANK MODAU EG | TRANSFEROR: VR-LIW GMBH, ATTN: BRIGITTE ANDERS, LEUSCHNERSTRASSE 26, OBER-RAMSTADT 64372 GERMANY |
| VONWIN CAPITAL MANAGEMENT, L.P. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: CHARMAINE WILSON, 261 FIFTH AVENUE, 22ND FLOOR, NEW YORK, NY 11016 |
| VR-BANK RHEIN-ERFT EG | TRANSFEROR: VR-LIW GMBH, ATTN: RAINER BEISE, STEINWEG 29, BRUHL 50321 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| WACKERBARTH, RICHARD | TRANSFEROR: PERSHING LLC FBO RICHARD WACKERBARTH, 176 FALLING HLS, NEW BRAUNFELS, TX 78132 |

**Total Creditor Count 81**