**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 53063, 53309, |
|  | : 53324, 53325, 53329, 53331, |
|  | : 53335, 53337 – 53340, 53364 – |
|  | : 53368, 53370, 53400 and 53408 |

-------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1.  I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On July 29, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated July 29, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Konstantina Haidopoulos*
                                                    Konstantina Haidopoulos

Sworn to before me this
29th day of July, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF
BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim.  While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000109100534 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
 SWITZERLAND

Please note that your claim # 55855-83 in the above referenced case and in the amount of
$3,000,000.00 allowed at $3,000,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
 UNITED KINGDOM

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        53368        in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  07/29/2016          Vito Genna, Clerk of Court

/s/ Lauren Rodriguez

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  July 29, 2016.

**EXHIBIT B**

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA IFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANCA INFIGEST SPA | TRANSFEROR: BANCA AKROS SPA, ATTN: DR. ENRICO ALGIERI, PIAZZA S. MARIA SOPRARNO, 1, FIRENZE 50125 ITALY |
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROSS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: CENTERBRIDGE CREDIT PARTNERS, L.P., ATTN: KHALIL ABUMANNEH, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BERNER KANTONALBANK AG | LEGAL DEPARTMENT, BUNDESPLATZ 8, BERNE 3011 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADSION AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: MERRILL,LYNCH,PIERCE,FENNER & SMITH INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CANYON-TCDRS FUND, LLC | TRANSFEROR: CHASE LINCOLN FIRST COMMERCIAL CORP., C/O CANYON CAPITAL ADVISORS LLC/GEN CNSL, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE CREDIT PARTNERS, L.P. | LOVELLS LLP, 875 3RD AVE LBBY 1, NEW YORK, NY 10022-7222 |
| COMPAGNIE MONEGASQUE DE BANQUE | 23, AVENUE DE LA COSTA, MONACO 98000 MONACO |
| CORRE OPPORTUNITIES II MASTER FUND, L.P. | TRANSFEROR: CORRE OPPORTUNITIES QUALIFIED MASTER FUND, LP, ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF THE AMERICAS, 29TH FLOOR, NEW YORK, NY 10019 |
| CORRE OPPORTUNITIES QUALIFIED MASTER FND | TRANSFEROR: CORRE OPPORTUNITIES II MASTER FUND, L.P., ATTN: CLAIMS PROCESSING (BANKRUPTCY), 1370 AVENUE OF AMERICAS, 29TH FLOOR, NEW YORK,, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CANYON-TCDRS FUND, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHER CARITASVERBAND E.V. | TRANSFEROR: VR-LIW GMBH, KARLSTRASSE 40, FREIBURG IM BREISGAU 79104 GERMANY |
| DEUTSCHER CARITASVERBAND E.V. | LIGA BANK EG REGENSBURG, DR.-THEOBALD-SCHREMS-STRASSE 3, REGENSBURG 93055 GERMANY |
| INTESA SANPAOLO S.P.A. | TRANSFEROR: COMPAGNIE MONEGASQUE DE BANQUE, VIA VERDI, 8, MILANO 20121 ITALY |
| LUCKING, PROF. DR. DR. H.C. KARL AND DR. IRMGARD | TRANSFEROR: VR-LIW GMBH, HAUPTSTRASSE 15, 79252 STEGEN  GERMANY |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH |

| Claim Name | Address Information |
|---|---|
| INC. | TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: CREDIT SUISSE INTERNATIONAL, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| SCHERZINGER, THOMAS | TRANSFEROR: VR-LIW GMBH, GIERBERGSTRASSE 7, KIRCHZARTEN 79199 GERMANY |
| UBS AG | TRANSFEROR: BERNER KANTONALBANK AG, ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| UBS AG | TRANSFEROR: BERNER KANTONALBANK AG, ATTN: MR. HUGO KOLLER, BAHNHOFSTRASSE 45, CH-8001 ZURICH  SWITZERLAND |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 109**