**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al*.

Debtors.

---------------------------------------------------------------------------- X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 53275, 53288,
: 53369, 53377

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 1, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 1, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                               */s/ Eleni Manners*
                                             Eleni Manners

Sworn to before me this
2nd day of August, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

08-13555-mg    Doc 53474    Filed 08/09/16    Entered 08/09/16 23:00:58    Main Document
Pg 2 of 6

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000109188858 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 22479



BANK HAPOALIM (SWITZERLAND), LTD.
PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER
STOCKERSTRASSE 33
ZURICH CH-8002
SWITZERLAND

Please note that your claim # 55855-84 in the above referenced case and in the amount of $100,000.00 allowed at $100,000.00 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH (UK)
TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER ST
LONDON EC2N 2DB
UNITED KINGDOM

No action is required if you do not object to the transfer of your claim. However  **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   53369   in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/01/2016                Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 1, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK HAPOALIM (SWITZERLAND), LTD. | ATTN: BRIGITTE FOTSCH & RUDOLF BRUNNER, STOCKERSTRASSE 33, ZURICH CH-8002 SWITZERLAND |
| BANK HAPOALIM (SWITZERLAND), LTD. | PAUL WEISS, RIFKIND, WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BANK HAPOALIM (SWITZERLAND), LTD., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: LORNEA FINANCIAL CORP., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: LORNEA FINANCIAL CORP., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BANCA INTERMOBILIARE, ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y IEL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., C/O RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| VOLKSBANK GRIESHEIM EG | TRANSFEROR: VR-LIW GMBH, ALTE FALTERSTRASSE 10, FRANKFURT AM MAIN 65933 FEDERAL REPUBLIC OF GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 37**