**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
In re:
: Chapter 11
:
LEHMAN BROTHERS HOLDINGS, INC., *et al*.
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
Debtors.
:
: Ref. Docket Nos. 53128, 53412,
: 53413, 53417
:
:
------------------------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as Senior Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 2, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 2, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
4th day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 53475    Filed 08/09/16    Entered 08/09/16 23:04:11    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CRS MASTER FUND, LP
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

Please note that your claim # 36769-11 in the above referenced case and in the amount of $2,500,616.83 allowed at $2,479,438.72 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000109196869 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000175752



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      53417      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/02/2016                              Vito Genna, Clerk of Court

                                              /s/ Lauren Rodriguez
                                              _____
                                              EPIQ BANKRUPTCY SOLUTIONS, LLC
                                              as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 2, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SOLUS RECOVERY FUND LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| MERRILL LYNCH INTERNATIONAL | CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK, NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SOLUS RECOVERY FUND LP | TRANSFEROR: JPMORGAN CHASE BANK, N.A., 410 PARK AVENUE, 11TH FLOOR, NEW YORK, NY 10022 |

**Total Creditor Count 12**