B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc.,    Case No. 08-13555 (JMP)

**FILED U.S. BANKRUPTCY COURT 2016 JUL 18 P 2:39 SDNY**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Trench Capital Partners LLP | Kinnareds Well AB:s Pensionsstiftelse |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
1-3 Frederick's Place, EC2R 8AE, United Kingdom    trading@trenchcapital.com

Court Claim # (if known): 41356
Amount of Claim: $67,289.72
Date Claim Filed: 10/19/2009

Phone: +44 203 475 8041
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Antoine Barbara    Date: 07/01/2016
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.