WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : | 08-13555 (SCC) |
| Debtors. | : | (Jointly Administered) |

### NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 16838

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 16838 [ECF No. 52750], which was scheduled for August 16, 2016 at 10:00 a.m. (Eastern Time), has been adjourned *sine die.*

Dated:   August 15, 2016
         New York, New York

                                            /s/ Garrett A. Fail
                                            Garrett A. Fail
                                            WEIL, GOTSHAL & MANGES LLP
                                            767 Fifth Avenue
                                            New York, New York 10153
                                            Telephone: (212) 310-8000
                                            Facsimile: (212) 310-8007

                                            Attorneys for Lehman Brothers Holdings Inc.
                                            and Certain of Its Affiliates

WEIL:\95825007\1\58399.0011