WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------x
                                                                                :
In re                                                                           :    **Chapter 11 Case No.**
                                                                                :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,*                                    :    **08-13555 (SCC)**
                                                                                :
                                        **Debtors.**                            :    **(Jointly Administered)**
                                                                                :
--------------------------------------------------------------------------------x
                                                                                :
In re                                                                           :
                                                                                :    **Case No.**
**LEHMAN BROTHERS INC.,**                                                       :
                                                                                :    **08-01420 (SCC) (SIPA)**
                                        **Debtor.**                             :
                                                                                :
--------------------------------------------------------------------------------x

**NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR THE ONE HUNDRETH OMNIBUS
<u>AND CLAIMS HEARING ON AUGUST 16, 2016 AT 10:00 A.M.</u>**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, <u>**Room 623**</u>, One Bowling Green, New York, NY 10004-1408

## <u>LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES</u>

**I.    <u>STATUS CONFERENCE</u>:**

   1.    State of the LBHI Estate

## <u>LEHMAN BROTHERS INC. PROCEEDING</u>

**II.    <u>STATUS CONFERENCE</u>:**

   2.    State of the LBI Estate [**LBI ECF No. 13781**]

## <u>LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES</u>

**III.    <u>ADJOURNED MATTERS</u>:**

**A.    Lehman Brothers Holdings Inc. Chapter 11 Cases**

   3.    Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

     <u>Status</u>:  This matter has been adjourned to September 20, 2016 at 10:00 a.m.

   4.    Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

     <u>Status</u>:  This matter has been adjourned to September 20, 2016 at 10:00 a.m.

   5.    Plan Administrator's Objection to Claim Number 28176 [**ECF No. 52366**]

     <u>Status</u>:  This matter has been adjourned to a date to be determined.

   6.    The Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 53107**]

     <u>Status</u>:  This matter has been adjourned to September 20, 2016 at 10:00 a.m.

WEIL:\95822032\3\58399.0011

B.    **Lehman Brothers Inc. Proceeding**

7.    Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

Response Deadline:    January 12, 2015 at 4:00 p.m.; extended for certain parties without date.

Responses Received:  None.

Related Documents:

A.    Notices of Resolution [**LBI ECF Nos. 11338, 11376, 11819, 11852, 12139, 12279**]

B.    Order Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 11371**]

C.    Supplemental Orders Granting the Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF Nos. 11451, 11481, 11991, 12647, 13447**]

D.    So Ordered Stipulation [**LBI ECF No. 13206**]

E.    Notice of Presentment of Stipulation and Order [**LBI ECF No. 13743**]

Status:  This matter has been adjourned to September 20, 2016 at 10:00 a.m., solely as to a certain claim.

IV.   **RESOLVED MATTER:**

8.    Debtors' Motion for Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 44450**]

Response Deadline:    June 12, 2014, at 4:00 p.m.

WEIL:\95822032\3\58399.0011

Response Received:

A.    Objection of PHH Home Loans, LLC to Motion for Alternative
Dispute Resolution Procedures Order for Indemnification Claims
of the Debtors Against Mortgage Loan Sellers [**ECF No. 44673**]

Status:  The final unresolved objection to the Motion that was filed by PHH Home
Loans, LLC has been settled and the parties plan to submit a revised proposed
order for the Court's consideration and entry in due course.

Dated: August 15, 2016
New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: August 15, 2016
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.