WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------- x
In re                                             :    Chapter 11 Case No.
                                                  :
LEHMAN BROTHERS HOLDINGS INC., et al.,            :    08-13555 (SCC)
                                                  :
                         Debtors.                 :    (Jointly Administered)
                                                  :
------------------------------------------------------------- x
```

### NOTICE OF ADJOURNMENT OF HEARING ON THE PLAN ADMINISTRATOR'S OBJECTION TO CLAIM NUMBER 28176

**PLEASE TAKE NOTICE** that the hearing to consider the Plan Administrator's Objection to Claim Number 28176 [ECF No. 52366], which was scheduled for August 16, 2016 at 10:00 a.m. (Eastern Time), has been adjourned to a date to be determined.

Dated:  August 15, 2016
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

WEIL:\95687711\1\58399.0011