# Weil, Gotshal & Manges LLP

767 Fifth Avenue
New York, NY 10153-0119
+1 212 310 8000 tel
+1 212 310 8007 fax

Richard L. Levine
212-310-8286
richard.levine@weil.com

August 16, 2016

Honorable Shelley C. Chapman
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004

**Re: Lehman Brothers Holdings Inc.
ADR Procedures Order Dated 9/17/09 (the "Order")
Seventy-ninth Status Report**

Dear Judge Chapman:

The six Tier One Mediators again have requested that we submit this monthly report to the Court (the seventy-ninth) pursuant to Order ¶13 that governs the Tier One ADRs. In addition, this report covers ADRs commenced under the Tier Two ADR Procedures Order, as amended on May 2, 2012. We will file this report on the docket in advance of today's omnibus hearing.

A total of 496 ADR Notices have been served in Tiers One and Two. In the 35 days following the last prior report, the Lehman entities closed settlements with the counterparties in two additional ADR matters (both following mediation). Including the $6.0 million from these new settlements, Lehman Brothers Holdings Inc. and its affiliates who were chapter 11 debtors have now received an aggregate of $3,145,105,466 new dollars for the various estates through the receivables ADR process. Settlements have been achieved in 447 ADR matters involving 566 counterparties.

WEIL:\95825376\1\58399.0011

Honorable Shelley C. Chapman  **Weil, Gotshal & Manges LLP**
August 16, 2016
Page 2

To date, of the 260 ADR matters that have reached the mediation stage and been concluded, 255 have been settled in or subsequent to mediation; only five mediations have terminated and remain in litigation and are unsettled. No additional receivables mediations currently are scheduled.

Respectfully submitted,

Richard L. Levine
WEIL, GOTSHAL & MANGES LLP
Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

RLL:mp

cc: Stephen Crane, Esq
    Jacob Esher, Esq.
    James Freund, Esq.
    David Geronemus, Esq.
    Jane Greenspan, Esq.
    Ralph Mabey, Esq.
    David Cohen, Esq.
    (all cc's via E-mail)