# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

   Mrs. Anna Sporon
   name of customer

   **RECEIVED AUG 3 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK**

   (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ 42,603.00 , which is equal to 0,009897109 % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number **55404** filed by or on behalf of

   Mrs. Anna Sporon
   name of customer

   (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ 42,603.00 , which is equal to 0,009897109 % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 18 th day of May 2016.

TARGOBANK AG & Co. KGaA f/k/a
Citibank Privatkunden AG & Co. KGaA on behalf of

| Mrs. Anna Sporon | Mrs. Anna Sporon |
|---|---|
| name of customer | name of customer |
| By _[signature]_ | By X _[signature]_ |
| Name T. Peters    Alexa Böhle | Name Mrs. Anna Sporon |
| Title Area Manager    Process Leader | Title |
| Kasernenstr. 10 | Birkenweg 30 |
| address | address |
| 40213 Duesseldorf, Germany | 30855 Langenhagen, Germany |
| city, state, zip | city, state, zip |

B 210A (Form 210A) (12/09)

*Poststelle TARGOBANK
31. Mai 2016
Eingegangen 22*

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al.,   Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

*31. Mai 2016 Posteingang*

Mrs. Anna Sporon
Name of Transferee

TARGOBANK AG & Co. KGaA
Name of Transferor

Name and Address where notices to Transferee should be sent:

Mrs. Anna Sporon

Birkenweg 30, 30855 Langenhagen, Germany

Court Claim # (if known): 55404

Amount of Claim: $ 42,603.00

Date Claim Filed: 29 October 2009

Phone: +49 (0) 511 775 833
Last Four Digits of Acct #:

Phone: +49 (0) 203 347 5703
Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X /s/ Anna Sporon
Transferee/Transferee's Agent

Date Langenhagen 30.05.16

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

# Transferred Claim

$ __42,603.00__ of $ __$430,459,027.23__ (the outstanding amount of the Proof of Claim as of

__18. May 2016__

date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0N7XQ2 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 42,603.00 | ------------- | 09.07.2012 | $ 42,603.00 |



ZOLLINHALTSERKLÄRUNG Kann amtlich geöffnet werden.
DÉCLARATION EN DOUANE Peut être ouvert d'office.

Bezeichnung Postbetreiber
Opérateur désigné

**Deutsche Post**

| Geschenk | Dokumente | Warenmuster | Sonstiges |
| Cadeau | Documents | Échantillon commercial | Autre |

Bitte ein oder mehrere Kästchen ankreuzen.
Cocher la ou les cases appropriées.

| Anzahl und detaillierte Beschreibung des Inhalts (1) Quantité et description détaillée du contenu | Gewicht in kg (2) Poids en kg | Wert (3) Valeur |

Unterlagen v.
Helmut cee
Post@Prop

Nur für Handelswaren
Pour les envois commerciaux seulement
(Falls bekannt) Zolltariffnr. nach dem HS (4)
und Ursprungsland der Waren (5)
N° tarifaire du SH et pays d'origine
des marchandises (si connu)

Ich, der/die Unterzeichnende, dessen/deren Name und Adresse auf der Sendung angeführt sind, bestätige, dass die in der vorliegenden Zollinhaltserklärung angegebenen Daten korrekt sind und dass diese Sendung keine gefährlichen, gesetzlich oder auf Grund postalischer oder zollrechtlicher Regelungen verbotenen Gegenstände enthält. Ich übergebe insbesondere keine Güter, deren Versand, Beförderung oder Lagerung gemäß den AGB der Deutschen Post ausgeschlossen ist.

Je, soussigné dont le nom et l'adresse figurent sur l'envoi, certifie que les renseignements donnés dans la présente déclaration sont exacts et que cet envoi ne contient aucun objet dangereux ou interdit par la législation ou la réglementation postale ou douanière. Je ne transmets notamment aucune marchandise dont l'envoi, le transport ou l'entreposage est exclu par les Conditions générales de Deutsche Post.

Datum und Unterschrift des Absenders (8) / Date et signature de l'expéditeur