B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc._____ ,          Case No.  08-13555 (JMP)_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| Banque SYZ SA | Rothschild Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:
        **Banque SYZ SA**
        **30, rue du Rhône**
        **Case Postale 5015**
        **1211 Genève 11**

Phone:  +41 58 799 1330_____
Last Four Digits of Acct #: _____

Court Claim # (if known): ___56031___
Amount of Claim: EUR 345'000
Date Claim Filed: ____10/23/2009____

Phone:  +41 44 384 7111_____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):
  DEUTSCHE BANK AG / DEUTDEFFXXX
  DE03 5007 0010 0941 8609 10

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.
    Catherine Bättig
By:  Officer _____          Date:  08/02/2016_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG - 3 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

<u>**EVIDENCE OF TRANSFER OF CLAIM**</u>

**TO:   THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Rothschild Bank AG** ("<u>Transferor</u>") unconditionally and irrevocably transferred to **Banque SYZ SA** ("<u>Transferee</u>") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 56031**) of **EUR 345,000** in nominal value related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "<u>Debtor</u>"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "<u>Bankruptcy Court</u>").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **July 22, 2016**

**Rothschild Bank AG**

By: _____
Name:  Michael Harrer
Title:    Vice President

By: _____
Name:  Werner Imper
Title:    Executive

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|------|------|------|------|------|
| XS0300477709 | 56031 | October 23, 2009 | Lehman Brothers Treasury Co. BV | EUR 145,000 |
| XS0290588572 | 56031 | October 23, 2009 | Lehman Brothers Treasury Co. BV | EUR 200,000 |