EXECUTION VERSION

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.          Case No. 08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Lehman Brothers Luxembourg Investments S.à.r.l.**

Name of Transferee

**Lehman Brothers UK Holdings Limited (in administration)**

Name of Transferor

Name and Address where notices to transferee should be sent:

c/o Reed Smith LLP
The Broadgate Tower
20 Primrose Street
London EC2A 2RS
ATTN: CHARLOTTE MØLLER

Assigned Claim No.: 200019
Date Claim No. Assigned: 5 Aug 2016

Amount transferred (as allowed): $10,645.00

Phone: +44 (0) 203 116 3472
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 5 August 2016
Lehman Brothers Luxembourg Investments S.à.r.l.

Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

A32154393

15

## EVIDENCE OF TRANSFER OF CLAIM

TO: LEHMAN BROTHERS HOLDINGS INC. AND THE BANKRUPTCY COURT

1. Lehman Brothers UK Holdings Limited (in administration) ("Transferor") by and through its joint administrators, Anthony Victor Lomas, Stephen Anthony Pearson, Julian Guy Parr, Derek Anthony Howell and Gillian Eleanor Bruce (the "Joint Administrators" and each a "Joint Administrator") without personal liability, pursuant to the terms of the Deed of Assignment dated 5 August 2016 and entered into, among others, between Transferor and Transferee (as defined below), does hereby certify that it has unconditionally and irrevocably transferred and assigned to Lehman Brothers Luxembourg Investments S.à.r.l. ("Transferee") all right, title and interest in and to the claim in Transferor's name against Lehman Brothers Holdings Inc. ("LBHI"), formerly a debtor in proceedings for reorganization in the United States Bankruptcy Court for the Southern District of New York, administered under Case No. 08-13555 (SCC) (the "Bankruptcy Case"), assigned claim number 200019 by the claim agent for LBHI and allowed in the Bankruptcy Case as a class 4A claim (the "Transferred Claim").

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, title 11 of the United States Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes relating to the Transferred Claim, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claim, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all notices or payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee.

3. One of the Joint Administrators has signed this Evidence of Transfer as agent for and on behalf of Transferor and neither the Joint Administrators, their firm, their firm's members, partners, directors, officers, employees nor any of their respective agents, advisers or representatives shall incur any personal liability whatsoever in respect of, or in relation to, this Evidence of Transfer. The exclusion of liability set out in this paragraph shall arise and continue notwithstanding the termination of the agency of the Joint Administrators and shall operate as a disclaimer of any claims in tort as well as under the laws of contract, and any claims otherwise at law or in equity. Though not parties to this Evidence of Transfer, the Joint Administrators, their firm, their firm's members, partners, directors, officers, employees and each of their respective agents, advisers or representatives shall be entitled to rely on this paragraph of this Evidence of Transfer as if they were a party to it.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 5th day of August 2016.

Lehman Brothers UK Holdings Limited (in administration)

By: _____
Name: GILLIAN BRUCE
Title: Joint Administrator
For and on behalf of
Lehman Brothers UK Holdings Limited (in administration) acting as its agent and without personal liability

Level 23, 25 Canada Square
London E14 5LQ
United Kingdom

Lehman Brothers Luxembourg Investments S.à.r.l.

By: _____
Name: A&P BRERETON
Title: MANAGER

1