Ingeborg Arlt
Am alten Salzwerk 3A
38667 Bad Harzburg
Germany

Bad Harzburg, 08/11/2016

UNITED STATES BANKRUPTCY COURT
Southern District of New York
Attn: Lehmann Brothers Holdings Inc.
One Bowling Green
New York,
NY 10004-1408
USA


RECEIVED AUG 17 2016 U.S BANKRUPTCY COURT SO DIST OF NEW YORK

Transfer the warranty

Dear Sir or Madam,

enclose you can find in the O.A. Matter following documents with the request for further processing :

- Notice of Transfer of Claim
- Exhibit 1: Agreement with Schedule
- Exhibit 2: Proof of Claim

Best regards!

Ingeborg Arlt



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

**Ingeborg Arlt**
Name of Transferee

Name and Address where notices to transferee should be sent:

Mrs. Ingeborg Arlt
Am Alten Salzwerk 3 A
D-38667 Bad Harzburg
Federal Republic of Germany

Telephone: 49 53 226314
Attention:

**VR-LIW GmbH**
Name of Transferor

Claim No.: 55170

Amount of Claim: USD 28,591.91

Blocking No.: CA58642

Date Claim Filed: 10/29/2009

Name and Address where transferee payments should be sent (if different from above):

N/A

Telephone:
Attention:

Evidence of Transfer of Claim is attached as Exhibit 1.

**Exhibit 1**

# AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **VR-LIW GmbH**, Gabelsberger Strasse 1a, D-59069 Hamm, Germany (the "Transferor") hereby unconditionally and irrevocably transfers and assigns to **Mrs. Ingeborg Arlt** (the "Transferee"), as of the date hereof, an undivided interest, to the extent of the amount specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with **Proof of Claim Number 55170, Blocking Number CA58642** filed by or on behalf of **VR-LIW GmbH** as Filing Entity on behalf of multiple holders of Lehman Programs (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is

executed as of ____08-11____, 2016.

**VR-LIW GmbH**

By: _____
Name: Andreas Winkler, ppa.
Title: Manager (*Prokurist*)
Gabelsbergerstrasse 1a
D - 59069 Hamm
Germany

**Ingeborg Arlt**

_____

## SCHEDULE 1

## Transferred Claims

Transferred Portion of Claim

US$ 28,591.91 of US$ 28,591.91 relating to Proof of Claim No. 55170, Blocking No. CA58642

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Accrued Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Securities Programs | XS0280223107 Blocking No. CA58642 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 20,000.00 equivalent to US$ 28,478.00 | Index linked | 4 July 2017 | EUR 80.00 equivalent to US$ 113.91 |

**Exhibit 2**

# LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

In Re: Lehman Brothers Holdings Inc., et al., Debtors.
Chapter 11
Case No. 08-13555 (JMP)
(Jointly Administered)

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)          0000055170

**Note:** This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities
Gunnar Mängel (General Manager)
Gabelsbergerstraße 1a
59069 Hamm
Germany

Telephone number:+4930/25 92 45 314    Email Address: g.maengel@vr-liw.de

Name and address where payment should be sent (if different from above)
VR-LIW GmbH
Gabelsbergerstraße 1a
59069 Hamm

Telephone number:+4930/25 92 45 314 Email Address: g.maengel@vr-liw.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $28,591.91 _____ (Required)

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0280223107         (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached schedule( page 1 to 4)           (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See attached schedule (page 1 to 4)             (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

Date: 26 Oct 2009

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*/signed/* Gunnar Mängel

FOR COURT USE ONLY
FILED / RECEIVED
OCT 29 2009
EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

## Schedule for the notes with the ISIN Code:   XS0280223107

**Calculation**

| | |
|---|---|
| Final redemption amount[1]: | Fortrust VI Hedge Fund Index |
| Interest: | Index linked |
| Method of interest calculation: | Actual/ 360 |
| Initial day of reckoning: | 5 July 2008 |
| Issue date: | 11 May 2007 |
| Original maturity day: | 4 July 2017 |
| Bankruptcy judgement day: | 15 September 2008 |
| Days of reckoning | 73 |
| Exchange rate (EUR-USD)[2]: | 1.423900 |

[1] The Final Redemption Amount is calculated with the applicable formula below.
[2] The exchange rate of 15 September 2008 is taken from the website *www.reuters.com*

$$\text{Amount of Interest} = \text{Min} \left[ \left( 2\% + \text{Max}\left( P \times \left( \frac{I_t}{I_{t-1}} - 1 \right), 0 \right) \right); 8\% \right]$$

P = Participation Rate equal to 20%
$I_t$ = latest Index Value on the Coupon Deduction Date
$I_{t-1}$ = Index Value on the previous Coupon Deduction Date

$$= \text{Min} \left[ \left( 2\% + \text{Max}\left( 20\% \times \left( \frac{}{} - 1 \right), 0 \right) \right); 8\% \right)$$

Due to the negative performance of the underlying "Fortrust VI Hedge Fund Index" the minimum interest rate of 2% p.a. will be used to calculate the interest. The minimum interest rate is derived from the equation above.

$$\text{Amount of Interest} = \frac{\text{Nominal amount} \times 2.0\% \times 73 \text{ days}}{360}$$

$$\text{Final Redemption Amount} = \text{Specified Denomination} \times \left[ 100\% + \text{Max}\left( 0\%; \frac{\text{BAV Final}}{\text{BAV Initial}} - 100\% \right) \right]$$

**BAV Initial means** = the BAV initial on the Initial Valuation Date (14 June 2007)

**BAV Final means=** the arithmetic average of Synthetic Dynamic Portfolio Values BAV t on each monthly Averaging Date

**Averaging Date=** each Valuation Date t from and including the Valuation Date failing in April 2017, up to and including the Final Valuation Date

Due to the negative performance of the underlying "Fortrust VI Hedge Fund Index" the minimum redemption amount of 100% of the specified denomination will be used for calculation. The minimum redemption amount is derived from the equation above.

| Blocking Number | Account Number | Nominal amount in € | Amount of interest in € | Total amount of claim in €: | claim in $: |
|---|---|---|---|---|---|
| CA58642 | 67160 | 20.000,00 € | 80,00 € | 20.080,00 € | $ 28.591,91 |
| | Total | 20.000,00 € | 80,00 € | 20.080,00 € | $ 28.591,91 |

### Reservation of Rights

1. VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities ("Claimant") expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims. Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

2. This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

3. The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

Page 3 of 4

4. Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

5. In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

26 OCT 2009
_____
Date

_[signature]_
_____
Signature

Gunnar Mängel (General Manager)

VR-LIW GmbH
Gabelsbergerstr. 1a
59069 Hamm
Germany

Registry court: AG Hamm, HRB 6345
VAT-Ident-Number DE262892384

Tel.: +49 30 / 259 245 - 314
Fax: +49 30 / 259 245 - 399
E-Mail: g.maengel@vr-liw.de

Page 4 of 4

FedEx International Air Waybill

From: 10/18/09
Sender: VR-LIN GMBH
c/o PROMOTA
Address: LINDENSTR 20-25
City: BERLIN
Country: DE
Phone: 030/31592 43 34

To:
Recipient: Epiq Bankruptcy Solutions LLC
Company: Lehman Brothers Holdings Claims Processing
Address: 757 Third Avenue, 3rd floor
City: NEW YORK
State: NEW YORK
Country: USA
Postal Code: 10017

Commodity Description: Documents
Total Weight: 1 kg

RECEIVED OCT 29 2009

Tracking: 8678 8932 4839 0405