B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,     Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Intersil Luxembourg Sarl | Intersil Holding GmbH |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1650 R.J. Conlan Blvd., m/s62A309
  Palm Bay, FL 32905 Attn: Douglas Balog

Court Claim # (if known):  32149
Amount of Claim:  _____
Date Claim Filed:  09/22/2009

Phone:  321-729-5917
Last Four Digits of Acct #: _____

Phone:  321-729-5917
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Douglas A. Balog              Date: 08/05/2016
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
AUG 1 6 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.         ,        Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Intersil Luxembourg Sarl | Intersil Europe Sarl |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  1650 R.J. Conlan Blvd., m/s62A309
  Palm Bay, FL 32905 Attn: Douglas Balog

Court Claim # (if known):  32150
Amount of Claim: _____
Date Claim Filed:  09/22/2009

Phone:  321-729-5917
Last Four Digits of Acct #: _____

Phone:  321-729-5917
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Douglas A. Balog_____        Date: 08/05/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.      ,          Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Intersil Luxembourg Sarl                                  Intersil Investment Company
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known):  32151
should be sent:                                                       Amount of Claim: _____
  1650 R.J. Conlan Blvd., m/s62A309                 Date Claim Filed:  09/22/2009
  Palm Bay, FL 32905 Attn: Douglas Balog

Phone:  321-729-5917                                         Phone:  321-729-5917
Last Four Digits of Acct #: _____               Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Douglas A. Balog_____            Date:  08/05/2016
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al.  ,    Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Intersil Luxembourg Sarl
Name of Transferee

Xicor LLC
Name of Transferor

Name and Address where notices to transferee should be sent:
 1650 R.J. Conlan Blvd., m/s62A309
 Palm Bay, FL 32905 Attn: Douglas Balog

Court Claim # (if known): 32152
Amount of Claim: _____
Date Claim Filed: 09/22/2009

Phone: 321-729-5917
Last Four Digits of Acct #: _____

Phone: 321-729-5917
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Douglas A. Balog_     Date: 08/05/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.