B210A (Form 210A) (12/09)

FILED / RECEIVED

AUG 11 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Holdings Inc.          Case No. 08-13555

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the partial transfer, other than for security, of an undivided interest in the claim referenced in this evidence and notice.

| Scotia Capital Inc. | Bank Hapoalim |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Compliance

Attention: John De Pompa

Scotia Capital Inc.

40 King Street West – 33rd Floor

Toronto, Ontario    M5W 2X6

Court Claim: # 55855
Total Amount of Claim Filed:

$74,355494.00 USD
Amount of Claim Transferred: $80,000.00USD
ISIN/CUSIP: XS0207502781
Blocking Number: 6052924
Date Claim Filed: October 29, 2009

Phone:
Last Four Digits of Acct #: _____

Name and address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: August 11, 2016
     Transferee/Transferee's Agent

John De Pompa

c/o Scotia Capital Inc.

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571.