# JOHN MICHAEL PHUFAS, P.C.
### ATTORNEY AT LAW
### ROCKEFELLER CENTER
### 1270 AVENUE OF THE AMERICAS
### SUITE 1911
### NEW YORK, N.Y. 10020

TELEPHONE: (212) 245-7500
FAX: (212) 245-8296
EMAIL: john@phufaslaw.com

JOHN M. PHUFAS

OF COUNSEL
SIDNEY M. GEWANTER*

*ALSO ADMITTED IN MASSACHUSETTS

July 29, 2016

EPIQ Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY  10017

Attention:  Lehman Brothers Holdings
            Claims Processing

        Re:  Lehman Brothers Treasury BV
        Court Claims Nos. 47121 & 47130

Dear Sirs:

    On behalf of my client, Danai Maria Mania, please find enclosed copies of the Bankruptcy Transfer of Claim Form B210A signed by my client, together with accompanying Evidence of Transfer of Claim, in respect of the above-captioned claim numbers.

    If you have any questions, feel free to call me at my law firm at (212) 245-7500.

Very truly yours,

John M. Phufas

JMP/tp
Enclosures

cc:  Danai Maria Mania (via e-mail, w/enclosures)
     Marie-Anne Baechler, UBP (via e-mail, w/enclosures)

FILED / RECEIVED
AUG 11 2016
EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc          ,                    Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Danai Maria Mania | Union Bancaire Privée UBP SA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 15, Rigillis Street
 106 74 Athens, Greece

Court Claim # (if known):  47130
Amount of Claim:  $213,015.00
Date Claim Filed:  10/29/2009

Phone:  +30.210.722.5593
Last Four Digits of Acct #: _____

Phone:  +41.58.819.3428
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):
 Neuberger Berman LLC
 605 Third Avenue
 New York, NY  10158
Phone:  (800) 223-6448
Last Four Digits of Acct #:  -0501

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  *D. Mania*                                          Date:  07/29/2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE

### EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Danai-Maria Mania** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **47130**) in nominal amount of **USD 213'015.-** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 12th May 2016.

UNION BANCAIRE PRIVEE, UBP SA

Securities Dept
Director

Securities Dept
Associate

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



UNION BANCAIRE PRIVÉE

Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| ISIN XS0309485729 LEHMAN BROTHERS TREASURY BV | 47130 | 29th October 2009 | LEHMAN BROTHERS TREASURY BV | USD 213'015 |

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com

JOHN MICHAEL PHUFAS, P.C.
ROCKEFELLER CENTER
1270 AVENUE OF THE AMERICAS
SUITE 1911
NEW YORK, N.Y. 10020

FILED / RECEIVED
AUG 12 2016
EPIQ SYSTEMS

NEW YORK
NY 220
10 AUG 15
PM 8 L

EPIQ Bankruptcy Solutions, LLC
777 Third Avenue, 12th Floor
New York, NY 10017-1302

10017-130212

B90805.14
$0.47
US POSTAGE
FIRST-CLASS
062S0009084065
10020

B90805.15
$0.47
US POSTAGE
FIRST-CLASS
062S0009084065
10020