**Form 210A (10/06)**

# UNITED STATES BANKRUPTCY COURT

## Southern District of New York

In re  **Lehman Brothers Holdings Inc.**                    Case No. **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee** | **Name of Transferor** |
| **VonWin Capital Management, LP** | **Logan Hotels and Resorts, Mexico, S.A. de c.v. et al** |

| | |
|---|---|
| **Name and Address where notices to Transferee should be sent:** | Court Claim# (if Known**): 17588** |
| By: VonWin Capital, LLC its general Partner | Amount of Claim: **$4,000,000** |
| 261 Fifth Avenue, 22nd Floor | Date Claim Filed**: 9-18-2009** |
| New York, NY 10016 | Debtor: **Lehman Brothers Holdings Inc.** |
| Attn: Roger von Spiegel | |
| Tel: 212-889-1601 | |
| Email: cw@vonwincapital.com | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Roger Von Spiegel**                    Date:    August 25, 2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re:

LEHMAN BROTHERS HOLDINGS INC.,

Debtor(s).

Case No. 2008-13555

Jointly Administered

Chapter 11

## NOTICE OF TRANSFER OF CLAIM
## PURSUANT TO RULE 3001(e)

PLEASE TAKE NOTICE that any and all claims of Seller, as noted in the signature block below ("Seller"), that are scheduled by the Debtor(s) and/or filed as an original or amended Proof of Claim against the Debtor(s), including but not limited to the following claim (the "Claim"):

| Proof of Claim Amount | Proof of Claim No. |
|---|---|
| $4,000,000.00 | 17588 |

have been transferred and assigned to VonWin Capital Management, L.P. ("Buyer"). The signature of Seller on this document is evidence of the transfer of the claims and all rights thereto.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of the Claim from Seller to Buyer as an unconditional assignment and that Buyer is the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, with respect to the Claim to Buyer.

BUYER:    VonWin Capital Management, L.P.

Address:    261 Fifth Avenue, 22nd Floor
            New York, NY 10016

SELLER:    Logan Hotels and Resorts, Mexico, S.A. de c.v. et al.

Address:    c/o Cabo san Cristobal
            Attn: Albert Arthur Maes
            Blvd. Marina s/n local 1
            Colonia Centro Cabo San Lucas
            Baja California Sur, 23450
            Mexico

By:

Name:    Roger Von Spiegel
Title:    Managing member of VonWin Capital, LLC, the general partner of VonWin Capital Management, L.P.

Date:

By:

Name:    Albert Arthur Maes
Title:    Managing director

Date:    25/8/2016