United States Bankruptcy Court
Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,      Case No. 08-13555 (JMP)

(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Lehman Brothers Investments Pte Ltd (In Creditors' Voluntary Liquidation) | Lehman Brothers Securities Taiwan Limited |
| Name of Transferee | Name of Transferor |

Court Claim #: see attached schedule
Total Claim Amount: see attached schedule

Name and Address where notices to Transferee should be sent:

Lehman Brothers Investments Pte Ltd (In Creditors' Voluntary Liquidation)
c/o KPMG Advisory Services Pte. Ltd.
16 Raffles Quay #22-00
Hong Leong Building
Singapore 048581
Attention: Messrs Chay Fook Yuen, Bob Yap Cheng Ghee, and Tay Puay Cheng

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

For and on behalf of
LEHMAN BROTHERS INVESTMENTS PTE LTD
(IN CREDITORS' VOLUNTARY LIQUIDATION)

By: _____     Date: _____24 August 2016_____
Name: Chay Fook Yuen
Title: Joint and Several Liquidator

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

KL2 2919297.1

- 2 -

## Schedule

| Debtor | Type of Claim | Claim Number | Claim Amount US Dollars ($) |
|---|---|---|---|
| Lehman Brothers Holdings Inc. | Senior Affiliate Guarantee (Class 4B) | 18559 | $604,524.00 |
| **TOTAL** | | | **$604,524.00** |

KL2 2919297.1