B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: **Lehman Brothers Holdings Inc.**  Case No. **08-13555**

**(Jointly Administered)**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Banc of America Credit Products, Inc.<br>Name of Transferee | York Global Finance BDH, LLC<br>Name of Transferor |

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.
c/o Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036
Attn: Ante Jakic / Ryan Weddle
Telephone: (646) 855-7450
E-mail: ante.jakic@baml.com /
ryan.weddle@baml.com
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): 29557.02
Amount of Claim Transferred: $100,000,000
Date Claim Filed: 9/22/09
Debtor: Lehman Brothers Holdings Inc.

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Meredith R. Smith_____  Date: 8/26/16
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

US_121247427v1

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $100,000,000

YORK GLOBAL FINANCE BDH, LLC ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch
Bank of America Tower – 3rd Floor
One Bryant Park
New York, New York 10036
Attention:   Ante Jakic / Ryan Weddle
Telephone: (646) 855-7450
Email: Ante.Jakic@baml.com / ryan.weddle@baml.com /
bas.infomanager@bankofamerica.com

and its successors and assigns ("Buyer"), all right, title and interest in and to the claim of Seller against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $100,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as set forth below.

| BANC OF AMERICA CREDIT PRODUCTS, INC. | YORK GLOBAL FINANCE BDH, LLC |
|---|---|
| By: _____ (Signature of authorized signatory) | By: _____ (Signature of authorized signatory) |
| Name: Meredith R. Smith | Name: John J. Fosina |
| Title: Vice President | Title: Chief Financial Officer |
| Date: August 26, 2016 | Date: August 26, 2016 |

120906771v2