WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin
Maritza Dominguez Braswell (pro hac vice)

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――――― x
                                              :    **Chapter 11**
**In re:**                                    :
                                              :    **Case No. 08-13555 (SCC)**
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :
                                              :
            Debtors.                          :
―――――――――――――――――――――――――――― x

### NOTICE OF WITHDRAWAL OF LEHMAN BROTHERS HOLDINGS INC.'S MOTION TO ENFORCE THE AUTOMATIC STAY, THE PLAN, AND THE CONFIRMATION ORDER AS TO SECURITYNATIONAL MORTGAGE COMPANY

**PLEASE TAKE NOTICE** that on February 17, 2016, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator for the entities in the above referenced chapter 11 cases (the "Debtors"), filed a Motion to Enforce the Automatic Stay, the Plan of Reorganization and the Confirmation Order against iFreedom Direct Corporation (formerly known as New Freedom

Mortgage Corporation) ("iFreedom") and SecurityNational Mortgage Company ("SecurityNational") (the "Motion") [Dkt. No. 52076].

**PLEASE TAKE FURTHER NOTICE** that on April 21, 2016, iFreedom filed an Objection to Motion to Enforce Automatic Stay [Dkt. No. 52550].

**PLEASE TAKE FURTHER NOTICE** that on April 25, 2016, SecurityNational filed a Memorandum in Opposition to Motion to Enforce Automatic Stay [Dkt. No. 52585].

**PLEASE TAKE FURTHER NOTICE** that on April 28, 2016, LBHI filed a Reply to iFreedom's and SecurityNational's Opposition and in Further Support of Lehman Brothers Holdings Inc.'s Motion to Enforce the Automatic Stay, the Plan, and the Confirmation Order Against iFreedom and SecurityNational [Dkt. No. 52643].

**PLEASE TAKE FURTHER NOTICE** that on May 5, 2016, this Court heard oral argument on the Motion.

**PLEASE TAKE FURTHER NOTICE** that LBHI is hereby withdrawing the Motion as to SecurityNational.  This withdrawal shall only apply to SecurityNational, is without prejudice, and shall not have any force or effect as to any other entity subject to the Motion.

Dated:  New York, New York
August 26, 2016

*/s/ Adam M. Bialek*
William A. Maher
Paul R. DeFilippo
James N. Lawlor
Adam M. Bialek

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

and

Michael A. Rollin
Maritza Dominguez Braswell (pro hac vice)

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:  (303) 945-7415
Facsimile:  (303) 974-7468

*Counsel for Lehman Brothers Holdings Inc.*