B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re Lehman Brothers Holdings Inc., et.al.        ,    Case No. 08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Margit Widinski | ELLS BANK AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent: Margit Widinski
Breitenfurter Str. 564
A-1230 Vienna
Austria

Court Claim # (if known): 55042
Amount of Claim: $56,764.17
Date Claim Filed: 10/29/2009

Phone: +43 664 80037318
Last Four Digits of Acct #: _____

Phone: +431 20595 320
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

This is a partial transfer of 9.0909% of the total allowed claim of $624,406.49

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _[signature]_                                Date: 07/12/2016
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

FILED U.S. BANKRUPTCY COURT S.D.N.Y. 2016 AUG 22 P 2:47

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ATTN: LEHMAN BROTHERS HOLDINGS INC
ONE BOWLING GREEN
NEW YORK, NY 10004-1408
UNITED STATES

FILED
U.S. BANKRUPTCY COURT
2016 AUG 22  P 2: 47
S.D.N.Y.

Vienna, 2016-08-17

**Transfer of Claim 55042**

Dear Madam or Sir,

ELLS BANK holds a claim (No 55042) in the Lehman Brothers Holdings Inc. Bankruptcy case. Please find attached an application for the partial transfer of this claim as follows:

|  | ISIN | nominal (EUR) | claims before transfer (USD) | claims to transfer (%) | claims to transfer (USD) | claims after transfer (USD) |
|---|---|---|---|---|---|---|
| from ELLS BANK AG | XS0177328548 | 440.000,00 | 624.406,49 | -9,0909% | 56.764,17 | 567.642,32 |
| to Margit Widinski | | | 0,00 | 9,0909% | 56.764,17 | 56.764,17 |

Moreover, another transfer request for the remainder of our claim (90,9091%, USD 567.642,32) will by filed by UBS Zurich as transferee. After both transfers have been processed, ELLS Bank will not hold any claims against Lehman Brothers Holdings Inc.

In case of any questions please contact Mr. Andreas Doersam at

email: andreas.doersam@ells-bank.at
Tel:   +431 20595 320
Fax:   +431 20595 191
Mail:  ELLS BANK AG
       Prinz-Eugen Strasse 8-10
       1040 Vienna
       Austria

Kind regards,

Wilhelm Brünner        Andreas Doersam

Schedule 1

|  | ISIN | nominal (EUR) | total allowed claim (USD) | claim to transfer (%) | claim to transfer (USD) |
|---|---|---|---|---|---|
| ELLS BANK AG | XS0177328548 | 440.000,00 | 624.406,49 | -9,0909% | -56.764,17 |
| Margit Widinski |  |  |  | 9,0909% | 56.764,17 |

This is a partial transfer of 9,0909% of the total allowed claim of 624,406.49 USD for claim No 55042.