Prepared by: Carissa Steele

**Security Calculation of Realized Loss** — Servicer Claim Form

June 22, 2013

| | |
|---|---|
| NSM Loan #: | |
| Mortgagor: | |
| Property Address: | |
| Servicer Loan #: | |
| Investor Loan #: | |
| Investor ID: AEN    Srv Fee Mnths: 16 | |
| P&I Payment: $502.14 | |
| ARM?: None | |
| Inactive Date: None | |
| MI Curtailment: <MICurtailment> | |

| | |
|---|---|
| Remittance Type: | Scheduled/Scheduled |
| Next Payment Due Date: | 1-Feb-12 |
| Short Sale Date: | 26-Apr-13 |
| REO Date: | |
| # of Months Interest Accrued at Net Rate: | 15 |
| Note Interest Rate: | 7.4250% |
| Servicing Fee Rate: | 0.7900% |
| Interest perdiem @ note rate: | |
| Actual Principal Advanced by Servicer: | |
| Actual Interest Advanced by Servicer: | |
| Portion of Interest Advanced After Buyout: | |
| Amount due Servicer: | ($6,320.69) |

| | Servicer Claimed | Agency Paid | Amount Not Recovered |
|---|---|---|---|
| Unpaid Principal Balance | $68,400.00 | $13,303.37 | $55,096.63 |
| Interest Accrued @ Net Rate | $5,625.86 | | $5,625.86 |
| Total Asset Balance | $74,025.86 | $13,303.37 | $60,722.49 |

| | Claimed | Paid | |
|---|---|---|---|
| FC - Attorney Fees | $1,350.00 | | $1,350.00 |
| FC - Acquisition Costs | $1,097.50 | | $1,097.50 |
| BK - Attorney Fees & Costs | | | $0.00 |
| EV - Attorney Fees & Costs | | | $0.00 |
| Appraisal / BPO | $133.50 | | $133.50 |
| Property Insp. / Preservation | $144.00 | | $144.00 |
| Utilities | | | $0.00 |
| Prev Serv Corp | | | $0.00 |
| Other: | | | $0.00 |
| Other: | | | $0.00 |
| Other: Payments to Prior Investor | | | $0.00 |
| Liquidation / Acquisition Expenses | $2,725.00 | $0.00 | $2,725.00 |
| Restricted Escrow Bal enter as a negative | | | $0.00 |
| Restricted Escrow Balance | | | $0.00 |
| Real Estate Taxes | $402.26 | | $402.26 |
| Hazard Insurance Premiums | $1,047.45 | | $1,047.45 |
| Prev Serv Escrow | | | $0.00 |
| Other: | | | $0.00 |
| Other: | | | $0.00 |
| Other: | | | $0.00 |
| Trust Reimbursement | | | $0.00 |
| Escrow Advances | $1,449.71 | $0.00 | $1,449.71 |
| | | | Amount Remitted to NSM |
| MI Proceeds | $2,093.91 | | $2,093.91 |
| Sale Proceeds | $11,209.46 | | |
| Trust Reimbursement | | | |
| Scheduled Balance Amount Remitted | | | |
| Liquidation Proceeds | $13,303.37 | $13,303.37 | $0.00 |

**NSM Review**

| Reason Denied | Amount Denied |
|---|---|
| Interest Denied | $0.00 |
| Liquidation / Acquisition Exp Denied | $0.00 |
| Escrow Advances Denied | $0.00 |
| Total Amount Denied | $0.00 |

| | |
|---|---|
| Unpaid Principal Balance | $68,400.00 |
| Interest Accrued @ Net Rate | $5,625.86 |
| **Subtotal Principal & Interest** | **$74,025.86** |
| Liquidation / Acquisition Expenses | $2,725.00 |
| Escrow Advances | $1,449.71 |
| REO Disposition/Accrued Servicing Fee | $714.06 |
| NSM Review Amount Denied | $0.00 |
| **Net Advances/Expenses Allowed** | **$4,888.77** |
| **Subtotal** | **$78,914.63** |
| **Total Credits** | **$13,303.37** |
| **Net Gain / (Loss) With Interest** | **($65,611.26)** |
| **Net Gain / (Loss) Without Interest** | **($59,985.40)** |

