```
DDCH ▓▓▓▓▓▓         CORPORATE ADVANCE HISTORY SCREEN  C44/003 08/16/16  11:21:13
T  TRAN          L:   F:  B:  R:    04/01/09 TYPE CONV. RES.    ARM      MAN S
15714 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
---------------------------------------------------------------- * MORE *-------
          C/A PAYEE       TRAN            RSN        USR             ESC PAYEE
          SORT            SORT            SORT       _ SORT          _ SORT
     DATE RANGE:          THRU
                                          C/A                                ORIG
 TRN USR  ID   DATE    TRAN AMT  ESC PAYEE PAYEE RSN  DESCRIPTION          DISBDT
 766 SRA 0046 112910      156.44-          10R00 TRFD FC TRANSF FUNDS
 745 BDA 0045 112610      156.44           10R00 SECF SECF
 745 BDA 0044 062910    4,011.64-          10R00 SECF SECF
 766 SRA 0043 041310       79.00-          10R00 TRFD FC TRANSF FUNDS
 633 NIV 0042 020210        1.11 REALUTGREE 10R00 UTIL FC UTILITIES
 633 NIV 0041 020210        1.11 REALUTGREE 10R00 UTIL FC UTILITIES
 633 NIV 0040 020210        1.11 REALUTGREE 10R00 UTIL FC UTILITIES
 633 NIV 0039 011410       19.25 REALUTGREE 10R00 UTIL FC UTILITIES
 633 NIV 0038 011410       17.17 REALUTGREE 10R00 UTIL FC UTILITIES
 633 NIV 0037 011410        1.83 REALUTGREE 10R00 UTIL FC UTILITIES
```

```
DDCH ▓▓▓▓▓▓        CORPORATE ADVANCE HISTORY SCREEN  C44/003 08/16/16  11:21:49
T  TRAN          L:   F:  B:  R:    04/01/09 TYPE CONV. RES.   ARM       MAN S
15714 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                               * MORE *-------
          C/A PAYEE        TRAN         RSN          USR           ESC PAYEE
          SORT             SORT         SORT       _ SORT        _ SORT
    DATE RANGE:            THRU
                                                  C/A                              ORIG
    TRN USR  ID   DATE    TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION          DISBDT
    631 NIV 0036 011410   1,150.00   PRSVOHSAFE  10R00 PRSV FC PROPERTY PRES
    631 NIV 0035 011410   2,300.00   PRSVOHSAFE  10R00 PRSV FC PROPERTY PRES
    633 NIV 0034 011310      15.06   REALUTGREE  10R00 UTIL FC UTILITIES
    633 NIV 0033 011310      28.00   REALUTGREE  10R00 UTIL FC UTILITIES
    633 NIV 0032 011310      28.00   REALUTGREE  10R00 UTIL FC UTILITIES
    633 NIV 0031 011310      28.00   REALUTGREE  10R00 UTIL FC UTILITIES
    633 NIV 0030 010510     500.00   REALUTGREE  10R00 IAPR INTERIOR APPRSL
    745 HA1 0029 010510   4,375.60-                    10R00 PRLM PRLM
    633 NIV 0028 123109     252.00   REALUTGREE  10R00 UTIL FC UTILITIES
    633 NIV 0027 123109     264.54   REALUTGREE  10R00 UTIL FC UTILITIES
```

```
Page: 3 Document Name: untitled
--------------------------------------------------------------------------------
DDCH █████████      CORPORATE ADVANCE HISTORY SCREEN   C44/003 08/16/16  11:21:58
T  TRAN          L:   F:  B:  R:   04/01/09 TYPE CONV. RES.    ARM      MAN S
15714 ████████████████████████████████
---------------------------------------------------------------- * MORE *-------
           C/A PAYEE         TRAN           RSN          USR           ESC PAYEE
        SORT                 SORT           SORT        _ SORT        _ SORT
     DATE RANGE:             THRU
                                                C/A                           ORIG
 TRN USR  ID   DATE     TRAN AMT   ESC PAYEE   PAYEE RSN  DESCRIPTION       DISBDT
