**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| ------------------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
|  | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
|  | : |
| Debtors. | : (Jointly Administered) |
|  | : |
|  | : Ref. Docket Nos. 53417, 53419, |
|  | : 53424, 53426, 53441 |
| ------------------------------------------------------------------------------- X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 10, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                        */s/ Forrest Kuffer*
                                        Forrest Kuffer

Sworn to before me this
10th day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

CITIGROUP FINANCIAL PRODUCTS INC.
TRANSFEROR: CRS MASTER FUND, L.P.
ATTN: KENNETH KEELEY
390 GREENWICH STREET, 4TH FLOOR
NEW YORK, NY 10013

Please note that your claim # 63661-11 in the above referenced case and in the amount of $823,374.14 allowed at $809,565.30 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000109603291 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000175862



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC.
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER      53419      in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/10/2016                          Vito Genna, Clerk of Court

                                          /s/ Lauren Rodriguez
                                          _____
                                          EPIQ BANKRUPTCY SOLUTIONS, LLC
                                          as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 10, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANQUE PRIVEE ESPIRITO SANTO SA | TRANSFEROR: HYPOSWISS PRIVATBANK AG, AV. GENERAL GUISAN 70A, CASE POSTALE 107, PULLY 1009 SWITZERLAND |
| BARDELLA, DANIELE | TRANSFEROR: ICCREA BANCA S.P.A., VIA ZAGARELLI ALLE MURA 72, RAVENNA, RA 48121 ITALY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CBH COMPAGNIE BANCAIRE HELVETIQUE | TRANSFEROR: BANQUE PRIVEE ESPIRITO SANTO SA, COMPAGNIE BANCAIRE HELETIQUE, BLVD, EMILE-JACQUES DALCROZE 7, GENEVA 1204 SWITZLAND |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRESCENT 1, LP, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CRS MASTER FUND, L.P., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: CYRUS SELECT OPPORTUNITIES MASTER FUND, LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |
| MARINELLA, FRANCESCON | TRANSFEROR: ICCREA BANCA S.P.A., VIA SCALIGERA 45, MONTAGNANA, PD 35044 ITALY |

**Total Creditor Count 18**