**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
                                                                                :  Chapter 11
In re:                                                                          :
                                                                                :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                        :
                                                                                :  (Jointly Administered)
                        Debtors.                                                :
                                                                                :  Ref. Docket No. 53276
                                                                                :
                                                                                :
                                                                                :
------------------------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NEW YORK       )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 11, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 11, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                             */s/ Konstantina Haidopoulos*
                                             Konstantina Haidopoulos

Sworn to before me this
11th day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

ILLIQUIDX SECURITIES LIMITED
TRANSFEROR: BROKWEL MANAGEMENT INC.
ATTN: MR CELESTINO AMORE
80 FLEET STREET
LONDON EC4Y 1EL
UNITED KINGDOM

Please note that your claim # 51234-35 in the above referenced case and in the amount of $225,668.53 allowed at $218,823.83 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000109641645 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000175870



SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P.
TRANSFEROR: ILLIQUIDX SECURITIES LIMITED
C/O SILVER POINT CAPITAL, L.P.
ATTN: DAVID STEINMETZ
TWO GREENWICH PLAZA
GREENWICH, CT 06830

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53276    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/11/2016                                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 11, 2016.

# EXHIBIT B

08-13555-mg    Doc 53625    Filed 08/31/16    Entered 08/31/16 22:39:02    Main Document
Pg 4 of 6

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, TWO GREENWICH PLAZA, GREENWICH, CT |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SILVER POINT CAPITAL FUND, L.P. | 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID STEINMETZ, TWO GREENWICH PLAZA, GREENWICH, CT 06830 |

**Total Creditor Count 28**