　　　　　　　　　　　　　　　　　　　Pg 1 of 5

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------- x | |
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | : Ref. Docket No. 53425 |
| | : |
| | : |
| ------------------------------------------------------------------- X | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss.:
COUNTY OF NEW YORK　)

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2016, I caused to be served the "Notice of Defective Transfer," dated July 29, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Konstantina Haidopoulos*
　　　　　　　　　　　　　　　　　　　　　　　　Konstantina Haidopoulos

Sworn to before me this
18th day of August, 2016
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF DEFECTIVE TRANSFER

BAR(23) MAILID *** 000109674585 ***        LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 22287



ICCREA BANCA S.P.A.
ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTN: ALYSSA D. ENGLUND, ESQ.
666 FIFTH AVENUE
NEW YORK, NY 10103

ICCREA BANCA S.P.A.
ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE
& CLAUDIA PRIVITERA
VIA LUCREZIA ROMANA 41/47
ROMA 00178
 ITALY

BARDELLA, DANIELE
VIA ZAGARELLI ALLE MURA 72
RAVENNA RA 48121
 ITALY

**Your transfer of claim # 58221-07 is defective for the reason(s) checked below:**

Other PART OF ISIN 56 CLAIM

Docket Number   53425          Date:  07/29/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BARDELLA, DANIELE | VIA ZAGARELLI ALLE MURA 72, RAVENNA RA 48121 ITALY |
| ICCREA BANCA S.P.A. | ATTN: C.A. LEGAL DEPARTMENT, ANTONIO TORRE & CLAUDIA PRIVITERA, VIA LUCREZIA ROMANA 41/47, ROMA 00178 ITALY |
| ICCREA BANCA S.P.A. | ORRICK, HERRINGTON & SUTCLIFFE LLP, ATTN: ALYSSA D. ENGLUND, ESQ., 666 FIFTH AVENUE, NEW YORK, NY 10103 |

**Total Creditor Count 3**