**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------- x
                                                                             :  Chapter 11
In re:                                                                       :
                                                                             :  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                     :
                                                                             :  (Jointly Administered)
                                        Debtors.                             :
                                                                             :  Ref. Docket Nos. 53414, 53436,
                                                                             :  53437, 53438, 53445, 53446,
                                                                             :  53447, 53456, 53457, 53458,
                                                                             :  53460, 53461, 53486, 53491,
                                                                             :  53492, 53507, 53546, 53547
---------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 23, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 23, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                  */s/ Forrest Kuffer*
                                                  Forrest Kuffer

Sworn to before me this
29th day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000109736087 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000116645



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: BARCLAYS BANK PLC
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 50315-25 in the above referenced case and in the amount of $464,797.00 allowed at $465,678.60 has been transferred (unless previously expunged by court order)

BARCLAYS BANK PLC
TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
ATTN: DANIEL MIRANDA
745 SEVENTH AVENUE, 2ND FLOOR
NEW YORK, NY 10019

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    53547    in your objection. If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  08/23/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  August 23, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BANCA MEDIOLANUM S.P.A. | ATTN: HEAD OF OPERATIONS CONTROL UNIT, VIA F. SFORZA, 15, BASIGLIO ( MILANO ) 20080 ITALY |
| BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L. | ATTN: MARIA TERESA GUERRA, LEGAL DEPT, PIAZZA F. MEDA, 4, MILAN 20121 ITALY |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE, ATTN: PATRIK ROOS, BANK JULIUS BAER & CO. LTD., BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANQUE CANTONALE VAUDOISE | TRANSFEROR: UBS AG, ATTN: ANNE PARIS, PLACE CHAUDERON 8, 1003 LAUSANNE SWITZERLAND |
| BANQUE DE GESTION | EDMOND DE ROTHSCHILD - MONACO, 2, AVENUE DE MONTE-CARLO, B.P. 317, MONACO CEDEX 98006 MONACO |
| BANQUE EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: UBS AG, ATTN: MARTINE BOILLON, 18 RUE DE HESSE, 1204 GENEVA SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND |

| Claim Name | Address Information |
|---|---|
| BARCLAYS BANK PLC | FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BETHMANN BANK AG | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, BETHMANNSTRASSE 7-9, FRANKFURT AM MAIN 60311 GERMANY |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT - ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE 30TH FLOOR, NEW YORK, NY 10022 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, C/O ANGELO GORDON & CO., LP, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, C/O ANGELO, GORDON & CO., L.P., ATTN: MICHAEL L. GORDON, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, 245 PARK AVENUE, NEW YORK, NY 10167 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: BKM HOLDINGS (CAYMAN) LTD., ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | PAUL WEISS RIFKIND WHARTON & GARRISON LLP, ATTN: ELANIT A SNOW, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCA MEDIOLANUM S.P.A., ATTN: STEFANIA CATELLANI, VIA EMILIA S PIETRO 4, 42121 REGGIO EMILIA ITALY |
| CREDITO EMILIANO SPA | TRANSFEROR: BANCA POPOLARE DI MILANO SOCIETA COOPERATIVE A.R.L., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, 42123 REGGIO EMILIA ITALY |
| EDMOND DE ROTHSCHILD (SUISSE) SA | TRANSFEROR: BANQUE DE GESTION, ATTN: MARTINE BOILLON, 18 RUE DE HESSE, 1204 GENEVA SWITZERLAND |
| HOLGADO RUIZ, JOSEFA | TRANSFEROR: VR-LIW GMBH, ALTER MARKT 10, 33602 BIELEFELD GERMANY |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| KINNAREDS WELL AB:S PENSIONSSTIFTELSE | PO BOX 109, KINNARED SE-314 05 SWEDEN |
| KINNAREDS WELL AB:S PENSIONSSTIFTELSE | PO BOX 109, KINNARED SE-314 05 SWEDEN |
| PROF DR ROLAND WOLFF | TRANSFEROR: BETHMANN BANK AG, GRIMBARTSTEIG 38 A, 13503 BERLIN GERMANY |
| SANLAM PRIVATE WEALTH | TRANSFEROR: UBS AG, ATTN: TERESA SMITH, 16 SOUTH PARK, SEVENOAKS, KENT TN13 1AN UNITED KINGDOM |
| SILVER POINT CAPITAL FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID STEINMETZ, SILVER POINT CAPITAL, L.P., TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: KINNAREDS WELL AB:S PENSIONSSTIFTELSE, 1-3 FREDERICK'S PLACE, LONDON EC2R 8AE UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| TRENCH CAPITAL PARTNERS LLP | TRANSFEROR: KINNAREDS WELL AB:S PENSIONSSTIFTELSE, 1-3 FREDERICK'S PLACE, LONDON EC2R 8AE UNITED KINGDOM |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNIONE DI BANCHE ITALIANE SPA | TRANSFEROR: UBS AG, ATTN: BOSOTTI ROBERTA, PIAZZA VITTORIO VENETO N. 8, BERGAMO (BG) 24121 ITALY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| WEGFAHRT, KURT VALENTIN | TRANSFEROR: VR-LIW GMBH, OBERER REBBERG 20, 79713 BAD SACKINGEN  GERMANY |

**Total Creditor Count 71**