**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------------- x
                                                                                                        : Chapter 11

In re:                                                                   : Case No. 08-13555 (SCC)

LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :

                                             : (Jointly Administered)
                Debtors.                         :

                                             : Ref. Docket Nos. 53481, 53490,
                                             : 53508, 53518, 53520, 53522,
                                             : 53523, 53524, 53525, 53538,
                                             : 53539, 53540, 53541, 53542,
                                             : 53543, 53544, 53545, 53548

------------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 25, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated August 25, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                           */s/ Forrest Kuffer*
                                                                                           Forrest Kuffer

Sworn to before me this
30th day of August, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P.
ATTN: MICHAEL SUTTON
WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
UNITED KINGDOM

Please note that your claim # 55174-03 in the above referenced case and in the amount of $1,091,267.62 allowed at $1,087,152.88 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000110021170 ***          LBH TRFNTC (MERGE2, TXNUM2) 4000176028



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53548    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 08/25/2016                    Vito Genna, Clerk of Court

                                    /s/ Lauren Rodriguez
                                    _____
                                    EPIQ BANKRUPTCY SOLUTIONS, LLC
                                    as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on August 25, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| BORHO, MR. CLEMENS AND MS. STEFANIE BORHO | TRANSFEROR: VR-LIW GMBH, AGNES-VON-BRANDIS-WEG 16, 79713 BAD SACKINGEN GERMANY |
| CREDIT SUISSE (LUXEMBOURG) S.A. | ATTN: PAUL GILMORE, ELEVEN MADISON AVENUE, NEW YORK, NY 10010 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | CRAVATH, SWAINE & MOORE LLP, WORLDWIDE PLAZA, ATTN: RICHARD LEVIN, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (LUXEMBOURG) S.A. | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: RBS COUTTS BANK AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN FOCUSED CREDIT L FUND, L.P., ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: MR. CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| ILLIQUIDX SECURITIES LIMITED | TRANSFEROR: BROKWEL MANAGEMENT INC., ATTN: MR CELESTINO AMORE, 80 FLEET STREET, LONDON EC4Y 1EL UNITED KINGDOM |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: BANK DEBT, 65 EAST |

| Claim Name | Address Information |
|---|---|
| KING STREET ACQUISITION COMPANY, LLC | 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN: BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, ATTN:  BANK DEBT, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, 65 EAST 55TH STREET, 30TH FLOOR, NEW YORK, NY 10022 |
| KING STREET ACQUISITION COMPANY, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, ATTN: BANK DEBT, 65 EAST 55TH DTREET, 30TH FLOOR, NEW YORK, NY 10022 |
| MEYER, JACQUELINE | TRANSFEROR: CREDIT SUISSE (LUXEMBOURG) S.A., 6, ROUTE DE RELSDORF, BEAUFORT L-6311 LUXEMBOURG |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED, C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  MARK C. ELLENBERG, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, C/O MORGAN STANLEY & CO. INCORPORATED, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, C/O MORGAN STANLEY & CO. INCORPORATED, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED, C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  MARK C. ELLENBERG, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC., ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | TRANSFEROR: AVENUE TC FUND, LP, ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | MARK C. ELLENBERG, ESQ., CADWALDER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | HOWARD R. HAWKINS, ESQ., CADWALDER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT, MORGAN STANLEY CAPITAL SERVICES LLC, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | JOHN RAGUSA, MORGAN STANLEY CAPITAL SERVICES LLC, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | MANAGING CLERK, RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| RBS COUTTS BANK AG | STAUFFACHERSTRASSE 1, POSTFACH, ZURICH 8022 SWITZERLAND |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID STEINMETZ, SILVER POINT CAPITL, L.P., TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID STEINMETZ, SILVER POINT CAPITAL, L.P., TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| SILVER POINT OFFSHORE MASTER FUND, L.P. | TRANSFEROR: ILLIQUIDX SECURITIES LIMITED, ATTN: DAVID STEINMETZ, SILVER POINT CAPITAL, L.P., TWO GREENWICH PLAZA, GREENWICH, CT 06830 |
| UBS AG | BAHNHOFSTR. 45, ATTN: HUGO KOLLER, ZURICH 8001 SWITZERLAND |
| UBS AG | ATTN: HUGO KOLLER, OQ9C/O5GC, P.O. BOX, ZURICH 8098 SWITZERLAND |
| UNION BANCAIRE PRIVEE, UBP SA | TRANSFEROR: BANK JULIUS BAER & CO. LTD., 96-98 RUE DU RHONE, 1211 GENEVA SWITZERLAND |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |
| WEGENER, DR. JOCHEN | TRANSFEROR: VR-LIW GMBH, AN DER ZIEGELHUTTE 7, 38871 ILSENBURG   GERMANY |
| WEGENER, MS. MARIANNE | TRANSFEROR: VR-LIW GMBH, AN DER ZIEGELHUTTE 7, 38871 ILSENBURG   GERMANY |
| WEISS, HEINRICH | TRANSFEROR: UBS AG, INN RANK 140, 6300 ZUG   SWITZERLAND |

**Total Creditor Count 72**