UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>LEHMAN BROTHERS<br>HOLDINGS, INC., et al.<br><br>Debtors | Case No. 08-13555 (SCC)<br><br>CHAPTER 11<br><br>(JOINTLY ADMINISTERED)<br><br>**NOTICE TO WITHDRAW ATTORNEY** |

**PLEASE TAKE NOTICE** that Kelley Drye & Warren LLP, hereby respectfully moves to withdraw the appearance of Michael C. Lynch as one of the attorneys of record for Defendant JPMorgan Chase Bank, N.A., in the above captioned proceeding. Defendant will continue to be represented by John M. Callagy, Esq. and Martin Krolewski, Esq. of Kelley Drye & Warren LLP, as counsel in this matter.

Dated: September 2, 2016                    Respectfully submitted,

/s/ Michael C. Lynch
Michael C. Lynch
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
(212) 808-7800

NY01\BoniL\4302255.1