**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x

| | |
|---|---|
| In re: | :   **Chapter 11** |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC., et al.,** | :   **Case No. 08-13555 (SCC)** |
| | : |
| Debtors. | :   **(Jointly Administered)** |

------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that I caused a true and correct copy of the *Status Report Of RMBS Trustees In Connection With The Order Establishing A Protocol To Resolve Claims Filed By RMBS Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities*, to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below on September 9, 2016:

s/ M. William Munno
M. William Munno

OFFICE OF THE US TRUSTEE
U.S. Federal Office Building
Attn:  William K. Harrington, Esq.
Susan D. Golden, Esq.
Andrea B. Schwartz, Esq.
201 Varick Street, Room 1006
New York, NY  10014

INTERNAL REVENUE
SERVICE
Special Procedures Branch
Attn: District Director
290 Broadway
New York, NY  10007

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
NEW YORK
Honorable Shelley C. Chapman
One Bowling Green, Courtroom 623
New York, NY  10004

WElL GOTSHAL & MANGES LLP
Attn:  Harvey R. Miller, Esq.
Lori R. Fife, Esq.
Alfredo R. Perez, Esq
Jacqueline Marcus, Esq.
Robert J. Lemons, Esq.
Garrett A. Fail, Esq.
767 Fifth Avenue
New York, NY  10153

MILBANK, TWEED, HADLEY & MCCLOY LLP
Attn:   Dennis F. Dunne, Esq.
Dennis C. O'Donnell, Esq.
Evan R. Fleck. Esq
1 Chase Manhattan  Plaza
New York, NY  10005

WILLKIE FARR & GALLAGHER LLP
Attn:   Paul V. Shalhoub, Esq.
Todd G. Cosenza, Esq.
Rebecca Cordy, Esq.
787 Seventh Avenue
New York, NY 10019

ROLLIN BRASWELL FISHER LLC
Attn:   Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq.
8350 E. Crescent Parkway, Suite 100
Greenwood Village, CO 80111

SK 16271 0159 7253652