**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
           :
**In re**            :      **Chapter 11**
           :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.,* :
           :      **Case No.: 08-13555 (SCC)**
      **Debtors.**     :
           :      **(Jointly Administered)**
           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF PARTIAL TRANSFER OF CLAIM**
**OTHER THAN FOR SECURITY PURSUANT TO FRBP RULE 3001(e)(2)**

1.      TO:         Deutsche Bank AG, London Branch ("Transferor")

                     c/o Deutsche Bank Securities Inc.
                     60 Wall Street
                     3rd Floor
                     New York, NY  10023
                     Attn: Rich Vichaidith
                     E-mail: Richard.vichaidith@db.com

2.      Please take notice that your claims specified in the "Agreement and Evidence of Transfer of Claim" attached hereto as <u>Exhibit A</u> against Lehman Brothers Holdings Inc. have been transferred to:

                     Silver Point Capital Fund, L.P. ("Transferee")
                     c/o Silver Point Capital, L.P.
                     2 Greenwich Plaza, First Floor
                     Greenwich, CT 06830
                     Attn: David F. Steinmetz

      All distributions and notices regarding the transferred portion of the claims should be sent to the Transferee at the above address, with a copy to:

                     Davis Polk & Wardwell LLP ("Davis Polk")
                     450 Lexington Avenue
                     New York, NY 10017-3904
                     Fax: 212-701-5800
                     Attn: Aryeh Ethan Falk

3.       No action is required _if you do not object_ to the partial transfer of your claims. However, **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIMS, WITHIN 21 DAYS OF THE DATE OF MAILING OF THIS NOTICE, YOU MUST**:

--       **FILE A WRITTEN OBJECTION TO THE TRANSFER** with:

>                         United States Bankruptcy Court
>                         Southern District of New York
>                         Attn: Clerk of Court
>                         Alexander Hamilton Custom House
>                         One Bowling Green
>                         New York, NY 10004-1408

--       **SEND YOUR OBJECTION TO THE TRANSFEREE WITH A COPY TO DAVIS POLK.**

4.       If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED FOR THE TRANSFEROR ON OUR RECORDS AS A CLAIMANT IN THIS PROCEEDING FOR THE TRANSFERRED PORTION OF THE CLAIMS.**

                                                CLERK

------------------------------------------------------------------------------------

**FOR CLERK'S OFFICE USE ONLY:**

This notice was mailed to the Transferor, by first class mail, postage prepaid on
_____, 2016.

Copy: (check) Claims Agent____ Transferee____ Debtors' Attorney____

_____
                                        Clerk of the Court

# EXHIBIT A

AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
LEHMAN PROGRAM SECURITY

TO:     THE DEBTOR AND THE BANKRUPTCY COURT

1.      For value received, the adequacy and sufficiency of which are hereby acknowledged, **DEUTSCHE BANK AG, LONDON BRANCH** ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to **SILVER POINT CAPITAL FUND, L.P.** (the "Purchaser"), and Purchaser hereby agrees to purchase, as of the date hereof, (a) an undivided interest, to the extent of the allowed amount specified in Schedule 1 hereto, in Seller's right, title and interest in and to Proof of Claim Number 50055 filed by Seller's predecessors-in-title (a copy of which is attached at Schedule 2 hereto) (the "Proof of Claim") as is specified in Schedule 1 hereto (the "Purchased Portion") against Lehman Brothers Holdings, Inc., as guarantor of the Purchased Security (as defined below) and debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), (b) all rights and benefits of Seller relating to the Purchased Portion, including without limitation (i) any right to receive cash, securities, instruments, interest, damages, penalties, fees or other property, which may be paid or distributed from and after May 3, 2016 (the "Trade Date") with respect to the Purchased Portion or with respect to any of the documents, agreements, bills and/or other documents (whether now existing or hereafter arising) which evidence, create and/or give rise to or affect in any material way the Purchased Portion, whether under a plan or reorganization or liquidation, pursuant to a liquidation, or otherwise, (ii) any actions, claims (including, without limitation, "claims" as defined in Section 101(5) of Title 11 of the United States Code (the "Bankruptcy Code")), rights or lawsuits of any nature whatsoever, whether against the Debtor or any other party, arising out of or in connection with the Purchased Portion, (iii) any rights and benefits arising out of or in connection with any exhibit, attachment and/or supporting documentation relating to the Purchased Portion, and (iv) any and all of Seller's right, title and interest in, to and under the transfer agreements, if any, under which Seller or any prior seller acquired the rights underlying or constituting a part of the Purchased Portion, but only to the extent related to the Purchased Portion, (c) any and all proceeds of any of the foregoing from and after the Trade Date (collectively, as described in clauses (a), (b), and (c), the "Transferred Claims"), and (d) the security or securities (any such security, a "Purchased Security") relating to the Purchased Portion and specified in Schedule 1 attached hereto. For the avoidance of doubt, Purchaser does not assume and shall not be responsible for any obligations or liabilities of Seller related to or in connection with the Transferred Claims, Purchased Securities or the Proceedings.

