B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDINGS, INC  ,           Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

BANK CIMB NIAGA
Name of Transferee

HSBC INTERNATIONAL TRUSTEE LIMITED A/C 006-600779
Name of Transferor

Name and Address where notices to transferee should be sent: MENARA SENTRAYA 30 TH FLOOR JL. ISKANDARSYAH RAYA NO. 1A, KEBAYORAN BARU, JAKARTA SELATAN - INDONESIA, 12160

Court Claim # (if known):  44290
Amount of Claim:  $5,570,000.00
Date Claim Filed:  10/22/2009

Phone:  +62 21 2700555
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ WANDI _____         Date:  08/23/2016
    Transferee/Transferee's Agent
    Nunu Nurjaman

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
AUG 30 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK



**HSBC Institutional Trust Services (Asia) Limited**
17/F, Tower 2 & 3, HSBC Centre, 1 Sham Mong Road, Kowloon, Hong Kong
Tel: (852) 3663 5500
www.hsbcnet.com

6th May 2016

PT Bank CIMB Niaga Tbk
Menara Sentraya Lt.30
Jl. Iskandarsyah Raya No.1A
Kebayoran Baru
Jakarta Selatan 12160
Indonesia
Attention : Agustinus Chandra

BY FAX (6221) 5276053
AND BY POST

Dear Mr. Agustinus,

**NOTICE OF TERMINIATION OF THE NOMINEE AGREEMENT**

1) Nominee Agreement dated 29th November 2004 between PT Bank Niaga Tbk and HSBC International Trustee Limited ;
2) Novation agreement dated 24th July 2007 between PT Bank Niaga Tbk and HSBC International Trustee Limited and HSBC Institutional Trust Services (BVI) Limited AND
3) Novation agreement dated 1st December 2010 between PT Bank CIMB Niaga Tbk (formerly known as PT Bank Niaga Tbk) and HSBC Institutional Trust Services (BVI) Limited and HSBC Trustee (Cayman) Limited (the "Agreement")

We refer to the Agreement in relation to the appointment of HSBC Trustee (Cayman) Limited as nominee of investors (as defined in the Agreement) on whose behalf which PT Bank Niaga CIMB Tbk gives instructions.

As a result of our bank policies to redirect resources to other core businesses, we regret to inform you and hereby give notice of our intention to terminate the Agreement at the expiry of three months' notice period which commences on the date of this letter i.e. 23:59 (HK time) on 5 August 2016

In connection with the above, we are also writing to withdraw our consent to being named as service provider in any document issued by you or in respect of the funds and notes (if any) from the date of this letter.

Should you have any queries, please contact Mr. Larry Tsui at (852) 3663-5418 or email to larrystsui@hsbc.com.hk

Yours sincerely,

For and on behalf of
HSBC Trustee (Cayman) Limited

_____   _____
Andrew Law                Boron Li

CERTIFIED TRUE COPY
DATED 24/8/16
SIGNATURE

**RESTRICTED**

HITS-IFS-IS (A)R1(0210)

ORIGINAL



HSBC Institutional Trust Services (Asia) Limited  
17/F, Tower 2 & 3, HSBC Centre  
1 Sham Mong Road,  
Kowloon,  
Hong Kong  

Attn: HSBC Trustee (Cayman) Limited

By Fax (852) 2801 4928  
And By Mail

05 August, 2016

Dear Sir/Madam,

Re: NOTICE OF TERMINATION OF THE NOMINEE AGREEMENT

1) Nominee Agreement dated 29th November 2004 between PT Bank Niaga Tbk and HSBC International Trustee Limited;
2) Novation Agreement dated 24th July 2007 between PT Bank Niaga Tbk and HSBC International Trustee Limited and HSBC Institutional Trust Services (BVI) Limited; AND
3) Novation Agreement dated 1st December 2010 between PT Bank CIMB Niaga Tbk (formerly known as PT Bank Niaga Tbk) and HSBC Institutional Trust Services (BVI) Limited and HSBC Trustee (Cayman) Limited (the "Agreement")

We officially confirm that the Agreement will terminate on 05 August 2016 at 23:59 (Hong Kong time) (the "Termination Date") and that HSBC Trustee (Cayman) Limited was ceased being name as services provider in any documents issued by us in respect of the funds and notes (if any) from 06 May 2016.

