## EVIDENCE OF TRANSFER OF CLAIM

TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse (Deutschland) AG** ("Transferor") unconditionally and irrevocably transferred to **Targobank AG & Co KGaA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 55824**) **of 20 units** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 3rd **August 2016.**

**CREDIT SUISSE (DEUTSCHLAND) AG**

Jörg Emmerich
Assistant Vice President
Operations

Stephan Koch
Director
Operations

2016 SEP -6 P 2: 23
S.D.N.Y.
FILED
U.S. BANKRUPTCY COURT

## SCHEDULE I

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Units |
|---|---|---|---|---|
| XS0258411239 | 55824 | 10/29/2009 | Lehman Bros Treasury Co. B.V. | 20 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Credit-Suisse / Lehman Liquidation & Evidence of Transfer of Claim -LBHI | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Kunden Name | Targo D-Nr. | Credit Suisse D-Nr. | Claim No. | Claim Date | WKN | Nominale | $ Amount of Claim | $ 10. Liquidt. |
| Dr. Manfred Müllers | | 70.00.0709680.000 | 55824 | 29.10.2009 | A0GTUH | 20 | 28.382,12 | 0,00 |
| | | | | | | | 28.382,12 | 0,00 |

Credit Suisse (Deutschland) Aktiengesellschaft

Frankfurt, 03.08.2016

Jörg Emmerich
Assistant Vice President

Stephan Koch
Director

ppa.

B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al._____ ,   Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P.,
of the transfer, other than for security, of the claim referenced in this evidence and notice.

TARGOBANK AG & Co. KGaA_____

Name of Transferee

Name and Address where notices to Transferee should be sent:

TARGOBANK AG & Co. KGaA_____
KASERNENSTRASSE 10, 40213 DÜSSELDORF
GERMANY_____

Phone:   00 49 203 347 5703_____

Last Four Digits of Acct #:_____

Name and Address where notices to Transferee should be sent:
(if different from above):

_____

_____

Phone: _____

Last Four Digits of Acct #:_____

CREDIT SUISSE AG_____

Name of Transferor

Court Claim # (if known): 55824_____

Amount of Claim: $      28,382.12
Date Claim
Filed:        29 October 2009_____

Phone: _____

Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and
correct to the best of my knowledge and belief.

By Xppa._____   Date __22.08.2016_____
Transferee/Transferee's Agent
M. Bremenkamp            Alexa Böhle

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.