WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                                         :    **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                  :    **08-13555 (SCC)**
:
            **Debtors.**     :    **(Jointly Administered)**
:
---------------------------------------------------------------x
:
In re                                                         :
:    **Case No.**
**LEHMAN BROTHERS INC.,**                                     :
:    **08-01420 (SCC) (SIPA)**
            **Debtor.**      :
:
---------------------------------------------------------------x

WEIL:\95822032\5\58399.0011

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE ONE HUNDRED FIRST OMNIBUS
## AND CLAIMS HEARING ON SEPTEMBER 20, 2016 AT 10:00 A.M.

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES

### I.    ADVERSARY PROCEEDING:

1. Lehman Brothers Special Financing Inc. v. Syncora Guarantee Inc. [**Adversary Proceeding No. 15-01112**]

    **Motion for Approval of Settlement Agreement**

    Related Document:

    A. Motion Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and Section 105(a) of the Bankruptcy Code for Approval of Settlement Agreement Among Lehman Brothers Holdings Inc., Structured Asset Securities Corporation, and U.S. Bank National Association, in Certain of its Capacities [**ECF No. 127**]

    Status:  This matter is going forward.

### II.    ADJOURNED MATTERS:

### A.    Lehman Brothers Holdings Inc. Chapter 11 Cases

2. Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 51241**]

    Status:  This matter has been adjourned to October 20, 2016 at 10:00 a.m.

3. Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No. 51450**]

    Status:  This matter has been adjourned to November 22, 2016 at 10:00 a.m.

4. Debtors' Second Motion in Aid of Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF No. 52574**]

Status:  This matter has been adjourned to October 20, 2016 at 10:00 a.m.

5. The Plan Administrator's Five Hundred Nineteenth Omnibus Objection to Claims (No Liability Claims) [**ECF No. 53107**]

Status:  This matter has been adjourned to a date to be determined

**B.    Lehman Brothers Inc. Proceeding**

6. Trustee's Amended Objection to the General Creditor Proof of Claim Filed by Vito Santoro (Claim No. 702081) [**LBI ECF No. 13794**]

Response Deadline:    September 8, 2016 at 4:00 p.m.

Response Received:

    A.    Objection to Trustee's Amended Objection [**LBI ECF No. 13818**]

Related Document:

    B.    Declaration of Gregory C. Farrell in Support of Trustee's Amended Objection [**LBI ECF No. 13795**]

Status:  This matter has been adjourned to October 20, 2016 at 10:00 a.m.

### III. RESOLVED MATTER:

7. Trustee's Two Hundred Seventy-Third Omnibus Objection to General Creditor Claims (Financial Product Claims) [**LBI ECF No. 10723**]

   Status: This matter has been resolved as to the last pending claim pursuant to the Stipulation and Order entered by the Court [**LBI ECF No. 13806**]

Dated: September 19, 2016
     New York, New York

/s/ Jacqueline Marcus
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: September 19, 2016
     New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95822032\5\58399.0011