WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
In re                                          :   Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :   08-13555 (SCC)
                                               :
                     Debtors.                  :   (Jointly Administered)
------------------------------------------------------------------ x
```

**THIRTY-THIRD NOTICE OF ESTABLISHMENT
OF COMBINED OMNIBUS AND CLAIMS HEARING DATES
PURSUANT TO SECOND AMENDED CASE MANAGEMENT ORDER
IMPLEMENTING CERTAIN NOTICE AND CASE MANAGEMENT PROCEDURES**

PLEASE TAKE NOTICE that pursuant to the order, dated June 17, 2010 [ECF No. 9635] (the "Second Amended Case Management Order"), implementing certain notice and case management procedures, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") has scheduled the following combined omnibus and claims hearing dates in the above-captioned cases:

September 20, 2016 at 10:00 a.m. (Prevailing Eastern Time)

**October 20, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

**November 22, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

**December 13, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

PLEASE TAKE FURTHER NOTICE that, except as otherwise ordered by the Bankruptcy Court, the Second Amended Case Management Order governs the scheduling of all matters to be heard on the foregoing hearing dates.

PLEASE TAKE FURTHER NOTICE that all hearings will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 623, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

Dated:  September 19, 2016
        New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

2