**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                        **:**

**In re**                                **:**         **Chapter 11 Case No.**
                                        **:**

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,     **:**         **08-13555 (SCC)**
                                        **:**

                **Debtors.**              **:**         **(Jointly Administered)**
                                        **:**

------------------------------------------------------------------------x

### ORDER GRANTING MOTION TO DISALLOW AND EXPUNGE
### <u>CLAIM NUMBER 32168</u>

Upon the Debtors' Motion to Disallow and Expunge Claim Number 32168, dated August 5, 2016 (the "Claim Motion"), of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, seeking to disallow and expunge Claim No. 32168, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, this Court's Order Establishing A Protocol To Resolve Claims Filed By Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities (the "Protocol Order" and the protocol approved thereby, the "RMBS Claims Protocol" or "Protocol") (ECF No. 47569), and this Court's Order Granting the Motion of RMBS Trustees to Extend the Overall Claim File Cut-Off Date for Certain Loans Under the Protocol Order and Related Relief (the "Protocol Extension Order") (ECF No. 52367), all as more fully described in the Claim Motion; and due and proper notice of the Objection to Claim having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection to Claim is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection to Claim establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Debtors' Motion to Disallow and Expunge

Claim Number 32168 is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code and Rule 3007 of the

Federal Rules of Bankruptcy Procedure, Claim No. 32168 is disallowed and expunged in its

entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: September 20, 2016
New York, New York

/S/ Shelley C. Chapman
Honorable Shelley C. Chapman
United States Bankruptcy Judge
