**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
: 
In re: : Chapter 11
: 
LEHMAN BROTHERS HOLDINGS INC., *et al.*, : Case No. 08-13555 (SCC)
: 
Debtors. : (Jointly Administered)
---------------------------------------------------------------x

# THIRD STIPULATED CLAIMS LITIGATION SCHEDULE

WHEREAS, on February 11, 2015, the Court so-ordered the Parties' stipulated Claims Litigation Schedule for the Objection of Debtors and Debtors in Possession to the Claims of QVT Fund LP and Quintessence Fund L.P. [Docket No. 48190];

WHEREAS, on October 19, 2015, the Court so-ordered the Parties' stipulated Revised Second Stipulated Claims Litigation Schedule [Docket No. 51209] (the "Claims Litigation Schedule");

WHEREAS, the Court held conferences on April 8, 2016 and April 29, 2016; and

WHEREAS, the Parties have met and conferred and agreed to extend various deadlines in the Claims Litigation Schedule,

NOW, THEREFORE, the Parties hereby stipulate and agree to modify the Claims Litigation Schedule as follows:

1. All fact discovery shall be completed by September 9, 2016.

2. Depositions of fact witnesses must be completed no later than September 9, 2016.

3. Interrogatories pursuant to Local Bankruptcy Rule 7033-1(c) and requests for admissions will be served on or before September 27, 2016.

-2-

4. QVT Fund LP and Quintessence Fund L.P. (collectively, "QVT") shall disclose the identities of any of its testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on September 7, 2016.

5. Depositions of experts disclosed pursuant to paragraph 4 must be completed no later than October 24, 2016.

6. Debtors shall disclose the identities of any of their testifying expert witnesses and serve any expert reports pursuant to Federal Rule of Civil Procedure 26(a)(2)(B) on November 7, 2016.

7. Depositions of experts disclosed pursuant to paragraph 6 must be completed no later than November 28, 2016.

8. The parties shall serve any rebuttal expert reports on December 27, 2016.

9. Depositions of experts disclosed pursuant to paragraph 8 must be completed no later than January 17, 2017.

10. The Claims Hearing regarding the Claims of QVT shall commence on January 18, 2017.

Dated: September 9, 2016
      New York, New York

                          */s/ Lauri W. Sawyer*
                          Jayant W. Tambe
                          Laura Washington Sawyer
                          Ryan J. Andreoli

                          JONES DAY
                          250 Vesey Street
                          New York, New York 10281
                          Telephone:    (212) 326-3939
                          Facsimile:     (212) 755-7306

                          jwtambe@jonesday.com
                          lwsawyer@jonesday.com
                          randreoli@jonesday.com

                          *Attorneys for Debtors and Debtors in Possession*


Dated: September 9, 2016
      New York, New York

                           */s/ Dennis H. Tracey, III*
                          Dennis H. Tracey, III
                          Robin E. Keller
                          Benjamin J.O. Lewis
                          John D. Beck

                          HOGAN LOVELLS US LLP
                          875 Third Avenue
                          New York, New York 10022
                          Telephone:    (212) 918-3000
                          Facsimile:     (212) 918-3100

                          dennis.tracey@hoganlovells.com
                          robin.keller@hoganlovells.com
                          ben.lewis@hoganlovells.com
                          john.beck@hoganlovells.com

                          *Attorneys for QVT Fund LP and Quintessence Fund L.P.*

-4-

Dated:  September 20 , 2016      SO ORDERED
        New York, New York

                                 /S/ Shelley C. Chapman
                                 UNITED STATES BANKRUPTCY JUDGE