

**UBS AG**
Europastrasse 2
Postfach, PO Box, 8098 Zürich

OQ9C / O5GC
C/A Special Transaction / Default MGMT

Matthias Mohos
YBM
+41 44 236 07 54
+41 44 235 47 21
matthias.mohos@ubs.com

**BY REGISTERED MAIL**
U.S. Bankruptcy Court for the
Southern District of N.Y.
One Bowling Green
New York, N.Y. 10004
USA

FILED
U.S. BANKRUPTCY COURT
2016 SEP -9 P 12:26
S.D.N.Y.

www.ubs.com

# Message

August 25, 2016

**subject** Claim Transfer Agreement Lehman Program Securities

On behalf of          Attention: Clerk of the Court

you are receiving    Evidence of partial transfer of claim: Ells Bank AG, Austria

☐ for your information     ☐ returned with thanks      ☐ please return
☒ for your records         ☐ please comment            ☒ please confirm receipt
☐ as agreed                ☐ please sign               ☒ please process
☐ please complete          ☐

Remarks
TOCE165    400'000.00    XS0177328548
Transferor: Ells Bank AG, Austria / Claim Number: 55042
Transferee: UBS AG, Bahnhofstrasse 45, CH-8001 Zurich (Switzerland)

Yours sincerely,

UBS AG

Matthias Mohos
Associate Director

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

FILED
U.S. BANKRUPTCY COURT
2016 SEP -9 P 12: 26
S.D.N.Y.

In re:    Lehman Brothers Holdings Inc.    Case No.: ___ (JMP)
Court ID (Court Use Only)

### NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: | Name of Transferor: |
|---|---|
| UBS AG | ELLS Bank AG |
| Notices to Transferee should be sent to:<br>UBS AG<br>Bahnhofstrasse 45<br>8001 Zürich, Switzerland<br>Attn. Mr. Hugo Koller<br>EMAIL: +41 44 235 37 36 | Court Record Address of the Transferor:<br>(Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor<br>ELLS BANK AG<br>Prinz-Eugen-Straße 8-10<br>A-1040 Wien, Austria<br>+ 43 1 205 95320<br>Attn.: Andreas Doersam<br>andreas.doersam@ells-bank.at |
| Amount of Claim Being Transferred:<br><br>EUR 400'000.00 (face amount of securities) | NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS |
| Court Claim No. (if known): 55042 | |
| Date Claim Filed: October 29, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    _____    Date: 25.8.16
Hugo Koller           Matthias Mohos
Director              Associate Director
UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOCE105 UBS0230 ELLSBANK55042 400K 1687175
Page 1 of 4

EVIDENCE OF TRANSFER OF CLAIM

TO:    United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO:    Lehman Brothers Holdings Inc. (the "Debtor")

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 55042 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 0% EMTN Lehman Bros. 2003-31.10.20113 | XS0177328548 | LBT BV | LBHI | EUR 400'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

ELLS BANK AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

UBS AG
Bahnhofstrasse 45
8001 Zurich, Switzerland
Attn.: Mr. Hugo Koller
+41 44 235 37 36-hugo.koller@ubs.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated August 10th, 2016.

**ELLS BANK AG**
Transferor

By: _____  *Sieg'd*
Name: 1040 Wien, Prinz-Eugen-Str. 8-10   SIEGMUND
Title: Telefon: +43 1 20595-0
Fax: +43 1 20595-191
FN 111602x

By: _____
Name: WILHELM BRUNNER
Title:

ACKNOWLEDGED BY:

**UBS AG**
Transferee

By: _____
Name: Hugo Koller
Title: Director

By: _____
Name: Matthias Mohos
Title: Associate Director