**Exhibit 1**

WEIL:\95867456\1\58399.0011

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ASSERTED TOTAL CLAIM DOLLARS | AMOUNTS TO BE DISALLOWED | REASON FOR PROPOSED DISALLOWANCE |
|---|---|---|---|---|---|---|---|---|
| 1 | WINDERMERE VII CMBS PLC | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28817 | Undetermined | Undetermined | No Liability |
| 2 | WINDERMERE X CMBS LIMITED | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 09/22/2009 | 28833 | Undetermined | Undetermined | No Liability |

\* - Indicates claim contains unliquidated and/or undetermined amounts