

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDING INC.  ,    Case No.  08-13555(JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Banca dello Stato del Cantone Ticino      Julius Baer & Co Ltd
Name of Transferee     Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 58786.06
Amount of Claim: CHF 100'000.--
Date Claim Filed: 08/18/2009

Phone: 0041.91.803.72.99
Last Four Digits of Acct #:

Phone:
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Banca dello Stato del Cantone Ticino    Date: 09/07/2016
Transferee/Transferee's Agent
S. Weber    E. Snozzi

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**EVIDENCE OF TRANSFER OF CLAIM**

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Banca Dello Stato** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **58786.06**) in the **nominal amount of CHF 100'000** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of September 2016.

**Bank Julius Baer & Co. Ltd.**

_____                            _____
Fabian Burckhardt                                              Marc Blum

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Nominal Amount |
|---|---|---|---|---|
| XS0264209387 CAPITAL PROTECTED TWISTER NOTE | 58786.06 | 18 August 2009 | Lehman Brothers Treasury Co. BV | CHF 100'000 |



**Sede centrale**

Viale H. Guisan 5
Casella postale
CH - 6501 Bellinzona

Tel. +41 91 803 71 11
Fax +41 91 803 71 70

www.bancastato.ch

EPIQ Bankruptcy Solutions, LLC
Attn. Lehman Brothers Holdings
Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017

*Taken care of by:*
*Eliseo Snozzi*
*Department SCCO*
*Tel. 0041.901.803.72 99*

Bellinzona, September 7, 2016

*Vostro rif.* TRANSFER OF CLAIM XS0264209387 - LEHMAN BROTHERS SECURITIES
Ihre Ref.
*Votre réf.*

| | | | |
|---|---|---|---|
| ☐ | per informazione<br>zur Kenntnisnahme<br>*pour information* | ☐ | da ritornare p.f. entro il<br>bitte zurücksenden bis<br>*à renvoyer s.v.p. jusqu'au* |
| ☐ | per i vostri atti<br>zu Ihren Akten<br>*pour vos dossiers* | ☐ | di ritorno con ringraziamenti<br>mit Dank zurück<br>*en retour avec remerciements* |
| ☐ | come inteso<br>gemäss Besprechung<br>*suivant l'accord* | ☐ | per la firma/visto<br>zur Unterschrift/Visum<br>*pour la signature/visa* |
| ☐ | telefonare p.f.<br>bitte anrufen<br>*téléphoner s.v.p.* | ☐ | per approvazione<br>zur Genehmigung<br>*pour approbation* |
| ☐ | per il disbrigo<br>zur Erledigung<br>*pour règlement* | ☐ | ricevuto per errore<br>irrtümlicherweise erhalten<br>*reçu par erreur* |
| ☐ | come da vostra richiesta<br>gemäss Ihrem Wunsch<br>*selon votre demande* | ☐ | per una presa di posizione<br>zur Stellungnahme<br>*pour avis* |
| ☒ | Please find herewith attached the "transfer of claim other than for security" duly filled in and signed by the Transferor Julius Baer & Co. Ltd. and the Transferee Banca dello Stato del Cantone Ticino | | |

Distinti saluti

BANCA DELLO STATO DEL CANTONE TICINO

*S. Weber*                             *E. Snozzi*

Annexes: 1 TRANSFER OF CLAIM

# Fakturierung / Facturation

CE 276 650 457 CH

TT 276 650 457 CH

CP 276 650 457 CH

FILED RECEIVED
SEP 08 2016
EPIQ SYSTEMS

**Company Name:** BANCA DELLO STATO DEL CANTONE TICINO
**Street:** VIALE H. GUISAN 5
**Postal Code / City:** 6501 BELLINZONA
**Country:** CH- SWITZERLAND
**Customer's Reference:** 091 803 7299 SNOZZI ELISEO

**Contact Company / Name:** EPIQ BANKRUPTCY SOLUTIONS LLC ATT. LEHMAN BROTHERS HOLDING CLAIMS PROCESSING
**Street:** 757 Third Avenue 3rd Floor
**Postal Code / City:** NEW YORK N.Y. 10017
**Country:** USA

**Payment**
**RRN Post / NRF Poste:** 500032117
**Postkonto / Compte Postal:** 65-433-5

**Type of contents:** X Documents

| Quantity | Detailed description of contents | HS Customs Tariff No. | Code | Net weight | Value in CHF | Origin |
|---|---|---|---|---|---|---|
| 1 | Documents | | | | | |

**Date:** 07.09.2016