WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
                                        )
In re                                   )   Chapter 11 Case No.
                                        )
Lehman Brothers Holdings Inc., et al.,  )   08-13555 (SCC)
                                        )
        Debtors.                        )   Jointly Administered
                                        )
------------------------------------------------------------x
```

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that, at the request of the Court, the date and time of

the hearing to consider the Debtor's *Second Objection To Certain RMBS Trust Claims And*

*Motion To Disallow And Expunge Certain RMBS Trust Claims For Insufficient Documentation*

[Docket No. 53620] which was previously scheduled for October 20, 2016, at 10:00 a.m., has

been adjourned to **November 1, 2016, at 11:00 a.m. (Prevailing Eastern Time)**, or as soon

thereafter as counsel may be heard.  Also at this date and time, the Court will hold a status

conference as to the *Status Report Of RMBS Trustees In Connection With The Order*

*Establishing A Protocol To Resolve Claims Filed By RMBS Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities* [Docket No. 53640].  The hearing and status conference will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623.

Dated: September 27, 2016
      New York, New York

By: /s/ Todd G. Cosenza

Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone:  (212) 728-8000
Facsimile:  (212) 728-8111

Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)
ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468

*Attorneys for Debtors*