Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 08-13555-scc

4   Adv. Case No. 15-01112-scc

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7   LEHMAN BROTHERS HOLDINGS INC.,

8             Debtor.

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10   LEHMAN BROTHERS HOLDINGS INC., et al,

11             Plaintiff,

12        v.

13   U.S. BANK NATIONAL ASSOCIATION, et al,

14             Defendants.

15   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16             U.S. Bankruptcy Court

17             One Bowling Green

18             New York, NY  10004

19

20             September 20, 2016

21             10:24 AM

22

23   B E F O R E :

24   HON SHELLEY C. CHAPMAN

25   U.S. BANKRUPTCY JUDGE

Page 2

1    Hearing re:   DOC #53610 Motion for Approval of Settlement

2    Agreement Among Lehman Brothers Holdings Inc., Structured

3    Asset Securities Corporation, and U.S. Bank National

4    Association, in Certain of its Capacities.

5

6    Hearing re:   Adversary proceeding: 15-0 11 12-scc Lehman

7    Brothers Holdings Inc. et a1 v. U.S. Bank National

8    Association et a1 Doc #I27 Motion for Approval of Settlement

9    Agreement Among Lehman Brothers Holdings Inc., Structured

10   Asset Securities Corporation, and U.S. Bank National

11   Association, in Certain of its Capacities.

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:   Sonya Ledanski Hyde

Page 3

1    A P P E A R A N C E S :

2

3    NIXON PEABODY LLP

4          Attorney for US Bank

5          437 Madison Avenue

6          New York, NY 10022

7

8    BY:   CONSTANCE M. BOLAND

9

10   WILLKIE FARR & GALLAGHER LLP

11         Attorney for the Debtor

12         787 Seventh Avenue

13         New York, NY 10019

14

15   BY:   TODD G. COSENZA

16         TIMOTHY J. MCGINN

17

18   CHAPMAN and CUTLER LLP

19         Attorney for US Bank National Association as Trustee

20         111 West Monroe Street

21         Chicago, IL 60603

22

23   BY:   FRANKLIN H. TOP, III

24

25

Page 4

```
 1   CAHILL GORDON & REINDELL LLP

 2        Attorney for Green Point

 3        80 Pine Street

 4        New York, NY 10005

 5

 6   BY:   KEVIN J. BURKE

 7

 8   MURPHY & MCGONIGLE

 9        Attorney for Green Point

10        4870 Sadler Road, Suite 301

11        Glen Allen, VA 23060

12

13   BY:   CAMERON S. MATHESON

14

15   KLEHR HARRISON HARVEY BRANZBURG LLP

16        Attorney for Sincora Guarantee

17        1835 Market Street

18        Philadelphia, PA 19103

19

20   BY:   WILLIAM R. HINCHMAN

21        FRANK M. CORRELL, JR.

22        PAIGE M. WILLAN

23

24

25
```

```
 1   ROLLIN BRASWELL FISHER LLC

 2        8350 E Cresent Parkway, Suite 100

 3        Greenwood Village, CO 80111

 4

 5   BY:  MICHAEL ROLLIN

 6

 7   KILPATRICK TOWNSEND & STOCKTON LLP

 8        Attorney for Sincora

 9        1114 Avenue of the Americas

10        New York, NY 10036

11

12   BY:  DAVID M. POSNER

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 6

```
 1                    P R O C E E D I N G S

 2            THE COURT:  Please have a seat.  I'm sorry I'm

 3    late.  There was a sick passenger, those words that you

 4    never like to hear on the subway, that we are delayed

 5    because of a sick passenger, so.

 6            MR. CONSENZA:  Been there many times, Your Honor.

 7            (Laughter)

 8            THE COURT:  So, I'm sorry.

 9            MR. CONSENZA:  No worries.

10            THE COURT:  Sorry.

11            MR. CONSENZA:  Todd Consenza from Willkie, Farr &

12    Gallagher for Lehman Brothers Holding, Inc., the plan

13    administrator.

