# Exhibit 1

PRIVILEGED AND CONFIDENTIAL

| Lehman Loan Number | 31905052 |
| --- | --- |
| Claim Filing Date | 6/29/15 |
| Proof Of Claim Number | 20595 |
| Claimant | Lehman XS Trust 2006-3 |
| Trustee | U.S. Bank National Association, as trustee |
| Debtor | Lehman Brothers Holdings Inc. |
| Lehman Loan Number | 31905052 |
| Servicer Loan Number | 599647344 |
| Servicer Name | NATIONSTAR MORTGAGE LLC |
| Loan Purchase Date | 2/28/06 |
| Lien Type | 1st |
| Default Status | ACTIVE |
| Borrower Name | ■■■ |
| Property Address | ■■■ |
| Property City | ■■■ |
| Property State | ■■■ |

Lehman Loan Number: 31905052
Claim Filing Date: 6/29/15

PRIVILEGED AND CONFIDENTIAL

| Field | Value |
|---|---|
| Property Zip | |
| Purchase Price * | |
| Unpaid Principal Balance | $343,300.13 |
| Plus: Corporate Advance Balance | $0.00 |
| Escrow Advance Balance | $0.00 |
| Principal Advance | $609.45 |
| Interest Advance | $786.73 |
| Accrued Interest | $0.00 |
| Equals: Total Purchase Price | $344,696.31 |
| Next Due Date | 5/1/15 |
| Agreement Breached | Mortgage Loan Sale and Assignment Agreement |
| Date of Agreement | 2/1/06 |
| Date of Defect Discovery | 6/25/15 |
| Notice Date | 6/29/15 |



PRIVILEGED AND CONFIDENTIAL

| Lehman Loan Number | Claim Filing Date | Alleged Defect #1 | Factual Basis for Defect #1 | Contractual Provision(s) Breached #1 | Materiality Basis for Defect #1 | |
|---|---|---|---|---|---|---|
| 31905052 | 6/29/15 | ■ | ■ | ■ | ■ | ■ |