# Exhibit 2

Purchase Price Revisions

August of 2016

| Origination Loan Number | Trust Name | Trustee Name | Claim Submission Date | Loan Status at Claim Submission Time | Current Loan Status | Original Purchase Price | Current Purchase Price* | Change in Purchase Price |
|---|---|---|---|---|---|---|---|---|
| | | U.S. Bank | 17-Mar-15 | Non-Liquidated | Non-Liquidated | 334,909.36 | 317,353.07 | (17,556.29) |
| | | Law Debenture | 29-Jun-15 | Non-Liquidated | Non-Liquidated | 481,438.23 | 472,912.09 | (8,526.14) |
| | | Law Debenture | 29-Jun-15 | Non-Liquidated | Non-Liquidated | 267,750.72 | 263,728.13 | (4,022.59) |
| | | Law Debenture | 17-Jul-15 | Non-Liquidated | Non-Liquidated | 1,599,119.95 | 1,693,649.64 | 94,529.69 |
| | | U.S. Bank | 17-Jul-15 | Non-Liquidated | Non-Liquidated | 410,160.32 | 440,741.97 | 30,581.65 |
| | | Law Debenture | 17-Jul-15 | Non-Liquidated | Non-Liquidated | 485,607.58 | 515,248.00 | 29,640.42 |
| | | U.S. Bank | 31-Jul-15 | Non-Liquidated | Non-Liquidated | 483,751.37 | 468,986.40 | (14,764.97) |
| | | Wilmington Trust | 31-Aug-15 | Non-Liquidated | Non-Liquidated | 487,055.33 | 489,445.15 | 2,389.82 |
| | | U.S. Bank | 18-Sep-15 | Non-Liquidated | Non-Liquidated | 578,470.35 | 570,527.94 | (7,942.41) |
| | | Law Debenture | 18-Sep-15 | Non-Liquidated | Non-Liquidated | 259,910.45 | 254,853.68 | (5,056.77) |
| | | U.S. Bank | 30-Sep-15 | Non-Liquidated | Non-Liquidated | 187,925.77 | 182,700.76 | (5,225.01) |
| | | U.S. Bank | 30-Oct-15 | Non-Liquidated | Non-Liquidated | 106,788.15 | 105,048.59 | (1,739.56) |
| | | U.S. Bank | 17-Nov-15 | Non-Liquidated | Non-Liquidated | 252,319.18 | 246,585.08 | (5,734.10) |
| | | U.S. Bank | 17-Nov-15 | Non-Liquidated | Non-Liquidated | 668,436.00 | 618,416.69 | (50,019.31) |
| | | U.S. Bank | 30-Nov-15 | Non-Liquidated | Non-Liquidated | 211,192.37 | 215,089.59 | 3,897.22 |
| | | U.S. Bank | 29-Jan-16 | Non-Liquidated | Non-Liquidated | 105,746.70 | 105,746.70 | - |
| | | U.S. Bank | 16-Feb-16 | Non-Liquidated | Non-Liquidated | 354,768.48 | 351,870.46 | (2,898.02) |
| | | Wilmington Trust | 16-Feb-16 | Non-Liquidated | Non-Liquidated | 45,897.40 | 45,361.16 | (536.24) |
| | | U.S. Bank | 29-Feb-16 | Non-Liquidated | Non-Liquidated | 162,802.58 | 159,884.13 | (2,918.45) |
| | | U.S. Bank | 31-Mar-16 | Non-Liquidated | Non-Liquidated | 196,486.26 | 204,996.63 | 8,510.37 |
| | | Wilmington Trust | 14-Aug-15 | Liquidated | Liquidated | 29,174.74 | 29,174.74 | - |
| | | Wilmington Trust | 18-Sep-15 | Liquidated | Liquidated | 194,253.58 | 194,253.58 | - |
| | | Law Debenture | 30-Oct-15 | Liquidated | Liquidated | 403,776.83 | 403,776.83 | - |
| | | U.S. Bank | 15-Dec-15 | Liquidated | Liquidated | 98,918.29 | 98,918.29 | - |
| | | U.S. Bank | 15-Dec-15 | Liquidated | Liquidated | 41,271.77 | 41,271.77 | - |
| | | U.S. Bank | 30-Dec-15 | Liquidated | Liquidated | 30,462.02 | 30,462.02 | - |
| | | Law Debenture | 30-Dec-15 | Liquidated | Liquidated | 27,877.08 | 27,877.08 | - |
| | | U.S. Bank | 30-Dec-15 | Liquidated | Liquidated | 81,669.04 | 81,669.04 | - |
| | | Wilmington Trust | 29-Jan-16 | Liquidated | Liquidated | 33,293.72 | 33,293.72 | - |

