# Exhibit 3

| Loan ID | Unpaid Principal Balance | Corporate Advance Balance | Escrow Advance Balance | Principal Advance | Interest Advance | Accrued Interest | Total Purchase Price [A] | Valuation Price [B] | Loan Value [A]*[B]=[C] | Claim Amount [A]-[C]=[E] |
|---|---|---|---|---|---|---|---|---|---|---|
| XXXXXXXX40 | $181,300.04 | $0.00 | $0.00 | $233.79 | $712.36 | $0.00 | $182,246.19 | 69.09% | $125,905.72 | $56,340.47 |
| XXXXXXXX06 | $547,127.69 | $0.00 | $0.00 | $455.15 | $1,880.75 | $0.00 | $549,463.59 | 71.08% | $390,573.88 | $158,889.71 |
| XXXXXXXX48 | $371,466.47 | $9,954.79 | $34,029.96 | $3,582.75 | $84,315.05 | $240,216.20 | $743,565.22 | 37.27% | $277,155.44 | $466,409.78 |
| XXXXXXXX91 | $414,513.22 | $1,070.00 | $67,798.46 | $16,445.75 | $105,388.66 | $246,914.34 | $852,130.43 | 48.77% | $415,561.57 | $436,568.86 |
| XXXXXXXX02 | $396,424.62 | $15,675.80 | $71,235.07 | $25,048.81 | $50,229.85 | $116,563.79 | $675,177.94 | 60.73% | $410,011.22 | $265,166.72 |
| XXXXXXXX50 | $212,842.46 | $394.58 | $248.50 | $1,781.07 | $2,561.92 | $2,299.17 | $220,127.70 | 44.35% | $97,634.90 | $122,492.80 |
| XXXXXXXX05 | $256,349.43 | $0.00 | $0.00 | $176.23 | $438.81 | $0.00 | $256,964.47 | 77.74% | $199,754.49 | $57,209.98 |
| XXXXXXXX62 | $528,343.29 | $994.51 | $3,303.03 | $10,607.51 | $15,271.63 | $15,723.92 | $574,243.89 | 51.23% | $294,184.13 | $280,059.76 |
| XXXXXXXX73 | $157,505.17 | $4,637.00 | $10,177.20 | $0.00 | $0.00 | $26,319.52 | $198,638.89 | 65.97% | $131,036.20 | $67,602.69 |
| XXXXXXXX68 | $551,045.01 | $0.00 | $0.00 | $616.74 | $896.97 | $0.00 | $552,558.72 | 68.10% | $376,303.28 | $176,255.44 |