# Exhibit 4

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | Loan Number | Loan Status | Liquidation Date | Delinquency Method | Delinquency Status | Issue/Closing Year | Pool Number |
| 5918 | 33508664 | LIQUIDATION | 1/16/2013 | ABS | | SAS 2006-S4 | 1 |
| 8889 | 39609714 | LIQUIDATION | 7/17/2012 | ABS | | SAS 2006-S4 | 1 |

| A | H | I | J | K | L |
|---|---|---|---|---|---|
| Loan Number | Loan Product | Lien Type | Loan Property Type | Loan Type | Owner Occupancy |
| 33508664 | BALLOON 2ND LIEN - ALT A | SUBORDIATE LIEN | PUD | CONVENTIONAL RES W/O PMI | PRIMARY RESIDENCE |
| 39609714 | 30-YR FIXED - 2ND LIEN - ALT-A | SUBORDIATE LIEN | 2 - 4 FAMILY | CONVENTIONAL RES W/O PMI | PRIMARY RESIDENCE |

| | A | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|
| 1 | Loan Number | Loan Purpose | Document Type | Balloon | Original FICO | Current FICO | Current FICO Date | Original DTI |
| 5918 | 33508664 | PURCHASE | STATED INCOME | N | 765 | | | 36.16 |
| 8889 | 39609714 | PURCHASE | NO RATIO | N | 720 | | | 0 |

| | A | T | U | V | W | X | Y |
|---|---|---|---|---|---|---|---|
| 1 | Loan Number | First Time Home Buyer | Negative Amortization Cap | Negative Amortization Flag | Interest Only Flag | Interest Only Term | Property State Code |
| 5918 | 33508664 | N | | N | N | | TX |
| 8889 | 39609714 | Y | | N | N | | MA |

| | A | Z | AA | AB | AC | AD | AE | AF |
|---|---|---|---|---|---|---|---|---|
| 1 | Loan Number | Original Note Rate | Current Note Rate | Net Rate | Gross Margin Rate | Periodic Rate Cap | Periodic Payment Cap | Lifetime Rate Ceiling |
| 5918 | 33508664 | 0.09375 | 0.09375 | 0.08875 | 0 | 0 | 0 | 0 |
| 8889 | 39609714 | 0.105 | 0.105 | 0.1 | 0 | 0 | 0 | 0 |

| 1 | A<br>Loan Number | AG<br>Lifetime Rate Floor | AH<br>Base Index Type | AI<br>Payment Adjustment Frequency | AJ<br>Loan Origination Date | AK<br>First Payment Date | AL<br>Next Due Date |
|---|---|---|---|---|---|---|---|
| 5918 | 33508664 | 0 | FIXED | 0 | 11/6/2006 | 1/1/2007 | 3/1/2009 |
| 8889 | 39609714 | 0 | FIXED | 0 | 11/22/2006 | 1/1/2007 | 2/1/2012 |

| A | AM | AN | AO | AP | AQ |
|---|---|---|---|---|---|
| Loan Number | Maturity Date | First Note Rate Change Date | Next Rate Change Date | Next Payment Change Date | Note Rate Adjustment Frequency |
| 33508664 | 12/1/2021 | | | | 0 |
| 39609714 | 12/1/2036 | | | | 0 |

| | A | AR | AS | AT | AU | AV |
|---|---|---|---|---|---|---|
| 1 | Loan Number | Original Loan Balance | Original Securitization Balance | Scheduled End Balance | Actual Ending Balance | Senior Lien Loan Balance |
| 5918 | 33508664 | 35020 | 35020 | | | 140080 |
| 8889 | 39609714 | 63600 | 63600 | | | 254400 |

| | A | AW | AX | AY | AZ | BA | BB |
|---|---|---|---|---|---|---|---|
| 1 | Loan Number | Subordinate Loan Balance | Original Appraised Value | Latest Value Amount | Latest Value Date | Latest Value Source | LTV Ratio at Origination |
| 5918 | 33508664 | 0 | 187000 | 165000 | 11/21/2012 | ASSUMED BPO | 20 |
| 8889 | 39609714 | 0 | 330000 | 125000 | 4/13/2012 | BPO | 20 |

| A | BC | BD | BE | BF | BG |
|---|---|---|---|---|---|
| Loan Number | CLTV Ratio at Origination | Current LTV | Current Sched P&I Payment/Constant | Original P&I Constant | Original Stated Term in months |
| 33508664 | 100 | 28.91 | 291.28 | 291.28 | 180 |
| 39609714 | 100 | 48 | 581.78 | 581.78 | 360 |

| A | BH | BI | BJ | BK | BL | BM |
|---|---|---|---|---|---|---|
| Loan Number | Remaining Stated Term | LPMI Coverage | LPMI Coverage Amount | MI Coverage | MI Coverage Amount | Reason for Default |
| 3350864 | | | | N | 0 | |
| 3969714 | | | | N | 0 | |

| | A | BN | BO | BP | BQ | BR | BS |
|---|---|---|---|---|---|---|---|
| | Loan Number | Bankruptcy File Date | Post Petition Due Date | BK Chapter | First Legal Date | Foreclosure Sale Held Date | Received in REO Date |
| 1 | 33508664 | 12/3/2007 | 4/1/2009 | | | | |
| 5918 | | | | | | | |
| 8889 | 39609714 | | | | | | |

| A | BT | BU | BV | BW | BX | BY |
|---|---|---|---|---|---|---|
| Loan Number | Original REO List Date | Original REO List Price | Current REO List Date | Current REO List Price | Offer Received Date | Offer Received Amount |
| 33508664 | | | | | | |
| 39609714 | | | | | | |

| A | BZ | CA | CB | CC | CD | CE |
|---|---|---|---|---|---|---|
| 1 Loan Number | REO Sale Held | REO Net Proceeds | Corporate Advance Balance | Escrow Advance Balance | Accrued Interest | Originator Name |
| 5918 3350866 | | | 0 | 0 | | AURORA BANK FSB |
| 8889 3960971 | | | 0 | 0 | | AURORA BANK FSB |

| | A | CF | CG | CH | CI | CJ | CK |
|---|---|---|---|---|---|---|---|
| 1 | Loan Number | Servicer Name | Realized Loss | UPB prior to Liquidation | Modification | Last Modification Date | Deferred Amount |
| 5918 | 33508664 | NATIONSTAR MORTGAGE LLC | 47759.06 | 34512.31 | N | | |
| 8889 | 39609714 | AURORA LOAN SERVICES LLC | 59993.76 | 60331.09 | N | | |

| | A | CL | CM | CN | CO |
|---|---|---|---|---|---|
| 1 | Loan Number | Principal Advance | Interest Advance | Ending Trust Balance | Data As Of YYYYMM |
| 5918 | 33508664 | 0 | 0 | | 201607 |
| 8889 | 39609714 | 0 | 0 | | 201607 |