# Exhibit 5

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 1 | 121213227 | Did not contain loss certification or corporate expense log. |
| 2 | 121874986 | Did not contain loss certification or corporate expense log. |
| 3 | 122650021 | Did not contain loss certification or corporate expense log. |
| 4 | 122650815 | Did not contain loss certification or corporate expense log. |
| 5 | 122898638 | Did not contain loss certification or corporate expense log. |
| 6 | 123968109 | Did not contain loss certification or corporate expense log. |
| 7 | 124107921 | Did not contain loss certification or corporate expense log. |
| 8 | 15744360 | Did not contain loss certification or corporate expense log. |
| 9 | 16922718 | Did not contain loss certification or corporate expense log. |
| 10 | 18316372 | Did not contain loss certification or corporate expense log. |
| 11 | 18518746 | Did not contain loss certification or corporate expense log. |
| 12 | 18524678 | Did not contain loss certification or corporate expense log. |
| 13 | 18734392 | Did not contain loss certification or corporate expense log. |
| 14 | 18931022 | Did not contain loss certification or corporate expense log. |
| 15 | 18936211 | Did not contain loss certification or corporate expense log. |
| 16 | 30257562 | Did not contain loss certification or corporate expense log. |
| 17 | 30287304 | Did not contain loss certification or corporate expense log. |
| 18 | 30309199 | Did not contain loss certification or corporate expense log. |
| 19 | 30527071 | Did not contain loss certification or corporate expense log. |
| 20 | 30538870 | Did not contain loss certification or corporate expense log. |
| 21 | 30761670 | Did not contain loss certification or corporate expense log. |
| 22 | 31321524 | Did not contain loss certification or corporate expense log. |
| 23 | 31445760 | Did not contain loss certification or corporate expense log. |
| 24 | 31486608 | Did not contain loss certification or corporate expense log. |
| 25 | 31518137 | Did not contain loss certification or corporate expense log. |
| 26 | 32011439 | Did not contain loss certification or corporate expense log. |
| 27 | 32072522 | Did not contain loss certification or corporate expense log. |
| 28 | 32102998 | Did not contain loss certification or corporate expense log. |
| 29 | 32155491 | Did not contain loss certification or corporate expense log. |
| 30 | 32211294 | Did not contain loss certification or corporate expense log. |
| 31 | 32224412 | Did not contain loss certification or corporate expense log. |
| 32 | 32331373 | Did not contain loss certification or corporate expense log. |
| 33 | 32363251 | Did not contain loss certification or corporate expense log. |
| 34 | 32376857 | Did not contain loss certification or corporate expense log. |
| 35 | 32431330 | Did not contain loss certification or corporate expense log. |
| 36 | 32527681 | Did not contain loss certification or corporate expense log. |
| 37 | 32570251 | Did not contain loss certification or corporate expense log. |
| 38 | 32631160 | Did not contain loss certification or corporate expense log. |
| 39 | 32743239 | Did not contain loss certification or corporate expense log. |
| 40 | 32752107 | Did not contain loss certification or corporate expense log. |
| 41 | 32755555 | Did not contain loss certification or corporate expense log. |
| 42 | 32770513 | Did not contain loss certification or corporate expense log. |
| 43 | 32781361 | Did not contain loss certification or corporate expense log. |
| 44 | 32799249 | Did not contain loss certification or corporate expense log. |
| 45 | 32806853 | Did not contain loss certification or corporate expense log. |
| 46 | 32807414 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 47 | 32810699 | Did not contain loss certification or corporate expense log. |
| 48 | 32814659 | Did not contain loss certification or corporate expense log. |
| 49 | 32822678 | Did not contain loss certification or corporate expense log. |
| 50 | 32823460 | Did not contain loss certification or corporate expense log. |
| 51 | 32831174 | Did not contain loss certification or corporate expense log. |
| 52 | 32833535 | Did not contain loss certification or corporate expense log. |
| 53 | 32838633 | Did not contain loss certification or corporate expense log. |
| 54 | 32839656 | Did not contain loss certification or corporate expense log. |
| 55 | 32855637 | Did not contain loss certification or corporate expense log. |
| 56 | 32867863 | Did not contain loss certification or corporate expense log. |
| 57 | 32882466 | Did not contain loss certification or corporate expense log. |
| 58 | 32892119 | Did not contain loss certification or corporate expense log. |
| 59 | 32895229 | Did not contain loss certification or corporate expense log. |
| 60 | 32896698 | Did not contain loss certification or corporate expense log. |
| 61 | 32901084 | Did not contain loss certification or corporate expense log. |
| 62 | 32922403 | Did not contain loss certification or corporate expense log. |
