# Exhibit 6

*[handwritten: claims]*
*[handwritten: 626391963 Brannigan]*

**Wohlgemuth, Mary**

| | |
|---|---|
| From: | Wohlgemuth, Mary M |
| Sent: | Monday, May 01, 2006 11:52 AM |
| To: | |
| Cc: | Barringhaus, Connie; Runnels, Dianne; Poddubnaya, Zhanna; Rohe, Mickie; Wohlgemuth, Mary M |
| Subject: | ALS# 16123523  CMI# 626391963 |

Please find attached the preliminary claim form for the above captioned loan. Please remove this loan as a foreclosure with cash and pass the loss/gain through to the investor per this form. This loan has gone through both foreclosure sale and reo sale.

Thank you!



626391963
ra Sasco form

Molly Wohlgemuth
CitiMortgage, Inc.
Agency Claims

1

SERVICER GUIDE

## AURORA LOAN SERVICES

Form MS031-S

**Preliminary Calculation of Realized Loss**

Preliminary Calculation of Realized Loss
Form MS031-S

| | | | |
|---|---|---|---|
| Servicer Name: | CITI MORTGAGE INC. | Servicer Loan: | 626391963 |
| Servicer Address: | | ALS Loan: | 18123523 |
| | | Investor Loan: | 18123523 |
| Mortgagor(s): | | Security Name: | SASCO 2003-32 |
| Property Address: | | | |

| | | | |
|---|---|---|---|
| Date Prepared: | 05/01/06 | Prepared By: Molly Wohlgemuth | |
| Contact Phone: | 636-331-7507 | Contact Fax#: 636-261-7715 | |
| | | Contact e-mail: | |

**Payoff Calculation**

Payoff Statement Date: 5/31/2006
$341.61

Principal Balance: $51,350.55
Accrued Interest:
Pro Rata MIP/PMI:             Next Payment Due Date: 1/1/2005

**Interest Calculations**

Escrow Advance: $1,495.25

| Interest From: | Interest To: | Interest Rate: | Service Fee Rate: | Net Interest | Interest Amount: |
|---|---|---|---|---|---|
| 12/01/04 | 05/31/06 | 6.87500% | 0.25000% | 6.62500% | $5,252.67 |
| | | | | 0.00000% | |
| | | | | 0.00000% | |
| | | | | 0.00000% | |
| | | | | 0.00000% | |

Escrow Balance:
Suspense Balance:
HUD Balance:
Replacement Reserve:
Restricted Escrow:
Total Fees:
Accum Late Charges:
Accum NSF Charges:

**Payoff Summary**

| | |
|---|---|
| Principal Balance: | $51,350.55 |
| Accrued Interest: | $5,252.67 |
| Escrow Balance/(Advance): | $1,495.25 |
| Acquisition/Liquidation Expenses: | $5,893.25 |
| Total Allowable Payoff: | $63,991.72 |

Other Fees Due:
Penalty Interest:
Flat/Other Penalty Fee:
CR Life/Orig Fee Rebate
Recoverable Balance: $5,893.25

**Liquidation Proceeds:**

Sales Proceeds $24,606.02
PMI Proceeds
Other:

Total Liquidation Proceeds: $24,606.02

Preliminary Loss/(Gain): $39,385.70

**Documentation Required:**

☐ Copy of Payoff Statement
☐ Copies of Proceeds Checks

| | |
|---|---|
| Scheduled balance | $50,506.49 |
| Interest | $278.84 |
| Gain / Loss | -$39,385.70 |
| Total to be remitted | $11,399.63 |

**Please Note:**

***You should liquidate this account and reduce/increase your next remittance by the stated Loss/Gain.
***Submission of this form to ALS Master Servicing Default Department is required prior to adjusting any remittance and within 5 days of receipt of funds.
***This form is to be used to calculate a preliminary loss amount and must be followed up with a full claim on form MS031-C within 30 days. within 30 days.

