# Exhibit 7

Prepared by:  Celeste Nutter

**Security Calculation of Realized Loss**

# Servicer Claim Form

| | | | | |
|---|---|---|---|---|
| ALS Loan | 33791039 | | | Remittance Type: Scheduled/Scheduled |
| Mortgage | | | | Next Payment Due Date: |
| Property Address | | | | Foreclosure Sale Date |
| | | | | REO Sale Date w/MI: |
| Servicer Loan | 33791039 | | | # of Months Interest Accrued at Net Rate: |
| Investor Loan | | | 33791039 | Note Interest Rate: |
| Investor | H18 | Srv Fee Mnths: 18 | | Servicing Fee Rate: |
| P&I Payment | | | | Interest perdiem @ note rate: |
| ARM | N | | | Actual Principal Advanced by Servicer: |
| Inactive Date | None | | | Actual Interest Advanced by Servicer: |
| MI Curtailment | No | | | Portion of Interest Advanced After Buyout: |
| | | | | Amount due Servicer: |

| | Servicer Claimed | Agency Paid | Amount Not Recovered | ALS Review Reason Denied |
|---|---|---|---|---|
| Unpaid Principal Balance | $551,985.32 | $277,571.55 | $274,413.77 | |
| Interest Accrued @ Net Rate | $48,717.30 | | $48,717.30 | |
| | | | | |
| Total Asset Balance | $600,702.62 | $277,571.55 | $323,131.07 | |

| | Claimed | Paid | | |
|---|---|---|---|---|
| | | | | Interest Denied |
| FC - Attorney Fees | $600.00 | | $600.00 | |
| FC - Acquisition Costs | $4,191.87 | | $4,191.87 | |
| BK - Attorney Fees & Costs | $0.00 | | $0.00 | |
| EV - Attorney Fees & Costs | $0.00 | | $0.00 | |
| Appraisal / BPO | $745.00 | | $745.00 | |
| Property Insp. / Preservation | $4,101.00 | | $4,101.00 | |
| Utilities | $2,148.19 | | $2,148.19 | |
| H.O.A. Dues | $0.00 | | $0.00 | |
| reo disposition | $1,500.00 | | $1,500.00 | |
| Other: | | | $0.00 | |
| Other: Payments to Prior Investor | | | $0.00 | |
| Liquidation / Acquisition Expense | $13,286.06 | $0.00 | $13,286.06 | Liquidation / Acquisition Exp Denied |
| | | | | |
| rstrctd Esc Bal enter as a negative | ($6,009.63) | | ($6,009.63) | |
| Hazard Ins Refund enter as a negative | $0.00 | | $0.00 | |
| Real Estate Taxes | $3,011.11 | | $3,011.11 | |
| Hazard Insurance Premiums | $3,044.51 | | $3,044.51 | |
| M I Premiums | | | $0.00 | |
| Other: | | | $0.00 | Escrow Advances Denied |
| Other: | | | $0.00 | |
| Other: | | | $0.00 | Total Amount Denied |
| Trust Reimbursement | | | $0.00 | |
| | | | | Unpaid Principal Balance |
| Escrow Advances | $45.99 | $0.00 | $45.99 | Interest Accrued @ Net Rate |
| | | | | Subtotal Principal & Interest |
| | | | Amount Remitted to ALS | Liquidation / Acquisition Expenses |
| | | | | Escrow Advances |
| PMI Proceeds | | | | REO Disposition/Accrued Servicing Fee |
| Sale Proceeds | $277,571.55 | | | ALS Review Amount Denied |
| Trust Reimbursement | | | | Net Advances/Expenses Allowed |
| Scheduled Balance Amount Remitted | | | | Subtotal |
| | | | | |
| | | | | Total Credits |
| Liquidation Proceeds | $277,571.55 | $277,571.55 | $0.00 | |
| | | | | Net Gain / (Loss) With Interest |
| | | | | Net Gain / (Loss) Without Interest |

August 23, 2011

1-Jan-10
17-Feb-11
2-May-11
17
6.8500%
0.6200%
$105.03

($259,106.04)

**Amount Denied**

$0.00

$0.00

$0.00

$0.00

$551,985.32
$48,717.30
$600,702.62
$13,286.06
$45.99
$5,133.46
$0.00
$18,465.51
$619,168.14

$277,571.55

($341,596.59)
($292,879.28)

Loan Number: 33791039

| Month | Svcr Fee Running Total | Net Interest Rate Running Total | P&I Pymt | Note Interest Rate | Investor Rate | Net Investor Interest | Scheduled Principal Payment | Scheduled Principal Balance | Gross Interest | Servicer Fee | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Beginning Principal Balance: | | | 551,985.32 | | | |
| 1 | 285.19 | 2,865.72 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jan-10 |
| 2 | 570.38 | 5,731.45 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Feb-10 |
| 3 | 855.58 | 8,597.17 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Mar-10 |
| 4 | 1,140.77 | 11,462.90 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Apr-10 |
| 5 | 1,425.96 | 14,328.62 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | May-10 |
| 6 | 1,711.15 | 17,194.34 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jun-10 |
| 7 | 1,996.35 | 20,060.07 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jul-10 |
| 8 | 2,281.54 | 22,925.79 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Aug-10 |
| 9 | 2,566.73 | 25,791.51 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Sep-10 |
| 10 | 2,851.92 | 28,657.24 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Oct-10 |
| 11 | 3,137.12 | 31,522.96 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Nov-10 |
| 12 | 3,422.31 | 34,388.69 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Dec-10 |
| 13 | 3,707.50 | 37,254.41 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jan-11 |
| 14 | 3,992.69 | 40,120.13 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Feb-11 |
| 15 | 4,277.89 | 42,985.86 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Mar-11 |
| 16 | 4,563.08 | 45,851.58 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Apr-11 |
| 17 | 4,848.27 | 48,717.30 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | May-11 |
| 18 | 5,133.46 | 51,583.03 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jun-11 |
| 19 | 5,418.66 | 54,448.75 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jul-11 |
| 20 | 5,703.85 | 57,314.48 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Aug-11 |
| 21 | 5,989.04 | 60,180.20 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Sep-11 |
| 22 | 6,274.23 | 63,045.92 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Oct-11 |
| 23 | 6,559.43 | 65,911.65 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Nov-11 |
| 24 | 6,844.62 | 68,777.37 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Dec-11 |
| 25 | 7,129.81 | 71,643.09 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jan-12 |
| 26 | 7,415.00 | 74,508.82 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Feb-12 |
| 27 | 7,700.20 | 77,374.54 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Mar-12 |
| 28 | 7,985.39 | 80,240.27 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Apr-12 |
| 29 | 8,270.58 | 83,105.99 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | May-12 |
| 30 | 8,555.77 | 85,971.71 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jun-12 |
| 31 | 8,840.96 | 88,837.44 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jul-12 |
| 32 | 9,126.16 | 91,703.16 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Aug-12 |
| 33 | 9,411.35 | 94,568.88 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Sep-12 |
| 34 | 9,696.54 | 97,434.61 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Oct-12 |
| 35 | 9,981.73 | 100,300.33 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Nov-12 |
| 36 | 10,266.93 | 103,166.06 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Dec-12 |
| 37 | 10,552.12 | 106,031.78 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jan-13 |
| 38 | 10,837.31 | 108,897.50 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Feb-13 |
| 39 | 11,122.50 | 111,763.23 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Mar-13 |
| 40 | 11,407.70 | 114,628.95 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Apr-13 |
| 41 | 11,692.89 | 117,494.68 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | May-13 |
| 42 | 11,978.08 | 120,360.40 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jun-13 |
| 43 | 12,263.27 | 123,226.12 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jul-13 |
| 44 | 12,548.47 | 126,091.85 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Aug-13 |
| 45 | 12,833.66 | 128,957.57 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Sep-13 |
| 46 | 13,118.85 | 131,823.29 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Oct-13 |
| 47 | 13,404.04 | 134,689.02 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Nov-13 |
| 48 | 13,689.24 | 137,554.74 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Dec-13 |
| 49 | 13,974.43 | 140,420.47 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Jan-14 |
| 50 | 14,259.62 | 143,286.19 | 0.00 | 6.8500% | 6.2300% | 2,865.72 | (3,150.92) | 551,985.32 | 3,150.92 | 285.19 | Feb-14 |

