# Exhibit 8

Prepared by: Rosa Gonzales

## Servicer Claim Form

**Security Calculation of Realized Loss**

| | |
|---|---|
| ALS Loan # | 40560856 |
| Mortgagor: | |
| Property Address: | |
| Servicer Loan # | 40560856 |
| Investor Loan # | 40560856 |
| Investor ID | H55 |
| Srv Fee Mnths: | |
| P&I Payment: | $2,781.25 |
| ARM: | Y |
| Inactive Date: | None |
| MI Curtailment: | <MICurtailment> |

| | |
|---|---|
| Remittance Type: | Scheduled/Scheduled |
| Next Payment Due Date: | |
| Foreclosure Sale Date: | |
| REO Sale Date: | |
| # of Months Interest Accrued at Net Rate: | |
| Note Interest Rate: | |
| Servicing Fee Rate: | |
| Interest perdiem @ note rate: | |
| Actual Principal Advanced by Servicer: | |
| Actual Interest Advanced by Servicer: | |
| Portion of Interest Advanced After Buyout: | |
| Amount due Servicer: | |

| | Servicer Claimed | Agency Paid | Amount Not Recovered | ALS Review Reason Denied |
|---|---|---|---|---|
| Unpaid Principal Balance | $969,381.90 | $708,400.19 | $260,981.71 | |
| Interest Accrued @ Net Rate | $78,774.75 | | $78,774.75 | |
| Total Asset Balance | $1,048,156.65 | $708,400.19 | $339,756.46 | |

| | Claimed | Paid | | Interest Denied |
|---|---|---|---|---|
| FC - Attorney Fees | $23,932.38 | | $23,932.38 | |
| FC - Acquisition Costs | $1,910.36 | | $1,910.36 | |
| BK - Attorney Fees & Costs | | | $0.00 | |
| EV - Attorney Fees & Costs | $315.00 | | $315.00 | |
| Appraisal / BPO | $445.00 | | $445.00 | |
| Property Insp. / Preservation | $2,310.00 | | $2,310.00 | |
| Utilities | $115.49 | | $115.49 | |
| H.O.A. Dues | $3,631.91 | | $3,631.91 | |
| disp | $1,500.00 | | $1,500.00 | |
| Other: | | | $0.00 | |
| Other: Payments to Prior Investor | | | $0.00 | |
| Liquidation / Acquisition Expenses | $34,160.14 | $0.00 | $34,160.14 | Liquidation / Acquisition Exp Denied |
| susp | ($870.06) | | ($870.06) | |
| Hazard Ins Refund enter as a negative | $0.00 | | $0.00 | |
| Real Estate Taxes | $23,800.71 | | $23,800.71 | |
| Hazard Insurance Premiums | $5,387.00 | | $5,387.00 | |
| M I Premiums | $0.00 | | $0.00 | |
| Other: | | | $0.00 | Escrow Advances Denied |
| Other: | | | $0.00 | |
| Other: | | | $0.00 | Total Amount Denied |
| Trust Reimbursement | | | $0.00 | |
| Escrow Advances | $28,317.65 | $0.00 | $28,317.65 | |

| | | | Amount Remitted to ALS | |
|---|---|---|---|---|
| PMI Proceeds | | | $619,767.69 | |
| Sale Proceeds | $708,400.19 | | | |
| Trust Reimbursement | | | | |
| Scheduled Balance Amount Remitted | | | | |
| Liquidation Proceeds | $708,400.19 | $708,400.19 | $0.00 | |

Right-side summary:
- Unpaid Principal Balance
- Interest Accrued @ Net Rate
- **Subtotal Principal & Interest**
- Liquidation / Acquisition Expenses
- Escrow Advances
- REO Disposition/Accrued Servicing Fee
- ALS Review Amount Denied
- Net Advances/Expenses Allowed
- Subtotal
- **Total Credits**
- Net Gain / (Loss) With Interest
- **Net Gain / (Loss) Without Interest**

January 26, 2012

01-Jul-10
28-Mar-11
09-Sep-11
0
6.7500%
0.3750%
$181.76
($41,689.83)
$78,774.75

$15,880.00

**Amount Denied**

$0.00

$0.00

$0.00
$0.00

$969,381.90
$78,774.75
**$1,048,156.65**
$34,160.14
$28,317.65
$4,949.79
$0.00
**$67,427.58**
**$1,115,584.23**

**$708,400.19**

($407,184.04)
($328,409.29)

