# Exhibit 9

| Count | Loan Number | Servicer | Purchase Price Document(s) Found |
|---|---|---|---|
| 1 | 124656349 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | Yes |
| 2 | 124073214 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | Yes |
| 3 | 124646662 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | Yes |
| 4 | 18079368 | CITIMORTGAGE INC | Yes |
| 5 | 17780750 | CITIMORTGAGE INC | Yes |
| 6 | 17825613 | CITIMORTGAGE INC | Yes |
| 7 | 15949837 | CITIMORTGAGE INC | Yes |
| 8 | 18262741 | CITIMORTGAGE INC | Yes |
| 9 | 17824897 | CITIMORTGAGE INC | Yes |
| 10 | 30170476 | CITIMORTGAGE INC | Yes |
| 11 | 16143224 | CITIMORTGAGE INC | Yes |
| 12 | 18976142 | CITIMORTGAGE INC | Yes |
| 13 | 15734635 | CITIMORTGAGE INC | Yes |
| 14 | 30367684 | HOMEQ SERVICING | Yes |
| 15 | 30260558 | HOMEQ SERVICING | Yes |
| 16 | 31298482 | MIDWEST LOAN SERVICES INC. | Yes |
| 17 | 18429472 | MIDWEST LOAN SERVICES INC. | Yes |
| 18 | 39609714 | NATIONSTAR MORTGAGE LLC | Yes |
| 19 | 40356412 | NATIONSTAR MORTGAGE LLC | Yes |
| 20 | 40056681 | NATIONSTAR MORTGAGE LLC | Yes |
| 21 | 30257877 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 22 | 31420110 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 23 | 31576358 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 24 | 31475452 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 25 | 32194987 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 26 | 37369832 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 27 | 31160740 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 28 | 32159519 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 29 | 36414688 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 30 | 35304997 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 31 | 36763340 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 32 | 32082810 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 33 | 31609449 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 34 | 30455489 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 35 | 31729932 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 36 | 31979487 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 37 | 32256513 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 38 | 31834625 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 39 | 31419740 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 40 | 32055899 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 41 | 31909872 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 42 | 35807601 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 43 | 36124147 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 44 | 30144901 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 45 | 35051523 | OCWEN (FKA GMAC MORTGAGE) | Yes |
| 46 | 32346579 | OCWEN LOAN SERVICING LLC | Yes |
| 47 | 32271413 | OCWEN LOAN SERVICING LLC | Yes |
| 48 | 124254707 | OCWEN LOAN SERVICING LLC | Yes |
| 49 | 124253352 | OCWEN LOAN SERVICING LLC | Yes |
| 50 | 124416108 | OCWEN LOAN SERVICING LLC | Yes |
| 51 | 31944630 | OCWEN LOAN SERVICING LLC | Yes |
| 52 | 120870068 | OCWEN LOAN SERVICING LLC | Yes |
| 53 | 32586356 | OCWEN LOAN SERVICING LLC | Yes |
| 54 | 32548695 | OCWEN LOAN SERVICING LLC | Yes |
| 55 | 120873385 | OCWEN LOAN SERVICING LLC | Yes |
| 56 | 14868707 | OCWEN LOAN SERVICING LLC | Yes |
| 57 | 32280844 | OCWEN LOAN SERVICING LLC | Yes |
| 58 | 123013252 | OCWEN LOAN SERVICING LLC | Yes |
| 59 | 124251703 | OCWEN LOAN SERVICING LLC | Yes |
| 60 | 124437088 | OCWEN LOAN SERVICING LLC | Yes |
| 61 | 32311227 | OCWEN LOAN SERVICING LLC | Yes |
| 62 | 32511164 | OCWEN LOAN SERVICING LLC | Yes |
| 63 | 37722188 | OCWEN LOAN SERVICING LLC | Yes |
| 64 | 32395709 | OCWEN LOAN SERVICING LLC | Yes |
| 65 | 124954058 | OCWEN LOAN SERVICING LLC | Yes |
| 66 | 123536781 | OCWEN LOAN SERVICING LLC | Yes |
| 67 | 121867238 | WELLS FARGO | Yes |
| 68 | 122255847 | WELLS FARGO | Yes |

