# Exhibit 3

## Munno, M. William

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Friday, December 12, 2014 4:25 PM |
| **To:** | 'Jerald Dreyer' |
| **Cc:** | 'Michael Rollin'; 'Shalhoub, Paul'; 'Hagglund, Cristina I. Miller-Ojeda'; 'mbraswell@joneskeller.com'; 'Netzer, Roger'; 'Ambeault, Alison'; 'Baio, Joseph'; 'O'Connor, Brian'; 'Hector Perez'; 'Pfeiffer, Allen'; 'Esses, Edmond'; 'Thomas Musarra'; 'Jeffrey Taylor (jtaylor@digitalrisk.com)'; 'Kristina Cmorey'; 'Joseph Phillips'; Guzman, Daniel; 'tfrench@willkie.com'; 'zachary.trumpp@lehmanholdings.com'; 'scott.drosdick@lehmanholdings.com'; 'Cosenza, Todd'; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'ADARWIN@nixonpeabody.com Darwin'; 'rpedone@nixonpeabody.com' |
| **Subject:** | RE: AURORA DELIVERY OF THE 50,000 TOMORROW : In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Attachments:** | Direction Letter to Nationstar .pdf; List of Covered Loans_NationStar.xlsx |

Jerry:

In line with our telephone conversation this morning, I attach a direction letter dated December 12, 2014 signed by U.S. Bank, Law Debenture, Wilmington Trust Company and Wilmington National Association, and Deutsche Bank, each in their respective capacity as Trustee, Indenture Trustee or Separate Trustee, directing Nationstar Mortgage LLC, as Master Servicer, to have Aurora Loan Services LLC send the Covered Loans in each of the 252 Covered Trusts by hard drive to Hector Perez at Digital Risk, LLC.

Please sign and return to me the signature page (page 3) with Nationstar's acceptance of the Direction and please confirm that Nationstar has forwarded the request to Aurora.

Please call with any questions.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Friday, December 12, 2014 8:59 AM
**To:** 'Cosenza, Todd'; Munno, M. William; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'ADARWIN@nixonpeabody.com Darwin'; 'rpedone@nixonpeabody.com'
**Cc:** 'Michael Rollin'; Shalhoub, Paul; Hagglund, Cristina I. Miller-Ojeda; 'mbraswell@joneskeller.com'; Netzer, Roger; Ambeault, Alison; Baio, Joseph; O'Connor, Brian; 'Hector Perez'; 'Pfeiffer, Allen'; 'Esses, Edmond'; 'Thomas Musarra'; 'Jeffrey Taylor (jtaylor@digitalrisk.com)'; Kristina Cmorey; Joseph Phillips; Guzman, Daniel; 'tfrench@willkie.com'; 'zachary.trumpp@lehmanholdings.com'; 'scott.drosdick@lehmanholdings.com'
**Subject:** RE: AURORA DELIVERY OF THE 50,000 TOMORROW : In re Lehman Brothers Holdings Inc. - Case No. 08-13555

1

December 12, 2014

**By Email and Federal Express**
**(cover Letter Only)**
Nationstar Mortgage LLC
350 Highland Drive
Lewisville, Texas 75067
Attention: General Counsel

Re: Direction Letter

Ladies and Gentleman:

U.S. Bank National Association, Law Debenture Trustee Company of New York, Wilmington Trust Company, Wilmington Trust, National Association, and Deutsche Bank National Trust Company (each, a "Trustee" or "Separate Trustee", and collectively the "Trustees"), serve as Trustees for each of the trusts set forth on the attached Excel spreadsheet (the "Trusts"). Nationstar Mortgage LLC (the "Master Servicer") serves as the Master Servicer for each of the Trusts.

In accordance with the Trust Agreement for each of the Trusts, the Master Servicer shall, and shall cause each servicer, to provide access to information and documentation regarding the Mortgage Loans to the Trustee upon reasonable request. Further, the securitization servicing agreements generally contain provisions stating that each Servicing File (as defined on Exhibit A) shall be held in trust for the benefit of the Trustee and possession of such Servicing File shall be solely in a custodial capacity and at the will of the trustee.

