# Exhibit 5

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Wednesday, January 14, 2015 10:42 AM |
| **To:** | 'Jerald.Dreyer@nationstarmail.com' |
| **Cc:** | 'yelena.kaikova@nationstarmail.com'; 'allen.pfeiffer@duffandphelps.com'; 'AScozzafava@WilmingtonTrust.com'; 'Charles.Parekh@duffandphelps.com'; 'Edmond.Esses@duffandphelps.com'; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; Guzman, Daniel; Munno, M. William |
| **Subject:** | RE: Request for Covered Loans in the Covered Trusts : In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Importance:** | High |

Jerry:

　　Could you please have the appropriate person at Nationstar let us know when Nationstar will begin delivery of the loan files Nationstar maintains as the prime servicer.

　　We need to hear from Nationstar in that regard by January 16.

　　As you know from my emails to the servicers, time is of the essence. We are facing Court deadlines to retrieve the loan files. We are available to discuss any issues.

　　We note that during the hearing on December 10, 2014, Judge Chapman emphasized "the ability of the Court to assist in obtaining the documents." Tr. at 340:3-4. Judge Chapman noted that when parties call "people respond with more or less urgency," but "it's another thing when the Court gets involved" (*id.* at 340:6-8) "backed up by the ability of the Court to order parties to [pro]duce documents." *Id.* at 357:22-23. "The files have to move." *Id.* at 350: 25.

　　On December 29, 2014, the Court entered an order specifying (at 5):

> ORDERED that the RMBS Trustees shall promptly request and seek applicable documents and records from the master servicers with respect to the Covered Loans; and it is further
>
> ORDERED that the primary and master servicers for the Covered Loans from whom the RMBS Trustees and the Plan

1

> Administrator seek applicable documents and records in connection with the implementation of the RMBS Protocol shall promptly respond to the RMBS Trustees' and the Plan Administrator's reasonable document and file requests; and it is further

The court-ordered Protocol also specified (at section I(e)):

> e. If any or all of the primary servicers are not promptly providing the requested files, the RMBS Trustees shall promptly request that the Bankruptcy Court order the production of the files. The Plan Administrator shall reasonably cooperate with and support such request.

I know you and Yelena are well aware of the pressing nature of the matter. I would be grateful if you can communicate this to the appropriate person at Nationstar and also let me have his or her name. As noted, we need to hear by January 16 when Nationstar can begin making rolling productions of loan files and in what quantity.

Thank you for your continued assistance.


Bill Munno

---

**From:** Jerald.Dreyer@nationstarmail.com [mailto:Jerald.Dreyer@nationstarmail.com]
**Sent:** Wednesday, January 07, 2015 4:29 PM
**To:** Munno, M. William
**Cc:** 'allen.pfeiffer@duffandphelps.com'; 'AScozzafava@WilmingtonTrust.com'; 'Edmond.Esses@duffandphelps.com'; Guzman, Daniel; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'yelena.kaikova@nationstarmail.com'
**Subject:** RE: Request for Covered Loans in the Covered Trusts : In re Lehman Brothers Holdings Inc. - Case No. 08-13555

Bill, I've forwarded the request and loan population to Nationstar Legal (as servicer). I know they are reviewing it and as of right now I have no ETA on delivery. As for the other servicers, I'm trying to track down valid contact information. The good news is that Aurora and Nationstar make up about 60% of the population so those requests have gone out. For the servicers in which I had contact information, my e-mails bounced back - it has been a while since I personally requested files from the servicers so all my contacts must have moved on. I've requested the information from our Servicer Oversight team so I should have good contact information by the end of this week. As soon as I get that I will send the request. The communication is going to be short and to the point, something along the lines of; "Please see attached direction letter from the trustees...provide the files to the contact person in the attached letter..." Do you want me to copy this group when I send the request or just forward after the request has

2