# Exhibit 6

## Guzman, Daniel

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Wednesday, December 17, 2014 3:50 PM |
| **To:** | 'Jerald.Dreyer@nationstarmail.com' |
| **Cc:** | 'Pfeiffer, Allen'; 'AScozzafava@WilmingtonTrust.com'; 'Esses, Edmond'; Guzman, Daniel; 'Hector Perez'; 'Jason J. Solomon (jason.solomon@alston.com)'; 'kit.weitnauer@alston.com'; 'Shalhoub, Paul'; 'rpedone@nixonpeabody.com'; 'Cosenza, Todd'; 'Thomas Musarra'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'slewis@chapman.com'; Kristina Cmorey; Jeffrey C. Taylor |
| **Subject:** | Request for the additional Covered Loans in the Covered Trusts : In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Attachments:** | Fully Executed direction letter Nationstar   .pdf; List of Covered Loans_NationStar.xlsx |
| **Importance:** | High |

Jerry, in line with the December 12, 2014 Direction Letter, could Nationstar please do the following:

1. Send all Covered Loan files to Hector Perez at Digital Risk that Nationstar may already have in hand.  Lehman has advised the parties and the Court that Nationstar has some 60,000 Covered Loan files ready to be sent.  Could you please confirm that is the case and advise when either a hard drive can be sent by Fed Ex to Digital Risk or some other arrangement can be made to provide those loan files to Digital Risk.  If Nationstar does not have the 60,000 loan files in hand ready for delivery, please so advise and let us know what number of Covered Loan files Nationstar does have in hand that are ready for delivery.

2. Send the Direction Letter to all servicers or other custodians holding Covered Loan files in the 253 Covered Trusts as to which Nationstar acts as Master Servicer.  Please note that the Bankruptcy Court has advised the parties that subpoenas should be issued if any servicer/custodian does not promptly provide the Covered Loan files and that the Court will order servicers/custodians to deliver the Covered loan files if there is not prompt compliance.  Please copy us on all emails to servicers/custodians requesting the Covered Loans and send us a list of the servicers/custodians on a Covered Trust basis.

3. We are expecting to receive in total approximately a 148,000 Covered Loan files (including the 60,000 Lehman has said Nationstar has in hand ready to deliver).

4. The Covered Loan files should be sent as follows:

1

**Digital Risk**
**ATTN: Loan Fulfillment Deliveries**
**Hector Perez**
**660 Century Point**
**Lake Mary, FL 32746**
(407) 215-2954

Thank you for all your help.

Please call with any questions

Please note that I have copied Lehman's counsel on this email, as I did on my prior emails to you since last Friday (December 12), as the RMBS Trustees need to receive the Covered Loan files as soon as possible and the parties are going to work cooperatively to secure delivery of the Covered Loan files.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Monday, December 15, 2014 3:41 PM
**To:** 'Jerald.Dreyer@nationstarmail.com'; 'Hagglund, Cristina I. Miller-Ojeda'
**Cc:** 'ADARWIN@nixonpeabody.com Darwin'; 'Pfeiffer, Allen'; AScozzafava@WilmingtonTrust.com; 'Esses, Edmond'; Guzman, Daniel; 'Hector Perez'; Jason J. Solomon (jason.solomon@alston.com); 'kit.weitnauer@alston.com'; Shalhoub, Paul; 'rpedone@nixonpeabody.com'; 'Cosenza, Todd'; 'Thomas Musarra'; timothy.pillar@usbank.com; 'top@chapman.com'; slewis@chapman.com
**Subject:** RE: FOLLOW UP CALL MONDAY AT 4:00 : In re Lehman Brothers Holdings Inc. - Case No. 08-13555
**Importance:** High

Jerry,  Thank you for the update.

Bill Munno

---

**From:** Jerald.Dreyer@nationstarmail.com [mailto:Jerald.Dreyer@nationstarmail.com]
**Sent:** Monday, December 15, 2014 3:39 PM
**To:** Munno, M. William
**Cc:** 'ADARWIN@nixonpeabody.com Darwin'; 'Pfeiffer, Allen'; AScozzafava@WilmingtonTrust.com; 'Esses, Edmond'; Guzman, Daniel; 'Hector Perez'; Jason J. Solomon (jason.solomon@alston.com); 'kit.weitnauer@alston.com'; Shalhoub, Paul; 'rpedone@nixonpeabody.com';

2