# Exhibit 7

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Thursday, January 08, 2015 8:18 AM |
| **To:** | 'Jolene.Stratton@ocwen.com'; 'Jerald.Dreyer@nationstarmail.com' |
| **Cc:** | 'allen.pfeiffer@duffandphelps.com'; 'AScozzafava@WilmingtonTrust.com'; 'charles.parekh@duffandphelps.com'; 'Edmond.Esses@duffandphelps.com'; Guzman, Daniel; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'yelena.kaikova@nationstarmail.com' |
| **Subject:** | Re: Trustee Request |

Jolene, are you available for a call at a time between 10:00 and noon?

Bill Munno

------------------------
Sent from my BlackBerry Wireless Handheld

---

**From**: Stratton, Jolene <Jolene.Stratton@ocwen.com>
**To**: Jerald.Dreyer@nationstarmail.com <Jerald.Dreyer@nationstarmail.com>
**Cc**: 'allen.pfeiffer@duffandphelps.com' <allen.pfeiffer@duffandphelps.com>; 'AScozzafava@WilmingtonTrust.com' <AScozzafava@WilmingtonTrust.com>; Parekh, Charles <Charles.Parekh@duffandphelps.com>; 'Edmond.Esses@duffandphelps.com' <Edmond.Esses@duffandphelps.com>; Guzman, Daniel; 'kit.weitnauer@alston.com' <kit.weitnauer@alston.com>; 'rpedone@nixonpeabody.com' <rpedone@nixonpeabody.com>; 'thomas.musarra@lawdeb.com' <thomas.musarra@lawdeb.com>; 'timothy.pillar@usbank.com' <timothy.pillar@usbank.com>; 'top@chapman.com' <top@chapman.com>; 'yelena.kaikova@nationstarmail.com' <yelena.kaikova@nationstarmail.com>; Munno, M. William
**Sent**: Thu Jan 08 07:37:09 2015
**Subject**: RE: Trustee Request

Jerry,

Do you have the investors numbers so that I can review the Servicing Agreements?

**From:** Jerald.Dreyer@nationstarmail.com [mailto:Jerald.Dreyer@nationstarmail.com]
**Sent:** Wednesday, January 07, 2015 7:21 PM
**To:** Stratton, Jolene
**Cc:** 'allen.pfeiffer@duffandphelps.com'; 'AScozzafava@WilmingtonTrust.com'; Parekh, Charles; 'Edmond.Esses@duffandphelps.com'; Guzman, Daniel; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com';

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Thursday, January 22, 2015 4:12 PM |
| **To:** | 'jolene.stratton@ocwen.com'; 'Adrienne.Coffin@ocwen.com' |
| **Cc:** | 'Edmond.Esses@duffandphelps.com'; Munno, M. William; Guzman, Daniel |
| **Subject:** | RE: Trustee Loan File Request - Lehman |
| **Attachments:** | Homeq Population Priority.xlsx; Homeward Population Priority.xlsx; Ocwen Loan Servicing Population Priority.xlsx; Order re Protocol dated Dec. 29, 2014.pdf |
| **Importance:** | High |

Dear Jolene and Adrienne:

In connection with our scheduled conference call tomorrow, Friday, January 23, at 2:00 p.m. (EST), I attach the same schedule of loan files that the RMBS Trustees have requested, but in an order of priority if that would help Ocwen in providing the requested loan files.

When we spoke on January 15, I noted that time is of the essence because of the court-imposed deadlines to retrieve and review the loan files, lest the trusts' have their claims in the Lehman estate expunged.

I thought it would be helpful to you and to Orrick, who you noted would be helping Ocwen with the retrieval of the requested loan files, to note some of the points the Court had made. I had noted these points in my later emails to other servicers, but I had not done so when I initially wrote to Ocwen. I thought it might give some perspective.

During the hearing on December 10, 2014, Judge Chapman emphasized "the ability of the Court to assist in obtaining the documents." Tr. at 340:3-4. Judge Chapman noted that when parties call "people respond with more or less urgency," but "it's another thing when the Court gets involved" (*id.* at 340:6-8) "backed up by the ability of the Court to order parties to [pro]duce documents." *Id.* at 357:22-23. "The files have to move." *Id.* at 350: 25.

On December 29, 2014, the Court entered an order specifying (at 5):

> ORDERED that the RMBS Trustees shall promptly request and seek applicable documents and records from the master servicers with respect to the Covered Loans; and it is further

1

>ORDERED that the primary and master servicers for the Covered Loans from whom the RMBS Trustees and the Plan Administrator seek applicable documents and records in connection with the implementation of the RMBS Protocol shall promptly respond to the RMBS Trustees' and the Plan Administrator's reasonable document and file requests; and it is further

The court-ordered Protocol also specified (at section I(e)):

>e. If any or all of the primary servicers are not promptly providing the requested files, the RMBS Trustees shall promptly request that the Bankruptcy Court order the production of the files. The Plan Administrator shall reasonably cooperate with and support such request.

We look forward to speaking with you tomorrow at 2:00 p.m.

Thank you for your assistance.


Bill Munno

---

**From:** Stratton, Jolene [mailto:Jolene.Stratton@ocwen.com]
**Sent:** Tuesday, January 13, 2015 4:18 PM
**To:** Esses, Edmond; Coffin, Adrienne M
**Cc:** Munno, M. William
**Subject:** RE: Trustee Loan File Request - Lehman

Thursday 12:00 to 12:30

---

**From:** Esses, Edmond [mailto:Edmond.Esses@duffandphelps.com]
**Sent:** Tuesday, January 13, 2015 4:17 PM
**To:** Coffin, Adrienne M
**Cc:** Stratton, Jolene; Munno, William (munno@sewkis.com)
**Subject:** RE: Trustee Loan File Request - Lehman

Adrienne,

I received this notification that you would like to reschedule our 4:30 eastern call this afternoon but it is not showing your recommended time. Please let us know what works better for you.

Thank you,

---

2