# Exhibit 18

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Thursday, January 28, 2016 11:11 AM |
| **To:** | 'Jerald.Dreyer@nationstarmail.com' |
| **Cc:** | 'Esses, Edmond'; 'Pfeiffer, Allen'; Guzman, Daniel; 'Yelena.Kaikova@nationstarmail.com' |
| **Subject:** | RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Attachments:** | Trustee Direction Letter.pdf; Order re Protocol dated Dec. 29, 2014.pdf |
| **Importance:** | High |

Jerry,  in response to your email, please send the attached two documents as well as the text of the below email to each of the servicers.

Servicers can respond to me with questions.  Loan files should be sent to Digital Risk as noted in the Trustee direction letter.

Please call with any questions.

Thank you.

Bill Munno

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Sir or Madame:

The RMBS Trustees – U.S. Bank National Association, Law Debenture Trust Company of New York, Wilmington Trust Company, Wilmington Trust, National Association, and Deutsche Bank National Trust Company – request your help to retrieve recently identified loan files.  Time is of the essence.  The RMBS Trustees are facing a Court-ordered deadline of March 31, 2016 to retrieve, review and submit to Lehman all the loan files that have a material breach of a representation and warranty.  The Trusts' claims for loans with breaches will be barred unless submitted by March 31, 2016, at the latest.

1

We are available to discuss any issues.  We attach the Court Order and Court-ordered Protocol under which the RMBS Trustees are operating.

During a hearing, Judge Chapman emphasized that the Court [has the ability] to order parties to [pro]duce documents (Tr. at 357:22-23) and that "The files have to move."  *Id.* at 350: 25.

The Court ordered (Order at 5):

> ORDERED that the primary and master servicers for the Covered Loans from whom the RMBS Trustees and the Plan Administrator seek applicable documents and records in connection with the implementation of the RMBS Protocol shall promptly respond to the RMBS Trustees' and the Plan Administrator's reasonable document and file requests; and it is further

The Court-ordered Protocol specifies (at section I(e)):

> e.  If any or all of the primary servicers are not promptly providing the requested files, the RMBS Trustees shall promptly request that the Bankruptcy Court order the production of the files. The Plan Administrator shall reasonably cooperate with and support such request.

Please provide the loan files – origination files and servicing files – by February 25, 2016 so the RMBS Trustees' five review firms, who have been engaged for this task, can review them.

Thank you.

M. William Munno
Seward & Kissel LLP
212-574-1587

Enclosure:  Order and Ordered Protocol

---

**From:** Munno, M. William
**Sent:** Tuesday, January 13, 2015 4:04 PM
**To:** 'cmi.servicing.operations.control.support@citi.com'
**Cc:** 'Patricia Brigantic Esq.'; 'Mary (Mimi) Reisert Esq.'; 'allen.pfeiffer@duffandphelps.com';