# Exhibit 19

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Jerald.Dreyer@nationstarmail.com |
| **Sent:** | Thursday, January 28, 2016 3:40 PM |
| **To:** | Jacqueline.Currie@SLS.net |
| **Cc:** | Munno, M. William; Allen.Pfeiffer@duffandphelps.com; Edmond.Esses@duffandphelps.com; Guzman, Daniel |
| **Subject:** | RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555 |
| **Attachments:** | Servicer Loan Request_01.20.2016 -- SLS.xlsx; Trustee Direction Letter.pdf; Order re Protocol dated Dec. 29, 2014.pdf |

Dear Madame:

The RMBS Trustees – U.S. Bank National Association, Law Debenture Trust Company of New York, Wilmington Trust Company, Wilmington Trust, National Association, and Deutsche Bank National Trust Company – request your help to retrieve recently identified loan files. Time is of the essence. The RMBS Trustees are facing a Court-ordered deadline of March 31, 2016 to retrieve, review and submit to Lehman all the loan files that have a material breach of a representation and warranty. The Trusts' claims for loans with breaches will be barred unless submitted by March 31, 2016, at the latest.

Please contact Bill Munno to discuss any issues (His contact information is below). We attach the Court Order and Court-ordered Protocol under which the RMBS Trustees are operating.

During a hearing, Judge Chapman emphasized that the Court [has the ability] to order parties to [pro]duce documents (Tr. at 357:22-23) and that "The files have to move." *Id.* at 350: 25. The Court ordered (Order at 5):

ORDERED that the primary and master servicers for the Covered Loans from whom the RMBS Trustees and the Plan Administrator seek applicable documents and records in connection with the implementation of the RMBS Protocol shall promptly respond to the RMBS Trustees' and the Plan Administrator's reasonable document and file requests; and it is further

The Court-ordered Protocol specifies (at section I(e)):

e. If any or all of the primary servicers are not promptly providing the requested files, the RMBS Trustees shall promptly request that the Bankruptcy Court order the production of the files. The Plan Administrator shall reasonably cooperate with and support such request.
Please provide the loan files – origination files and servicing files – by February 25, 2016 so the RMBS Trustees' five review firms, who have been engaged for this task, can review them.
Please send the loan files to Duff & Phelps as noted below (and not directly to Digital Risk as indicated in the attached cover letter):

1

Duff & Phelps, LLC
c/o Charles Parekh
311 South Wacker Drive, Suite 4200
Chicago, IL 60606

M. William Munno
Seward & Kissel LLP
212-574-1587

Thank you.

Jerry Dreyer
VP, Asset Risk Management
Master Servicing
8470 Lucent Blvd, Suite 600
Highlands Ranch, CO 80129
303-515-8118 (O)
720-935-7811 (C)
jerald.dreyer@nationstarmail.com

---

This e-mail communication and any attachments may contain confidential, copyrighted, and legally privileged information for use solely by the designated recipients to which this e-mail is addressed. If you are not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, disclosure, dissemination, distribution, or copying of this message or its contents is prohibited and may be subject to governing laws protecting its disclosure. If you have received this communication in error, please notify Nationstar Mortgage immediately by e-mail at postmaster@nationstarmail.com and destroy all copies of this communication and any attachments.