# Exhibit 25

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William <munno@sewkis.com> |
| **Sent:** | Thursday, April 23, 2015 4:13 PM |
| **To:** | 'ServicingExamManagement@wellsfargo.com'; 'ASCADHOCREQUEST@wellsfargo.com'; 'keyon.j.baker@wellsfargo.com' |
| **Cc:** | 'Lisa.Middleton@wellsfargo.com'; 'Linda D. Stinson'; 'Jason.Wilcynski@DuffandPhelps.com'; Pfeiffer, Allen; 'Jerald.Dreyer@nationstarmail.com'; 'AScozzafava@WilmingtonTrust.com'; Parekh, Charles; Edmond.Esses@duffandphelps.com; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'yelena.kaikova@nationstarmail.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; Jason J. Solomon; 'adarwin@nixonpeabody.com'; Scott Lewis; Guzman, Daniel; Munno, M. William |
| **Subject:** | RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- WELLS FARGO |
| **Attachments:** | Servicing File Request - Wells.xlsx |
| **Importance:** | High |

Dear Servicing Exam Management:

The RMBS Trustees hereby request delivery of additional servicing files (168) which are listed in the attached Excel spreadsheet titled "Servicing File Request – Wells."

The RMBS Trustees had not previously requested that the Master Servicer (Nationstar) request these servicing files in December 2014.

By way of explanation, as you may be aware from information the RMBS Trustees previously provided, the RMBS Trustees had retrieved and reviewed a random sample of 5,000 loan files (the "Sample") for material breaches. The Bankruptcy Court, however, required that the RMBS Trustees retrieve and review more than 200,000 loan files and determine which have material breaches of representations and warranties. The RMBS Trustees did not request that servicing files in the Sample be re-provided.

The RMBS Trustees submitted, in accordance with the Protocol (a copy of which we previously sent to you), loan files from the Sample that were determined to have material breaches of representations and warranties. Lehman has advised that it

1

requires certain servicing file documents that were not provided when the RMBS Trustees requested the Sample.

Accordingly, in order to satisfy Lehman, the RMBS Trustees hereby request that the servicing files be provided for the loans noted on the Excel spreadsheet titled "Servicing File Request – Wells."

Please note that Lehman considers certain items from the servicing files to be "critical documents."  These servicing documents include (1) the payment history log, (2) the corporate expense log, (3) servicing notes, and (4) final loss certificate.

Please retrieve and provide the servicing files including this documentation for these loan files.

Please call with any questions regarding the RMBS Trustees' request.

Thank you.


Bill Munno