# Exhibit 28

**Guzman, Daniel**

| | |
|---|---|
| **From:** | Munno, M. William |
| **Sent:** | Monday, June 15, 2015 6:18 PM |
| **To:** | 'Bridget.Peck@nationstarmail.com'; Esses, Edmond |
| **Cc:** | Farkas, Ariel; Guzman, Daniel; 'Thinh.Nguyen@nationstarmail.com'; 'Franklin Top'; 'Weitnauer, Kit'; 'Richard Pedone'; 'Solomon, Jason'; 'Scott Lewis'; 'adarwin@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'AScozzafava@WilmingtonTrust.com'; 'Jerald.Dreyer@nationstarmail.com'; 'yelena.kaikova@nationstarmail.com' |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered Trusts:   In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- NATIONSTAR |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |
| | |
| **Categories:** | Lehman |

Bridget,  please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno


**From:** Bridget.Peck@nationstarmail.com [mailto:Bridget.Peck@nationstarmail.com]
**Sent:** Monday, May 04, 2015 6:45 PM
**To:** Esses, Edmond
**Cc:** Farkas, Ariel; Guzman, Daniel; Munno, M. William; 'Thinh.Nguyen@nationstarmail.com'
**Subject:** RE: RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- NATIONSTAR

Fantastic!  Let us know if you have any other questions.  Thank you so much for your patience!

**Bridget Peck | VP, Examination Management | Nationstar Mortgage LLC**

1

## SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

M. WILLIAM MUNNO
PARTNER
(212) 574-1587
munno@sewkis.com

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

901 K STREET, NW
WASHINGTON, DC 20001
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

June 15, 2015

**VIA EMAIL**

To the Servicers:

Nationstar Mortgage LLC
Ocwen Loan Servicing LLC
Citimortgage Inc.
Wells Fargo
Chase
Select Portfolio Servicing Inc. (a/k/a SPS)
Bank of America, N.A. (f/k/a BAC Home Loans Servicing LP)
Colonial Savings
Midwest Loan Services Inc.
PHH Mortgage (Mortgage Family)

    Re:    In re Lehman Brothers Holdings Inc. - Case No. 08-13555

            Request For Excel Spreadsheet With Payment Histories,
            Payment Transactions, Corporate Advance Escrow
            Disbursements, Loss Certification Worksheet

Dear Servicers:

        As explained in prior correspondence, under the Bankruptcy Court Protocol Order dated December 29, 2014, the RMBS Trustees have requested their loan files for each of the mortgage loans held by trusts serviced by each of you. The loan files thus far received are being reviewed for material breaches of representations and warranties by the review firms engaged to perform that task. Material breaches have been identified and the loans with such breaches have been submitted to the Lehman Plan Administrator ("Lehman") for review in accordance with the Protocol Order.

Servicers
June 15, 2015
Page 2

Duff & Phelps, the RMBS Trustees' financial advisor, have been coordinating with Lehman's representatives regarding the process of determining whether loans have a material breach and, if so, the amount owed on those loans. While the RMBS Trustees maintain that the loan tape is a definitive business record showing the loss amount due on the loan, Lehman insists that the servicers have and should provide the details of that loss amount on an Excel spreadsheet (or if not so maintained, then each of the documents evidencing loan expenses) so Lehman can audit the loss amount shown on the loan tape. Lehman insists on this information *before* it will review any loan file the RMBS Trustees have submitted with a material breach.

In that regard, by letter dated June 9, 2015, Lehman's counsel advised that the additional servicing files provided by some servicers still did not include the payment history log, the corporate expense log, servicing notes and final loss certification. Thus, Lehman has advised that the loan files are considered "incomplete," and it will not review them until this information is provided.

Consequently, the following servicing information must be provided to meet Lehman's demands. This includes:

1. Payment histories (including the balance prior to liquidation);
2. payment transactions (including the REO net proceeds);
3. corporate advances (including servicer advancements/reimbursements and fees/costs/expenses associated with a liquidation);
4. escrow disbursements (including mortgage insurance recoveries); and
5. non-cash transactions.

According to the Lehman's representatives, servicers should be able to readily extract this information from its investor reporting system and provide it in an Excel spreadsheet

Servicers
June 15, 2015
Page 3

format. If the information can be provided in that format for all loans, then the specific documents evidencing such expenses do not have to be provided.

To respond to Lehman's demands, the RMBS Trustees specifically request the loss certification worksheet, or similar document, that shows the final accounting of the loss on a loan reported to the Master Servicer/Trustee/Investors, including each line item adjustment relating to the liquidation of a property.

To facilitate the retrieval of this servicing information on an Excel spreadsheet, the RMBS Trustees request a conference call with each servicer's Investor Reporting Manager, or manager with a similar function, to help ensure each servicer's timely response to this request and to address any questions. As time is of the essence and the parties will be before the Bankruptcy Court in July, we would appreciate your ongoing cooperation. Please contact me by email or phone to arrange a call with Duff & Phelps to discuss this request.

Thank you.

Sincerely,

M. William Munno

caw

cc:  Franklin H. Top, III, Esq.
John C. Weitnauer, Esq.
Richard C. Pedone, Esq.
Allen Pfeiffer
Edmond Esses

SK 16271 0159 6660457 v2