# Exhibit 29

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Tuesday, June 16, 2015 9:21 AM |
| **To:** | 'rjacobsen@orrick.com' |
| **Cc:** | 'amrubin@orrick.com'; 'npoli@orrick.com'; Guzman, Daniel; top@chapman.com; kit.weitnauer@alston.com; rpedone@nixonpeabody.com; Jason.Solomon@alston.com; slewis@chapman.com; adarwin@nixonpeabody.com; Allen.Pfeiffer@duffandphelps.com; Edmond.Esses@duffandphelps.com; thomas.musarra@lawdeb.com; timothy.pillar@usbank.com; brad.zwetzig@usbank.com; lisa.brewster@usbank.com; AScozzafava@WilmingtonTrust.com |
| **Subject:** | RE: In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (SCC)  OCWEN |
| **Attachments:** | image001.gif; image002.png; RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Rich,  here is the RMBS Trustees' letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Monday, June 15, 2015 7:10 PM
**To:** 'rjacobsen@orrick.com'
**Cc:** 'amrubin@orrick.com'; 'npoli@orrick.com'; Guzman, Daniel
**Subject:** Re: In re Lehman Brothers Holdings Inc., Chapter 11 Case No. 08-13555 (SCC) OCWEN

Rich, apologies, I will send in the morning as I am now out of the office and cannot send remotely.

Bill Munno


-------------------------
Sent from my BlackBerry Wireless Handheld

---

**From**: Jacobsen, Richard A. <rjacobsen@orrick.com>
**To**: Munno, M. William
**Cc**: Rubin, Aaron M. <amrubin@orrick.com>; Poli, Nicholas Anthony <npoli@orrick.com>

1