# Exhibit 30

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Monday, June 15, 2015 6:08 PM |
| **To:** | 'megan.bauer@citi.com'; 'ruth.saunders@citi.com'; 'Edmond.Esses@duffandphelps.com' |
| **Cc:** | 'jamie.hartnett@citi.com'; Guzman, Daniel; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'AScozzafava@WilmingtonTrust.com'; 'slewis@chapman.com'; 'jason.solomon@alston.com' |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555. Citibank |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Megan, please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps regarding the request.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Friday, June 12, 2015 6:19 PM
**To:** 'megan.bauer@citi.com'; 'ruth.saunders@citi.com'; 'Edmond.Esses@duffandphelps.com'; 'charles.parekh@duffandphelps.com'
**Cc:** 'jamie.hartnett@citi.com'; Guzman, Daniel; 'top@chapman.com'; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'AScozzafava@WilmingtonTrust.com'; 'slewis@chapman.com'; 'jason.solomon@alston.com'
**Subject:** Re: RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555. Citibank

Megan, The RMBS Trustees appreciate the continued productions.

Thank you.

Bill Munno