08-13555-mg    Doc 53732-31    Filed 09/29/16    Entered 09/29/16 14:58:19    Exhibit 31
Pg 1 of 2

# Exhibit 31

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Monday, June 15, 2015 6:31 PM |
| **To:** | 'ASCADHOCREQUEST@wellsfargo.com'; Jerald.Dreyer@nationstarmail.com |
| **Cc:** | Lisa.Middleton@wellsfargo.com; Allen.Pfeiffer@duffandphelps.com; Jerald.Dreyer@nationstarmail.com; AScozzafava@WilmingtonTrust.com; Charles.Parekh@duffandphelps.com; Edmond.Esses@duffandphelps.com; kit.weitnauer@alston.com; rpedone@nixonpeabody.com; thomas.musarra@lawdeb.com; timothy.pillar@usbank.com; top@chapman.com; yelena.kaikova@nationstarmail.com; brad.zwetzig@usbank.com; lisa.brewster@usbank.com; Jason.Solomon@alston.com; adarwin@nixonpeabody.com; slewis@chapman.com; Guzman, Daniel; Keyon.J.Baker@wellsfargo.com |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered Trusts:   In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- WELLS FARGO |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Dear Servicing Exam Team,  please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps regarding the request.

Thank you.

Bill Munno

---

**From:** ASCADHOCREQUEST@wellsfargo.com [mailto:ASCADHOCREQUEST@wellsfargo.com]
**Sent:** Wednesday, June 03, 2015 10:57 AM
**To:** Jerald.Dreyer@nationstarmail.com
**Cc:** Lisa.Middleton@wellsfargo.com; Linda.D.Stinson@wellsfargo.com; Jason.Wilcynski@DuffandPhelps.com; Allen.Pfeiffer@duffandphelps.com; Jerald.Dreyer@nationstarmail.com; AScozzafava@WilmingtonTrust.com; Charles.Parekh@duffandphelps.com; Edmond.Esses@duffandphelps.com; kit.weitnauer@alston.com; rpedone@nixonpeabody.com; thomas.musarra@lawdeb.com; timothy.pillar@usbank.com; top@chapman.com; yelena.kaikova@nationstarmail.com; brad.zwetzig@usbank.com;