# Exhibit 32

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Monday, June 15, 2015 6:07 PM |
| **To:** | 'mccauleyr@sullcrom.com' |
| **Cc:** | 'allen.pfeiffer@duffandphelps.com'; |
| | 'Jerald.Dreyer@nationstarmail.com'; |
| | 'AScozzafava@WilmingtonTrust.com'; |
| | 'Edmond.Esses@duffandphelps.com'; 'kit.weitnauer@alston.com'; |
| | 'rpedone@nixonpeabody.com'; 'thomas.musarra@lawdeb.com'; |
| | 'timothy.pillar@usbank.com'; 'top@chapman.com'; |
| | 'yelena.kaikova@nationstarmail.com'; 'brad.zwetzig@usbank.com'; |
| | 'lisa.brewster@usbank.com'; 'jason.solomon@alston.com'; |
| | 'adarwin@nixonpeabody.com'; 'slewis@chapman.com'; Guzman, |
| | Daniel; 'whiteb@sullcrom.com' |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered |
| | Trusts:   In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- |
| | CHASE |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories |
| | etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Ryan,  please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Tuesday, May 19, 2015 8:14 AM
**To:** 'mccauleyr@sullcrom.com'
**Cc:** 'allen.pfeiffer@duffandphelps.com'; 'Jerald.Dreyer@nationstarmail.com';
'AScozzafava@WilmingtonTrust.com'; 'charles.parekh@duffandphelps.com';
'Edmond.Esses@duffandphelps.com'; 'kit.weitnauer@alston.com'; 'rpedone@nixonpeabody.com';
'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com';
'yelena.kaikova@nationstarmail.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com';
'jason.solomon@alston.com'; 'adarwin@nixonpeabody.com'; 'slewis@chapman.com'; Guzman, Daniel;
'whiteb@sullcrom.com'
**Subject:** Re: RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers
Holdings Inc. - Case No. 08-13555 -- CHASE