# Exhibit 33

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Monday, June 15, 2015 6:29 PM |
| **To:** | 'Eric Gonzales'; Esses, Edmond; Jason Miller; Lester Cheng; Troy Rasmussen |
| **Cc:** | 'Franklin Top'; 'Weitnauer, Kit'; 'Richard Pedone'; 'Solomon, Jason'; 'Scott Lewis'; 'adarwin@nixonpeabody.com'; Guzman, Daniel; 'allen.pfeiffer@duffandphelps.com'; 'Esses, Edmond'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'AScozzafava@WilmingtonTrust.com'; 'Jerald.Dreyer@nationstarmail.com'; 'yelena.kaikova@nationstarmail.com' |
| **Subject:** | RMBS Trustees - Lehman    SASCO 2007-MLN1:   SLS |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Eric and Jason, please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno

---

**From:** Eric Gonzales [mailto:Eric.Gonzales@spservicing.com]
**Sent:** Tuesday, March 31, 2015 5:13 PM
**To:** Esses, Edmond; Munno, M. William; Jason Miller; Lester Cheng; Troy Rasmussen
**Cc:** Guzman, Daniel; Farkas, Ariel; Wilcynski, Jason
**Subject:** RE: SASCO 2007-MLN1: TIP Order Appointing Law Debenture as Separate Trustee dated July 24, 2013 SLS

Edmond,

TrueCrypt was used.  Instructions are attached.

Eric