# Exhibit 34

**Guzman, Daniel**

| | |
|---|---|
| **Sent:** | Monday, June 15, 2015 6:01 PM |
| **To:** | 'Malin, Jennifer L - Legal' |
| **Cc:** | 'Edmond.Esses@duffandphelps.com'; 'Liwanag, Francis'; 'Shah, Jismi'; 'Chen, Elizabeth - 2'; 'Yandell, Joseph T'; 'Dormsjo, Jan E - Legal'; Guzman, Daniel |
| **Subject:** | RMBS TRUSTEES - LEHMAN  BANK OF AMERICA |
| **Attachments:** | image001.png; image002.jpg; RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |
| **Importance:** | High |

Jen,  please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps regarding the request.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Wednesday, May 20, 2015 12:11 PM
**To:** 'Malin, Jennifer L - Legal'
**Cc:** 'Edmond.Esses@duffandphelps.com'; Liwanag, Francis; Shah, Jismi; Chen, Elizabeth - 2; Yandell, Joseph T; Dormsjo, Jan E - Legal; Guzman, Daniel
**Subject:** RE: BofA Subservicing FTP Digital Risk not able to access BoA FTP SITE
**Importance:** High

Jen,  The RMBS Trustees' financial advisor, Duff & Phelps, and one of its review firms, OakLeaf, explain that a "modification package" refers to and should include the borrower's application for the modification of the loan with supporting documentation.  Generally, the borrower will re-submit a credit package, including proof of income, credit and assets.  That is what we mean by modification package

Our main concern with the FTP site is that it only includes recent servicing records.  OakLeaf has provided screenshots included below as an example. There is a section for servicing notes; however, the screens do NOT provide an option see any entries beyond the one or two most recent.  For example, the screen shots below show the servicing activity categories with associated entry count, but when OakLeaf clicks into loss mitigation, for example, OakLeaf can only see entry 32 and 31, but no real detail, and no previous entries.  This is insufficient.