# Exhibit 35

**Guzman, Daniel**

| | |
|---|---|
| **From:** | "Munno, M. William" |
| **Sent:** | Monday, June 15, 2015 6:12 PM |
| **To:** | 'MSchroeder@Briggs.com'; 'stevec@colonialsavings.com' |
| **Cc:** | Jerald.Dreyer@nationstarmail.com; yelena.kaikova@nationstarmail.com; 'juano@colonialsavings.com'; top@chapman.com; kit.weitnauer@alston.com; jason.solomon@alston.com; 'slewis@chapman.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'Adam Scozzafava'; 'Brad Zwetzig'; 'Lisa Brewster'; Allen.Pfeiffer@duffandphelps.com; Edmond.Esses@duffandphelps.com; Guzman, Daniel |
| **Subject:** | RE: In Re Lehman Brothers - Colonial Savings -- |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Mark and Steve,  please see the attached letter requesting servicing information demanded by Lehman regarding servicing information.  This is in addition to the missing origination documents.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno

**From:** Munno, M. William
**Sent:** Friday, June 12, 2015 11:11 AM
**To:** 'MSchroeder@Briggs.com'; 'stevec@colonialsavings.com'
**Cc:** Michael Rollin; Jerald.Dreyer@nationstarmail.com; yelena.kaikova@nationstarmail.com; 'juano@colonialsavings.com'; top@chapman.com; kit.weitnauer@alston.com; jason.solomon@alston.com; 'slewis@chapman.com'; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'Adam Scozzafava'; 'Brad Zwetzig'; 'Lisa Brewster'; Allen.Pfeiffer@duffandphelps.com; Edmond.Esses@duffandphelps.com; Guzman, Daniel; Munno, M. William
**Subject:** In Re Lehman Brothers - Colonial Savings -- Missing Origination Documents for 509 Loan Files Serviced By Colonial

Mark and Steve: