# Exhibit 36

**Guzman, Daniel**

| | |
|---|---|
| **From:** | "Munno, M. William" |
| **Sent:** | Monday, June 15, 2015 6:15 PM |
| **To:** | 'petreliusc@midwestloanservices.com'; 'Vicki Little'; 'Jerald.Dreyer@nationstarmail.com' |
| **Cc:** | 'Franklin Top'; 'Weitnauer, Kit'; 'Richard Pedone'; 'Solomon, Jason'; 'Scott Lewis'; 'adarwin@nixonpeabody.com'; Guzman, Daniel; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'brad.zwetzig@usbank.com'; 'AScozzafava@WilmingtonTrust.com'; 'allen.pfeiffer@duffandphelps.com'; 'Edmond.Esses@duffandphelps.com' |
| **Subject:** | RE: In re Lehman Brothers Holdings Inc., Case No. 08-13555 -- MIDWEST |
| **Attachments:** | RMBS Trustees' Letter to Servicers Requesting Payment Histories etc. on Excel Spreadsheet, dated 6.15.15.pdf |

Dear Carol, Vicki and Jerry,

please see the attached letter requesting servicing information demanded by Lehman.

Please call or email to arrange a call with our financial advisors, Duff & Phelps, regarding the request.

Thank you.

Bill Munno

---

**From:** Munno, M. William
**Sent:** Wednesday, May 27, 2015 3:13 PM
**To:** 'petreliusc@midwestloanservices.com'; 'Vicki Little'; 'Jerald.Dreyer@nationstarmail.com'
**Cc:** 'Franklin Top'; 'Weitnauer, Kit'; 'Richard Pedone'; 'Solomon, Jason'; 'Scott Lewis'; 'adarwin@nixonpeabody.com'; Guzman, Daniel
**Subject:** RE: In re Lehman Brothers Holdings Inc., Case No. 08-13555 -- MIDWEST

Dear Carol, Vicki and Jerry,  Could you please let us know the status of the retrieval of these essential missing documents for these 2 loans.

The RMBS Trustees await a reply.

Thank you.