# Exhibit 37

# Esses, Edmond

| | |
|---|---|
| **From:** | Esses, Edmond |
| **Sent:** | Tuesday, September 01, 2015 12:53 PM |
| **To:** | Trumpp, Zachary (zachary.trumpp@lehmanholdings.com); Reed, Keri (keri.reed@lehmanholdings.com); Darnell, Brenda (Brenda.Darnell@auroracommercial.com) (Brenda.Darnell@auroracommercial.com) |
| **Cc:** | Pfeiffer, Allen; Farkas, Ariel |
| **Subject:** | Additional Servicer Production (Critical Documents) --- Nationstar |
| **Attachments:** | Loss Research 081715_Final.xlsx; Nationstar Loss Breakdown Summary.xlsx |

Zack,

In response to our request for additional loss calculation data for liquidated loans, Nationstar has produced a workbook representing loss breakdowns on 12,884 loans, attached here. This illustrates the effects of interest, fees, advances, and recoveries on UPB at liquidation in calculating the total net proceeds and the actual loss amount.

There are currently 5,080 Nationstar loans placed on hold. 3,498 are liquidated loans, 3,373 of which have data in the referenced file. A table showing all of the on hold loans, their status, and whether loss data was provided can be found in the "Nationstar Loss Breakdown Summary" workbook attached. We continue to submit liquidated Nationstar loans and provide this data in advance of those submissions.

We refer back to the "Nationstar" pdf's previously provided for the remaining active loans. In addition, Nationstar has sent two very large Access databases that include every corporate transactions for every single loan. The information, as provided by Nationstar, can be downloaded here:
https://files1.duffandphelps.com/fs/v.aspx?v=8969638c5a9da4b9a89d (two Access databases, one 2 TB and the second close to 1TB). Our impression of this database is that the data is better organized in the Nationstar pdf's but that this may be helpful from a global view. We are available to discuss or to help process the data if you like.

Please let us know if you would like to discuss or if any questions.

Thank you,

_____

**Edmond Esses**

Director, Disputes and Investigations

T  +1 212 450 2819

M  +1 908 433 8656

Duff & Phelps, LLC
55 East 52nd Street
Floor 31
New York, NY 10055

edmond.esses@duffandphelps.com
www.duffandphelps.com