# Exhibit 38

**Guzman, Daniel**

| | |
|---|---|
| **From:** | McCauley, Ryan J. <McCauleyr@sullcrom.com> |
| **Sent:** | Wednesday, June 24, 2015 8:43 PM |
| **To:** | Munno, M. William |
| **Cc:** | 'allen.pfeiffer@duffandphelps.com'; 'Jerald.Dreyer@nationstarmail.com'; 'AScozzafava@WilmingtonTrust.com'; 'Edmond.Esses@duffandphelps.com'; 'kit.weitnauer@alston.com'; zzExt-RPEDONE@nixonpeabody.com; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'yelena.kaikova@nationstarmail.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'jason.solomon@alston.com'; zzExt-ADARWIN@nixonpeabody.com; 'slewis@chapman.com'; Guzman, Daniel; White, Benjamin D. |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered Trusts:   In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- CHASE |

Bill,

Further to our conversation on Monday, I've confirmed with JPMorgan Chase Bank that the loan records it has produced include servicing information from the MSP system that includes the sorts of information you have requested most recently.  The specific servicing information provided in JPMorgan's loan records include printouts or "screenshots" from the following MSP screens:

| Screen Code | Screen Name | Data Description |
|---|---|---|
| ANA1 | ESCROW ANALYSIS | CURRENT ESCROW FIGURES |
| ANAN | ESCROW ANALYSIS PROCESS NOTES | |
| ANA1/LAST | ESCROW ANALYSIS | LAST ESCROW ANALYSIS PERFORMED DATA |
| ANA1/LAST2 | ESCROW ANALYSIS | 2ND TO LAST ESCROW ANALYSIS PERFORMED DATA |
| ARMN | ARM PROCESS NOTES | ADJUSTABLE RATE MORTGAGE INFORMATION - NOTES |
| ASMN | ASSMPTION PROCESS NOTES | |
| BLNN | BALLOON PROCESS NOTES | |
| BNK1 | BNK SETUP | BANKRUPTCY SET UP AND STATUS |
| BNK3 | BNK SETUP | ADDITIONAL MESSAGES RELATED TO BANKRUPTCY/ DESKTOP MILESTONES |
| BNKN | BNK PROCESS NOTES | BANKRUPTCY PROCESS NOTES |
| DDCH | CORPORATE ADVANCE HISTORY | CORPORATE ADVANCE HISTORY INFORMATION |
| DLQ1 | D E L I N Q U E N C Y | PAYMENT INFORMATION /INCLUDES NOTES |
| DLQ1/CBRH | D E L I N Q U E N C Y | CREDIT BUREAU INFORMATION |

| | | |
|---|---|---|
| ELCN | ELOC NOTES | |
| FOR1 | FOR SETUP | FORECLOSURE INFO |
| FOR2 | FOR PROCESS NOTES | FORECLOSURE PROCESS NOTES |
| FOR3 | FOR TRACKING | FORECLOSURE STEP DESCRIPTION |
| HAZA | HAZARD & FLOOD INSURANCE | LISTS ALL POLICIES |
| HAZN | HAZARD & FLOOD INSURANCE | HAZARD & FLOOD INSURANCE NOTES |
| LMT1 | LMT SETUP | |
| LMT3 | LMT SETUP | LOSS MITIGATION DESCRIPTION / DESKTOP MILESTONES |
| LMTN | LMT PROCESS NOTES | LOSS MITIGATION NOTES |
| MAS1/APR1 | MSP LOAN MASTER MAINT. & DISPLAY | APPRAISAL INFORMATION |
| MAS1/COL2 | MSP LOAN MASTER MAINT. & DISPLAY | COLLECTION FIELDS, LOANS FOR SAME BORROWER, REPAY INDICATOR |
| MAS1/INV1 | MSP LOAN MASTER MAINT. & DISPLAY | INVESTOR AND SERVICE FEE INFORMATION |
| MAS1/USR3 | MSP LOAN MASTER MAINT. & DISPLAY | EXPANDED USER FIELDS |
| MAS1/USR4/(F5) | MSP LOAN MASTER MAINT. & DISPLAY | HAMP & CHAMP DISPOSITION |
| MIP1 | MORTGAGE INSURANCE | MORTGAGE INSURANCE PREMIUM SCREEN |
| MIPN | MORTGAGE INSURANCE | MORTGAGE INSURANCE PREMIUM SCREEN NOTES |
| MODD | MODIFICATION HISTORY | MODIFICATION DETAILS |
| NOTS | CONSOLIDATED NOTES LOG | ALL NOTES / COMMENTS SYNCHED IN DATE ORDER FOR 2 YRS OR UP TO MAX |
| PCH1 | PAYMENT CHANGES | CURRENT AND PENDING PAYMENT INFORMATION / PROVIDES PITI BREAKDOWN |
| PCH2 | PAYMENT CHANGE MAINTENANCE | INTEREST RATE AND PRINCIPLE INTEREST |
| PIFN | PAID IN FULL NOTES | |
| PIR1 | PROPERTY INSPECTION RESULTS | MORTGAGOR CONTACT AND PROPERTY INSPECTION RESULTS |
| PL05 | CPI ON-LINE LETTER WRITER | LETTER LOG HISTORY |
| PMTN | PMT PROCESS NOTES | |
| REO1 | REO SETUP | REO SETUP |
| REO3 | REO TRACKING | DESKTOP MILESTONES |
| REON | REO PROCESS NOTES | COMPLETE REO NOTES |
| SER1 | CUSTOMER SERVICE | CUSTOMER AND GENERAL LOAN INFORMATION |
| SER1/ARM1 | CUSTOMER SERVICE | ADJUSTABLE RATE MORTGAGE INFORMATION - ARM TYPE AND CHANGE HISTO |
| SER1/HIST | CUSTOMER SERVICE | LOAN TRANSACTION AND POST CONVERSION HISTORY - PAY HISTORY |
| SERN | SER PROCESS NOTES | CUSTOMER SERVICE NOTES |
| TAX1 | TAX AND LIEN INFORMATION | TYPE, PAYEE, TERMS AND AMOUNT |
| TAXN | TAX AND LIEN INFORMATION | TAX AND LIEN INFORMATION NOTES |

