# Exhibit 39

## Guzman, Daniel

| | |
|---|---|
| **From:** | Lisa.Middleton@wellsfargo.com |
| **Sent:** | Thursday, July 16, 2015 6:36 PM |
| **To:** | Munno, M. William |
| **Cc:** | Edmond.Esses@duffandphelps.com; ariel.farkas@duffandphelps.com |
| **Subject:** | RE: RMBS Trustees Request for Covered Loans in the Covered Trusts:   In re Lehman Brothers Holdings Inc. - Case No. 08-13555 -- WELLS FARGO |

Bill,
I wanted to update you that our business lines have sent a hard drive to Jerry Dryer's attention yesterday and he should receive it soon.

I also wanted to provide an update to our last month's meeting and email received on a request to format the data very specifically and more of a look of investor reporting.

Wells Fargo is committed to partnering on this and all request however, after speaking the our business lines and legal the current method we are delivering is the most efficient.  The screen shots you are receiving reflects the most accurate loan data and also allows us to provide the information to you in the most timely way possible.

Should you have any further questions or concerns, please do not hesitate to reach out to me.


Thank You,
Lisa Middleton

Operational Risk Manager
Operational Excellence and Control
Servicing Exam Management

Wells Fargo Home Mortgage| 1003 E. Brier Drive | San Bernardino, CA 92408
MAC X0501-020
Tel 909-658-0302


Lisa.Middleton@wellsfargo.com

---

**From:** Munno, M. William [mailto:munno@sewkis.com]
**Sent:** Monday, July 13, 2015 11:48 AM
**To:** ASC AD HOC REQUEST; Servicing Exam Management
**Cc:** Middleton, Lisa; Jason.Wilcynski@DuffandPhelps.com; Allen.Pfeiffer@duffandphelps.com; Jerald.Dreyer@nationstarmail.com; AScozzafava@WilmingtonTrust.com; Charles.Parekh@duffandphelps.com; Edmond.Esses@duffandphelps.com; kit.weitnauer@alston.com; rpedone@nixonpeabody.com; thomas.musarra@lawdeb.com; timothy.pillar@usbank.com;

1