# Exhibit 40

| From: | Bauer, Megan  <megan.bauer@citi.com> |
|---|---|
| To: | 'Esses, Edmond' <edmond.esses@duffandphelps.com>, 'Pfeiffer, Allen' <allen.pfeiffer@duffandphelps.com>, 'Ariel.Farkas@DuffandPhelps.com' <ariel.farkas@duffandphelps.com>, Moffett, William  <william.moffett@citi.com>, Saunders, Ruth  <ruth.saunders@citi.com>, Hartnett, Jamie  <jamie.hartnett@citi.com> |
| CC: | Macpherson, Jayni  <jayni.macpherson@citi.com> |
| Subject: | (secure) RE: Call to discuss Nationstar request for Corporate Expense Log and Accounting Information |
| Date: | August 10, 2015 2:21:07 PM EDT |
| Attachments: | *Double-click files to open...* <br> 770576636-CLA.PDF (13876 KB) <br> 770595598-CLA.PDF (204 KB) <br> 770571434-CLA.PDF (212 KB) <br> Nationstar Sample.xlsx (19 KB) |
| Secure Actions: | Reply |

All,

For liquidated loans where the loan is liquidated through foreclosure, short sale, deed in lieu or charge off, Officer's Certificates would have been sent to Nationstar at the time of liquidation.  These documents also would have been included in the Filenet documents already provided.  We pulled three sample documents from the loans on the priority list and confirmed that each document was previously provided.  I've attached these three sample documents here so that we can review.

For active loans or loans that go through a normal payoff, our investor reporting group would submit a monthly remittance file.  I've attached a sample for ten loans from the priority list.

Of course, we can discuss in more detail on our call today.

Thanks,
Megan


Megan R. Bauer
Assistant General Counsel, Consumer Litigation
Citibank, N.A.
(636) 261-6524



-----Original Appointment-----
From: Bauer, Megan [LEGL]
Sent: Tuesday, July 28, 2015 10:41 AM
To: Bauer, Megan [LEGL]; Moffett, William [GCB-OT]; Saunders, Ruth [LEGL]; 'Esses, Edmond'; 'Pfeiffer, Allen';