**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| LEHMAN BROTHERS HOLDINGS INC., et al., | : Case No. 08-13555 (SCC) |
| | : |
| Debtors. | : (Jointly Administered) |

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I caused a copy of the *Response of the RMBS Trustees to Lehman Brothers Holdings Inc.'s Second Objection to Certain RMBS Trust Claims and Motion to Disallow and Expunge Certain RMBS Trust Claims for Insufficient Documentation* to be served electronically through the Court's ECF System on the parties requesting electronic service and by U.S. Mail, First Class, Postage Prepaid, on the parties shown below on September 29, 2016:

                                                                                        s/ M. William Munno
                                                                                          M. William Munno

| | |
|---|---|
| OFFICE OF THE US TRUSTEE<br>U.S. Federal Office Building<br>Attn:   William K. Harrington, Esq.<br>Susan D. Golden, Esq.<br>Andrea B. Schwartz, Esq.<br>201 Varick Street, Room 1006<br>New York, NY  10014 | MILBANK, TWEED, HADLEY & MCCLOY LLP<br>Attn:   Dennis F. Dunne, Esq.<br>Dennis C. O'Donnell, Esq.<br>Evan R. Fleck. Esq<br>1 Chase Manhattan Plaza<br>New York, NY  10005 |
| INTERNAL REVENUE SERVICE<br>Special Procedures Branch<br>Attn: District Director<br>290 Broadway<br>New York, NY  10007 | WILLKIE FARR & GALLAGHER LLP<br>Attn:   Paul V. Shalhoub, Esq.<br>Todd G. Cosenza, Esq.<br>Rebecca Cordy, Esq.<br>787 Seventh Avenue<br>New York, NY 10019 |
| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK<br>Honorable Shelley C. Chapman<br>One Bowling Green, Courtroom 623<br>New York, NY  10004 | ROLLIN BRASWELL FISHER LLC<br>Attn:   Michael A. Rollin, Esq.<br>Maritza Dominguez Braswell, Esq.<br>8350 E. Crescent Parkway, Suite 100<br>Greenwood Village, CO 80111 |
| WEIL GOTSHAL & MANGES LLP<br>Attn:   Harvey R. Miller, Esq.<br>Lori R. Fife, Esq.<br>Alfredo R. Perez, Esq<br>Jacqueline Marcus, Esq.<br>Robert J. Lemons, Esq.<br>Garrett A. Fail, Esq.<br>767 Fifth Avenue<br>New York, NY  10153 | |