Jonathan David Warner, Esq. (JW5195)
Warner & Scheuerman
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212.924.7111 Fax: 212.924.6111
jdwarner@warnerandscheuerman.com
*Attorneys for Maximilian Coreth*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

LEHMAN BROTHERS HOLDINGS INC., *et al.,*

Debtors.
------------------------------------------------------------------x

Chapter 11
Case No. 08-13555 (SCC)

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF AND ALL SERVICE LISTS

PLEASE TAKE NOTICE that the undersigned attorney with the firm of WARNER & SCHEUERMAN, as counsel for Maximilian Coreth, hereby withdraws his appearance in this case and requests removal from any and all service lists including the Court's CM/ECF notification list.

Please remove the name, mailing address and email addresses listed below:

> Jonathan David Warner
> WARNER & SCHEUERMAN
> 6 West 18th Street, 10th Floor
> New York, New York 10011
> Tel: (212) 924-7111
> Fax: (212) 924-7111
> Email: jdwarner@warnerandscheuerman.com
>        melanie@warnerandscheuerman.com
>        diana@warnerandscheuerman.com

Dated: New York, New York
September 29, 2016

RESPECTFULLY SUBMITTED,

By: *[signature]*

Jonathan David Warner (JW 5195)
WARNER & SCHEUERMAN
6 West 18th Street, 10th Floor
New York, New York 10011
Tel: 212-924-7111 Fax: 212-924-7111
jdwarner@warnerandscheuerman.com