WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF HEARING OF PLAN ADMINISTRATOR'S OBJECTION TO DEMANDS FOR POSTPETITION INTEREST RELATED TO CLAIM NO. 28308

**PLEASE TAKE NOTICE** that the Court has scheduled a hearing (the "Hearing") to consider the *Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308* [ECF No. 52994] to be held on **October 6, 2016 at 12:30 p.m. (Prevailing Eastern Time)**.

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York,

New York, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: October 3, 2016
      New York, New York

                    /s/ Garrett A. Fail
                    Jacqueline Marcus
                    Garrett A. Fail
                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    *Attorneys for Lehman Brothers Holdings Inc.*
                    *and Certain of Its Affiliates*