WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON OCTOBER 6, 2016 AT 12:30 P.M.**

Location of Hearing:   United States Bankruptcy Court for the Southern District of New York, before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, Courtroom 623, New York, New York 10004

**I.    CONTESTED MATTER:**

1. Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 52994**]

    Response Deadline:    June 24, 2016 at 4:00 p.m.

    Response Received:

    A. Response of Centerbridge Special Credit Partners II, L.P., CCP Credit Acquisition Holdings, L.L.C., Recovery Partners Holdings I, LLC, 1 and Chase Lincoln First Commercial Corp. to the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 53349**]

    Related Documents:

    B. Reply in Support of the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 **[ECF No. 53701]**

    C. Declaration of Angharad Bowdler in Support of the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 [**ECF No. 52995**]

    D. Declaration of Michael Kwon, Esq. in Support of the Holders' Response to the Plan Administrator's Objection to Demands for Postpetition Interest Related to Claim No. 28308 **[ECF No. 53350]**

    Status:  This matter is going forward.

Dated:  October 5, 2016
    New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc. and Certain of Its Affiliates*

2

WEIL:\95886349\1\58399.0011