Donald Arney, Owner/Broker

Las Olas Mortgage Center, Inc. Dissolved 9/14/2007

2958 Burnett Terrace

The Villages, Fl 32163

954-868-3875

donaldarney@gmail.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT , | Chapter 11 |
| SOUTHERN DISTRICT OF NEW YORK , | Case No 98-13555(SCC) |

Is re:

LEHMAN BROTHERS HOLDINGS, INC. et al...

Debtors

ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMIFICATION CLAIMS OF THE
DEBTORS AGAINST MORTGAGE LOAN SELLERS.

## MOTION FOR CHANGE OF VENUE/TRANSFER OF CASE

I Donald Preston Arney, Broker/Owner of Las Olas Mortgage Center, Inc. the defendants, Las Olas Mortgage Center, Inc. LOMCI (dissolved 9/14/2007) through Donald and Elizabeth Arney who move to Change Venue in this action for the listed reasons.

Location of properties disputed, LOMCI offices and all actions concerning these properties, witnesses, and records are located in Fort Lauderdale, Florida.

LOMCI was a Florida Coporation, properly licensed in the state of Florida, and only conducted business in the State of Florida. The offices of LOMCI were located at 945 E. Las Olas Blvd, Fort Lauderdale Flroida 33301. The properties mentioned in the complaint were all Florida properties. No LOMCI business was ever conducted outside of the State of Florida.

It is requested that this complaint be be tramsferred to Fort Lauderdale, Federal Bankruptcy Court **United States Courthouse 299 East Broward Blvd.**, as it fails to place the action in the proper State or Federal Court where all business was conducted.. Witnesses located, records kept. The case is now being heard in Southern District of New York, New York.

LOMCI requests the case be reassigned as the location of the present venue is not located in the Court where all the witnesses, property and action took place.. Florida Law would not be readily familiar to the Court.

This venue also creates an undue hardship on LOMCI and its officers as they reside in Florida. The present venue prohibits LOMCI from mounting an effective defense of position due to the distance required to respond to any and all court related hearings, motions, and trial.

We are requesting the case be transferred to the Federal Bankruptcy Court, Fort Lauderdale, Florida.

I Donald Preston Arney Request Judge Shelley Chapman to rule without a hearing, based on the presented facts,. Proposed ruling enclosed.

Date: October 3, 2016                                Donald Preston Arney

I certify that on September 3, 2016 a copy of this Motion and all supporting documents that are attached as indicated above were mailed to

John Baker
Lehman Brothers Holdings, Inc.
7807 E. Peakview Avenue
Suite 410
Centennial, Co 80111

Donald Preston Arney
2958 Burnett Terrace
The Villages, Florida 32163
954-868-3875
donaldarney@gmail.com

Donald Arney, Owner/Broker

Las Olas Mortgage Center, Inc. Dissolved 9/14/2007

2958 Burnett Terrace

The Villages, Fl 32163

954-868-3875

donaldarney@gmail.com

---

| UNITED STATES BANKRUPTCY COURT : | Chapter 11 |
| SOUTHERN DISTRICT OF NEW YORK  : | Case No 98-13555(SCC) |

Is re:

LEHMAN BROTHERS HOLDINGS, INC. et al...

Debtors

ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMIFICATION CLAIMS OF THE
DEBTORS AGAINST MORTGAGE LOAN SELLERS.

Key Law Involved:

Florida State Statutes 95, Statute of Limitations. Specifically 95.11.

Summary:

1. The defendant Las Olas Mortgage Center, Inc. (LOMCI) brought before the court the issue of proper venue concerning this case.

2. LOMCI stated that their office was located at 945 E. Las Olas Boulevard, Fort Lauderdale, Florida 33301. All transactions concerning this case were conducted at that location.

3. LOMCI stated that the effected properties and mortgages are located in the State of Florida to wit:
    2881 NE 32 Street, Fort Lauderdale, Florida 33306. Units 111, 119, 317.

4. Donald and Elizabeth Arney live in the State of Florida and have for many years.

5.   All witnesses and evidence is located in the State of Florida

6.   LOMCI has never conducted business in any other state that the State of Florida.

7.   The governing law concerning Mortgage Broker business is the law of the State of Florida

8.   LOMCI requested the court transfer the case to Bankruptcy Court, Fort Lauderdale, Florida.

The court issues a Summary judgment in this case to transfer the entire matter to U.S. Bankruptcy Court, Fort Lauderdale, Florida.


So ruled:

_____   Date_____
Honorable Shelly C. Chapman
United States Bankruptcy Judge


Copy to:
John Baker
Lehman Brothers Holdings, Inc.
7807 E. Peakview Avenue
Suite 410
Centennial, Co 80111


Copy to:
Donald Arney
2958 Burnett Terrace
The Villages, Florida 32163
954-868-3875
donaldarney@gmail.com