B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc.**  
    **Lehman Brothers Special Financing Inc.**

Case No. **08-13555 (SCC)**  
(jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc**  
Name of Transferee

**Silverpeak Legacy Partners III, L.P.**  
Transferor

Name and Address where notices to transferee should be sent:

Banc of America Credit Products, Inc.  
c/o Bank of America Merrill Lynch  
Bank of America Tower – 3rd Floor  
One Bryant Park  
New York, NY 10036  
Attn: Ryan Weddle / Ante Jakic  
Telephone: (646) 855-7450  
Fax: (646) 834-9780 / (804) 264-1108  
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com  
Email: bas.infomanager@bankofamerica.com

Court Claim # (if known): __28924__  
Total Amount of Claim Transferred:  
USD $ __13,590,082.21__

Date Claim Filed: __9/22/2009__

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson__  
    Transferee/Transferee's Agent

Date: __10/6/16__

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**Silverpeak Legacy Partners III, L.P.**, ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claim agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Banc of America Credit Products, Inc**, its successors and assigns ("Buyer"), all rights, title and interest in and to the claim of Seller against **Lehman Brothers Special Financing Inc.** (Claim No.: 28924) in the amount of **$13,590,082.21** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (SCC).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 22nd day of June, 2016.


SILVERPEAK LEGACY PARTNERS III, L.P.

By:   Silverpeak Real Estate Partners L.P.,
      its investment advisor, u/p/a dated May 29, 2010

By:   REPE GP ManageCo LLC, its general partner

By: _____
Name: Rodolpho Amboss
Title: Authorized Signatory


BANC OF AMERICA CREDIT PRODUCTS, INC.

By: _____
Name:
Title: SETH DENSON
       DIRECTOR