Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431 (fax/manual)
216-337-4143

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,                           :
                                    Debtors                      :    08-13555(SCC)
                                                                 :    (Jointly Administered)
-----------------------------------------------------------------x

**Notice of Response, to Doc. 53260: Motion to Dismiss and Expunge;
And Request to file Administrative Claim Or Partial Transfer and Amendment of Existing Claim 15989, Loan File Number 45268737 (or entry effecting the same result), with Exhibits**

Please take notice that Danielle Pauer Gordon, an interested party, appearing Pro Se hereby submits a response to the Debtors Motion to Disallow and Expunge, (**Doc. 53260**) filed on August 30th, 2016.

This involves a specific claim which is held by U.S. Bank, and one particular loan file which was not previously identified as a claim within this case before the motion referenced above.

A hearing is scheduled for October 20, 2016 on the Motion to Disallow and Expunge.

Respectfully Submitted.

._s/Danielle Gordon
Appearing Pro Se
Danielle P. Gordon
September 26, 2016



RECEIVED
SEP 29 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

1

Certificate of Service:

I sent a copy of this Notice on September 26, 2016 to the following, by courrier, or regular, U.S. Mail, postage prepaid to the following:

(a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 23;

And to the following by U.S. Mail, Postage Prepaid:
(b) the Office of the United States Trustee for the
Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz,, Esq.);

(c) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan
Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq., Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of unsecured creditors;

(d) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New
York 10019 (Attn: Paul V. Shalhoub, Esq., Todd G. Cosenza, Esq., and Benjamin P. McCallen, Esq.), attorneys for LBHI and certain of its affiliates; and

(e) Rollin Braswell Fisher LLC, 8350
East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A. Rollin, Esq. and Maritza Dominguez Braswell, Esq.)

By:

/s/ Danielle Gordon
Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431(manual fax)
216-337-4143 (phone)
Daniellepg@outlook.com
September 26, 2016