‹Schedul B›

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,   Case No.   08-13555 (SCC)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UBS AG | The Hongkong and Shanghai Banking Corporation Limited, Singapore branch |
|---|---|
| Name of Transferee | Name of Transferor |

UBS AG
Bahnhofstrasse 45

8001 Zürich, Switzerland
Attn. Mr. Hugo Koller
Phone: +41 44 235 37 36
Last Four Digits of Acct. #: 463

Name and Address where transferee payments should be sent (if different from above):

Court Claim # (if known): 56671
Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

Phone: +852 3604 7640
Last Four Digits of Acct. #: 6253

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 22.09.2016

Transferee/Transferee's Agent
Matthias Mohos      Toni Kocevski

Associate Director   Associate Director

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

⟨Schedul C⟩

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED, SINGAPORE BRANCH ("Transferor"), does hereby certify that, as of _____, 2016, it has unconditionally and irrevocably transferred and assigned to UBS AG ("Transferee"), to the extent specified below (the "Transferred Claim"), Transferor's right, title and interest in and to Proof of Claim Number 56671 filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "Claim").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0301813522 | LEHMAN BROS CAP FUND V | LEHMAN BROTHERS HOLDINGS INC | USD700,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the ____ of _____, 2016.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____
Name: Ang Sok Leng
Title: PB Head of Credit Advisory, South East Asia
Tel.: (65) 6658 3542

UBS AG

By: _____
Name: Matthias Mohos      Toni Kocevski
Title: Associate Director   Associate Director

RESTRICTED