**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **08-13555 (SCC)** |
| | : | |
| Debtors. | : | **(Jointly Administered)** |
| | : | |

---------------------------------------------------------------x

### NOTICE OF PARTIAL WITHDRAWAL OF NOTICE OF APPEAL AND STATEMENT OF ELECTION

U.S. Bank National Association, solely in its capacity as Indenture Trustee for Certain Mortgage-Backed Securities Trusts, including GreenPoint Mortgage Funding Trust 2006-HE1 (the "Trust"), hereby withdraws the Notice of Appeal and Statement of Election (ECF No. 53308) it filed in the above-captioned action on July 11, 2016, to the extent the Notice of Appeal and Statement of Election concerns claims pertaining to the Trust, including, but not limited to, those claims pertaining to the Trust asserted in Proofs of Claim Nos. 20586 and 20587. For the avoidance of doubt, U.S. Bank is not withdrawing the Notice of Appeal and Statement of Election with respect to any other claims, whether asserted in Proofs of Claim Nos. 20586 or 20587 or otherwise.

Dated: October 7, 2016

CHAPMAN AND CUTLER LLP

By: /s/   Franklin H. Top III
Franklin H. Top III (admitted *pro hac vice*)
111 West Monroe Street
Chicago, Illinois 60603
(312) 845-3000

*Attorneys for U.S. Bank National*
*Association, solely in its capacity as*
*Indenture Trustee for Certain Mortgage*
*Backed Securities Trusts*