# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.    Case No. 08-13888 (JMP)
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

CVI CVF III Lux Master S.a.r.l.          Citigroup Financial Products Inc.
**Name of Transferee**                    **Name of Transferor**

Name and Address where notices to         Court Claim # (if known): 28791, as
transferee should be sent:                subsequently amended by Claim #66821

CVI CVF III Lux Master S.a.r.l.           Amount of Claim Transferred: $20,000,000.00
CarVal Investors, LLC                     Date Claim Filed: September 22, 2009, as
9320 Excelsior Boulevard                  subsequently amended on June 10, 2010
Hopkins, MN 55343                         Debtor: Lehman Brothers Special Financing
Attn: Vincent Conley
Email: vincent.conley@carval.com
Phone: (952)984-0340

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ by CarVal Investors, LLC    Date: 8/3/2016
Transferee/Transferee's Agent  its attorney-in-fact
Jeremiah Gerhardson
Authorized Signer

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: _____    Date: _____
Transferor/Transferor's Agent

**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et. al.</u>, Debtors.   Case No. <u>08-13888 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| CVI CVF III Lux Master S.a.r.l. | Citigroup Financial Products Inc. |
| **Name of Transferee** | **Name of Transferor** |
| | |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>28791, as subsequently amended by Claim #66821</u> |
| | |
| CVI CVF III Lux Master S.a.r.l.<br>CarVal Investors, LLC<br>9320 Excelsior Boulevard<br>Hopkins, MN 55343<br>Attn: Vincent Conley<br>Email: vincent.conley@carval.com<br>Phone: (952)984-0340 | Amount of Claim Transferred: <u>$20,000,000.00</u><br>Date Claim Filed: <u>September 22, 2009, as subsequently amended on June 10, 2010</u><br>Debtor: <u>Lehman Brothers Special Financing</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: *[DocuSigned by: Joelle Gavlick — 240CDA98C9F64D3...]*    Date: August 5, 2016
    Transferor/Transferor's Agent

    Joelle Gavlick – Authorized Signatory

# United States Bankruptcy Court

## Southern District of New York

In re Lehman Brothers Holdings Inc., et. al., Debtors.

Case No. 08-13555 (JMP)
(Jointly Administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

CVI CVF III Lux Master S.a.r.l.
**Name of Transferee**

Citigroup Financial Products Inc.
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 28792, as subsequently amended by Claim #66822

CVI CVF III Lux Master S.a.r.l.
CarVal Investors, LLC
9320 Excelsior Boulevard
Hopkins, MN 55343
Attn: Vincent Conley
Email: vincent.conley@carval.com
Phone: (952)984-0340

Amount of Claim Transferred: $20,000,000.00
Date Claim Filed: September 22, 2009, as subsequently amended on June 10, 2010
Debtor: Lehman Brothers Holdings, Inc.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: 8/3/2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 & 3571

Acknowledged and Agreed:

By: _____    Date: _____
Transferor/Transferor's Agent

**Southern District of New York**

In re <u>Lehman Brothers Holdings Inc., et. al.,</u> Debtors.   Case No. <u>08-13555 (JMP)</u>
(Jointly Administered)

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee and Transferor hereby give evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice. Transferor waives its right to raise any objection to the transfer of the claim to Transferee, and Transferor waives its right to receive notice pursuant to Rule 3001(e), Fed. R. Bankr. P. of the transfer of the claim. Transferor consents to the substitution of Transferor by Transferee for all purposes in the above referenced bankruptcy cases with respect to the claim, including without limitation, for voting and distribution purposes. Transferor stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the claim to Transferee and recognizing Transferee as the sole owner and holder of the claim. Transferor hereby directs that all payments, distributions, notices and communications in respect of or with respect to the claim be made to Transferee.

| | |
|---|---|
| CVI CVF III Lux Master S.a.r.l.<br>**Name of Transferee** | Citigroup Financial Products Inc.<br>**Name of Transferor** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>28792, as subsequently amended by Claim #66822</u> |
| CVI CVF III Lux Master S.a.r.l.<br>CarVal Investors, LLC<br>9320 Excelsior Boulevard<br>Hopkins, MN 55343<br>Attn: Vincent Conley<br>Email: vincent.conley@carval.com<br>Phone: (952)984-0340 | Amount of Claim Transferred: <u>$20,000,000.00</u><br>Date Claim Filed: <u>September 22, 2009, as subsequently amended on June 10, 2010</u><br>Debtor: <u>Lehman Brothers Holdings, Inc.</u> |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Acknowledged and Agreed:

By: *Joelle Gavlick* (DocuSigned: 240CDA98C9F64D3...)    Date: August 5, 2016
    Transferor/Transferor's Agent

    Joelle Gavlick - Authorized Signatory