**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------x
                                                                     :
In re:                                                               :        **Chapter 11 Case No.**
                                                                     :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**                           :        **08-13555 (SCC)**
                                                                     :
                                         Debtors.                    :        **(Jointly Administered)**
                                                                     :
                                                                     :        **Ref. Docket No. 53705**
-----------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK  )

ELENI MANNERS, being duly sworn, deposes and says:

1.  I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 30, 2016, I caused to be served the "August 2016 Post-Effective Operating Report," dated September 28, 2016 [Docket No. 53705], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  enclosed securely in a separate postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit B</u>, and

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                      */s/ Eleni Manners*
Sworn to before me this                               Eleni Manners
4th day of October, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

**EXHIBIT B**

FEDERAL RESERVE BANK OF PHILADELPHIA
C/O WILLIAM T. WISSER, ASSISTANT VICE PRESIDENT
TEN INDEPENDENCE MALL
PHILADELPHIA, PA 19106-1574

**EXHIBIT C**

### LEHMAN BROTHERS HOLDINGS INC., et. Al.
#### _Master Service List – Email_

| | |
|---|---|
| aaaronson@dilworthlaw.com | aoberry@bermanesq.com |
| aalfonso@willkie.com | aostrow@beckerglynn.com |
| abeaumont@fklaw.com | appleby@chapman.com |
| abraunstein@riemerlaw.com | aquale@sidley.com |
| acaton@kramerlevin.com | arainone@bracheichler.com |
| adarwin@nixonpeabody.com | arancier@offitkurman.com |
| adiamond@diamondmccarthy.com | arheaume@riemerlaw.com |
| adk@msf-law.com | arosenblatt@chadbourne.com |
| aeckstein@blankrome.com | arthur.rosenberg@hklaw.com |
| aentwistle@entwistle-law.com | arwolf@wlrk.com |
| agbanknewyork@ag.tn.gov | aschwartz@homerbonner.com |
| aglenn@kasowitz.com | aseuffert@lawpost-nyc.com |
| agold@herrick.com | ashmead@sewkis.com |
| aisenberg@saul.com | asnow@ssbb.com |
| akadish@dtlawgroup.com | asomers@rctlegal.com |
| akolod@mosessinger.com | aunger@sidley.com |
| allison.holubis@wilsonelser.com | austin.bankruptcy@publicans.com |
| alum@ftportfolios.com | avenes@whitecase.com |
| amarder@msek.com | bankruptcy@goodwin.com |
| amartin@sheppardmullin.com | bankruptcy@morrisoncohen.com |
| amcmullen@boultcummings.com | bankruptcy@ntexas-attorneys.com |
| amenard@tishmanspeyer.com | bankruptcymatters@us.nomura.com |
| amh@amhandlerlaw.com | barbra.parlin@hklaw.com |
| andrew.brozman@cliffordchance.com | bbisignani@postschell.com |
| andrew.lourie@kobrekim.com | bcarlson@co.sanmateo.ca.us |
| andrewtenzer@paulhastings.com | bdk@schlamstone.com |
| angelich.george@arentfox.com | ben.lewis@hoganlovells.com |
| angie.owens@skadden.com | bguiney@pbwt.com |
| ann.reynaud@shell.com | bmanne@tuckerlaw.com |
| anthony_boccanfuso@aporter.com | bmiller@mofo.com |

