UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------x
                                          :
In re:                                    :     Chapter 11 Case No.
                                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,    :     08-13555 (SCC)
                                          :
           Debtors.                       :     (Jointly Administered)
                                          :
                                          :     Ref. Docket No. 53706
------------------------------------------------------------------x
```

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 29, 2016, I caused to be served the "Notice Regarding Eleventh Distribution Pursuant to the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors," dated September 29, 2016 [Docket No. 53706], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Eleni Manners*
Eleni Manners

Sworn to before me this
3rd day of October, 2016
*/s/ Diane M. Streany*
Diane M. Streany
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007

# EXHIBIT B

### LEHMAN BROTHERS HOLDINGS INC., et al.
*Master Service List - Email*

| | |
|---|---|
| aaaronson@dilworthlaw.com | appleby@chapman.com |
| aalfonso@willkie.com | aquale@sidley.com |
| abeaumont@fklaw.com | arainone@bracheichler.com |
| abraunstein@riemerlaw.com | arancier@offitkurman.com |
| acaton@kramerlevin.com | arheaume@riemerlaw.com |
| adarwin@nixonpeabody.com | arosenblatt@chadbourne.com |
| adiamond@diamondmccarthy.com | arthur.rosenberg@hklaw.com |
| adk@msf-law.com | arwolf@wlrk.com |
| aeckstein@blankrome.com | aschwartz@homerbonner.com |
| aentwistle@entwistle-law.com | aseuffert@lawpost-nyc.com |
| agbanknewyork@ag.tn.gov | ashmead@sewkis.com |
| aglenn@kasowitz.com | asnow@ssbb.com |
| agold@herrick.com | asomers@rctlegal.com |
| aisenberg@saul.com | aunger@sidley.com |
| akadish@dtlawgroup.com | austin.bankruptcy@publicans.com |
| akolod@mosessinger.com | avenes@whitecase.com |
| allison.holubis@wilsonelser.com | bankruptcy@goodwin.com |
| alum@ftportfolios.com | bankruptcy@morrisoncohen.com |
| amarder@msek.com | bankruptcy@ntexas-attorneys.com |
| amartin@sheppardmullin.com | bankruptcymatters@us.nomura.com |
| amcmullen@boultcummings.com | barbra.parlin@hklaw.com |
| amenard@tishmanspeyer.com | bbisignani@postschell.com |
| amh@amhandlerlaw.com | bcarlson@co.sanmateo.ca.us |
| andrew.brozman@cliffordchance.com | bdk@schlamstone.com |
| andrew.lourie@kobrekim.com | ben.lewis@hoganlovells.com |
| andrewtenzer@paulhastings.com | bguiney@pbwt.com |
| angelich.george@arentfox.com | bmanne@tuckerlaw.com |
| angie.owens@skadden.com | bmiller@mofo.com |
| ann.reynaud@shell.com | boneill@kramerlevin.com |
| anthony_boccanfuso@aporter.com | brian.corey@greentreecreditsolutions.com |
| aoberry@bermanesq.com | brosenblum@jonesday.com |
| aostrow@beckerglynn.com | brotenberg@wolffsamson.com |

**_LEHMAN BROTHERS HOLDINGS INC., et al._**
*Master Service List - Email*

| | |
|---|---|
| broy@rltlawfirm.com | csalomon@beckerglynn.com |
| bruce.wright@sutherland.com | cschreiber@winston.com |
| bsellier@rlrpclaw.com | cshore@whitecase.com |
| bstrickland@wtplaw.com | cshulman@sheppardmullin.com |
| btrust@mayerbrown.com | cszyfer@stroock.com |
| bturk@tishmanspeyer.com | cwalsh@mayerbrown.com |
| bwolfe@sheppardmullin.com | cward@polsinelli.com |
| cahn@clm.com | cweber@ebg-law.com |
| canelas@pursuitpartners.com | cweiss@ingramllp.com |
| cbelisle@wfw.com | dallas.bankruptcy@publicans.com |
| cbelmonte@ssbb.com | dave.davis@isgria.com |
| cdesiderio@nixonpeabody.com | david.bennett@tklaw.com |
| cfarley@mccarter.com | david.heller@lw.com |
| cgonzalez@diazreus.com | david.livshiz@freshfields.com |
| chad.husnick@kirkland.com | david.powlen@btlaw.com |
| chammerman@paulweiss.com | david.tillem@wilsonelser.com |
| charles@filardi-law.com | davids@blbglaw.com |
| charles_malloy@aporter.com | davidwheeler@mvalaw.com |
| chemrick@thewalshfirm.com | dbarber@bsblawyers.com |
| chipford@parkerpoe.com | dbaumstein@whitecase.com |
| chris.donoho@lovells.com | dbesikof@loeb.com |
| christopher.greco@kirkland.com | dcimo@gjb-law.com |
| claude.montgomery@dentons.com | dcoffino@cov.com |
| clynch@reedsmith.com | dcrapo@gibbonslaw.com |
| cmestres@aclawllp.com | ddavis@paulweiss.com |
| cohen@sewkis.com | ddrebsky@nixonpeabody.com |
| cp@stevenslee.com | ddunne@milbank.com |
| cpappas@dilworthlaw.com | deggermann@kramerlevin.com |
| cparyse@contrariancapital.com | deggert@freebornpeters.com |
| craig.goldblatt@wilmerhale.com | demetra.liggins@tklaw.com |
| craigjustinalbert@gmail.com | dennis.tracey@hoganlovells.com |
| crmomjian@attorneygeneral.gov | dfelder@orrick.com |

