**Presentment Date and Time: October 25, 2016 at 10:00 a.m. (Prevailing Eastern Time)**
**Objection Deadline: October 24, 2016 at 4:00 p.m. (Prevailing Eastern Time)**
**Hearing Date and Time (Only if Objection Filed): November 22, 2016 at 10:00 a.m. (Prevailing Eastern Time)**

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
: 
In re                                                   :  **Chapter 11 Case No.**
                                                        :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,             :  **08-13555 (SCC)**
                                                        :
                            Debtors.                    :  **(Jointly Administered)**
                                                        :
------------------------------------------------------------x

**NOTICE OF PRESENTMENT OF SUPPLEMENTAL ORDER GRANTING**
**THE FOUR HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS**
**(PREFERRED SECURITIES CLAIMS) SOLELY AS TO CLAIM NUMBER 55829**

On December 20, 2013, Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors for the entities in the above referenced chapter 11 cases, filed the four hundred fifty-first omnibus objection to claims [ECF No. 41670] (the "Objection"). No responses to the Objection were filed.

The hearing on the Objection was adjourned to a date to be determined solely as to certain claims [ECF No. 42135], including claim number 55829 (the "Claim").

**PLEASE TAKE NOTICE** that the undersigned will present the annexed Supplemental Order Granting the Four Hundred Fifty-First Omnibus Objection to Claims (Preferred Securities Claims) (the "Order") to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on **October 25, 2016 at 10:00 a.m. (Prevailing Eastern Time)**, granting the Objection solely with respect to the Claim.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the Order is served and filed with the Clerk of the Court and a courtesy copy is delivered to the chambers of the Honorable Shelley C. Chapman so as to be received by **October 24, 2016 at 4:00 p.m. (Prevailing Eastern Time)**, there will not be a hearing and the Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing will be held to consider the Order on **November 22, 2016 at 10:00 a.m. (Prevailing Eastern Time)** (the "Hearing") before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, United States Bankruptcy Court, Courtroom 623, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: October 11, 2016
  New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings
Inc. and Certain of its Affiliates

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
:
In re                                                               :    Chapter 11 Case No.
:
LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :    08-13555 (SCC)
:
Debtors.                                                  :    (Jointly Administered)
:
------------------------------------------------------------------x

### SUPPLEMETNAL ORDER GRANTING THE FOUR HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)

Upon the four hundred fifty-first omnibus objection to claims, dated December 20, 2013 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above- referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking a partial disallowance and expungement of the Claims, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that the relief requested in the Objection is granted solely as to claim number 55829; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, portions of claim number 55829 relating to ISIN XS0215349357 and ISIN XS0229269856 are reduced to the amounts listed on <u>Exhibit 1</u> attached hereto under the column heading, "Reduced Amounts," and any amounts in excess of the Reduced Amounts are disallowed and expunged, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2016
      New York, New York

                                                                     _____
                                                                    UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

WEIL:\95895549\2\58399.0011

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 451: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK JULIUS BAER & CO. AG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined * | 21,983.17 |
| 2 | BANK JULIUS BAER & CO. LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined * | 5,995.41 |
| 3 | LANDOLT & CIE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined * | 5,995.41 |
| | | | | | | TOTAL | $ 0.00 | $ 33,973.99 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.