B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.,    Case No. 08-13555 (SCC) (Jointly Administered)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsche Bank AG, London Branch** | **Lehman Brothers Bankhaus Aktiengesellschaft i. Ins.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 27947 |
| c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn: Rich Vichaidith<br>Email: richard.vichaidith@db.com | Transferred Claim Amount: $177,000,000<br>Date Claim Filed:<br>Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: October 4, 2016
Transferee/Transferee's Agent

By: _____    Date: October 4, 2016
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DB3/ 201109418.1

# EVIDENCE OF TRANSFER OF CLAIM

| | |
|---|---|
| TO: | United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") Attn: Clerk |
| AND TO: | Lehman Brothers Special Financing Inc. (the "Debtor") |
| CASE NAME: | In re Lehman Brothers Holdings Inc., et al., |
| CASE NO.: | Chapter 11, Case No. 08-13555 (SCC) (Jointly administered) |
| CLAIM NO.: | 27947 |

It is hereby certified that Dr. Michael Frege in his capacity as insolvency administrator over the assets of **LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT I. INS**, ("Seller") has, for good and valuable consideration (the receipt and sufficiency of which are hereby acknowledged), unconditionally and irrevocably sold, transferred and assigned unto:

**DEUTSCHE BANK AG, LONDON BRANCH**

Winchester House, 1 Great Winchester Street
London EC2N 2DB
Tel: +44 207 547 2400
Fax: +44 113 336 2010
Attention: Michael Sutton / Alexander Kraemer
E-mail: michael.sutton@db.com / alexander.kraemer@db.com

("Buyer"), by assignment agreement dated October 4 2016, all rights, title, interest, claims and causes of action in and to, or arising under or in connection with 100% of the Claim, in the principal amount of **US$ 177,000,000**.

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law with respect to the transfer of the Claim. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim. Seller further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to Buyer.

DB3/ 201091251.4

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 4th DAY OF OCTOBER, 2016.

| **Dr. Michael C. Frege, in his capacity as insolvency administrator over the assets of LEHMAN BROTHERS BANKHAUS AKTIENGESELLSCHAFT i. Ins.** | **Deutsche Bank AG, London Branch** |
|---|---|
| Name: *[signature] Dr. Schildt* | Name: Alexander Kraemer |
| Title: Attorney | Title: Director |
| gez. Dr. Schildt | Name: Simon Glennie |
| Dr. Michael C. Frege | Title: Director |
| as Insolvency Administrator of Lehman Brothers Bankhaus AG | |
| Neue Mainzer Straße 2-4  D-60311 Frankfurt/Main | |
| Tel. +49(0)69/7 17 01-300  Fax +49(0)69/7 17 01-367 | |

DB3/ 201091251.4