B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.,          Case No. 08-13888 (SCC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee** | **Name of Transferor** |
|---|---|
| **Deutsche Bank AG, London Branch** | **CCP Credit Acquisition Holdings, L.L.C.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 66690 |
| c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn: Rich Vichaidith<br>Email: richard.vichaidith@db.com | Transferred Claim Amount: $609,038.34<br>Date Claim Filed:<br>Last Four Digits of Acct #: N/A |

Name and Address where transferee payments should be sent (if different from above):

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: October 7, 2016

    Transferee/Transferee's Agent

By: _____          Date: October 7, 2016

26

NYC 368156.2

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO:   United States Bankruptcy Court for the
Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attn:   Clerk of the Court

AND TO: Lehman Brothers Special Financing Inc. (the "Debtor"), Case No. 08-13888 (SCC)

Claim Number: 66690

**CCP Credit Acquisition Holdings, L.L.C.**, its successors and assigns (collectively, "Transferor") hereby acknowledges that, for good and valuable consideration, Transferor has unconditionally and irrevocably sold, transferred and assigned to:

**Deutsche Bank AG, London Branch**
c/o Deutsche Bank Securities Inc.
60 Wall Street
New York, NY 10005
Attn: Rich Vichaidith
Email: richard.vichaidith@db.com

its successors and assigns ("Transferee") all rights, title and interest in and to Claim No. 66690, **in the amount of $609,038.34 (the "Claim")**, against Lehman Brothers Special Financing Inc., a Debtor in Case No. 08-13888 (jointly administered under Case No. 08-13555) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Claim to Transferee and recognizing the Transferee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Transferee.

*[Signatures to Follow]*

24

NYC:368156.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October 7, 2016.

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: Centerbridge Credit Advisors, L.L.C., its managing member

By: _____
    Name:
    Title: Aleksandra Markovic
        Authorized Signatory

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
    Name:
    Title:

By: _____
    Name:
    Title:

25

NYC:368156.2

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated October _7_, 2016.

**CCP CREDIT ACQUISITION HOLDINGS, L.L.C.**

By: Centerbridge Credit Advisors, L.L.C., its managing member

By:_____
    Name:
    Title:

**DEUTSCHE BANK AG, LONDON BRANCH**

By:_____
    Name:
    Title:

By:_____
    Name:
    Title: