Donald Arney, Owner/Broker

Las Olas Mortgage Center, Inc.  Dissolved 9/14/2007

2958 Burnett Terrace

The Villages, Fl 32163

954-868-3875

donaldarney@gmail.com

---

UNITED STATES BANKRUPTCY COURT ,          Chapter 11

SOUTHERN DISTRICT OF NEW YORK   ,        Case No 98-13555(SCC)


Is re,

LEHMAN BROTHERS HOLDINGS, INC. et al...

---

Debtors


ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER

FOR INDEMIFICATION CLAIMS OF THE

DEBTORS AGAINST MORTGAGE LOAN SELLERS.


## MOTION TO WITHDRAW: MOTION TO DISMISS: STATUTE OF LIMITATIONS


**Comes now Las Olas Mortgage Center, Inc. (dissolved 9/2007) thru Donald and Elizabeth Arney, representatives, withdrawing a previously filed motion, without prejudice, in this matter.  The withdrawing of the <u>Motion To Dismiss Statute of Limitations</u> is requested due to the action of Lehman Brothers Holdings, Inc. and their representative Nicole Kim ADR Counsel. (Letters attached).**

**By LBHI withdrawing their Demand For Payment through their Counsel, Nicole Kim ADR.  there is no need to hear or keep in file the motion above styled.**

**LOMCI request no further action in this matter, at this time, pertaining to the Lehman Brothers Holdings, Inc. Demand for Payment.**

I Donald Preston Arney Request Judge Shelley C. Chapman to rule without a hearing, on this Motion to Withdraw. Motion to Dismiss Statute of Limitations. Based on the presented facts and letter from Nicole Kim ADR Counsel, .  All documents provided to LBHI by U. S. Postal Service. (Registered letter RRR).

Date. October 10, 2016                         Donald Preston Arney

I certify that on October 11, 2016 a copy of this Motion and all supporting documents are attached as indicated above were mailed to.

Nicole Kim  (return receipt requested)

ADR Counsel

Lehman Brothers Holdings, Inc.

7807 E. Peakview Avenue

Suite 410

Centennial, Co.80111


**Donald Arney, Owner/Broker**
**Las Olas Mortgage Center, Inc.  Dissolved 9/14/2007**
**2958 Burnett Terrace**
**The Villages, Fl 32163**
**954-868-3875**
**donaldarney@gmail.com**

# LEHMAN BROTHERS HOLDINGS INC.

October 7, 2016

**VIA UPS Delivery**

Donald Arney
2958 Burnett Terrace
The Villages, FL 32163

Re:    **Withdrawal of Demand For Payment - Las Olas Mortgage Center Inc.**

Dear Mr. Arney,

The Bankruptcy Estate of Lehman Brothers Holdings Inc. ("LBHI") sent a Demand for Payment dated September 9, 2016 to you as owner of Las Olas Mortgage Center Inc. This letter is to inform you that LBHI is formally withdrawing the Demand for Payment and the alleged underwriting breaches outlined therein. Accordingly, please confirm that you will also be withdrawing the two motions filed in the United States Bankruptcy Court, Southern District of New York, In Re Lehman Brothers Holdings Inc., Case No. 98-13555: Motion for Change of Venue/Transfer of Case and Motion for Dismissal Statute of Limitations.   Please forward the confirmation of the withdrawal of the motions referenced above to my attention.

Very truly yours,

Nicole Kim
ADR Counsel
Lehman Brothers Holdings, Inc.
Direct: (720) 945-3217
Nicole.Kim@lehmanholdings.com

# LEHMAN BROTHERS HOLDINGS INC.

October 7, 2016

**VIA UPS Delivery**

Elizabeth Arney
2958 Burnett Terrace
The Villages, FL 32163

Re:    **Withdrawal of Demand For Payment Las Olas Mortgage Center Inc.**

Dear Ms. Arney,

The Bankruptcy Estate of Lehman Brothers Holdings Inc. ("LBHI") sent a Demand for Payment dated September 9, 2016 to you as owner of Las Olas Mortgage Center Inc. This letter is to inform you that LBHI is formally withdrawing the Demand for Payment and the alleged underwriting breaches outlined therein. Accordingly, please confirm that you will also be withdrawing the two motions filed in the United States Bankruptcy Court, Southern District of New York, In Re Lehman Brothers Holdings Inc., Case No. 98-13555: Motion for Change of Venue/Transfer of Case and Motion for Dismissal Statute of Limitations. Please forward the confirmation of the withdrawal of the motions referenced above to my attention.

Very truly yours,

Nicole Kim
ADR Counsel
Lehman Brothers Holdings, Inc.
Direct: (720) 945-3217
Nicole.Kim@lehmanholdings.com

1