Ausfertigung

Notariat 1 Freiburg
- Nachlassgericht -

1 NG 195 / 2016




## Testamentsvollstreckerzeugnis

Nachlass auf Ableben von

Ursula Anna Menzel geb. Kienast, verstorben am 20.06.2016 in Freiburg im Breisgau, geboren am 20.08.1935, zuletzt wohnhaft Längenhardstraße 16, 79104 Freiburg

Es wird hiermit bezeugt, dass durch das handschriftliches Testament vom 29.01.2004 eröffnet durch das Notariat 1 Freiburg -Nachlassgericht- am 25. Juli 2016 zum

## Testamentsvollstrecker

ernannt worden ist:

Herr Rechtsanwalt Ulf Nissen, geboren am 25.09.1956, Hochmeisterstraße 3, 79104 Freiburg

Der Testamentsvollstrecker hat das Amt angenommen.

Freiburg, 11. August 2016

Feistel
Nachlassrichterin

Kopie erstellt gem. vorliegendem Original

Freiburg, 27.09.2016

Volksbank Freiburg eG
Bismarckallee 10
79098 Freiburg

Diese Ausfertigung stimmt mit der Urschrift überein.

Sie wird erteilt:

Herrn Rechtsanwalt
Ulf Nissen
Hochmeisterstraße 3
79104 Freiburg

1 NG 195 / 2016

Freiburg, 16.08.2016

Schumacher, Justiz(fach)angestellte
als Urkundsbeamtin der Geschäftsstelle des
Notariat 1 Freiburg - Nachlassgericht -



**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RECEIVED OCT - 3 2016 U.S BANKRUPTCY COURT SO. DIST OF NEW YORK

In re:

Lehman Brothers Holdings Inc.,

Debtor.

Chapter 11

Case No. 08-13555 (JMP)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY PURSUANT TO RULE 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice and attached evidence.

**Ms. Ursula Menzel**
Name of Transferee

**VR-LIW GmbH**
Name of Transferor

Name and Address where notices to transferee should be sent:

Ursula Menzel
Längenhardstrasse 16
79104 Freiburg im Breisgau
Federal Republic of Germany

Telephone: +49 _____
Attention: _____

1)
Claim No.: 55180
Blocking No.: CA65885
Amount of Claim: USD 152,287.72
Date Claim Filed: 10/29/2009

2)
Claim No.: 55184
Blocking No.: 1000048
Amount of Claim: USD 256,302.00
Date Claim Filed: 10/29/2009

Name and Address where transferee payments should be sent (if different from above):

N/A _____

Telephone: _____
Attention: _____

Evidence of Transfer of Claim is attached as Exhibit 1.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____    Date: __Sept /27/ 2016__
Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 11 U.S.C. §§ 152 & 3571.

**Exhibit 1**

## AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM
## LEHMAN PROGRAM SECURITY

TO: THE DEBTOR AND THE BANKRUPTCY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **VR-LIW GmbH**, Gabelsberger Strasse 1a, D-59069 Hamm, Germany (the "Transferor") hereby unconditionally and irrevocably transfers and assigns to **Ms. Ursula Menzel** (the "Transferee"), as of the date hereof, an undivided interest, to the extent of the amount specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with **Proof of Claim Number 55180, Blocking Number CA65885 and Proof of Claim Number 55184, Blocking Number 1000048** filed by or on behalf of **VR-LIW GmbH** as Filing Entity on behalf of multiple holders of Lehman Programs (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed as of Sept. / 27. , 2016.

| | |
|---|---|
| **VR-LIW GmbH** | **Ursula Menzel** |
| By: _____ | By: _____ |
| Name: Andreas Winkler, ppa. | Name: Ursula Menzel |
| Title: Manager (*Prokurist*) | Title: -- |
| Gabelsbergerstrasse 1a | Längenhardstrasse 16 |
| D - 59069 Hamm | D - 79104 Freiburg im Breisgau |
| Germany | Germany |

# SCHEDULE 1

### Transferred Claims

Transferred Portion of Claim

1)
US$ <u>152,287.72</u> of US$ <u>152,287.72</u> relating to Proof of Claim No. 55180, Blocking No. CA65885

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Claim Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Securities Programs | XS0340076321 Blocking No. CA65885 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 100,000.00 equivalent to US$ 142,390.00 | -- | 7 March 2011 | EUR 106,951.14 equivalent to US$ 152,287.72 |

2)
US$ <u>256,302.00</u> of US$ 270,541.00 relating to Proof of Claim No. 55184, Blocking No. 1000048

Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/Notional Amount | Coupon | Maturity | Claim Amount (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| Lehman Securities Programs | DE000A0NMXZ5 Blocking No. 1000048 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | EUR 180,000.00 equivalent to US$ 256,302.00 | -- | 4 May 2012 | EUR 180,000.00 equivalent to US$ 256,302.00 |

**Schedule for the notes with the ISIN Code:**  XS0340076321

Calculation

| Final redemption amount[1]: | Index linked |
|---|---|
| Interest | The notes do not bear interest |
| Issue date: | 7 March 2008 |
| Original maturity day: | 7 March 2011 |
| Bankruptcy judgement day: | 15 September 2008 |
| Exchange rate (EUR-USD)[2]: | 1.423900 |

[1] The Final Redemption Amount is calculated with the applicable formula below.
[2] The exchange rate of 15 September 2008 is taken from the website www.reuters.com

If a Trigger Event has not occurred and if

$$\frac{WTI\ final}{WTI\ initial} \geq 100\%$$

then the Final Redemption Amount is calculated as follows:

$$Final\ Redemption\ Amount = Issue\ price \times [100\% + (100\% - \frac{WTI\ final}{WTI\ initial})]$$

WTI final means = the Commodity Reference Price on the Valuation Date (28 February 2011)
($ 94.64) Because of the Bankruptcy Judgement Day we constitute the Commodity Reference Price on the 15 September 2008[3]

WTI Initial means = the Commodity Reference Price on the Strike Date (29 February 2008)[3]
($ 101.71)

$$Final\ Redemption\ Amount = Nominal\ amount \times [100\% + (100\% - \frac{\$94.64}{101.71})]$$

= Nominal amount x 1.069511356

[3] The Commodity Reference Price is taken from the website www.onvista.de

| Blocking Number | Account Number | Nominal amount in € | Amount of Interest in € | Total amount of claim in €: | claim in $: |
|---|---|---|---|---|---|
| CA65685 | 67160 | 100.000,00 € | - € | 106.851,14 € | $ 152.287,72 |
| | Total | 100.000,00 € | - € | 106.851,14 € | $ 152.287,72 |

Page 1 of 3

### Reservation of Rights

1. VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities ("Claimant") expressly reserves the right to amend or supplement this Claim at any time, in any respect and for any reason, including but not limited to, for the purposes of (a) fixing, increasing, or amending the amounts referred to herein, and (b) adding or amending documents and other information and further describing the claims. Claimant does not waive any right to amounts due for any claim asserted herein by not stating a specific amount due for any such claim at this time, and Claimant reserves the right to amend or supplement this proof of claim, if Claimant should deem it necessary or appropriate, to assert and state an amount for any such claim.

2. This Claim is made without prejudice to the filing by Claimant and any related entities of additional proofs of claim for any additional claims against Lehman Brothers Holdings Inc. ("LBHI") and its affiliated debtors (the "Debtors") and non-debtor entities affiliated with the Debtors of any kind or nature, including, without limitation, claims for administrative expenses, additional interest, late charges, and related costs and expenses, and any and all other charges and obligations reserved under the applicable documents and other transaction documents, and claims for reimbursement in amounts that are not fully ascertainable.

3. The filing of this Claim is not intended to be and shall not be deemed to be or construed as a waiver or release of any right to claim specific assets; any rights of setoff, recoupment, or counterclaim; or any other right, rights of action, causes of action, or claims, whether existing now or hereinafter arising, that Claimant has or may have against LBHI, its affiliated entities or any other person, or persons, and Claimant expressly reserves all such rights.

4.  Nothing herein modifies, alters, amends and/or waives any right Claimant may have under applicable law or any agreement or understanding to assert and recover from LBHI, its affiliated entities or any other person or persons, upon rights, claims, and monies.

5.  In executing and filing this claim, Claimant does not submit itself to the jurisdiction of this Court for any other purpose than with respect to this Claim. This Claim is not intended to be, and shall not be construed as (i) an election of remedies, (ii) a waiver of any past, present or future defaults, or (iii) a waiver or limitation of any rights remedies, claims or interests of Claimant.

| | |
|---|---|
| **26 OCT 2009** | *[signature]* |
| Date | Signature |

Gunnar Mängel (General Manager)

VR-LIW GmbH
Gabelsbergerstr. 1a
59069 Hamm
Germany

Registry court: AG Hamm, HRB 6345
VAT-Ident-Number DE262892384

Tel.: +49 30 / 259 245 - 314
Fax: +49 30 / 259 245 - 399
E-Mail: g.maengel@vr-liw.de



