B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  LEHMAN BROTHERS HOLDING, ET. AL ,            Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| SOFIA GP SGR SPA | ADVAM PARTNERS SGR |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
SOFIA GP SGR SPA
Via Fiori Oscuri 5 - 20121 Milano - Italy

Court Claim # (if known):  #48753-08
Amount of Claim:  $33,000.00
Date Claim Filed:  04/22/2015

Phone: +39024344691
Last Four Digits of Acct #:

Phone: +3902620808
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Alberto Crespi (SOFIA GP SGR SPA)            Date:  09/22/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RECEIVED
OCT - 3 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

**ATTACHMENT 1**

Details of security and amount (nominal value) to be transferred

| Security description | ISIN | Issuer | Guarantor | Maturity | Nominal amount to be transferred |
|---|---|---|---|---|---|
| Lehman B.T. 7% RF14 | XS0200284247 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc | 09/22/2014 | EUR 33,000 |

TRANSFEREE SIGNATURE

_____