FILED / RECEIVED

OCT 0 4 2016

EPIQ BANKRUPTCY SOLUTIONS

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## Southern District Of New York

In re: Lehman Brothers Holdings Inc., et al.,

Case No.   08-13555 (SCC)
(Jointly Administered

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**BSI SA, Singapore Branch**
_____
Name of Transferee

Name and Address where notices to transferee should be sent:
BSI SA
Attn: Mr AndreaFerrari
Custody administration
Via Magatti 2, 6900 Lugano
e-mail:Group.BsiCustodyadministration@bsi
bank.com
Phone: **0041 58 809 35 46**

Name and Address where transferee payments should be sent (if different from above):
**CITIBANK NY / SWIFT CITIUS33**
**ACCOUNT 10938561**
**In the name of BSI SA**

**The Hongkong and Shanghai Banking Corporation Limited[, Singapore branch]**
_____
Name of Transferor

Court Claim # (if known): [●]

Amount of Claim: See attached Evidence of Partial Transfer of Claim

Date Claim Filed: 29 October 2009

RECEIV

OCT 11 2016

U.S. FED...

Phone: +852 3604 7640
Last Four Digits of Acct. #: **6253**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ **BSI SA** Lugano _____ Date:___30.09.2016 _____

RESTRICTED

Transferee/Transferee's Agent
Name:
Title:

pm A. Di Napoli          pp A. Ferrari

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

RESTRICTED

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

**THE HONGKONG AND SHANGHAI BANKING CORPORATION LIMITED[, SINGAPORE BRANCH]** ("Transferor"), does hereby certify that, as of _____, 2016, it has unconditionally and irrevocably transferred and assigned to **BSI Bank Limited Singapore** ("**Transferee**"), to the extent specified below (the "**Transferred Claim**"), Transferor's right, title and interest in and to Proof of Claim Number **56671** filed by or on behalf of Transferor against Lehman Brothers Holdings Inc., debtor in Case No. 08-13555 (JMP) in the United States Bankruptcy Court for the Southern District of New York, solely in following amounts (the "**Claim**").

| ISIN | Issuer | Guarantor | Principal Amount Transferred |
|---|---|---|---|
| XS0297907791 | LEHMAN BROTHERS TREASURY | LEHMAN BROTHERS HOLDINGS INC | EUR100,000 |

For the avoidance of doubt, no portion of the Claim has been transferred to the Transferee other than the Transferred Claim.

Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing the assignment evidenced by this Evidence of Transfer of Claim as an unconditional assignment and Transferee herein as the valid owner of the Transferred Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, dated as of the    30    of    September, 2016.

THE HONGKONG AND SHANGHAI
BANKING CORPORATION LIMITED

By: _____

Name: ___Ang Sok Leng_____
Title: PB Head of Credit Advisory, South East Asia
Tel.:(65) 6658 3542

**BSI Bank Limited,** ~~_____~~

By: _____

Name: pm A. Di Napoli          pp A. Ferrari
Title: Assistant Vice President
Tel.: +41 58 809 31 11

RESTRICTED

Swiss bankers since 1873

**BSi**

To:
United States Bankruptcy Court
Southern District of New York
Lehman Brothers Holdings Claims Processing
Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Avenue, 3rd Floor
New York, NY10017 (USA)

BY DHL

Lugano        September 30, 2016

Notice of transfer, from The Hongkong and Shanghai Banking Corporation LTD, Singapore (the "Transferor") to BSI SA on behalf of its client (the "Transferee"), of securities issued by Lehman Brothers Holding INC (the "Securities") and claim n. 56671 attached thereto (the "Claim")

Dear Sirs,

reference is made to the transfer of the above mentioned Securities and part of the Claim to our bank as nominee on behalf of its client/s (the "**Transfer**").

In order to duly notify you of the Transfer, please find here attached the following documents, so that you can kindly proceed and amend the Claim Register accordingly:

1) Form 210/A, signed by our bank as Transferee on behalf of its client;

2) "*Evidence of Transfer of Claim*", signed by THE HONGKONG AND SHANGHAI BANKING CORPORATION LTD, Singapore as Transferor, as proof that THE HONGKONG AND SHANGHAI BANKING CORP.LTD has partially transferred a registered claim to BSI SA on behalf of its client/s.

Given the importance of this Notice in the interests of our client/s, We would also appreciate if you can advise us immediately if something (e.g. information, document, etc.) is missing by sending a message to the following e-mail address: group.bsicustodyadministration@bsibank.com

Thank you very much in advance for your kind help and attention.

Yours faithfully,

BSI SA

pm A. Di Napoli

pp A. Ferrari

made from
recycled materials

**EXPRESS WORLDWIDE** | **DOX** | **DHL**

IntraShip (7.2) / *17-1409*

From BSI SA
4191/8093111
VIA FRANSCINI 8
6900 LUGANO
CH SWITZERLAND

Origin
**LUG**

To | UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
LEHMAN BROTHERS CLAIMS C/O
EPIQ BANKRUPTCY SOLUTIONS LLC
757 THIRD AVENUE 3RD FLOOR
**10017 NEW YORK NEW YORK**
**US UNITED STATES OF AMERICA**

Phone:

**JFK    US-ZYP-TS3**

| | | Day | Time |
|---|---|---|---|

| | | | Piece |
|---|---|---|---|
| Ref code | 2010009-93284-81749 | Piece Weight: **0.5 kg** | **1/1** |
| Account No | 150044796 | Pickup date: 2016-10-03 | |

**Content / Commerce Control Statement / RC**
DOCUMENT
Incoterm    : DAP    Customs Value  : 0.00 CHF
Imp/Exp Type : permanent  IV    : 0.00 CHF

FILED / RECEIVED

OCT 0 4 2016

EPIQ SYSTEMS



WAYBILL 34 6205 2112



(2L)US10017+42000000

(J)JD01 4600 0028 6958 0855

dhl.com