**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x
                                                                    :
In re                                                               :       **Chapter 11 Case No.**
                                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,                        :       **08-13555 (SCC)**
                                                                    :
                                            **Debtors.**            :       **(Jointly Administered)**
------------------------------------------------------------------x

**ORDER GRANTING PLAN ADMINISTRATOR'S**
**OBJECTION TO CLAIM NUMBER 67875**

            Upon the objection to claim number 67875, dated September 15, 2016 (the

"Claim Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the

Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its

Affiliated Debtors, seeking to disallow and expunge the Claim pursuant to section 502(b) of title

11 of the United States Code (the "Bankruptcy Code") and Rule 3007(d) of the Federal Rules of

Bankruptcy Procedure, all as more fully described in the Claim Objection; and due and proper

notice of the Claim Objection having been provided as stated therein, and it appearing that no

other or further notice need be provided; and the Court having found and determined that the

relief sought in the Claim Objection is in the best interests of the Chapter 11 Estates, their

creditors, and all parties in interest, and that the legal and factual bases set forth in the Claim

Objection establish just cause for the relief granted herein; and after due deliberation and

sufficient cause appearing therefor, it is

            ORDERED that the relief requested in the Claim Objection is granted; and it is

further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Claim Objection.

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, claim number 67875 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 18, 2016
New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE