# NOTICE OF CLAIMS PURCHASE AGREEMENT

**Corre Opportunities II Master Fund, LP** (as assignee of Corre Partners Management LLC), a Delaware Limited Partnership, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby absolutely and unconditionally sell and transfer unto Corre Opportunities Qualified Master Fund, LP, its successors and assigns ("Buyer") all rights, title and interest in and to the claim(s) of Seller in the principal amount of $697,268.00 ( Claim no. 17376 RQ defined as the "Claim") against **Lehman Brothers Special Financing Inc.**, (the "Debtor" ) together with interest, if any, in the United States Bankruptcy Court, Southern District of New York , or any other court with jurisdiction over the Proceedings (the "Court"), Administered at Case No. 08-13555 (defined as the "Proceedings").

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Claims Purchase Agreement a(s an unconditional sale and the Buyer herein as the valid owner of the Claim.

**IN WITNESS WHEREOF,** the undersigned has duly executed this Agreement by its duly authorized representative dated the 23 day of September, 2016

WITNESS _____
(Signature)

Ryan Quinn Trade Claim Operations
(Print Name and Title Of Witness)

Corre Opportunities II Master Fund, LP

_____
(Signature of Corporate Officer)

Eric Soderlund Authorized Signatory
(Print Name and Title of Corporate Officer)

WITNESS _____
(Signature)

Ryan Quinn Trade Claim Operations
(Print Name and Title of Witness)

Corre Opportunities Qualified Master Fund, LP

_____
(Signature of Corporate Officer)

Eric Soderlund Authorized Signatory
(Print Name and Title of Corporate Officer)

**Exhibit "A"**