Michael S. Shuster, Esq. (mshuster@hsgllp.com)
Daniel P. Goldberg, Esq. (dgoldberg@hsgllp.com)
Dwight A. Healy, Esq. (dhealy@hsgllp.com)
Brendon DeMay, Esq. (bdemay@hsgllp.com)
Neil R. Lieberman, Esq. (nlieberman@hsgllp.com)

HOLWELL SHUSTER & GOLDBERG LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
Telephone: (646) 837-5151

Attorneys for U.S. Bank National Association

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC.,<br>*et al.*<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 08-13555 (JMP)<br><br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS**
**ON BEHALF OF U.S. BANK NATIONAL ASSOCIATION**

PLEASE TAKE NOTICE that the undersigned hereby appears in the above-captioned cases as counsel for U.S. Bank National Association and pursuant to 11 U.S.C. §§342 and 1109(b), and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, hereby requests that copies of all notices, applications, motions, petitions, pleadings, orders, filings and all other mailings and documents in this case from and after this date be given to and served upon the following:

Michael S. Shuster, Esq. (mshuster@hsgllp.com)
Daniel P. Goldberg, Esq. (dgoldberg@hsgllp.com)
Dwight A. Healy, Esq. (dhealy@hsgllp.com)
Brendon DeMay, Esq. (bdemay@hsgllp.com)
Neil R. Lieberman, Esq. (nlieberman@hsgllp.com)
HOLWELL SHUSTER & GOLDBERG LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
(646) 837-5151 (telephone)
(646) 837-5150 (fax)

Neither this Notice nor any subsequent appearance, pleading, claim or suit is intended to confer the jurisdiction of this Bankruptcy Court over U.S. Bank National Association or to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a district judge; (ii) any right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which U.S. Bank National Association may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are hereby expressly reserved.

Dated: October 21, 2016

Respectfully submitted,
U.S. BANK NATIONAL ASSOCIATION

By: _____
One of its Attorneys

Michael S. Shuster, Esq. (mshuster@hsgllp.com)
Daniel P. Goldberg, Esq. (dgoldberg@hsgllp.com)
Dwight A. Healy, Esq. (dhealy@hsgllp.com)
Brendon DeMay, Esq. (bdemay@hsgllp.com)
Neil R. Lieberman, Esq. (nlieberman@hsgllp.com)
HOLWELL SHUSTER & GOLDBERG LLP
750 Seventh Avenue, 26th Floor
New York, NY 10019
Telephone: (646) 837-5151
Fax: (646) 837-5150