UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                                                   :
In re                                                              :    Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :    08-13555 (SCC)
                                                                   :
                                    Debtors.                       :    (Jointly Administered)
                                                                   :
-------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING THE FOUR HUNDRED FIFTY-FIRST OMNIBUS OBJECTION TO CLAIMS (PREFERRED SECURITIES CLAIMS)

Upon the four hundred fifty-first omnibus objection to claims, dated December 20, 2013 (the "Objection"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors for certain entities in the above- referenced chapter 11 cases (collectively, the "Chapter 11 Estates"), pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664], seeking a partial disallowance and expungement of the Claims, all as more fully described in the Objection; and due and proper notice of the Objection having been provided, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

ORDERED that the relief requested in the Objection is granted solely as to claim number 55829; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code, portions of claim number 55829 relating to ISIN XS0215349357 and ISIN XS0229269856 are reduced to the amounts listed on <u>Exhibit 1</u> attached hereto under the column heading, "Reduced Amounts," and any amounts in excess of the Reduced Amounts are disallowed and expunged, with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 25, 2016
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

**IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)**
**OMNIBUS OBJECTION 451: EXHIBIT 1 - REDUCED BUT NOT ALLOWED CLAIMS**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | ISIN** | ASSERTED AMOUNT | REDUCED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BANK JULIUS BAER & CO. AG | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined  * | 21,983.17 |
| 2 | BANK JULIUS BAER & CO. LTD. | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined  * | 5,995.41 |
| 3 | LANDOLT & CIE SA | 08-13555 (SCC) | Lehman Brothers Holdings Inc. | 10/29/09 | 55829 | XS0229269856 | Undetermined  * | 5,995.41 |
| | | | | | | TOTAL | $ 0.00 | $ 33,973.99 |

\* Plus unliquidated and/or undetermined amounts.
\*\* Only those portions of the claim related to the ISINs listed are subject to this Objection.