**SÜDWESTBANK**

Dr. Claus Schneider
Legal Department

SÜDWESTBANK AG
Rotebühlstraße 125
70178 Stuttgart
Parkhaus - Zufahrt über Schwabstraße

SÜDWESTBANK AG | Postfach 10 42 43 | 70037 Stuttgart

Telefon +49 (0)711 6644-1071
Telefax +49 (0)711 6644-1075
claus.schneider@suedwestbank.de
www.suedwestbank.de

United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

U.S.A.

11. Oktober 2016

**Lehman Brothers Holdings Inc.**
**Partial Transfer of Claim  -  UBS AG to SÜDWESTBANK AG**
**EUR 45'000.00 - Court Claim No. 59233**

Dear Sir or Madam,

enclosed we submit the respective 'Notice of Transfer of Claims' - signed July 29, 2016 and August 2, 2016.

We apologize for the late forwarding.

Yours sincerely
SÜDWESTBANK Aktiengesellschaft

Dr. Claus Schneider    Richard Eklund

Enclosure



RECEIVED
OCT 18 2016
U.S BANKRUPTCY COURT
SD DIST OF NEW YORK

Vorsitzender des Aufsichtsrates: Dr. Andreas Strüngmann                    Aktiengesellschaft mit Sitz in Stuttgart, Amtsgericht Stuttgart, HRB 4100
Vorstand: Dr. Wolfgang Kuhn (Sprecher), Dr. Andreas Maurer, Wolfgang Jung    S.W.I.F.T.-Code SWBSDESS, USt-IdNr. DE 147799586

Notice Pursuant to Bankruptcy Rule 3001

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    Lehman Brothers Holdings Inc.    Case No.: 08-13555 (JMP
                                            Court ID (Court Use Only) _____

NOTICE OF TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| Name of Transferee: **SÜDWESTBANK AG** | Name of Transferor: **UBS AG** |
|---|---|
| Notices to Transferee should be sent to: **SÜDWESTBANK AG** Rotebühlstrasse 125 70178 Stuttgart / GERMANY PHONE +49 71166441071 Attn: Dr. Claus Schneider EMAIL claus.schneider@suedwestbank.de | Court Record Address of the Transferor: (Court use only) |
| Name and Address where transferee payments should be sent (if different from above): | Name and Current Address of Transferor UBS AG Bahnhofstrasse 45 8001 Zurich, Switzerland Attn: Mr. Hugo Koller +41 44 235 37 36 - hugo.koller@ubs.com |
| Amount of Claim Being Transferred: EUR 45'000.00 (face amount of securities) | **NOTE: THIS IS A PARTIAL TRANSFER OF CLAIM ONLY --- SEE ATTACHED EVIDENCE OF TRANSFER FOR DETAILS** |
| Court Claim No. (if known): 59233 | |
| Date Claim Filed: October 30, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____    Date: August 2, 2016
Dr. Claus Schneider
Legal Advisor
SÜDWESTBANK AG
Rotebühlstr. 125
70178 Stuttgart / Germany

SÜDWESTBANK
Aktiengesellschaft
Postfach 10 42 43 · 70037 Stuttgart
Rotebühlstr. 125 · 70178 Stuttgart

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571. As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

TOC421 UBS0287 SUEDWESTBANK 45K 3689139

RECEIVED
OCT 1 8 2016
U.S. BANKRUPTCY COURT
SD DIST OF NEW YORK

Evidence of Transfer

**EVIDENCE OF TRANSFER OF CLAIM**

TO: United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York, New York 10004
Attention: Clerk of the Court

AND TO: Lehman Brothers Holdings Inc. *(the "Debtor")*

Case Name and Number: *In re Lehman Brothers Holdings Inc., No. 08-13555 (JMP)*

Proof of Claim Number: 59233 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim"):

This Evidence of Transfer of Claim relates solely to that portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURITY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| 10% Lehman Bros. Sec. 2008-20.03.2009 | CH0036891395 | LBS NV | LBH Inc. | EUR 45'000.00 out of EUR 4'817'000.00 |

The aggregate amount of the Transferred Claim is To Be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on the Addendum to the Proof of Claim.

UBS AG, ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred and assigned to:

SÜDWESTBANK AG
Rotebühlstrasse 125
70178 Stuttgart / Germany
Telephone: +4971166441071
Fax: +4971166441602
Attention: Dr. Claus Schneider

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JMP) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Transfer of Claim by its duly authorized representative dated July 29, 2016

UBS AG
Transferor

By: _____
Name: Matthias Mohos
Title: Associate Director

By: _____
Name: Marco Mendelowitsch
Title: Authorized Officer

ACKNOWLEDGED BY:

SÜDWESTBANK AG
Transferee

By: _____
Name: Dr. Claus Schneider
Title: Legal Advisor

TOC421 UBS0287 SUEDWESTBANK 45K 3689139