October 20, 2016

Dear Counselor,

Here is your copy of a pleading or notice that was filed today in the case described by the same.

If you have any questions, please do not hesitate to contact me by telephone, email or mail.

Have a great day.

Sincerely,

*Danielle Gordon*

Danielle P. Gordon

3572 Lytle Road
Shaker Heights, Ohio 44122
daniellepg@outlook.com
216-752-0431
216-337-4143

October 20 —
    To the Clerk & Deputy:
    Here is a notice of an error
in my caption.
    I am not allowed to file in the ecf system
and there is no way to correct the document.
It is not repeated all the way through,
so it seems like striking & re-filing might be
more confusing than to just fix the linked
number.
        So sorry. I get really confused when I'm
    nervous.
            Sincerely,
            Danielle Gordon

P.S. I can recieve ecf notices by email, as I signed
up through the bnc.

To The Honorable Shelley C. Chapman, United States Bankruptcy Judge:

Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431 (fax/manual)
216-337-4143


UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re                                                         :                    Chapter 11 Case No.
LEHMAN BROTHERS HOLDINGS INC., et al.,      :
.                                        Debtors              :                    08-13555 (scc)
:          .        .                                         :                    (Jointly Administered)
-------------------------------------------------------------------x


**Notice of Filing Exhibits to Supplement Doc. No. 53755, And Notice That the Linked
Docket Number was Transposed in the Caption of the document and Should Be:  53620.**


       Danielle Pauer Gordon, Surviving Spouse of Jon S. Gordon, appearing pro se hereby gives

notice that the original document filed in this case contained a linked docket number which was

inadvertently transposed. The Correct number has appears above, and it is **53620** however it is

transposed in Docket number **53755**, which was filed **on September 29, 2016** in response to the

Motion to Disallow and Expunge.  (That Motion was Filed on **August 30, 2016** in conjunction

with an Exhibit; **Doc. 53621**, filed the same date. Movant refers to Claim number **15989** and the

within loan file number **45268737**, which is also Movants' residential home.)


       Movant's  pleading **53755**  referred to a note, and a copy of the note was omitted.   A

scanned copy of the front of the note is hereby attached.

To further supplement this record, a copy of a pleading filed in the Cuyahoga County Court of Common Pleas on Monday, October 17, 2016 is also attached.

Movant sincerely apologizes to The Court, and to any other parties who have been inconvenienced by this error.

There is a hearing scheduled for this motion, related to objections in response to the Motion to Disallow and Expunge  (**Doc. 53620)** and it is November 1, 2016 at 11am.

Respectfully Submitted on October 20, 2016 by:

 _s/Danielle Gordon_
Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431(manual fax)
216-337-4143 (phone)
Daniellepg@outlook.com

Certificate of Service:
On October 20, 2016, I sent a copy of the foregoing to the following First Class Mail United
States Mail, Postage Prepaid:

(a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New
York, New York 10004, Courtroom 23;

(b) the Office of the United States Trustee for the
Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006,
New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and
Andrea B. Schwartz,, Esq.);

(c) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan
Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq.,
Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of
unsecured creditors;

(d) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New
York 10019 (Attn: Paul V. Shalhoub, Esq., Todd G. Cosenza, Esq., and Benjamin P. McCallen,
Esq.), attorneys for LBHI and certain of its affiliates; and

(e) Rollin Braswell Fisher LLC, 8350
East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A.
Rollin, Esq. and Maritza Dominguez Braswell, Esq.)

(f)Vito Genna, Clerk Of Court
One Bowling Green
New York, New York 10004

By:

/s/ Danielle Gordon
Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431(manual fax)
216-337-4143 (phone)
Daniellepg@outlook.com

THE OHIO LEGAL BLANK CO., CLEVELAND

$ 135,000.00

May    , 2005

*For value received the undersigned,*

JON S. GORDON

*promises to pay to the order of*  OHIO CITY PROPERTY MANAGEMENT, INC.

