UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 Case No. |
|---|---|
| **Lehman Brothers Holdings Inc., et al.,** | 08-13555 |
| Debtors. | |

**SEPTEMBER 2016 POST-EFFECTIVE OPERATING REPORT**

SEPTEMBER 1, 2016 – OCTOBER 6, 2016
SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS
SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS
RESPONSES TO QUESTIONS SUBMITTED

| | |
|---|---|
| DEBTORS' ADDRESS: | LEHMAN BROTHERS HOLDINGS INC. <br> c/o KRISTINE DICKSON <br> EXECUTIVE VICE PRESIDENT - FINANCE <br> 1271 AVENUE OF THE AMERICAS <br> 40th FLOOR <br> NEW YORK, NY 10020 |
| DEBTORS' ATTORNEYS: | WEIL, GOTSHAL & MANGES LLP <br> c/o JACQUELINE MARCUS, GARRETT A. FAIL <br> 767 FIFTH AVENUE <br> NEW YORK, NY 10153 |
| REPORT PREPARER: | LEHMAN BROTHERS HOLDINGS INC., AS PLAN ADMINISTRATOR |

Date: October 27, 2016

**TABLE OF CONTENTS**

Schedule of Debtors ……………………………………………………………………………….. 3

Lehman Brothers Holdings Inc. and Other Debtors and Other Controlled Entities
    Basis of Presentation — Schedule of Cash Receipts and Disbursements ………………………………….... 4
    Schedule of Cash Receipts and Disbursements ……………………………………………………….... 5

LBHI
    Basis of Presentation – Schedule of Professional Fee and Expense Disbursements …………………………. 8
    Schedule of Professional Fee and Expense Disbursements ……………………………………………... 9

Responses to Questions Submitted ……………………………………………………………………… 10

**SCHEDULE OF DEBTORS**

The twenty three entities listed below (the "Debtors") filed for bankruptcy in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on the dates indicated below. On December 6, 2011, the Bankruptcy Court confirmed the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors (the "Plan"). On March 6, 2012, the "Effective Date" (as defined in the Plan) occurred. As of the date hereof, the following Debtors' chapter 11 cases remain open:

| | Case No. | Date Filed ("Commencement Date") |
|---|---|---|
| Lehman Brothers Holdings Inc. ("LBHI") | 08-13555 | 9/15/2008 |
| Lehman Brothers Commodity Services Inc. ("LBCS") | 08-13885 | 10/3/2008 |
| Lehman Brothers Special Financing Inc. ("LBSF") | 08-13888 | 10/3/2008 |
| Lehman Brothers OTC Derivatives Inc. ("LOTC") | 08-13893 | 10/3/2008 |
| Lehman Brothers Derivative Products Inc. ("LBDP") | 08-13899 | 10/5/2008 |
| Lehman Commercial Paper Inc. ("LCPI") | 08-13900 | 10/5/2008 |
| Lehman Brothers Commercial Corporation ("LBCC") | 08-13901 | 10/5/2008 |
| Lehman Brothers Financial Products Inc.("LBFP") | 08-13902 | 10/5/2008 |
| Lehman Scottish Finance L.P. | 08-13904 | 10/5/2008 |
| East Dover Limited | 08-13908 | 10/5/2008 |
| Luxembourg Residential Properties Loan Finance S.a.r.l. | 09-10108 | 1/7/2009 |
| BNC Mortgage LLC | 09-10137 | 1/9/2009 |
| LB Rose Ranch LLC | 09-10560 | 2/9/2009 |
| Structured Asset Securities Corporation | 09-10558 | 2/9/2009 |
| Merit LLC | 09-17331 | 12/14/2009 |

