WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                        )
In re                               )    Chapter 11 Case No.
                                        )
Lehman Brothers Holdings Inc., et al.,   )    08-13555 (SCC)
                                        )
       Debtors.                   )    Jointly Administered
                                        )
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that, at the request of the Debtors, the date and time of the hearing to consider the Debtors' *Second Objection To Certain RMBS Trust Claims And Motion To Disallow And Expunge Certain RMBS Trust Claims For Insufficient Documentation* [Docket No. 53620], which was previously scheduled for November 9, 2016, at 11:00 a.m., has been adjourned to **November 29, 2016, at 11:00 a.m. (Prevailing Eastern Time)**, or as soon thereafter as counsel may be heard. The Debtors will file their reply briefs on or before 12:00 noon on November 22, 2016. Also at this date and time, the Court will hold a status conference

08-13555-mg    Doc 53876    Filed 11/03/16    Entered 11/03/16 10:51:30    Main Document
         Pg 2 of 2

as to the *Status Report Of RMBS Trustees In Connection With The Order Establishing A Protocol To Resolve Claims Filed By RMBS Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities* [Docket No. 53640]. The hearing and status conference will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623.

Dated: November 3, 2016
       New York, New York

By: /s/ Todd G. Cosenza
    Paul V. Shalhoub
    Todd G. Cosenza
    Benjamin P. McCallen
    WILLKIE FARR & GALLAGHER LLP
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 728-8000
    Facsimile: (212) 728-8111

    Michael A. Rollin
    Maritza Dominguez Braswell (*pro hac vice*)
    ROLLIN BRASWELL FISHER LLC
    8350 East Crescent Parkway, Suite 100
    Greenwood Village, Colorado 80111
    Telephone: (303) 945-7415
    Facsimile: (303) 945-7468

    *Attorneys for Debtors*