WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Garrett A. Fail

*Attorneys for Lehman Brothers Holdings Inc.*
*and Certain of Its Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------------ x
In re                                          :    Chapter 11 Case No.
                                               :
LEHMAN BROTHERS HOLDINGS INC., et al.,         :    08-13555 (SCC)
                                               :
                        Debtors.               :    (Jointly Administered)
------------------------------------------------------------------ x
```

**CERTIFICATE OF NO OBJECTION UNDER 28 U.S.C. § 1746**
**REGARDING THE PLAN ADMINISTRATOR'S FIVE HUNDRED TWELFTH**
**OMNIBUS OBJECTION TO CLAIMS (DISPUTED VALUATION CLAIMS)**

TO THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE:

Pursuant to 28 U.S.C. § 1746, and in accordance with this Court's case

management procedures set forth in the Second Amended Order Pursuant to Section 105(a) of

the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007 Implementing Certain Notice and

Case Management Procedures [ECF No. 9635] (the "Second Amended Case Management

Order"), the undersigned hereby certifies as follows:

1.     On November  13, 2015, Lehman Brothers Holdings Inc. (the "Plan

Administrator"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11*

*Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors*, filed the Plan Administrator's

Five Hundred Twelfth Omnibus Objection to Claims (Disputed Valuation Claims) [**ECF No.**

**51450**] (the "Claims Objection").

2.      On January 12, 2016, the Court entered an order granting the Claims

Objection with respect to portions of claim numbers 28722, 27823, and 27873.

3.      In accordance with the Second Amended Case Management Order, the

Plan Administrator established a deadline (the "Response Deadline") for parties to object or file

responses to the Claims Objection.  The Response Deadline was set for December 10, 2015 at

4:00 p.m., and was subsequently extended from time to time for the portions of the claims listed

on Exhibit 1 to the proposed order annexed hereto.  The Second Amended Case Management

Order provides that pleadings may be granted without a hearing, provided that no objections or

other responsive pleadings have been filed on or prior to the relevant response deadline and the

attorney for the entity who filed the pleading complies with the relevant procedural and notice

requirements.

4.      The Response Deadline has now passed for the portions of the claims

listed on Exhibit 1to the proposed order annexed hereto.  To the best of my knowledge, no

responsive pleadings have been (a) filed with the Court on the docket of the above-referenced

cases in accordance with the procedures set forth in the Second Amended Case Management

Order, or (b) served on counsel to the Plan Administrator with respect to the portions of the

Disputed Valuation Claims held by the parties listed on Exhibit 1 to the proposed order annexed

hereto.  Accordingly, the Plan Administrator respectfully requests that the proposed order

granting the Claims Objection annexed hereto as Exhibit A be entered in accordance with the

procedures described in the Second Amended Case Management Order.

I declare that the foregoing is true and correct.


Dated:    November 4, 2016
          New York, New York

/s/ Garrett A. Fail
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates*

WEIL:\95563791\3\58399.0011

## **Exhibit A**

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------x
| | |
|---|---|
| In re | : |
| | : |
| **LEHMAN BROTHERS HOLDINGS INC.**, *et al.*, | : |
| | : |
| **Debtors.** | : |
-------------------------------------------------------------------x

| | |
|---|---|
| **Chapter 11 Case No.** | |
| | |
| **08-13555 (SCC)** | |
| | |
| **(Jointly Administered)** | |

## SUPPLEMENTAL ORDER GRANTING FIVE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the five hundred twelfth omnibus objection to claims, dated November 13, 2015 (the "Five Hundred Twelfth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]; and due and proper notice of the Five Hundred Twelfth Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Twelfth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Twelfth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Twelfth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Twelfth Omnibus

Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the portions of the claims identified on <u>Exhibit 1</u> annexed hereto

are hereby disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all

matters arising from or related to this Order.

Dated: _____, 2016
      New York, New York

 

_____
UNITED STATES BANKRUPTCY JUDGE

**<u>Exhibit 1</u>**

IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)

**OMNIBUS OBJECTION 512: EXHIBIT 1 - DISPUTED CLAIMS**

| NAME | CLAIM # | FILED DATE | DEBTOR NAME | | AMOUNTS | |
|---|---|---|---|---|---|---|
| | | | | | UNSECURED | TOTAL |
| 1  LEHMAN BROTHERS BANKHAUS AG I INS. | 27822 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | CLAIM AS MODIFIED | None | $0.00 |
| 2  LEHMAN BROTHERS BANKHAUS AG I INS. | 27823 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | CLAIM AS MODIFIED | None | $0.00 |
| | | | | TOTAL ASSERTED AMOUNT | $0.00 | $0.00 |
| | | | | TOTAL CLAIM AS MODIFIED | $0.00 | $0.00 |