**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------------------- x

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : Ref. Docket Nos. 53616, 53638, |
|  | : 53639, 53645, 53646, 53649, |
|  | : 53650, 53660, 53661, 53662, |
|  | : 53663, 53664, 53665, 53666, |
|  | : 53707, 53708, 53709, 53710, |
|  | : 53711, 53712, 53713, 53714, |
|  | : 53715, 53716, 53717, 53718, |
|  | : 53719, 53720, 53721, 53722, |
|  | : 53723, 53724, 53725, 53726, |
|  | : 53727, 53728, 53729, 53750, |
|  | : 53751, 53752, 53753, 53754 |

--------------------------------------------------------------------------------- X

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NEW YORK | ) |

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 17, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 17, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
18th day of September, 2016
*/s/ Sidney J. Garabato*

Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT

Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,      **transferor**    refers to the claimant who is selling or otherwise assigning its claim. While      **transferee**    refers to the party who is purchasing or othewise being assigned the claim.

To:       BAR(23) MAILID *** 000111024994 ***              LBH TRFNTC (MERGE2, TXNUM2) 4000119992



AG SUPER FUND INTERNATIONAL PARTNERS,L.P.
TRANSFEROR: BARCLAYS BANK PLC
C/O ANGELO GORDON & CO., LP
245 PARK AVENUE, 26TH FLOOR
NEW YORK, NY 10167

Please note that your claim # 59574-01 in the above referenced case and in the amount of
$544,000.00 allowed at $511,860.96 has been transferred (unless previously expunged by court order)

| | |
|---|---|
| BARCLAYS BANK PLC<br>TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P.<br>ATTN: DANIEL MIRANDA<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 | BARCLAYS BANK PLC<br>ATTN: KEVIN CEN<br>745 SEVENTH AVENUE, 2ND FLOOR<br>NEW YORK, NY 10019 |

No action is required if you do not object to the transfer of your claim.  However       **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST,**
**WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

Southern District of New York

One Bowling Green

New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          53639                     in your objection.  If you file an
objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS**
**AS THE CLAIMANT.**

Date:  10/17/2016                              Vito Genna, Clerk of Court


                                              /s/ Lauren Rodriguez
                                              _____

                                              EPIQ BANKRUPTCY SOLUTIONS, LLC

                                              as claims agent for the debtor(s).

   FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 17, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| AG SUPER FUND INTERNATIONAL PARTNERS,L.P. | TRANSFEROR: BARCLAYS BANK PLC, C/O ANGELO GORDON & CO., LP, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: FRANCO BRICHETTI-FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: FRANCO BRICHETTI-FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SILVERPEAK LEGACY PARTNERS II, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMERICA TOWER, 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SILVERPEAK LEGACY PARTNERS II, LP, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMERICA TOWER, 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SILVERPEAK LEGACY PARTNERS III, L.P., C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMERICA TOWER, 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SLP I DISTRIBUTING ENTITY OFFSHORE LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMERICA TOWER, 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANC OF AMERICA CREDIT PRODUCTS, INC. | TRANSFEROR: SLP I DISTRIBUTING ENTITY ONSHORE LLC, C/O BOA MERRILL LYNCH;A.JAKIC & R.WEDDLE, BANK OF AMERICA TOWER, 3RD FL, ONE BRYANT PARK, NEW YORK, NY 10036 |
| BANCA MONTE DEI PASCHI DI SIENA SPA | TRANSFEROR: ANTHRACITE RATED INVESTMENTS (JERSEY) LTD, ATTN: GIOVANNI FULCI, AREA FINANZA TESORERIA E CAPITAL MANAGEMENT, SERVIZIO GOVERNO STRATEGICO DEL RISCHIO, SETTORE FINANZA E MERCATI, VIA ROSELLINI, 16, MILAN 20124 ITALY |
| BANK CIMB NIAGA | TRANSFEROR: HSBC INTERNATIONAL TRUSTEE LIMITED, MENARA SENTRAYA, 30TH FLOOR, JL. ISKANDARSYAH RAYA NO. 1A, KEBAYORAN BARU, JAKARTA SELATAN 12160 INDONESIA |
| BANK CIMB NIAGA | TRANSFEROR: HSBC INTERNATIONAL TRUSTEE LIMITED, MENARA SENTRAYA, 30TH FLOOR, JL. ISKANDARSYAH RAYA NO. 1A, KEBAYORAN BARU, JAKARTA SELATAN 12160 INDONESIA |
| BARCLAYS BANK (SUISSE) S.A. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: CEDRIC LIKIN, MICHELLE FRANCE, CHEMIN DE GRANGE-CANAL 18-20, GENEVA 1211 SWITZERLAND |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS,L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | TRANSFEROR: BOTTICELLI, L.L.C., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEN, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BOTTICELLI, L.L.C. | TRANSFEROR: BARCLAYS BANK PLC, C/O ANGELO GORDON & CO., LP, 245 PARK AVENUE, 26TH FLOOR, NEW YORK, NY 10167 |
| CASPIAN CAPITAL PARTNERS, L.P. | C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN CAPITAL PARTNERS, L.P. | JOHN KETLY, MARINER INVESTMENT GROUP, LLC, 500 MAMARONECK AVE., HARRISON, NY 10528 |
| CASPIAN HLSC1 LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN HLSC1 LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN HLSC1 LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN HLSC1 LLC | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: MARINER OPPORTUNITIES FUND LP, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FITH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |

