**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------ x
                                                                         :   Chapter 11
In re:                                                                   :
                                                                         :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                                   :
                                                                         :   (Jointly Administered)
                          Debtors.                                       :
                                                                         :   Ref. Docket Nos. 53423, 53671,
                                                                         :   53672, 53780 – 53783, 53792,
                                                                         :   53793, 53806 – 53808
------------------------------------------------------------------------ X
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 19, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                              */s/ Forrest Kuffer*
                                                                 Forrest kuffer

Sworn to before me this
20th day of October, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000111394721 ***        LBH TRFNTC (ADDRESS2, ADRKEYID3) 17465



CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVE
NEW YORK, NY 10017

CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
TRANSFEROR: DEERFIELD RELATIVE VALUE LTD.
(FORMERLY KNOWN AS DEERFIELD
ATTN: LAUREN GRAINER
375 PARK AVENUE, 12TH FLOOR
NEW YORK, NY 10152

Please note that your claim # 66690-01 in the above referenced case and in the amount of $1,421,089.45 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH
60 WALL STREET
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53793    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/19/2016                              Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 19, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD FKA DEERFIELD REL VAL FND LTD, ATTN: LAUREN GRAINER, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD, ATTN: LAUREN GRAINER, 375 PARK AVENUE, 12TH FLOOR, NEW YORK, NY 10152 |
| CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVE, NEW YORK, NY 10017 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| CREDITO EMILIANO S.P.A. | ATTN: MR. LUCA MARIANI & EFISIO BERTRAND, VIA EMILIA S. PIETRO, 4, REGGIO EMILIA 42100 ITALY |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CENTERBRIDGE SPECIAL CREDIT PARTNERS, LP, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS AG, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL ST., NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING, INC., ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD, SUITE 2950, LOS ANGELES, CA 90067 |
| HF CANYON MASTER, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., F/K/A CITI CANYON, LTD., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| HF CANYON MASTER, LTD. | SIDLEY AUSTIN LLP, ATTN: ROBERT SCHEININGER, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| HF CANYON MASTER, LTD. | TRANSFEROR: GOLDMAN SACHS & CO., F/K/A CITI CANYON, LTD., C/O CANYON CAPITAL ADVISORS LLC, ATTN: CORPORATE ACTIONS, 2000 AVENUE OF THE STARS, 11TH FLOOR, LOS ANGELES, CA 90067 |
| HF CANYON MASTER, LTD. | ROBERT SCHEININGER, SIDLEY AUSTIN LLP, 787 SEVENTH AVENUE, NEW YORK, NY 10019 |
| ICCREA BANCA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: ANTONIO TORRE, VIA LUCRAZIA ROMANA 41/47, ROME 00178 ITALY |
| ICCREA BANCA S.P.A. | TRANSFEROR: CREDITO EMILIANO S.P.A., ATTN: ANTONIO TORRE, VIA LUCRAZIA ROMANA 41/47, ROME 00178 ITALY |
| LEHMAN BROTHERS BANKHAUS AG | TRANSFEROR: COMMERZBANK AG, NEW YORK AND GRAND CAYMAN BRANCHES, ACTING THROUGH |

| Claim Name | Address Information |
|---|---|
| LEHMAN BROTHERS BANKHAUS AG | COURT APPT INSOLVENCY ADMINISTRATOR, D. MICHAEL C FREGE, RATHENAUPLATZ 1, 60313 FRANKKFURT AM MAIN   GERMANY |
| LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ | C/O FELIX SCHAEFER RECHSANWALT, CMS HASCHE SIGLE, BARCKHAUSSTRASSE 12-16, FRANKFURT/MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ | SONNENSCHEIN NATH & ROSENTHAL LLP, ATTN: PATRICK MAXCY, 233 SOUTH WACKER DRIVE, SUITE 7800, CHICAGO, IL 60606-6406 USA |
| LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ | TRANSFEROR: 7TH AVENUE INC., C/O FELIX SCHAEFER, RECHTSANWALT, CMS HASCHE SIGLE, BARCKHAUSSTR. 12-16, FRANKFURT AM MAIN D-60325 GERMANY |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HF CANYON MASTER, LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: HF CANYON MASTER, LTD., ATTN: JOHN RAGUSA, 1585 BROADWAY - 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: AVILA MASTER FUND LP, C/O JOSHUA RAWLINS, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK (BANKRUPTCY), RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ARES VIII CLO LTD., ATTN: JOSH RAWLINS, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK (BANKRUPTCY), RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: ARES VIII CLO LTD., ATTN; JOSH RAWLINS, 1585 BROADWAY, 2ND FLOOR, NEW YORK, NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK (BANKRUPTCY), RICHARDS KIBBE & ORBE LLP, 200 LIBERTY STREET, NEW YORK, NY 10281 |
| TARGOBANK AG & CO KGAA | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| VELASQUEZ, MARBELIS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MAX-BBRN-STR. 32, BERGHEIM 50126 GERMANY |
| VELASQUEZ, MARBELIS | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, MAX-BORN-STR. 32, BERGHEIM 50126 GERMANY |

**Total Creditor Count 42**