**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------------------------------------ x | |
| In re: | : Chapter 11 |
| | : |
| | : Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Ref. Docket No. 53659 |
| ------------------------------------------------------------------------ X | |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 19, 2016, I caused to be served the "Notice of Defective Transfer," dated July 29, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
20th day of October, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

SG PRIVATE BANKING SUISSE SA
AVENUE RUMINE 20
LAUSANNE 1001
 SWITZERLAND

BAR(23) MAILID *** 000111394691 ***     LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1056



ALLIANZ BANK FINANCIAL ADVISORS S.P.A.
ALLIANZ BANK FINANCIAL ADVISORS SPA
ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI
PIAZZALE LODI, 3
MILANO 20137
 ITALY

**Your transfer  of claim # 36532-08 is defective for the reason(s) checked below:**

Other INCORRECT ISIN WAS LISTED

Docket Number   53659          Date:  08/29/2016

/s/ Lauren Rodriguez

_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| ALLIANZ BANK FINANCIAL ADVISORS S.P.A. | ALLIANZ BANK FINANCIAL ADVISORS SPA, ATTN: FRANCO BRICHETTI - FRANCESCA TREBBI, PIAZZALE LODI, 3, MILANO 20137 ITALY |
| SG PRIVATE BANKING SUISSE SA | AVENUE RUMINE 20, LAUSANNE 1001 SWITZERLAND |

**Total Creditor Count 2**