**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
In re:                                                          :   Chapter 11
                                                                :
                                                                :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                        :
                                                                :   (Jointly Administered)
                         Debtors.                               :
                                                                :   Ref. Docket Nos. 53666, 53759,
                                                                :   53760, 53809, 53810, 53811,
                                                                :   53813, 53814, 53815
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

ELENI MANNERS, being duly sworn, deposes and says:

1. I am employed as Noticing Manager by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 24, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 24, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Eleni Manners*
                                                       Eleni Manners

Sworn to before me this
28th day of October, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000111413752 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

Please note that your claim # 555404-33 in the above referenced case and in the amount of $19,881.40 allowed at $17,642.73 has been transferred (unless previously expunged by court order)

DORTE GARBOTSCH
TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA
KASERNENSTR. 10
DUESSELDORF 40213
GERMANY

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53666    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 10/24/2016                         Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on October 24, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: EUROSAIL-UK 2007-3BL PLC, ATTN: KENNETH KEELEY, 390 GREENWICH STREET, 4TH FLOOR, NEW YORK, NY 10013 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVI CVF III LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| CVIC II LUX MASTER S.A.R.L. | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC., C/O CARVAL INVESTORS, LLC, ATTN: VINCENT CONLEY, 9320 EXCELSIOR BOULEVARD, HOPKINS, MN 55343 |
| DORTE GARBOTSCH | TRANSFEROR: CITIBANK PRIVATKUNDEN AG & CO. KGAA, KASERNENSTR. 10, DUESSELDORF 40213 GERMANY |
| EMPYREAN INVESTMENTS LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY & CO. INTERNATIONAL PLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN INVESTMENTS, LLC | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 UNITED STATES OF AMERICA |
| EMPYREAN LHMN SPV, LP | TRANSFEROR: MORGAN STANLEY CAPITAL SERVICES, LLC, C/O EMPYREAN CAPITAL PARTNERS, LP, ATTN: STERLING HATHAWAY, 10250 CONSTELLATION BLVD., STE 2950, LOS ANGELES, CA 90067 UNITED STATES OF AMERICA |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | F/K/A MORGAN STANLEY & CO. INTERNATIONAL LIMITED, C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  MARK C. ELLENBERG, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, C/O MORGAN STANLEY & CO. INCORPORATED, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | C/O MORGAN STANLEY & CO. INCORPORATED, ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY & CO. INTERNATIONAL PLC | GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, 700 SIXTH STREET, N.W., WASHINGTON, DC 20001 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | HOWARD R. HAWKINS, ESQ., C/O CADWALADER, WICKERSHAM & TAFT LLP, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC., ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN:  CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | F/K/A MORGAN STANLEY CAPITAL SERVICE INC., ATTN: CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN:  CHIEF LEGAL OFFICER, 1585 BROADWAY, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER WICKERSHAM & TAFT LLP, ATTN: MARK C. ELLENBERG, 700 SIXTH STREET, NW, WASHINGTON, DC 20001 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN:  HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | CADWALADER, WICKERSHAM & TAFT LLP, ATTN: HOWARD R. HAWKINS, ONE WORLD FINANCIAL CENTER, NEW YORK, NY 10281 |
| MORGAN STANLEY CAPITAL SERVICES, LLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP, 1585 BROADWAY, 3RD FLOOR, NEW YORK, NY 10036-8293 |

**Total Creditor Count 44**