**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                 Debtors.

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket Nos. 53698, 53699,
: 53824
:

---------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 26, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 26, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                   */s/ Forrest Kuffer*
                                                                                  Forrest Kuffer

Sworn to before me this
28th day of October, 2016
*/s/ Diane M. Streany*
Notary Public, State of New York
No. 01ST5003825
Qualified in the Westchester County
Commission Expires November 2, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000111492404 ***      LBH TRFNTC (MERGE2, TXNUM2) 4000151747



C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
C/O CARVAL INVESTORS, LLC
9320 EXCELSIOR BOULEVARD, 7TH FLOOR
HOPKINS, MN 55343

Please note that your claim # 28099-49 in the above referenced case and in the amount of $35,663,031.82 allowed at $16,563,475.00 has been transferred (unless previously expunged by court order)

LONG BEACH HOLDINGS, L.L.C.
TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L.
C/O FARALLON CAPITAL MANAGEMENT, L.L.C.
ATTN: JON REEF
ONE MARITIME PLAZA, SUITE 2100
SAN FRANCISCO, CA 94111

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   53699   in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/26/2016            Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 26, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, C/O CARVAL INVESTORS, LLC, 9320 EXCELSIOR BOULEVARD, 7TH FLOOR, HOPKINS, MN 55343 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 |
| LONG BEACH HOLDINGS, L.L.C. | TRANSFEROR: C.V.I. G.V.F. (LUX) MASTER S.A.R.L., C/O FARALLON CAPITAL MANAGEMENT, L.L.C., ATTN: JON REEF, ONE MARITIME PLAZA, SUITE 2100, SAN FRANCISCO, CA 94111 UNITED STATES OF AMERICA |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| MERRILL,LYNCH,PIERCE,FENNER & SMITH INC. | TRANSFEROR: SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11, ATTN: GREGORY W. PONDER, 214 NORTH TRYON STREET, 15TH FLOOR, CHARLOTTE, NC 28255 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP; ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |
| SERENGETI MULTI-SERIES MASTER, LLC - SERIES E11 | TRANSFEROR: SERENGETI LYCAON MM L.P., C/O SERENGETI ASSET MANAGEMENT LP, ATTN: ERIN ROGERS, 632 BROADWAY, 12TH FLOOR, NEW YORK, NY 10012 |

**Total Creditor Count 18**