**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------ x

In re:

LEHMAN BROTHERS HOLDINGS, INC., *et al.*

                    Debtors.

------------------------------------------------------------------------------ X

: Chapter 11
:
: Case No. 08-13555 (SCC)
:
: (Jointly Administered)
:
: Ref. Docket No. 53784

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 27, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 27, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                               */s/ Forrest Kuffer*
                                                                 Forrest Kuffer

Sworn to before me this
3rd day of November, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form,    **transferor**   refers to the claimant who is selling or otherwise assigning its claim. While    **transferee**   refers to the party who is purchasing or othewise being assigned the claim.

To:

LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ
C/O FELIX SCHAEFER RECHSANWALT
CMS HASCHE SIGLE
BARCKHAUSSTRASSE 12-16
FRANKFURT/MAIN 60325
 GERMANY

LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ
SONNENSCHEIN NATH & ROSENTHAL LLP
PATRICK MAXCY
233 SOUTH WACKER DRIVE
SUITE 7800
CHICAGO, IL 60606-6404

Please note that your claim # 58233 in the above referenced case and in the amount of $12,939,503.58 allowed at $24,123,602.00 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000111497452 ***        LBH TRFNTC (MERGE2, TXNUM2) 4000176383



DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER        53784                in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/27/2016                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 27, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ | C/O FELIX SCHAEFER RECHSANWALT, CMS HASCHE SIGLE, BARCKHAUSSTRASSE 12-16, FRANKFURT/MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ | SONNENSCHEIN NATH & ROSENTHAL LLP, PATRICK MAXCY, 233 SOUTH WACKER DRIVE, SUITE 7800, CHICAGO, IL 60606-6404 |

**Total Creditor Count 3**