**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------------   x
                                                                           :   Chapter 11
In re:                                                                     :
                                                                           :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., et al.                                     :
                                                                           :   (Jointly Administered)
                                        Debtors.                           :
                                                                           :   Ref. Docket No. 53839
------------------------------------------------------------------------   X
```

## AFFIDAVIT OF SERVICE

```
STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )
```

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 31, 2016, I caused to be served the "Notice of Defective Transfer," dated October 25, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ *Forrest Kuffer*
                                                            Forrest Kuffer

Sworn to before me this
2nd day of November, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICAV
TRANSFEROR: PERMAL STONE LION FUND, LTD.
STONE LION PORTFOLIO L.P.
STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD
555 5TH AVENUE, 18TH FLOOR NEW
NEW YORK, NY 10017

BAR(23) MAILID *** 000111723429 ***                LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1060



DEUTSCHE BANK AG, LONDON BRANCH
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

**Your transfer  of claim # 25155-01 is defective for the reason(s) checked below:**

Other DOCKET LISTS SELLER AS PERMAL STONE LION FUND LTD.

Docket Number   53839                Date:  10/25/2016

/s/ Lauren Rodriguez

_____

_____

EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH | C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |
| P STONE LION IE A FUND OF PERMAL MANAGED ACCT PLATFORM ICAV | TRANSFEROR: PERMAL STONE LION FUND, LTD., STONE LION PORTFOLIO L.P., STONE LION CAPITAL PARTNERS L.P. ATTN: BRIAN WOOD, 555 5TH AVENUE, 18TH FLOOR NEW, NEW YORK, NY 10017 |

**Total Creditor Count 2**