**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*. :
: (Jointly Administered)
                Debtors. :
: Ref. Docket Nos. 53860, 53861,
: 53866, 53867
:
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 2, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 2, 2016, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Forrest Kuffer*
                                                                          Forrest Kuffer

Sworn to before me this
3rd day of November, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

08-13555-mg    Doc 53895    Filed 11/04/16    Entered 11/04/16 21:48:44    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or otehwise being assigned the claim.

To:

DEUTSCHE BANK AG, LONDON BRANCH (UK)
ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG
WINCHESTER HOUSE
1 GREAT WINCHESTER STREET
LONDON EC2N 2DB
 UNITED KINGDOM

DEUTSCHE BANK AG, LONDON BRANCH (UK)
CONOR MCGOVERN
DEUTSCHE BANK AG, LONDON BRANCH, LONDON
LOAN OPERATIONS
21ST FLOOR, 99 BISHOPSGATE
LONDON EC2M 3XD
 UNITED KINGDOM

Please note that your claim # 59761-01 in the above referenced case and in the amount of $0.00 allowed at $11,405,556.31 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000111735615 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000176401



BKM HOLDINGS (CAYMAN) LTD.
TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK)
C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT
ATTN: JENNIFER DONOVAN
520 MADISON AVENUE, 30TH FLOOR
NEW YORK, NY 10022

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER     53867     in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/02/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 2, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| BANK VONTOBEL AG | FAO: MRS. DR. HEIDE SUDEROW GROB, GOTTHARDSTRASSE 43, ZURICH 8002 SWITZERLAND |
| BANQUE PICTET & CIE SA | TRANSFEROR: CREDIT SUISSE, ATTN: LEGAL DEPARTMENT, ROUTE DES ACACIAS 60, GENEVA 73 1211 SWITZERLAND |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK), C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: LEHMAN BROTHERS BANKHAUS, AG IN INSOLVENZ, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH, 60 WALL STREET, NEW YORK, NY 10005 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON / SIMON GLENNIE / CANDICE CHENG, WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | CONOR MCGOVERN, DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATIONS, 21ST FLOOR, 99 BISHOPSGATE, LONDON EC2M 3XD UNITED KINGDOM |
| GONET & CIE | TRANSFEROR: BANQUE PICTET & CIE SA, ATTN: NICOLE LEPRAI AND CARLOS GARCIA, 6 BD DU THEATRE, CP 5009, GENEVE 11 1211 SWITZERLAND |
| MULTIPLICITY PARTNERS LTD. | TRANSFEROR: BANK VONTOBEL AG, ATTN: ANDRES HEFTI OR ROGER RUEGG, BODMERSTRASSE 5, ZURICH 8002 SWITZERLAND |
| VARDE INVESTMENT PARTNERS, LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH, ATTN: EDWINA PJ STEFFER, 901 MARQUETTE AVE S. SUITE 3300, MINNEAPOLIS, MN 55402 |

**Total Creditor Count 9**