**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- x
:   Chapter 11
In re:                                                                              :
:   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                                            :
:   (Jointly Administered)
Debtors.                                                                            :
:   Ref. Docket No. 53786
:
:
---------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 3, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 3, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
3rd day of November, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000111982996 ***    LBH TRFNTC (ADDRESS2, ADRKEYID3) 17474



CCP CREDIT ACQUISITION HOLDINGS, LLC
DAVID HOYT
ANDREWS KURTH LLP
450 LEXINGTON AVENUE
NEW YORK, NY 10017

CCP CREDIT ACQUISITION HOLDINGS, LLC
TRANSFEROR: DEERFIELD RELATIVE VALUE LTD.
(FORMERLY KNOWN AS DEERFIELD
ATTN: LISA MURRAY
375 PARK AVE, 13TH FL
NEW YORK, NY 10152

Please note that your claim # 66689 in the above referenced case and in the amount of $609,038.34 has been transferred (unless previously expunged by court order)

DEUTSCHE BANK AG, LONDON BRANCH
TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC
C/O DEUTSCHE BANK SECURITIES INC.
ATTN: RICH VICHAIDITH; 60 WALL ST.
NEW YORK, NY 10005

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53786    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/03/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 3, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| CCP CREDIT ACQUISITION HOLDINGS, LLC | TRANSFEROR: DEERFIELD RELATIVE VALUE LTD. (FORMERLY KNOWN AS DEERFIELD, ATTN: LISA MURRAY, 375 PARK AVE, 13TH FL, NEW YORK, NY 10152 |
| CCP CREDIT ACQUISITION HOLDINGS, LLC | DAVID HOYT, ANDREWS KURTH LLP, 450 LEXINGTON AVENUE, NEW YORK, NY 10017 |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: CCP CREDIT ACQUISITION HOLDINGS, LLC, C/O DEUTSCHE BANK SECURITIES INC., ATTN: RICH VICHAIDITH; 60 WALL ST., NEW YORK, NY 10005 |

**Total Creditor Count 3**