John C. Weitnauer (admitted *pro hac vice*)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 39309
Tel.: (404) 881-7000

*Counsel for Wilmington Trust Company in its individual capacity and in its capacity as Owner Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., et al., | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

-------------------------------------------------------x

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 31923 WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Wilmington Trust Company, in its individual capacity and its capacity as Owner Trustee, by and through its undersigned counsel, hereby withdraws with prejudice Proof of Claim No. 31923 filed against Lehman Brothers Holdings, Inc. in the above-captioned matter, and requests that the official claims registry maintained by Epiq Bankruptcy Solutions LLC for the above-referenced debtors and debtors in possession be updated accordingly.  This Notice of Withdraw is with respect only to Proof of Claim No. 31923 and does not withdraw or otherwise waive any other claims or proofs of claim asserted by Wilmington Trust Company, or its affiliates, against Lehman Brothers Holdings, Inc., or its affiliate-debtors, regardless of whether such claims may be similar in nature to the claims asserted in Proof of Claim No. 31923.

[THE SIGNATURE BLOCK APPEARS ON THE NEXT PAGE.]

LEGAL02/36736565v1

- 2 -

Dated: November 7, 2016            Respectfully submitted,

                                                         ALSTON & BIRD LLP

By: /s/ John C. Weitnauer
      John C. Weitnauer (admitted *pro hac vice*)
      1201 West Peachtree Street
      Atlanta, GA 39309
      Tel.: (404) 881-7000

*Counsel for Wilmington Trust Company in its individual capacity and in its capacity as Owner Trustee*

- 2 -