UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Lehman Brothers Holdings Inc., *et al.,* | : | Case No. 08-13555 (SCC) |
| | : | |
| Debtors. | : | (Jointly Administered) |

------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         )    ss.:
COUNTY OF NEW YORK  )

Leslie Salcedo, being duly sworn, hereby deposes and says:

1. I am over 18 years of age and am not a party to the above-captioned proceedings. I am employed by Alston & Bird, LLP, having offices at 90 Park Avenue, New York, New York 10016.

2. On the 7th of November 2016, I caused a true and correct copy of the Notice of Withdrawal of Proof of Claim No. 31923 with Prejudice [Docket No. 53899], to be served upon the parties as indicated on the attached service list:

/s/ Leslie Salcedo
Leslie Salcedo

Sworn to before me this
7th November, 2016

/s/ Kim Fitzgerald
Kim Fitzgerald
Notary Public, State of New York
No. 01FI6029313
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Aug. 9, 2017

LEGAL02/36786844v1

## SERVICE LIST

**VIA FIRST CLASS MAIL**

| Weil Gotshal & Manges LLP, 767 Fifth Avenue New York, New York 10153 | Epiq Bankruptcy Solutions, LLC Attn: Lehman Brothers Holdings Claims Processing 757 Third Avenue, 3rd Floor New York, NY 10017 |
|---|---|