Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors.          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Credit Suisse AG | Valiant Bank AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Cravath, Swaine & Moore LLP        KWJS & S
Mr. Trevor Broad                          Mrs. St. Sweeney
825 8th Avenue                             570 7th Avenue
New York, NY 10019                    NY 10018-1624

Phone: 212-972-3000
Last Four Digits of Acct #: _____

Court Claim # (if known): 39101
Date Claim Filed: October 30, 2009
Amount of Claim: USD 40'000
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ [signature] _____        Date: November 1, 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

U.S.C. §§ 152 & 3571 As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

Evidence for Transfer

## EVIDENCE OF TRANSFER OF CLAIM

TO: United States Bankruptcy Court of the Southern District of New York (the "Bankruptcy Court")
One Bowling Green
New York NY10004
Attn: Clerk of the Court

AND TO: Lehman Brothers Holding Inc. (the "Debtor")

Case Name and Number: In re Lehman Brothers Holding Inc. No. 08.13555 (JPM)

Proof of Claim Number: 39101 (the "Proof of Claim")

Portion of the Claim Subject to Transfer (the "Transferred Claim")

This Evidence of Transfer of Claim relates solely to the portion of the Proof of Claim that is based on the following Lehman Programs Securities:

| DESCRIPTION OF SECURTY | ISIN | ISSUER | GUARANTOR | FACE AMOUNT |
|---|---|---|---|---|
| Commodity Linked Basket Notes Lehman Brothers Treasury Bv 2008-23 3 12 | XS0353821860 | Lehman Bros | Lehman Brothers | US$ 40'000 |

The aggregate amount of the Transferred Claim is to be Determined. For the avoidance of doubt, these Lehman Programs Securities are described on pages 13 and in paragraphs/lines 19 of the addendum of the Poof of Claim.

Valiant Bank AG ("Transferor") hereby acknowledges to have unconditionally and irrevocably transferred an assigned to:

Credit Suisse AG
Uetlibergstrasse 231
8070 Zürich / Switzerland
Attn: transfers settlement
e-mail: settlement.transfers@credit-suisse.com

("Transferee") all rights, title and interest in and to the Transferred Claim against the Debtor in Case No. 08-13555 (JPM) in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the book and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest

extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules of allocable law. Transferor acknowledges and understands, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Transferor transferring the Transferred Claim to Transferee and recognizing the Transferee as the sole holder of the Transferred Claim.

You are hereby directed to make all future payment and distributions, and to give all notices and other communications, in respect of the Transferred Claim to Transferee.

IN WITNESS WHEREOF, the undersigned has duly executed the Evidence of Transfer of Claim by its duly authorized representative dated June XX, 2010.

VALIANT BANK
Transferor

By: _____
Beat Bergmann
Director

BY: _____
Jalalian Shahrooz
Director

ACKNOWLEDGED BY

Credit Suisse AG
Transferee

BY: _____
Name: Claudio P. Sieber        Name: **Adrian Graf**
Title: (Assistant Vice President)   Title: (Assistant Vice President)