**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.**, *et al.*,<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)**<br><br>**(Jointly Administered)** |

### [PROPOSED] ORDER GRANTING MOTION OF GORAN PULJIC, T.K. NARAYAN, SCOTT SNELL, CYNTHIA ZAMORA DANIEL, AND CHRISTOPHER MONTALVO FOR AN ORDER SHORTENING TIME FOR NOTICE OF THE HEARING TO CONSIDER THEIR MOTION FOR (I) A DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY, OR, ALTERNATIVELY, (II) RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion to Shorten") of Goran Puljic, T.K. Narayn, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo (the "Arbitration Respondents") for entry of an order, pursuant to § 105(a) of title 11 of the United States Code and Rule 9006(c) of the Federal Rules of Bankruptcy Procedures, shortening time for notice of the hearing to consider the Stay Motion, such that a hearing can be held on **November 22, 2016 at 10:00 a.m. (prevailing Eastern Time)**, and allowing parties to object to the Stay Motion at or before the hearing; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion to Shorten and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion to Shorten is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having reviewed the Motion to Shorten and having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion to Shorten establish

good cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion to Shorten is granted as provided herein; and it is further

ORDERED that a hearing to consider the relief sought in the Stay Motion will be held on **November 22, 2016 at 10:00 a.m. (prevailing Eastern Time)** (the "Hearing"); and it is further

ORDERED that any objections to the Stay Motion may be filed and served by **November 17, 2016 at 4:00 p.m. (Prevailing Eastern Time)**; and it is further

ORDERED that the Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: New York, New York
_____, 2016

_____
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE

2