# Exhibit B



**AMERICAN ARBITRATION ASSOCIATION**
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

# COMMERCIAL ARBITRATION RULES
## DEMAND FOR ARBITRATION

*For Consumer or Employment cases, please visit www.adr.org for appropriate forms.*

| You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement. |
|---|

| Name of Respondent: MULTIPLE PARTIES; SEE ADDENDUM | Name of Representative (if known): |
|---|---|
| Address: | Name of Firm (if applicable): |
|  | Representative's Address: |

| City: | State: | Zip Code: | City: | State: | Zip Code: |
|---|---|---|---|---|---|
| Phone No.: | Fax No.: |  | Phone No.: | Fax No.: |  |
| Email Address: |  |  | Email Address: |  |  |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

Brief Description of the Dispute:

# See Statement of Claim.

| Dollar Amount of Claim: $ in excess of $3.1 million | Other Relief Sought:<br>☑ Attorneys Fees ☑ Interest ☑ Arbitration Costs<br>☐ Punitive/ Exemplary ☐ Other |
|---|---|
| Amount enclosed: $ 7700 | In accordance with Fee Schedule: ☐ Flexible Fee Schedule ☑ Standard Fee Schedule |

Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:

# To be determined at a later date.

| Hearing locale: New York City | (check one) ☐ Requested by Claimant ☑ Locale provision included in the contract |
|---|---|
| Estimated time needed for hearings overall:<br>        hours or 3        days | Type of Business: Claimant: Holding Company, Financial Services<br>Respondent: Individuals |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other? No

| Signature (may be signed by a representative): /s/ JJK | Date: 10-27-2016 |
|---|---|
| Name of Claimant: Lehman Brothers Holdings Inc. | Name of Representative: Joshua Bennett |
| Address (to be used in connection with this case):<br>1271 Avenue of the Americas | Name of Firm (if applicable): Paul Hastings LLP |
|  | Representative's Address: 200 Park Ave. |

| City: New York City | State: NY | Zip Code: 10020 | City: New York City | State: NY | Zip Code: 10166 |
|---|---|---|---|---|---|
| Phone No.: 646-285-9441 | Fax No.: 646-285-9337 |  | Phone No.: 212-318-6659 | Fax No.: 212-230-7701 |  |
| Email Address: brijesh.dave@lehmanholdings.com |  |  | Email Address: joshuabennett@paulhastings.com |  |  |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ 08043. At the same time, send the original Demand to the Respondent.

*Please visit our website at www.adr.org if you would like to file this case online. AAA Case Filing Services can be reached at 877-495-4185.*

## ADDENDUM TO DEMAND FOR ARBITRATION

**Claimant:** Lehman Brothers Holdings Inc.

| Name of Respondent 1 | **Cynthia Zamora Daniel** |
|---|---|
| Address | 2373 Broadway, Unit P8<br>New York, NY 10024 |
| Telephone/Fax/E-mail | Unknown |
| Representative | John P. Curley<br>Hoguet Newman Regal & Kenney LLP<br>10 East 40th Street<br>New York, NY 10016<br>Tel: 212-689-8808<br>Fax: 212-689-5101<br>jcurley@hnrklaw.com |

| Name of Respondent 2 | **Christopher Montalvo** |
|---|---|
| Address | 621 Lovett Road<br>Colts Neck, NJ 07722 |
| Telephone/Fax/E-mail | Unknown |
| Representative | John P. Curley<br>Hoguet Newman Regal & Kenney LLP<br>10 East 40th Street<br>New York, NY 10016<br>Tel: 212-689-8808<br>Fax: 212-689-5101<br>jcurley@hnrklaw.com |

| Name of Respondent 3 | **TK Narayan** |
|---|---|
| Address | 219 West 81st Street, Apt. 8A<br>New York, NY 10024 |
| Telephone/Fax/E-mail | Unknown |
| Representative | Edward P. Boyle<br>Venable LLP<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-808-5675<br>Fax: 212-307-5598<br>E-mail: epboyle@venable.com |

| Name of Respondent 4 | Goran Puljic |
|---|---|
| Address | 8 Searles Road<br>Darien, CT 06820 |
| Telephone/Fax/E-mail | Unknown |
| Representative | Edward P. Boyle<br>Venable LLP<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-808-5675<br>Fax: 212-307-5598<br>E-mail: epboyle@venable.com |

| Name of Respondent 5 | Scott Snell |
|---|---|
| Respondent's Address | 51 Hewlett Street<br>Rye, NY 10580 |
| Telephone/Fax/E-mail | Unknown |
| Representative | Edward P. Boyle<br>Venable LLP<br>1270 Avenue of the Americas<br>New York, NY 10020<br>Tel: 212-808-5675<br>Fax: 212-307-5598<br>E-mail: epboyle@venable.com |