# Exhibit D



**Bankruptcy Party Search**
Tue Nov 8 21:45:02 2016
4 records found

Browse Aloud

User: ve1526
Client: 133409-402082
Search: Bankruptcy Party Search Name LB I Group All Courts Page: 1

| Party Name | Court | Case | Ch | Date Filed | Date Closed | Disposition |
|---|---|---|---|---|---|---|
| 1 LB I Group Inc. (dft) | txnbke | 3:03-ap-03895 | | 10/30/2003 | 12/27/2006 | Dismissed or Settled Without Entry of Judgment 12/27/2006 |
| 2 LB I Group, Inc. (unk) | nysbke | 1:08-bk-13555 | 11 | 09/15/2008 | | |
| 3 LB I Group Inc. (crc) | txnbke | 3:03-ap-03895 | | 10/30/2003 | 12/27/2006 | Dismissed or Settled Without Entry of Judgment 12/27/2006 |
| 4 LB I Group, Inc. (dft) | txnbke | 4:12-ap-04088 | | 07/20/2012 | 11/27/2013 | Withdrawal of Reference by District Court |

| PACER Service Center | |
|---|---|
| User | ve1526 |
| Client | 133409-402082 |
| Description | Bankruptcy Party Search Name LB I Group All Courts Page: 1 |
| Pages | 1 ($0.10) |
| Receipt | 11/08/2016 21:45:02 91338351 |