# Exhibit E




**Bankruptcy Party Search**
Tue Nov 8 21:12:31 2016
No Records Found

**User:** ve1526
**Client:** 133409-402082
**Search:** Bankruptcy Party Search Name cdo associates All Courts Page: 1

No records found

**Search Tip:** To search for an individual party, use the name format: *last, first*. A comma should be included to separate the last name and the first name. See the help balloon for more information and example searches.

| PACER Service Center | Receipt 11/08/2016 21:12:32 91334925 |
|---|---|
| **User** ve1526 | |
| **Client** 133409-402082 | |
| **Description** Bankruptcy Party Search | |
| Name cdo associates All Courts Page: 1 | |
| **Pages** 1 ($0.10) | |