VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Flr.
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward P. Boyle
David N. Cinotti
Michael A. Guerra
*Counsel for Goran Puljic, T.K. Narayan,
and Scott Snell*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:**<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>**Debtors.** | **Chapter 11**<br><br>**Case No. 08-13555 (SCC)**<br><br>**(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, MICHAEL A. GUERRA, an attorney admitted to practice in the State of New York, hereby certify that I caused the following papers (a) to be electronically served on November 9, 2016 on the parties registered for ECF service, and (b) to also be served by the means and to the parties indicated on the attached Service List:

1. *Notice of Hearing of Motion of Goran Puljic, T.K. Narayn, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo for (I) a Determination that the Automatic Stay Does not Apply, or, alternatively, (II) Relief from the Automatic Stay,* and two exhibits attached thereto (including a proposed order) (the "Lift Stay Motion") [ECF Docket No. 53921];

2. *Motion of Goran Puljic, T.K. Narayn, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo for an Order Shortening Time for Notice of the Hearing to Consider Their Motion for (I) a Determination that the Automatic Stay Does not Apply, or, alternatively, (II) Relief from the Automatic Stay* (the "Motion to Shorten") and a proposed order as Exhibit A attached thereto (the "Motion to Shorten") [ECF Docket No. 53922]; and

13584223

3. *Declaration of Edward P. Boyle, Esq.*, along with the exhibits attached thereto, filed in support of the Lift Stay Motion and the Motion to Shorten [ECF Docket No. 53923].

Dated: New York, New York
      November 10, 2016

                                      MICHAEL A. GUERRA

# SERVICE LIST

**By E-Mail Transmission on November 9, 2016**

    Paul Hastings LLP
        Joshua M. Bennett (joshuabennett@paulhastings.com)

    Hoguet Newman Regal & Kenney, LLP
    10 East 40th Street
    New York, New York 10016
    *Attorneys for Cynthia Zamora Daniel*
    *and Christopher Montalvo*
        John P. Curley (jcurley@hnrklaw.com)

**By Hand Delivery on November 10, 2016**

    Honorable Shelley C. Chapman
    One Bowling Green, Courtroom 625
    New York, New York 10004

    Weil Gotshal & Manges
    Attn: Jacqueline Marcus
    767 Fifth Avenue
    New York, New York 10153
    *Attorneys for Debtors*

    Milbank, Tweed, Hadley & McCloy LLP
    Attn: Dennis F. Dunne
    1 Chase Manhattan Plaza
    New York, New York 10005
    *Attorneys for Creditors' Committee*

    Paul Hastings LLP
    Attn: Joshua M. Bennett
    200 Park Avenue
    New York, New York 10166
    *Attorneys for Lehman Brothers Holdings Inc.*

    Office of the United States Trustee
    Attn: William K. Harrington
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014

13584223