## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  Lehman Brothers Holdings Inc., et al.        Case No. 08-13555 (jointly administered)(JMP)
                                                                                                   Court ID (Court Use Only) _____

### NOTICE OF PARTIAL TRANSFER OF CLAIMS OTHER THAN FOR SECURITY
### PURSUANT TO BANKRUPTCY RULE 3001(E)(2)

CLAIMS HAVE BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111(a). Pursuant to Bankruptcy Rule 3001(e)(2), Transferee hereby gives notice of the transfer, other than for security, of the claims referenced herein.

| | |
|---|---|
| Name of Transferee:<br>Solus Opportunities Fund 1 LP | Name of Transferor:<br>Deutsche Bank AG, London Branch |
| Notices to Transferee should be sent to:<br>Solus Opportunities Fund 1 LP<br>c/o Solus Alternative Asset Management LP<br>410 Park Avenue, 11th Floor<br>New York, NY 10022<br>Fax (212) 284-4308<br>Attn: Solus Compliance Officer<br>Intralinks Access: Compliance@soluslp.com | Court Record Address of the Transferor:<br>(Court use only) |
| Last Four Digits of Acct.# | Last Four Digits of Acct.#: |
| Name and Address where transferee payments should be sent (if different from above):<br>Solus Opportunities Fund 1 LP<br>C/O The Bank of New York Mellon Trust Company, N.A<br>601 Travis Street, 17th Floor<br>Houston, TX 77002-8039<br>Attn: Monique Celestine / Acct#: 495767 | Name and Current Address of Transferor<br>C/O DEUTSCHE BANK SECURITIES INC.<br>ATTN: RICH VICHAIDITH<br>60 WALL STREET<br>NEW YORK, NY 10005 |
| Type of Claim: 5C<br>Partial Claim Amount: $44,250,000.00<br><br>Type of Claim: 4A<br>Partial Claim Amount: $22,500,000.00 | |
| Court Claim Nos. (if known):<br>27947, 27839 | |
| Date Claims Filed:<br>September 22, 2009 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____        Date: _____November 15, 2016_____

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 &3571.*

As set forth in the attached Evidence of Transfer of Claim, Transferor has waived to the fullest extent permitted by law any notice or right to receive notice of a hearing under Bankruptcy Rule 3001(e).

A/75391268.1

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Claim No.: 27947

**Deutsche Bank AG, London Branch**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Solus Opportunities Fund 1 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue - 11th Floor
New York, NY 10022

its successors and assigns ("Buyer"), its rights, title and interest in and to Proof of Claim Number 27947, solely to the extent of $44,250,000.00 (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated November 7, 2016.

| DEUTSCHE BANK AG, LONDON BRANCH | SOLUS OPPORTUNITIES FUND 1 LP |
|---|---|
| | By: Solus Alternative Asset Management LP |
| | Its Investment Advisor |
| By: _____ | By: _____ |
| Name: | Name: Gordon J. Yeager |
| Title: | Title: Executive Vice President |
| By: _____ | |
| Name: | |
| Title: | |

10

# EVIDENCE OF PARTIAL TRANSFER OF CLAIM

TO: United States Bankruptcy Court for the
Southern District of New York ("Bankruptcy Court")
Attn: Clerk

AND TO: Lehman Brothers Holdings Inc. ("Debtor")
Case No. 08-13555 (SCC) (Jointly Administered)

Claim No.: 27839

**Deutsche Bank AG, London Branch**, its successors and assigns ("Seller"), for good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

**Solus Opportunities Fund 1 LP**
c/o Solus Alternative Asset Management LP
410 Park Avenue - 11th Floor
New York, NY 10022

its successors and assigns ("Buyer"), its rights, title and interest in and to Proof of Claim Number 27839, solely to the extent of $22,500,000.00 (the "Claim").

Seller hereby waives any objection to the transfer of the Claim to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claim and recognizing Buyer as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned has duly executed this Evidence of Partial Transfer of Claim by its duly authorized representative dated November 7, 2016.

**DEUTSCHE BANK AG, LONDON BRANCH**

By: _____
Name:
Title:

By: _____
Name:
Title:

**SOLUS OPPORTUNITIES FUND 1 LP**
By: Solus Alternative Asset Management LP
Its Investment Advisor

By: _____
Name: Gordon J. Yeager
Title: Executive Vice President

11