Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Credit Suisse AG
**Name of Transferee**

Bank Julius Bär & Co. Ltd
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Cravath, Swaine & Moore LLP    KWJS & S
Mr. Trevor Broad                Mrs. St. Sweeney
825 8th Avenue                  570 7th Avenue
New York, NY 10019              NY 10018-1624

Phone: 212-972-3000
Last Four Digits of Acct #: _____

Court Claim # (if known): 46981
Date Claim Filed: 26 October 2009
Amount of Claim: -
Portion of Claim Transferred (see Schedule I): see Evidence of Transfer of Claim Form

Phone: -
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: -
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ _____    Date: 7 November, 2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Bank Julius Baer & Co. Ltd.** ("Transferor") unconditionally and irrevocably transferred to **Credit Suisse** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with its claim (Claim No. **46981**) in the **amount of USD 21307.50** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 13 day of October 2016.

**Bank Julius Baer & Co. Ltd.**

Marc Blum
Director

Fabian Burckhardt
Executive Director

Schedule I

Lehman Programs Securities Related to Transferred Claim:

| ISIN / Description | Court Claim # | Date Claim Filed | Issuer | Amount / Units |
|---|---|---|---|---|
| XS0302356737 | 46981 | 26 October 2009 | Lehman Brothers Treasury Co. BV | USD 21307.50 15 Units |