# EXHIBIT C

**EXHBIT C**

| Noncompliant Seller | Service Address for ADR Order & Indemnification ADR Notice Documents | Date of Service for ADR Order & Indemnification ADR Notice Documents | Method of Service for ADR Order & Indemnification ADR Notice Documents | Noncompliant Seller's Response Deadline | ADR Order & Indemnification ADR Notice Documents Served Attached as | Service Address for Warning Letter (if Different from Service Address Used for ADR Order & Indemnification ADR Notice) | Date of Service for Warning Letter | Method of Service for Warning Letter | Warning Letter Served Attached as |
|---|---|---|---|---|---|---|---|---|---|
| America One Mortgage Corporation | 1991 Village Park Way Suite 205 Encinitas, CA 92024 | February 26, 2016 | Overnight express mail service & email | March 21, 2016 | Exhibit C 1 | | March 30, 2016 | Overnight express mail service & email | Exhibit C 30 |
| Arizona Wholesale Mortgage Inc. | 3813 E. Tracker Trail Phoenix, AZ 85050 Steve_b85032@yahoo.com | November 18, 2015 | Overnight express mail service & email | December 9, 2015 | Exhibit C 2 | | December 17, 2015 | Overnight express mail service & email | Exhibit C 31 |
| Aurora Mortgage, LLC | 8150 Leesburg Pike Ste. 410 Vienna, VA 22182 rbodine@aurorafs.com | September 16, 2015 | Overnight express mail service & email | October 6, 2015 | Exhibit C 3 | | October 9, 2015 | Overnight express mail service | Exhibit C 32 |
| Bancplus Home Mortgage Center Inc., and Andavtum Mortgage Network, as successor to BancPlus Home Mortgage Center Inc. | Bancplus Home Mortgage Center Inc., Andavtum Mortgage Network, as successor to BancPlus Home Mortgage Center Inc. 8320 W. Sunrise Blvd., Suite 104 Plantation, FL 33322 | August 23, 2016 | Overnight express mail service | September 12, 2016 | Exhibit C 4 | | September 28, 2016 | Overnight express mail service | Exhibit C 33 |
| Bankers Choice Mortgage Corp. | 10651 N. Kendall Dr. Suite 200 Miami, FL 33176 acobo@bankerschoice.com | May 11, 2016 | Overnight express mail service & email | June 2, 2016 | Exhibit C 5 | | June 21, 2016 | Overnight express mail service & email | Exhibit C 34 |
| California Home Investments, Inc. | C/o Charles M. Farano, Esq. 243A Lakeview Avenue Placentia, CA 92870 smoore@faranolaw.com | September 1, 2015 | Overnight express mail service & email | September 22, 2015 | Exhibit C 6 | | September 29, 2015 | Overnight express mail service & email | Exhibit C 35 |
| Colonial 1st Mortgage, Inc. | 11551 Nuckols Rd. Glen Allen, VA 23059 ddougherty@colonial1mtg.com | February 11, 2016 | Overnight express mail service & email | March 3, 2016 | Exhibit C 7 | | March 8, 2016 | Overnight express mail service & email | Exhibit C 36 |
| Community Mortgage Solutions, Inc. | 1030 Palm Coast Parkway NW, Ste. 3 Palm Coast, FL 32137 blair@communitymortgagesolutions.com | December 11, 2015 | Overnight express mail service & email | December 31, 2015 | Exhibit C 8 | | January 21, 2016 | Overnight express mail service & email | Exhibit C 37 |
| Cornerstone Mortgage, Inc. | 17280 N. Outer 40 Rd, Suite 100 Chesterfield, MO 63005 Attn: Pat Andre pandre@cornerstonemortgage.com | March 21, 2016 | Overnight express mail service & email | April 11, 2016 | Exhibit C 9 | Medlin & Hargrave, PC 3562 Round Barn Circle, Suite 212 Santa Rosa, CA 95403 jrosenthal@mhlawcorp.com | April 19, 2016 | Overnight express mail service | Exhibit C 38 |
| Family Mortgage, Inc. | 4990 S. Rainbow Blvd. Suite 100 Las Vegas, NV 89118 sharonye@familymortgageusa.com | February 9, 2016 | Overnight express mail service & email | March 1, 2016 | Exhibit C 10 | | March 8, 2016 | Overnight express mail service & email | Exhibit C 39 |
| First American Financial Mortgage Corp. | 2171 Northlake Parkway Ste. 120 Tucker, GA 30084 djohnson@fafmc.com | November 24, 2015 | Overnight express mail service & email | December 15, 2015 | Exhibit C 11 | 3469 Lawrenceville Hwy. Ste. 205 Tucker, GA 30084 djohnson@fafmc.com | December 23, 2015 | Overnight express mail service & email | Exhibit C 40 |
| First Empire Funding Corp. | 10816 72nd Ave. #3 Forest Hills, NY 11375 dgrancaric@hotmail.com | June 1, 2016 | Overnight express mail service & email | June 22, 2016 | Exhibit C 12 | | July 25, 2016 | Overnight express mail service & email | Exhibit C 41 |
| F.T. Financial Inc. | 9420 E. Doubletree Ranch Rd. Suite C-110 Scottsdale, AZ 85258 Frank@FTFinancialinc.com | January 13, 2016 | Overnight express mail service & email | February 4, 2016 | Exhibit C 13 | | February 9, 2016 | Overnight express mail service & email | Exhibit C 42 |
| Generation Mortgage Associates LLC | 6400 Seminole Blvd Suite 2 Seminole, FL 33772 syoung@generationloans.com | July 8, 2016 | Overnight express mail service & email | August 1, 2016 | Exhibit C 14 | | September 7, 2016 | Overnight express mail service & email | Exhibit C 43 |
| Great American Capital Corporation | 2690 Weston Rd #200 Weston, FL 33331 carl@great-american.net carl@sourceonemortgage.net | June 7, 2016 | Overnight express mail service & email | June 28, 2016 | Exhibit C 15 | | July 25, 2016 | Overnight express mail service & email | Exhibit C 44 |
| Intermountain Mortgage Company, Inc. | 2029 Sidewinder Drive Park City, UT 84060 rob@greatlender.com | September 30, 2015 | Overnight express mail service & email | October 21, 2015 | Exhibit C 16 | | November 23, 2015 | Overnight express mail service & email | Exhibit C 45 |
| JD Financial Group Inc. | 1850 South Ocean Drive Ste. 1708 Hallandale Beach, FL 33009 jd@jdfingroup.com | June 23, 2015 | Overnight express mail service & email | July 14, 2015 | Exhibit C 17 | | October 9, 2015 | Overnight express mail service & email | Exhibit C 46 |

