# EXHIBIT C-1

# LEHMAN BROTHERS HOLDINGS INC.

February 26, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Mark Luciani
America One Mortgage Corporation
1991 Village Park Way, Suite 205
Encinitas, CA 92024

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
                Dispute Resolution Notice to America One Mortgage Corporation

Dear Mr. Luciani:

      Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to America One Mortgage Corporation, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated February 26, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

      For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-AOM_0000001 to LEH-AOM_0001398 will follow.

      Thank you for your attention to this matter.

                                            Sincerely,

                                            R. Charles Dix, Esq.
                                            Counsel
                                            Lehman Brothers Holdings, Inc.

Encl.