# EXHIBIT C-2

# LEHMAN BROTHERS HOLDINGS INC.

November 18, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Steve Beiler
Arizona Wholesale Mortgage Inc.
3813 E. Tracker Trail
Phoenix, AZ 85050

RE: Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Arizona Wholesale Mortgage Inc.

Dear Mr. Beiler:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Arizona Wholesale Mortgage Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated November 18, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the document LEH-AWM_0000001 to LEH-AWM_0002277 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim
Counsel
Lehman Brothers Holdings, Inc.

Encl.