# EXHIBIT C-3

# LEHMAN BROTHERS HOLDINGS INC.

September 16, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Aurora Mortgage, LLC
8150 Leesburg Pike, Ste. 410
Vienna, VA 22182

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
                Dispute Resolution Notice to Aurora Mortgage, LLC

Dear Sir or Madam,

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Aurora Mortgage, LLC, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated September 16, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-AM_0000001 to LEH-AM_0000684 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.