# EXHIBIT C-4

# LEHMAN BROTHERS HOLDINGS INC.

August 23, 2016

*Via UPS*

Howard Vernick
Advantum Mortgage Network, Inc. as successor to Bancplus Home Mortgage Center Inc.
8320 W. Sunrise Blvd., Ste. 104
Plantation, FL 33322

   RE: Lehman Brothers Holdings Inc. Indemnification Alternative
      Dispute Resolution Notice to Bancplus Home Mortgage Center Inc.

Dear Mr. Vernick:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Advantum Mortgage Network, Inc. as successor to Bancplus Home Mortgage Center Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated August 23, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice
- Attachment D—December 1, 2015 Order

 For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-BHM_0000001 to LEH-BHM_0006463 will follow.

 Thank you for your attention to this matter.

Sincerely,

Nicole Mi Young Kim
ADR Counsel
720-945-3217
nicole.kim@lehmanholdings.com
Lehman Brothers Holdings, Inc.

Encl.