# EXHIBIT C-5

# LEHMAN BROTHERS HOLDINGS INC.

May 11, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Albert Cobo
Bankers Choice Mortgage Corp
10651 N. Kendall Dr. Suite 200
Miami, FL 33176
acobo@bankerschoice.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Bankers Choice Mortgage Corp

Dear Mr. Cobo:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Bankers Choice Mortgage Corp, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated May 11, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-BCM_0000001 to LEH-BCM_0002568 will follow.

Thank you for your attention to this matter.

      Sincerely,

      Nicole Mi Young Kim
      ADR Counsel
      720-945-3217
      nicole.kim@lehmanholdings.com
      Lehman Brothers Holdings, Inc.

Encl.