# EXHIBIT C-6

# LEHMAN BROTHERS HOLDINGS INC.

September 1, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Charles M. Farano, Esq.
243A Lakeview Avenue
Placentia, California 92870

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to California Home Investments, Inc.

Dear Mr. Farano:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to California Home Investments, Inc, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated September 1, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-CHI_0000001 to LEH-CHI_0000730 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim
Counsel
Lehman Brothers Holdings, Inc.

Encl.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**