# EXHIBIT C-7

# LEHMAN BROTHERS HOLDINGS INC.

February 11, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Dan Dougherty
Colonial 1st Mortgage, Inc.
11551 Nuckols Rd.
Glen Allen, VA 23059

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Colonial 1st Mortgage, Inc.

Dear Mr. Dougherty:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Colonial 1st Mortgage, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated February 11, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-COL_0000001 to LEH-COL_0001000 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.

Encl.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020