# EXHIBIT C-8

# LEHMAN BROTHERS HOLDINGS INC.

December 11, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Community Mortgage Solutions, Inc.
1030 Palm Coast Parkway NW, Ste. 3
Palm Coast, FL 32137

RE: Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Community Mortgage Solutions, Inc.

Dear Blair Lamphier,

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Community Mortgage Solutions, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated December 11, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-CMS_0000001 to LEH-CMS_0002085 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim
Counsel
Lehman Brothers Holdings, Inc.