# EXHIBIT C-9

# LEHMAN BROTHERS HOLDINGS INC.

March 21, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Pat Andre
17280 N. Outer 40 Rd.
Suite 100
Chesterfield, MO 63005
pandre@cornerstonemortgage.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Cornerstone Mortgage, Inc.

Dear Sir or Madam,:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Cornerstone Mortgage, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated March 21, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-CMI_0000001 to LEH-CMI_00001856 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim
ADR Counsel
Lehman Brothers Holdings, Inc.
(720) 945-3217
nicole.kim@lehmanholdings.com

Encl.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020