# EXHIBIT C-10

# LEHMAN BROTHERS HOLDINGS INC.

February 9, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Sharon Ye
Family Mortgage, Inc.
4990 S. Rainbow Blvd, Suite 100
Las Vegas, NV 89118

      RE: Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Family Mortgage, Inc.

Dear Ms. Ye:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Family Mortgage, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated February 9, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-FMI_0000001 to LEH-FMI_0001310 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.

Encl.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020