# EXHIBIT C-13

# LEHMAN BROTHERS HOLDINGS INC.

January 13, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Frank Culver
F.T. Financial Inc.
9420 E. Doubletree Ranch Rd. Suite C-110
Scottsdale, AZ 85258

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to F.T. Financial Inc.

Dear Mr. Culver:

    Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to F.T. Financial Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated January 13, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

    For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-FT_0000001 to LEH-FT_0003553 will follow.

    Thank you for your attention to this matter.

                                        Sincerely,

                                        R. Charles Dix, Esq.
                                        Counsel
                                        Lehman Brothers Holdings, Inc.

Encl.