# EXHIBIT C-14

# LEHMAN BROTHERS HOLDINGS INC.

July 8, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Sean Young
Generation Mortgage Associates LLC
6400 Seminole Blvd., Ste. 2
Seminole, FL 33772
syoung@generationloans.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
                Dispute Resolution Notice to Generation Mortgage Associates LLC

Dear Mr. Young:

    Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Generation Mortgage Associates LLC, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated July 8, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

    For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-GMA_0000001 to LEH-GMA_0000739 will follow.

    Thank you for your attention to this matter.

                Sincerely,

                Nicole Mi Young Kim
                ADR Counsel
                720-945-3217
                nicole.kim@lehmanholdings.com
                Lehman Brothers Holdings, Inc.

Encl.