# EXHIBIT C-15

# LEHMAN BROTHERS HOLDINGS INC.

June 7, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Carl Noriega
Great American Capital Corporation
2690 Weston Rd., #200
Weston, FL 33331

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Great American Capital Corporation

Dear Mr. Noriega:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Great American Capital Corporation, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated June 7, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-GAC_0000001 to LEH-GAC_0003961 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim
ADR Counsel
720-945-3217
nicole.kim@lehmanholdings.com
Lehman Brothers Holdings, Inc.

Encl.