# EXHIBIT C-16

# LEHMAN BROTHERS HOLDINGS INC.

September 30, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Mr. Robert Karz
Intermountain Mortgage Company, Inc.
2029 Sidewinder Drive
Park City, UT 84060

    RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Intermountain Mortgage Company, Inc.

Dear Mr. Karz:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Intermountain Mortgage Company, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated September 30, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-IMC_0000001 TO LEH-IMC_0001139 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.

Encl.