# EXHIBIT C-17

# LEHMAN BROTHERS HOLDINGS INC.

June 23, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Joseph DiFalco
JD Financial Group Inc
1850 South Ocean Drive, Ste. 1708
Hallandale Beach, FL 33009

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to JD Financial Group Inc

Dear Mr. DiFalco:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to JD Financial Group Inc, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated June 23, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-JD_0000001 to LEH-JD_0001895 will follow.

Thank you for your attention to this matter.

          Sincerely,

          R. Charles Dix, Esq.
          Counsel
          Lehman Brothers Holdings, Inc.

Encl.