# EXHIBIT C-18

# LEHMAN BROTHERS HOLDINGS INC.

June 9, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Dennis G. Harkavy
Attorney at Law
23901 Calabasas Rd., Ste. 2003
Calabasas, CA 91302
dgharkavy@yahoo.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Mai Financial Services, Inc.

Dear Mr. Harkavy:

    Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Mai Financial Services, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated June 9, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

    For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-MFS_0000001 to LEH-MFS_0001781 will follow.

    Thank you for your attention to this matter.

                                  Sincerely,

                                  Nicole Mi Young Kim
                                  ADR Counsel
                                  720-945-3217
                                  nicole.kim@lehmanholdings.com
                                  Lehman Brothers Holdings, Inc.

Encl.