# EXHIBIT C-19

# LEHMAN BROTHERS HOLDINGS INC.

February 22, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Ron Welbaum
Metropolitan Financial Mortgage Company
4445 West 77th Street, Suite 160
Edina, MN 55435

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Metropolitan Financial Mortgage Company

Dear Mr. Welbaum:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Metropolitan Financial Mortgage Company, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated February 22, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-MFM_0000001 to LEH-MFM_0002705 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.

Encl.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020