# EXHIBIT C-20

# LEHMAN BROTHERS HOLDINGS INC.

July 15, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

David S. Ruch
Nationwide Home Loans Inc.
6500 S. Quebec, Suite 105
Englewood, CO 80111
davidsruch@gmail.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Nationwide Home Loans Inc.

Dear Mr. Ruch:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Nationwide Home Loans, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated July 15, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-NWH_0000001 to LEH-NWH_0000668 will follow.

Thank you for your attention to this matter.

Sincerely,

"Nicole" Mi Young Kim, Esq.
Lehman Brothers Holdings, Inc.
720-945-3217
Nicole.kim@lehmanholdings.com

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**