# EXHIBIT C-21

# LEHMAN BROTHERS HOLDINGS INC.

February 10, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Glen R. Clausing
10900 NE 4th St. Suite 1430
Bellevue, WA 98004

RE: Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to NW Lending Inc.

Dear Glen R. Clausing:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to NW Lending Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated February 10, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-NWL_0000001 to LEH-NWL_0000789 will follow.

Thank you for your attention to this matter.

Sincerely,

R. Charles Dix, Esq.
Counsel
Lehman Brothers Holdings, Inc.