# EXHIBIT C-22

# LEHMAN BROTHERS HOLDINGS INC.

April 10, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Pacific First Financial Services, LP
7226 Sepulveda Blvd.
Van Nuys, CA 91405

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
               Dispute Resolution Notice to Pacific First Financial Services, LP

Dear Sir or Madam:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Pacific First Financial Services, LP, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated April 10, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-PACIFIC_0000001 to LEH-PACIFIC_0001724 will follow.

Thank you for your attention to this matter.

                              Sincerely,

                              R. Charles Dix, Esq.
                              Counsel
                              Lehman Brothers Holdings, Inc.

Encl.