# EXHIBIT C-24

# LEHMAN BROTHERS HOLDINGS INC.

March 14, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Premier Choice Mortgage, Inc.
16993 Parthenia St, Suite 211
North Hills, CA 91343

   RE: Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Premier Choice Mortgage Inc.

Dear Mr. Sir or Madam:

  Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Premier Choice Mortgage Inc, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated March 14, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

  For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-PCM_0000001 to LEH-PCM_0002193 will follow.

  Thank you for your attention to this matter.

Sincerely,

Nicole Mi Young Kim
Counsel
Lehman Brothers Holdings, Inc.
720-945-3217
Nicole.kim@lehmanholdings.com

Encl.