# EXHIBIT C-25

# LEHMAN BROTHERS HOLDINGS INC.

April 27, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Mr. Brian Bohan
Rancho Coastal Realty, Inc.
937 S. Coast Highway 101, Ste 209
Encinitas, CA 92024

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to Rancho Coastal Realty, Inc.

Dear Mr. Bohan:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Rancho Coastal Realty, Inc, pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated April 27, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-RCR_0000001 to LEH-RCR_0001582 will follow.

Thank you for your attention to this matter.

Sincerely,

Nicole Mi Young Kim, Esq.
Lehman Brothers Holdings, Inc.
720-945-3217
Nicole.kim@lehmanholdings.com

Encl.