# EXHIBIT C-26

# LEHMAN BROTHERS HOLDINGS INC.

August 1, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Dana Cox
The Carolina's First Mortgage, Inc.
3710 Old Lassiter Mill Rd.
Raleigh, NC 27609
FDanafirst@aol.com

      RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
              Dispute Resolution Notice to The Carolina's First Mortgage, Inc.

Dear Dana Cox:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to The Carolina's First Mortgage, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated August 1, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-TCF_0000001 to LEH-TCF_0000589 will follow.

Thank you for your attention to this matter.

                       Sincerely,

                       Nicole Mi Young Kim
                       ADR Counsel
                       Lehman Brothers Holdings, Inc.
                       (720) 945-3217
                       nicole.kim@lehmanholdings.com

Encl.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**