# EXHIBIT C-27

# LEHMAN BROTHERS HOLDINGS INC.

November 18, 2015

*Via U.S. Mail – Overnight Express and Electronic Mail*

Denise Rodriguez
The Force, Inc.
7540 Lochness Drive
Miami Lakes, Florida 33014

        RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
                Dispute Resolution Notice to The Force, Inc.

Dear Ms. Rodriguez:

      Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to The Force, Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated November 18, 2015
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

      For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-TFI_0000001 to LEH-TFI_0001982 will follow.

      Thank you for your attention to this matter.

                                  Sincerely,

                                  "Nicole" Mi Young Kim
                                  Counsel
                                  Lehman Brothers Holdings, Inc.

Encl.