# EXHIBIT C-28

# LEHMAN BROTHERS HOLDINGS INC.

July 8, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

Lin (Charlene) Chien
Trustworthy Mortgage Corp.
1964 Gallows Rd., Ste. 350
Vienna, VA 22182
linn@trustworthyloan.com

RE:    Lehman Brothers Holdings Inc. Indemnification Alternative
Dispute Resolution Notice to Trustworthy Mortgage Corp.

Dear Ms. Chien:

Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to Trustworthy Mortgage Corp., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014.   The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated July 8, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower.   Instructions for accessing and downloading the documents LEH-TMC_0000001 to LEH-TMC_0000785 will follow.

Thank you for your attention to this matter.

Sincerely,

Nicole Mi Young Kim
ADR Counsel
720-945-3217
nicole.kim@lehmanholdings.com
Lehman Brothers Holdings, Inc.

Encl.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**