# EXHIBIT C-29

# LEHMAN BROTHERS HOLDINGS INC.

January 7, 2016

*Via U.S. Mail – Overnight Express and Electronic Mail*

USA Lending Inc.
132 SW 9th Street
Miami, FL 33130

    RE:    Lehman Brothers Holdings Inc. Indemnification Alternative Dispute Resolution Notice to USA Lending Inc.

Dear Sir or Madam,

    Enclosed please find Lehman Brothers Holdings Inc.'s ("LBHI") Indemnification Alternative Dispute Resolution Notice to USA Lending Inc., pursuant to the *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* (the "Order"), dated June 24, 2014. The enclosed Indemnification ADR Package includes the following:

- Indemnification ADR Notice dated January 7, 2016
- Attachment A—Loan Information
- Attachment B—June 24, 2014 Order
- Attachment C—Evidence Preservation Notice

    For your convenience, we have also enclosed a Document Index that identifies the document Bates range associated with each Borrower. Instructions for accessing and downloading the documents LEH-USAL_0000001 to LEH-USAL_0000913 will follow.

    Thank you for your attention to this matter.

    Sincerely,

    R. Charles Dix, Esq.
    Counsel
    Lehman Brothers Holdings, Inc.