# EXHIBIT C-30

March 30, 2016

VIA FEDEX AND EMAIL

Mark Luciani
America One Mortgage Corporation
1991 Village Park Way, Suite 205
Encinitas, CA 92024

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to America One Mortgage Corporation*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated February 26, 2016 (the "ADR Notice"), is enclosed herewith.