# EXHIBIT C-31

December 17, 2015

VIA UPS AND EMAIL

Steve Beiler
Arizona Wholesale Mortgage Inc.
3813 E. Tracker Trail
Phoenix, AZ 85050

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Arizona Wholesale Mortgage Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.