# EXHIBIT C-32

# LEHMAN BROTHERS HOLDINGS INC.

October 9, 2015

<u>VIA UPS</u>

Aurora Mortgage, LLC
8150 Leesburg Pike, Ste. 410
Vienna, VA 22182



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated September 16, 2015 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**