# EXHIBIT C-33

# LEHMAN BROTHERS HOLDINGS INC.

September 28, 2016

VIA UPS

Howard Vernick
Advantum Mortgage Network, Inc. as successor to Bancplus Home Mortgage Center Inc.
8320 W. Sunrise Blvd., Ste. 104
Plantation, FL 33322

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Bancplus Home Mortgage Center Inc.*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated August 23, 2016 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**