# EXHIBIT C-34

June 21, 2016

<u>Via UPS and Email</u>

Albert Cobo
Bankers Choice Mortgage Corp
10651 N. Kendall Dr., Ste. 200
Miami, FL 33176
acobo@bankerschoice.com

    Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to <u>Bankers Choice Mortgage Corp</u>*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated May 11, 2016 (the "ADR Notice"), is enclosed herewith.