# EXHIBIT C-35

# LEHMAN BROTHERS HOLDINGS INC.

September 29, 2015

VIA UPS AND EMAIL

Charles M. Farano, Esq.
243A Lakeview Avenue
Placentia, California 92870

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to California Home Investments, Inc.*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020