# EXHIBIT C-36

March 8, 2016

Via UPS and Email

Dan Dougherty
Colonial 1st Mortgage, Inc.
11551 Nuckols Rd.
Glen Allen, VA 23059
ddougherty@colonial1mtg.com

Re:   *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Colonial 1st Mortgage Inc.*

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.