# EXHIBIT C-37

January 21, 2016

<u>Via UPS and Email</u>

Bill Lamphier
Community Mortgage Solutions, Inc.
1030 Palm Coast Parkway NW, Ste. 3
Palm Coast, FL 32137

Re:   *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution <u>Notice
to Community Mortgage Solutions, Inc</u>*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.