# EXHIBIT C-39

March 8, 2016

Via UPS and Email

Sharon Ye
Family Mortgage, Inc.
4990 S. Rainbow Blvd, Suite 100
Las Vegas, NV 89118
sharonye@familymortgageusa.com

Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution
Notice to Family Mortgage Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.