# EXHIBIT C-40

December 23, 2015

<u>VIA UPS AND EMAIL</u>

David L. Johnson
First American Financial Mortgage Corp.
3469 Lawrenceville Hwy. Ste. 205
Tucker, GA 30084
*djohnson@fafmc.com*

Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution
       Notice to First American Financial Mortgage Corp.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.