# EXHIBIT C-41

July 25, 2016

<u>Via UPS and Email</u>

Dinko Grancaric
First Empire Funding Corp.
10816 72nd Ave., #3
Forest Hills, NY 11375
dgrancaric@hotmail.com

    Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to First Empire Funding Corp.*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated June 1, 2016 (the "ADR Notice"), is enclosed herewith.