# EXHIBIT C-42

# LEHMAN BROTHERS HOLDINGS INC.

February 9, 2016

VIA UPS AND EMAIL

Frank Culver
F.T. Financial Inc.
9420 E. Doubletree Ranch Rd. Suite C-110
Scottsdale, AZ 85258

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to F.T. Financial Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**