# EXHIBIT C-43

# LEHMAN BROTHERS HOLDINGS INC.

September 7, 2016

<u>VIA UPS AND EMAIL</u>

Sean Young
Generation Mortgage Associates LLC
6400 Seminole Blvd., Ste. 2
Seminole, FL 33772
syoung@generationloans.com

Re:   *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Generation Mortgage Associates LLC*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated July 8, 2016 (the "ADR Notice"), is enclosed herewith.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020