# EXHIBIT C-44

July 25, 2016

VIA UPS AND EMAIL

Carl Noriega
Great American Capital Corporation
2690 Weston Rd., #200
Weston, FL 33331
carl@great-american.net; carl@sourceonemortgage.com

> Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Great American Capital Corporation.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated June 7, 2016 (the "ADR Notice"), is enclosed herewith.