# EXHIBIT C-46

October 9, 2015

VIA UPS AND EMAIL

Joseph DiFalco
JD Financial Group Inc
1850 South Ocean Drive, Ste. 1708
Hallandale Beach, FL 33009

    Re:   *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to JD Financial Group Inc*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.

Enclosures

CONFIDENTIAL