# EXHIBIT C-47

July 25, 2016

<u>Via UPS and Email</u>

Dennis G. Harkavy
Attorney at Law
23901 Calabasas Rd., Ste. 2003
Calabasas, CA 91302
dgharkavy@yahoo.com

    Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to <u>Mai Financial Services, Inc.</u>*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated June 9, 2016 (the "ADR Notice"), is enclosed herewith.