# EXHIBIT C-48

March 21, 2016

<u>Via UPS and Email</u>

Ron Welbaum
Metropolitan Financial Mortgage Company
445 West 77th Street, Suite 160
Edina, MN 55435
ron@metrofmc.com

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Metropolitan Financial Mortgage Company*

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.