# EXHIBIT C-49

# LEHMAN BROTHERS HOLDINGS INC.

August 22, 2016

<u>VIA UPS AND EMAIL</u>

David S. Ruch
Nationwide Home Loans Inc.
6500 S. Quebec, Suite 105
Englewood, CO 80111
davidsruch@gmail.com

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Nationwide Home Loans, Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**

LEHMAN BROTHERS HOLDINGS INC.

LEHMAN BROTHERS HOLDINGS INC.
1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020