# EXHIBIT C-50

April 18, 2016

VIA UPS AND EMAIL

Glen R. Clausing
10900 NE 4th St. Suite 1430
Bellevue, WA 98004
glenclausing@comcast.net

Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to NW Lending Inc.*

Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated February 10, 2016 (the "ADR Notice"), is enclosed herewith.