# EXHIBIT C-51

May 11, 2015

V<small>IA</small> F<small>ED</small>E<small>X</small> <small>AND</small> E<small>MAIL</small>

Pacific First Financial Services, LP
7226 Sepulveda Blvd.
Van Nuys, CA 91405

      Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution*
           *Notice to Pacific First Financial Services, LP*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.