# EXHIBIT C-52

April 19, 2016

VIA FEDEX AND EMAIL

Joshua A. Rosenthal
Medlin & Hargrave, PC
3562 Round Barn Circle Suite 212
Santa Rosa, CA 95403
jrosenthal@mhlawcorp.com

Re:  *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Parkside Lending LLC.*

Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated March 21, 2016 (the "ADR Notice"), is enclosed herewith.