# EXHIBIT C-53

April 14, 2016

<u>Via UPS and Email</u>

Premier Choice Mortgage, Inc.
16993 Parthenia St, Suite 211
North Hills, CA 91343

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Premier Choice Mortgage Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.



Enclosures

CONFIDENTIAL