# EXHIBIT C-54

# LEHMAN BROTHERS HOLDINGS INC.

May 31, 2016

<u>VIA UPS AND EMAIL</u>

Mr. Brian Bohan
Rancho Coastal Realty, Inc.
937 S. Coast Highway 101, Ste 209
Encinitas, CA 92024

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to Rancho Coastal Realty, Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated April 27, 2016 (the "ADR Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**

**LEHMAN BROTHERS HOLDINGS INC.**



Enclosures