# EXHIBIT C-55

September 8, 2016

Vᴵᴬ UPS ᴀɴᴅ Eᴍᴀɪʟ
Dana Cox
The Carolina's First Mortgage, Inc.
3710 Old Lassiter Mill Rd.
Raleigh, NC 27609
FDanafirst@aol.com

Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution*
       *Notice to The Carolina's First Mortgage, Inc.*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated August 1, 2016 (the "ADR Notice"), is enclosed herewith.