# EXHIBIT C-56

December 17, 2015

VIA UPS AND EMAIL

Ivette Eresary
The Force, Inc.
7540 Lochness Drive
Miami Lakes, Florida 33014

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to The Force, Inc.*



---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.