# EXHIBIT C-57

# LEHMAN BROTHERS HOLDINGS INC.

September 7, 2016

<u>VIA UPS AND EMAIL</u>

Lin (Charlene) Chien
Trustworthy Mortgage Corp.
1964 Gallows Rd., Ste. 350
Vienna, VA 22182
linn@trustworthyloan.com

Re:    *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute
Resolution Notice to Trustworthy Mortgage Corp.*



Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.
[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated July 8, 2016 (the "ADR
Notice"), is enclosed herewith.

**LEHMAN BROTHERS HOLDINGS INC.**
**1271 SIXTH AVENUE, NEW YORK, NEW YORK 10020**