# EXHIBIT C-58

February 9, 2016

VIA UPS AND EMAIL

USA Lending Inc.
132 SW 9th Street
Miami, FL 33130

Re: *Lehman Brothers Holdings Inc.'s Indemnification Alternative Dispute Resolution Notice to USA Lending Inc.*

Enclosures

---

[1] Terms not defined herein shall have the meaning ascribed to them in the ADR Order.

[2] A copy of the LBHI's Indemnification Alternative Dispute Resolution Notice, dated January 23, 2015 (the "ADR Notice"), is enclosed herewith.