# EXHIBIT D

**EXHIBIT D**

| Noncompliant Seller | Latest Contact Information for Noncompliant Seller | Mediator Selected for this ADR Pursuant to the ADR Order's Procedures | Date on Which Noncompliant Seller Was Initially Directed to Proceed to the Mediation Stage | Latest Communication Received from Noncompliant Seller & the Current Status of the Noncompliant Seller's Mediation |
|---|---|---|---|---|
| American Pacific Mortgage Corporation | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq.<br>(jrosenthal@mhlawcorp.com) | Marc Hirschfield | June 22, 2015 | On or about August 17, 2016, the Noncompliant Seller's counsel communicated its refusal to attend or schedule mediation and since then has not responded to repeated requests from the mediator. |
| Atlantic Trust Mortgage Corp. | 2950 Halcyon Lane, Suite 704 Jacksonville, FL 32223<br>Attn: Scott Goldstein<br>scott@atmfl.com<br>sgoldstein@atlantictrustmortgage.com | Tracy Klestadt | June 22, 2015 | On or about July 27, 2016, Scott Goldstein, President and Owner of the Noncompliant Seller, communicated its refusal to attend or schedule a mediation. |
| Comstock Mortgage | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq.<br>(jrosenthal@mhlawcorp.com) | Marc Hirschfield | June 19, 2016 | On or about September 6, 2016, the Noncompliant Seller's counsel communicated its refusal to attend mediation scheduled for September 23, 2016 absent a Court Order compelling it to do so. |
| Home Lenders of Georgia, LLC | C/o Cohan Law Group<br>3340 Peachtree Road, Suite 2570<br>Atlanta, GA 30326<br>Attn: Louis R. Cohan, Esq.<br>(lcohan@cohanlawgroup.com) | Joseph Moldovan | December 18, 2015 | The Noncompliant Seller's counsel said it would participate in mediation but since May 17, 2016 it has refused to do so despite repeated requests by LBHI and a telephonic conference with before the Court. |
| K & B Capital Corp. | C/o Choice Mortgage Bank<br>40 SE Fifth St., Suite #502<br>Boca Raton, FL 33432<br>Attn: Michael Kodsi<br>(rfried@choicemortgagebankinc.com)<br>(choicemtgbank@aol.com) | Tracy Klestadt | October 6, 2015 | Despite repeated requests by LBHI and the mediator for the Noncompliant Seller to schedule and attend mediation, the Noncompliant Seller has not responded since October 2015. |
| Mortgage Experts | 2647 Pleasant Hill Road<br>Pleasant Hill, CA 94523<br>Attn: Stephen R. Williams<br>(steve.williams@dvpca.com) | Marc Hirschfield | May 11, 2015 | The Noncompliant Seller said it would eventually schedule a mediation but has repeatedly refused to do so despite repeated requests by LBHI and the mediator. |
| Sacramento 1st Mortgage, Inc. | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq.<br>(jrosenthal@mhlawcorp.com) | Marc Hirschfield | June 9, 2016 | On or about September 6, 2016, the Noncompliant Seller's counsel communicated its refusal to attend mediation scheduled for September 23, 2016 absent a Court Order compelling it to do so. |