**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | **Case No. 08-13555 (SCC)** |
| Debtors. |  |

**ORDER GRANTING LEHMAN BROTHERS HOLDINGS INC.'S MOTION FOR ENTRY OF AN OMNIBUS ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE LOAN SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND (II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER**

Upon the motion dated November 16, 2016 (the "Motion")[1] filed in the above-captioned jointly administered Chapter 11 Cases by Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors*, confirmed by Confirmation Order entered December 6, 2011 [ECF No. 23023], for the Debtors in the Chapter 11 Cases, seeking entry of an omnibus order (i) to enforce against Noncompliant Sellers, and to compel them to comply with, the June 24, 2014 *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers* entered July 18, 2014 [ECF No. 45277] (the "ADR Order") in the Chapter 11 Cases, and (ii) for civil contempt sanctions against such Noncompliant Sellers for their violation of the ADR Order, as set forth in the Motion and in the Declaration filed therewith; and, the Court having jurisdiction to consider the Motion and the relief it requests; and due and proper

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

1

notice of the Motion having been provided in accordance with the ADR Order and the Court's amended Order entered June 17, 2010 [ECF No. 9635]; and the Court having found and determined that the relief sought in the Motion is in the best interests of LBHI, its creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that each Noncompliant Seller identified in "Schedule A" and "Schedule B" annexed hereto is found in contempt of and is sanctioned for violating this Court's ADR Order and each is directed to reimburse LBHI for costs and expenses incurred in preparing and prosecuting the Motion in an amount to be approved and allocated by the Court as set forth herein, *provided that* any Noncompliant Seller that fully and timely complies with this Order by serving any overdue Response to an Indemnification ADR Notice and fully participating in mediation of its ADR Dispute as set forth herein, will be relieved and expunged of the sanctions entered herein; and it is further

ORDERED that each Noncompliant Seller identified in the schedule annexed hereto as "Schedule A" shall immediately comply with the ADR Order, and all ADR Procedures, and shall serve upon LBHI a Response to the Indemnification ADR Notice served upon that Noncompliant Seller within five (5) days of service of this Order by LBHI; and it is further

ORDERED that each Noncompliant Seller identified in the schedules annexed hereto as "Schedule A" and "Schedule B" shall immediately comply with the ADR Order, and all applicable ADR Procedures therein, shall immediately proceed to the Mediation Stage (as defined in the ADR Order) and shall attend and fully participate in mediation of its ADR Dispute on one of the dates scheduled by the assigned mediator after entry of this Order; and it is further

ORDERED that to the extent any Noncompliant Sellers identified in "Schedule A" and "Schedule B" hereto fail to fully and timely comply with this Order after service of it, such Noncompliant Sellers shall reimburse LBHI for their pro rata share of the costs and expenses, including reasonable attorneys' fees incurred by LBHI in making the Motion, as well as any subsequent motion practice resulting from such Noncompliant Sellers' further non-compliance, and LBHI shall serve upon them and shall submit to this Court to approve LBHI's request for such reimbursement, and each Noncompliant Seller shall have fifteen (15) days to respond to LBHI's foregoing submission, and LBHI shall have seven (7) days to reply to each response; and it is further

ORDERED that, in addition to the foregoing, to the extent any Noncompliant Seller identified in "Schedule A" and "Schedule B" hereto fails to fully and timely comply with this Order after the Order's service, such Noncompliant Seller shall be subjected sanctions in the amount of $[____] per day until that Noncompliant Seller fully complies; and it is further

ORDERED that the ADR Order shall remain in full force and effect; and it is further

ORDERED that notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Dated: New York, New York
        _____, 2016

                                          _____
                                          UNITED STATES BANKRUPTCY JUDGE

## Schedule A

| Noncompliant Seller | Service Address for ADR Order & Indemnification ADR Notice Documents | Service Address for Warning Letter (if Different from Service Address Used for ADR Order & Indemnification ADR Notice) |
|---|---|---|
| America One Mortgage Corporation | 1991 Village Park Way<br>Suite 205<br>Encinitas, CA 92024 | |
| Arizona Wholesale Mortgage Inc. | 3813 E. Tracker Trail<br>Phoenix, AZ 85050<br>Steve_b85032@yahoo.com | |
| Aurora Mortgage, LLC | 8150 Leesburg Pike<br>Ste. 410<br>Vienna, VA 22182<br>rbodine@aurorafs.com | |
| Bancplus Home Mortgage Center Inc., and Andavtum Mortgage Network, as successor to BancPlus Home Mortgage Center Inc. | Bancplus Home Mortgage Center Inc., Andavtum Mortgage Network, as successor to BancPlus Home Mortgage Center Inc.<br>8320 W. Sunrise Blvd.,<br>Suite 104<br>Plantation, FL 33322 | |
| Bankers Choice Mortgage Corp. | 10651 N. Kendall Dr.<br>Suite 200<br>Miami, FL 33176<br>acobo@bankerschoice.com | |
| California Home Investments, Inc. | 243A Lakeview Avenue<br>Placentia, CA 92870<br>smoore@faranolaw.com | |
| Colonial 1st Mortgage, Inc. | 11551 Nuckols Rd.<br>Glen Allen, VA 23059<br>ddougherty@colonial1mtg.com | |
| Community Mortgage Solutions, Inc. | 1030 Palm Coast Parkway NW, Ste. 3<br>Palm Coast, FL 32137<br>blair@communitymortgagesolutions.com | |

