UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x
In re                                                                  :    Chapter 11 Case No.
                                                                       :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,   :    08-13555 (SCC)
                                                                       :
                                              Debtors.         :    (Jointly Administered)
------------------------------------------------------------------x

### SUPPLEMENTAL ORDER GRANTING FIVE HUNDRED TWELFTH OMNIBUS OBJECTION TO CLAIMS (VALUED DERIVATIVE CLAIMS)

Upon the five hundred twelfth omnibus objection to claims, dated November 13, 2015 (the "Five Hundred Twelfth Omnibus Objection to Claims"),[1] of Lehman Brothers Holdings Inc., as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and its Affiliated Debtors, pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007(d) of the Federal Rules of Bankruptcy Procedure, and this Court's order approving procedures for the filing of omnibus objections to proofs of claim [ECF No. 6664]; and due and proper notice of the Five Hundred Twelfth Omnibus Objection to Claims having been provided as stated therein, and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Five Hundred Twelfth Omnibus Objection to Claims is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Five Hundred Twelfth Omnibus Objection to Claims establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

---

[1] Capitalized terms used herein and not otherwise defined herein shall have the meanings ascribed to such terms in the Five Hundred Twelfth Omnibus Objection to Claims.

ORDERED that the relief requested in the Five Hundred Twelfth Omnibus Objection to Claims is granted to the extent provided herein; and it is further

ORDERED that the portions of the claims identified on <u>Exhibit 1</u> annexed hereto are hereby disallowed and expunged in their entirety; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: November 15, 2016
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE

## IN RE: LEHMAN BROTHERS HOLDINGS INC., ET AL., CASE NO: 08-13555 (SCC)
## OMNIBUS OBJECTION 512: EXHIBIT 1 - DISPUTED CLAIMS

| | NAME | CLAIM # | FILED DATE | DEBTOR NAME | | AMOUNTS UNSECURED | TOTAL |
|---|---|---|---|---|---|---|---|
| 1 | LEHMAN BROTHERS BANKHAUS AG I INS. | 27822 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| 2 | LEHMAN BROTHERS BANKHAUS AG I INS. | 27873 | 9/22/09 | Lehman Brothers Holdings Inc. | | | |
| | | | | | TOTAL ASSERTED AMOUNT | Undetermined | Undetermined* |
| | | | | | **CLAIM AS MODIFIED** | **None** | **$0.00** |
| | | | | | TOTAL ASSERTED AMOUNT | $0.00 | $0.00 |
| | | | | | **TOTAL CLAIM AS MODIFIED** | **$0.00** | **$0.00** |