**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Lehman Brothers Holdings Inc.    CASE NO.: 08–13555–scc

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
13–3216325

---

# NOTICE OF HEARING

Please take notice that a hearing is scheduled on November 29, 2016 at 11:00 a.m. in courtroom 623 on the following:

Doc #53939 Response to Lehman Brothers Holdings Inc.'s Second Objection to Certain RMBS Trust Claims and Motion to Disallow and Expunge Certain RMBS Trust Claims for Insufficient Documentation filed by Danielle P. Gordon

Thank you

Dated: November 16, 2016                              Vito Genna
                                                      Clerk of the Court