# Notice Recipients

District/Off: 0208−1       User: gwhite       Date Created: 11/16/2016
Case: 08−13555−scc       Form ID: 143       Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk        Danielle P. Gordon        3572 Lytle Road        Shaker Heights, OH 44122

TOTAL: 1