Binder Trust Limited
5th Floor
Beaux Lane House
Mercer Street Lower
Dublin 2



United States Bankruptcy Court
Southern District of New York
ATTN: Lehman Brothers Holdings Inc
One Bowling Green
New York, NY
10004-1408
United States of America

7th November 2016
Our Ref: G: Binder/Lehman/Letters/16rq06

Re:    Binder Trust Limited

Dear Sirs

Please find enclosed a Form 210 A transferring the claims owned by Binder Trust Limited to that of Padraig Slattery. I would be grateful if you could kindly arrange for registration of the enclosed documentation and confirm with me once this has been completed.

Should you have any queries in relation to the above please do not hesitate to contact me on 00 353 1 4700 220.

Yours sincerely

David McCormick
Director
Binder Trust Limited

Registered in Ireland:
Directors: David McCormick, Sarah Colfer, Maeve Walsh, John Burns and Ursula Moran
Company Secretary: David McCormick

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc., et al    ,                 Case No.  08-13555

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Padraig Slattery | Binder Trust Limited |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 4 Blackheath Grove, Clontarf, Dublin 3,
 D03 C6P6, Ireland

Court Claim # (if known): _____
Amount of Claim: $9,056,064.00
Date Claim Filed: 10/21/2009

Phone:  00 353 1 6342 518
Last Four Digits of Acct #:  0943

Phone:  00 353 1 4700 209
Last Four Digits of Acct. #:  0943

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _For and on behalf of Binder Trust LTD_ [signature]    Date:  11/7/16
    Transferee/Transferee's Agent

For and on behalf of
BINDER TRUST LIMITED

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.