FILED / RECEIVED

NOV 0 4 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>    Case <u>No. 08-13555 (JMP)</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Compagnie Bancaire Helvétique - CBH
Name of Transferee

CREDIT SUISSE AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Compagnie Bancaire Helvétique - CBH
Boulevard Emile-Jacques Dalcroze 7,
1204 Geneva

Court Claim # (if known): 55829
Date Claim Filed: 29th October 2009
Amount of Claim: 55
Portion of Claim Transferred (see Schedule I): see attached evidence of claim.

Phone: 0041 22 839 74 75
Last Four Digits of Acct #: n/a

Phone: _____
Last Four Digits of Acct. #: n/a

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____  Date: 3rd November 2016
    Transferee/Transferee's Agent
    A. Poncini

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

CBH Compagnie Bancaire Helvétique SA
Bd Jaques-Dalcroze 7
Case postale 3754
1211 GENEVE 3

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **CBH Compagnie Bancaire Helvétique SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 1, 2016.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Claudio Sieber
Title: AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| ANN5214R2547 | 55829 | October 29, 2009 | Lehman Brothers Securities NV | Units 55 |

Compagnie Bancaire Helvétique SA
7 Boulevard Emile Jacques Dalcroze
CP 3754
1204 Geneva
Switzerland

Epiq Bankruptcy Solutions, LLC
Attn: lehman brothers Holdings Inc, Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Geneva 03rd November 2016

Object: Transfer Claim

Dear Sir, Madam,

Please find attached one order to transfer Claims held currently with Credit Suisse AG, in Switzerland:

Claim 55829        amount of claim: $ 55        Date of claim: 29th October 2009        ISIN ANN5214R2547

Please transfer them to Compagnie Bancaire Helvétique -- CBH- , Geneva, Switzerland.

Please acknowledge the receipt of this letter and confirm that documents are in order for transfer.
Do not hesitate to contact us if you need any other information or documents at corporateactions@cbhbank.com

Best regards

Christine Planchamp
Back office Officer

