FILED / RECEIVED

NOV 0 9 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings Inc          ,          Case No.  08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| UNION BANCAIRE PRIVEE, UBP SA | RBS Coutts Bank AG, Switzerland |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): list attached
Amount of Claim: _____
Date Claim Filed:    10/23/2009

Phone: _____
Last Four Digits of Acct #: _____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____       Date: 08/11/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Riad SULTAN
Associate

Jean-Baptiste ERATH
Director

# EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **RBS Coutts Bank AG, Switzerland** ("Transferor") unconditionally and irrevocably transferred to **Union Bancaire Privée, UBP SA, Genève, Switzerland** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim Nos. 55813.32 and 559233.49**) relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to the Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED on 19 September 2016

RBS Coutts Bank AG

By: _____  
Name: Joachim Knoche  
Title: Associate

By: _____  
Name: Hans-Peter Schmid  
Title: Director

## SCHEDULE I

Lehman Programs Securities related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0325369725 | 55813.32 | October 23, 2009 | Lehman Brothers Treasury BV | USD   50'000.00 |
| XS0320322901 | 559233.49 | October 23, 2009 | Lehman Brothers Treasury BV | CHF   100'000.00 |


08-13555-mg    Doc 53956    Filed 11/09/16    Entered 11/17/16 15:09:58    Main Document
Pg 4 of 4

**Extremely Urgent**

www.ups.com

- The UPS EXPRESS ENVELOPE is to be used for document shipments only.
- Der UPS EXPRESS ENVELOPE ist nur für den Versand von Dokumenten bestimmt.
- La UPS EXPRESS ENVELOPE va usata unicamente per spedire ducumenti.
- El uso del UPS EXPRESS ENVELOPE está exclusivamente destinado para el envío de documentos.

Place UPS shipping documentation here.
Bitte bringen Sie die UPS Versanddokume
La documentazione di spedizione UPS va i
Adhiera la documentación de envío aquí.
Veuillez placer les documents d'expédition
Dokumentację wysyłkową UPS umieść tut

+41228102200
UBP
RUE DU RHONE 96 98
1204 GENeVE
SWITZERLAND

ENV    1 OF 1
SHP# 8A60 40FV NRP
DATE: 8 NOV 2016

SHIP TO:
LEHMAN BROTHERS HOLDINGS CLAIMS
(164) 628-2250 0
EPIQ BANKRUPTCY SOLUTIONS, LLC
777 THIRD AVENUE, 12TH FLOOR
NEW YORK  NY 10017-1302
UNITED STATES



NY 100 9-44

UPS SAVER    1P
TRACKING #: 1Z 8A6 040 04 4035 5286

BILLING: P/P
DESC: DOCUMENTS
EDI-DOC

N° de facture: 4805





Document de secours - Veuillez le placer sur le cols
TR# 1Z 8A6 040 04 4035 5286    SHP# 8A60 40FV NRP

FILED / RECEIVED
NOV 0 9 2016
EPIQ SYSTEMS

Shipper's Signature

01872118  05/14  IP  United Parcel Se