Loan Number: ▮▮▮▮▮

| Month | Svcr Fee Running Total | Rate Running Total | P&I Pymt | Note Interest Rate | Investor Rate | Net Investor Interest | Scheduled Principal Payment | Scheduled Principal Balance | Gross Interest | Servicer Fee | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Principal Balance: | | 68,400.00 | | | |
| 1 | 45.03 | 378.20 | 502.14 | 7.4250% | 6.6350% | 378.20 | 78.92 | 68,321.09 | 423.23 | 45.03 | Feb-12 |
| 2 | 90.01 | 755.95 | 502.14 | 7.4250% | 6.6350% | 377.76 | 79.40 | 68,241.68 | 422.74 | 44.98 | Mar-12 |
| 3 | 134.93 | 1,133.27 | 502.14 | 7.4250% | 6.6350% | 377.32 | 79.89 | 68,161.79 | 422.25 | 44.93 | Apr-12 |
| 4 | 179.81 | 1,510.15 | 502.14 | 7.4250% | 6.6350% | 376.88 | 80.39 | 68,081.40 | 421.75 | 44.87 | May-12 |
| 5 | 224.63 | 1,886.58 | 502.14 | 7.4250% | 6.6350% | 376.43 | 80.89 | 68,000.51 | 421.25 | 44.82 | Jun-12 |
| 6 | 269.39 | 2,262.57 | 502.14 | 7.4250% | 6.6350% | 375.99 | 81.39 | 67,919.12 | 420.75 | 44.77 | Jul-12 |
| 7 | 314.11 | 2,638.11 | 502.14 | 7.4250% | 6.6350% | 375.54 | 81.89 | 67,837.23 | 420.25 | 44.71 | Aug-12 |
| 8 | 358.77 | 3,013.19 | 502.14 | 7.4250% | 6.6350% | 375.08 | 82.40 | 67,754.84 | 419.74 | 44.66 | Sep-12 |
| 9 | 403.37 | 3,387.82 | 502.14 | 7.4250% | 6.6350% | 374.63 | 82.91 | 67,671.93 | 419.23 | 44.61 | Oct-12 |
| 10 | 447.92 | 3,761.99 | 502.14 | 7.4250% | 6.6350% | 374.17 | 83.42 | 67,588.51 | 418.72 | 44.55 | Nov-12 |
| 11 | 492.42 | 4,135.70 | 502.14 | 7.4250% | 6.6350% | 373.71 | 83.94 | 67,504.57 | 418.20 | 44.50 | Dec-12 |
| 12 | 536.86 | 4,508.94 | 502.14 | 7.4250% | 6.6350% | 373.24 | 84.46 | 67,420.12 | 417.68 | 44.44 | Jan-13 |
| 13 | 581.24 | 4,881.72 | 502.14 | 7.4250% | 6.6350% | 372.78 | 84.98 | 67,335.14 | 417.16 | 44.38 | Feb-13 |
| 14 | 625.57 | 5,254.02 | 502.14 | 7.4250% | 6.6350% | 372.31 | 85.50 | 67,249.64 | 416.64 | 44.33 | Mar-13 |
| 15 | 669.85 | 5,625.86 | 502.14 | 7.4250% | 6.6350% | 371.83 | 86.03 | 67,163.60 | 416.11 | 44.27 | Apr-13 |
| 16 | 714.06 | 5,997.22 | 502.14 | 7.4250% | 6.6350% | 371.36 | 86.57 | 67,077.04 | 415.57 | 44.22 | May-13 |
| 17 | 758.22 | 6,368.10 | 502.14 | 7.4250% | 6.6350% | 370.88 | 87.10 | 66,989.94 | 415.04 | 44.16 | Jun-13 |
| 18 | 802.32 | 6,738.50 | 502.14 | 7.4250% | 6.6350% | 370.40 | 87.64 | 66,902.30 | 414.50 | 44.10 | Jul-13 |
| 19 | 846.37 | 7,108.41 | 502.14 | 7.4250% | 6.6350% | 369.91 | 88.18 | 66,814.12 | 413.96 | 44.04 | Aug-13 |
| 20 | 890.35 | 7,477.84 | 502.14 | 7.4250% | 6.6350% | 369.43 | 88.73 | 66,725.39 | 413.41 | 43.99 | Sep-13 |
| 21 | 934.28 | 7,846.77 | 502.14 | 7.4250% | 6.6350% | 368.94 | 89.28 | 66,636.11 | 412.86 | 43.93 | Oct-13 |
| 22 | 978.15 | 8,215.21 | 502.14 | 7.4250% | 6.6350% | 368.44 | 89.83 | 66,546.28 | 412.31 | 43.87 | Nov-13 |
| 23 | 1,021.96 | 8,583.16 | 502.14 | 7.4250% | 6.6350% | 367.95 | 90.38 | 66,455.90 | 411.76 | 43.81 | Dec-13 |
| 24 | 1,065.71 | 8,950.61 | 502.14 | 7.4250% | 6.6350% | 367.45 | 90.94 | 66,364.95 | 411.20 | 43.75 | Jan-14 |