 633 NIV 0026 123109       252.00  REALUTGREE  10R00 UTIL FC UTILITIES
 631 NIV 0025 112009       100.00  PRSVOHSAFE  10R00 LAWN FC LAWN MAINT
 632 NIV 0024 110509        92.00  ATTYCAQUAL  10R00 CEMA STATUTORY MAIL
 632 NIV 0023 110509        25.00  ATTYCAQUAL  10R00 RECO FC RECORDING FEE
 632 NIV 0022 110509        17.00  ATTYCAQUAL  10R00 REAF FC RECD AFFIDAVI
 632 NIV 0021 110509        97.00  ATTYCAQUAL  10R00 CEMA STATUTORY MAIL
 632 NIV 0020 110509        97.00  ATTYCAQUAL  10R00 CEMA STATUTORY MAIL
 632 NIV 0019 110509     1,117.18  ATTYCAQUAL  10R00 PUBL FC PUB FOR SALE
 632 NIV 0018 110509       120.00  ATTYCAQUAL  10R00 POST FC POSTING
 632 NIV 0017 110509        14.00  ATTYCAQUAL  10R00 RNOS FC REC NOT/SALE
```

```
DDCH                    CORPORATE ADVANCE HISTORY SCREEN   C44/003 08/16/16   11:22:01
T   TRAN            L:  F:  B:  R:    04/01/09 TYPE CONV. RES.    ARM      MAN  S
15714
-----------------------------------------------------------------  * MORE *-------
        C/A PAYEE            TRAN            RSN         USR              ESC PAYEE
        SORT                 SORT            SORT       _ SORT          _ SORT
    DATE RANGE:              THRU
                                                         C/A                        ORIG
    TRN USR  ID   DATE      TRAN AMT    ESC PAYEE    PAYEE RSN  DESCRIPTION       DISBDT
    632 NIV 0016 110509        14.00    ATTYCAQUAL  10R00 ROND FC NOTICE OF DEF
    632 NIV 0015 110509       390.00    ATTYCAQUAL  10R00 TSGC FC TSG COSTS
    632 NIV 0014 110509         3.88    ATTYCAQUAL  10R00 CEMA STATUTORY MAIL
    630 NIV 0013 110509       650.00    ATTYCAQUAL  10R00 ATTO FC ATTORNEY FEE
    631 NIV 0012 102709       100.00    PRSVOHSAFE  10R00 LAWN FC LAWN MAINT
    631 NIV 0011 100609       150.00    PRSVOHSAFE  10R00 IHAZ INTERIOR HAZARDS
    631 SAF 0010 100509        12.00    PRSVOHSAFE  30R00 INCL COLL INSPECTION
    631 NIV 0009 100209       100.00    PRSVOHSAFE  10R00 LAWN FC LAWN MAINT
    631 NIV 0008 090909        35.00    PRSVOHSAFE  10R00 LOCK FC LOCK CHANGE
    631 NIV 0007 090909       150.00    PRSVOHSAFE  10R00 INGR FC INITIAL LAWN
```

```
DDCH  ████████      CORPORATE ADVANCE HISTORY SCREEN   C44/003 08/16/16  11:22:04
T  TRAN          L:   F:   B:   R:   04/01/09 TYPE CONV. RES.   ARM      MAN S
15714 ██████████████████████████████
------------------------------████████████████----------------------- * END *--------
         C/A PAYEE           TRAN           RSN           USR           ESC PAYEE
         SORT                SORT           SORT        _ SORT        _ SORT
  DATE RANGE:                THRU
                                            C/A                                ORIG
  TRN USR  ID   DATE    TRAN AMT  ESC PAYEE  PAYEE RSN  DESCRIPTION         DISBDT
  631 NIV 0006 090909     180.00  PRSVOHSAFE 10R00 LOCK FC LOCK CHANGE
  631 SAF 0005 090809      12.00  PRSVOHSAFE 30R00 INCL COLL INSPECTION
  631 SAF 0004 081109      12.00  PRSVOHSAFE 30R00 INCL COLL INSPECTION
  631 SAF 0003 081009      12.00  PRSVOHSAFE 30R00 INCL COLL INSPECTION
  633 NIV 0002 063009      95.00  APPRUTFIRS 30R00 EBPO EXTERIOR BPO
  631 SAF 0001 052709      12.00  PRSVOHSAFE 30R00 INCL COLL INSPECTION


  ** BEGINNING CORP ADV BALANCE:                      0.00
  ** TOTAL OF TRANS DISPLAYED ON DDCH:                0.00
  ** OUTSTANDING CORP ADV BALANCE:                    0.00
```

Date: 8/25/2016 Time: 9:20:07 AM