2.      Seller hereby represents and warrants to Purchaser that: (a) the Proof of Claim was duly and timely filed on or before 5:00 p.m. (prevailing Eastern Time) on November 2, 2009 in accordance with the Court's order setting the deadline for filing proofs of claim in respect of "Lehman Program Securities"; (b) the Proof of Claim relates to one or more securities expressly identified on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009; (c) Seller owns and has good and marketable title to the Transferred Claims, free and clear of any and all liens, claims, set-off rights, security interests, participations, or encumbrances created or incurred by Seller or against Seller; (d) Seller is duly authorized and empowered to execute and perform its obligations under this Agreement and Evidence of Transfer; (e) the Proof of Claim includes the Purchased Portion specified in Schedule 1 attached hereto; (f) Seller has not engaged in any acts, conduct or omissions, nor had any relationship with the Debtor or its affiliates, that will result in Purchaser receiving in respect of the Transferred Claims proportionately less payments or distributions or less favorable treatment than other unsecured creditors holding claims of the same class and type; (g) the Transferred Claims are Class 5 Senior Third Party Guarantee Claims against the Debtor; (h) on or about April 17, 2012 Seller or any of its predecessors-in-title received the first distribution relating to the Transferred Claims totaling the amount of **$61,450.87**, on or about October 1, 2012 Seller or one of its predecessors-in-title received the second distribution relating to the Transferred Claims totaling the amount of **$41,468.26**, on or about April 4, 2013 Seller or one of its predecessors-in-title received the third distribution relating to the Transferred Claims totaling the amount of **$52,377.46**, on or about October 3, 2013 Seller or one of its predecessors-in-title received the fourth distribution relating to the Transferred Claims totaling the amount of **$62,099.36**, on or about April 3, 2014 Seller or one of its predecessors-in-title received the fifth distribution relating to the Transferred Claims totaling the amount of **$67,454.37**, on or about October 2, 2014 Seller or one of its predecessors-in-title received the sixth distribution relating to the Transferred Claims totaling the amount of **$50,624.46**, on or about April 2, 2015 Seller or one of its predecessors-in-title received the seventh distribution relating to the Transferred Claims totaling the amount of **$34,548.17**, on or about

October 2, 2015 Seller or one of its predecessors-in-title received the eighth distribution relating to the Transferred Claims totaling the amount of **$26,350.54**, on or about March 31, 2016 Seller or one of its predecessors-in-title received the ninth distribution relating to the Transferred Claims totaling the amount of **$7,312.33** on or about June 16, 2016 Seller or one of its predecessors-in-title received the tenth distribution relating to the Transferred Claims totaling the amount of **$10,889.00** (the "Tenth Distribution") and Seller or one of its predecessors-in-title has received a distribution paid on or about May 8, 2013 in the amount of **DKK 1,081,627.50**, a distribution paid on or about October 28, 2013 in the amount of **DKK 423,940.35**, a distribution paid on or about April 28, 2014 in the amount of **DKK 456,108.56**, a distribution paid on or about October 27, 2014 in the amount of **DKK 376,091.37**, a distribution paid on or about April 28, 2015 in the amount of **DKK 301,890.21**, a distribution paid on or about 30 October 2015 in the amount of **DKK 219,602.12** and a distribution paid on or about April 28, 2016 in the amount of **DKK 61,329.94** by Lehman Brothers Treasury Co. B.V., with respect to the Purchased Security; and (i) other than the distributions set out herein, neither Seller nor any of its predecessors-in-title has received any distributions in respect of the Transferred Claims and/or Purchased Security.