We hereby authorise HSBC Trust (Cayman) Limited ("HSBC") to undertake a migration exercise where the all shares held by HSBC as nominee of investors (As defined in the Agreement), on whose behalf PT Bank CIMB Niaga Tbk gives instructions, will be transferred to <PT Bank DBS Indonesia> ("DBS") whose registered address is <DBS Bank Tower, Lobby, 32nd-37th Floor, Ciputra World I, Jalan Prof. Dr. Satrio Kav.3-5, Jakarta 12940, Indonesia>. The respective account names and account numbers for DBS are listed in the attached table.

Should there be further enquires, please do not hesitate to contact Maryam Kartika or Agustinus Chandra by email at Maryam.Kartika@cimbniaga.co.id and Agustinus.Chandra@cimbniaga.co.id or by phone at (62-21) 270 0555 ext. 77447 and (62-21) 270 0555 ext. 77324

Yours Sincerely,

For and on behalf of  
PT BANK CIMB NIAGA TBK

<Wandi>  
< WM Process Manager >

< Vera Margaret >  
< Wealth Management & Insurance Product Head >

RESTRICTED

CERTIFIED TRUE COPY  
DATED 24 Aug 16

1

PT Bank CIMB Niaga Tbk  
Sentraya Building 30th Floor  
Jl. Iskandarsyah Raya No. 1 A  Kebayoran Baru  Jakarta Selatan 12160  
Phone : +6221 2700555  
www.cimbniaga.com



EPIQ SYSTEMS
757 THIRD AVENUE
THIRD FLOOR
NEW YORK, NY 10017

P 646 282 2500   F 646 282 2501
757 THIRD AVENUE, NEW YORK, NY 10017
WWW.EPIQSYSTEMS.COM

MAILID *** 0004906533 ***

**** LBH CLMLTR (MERGE2,TXNUM2) 4000090820 ****

HSBC INTERNATIONAL TRUSTEE LIMITED
39/F, DORSET HOUSE, TAIKOO PLACE
979 KING'S ROAD
QUARRY BAY, HONG KONG

December 02, 2009

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the LEHMAN BROTHERS HOLDINGS INC. case. It is also publically available at the following website address: http://chapter11.epiqsystems.com/LBH. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| Debtor: | LEHMAN BROTHERS HOLDINGS, INC. |
| Case Number: | 08-13555 |
| Creditor: | HSBC INTERNATIONAL TRUSTEE LIMITED |
| Date Received: | 10/22/2009 |
| Claim Number: | 44290 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim on our website at the address listed above. To find your imaged claim, click on the "Filed Claims & Schedules" link at the top of the page, type in your claim number in the "Claim #" field, and click "Search."

**WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") SUBMITTED BY YOU. PII can include information used to distinguish or trace an individual's identity, such as their social security number, biometric records, drivers license number, account number, credit or debit card number (including any passwords, acces codes or PIN numbers), etc., alone, or when combined with other personal or identifying information which is linked or linkable to a specific individual, such as date and place of birth, mother's maiden name,etc.**

The Proof of Claim Form allows for redacted documents. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://www.epiq11.com/contact.aspx so we may assist you in redacting this information. Please be sure to specify the client/debtor about which you are inquiring.

You may also contact by either of the methods listed above should you have any other questions.