14            Your Honor, I'll just give you a little bit of

15    background and you can --

16            THE COURT:  Sure.

17            MR. CONSENZA:  -- whatever additional information

18    you want, obviously, you can ask me.  But I'm here to report

19    very good news.  I think you've seen in the various

20    correspondence --

21            THE COURT:  Yes.

22            MR. CONSENZA:  -- to the Court, and we sent in our

23    motion a few weeks ago, our 9019 motion.  The general theme

24    is Lehman, U.S. Bank and Sincola have entered into a -- two

25    cross-conditioned settlements that resolve the respective
```

Page 7

1    claims against Lehman regarding the GreenPoint Mortgage

2    Funding Trust, which is also know as the 2006-HE1 Trust.  So

3    this is all very good news.

4           The general overview of the terms of the

5    agreements, as you know, Sincola initially had a $1.3

6    billion claim.  That claim will be reduced and allowed as a

7    $37 million Class 7 claim.  And we're planning, given that

8    there have been no objections filed, for that money to be

9    paid out in the next distribution.

10          U.S. Bank has a billion dollars-plus in claims

11   relating to this trust, most of which have been disallowed

12   based on the Court's prior order in June.  So as part of the

13   settlement, U.S. Bank is withdrawing those claims and

14   they're not going to be part of the appeal that's now --

15          THE COURT:  That was my next question.

16          MR. CONSENZA:  Yeah.

17          THE COURT:  So those are going to --

18          MR. CONSENZA:  Those are going to be gone, yes.

19   Only the U.S. Bank settlement is before the Court.  Both

20   settlement agreements are covered by the Order of Modifying

21   Certain Existing Claims Orders that was entered July 18,

22   2012, and given the threshold limits set forth in that

23   order, Lehman doesn't need Court approval for both

24   settlements.  But out of its abundance of caution, as a

25   request from U.S. Bank, the U.S. Bank settlement was

Page 8

1    conditioned on the Court's approval, just to make sure there

2    are no objectors that would come forward to the settlement.

3            We believe the U.S. Bank settlement and the

4    Sincola settlements are very good results for the estate,

5    within the range of reasonable outcomes, reflecting the plan

6    administrator's sound business judgment, and should be

7    approved.  And I mentioned to you earlier, there have been

8    no objectors that have come forward during the development

9    time period.

10           Your Honor, I can go on and give you more detail

11   about the trust --

12           THE COURT:  No, I really -- I might have excused

13   folks from coming in today, but because this was such a

14   significant settlement and indeed such a significant

15   accomplishment, given everything that had come before this,

16   I thought it was important to have a brief hearing and give

17   everyone an opportunity, if they wish, to make an additional

18   statement.

19           MR. CONSENZA:  Sure.

20           THE COURT:  But I've read everything --

21           MR. CONSENZA:  Right.

22           THE COURT:  -- and I have no questions, so...

23           MR. CONSENZA:  Okay.  So, Your Honor, if we do

24   need to, we can go into additional background if there are

25   questions.

Page 9

1              THE COURT:  All right.

2              MR. CONSENZA:  But from our perspective, that's

3    our state of --

4              THE COURT:  Okay.

5              MR. CONSENZA:  -- the settlement.

6              THE COURT:  Thank you, Mr. Consenza.

7              MR. CONSENZA:  Thank you.

8              THE COURT:  Does anyone else wish to be heard?

9              MS. BOLAND:  Your Honor, Connie Boland for the

10   indentured trustee.  If you have no questions, then

11   everything's in the papers and, you know, we're here to

12   answer questions.  But otherwise, Your Honor, nothing.

13             THE COURT:  Okay.  All right.  Well, then I thank

14   you all for coming down for such a brief hearing.  As I

15   said, I have reviewed the papers.  I am familiar with the

16   history of these interrelated proceedings and claims.  I

17   think the settlement is a significant achievement.  It

18   clearly satisfies the Iridium factors with respect to the

19   exercise of the business judgment on behalf of the estate,

20   and I'm very pleased to approve the settlement.

21             Do we have the form of order in electronic form,

22   do you know?

23             MR. CONSENZA:  We do, Your Honor.  May I approach,

24   I'll --

25             THE COURT:  Yes.

Page 10

1              MR. CONSENZA:  Okay.

2              THE COURT:  And has this been sent to Chambers

3     email, do you know?

4              MR. CONSENZA:  It has.  It has, Your Honor.

5              THE COURT:  Okay.

6              MR. CONSENZA:  Everything (indiscernible).

7              THE COURT:  Very good.  Okay.  Thank you for

8     coming down.  And again, I apologize for the delay.  Have a

9     good --

10             MR. CONSENZA:  Thank you, Your Honor.

11             THE COURT:  Have a good day.

12             MS. BOLAND:  Thank you, Your Honor.

13             (Whereupon these proceedings were concluded at

14    10:29 AM.

15

16

17

18

19

20

21

22

23

24

25

Page 11

1                              I N D E X

2

3                              RULINGS

4                                            Page        Line

5    Motion to Approve Settlement Granted     9           20

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

1                        C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4       transcript is a true and accurate record of the proceedings.

5

6       Sonya                    Digitally signed by Sonya Ledanski
                                 Hyde
                                 DN: cn=Sonya Ledanski Hyde, o, ou,
        Ledanski Hyde            email=digital1@veritext.com, c=US
7                                Date: 2016.09.21 16:32:53 -04'00'

8       Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20      Veritext Legal Solutions

21      330 Old Country Road

22      Suite 300

23      Mineola, NY 11501

24

25      Date:   September 21, 2016