Purchase Price Workpaper                                                                                                                                            August of 2016

| Origination Loan Number | Current Loan Status | Non-Liquidated UPB | Non-Liquidated Plus: Corporate Advance Balance | Non-Liquidated Escrow Advance Balance | Non-Liquidated Principal Advance | Non-Liquidated Interest Advance | Non-Liquidated Accrued Interest | Non-Liquidated Equals: Total Purchase Price * | Liquidated Total Liquidated Loss | Liquidated Equals: Total Purchase Price * |
|---|---|---|---|---|---|---|---|---|---|---|
| | Non-Liquidated | 315,735.06 | - | - | 631.34 | 986.67 | - | 317,353.07 | | |
| | Non-Liquidated | 471,683.75 | - | - | - | 1,228.34 | - | 472,912.09 | | |
| | Non-Liquidated | 261,704.80 | - | - | 485.81 | 1,537.52 | - | 263,728.13 | | |
| | Non-Liquidated | 920,000.00 | 13,949.16 | 78,752.47 | - | - | 680,948.01 | 1,693,649.64 | | |
| | Non-Liquidated | 347,086.72 | 17,473.00 | 12,121.40 | - | - | 64,060.85 | 440,741.97 | | |
| | Non-Liquidated | 332,324.90 | 8,633.29 | 33,892.66 | - | 33,509.44 | 106,887.71 | 515,248.00 | | |
| | Non-Liquidated | 466,827.29 | - | - | 700.27 | 1,458.84 | - | 468,986.40 | | |
| | Non-Liquidated | 447,903.67 | 3,012.81 | 18,548.80 | - | - | 19,979.87 | 489,445.15 | | |
| | Non-Liquidated | 569,043.85 | - | - | 583.94 | 900.15 | - | 570,527.94 | | |
| | Non-Liquidated | 252,996.82 | - | - | 460.11 | 1,396.75 | - | 254,853.68 | | |
| | Non-Liquidated | 182,278.66 | - | - | 249.67 | 172.43 | - | 182,700.76 | | |
| | Non-Liquidated | 104,585.39 | - | - | 125.48 | 337.72 | - | 105,048.59 | | |
| | Non-Liquidated | 246,154.30 | - | - | 480.01 | (49.23) | - | 246,585.08 | | |
| | Non-Liquidated | 617,360.68 | - | - | 152.67 | 418.21 | 485.13 | 618,416.69 | | |
| | Non-Liquidated | 203,176.44 | 1,685.71 | 4,087.44 | 2,940.36 | 1,514.65 | 1,684.99 | 215,089.59 | | |
| | Non-Liquidated | 105,133.42 | - | - | - | 613.28 | - | 105,746.70 | | |
| | Non-Liquidated | 351,066.33 | - | - | 433.40 | 370.73 | - | 351,870.46 | | |
| | Non-Liquidated | 45,361.16 | - | - | - | - | - | 45,361.16 | | |
| | Non-Liquidated | 155,293.56 | 494.03 | 1,678.38 | 1,313.38 | (185.70) | 1,290.48 | 159,884.13 | | |
| | Non-Liquidated | 135,400.73 | 12,095.02 | 14,201.13 | 17,257.03 | 12,337.36 | 13,705.36 | 204,996.63 | | |
| | Liquidated | | | | | | | | 29,174.74 | 29,174.74 |
| | Liquidated | | | | | | | | 194,253.58 | 194,253.58 |
| | Liquidated | | | | | | | | 403,776.83 | 403,776.83 |
| | Liquidated | | | | | | | | 98,918.29 | 98,918.29 |
| | Liquidated | | | | | | | | 41,271.77 | 41,271.77 |
| | Liquidated | | | | | | | | 30,462.02 | 30,462.02 |
| | Liquidated | | | | | | | | 27,877.08 | 27,877.08 |
| | Liquidated | | | | | | | | 81,669.04 | 81,669.04 |
| | Liquidated | | | | | | | | 33,293.72 | 33,293.72 |