| 63 | 32927402 | Did not contain loss certification or corporate expense log. |
| 64 | 32928566 | Did not contain loss certification or corporate expense log. |
| 65 | 32932121 | Did not contain loss certification or corporate expense log. |
| 66 | 32950107 | Did not contain loss certification or corporate expense log. |
| 67 | 32969743 | Did not contain loss certification or corporate expense log. |
| 68 | 33016981 | Did not contain loss certification or corporate expense log. |
| 69 | 33018094 | Did not contain loss certification or corporate expense log. |
| 70 | 33021825 | Did not contain loss certification or corporate expense log. |
| 71 | 33034281 | Did not contain loss certification or corporate expense log. |
| 72 | 33035833 | Did not contain loss certification or corporate expense log. |
| 73 | 33058611 | Did not contain loss certification or corporate expense log. |
| 74 | 33105230 | Did not contain loss certification or corporate expense log. |
| 75 | 33112426 | Did not contain loss certification or corporate expense log. |
| 76 | 33131731 | Did not contain loss certification or corporate expense log. |
| 77 | 33138934 | Did not contain loss certification or corporate expense log. |
| 78 | 33193590 | Did not contain loss certification or corporate expense log. |
| 79 | 33197583 | Did not contain loss certification or corporate expense log. |
| 80 | 33236373 | Did not contain loss certification or corporate expense log. |
| 81 | 33238262 | Did not contain loss certification or corporate expense log. |
| 82 | 33244138 | Did not contain loss certification or corporate expense log. |
| 83 | 33244807 | Did not contain loss certification or corporate expense log. |
| 84 | 33248360 | Did not contain loss certification or corporate expense log. |
| 85 | 33249822 | Did not contain loss certification or corporate expense log. |
| 86 | 33258690 | Did not contain loss certification or corporate expense log. |
| 87 | 33258815 | Did not contain loss certification or corporate expense log. |
| 88 | 33260357 | Did not contain loss certification or corporate expense log. |
| 89 | 33262718 | Did not contain loss certification or corporate expense log. |
| 90 | 33269457 | Did not contain loss certification or corporate expense log. |
| 91 | 33280736 | Did not contain loss certification or corporate expense log. |
| 92 | 33291246 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 93 | 33296047 | Did not contain loss certification or corporate expense log. |
| 94 | 33299876 | Did not contain loss certification or corporate expense log. |
| 95 | 33300153 | Did not contain loss certification or corporate expense log. |
| 96 | 33300377 | Did not contain loss certification or corporate expense log. |
| 97 | 33301169 | Did not contain loss certification or corporate expense log. |
| 98 | 33311952 | Did not contain loss certification or corporate expense log. |
| 99 | 33314782 | Did not contain loss certification or corporate expense log. |
| 100 | 33335266 | Did not contain loss certification or corporate expense log. |
| 101 | 33342536 | Did not contain loss certification or corporate expense log. |
| 102 | 33393349 | Did not contain loss certification or corporate expense log. |
| 103 | 33401514 | Did not contain loss certification or corporate expense log. |
| 104 | 33404104 | Did not contain loss certification or corporate expense log. |
| 105 | 33410309 | Did not contain loss certification or corporate expense log. |
| 106 | 33414301 | Did not contain loss certification or corporate expense log. |
| 107 | 33422247 | Did not contain loss certification or corporate expense log. |
| 108 | 33438904 | Did not contain loss certification or corporate expense log. |
| 109 | 33467424 | Did not contain loss certification or corporate expense log. |
| 110 | 33473497 | Did not contain loss certification or corporate expense log. |
| 111 | 33484916 | Did not contain loss certification or corporate expense log. |
| 112 | 33485095 | Did not contain loss certification or corporate expense log. |
| 113 | 33619297 | Did not contain loss certification or corporate expense log. |
| 114 | 33622002 | Did not contain loss certification or corporate expense log. |
| 115 | 33646365 | Did not contain loss certification or corporate expense log. |
| 116 | 33676149 | Did not contain loss certification or corporate expense log. |
| 117 | 33700923 | Did not contain loss certification or corporate expense log. |
| 118 | 33727959 | Did not contain loss certification or corporate expense log. |
| 119 | 33737248 | Did not contain loss certification or corporate expense log. |
| 120 | 33745894 | Did not contain loss certification or corporate expense log. |
| 121 | 33748153 | Did not contain loss certification or corporate expense log. |
| 122 | 33761404 | Did not contain loss certification or corporate expense log. |
| 123 | 33774332 | Did not contain loss certification or corporate expense log. |
| 124 | 33801374 | Did not contain loss certification or corporate expense log. |