CC: Linda Sherman, VP Investor Reporting

AUR  
Servicer Guide

Aurora Loan Services

Form MS031-SS  
Effective 9/1/05  
Calculation of Realized Loss  
Version 5

Security Calculation of Realized Loss  
June 23, 2006

| | | |
|---|---|---|
| Aurora Loan Services #: | 16123523 | Remittance Type: Scheduled/Scheduled |
| Mortgagor: | | Next Payment Due Date: 1-Jan-05 |
| Property Address: | | Foreclosure Sale Date: 28-Dec-05 |
| City, State, Zip: | | REO Sale Date: 26-Apr-06 |
| Servicer Loan #: | 626391963 | # of Months Interest Accrued at Net Rate: 15 |
| Investor Loan #: | 16123523 | Note Interest Rate: 6.7850% |
| | | Servicing Fee Rate: 0.2500% |
| P&I Payment: | $341.61 | Interest perdiem @ note rate: $9.67 |
| | | Actual Principal Advanced by Servicer: $51,350.55 |
| Servicer Name: | CITIMORTGAGE INC. | Actual Interest Advanced by Servicer: $5,252.66 |
| Servicer Contact: | MOLLY WOHLGEMUTH | Portion of Interest Advanced After Buyout: |
| Contact Title/Department: | CLAIMS PROCESSOR/AGENCY CLAIMS | |
| Contact Phone Number: | | Amount due Servicer: $56,603.21 |
| Contact Email Address: | | |

| | Servicer Claimed | Agency Paid | Amount Not Recovered | Aurora Review Reason Denied | Amount Denied |
|---|---|---|---|---|---|
| Unpaid Principal Balance | $51,350.55 | | $51,350.55 | | |
| Interest Accrued @ Net Rate | $5,252.66 | | $5,252.66 | | |
| Total Asset Balance | $56,603.21 | $0.00 | $56,603.21 | | |
| | | Paid | | Interest Denied | $0.00 |
| (BF) Bankruptcy attorney fees | $1,250.00 | | $1,250.00 | | |
| (BC) Bankruptcy costs | $687.00 | | $687.00 | | |
| (FF) Foreclosure attorney fees | $500.00 | | $500.00 | | |
| (FC) Foreclosure costs | $1,525.69 | | $1,525.69 | | |
| (EF) Eviction attorney fees | $300.00 | | $300.00 | | |
| (EC) Eviction costs | $100.00 | | $100.00 | | |
| (AP) Appraisals/BPOs | $610.00 | | $610.00 | | |
| (PP) Property Preservation/Insp. | $878.00 | | $878.00 | | |
| (UT) Utilities | | | $0.00 | | |
| (HA) Home owner's association | | | $0.00 | | |
| (IP) Int on Adv Paid to HUD | | | $0.00 | | |
| (BD) Buydown | | | $0.00 | | |
| (MC) Miscellaneous/BLANK | $42.56 | | $42.56 | | |
| (LT) Litigation | | | $0.00 | | |
| Liquidation / Acquisition Expenses | $5,893.25 | $0.00 | $5,893.25 | Liquidation / Acquisition Exp Denied | $0.00 |
| (ES) Positive Esc Bal-enter as negative | ($896.77) | | ($896.77) | | |
| (HZ) Hazard Ins Refund-enter as negative | | | $0.00 | | |
| (TX) Real Estate Taxes | $420.02 | | $420.02 | | |
| (HZ) Hazard Insurance Premium | $1,972.00 | | $1,972.00 | | |
| (MI) M I Premiums | | | $0.00 | | |
| (MC) Miscellaneous | ($401.85) | | ($401.85) | Escrow Advances Denied | $0.00 |
| Escrow Advances | $1,093.40 | $0.00 | $1,495.25 | Total Amount Denied | $0.00 |

| | | Amount Remitted to Aurora | | |
|---|---|---|---|---|
| (RP) REO Proceeds (REO Sale) | $24,606.02 | | Unpaid Principal Balance | $51,350.55 |
| (PM) MI Proceeds (PMI) | | | Interest Accrued @ Net Rate | $5,252.66 |
| | | | Subtotal Principal & Interest | $56,603.21 |
| | | | Liquidation / Acquisition Expenses | $5,893.25 |
| | | | Escrow Advances | $1,093.40 |
| | | | REO Disposition/Accrued Servicing Fee | $1,250.00 |
| | | | Aurora Review Amount Denied | $0.00 |
| | | | Net Advances/Expenses Allowed | $8,236.65 |
| Liquidation Proceeds | $24,606.02 | $0.00 | Subtotal | $64,839.86 |
| | | | Total Credits | $24,606.02 |
| | | | **Net Gain / (Loss) With Interest** | **($40,233.84)** |
| | | | Net Gain / (Loss) Without Interest | ($34,981.18) |