August 23, 2011

Jack Desens, Managing Director
Lehman Brothers
745 Seventh Avenue, 5th Floor
New York, NY 10019

RE:    ALS Loan # 33791039                Investor Loan # 33791039
       Security Name:
       Liquidated By:                     Liquidation Date:
       Loan Type: Com                     Remittance Type:  Scheduled/ Scheduled

Dear Mr. Desens:

The property associated with the above referenced loan was liquidated on the date indicated above. A summary of the
liquidation proceeds and expenses are listed below.

| | Advances/Expenses/Service Fee | | Principal & Interest |
|---|---|---|---|
| $13,286.06 | Liquidation / Acquisition Expenses | $551,985.32 | Principal |
| $45.99 | Escrow Advances | $48,717.30 | Accrued Interest |
| $5,133.46 | REO Disposition/Accrued Servicing Fee | **$600,702.62** | **Total payoff** |
| $0.00 | Total Amount Denied | | |
| **$18,465.51** | **Net Adv/Exp/Svc Fee Allowed to Servicer** | | |

| | Summary |
|---|---|
| $277,571.55 | Liquidation Proceeds |
| ($18,465.51) | Net Adv/Exp/Svc Fee Allowed to Servicer |
| **$259,106.04** | **Net Proceeds** |

Resulting in a net gain / (loss) with accrued interest:            ($341,596.59)

Resulting in a net gain / (loss) without accrued interest:         ($292,879.28)

Sincerely,

cc:

August 23, 2011

RE:   Servicer #   33 91039
      ALS #        33 91039
      Lehman #     33 91039

Dear

We have received your request for reimbursement of liquidation and acquisition expenses advanced during the foreclosure and subsequent liquidation of the above referenced property. Our review concludes the following:

| | Escrow Adv/Credits Claimed | | P&I Advanced |
|---|---|---|---|
| $3,011.11 | Real Estate Taxes | $0.00 | Actual Principal Advanced |
| $3,044.51 | Hazard Insurance Premiums | $0.00 | Actual Net Interest Advanced |
| $0.00 | M I Premiums | **$0.00** | **Total P&I Advanced** |
| ($6,009.63) | Position Esc Bal | | |
| $0.00 | Hazard Ins Refund | | **Acquisition Fees and Costs Claimed** |
| $0.00 | Other | $600.00 | FC - Attorney Fees |
| $0.00 | Other | $4,191.87 | FC - Acquisition Costs |
| $0.00 | Other | $0.00 | BK - Attorney Fees & Costs |
| $0.00 | Trust Reimbursement | $0.00 | EV - Attorney Fees & Costs |
| **$45.99** | **Net Esc Adv/Credits Claimed** | $745.00 | Appraisal / BPO |
| | | $4,101.00 | Property Insp. / Preservation |
| | **Exp Recovered by Servicer** | $2,148.19 | Utilities |
| $0.00 | PMI Proceeds | $0.00 | H.O.A. Dues |
| $277,571.55 | Sale Proceeds | $1,500.00 | reo disposition |
| $0.00 | Trust Reimbursement | $0.00 | Other: |
| $0.00 | Proceeds Remitted to ALS | $0.00 | Other: Payments to Prior Investor |
| **$277,571.55** | **Total Exp Recovered by servicer** | $5,133.46 | Accrued Servicing Fee |
| | | **$18,419.52** | **Total Acq. Fees/Costs Claimed** |
| | **Summary** | | |
| $18,465.51 | Total Adv/Exp Due Servicer | | |
| $0.00 | ALS Review Amount Denied | | |
| $277,571.55 | Exp Previously Recovered by Servicer | | |
| ($259,106.04) | You will soon receive a wire from Aurora Loan Services **to include** this amount as payment of your | | |

claim. We consider this to be your final claim for reimbursement and will only process supplemental claims under certain circumstances. Thank you for all of your help in assisting me with processing this claim.

Sincerely,

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:    27-Jun-2011

24-Jun-2011    1:38:17PM

Contact:    Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:    240-586-8675

## Lehman Mortgage Trust
### Mortgage Pass-Through Certificates
### Series 2007-4

### Realized Loss Detail Report - Loans with Losses during Current Period

| Group | Inactive # Loans with Losses | Inactive Liquidated Actual Balance | Inactive Realized Loss/(Gain) Amount | Inactive Current Loss Percentage | Active # Loans with Losses | Active Ending Actual Balance | Active Realized Loss/(Gain) Amount | Active Current Loss Percentage | Totals Liquidated or Ending Actual Balance | Totals # Loans with Losses | Totals Realized Loss/(Gain) Amount | Totals Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | 3,979,946.57 | 777,716.75 | 1.298 % | 1 | 514,009.98 | 125.00 | 0.000 % | 4,493,956.55 | 8 | 777,841.75 | 1.298 % |
| 2 | 18 | 6,015,760.71 | 1,046,789.49 | 0.873 % | 0 | 0.00 | 0.00 | 0.000 % | 6,015,760.71 | 18 | 1,046,789.49 | 0.873 % |
| 3 | 7 | 2,236,234.55 | 116,830.82 | 0.271 % | 0 | 0.00 | 0.00 | 0.000 % | 2,236,234.55 | 7 | 116,830.82 | 0.271 % |
| 4 | 10 | 2,946,900.89 | 101,180.03 | 0.061 % | 0 | 0.00 | 0.00 | 0.000 % | 2,946,900.89 | 10 | 101,180.03 | 0.061 % |
| 5 | 2 | 535,538.52 | 245,314.51 | 1.433 % | 0 | 0.00 | 0.00 | 0.000 % | 535,538.52 | 2 | 245,314.51 | 1.433 % |
| Total | 44 | 15,714,381.24 | 2,287,831.60 | 0.565 % | 1 | 514,009.98 | 125.00 | 0.000 % | 16,228,391.22 | 45 | 2,287,956.60 | 0.565 % |

### Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | LTV at Origination | Ending Actual Balance | Original Term | Liquidated or Ending Actual Balance | Liquidation Effective Date | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 003692203 | 480,000.00 | 6.550% | OR | 82.47 | | 360 | 462,433.52 | 01/31/2010 | (2,443.24) | 225,507.00 |
| 1 | 003698200 | 616,800.00 | 6.900% | CA | 95.63 | | 360 | 616,800.00 | 02/28/2011 | 279.91 | 345,553.54 |
| 1 | 003737123 | 435,000.00 | 6.850% | NY | 100.00 | | 360 | 270,930.40 | 01/31/2011 | 11,743.67 | 202,342.24 |
| 1 | 003799255 | 1,232,000.00 | 6.875% | NM | 70.00 | | 360 | 1,232,000.00 | 05/31/2011 | 768,264.22 | 768,264.22 |
| 1 | 004003921 | 334,400.00 | 6.625% | AZ | 80.00 | | 360 | 318,235.40 | 01/31/2011 | 453.81 | 252,707.71 |
| 1 | 004010732 | 580,000.00 | 7.125% | CA | 80.00 | | 360 | 580,000.00 | 09/30/2010 | 733.74 | 332,584.08 |
| 1 | 004207487 | 456,000.00 | 2.000% | CA | 80.00 | 514,009.98 | 218 | 514,009.98 | Active | 125.00 | 125.00 |
| 1 | 012380185 | 525,000.00 | 6.875% | NV | 75.87 | | 360 | 499,547.25 | 01/31/2011 | (1,317.36) | 347,090.50 |
| 2 | 003328017 | 61,000.00 | 8.625% | IN | 100.00 | | 360 | 59,479.77 | 08/31/2010 | (29,053.68) | 39,062.05 |
| 2 | 003328049 | 61,000.00 | 8.625% | IN | 100.00 | | 360 | 59,387.04 | 07/31/2010 | (29,048.97) | 37,177.33 |
| 2 | 003336793 | 73,000.00 | 8.625% | IN | 100.00 | | 360 | 71,455.43 | 06/30/2010 | (678.46) | 45,704.15 |
| 2 | 003339901 | 73,000.00 | 8.750% | IN | 100.00 | | 360 | 71,433.85 | 02/28/2010 | (499.51) | 43,037.85 |
| 2 | 003351397 | 187,000.00 | 9.225% | UT | 100.00 | | 360 | 180,994.84 | 01/31/2011 | 373.27 | 81,226.06 |
| 2 | 003364296 | 508,000.00 | 6.750% | GA | 80.00 | | 360 | 481,665.82 | 05/31/2011 | 409,968.43 | 410,063.43 |
| 2 | 003377983 | 589,500.00 | 6.875% | CA | 90.00 | | 360 | 589,500.00 | 02/28/2010 | (2,279.36) | 50,635.81 |
| 2 | 003791039 | 557,100.00 | 6.850% | UT | 90.00 | | 360 | 551,985.32 | 05/31/2011 | 342,311.81 | 342,311.81 |
| 2 | 003983256 | 67,000.00 | 8.125% | TX | 63.75 | | 360 | 66,825.00 | 05/31/2011 | 49,806.41 | 49,806.41 |
| 2 | 004008793 | 510,000.00 | 8.250% | GA | 100.00 | | 360 | 510,000.00 | 05/31/2011 | 315,944.58 | 315,944.58 |
| 2 | 004013856 | 785,000.00 | 7.350% | CA | 100.00 | | 360 | 785,000.00 | 05/31/2011 | 296,245.36 | 296,245.36 |
| 2 | 004506240 | 115,000.00 | 7.825% | GA | 100.00 | | 360 | 64,967.78 | 01/31/2011 | 717.00 | 46,349.33 |
| 2 | 004524216 | 560,000.00 | 6.725% | NV | 100.00 | | 360 | 542,466.64 | 11/30/2009 | (2,064.15) | 130,877.45 |
| 2 | 004529153 | 574,950.00 | 6.850% | WA | 100.00 | | 360 | 574,901.22 | 08/31/2010 | (260,131.28) | 46,434.15 |
| 2 | 004504004 | 140,000.00 | 7.000% | FL | 61.40 | | 360 | 140,000.00 | 05/31/2011 | 132,400.34 | 132,400.34 |
| 2 | 004565642 | 470,250.00 | 6.975% | CA | 95.00 | | 360 | 470,250.00 | 07/31/2010 | (175,871.16) | 156,612.64 |
| 2 | 023197824 | 535,000.00 | 7.000% | CA | 82.95 | | 360 | 515,307.45 | 01/31/2011 | (1,376.15) | 112,507.66 |

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:  26-Sep-2011

23-Sep-2011    4:18:47PM

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:          240-586-8675

**Lehman Mortgage Trust**
**Mortgage Pass-Through Certificates**
**Series 2007-4**

## Realized Loss Detail Report - Loans with Losses during Current Period

| Group | # Loans with Losses | Inactive — Liquidated Actual Balance | Realized Loss/(Gain) Amount | Current Note Rate | Current Loss Percentage | Active — # Loans with Losses | Ending Actual Balance | Realized Loss/(Gain) Amount | Current Loss Percentage | Totals — # Loans with Losses | Liquidated Ending Actual Balance | Realized Loss/(Gain) Amount | Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1,232,000.00 | 851.86 | 6.87 % | 0.001 % | 2 | 985,175.91 | 36.24 | 0.000 % | 3 | 2,217,175.91 | 888.10 | 0.002 % |
| 2 | 13 | 4,401,032.78 | 1,205,728.02 | 2.00 % | 1.046 % | 10 | 3,298,745.74 | 410,987.10 | 0.357 % | 23 | 7,699,778.52 | 1,616,715.12 | 1.403 % |
| 3 | 2 | 423,267.29 | 216,783.52 | 7.00 % | 0.509 % | 6 | 1,124,649.13 | 39,973.65 | 0.094 % | 8 | 1,547,916.42 | 256,757.17 | 0.603 % |
| 4 | 10 | 3,950,623.08 | 644,557.85 | 6.75 % | 0.419 % | 34 | 10,587,193.69 | 2,383,541.82 | 1.548 % | 44 | 14,537,816.77 | 3,028,099.67 | 1.966 % |
| 5 | 2 | 496,313.95 | 93,713.38 | 7.50 % | 0.567 % | 0 | 0.00 | 0.00 | 0.000 % | 2 | 496,313.95 | 93,713.38 | 0.567 % |
| Total | 28 | 10,503,237.10 | 2,161,634.63 |  | 0.559 % | 52 | 15,995,764.47 | 2,834,538.81 | 0.733 % | 80 | 26,499,001.57 | 4,996,173.44 | 1.292 % |

## Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | LTV at Origination | Original Term | Liquidated or Ending Actual Balance | Liquidation Effective Date | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0033799255 | 1,232,000.00 | 6.875% | NM | 70.00 | 360 | 1,232,000.00 | 05/31/2011 | 851.86 | 769,116.08 |
| 1 | 0045207487 | 456,000.00 | 2.000% | CA | 80.00 | 218 | 512,433.41 | Active | (84.76) | 40.24 |
| 1 | 0045545423 | 500,000.00 | 7.000% | NY | 55.56 | 360 | 472,742.50 | Active | 121.00 | 121.00 |
| 2 | 0035642968 | 508,000.00 | 6.750% | GA | 80.00 | 360 | 481,665.82 | 05/31/2011 | 814.00 | 410,877.43 |
| 2 | 0035698234 | 508,000.00 | 7.750% | FL | 65.00 | 360 | 158,600.00 | 08/31/2011 | 161,896.37 | 161,896.37 |
| 2 | 0033791039 | 557,100.00 | 6.850% | UT | 90.00 | 360 | 551,985.32 | 08/31/2011 | 21,950.56 | 344,462.37 |
| 2 | 0039544150 | 136,500.00 | 8.900% | GA | 100.00 | 360 | 132,280.38 | 08/31/2011 | 115,848.52 | 115,848.52 |
| 2 | 0039833256 | 67,000.00 | 8.125% | TX | 100.00 | 360 | 66,825.00 | 05/31/2011 | (74.00) | 49,732.41 |
| 2 | 0040049876 | 440,000.00 | 2.000% | CA | 80.00 | 360 | 434,440.03 | 08/31/2011 | 155,568.91 | 155,821.91 |
| 2 | 0040050817 | 451,350.00 | 2.000% | CA | 79.18 | 360 | 468,312.77 | Active | (1,631.62) | (1,631.62) |
| 2 | 0040087793 | 510,000.00 | 8.250% | GA | 63.75 | 360 | 510,000.00 | 05/31/2011 | (4,252.00) | 311,692.58 |
| 2 | 0040138356 | 785,000.00 | 7.350% | CA | 100.00 | 360 | 785,000.00 | 05/31/2011 | 1,690.98 | 297,956.34 |
| 2 | 0045400041 | 140,000.00 | 7.000% | FL | 61.40 | 360 | 140,000.00 | 05/31/2011 | (440.19) | 131,960.15 |
| 2 | 0123163305 | 136,500.00 | 6.990% | GA | 70.00 | 360 | 130,468.55 | 08/31/2011 | 103,532.28 | 103,532.28 |
| 2 | 0123315530 | 217,750.00 | 2.000% | FL | 70.00 | 357 | 148,211.48 | 08/31/2011 | 0.00 | 88,441.64 |
| 2 | 0123599938 | 120,250.00 | 3.000% | FL | 65.00 | 360 | 116,866.65 | Active | 0.00 | 461.48 |
| 2 | 0123600827 | 343,000.00 | 2.000% | NY | 70.00 | 360 | 315,809.30 | Active | 0.00 | 44,243.38 |
| 2 | 0123602021 | 435,000.00 | 2.000% | CA | 64.44 | 360 | 470,381.58 | Active | 0.00 | 11,766.57 |
| 2 | 0123602146 | 257,500.00 | 2.000% | CA | 68.85 | 360 | 239,750.86 | Active | 0.00 | 21,886.82 |
| 2 | 0123603391 | 258,400.00 | 6.750% | OR | 80.00 | 360 | 243,803.32 | 08/31/2011 | 162,076.92 | 162,076.92 |
| 2 | 0123803413 | 786,172.00 | 3.000% | CA | 80.00 | 360 | 459,115.78 | Active | 0.00 | 373,744.80 |
| 2 | 0123832578 | 450,000.00 | 6.750% | CA | 75.00 | 360 | 448,460.05 | 08/31/2011 | 242,428.38 | 242,428.38 |
| 2 | 0123832651 | 728,000.00 | 3.000% | CA | 80.00 | 360 | 650,029.22 | Active | 0.00 | 96,842.30 |
| 2 | 0123834269 | 329,000.00 | 3.000% | CA | 70.00 | 340 | 260,467.25 | Active | 0.00 | 62,257.61 |
| 2 | 0123834442 | 216,000.00 | 3.000% | CA | 80.00 | 357 | 169,800.85 | Active | 38,873.92 | 38,873.92 |

24-Jan-2012   12:48:48PM

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:   27-Dec-2011

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526
Fax:   240-586-8675

## Lehman Mortgage Trust
### Mortgage Pass-Through Certificates
### Series 2007-4

## Realized Loss Detail Report - Loans with Losses during Current Period

| Group | # Loans with Losses | Inactive — Liquidated Actual Balance | Inactive — Original Principal Balance | Inactive — Realized Loss/(Gain) Amount | Inactive — Current Note Rate | Inactive — Current Loss Percentage | Active — # Loans with Losses | Active — Ending Actual Balance | Active — Realized Loss/(Gain) Amount | Active — Current Loss Percentage | Totals — # Loans with Losses | Totals — Liquidated Ending Actual Balance | Totals — Realized Loss/(Gain) Amount | Totals — Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 416,235.93 | 444,000.00 | 238,732.48 | 6.775% | 0.441% | 0 | 0.00 | 0.00 | 0.000% | 1 | 416,235.93 | 238,732.48 | 0.441% |
| 2 | 9 | 2,492,039.63 | 158,600.00 | 103,957.28 | 7.750% | 0.092% | 0 | 0.00 | 0.00 | 0.000% | 9 | 2,492,039.63 | 103,957.28 | 0.092% |
| 3 | 3 | 728,267.29 | 557,100.00 | 15.98 | 6.850% | 0.000% | 0 | 0.00 | 0.00 | 0.000% | 3 | 728,267.29 | 15.98 | 0.000% |
| 4 | 13 | 5,945,886.38 | 1,581,424.24 | 1,581,424.24 | 1.073% | | 0 | 0.00 | 0.00 | 0.000% | 13 | 5,945,886.38 | 1,581,424.24 | 1.073% |
| 5 | 1 | 86,836.88 | | (43.00) | (43.00) | | 0 | 0.00 | 0.00 | 0.000% | 1 | 86,836.88 | (43.00) | (0.000%) |
| Total | 27 | 9,669,266.11 | 1,924,086.98 | | 0.517% | | 0 | 0.00 | 0.00 | 0.000% | 27 | 9,669,266.11 | 1,924,086.98 | 0.517% |

## Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Realized Loss/(Gain) Amount | Current Note Rate | Current Loss Percentage | State | # Loans with Losses | LTV at Origination | Ending Actual Balance | Original Term | Realized Loss/(Gain) Amount | Current Loss Percentage | Liquidated or Ending Actual Balance | # Loans with Losses | Liquidation Effective Date | Liquidated or Ending Actual Balance | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 045021987 | 444,000.00 | 238,732.48 | 6.775% | 0.441% | MN | 0 | 97.37 | 0.00 | 360 | 0.00 | 0.000% | 416,235.93 | 1 | 11/30/2011 | 416,235.93 | 238,732.48 | 238,732.48 |
| 2 | 003569B234 | 158,600.00 | 103,957.28 | 7.750% | 0.092% | FL | 0 | 65.00 | 0.00 | 360 | 0.00 | 0.000% | 91,794.50 | 1 | 08/31/2011 | 2,492,039.63 | 8.77 | 161,905.14 |
| 3 | 003270109 | 557,100.00 | 15.98 | 6.850% | 0.000% | UT | 0 | 90.00 | 0.00 | 360 | 0.00 | 0.000% | 551,985.33 | 1 | 05/31/2011 | 728,267.29 | (90,498.80) | 249,557.57 |
| 2 | 003956B834 | 95,000.00 | | 8.750% | | OH | | 100.00 | | 360 | | | 434,440.03 | | 11/30/2011 | | 2,326.42 | 83,302.55 |
| 2 | 004049876 | 440,000.00 | | 2.000% | | CA | | 80.00 | | 360 | | | 130,468.55 | | 08/31/2011 | | 185.09 | 158,148.33 |
| 2 | 012316305 | 136,500.00 | | 6.990% | | GA | | 70.00 | | 360 | | | 126,246.92 | | 08/31/2011 | | 112,473.54 | 103,717.37 |
| 2 | 012318602 | 132,000.00 | | 7.875% | | FL | | 80.00 | | 360 | | | 330,000.00 | | 11/30/2011 | | 465.84 | 112,473.54 |
| 2 | 023598542 | 330,000.00 | | 7.000% | | WA | | 75.00 | | 360 | | | 351,000.00 | | 10/31/2011 | | 349.87 | 176,218.31 |
| 2 | 023607723 | 351,000.00 | | 7.000% | | MA | | 65.00 | | 360 | | | 317,504.31 | | 09/30/2011 | | (250.00) | 278,480.08 |
| 2 | 023837296 | 317,592.00 | | 6.620% | | FL | | 80.00 | | 360 | | | 294,016.11 | | 08/31/2011 | | (7.78) | 263,507.54 |
| 2 | 024130535 | 301,600.00 | | 6.750% | | CA | | 80.00 | | 360 | | | 274,060.85 | | 08/31/2011 | | (44.64) | 255,259.63 |
| 3 | 024131137 | 280,000.00 | | 6.875% | | FL | | 73.68 | | 360 | | | 160,190.33 | | 03/31/2011 | | 68.40 | 338,100.44 |
| 3 | 024140559 | 165,000.00 | | 6.500% | | CO | | 73.33 | | 360 | | | 505,740.42 | | 10/31/2011 | | 219,150.07 | 75,526.51 |
| 4 | 004034761 | 505,750.00 | | 6.625% | | CA | | 56.19 | | 360 | | | 70,725.54 | | 11/30/2011 | | (1,594.04) | 219,150.07 |
| 4 | 023318909 | 74,400.00 | | 7.875% | | MI | | 80.00 | | 360 | | | 82,271.77 | | 10/31/2011 | | 67,028.67 | 61,108.27 |
| 4 | 023320087 | 86,400.00 | | 8.125% | | TX | | 80.00 | | 360 | | | 202,220.92 | | 11/30/2011 | | 109,710.07 | 67,028.67 |
| 4 | 023607459 | 202,527.00 | | 6.875% | | WA | | 80.00 | | 360 | | | 711,950.00 | | 11/30/2011 | | (768.02) | 109,710.07 |
| 4 | 024133737 | 712,000.00 | | 7.125% | | CA | | 80.00 | | 360 | | | 582,000.00 | | 07/31/2011 | | (56.40) | 525,056.08 |
| 4 | 024136953 | 582,000.00 | | 6.370% | | CA | | 70.55 | | 360 | | | 444,743.36 | | 08/31/2011 | | 70.00 | 258,328.31 |
| 4 | 024137266 | 477,600.00 | | 5.625% | | CA | | 80.00 | | 360 | | | 235,999.17 | | 10/31/2011 | | (8,515.10) | 219,476.07 |
| 4 | 024143926 | 236,000.00 | | 7.750% | | MI | | 80.00 | | 360 | | | 624,000.00 | | 10/31/2011 | | 477,476.34 | 191,753.43 |
| 4 | 024148776 | 624,000.00 | | 6.750% | | CA | | 78.00 | | 360 | | | 470,962.82 | | 11/30/2011 | | (3,000.00) | 477,476.34 |
| 4 | 024161688 | 495,000.00 | | 7.250% | | CA | | 76.27 | | 360 | | | 513,644.25 | | 09/30/2011 | | (505.23) | 181,988.49 |
| 4 | 024165192 | 515,000.00 | | 6.625% | | CA | | 78.63 | | 360 | | | 1,034,725.08 | | 10/31/2009 | | 722,454.70 | 283,467.76 |
| 4 | 024165325 | 1,035,000.00 | | 6.375% | | FL | | 64.69 | | 360 | | | | | 11/30/2011 | | 722,454.70 | 722,454.70 |