Loan Number: 40560856

| Month | Svcr Fee Running Total | Net Interest Rate Running Total | P&I Pymt | Note Interest Rate | Investor Rate | Net Investor Interest | Scheduled Principal Payment | Scheduled Principal Balance | Gross Interest | Servicer Fee | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Principal Balance: | | 969,381.90 | | | |
| 1 | 302.93 | 5,149.84 | 2,781.25 | 6.7500% | 6.3750% | 5,149.84 | (2,671.52) | 972,053.42 | 5,452.77 | 302.93 | Jul-10 |
| 2 | 606.70 | 10,313.88 | 2,781.25 | 6.7500% | 6.3750% | 5,164.03 | (2,686.55) | 974,739.97 | 5,467.80 | 303.77 | Aug-10 |
| 3 | 911.30 | 15,492.18 | 2,781.25 | 6.7500% | 6.3750% | 5,178.31 | (2,701.66) | 977,441.64 | 5,482.91 | 304.61 | Sep-10 |
| 4 | 1,216.76 | 20,684.84 | 2,781.25 | 6.7500% | 6.3750% | 5,192.66 | (2,716.86) | 980,158.50 | 5,498.11 | 305.45 | Oct-10 |
| 5 | 1,523.05 | 25,891.93 | 2,781.25 | 6.7500% | 6.3750% | 5,207.09 | (2,732.14) | 982,890.64 | 5,513.39 | 306.30 | Nov-10 |
| 6 | 1,830.21 | 31,113.54 | 2,781.25 | 6.7500% | 6.3750% | 5,221.61 | (2,747.51) | 985,638.15 | 5,528.76 | 307.15 | Dec-10 |
| 7 | 2,138.22 | 36,349.74 | 2,781.25 | 6.7500% | 6.3750% | 5,236.20 | (2,762.96) | 988,401.11 | 5,544.21 | 308.01 | Jan-11 |
| 8 | 2,447.10 | 41,600.62 | 2,781.25 | 6.7500% | 6.3750% | 5,250.88 | (2,778.51) | 991,179.62 | 5,559.76 | 308.88 | Feb-11 |
| 9 | 2,756.84 | 46,866.26 | 2,781.25 | 6.7500% | 6.3750% | 5,265.64 | (2,794.14) | 993,973.75 | 5,575.39 | 309.74 | Mar-11 |
| 10 | 3,067.46 | 52,146.75 | 2,781.25 | 6.7500% | 6.3750% | 5,280.49 | (2,809.85) | 996,783.61 | 5,591.10 | 310.62 | Apr-11 |
| 11 | 3,378.95 | 57,442.16 | 2,781.25 | 6.7500% | 6.3750% | 5,295.41 | (2,825.66) | 999,609.26 | 5,606.91 | 311.49 | May-11 |
| 12 | 3,691.33 | 62,752.59 | 2,781.25 | 6.7500% | 6.3750% | 5,310.42 | (2,841.55) | ######### | 5,622.80 | 312.38 | Jun-11 |
| 13 | 4,004.59 | 68,078.11 | 2,781.25 | 6.7500% | 6.3750% | 5,325.52 | (2,857.54) | ######### | 5,638.79 | 313.27 | Jul-11 |
| 14 | 4,318.75 | 73,418.81 | 2,781.25 | 6.7500% | 6.3750% | 5,340.70 | (2,873.61) | ######### | 5,654.86 | 314.16 | Aug-11 |
| 15 | 4,633.81 | 78,774.77 | 2,781.25 | 6.7500% | 6.3750% | 5,355.97 | (2,889.77) | ######### | 5,671.02 | 315.06 | Sep-11 |
| 16 | 4,949.77 | 84,146.09 | 2,781.25 | 6.7500% | 6.3750% | 5,371.32 | (2,906.03) | ######### | 5,687.28 | 315.96 | Oct-11 |
| 17 | 5,266.64 | 89,532.85 | 2,781.25 | 6.7500% | 6.3750% | 5,386.76 | (2,922.37) | ######### | 5,703.62 | 316.87 | Nov-11 |
| 18 | 5,584.42 | 94,935.13 | 2,781.25 | 6.7500% | 6.3750% | 5,402.28 | (2,938.81) | ######### | 5,720.06 | 317.78 | Dec-11 |
| 19 | 5,903.12 | 100,353.03 | 2,781.25 | 6.7500% | 6.3750% | 5,417.89 | (2,955.34) | ######### | 5,736.59 | 318.70 | Jan-12 |
| 20 | 6,222.74 | 105,786.62 | 2,781.25 | 6.7500% | 6.3750% | 5,433.59 | (2,971.97) | ######### | 5,753.22 | 319.62 | Feb-12 |
| 21 | 6,543.29 | 111,236.00 | 2,781.25 | 6.7500% | 6.3750% | 5,449.38 | (2,988.69) | ######### | 5,769.94 | 320.55 | Mar-12 |
| 22 | 6,864.78 | 116,701.26 | 2,781.25 | 6.7500% | 6.3750% | 5,465.26 | (3,005.50) | ######### | 5,786.75 | 321.49 | Apr-12 |
| 23 | 7,187.21 | 122,182.49 | 2,781.25 | 6.7500% | 6.3750% | 5,481.23 | (3,022.40) | ######### | 5,803.65 | 322.43 | May-12 |
| 24 | 7,510.58 | 127,679.78 | 2,781.25 | 6.7500% | 6.3750% | 5,497.28 | (3,039.40) | ######### | 5,820.65 | 323.37 | Jun-12 |
| 25 | 7,834.89 | 133,193.21 | 2,781.25 | 6.7500% | 6.3750% | 5,513.43 | (3,056.50) | ######### | 5,837.75 | 324.32 | Jul-12 |
| 26 | 8,160.17 | 138,722.87 | 2,781.25 | 6.7500% | 6.3750% | 5,529.67 | (3,073.69) | ######### | 5,854.94 | 325.27 | Aug-12 |
| 27 | 8,486.40 | 144,268.87 | 2,781.25 | 6.7500% | 6.3750% | 5,546.00 | (3,090.98) | ######### | 5,872.23 | 326.24 | Sep-12 |
| 28 | 8,813.61 | 149,831.29 | 2,781.25 | 6.7500% | 6.3750% | 5,562.42 | (3,108.37) | ######### | 5,889.62 | 327.20 | Oct-12 |
| 29 | 9,141.78 | 155,410.22 | 2,781.25 | 6.7500% | 6.3750% | 5,578.93 | (3,125.85) | ######### | 5,907.10 | 328.17 | Nov-12 |
| 30 | 9,470.93 | 161,005.76 | 2,781.25 | 6.7500% | 6.3750% | 5,595.54 | (3,143.44) | ######### | 5,924.69 | 329.15 | Dec-12 |
| 31 | 9,801.06 | 166,618.00 | 2,781.25 | 6.7500% | 6.3750% | 5,612.24 | (3,161.12) | ######### | 5,942.37 | 330.13 | Jan-13 |
| 32 | 10,132.18 | 172,247.03 | 2,781.25 | 6.7500% | 6.3750% | 5,629.03 | (3,178.90) | ######### | 5,960.15 | 331.12 | Feb-13 |
| 33 | 10,464.29 | 177,892.94 | 2,781.25 | 6.7500% | 6.3750% | 5,645.92 | (3,196.78) | ######### | 5,978.03 | 332.11 | Mar-13 |
| 34 | 10,797.40 | 183,555.85 | 2,781.25 | 6.7500% | 6.3750% | 5,662.90 | (3,214.76) | ######### | 5,996.01 | 333.11 | Apr-13 |
| 35 | 11,131.52 | 189,235.83 | 2,781.25 | 6.7500% | 6.3750% | 5,679.98 | (3,232.85) | ######### | 6,014.10 | 334.12 | May-13 |
| 36 | 11,466.65 | 194,932.98 | 2,781.25 | 6.7500% | 6.3750% | 5,697.15 | (3,251.03) | ######### | 6,032.28 | 335.13 | Jun-13 |
| 37 | 11,802.79 | 200,647.41 | 2,781.25 | 6.7500% | 6.3750% | 5,714.43 | (3,269.32) | ######### | 6,050.57 | 336.14 | Jul-13 |
| 38 | 12,139.95 | 206,379.20 | 2,781.25 | 6.7500% | 6.3750% | 5,731.79 | (3,287.71) | ######### | 6,068.96 | 337.16 | Aug-13 |
| 39 | 12,478.14 | 212,128.46 | 2,781.25 | 6.7500% | 6.3750% | 5,749.26 | (3,306.20) | ######### | 6,087.45 | 338.19 | Sep-13 |
| 40 | 12,817.37 | 217,895.28 | 2,781.25 | 6.7500% | 6.3750% | 5,766.82 | (3,324.80) | ######### | 6,106.05 | 339.22 | Oct-13 |
| 41 | 13,157.63 | 223,679.77 | 2,781.25 | 6.7500% | 6.3750% | 5,784.49 | (3,343.50) | ######### | 6,124.75 | 340.26 | Nov-13 |
| 42 | 13,498.94 | 229,482.02 | 2,781.25 | 6.7500% | 6.3750% | 5,802.25 | (3,362.31) | ######### | 6,143.56 | 341.31 | Dec-13 |
| 43 | 13,841.30 | 235,302.13 | 2,781.25 | 6.7500% | 6.3750% | 5,820.11 | (3,381.22) | ######### | 6,162.47 | 342.36 | Jan-14 |
| 44 | 14,184.72 | 241,140.20 | 2,781.25 | 6.7500% | 6.3750% | 5,838.07 | (3,400.24) | ######### | 6,181.49 | 343.42 | Feb-14 |
| 45 | 14,529.20 | 246,996.34 | 2,781.25 | 6.7500% | 6.3750% | 5,856.14 | (3,419.37) | ######### | 6,200.62 | 344.48 | Mar-14 |
| 46 | 14,874.74 | 252,870.64 | 2,781.25 | 6.7500% | 6.3750% | 5,874.30 | (3,438.60) | ######### | 6,219.85 | 345.55 | Apr-14 |
| 47 | 15,221.37 | 258,763.21 | 2,781.25 | 6.7500% | 6.3750% | 5,892.57 | (3,457.94) | ######### | 6,239.19 | 346.62 | May-14 |
| 48 | 15,569.07 | 264,674.16 | 2,781.25 | 6.7500% | 6.3750% | 5,910.94 | (3,477.39) | ######### | 6,258.64 | 347.70 | Jun-14 |
| 49 | 15,917.86 | 270,603.57 | 2,781.25 | 6.7500% | 6.3750% | 5,929.41 | (3,496.95) | ######### | 6,278.20 | 348.79 | Jul-14 |
| 50 | 16,267.74 | 276,551.36 | 2,781.25 | 6.7500% | 6.3750% | 5,947.99 | (3,516.62) | ######### | 6,297.87 | 349.88 | Aug-14 |