| Count | Loan Number | Servicer | Purchase Price Document(s) Found |
|---|---|---|---|
| 69 | 121864748 | WELLS FARGO | Yes |
| 70 | 121317283 | WELLS FARGO | Yes |
| 71 | 122252034 | WELLS FARGO | Yes |
| 72 | 122268956 | WELLS FARGO | Yes |
| 73 | 121828735 | WELLS FARGO | Yes |
| 74 | 121862189 | WELLS FARGO | Yes |
| 75 | 122260631 | WELLS FARGO | Yes |
| 76 | 121305841 | WELLS FARGO | Yes |
| 77 | 122245988 | WELLS FARGO | Yes |
| 78 | 121823215 | WELLS FARGO | Yes |
| 79 | 121847594 | WELLS FARGO | Yes |
| 80 | 121827364 | WELLS FARGO | Yes |
| 81 | 122267057 | WELLS FARGO | Yes |
| 82 | 121282651 | WELLS FARGO | Yes |
| 83 | 122280001 | WELLS FARGO | Yes |
| 84 | 121309405 | WELLS FARGO | Yes |
| 85 | 122248842 | WELLS FARGO | Yes |
| 86 | 121284251 | WELLS FARGO | Yes |
| 87 | 121868020 | WELLS FARGO | Yes |
| 88 | 121322515 | WELLS FARGO | Yes |
| 89 | 122231343 | WELLS FARGO | Yes |
| 90 | 121860522 | WELLS FARGO | Yes |
| 91 | 122911787 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 92 | 122319064 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 93 | 122312523 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 94 | 122312937 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 95 | 122920200 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 96 | 122321805 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 97 | 123042434 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 98 | 122300866 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 99 | 122923436 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 100 | 122317738 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 101 | 123045700 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 102 | 123035354 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 103 | 122310428 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 104 | 122289952 | BANK OF AMERICA, N.A. (FKA BAC HOME LOANS SERVICING LP) | No |
| 105 | 124066721 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 106 | 124068909 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 107 | 124069113 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 108 | 124069543 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 109 | 124071283 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 110 | 124073909 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 111 | 124077413 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 112 | 124651936 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 113 | 124654724 | BRIDGEFIELD MORTGAGE (AKA RESMAE) | No |
| 114 | 123853491 | CHASE | No |
| 115 | 124280488 | CHASE | No |
| 116 | 123884645 | CHASE | No |
| 117 | 124058504 | CHASE | No |
| 118 | 124830621 | CHASE | No |
| 119 | 124250572 | CHASE | No |
| 120 | 124904640 | CHASE | No |
| 121 | 124794132 | CHASE | No |
| 122 | 124670407 | CHASE | No |
| 123 | 124046145 | CHASE | No |
| 124 | 123000937 | CHASE | No |
| 125 | 16130346 | CITIMORTGAGE INC | No |
| 126 | 17530973 | CITIMORTGAGE INC | No |
| 127 | 400565198 | CITIMORTGAGE INC | No |
| 128 | 18682385 | CITIMORTGAGE INC | No |
| 129 | 16441180 | CITIMORTGAGE INC | No |
| 130 | 120862388 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 131 | 120875042 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 132 | 120916648 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 133 | 120912225 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 134 | 120919477 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 135 | 120876727 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 136 | 120917513 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |

| Count | Loan Number | Servicer | Purchase Price Document(s) Found |
|---|---|---|---|
| 137 | 120892690 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 138 | 120897327 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 139 | 120877535 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 140 | 120909197 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 141 | 120877543 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 142 | 120897889 | HOMEWARD RESIDENTIAL INC. (FKA AHMSI) | No |
| 143 | 17834342 | LITTON LOAN SERVICING | No |
| 144 | 16322661 | LITTON LOAN SERVICING | No |
| 145 | 47574934 | NATIONSTAR MORTGAGE LLC | No |
| 146 | 47683958 | NATIONSTAR MORTGAGE LLC | No |
| 147 | 124362146 | OCWEN (FKA GMAC MORTGAGE) | No |
| 148 | 30749410 | OCWEN (FKA GMAC MORTGAGE) | No |
| 149 | 36677151 | OCWEN (FKA GMAC MORTGAGE) | No |
| 150 | 36058220 | OCWEN (FKA GMAC MORTGAGE) | No |
| 151 | 37609278 | OCWEN LOAN SERVICING LLC | No |
| 152 | 124317710 | OCWEN LOAN SERVICING LLC | No |
| 153 | 32535494 | OCWEN LOAN SERVICING LLC | No |
| 154 | 37721495 | OCWEN LOAN SERVICING LLC | No |
| 155 | 124327917 | OCWEN LOAN SERVICING LLC | No |
| 156 | 122297138 | SPECIALIZED LOAN SERVICING, LLC (SLS) | No |
| 157 | 122289382 | SPECIALIZED LOAN SERVICING, LLC (SLS) | No |
| 158 | 122320161 | SPECIALIZED LOAN SERVICING, LLC (SLS) | No |
| 159 | 121848436 | WELLS FARGO | No |
| 160 | 121866974 | WELLS FARGO | No |