In its capacity as Trustee of the Trusts, each Trustee hereby directs and instructs the Master Servicer as follows:

1. To immediately retrieve all Servicing Files for any of the mortgage loans in any of the Trusts, which mortgage loans are set forth on the Excel spreadsheet (such loans, "Covered Loans"), in the possession or control of Aurora Loan Services LLC or Aurora Bank FSB, and send any such Servicing Files to the Trustee immediately upon receipt thereof at the address set forth below;

2. To immediately provide all Servicing Files related to Covered Loans in the possession or control of the Master Servicer in its capacity as Master Servicer or servicer to the Trustee at the address set forth below;

3. To immediately retrieve and provide to the Trustee and/or cause any securitization servicer to provide to the Trustee at the address set forth below all Servicing Files related to any Covered Loans in each securitization servicers possession or control.

Please send the requested servicing files to the following address on behalf of the Trustees:

Hector Perez
Digital Risk, LLC
2301 Maitland Center Parkway, Suite 165
Maitland, FL 32751

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name: Timothy Pillar
    Title: Senior Vice President

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: /s/ _____
    Name: THOMAS MUSARRA
    Title: SENIOR VICE PRESIDENT

WILMINGTON TRUST, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: */s/ Dorri Costello*
    Name: Dorri Costello
    Title: Assistant Vice President

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____[signature]_____
    Name:
    Title: Marton Hogan
          Associate

Accepted and Agreed as of
the date first written above:

NATIONSTAR MORTGAGE LLC

By: _____
Name: Jerald W. Dreyer
Title: Vice President

cc: Aurora Loan Services LLC, in its capacity as master servicer
for any Covered Loans in its possession
10350 Park Meadows Drive
Littleton, CO 80124

## EXHIBIT A

## DEFINITION OF SERVICING FILE

Servicing File – Means, all documents that are included in the definition of Servicing File in the applicable securitization agreement and any other documents or records related to a Covered Loan including, but not limited to, the following:

- Complete Appraisal
- AVM, desktop/field review (if applicable)
- Complete loan application (1003) for all borrowers
- Full credit report for all borrowers
- Uniform underwriting & transmittal summary (1008)
- Verification of rent (VOR) or mortgage (VOM) (if applicable)
- Underwriting approval(s) and conversation log(s)
- Preliminary title
- Final settlement statement
- Final TIL
- Final title policy
- Flood certification
- Evidence of hazard insurance
- Flood insurance (if applicable)
- Asset verification including down payment on a purchase (if applicable)
- Complete purchase agreement including any addenda (if applicable)
- Income documentation from all sources used to qualify (if applicable)
- Telephone verification of employment or self-employment
- Verification of self-employment (if applicable)
- Note
- Mortgage or deed of trust
- Right to cancel (if applicable)
- Borrower's certification and authorization
- All applicable disclosures
- Any underwriting, funding, compliance checklists
- Letter of explanation (LOE) (if applicable)
- All applicable riders
- Full applicable underwriting guidelines
- Internal appraisal forms
- Evidence of satisfaction/release of judgments and liens (if applicable)
- Copy of driver's license or other proof of identity supplied at closing
- Any trailing documents
- All payment histories and collection/servicing notes
- All additional documents utilized in originating and/or servicing such Covered Loan