All available information from these screens is provided, which goes back for last 37 months.

Given this, I understand that no further response to your June 15 letter is necessary.  Should you have any questions, please give me a call at (650) 461-5689.

Best,
Ryan

Ryan J. McCauley
Sullivan & Cromwell LLP
1870 Embarcadero Road | Palo Alto, CA 94303-3308
T: (650) 461-5689 | F: (650) 461-5700 |
mccauleyr@sullcrom.com | http://www.sullcrom.com

---

**From:** Munno, M. William [mailto:munno@sewkis.com]
**Sent:** Thursday, June 18, 2015 2:56 PM
**To:** McCauley, Ryan J.
**Cc:** 'allen.pfeiffer@duffandphelps.com'; 'Jerald.Dreyer@nationstarmail.com'; 'AScozzafava@WilmingtonTrust.com'; 'Edmond.Esses@duffandphelps.com'; 'kit.weitnauer@alston.com'; zzExt-RPEDONE@nixonpeabody.com; 'thomas.musarra@lawdeb.com'; 'timothy.pillar@usbank.com'; 'top@chapman.com'; 'yelena.kaikova@nationstarmail.com'; 'brad.zwetzig@usbank.com'; 'lisa.brewster@usbank.com'; 'jason.solomon@alston.com'; zzExt-ADARWIN@nixonpeabody.com; 'slewis@chapman.com'; Guzman, Daniel; White, Benjamin D.
**Subject:** RE: RMBS Trustees Request for Covered Loans in the Covered Trusts: In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- CHASE

Ryan,  The RMBS Trustees thought it would help servicers to have a priority list of loans for which we have requested certain servicing information.  As noted in the RMBS Trustees' June 15 letter, Lehman has demanded certain servicing information and said servicers should be able to provide it on Excel spreadsheets.  Lehman has insisted on the servicing information—whether on Excel spreadsheets or the documents showing the payment histories , expenses and loss certification--before it will review the loans our review firms have determined have material breaches.

The priority list is attached.  The priorities are broken out into a 3 buckets and sorted in the order of importance.  The Priority 1 and Priority 2 Buckets are further broken out by liquidated and active loans.  The 3rd bucket, titled "Exclude," are the loans for which  we no longer require this servicing information.

We would like to arrange a call to answer any questions as to exactly what is needed.  We can do that with Edmond Esses of Duff & Phelps, the RMBS Trustees' financial advisor.  His contact information is:

    Edmond Esses
    Duff & Phelps, LLC
    55 East 52nd Street, 31st Floor
    New York, NY 10055
    (212) 450-2819
    Edmond.esses@duffandphelps.com

Thank you.