## LEHMAN BROTHERS HOLDINGS INC., et. Al.
### *Master Service List – Email*

| | |
|---|---|
| boneill@kramerlevin.com | cp@stevenslee.com |
| brian.corey@greentreecreditsolutions.com | cpappas@dilworthlaw.com |
| brosenblum@jonesday.com | cparyse@contrariancapital.com |
| brotenberg@wolffsamson.com | craig.goldblatt@wilmerhale.com |
| broy@rltlawfirm.com | craigjustinalbert@gmail.com |
| bruce.wright@sutherland.com | crmomjian@attorneygeneral.gov |
| bsellier@rlrpclaw.com | csalomon@beckerglynn.com |
| bstrickland@wtplaw.com | cschreiber@winston.com |
| btrust@mayerbrown.com | cshore@whitecase.com |
| bturk@tishmanspeyer.com | cshulman@sheppardmullin.com |
| bwolfe@sheppardmullin.com | cszyfer@stroock.com |
| cahn@clm.com | cwalsh@mayerbrown.com |
| canelas@pursuitpartners.com | cward@polsinelli.com |
| cbelisle@wfw.com | cweber@ebg-law.com |
| cbelmonte@ssbb.com | cweiss@ingramllp.com |
| cdesiderio@nixonpeabody.com | dallas.bankruptcy@publicans.com |
| cfarley@mccarter.com | dave.davis@isgria.com |
| cgonzalez@diazreus.com | david.bennett@tklaw.com |
| chad.husnick@kirkland.com | david.heller@lw.com |
| chammerman@paulweiss.com | david.livshiz@freshfields.com |
| charles@filardi-law.com | david.powlen@btlaw.com |
| charles_malloy@aporter.com | david.tillem@wilsonelser.com |
| chemrick@thewalshfirm.com | davids@blbglaw.com |
| chipford@parkerpoe.com | davidwheeler@mvalaw.com |
| chris.donoho@lovells.com | dbarber@bsblawyers.com |
| christopher.greco@kirkland.com | dbaumstein@whitecase.com |
| claude.montgomery@dentons.com | dbesikof@loeb.com |
| clynch@reedsmith.com | dcimo@gjb-law.com |
| cmestres@aclawllp.com | dcoffino@cov.com |
| cohen@sewkis.com | dcrapo@gibbonslaw.com |

## LEHMAN BROTHERS HOLDINGS INC., et. Al.
### _Master Service List – Email_

| | |
|---|---|
| ddavis@paulweiss.com | drosner@goulstonstorrs.com |
| ddrebsky@nixonpeabody.com | drosner@kasowitz.com |
| ddunne@milbank.com | dshaffer@wtplaw.com |
| deggermann@kramerlevin.com | dspelfogel@foley.com |
| deggert@freebornpeters.com | dtatge@ebglaw.com |
| demetra.liggins@tklaw.com | dtheising@harrisonmoberly.com |
| dennis.tracey@hoganlovells.com | dwdykhouse@pbwt.com |
| dfelder@orrick.com | dwhite@mccarter.com |
| dflanigan@polsinelli.com | dworkman@bakerlaw.com |
| dgrimes@reedsmith.com | easmith@venable.com |
| dhayes@mcguirewoods.com | ebcalvo@pbfcm.com |
| dheffer@foley.com | ecohen@russell.com |
| dhurst@coleschotz.com | edward.flanders@pillsburylaw.com |
| dhw@dhclegal.com | efleck@milbank.com |
| diconzam@gtlaw.com | efriedman@fklaw.com |
| djcarragher@daypitney.com | efriedman@friedmanspring.com |
| djoseph@stradley.com | ekbergc@lanepowell.com |
| dkessler@ktmc.com | eleicht@whitecase.com |
| dkozusko@willkie.com | ellen.halstead@cwt.com |
| dlemay@chadbourne.com | emagnelli@bracheichler.com |
| dlipke@vedderprice.com | emerberg@mayerbrown.com |
| dmark@kasowitz.com | enkaplan@kaplanlandau.com |
| dmcguire@winston.com | eobrien@sbchlaw.com |
| dmiller@steinlubin.com | etillinghast@sheppardmullin.com |
| dmurray@jenner.com | eweinick@otterbourg.com |
| dneier@winston.com | ezujkowski@emmetmarvin.com |
| dodonnell@milbank.com | fcarruzzo@kramerlevin.com |
| dpegno@dpklaw.com | ffm@bostonbusinesslaw.com |
| draelson@fisherbrothers.com | fhenn@law.nyc.gov |
| drosenzweig@fulbright.com | fhyman@mayerbrown.com |