### LEHMAN BROTHERS HOLDINGS INC., et al.
*Master Service List - Email*

| | |
|---|---|
| dflanigan@polsinelli.com | ebcalvo@pbfcm.com |
| dgrimes@reedsmith.com | ecohen@russell.com |
| dhayes@mcguirewoods.com | edward.flanders@pillsburylaw.com |
| dheffer@foley.com | efleck@milbank.com |
| dhurst@coleschotz.com | efriedman@fklaw.com |
| dhw@dhclegal.com | efriedman@friedmanspring.com |
| diconzam@gtlaw.com | ekbergc@lanepowell.com |
| djcarragher@daypitney.com | eleicht@whitecase.com |
| djoseph@stradley.com | ellen.halstead@cwt.com |
| dkessler@ktmc.com | emagnelli@bracheichler.com |
| dkozusko@willkie.com | emerberg@mayerbrown.com |
| dlemay@chadbourne.com | enkaplan@kaplanlandau.com |
| dlipke@vedderprice.com | eobrien@sbchlaw.com |
| dmark@kasowitz.com | etillinghast@sheppardmullin.com |
| dmcguire@winston.com | eweinick@otterbourg.com |
| dmiller@steinlubin.com | ezujkowski@emmetmarvin.com |
| dmurray@jenner.com | fcarruzzo@kramerlevin.com |
| dneier@winston.com | ffm@bostonbusinesslaw.com |
| dodonnell@milbank.com | fhenn@law.nyc.gov |
| dpegno@dpklaw.com | fhyman@mayerbrown.com |
| draelson@fisherbrothers.com | foont@foontlaw.com |
| drosenzweig@fulbright.com | fsosnick@shearman.com |
| drosner@goulstonstorrs.com | fyates@sonnenschein.com |
| drosner@kasowitz.com | gabriel.delvirginia@verizon.net |
| dshaffer@wtplaw.com | gary.ravertpllc@gmail.com |
| dspelfogel@foley.com | gavin.alexander@ropesgray.com |
| dtatge@ebglaw.com | gbray@milbank.com |
| dtheising@harrisonmoberly.com | ggitomer@mkbattorneys.com |
| dwdykhouse@pbwt.com | ggoodman@foley.com |
| dwhite@mccarter.com | giddens@hugheshubbard.com |
| dworkman@bakerlaw.com | gkaden@goulstonstorrs.com |
| easmith@venable.com | glenn.siegel@morganlewis.com |

*LEHMAN BROTHERS HOLDINGS INC., et al.*
*Master Service List - Email*

| | |
|---|---|
| gmoss@riemerlaw.com | jbrody@americanmlg.com |
| goldenberg@ssnyc.com | jbromley@cgsh.com |
| gplotko@kramerlevin.com | jcarberry@cl-law.com |
| gspilsbury@jsslaw.com | jchristian@tobinlaw.com |
| guzman@sewkis.com | jdoran@haslaw.com |
| harrisjm@michigan.gov | jdwarner@warnerandscheuerman.com |
| harveystrickon@paulhastings.com | jdweck@sutherland.com |
| hbeltzer@mayerbrown.com | jdyas@halperinlaw.net |
| heiser@chapman.com | jean-david.barnea@usdoj.gov |
| hmagaliff@r3mlaw.com | jeanites@whiteandwilliams.com |
| holsen@stroock.com | jeannette.boot@wilmerhale.com |
| hooper@sewkis.com | jeff.wittig@coair.com |
| howard.hawkins@cwt.com | jeldredge@velaw.com |
| hrh@lhmlawfirm.com | jennifer.demarco@cliffordchance.com |
| hseife@chadbourne.com | jennifer.gore@shell.com |
| hsnovikoff@wlrk.com | jfalgowski@reedsmith.com |
| hsteel@brownrudnick.com | jg5786@att.com |
| igoldstein@proskauer.com | jgenovese@gjb-law.com |
| irethy@stblaw.com | jgoodchild@morganlewis.com |
| israel.dahan@cwt.com | jguy@orrick.com |
| jacobsonn@sec.gov | jhiggins@fdlaw.com |
| jalward@blankrome.com | jhorgan@phxa.com |
| james.heaney@lawdeb.com | jhuggett@margolisedelstein.com |