**Exhibit 2**

United States Bankruptcy Court/Southern District of New York
Lehman Brothers Holdings Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, P.O. Box 5076
New York, NY 10150-5076

| In Re: | Chapter 11 |
|---|---|
| Lehman Brothers Holdings Inc., et al., Debtors. | Case No. 08-13555 (JMP) (Jointly Administered) |

**LEHMAN SECURITIES PROGRAMS PROOF OF CLAIM**

Filed: USBC - Southern District of New York
Lehman Brothers Holdings Inc., Et Al.
08-13555 (JMP)    0000055180

Note: This form may not be used to file claims other than those based on Lehman Programs Securities as listed on http://www.lehman-docket.com as of July 17, 2009.

Name and address of Creditor: (and name and address where notices should be sent if different from Creditor)

VR-LIW GmbH as Filing Entity claiming on behalf of multiple holders of Lehman Programs Securities
Gunnar Mängel (General Manager)
Gabelsbergerstraße 1a
59069 Hamm
Germany

Telephone number:+4930/25 92 45 314    Email Address: g.maengel@vr-liw.de

Name and address where payment should be sent (if different from above)
VR-LIW GmbH
Gabelsbergerstraße 1a
59069 Hamm

Telephone number:+4930/25 92 45 314 Email Address: g.maengel@vr-liw.de

☐ Check this box to indicate that this claim amends a previously filed claim.

Court Claim Number:_____
(If known)

Filed on: _____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

1. Provide the total amount of your claim based on Lehman Programs Securities. Your claim amount must be the amount owed under your Lehman Programs Securities as of September 15, 2008, whether you owned the Lehman Programs Securities on September 15, 2008 or acquired them thereafter, and whether such claim matured or became fixed or liquidated before or after September 15, 2008. The claim amount must be stated in United States dollars, using the exchange rate as applicable on September 15, 2008. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the claim amounts for each Lehman Programs Security to which this claim relates.

Amount of Claim: $152,287.72    (Required)

☐ Check this box if the amount of claim includes interest or other charges in addition to the principal amount due on the Lehman Programs Securities.

2. Provide the International Securities Identification Number (ISIN) for each Lehman Programs Security to which this claim relates. If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the ISINs for the Lehman Programs Securities to which this claim relates.

International Securities Identification Number (ISIN): XS0340076321    (Required)

3. Provide the Clearstream Bank Blocking Number, a Euroclear Bank Electronic Reference Number, or other depository blocking reference number, as appropriate (each, a "Blocking Number") for each Lehman Programs Security for which you are filing a claim. You must acquire a Blocking Number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). If you are filing this claim with respect to more than one Lehman Programs Security, you may attach a schedule with the Blocking Numbers for each Lehman Programs Security to which this claim relates.

Clearstream Bank Blocking Number, Euroclear Bank Electronic Instruction Reference Number and or other depository blocking reference number:

See attached schedule( page 1 to 3)    (Required)

4. Provide the Clearstream Bank, Euroclear Bank or other depository participant account number related to your Lehman Programs Securities for which you are filing this claim. You must acquire the relevant Clearstream Bank, Euroclear Bank or other depository participant account number from your accountholder (i.e. the bank, broker or other entity that holds such securities on your behalf). Beneficial holders should not provide their personal account numbers.

Accountholders Euroclear Bank, Clearstream Bank or Other Depository Participant Account Number:
See attached schedule (page 1 to 3)    (Required)

5. Consent to Euroclear Bank, Clearstream Bank or Other Depository: By filing this claim, you consent to, and are deemed to have authorized, Euroclear Bank, Clearstream Bank or other depository to disclose your identity and holdings of Lehman Programs Securities to the Debtors for the purpose of reconciling claims and distributions.

| Date. 26 Oct 2009 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature] Gunnar Mängel |
|---|---|

FOR COURT USE ONLY

**FILED / RECEIVED**

OCT 2 9 2009

EPIQ BANKRUPTCY SOLUTIONS, LLC

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

### INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The questions on the Proof of Claim form include instructions for completing each question. The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

### _____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured, reduced to judgment or not, liquidated or unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal or equitable

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the Claims Agent at the following address:

**Lehman Brothers Holdings Claims Processing
c/o Epiq Bankruptcy Solutions, LLC
FDR Station, PO Box 5076
New York, NY 10150- 5076**

**Lehman Programs Security**
Any security included on the list designated "Lehman Programs Securities" available on http://www.lehman-docket.com as of July 17, 2009.

### _____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim, or you may access the Claims Agent's system (http://www.lehman-docket.com) to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.