One-hundred and thirty-five thousand----------------------------------------*Dollars*,

*with interest at the rate of*  7   *per cent per annum, payable* in equal quarterly

installments on the first day of each quarter commencing July 1, 2005

*the principal to be due and payable* July 1, 2015

*and both principal and interest to be payable at* _____

_____ *— or at any other place hereafter
designated by the holder.*

*Said interest rate shall be reduced to* _____ *per cent per annum so long as each and every
installment of interest and principal is paid as the same falls due or within ten days thereafter.*

*Any holder hereof without notice to anyone may declare the entire debt due after ten days con-
tinuous default in the payment of any installment of principal or interest or in the performance or
observance of any covenant or condition contained in the mortgage securing this note. Upon such
declaration the entire debt shall be immediately due and payable.*

*Overdue installments of interest and principal shall bear interest at the rate of*      *per cent per
annum, payable quarterly.*

*Any attorney-at-law may appear in any court of record situated in the County where* I
*then reside or in the County where* _____I_____*signed this warrant and being in the United States*
*at any time after the debt hereby evidenced shall become due, either at its stated maturity or by de-
claration, and waive the issuing and service of process and confess judgment against the maker or
makers, jointly and severally, in favor of the holder, for the amount then owing hereon, together with
the costs of suit, and thereupon, release all errors and waive all rights of appeal.*

"I" or "I or any one of us"

*This note is secured by a mortgage from the maker or makers to the payee upon premises known or*

*designated as* 3572 Lytle Road, Shaker Heights, OH 44122

**WARNING — BY SIGNING THIS PAPER YOU GIVE UP YOUR RIGHT TO NOTICE AND COURT TRIAL. IF YOU DO
NOT PAY ON TIME A COURT JUDGMENT MAY BE TAKEN AGAINST YOU WITHOUT YOUR PRIOR KNOWLEDGE AND
THE POWERS OF A COURT CAN BE USED TO COLLECT FROM YOU REGARDLESS OF ANY CLAIMS YOU MAY HAVE
AGAINST THE CREDITOR WHETHER FOR RETURNED GOODS, FAULTY GOODS, FAILURE ON HIS PART TO COMPLY
WITH THE AGREEMENT, OR ANY OTHER CAUSE.**

SECURED BY REAL ESTATE MORTGAGE

Jon S. Gordon

MICHELLE M. RAZAVESKI
Notary Public, State of Ohio
Commission Expires Sept. 27, 2005
Recorded in Cuyahoga County

EXHIBIT TO 53755



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

**Court of Common Pleas**

**NOTICE Electronically Filed:**
October 17, 2016 14:46

Confirmation Nbr. 884431

AURORA BANK FSB                                      CV 12 773416

\ s.

DANIELLE POWER GORDON ETAL                    **Judge:**

MATTHEW A. MCMONAGLE

Pages Filed: 16

*Exhibit to 53755*

## CUYAHOGA COUNTY
## COURT OF COMMON PLEAS

| | | |
|---|---|---|
| Aurora Bank FSB | ) | |
| Plaintiff | ) | JUDGE Matthew McMonagle |
| Nationstar Mortgage LLC | ) | MAGISTRATE: Jim L. Jackson |
| Substitute Plaintiff | ) | CASE No.      CV 12 773 416 |
| | ) | **NOTICE OF SUGGESTION** |
| Vs | ) | **OF BANKRUPTCY** |
| Danielle Pauer Gordon | ) | |
| Defendant | ) | **WITH EXHIBITS** |

---

### Preliminary Statement

Now comes Danielle Pauer Gordon, Defendant Pro Se, and hereby gives notice that the loan, which is the subject of controversy at the center of this case, is also a claim in a bankruptcy proceeding in The Second Circuit of New York, United States Bankruptcy Court, Southern District, in re: *Lehman Brothers et al.* (**08:13555**), the **Honorable Shelley C. Chapman** presiding.

The Bankruptcy is the largest ever and most complex, and it is well known. The Chapter 11, styled a "Mega-Bankruptcy" was filed September 15, 2008. A joint debtor and subsidiary

recorded its interest of Defendant's loan. Structured Asset Securities Corporation, better known

as "SASCO", filed on February 9, 2009.

## Background

The case presently before the Court is the foreclosure of a single family home, of the

Defendant's personal Residence that was refiled on January 12, 2012. The original foreclosure

(CV 08 676-071) was filed in November of 2008, and involuntarily dismissed in 2010. The loan

has been accelerated, and in default since at least July of 2008. There is no pay history at all

available on the loan prior to the default date. There is no information reflecting any payment on

the loan whatsoever. There is no evidence that the loan ever was ever funded.