The following Debtors' chapter 11 cases were closed on January 28, 2016, pursuant to a final decree entered by the Bankruptcy Court (Docket No. 51920):

| | Case No. | Date Filed | Date Closed |
|---|---|---|---|
| LB 745 LLC | 08-13600 | 9/16/2008 | 1/28/2016 |
| PAMI Statler Arms LLC | 08-13664 | 9/23/2008 | 1/28/2016 |
| CES Aviation LLC | 08-13905 | 10/5/2008 | 1/28/2016 |
| CES Aviation V LLC | 08-13906 | 10/5/2008 | 1/28/2016 |
| CES Aviation IX LLC | 08-13907 | 10/5/2008 | 1/28/2016 |
| LB 2080 Kalakaua Owners LLC | 09-12516 | 4/23/2009 | 1/28/2016 |
| LB Somerset LLC | 09-17503 | 12/22/2009 | 1/28/2016 |
| LB Preferred Somerset LLC | 09-17505 | 12/22/2009 | 1/28/2016 |

The Company has established an email address to receive questions from readers regarding its financial disclosures. The Company plans to review questions received, and for those subjects which the Company determines a response would not (i) violate a confidentiality provision, (ii) place the Company in a competitive or negotiation disadvantage, or (iii) be unduly burdensome relative to the value of information requested, the Company shall endeavor to post a response (maintaining the anonymity of the originators of the questions). The Company assumes no obligation to respond to email inquiries.

**Please email questions, with document references as relevant, to:**

**QUESTIONS@lehmanholdings.com**

**The Company's previously posted responses can be found on the Epiq website maintained for the Company:**

**www.lehman-docket.com under the Key Documents tab and the Responses to Questions Submitted category**

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**
**SEPTEMBER 1, 2016 – OCTOBER 6, 2016**

The information and data included in this September 2016 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator, and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, which includes certain information as required by the Office of the US Trustee, based on the information available to LBHI at this time, but notes that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

**Other items:**

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future. Cash balances and activity denominated in foreign currencies have been converted to US Dollars.

2. Beginning and ending balances include demand deposits, interest-bearing deposits with banks, U.S. and foreign money-market funds, U.S. government obligations, U.S. government guaranteed securities, investment grade corporate bonds and commercial paper, and AAA-rated asset-backed securities secured by auto loans and credit card receivables.

3. Beginning and ending cash balances are based on preliminary closing numbers and are subject to adjustment.

4. Beginning and ending cash and investment balances exclude the following:
   - Cash posted as collateral for hedging activity; and
   - Cash held at real estate owned properties or at third party real estate managers.

5. Restricted cash balances are based on preliminary estimates and are comprised of the following items as of October 6, 2016:

|  | Debtors | | | | | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|
| ($ in millions) | LBHI | LBSF | LCPI | Other | Total | | |
| Reserves for Claims: | | | | | | | |
| Disputed unsecured claims [1] | $ 1,089 | $ 854 | $ 0 | $ 146 | $ 2,089 | $ - | $ 2,089 |
| Distributions on Allowed Claims (not remitted) [2] | 86 | 0 | 0 | 1 | 87 | - | 87 |
| Secured, Admin, Priority Claims and Other | 64 | 16 | 2 | 8 | 90 | - | 90 |
| Subtotal, Claims Reserves | 1,239 | 870 | 2 | 154 | 2,266 | - | 2,266 |
| Citigroup [3] | 2,008 | - | - | - | 2,008 | - | 2,008 |
| Other [4] | 177 | 1 | 0 | 25 | 202 | 29 | 231 |
| **Total** | **$ 3,424** | **$ 871** | **$ 2** | **$ 179** | **$ 4,476** | **$ 29** | **$ 4,505** |

Totals may not foot due to rounding.

(1) Represents the cash reserve for the principal amount of disputed unsecured claims subsequent to the eleventh Plan Distribution on October 6, 2016.

(2) Includes (i) $79 million related to the Office of Foreign Asset Control, and (ii) $8 million related to other open items.

(3) Represents cash deposited prior to the Commencement Date by the Company in connection with certain requests and/or documents executed by the Company and Citigroup Inc. ("Citigroup"). The Company commenced litigation against Citigroup regarding these deposits.