| Claim Name | Address Information |
|---|---|
| CASPIAN SC HOLDINGS L.P. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER OPPORTUNITIES FUND LP, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD. | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SELECT CREDIT MASTER FUND, LTD., | TRANSFEROR: MARINER LDC, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CASPIAN SOLITUDE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O CASPIAN CAPITAL, ATTN: SUSAN LANCASTER, 767 FIFTH AVENUE, 45TH FL, NEW YORK, NY 10153 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDITO EMILIANO S.P.A. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA S.P.A., ATTN: STEFANIA CATELLANI, VIA GANDHI 2/C, REGGIO EMILIA 42123 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: EFISIO BERTRAND, VIA EMILIA SAN PIETRO, N. 4, REGGIO EMILIA 42121 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN CAPITAL PARTNERS, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN HLSC1 LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN HLSC1 LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN HLSC1 LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN HLSC1 LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD.,, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SOLITUDE MASTER FUND, L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SELECT CREDIT MASTER FUND, LTD., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CASPIAN SC HOLDINGS L.P., C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, 3RD FLOOR, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARINER LDC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: MARINER LDC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SUPER CASPIAN CAYMAN FUND LIMITED, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| GARBOTSCH, DORTE | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KURFURSTENSTR. 21, KOLN 50678 GERMANY |
| GLAAB, ROLAND | TRANSFEROR: VR-LIW GMBH, EDELBACHER STRASSE 6, KLEINKAHL 63828 GERMANY |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: CONNOR SCIACCA, 200 WEST STREET, NEW YORK, NY 10282-2198 |

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: CONNOR SCIACCA, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: CONNOR SCIACCA, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: HCN LP, C/O GOLDMAN, SACHS & CO., ATTN: CONNOR SCIACCA, 200 WEST STREET, NEW YORK, NY 10282-2198 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HCN LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O HALCYON ASSET MANAGEMENT - M SELTZER, 477 MADISON AVENUE, 8TH FLOOR, NEW YORK, NY 10022 |
| HENNECKE, MICHAEL | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, CHR. SCHULT STR. 24 A, KOLN 50823 GERMANY |
| HSBC INTERNATIONAL TRUSTEE LIMITED | A/C 006-600779, 17/F TOWER 2 & 3, HSBC CENTRE, 1 SHAM MONG ROAD, KOWLOON  HONG KONG |
| HSBC INTERNATIONAL TRUSTEE LIMITED | A/C 006-600779, 17/F TOWER 2 & 3, HSBC CENTRE, 1 SHAM MONG ROAD, KOWLOON  HONG KONG |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: LEHMAN BROTHERS INC., ATTN: WILLIAM A. OLSHAN, ESQ., 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: BANCA MONTE DEI PASCHI DI SIENA SPA, ATTN: DERIVATIVES LEGAL, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS INC. | JAMES GIDDENS, SIPA TRUSTEE OF LEHMAN BROTHERS, INC., C/O KENNETH E. LEE, HUGHES HUBBARD & REED LLB, ONE BATTERY PARK PLAZA, NEW YORK, NY 10004-1482 |
| MARINER LDC | ATTN: JOHN KELTY, C/O MARINER INVESTMENT GROUP, LLC, 500 MAMARONECK AVENUE, SUITE 101, HARRISON, NY 10528 |
| MARINER LDC | JOHN KELTY, MARINER INVESTMENT GROUP LLC, 500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| MARINER LDC | ATTN: JOHN KELTY, C/O MARINER INVESTMENT GROUP, LLC, 500 MAMARONECK AVENUE, SUITE 101, HARRISON, NY 10528 |
| MARINER LDC | JOHN KELTY, MARINER INVESTMENT GROUP LLC, 500 MAMARONECK AVENUE, HARRISON, NY 10528 |
| SILVER POINT CAPITAL FUND, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL FUND, LP | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: AREH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., |