| Name | Address | Date | Method | Date | | Date | Method | |
|---|---|---|---|---|---|---|---|---|
| Mai Financial Services Inc. | C/o Dennis G. Harkavy, Attorney at Law 23901 Calabasas Rd. Suite 2003 Calabasas, CA 91302 dgharkavy@yahoo.com | June 9, 2016 | Overnight express mail service & email | June 30, 2016 | **Exhibit C 18** | July 25, 2016 | Overnight express mail service & email | **Exhibit C 47** |
| Metropolitan Financial Mortgage Company | 4445 West 77th Street Suite 160 Edina, MN 55435 Ron@metrofmc.com | February 22, 2016 | Overnight express mail service & email | March 14, 2016 | **Exhibit C 19** | March 21, 2016 | Overnight express mail service & email | **Exhibit C 48** |
| Nationwide Home Loans Inc. | 6500 S. Quebec Suite 105 Englewood, CO 80111 davidsruch@gmail.com | July 15, 2016 | Overnight express mail service & email | August 8, 2016 | **Exhibit C 20** | August 22, 2016 | Overnight express mail service & email | **Exhibit C 49** |
| NW Lending Inc. | 10900 NE 4th St., Suite 1430 Bellevue, WA 98004 glenclausing@comcast.net | February 10, 2016 | Overnight express mail service & email | March 1, 2016 | **Exhibit C 21** | April 18, 2016 | Overnight express mail service & email | **Exhibit C 50** |
| Pacific First Financial Services, LP | 7226 Sepulveda Blvd. Van Nuys, CA 91405 | April 10, 2015 | Overnight express mail service | May 4, 2015 | **Exhibit C 22** | May 11, 2015 | Overnight express mail service | **Exhibit C 51** |
| Parkside Lending, LLC | C/o Medlin & Hargrave, PC 3562 Round Barn Circle Suite 212 Santa Rosa, CA 95403 jrosenthal@mhlawcorp.com | March 21, 2016 | Overnight express mail service & email | April 11, 2016 | **Exhibit C 23** | April 19, 2016 | Overnight express mail service & email | **Exhibit C 52** |
| Premier Choice Mortgage Inc. | 16993 Parthenia St Suite 211 North Hills, CA 91343 | March 14, 2016 | Overnight express mail service & email | April 4, 2016 | **Exhibit C 24** | April 14, 2016 | Overnight express mail service | **Exhibit C 53** |
| Rancho Coastal Realty, Inc. | 937 S. Coast Highway 101 Ste 209 Encinitas, CA 92024 | April 28, 2016 | Overnight express mail service | May 18, 2016 | **Exhibit C 25** | May 31, 2016 | Overnight express mail service | **Exhibit C 54** |
| The Carolina's First Mortgage, Inc. | 3710 Old Lassiter Mill Rd. Raleigh, NC 27609 FDanaFirst@aol.com | August 1, 2016 | Overnight express mail service & email | August 22, 2016 | **Exhibit C 26** | September 8, 2016 | Overnight express mail service & email | **Exhibit C 55** |
| The Force, Inc. | 7540 Lochness Drive Miami Lakes, FL 33014 Denise@theforcegroup.com | November 18, 2015 | Overnight express mail service & email | December 9, 2015 | **Exhibit C 27** | December 17, 2015 | Overnight express mail service & email | **Exhibit C 56** |
| Trustworthy Mortgage Corp. | 1964 Gallows Rd. Suite 350 Vienna, VA 22182 linn@trustworthyloan.com | July 8, 2016 | Overnight express mail service & email | August 1, 2016 | **Exhibit C 28** | September 7, 2016 | Overnight express mail service & email | **Exhibit C 57** |
| USA Lending Inc. | 132 SW 9th Street Miami, FL 33130 zena@usalendinginc.com | January 7, 2016 | Overnight express mail service & email | January 27, 2016 | **Exhibit C 29** | February 9, 2016 | Overnight express mail service & email | **Exhibit C 58** |