| | | |
|---|---|---|
| Cornerstone Mortgage, Inc. | 17280 N. Outer 40 Rd, Suite 100<br><br>Chesterfield, MO 63005<br><br>Attn: Pat Andre<br>pandre@cornerstonemortgage.com | Medlin & Hargrave, PC<br>3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>jrosenthal@mhlawcorp.com |
| Family Mortgage, Inc. | 4990 S. Rainbow Blvd.<br>Suite 100<br>Las Vegas, NV 89118<br>sharonye@familymortgageusa.com | |
| First American Financial Mortgage Corp. | 2171 Northlake Parkway<br>Ste. 120<br>Tucker, GA 30084<br>djohnson@fafmc.com | 3469 Lawrenceville Hwy. Ste. 205<br>Tucker, GA 30084<br>djohnson@fafmc.com |
| First Empire Funding Corp. | 10816 72nd Ave. #3<br>Forest Hills, NY 11375<br>dgrancaric@hotmail.com | |
| F.T. Financial Inc. | 9420 E. Doubletree Ranch Rd.<br>Suite C-110<br>Scottsdale, AZ 85258<br>Frank@FTFinancialinc.com | |
| Generation Mortgage Associates LLC | 6400 Seminole Blvd Suite 2<br>Seminole, FL 33772<br>syoung@generationloans.com | |
| Great American Capital Corporation | 2690 Weston Rd #200<br>Weston, FL 33331<br>carl@great-american.net<br>carl@sourceonemortgage.net | |
| Intermountain Mortgage Company, Inc. | 2029 Sidewinder Drive<br>Park City, UT 84060<br>rob@greatlender.com | |
| JD Financial Group Inc. | 1850 South Ocean Drive<br>Ste. 1708<br>Hallandale Beach, FL 33009<br>jd@jdfingroup.com | |
| Mai Financial Services Inc. | C/o Dennis G. Harkavy, Attorney at Law<br>23901 Calabasas Rd. Suite 2003<br>Calabasas, CA 91302<br>dgharkavy@yahoo.com | |
| Metropolitan Financial Mortgage Company | 4445 West 77th Street<br>Suite 160<br>Edina, MN 55435<br>Ron@metrofmc.com | |

| | | |
|---|---|---|
| Nationwide Home Loans Inc. | 6500 S. Quebec Suite 105<br>Englewood, CO 80111<br>davidsruch@gmail.com | |
| NW Lending Inc. | 10900 NE 4th St., Suite 1430<br>Bellevue, WA 98004<br><br>glenclausing@comcast.net | |
| Pacific First Financial Services, LP | 7226 Sepulveda Blvd.<br><br>Van Nuys, CA 91405 | |
| Parkside Lending, LLC | C/o Medlin & Hargrave, PC<br>3562 Round Barn Circle Suite 212<br>Santa Rosa, CA 95403<br>jrosenthal@mhlawcorp.com | |
| Premier Choice Mortgage Inc. | 16993 Parthenia St<br>Suite 211<br>North Hills, CA 91343 | |
| Rancho Coastal Realty, Inc. | 937 S. Coast Highway 101<br>Ste 209<br>Encinitas, CA 92024 | |
| The Carolina's First Mortgage, Inc. | 3710 Old Lassiter Mill Rd.<br>Raleigh, NC 27609<br>FDanaFirst@aol.com | |
| The Force, Inc. | 7540 Lochness Drive<br>Miami Lakes, FL 33014<br>Denise@theforcegroup.com | |
| Trustworthy Mortgage Corp. | 1964 Gallows Rd. Suite 350<br>Vienna, VA 22182<br>linn@trustworthyloan.com | |
| USA Lending Inc. | 132 SW 9th Street<br>Miami, FL 33130<br>zena@usalendinginc.com | |

**Schedule B**

| Noncompliant Seller | Latest Contact Information for Noncompliant Seller |
|---|---|
| American Pacific Mortgage Corporation | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq. (jrosenthal@mhlawcorp.com) |
| Atlantic Trust Mortgage Corp. | 2950 Halcyon Lane, Suite 704 Jacksonville, FL 32223<br>Attn: Scott Goldstein<br>scott@atmfl.com<br>sgoldstein@atlantictrustmortgage.com |
| Comstock Mortgage | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq. (jrosenthal@mhlawcorp.com) |
| Home Lenders of Georgia, LLC | C/o Cohan Law Group<br>3340 Peachtree Road, Suite 2570<br>Atlanta, GA 30326<br>Attn: Louis R. Cohan, Esq. (lcohan@cohanlawgroup.com) |
| K & B Capital Corp. | C/o Choice Mortgage Bank<br>40 SE Fifth St., Suite #502<br>Boca Raton, FL 33432<br>Attn: Michael Kodsi (rfried@choicemortgagebankinc.com) (choicemtgbank@aol.com) |
| Mortgage Experts | 2647 Pleasant Hill Road<br>Pleasant Hill, CA 94523<br>Attn: Stephen R. Williams<br>(steve.williams@dvpca.com) |
| Sacramento 1st Mortgage, Inc. | C/o Medlin & Hargrave, PC<br>Fountaingrove Executive Center, 3562 Round Barn Circle, Suite 212<br>Santa Rosa, CA 95403<br>Attn: Joshua A. Rosenthal, Esq. (jrosenthal@mhlawcorp.com) |