| 25 | 1,109.40 | 9,317.55 | 502.14 | 7.4250% | 6.6350% | 366.94 | 91.51 | 66,273.45 | 410.63 | 43.69 | Feb-14 |
| 26 | 1,153.03 | 9,683.99 | 502.14 | 7.4250% | 6.6350% | 366.44 | 92.07 | 66,181.37 | 410.07 | 43.63 | Mar-14 |
| 27 | 1,196.60 | 10,049.91 | 502.14 | 7.4250% | 6.6350% | 365.93 | 92.64 | 66,088.73 | 409.50 | 43.57 | Apr-14 |
| 28 | 1,240.11 | 10,415.33 | 502.14 | 7.4250% | 6.6350% | 365.42 | 93.22 | 65,995.52 | 408.92 | 43.51 | May-14 |
| 29 | 1,283.55 | 10,780.23 | 502.14 | 7.4250% | 6.6350% | 364.90 | 93.79 | 65,901.72 | 408.35 | 43.45 | Jun-14 |
| 30 | 1,326.94 | 11,144.61 | 502.14 | 7.4250% | 6.6350% | 364.38 | 94.37 | 65,807.35 | 407.77 | 43.39 | Jul-14 |
| 31 | 1,370.26 | 11,508.47 | 502.14 | 7.4250% | 6.6350% | 363.86 | 94.96 | 65,712.39 | 407.18 | 43.32 | Aug-14 |
| 32 | 1,413.52 | 11,871.81 | 502.14 | 7.4250% | 6.6350% | 363.33 | 95.54 | 65,616.85 | 406.60 | 43.26 | Sep-14 |
| 33 | 1,456.72 | 12,234.61 | 502.14 | 7.4250% | 6.6350% | 362.81 | 96.14 | 65,520.71 | 406.00 | 43.20 | Oct-14 |
| 34 | 1,499.86 | 12,596.89 | 502.14 | 7.4250% | 6.6350% | 362.27 | 96.73 | 65,423.98 | 405.41 | 43.13 | Nov-14 |
| 35 | 1,542.93 | 12,958.63 | 502.14 | 7.4250% | 6.6350% | 361.74 | 97.33 | 65,326.65 | 404.81 | 43.07 | Dec-14 |
| 36 | 1,585.93 | 13,319.83 | 502.14 | 7.4250% | 6.6350% | 361.20 | 97.93 | 65,228.72 | 404.21 | 43.01 | Jan-15 |
| 37 | 1,628.88 | 13,680.49 | 502.14 | 7.4250% | 6.6350% | 360.66 | 98.54 | 65,130.18 | 403.60 | 42.94 | Feb-15 |
| 38 | 1,671.75 | 14,040.60 | 502.14 | 7.4250% | 6.6350% | 360.12 | 99.15 | 65,031.04 | 402.99 | 42.88 | Mar-15 |
| 39 | 1,714.56 | 14,400.17 | 502.14 | 7.4250% | 6.6350% | 359.57 | 99.76 | 64,931.28 | 402.38 | 42.81 | Apr-15 |
| 40 | 1,757.31 | 14,759.19 | 502.14 | 7.4250% | 6.6350% | 359.02 | 100.38 | 64,830.90 | 401.76 | 42.75 | May-15 |
| 41 | 1,799.99 | 15,117.65 | 502.14 | 7.4250% | 6.6350% | 358.46 | 101.00 | 64,729.90 | 401.14 | 42.68 | Jun-15 |
| 42 | 1,842.61 | 15,475.55 | 502.14 | 7.4250% | 6.6350% | 357.90 | 101.62 | 64,628.28 | 400.52 | 42.61 | Jul-15 |
| 43 | 1,885.15 | 15,832.89 | 502.14 | 7.4250% | 6.6350% | 357.34 | 102.25 | 64,526.02 | 399.89 | 42.55 | Aug-15 |
| 44 | 1,927.63 | 16,189.67 | 502.14 | 7.4250% | 6.6350% | 356.78 | 102.89 | 64,423.14 | 399.25 | 42.48 | Sep-15 |
| 45 | 1,970.04 | 16,545.87 | 502.14 | 7.4250% | 6.6350% | 356.21 | 103.52 | 64,319.62 | 398.62 | 42.41 | Oct-15 |
| 46 | 2,012.39 | 16,901.51 | 502.14 | 7.4250% | 6.6350% | 355.63 | 104.16 | 64,215.45 | 397.98 | 42.34 | Nov-15 |
| 47 | 2,054.66 | 17,256.56 | 502.14 | 7.4250% | 6.6350% | 355.06 | 104.81 | 64,110.65 | 397.33 | 42.28 | Dec-15 |
| 48 | 2,096.87 | 17,611.04 | 502.14 | 7.4250% | 6.6350% | 354.48 | 105.46 | 64,005.19 | 396.68 | 42.21 | Jan-16 |
| 49 | 2,139.01 | 17,964.94 | 502.14 | 7.4250% | 6.6350% | 353.90 | 106.11 | 63,899.08 | 396.03 | 42.14 | Feb-16 |
| 50 | 2,181.07 | 18,318.25 | 502.14 | 7.4250% | 6.6350% | 353.31 | 106.76 | 63,792.32 | 395.38 | 42.07 | Mar-16 |
| 51 | 2,223.07 | 18,670.97 | 502.14 | 7.4250% | 6.6350% | 352.72 | 107.43 | 63,684.89 | 394.71 | 42.00 | Apr-16 |