3.      Seller hereby waives any objection to the transfer of the Transferred Claims to Purchaser on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Seller by Purchaser for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claims.  Purchaser agrees to file a notice of transfer with the Court pursuant to Federal Rule of Bankruptcy Procedure 3001(e) including this Agreement and Evidence of Transfer of Claim.  Seller acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Seller transferring to Purchaser the Transferred Claims, recognizing Purchaser as the sole owner and holder of the Transferred Claims, and directing that all payments or distributions of money or property in respect of the Transferred Claims be delivered or made to Purchaser.

4.      All representations, warranties, covenants and indemnities shall survive the execution, delivery and performance of this Agreement and Evidence of Transfer of Claim and the transactions described herein. Purchaser shall be entitled to transfer its rights hereunder without any notice to or the consent of Seller.  Seller hereby agrees to indemnify, defend and hold Purchaser, its successors and assigns and its officers, directors, employees, agents and controlling persons harmless from and against any and all losses, claims, damages, costs, expenses and liabilities, including, without limitation, reasonable attorneys' fees and expenses, which result from Seller's breach of its representations and warranties made herein.

5.      Seller shall promptly (but in any event no later than three (3) business days) remit any payments, distributions or proceeds received by Seller on or after the Trade Date in respect of the Transferred Claims to Purchaser, including, for the avoidance of doubt, the delivery of the Tenth Distribution from Seller to Purchaser. Seller has transferred, or shall transfer as soon as practicable after the date hereof, to Purchaser each Purchased Security to such account, via Euroclear or Clearstream (or similar transfer method), as Purchaser may designate in writing to Seller. This Agreement and Evidence of Transfer supplements and does not supersede any confirmation, any other automatically generated documentation or any applicable rules of Euroclear or Clearstream (or similar transfer method) with respect to the purchase and sale of the Purchased Security.

6.      Each of Seller and Purchaser agrees to (a) execute and deliver, or cause to be executed and delivered, all such other and further agreements, documents and instruments and (b) take or cause to be taken all such other and further actions as the other party may reasonably request to effectuate the intent and purposes, and carry out the terms, of this Agreement and Evidence of Transfer, including, without limitation, cooperating to ensure the timely and accurate filing of any amendment to the Proof of Claim.

7.      Seller's and Purchaser's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with the laws of the State of New York (without regard to any conflicts of law provision that would require the application of the law of any other jurisdiction).  Seller and Purchaser each submit to the jurisdiction of the courts located in the County of New York in the State of New York.  Each party hereto consents to service of process by certified mail at its address listed on the signature page below.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 9th day of September, 2016.

**SILVER POINT CAPITAL FUND, L.P.**

By:
Name:
Title:

Attn: Michael Twigg
Silver Point Capital, L.P.
Two Greenwich Plaza
Greenwich, CT 06830
Email: mtwigg@silverpointcapital.com

**DEUTSCHE BANK AG, LONDON BRANCH**

By:
Name:
Title:

By:
Name:
Title:

c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10023
Attn: Rich Vichaidith
Email: Richard.vichaidith@db.com

#88601802v2

Transferred Claims

Purchased Portion

As set forth below

| Proof of Claim | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount of the Purchased Security | Purchased Portion of Allowed Claim Amount |
|---|---|---|---|---|---|
| 50055 | DK0030068242 | Lehman Brothers Treasury Co. BV | Lehman Brothers Holdings Inc. | DKK 8,947,000.00 | USD 1,702,603.90 |