EPIQ BANKRUPTCY SOLUTIONS, LLC

CERTIFIED TRUE COPY
DATED  24 Aug 16   SIGNATURE

# PROOF OF CLAIM

**United States Bankruptcy Court/Southern District of New York**
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al. | Case No. 08-13555 (JMP) |
| Debtors. | (Jointly Administered) |
| Name of Debtor Against Which Claim is Held | Case No. of Debtor |
| Lehman Brothers Holdings Inc | 08-13555 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**THIS SPACE IS FOR COURT USE ONLY**

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

HSBC International Trustee Limited A/C 006-600779
39/F, Dorset House, Taikoo Place,
979 King's Road, Hong Kong
            (852) 3663 5423;        jayelleung@hsbc.com.hk;
Telephone number: (852) 3663 5417    Email Address: Clementthkwong@hsbc.com.hk

Name and address where payment should be sent (if different from above)

Telephone number:        Email Address:

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

**NOTICE OF SCHEDULED CLAIM:**
Your Claim is scheduled by the indicated Debtor as:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☑ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 5,570,000
   If all or part of your claim is secured, complete Item 4 below; however, if all of your claim is unsecured, do not complete item 4.
   If all or part of your claim is entitled to priority, complete Item 5.
   If all or part of your claim qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9), complete Item 6.
   ☐ Check this box if all or part of your claim is based on a Derivative Contract.*
   ☒ Check this box if all or part of your claim is based on a Guarantee.*
   *IF YOUR CLAIM IS BASED ON AMOUNTS OWED PURSUANT TO EITHER A DERIVATIVE CONTRACT OR A GUARANTEE OF A DEBTOR, YOU MUST ALSO LOG ON TO http://www.lehman-claims.com AND FOLLOW THE DIRECTIONS TO COMPLETE THE APPLICABLE QUESTIONNAIRE AND UPLOAD ALL SUPPORTING DOCUMENTATION OR YOUR CLAIM WILL BE DISALLOWED.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or additional charges. Attach itemized statement of interest or charges to this form or on http://www.lehman-claims.com if claim is a based on a Derivative Contract or Guarantee.

2. **Basis for Claim:** Medium term note
   (See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____
   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.
   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
   Describe: _____
   Value of Property: $_____  Annual Interest Rate _____%
   Amount of arrearage and other charges as of time case filed included in secured claim, if any:
   $_____  Basis for perfection: _____
   Amount of Secured Claim: $_____  Amount Unsecured: $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.
   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
   ☐ Wages, salaries or commissions (up to $10,950), earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).
   ☐ Up to $2,425 of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
   **Amount entitled to priority:**
   $_____

6. **Amount of Claim that qualifies as an Administrative Expense under 11 U.S.C. §503(b)(9):** $_____
   (See instruction #6 on reverse side.)

7. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
8. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*
   DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.
   If the documents are not available, please explain:

**FOR COURT USE ONLY**

Date:  Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



CERTIFIED TRUE COPY
DATED 24 Aug 16

## Exhibit D

## Guarantee Questionnaire

General:

Name of Creditor: HSBC International Trustee Limited A/C 006-600779

Name and address where notices should be sent: 39/F, Dorset House, Taikoo Place, 979 King's Road, Hong Kong

Creditor contact person and phone number: Clement Kwong / Jay Leung (852)3663-5417/ (852)3663-5423

Name and address where payment should be sent if different from above:

1. Name of Debtor, or other entity, against which you have a direct claim (the "Obligor"):

    Lehman Brothers Holdings Inc.

2. If such Obligor is in a bankruptcy or insolvency proceeding, administration, receivership, conservatorship, liquidation or similar proceeding, please provide the proof of claim and any attachments thereto filed against such Obligor or describe the claim against such Obligor if a proof of claim has not yet been filed.

3. List the agreement(s) under which your claim arises against the Obligor and provide all documentation evidencing your claim and supporting the calculation of the claim amount.*

    Order Placement Form For Offshore Investment Products

4. Amount of claim against Obligor: $ 5,570,000 .

5. Name of Debtor that guarantees the payment/obligations of the Obligor against which you have a direct claim (the "Guarantor"):

    Lehman Brothers Holdings Inc.

6. List the specific promise, representation and/or agreement(s) (including any corporate resolutions) under which your claim arises against the Guarantor and describe the obligations/performance that is guaranteed (please attach agreement).*

7. Amount of claim against the Guarantor: $ 5,570,000 .

* Pursuant to Federal Rule of Bankruptcy Procedure 3001(c), if your claim is based on a written agreement, you are required to attach a copy of the writing evidencing such agreement.

CERTIFIED TRUE COPY
DATED 24 Aug 16    [signature]