| 125 | 35215425 | Did not contain loss certification or corporate expense log. |
| 126 | 36056521 | Did not contain loss certification or corporate expense log. |
| 127 | 36405405 | Did not contain loss certification or corporate expense log. |
| 128 | 36479384 | Did not contain loss certification or corporate expense log. |
| 129 | 36557700 | Did not contain loss certification or corporate expense log. |
| 130 | 36727014 | Did not contain loss certification or corporate expense log. |
| 131 | 36848885 | Did not contain loss certification or corporate expense log. |
| 132 | 37491438 | Did not contain loss certification or corporate expense log. |
| 133 | 37556859 | Did not contain loss certification or corporate expense log. |
| 134 | 37909710 | Did not contain loss certification or corporate expense log. |
| 135 | 37978996 | Did not contain loss certification or corporate expense log. |
| 136 | 38094454 | Did not contain loss certification or corporate expense log. |
| 137 | 38223186 | Did not contain loss certification or corporate expense log. |
| 138 | 38275178 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 139 | 38278693 | Did not contain loss certification or corporate expense log. |
| 140 | 38290102 | Did not contain loss certification or corporate expense log. |
| 141 | 38312260 | Did not contain loss certification or corporate expense log. |
| 142 | 38469771 | Did not contain loss certification or corporate expense log. |
| 143 | 38482527 | Did not contain loss certification or corporate expense log. |
| 144 | 38606547 | Did not contain loss certification or corporate expense log. |
| 145 | 38666616 | Did not contain loss certification or corporate expense log. |
| 146 | 38668638 | Did not contain loss certification or corporate expense log. |
| 147 | 38676375 | Did not contain loss certification or corporate expense log. |
| 148 | 38724308 | Did not contain loss certification or corporate expense log. |
| 149 | 38760831 | Did not contain loss certification or corporate expense log. |
| 150 | 38810420 | Did not contain loss certification or corporate expense log. |
| 151 | 38861738 | Did not contain loss certification or corporate expense log. |
| 152 | 39036173 | Did not contain loss certification or corporate expense log. |
| 153 | 39058276 | Did not contain loss certification or corporate expense log. |
| 154 | 39065917 | Did not contain loss certification or corporate expense log. |
| 155 | 39120852 | Did not contain loss certification or corporate expense log. |
| 156 | 39139159 | Did not contain loss certification or corporate expense log. |
| 157 | 39196043 | Did not contain loss certification or corporate expense log. |
| 158 | 39201264 | Did not contain loss certification or corporate expense log. |
| 159 | 39241427 | Did not contain loss certification or corporate expense log. |
| 160 | 39257571 | Did not contain loss certification or corporate expense log. |
| 161 | 39293386 | Did not contain loss certification or corporate expense log. |
| 162 | 39312772 | Did not contain loss certification or corporate expense log. |
| 163 | 39340146 | Did not contain loss certification or corporate expense log. |
| 164 | 39390307 | Did not contain loss certification or corporate expense log. |
| 165 | 39390612 | Did not contain loss certification or corporate expense log. |
| 166 | 39398946 | Did not contain loss certification or corporate expense log. |
| 167 | 39428891 | Did not contain loss certification or corporate expense log. |
| 168 | 39509948 | Did not contain loss certification or corporate expense log. |
| 169 | 39630140 | Did not contain loss certification or corporate expense log. |
| 170 | 39737184 | Did not contain loss certification or corporate expense log. |
| 171 | 39759048 | Did not contain loss certification or corporate expense log. |
| 172 | 39762570 | Did not contain loss certification or corporate expense log. |
| 173 | 39764832 | Did not contain loss certification or corporate expense log. |
| 174 | 39915020 | Did not contain loss certification or corporate expense log. |
| 175 | 39970520 | Did not contain loss certification or corporate expense log. |
| 176 | 40000929 | Did not contain loss certification or corporate expense log. |
| 177 | 40041865 | Did not contain loss certification or corporate expense log. |
| 178 | 40087108 | Did not contain loss certification or corporate expense log. |
| 179 | 40110652 | Did not contain loss certification or corporate expense log. |
| 180 | 40121980 | Did not contain loss certification or corporate expense log. |
| 181 | 40138117 | Did not contain loss certification or corporate expense log. |
| 182 | 40142226 | Did not contain loss certification or corporate expense log. |
| 183 | 40154536 | Did not contain loss certification or corporate expense log. |
| 184 | 40183212 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 185 | 40195729 | Did not contain loss certification or corporate expense log. |
| 186 | 40205189 | Did not contain loss certification or corporate expense log. |
| 187 | 40219487 | Did not contain loss certification or corporate expense log. |