Wohlgemuth, Mary M

*claims*
*626391963*
*Branaigan*

| | |
|---|---|
| From: | Wohlgemuth, Mary M |
| Sent: | Monday, May 01, 2006 11:52 AM |
| To: | |
| Cc: | Barringhaus, Connie; Runnels, Dianne; Poddubnaya, Zhanna; Rohe, Mickie; Wohlgemuth, Mary M |
| Subject: | ALS# 16123523  CMI# 626391963 |

Please find attached the preliminary claim form for the above captioned loan. Please remove this loan as a foreclosure with cash and pass the loss/gain through to the investor per this form. This loan has gone through both foreclosure sale and reo sale.

Thank you!


626391963
ura Sasco form ?

Molly Wohlgemuth
CitiMortgage, Inc.
Agency Claims

SERVICER GUIDE

## AURORA LOAN SERVICES

Form MS031-S

**Preliminary Calculation of Realized Loss**

Preliminary Calculation of Realized Loss
Form MS031-S

| | | |
|---|---|---|
| Servicer Name: | C MORTGAGE INC. | Servicer Loan: 628391963 |
| Servicer Address: | | ALS Loan: 16123523 |
| | | Investor Loan: 16123523 |
| Mortgagor(s): | | Security Name: SASCO 2003-32 |
| Property Address: | | |

Date Prepared: 05/01/06    Prepared By: Molly Wohlgemuth
Contact Phone: 6 -281-7507    Contact Fax# 636-281-7715
Contact e-mail:

**Payoff Calculation**

Payoff Statement Date: 5/31/2006
$341.61
Principal Balance: $51,350.55    Next Payment Due Date: 1/1/2005
Accrued Interest:
Pro Rata MIP/PMI:

**Interest Calculations**

| Escrow Advance: | $1,495.25 | Interest From: | Interest To: | Interest Rate: | Service Fee Rate: | Net Interest | Interest Amount |
|---|---|---|---|---|---|---|---|
| Escrow Balance: | | 12/01/04 | 05/31/06 | 6.87500% | 0.25000% | 6.62500% | $5,252.67 |
| Suspense Balance: | | | | | | 0.00000% | |
| HUD Balance: | | | | | | 0.00000% | |
| Replacement Reserv | | | | | | 0.00000% | |
| Restricted Escrow: | | | | | | 0.00000% | |
| Total Fees: | | | | | | 0.00000% | |

Accum Late Charges
Accum NSF Charges

**Payoff Summary**

| Other Fees Due: | | Principal Balance: | $51,350.55 |
|---|---|---|---|
| Penalty Interest: | | Accrued Interest: | $5,252.87 |
| Flat/Other Penalty F | | Escrow Balance/(Advance): | $1,495.25 |
| CR Life/Orig Fee Re te | | Acquisition/Liquidation Expenses: | $5,893.25 |
| Recoverable Balanc | $5,893.25 | Total Allowable Payoff: | $63,991.72 |

Liquidation Procee
Sales Proceeds    $24,606.02
PMI Proceeds
Other:    Total Liquidation Proceeds:    $24,606.02

Preliminary Loss/(Gain):    $39,385.70

Documentation Req ired:    Scheduled balance    $50,506.49
☐ Copy of Payo Statement    Interest    $278.84
☐ Copies of Pr eeds Checks    Gain / Loss    -$39,385.70
Total to be remitted    $11,399.63

Please Note:
***You should liquida this account and reduce/increase your next remittance by the stated Loss/Gain.
***Submission of this rm to ALS Master Servicing Default Department is required prior to adjusting any remittance and within 5 days of receipt of f ds.
***This form is to be ed to calculate a preliminary loss amount and must be followed up with a full claim on form MS031-C within 30 days. within 30 days.