Page 36

24-Apr-2013  9:40:01AM

Distribution Date:  25-Apr-2013

# Lehman Mortgage Trust
## Mortgage Pass-Through Certificates
### Series 2007-4

Contact: Customer Service : CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:  1-866-846-4526
Fax:  240-586-8675

## Realized Loss Detail Report - Loans with Losses during Current Period

| Group | Inactive # Loans with Losses | Inactive Liquidated Actual Balance | Inactive Realized Loss/(Gain) Amount | Inactive Current Loss % | Active # Loans with Losses | Active Ending Actual Balance | Active Realized Loss/(Gain) Amount | Active Current Loss % | Totals # Loans with Losses | Totals Liquidated/Ending Actual Balance | Totals Realized Loss/(Gain) Amount | Totals Current Loss % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 896,783.55 | (15,792.76) | (0.035%) | 0 | 0.00 | 0.00 | 0.000% | 2 | 896,783.55 | (15,792.76) | (0.035%) |
| 2 | 18 | 5,226,001.06 | 225,438.43 | 0.241% | 0 | 0.00 | 0.00 | 0.000% | 18 | 5,226,001.06 | 225,438.43 | 0.241% |
| 3 | 5 | 489,008.18 | 177,742.21 | 0.521% | 0 | 0.00 | 0.00 | 0.000% | 5 | 489,008.18 | 177,742.21 | 0.521% |
| 4 | 3 | 1,532,529.77 | 184,638.42 | 0.145% | 1 | 114,382.36 | 90,116.45 | 0.071% | 4 | 1,646,912.13 | 274,754.87 | 0.216% |
| 5 | 2 | 192,016.40 | 1,923.83 | 0.015% | 0 | 0.00 | 0.00 | 0.000% | 2 | 192,016.40 | 1,923.83 | 0.015% |
| Total | 30 | 8,336,338.96 | 573,950.13 | 0.183% | 1 | 114,382.36 | 90,116.45 | 0.029% | 31 | 8,450,721.32 | 664,066.58 | 0.212% |

## Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | LTV at Origination | Original Term | Liquidated or Ending Actual Balance | Liquidation Effective Date | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0040008708 | 464,000.00 | 6.750% | CA | 80.00 | 360 | 438,869.37 | 10/31/2012 | (14,506.80) | 324,580.93 |
| 1 | 0040116667 | 490,000.00 | 7.000% | NV | 70.00 | 360 | 457,914.18 | 08/31/2012 | (1,285.96) | 253,414.43 |
| 2 | 0033533466 | 390,000.00 | 6.875% | CA | 100.00 | 360 | 388,308.16 | 04/30/2011 | (8,345.36) | 172,292.02 |
| 2 | 0035602393 | 237,000.00 | 6.750% | CA | 79.53 | 360 | 219,212.69 | 12/31/2012 | 2,736.07 | 206,042.35 |
| 2 | 0035636184 | 306,700.00 | 6.375% | CA | 68.16 | 360 | 305,125.11 | 03/31/2013 | 217,602.41 | 217,602.41 |
| 2 | 0035678533 | 493,000.00 | 6.900% | NV | 100.00 | 360 | 492,742.65 | 12/31/2012 | 4,752.68 | 373,542.93 |
| 2 | 0035701039 | 557,100.00 | 6.850% | UT | 90.00 | 360 | 551,985.32 | 05/31/2011 | (9,201.14) | 240,356.43 |
| 2 | 0039504691 | 279,000.00 | 8.225% | MA | 90.00 | 360 | 277,566.11 | 08/31/2012 | 9,369.46 | 247,980.85 |
| 2 | 0039544150 | 136,500.00 | 8.900% | GA | 100.00 | 360 | 132,280.38 | 08/31/2011 | (2,925.18) | 82,109.40 |
| 2 | 0039566834 | 95,000.00 | 8.750% | OH | 100.00 | 360 | 91,794.50 | 11/30/2011 | (2,209.25) | 81,501.82 |
| 2 | 0039642996 | 185,000.00 | 6.875% | WI | 97.37 | 360 | 171,661.67 | 10/31/2012 | (4,534.62) | 105,323.53 |
| 2 | 0039618919 | 120,000.00 | 8.850% | MO | 100.00 | 360 | 118,257.44 | 11/30/2012 | 23,794.97 | 155,606.00 |
| 2 | 0039841590 | 375,000.00 | 7.125% | FL | 100.00 | 360 | 355,858.54 | 12/31/2012 | (8,463.69) | 250,706.52 |
| 2 | 0039873237 | 94,900.00 | 8.750% | MI | 100.00 | 360 | 90,675.93 | 10/31/2012 | (716.66) | 95,546.62 |
| 2 | 0039937628 | 167,000.00 | 8.225% | CO | 100.00 | 360 | 157,766.90 | 09/30/2012 | 12,088.66 | 83,714.62 |
| 2 | 0040171944 | 600,000.00 | 7.125% | CA | 80.00 | 360 | 599,999.86 | 10/31/2012 | (1,075.40) | 258,948.37 |
| 2 | 0040270445 | 129,500.00 | 7.125% | FL | 70.00 | 360 | 123,818.23 | 12/31/2012 | (584.87) | 114,669.38 |
| 2 | 0045303161 | 495,000.00 | 6.825% | CA | 90.00 | 360 | 489,216.05 | 12/31/2012 | 1,647.96 | 233,491.74 |
| 2 | 0048853124 | 475,000.00 | 7.175% | FL | 95.00 | 360 | 446,538.28 | 10/31/2012 | (8,582.56) | 228,863.39 |
| 2 | 0123837692 | 213,200.00 | 6.750% | TX | 80.00 | 360 | 213,193.24 | 12/31/2012 | 84.89 | 291,734.44 |
| 3 | 0035598615 | 140,080.00 | 6.875% | FL | 80.00 | 360 | 129,271.85 | 02/28/2013 | 28,210.22 | 28,210.22 |
| 3 | 0123225922 | 188,800.00 | 7.000% | FL | 80.00 | 360 | 185,747.35 | 08/31/2012 | 1,150.00 | 192,854.71 |
| 3 | 0124167909 | 180,000.00 | 7.000% | CA | 80.00 | 360 | 173,988.98 | 03/31/2013 | 148,381.99 | 148,381.99 |
| 4 | 0040188593 | 832,000.00 | 6.500% | CA | 80.00 | 360 | 774,648.89 | 06/30/2012 | 132.25 | 427,635.94 |
| 4 | 0123827602 | 399,000.00 | 7.375% | FL | 95.00 | 360 | 385,982.29 | 07/31/2012 | 375.00 | 403,836.31 |