January 26, 2012

Jack Desens, Managing Director
Lehman Brothers
745 Seventh Avenue, 5th Floor
New York, NY 10019

RE: ALS Loan # 40560856                    Investor Loan # 40560856
    Security Name:
    Liquidated By:                          Liquidation Date:
    Loan Type: Com                          Remittance Type: Scheduled/ Scheduled

Dear Mr. Desens:

The property associated with the above referenced loan was liquidated on the date indicated above. A summary of the liquidation proceeds and expenses are listed below.

|  | Advances/Expenses/Service Fee |  | Principal & Interest |
|---|---|---|---|
| $34,160.14 | Liquidation / Acquisition Expenses | $969,381.90 | Principal |
| $28,317.65 | Escrow Advances | $78,774.75 | Accrued Interest |
| $4,949.79 | REO Disposition/Accrued Servicing Fee | $1,048,156.65 | Total payoff |
| $0.00 | Total Amount Denied | | |
| **$67,427.58** | Net Adv/Exp/Svc Fee Allowed to Servicer | | |

|  | Summary |
|---|---|
| $708,400.19 | Liquidation Proceeds |
| ($67,427.58) | Net Adv/Exp/Svc Fee Allowed to Servicer |
| **$640,972.61** | Net Proceeds |

Resulting in a net gain / (loss) with accrued interest:        ($407,184.04)

Resulting in a net gain / (loss) without accrued interest:     ($328,409.29)

Sincerely,

cc:

January 26, 2012

RE:     Servicer #   4 560856
        ALS #       4 560856
        Lehman #    4 560856

Dear

We have received your request for reimbursement of liquidation and acquisition expenses advanced during the foreclosure and subsequent liquidation of the above referenced property. Our review concludes the following:

| Escrow Adv/Credits Claimed | | P&I Advanced | |
|---:|---|---:|---|
| $23,800.71 | Real state Taxes | ($41,689.83) | Actual Principal Advanced |
| $5,387.00 | Hazard Insurance Premiums | $78,774.75 | Actual Net Interest Advanced |
| $0.00 | MIP emiums | $37,084.92 | Total P&I Advanced |
| ($870.06) | Positive Esc Bal | | |
| $0.00 | Hazard Ins Refund | | **Acquisition Fees and Costs Claimed** |
| $0.00 | Other | $23,932.38 | FC - Attorney Fees |
| $0.00 | Other | $1,910.36 | FC - Acquisition Costs |
| $0.00 | Other | $0.00 | BK - Attorney Fees & Costs |
| $0.00 | Trus Reimbursement | $315.00 | EV - Attorney Fees & Costs |
| **$28,317.65** | **Net Esc Adv/Credits Claimed** | $445.00 | Appraisal / BPO |
| | | $2,310.00 | Property Insp. / Preservation |
| | **Exp Recovered by Servicer** | $115.49 | Utilities |
| $0.00 | PMI Proceeds | $3,631.91 | H.O.A. Dues |
| $708,400.19 | Sale Proceeds | $1,500.00 | disp |
| $0.00 | Trus Reimbursement | $0.00 | Other: |
| $619,767.69 | Proceeds Remitted to ALS | $0.00 | Other: Payments to Prior Investor |
| **$88,632.50** | **Total Exp Recovered by servicer** | $4,949.79 | Accrued Servicing Fee |
| | | **$39,109.93** | **Total Acq. Fees/Costs Claimed** |
| | **Summary** | | |
| $104,512.50 | Total Adv/Exp Due Servicer | | |
| $0.00 | ALS Review Amount Denied | | |
| $88,632.50 | Exp Previously Recovered by Servicer | | |
| $15,880.00 | You will soon receive a wire from Aurora Loan Services **to include** this amount as payment of your | | |

claim. We consider this to be your final claim for reimbursement and will only process supplemental claims under certain circumstances. Thank you for all of your help in assisting me with processing this claim.

Sincerely,

Prepared by: Cindy Aguallo

# Servicer Claim Form

**Security Calculation of Realized Loss**

| | | | | |
|---|---|---|---|---|
| ALS Loan | 40560856 | | Remittance Type: | Scheduled/Scheduled |
| Mortgago | | | Next Payment Due Date: | |
| Property Address | | | Foreclosure Sale Date: | |
| | | | REO Sale Date: | |
| Servicer Loan | 40560856 | | # of Months Interest Accrued at Net Rate: | |
| Investor Loan | | 40560856 | Note Interest Rate: | |
| Investor | H55 | Srv Fee Mnths: | Servicing Fee Rate: | |
| P&I Paymer | | | Interest perdiem @ note rate: | |
| ARM | Y | | Actual Principal Advanced by Servicer: | |
| Inactive Dat | None | | Actual Interest Advanced by Servicer: | |
| MI Curtailmer | <MICurtailment> | | Portion of Interest Advanced After Buyout: | |
| | | | Amount due Servicer: | |