SK 16271 0159 6280085

## Munno, M. William

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Friday, December 12, 2014 4:31 PM |
| **To:** | 'Mary L. Sohlberg'; 'Linda D. Stinson' |
| **Cc:** | 'Michael Rollin'; 'Shalhoub, Paul'; 'Hagglund, Cristina I. Miller-Ojeda'; 'mbraswell@joneskeller.com'; 'Netzer, Roger'; 'Ambeault, Alison'; 'Baio, Joseph'; 'O'Connor, Brian'; 'Hector Perez'; 'Pfeiffer, Allen'; 'Esses, Edmond'; 'Thomas Musarra'; 'Jeffrey Taylor (jtaylor@digitalrisk.com)'; 'Kristina Cmorey'; 'Joseph Phillips'; Guzman, Daniel; 'tfrench@willkie.com'; 'zachary.trumpp@lehmanholdings.com'; 'scott.drosdick@lehmanholdings.com'; Munno, M. William; 'Cosenza, Todd'; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'ADARWIN@nixonpeabody.com Darwin'; 'rpedone@nixonpeabody.com' |
| **Subject:** | RE: AURORA DELIVERY OF THE 50,000 TOMORROW : In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Attachments:** | Direction Letter to Wells Fargo .pdf; List of Covered Loans and Trusts_Wells Fargo.xlsx |

Mary and Linda:

In line with our telephone conversation this morning, I attach a direction letter dated December 12, 2014 signed by U.S. Bank, Law Debenture, Wilmington Trust Company and Wilmington National Association, and Deutsche Bank, each in their respective capacity as Trustee, Indenture Trustee or Separate Trustee, directing Wells Fargo, as Master Servicer, to have Aurora Loan Services LLC send the Covered Loans in each of the 252 Covered Trusts by hard drive to Hector Perez at Digital Risk, LLC.

Please sign and return to me the signature page (page 3) with Wells Fargo's acceptance of the Direction and please confirm that Wells Fargo has forwarded the request to Aurora.

Please call with any questions.

Thank you.


Bill Munno

---

**From:** Munno, M. William
**Sent:** Friday, December 12, 2014 8:59 AM
**To:** 'Cosenza, Todd'; Munno, M. William; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'ADARWIN@nixonpeabody.com Darwin'; 'rpedone@nixonpeabody.com'
**Cc:** 'Michael Rollin'; Shalhoub, Paul; Hagglund, Cristina I. Miller-Ojeda; 'mbraswell@joneskeller.com'; Netzer, Roger; Ambeault, Alison; Baio, Joseph; O'Connor, Brian; 'Hector Perez'; 'Pfeiffer, Allen'; 'Esses, Edmond'; 'Thomas Musarra'; 'Jeffrey Taylor (jtaylor@digitalrisk.com)'; Kristina Cmorey; Joseph Phillips; Guzman, Daniel; 'tfrench@willkie.com'; 'zachary.trumpp@lehmanholdings.com'; 'scott.drosdick@lehmanholdings.com'
**Subject:** RE: AURORA DELIVERY OF THE 50,000 TOMORROW : In re Lehman Brothers Holdings Inc. - Case No. 08-13555

Todd:

1

December 12, 2014

**By Email and Federal Express**
**(cover Letter Only)**
Wells Fargo
90 South 7th Street
Minneapolis, MN 55402
Attention: General Counsel

Re: <u>Direction Letter</u>

Ladies and Gentleman:

  U.S. Bank National Association, Law Debenture Trustee Company of New York, Wilmington Trust Company, Wilmington Trust, National Association, and Deutsche Bank National Trust Company (each, a "<u>Trustee</u>" or "Separate Trustee", and collectively the "<u>Trustees</u>"), serve as Trustees for each of the trusts set forth on the attached Excel spreadsheet (the "<u>Trusts</u>"). Nationstar Mortgage LLC (the "<u>Master Servicer</u>") serves as the Master Servicer for each of the Trusts.

  In accordance with the Trust Agreement for each of the Trusts, the Master Servicer shall, and shall cause each servicer, to provide access to information and documentation regarding the Mortgage Loans to the Trustee upon reasonable request. Further, the securitization servicing agreements generally contain provisions stating that each Servicing File (as defined on <u>Exhibit A</u>) shall be held in trust for the benefit of the Trustee and possession of such Servicing File shall be solely in a custodial capacity and at the will of the trustee.