**LEHMAN BROTHERS HOLDINGS INC., et. Al.**

*Master Service List – Email*

| | |
|---|---|
| foont@foontlaw.com | irethy@stblaw.com |
| fsosnick@shearman.com | israel.dahan@cwt.com |
| fyates@sonnenschein.com | jacobsonn@sec.gov |
| gabriel.delvirginia@verizon.net | jalward@blankrome.com |
| gary.ravertpllc@gmail.com | james.heaney@lawdeb.com |
| gavin.alexander@ropesgray.com | james.mcclammy@dpw.com |
| gbray@milbank.com | james.sprayregen@kirkland.com |
| ggitomer@mkbattorneys.com | jamesboyajian@gmail.com |
| ggoodman@foley.com | jamestecce@quinnemanuel.com |
| giddens@hugheshubbard.com | jar@outtengolden.com |
| gkaden@goulstonstorrs.com | jay.hurst@oag.state.tx.us |
| glenn.siegel@morganlewis.com | jay@kleinsolomon.com |
| gmoss@riemerlaw.com | jbeemer@entwistle-law.com |
| goldenberg@ssnyc.com | jbeiers@co.sanmateo.ca.us |
| gplotko@kramerlevin.com | jbrody@americanmlg.com |
| gspilsbury@jsslaw.com | jbromley@cgsh.com |
| guzman@sewkis.com | jcarberry@cl-law.com |
| harrisjm@michigan.gov | jchristian@tobinlaw.com |
| harveystrickon@paulhastings.com | jdoran@haslaw.com |
| hbeltzer@mayerbrown.com | jdwarner@warnerandscheuerman.com |
| heiser@chapman.com | jdweck@sutherland.com |
| hmagaliff@r3mlaw.com | jdyas@halperinlaw.net |
| holsen@stroock.com | jean-david.barnea@usdoj.gov |
| hooper@sewkis.com | jeanites@whiteandwilliams.com |
| howard.hawkins@cwt.com | jeannette.boot@wilmerhale.com |
| hrh@lhmlawfirm.com | jeff.wittig@coair.com |
| hseife@chadbourne.com | jeldredge@velaw.com |
| hsnovikoff@wlrk.com | jennifer.demarco@cliffordchance.com |
| hsteel@brownrudnick.com | jennifer.gore@shell.com |
| igoldstein@proskauer.com | jfalgowski@reedsmith.com |

**LEHMAN BROTHERS HOLDINGS INC., et. Al.**

*Master Service List – Email*

| | |
|---|---|
| jg5786@att.com | joseph.serino@kirkland.com |
| jgenovese@gjb-law.com | joshua.dorchak@morganlewis.com |
| jgoodchild@morganlewis.com | jowen769@yahoo.com |
| jguy@orrick.com | joy.mathias@dubaiic.com |
| jhiggins@fdlaw.com | jpintarelli@mofo.com |
| jhorgan@phxa.com | jporter@entwistle-law.com |
| jhuggett@margolisedelstein.com | jprol@lowenstein.com |
| jim@atkinslawfirm.com | jrabinowitz@rltlawfirm.com |
| jjtancredi@daypitney.com | jrsmith@hunton.com |
| jjureller@klestadt.com | jschiller@bsfllp.com |
| jlamar@maynardcooper.com | jschwartz@hahnhessen.com |
| jlawlor@wmd-law.com | jsheerin@mcguirewoods.com |
| jlee@foley.com | jsherman@bsfllp.com |
| jlevitin@cahill.com | jshickich@riddellwilliams.com |
| jlscott@reedsmith.com | jsmairo@pbnlaw.com |
| jmaddock@mcguirewoods.com | jstoll@mayerbrown.com |
| jmazermarino@msek.com | jsullivan@mosessinger.com |
| jmelko@gardere.com | jtimko@shutts.com |
| jmerva@fult.com | judy.morse@crowedunlevy.com |
| jmmurphy@stradley.com | jvail@ssrl.com |
| jmr@msf-law.com | jwcohen@daypitney.com |
| jnm@mccallaraymer.com | jwest@velaw.com |
| john.beck@hoganlovells.com | jwh@njlawfirm.com |
| john.monaghan@hklaw.com | jzulack@fzwz.com |
| john.mule@ag.state.mn.us | kanema@formanlaw.com |
| john.rapisardi@cwt.com | karen.wagner@dpw.com |
| jonathan.goldblatt@bnymellon.com | karl.geercken@alston.com |
| jonathan.henes@kirkland.com | kdwbankruptcydepartment@kelleydrye.com |
| jorbach@hahnhessen.com | keckhardt@hunton.com |
| joseph.cordaro@usdoj.gov | keith.simon@lw.com |