| james.mcclammy@dpw.com | jim@atkinslawfirm.com |
| james.sprayregen@kirkland.com | jjtancredi@daypitney.com |
| jamesboyajian@gmail.com | jjureller@klestadt.com |
| jamestecce@quinnemanuel.com | jlamar@maynardcooper.com |
| jar@outtengolden.com | jlawlor@wmd-law.com |
| jay.hurst@oag.state.tx.us | jlee@foley.com |
| jay@kleinsolomon.com | jlevitin@cahill.com |
| jbeemer@entwistle-law.com | jlscott@reedsmith.com |
| jbeiers@co.sanmateo.ca.us | jmaddock@mcguirewoods.com |

***LEHMAN BROTHERS HOLDINGS INC., et al.***
*Master Service List - Email*

| | |
|---|---|
| jmazermarino@msek.com | judy.morse@crowedunlevy.com |
| jmelko@gardere.com | jvail@ssrl.com |
| jmerva@fult.com | jwcohen@daypitney.com |
| jmmurphy@stradley.com | jwest@velaw.com |
| jmr@msf-law.com | jwh@njlawfirm.com |
| jnm@mccallaraymer.com | jzulack@fzwz.com |
| john.beck@hoganlovells.com | kanema@formanlaw.com |
| john.monaghan@hklaw.com | karen.wagner@dpw.com |
| john.mule@ag.state.mn.us | karl.geercken@alston.com |
| john.rapisardi@cwt.com | kdwbankruptcydepartment@kelleydrye.com |
| jonathan.goldblatt@bnymellon.com | keckhardt@hunton.com |
| jonathan.henes@kirkland.com | keith.simon@lw.com |
| jorbach@hahnhessen.com | ken.coleman@allenovery.com |
| joseph.cordaro@usdoj.gov | ken.higman@hp.com |
| joseph.serino@kirkland.com | kerry.moynihan@hro.com |
| joshua.dorchak@morganlewis.com | kgwynne@reedsmith.com |
| jowen769@yahoo.com | kiplok@hugheshubbard.com |
| joy.mathias@dubaiic.com | kit.weitnauer@alston.com |
| jpintarelli@mofo.com | kkelly@ebglaw.com |
| jporter@entwistle-law.com | kkolbig@mosessinger.com |
| jprol@lowenstein.com | klyman@irell.com |
| jrabinowitz@rltlawfirm.com | klynch@formanlaw.com |
| jrsmith@hunton.com | kobak@hugheshubbard.com |
| jschiller@bsfllp.com | korr@orrick.com |
| jschwartz@hahnhessen.com | kovskyd@pepperlaw.com |
| jsheerin@mcguirewoods.com | kressk@pepperlaw.com |
| jsherman@bsfllp.com | kreynolds@mklawnyc.com |
| jshickich@riddellwilliams.com | krodriguez@allenmatkins.com |
| jsmairo@pbnlaw.com | krosen@lowenstein.com |
| jstoll@mayerbrown.com | kurt.mayr@bgllp.com |
| jsullivan@mosessinger.com | landon@slollp.com |
| jtimko@shutts.com | lani.adler@klgates.com |

**_LEHMAN BROTHERS HOLDINGS INC., et al._**
*Master Service List - Email*

| | |
|---|---|
| lapeterson@foley.com | mbienenstock@proskauer.com |
| lawallf@pepperlaw.com | mbloemsma@mhjur.com |
| lawrence.gelber@srz.com | mbossi@thompsoncoburn.com |
| lberkoff@moritthock.com | mcademartori@sheppardmullin.com |
| lee.stremba@troutmansanders.com | mcarthurk@sullcrom.com |
| lee.whidden@dentons.com | mccarthyj@sullcrom.com |
| lgranfield@cgsh.com | mcordone@stradley.com |
| lhandelsman@stroock.com | mcto@debevoise.com |
| lisa.solomon@att.net | mcyganowski@oshr.com |
| ljkotler@duanemorris.com | mdorval@stradley.com |
| lkatz@ltblaw.com | meggie.gilstrap@bakerbotts.com |
| lkiss@klestadt.com | melorod@gtlaw.com |
| lmarinuzzi@mofo.com | meltzere@pepperlaw.com |