After a default judgment, Defendant filed objections to the Magistrates Decision, which were

overruled and the Decision was adopted by the Court. Defendant filed a motion for relief from

judgment, which was overruled. Defendant appealed the Decision to the Eighth District Court of

Appeals, and to the Ohio Supreme Court. The Ohio Supreme Court declined jurisdiction of the

case in September of 2016. The case has been returned for execution of the judgement.

## Identification of Loan in Concurrent Cases

The loan is at all times identified as 45268737. In the bankruptcy, it is found within a claim in

the case held originally by Bank of America, National Association Trustee, (successor by

merger to LaSalle Bank National Association, as Indenture Trustee). Claim 15989, holds

loan file 45268737. The claim was transferred to U.S. Bank, National Association, indenture

trustee. At all times since 2009 the holder of claim 15989, and trustee has maintained its right to

that claim in the bankruptcy action, and sued and been sued in a number of ancillary cases involving the securitized mortgage loans.

Defendant was never on notice of this and has not been given service of the action in the bankruptcy case. It was by chance Defendant identified her mortgage number **(45268737)** in a pleading dated August 30, 2016, in the above-referenced bankruptcy; **Docket No. 53260, "Motion to Disallow and Expunge" Docket No. 53261, "Exhibits to Motion".**

## Double Liability/Double litigation

Nationstar Mortgage LLC claims to be the lender, and owner of the loan, by transfer from Aurora Bank, FSB. According to Nationstar's own letter, Aurora Bank, FSB may not have any legitimate relationship at all to the loan, and **Nationstar is only a servicer.** Either way, Defendant must face the double liability of a third and eventually fourth Court action on this matter, due to this misleading information, and, has not been proceeding with the same information as the Plaintiff. At this juncture, at least two parties and possibly more are claiming that they own this loan.

**Nationstar disclosed to Defendant only after the Trial case was over** in a writing that **1. Aurora Loan Services, not Aurora Bank FSB should be the transferor** of the mortgage in this foreclosure. **And 2. That loan servicing is for the benefit of a trust, held by U.S. Bank, indenture trustee.** This was submitted to the Consumer Finance portal in response to a complaint, but was never relayed to the Court. The response was not received until June of 2015. The timing of these disclosures was based on the knowledge that it was generally too late for them to be of use to Defendant in any pleading in the foreclosure case, despite the fraud against

Defendant, and the fraud on the Court. **(Defendant's Exhibit Number One, Welcome Letter**

**Series)**

**This denied Defendant her due process rights.**

Lack of notice denies due process if the claimant is unable to participate in
bankruptcy negotiations for a better deal. The debtor manufactured products with a
serious defect, which it concealed. It filed a chapter 11 case, gave publication notice
and extensive direct notice, but not direct notice to its customers who bought the
defective product, and sold its assets under section 363 to a newly formed entity free
and clear of all claims and interests, including successor liability claims. The
product defect was revealed several years later, and people injured by the defect
sued the buyer under a successor liability theory. The buyer relied on the sale order.
The bankruptcy court found that, addressing objections from other parties in the
original sale hearing, it had ruled on all the legal objections the injured plaintiffs
now raised to the breadth and scope of the sale order's free and clear provision and
determined that despite the lack of direct notice, the plaintiffs were not legally
prejudiced. The court of appeals reversed. Due process requires actual notice to
known creditors. Whether or not a denial of due process claim requires a showing of
prejudice, the lack of notice here was the defect's concealment. That prejudiced the
plaintiffs by preventing them from participating in the case and thereby negotiating a
better deal for themselves. Therefore, the bar provision in the sale order did not bar
the plaintiffs' claims. Elliott v. General Motors LLC, ___ F.3d ___, 2016 U.S. App.
LEXIS 12848 (2d Cir. July 13, 2016).

On September 29, 2016, Defendant filed a pleading, in the Bankruptcy Court. A copy is

attached. A hearing is scheduled. **(Defendant's Exhibit Two, Notice, Motion, Brief, Exhibits,**

**Docket No. 53755)**

## Parallel Proceedings/ Res Judicata

The issues of party identity, subject matter, and jurisdictional priority, must be considered when deciding whether to abate or dismiss a case if concurrent proceedings have been established. Defendant asks the Court to review for dismissal or abatement due to improper venue, forum, or priority of jurisdiction.