(4) Includes: (i) various pre-petition balances on administrative hold by Citigroup of $87 million, (ii) misdirected wires and other cash received by LBHI for the benefit of third parties and Non-Controlled Affiliates of $55 million, and (iii) other miscellaneous items of $89 million.

Restricted cash balances herein do not include other cash balances retained for operating expenses, asset preservation and other commitments (e.g. anticipated investments).

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
**Schedule of Cash Receipts and Disbursements**
**September 1, 2016 - October 6, 2016**

Unaudited ($ in millions, foreign currencies reflected in USD equivalents)

|  |  | Debtors |  |  |  |  | Debtor-Controlled Entities | Total Debtors and Debtor-Controlled Entities |
|---|---|---|---|---|---|---|---|---|
|  |  | LBHI | LBSF | LCPI | Other | Total | Total | Entities |
| **Beginning Free Cash and Investments (09/01/16)** |  | $ 1,238 | $ 48 | $ 41 | $ 314 | $ 1,641 | $ 504 | $ 2,145 |
| **Sources of Cash** |  |  |  |  |  |  |  |  |
| Commercial Real Estate | (a) | 1 | - | 2 | - | 2 | 31 | 33 |
| Loans (Corporate and Residential) |  | 10 | - | 48 | - | 57 | 0 | 58 |
| Private Equity / Principal Investing | (b) | 1 | - | - | - | 1 | 124 | 124 |
| Derivatives |  | - | 9 | - | - | 9 | 2 | 10 |
| Receipts from Affiliates | (c) | 561 | 39 | 0 | 18 | 619 | 0 | 619 |
| Other | (d) | 437 | 68 | 4 | 20 | 528 | 4 | 532 |
| **Total Sources of Cash** |  | **1,010** | **115** | **53** | **38** | **1,216** | **161** | **1,376** |
| **Uses of Cash** |  |  |  |  |  |  |  |  |
| Non-Operating |  |  |  |  |  |  |  |  |
| Commercial Real Estate |  | (2) | - | (1) | - | (2) | (0) | (2) |
| Private Equity / Principal Investing |  | (0) | - | - | - | (0) | - | (0) |
| Other |  | (6) | - | - | - | (6) | (0) | (6) |
| Operating Expenses | (e) |  |  |  |  |  |  |  |
| Compensation and Benefits | (f) | (4) | - | - | - | (4) | (1) | (5) |
| Professional Fees |  | (8) | - | - | (0) | (8) | (0) | (8) |
| Other |  | (1) | (0) | (0) | (0) | (1) | (1) | (2) |
| **Total Uses of Cash** |  | **(21)** | **(0)** | **(1)** | **(0)** | **(22)** | **(1)** | **(23)** |
| **Total Cash From Operations** |  | **989** | **115** | **52** | **38** | **1,194** | **159** | **1,353** |
| Pre-Petition Inter-Company Receipts |  | 97 | 1 | 71 | - | 169 | 3 | 172 |
| Post-Petition Inter-Company Receipts | (b) | 65 | 10 | 160 | 5 | 240 | 15 | 255 |
| Dividend Receipts |  | 169 | 1 | 35 | - | 205 | 1 | 206 |