| Claim Name | Address Information |
|---|---|
| FUND, L.P. | ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWLL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, C/O SILVER POINT CAPITAL, L.P., ATTN: DAVID F. STEINMETZ, 2 GREENWICH PLAZA, FIRST FLOOR, GREENWICH, CT 06830 |
| SILVER POINT CAPITAL OFFSHORE MASTER FUND, L.P. | C/O DAVIS POLK & WARDWELL LLP, ATTN: ARYEH ETHAN FALK, 450 LEXINGTON AVENUE, NEW YORK, NY 10017-3904 |
| SILVERPEAK LEGACY PARTNERS II, LP | ATTN: RODOLPHO AMBOSS & JI YEONG CHU, 1330 AVENUE OF THE AMERICAS, SUITE 1200, NEW YORK, NY 10019 |
| SILVERPEAK LEGACY PARTNERS II, LP | KIRKLAND & ELLIS LLP, ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE, 601 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SILVERPEAK LEGACY PARTNERS II, LP | ATTN: RODOLPHO AMBOSS & JI YEONG CHU, 1330 AVENUE OF THE AMERICAS, SUITE 1200, NEW YORK, NY 10019 |
| SILVERPEAK LEGACY PARTNERS II, LP | KIRKLAND & ELLIS LLP, ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE, 601 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SILVERPEAK LEGACY PARTNERS III, L.P. | ATTN: RODOLPHO AMBOSS & JI YEONG CHU, 1330 AVENUE OF THE AMERICAS, SUITE 1200, NEW YORK, NY 10019 |
| SILVERPEAK LEGACY PARTNERS III, L.P. | KIRKLAND & ELLIS LLP, ATTN: PAUL M. BASTA, CINDY CHEN DELANO, CLEMENT YEE, 601 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| SLP I DISTRIBUTING ENTITY OFFSHORE LLC | TRANSFEROR: LEHMAN BROTHERS OFFSHORE REAL ESTATE ASSOCIATES, LTD., C/O SILVERPEAK REAL ESTATE PARTNERS, ATTN: RODOLPHO AMBOSS, 40 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY 10019 |
| SLP I DISTRIBUTING ENTITY OFFSHORE LLC | C/O SILVERPEAK REAL ESTATE PARTNERS, ATTN: MARC ROSSMAN- MANAGING DIRECTOR, 40 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY 10019 |
| SLP I DISTRIBUTING ENTITY ONSHORE LLC | TRANSFEROR: LEHMAN BROTHERS REAL ESTATE ASSOCIATES, L.P., C/O SILVERPEAK REAL ESTATE PARTNERS, ATTN: RODOLPHO AMBOSS, 40 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY 10019 |
| SLP I DISTRIBUTING ENTITY ONSHORE LLC | C/O SILVERPEAK REAL ESTATE PARTNERS, ATTN: MARC ROSSMAN- MANAGING DIRECTOR, 40 WEST 57TH STREET, 29TH FLOOR, NEW YORK, NY 10019 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| SUPER CASPIAN CAYMAN FUND LIMITED | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: SUSAN LANCASTER, C/O CASPIAN CAPITAL LP, 767 FIFTH AVENUE, 45TH FLOOR, NEW YORK, NY 10153 |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 134**