June 22, 2013

RE:   NSM Loan # ▓▓▓▓▓▓▓▓           Investor Loan # ▓▓▓▓▓▓▓▓
      Security Name:
      Liquidated By:                 Liquidation Date:
      Loan Type: Conv.               Remittance Type: Scheduled/ Scheduled

Dear

The property associated with the above referenced loan was liquidated on the date indicated above. A summary of the liquidation proceeds and expenses are listed below.

| | **Advances/Expenses/Service Fee** | | **Principal & Interest** |
|---:|---|---:|---|
| $2,725.00 | Liquidation / Acquisition Expense | $68,400.00 | Principal |
| $1,449.71 | Escrow Advances | $5,625.86 | Accrued Interest |
| $714.06 | REO Disposition/Accrued Servicing Fee | **$74,025.86** | **Total payoff** |
| $0.00 | Total Amount Denied | | |
| **$4,888.77** | **Net Adv/Exp/Svc Fee Allowed to Servicer** | | |

| | **Summary** |
|---:|---|
| $13,303.37 | Liquidation Proceeds |
| ($4,888.77) | Net Adv/Exp/Svc Fee Allowed to Servicer |
| **$8,414.60** | **Net Proceeds** |

Resulting in a net gain / (loss) with accrued interest:        ($65,611.26)

Resulting in a net gain / (loss) without accrued interest:     ($59,985.40)

Sincerely,

cc:

June 22, 2013

RE:  Servicer # ▇▇▇▇
     NSM # ▇▇▇▇
     Investor # ▇▇▇▇

Dear

We have received your request for reimbursement of liquidation and acquisition expenses advanced during the foreclosure and subsequent liquidation of the above referenced property. Our review concludes the following:

| | **Escrow Adv/Credits Claimed** | | **P&I Advanced** |
|---:|---|---:|---|
| $402.26 | Real Estate Taxes | $0.00 | Actual Principal Advanced |
| $1,047.45 | Hazard Insurance Premiums | $0.00 | Actual Net Interest Advanced |
| $0.00 | Prev Serv Escrow | **$0.00** | **Total P&I Advanced** |
| $0.00 | Positive Esc Bal | | |
| $0.00 | Hazard Ins Refund | | **Acquisition Fees and Costs Claimed** |
| $0.00 | Other: | $1,350.00 | FC - Attorney Fees |
| $0.00 | Other: | $1,097.50 | FC - Acquisition Costs |
| $0.00 | Other: | $0.00 | BK - Attorney Fees & Costs |
| $0.00 | Trust Reimbursement | $0.00 | EV - Attorney Fees & Costs |
| **$1,449.71** | **Net Esc Adv/Credits Claimed** | $133.50 | Appraisal / BPO |
| | | $144.00 | Property Insp. / Preservation |
| | **Exp Recovered by Servicer** | $0.00 | Utilities |
| $2,093.91 | MI Proceeds | $0.00 | Prev Serv Corp |
| $11,209.46 | Sale Proceeds | $0.00 | Other: |
| $0.00 | Trust Reimbursement | $0.00 | Other: |
| $2,093.91 | Proceeds Remitted to NSM | $0.00 | Other: Payments to Prior Investor |
| **$11,209.46** | **Total Exp Recovered by servicer** | $714.06 | Accrued Servicing Fee |
| | | **$3,439.06** | **Total Acq. Fees/Costs Claimed** |
| | **Summary** | | |
| $4,888.77 | Total Adv/Exp Due Servicer | | |
| $0.00 | NSM Review Amount Denied | | |
| $11,209.46 | Exp Previously Recovered by Servicer | | |
| ($6,320.69) | | | |

You will soon receive a wire from Aurora Loan Services **to include** this amount as payment of your claim. We consider this to be your final claim for reimbursement and will only process supplemental claims under certain circumstances. Thank you for all of your help in assisting me with processing this claim.

Sincerely,

| (310) MIP | Date Paid | (311-329) Taxes | Date Paid | (351-355) Insurance | Date Paid | P&P | Reason Code | Attorney Fees/Costs | Reason Code | Date Paid | Inspections | Reason Code | Date Paid | Appraisal | Reason Code | Date Paid | Utilities | Reason Code | Date Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 402.26 | 12/24/2012 | 1047.45 | 7/25/2012 | | | 450 FC fee | | 6/07/2013 | 12 Prop Insp | | 4/25/2013 | 8.5 Appraisal | | 6/17/2013 | | | |
| | | | | | | | | 450 FC fee | | 5/29/2013 | 12 Prop Insp | | 3/27/2013 | 125 BPO | | 10/19/2012 | | | |
| | | | | | | | | 450 FC fee | | 5/28/2013 | 12 Prop Insp | | 2/19/2013 | | | | | | |
| | | | | | | | | 45 Posting Costs | | 3/08/2013 | 12 Prop Insp | | 1/28/2013 | | | | | | |
| | | | | | | | | 150 Title Examintn | | 3/08/2013 | 12 Prop Insp | | 1/28/2013 | | | | | | |
| | | | | | | | | 900 FC fee | | 7/02/2012 | 12 Prop Insp | | 10/30/2012 | | | | | | |
| | | | | | | | | 360.5 Publication | | 7/02/2012 | 12 Prop Insp | | 8/27/2012 | | | | | | |
| | | | | | | | | 542 Title Examintn | | 7/02/2012 | 60 Prop Insp | | 7/21/2012 | | | | | | |

| $0.00 | $402.26 | $1,047.45 | $0.00 | $2,447.50 | $144.00 | $133.50 | $0.00 |
|---|---|---|---|---|---|---|---|

Escrow Total $1,449.71        1,449.71        $144.00 P&P + Insp        $1,350.00 Attorney Fee        Corporate    $2,725.00
Loan Number                                                            $1,097.50 Attorney Cost        2,206.50
                                                                                    Bankruptcy         450.00
                                                                $0.00   Eviction                        68.50