#88601802v2

Schedule 2

<u>Copy of Proof of Claim 50055</u>

Schedule 2

#88601802v2

**United States Bankruptcy Court/Southern District of New York**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

# LEHMAN SECURITIES PROGRAMS
# PROOF OF CLAIM

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)        0000050055

THIS SPACE IS FOR COURT USE ONLY

---

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

CARNEGIE BANK A/S AS APPOINTED TO ACT ON BEHALF OF OUR
CUSTOMERS SPECIFIED IN SCHEDULE 1.
OVERGADEN NEDEN VANDET 9B, DK · 1414 COPENHAGEN, DENMARK
ATTN: JESPER V. FRANTZEN, TEL: +4632880200
WEBSITE : WWW. CARNEGIE. DK

Telephone number: _____ Email Address: _____

☒ Check this box to indicate that this claim amends a previously filed claim.
3998, 3799

Court Claim Number: **3800**
*(If known)*

Filed on: **8TH APRIL 2009**

---

Name and address where payment should be sent (if different from above)

DANSKE BANK A/S, HOLMENS KANAL 2112
DK ·1092 COPENHAGEN, DENMARK
SWIFT CODE : DABADKKK , CLIENT ACCOUNT: DK8130003001104810

Telephone number: _____ Email Address: WEBSITE : WWW. DANSKEBANK. DK

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

---

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

**Amount of Claim: $ SEE SCHEDULE 1 (Required)**

☒ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

**International Securities Identification Number (ISIN): SEE SCHEDULE 1 (Required)**

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

**Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:**

**SEE SCHEDULE 1 (Required)**

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

**Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:**

**SEE SCHEDULE 1 (Required)**

5. **Consent to Euroclear Bank, Clearstream Bank or Other Depository:** By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 23/10·09 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. |
|---|---|