| 188 | 40240046 | Did not contain loss certification or corporate expense log. |
| 189 | 40306672 | Did not contain loss certification or corporate expense log. |
| 190 | 40314700 | Did not contain loss certification or corporate expense log. |
| 191 | 40318487 | Did not contain loss certification or corporate expense log. |
| 192 | 40322554 | Did not contain loss certification or corporate expense log. |
| 193 | 40322950 | Did not contain loss certification or corporate expense log. |
| 194 | 40356362 | Did not contain loss certification or corporate expense log. |
| 195 | 40360182 | Did not contain loss certification or corporate expense log. |
| 196 | 40375925 | Did not contain loss certification or corporate expense log. |
| 197 | 40377384 | Did not contain loss certification or corporate expense log. |
| 198 | 40379943 | Did not contain loss certification or corporate expense log. |
| 199 | 40384075 | Did not contain loss certification or corporate expense log. |
| 200 | 40386203 | Did not contain loss certification or corporate expense log. |
| 201 | 40389272 | Did not contain loss certification or corporate expense log. |
| 202 | 40389355 | Did not contain loss certification or corporate expense log. |
| 203 | 40392474 | Did not contain loss certification or corporate expense log. |
| 204 | 40404485 | Did not contain loss certification or corporate expense log. |
| 205 | 40414328 | Did not contain loss certification or corporate expense log. |
| 206 | 40439192 | Did not contain loss certification or corporate expense log. |
| 207 | 40460438 | Did not contain loss certification or corporate expense log. |
| 208 | 40463291 | Did not contain loss certification or corporate expense log. |
| 209 | 40498644 | Did not contain loss certification or corporate expense log. |
| 210 | 40502593 | Did not contain loss certification or corporate expense log. |
| 211 | 40506644 | Did not contain loss certification or corporate expense log. |
| 212 | 40527087 | Did not contain loss certification or corporate expense log. |
| 213 | 40529729 | Did not contain loss certification or corporate expense log. |
| 214 | 40538100 | Did not contain loss certification or corporate expense log. |
| 215 | 40544264 | Did not contain loss certification or corporate expense log. |
| 216 | 40561144 | Did not contain loss certification or corporate expense log. |
| 217 | 40570269 | Did not contain loss certification or corporate expense log. |
| 218 | 40593048 | Did not contain loss certification or corporate expense log. |
| 219 | 40595712 | Did not contain loss certification or corporate expense log. |
| 220 | 40605065 | Did not contain loss certification or corporate expense log. |
| 221 | 40610834 | Did not contain loss certification or corporate expense log. |
| 222 | 40618811 | Did not contain loss certification or corporate expense log. |
| 223 | 40620122 | Did not contain loss certification or corporate expense log. |
| 224 | 40644726 | Did not contain loss certification or corporate expense log. |
| 225 | 40660888 | Did not contain loss certification or corporate expense log. |
| 226 | 40663510 | Did not contain loss certification or corporate expense log. |
| 227 | 40663957 | Did not contain loss certification or corporate expense log. |
| 228 | 40718777 | Did not contain loss certification or corporate expense log. |
| 229 | 40758468 | Did not contain loss certification or corporate expense log. |
| 230 | 40799199 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 231 | 40894883 | Did not contain loss certification or corporate expense log. |
| 232 | 40928087 | Did not contain loss certification or corporate expense log. |
| 233 | 45001468 | Did not contain loss certification or corporate expense log. |
| 234 | 45013752 | Did not contain loss certification or corporate expense log. |
| 235 | 45201167 | Did not contain loss certification or corporate expense log. |
| 236 | 45206125 | Did not contain loss certification or corporate expense log. |
| 237 | 45218120 | Did not contain loss certification or corporate expense log. |
| 238 | 45253325 | Did not contain loss certification or corporate expense log. |
| 239 | 45361342 | Did not contain loss certification or corporate expense log. |
| 240 | 45389863 | Did not contain loss certification or corporate expense log. |
| 241 | 45424066 | Did not contain loss certification or corporate expense log. |
| 242 | 45721917 | Did not contain loss certification or corporate expense log. |
| 243 | 45784063 | Did not contain loss certification or corporate expense log. |
| 244 | 45927035 | Did not contain loss certification or corporate expense log. |
| 245 | 46201067 | Did not contain loss certification or corporate expense log. |
| 246 | 46280525 | Did not contain loss certification or corporate expense log. |
| 247 | 46556916 | Did not contain loss certification or corporate expense log. |
| 248 | 47071006 | Did not contain loss certification or corporate expense log. |
| 249 | 47145560 | Did not contain loss certification or corporate expense log. |