CC: Linda Sherman, P Investor Reporting

**Rohe, Mickie**

| | |
|---|---|
| From: | Eryan, Michael [ @lehman.com] |
| Sent: | Monday, July 31, 2006 10:46 AM |
| To: | Fogle, Linda; Rohe, Mickie |
| Cc: | Eryan, Michael; Gordon, Doris |
| Subject: | LLD for wire $7378.93 |


07.27.06
'378.93.Citi Wire Re

<<07.27.06 $7378.93.Citi Wire Request Spreadsheet.xls>>

Michael Eryan
Claims Technician Master Servicing Default Claim
Aurora Loan Services
A Lehman Brothers Company

---

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as an official statement of Lehman Brothers. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

1

LOAN # _0626391963_ CLA

August 2, 2006

CitiMortgage, Inc. fka first Nationwide Mortgage Corp.

Attn: Linda Fogle
Phone#
Fax #

RE:  Servicer #  6 3391963
     ALS #      1 123523
     Lehman #   1 123523

Dear Linda

We have received your request for reimbursement of liquidation and acquisition expenses advanced during the foreclosure and subsequent liquidation of the above referenced property. Our review concludes the following:

| Escrow Adv/Credits Claimed | | P&I Advanced | |
|---|---|---|---|
| $420.02 | Real Estate Taxes | $796.65 | Actual Principal Advanced |
| $1,972.00 | Hazard Insurance Premiums | $4,499.32 | Actual Net Interest Advanced |
| $0.00 | MIP Premiums | $5,295.97 | Total P&I Advanced |
| $896.77 | Positive Esc Bal | | |
| $0.00 | Hazard Ins Refund | | Acquisition Fees and Costs Claimed |
| ($401.85) | Other | $500.00 | FC - Attorney Fees |
| $0.00 | Other | $1,525.69 | FC - Acquisition Costs |
| $0.00 | Other | $1,937.00 | BK - Attorney Fees & Costs |
| $0.00 | Other | $400.00 | EV - Attorney Fees & Costs |
| $2,886.94 | Net Esc Adv/Credits Claimed | $610.00 | Appraisal / BPO |
| | | $878.00 | Property Insp. / Preservation |
| | Exp Recovered by Servicer | $0.00 | Utilities |
| $0.00 | REO Sale Proceeds | $0.00 | H.O.A. Dues |
| $24,606.02 | PMI Proceeds | $0.00 | Other: |
| $0.00 | Other | $42.56 | Other: |
| $11,730.54 | Proceeds Remitted to ALS | $0.00 | Other: Payments to Prior Investor |
| $12,875.48 | Total Exp Recovered by servicer | $191.01 | Accrued Servicing Fee |
| | | $6,084.26 | Total Acq. Fees/Costs Claimed |

Summary
$14,267.17 Total Adv/Exp Due Servicer
$294.20 ALS Review Amount Denied
$12,875.48 Exp Previously Recovered by Servicer
$1,097.49 You will soon receive a wire from Aurora Loan Services to include this amount as payment of your claim. We consider this to be your final claim for reimbursement and will only process supplemental claims under certain circumstances. Thank you for all of your help in assisting me with processing this claim.

Sincerely,

Danielle Gray
Claims Technician, Master Servicing

cc: Default Accounts Receivable Dept



SERVICER GUIDE

## AURORA LOAN SERVICES

Form MS031-S

**Preliminary Calculation of Realized Loss**

Preliminary Calculation of Realized Loss
Form MS031-S

| | | | |
|---|---|---|---|
| Servicer Name: | CITI MORTGAGE INC. | Servicer Loan: | 626391963 |
| Servicer Address: | | ALS Loan: | 16123523 |
| | | Investor Loan: | 16123523 |
| Mortgagor(s): | | Security Name: | SASCO 2003-32 |
| Property Address: | | | |

| | | | |
|---|---|---|---|
| Date Prepared: | 05/01/06 | Prepared By: Molly Wohlgemuth | |
| Contact Phone: | | Contact Fax: 636-261-7715 | |
| | | Contact e-mail: | |