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:    25-Apr-2014

25-Apr-2014          12:31:16PM

Contact: Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526
Fax:          240-586-8675

## Lehman Mortgage Trust
## Mortgage Pass-Through Certificates
## Series 2007-4

### Realized Loss Detail Report - Loans with Losses during Current Period

| Group | # Loans with Losses | Inactive — Liquidated Actual Balance | Inactive — Realized Loss/(Gain) Amount | Inactive — Current Loss Percentage | Active — # Loans with Losses | Active — Ending Actual Balance | Active — Realized Loss/(Gain) Amount | Active — Current Loss Percentage | Totals — # Loans with Losses | Totals — Liquidated Ending Actual Balance | Totals — Realized Loss/(Gain) Amount | Totals — Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 226,225.44 | (113,107.04) | (0.302 %) | 1 | 785,098.24 | (227,000.00) | (0.607 %) | 2 | 1,011,323.68 | (340,107.04) | (0.909 %) |
| 2 | 21 | 4,853,227.75 | 187,216.40 | 0.233 % | 2 | 650,187.96 | 281,463.78 | 0.351 % | 23 | 5,503,415.71 | 468,680.18 | 0.585 % |
| 3 | 1 | 400,765.08 | 167,129.74 | 0.549 % | 0 | 0.00 | 0.00 | 0.000 % | 1 | 400,765.08 | 167,129.74 | 0.549 % |
| 4 | 3 | 815,286.80 | 509,944.72 | 0.454 % | 6 | 1,525,342.14 | 653,348.14 | 0.581 % | 9 | 2,340,628.94 | 1,163,292.86 | 1.035 % |
| 5 | 1 | 106,134.84 | (5,205.80) | (0.054 %) | 0 | 0.00 | 0.00 | 0.000 % | 1 | 106,134.84 | (5,205.80) | (0.054 %) |
| Total | 27 | 6,401,639.91 | 745,978.02 | 0.276 % | 9 | 2,960,628.34 | 707,811.92 | 0.262 % | 36 | 9,362,268.25 | 1,453,789.94 | 0.538 % |

### Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | LTV at Origination | Original Term | Liquidated or Ending Actual Balance | Liquidation Effective Date | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0040014243 | 648,750.00 | 2.000% | CA | 75.00 | 360 | 785,098.24 | Active** | (227,000.00) | 125.00 |
| 1 | 0040024747 | 440,000.00 | 6.750% | WA | 100.00 | 360 | 226,225.44 | 10/31/2013 | (113,107.04) | 113,523.40 |
| 1 | 0034909640 | 81,500.00 | 8.500% | OH | 94.77 | 360 | 101,224.47 | 10/31/2013 | (19,179.79) | 73,714.59 |
| 2 | 0034946578 | 251,400.00 | 8.075% | TN | 100.00 | 360 | 231,741.46 | 07/31/2013 | (31,678.45) | 37,874.18 |
| 2 | 0035352466 | 390,000.00 | 6.875% | CA | 100.00 | 360 | 388,308.16 | 04/30/2011 | (20,028.87) | 152,263.15 |
| 2 | 0035370649 | 152,100.00 | 7.600% | OK | 90.00 | 360 | 145,003.12 | 01/31/2014 | 151.00 | 120,530.54 |
| 2 | 0035603465 | 102,500.00 | 8.500% | TX | 100.00 | 360 | 96,411.02 | 03/31/2014 | 59,244.80 | 59,244.80 |
| 2 | 0035730472 | 64,550.00 | 8.125% | TX | 72.02 | 360 | 60,580.30 | 02/28/2013 | 3.50 | 19,949.80 |
| 2 | 0033788533 | 471,750.00 | 7.900% | CT | 85.00 | 360 | 470,618.01 | 08/31/2013 | 1,055.39 | 303,742.84 |
| 2 | 0035701039 | 557,100.00 | 6.850% | UT | 90.00 | 360 | 551,985.52 | 05/31/2011 | (22,082.21) | 218,273.70 |
| 2 | 0039544150 | 136,500.00 | 8.900% | GA | 100.00 | 360 | 132,280.38 | 08/31/2011 | (7,020.43) | 75,088.97 |
| 2 | 0039560834 | 95,000.00 | 8.750% | OH | 95.00 | 360 | 91,794.50 | 11/30/2011 | (5,302.19) | 109,199.63 |
| 2 | 0039597463 | 95,000.00 | 9.550% | OH | 100.00 | 360 | 93,782.51 | 12/31/2008 | (900.00) | 76,659.18 |
| 2 | 0039602249 | 217,800.00 | 6.750% | FL | 90.00 | 360 | 203,389.62 | 06/30/2013 | (42,885.75) | 90,802.49 |
| 2 | 0039773452 | 270,500.00 | 7.850% | MD | 94.91 | 360 | 292,076.56 | 03/31/2014 | 295,250.46 | 295,250.46 |
| 2 | 0039857784 | 79,200.00 | 8.475% | CO | 90.00 | 360 | 62,466.24 | 11/30/2013 | (13,786.28) | 47,728.86 |
| 2 | 0039873237 | 94,900.00 | 8.750% | MI | 100.00 | 360 | 90,675.93 | 10/31/2012 | (28,008.43) | 67,538.19 |
| 2 | 0039658876 | 128,250.00 | 8.350% | TX | 95.00 | 360 | 126,935.73 | 02/28/2014 | (326.85) | 29,715.29 |
| 2 | 0039994165 | 75,000.00 | 8.725% | NC | 100.00 | 360 | 70,939.00 | 01/31/2014 | 971.88 | 31,226.37 |
| 2 | 0040172843 | 558,000.00 | 7.400% | ID | 100.00 | 360 | 558,000.00 | 12/31/2013 | (153,882.92) | 102,954.42 |
| 2 | 0040509936 | 450,000.00 | 8.350% | MI | 100.00 | 360 | 444,909.44 | 09/30/2013 | 5.00 | 298,022.50 |
| 2 | 0045445756 | 608,000.00 | 4.750% | MD | 95.00 | 360 | 479,092.96 | Active** | 205,757.72 | 205,997.72 |
| 2 | 0045853124 | 475,000.00 | 7.175% | FL | 95.00 | 360 | 446,538.28 | 10/31/2011 | (20,598.15) | 208,265.24 |
| 2 | 0123163032 | 200,000.00 | 6.750% | FL | 80.00 | 360 | 193,567.70 | 03/31/2014 | 196,215.21 | 196,215.21 |
| 2 | 0123599185 | 260,000.00 | 4.750% | CA | 65.00 | 360 | 171,095.00 | Active** | 75,706.06 | 75,706.06 |