| | Servicer Claimed | Agency Paid | Amount Not Recovered | ALS Review Reason Denied |
|---|---|---|---|---|
| | | | | LIT SUPREC IAO $11,470.81 |
| Unpaid Principal Balance | | | | |
| Interest Accrued @ Net Rate | | | | |
| Total Asset Balance | $0.00 | $0.00 | $0.00 | |
| | Claimed | Paid | | Interest Denied |
| LITIGATION | $11,470.81 | | | |
| FC - Acquisition Costs | | | | |
| BK - Attorney Fees & Costs | | | | |
| EV - Attorney Fees & Costs | | | | |
| Appraisal / BPO | | | | |
| Property Insp. / Preservation | | | | |
| Utilities | | | | |
| H.O.A. Dues | | | | |
| disp | | | | |
| Other: | | | | |
| Other: Payments to Prior Investor | | | | |
| Liquidation / Acquisition Expense | $11,470.81 | $0.00 | $0.00 | Liquidation / Acquisition Exp Denied |
| susp | | | | |
| Hazard Ins Refund enter as a negative | | | | |
| Real Estate Taxes | | | | |
| Hazard Insurance Premiums | | | | |
| M I Premiums | | | | |
| Other: | | | | |
| Other: | | | | Escrow Advances Denied |
| Other: | | | | |
| Trust Reimbursement | | | | Total Amount Denied |
| | | | | Unpaid Principal Balance |
| Escrow Advance | $0.00 | $0.00 | $0.00 | Interest Accrued @ Net Rate |
| | | | Amount Remitted to ALS | **Subtotal Principal & Interest** |
| | | | | Liquidation / Acquisition Expenses |
| | | | | Escrow Advances |
| PMI Proceeds | | | | REO Disposition/Accrued Servicing Fee |
| Sale Proceeds | | | | ALS Review Amount Denied |
| Trust Reimbursement | | | | **Net Advances/Expenses Allowed** |
| Scheduled Balance Amount Remitted | | | | Subtotal |
| | | | | **Total Credits** |
| Liquidation Proceeds | $0.00 | $0.00 | $0.00 | |
| | | | | Net Gain / (Loss) With Interest |
| | | | | **Net Gain / (Loss) Without Interest** |

April 4, 2012

01-Jul-10
28-Mar-11
09-Sep-11
0
6.7500%
0.3750%
$0.00

$11,470.81

Amount Denied

$0.00

$0.00

$0.00
$0.00

$0.00
$0.00
$11,470.81
$0.00
$0.00
$0.00
$11,470.81
$11,470.81

$0.00
($11,470.81)
($11,470.81)

Loan Number: 40560856

| Month | Svcr Fee Running Total | Net Interest Rate Running Total | P&I Pymt | Note Interest Rate | Investor Rate | Net Investor Interest | Scheduled Principal Payment | Scheduled Principal Balance | Gross Interest | Servicer Fee | Payment Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Beginning Principal Balance: | | 0.00 | | | |
| 1 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jul-10 |
| 2 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Aug-10 |
| 3 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sep-10 |
| 4 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Oct-10 |
| 5 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Nov-10 |
| 6 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dec-10 |
| 7 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jan-11 |
| 8 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Feb-11 |
| 9 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mar-11 |
| 10 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Apr-11 |
| 11 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | May-11 |
| 12 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jun-11 |
| 13 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jul-11 |
| 14 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Aug-11 |
| 15 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sep-11 |
| 16 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Oct-11 |
| 17 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Nov-11 |
| 18 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dec-11 |
| 19 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jan-12 |
| 20 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Feb-12 |
| 21 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mar-12 |
| 22 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Apr-12 |
| 23 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | May-12 |
| 24 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jun-12 |
| 25 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jul-12 |
| 26 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Aug-12 |
| 27 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sep-12 |
| 28 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Oct-12 |
| 29 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Nov-12 |
| 30 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dec-12 |
| 31 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jan-13 |
| 32 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Feb-13 |
| 33 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mar-13 |
| 34 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Apr-13 |
| 35 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | May-13 |
| 36 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jun-13 |
| 37 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jul-13 |
| 38 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Aug-13 |
| 39 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Sep-13 |
| 40 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Oct-13 |
| 41 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Nov-13 |
| 42 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Dec-13 |
| 43 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jan-14 |
| 44 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Feb-14 |
| 45 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Mar-14 |
| 46 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Apr-14 |
| 47 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | May-14 |
| 48 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jun-14 |
| 49 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Jul-14 |
| 50 | 0.00 | 0.00 | 0.00 | 6.7500% | 6.3750% | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Aug-14 |

April 4, 2012

Jack Desens, Managing Director
Lehman Brothers
745 Seventh Avenue, 5th Floor
New York, NY 10019

RE:    ALS Loan # 40560856            Investor Loan # 40560856
       Security Name:
       Liquidated By:                           Liquidation Date:
       Loan Type: Conv.                 Remittance Type: Scheduled/ Scheduled

Dear Mr. Desens:

The property associated with the above referenced loan was liquidated on the date indicated above. A summary of the liquidation proceeds and expenses are listed below.

| | Advances/Expenses/Service Fee | | Principal & Interest |
|---|---|---|---|
| $11,470.81 | Liquidation / Acquisition Expenses | $0.00 | Principal |
| $0.00 | Escrow Advances | $0.00 | Accrued Interest |
| $0.00 | REO Disposition/Accrued Servicing Fee | $0.00 | Total payoff |
| $0.00 | Total Amount Denied | | |
| $11,470.81 | Net Adv/Exp/Svc Fee Allowed to Servicer | | |
| | Summary | | |
| $0.00 | Liquidation Proceeds | | |
| ($11,470.81) | Net Adv/Exp/Svc Fee Allowed to Servicer | | |
| ($11,470.81) | Net Proceeds | | |

Resulting in a net gain / (loss) with accrued interest:    ($11,470.81)

Resulting in a net gain / (loss) without accrued interest:    ($11,470.81)

Sincerely,

cc:

April 4, 2012

RE:  Servicer #   40 50856
     ALS #        40 50856
     Lehman #     40 50856

Dear

We have received your re est for reimbursement of liquidation and acquisition expenses advanced during the foreclosure and subseque  liquidation of the above referenced property. Our review concludes the following:

| Escr  Adv/Credits Claimed | | P&I Advanced | |
|---|---|---|---|
| $0.00 | Real  tate Taxes | $0.00 | Actual Principal Advanced |
| $0.00 | Hazar Insurance Premiums | $0.00 | Actual Net Interest Advanced |
| $0.00 | M I Pr niums | **$0.00** | **Total P&I Advanced** |
| $0.00 | Positi  Esc Bal | | |
| $0.00 | Hazar Ins Refund | | **Acquisition Fees and Costs Claimed** |
| $0.00 | Other | $11,470.81 | L I T I G A T I O N |
| $0.00 | Other | $0.00 | FC - Acquisition Costs |
| $0.00 | Other | $0.00 | BK - Attorney Fees & Costs |
| $0.00 | Trust  eimbursement | $0.00 | EV - Attorney Fees & Costs |
| **$0.00** | **Net E  : Adv/Credits Claimed** | $0.00 | Appraisal / BPO |
| | | $0.00 | Property Insp. / Preservation |
| | **Exp R covered by Servicer** | $0.00 | Utilities |
| $0.00 | PMI P  ceeds | $0.00 | H.O.A. Dues |
| $0.00 | Sale  oceeds | $0.00 | disp |
| $0.00 | Trust  eimbursement | $0.00 | Other: |
| $0.00 | Proce ds Remitted to ALS | $0.00 | Other: Payments to Prior Investor |
| **$0.00** | **Total  xp Recovered by servicer** | $0.00 | Accrued Servicing Fee |
| | | **$11,470.81** | **Total Acq. Fees/Costs Claimed** |

| | Summ  iry | |
|---|---|---|
| $11,470.81 | Total  dv/Exp Due Servicer | |
| $0.00 | ALS R  view Amount Denied | |
| $0.00 | Exp P  eviously Recovered by Servicer | |
| **$11,470.81** | | |

You w   soon receive a wire from Aurora Loan Services **to include** this amount as payment of your claim. We consider this to  e your final claim for reimbursement and will only process supplemental claims under certain circumstances. Th  k you for all of your help in assisting me with processing this claim.