  In its capacity as Trustee of the Trusts, each Trustee hereby directs and instructs the Master Servicer as follows:

1. To immediately retrieve all Servicing Files for any of the mortgage loans in any of the Trusts, which mortgage loans are set forth on the Excel spreadsheet (such loans, "<u>Covered Loans</u>"), in the possession or control of Aurora Loan Services LLC or Aurora Bank FSB, and send any such Servicing Files to the Trustee immediately upon receipt thereof at the address set forth below;

2. To immediately provide all Servicing Files related to Covered Loans in the possession or control of the Master Servicer in its capacity as Master Servicer or servicer to the Trustee at the address set forth below;

3. To immediately retrieve and provide to the Trustee and/or cause any securitization servicer to provide to the Trustee at the address set forth below all Servicing Files related to any Covered Loans in each securitization servicers possession or control.

  Please send the requested servicing files to the following address on behalf of the Trustees:

Hector Perez
Digital Risk, LLC
2301 Maitland Center Parkway, Suite 165
Maitland, FL 32751

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name: Timothy Pillar
    Title: Senior Vice President

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: */s/ Thomas Musarra*
    Name: **THOMAS MUSARRA**
    Title: **SENIOR VICE PRESIDENT**

WILMINGTON TRUST, NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: /s/ Dorri Costello
    Name: Dorri Costello
    Title: Assistant Vice President

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By:_____
    Name:
    Title:

Very truly yours,

U.S. BANK NATIONAL ASSOCIATION, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

LAW DEBENTURE TRUST COMPANY OF NEW YORK, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

WILMINGTON TRUST COMPANY, WILMINGTON TRUST, NATIONAL ASSOCIATION, EACH SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:
    Title:

DEUTSCHE BANK NATIONAL TRUST COMPANY, SOLELY IN ITS CAPACITY AS TRUSTEE OF CERTAIN OF THE TRUSTS AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____/s/_____
    Name: Marion Hogan
    Title: Associate

Accepted and Agreed as of
the date first written above:

WELLS FARGO

By:    _____
      Name:
      Title:

cc: Aurora Loan Services LLC, in its capacity as master servicer
for any Covered Loans in its possession
10350 Park Meadows Drive
Littleton, CO 80124

EXHIBIT A

DEFINITION OF SERVICING FILE

<u>Servicing File</u> – Means, all documents that are included in the definition of Servicing File in the applicable securitization agreement and any other documents or records related to a Covered Loan including, but not limited to, the following:

- Complete Appraisal
- AVM, desktop/field review (if applicable)
- Complete loan application (1003) for all borrowers
- Full credit report for all borrowers
- Uniform underwriting & transmittal summary (1008)
- Verification of rent (VOR) or mortgage (VOM) (if applicable)
- Underwriting approval(s) and conversation log(s)
- Preliminary title
- Final settlement statement
- Final TIL
- Final title policy
- Flood certification
- Evidence of hazard insurance
- Flood insurance (if applicable)
- Asset verification including down payment on a purchase (if applicable)
- Complete purchase agreement including any addenda (if applicable)
- Income documentation from all sources used to qualify (if applicable)
- Telephone verification of employment or self-employment
- Verification of self-employment (if applicable)
- Note
- Mortgage or deed of trust
- Right to cancel (if applicable)
- Borrower's certification and authorization
- All applicable disclosures
- Any underwriting, funding, compliance checklists
- Letter of explanation (LOE) (if applicable)
- All applicable riders
- Full applicable underwriting guidelines
- Internal appraisal forms
- Evidence of satisfaction/release of judgments and liens (if applicable)
- Copy of driver's license or other proof of identity supplied at closing
- Any trailing documents
- All payment histories and collection/servicing notes
- All additional documents utilized in originating and/or servicing such Covered Loan

SK 16271 0159 6280233

- 4 -

December 23, 2014

**By Email and Federal Express**
(cover Letter Only)

Wells Fargo Bank, National Association,
not in its individual capacity, but solely as
Master Servicer for the Trusts
9062 Old Annapolis Road
Columbia, Maryland 21045
Attention: SASCO 2006-BC2; SASCO 2006-BC3; SASCO 2006-BC4

Re: Request Letter

Ladies and Gentlemen:

      U.S. Bank National Association (the "Trustee") serves as Trustee for each of the trusts set forth on the attached Excel spreadsheet (the "Trusts"). Wells Fargo Bank, National Association (the "Master Servicer") serves as the Master Servicer for each of the Trusts.