## LEHMAN BROTHERS HOLDINGS INC., et. Al.
### *Master Service List – Email*

| | |
|---|---|
| ken.coleman@allenovery.com | lkatz@ltblaw.com |
| ken.higman@hp.com | lkiss@klestadt.com |
| kerry.moynihan@hro.com | lmarinuzzi@mofo.com |
| kgwynne@reedsmith.com | lmcgowen@orrick.com |
| kiplok@hugheshubbard.com | lnashelsky@mofo.com |
| kit.weitnauer@alston.com | loizides@loizides.com |
| kkelly@ebglaw.com | lschweitzer@cgsh.com |
| kkolbig@mosessinger.com | lucdespins@paulhastings.com |
| klyman@irell.com | mabrams@willkie.com |
| klynch@formanlaw.com | maofiling@cgsh.com |
| kobak@hugheshubbard.com | marc.chait@sc.com |
| korr@orrick.com | margolin@hugheshubbard.com |
| kovskyd@pepperlaw.com | mark.bane@ropesgray.com |
| kressk@pepperlaw.com | mark.ellenberg@cwt.com |
| kreynolds@mklawnyc.com | mark.mckane@kirkland.com |
| krodriguez@allenmatkins.com | mark.salzberg@squirepb.com |
| krosen@lowenstein.com | mark.sherrill@sutherland.com |
| kurt.mayr@bgllp.com | marvin.clements@ag.tn.gov |
| landon@slollp.com | matt@willaw.com |
| lani.adler@klgates.com | matthew.klepper@dlapiper.com |
| lapeterson@foley.com | maustin@orrick.com |
| lawallf@pepperlaw.com | mbenner@tishmanspeyer.com |
| lawrence.gelber@srz.com | mbienenstock@proskauer.com |
| lberkoff@moritthock.com | mbloemsma@mhjur.com |
| lee.stremba@troutmansanders.com | mbossi@thompsoncoburn.com |
| lee.whidden@dentons.com | mcademartori@sheppardmullin.com |
| lgranfield@cgsh.com | mcarthurk@sullcrom.com |
| lhandelsman@stroock.com | mccarthyj@sullcrom.com |
| lisa.solomon@att.net | mcordone@stradley.com |
| ljkotler@duanemorris.com | mcto@debevoise.com |

**LEHMAN BROTHERS HOLDINGS INC., et. Al.**

*Master Service List – Email*

| | |
|---|---|
| mcyganowski@oshr.com | mpage@kelleydrye.com |
| mdorval@stradley.com | mparry@mosessinger.com |
| meggie.gilstrap@bakerbotts.com | mpedreira@proskauer.com |
| melorod@gtlaw.com | mprimoff@kayescholer.com |
| meltzere@pepperlaw.com | mpucillo@bermanesq.com |
| metkin@lowenstein.com | mrosenthal@gibsondunn.com |
| mfeldman@willkie.com | mruetzel@whitecase.com |
| mginzburg@daypitney.com | mschimel@sju.edu |
| mgordon@briggs.com | msegarra@mayerbrown.com |
| mgreger@allenmatkins.com | mshiner@tuckerlaw.com |
| mh1@mccallaraymer.com | msolow@kayescholer.com |
| mhopkins@cov.com | mspeiser@stroock.com |
| michael.frege@cms-hs.com | mstamer@akingump.com |
| michael.kelly@monarchlp.com | munno@sewkis.com |
| michael.krauss@faegrebd.com | mvenditto@reedsmith.com |
| michael.mccrory@btlaw.com | mwarner@coleschotz.com |
| millee12@nationwide.com | mwarren@mtb.com |
| miller@taftlaw.com | nathan.spatz@pillsburylaw.com |
| mimi.m.wong@irscounsel.treas.gov | nbinder@binderschwartz.com |
| mitchell.ayer@tklaw.com | nbojar@fklaw.com |
| mitchell.berger@squirepb.com | ncoco@mwe.com |
| mjedelman@vedderprice.com | neal.mann@oag.state.ny.us |
| mjr1@westchestergov.com | ned.schodek@shearman.com |
| mlahaie@akingump.com | neilberger@teamtogut.com |
| mlandman@lcbf.com | nherman@morganlewis.com |
| mlichtenstein@crowell.com | nicholas.zalany@squirepb.com |
| mlynch2@travelers.com | nissay_10259-0154@mhmjapan.com |
| mmorreale@us.mufg.jp | nlepore@schnader.com |
| mneier@ibolaw.com | notice@bkcylaw.com |
| monica.lawless@brookfieldproperties.com | nyrobankruptcy@sec.gov |