| lmcgowen@orrick.com | metkin@lowenstein.com |
| lnashelsky@mofo.com | mfeldman@willkie.com |
| loizides@loizides.com | mginzburg@daypitney.com |
| lschweitzer@cgsh.com | mgordon@briggs.com |
| lucdespins@paulhastings.com | mgreger@allenmatkins.com |
| mabrams@willkie.com | mh1@mccallaraymer.com |
| maofiling@cgsh.com | mhopkins@cov.com |
| marc.chait@sc.com | michael.frege@cms-hs.com |
| margolin@hugheshubbard.com | michael.kelly@monarchlp.com |
| mark.bane@ropesgray.com | michael.krauss@faegrebd.com |
| mark.ellenberg@cwt.com | michael.mccrory@btlaw.com |
| mark.mckane@kirkland.com | millee12@nationwide.com |
| mark.salzberg@squirepb.com | miller@taftlaw.com |
| mark.sherrill@sutherland.com | mimi.m.wong@irscounsel.treas.gov |
| marvin.clements@ag.tn.gov | mitchell.ayer@tklaw.com |
| matt@willaw.com | mitchell.berger@squirepb.com |
| matthew.klepper@dlapiper.com | mjedelman@vedderprice.com |
| maustin@orrick.com | mjr1@westchestergov.com |
| mbenner@tishmanspeyer.com | mlahaie@akingump.com |

**_LEHMAN BROTHERS HOLDINGS INC., et al._**

*Master Service List - Email*

| | |
|---|---|
| mlandman@lcbf.com | nissay_10259-0154@mhmjapan.com |
| mlichtenstein@crowell.com | nlepore@schnader.com |
| mlynch2@travelers.com | notice@bkcylaw.com |
| mmorreale@us.mufg.jp | nyrobankruptcy@sec.gov |
| mneier@ibolaw.com | otccorpactions@finra.org |
| monica.lawless@brookfieldproperties.com | paronzon@milbank.com |
| mpage@kelleydrye.com | pbattista@gjb-law.com |
| mparry@mosessinger.com | pbosswick@ssbb.com |
| mpedreira@proskauer.com | pdublin@akingump.com |
| mprimoff@kayescholer.com | peisenberg@lockelord.com |
| mpucillo@bermanesq.com | peter.gilhuly@lw.com |
| mrosenthal@gibsondunn.com | peter.macdonald@wilmerhale.com |
| mruetzel@whitecase.com | peter.meisels@wilsonelser.com |
| mschimel@sju.edu | peter.simmons@friedfrank.com |
| msegarra@mayerbrown.com | peter@bankrupt.com |
| mshiner@tuckerlaw.com | pfeldman@oshr.com |
| msolow@kayescholer.com | pfinkel@wilmingtontrust.com |
| mspeiser@stroock.com | phayden@mcguirewoods.com |
| mstamer@akingump.com | pmaxcy@sonnenschein.com |
| munno@sewkis.com | ppascuzzi@ffwplaw.com |
| mvenditto@reedsmith.com | ppatterson@stradley.com |
| mwarner@coleschotz.com | psp@njlawfirm.com |
| mwarren@mtb.com | ptrostle@jenner.com |
| nathan.spatz@pillsburylaw.com | raj.madan@skadden.com |
| nbinder@binderschwartz.com | ramona.neal@hp.com |
| nbojar@fklaw.com | rbeacher@pryorcashman.com |
| ncoco@mwe.com | rbernard@foley.com |
| neal.mann@oag.state.ny.us | rbyman@jenner.com |
| ned.schodek@shearman.com | rdaversa@orrick.com |
| neilberger@teamtogut.com | relgidely@gjb-law.com |
| nherman@morganlewis.com | rfriedman@silvermanacampora.com |
| nicholas.zalany@squirepb.com | rgmason@wlrk.com |

**_LEHMAN BROTHERS HOLDINGS INC., et al._**
_Master Service List - Email_

| | |
|---|---|
| rgoodman@moundcotton.com | schepis@pursuitpartners.com |
| rgraham@whitecase.com | schnabel.eric@dorsey.com |
| rhett.campbell@tklaw.com | schristianson@buchalter.com |