**Exhibit Three** is a letter Defendant received from Manley Deas Kochalski, Plaintiff's Counsel. It is a notice issued to vacate (residence) on May 27, 2015. It states in part, "You are hereby notified that possession is demanded by **U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, (successor by merger to LaSalle Bank National Association, as Indenture Trustee),** for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-5H which was the highest bidder at the sale[1], and now owns the property." This letter demonstrates that U.S. Bank, the same indenture trustee that is a participant in the above named Bankruptcy action, is also a party to this action. **U.S. Bank, indenture trustee has been a party since at least January 5, 2015.** It was deceptive that the trustee was not added to the caption of the case, or that the Plaintiff did not properly join them in the caption of the pleadings. It was an attempt to evade this result. **(Defendant's Exhibit Three – Notice to Vacate)**

Defendant had no way to know about the **parallel proceedings.** The mortgage, although properly identified as **45268737,** within the property records in Cuyahoga County, has no

---

[1] Nationstar, the only bidder at the Auction, purchased the property for $66,600 credit bid, did not assume the title and transferred it to U.S. Bank.

indication of being Trust Owned. Without a knowledge of the Trust, and the actual mortgage, there is no way to make the association. The name of the trust listed in the Sheriffs Deed is misleading because it does not exist. [2]The incorrect spelling of Defendant's name, the improper use of the Plaintiff that was substituted as a servicer, and the fictional trust, in the case were calculated to send someone on a wild goose chase. In addition, there are misleading statements within the trust prospectus and investor updates that point away from the mortgage, although they are the same.

The result was to wrongfully expose Defendant to eviction from her residential home, for a loan that she did not sign, did not borrow, and does not owe. Without one hearing before the Court, a Magistrate, or the opportunity to confront the party claiming a right to a payment on the loan. It also proves the case for double liability. Defendant has now been faced with foreclosure in both of these cases where she was denied due process based on a lack of service, notice and the right to be heard, and has not had even one appearance in a trial court.

**Mr. Gordon was a resident of the State of New York when he died, in the same jurisdiction as the Bankruptcy Court**. This was no secret to any party as of the date of the filing of this case. What was the proper forum? "Federal law preempts state law either impliedly, by occupying the field or if the state law erects an obstacle to Congress' purpose in enacting the federal law, expressly." (PAH Litigation Trust v. Water St. Healthcare P'ners L.P. (In re Physiotherapy Holding, Inc.), B.R. (Bankr. D. Del. June 20, 2016).

---

[2] [LXS 2007-8H, Series 5H] If it does exist, it is not listed anywhere in the Securities and exchange Commission, and has not been listed in the IRS as a REMIC. It has has not been sued, or named as a party in a lawsuit. It is not part of the Lehman Bankruptcy, and it has no other apparent assets. It is not a party in upstream litigation or downstream litigation, as a REIT of this vintage would have been.

**Case Should be dismissed**

Defendant respectfully suggests that This Honorable Court dismiss the case as void ab initio.

Respectfully Submitted on October 17, 2016

/s/Danielle P.Gordon
Danielle Pauer Gordon, Pro Se
3572 Lytle Road
Shaker Heights, Ohio 44122
Daniellepg@outlook.com
216-752-0431

**Certificate of Service**

A copy of the foregoing notice was sent to the following by First Class prepaid mail on October 17, 2016 by the undersigned.

John B. Kopf, Esq.
Thompson Hine, LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
(614)469-3200
   Appellate Counsel for Plaintiff (s)

David B. Bokor, Esq.
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216
Counsel For Aurora Bank FSB

Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216
Counsel For U.S. Bank National
Association, Indenture Trustee
for the LXS 2007 8H Trust

Thomas M. Gacse, Esq.
P.O. Box 1111
Youngstown, Ohio 44501
Attorney for Home Savings & Loan Company
of Youngstown Ohio

Michael Carleton, Esq.
Manley Deas Kochalski, LLC
P.O. Box 165028
Columbus, Ohio 43216
Counsel for Aurora Bank FSB

BY:
   /s/Danielle P. Gordon
   Danielle Pauer Gordon, Pro Se
   3572 Lytle Road
   Shaker Heights, Ohio 44122
   Daniellepg@outlook.com
   216-752-0431