| **Total Inter-Company Transfers Receipts** | (g) | **331** | **13** | **265** | **5** | **614** | **20** | **634** |
| Pre-Petition Inter-Company Disbursements |  | - | - | - | - | - | (172) | (172) |
| Post-Petition Inter-Company Disbursements | (b) | (15) | (8) | (26) | (55) | (103) | (152) | (255) |
| Dividend Disbursements |  | - | (0) | - | - | (0) | (206) | (206) |
| **Total Inter-Company Transfers Disbursements** | (g) | **(15)** | **(8)** | **(26)** | **(55)** | **(103)** | **(531)** | **(634)** |
| Plan Distributions | (h) | (2,923) | (258) | (328) | (171) | (3,680) | (0) | (3,680) |
| Receipts of Plan Distributions from Debtors | (i) | 492 | 18 | 4 | 11 | 525 | 83 | 608 |
| Payments to Creditors - Other | (j) | (6) | (0) | - | - | (6) | - | (6) |
| **Total Payments to Creditors** |  | **(2,437)** | **(240)** | **(324)** | **(160)** | **(3,161)** | **83** | **(3,078)** |
| Other |  | (1) | (0) | (0) | (0) | (1) | (0) | (1) |
| Reclass from/(to) Restricted Cash to Free Cash |  | 5 | 89 | (1) | 132 | 224 | 5 | 229 |
| **Net changes in Free Cash and Investments** |  | **(1,128)** | **(32)** | **(33)** | **(40)** | **(1,233)** | **(264)** | **(1,497)** |
| **Ending Free Cash and Investments (10/06/16)** |  | **110** | **16** | **7** | **274** | **408** | **240** | **647** |
| **Beginning Restricted Cash (09/01/16)** |  | **3,429** | **959** | **1** | **311** | **4,700** | **34** | **4,734** |
| Disputed unsecured claims |  | 29 | (89) | 0 | (132) | (192) | - | (192) |
| Distributions on Allowed Claims (not remitted) |  | (7) | (0) | (0) | (0) | (7) | - | (7) |
| Secured, Admin, Priority Claims and Other |  | 2 | 1 | 1 | (0) | 4 | - | 4 |
| Citigroup and HSBC | (j) | (27) | - | - | - | (27) | - | (27) |
| Other |  | (2) | - | - | 0 | (2) | (5) | (7) |
| Net Changes in Restricted Cash |  | (5) | (89) | 1 | (132) | (224) | (5) | (229) |
| **Ending Restricted Cash (10/06/16)** |  | **3,424** | **871** | **2** | **179** | **4,476** | **29** | **4,505** |
| **Beginning Total Cash and Investments (09/01/16)** |  | **4,667** | **1,007** | **42** | **625** | **6,341** | **537** | **6,878** |
| Net changes in Free Cash and Investments |  | (1,128) | (32) | (33) | (40) | (1,233) | (264) | (1,497) |
| Net changes in Restricted Cash |  | (5) | (89) | 1 | (132) | (224) | (5) | (229) |
| **Ending Total Cash and Investments (10/06/16)** | (k) | **$ 3,534** | **$ 887** | **$ 10** | **$ 453** | **$ 4,884** | **$ 269** | **$ 5,152** |