**FOR COURT USE ONLY**

FILED / RECEIVED

OCT 27 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

JESPER V. FRANTZEN

*Carnegie*

## Schedule 1

| Customer no. | Custody account | Blocking no. | Initial claim | | | |
|---|---|---|---|---|---|---|
| | | | DK0030068242 | DK0030072194 | DK0030096961 | DK0030106190 |
| 100163 | 08269189710 | VP20091022002925 | 750.000 | | | |
| 100163 | 08269189710 | VP20091022002932 | | 1.000.000 | | |
| 102706 | 08269189926 | VP20091022002936 | | | | 70.000 |
| 102706 | 08269189934 | VP20091022002941 | | | | 180.000 |
| 85522 | 08269189718 | VP20091022002950 | 2.000.000 | | | |
| 104450 | 08269189726 | VP20091022002959 | 5.000.000 | | | |
| 104450 | 08269189726 | VP20091022002968 | | 13.000.000 | | |
| 88330 | 08269189734 | VP20091022002986 | 10.000.000 | | | |
| 88330 | 08269189734 | VP20091022003000 | | 24.000.000 | | |
| 89266 | 08075000140381 9 | 09102034BD783020 | | 5.000.000 | | |
| 111498 | 02000100765055 4 | 20091021UN629434 | 20.000.000 | | | |
| 103938 | 08269189742 | VP20091022003020 | 2.000.000 | | | |
| 103938 | 08269189742 | VP20091022003029 | | 3.000.000 | | |
| 103122 | 020001007650023 | 20091019UN607383 | | 330.000 | | |
| 102386 | 08269189750 | VP20091022003064 | | | 500.000 | |
| 108746 | 08269189758 | VP20091022003086 | 500.000 | | | |
| 104210 | 08269189766 | VP20091022003125 | | 150.000 | | |
| 107170 | 08269189774 | VP20091022003141 | | 800.000 | | |
| 106722 | 08269189782 | VP20091022003149 | | 1.000.000 | | |
| 111970 | 0761007620030047 | C4F6B4E54DE1BD84 | | | 2.070.000 | |
| 111626 | 08269189790 | VP20091022003208 | 100.000 | | | |
| 111626 | 08269189790 | VP20091022003224 | | 500.000 | | |
| 89506 | 08269189798 | VP20091022003246 | | | | 1.000.000 |
| 109650 | 08269189942 | VP20091022003294 | | 1.000.000 | | |
| 105378 | 08269189806 | VP20091022004708 | 500.000 | | | |
| 105378 | 08269189806 | VP20091022003339 | | 500.000 | | |
| 84418 | 08269189814 | VP20091022003401 | | 360.000 | | |
| 109658 | 08269189822 | VP20091022003467 | 20.000 | | | |
| 109658 | 08269189822 | VP20091022003500 | | 60.000 | | |
| 108626 | 04443019945960 | 20091016DB812443 | 5.000.000 | | | |
| 108626 | 04443019945960 | 20091016DB812459 | | 10.000.000 | | |
| 110258 | 08269189830 | VP20091022003523 | 500.000 | | | |
| 107266 | 08269189838 | VP20091022003550 | | 360.000 | | |
| 107266 | 08269189838 | VP20091022003561 | | | | 500.000 |
| 111634 | 08269189846 | VP20091022003568 | 100.000 | | | |
| 111634 | 08269189846 | VP20091022003584 | | 500.000 | | |
| 107866 | 08269189854 | VP20091022003643 | 200.000 | | | |
| 107866 | 08269189854 | VP20091022003676 | | 200.000 | | |
| 105466 | 08269189862 | VP20091022003693 | | 5.000.000 | | |
| 107290 | 08269189950 | VP20091022003705 | | 50.000 | | |
| 111618 | 08269189870 | VP20091022003718 | 250.000 | | | |
| 111618 | 08269189870 | VP20091022003738 | | 1.000.000 | | |
| 108066 | 08269189878 | VP20091022003772 | | 1.000.000 | | |
| 109066 | 08269189886 | VP20091022003795 | 150.000 | | | |
| 106962 | 0761007620030039 | C4F5659702C5A603 | 1.000.000 | | | |
| 106962 | 0761007620030039 | C4F565972048CD84 | | 4.000.000 | | |
| 112002 | 08269189958 | VP20091022003817 | | | | 150.000 |
| 89906 | 08269189894 | VP20091022003845 | 1.000.000 | | | |
| 107234 | 08269189902 | VP20091022004743 | | | 300.000 | |
| 69490 | 08269189910 | VP20091022003883 | 1.000.000 | | | |
| 82954 | 04443009060057 | 200910190936064514 23 | 10.000.000 | | | |
| 82954 | 04443009060057 | 200910190937077873 52 | | 30.000.000 | | |
| 109498 | 020001007650244 | 20091019UN607593 | 500.000 | | | |
| 109498 | 020001007650244 | 20091019UN607596 | | 1.000.000 | | |
| 109154 | 007550005768608 | VP2009101900790 | | 320.000 | | |
| 110362 | 08269189918 | VP20091022003917 | | | 530.000 | |
| 107410 | 08269189966 | VP20091022003941 | | 400.000 | | |
| 111690 | 08269189974 | VP20091022003976 | | 1.000.000 | | |
| 108618 | 08269189982 | VP20091022004005 | 500.000 | | | |
| 109306 | 08269189990 | VP20091022004016 | 500.000 | | | |
| 109306 | 08269189990 | VP20091022004030 | | 1.000.000 | | |
| 109234 | 08269189998 | VP20091022004053 | | 1.000.000 | | |
| 111482 | 08269190006 | VP20091022004090 | | 1.000.000 | | |
| **Total in DKK** | | | 61.570.000 | 108.530.000 | 3.400.000 | 1.900.000 |
| Interest incurred since 15 September 2008 in DKK | | | 7.035.228 | 12.401.060 | 388.497 | 217.101 |
| Total Claim as of 2 November 2009 in DKK | | | 68.605.228 | 120.931.060 | 3.788.497 | 2.117.101 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Total in USD** | | | 11.683.555 | 20.594.709 | 645.186 | 360.545 |
| Interest incurred since 15 September 2008 in USD | | | 1.335.008 | 2.353.232 | 73.721 | 41.197 |
| Total Claim as of 2 November 2009 in USD | | | 13.018.564 | 22.947.941 | 718.907 | 401.742 |