| 250 | 47257233 | Did not contain loss certification or corporate expense log. |
| 251 | 47441761 | Did not contain loss certification or corporate expense log. |
| 252 | 30947717 | Did not contain loss certification or corporate expense log. |
| 253 | 31101124 | Did not contain loss certification or corporate expense log. |
| 254 | 31399215 | Did not contain loss certification or corporate expense log. |
| 255 | 31918824 | Did not contain loss certification or corporate expense log. |
| 256 | 32118846 | Did not contain loss certification or corporate expense log. |
| 257 | 32184616 | Did not contain loss certification or corporate expense log. |
| 258 | 32447096 | Did not contain loss certification or corporate expense log. |
| 259 | 32508277 | Did not contain loss certification or corporate expense log. |
| 260 | 32678583 | Did not contain loss certification or corporate expense log. |
| 261 | 32720096 | Did not contain loss certification or corporate expense log. |
| 262 | 32789588 | Did not contain loss certification or corporate expense log. |
| 263 | 32830036 | Did not contain loss certification or corporate expense log. |
| 264 | 33037847 | Did not contain loss certification or corporate expense log. |
| 265 | 33153123 | Did not contain loss certification or corporate expense log. |
| 266 | 33192766 | Did not contain loss certification or corporate expense log. |
| 267 | 33221318 | Did not contain loss certification or corporate expense log. |
| 268 | 33259441 | Did not contain loss certification or corporate expense log. |
| 269 | 33280363 | Did not contain loss certification or corporate expense log. |
| 270 | 33294679 | Did not contain loss certification or corporate expense log. |
| 271 | 33299405 | Did not contain loss certification or corporate expense log. |
| 272 | 33314345 | Did not contain loss certification or corporate expense log. |
| 273 | 33337502 | Did not contain loss certification or corporate expense log. |
| 274 | 33411489 | Did not contain loss certification or corporate expense log. |
| 275 | 33412826 | Did not contain loss certification or corporate expense log. |
| 276 | 33464538 | Did not contain loss certification or corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 277 | 33491879 | Did not contain loss certification or corporate expense log. |
| 278 | 33618976 | Did not contain loss certification or corporate expense log. |
| 279 | 33697780 | Did not contain loss certification or corporate expense log. |
| 280 | 33758038 | Did not contain loss certification or corporate expense log. |
| 281 | 37578416 | Did not contain loss certification or corporate expense log. |
| 282 | 37892825 | Did not contain loss certification or corporate expense log. |
| 283 | 38048047 | Did not contain loss certification or corporate expense log. |
| 284 | 38191987 | Did not contain loss certification or corporate expense log. |
| 285 | 38692893 | Did not contain loss certification or corporate expense log. |
| 286 | 38893384 | Did not contain loss certification or corporate expense log. |
| 287 | 39719679 | Did not contain loss certification or corporate expense log. |
| 288 | 40018053 | Did not contain loss certification or corporate expense log. |
| 289 | 40019044 | Did not contain loss certification or corporate expense log. |
| 290 | 40030629 | Did not contain loss certification or corporate expense log. |
| 291 | 40121212 | Did not contain loss certification or corporate expense log. |
| 292 | 40223612 | Did not contain loss certification or corporate expense log. |
| 293 | 40302424 | Did not contain loss certification or corporate expense log. |
| 294 | 40410524 | Did not contain loss certification or corporate expense log. |
| 295 | 40476590 | Did not contain loss certification or corporate expense log. |
| 296 | 40514937 | Did not contain loss certification or corporate expense log. |
| 297 | 40600231 | Did not contain loss certification or corporate expense log. |
| 298 | 40603474 | Did not contain loss certification or corporate expense log. |
| 299 | 40807968 | Did not contain loss certification or corporate expense log. |
| 300 | 40845588 | Did not contain loss certification or corporate expense log. |
| 301 | 45904117 | Did not contain loss certification or corporate expense log. |
| 302 | 45914595 | Did not contain loss certification or corporate expense log. |
| 303 | 46423950 | Did not contain loss certification or corporate expense log. |
| 304 | 46509246 | Did not contain loss certification or corporate expense log. |
| 305 | 47435201 | Did not contain loss certification or corporate expense log. |
| 306 | 15009392 | Did not contain corporate expense log. |
| 307 | 30504567 | Did not contain corporate expense log. |
| 308 | 31442304 | Did not contain corporate expense log. |
| 309 | 31747702 | Did not contain corporate expense log. |
| 310 | 31989403 | Did not contain corporate expense log. |
| 311 | 32026320 | Did not contain corporate expense log. |
| 312 | 32794968 | Did not contain corporate expense log. |