**Payoff Calculation**

Payoff Statement Date: 5/31/2006
$341.61

Principal Balance: $51,350.55
Next Payment Due Date: 1/1/2005

Accrued Interest:
Pro Rata MIP/PMI:
Escrow Advance: $1,495.25

**Interest Calculations**

| Interest From: | Interest To: | Interest Rate: | Service Fee Rate: | Net Interest | Interest Amount |
|---|---|---|---|---|---|
| 12/01/04 | 05/31/06 | 6.87500% | 0.25000% | 6.62500% | $5,252.67 |
| | | | | 0.00000% | |
| | | | | 0.00000% | |
| | | | | 0.00000% | |
| | | | | 0.00000% | |

Escrow Balance:
Suspense Balance:
HUD Balance:
Replacement Reserve:
Restricted Escrow:
Total Fees:
Accum Late Charges:
Accum NSF Charges:

**Payoff Summary**

| | |
|---|---|
| Principal Balance: | $51,350.55 |
| Accrued Interest: | $5,252.67 |
| Escrow Balance/(Advance): | $1,495.25 |
| Acquisition/Liquidation Expenses: | $5,893.25 |
| Total Allowable Payoff: | $63,991.72 |

Other Fees Due:
Penalty Interest:
Flat/Other Penalty Fee:
CR Life/Orig Fee Rebate
Recoverable Balance: $5,893.25

Liquidation Proceeds:
Sales Proceeds $24,606.02
PMI Proceeds
Other:

Total Liquidation Proceeds: $24,606.02

Preliminary Loss/(Gain): $39,385.70

**Documentation Required:**
☐ Copy of Payoff Statement
☐ Copies of Process Checks

| | |
|---|---|
| Scheduled balance | $50,506.49 |
| Interest | $278.84 |
| Gain / Loss | -$39,385.70 |
| Total to be remitted | $11,399.63 |

**Please Note:**
***You should liquidate the account and reduce/increase your next remittance by the stated Loss/Gain.
***Submission of this form to ALS Master Servicing Default Department is required prior to adjusting any remittance and within 5 days of receipt of funds
***This form is to be used to calculate a preliminary loss amount and must be followed up with a full claim on form MS031-C within 30 days, within 30 days.