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:    25-May-2016

23-May-2016    02:20:44 PM

Contact:  Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:    1-866-846-4526

**Lehman Mortgage Trust**
**Mortgage Pass-Through Certificates**
**Series 2007-4**

## Realized Loss Detail Report - Loans with Losses during Current Period

| Group | # Loans with Losses | | Liquidated Actual Balance | | Realized Loss/(Gain) Amount | Current Note Rate | Current Loss Percentage | # Loans with Losses | Ending Actual Balance | Realized Loss/(Gain) Amount | Current Loss Percentage | Liquidated or Ending Actual Balance | # Loans with Losses | Liquidated or Ending Actual Balance | Realized Loss/(Gain) Amount | Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Inactive** | | | | | | **Active** | | | | | **Totals** | | | |
| 1 | 4 | | 1,684,822.77 | 202,517.82 | | 0.712 % | | 4 | 1,427,870.64 | (2,423.00) | (0.009 %) | 274,181.53 | 8 | 3,112,693.41 | 200,094.82 | 0.704 % |
| 2 | 13 | | 3,532,456.94 | 25,936.97 | | 0.048 % | | 6 | 2,372,439.25 | 262,718.93 | 0.485 % | 845,534.66 | 19 | 5,904,896.19 | 288,655.90 | 0.533 % |
| 3 | 3 | | 715,899.43 | 3,478.84 | | 0.015 % | | 0 | 0.00 | 0.00 | 0.000 % | 781,761.24 | 3 | 715,899.43 | 3,478.84 | 0.015 % |
| 4 | 3 | | 1,168,919.65 | 3,575.29 | | 0.004 % | | 2 | 359,809.00 | (40,761.97) | (0.049 %) | 83,922.90 | 5 | 1,528,728.65 | (37,186.68) | (0.044 %) |
| 5 | 1 | | 106,134.84 | (1,301.45) | | (0.020 %) | | 2 | 276,665.40 | 4.85 | 0.000 % | 126,979.23 | 3 | 382,800.24 | (1,296.60) | (0.020 %) |
| **Total** | **24** | | **7,208,233.63** | **234,207.47** | | **0.120 %** | | **14** | **4,436,784.29** | **219,538.81** | **0.112 %** | | **38** | **11,645,017.92** | **453,746.28** | **0.232 %** |

## Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | # Loans with Losses | LTV at Origination | Original Term | Realized Loss/(Gain) Amount | Liquidated or Ending Actual Balance | Current Loss Percentage | Liquidation Effective Date | Liquidated or Ending Actual Balance | Realized Loss/(Gain) Amount | Cumulative Realized Loss/(Gain) | Current Loss Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0033640566 | 208,000.00 | 3.000 % | FL | 4 | 68.20 | 360 | (2,423.00) | 274,181.53 | (0.009 %) | 04/30/2016 | 202,873.83 | 202,873.83 | 202,873.83 |
| 1 | 0033803834 | 881,000.00 | 6.500 % | CA | 6 | 44.05 | 360 | 262,718.93 | 845,534.66 | 0.485 % | 07/31/2014 | 594.00 | 340,124.54 |
| 1 | 0040014243 | 648,750.00 | 4.000 % | CA | 0 | 75.00 | 360 | 0.00 | 781,761.24 | 0.000 % | Active | (2,440.83) | (1,324.26) |
| 1 | 0040026627 | 288,000.00 | 3.000 % | FL | 2 | 78.90 | 219 | 0.00 | 83,922.90 | 0.000 % | Active | 0.60 | 269,764.23 |
| 1 | 0040027872 | 146,250.00 | 6.875 % | OR | 0 | 66.18 | 360 | | 126,979.23 | | Active | 9.81 | 733.56 |
| 1 | 0040025953 | 245,000.00 | 6.500 % | MD | 0 | 70.00 | 360 | | 211,609.65 | | 04/30/2016 | (2,353.03) | (989.86) |
| 1 | 0040067399 | 424,000.00 | 6.500 % | OR | 0 | 78.52 | 360 | | 353,496.93 | | 04/30/2016 | 1,403.02 | 1,448.26 |
| 1 | 0040126047 | 471,600.00 | 4.000 % | CA | 0 | 80.00 | 360 | | 435,207.27 | | Active | 7.42 | 452.51 |
| 1 | 0033446428 | 79,500.00 | 9.000 % | VA | 0 | 100.00 | 360 | | 78,698.50 | | 01/31/2016 | 4.25 | 80,905.32 |
| 2 | 0035532666 | 390,000.00 | 6.875 % | CA | 1 | 100.00 | 360 | | 388,308.16 | | 04/30/2011 | (5,007.22) | 147,255.93 |
| 2 | 0035603465 | 102,500.00 | 8.500 % | TX | 0 | 100.00 | 360 | | 96,411.02 | | 03/31/2014 | (25,148.23) | 28,171.26 |
| 2 | 0035679582 | 151,050.00 | 8.775 % | PA | 0 | 95.00 | 360 | | 136,329.37 | | Active | 41.04 | 745.15 |
| 2 | 0033378493 | 304,000.00 | 6.500 % | OR | 0 | 69.89 | 360 | | 292,101.41 | | 02/29/2016 | 50.33 | 57,729.23 |
| 2 | 0033765769 | 432,000.00 | 6.875 % | NV | 0 | 89.26 | 360 | | 399,857.02 | | 05/31/2012 | (4,391.93) | 208,388.58 |
| 2 | 0035790939 | 557,100.00 | 6.830 % | UT | 0 | 90.00 | 360 | | 551,985.52 | | 05/31/2011 | (5,520.68) | 212,755.02 |
| 2 | 0039544150 | 136,500.00 | 8.900 % | GA | 1 | 100.00 | 360 | | 132,280.38 | | 08/31/2011 | (1,755.11) | 73,333.86 |
| 2 | 0039568034 | 95,000.00 | 8.750 % | OH | 1 | 100.00 | 360 | | 91,794.50 | | 11/30/2011 | (1,325.55) | 74,874.08 |
| 2 | 0039923454 | 138,000.00 | 9.100 % | IN | 1 | 100.00 | 360 | | 128,580.92 | | 03/31/2016 | 290.85 | 77,661.27 |
| 2 | 0039933585 | 500,000.00 | 3.500 % | NY | 1 | 96.53 | 583 | | 468,316.07 | | Active | 10.00 | 3,550.41 |
| 2 | 0040100075 | 581,100.00 | 4.000 % | NV | 0 | 80.00 | 360 | | 506,010.85 | | Active | 9.00 | 2,589.41 |
| 2 | 0045435765 | 880,000.00 | 6.500 % | FL | 1 | 60.69 | 360 | | 829,188.63 | | Active | 23,096.54 | 23,096.54 |
| 2 | 0045883124 | 475,000.00 | 7.175 % | FL | 1 | 95.00 | 360 | | 446,538.28 | | 10/31/2011 | (5,149.54) | 203,115.70 |
| 2 | 0123197238 | 402,000.00 | 7.250 % | FL | 1 | 100.00 | 360 | | 383,704.67 | | 12/31/2014 | (100.00) | 243,202.90 |
| 2 | 0123607607 | 176,400.00 | 4.000 % | FL | 1 | 70.00 | 360 | | 35,794.33 | | Active | 189,936.97 | 420,939.06 |
| 2 | 0123854889 | 301,500.00 | 6.000 % | MD | 2 | 48.63 | 360 | | 259,679.08 | | 11/30/2015 | 4,237.72 | 5,476.72 |

Lehman Mortgage Trust
Mortgage Pass-Through Certificates
Distribution Date:   25-Jul-2016