Sincerely,



**Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-15N**

**PREPAYMENT & LIQUIDATION LOAN DETAIL REPORT**

Distribution Date: Oct 25, 2011

Contact:
Diane Swanson
Account Administrator
312-332-7535
diane.swanson@usbank.com

### GROUP 1C

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12475104 | 344,000.00 | 0.00 | 0.00 | 0.00 | -226.87 | 226.87 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12475682 | 328,500.00 | 0.00 | 0.00 | 0.00 | -866.49 | 866.49 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | MD | 1 |
| 12475815 | 360,000.00 | 0.00 | 0.00 | 0.00 | -93,958.54 | 93,958.54 | 0.00 | Liquidation | 03/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 46738423 | 301,600.00 | 324,553.64 | 0.00 | 0.00 | 79,778.57 | 244,775.07 | 0.00 | Liquidation | 10/17/2011 | | 7.375% | 75.419% | 0.00 | IL | 1 |
| 46781266 | 348,000.00 | 0.00 | 0.00 | 0.00 | 109.62 | -109.62 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | UT | 1 |
| **Total: 30** | **8,390,499.00** | **2,158,490.58** | **0.00** | **0.00** | **1,006,230.85** | **1,152,259.73** | **0.00** | | | | | | **0.00** | | |

### GROUP 2

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12463780 | 447,200.00 | 511,756.47 | 0.00 | 0.00 | 114,192.56 | 397,563.91 | 0.00 | Liquidation | 10/17/2011 | | 7.000% | 77.686% | 0.00 | CA | 1 |
| 12463499 | 487,500.00 | 0.00 | 0.00 | 0.00 | -85.31 | 85.31 | 0.00 | Liquidation | 08/16/2009 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12463507 | 1,260,000.00 | 1,382,652.39 | 0.00 | 0.00 | 871,411.99 | 511,240.40 | 0.00 | Liquidation | 10/17/2011 | | 6.875% | 36.975% | 0.00 | CA | 1 |
| 12464014 | 532,000.00 | 0.00 | 0.00 | 0.00 | -2,677.08 | 2,677.08 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12464035 | 472,000.00 | 0.00 | 0.00 | 0.00 | 64.72 | -64.72 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12474084 | 424,021.00 | 0.00 | 0.00 | 0.00 | -520.58 | 520.58 | 0.00 | Liquidation | 04/17/2010 | | 0.000% | 0.00 | 0.00 | GA | 1 |
| 12474235 | 488,000.00 | 577,838.53 | 0.00 | 0.00 | 139,217.47 | 438,621.06 | 0.00 | Liquidation | 10/17/2011 | | 7.875% | 75.907% | 0.00 | CA | 1 |
| 12474272 | 475,000.00 | 0.00 | 0.00 | 0.00 | 1,878.50 | -1,878.50 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12474289 | 442,000.00 | 0.00 | 0.00 | 0.00 | 61,525.88 | -61,525.88 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12474365 | 492,000.00 | 0.00 | 0.00 | 0.00 | -966.68 | 966.68 | 0.00 | Liquidation | 11/17/2010 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12474414 | 638,875.00 | 0.00 | 0.00 | 0.00 | -13,361.21 | 13,361.21 | 0.00 | Liquidation | 12/17/2009 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12474564 | 480,250.00 | 575,577.93 | 0.00 | 0.00 | 129,531.00 | 446,046.93 | 0.00 | Liquidation | 10/17/2011 | | 8.725% | 77.495% | 0.00 | CA | 1 |
| 12474601 | 580,500.00 | 657,046.54 | 0.00 | 0.00 | 70,361.17 | 586,685.37 | 0.00 | Liquidation | 10/17/2011 | | 7.375% | 89.291% | 0.00 | CA | 1 |
| 12474660 | 488,000.00 | 517,682.35 | 0.00 | 0.00 | 379,666.00 | 138,016.35 | 0.00 | Liquidation | 10/17/2011 | | 7.250% | 26.660% | 0.00 | CA | 1 |
| 12475000 | 580,500.00 | 0.00 | 0.00 | 0.00 | 183,201.79 | -183,201.79 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | WA | 1 |
| 12475114 | 624,000.00 | 0.00 | 0.00 | 0.00 | -2,313.24 | 2,313.24 | 0.00 | Liquidation | 02/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12475213 | 441,000.00 | 0.00 | 0.00 | 0.00 | 139,803.75 | -139,803.75 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 12475684 | 464,000.00 | 510,095.68 | 0.00 | 0.00 | 135,427.52 | 374,668.16 | 0.00 | Liquidation | 10/17/2011 | | 7.125% | 73.451% | 0.00 | CA | 1 |
| 12475392 | 637,200.00 | 0.00 | 0.00 | 0.00 | -24.74 | 24.74 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 40456782 | 648,000.00 | 0.00 | 0.00 | 0.00 | 128.72 | -128.72 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 40560856 | 890,000.00 | 1,011,071.73 | 0.00 | 0.00 | 614,396.37 | 396,675.36 | 0.00 | Liquidation | 10/17/2011 | | 6.750% | 39.233% | 0.00 | CA | 1 |
| 40583502 | 592,500.00 | 0.00 | 0.00 | 0.00 | 146.55 | -146.55 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.00 | 0.00 | NM | 1 |
| 40069483 | 858,437.00 | 0.00 | 0.00 | 0.00 | -54.00 | 54.00 | 0.00 | Liquidation | 02/16/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 40090752 | 540,000.00 | 0.00 | 0.00 | 0.00 | -38.65 | 38.65 | 0.00 | Liquidation | 11/17/2009 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 46537148 | 256,000.00 | 277,773.30 | 0.00 | 0.00 | 48,490.82 | 229,282.48 | 0.00 | Liquidation | 10/17/2011 | | 7.000% | 82.543% | 0.00 | FL | 1 |
| 46616009 | 440,000.00 | 0.00 | 0.00 | 0.00 | 206.87 | -206.87 | 0.00 | Liquidation | 04/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 46795555 | 1,000,000.00 | 0.00 | 0.00 | 0.00 | -383.66 | 383.66 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | 0.00 | 0.00 | CA | 1 |
| 46947602 | 681,000.00 | 779,508.43 | 0.00 | 0.00 | 338,023.97 | 441,484.46 | 0.00 | Liquidation | 10/17/2011 | | 7.000% | 56.636% | 0.00 | CA | 1 |