      In accordance with the Trust Agreement for each of the Trusts, the Master Servicer shall, and shall cause each servicer, to provide access to information and documentation regarding the Mortgage Loans to the Trustee upon reasonable request. Further, the securitization servicing agreements generally contain provisions stating that each Servicing File (as defined on Exhibit A) shall be held in trust for the benefit of the Trustee and possession of such Servicing File shall be solely in a custodial capacity and at the will of the Trustee.

      In its capacity as Trustee of the Trusts, the Trustee hereby requests the following from the Master Servicer:

1. Promptly provide Aurora Loan Services LLC and Aurora Bank FSB (collectively, "Aurora") and any other party servicing loans on behalf of the Trusts (such servicers, together with Aurora, the "Servicers") with a copy of this letter, which hereby requests the Servicers to deliver all Servicing Files for the mortgage loans owned by the Trusts and identified on the Excel spreadsheet attached to the letter (such loans, "Covered Loans") that are in Servicer's possession or control to the Trustee at the address set forth below; and

2. Promptly provide all Servicing Files, if any, related to Covered Loans that are in the possession of the Master Servicer to the Trustee at the address set forth below but only to the extent not otherwise received from the Servicer(s).

      Hector Perez
      Digital Risk, LLC
      2301 Maitland Center Parkway, Suite 165
      Maitland, FL 32751

US.55400836.02

U.S. BANK NATIONAL ASSOCIATION, SOLELY
IN ITS CAPACITY AS TRUSTEE OF THE TRUSTS
AND NOT IN ITS INDIVIDUAL CAPACITY

By: _____
    Name:   **Timothy Pillar**
    Title:    Senior Vice President


Accepted and Agreed as of
the date first written above:

WELLS FARGO BANK, NATIONAL ASSOCIATION,
not individually, but solely in its capacity as Master Servicer
for the Trusts

By: _____
    Name:
    Title:  Kevin Trogdon, Vice President &
            Assistant Secretary

cc: Aurora Loan Services LLC, in its capacity as master servicer
for any Covered Loans in its possession
10350 Park Meadows Drive
Littleton, CO 80124

US.55400836.03

## EXHIBIT A

## DEFINITION OF SERVICING FILE

<u>Servicing File</u> — Means, all documents that are included in the definition of Servicing File in the applicable securitization agreement and any other documents or records related to a Covered Loan including, but not limited to, the following:

- Complete Appraisal
- AVM, desktop/field review (if applicable)
- Complete loan application (1003) for all borrowers
- Full credit report for all borrowers
- Uniform underwriting & transmittal summary (1008)
- Verification of rent (VOR) or mortgage (VOM) (if applicable)
- Underwriting approval(s) and conversation log(s)
- Preliminary title
- Final settlement statement
- Final TIL
- Final title policy
- Flood certification
- Evidence of hazard insurance
- Flood insurance (if applicable)
- Asset verification including down payment on a purchase (if applicable)
- Complete purchase agreement including any addenda (if applicable)
- Income documentation from all sources used to qualify (if applicable)
- Telephone verification of employment or self-employment
- Verification of self-employment (if applicable)
- Note
- Mortgage or deed of trust
- Right to cancel (if applicable)
- Borrower's certification and authorization
- All applicable disclosures
- Any underwriting, funding, compliance checklists
- Letter of explanation (LOE) (if applicable)
- All applicable riders
- Full applicable underwriting guidelines
- Internal appraisal forms
- Evidence of satisfaction/release of judgments and liens (if applicable)
- Copy of driver's license or other proof of identity supplied at closing
- Any trailing documents
- All payment histories and collection/servicing notes
- All additional documents utilized in originating and/or servicing such Covered Loan

US.55400836.03