# LEHMAN BROTHERS HOLDINGS INC., et. Al.
## *Master Service List – Email*

| | |
|---|---|
| otccorpactions@finra.org | rhett.campbell@tklaw.com |
| paronzon@milbank.com | richard.lear@hklaw.com |
| pbattista@gjb-law.com | richard@rwmaplc.com |
| pbosswick@ssbb.com | rick.murphy@sutherland.com |
| pdublin@akingump.com | rleek@hodgsonruss.com |
| peisenberg@lockelord.com | rlevin@cravath.com |
| peter.gilhuly@lw.com | rmatzat@hahnhessen.com |
| peter.macdonald@wilmerhale.com | rnetzer@willkie.com |
| peter.meisels@wilsonelser.com | robert.dombroff@bingham.com |
| peter.simmons@friedfrank.com | robert.honeywell@klgates.com |
| peter@bankrupt.com | robert.malone@dbr.com |
| pfeldman@oshr.com | robert.yalen@usdoj.gov |
| pfinkel@wilmingtontrust.com | robin.keller@lovells.com |
| phayden@mcguirewoods.com | roger@rnagioff.com |
| pmaxcy@sonnenschein.com | ross.martin@ropesgray.com |
| ppascuzzi@ffwplaw.com | rpedone@nixonpeabody.com |
| ppatterson@stradley.com | rrainer@wmd-law.com |
| psp@njlawfirm.com | rroupinian@outtengolden.com |
| ptrostle@jenner.com | rrussell@andrewskurth.com |
| raj.madan@skadden.com | russj4478@aol.com |
| ramona.neal@hp.com | ryaspan@yaspanlaw.com |
| rbeacher@pryorcashman.com | sabin.willett@bingham.com |
| rbernard@foley.com | sabramowitz@velaw.com |
| rbyman@jenner.com | sabvanrooy@hotmail.com |
| rdaversa@orrick.com | sally.henry@skadden.com |
| relgidely@gjb-law.com | samuel.cavior@pillsburylaw.com |
| rfriedman@silvermanacampora.com | sandyscafaria@eaton.com |
| rgmason@wlrk.com | scargill@lowenstein.com |
| rgoodman@moundcotton.com | schager@ssnyc.com |
| rgraham@whitecase.com | schannej@pepperlaw.com |

## LEHMAN BROTHERS HOLDINGS INC., et. Al.
### *Master Service List – Email*

| | |
|---|---|
| schepis@pursuitpartners.com | snewman@katskykorins.com |
| schnabel.eric@dorsey.com | sory@fdlaw.com |
| schristianson@buchalter.com | squsba@stblaw.com |
| scott.golden@hoganlovells.com | sree@lcbf.com |
| scottj@sullcrom.com | sschultz@akingump.com |
| scottshelley@quinnemanuel.com | sselbst@herrick.com |
| scousins@armstrongteasdale.com | sshimshak@paulweiss.com |
| sdnyecf@dor.mo.gov | sskelly@teamtogut.com |
| seba.kurian@invesco.com | sstarr@starrandstarr.com |
| sehlers@armstrongteasdale.com | steele@lowenstein.com |
| sfalanga@thewalshfirm.com | stephen.cowan@dlapiper.com |
| sfelderstein@ffwplaw.com | stephen.hessler@kirkland.com |
| sfineman@lchb.com | steve.ginther@dor.mo.gov |
| sfox@mcguirewoods.com | steven.usdin@flastergreenberg.com |
| sgordon@cahill.com | streusand@slollp.com |
| sgraziano@blbglaw.com | susheelkirpalani@quinnemanuel.com |
| sgubner@ebg-law.com | swolowitz@mayerbrown.com |
| sharbeck@sipc.org | szuber@csglaw.com |
| shari.leventhal@ny.frb.org | szuch@wiggin.com |
| shgross5@yahoo.com | tannweiler@greerherz.com |
| sidorsky@butzel.com | tbrock@ssbb.com |
| skatona@polsinelli.com | tdewey@dpklaw.com |
| sldreyfuss@hlgslaw.com | tgoren@mofo.com |
| sleo@bm.net | thenderson@americanmlg.com |
| slerman@ebglaw.com | thomas.califano@dlapiper.com |
| slerner@ssd.com | timothy.harkness@freshfields.com |
| slevine@brownrudnick.com | tkiriakos@mayerbrown.com |
| sloden@diamondmccarthy.com | tlauria@whitecase.com |
| smillman@stroock.com | tmacwright@whitecase.com |
| smulligan@bsblawyers.com | tmm@mullaw.org |

## LEHMAN BROTHERS HOLDINGS INC., et. Al.
### *Master Service List – Email*

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com