| richard.lear@hklaw.com | scott.golden@hoganlovells.com |
| richard@rwmaplc.com | scottj@sullcrom.com |
| rick.murphy@sutherland.com | scottshelley@quinnemanuel.com |
| rleek@hodgsonruss.com | scousins@armstrongteasdale.com |
| rlevin@cravath.com | sdnyecf@dor.mo.gov |
| rmatzat@hahnhessen.com | seba.kurian@invesco.com |
| rnetzer@willkie.com | sehlers@armstrongteasdale.com |
| robert.dombroff@bingham.com | sfalanga@thewalshfirm.com |
| robert.honeywell@klgates.com | sfelderstein@ffwplaw.com |
| robert.malone@dbr.com | sfineman@lchb.com |
| robert.yalen@usdoj.gov | sfox@mcguirewoods.com |
| robin.keller@lovells.com | sgordon@cahill.com |
| roger@rnagioff.com | sgraziano@blbglaw.com |
| ross.martin@ropesgray.com | sgubner@ebg-law.com |
| rpedone@nixonpeabody.com | sharbeck@sipc.org |
| rrainer@wmd-law.com | shari.leventhal@ny.frb.org |
| rroupinian@outtengolden.com | shgross5@yahoo.com |
| rrussell@andrewskurth.com | sidorsky@butzel.com |
| russj4478@aol.com | skatona@polsinelli.com |
| ryaspan@yaspanlaw.com | sldreyfuss@hlgslaw.com |
| sabin.willett@bingham.com | sleo@bm.net |
| sabramowitz@velaw.com | slerman@ebglaw.com |
| sabvanrooy@hotmail.com | slerner@ssd.com |
| sally.henry@skadden.com | slevine@brownrudnick.com |
| samuel.cavior@pillsburylaw.com | sloden@diamondmccarthy.com |
| sandyscafaria@eaton.com | smillman@stroock.com |
| scargill@lowenstein.com | smulligan@bsblawyers.com |
| schager@ssnyc.com | snewman@katskykorins.com |
| schannej@pepperlaw.com | sory@fdlaw.com |

### *LEHMAN BROTHERS HOLDINGS INC., et al.*
### *Master Service List - Email*

| | |
|---|---|
| squsba@stblaw.com | tslome@msek.com |
| sree@lcbf.com | tunrad@burnslev.com |
| sschultz@akingump.com | vguldi@zuckerman.com |
| sselbst@herrick.com | villa@slollp.com |
| sshimshak@paulweiss.com | vmilione@nixonpeabody.com |
| sskelly@teamtogut.com | vrubinstein@loeb.com |
| sstarr@starrandstarr.com | wanda.goodloe@cbre.com |
| steele@lowenstein.com | wbenzija@halperinlaw.net |
| stephen.cowan@dlapiper.com | wcurchack@loeb.com |
| stephen.hessler@kirkland.com | wfoster@milbank.com |
| steve.ginther@dor.mo.gov | will.sugden@alston.com |
| steven.usdin@flastergreenberg.com | wisotska@pepperlaw.com |
| streusand@slollp.com | wk@pwlawyers.com |
| susheelkirpalani@quinnemanuel.com | wmaher@wmd-law.com |
| swolowitz@mayerbrown.com | wmarcari@ebglaw.com |
| szuber@csglaw.com | wmckenna@foley.com |
| szuch@wiggin.com | wsilverm@oshr.com |
| tannweiler@greerherz.com | wswearingen@llf-law.com |
| tbrock@ssbb.com | wtaylor@mccarter.com |
| tdewey@dpklaw.com | wzoberman@bermanesq.com |
| tgoren@mofo.com | yuwatoko@mofo.com |
| thenderson@americanmlg.com | |
| thomas.califano@dlapiper.com | |
| timothy.harkness@freshfields.com | |
| tkiriakos@mayerbrown.com | |
| tlauria@whitecase.com | |
| tmacwright@whitecase.com | |
| tmm@mullaw.org | |
| tnixon@gklaw.com | |
| toby.r.rosenberg@irscounsel.treas.gov | |
| tomwelsh@orrick.com | |
| tsalter@blankrome.com | |