## EXHIBITS:

**WELCOME LETTER SERIES** – Exhibits 1-1-C, Response Letter and Three Letters from Nationstar which were received in June of 2015, showing that Aurora Bank, FSB was not the Transferor of the Mortgage, and that Nationstar was a Servicer, also shows that U.S. Bank was not properly joined in the case, and that the Mortgage was never transferred to the Trust, if it was, in fact owned by that Trust, since that is not the same trust which is now claiming ownership. ............................................................................................................p. 10

**DOCKET NUMBER 53755** – Defendant's initial appearance in the Lehman Case......p. 14

**NOTICE TO VACATE** – A letter received by Defendant at the residence from Counsel, in which it claims to represent Trustee, a party to both actions...............................p. 16

EXHIBIT ONE – Response Letter May 27, 2015

Danielle Gordon
3572 Lytle Road
Shaker Heights, OH 44122

RE:   Nationstar Reference Number – NSM-05-15-15636
      Mortgagor – Estate of Jon Gordon
      Property Address – 3572 Lytle Road, Shaker Heights, OH 44122
      Loan Number – 0600015267
      CFPB Case Number – 150516-000109

Dear Danielle Gordon:

Nationstar Mortgage LLC (Nationstar) is in receipt of your correspondence submitted through the Consumer Financial Protection Bureau (CFPB) on May 19, 2015, regarding the above referenced account. We appreciate you bringing this to our attention, as we take all matters such as this seriously.

Unfortunately, Nationstar can not attest to the practices of U.S. Bank National Association America or comment on any errors they may have made concerning communication with you as well as their handling of the mortgage loan.

We have conducted an investigation, and it was determined the error asserted within your correspondence did not occur on the account. Our records indicate the servicing responsibilities of the mortgage loan account transferred from Aurora Loan Services, LLC (Aurora), effective July 1, 2012. Records reflect the status of the mortgage loan account was delinquent upon transfer and next due for the July 1, 2008 monthly installment. Our records indicate the enclosed Mortgage, dated January 25, 2007, was signed by both you and Jon Gordon. As such, you were designated as a person whom held interest in the property. The mortgage loan account was in active foreclosure upon transfer from Aurora.

In reference to your concern regarding the communication with Nationstar, please note Nationstar representatives have spoken to you on several occasions in which our representative advised of the status of the account and potential assistance options. Nationstar received correspondence from you, dated February 28, 2013 in which you requested Nationstar only make contact with you in writing. As such, the account was coded to reflect your request to cease telephone communication.

In reference to your concerns regarding property preservation, please be advised, Nationstar may enter upon and conduct an inspection of your property. The purposes of such an inspection are to observe the physical condition of the property, verify that the property is occupied, and determine the identity of the occupant. If the default status of a loan is not cured prior to the inspection, other actions to protect the mortgagee's interest in the property including but no limited to winterization, securing the property, and valuation services may be taken. The costs of the above described inspections and property preservation efforts will be charged to the account as provided in the Mortgage as permitted by law.

Records indicate the aforementioned property was sold in a foreclosure sale on January 5, 2015. The property status is Real Estate Owned.

You have the right to access the documents relied upon in this investigation. We have included those documents for your records.

*Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are currently in bankruptcy or have received a discharge in bankruptcy, this communication is not an attempt to collect a debt from you personally to the extent that it is included in your bankruptcy or has been discharged, but is provided for informational purposes only.*

www.NationstarMtg.com
NER051

REPRESENTATION OF PRINTED DOCUMENT

**Nationstar** MORTGAGE
350 Highland Drive
Lewisville, TX 75067

EXHIBIT 1-A

July 15, 2012

63532 0002655
ESTATE OF JON GORDON
PO BOX 33699
N ROYALTON OH 44133-0699

RE  Nationstar Mortgage LLC Loan Number  0600015267

Dear ESTATE OF JON GORDON

Welcome to Nationstar Mortgage!

We look forward to servicing your loan on behalf of U.S. BANK, TRUSTEE, LXS SERIES 2007-8H

- Your total debt at the time of the transfer is $362,421.82. This amount includes your outstanding Unpaid Principal Balance of $249,999.05, $80,305.84 in Interest, $326.04 from Fees, and $7,235.00 from expenses paid on your behalf.