All values that are exactly zero are shown as "-". Values between zero and $0.5 million appear as "0".
Totals may not foot due to rounding.

**LEHMAN BROTHERS HOLDINGS INC. and other Debtors and Debtor-Controlled Entities**
Schedule of Cash Receipts and Disbursements
September 1, 2016 - October 6, 2016

Unaudited ($)

**Notes:**

(a)  Cash collections at Debtor-Controlled Entities include $27 million at PAMI Holdings LLC.

(b)  Cash collections at Debtor-Controlled Entities primarily include receipts related to the sale of Formula One to Liberty Media Corporation (refer to the Quarterly Financial Report as of June 30, 2016 [Docket No. 53697] for additional information), which was subsequently transferred to LCPI as beneficial owner of the Formula One investment as reflected in Post-Petition Inter-Company transfers.

(c)  Receipts from Non-Controlled Affiliates include the following:

| ($ in millions) | LBHI | LBSF | LCPI | Other Debtors | Debtor-Controlled Entities | Total |
|---|---|---|---|---|---|---|
| Lehman Brothers Asia Holding Ltd | $ 165 | $ - | $ - | $ - | $ - | $ 165 |
| LB RE Financing No.3 Limited | - | 26 | - | - | - | 26 |
| LB RE Financing No.2 Limited (i) | 146 | - | - | - | - | 146 |
| Lehman Brothers Commercial Corp. Asia Ltd | 65 | - | - | 2 | 0 | 67 |
| Lehman Brothers Treasury Co. B.V. ("LBT") (ii) | 43 | 13 | - | 1 | - | 56 |
| Lehman Brothers (Luxembourg) S.A. | 43 | - | - | - | - | 43 |
| Lehman Brothers Bankhaus A.G. ("Bankhaus") (iii) | 24 | - | 0 | 16 | - | 40 |
| LB Investments PTE Ltd | 32 | - | - | - | - | 32 |
| Lehman Commercial Mortgage Conduit Ltd | 21 | - | - | - | - | 21 |
| Lehman Brothers ODC 1 | 7 | - | - | - | - | 7 |
| LB UK RE Holdings Limited | 7 | - | - | - | - | 7 |
| Lehman Brothers (PTG) Limited | 6 | - | 0 | - | - | 6 |
| Sail Investor Pte Ltd | 4 | - | - | - | - | 4 |
| | $ 561 | $ 39 | $ 0 | $ 18 | $ 0 | $ 619 |

(i) LBHI and LB RE Financing No. 3 Limited distributed $98 million and $49 million, respectively, to LB RE Financing No.2 Limited ("FIN2"). Distributions to FIN2 are remitted to LB RE Financing No. 1 Limited ("FIN1"); FIN1 subsequently pays these monies to LBHI to satisfy its obligations.

(ii) Pursuant to agreements with LBT, LBSF and LBCS, LBHI deducted and withheld approximately $56 million from its eleventh Plan Distribution ("Withheld Distributions") due from LBHI to LBT to offset amounts due to LBHI, LBSF and LBCS from LBT. The Withheld Distributions were then distributed to LBSF, LBCS and LBHI for inclusion in their respective eleventh Plan Distributions.

(iii) Receipts at LBHI primarily relate to direct claims against Bankhaus that were assigned to LBHI as a result of the Bankhaus Creditors' Settlement (refer to the Quarterly Financial Report as of June 30, 2016 [Docket No. 53697] for additional information).

(d)  Other primarily includes (i) an income tax refund of $335 million related to the 1997-2010 IRS audit periods to LBHI ($246 million), LBSF ($66 million), LCPI ($3 million), Other Debtors ($19 million) and Debtor-Controlled ($1 million) (refer to the Quarterly Financial Report as of June 30, 2016 [Docket No. 53697] and Responses to Questions Submitted section herein for additional information), (ii) a loan from LBHI2 Financing Limited to LBHI collateralized by LBHI's claims against Lehman Brothers International (Europe) (in administration), and (iii) return of collateral and net variation margin of $75 million received on the Company's foreign currency hedging program related to various movements in the Euro, British Pound and Swiss Franc versus the US Dollar.

(e)  A portion of the Operating Expenses paid by LBHI is subject to allocations to, and reimbursement from, various Debtors and Debtor-Controlled Entities.

(f)  Compensation and Benefits includes the Company's employee expenses as well as fees paid to Alvarez & Marsal (A&M).

(f)  Operating Expenses - Other includes payments related to outsourced services, IT, occupancy, taxes, insurance and other general administrative items.

(g)  Inter-Company Receipts and Disbursements include (i) a loan from LBCC to LBHI of $20 million, secured by LBHI assets, (ii) loans from LBFP to LCPI and LBSF of $25 million and $10 million, respectively, secured by LCPI and LBSF assets, (iii) an investment of $7 million of LBSF's cash reserves for disputed claims in a secured noted issued by LBHI, (iv) partial repayments by LBHI to LOTC of $5 million, related to outstanding loans, and (v) partial repayments on intercompany balances, dividend distributions, and other administrative activities.

(h)  Plan Distributions include distributions to holders of Allowed Claims and distributions related to Plan Adjustments from Participating Subsidiary Debtors (refer to Notice Regarding Eleventh Distribution [Docket No. 53706] for additional information). These amounts also include Withheld Distributions from LBHI to LBT of $56 million, as described above in footnote (c).

(i)  Receipts of Plan Distributions from Debtors are distributions to Debtors and Debtor-Controlled Entities.