Exchange rate as on 15 September 2008: 526,98



Epiq Bankruptcy Solutions, LLC
Attn.: Lehman Brothers Holdings Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

23 October 2009

**Proof of claim – Lehman Brothers Holdings Inc**

Enclosed please find proof of claim regarding Lehman Brothers Holdings Inc.

The proof of claim has been filed by us as we are appointed to act on behalf of our customers. In accordance with the Bar Date Order, we have not provided you with any identifying information regarding our customers.

The proof of claim replaces our previously forwarded claims no. 3798, 3799 and 3800. Therefore, we kindly request that these claims are to be removed from your list of claims on your website (http://chapter11.epiqsystems.com).

As requested by Weil, Gotschal & Manges LLP, we have also enclosed statements from us and the other banks that are custody banks for the relevant ISIN codes where blocking numbers have been issued. The statements shows all ISIN codes for which we and the other banks have provided blocking numbers (including the ISIN code, the party to who the blocking number was issued, nominal amount and the relevant blocking numbers).

Best regards,
Carnegie Bank A/S

Jesper V. Frantzen
Chief Compliance and Risk Officer

**Enclosed:**
1 filed Lehman Securities programs proof of claim including schedule 1
10 statements from us and other banks that are custody banks for the relevant ISIN codes where blocking numbers have been issued

# STATEMENTS

**CARNEGIE BANK A/S**

Overgaden Neden Vandet 9B
1414 København K
Telefon: 32 88 02 00. Telefax: 32 96 10 22

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we on behalf of our customer(s) have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule enclosed.

The ISIN codes will be unblocked when you inform us hereof.

²³/₁₀·₀₉

Carnegie Bank A/S

**CARNEGIE BANK A/S**

Overgaden Neden Vandet 9B
1414 København K
Telefon: 32 88 02 00. Telefax: 32 96 10 22