| 313 | 32938987 | Did not contain corporate expense log. |
| 314 | 32968448 | Did not contain corporate expense log. |
| 315 | 33012873 | Did not contain corporate expense log. |
| 316 | 33394669 | Did not contain corporate expense log. |
| 317 | 33581547 | Did not contain corporate expense log. |
| 318 | 33700733 | Did not contain corporate expense log. |
| 319 | 33762634 | Did not contain corporate expense log. |
| 320 | 33774019 | Did not contain corporate expense log. |
| 321 | 33779869 | Did not contain corporate expense log. |
| 322 | 35186469 | Did not contain corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 323 | 40081788 | Did not contain corporate expense log. |
| 324 | 31913643 | Did not contain corporate expense log. |
| 325 | 32095721 | Did not contain corporate expense log. |
| 326 | 32925596 | Did not contain corporate expense log. |
| 327 | 32937310 | Did not contain corporate expense log. |
| 328 | 33318676 | Did not contain corporate expense log. |
| 329 | 33461542 | Did not contain corporate expense log. |
| 330 | 121861645 | Contained both loss certification and corporate expense log. |
| 331 | 121863302 | Contained both loss certification and corporate expense log. |
| 332 | 122201650 | Contained both loss certification and corporate expense log. |
| 333 | 123503989 | Contained both loss certification and corporate expense log. |
| 334 | 17190885 | Contained both loss certification and corporate expense log. |
| 335 | 19759919 | Contained both loss certification and corporate expense log. |
| 336 | 30587810 | Contained both loss certification and corporate expense log. |
| 337 | 30708788 | Contained both loss certification and corporate expense log. |
| 338 | 30809461 | Contained both loss certification and corporate expense log. |
| 339 | 31049208 | Contained both loss certification and corporate expense log. |
| 340 | 31187719 | Contained both loss certification and corporate expense log. |
| 341 | 31313901 | Contained both loss certification and corporate expense log. |
| 342 | 31366974 | Contained both loss certification and corporate expense log. |
| 343 | 31653488 | Contained both loss certification and corporate expense log. |
| 344 | 31808991 | Contained both loss certification and corporate expense log. |
| 345 | 31869076 | Contained both loss certification and corporate expense log. |
| 346 | 31918352 | Contained both loss certification and corporate expense log. |
| 347 | 31990989 | Contained both loss certification and corporate expense log. |
| 348 | 32016917 | Contained both loss certification and corporate expense log. |
| 349 | 32144644 | Contained both loss certification and corporate expense log. |
| 350 | 32312498 | Contained both loss certification and corporate expense log. |
| 351 | 32428963 | Contained both loss certification and corporate expense log. |
| 352 | 32699886 | Contained both loss certification and corporate expense log. |
| 353 | 32721466 | Contained both loss certification and corporate expense log. |
| 354 | 32979783 | Contained both loss certification and corporate expense log. |
| 355 | 32984387 | Contained both loss certification and corporate expense log. |
| 356 | 33023409 | Contained both loss certification and corporate expense log. |
| 357 | 33081498 | Contained both loss certification and corporate expense log. |
| 358 | 33083130 | Contained both loss certification and corporate expense log. |
| 359 | 33095357 | Contained both loss certification and corporate expense log. |
| 360 | 33288689 | Contained both loss certification and corporate expense log. |
| 361 | 33382862 | Contained both loss certification and corporate expense log. |
| 362 | 33394511 | Contained both loss certification and corporate expense log. |
| 363 | 33401357 | Contained both loss certification and corporate expense log. |
| 364 | 33402322 | Contained both loss certification and corporate expense log. |
| 365 | 33414285 | Contained both loss certification and corporate expense log. |
| 366 | 33540337 | Contained both loss certification and corporate expense log. |
| 367 | 33654740 | Contained both loss certification and corporate expense log. |
| 368 | 33702556 | Contained both loss certification and corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 369 | 33707043 | Contained both loss certification and corporate expense log. |
| 370 | 33726688 | Contained both loss certification and corporate expense log. |
| 371 | 33737123 | Contained both loss certification and corporate expense log. |
| 372 | 33744111 | Contained both loss certification and corporate expense log. |
| 373 | 33746744 | Contained both loss certification and corporate expense log. |
| 374 | 33760505 | Contained both loss certification and corporate expense log. |
| 375 | 33787276 | Contained both loss certification and corporate expense log. |
| 376 | 33802190 | Contained both loss certification and corporate expense log. |
| 377 | 33803149 | Contained both loss certification and corporate expense log. |