CC: Linda Sherman, VP Investor Reporting

# US bank. Five Star Service Guaranteed

**Structured Asset Securities Corporation MPC, Series 2003-32**

**DISTRIBUTION PACKAGE**

Distribution Date: Jun 26, 2006

Contact:
David Duclos
Account Administrator
david.duclos@usbank.com

## GROUP 5

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayment | Liquidation Proceeds | Loss | Add'l Loss | Payoff Desc | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepayment Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10978192 | 208,000.00 | 202,093.88 | 197.95 | 201,895.93 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/02/2006 | | 7.250% | | 0.00 |
| 10980568 | 114,000.00 | 108,770.51 | 129.45 | 108,641.06 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/05/2006 | | 6.625% | | 2,847.77 |
| 15429855 | 286,000.00 | 275,470.45 | 355.11 | 275,115.34 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/31/2006 | | 5.625% | | 0.00 |
| 15564412 | 72,000.00 | 69,809.36 | 76.96 | 69,732.40 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/24/2006 | | 6.500% | | 1,800.80 |
| 15623218 | 391,000.00 | 378,270.94 | 445.00 | 377,825.94 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/31/2006 | | 6.125% | | 0.00 |
| 15644438 | 106,000.00 | 102,547.44 | 114.53 | 102,432.91 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/24/2006 | | 6.500% | | 0.00 |
| 15699200 | 225,000.00 | 212,649.36 | 277.81 | 212,371.55 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/23/2006 | | 6.250% | | 0.00 |
| 15731540 | 193,000.00 | 183,857.83 | 253.15 | 183,604.68 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/08/2006 | | 5.500% | | 0.00 |
| 15758139 | 143,200.00 | 120,679.04 | 253.17 | 120,425.87 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/14/2006 | | 6.250% | | 0.00 |
| 15807316 | 260,000.00 | 249,682.11 | 290.94 | 249,391.17 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/25/2006 | | 6.500% | | 6,434.07 |
| 15817067 | 214,500.00 | 206,943.81 | 255.69 | 206,688.12 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/30/2006 | | 5.875% | | 0.00 |
| 15839285 | 285,000.00 | 274,196.16 | 355.33 | 273,840.83 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/17/2006 | | 5.625% | | 0.00 |
| 15894421 | 135,200.00 | 131,223.17 | 136.37 | 131,086.80 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/19/2006 | | 6.875% | | 0.00 |
| 16048098 | 155,500.00 | 149,138.23 | 199.36 | 148,938.87 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/30/2006 | | 5.500% | | 0.00 |
| 16065321 | 121,000.00 | 116,599.29 | 152.61 | 116,446.68 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/17/2006 | | 6.125% | | 0.00 |
| 16105230 | 188,000.00 | 181,879.58 | 213.97 | 181,665.61 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/02/2006 | | 5.500% | | 0.00 |
| 11029534 | 276,450.00 | 0.00 | 0.00 | 0.00 | 42,557.80 | -42,557.80 | 0.00 | Liquidation | 01/11/2006 | | 0.000% | | 0.00 |
| 11587650 | 137,400.00 | 0.00 | 0.00 | 0.00 | -367.03 | 367.03 | 0.00 | Liquidation | 12/13/2005 | | 0.000% | | 0.00 |
| 16123523 | 52,000.00 | 50,506.48 | 52.25 | 0.00 | 11,068.53 | 39,385.70 | 0.00 | Liquidation | 06/12/2006 | | 6.875% | 77.981% | 11,082.64 |
| **Total: 19** | **3,563,250.00** | **3,014,317.64** | **3,759.65** | **2,960,103.76** | **53,259.30** | **-2,805.07** | **0.00** | | | | | | |

# U.S. Bank

**Structured Asset Securities Corporation MPC, Series 2003-32**

**DISTRIBUTION PACKAGE**

Distribution Date: Aug 25, 2006

Contact:
Diana J. Kenneally
Account Administrator
617-603-6406
diana.kenneally@usbank.com

## GROUP 5

| Loan Num | Original Balance | Begining Balance | Scheduled Principal | Prepayment | Liquidation Proceeds | Loss | Add'l Loss | Payoff Desc | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepayment Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15727555 | 152,000.00 | 147,269.02 | 157.48 | 147,111.54 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/21/2006 | | 6.750% | | 3,944.33 |
| 15743503 | 251,750.00 | 242,640.43 | 276.93 | 242,363.50 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/18/2006 | | 6.500% | | 0.00 |
| 15762602 | 151,000.00 | 145,986.52 | 158.21 | 145,828.31 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/17/2006 | | 6.750% | | 0.00 |
| 15874985 | 100,000.00 | 96,780.12 | 104.21 | 96,675.91 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/24/2006 | | 6.750% | | 0.00 |
| 15725641 | 187,000.00 | 178,213.44 | 237.35 | 177,976.09 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/07/2006 | | 5.750% | | 0.04 |
| 15834047 | 127,000.00 | 122,673.15 | 143.05 | 122,530.10 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/31/2006 | | 6.250% | | 3,039.78 |
| 15885031 | 322,700.00 | 309,736.31 | 412.64 | 309,323.67 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/19/2006 | | 5.500% | | 0.00 |
| 15941198 | 160,000.00 | 154,057.47 | 188.99 | 153,868.48 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/14/2006 | | 6.000% | | 0.00 |
| 16127516 | 322,700.00 | 310,947.36 | 386.55 | 310,560.81 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/09/2006 | | 5.875% | | 0.00 |
| 10928290 | 100,000.00 | 93,343.83 | 139.96 | 93,203.87 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/24/2006 | | 5.500% | | 0.00 |
| 15683600 | 232,000.00 | 223,670.52 | 263.51 | 223,407.01 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/15/2006 | | 6.250% | | 0.00 |
| 15857857 | 182,000.00 | 175,153.69 | 219.08 | 174,934.61 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/04/2006 | | 5.875% | | 0.00 |
| 15924053 | 245,000.00 | 231,431.06 | 307.39 | 231,123.67 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/21/2006 | | 6.125% | | 0.00 |
| 15932092 | 95,400.00 | 93,055.45 | 76.95 | 92,978.50 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/20/2006 | | 8.250% | | 3,054.64 |
| 15982400 | 270,300.00 | 260,572.83 | 312.36 | 260,260.47 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/26/2006 | | 6.125% | | 0.00 |
| 15918378 | 322,500.00 | 311,401.41 | 357.66 | 311,043.75 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 08/01/2006 | | 6.375% | | 7,869.98 |
| 15154090 | 144,000.00 | 138,892.05 | 150.24 | 138,741.81 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/27/2006 | | 6.875% | | 3,794.65 |
| 10123523 | 52,000.00 | 0.00 | 0.00 | 0.00 | -1,097.49 | 1,097.49 | 0.00 | Liquidation | 06/12/2006 | | 0.000% | 2.236% | 0.00 |
| 10977563 | 114,000.00 | 110,499.97 | 0.00 | 0.00 | 108,028.80 | 2,471.17 | 0.00 | Liquidation | 08/08/2006 | | 7.250% | | 0.00 |
| 10978175 | 95,000.00 | 0.00 | 0.00 | 0.00 | 57.36 | -57.36 | 0.00 | Liquidation | 04/11/2006 | | 0.000% | | 0.00 |
| **Total: 21** | **3,792,600.00** | **3,505,731.80** | **4,092.27** | **3,391,139.56** | **106,988.67** | **3,511.30** | **0.00** | | | | | | **25,488.09** |