25-Jul-2016    11:31:52 AM

Contact:   Customer Service - CTSLink
Wells Fargo Bank, N.A.
Securities Administration Services
8480 Stagecoach Circle
Frederick, MD 21701-4747
www.ctslink.com
Telephone:   1-866-846-4526

## Lehman Mortgage Trust
## Mortgage Pass-Through Certificates
### Series 2007-4

### Realized Loss Loan Detail Report - Loans with Losses during Current Period

| Group | Loan Number | Original Principal Balance | Current Note Rate | State | LTV at Origination | Original Term | Liquidated or Ending Actual Balance | Liquidation Effective Date | Realized Loss/(Gain) | Cumulative Realized Loss/(Gain) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 0033707662 | 94,400.00 | 7.375 % | TX | 78.67 | 360 | 85,007.19 | Active | 60.00 | 1,062.28 |
| 2 | 0033738493 | 304,000.00 | 6.500 % | OR | 69.89 | 360 | 292,101.41 | 02/29/2016 | 195.00 | 57,924.23 |
| 2 | 0033765769 | 432,000.00 | 6.875 % | NV | 89.26 | 360 | 399,857.02 | 05/31/2012 | (2,195.97) | 206,192.61 |
| 2 | 0033791039 | 557,100.00 | 6.880 % | UT | 90.00 | 360 | 551,985.32 | 05/31/2011 | (2,760.34) | 209,992.68 |
| 2 | 0033792060 | 513,000.00 | 3.000 % | CA | 95.00 | 360 | 449,654.30 | 12/31/2015 | (2,614.54) | 118,161.94 |
| 2 | 0033934888 | 49,100.00 | 9.675 % | AL | 100.00 | 360 | 46,066.96 | 01/31/2016 | (319.51) | 35,074.79 |
| 2 | 0033938695 | 90,000.00 | 9.775 % | AL | 100.00 | 360 | 88,846.87 | 11/30/2014 | (35.00) | 81,108.53 |
| 2 | 0033946245 | 131,400.00 | 8.900 % | TX | 100.00 | 360 | 122,445.29 | 12/31/2014 | (385.65) | 13,558.70 |
| 2 | 0033944150 | 136,500.00 | 8.900 % | GA | 100.00 | 360 | 132,280.38 | 08/31/2011 | (877.55) | 72,456.31 |
| 2 | 0033956834 | 95,000.00 | 8.750 % | OH | 100.00 | 360 | 91,794.50 | 11/30/2011 | (662.77) | 74,211.31 |
| 2 | 0033975634 | 100,000.00 | 8.600 % | OH | 100.00 | 360 | 96,220.77 | 04/30/2013 | (728.45) | 87,435.39 |
| 2 | 0033962249 | 217,800.00 | 6.750 % | FL | 90.00 | 360 | 203,389.62 | 06/30/2013 | (1,127.44) | 80,243.15 |
| 2 | 0033970635 | 69,900.00 | 9.250 % | TX | 100.00 | 360 | 65,544.87 | 04/30/2013 | (425.53) | 42,587.34 |
| 2 | 0033773452 | 270,500.00 | 7.850 % | MD | 94.91 | 360 | 292,076.56 | 03/31/2014 | (1,766.68) | 276,052.34 |
| 2 | 0033971130 | 156,750.00 | 7.750 % | IL | 95.00 | 360 | 148,440.89 | 12/31/2015 | (719.11) | 92,903.18 |
| 2 | 0033897085 | 115,900.00 | 6.625 % | IN | 95.00 | 360 | 102,996.70 | 12/31/2015 | (451.41) | 63,328.58 |
| 2 | 0033857784 | 79,200.00 | 8.475 % | CO | 90.00 | 360 | 62,466.24 | 11/30/2013 | (362.58) | 43,872.61 |
| 2 | 0033873237 | 94,900.00 | 8.750 % | MI | 100.00 | 360 | 90,675.93 | 10/31/2012 | (612.46) | 66,417.40 |
| 2 | 0033924634 | 138,000.00 | 9.100 % | IN | 100.00 | 360 | 128,580.92 | 03/31/2016 | (884.03) | 76,777.24 |
| 2 | 0033968876 | 128,250.00 | 8.350 % | TX | 95.00 | 360 | 126,935.73 | 02/28/2014 | (712.12) | 22,906.55 |
| 2 | 0033994165 | 75,000.00 | 8.725 % | NC | 100.00 | 360 | 70,939.00 | 01/31/2014 | (496.75) | 25,831.79 |
| 2 | 0034015809 | 467,000.00 | 6.925 % | CA | 86.48 | 360 | 466,253.01 | Active | 312.46 | 599.27 |
| 2 | 0034253440 | 563,000.00 | 5.125 % | MD | 81.71 | 360 | 549,468.56 | 08/31/2015 | (1,586.73) | 225,711.54 |
| 2 | 0034503161 | 495,000.00 | 6.825 % | CA | 90.00 | 360 | 489,216.05 | 12/31/2012 | (2,384.09) | 115,595.65 |
| 2 | 0034479458 | 472,500.00 | 6.550 % | CA | 87.50 | 360 | 466,740.80 | 06/30/2014 | (2,401.07) | 94,656.89 |
| 2 | 0034583124 | 475,000.00 | 7.175 % | FL | 95.00 | 360 | 446,538.28 | 10/31/2011 | (2,574.77) | 200,540.93 |
| 2 | 0034607335 | 154,300.00 | 6.000 % | FL | 80.00 | 360 | 143,623.49 | 12/31/2015 | 256.65 | 142,099.03 |
| 2 | 0034607475 | 380,000.00 | 6.500 % | VA | 80.00 | 360 | 379,999.91 | 05/31/2016 | 15.00 | 15.00 |
| 2 | 0034835027 | 110,000.00 | 3.250 % | FL | 75.34 | 360 | 126,499.08 | Active** | 15.00 | 37,086.46 |
| 4 | 0033923126 | 272,000.00 | 3.375 % | OH | 80.00 | 599 | 242,506.45 | 05/31/2016 | 84.00 | 364.24 |
| 4 | 0045056116 | 200,000.00 | 3.000 % | MI | 80.00 | 399 | 224,751.10 | 06/30/2016 | 160,218.41 | 160,278.41 |
| 4 | 0023448755 | 115,000.00 | 7.375 % | MD | 62.16 | 360 | 113,404.47 | 05/31/2016 | 952.23 | 82,324.08 |
| 4 | 0123454100 | 143,920.00 | 4.750 % | UT | 80.00 | 341 | 122,744.73 | 09/30/2015 | 15.00 | 876.71 |
| 4 | 0123560560 | 77,600.00 | 8.500 % | MI | 80.00 | 360 | 73,474.48 | 06/30/2016 | 55,873.76 | 55,873.76 |
| 4 | 0123827511 | 261,000.00 | 6.875 % | FL | 90.00 | 360 | 259,279.63 | 06/30/2012 | (1,082.39) | 257,264.98 |
| 4 | 0123827602 | 399,000.00 | 7.375 % | FL | 95.00 | 360 | 385,982.29 | 07/31/2012 | (1,955.72) | 376,054.27 |
| 4 | 0123837486 | 417,000.00 | 2.000 % | WA | 78.68 | 364 | 475,160.63 | Active | 250.00 | 250.00 |
| 4 | 0124168485 | 272,000.00 | 7.125 % | GA | 80.00 | 360 | 194,000.00 | Active | 67,025.46 | 67,025.46 |
| 4 | 0124168741 | 320,000.00 | 3.125 % | CT | 80.00 | 360 | 289,000.00 | Active | 120,858.64 | 120,858.64 |
| 5 | 0039293931 | 113,400.00 | 7.575 % | TX | 90.00 | 180 | 73,311.37 | Active | 113.62 | 161.87 |