Exhibit 8



**Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-15N**

**PREPAYMENT & LIQUIDATION LOAN DETAIL REPORT**

Distribution Date: Feb 27, 2012

Contact: Diane Swanson, Account Administrator, 312-332-7535, diane.swanson@usbank.com

## GROUP 2

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40269086 | 648,000.00 | 743,111.01 | 0.00 | 0.00 | 425,784.78 | 317,326.23 | 0.00 | Liquidation | 02/17/2012 | | 7.750% | 42.702% | 0.00 | CA | 1 |
| 40560856 | 890,000.00 | 0.00 | 0.00 | 0.00 | -15,880.00 | 15,880.00 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 40596538 | 512,000.00 | 819,108.76 | 0.00 | 0.00 | 111.03 | -111.03 | 0.00 | Liquidation | 11/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 46844452 | 712,300.00 | 819,108.76 | 0.00 | 0.00 | 417,103.08 | 402,005.68 | 0.00 | Liquidation | 02/17/2012 | | 7.125% | 49.078% | 0.00 | MD | 1 |
| **Total: 17** | **9,587,237.00** | **2,811,483.39** | **0.00** | **121,606.77** | **1,321,319.83** | **1,368,861.06** | **0.00** | | | | | | | | |

## GROUP 3

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12452616 | 385,000.00 | 0.00 | 0.00 | 0.00 | 0.21 | -0.21 | 0.00 | Liquidation | 01/17/2012 | | 4.250% | 42.702% | 0.00 | CA | 1 |
| 12454455 | 391,950.00 | 0.00 | 0.00 | 0.00 | -1,875.08 | 1,875.08 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12469735O | 211,500.00 | 0.00 | 0.00 | 0.00 | -62.26 | 62.26 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | 0.000% | 0.00 | AZ | 1 |
| 12471671 | 268,000.00 | 0.00 | 0.00 | 0.00 | 0.12 | -0.12 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12472134 | 256,000.00 | 279,350.03 | 0.00 | 0.00 | 91,249.75 | 188,100.28 | 0.00 | Liquidation | 02/17/2012 | | 5.125% | 67.335% | 0.00 | SC | 1 |
| 12473536 | 133,600.00 | 0.00 | 0.00 | 0.00 | 17.00 | -17.00 | 0.00 | Liquidation | 11/17/2011 | | 0.000% | 0.000% | 0.00 | UT | 1 |
| 12473881 | 185,512.00 | 0.00 | 0.00 | 0.00 | 1,780.92 | -1,780.92 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.000% | 0.00 | NC | 1 |
| 12475194 | 136,000.00 | 0.00 | 0.00 | 0.00 | 232.35 | -232.35 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | 0.000% | 0.00 | FL | 1 |
| 12478277 | 136,800.00 | 140,577.74 | 0.00 | 0.00 | 90,157.28 | 50,420.46 | 0.00 | Liquidation | 02/17/2012 | | 3.750% | 35.867% | 0.00 | UT | 1 |
| 12469925 | 278,000.00 | 0.00 | 0.00 | 0.00 | -248.00 | 248.00 | 0.00 | Liquidation | 07/16/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12470453 | 288,000.00 | 0.00 | 0.00 | 0.00 | 50,189.32 | -50,189.32 | 0.00 | Liquidation | 06/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12471264 | 400,000.00 | 264,766.01 | 376.02 | 45,830.83 | 0.00 | -45,830.82 | 0.00 | Modification Loss | | | 2.000% | -17.310% | 0.00 | CA | 1 |
| 12471617 | 346,000.00 | 0.00 | 0.00 | 0.00 | -125.00 | 125.00 | 0.00 | Liquidation | 12/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12471619 | 370,600.00 | 374,441.60 | 0.00 | 0.00 | 87,238.83 | 287,202.77 | 0.00 | Liquidation | 02/17/2012 | | 3.625% | 76.702% | 0.00 | CA | 1 |
| 12472019 | 143,920.00 | 152,601.89 | 0.00 | 0.00 | -21,038.53 | 173,640.42 | 0.00 | Liquidation | 02/17/2012 | | 4.250% | 113.787% | 0.00 | FL | 1 |
| 12472511 | 104,000.00 | 70,639.07 | 0.00 | 0.00 | 12,387.15 | 58,251.92 | 0.00 | Liquidation | 02/17/2012 | | 3.625% | 82.464% | 0.00 | MI | 1 |
| 12472691O | 234,000.00 | 0.00 | 0.00 | 0.00 | -5,653.81 | 5,653.81 | 0.00 | Liquidation | 12/17/2011 | | 0.000% | 0.000% | 0.00 | IL | 1 |
| 12472695 | 229,000.00 | 234,934.68 | 0.00 | 0.00 | 153,337.26 | 81,597.42 | 0.00 | Liquidation | 02/17/2012 | | 3.750% | 34.732% | 0.00 | OR | 1 |
| 12473654 | 212,000.00 | 0.00 | 0.00 | 0.00 | 353.42 | -353.42 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12472740 | 384,000.00 | 0.00 | 0.00 | 0.00 | 296.32 | -296.32 | 0.00 | Liquidation | 11/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12445139 | 172,000.00 | 178,953.76 | 0.00 | 0.00 | 31,450.92 | 147,502.84 | 0.00 | Liquidation | 02/17/2012 | | 3.500% | 82.425% | 0.00 | FL | 1 |
| 12454425 | 181,900.00 | 0.00 | 0.00 | 0.00 | 965.04 | -965.04 | 0.00 | Liquidation | 11/17/2011 | | 0.000% | 0.000% | 0.00 | WA | 1 |
| 12471082 | 316,125.00 | 0.00 | 0.00 | 0.00 | -2,500.00 | 2,500.00 | 0.00 | Liquidation | 06/17/2011 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12471404 | 162,000.00 | 174,833.41 | 0.00 | 0.00 | 3,463.30 | 171,370.11 | 0.00 | Liquidation | 02/17/2012 | | 4.250% | 98.019% | 0.00 | CA | 1 |
| 12471835 | 252,000.00 | 0.00 | 0.00 | 0.00 | -14,671.42 | 14,671.42 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12472376 | 270,000.00 | 283,751.52 | 0.00 | 0.00 | 55,649.46 | 228,102.06 | 0.00 | Liquidation | 02/17/2012 | | 4.250% | 80.388% | 0.00 | CA | 1 |
| 12473353 | 209,950.00 | 0.00 | 0.00 | 0.00 | -195.00 | 195.00 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | 0.000% | 0.00 | CA | 1 |
| 12478040 | 247,000.00 | 0.00 | 0.00 | 0.00 | 1,836.00 | -1,836.00 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | 0.000% | 0.00 | MA | 1 |
| 12422574 | 310,000.00 | 0.00 | 0.00 | 0.00 | 24.72 | -24.72 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | 0.000% | 0.00 | CA | 1 |



**Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-15N**

**PREPAYMENT & LIQUIDATION LOAN DETAIL REPORT**

Distribution Date: May 25, 2012

Contact:
Diane Swanson
Account Administrator
312-332-7535
diane.swanson@usbank.com

### GROUP 2

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severit | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40680092 | 448,000.00 | 0.00 | 0.00 | 0.00 | 33,841.87 | -33,841.87 | 0.00 | Liquidation | 12/17/2011 | | 0.000% | | 0.00 | FL | 1 |
| 46844452 | 712,300.00 | 0.00 | 0.00 | 0.00 | -710.00 | 710.00 | 0.00 | Liquidation | 02/17/2012 | | 0.000% | | 0.00 | MD | 1 |
| 124746660 | 488,000.00 | 0.00 | 0.00 | 0.00 | -585.26 | 585.26 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | 0.00 | CA | 1 |
| 124752809 | 600,000.00 | 659,782.86 | 0.00 | 0.00 | 324,740.52 | 335,042.34 | 0.00 | Liquidation | 05/17/2012 | | 6.875% | 50.781% | 0.00 | CA | 1 |
| 40269086 | 648,000.00 | 0.00 | 0.00 | 0.00 | -635.74 | 635.74 | 0.00 | Liquidation | 02/17/2012 | | 0.000% | | 0.00 | CA | 1 |
| 40560856 | 890,000.00 | 0.00 | 0.00 | 0.00 | -11,470.81 | 11,470.81 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | 0.00 | CA | 1 |
| 40682924 | 636,000.00 | 729,234.34 | 0.00 | 0.00 | 179,592.00 | 549,642.34 | 0.00 | Liquidation | 05/17/2012 | | 7.625% | 75.373% | 0.00 | CA | 1 |
| 46947602 | 681,000.00 | 688,694.45 | 0.00 | 0.00 | -1,038.62 | 1,038.62 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | 0.00 | CA | 1 |
| 124749235 | 600,000.00 | 0.00 | 0.00 | 0.00 | 381,372.77 | 307,321.68 | 0.00 | Liquidation | 05/17/2012 | | 6.375% | 44.624% | 0.00 | CA | 1 |
| 124752684 | 464,000.00 | 0.00 | 0.00 | 0.00 | -807.07 | 807.07 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | 0.00 | CA | 1 |
| **Total: 20** | **12,583,300.00** | **7,024,870.58** | **0.00** | **1,498,843.75** | **2,245,875.19** | **3,283,441.86** | **0.00** | | | | | | | | |

### GROUP 3

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severit | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46455098 | 149,600.00 | 149,659.66 | 286.33 | 149,373.33 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/07/2012 | | 3.625% | | 0.00 | NM | 1 |
| 42702101 | 342,000.00 | 368,805.27 | 481.77 | 368,323.50 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 05/01/2012 | | 3.500% | | 0.00 | CA | 1 |
| 46717604 | 154,000.00 | 138,316.61 | 355.48 | 137,961.13 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 04/06/2012 | | 3.000% | | 0.00 | FL | 1 |
| 124453986 | 304,000.00 | 318,652.46 | 0.00 | 0.00 | 26,340.79 | 292,311.67 | 0.00 | Liquidation | 05/17/2012 | | 3.625% | 91.734% | 0.00 | CA | 1 |
| 12469780 6 | 352,000.00 | 373,732.82 | 0.00 | 0.00 | 24,829.38 | 348,903.44 | 0.00 | Liquidation | 05/17/2012 | | 3.250% | 93.356% | 0.00 | CA | 1 |
| 12471165 6 | 313,000.00 | 0.00 | 0.00 | 0.00 | 997.00 | -997.00 | 0.00 | Liquidation | 03/16/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124714932 | 350,000.00 | 0.00 | 0.00 | 0.00 | -21.00 | 21.00 | 0.00 | Liquidation | 03/16/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124718289 | 304,000.00 | 299,834.83 | 0.00 | 0.00 | 44,113.65 | 255,721.18 | 0.00 | Liquidation | 03/16/2012 | | 3.625% | 85.287% | 0.00 | CA | 1 |
| 124720137 | 288,750.00 | 0.00 | 0.00 | 0.00 | 2,567.53 | -2,567.53 | 0.00 | Liquidation | 03/16/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124720806 | 274,500.00 | 0.00 | 0.00 | 0.00 | 215.00 | -215.00 | 0.00 | Liquidation | 03/17/2010 | | 0.000% | | 0.00 | FL | 1 |
| 124721978 | 158,400.00 | 0.00 | 0.00 | 0.00 | 2,188.00 | -188.00 | -2,000.00 | Liquidation | 03/16/2012 | | 0.000% | | 0.00 | PA | 1 |
| 124726951 | 229,000.00 | 0.00 | 0.00 | 0.00 | -961.75 | 961.75 | 0.00 | Liquidation | 02/17/2012 | | 0.000% | | 0.00 | OR | 1 |
| 124736547 | 212,000.00 | 0.00 | 0.00 | 0.00 | -6.09 | 6.09 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | 0.00 | CA | 1 |
| 124451089 | 332,000.00 | 345,270.39 | 0.00 | 0.00 | 78,680.26 | 266,590.13 | 0.00 | Liquidation | 05/17/2012 | | 3.625% | 77.212% | 0.00 | CA | 1 |
| 124718891 | 380,000.00 | 380,602.40 | 0.00 | 0.00 | 103,510.84 | 277,091.56 | 0.00 | Liquidation | 03/16/2012 | | 3.375% | 72.803% | 0.00 | CA | 1 |
| 124735564 | 324,000.00 | 0.00 | 0.00 | 0.00 | -342.50 | 342.50 | 0.00 | Liquidation | 03/16/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124453242 | 174,700.00 | 0.00 | 0.00 | 0.00 | -37.65 | 37.65 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | 0.00 | UT | 1 |
| 124455114 | 232,800.00 | 227,788.30 | 0.00 | 0.00 | 80,048.23 | 147,740.07 | 0.00 | Liquidation | 05/17/2012 | | 3.625% | 64.858% | 0.00 | WA | 1 |
| 124707795 | 308,700.00 | 0.00 | 0.00 | 0.00 | 88,972.65 | -88,972.65 | 0.00 | Liquidation | 05/17/2011 | | 0.000% | | 0.00 | FL | 1 |
| 124710757 | 139,750.00 | 0.00 | 0.00 | 0.00 | -700.00 | 700.00 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | 0.00 | FL | 1 |
| 124712506 | 304,000.00 | 0.00 | 0.00 | 0.00 | -908.50 | 908.50 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124717273 | 189,000.00 | 202,810.62 | 0.00 | 0.00 | -13,781.38 | 216,592.00 | 0.00 | Liquidation | 05/17/2012 | | 5.125% | 106.795% | 0.00 | AZ | 1 |
| 124721721 | 124,500.00 | 121,499.19 | 0.00 | 0.00 | 41,391.44 | 80,107.75 | 0.00 | Liquidation | 05/17/2012 | | 3.000% | 65.933% | 0.00 | OR | 1 |