- This debt is owed to U.S. BANK, TRUSTEE, LXS SERIES 2007-8H, but is being serviced by Nationstar

- Unless you dispute the validity of this debt, or any portion thereof, in writing within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by Nationstar

- If you notify Nationstar in writing within this thirty (30) day period that the debt, or any portion thereof, is disputed, Nationstar will obtain verification of the debt and a copy of such verification will be sent to you

We welcome you to Nationstar Mortgage and look forward to being your mortgage servicer

Mail written disputes to
Nationstar Mortgage LLC
Attn Research Department
350 Highland Drive
Lewisville, TX 75067

For Customer Service Inquiries, call toll free at 1-888-850-9398

Sincerely,

Nationstar Mortgage LLC

*Nationstar is a debt collector.  This is an attempt to collect a debt and any information obtained will be used for that purpose.*



www.MyNationstarMtg.com

REPRESENTATION OF PRINTED DOCUMENT


PO BOX 650783
DALLAS, TX 75265
www.MyNationstarMtg.com

EXHIBIT 1-B

July 15, 2012

63532 0002655

ESTATE OF JON GORDON
PO BOX 33699
N ROYALTON OH 44133-0699

New Nationstar Loan Number  0600015267

**NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS**

Dear Estate Of Jon Gordon

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from AURORA LOAN SERVICES LLC to Nationstar Mortgage LLC, effective 07-01-12

The assignment, sale or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires Nationstar Mortgage send you this notice no later than 15 days after the effective date of the transfer

Your new servicer is Nationstar Mortgage LLC.

Nationstar Mortgage's business address is

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMTG.com

Nationstar Mortgage's toll free number is 1-888-850-9398 If you have any questions relating to the transfer of servicing to Nationstar Mortgage, call 1-888-850-9398 between 8 a.m. and 8 p.m. on the following days Monday - Thursday, 8 a.m. and 5 p.m. on Friday, or visit us anytime at www.MyNationstarMTG.com.

The date that Nationstar Mortgage will start accepting payments from you is 07/01/12.  You can pay online via the Nationstar Mortgage website at www.MyNationstarMTG.com, or you can send all payments due on or after that date to

Nationstar Mortgage LLC
PO Box 650783
Dallas, Texas 75265

Your mortgage life insurance, disability insurance and/or other optional products will not continue  If you wish to retain optional products, you will need to contact your current optional product service provider

Enclosed is your Welcome Letter which includes a payment coupon with detailed loan information

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. 2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you

Section 6 of RESPA (12 U.S.C 2605) gives you certain consumer rights.  If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 5 Business Days of receipt of your request  A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address:

Nationstar Mortgage LLC
Attention Research Department
350 Highland Drive
Lewisville, Texas 75067
www.MyNationstarMTG.com

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute  During this 60-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request  However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents

A Business Day is a day on which the offices of the business are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section  You should seek legal advice if you believe your rights have been violated

**Important Loan Transfer "Home Affordable Modification Program" Information**

Home Affordable Modification Program: If you are currently participating in (or being considered for) a loan modification program, we will be transferring all your documentation to the new servicer. Until the transfer date, you should continue to make your payments

Electronically Filed 10/19/2010 01:11:13 AM CDT 06-77343014-7 GEN INFORMATION 0600467 BATCH

Services LLc  After a transfer, you should make all payments to Nationstar until such time that you are provided additional direction Decisions regarding qualification will be made by Nationstar. All information regarding other loss mitigation activities (forbearance agreements, short sales, refinances and deed-in-lieu of foreclosure) will be forwarded to Nationstar for processing. Please be advised that this transfer may extend the time needed for a final decision

Sincerely,
Nationstar Mortgage LLC

EXHIBIT 1-C

REPRESENTATION OF PRINTED DOCUMENT

Nationstar MORTGAGE PO BOX 650783 DALLAS, TX 75265

www.MyNationstarMtg.com

July 15, 2012

63532 0002658 001
ESTATE OF JON GORDON
PO BOX 33699
N ROYALTON OH 44133-0699

**Re: New Nationstar Loan Number 0600015267**
**Principal Balance $249,999.05**
**Escrow Balance $0.00**

**Dear Estate Of Jon Gordon,**

Welcome to Nationstar Mortgage! Effective 07/01/12 Nationstar Mortgage is now the servicer for your mortgage account. We're excited about the opportunity to serve you. You can count on Nationstar Mortgage to meet your needs whether you're looking to make a payment or refinance your loan. We offer many exciting features including 24-hour account access through our Internet website at www.MyNationstarMtg.com, various payment options, and a toll free line 1-888-850-9398 with automated account information. You will be receiving a "Welcome Call" sometime over the next few weeks to welcome you to our company and to answer any immediate questions you may have.