(j)  In September 2016, the Company and HSBC Bank PLC ("HSBC") finalized a settlement agreement to terminate litigations and resolve all of HSBC's claims (refer to the Quarterly Financial Report as of June 30, 2016 [Docket No. 53697] for additional information). As a result of the settlement agreement, $27 million was released from restricted cash to free cash, including approximately $3.5 million that was paid to HSBC.

(k)  Ending Total Cash and Investments for Debtor-Controlled Entities - Other includes $9 million of cash balances at Debtor-Controlled Entities in Asia.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**BASIS OF PRESENTATION**
**SCHEDULE OF PROFESSIONAL FEE AND EXPENSE DISBURSEMENTS**
**SEPTEMBER 1, 2016 – OCTOBER 6, 2016**

The information and data included in this September 2016 Post-Effective Operating Report (the "Operating Report") are derived from sources available to Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and its Controlled Entities (collectively, the "Company"). The term "Controlled Entities" refers to those entities that are directly or indirectly controlled by LBHI, and excludes, among others, those entities that are under separate administrations in the United States or abroad. LBHI and certain of its Controlled Entities had filed for protection under Chapter 11 of the Bankruptcy Code, and those entities are referred to herein as the "Debtors". The Debtors' Chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. LBHI has prepared this Operating Report, including certain information as required by the Office of the United States Trustee, based on the information available to LBHI at this time, but note that such information may be incomplete and may be materially deficient in certain respects. This Operating Report is not meant to be relied upon as a complete description of the Debtors, their business, condition (financial or otherwise), results of operations, prospects, assets or liabilities. LBHI reserves all rights to revise this report.

1. This Operating Report is not prepared in accordance with U.S. generally accepted accounting principles (GAAP), is not audited and will not be subject to audit or review by the Company's external auditors at any time in the future.

2. The professional fee disbursements presented in this report reflect the date of actual cash payments to professional service providers. The Company has incurred additional professional fee expenses during the reporting period that will be reflected in future Operating Reports as cash payments are made to providers.

3. The professional fee disbursements presented in this report have primarily been paid by LBHI; a portion of these fees have been and will be allocated to Debtors and certain Controlled Entities based on the dedicated costs associated with each entity and an allocation methodology.

**LEHMAN BROTHERS HOLDINGS INC. and Other Debtors and Debtor-Controlled Entities**
Schedule of Professional Fee and Expense Disbursements
September 2016 (a)

Unaudited ($ in thousands)

| | | Sep-16 | | Year-to-date | |
|---|---|---:|---|---:|---|
| Alvarez & Marsal LLC | Staff Resources | $ 620 | | $ 8,690 | |
| **Professional Fees** | | | | | |
| Allister Brown Group LLC | Document Review for Litigations | 520 | (b) | 3,365 | |
| Curtis, Mallet-Provost, Colt & Mosle LLP | Litigation Counsel | 204 | | 1,265 | |
| Epiq Bankruptcy Solutions LLC | Claims Management and Noticing Agent | 366 | (b) | 1,913 | |
| F1 Technical Solutions, INC | Document Review for Litigations | 482 | | 2,307 | |
| Jones Day | Litigation Counsel | 1,220 | | 6,804 | |
| Milbank Tweed Hadley & McCloy, LLP | UCC Litigation Committee and Litigation Counsel | - | | 68 | |
| Paul, Hastings, Janofsky & Walker LLP | Special Counsel - Real Estate | 207 | (b) | 1,292 | |
| Quinn Emanuel Urquhart Oliver & Hedges, LLP | Litigation Counsel | 632 | | 16,657 | |
| Recovco Mortgage Management LLC | RMBS - Private Label Litigation | 121 | | 8,923 | |
| Rollin Braswell Fisher LLC | Special Counsel - RMBS | 1,040 | (b) | 5,105 | |
| SBCC Group, Inc | Legal Experts for Litigations | - | | 1,326 | |
| Weil Gotshal & Manges | Lead Counsel - Debtors | 1,109 | | 10,089 | |
| Willkie Farr & Gallagher LLP | Special Counsel - RMBS | 277 | | 3,998 | |
| Wollmuth Maher & Deutsch LLP | Special Counsel - Derivatives and RMBS | 458 | | 5,697 | |
| US Trustee Quarterly Fees | | - | | 532 | |
| Other Professionals | Various | 1,325 | (c) | 18,027 | |
| Sub-total Professional Fees | | 7,961 | | 87,367 | |
| **Total Professional Fees (including A&M)** | | **8,581** | | **96,057** | |
| Alvarez & Marsal LLC | Incentive fees | - | | 4,331 | (d) |
| Houlihan Lokey Howard & Zukin Capital Inc. | Incentive fees | - | | 866 | (d) |
| **Total Incentive Fees** | | **-** | | **5,197** | |
| **Total Professional and Incentive Fees** | | **$ 8,581** | | **$ 101,254** | |