| Customer no. | Blocking no. | Initial claim | | | |
|---|---|---|---|---|---|
| | | DK0030068242 | DK0030072194 | DK0030096961 | DK0030106190 |
| 100163 | VP20091022002925 | 750.000 | | | |
| 100163 | VP20091022002932 | | 1.000.000 | | |
| 102706 | VP20091022002936 | | | | 70.000 |
| 102706 | VP20091022002941 | | | | 180.000 |
| 85522 | VP20091022002950 | 2.000.000 | | | |
| 104450 | VP20091022002959 | 5.000.000 | | | |
| 104450 | VP20091022002968 | | 13.000.000 | | |
| 88330 | VP20091022002986 | 10.000.000 | | | |
| 88330 | VP20091022003000 | | 24.000.000 | | |
| 89266 | 09102034BD783020 | | 5.000.000 | | |
| 111498 | 20091021UN629434 | 20.000.000 | | | |
| 103938 | VP20091022003020 | 2.000.000 | | | |
| 103938 | VP20091022003029 | | 3.000.000 | | |
| 103122 | 20091019UN607383 | | 330.000 | | |
| 102386 | VP20091022003064 | | | 500.000 | |
| 108746 | VP20091022003086 | 500.000 | | | |
| 104210 | VP20091022003125 | | 150.000 | | |
| 107170 | VP20091022003141 | | 800.000 | | |
| 106722 | VP20091022003149 | | 1.000.000 | | |
| 111970 | C4F6B4E54DE1BD84 | | | 2.070.000 | |
| 111626 | VP20091022003208 | 100.000 | | | |
| 111626 | VP20091022003224 | | 500.000 | | |
| 89506 | VP20091022003246 | | | | 1.000.000 |
| 109650 | VP20091022003294 | | 1.000.000 | | |
| 105378 | VP20091022004708 | 500.000 | | | |
| 105378 | VP20091022003339 | | 500.000 | | |
| 84418 | VP20091022003401 | | 360.000 | | |
| 109658 | VP20091022003467 | 20.000 | | | |
| 109658 | VP20091022003500 | | 60.000 | | |
| 108626 | 20091016DB812443 | 5.000.000 | | | |
| 108626 | 20091016DB812459 | | 10.000.000 | | |
| 110258 | VP20091022003523 | 500.000 | | | |
| 107266 | VP20091022003550 | | 360.000 | | |
| 107266 | VP20091022003561 | | | | 500.000 |
| 111634 | VP20091022003568 | 100.000 | | | |
| 111634 | VP20091022003584 | | 500.000 | | |
| 107866 | VP20091022003643 | 200.000 | | | |
| 107866 | VP20091022003676 | | 200.000 | | |
| 105466 | VP20091022003693 | | 5.000.000 | | |
| 107290 | VP20091022003705 | | 50.000 | | |
| 111618 | VP20091022003718 | 250.000 | | | |
| 111618 | VP20091022003738 | | 1.000.000 | | |
| 108066 | VP20091022003772 | | 1.000.000 | | |
| 109066 | VP20091022003795 | 150.000 | | | |
| 106962 | C4F5659702C5A603 | 1.000.000 | | | |
| 106962 | C4F56597204BCD84 | | 4.000.000 | | |
| 112002 | VP20091022003817 | | | | 150.000 |
| 89906 | VP20091022003845 | 1.000.000 | | | |
| 107234 | VP20091022004743 | | | 300.000 | |
| 69490 | VP20091022003883 | 1.000.000 | | | |
| 82954 | 20091019093606400000 | 10.000.000 | | | |
| 82954 | 20091019093707700000 | | 30.000.000 | | |
| 109498 | 20091019UN607593 | 500.000 | | | |
| 109498 | 20091019UN607596 | | 1.000.000 | | |
| 109154 | VP2009101900790 | | 320.000 | | |
| 110362 | VP20091022003917 | | | 530.000 | |
| 107410 | VP20091022003941 | | 400.000 | | |
| 111690 | VP20091022003976 | | 1.000.000 | | |
| 108618 | VP20091022004005 | 500.000 | | | |
| 109306 | VP20091022004016 | 500.000 | | | |
| 109306 | VP20091022004030 | | 1.000.000 | | |
| 109234 | VP20091022004053 | | 1.000.000 | | |
| 111482 | VP20091022004090 | | 1.000.000 | | |

**CARNEGIE BANK A/S**

Overgaden Neden Vandet 9B
1414 København K
Telefon: 32 88 02 00. Telefax: 32 96 10 22

**Nordea**

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076.
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030068242 | 111498 | 20.000.000,- | 20091021UN629434 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

---

Nordea Bank Danmark A/S.

21. october 2009.

Kirsten Larsen

Lisbett Kray

# Sydbank

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station P.O. Box 5076
New York, NY 10150-5076
United States

**Erhvervsafdelingen**

Kgs. Nytorv 30
1050 København K

Telefon +45 74 37 78 00
Telefax +45 74 37 78 02

www.sydbank.dk
SWIFT SYBKDK22

Sydbank A/S
CVR-nr. DK 12626509, Aabenraa

21. oktober 2009

We the undersigned hereby confirm that we – on behalf of our customer(s) and Carnegie Bank A/S as filing entity – have issued blocking numbers regarding the below mentioned ISIN cedes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030072194 | 89266 | 5.000.000,- | 09102034BD783020 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

**Sydbank**
Erhvervsafdelingen
Kgs. Nytorv 30
1050 København K
74 37 78 00

Stig Grüner-Pedersen

1 (1)  Side

**21. oktober 2009**  Dato

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC                                    79261001  Telefon
FDR Station, P.O. Box 5076                                            79261099  Fax
New York, NY 10150-5076                               hanne.buhl@nordea.dk
United States