| 378 | 35361781 | Contained both loss certification and corporate expense log. |
| 379 | 35715689 | Contained both loss certification and corporate expense log. |
| 380 | 35758333 | Contained both loss certification and corporate expense log. |
| 381 | 36565000 | Contained both loss certification and corporate expense log. |
| 382 | 36607752 | Contained both loss certification and corporate expense log. |
| 383 | 36754778 | Contained both loss certification and corporate expense log. |
| 384 | 37414075 | Contained both loss certification and corporate expense log. |
| 385 | 37537552 | Contained both loss certification and corporate expense log. |
| 386 | 37932852 | Contained both loss certification and corporate expense log. |
| 387 | 38110367 | Contained both loss certification and corporate expense log. |
| 388 | 38164869 | Contained both loss certification and corporate expense log. |
| 389 | 38742490 | Contained both loss certification and corporate expense log. |
| 390 | 38761466 | Contained both loss certification and corporate expense log. |
| 391 | 39012760 | Contained both loss certification and corporate expense log. |
| 392 | 39307855 | Contained both loss certification and corporate expense log. |
| 393 | 39313978 | Contained both loss certification and corporate expense log. |
| 394 | 39372842 | Contained both loss certification and corporate expense log. |
| 395 | 39461686 | Contained both loss certification and corporate expense log. |
| 396 | 39538160 | Contained both loss certification and corporate expense log. |
| 397 | 39920475 | Contained both loss certification and corporate expense log. |
| 398 | 40011819 | Contained both loss certification and corporate expense log. |
| 399 | 40021172 | Contained both loss certification and corporate expense log. |
| 400 | 40031478 | Contained both loss certification and corporate expense log. |
| 401 | 40050254 | Contained both loss certification and corporate expense log. |
| 402 | 40051617 | Contained both loss certification and corporate expense log. |
| 403 | 40071409 | Contained both loss certification and corporate expense log. |
| 404 | 40076432 | Contained both loss certification and corporate expense log. |
| 405 | 40086290 | Contained both loss certification and corporate expense log. |
| 406 | 40153835 | Contained both loss certification and corporate expense log. |
| 407 | 40174450 | Contained both loss certification and corporate expense log. |
| 408 | 40210593 | Contained both loss certification and corporate expense log. |
| 409 | 40247512 | Contained both loss certification and corporate expense log. |
| 410 | 40248569 | Contained both loss certification and corporate expense log. |
| 411 | 40249864 | Contained both loss certification and corporate expense log. |
| 412 | 40250995 | Contained both loss certification and corporate expense log. |
| 413 | 40282600 | Contained both loss certification and corporate expense log. |
| 414 | 40283970 | Contained both loss certification and corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 415 | 40306664 | Contained both loss certification and corporate expense log. |
| 416 | 40310914 | Contained both loss certification and corporate expense log. |
| 417 | 40343741 | Contained both loss certification and corporate expense log. |
| 418 | 40365207 | Contained both loss certification and corporate expense log. |
| 419 | 40403974 | Contained both loss certification and corporate expense log. |
| 420 | 40440851 | Contained both loss certification and corporate expense log. |
| 421 | 40443822 | Contained both loss certification and corporate expense log. |
| 422 | 40445926 | Contained both loss certification and corporate expense log. |
| 423 | 40468126 | Contained both loss certification and corporate expense log. |
| 424 | 40484925 | Contained both loss certification and corporate expense log. |
| 425 | 40504326 | Contained both loss certification and corporate expense log. |
| 426 | 40509523 | Contained both loss certification and corporate expense log. |
| 427 | 40527863 | Contained both loss certification and corporate expense log. |
| 428 | 40542458 | Contained both loss certification and corporate expense log. |
| 429 | 40543555 | Contained both loss certification and corporate expense log. |
| 430 | 40584898 | Contained both loss certification and corporate expense log. |
| 431 | 40592610 | Contained both loss certification and corporate expense log. |
| 432 | 40597262 | Contained both loss certification and corporate expense log. |
| 433 | 40619652 | Contained both loss certification and corporate expense log. |
| 434 | 40637514 | Contained both loss certification and corporate expense log. |
| 435 | 40660540 | Contained both loss certification and corporate expense log. |
| 436 | 40665515 | Contained both loss certification and corporate expense log. |
| 437 | 40669012 | Contained both loss certification and corporate expense log. |
| 438 | 40754103 | Contained both loss certification and corporate expense log. |
| 439 | 40795478 | Contained both loss certification and corporate expense log. |