**Structured Asset Securities Corporation MPC, Series 2003-32**

**PREPAYMENT & LIQUIDATION LOAN DETAIL REPORT**

Distribution Date: Jan 25, 2007

Contact:
Karen Beard
Account Administrator
617-603-6455
karen.beard@usbank.com

### GROUP 5

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayment | Liquidation Proceeds | Loss | Add'l Loss | Payoff Desc | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepayment Penalty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1878358 | 109,100.00 | 105,348.41 | 106.08 | 105,242.33 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 12/26/2006 | | 7.375% | | 0.00 |
| 1584158 | 76,500.00 | 70,643.18 | 107.93 | 70,535.25 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 01/15/2007 | | 5.750% | | 1,588.01 |
| 15893696 | 115,000.00 | 110,416.78 | 119.18 | 110,297.60 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 12/18/2006 | | 7.125% | | 3,118.44 |
| 16089419 | 192,000.00 | 184,404.71 | 214.72 | 184,189.99 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 01/09/2007 | | 6.500% | | 4,745.15 |
| 16099483 | 234,000.00 | 223,401.15 | 277.23 | 223,123.92 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 12/29/2006 | | 6.250% | | 5,518.79 |
| 16131336 | 200,925.00 | 108,786.55 | 685.96 | 108,100.59 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 12/22/2006 | | 6.625% | | 0.00 |
| 10922934 | 276,450.00 | 0.00 | 0.00 | 0.00 | -1,250.00 | 1,250.00 | 0.00 | Liquidation | 01/11/2006 | | 0.000% | | 0.00 |
| 14971287 | 138,500.00 | 0.00 | 0.00 | 0.00 | -1,250.00 | 1,250.00 | 0.00 | Liquidation | 06/14/2005 | | 0.000% | | 0.00 |
| 14971303 | 129,000.00 | 0.00 | 0.00 | 0.00 | -1,250.00 | 1,250.00 | 0.00 | Liquidation | 11/10/2005 | | 0.000% | | 0.00 |
| 15687650 | 137,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Liquidation | 12/13/2005 | | 0.000% | | 0.00 |
| 16123523 | 52,000.00 | 0.00 | 0.00 | 0.00 | -1,250.00 | 1,250.00 | 0.00 | Liquidation | 06/12/2006 | | 0.000% | | 0.00 |

**Total: 19** | 3,076,483.00 | 2,001,933.63 | 4,048.49 | 1,997,885.14 | -6,250.00 | 6,250.00 | 0.00 | | | | | | 19,492.50