**Lehman XS Trust, Mortgage Pass-Through Certificates, Series 2007-15N**

**PREPAYMENT & LIQUIDATION LOAN DETAIL REPORT**

Distribution Date: Jul 25, 2012

Contact: Julia Linian
312-332-7539
Julia.Linian@usbank.com

## GROUP 2

| Loan Num | Original Balance | Beginning Balance | Scheduled Principal | Prepayments Incl Curtail | Liquidation Proceeds | Loss | Add'l Loss | Payoff Description | Paid Off Date | Add'l Loss Date | Loan Rate | Loss Severity | Prepay Penalty | State | Lien |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 124637695 | 560,000.00 | 592,650.15 | 0.00 | 592,650.15 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 06/29/2012 | | 3.500% | | 0.00 | CA | 1 |
| 124750092 | 859,000.00 | 861,147.70 | 0.00 | 861,147.70 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/12/2012 | | 3.500% | | 0.00 | CA | 1 |
| 124753567 | 450,000.00 | 481,301.50 | 0.00 | 481,301.50 | 0.00 | 0.00 | 0.00 | Voluntary PIF | 07/16/2012 | | 3.500% | | 0.00 | WA | 1 |
| 12464187 | 635,000.00 | 0.00 | 0.00 | 0.00 | -5,661.14 | 5,661.14 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | 0.00 | CA | 1 |
| 124641424 | 456,000.00 | 501,245.92 | 0.00 | 0.00 | 411,637.35 | 89,608.57 | 0.00 | Liquidation | 07/17/2012 | | 3.500% | | 17.877% | 0.00 | CA | 1 |
| 124746009 | 430,200.00 | 493,818.67 | 0.00 | 0.00 | 277,324.01 | 216,494.66 | 0.00 | Liquidation | 07/17/2012 | | 3.000% | | 43.841% | 0.00 | CA | 1 |
| 124751124 | 560,000.00 | 0.00 | 0.00 | 0.00 | -1,008.00 | 1,008.00 | 0.00 | Liquidation | 06/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124742081 | 468,000.00 | 0.00 | 0.00 | 0.00 | 1,364.00 | -1,364.00 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124752809 | 600,000.00 | 0.00 | 0.00 | 0.00 | 2,448.23 | -2,448.23 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124751611 | 640,000.00 | 0.00 | 0.00 | 0.00 | 147.80 | -147.80 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124742552 | 471,500.00 | 0.00 | 0.00 | 0.00 | 49.74 | -49.74 | 0.00 | Liquidation | 12/17/2011 | | 0.000% | | | 0.00 | CA | 1 |
| 124640293 | 521,600.00 | 573,376.51 | 0.00 | 0.00 | 168,925.42 | 404,451.09 | 0.00 | Liquidation | 07/17/2012 | | 3.500% | | 70.538% | 0.00 | CA | 1 |
| 124740333 | 635,500.00 | 0.00 | 0.00 | 0.00 | 1,148.00 | -1,148.00 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | AZ | 1 |
| 124662924 | 636,000.00 | 0.00 | 0.00 | 0.00 | 722.12 | -722.12 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124686552 | 479,999.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | -2,000.00 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124752213 | 441,000.00 | 0.00 | 0.00 | 0.00 | -283.55 | 283.55 | 0.00 | Liquidation | 07/16/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124663502 | 423,200.00 | 486,518.14 | 0.00 | 0.00 | 154,213.27 | 332,304.87 | 0.00 | Liquidation | 07/17/2012 | | 3.500% | | 68.303% | 0.00 | CA | 1 |
| 124749995 | 505,000.00 | 577,292.35 | 0.00 | 0.00 | 293,804.93 | 283,487.42 | 0.00 | Liquidation | 07/17/2012 | | 3.500% | | 49.106% | 0.00 | CA | 1 |
| 124753880 | 432,000.00 | 475,030.92 | 0.00 | 0.00 | 74,480.09 | 400,550.83 | 0.00 | Liquidation | 05/17/2012 | | 3.500% | | 84.321% | 0.00 | CA | 1 |
| 124688892 | 1,446,250.00 | 1,659,500.02 | 0.00 | 0.00 | 1,175,556.17 | 483,943.85 | 0.00 | Liquidation | 07/17/2012 | | 3.500% | | 29.162% | 0.00 | CA | 1 |
| 40647661 | 523,200.00 | 0.00 | 0.00 | 0.00 | 439.97 | -439.97 | 0.00 | Liquidation | 06/16/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124741463 | 719,900.00 | 0.00 | 0.00 | 0.00 | 635.00 | -635.00 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124750605 | 540,800.00 | 0.00 | 0.00 | 0.00 | 980.80 | -980.80 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124750696 | 480,000.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | -2,000.00 | 0.00 | Liquidation | 08/17/2011 | | 0.000% | | | 0.00 | CA | 1 |
| 12463749 | 650,000.00 | 0.00 | 0.00 | 0.00 | -1,541.83 | 1,541.83 | 0.00 | Liquidation | 12/17/2010 | | 0.000% | | | 0.00 | CA | 1 |
| 124744152 | 500,000.00 | 0.00 | 0.00 | 0.00 | 186,197.66 | -186,197.66 | 0.00 | Liquidation | 06/16/2012 | | 0.000% | | | 0.00 | VA | 1 |
| 124742305 | 648,000.00 | 0.00 | 0.00 | 0.00 | 22,294.16 | -22,294.16 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124747494 | 546,500.00 | 0.00 | 0.00 | 0.00 | 205.00 | -205.00 | 0.00 | Liquidation | 06/16/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124752858 | 576,500.00 | 0.00 | 0.00 | 0.00 | -7,855.96 | 7,855.96 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124673015 | 496,500.00 | 0.00 | 0.00 | 0.00 | -15.00 | 15.00 | 0.00 | Liquidation | 06/16/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 124641531 | 609,600.00 | 0.00 | 0.00 | 0.00 | 117.42 | -117.42 | 0.00 | Liquidation | 04/17/2012 | | 0.000% | | | 0.00 | FL | 1 |
| 124749235 | 600,000.00 | 0.00 | 0.00 | 0.00 | -1,157.77 | 1,157.77 | 0.00 | Liquidation | 05/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| 40560866 | 890,000.00 | 0.00 | 0.00 | 0.00 | -6,883.79 | 6,883.79 | 0.00 | Liquidation | 10/17/2011 | | 0.000% | | | 0.00 | CA | 1 |
| 12474 0580 | 484,000.00 | 0.00 | 0.00 | 0.00 | 2,271.42 | -2,271.42 | 0.00 | Liquidation | 01/17/2012 | | 0.000% | | | 0.00 | CA | 1 |
| **Total: 34** | **19,914,249.00** | **6,701,881.88** | **0.00** | **1,935,099.35** | **2,756,571.52** | **2,010,211.01** | **0.00** | | | | | | **0.00** | | |

## GROUP 3