Every month you will receive a billing statement detailing your loan information, payment amount, and important messages. In addition, the back of your billing statement includes helpful hints and important information. Each billing statement will include a remittance coupon. Expect to receive your billing statement approximately 7-10 days prior to each scheduled payment due date. Important payment information and other notices are included on the reverse of this letter for your reference.

To ensure accuracy, please verify the following loan information.

| | | | |
|---|---|---|---|
| Name: | ESTATE OF JON GORDON | Home Phone Number: | 216-752-0431 |
| Property Address: | 3572 LYTLE RD<br>SHAKER HEIGHTS OH 44122 | Work Phone Number: | 000-000-0000 |
| Mailing Address: | PO BOX 33699<br>N ROYALTON OH 44133-0699 | | |

If you find any of the information listed above to be incorrect, please contact us immediately at 1-888-850-9398.

Based on the information we have received from your previous mortgage servicer, we believe you may be experiencing a financial hardship. We want to help you stay in your home. Nationstar Mortgage may have modification programs and other workout solutions that have not been made available to you. If you would like to discuss some of your options please contact us at 1-888-850-9398.

Over the next few weeks you should receive your monthly billing statement. In the event that you do not receive your billing statement as scheduled, please do not delay in making your payment. Be sure to indicate your loan number, as referenced above, on your payment and allow adequate mailing time. Simply mail your payment to:

Nationstar Mortgage
P.O. Box 650783
Dallas, Texas 75265-0783

**IF YOU'RE HAVING TROUBLE MAKING YOUR PAYMENT,** please call us immediately so we can find a solution that meets your needs. If you are in the process of applying for or providing information related to a workout (including modifications) with your prior mortgage servicer, we anticipate that your information will be transferred to Nationstar Mortgage, but feel free to contact us to verify we have what we need to move forward.

If you would like to enroll in our automatic payment program, please complete the form available on our website at www.MyNationstarMtg.com under Payment Options.

You will continue to receive your monthly billing statements in the same method you chose with your previous servicer. If this method was paperless, you will receive an email notifying you that your statement is ready with a link to view your statement on-line. Visit www.mynationstarmtg.com to create your user profile today. If you wish to change this at any time, simply contact customer service.

At Nationstar Mortgage, your business and total satisfaction are important to us. Any time you have questions regarding your account, do not hesitate to contact us at 1-888-850-9398 8:00 a.m. to 8:00 p.m. CST Mon - Thurs and 8:00 a.m. to 5:00 p.m. CST on Fri. We look forward to a long and lasting relationship with you.

Sincerely, Nationstar Mortgage

***Nationstar is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.***

DETACH HERE AND RETURN WITH YOUR PAYMENT. PLEASE ALLOW A MINIMUM OF 7 TO 10 DAYS FOR POSTAL DELIVERY

Nationstar MORTGAGE www.MyNationstarMtg.com

☐ PLEASE CHECK BOX IF MAILING ADDRESS OR PHONE NUMBER HAS CHANGED. ENTER CHANGES ON BACK OF COUPON

| LOAN NUMBER | TOTAL CURRENT AMOUNT DUE | |
|---|---|---|
| 0600015267 | $111,031.79 | 07/01/2012 |
| WRITE YOUR LOAN NUMBER ON YOUR CHECK OR MONEY ORDER AND MAKE PAYABLE TO NATIONSTAR MORTGAGE | LATE PAYMENT IF RECEIVED ON OR AFTER | |
| | $111,113.30 | 07/17/2012 |

ADDITIONAL ESCROW ____________

TOTAL AMOUNT OF YOUR CHECK — DO NOT SEND CASH $

** CHECK FOR ADDITIONAL FUNDS TO BE APPLIED TO FUTURE PAYMENTS ☐

** Additional principal reduction can be made when all amounts due are paid in full

NATIONSTAR MORTGAGE
PO BOX 650783
DALLAS TX 75265-0783

Electronically Filed 10/17/2016 14:46 / NOTICE / CV 12 773416 / Confirmation Nbr. 884431 / BATCH
NSMTAQ9

INTERNET REPRINT

EXHIBIT 2 – Doc. 53755

Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431 (fax-manual)
216-337-4143

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
   In re                          :
LEHMAN BROTHERS HOLDINGS INC., et al.,  :
                        Debtors    :
-------------------------------------------------------------X

Chapter 11 Case No.