Note: The above list includes vendors that have been paid over $1 million on a trailing 12 month basis and vendors that were paid over $150 thousand for the month reported.

(a) The Company has incurred additional professional fee expenses that will be reflected in future Operating Reports.
(b) Reflects professional fees incurred over multiple months.
(c) Other Professionals reflect disbursements to approximately 100 vendors.
(d) Reflects incentive fees related to the Ninth and Tenth Distributions to holders of Allowed Claims. Refer to Docket No. 32470 and Docket No. 32155 for additional information on Alvarez & Marsal and Houlihan Lokey incentive fees, respectively.

**LEHMAN BROTHERS HOLDINGS INC. AND OTHER DEBTORS AND DEBTOR-CONTROLLED ENTITIES**

**RESPONSES TO QUESTIONS SUBMITTED**

The information included herein is derived from publicly filed documents and sources available to the Company.

The reader should refer to the respective documents referenced in connection with these responses. Capitalized terms used in the responses herein have the meanings ascribed to them in the respective documents. These responses are not provided for and should not be relied upon for investment guidance.

**1.** **QUESTION:** According to the Subsequent Event section of the June 30, 2016 Quarterly Financial Report [Docket No. 53697], on September 15, 2016, LBHI received a $335 million income tax refund related to the 1997-2010 Internal Revenue Service ("IRS") audit periods. This refund was to be allocated amongst Debtors and Debtor-Controlled Entities on an estimated recovery basis pursuant to the Debtor Allocation Agreement ("DAA"). How does the IRS refund impact the Taxes Payable balances disclosed on page 33 of the June 30, 2016 Quarterly Financial Report?

**Response:** As disclosed in Note 11 to the June 30, 2016 Quarterly Financial Report, Taxes Payable represents an estimate for potential pre- and post-petition amounts owed to federal, state, local and international taxing authorities, and is net of any Federal, State and International refund claims, deposits and the estimated impact of the five-year federal NOL carryback by legal entity. Pursuant to the DAA, any tax receivable or payable related to the pre-petition consolidated group taxes will be an affiliate claim between LBHI and other Debtors and Debtor-Controlled Entities, since these amounts were funded pre-petition via intercompany accounts. (Refer to Question No. 3 in Responses to Questions Received From Creditors published on October 30, 2014, for additional information).

Accordingly, Taxes Payable in the June 30, 2016 Balance Sheets reflected the projected estimate as of June 30, 2016 of the IRS refund for the 1997-2010 period, which was allocated among entities based on each entity's audit results and NOL allocation, on a pre-recovery basis. As a result of the IRS refund received on September 15, 2016, the Company will reflect certain adjustments to both payables and receivables for Debtors and Debtor-Controlled Entities within Taxes Payable in the October 6, 2016 Balance Sheets.

Furthermore, due to the continued progress of pre-petition Federal, State and International tax audits and tax refund claims, additional reductions to both payables and receivables for Debtors and Debtor-Controlled Entities will be reflected on the Taxes Payable in the October 6, 2016 Balance Sheets.