We the undersigned hereby confirm that we – on behalf of our customer(s) and Carnegie Bank A/S as filing

entity – have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030072194 | 103122 | 330.000,- | 20091019UN607383 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

Hanne Buhl                          Charlotte Mikkelsen
Nordea Bank Denmark A/S             Nordea Bank Denmark A/S

**Nordea Bank Danmark A/S**
Østjylland Erhverv
2213
Rådhustorvet 13-19  8700 Horsens
www.nordea.dk

# Handelsbanken

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030096961 | 111970 | 2.070.000,- | C4F6B4E54DE1BD84 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

Handelsbanken          **2 1 OKT. 2009**

**Handelsbanken**
Havneholmen 29
1561 København V
33 41 82 00 - Fax 33 41 82 64

Handelsbanken CVR-nr. 24246361 Filial af Svenska Handelsbanken AB (publ), Sverige · Org.nr. 502007-7862

**Danske | Bank**

Private Banking

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030068242 | 108626 | 5.000.000,- | 20091016DB812443 |
| DK0030072194 | 108626 | 10.000.000,- | 20091016DB812459 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

22.10.2009
Danske Bank

**Danske | Bank**
Finanscenter Jylland Midt
Dalgasgade 27, 3. Tlf. 45 12 63 00
7400 Herning    Fax 45 14 91 38

Orla Strandby                    Rasmus Mørkbak

Danske Bank A/S
CVR-nr. 61 12 62 28 · København

# Handelsbanken

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|-----------|-------------|----------------|--------------|
| DK0030068242 | 106962 | 1.000.000,- | C4F5659702C5A603 |
| DK0030072194 | 106962 | 4.000.000,- | C4F56597204BCD84 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

—————————————— 2 1 OKT. 2009
Handelsbanken

**Handelsbanken**
Havneholmen 29
1561 København V
Tlf. 33 41 82 00 - Fax 33 41 82 64

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing
entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030068242 | 109498 | 500.000,- | 20091019UN607593 |
| DK0030072194 | 109498 | 1.000.000,- | 20091019UN607596 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

Nordea Bank Danmark A/S

**Søren Jepsen**      **Dorte K. Madsen**

**MIDDELFART
SPAREKASSE**
- vi har overskud til dig

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|---|---|---|---|
| DK0030072194 | 109154 | 320,000,- | VP2009101900790 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

Middelfart Sparekasse

Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076
United States

We the undersigned hereby confirm that we - on behalf of our customer(s) and Carnegie Bank A/S as filing entity - have issued blocking numbers regarding the below mentioned ISIN codes, cf. the schedule below.

| ISIN code | Customer no. | Nominal amount | Blocking no. |
|-----------|--------------|----------------|--------------|
| DK0030068242 | 82954 | 10.000.000,- | 20091019093606451423 |
| DK0030072194 | 82954 | 30.000.000,- | 20091019093707787352 |

The ISIN codes will be unblocked when you inform us or Carnegie Bank A/S as filing entity hereof.

Danske Bank

**Danske Bank**

Merchant Bank Privat



**UPS Internet Shipping: Vis/udskriv label**

1. **Udskriv følgende label(s):** Vælg knappen Udskriv i den udskrivningsdialogboks, der vises. Bemærk: Vælg Udskriv (Print) på menuen Filer (File) for at få udskrevet labelen, hvis browseren ikke understøtter ovennævnte funktion.

2. **Fold den udskrevne etiket ved den optrukne linje nedenfor.** Put labelen i en UPS-forsendelseslomme. Hvis du ikke har en lomme, kan du fastgøre den foldede label ved at bruge klar plastictape over hele label-området.

3. **Aflevering og aflevering:**
   - Du kan planlægge en afhentning eller finde en UPS-lokalitet at vælge ikonen Afhentning eller Aflevering på værktøjslinjen.
   - Daglige afhentningskunder: Hav forsendelse(r) parat til chaufføren som sædvanligt.