| 440 | 45202082 | Contained both loss certification and corporate expense log. |
| 441 | 45215480 | Contained both loss certification and corporate expense log. |
| 442 | 45355237 | Contained both loss certification and corporate expense log. |
| 443 | 45502341 | Contained both loss certification and corporate expense log. |
| 444 | 45527868 | Contained both loss certification and corporate expense log. |
| 445 | 45535705 | Contained both loss certification and corporate expense log. |
| 446 | 45702602 | Contained both loss certification and corporate expense log. |
| 447 | 45732633 | Contained both loss certification and corporate expense log. |
| 448 | 45777836 | Contained both loss certification and corporate expense log. |
| 449 | 45819562 | Contained both loss certification and corporate expense log. |
| 450 | 45963089 | Contained both loss certification and corporate expense log. |
| 451 | 46245221 | Contained both loss certification and corporate expense log. |
| 452 | 46356069 | Contained both loss certification and corporate expense log. |
| 453 | 46523312 | Contained both loss certification and corporate expense log. |
| 454 | 46582755 | Contained both loss certification and corporate expense log. |
| 455 | 46662664 | Contained both loss certification and corporate expense log. |
| 456 | 46982872 | Contained both loss certification and corporate expense log. |
| 457 | 46988259 | Contained both loss certification and corporate expense log. |
| 458 | 47196175 | Contained both loss certification and corporate expense log. |
| 459 | 47349402 | Contained both loss certification and corporate expense log. |
| 460 | 47578380 | Contained both loss certification and corporate expense log. |

| Count | Loan Number | Loan Review Results |
|---|---|---|
| 461 | 124461385 | Contained both loss certification and corporate expense log. |
| 462 | 19540277 | Contained both loss certification and corporate expense log. |
| 463 | 30239800 | Contained both loss certification and corporate expense log. |
| 464 | 30785539 | Contained both loss certification and corporate expense log. |
| 465 | 30935795 | Contained both loss certification and corporate expense log. |
| 466 | 31368970 | Contained both loss certification and corporate expense log. |
| 467 | 31398282 | Contained both loss certification and corporate expense log. |
| 468 | 31734148 | Contained both loss certification and corporate expense log. |
| 469 | 32434276 | Contained both loss certification and corporate expense log. |
| 470 | 32508939 | Contained both loss certification and corporate expense log. |
| 471 | 32747917 | Contained both loss certification and corporate expense log. |
| 472 | 32869679 | Contained both loss certification and corporate expense log. |
| 473 | 33485665 | Contained both loss certification and corporate expense log. |
| 474 | 33507054 | Contained both loss certification and corporate expense log. |
| 475 | 33799909 | Contained both loss certification and corporate expense log. |
| 476 | 35205897 | Contained both loss certification and corporate expense log. |
| 477 | 36906329 | Contained both loss certification and corporate expense log. |
| 478 | 38698742 | Contained both loss certification and corporate expense log. |
| 479 | 38895454 | Contained both loss certification and corporate expense log. |
| 480 | 39516406 | Contained both loss certification and corporate expense log. |
| 481 | 40039323 | Contained both loss certification and corporate expense log. |
| 482 | 40078933 | Contained both loss certification and corporate expense log. |
| 483 | 40079808 | Contained both loss certification and corporate expense log. |
| 484 | 40183907 | Contained both loss certification and corporate expense log. |
| 485 | 40340994 | Contained both loss certification and corporate expense log. |
| 486 | 40370850 | Contained both loss certification and corporate expense log. |
| 487 | 40370959 | Contained both loss certification and corporate expense log. |
| 488 | 40419517 | Contained both loss certification and corporate expense log. |
| 489 | 40494908 | Contained both loss certification and corporate expense log. |
| 490 | 40721144 | Contained both loss certification and corporate expense log. |
| 491 | 45460839 | Contained both loss certification and corporate expense log. |
| 492 | 45563384 | Contained both loss certification and corporate expense log. |
| 493 | 45666658 | Contained both loss certification and corporate expense log. |
| 494 | 46051322 | Contained both loss certification and corporate expense log. |
| 495 | 46409389 | Contained both loss certification and corporate expense log. |
| 496 | 46411559 | Contained both loss certification and corporate expense log. |
| 497 | 46615100 | Contained both loss certification and corporate expense log. |
| 498 | 46719233 | Contained both loss certification and corporate expense log. |
| 499 | 46827184 | Contained both loss certification and corporate expense log. |
| 500 | 47161260 | Contained both loss certification and corporate expense log. |