08-13555(SCC)
(Jointly Administered)

**Notice of Response, to Doc. 53260: Motion to Dismiss and Expunge;
And Request to file Administrative Claim Or Partial Transfer and Amendment of Existing
Claim 15989, Loan File Number 45268737 (or entry effecting the same result), with
Exhibits**

     Please take notice that Danielle Pauer Gordon, an interested party, appearing Pro Se

hereby submits a response to the Debtors Motion to Disallow and Expunge, (Doc. 53260) filed

on August 30th, 2016.

     This involves a specific claim which is held by U.S. Bank, and one particular loan file

which was not previously identified as a claim within this case before the motion referenced

above.

     A hearing is scheduled for October 20, 2016 on the Motion to Disallow and Expunge.

Respectfully Submitted.

  s/Danielle Gordon
Appearing Pro Se
Danielle P. Gordon
September 26, 2016



I

Electronically Filed 10/17/2016 14:46 / NOTICE / CV 12 773416 / Confirmation Nbr 884431 / BATCH

Certificate of Service:

I sent a copy of this Notice on September 26, 2016 to the following, by courier, or regular, U.S. Mail, postage prepaid to the following:

(a) the chambers of the Honorable Shelley C. Chapman, One Bowling Green, New York, New York 10004, Courtroom 23;

And to the following by U.S. Mail, Postage Prepaid:
(b) the Office of the United States Trustee for the Southern District of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014 (Attn: William K. Harrington, Esq., Susan D. Golden, Esq., and Andrea B. Schwartz,, Esq.);

(c) Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005 (Attn: Dennis F. Dunne, Esq., Wilbur F. Foster, Jr., Esq., Dennis C. O'Donnell, Esq., and Evan R. Fleck, Esq.), attorneys for the official committee of unsecured creditors;

(d) Willkie Farr & Gallagher LLP, 787 Seventh Avenue, New York, New York 10019 (Attn: Paul V. Shalhoub, Esq., Todd G. Cosenza, Esq., and Benjamin P. McCallen, Esq.), attorneys for LBHI and certain of its affiliates; and

(e) Rollin Braswell Fisher LLC, 8350 East Crescent Parkway, Suite 100, Greenwood Village, Colorado 80111 (Attn: Michael A. Rollin, Esq. and Maritza Dominguez Braswell, Esq.)

By:

/s/ Danielle Gordon
Danielle P. Gordon, Pro Se
Surviving Spouse of Jon S. Gordon
3572 Lytle Road
Shaker Heights, Ohio 44122
216-752-0431(manual fax)
216-337-4143 (phone)
Daniellepg@outlook.com
September 26, 2016

EXHIBIT 3 · Letter to Defendant



MANLEYDEAS.COM
P.O. BOX 165028
COLUMBUS, OH 43216
P 614-220-5611 | F 614-220-5613

May 27, 2015

***Via Regular and Certified Mail***
**Unknown Occupants**
**3572 Lytle Road**
**Shaker Heights, OH 44122**

RE:    **NOTICE TO VACATE**

Dear Occupant:

On January 5, 2015 the property located at 3572 Lytle Road, Shaker Heights, OH 44122 the "Property") was sold before the Courthouse door of Cuyahoga County, Ohio during the legal hours of sale. You are hereby notified that possession is demanded by U.S. Bank National Association, as Indenture Trustee, successor in interest to Bank of America, National Association, as Trustee, (successor by merger to LaSalle Bank National Association, as Indenture Trustee), for LXS 2007-8H, ASSET BACKED NOTES, SERIES 2007-5H which was the highest bidder at the sale, and now owns the Property.

If you are the former owner of the Property or if you are an occupant who is NOT considered a "bona fide" tenant or subtenant (collectively, "tenant") as outlined below, you must immediately vacate and relinquish possession of the Property.

If you have any questions, please contact Manley Deas Kochalski Eviction Department at 614-222-4921.

If you are an active servicemember, or if you are a dependant of an active servicemember, you may be entitled to certain rights under the Servicemembers Civil Relief Act. A servicemember includes, for example, a member of the U.S. Armed Forces. If this applies to you, this law firm should be contacted immediately and notified to determine whether you are eligible for protection under the Act.

Sincerely,

Manley Deas Kochalski LLC