**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
                                                    :
In re:                                              :        **Chapter 11 Case No.**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC., et al.,**          :        **08-13555 (SCC)**
                                                    :
                                    Debtors.        :        **(Jointly Administered)**
                                                    :
                                                    :        **Ref. Docket No. 53935**
------------------------------------------------------------------------x

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1.  I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 11, 2016, I caused to be served the "Notice of Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims," dated November 11, 2016, to which was attached the "Motion of Lehman Brothers Holdings Inc. for Extension of the Period to File Objections to and Requests to Estimate Claims," dated November 11, 2016 [Docket No. 53935], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u>,

    b.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>, and

    c.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend:
    "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF
    ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
Sworn to before me this                            Forrest Kuffer
15th day of October, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

OFFICE OF THE US TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: WILLIAM K. HARRINGTON, ESQ.,
SUSAN D. GOLDEN, ESQ.
ANDREA B. SCHWARTZ, ESQ.
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JOSEPH T. NADKARNI, CFA
SENIOR BANKRUPTCY ANALYST
201 VARICK STREET – SUITE 1006
NEW YORK, NEW YORK 10014


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
ATTN: DISTRICT DIRECTOR
290 BROADWAY
NEW YORK, NY 10007


CONTINENTAL AIRLINES, INC.
ATTN: JEFF WITTIG
1600 SMITH
DEPT. HQ56G
HOUSTON, TX 77019

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 99 › ONLY STORES | BRUCE CAMERON, VP FINANCE AND TREASURY 4000 UNION PACIFIC AVENUE CITY OF COMMERCE CA 90023 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | CARLOS ALVAREZ LATHAM & WATKINS 885 THIRD AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| ACTS RETIREMENT-LIFE COMMUNITIES, INC | ATTN: GERALD GRANT, EXECUTIVE VICE PRESIDENT & CFO 375 MORRIS ROAD, PO BOX 90 WEST POINT PA 19486-0090 |
| AD HOC COMMITTEE OF LBREP III LIMITED PARTNERS, ON | PARTICIPATING PARTNERS 425 CALIFORNIA STREET – 25TH FLOOR SAN FRANCISCO CA 94104 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | ATTN: OFFICE OF GENERAL COUNSEL PO BOX 309GT UGLAND HOUSE SOUTH CHURCH STREET GEORGETOWN GRAND CAYMAN CAYMAN ISLANDS |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | AIG FINANCIAL PRODUCTS CORP ATTN: CHIEF FINANCIAL OFFICER WITH COPY TO GENERAL COUNSEL 50 DANBURY ROAD WILTON CT 06897 |
| AIG-FP STRUCTURED FINANCE (CAYMAN) LIMITED | DAVID LEMAY, ESQ. & CHRISTY RIVERA, ESQ. CHADBOURNE & PARKE LLP 30 ROCKEFELLER PLAZA NEW YORK NY 10112 |
| AKERS, JOHN F. | ONE STURGES HIGHWAY WESTPORT CT 06880 |
| AKERS, JOHN F. | DECHERT LLP ATTN: ANDREW J. LEVANDER 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: LYXOR ASSET MANAGEMENT S.A., ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: CHILTON NEW ERA PARTNER, L.P ATTN: ISOBELLE WHITE C/O ATTESTOR CAPITAL LLP 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: FIRSTRAND BANK LIMITED C/O ATTESTOR CAPITAL LLP ATTN: ISOBELLE WHITE 20 BALDERTON STREET LONDON W1K 6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BRED BANQUE POPULAIRE C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K 7PY UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O ATTESTOR CAPITOL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K-6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: BARCLAYS BANK PLC C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON W1K-6TL UNITED KINGDOM |
| ATTESTOR VALUE MASTER FUND LP | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ATTESTOR CAPITAL LLP ATTN: ANKE HEYDENREICH 20 BALDERTON STREET LONDON WIK 6TL UNITED KINGDOM |
| BANK JULIUS BAER & CO. AG | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: CREDIT SUISSE ATTN: PATRIK ROOS BAHNOFSTRASSE 36 ZURICH CH-8010 SWITZERLAND |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: LAURA MOLENKAMP & NICHOLAS OGDEN 50 AVENUE J.F. KENNEDY LUXEMBOURG L-2951 LUXEMBOURG |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | MAYER BROWN LLP ATTN: HOWARD S. BELTZER, ESQ. 1675 BROADWAY NEW YORK NY 10019 |
| BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG S | ATTN: RICHARD M. SKOLLER AMY KIRSCHNER, MATTHEW MULLIGAN 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| BIRKS PLACE, L.L.C. | TRANSFEROR: TIKEHAU CAPITAL ADVISORS SAS C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| BIRKS PLACE, L.L.C. | TRANSFEROR: TIKEHAU CAPITAL PARTNERS SAS C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | ATTN: MR. GORDON E. C. BURROWS VIA ELEONORA DUSE 53 ROME 00197 ITALY |

| Claim Name | Address Information |
|---|---|
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON & GEROGE B. SOUTH III 1185 AVENUE FO THE AMERICAS NEW YORK NY 10036 |
| C.P.G. SOCIETA DI CARTOLARIZZAZIONE A. R. L. | KING & SPALDING LLP ATTN: JEFFREY LIVINGSTON, GEORGE B. SOUTH III 1185 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: SMOLANSKY FUND LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: CANYON VALUE REALIZATION MAC 18 LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: WATERSTONE MARKET NEUTRAL MAC 51 LIMITED C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: ROTHORN FUND LIMITED (FORMERLY MAN MAC ROTHORN 6A LIMITED) C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEPFA BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: DEUTSCHE PFANDBRIEFBANK AG C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I G.V.F. LUX MASTER S.A.R.L.. UK | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: EAC PARTNERS MASTER FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN C.P.F. PARTNERS LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BRAHMAN INVESTMENTS I (SPV), LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CBARB, A SEGREGATED ACCOUNT OF GEODE CAPITAL MASTER C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER CONVERTIBLE BONDS AND DERIVATIVES FUND LTD C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER FIXED INCOME RELATIVE VALUE FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER EMERGING MARKETS CREDIT FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLACK RIVER GLOBAL EQUITY FUND LTD. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BLUE MOUNTAIN EQUITY ALTERNATIVES MASTER FUND LP C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: AHORRO CORPORACION FINANCIERA S.V. S.A. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: BANCO POPULAR ESPANOL S.A. C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS DIRECTIONAL OPPORTUNITIES MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS CAPITAL STRUCTURE ARBITRAGE MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ABS MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: CQS ASIA MASTER FUND LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: COAST FUND L.P., THE C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| C.V.I. G.V.F. (LUX) MASTER S.A.R.L. | TRANSFEROR: INSTITUTIONAL BENCHMARKS SERIES (MASTER FEEDER) LIMITED C/O CARVAL INVESTORS UK LIMITED ATTN: DAVID SHORT/MATT SHIPTON 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CHESAPEAKE PARTNERS LIMITED PARTNERSHIP | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CHESAPEAKE PARTNERS MASTER FUND, LTD. | C/O CP MANAGEMENT LLC 2800 QUARRY LAKE DRIVE, SUITE 300 ATTENTION: AARON LEVINOFF BALTIMORE MD 21209 |
| CITI SWAPCO INC | ATTN: EDWARD G TURAN 388 GREENWICH STREET, 17TH FLOOR NEW YORK NY 10013-2375 |
| CITI SWAPCO INC | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK AS TEFKEN TOWER, ESKI BUYUKDERE CADDESI | 209 KAT 2 B 34394 LEVENT ATTN: STEVE BIDESHI ISTANBUL TURKEY |
| CITIBANK AS TEFKEN TOWER, ESKI BUYUKDERE CADDESI | ESKI BUYUKDERE CAD NO. 209 TEFKEN TOWER LEVENT, SISLI ISTANBUL TURKEY |
| CITIBANK AS TEFKEN TOWER, ESKI BUYUKDERE CADDESI | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK CANADA | ATTN: CHARLES ALEXANDER 123 FRONT STREET WEST TORONTO ON M5J 2M3 CANADA |
| CITIBANK CANADA | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK EUROPE PLC, HUNGARY BRANCH | ATTN: BATARA SIANTURI CITIBANK TOWER BANK CENTER, 7 SZABADSAGTER BUDAPEST 1051 HUNGARY |
| CITIBANK EUROPE PLC, HUNGARY BRANCH | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS ATTN: DOUGLAS R. DAVIS NEW YORK NY 10019-6064 |
| CITIBANK JAPAN LTD. | SHIN-MARUNOUCHI BUILDING 5-1 MARUNOUCHI 1-CHOME CHIYODA-KU, TOKYO 100-6520 JAPAN |
| CITIBANK JAPAN LTD. | ATTN: YOSHITO HIRATA CITIGROUP CENTER, 3-14, HIGASHI-SHINAGAWA 2-CHOME, SHINAGAWA-KU TOKYO 140-8639 JAPAN |
| CITIBANK JAPAN LTD. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK KOREA INC. | ATTN: YOUNG-SUN KIM CITIBANK BUILDING, 39, DA-DONG, CHUNG-KU SEOUL 100-180 SOUTH KOREA |
| CITIBANK KOREA INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | TRANSFEROR: CITIBANK KOREA INC. ATTN: NIGEL KEMP CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIBANK, N.A. | ATTN: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |

| Claim Name | Address Information |
|---|---|
| CITIBANK, N.A. | IRVING APAR, ESQ. THOMPSON HINE LLP 335 MADISON AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIBANK, N.A. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A. | PAUL, WIESS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIBANK, N.A., IN ITS CAPACITY AS TRUSTEE | ATTN: JENNIFER DORAN HINCKLEY, ALLEN & SNYDER 28 STATE STREET BOSTON MA 02109 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON  LLP DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: JOHN BORIN 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP ENERGY, INC. | ATTN: JOHN BORIN 2800 POST OAK BLVD, SUITE 500 HOUSTON TX 77056 |
| CITIGROUP FINANCIAL PRODUCTS INC. | TRANSFEROR: PWSZECHNA KASA OSZCZEDNOSCI BANK POLSKI SPOLKA AKCJNA ATTN: BRIAN BROYLES 1615 BRETT ROAD, BLDG 3 NEW CASTLE DE 19720 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP FINANCIAL PRODUCTS, INC. | TRANSFEROR: HIGHLAND FINANCIAL CORPORATION C/O CITIBANK, N.A. ATTN: BRIAN BLESSING 1615 BRETT ROAD OPS III NEW CASTLE DE 19720 |
| CITIGROUP GLOBAL MARKETS LTD | ATTENTION: JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | JULIA ELLIOTT CITIGROUP CENTRE, CANADA SQUARE CANARY WHARF LONDON E14 5LB UNITED KINGDOM |
| CITIGROUP GLOBAL MARKETS LTD | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP GLOBAL MARKETS, INC. | ATTN: EDWARD G. TURAN 388 GREENWICH STREET NEW YORK NY 10013-2375 |
| CITIGROUP GLOBAL MARKETS, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | ATTENTION: EDWARD G TURAN 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | EDWARG G TURAN CITIGROUP INC, AND IT'S SUBSIDIARIES AND AFFILIATES 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTENTION: DOUGLAS R DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIGROUP INC., AND ITS SUBSIDIARIES AND AFFILLIAT | DOUGLAS R DAVIS PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| CITIMORTGAGE, INC. | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP 1285 AVENUE OF THE AMERICAS ATTN: DOUGLAS R. DAVIS NEW YORK NY 10019-6064 |
| CITIMORTGAGE, INC. | ATTN: VICTORIA KIEHL 1000 TECHNOLOGY DRIVE, MAIL STATION 140 O'FALLON MO 63368 |
| COLOMBO, COLEEN DENISE | ATTN: MARK S. BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| COOPERMAN PARTNERS, L.L.C. | TRANSFEROR: GREEN CREDIT INVESTORS, L.P. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| CREDIT SUISSE | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE AG | TRANSFEROR: CREDIT SUISSE INTERNATIONAL ATTN: GIL GOLAN 11 MADISON AVENUE, 5TH FLOOR NEW YORK NY 10010 |

| Claim Name | Address Information |
| --- | --- |
| CREDIT SUISSE AG | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE CAPITAL LLC | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE CAPITAL LLC | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE INTERNATIONAL | CRAVATH, SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE INTERNATIONAL | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE LOAN FUNDING LLC | TRANSFEROR: CREDIT SUISSE ENERGY LLC ATTN: PAUL GILMORE, ESQ. ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE LOAN FUNDING LLC | CHRISTOPHER CAMPBELL 11 MADISON AVE, 5TH FLOOR NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | ATTN: PAUL GILMORE ELEVEN MADISON AVENUE NEW YORK NY 10010 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | CRAVATH SWAINE & MOORE LLP ATTN: RICHARD LEVIN WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK NY 10019 |
| CREDIT SUISSE SECURITIES (EUROPE), LTD | RICHARD LEVIN, ESQ. CRAVATH, SWAINE & MOORE LLP 825 8TH AVENUE NEW YORK NY 10019 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: INA ASSITALIA S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: ASSICURAZIONI GENERALI S.P.A. C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: BARCLAYS BANK PLC C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY PLUS MASTERFUND LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER S.A.R.L. | TRANSFEROR: RAIFFEISEN BANK RT C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVF LUX MASTER SARL | TRANSFEROR: THE SEAPORT GROUP EUROPE LLP C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVF LUX MASTER SARL | TRANSFEROR: JEFFERIES INTERNATIONAL LIMITED C/O CARVAL INVESTORS GB LLP 3RD FLOOR 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CVI AA LUX MASTER SARL | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LTD 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CASAM GLG EUROPEAN LONG-SHORT FUND LIMITED, A COMPANY INCO C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: CASAM GLG EUROPEAN EQUITY MARKET NEUTRAL FUND LIMITED, A C C/O CARVAL INVESTORS UK LIMITED 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI CVF II LUX MASTER S.A.R.L. | TRANSFEROR: MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN BOND FUND II C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS UK LIMITED KNOWLE HILL PARK, FAIRMILE LANE, COBHAM SURREY KT11 2PD UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: SEAPORT GROUP EUROPE LLP, THE C/O CARVAL INVESTORS UK LIMITED |

| Claim Name | Address Information |
|---|---|
| CVI GVF (LUX) MASTER S.A.R.L. | ATTN: PAUL VERMAAK 35 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF (LUX) MASTER S.A.R.L. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH (UK) C/O CARVAL INVESTORS UK LIMITED ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON WIF 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP ATTN: MATT SHIPTON 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUX NINETY NINE SARL | TRANSFEROR: ROYAL BANK OF SCOTLAND, PLC, THE C/O CARVAL INVESTORS GB LLP 25 GREAT PULTENEY STREET, 3RD FLOOR LONDON W1F 9LT UNITED KINGDOM |
| CVI GVF LUXEMBOURG FOURTEEN S.A.R.L. | TRANSFEROR: VISIONGAIN CHINA ABSOLUTE RETURN MASTER FUND C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG NINETY NINE SARL | TRANSFEROR: BANCA FIDEURAM S.P.A. C/O CARVAL INVESTORS GB LLP 3RD FLOOR, 25 GREAT PULTENEY STREET LONDON WIF 9LT UNITED KINGDOM |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: AXA LIFE LTD C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVI GVF LUXEMBOURG TWELVE S.A.R.L. | TRANSFEROR: KOMMUNINVEST I SVERIGE AB C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| CVIC LUX MASTER S.A.R.L. | TRANSFEROR: LILY POND CURRENCY MASTER FUND LTD. C/O CARVAL INVESTORS, LLC 9320 EXCELSIOR BLVD, 7TH FLOOR HOPKINS MN 55343 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERV | MICHELLE A BAQUERIZO, BANKRUPTCY SPECIALIST INTERNAL REVENUE SERVICE 11A CLINTON AVE - SUITE 521 ALBANY NY 12207-2335 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERV | MICHELE A BAQUERIZO INTERNAL REVENUE SERVICE 11A CLINTON AVE- SUITE 521 ALBANY NY 12207-2335 |
| DEPARTMENT OF THE TREASURY - INTERNAL REVENUE SERV | INTERNAL REVENUE SERVICE P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| DEUTSCHE BANK AG | ATTN: CHIP GOODRICH, ESQ 60 WALL STREET NEW YORK NY 10005-2858 |
| DEUTSCHE BANK AG | BINGHAM MCCUTCHEN LLP ATTN: RANAN WELL, ESQ. 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG BRUSSELS BRANCH | TRANSFEROR: DEUTSCHE BANK EUROPE GMBH BELGIUM BRANCH ATTN: CECILE COUNET AVENUE MARNIX/ MARNIXLAAN 17 BRUSSELS 1000 BELGIUM |
| DEUTSCHE BANK AG, LONDON (HK) | TRANSFEROR: BANCO DE ORO UNIBANK, INC. DEUTSCHE BANK AG, HONG KONG BRANCH ATTN: JACK TSAI 60/F INTERNATIONAL COMMERCE CENTRE 1 AUSTIN ROAD WEST KOWLOON HONG KONG |
| DEUTSCHE BANK AG, LONDON BRANCH | TRANSFEROR: SL TRADE CLAIM I LLC ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | WINCHESTER HOUSE ATTN: ALEXANDER M. KRAEMER AND MICHAEL SUTTON 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: MICHAEL SUTTON AND ALEXANDER KRAEMER 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOVERNOR AND COMPANY OF THE BANK OF IRELAND, THE ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS REINSURANCE COMPANY LTD ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: LONDON SELECT FUND LIMITED ATTN: MICHAEL SUTTON / PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HSBC BANK (CAYMAN) LIMITED IN ITS CAPACITY AS TRUSTEE OF S ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: 3I GROUP PLC ATTN: MICHAEL SUTTON/PHILIP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE LOW VOLATILITY MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKE OFFSHORE MASTER FUND, LTD., THE ATTN: PHILIPP ROEVER WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: ALCATEL-LUCENT ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEGESPAR FINANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO 3 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLIKEO ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR 30.04.2012 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: DRAKKAR JUILLET 2011 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: FILTREO CLIC ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PROTEIN 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PULSIA 2 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VI ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: VENDOME QUINTUPLE OPPORTUNITE VIII ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: PRACTIS 09.09 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SEMERIA MONDE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVI GVF (LUX) MASTER S.A.R.L. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CREDIT FONCIER DE FRANCE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST, THE PRINCIPAL GLOBAL INVESTORS, LLC CURRENCY ACCOUNT 087839 ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BAWAG PSK BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTSPARKASSE AKTIENGESELLSCHAFT ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: RAB MARKET CYCLES (MASTER) FUND LIMITED ATTN: SIMON GLENNIE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: AREA - SOCIETE DES AUTOROUTES RHONE ALPES ATTN: MICHAEL SUTTON WINCHESTER HOUSE 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CVF LUX MASTER SARL ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: CLAREN ROAD CREDIT MASTER FUND, LTD. ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |

| Claim Name | Address Information |
|---|---|
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: HEART OF LA DEFENSE SAS ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER STREET LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: WINDERMERE XII FCT, A FRENCH FONDS COMMUN DE TITRISATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: SWISS RE FINANCIAL PRODUCTS CORPORATION ATTN: MICHAEL SUTTON WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: BGL BNP PARIBAS SA (FKA FORTIS BANQUE LUXEMBOURG SA, FKA BANQUE GENERALE DU LUXEMBOURG S.A.) ATTN: ALEX DARBYSHIRE WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: GOLDMAN SACHS GLOBAL EQUITY OPPORTUNITIES FUND PLC ATTN: JAMIE LIEW WINCHESTER HOUSE, 1 GREAT WINCHESTER ST LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | ATTN: CONOR MCGOVERN DEUTSCHE BANK AG, LONDON BRANCH, LONDON LOAN OPERATION 21ST FLOOR, 99 BISHOPSGATE LONDON EC2M 3XD UNITED KINGDON |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | BINGHAM & MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | BINGHAM MCCUTCHEN LLP 2020 K STREET, NW WASHINGTON DC 20006 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF | AS TRUSTEE OF STRUCTURED ASSET INVESTMENT LOAN TRUST C/O RICHARD C. PEDONE, AMANDA D. DARWIN NIXON PEABODY LLP 100 SUMMER STREET BOSTON MA 02110 |
| DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE OF | DEUTSCHE BANK NATIONAL TRUST COMPANY ATTN: STRUCTURED ASSET INVESTMENT LOAN TRUST, 2004-1-LH0401 MELISSA WILMAN, VICE PRESIDENT 1761 EAST ST. ANDREW PLACE SANTA ANA CA 92705 |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | ATTN: STEPHAN ROST D-60265 FRANKFURT AM MAIN FEDERAL REPUBLIC OF GERMANY GERMANY |
| DZ BANK AG DEUTSCHE ZENTRAL-GENOSSENSCHAFTSBANK | FRANCIS HEALY STROOCK & STROOCK & LAVAN, LLP 180 MAIDEN LANE NEW YORK NY 10038 |
| ELLIOTT ASSOCIATES, L.P. | TRANSFEROR: FONDAZIONE ENASARCO C/O ELLIOTT MGMT CORP – MICHAEL STEPHAN 40 WEST 57TH STREET NEW YORK NY 10019 |
| ELLSWORTH PARTNERS, L.L.C. | TRANSFEROR: MORGAN STANLEY SENIOR FUNDING INC C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| EMF-NL 2008-2 B.V. | C/O INTERTRUST ATTN: MONEY MANAGER DESK PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM NETHERLANDS |
| EMF-NL 2008-2 B.V. | C/O INTERTRUST PO BOX 990 1000 AZ AMSTERDAM NETHERLANDS |
| EMF-NL PRIME 2008-A B.V. | C/O INTERTRUST ATTN: MONEY MANAGER DESK PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM NETHERLANDS |
| EMF-NL PRIME 2008-A B.V. | C/O INTERTRUST PO BOX 990 1000 AZ AMSTERDAM NETHERLANDS |
| EUROSAIL 2006 4NP-PLC | REED SMITH LLP ATTN: TAMARA BOX THE BROADGATE TOWER 20 PRIMROSE STREET LONDON EC2A 2RS UNITED KINGDOM |
| EUROSAIL 2006 4NP-PLC | C/O WILMINGTON TRUST SP SERVICES (LONDON) LIMITED ATTN: MARTIN MCDERMOTT/MARK FILER THIRD FLOOR 1 KING'S ARMS YARD LONDON EC2R 7AF UNITED KINGDOM |
| EUROSAIL-NL 2007-1 B.V. | C/O INTERTRUST ATTN: MONEY MANAGER DESK PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM NETHERLANDS |
| EUROSAIL-NL 2007-1 B.V. | C/O INTERTRUST PO BOX 9900 1000 AZ AMSTERDAM NETHERLANDS |
| EUROSAIL-NL 2007-1 B.V. | C/O INTERTRUST PO BOX 990 1000 AZ AMSTERDAM NETHERLANDS |
| EUROSAIL-NL 2007-2 B.V. | C/O INTERTRUST ATTN: MONEY MANAGER DESK PRINS BERNHARDPLEIN 200 1097 JB AMSTERDAM NETHERLANDS |
| EUROSAIL-NL 2007-2 B.V. | C/O INTERTRUST PO BOX 990 1000 AZ AMSTERDAM NETHERLANDS |
| EXUM RIDGE CBO 2007-2, LTD | C/O MAPLES FINANCE LIMITED ATTN: THE DIRECTORS PO BOX 1093GT QUEENSGATE HOUSE SOUTH CHURCH STREET GRAND CAYMAN CAYMAN ISLANDS |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP HOWARD HAWKINS, ESQ. ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| EXUM RIDGE CBO 2007-2, LTD | CADWALADER, WICKERSHAM & TAFT LLP ATTN: MARK C. ELLENBERG, ESQ. 700 SIXTH STREET WASHINGTON DC 20001 |
| FEDERAL HOME LOAN BANK OF NEW YORK | ATTN: PAUL S. FRIEND, GENERAL COUNSEL 101 PARK AVENUE, 5TH FLOOR NEW YORK NY |

| Claim Name | Address Information |
| --- | --- |
| FEDERAL HOME LOAN BANK OF NEW YORK | 10178-0599 |
| FFI FUND LTD. | D. ROSS MARTIN ROPES & GRAY LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| FFI FUND LTD. | BRACEBRIDGE CAPITAL, LLC ATTN: JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FFI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| FONG, MONIQUE M., ALEX RINEHART, JO ANNE | BUZZO, MARIA DESOUSA AND LINDA DEMIZIO C/O MARK C. RIFKIN, ESQUIRE WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP 270 MADISON AVENUE NEW YORK NY 10016 |
| FORTIS BANK NV/SA | MONTAGNE DU PARC, 3 ATTN HILDE VAN VERRE & MARC GALLET BRUSSELS BELGIUM |
| FORTIS BANK NV/SA | HOWARD S. BELTZER, ESQ. MAYER BROWN LLP 1675 BROADWAY NEW YORK NY 10019 |
| FORTIS BANK NV/SA | RICHARD M. SKOLLER, AMY KIRSCHNER, MATTHEW MULLIGAN BNP PARIBAS 787 SEVENTH AVENUE NEW YORK NY 10019-6018 |
| FULD, RICHARD S., JR. | C/O PATRICIA M. HYNES ALLEN & OVERY LLP 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| FULLERTON DRIVE CDO LIMITED | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 4B NEW YORK NY 10022 |
| FULLERTON DRIVE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| FYI FUND LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| FYI FUND LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| GMAC MORTGAGE, LLC | CHARLES M. TATELBAUM ONE EAST BROWARD BLVD., STE 1010 FORT LAUDERDALE FL 33301 |
| GREGORY, JOSEPH | STEVEN M. WITZEL FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP ONE NEW YORK PLAZA NEW YORK NY 10004 |
| GREGORY, JOSEPH | 124 SHORE ROAD COLD SPRING HARBOR NY 11724 |
| GUAJARDO, ISABEL | ATTN: MARK S. BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| HAIN CAPITAL HOLDINGS, LTD. | TRANSFEROR: BCP VOYAGER MASTER FUND SPC, LTD ATTN: GANNA LIBERCHUK 301 ROUTE 17, 7TH FLOOR RUTHERFORD NJ 07070 |
| HARRISON PASTURES, L.L.C. | TRANSFEROR: DEUTSCHE BANK AG, LONDON BRANCH C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| HF CANYON MASTER, LTD | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP ATTN: DOUGLAS R. DAVIS 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019-6064 |
| HF CANYON MASTER, LTD | F/K/A CITI CANYON LTD. C/O CANYON CAPITAL ADVISORS LLC ATTN: CORPORATE ACTIONS 2000 AVENUE OF THE STARS, 11TH FLOOR LOS ANGELES CA 90067 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P. | 300 CRESCENT CT STE 700 DALLAS TX 75201-7849 |
| HIGHLAND CDO OPPORTUNITY MASTER FUND, L.P. | SCOTT EVERETT HAYNES AND BOONE, LLP 2323 VICTORY AVENUE, SUITE 700 DALLAS TX 75219 |
| HORNICK, PETER | 243 WEST 98TH STREET APARTMENT 3D NEW YORK NY 10025 |
| HOWARD-JAMES, LINDA (WEEKES) | ATTN: MARK S. BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| JACKSON CANYON PARTNERS, LLC | TRANSFEROR: MACQUARIE BANK LIMITED C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| JP MORGAN MARKETS LIMITED | HAROLD S. NOVIKOFF, ESQ. KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WETS 52ND STREET NEW YORK NY 10019 |
| JP MORGAN MARKETS LIMITED | KATHRYN GETTLES-ATWA, ESQ. WACHTELL, LIPTON, ROSEN & KATZ 51 WEST 52ND STREET NEW YORK NY 10019 |
| JP MORGAN MARKETS LIMITED | ATTENTION: KEVIN C. KELLEY, ESQ. C/O JPMORGAN CHASE BANK, N.A. 245 PARK AVE 12TH FLOOR NEW YORK NY 10167 |
| JP MORGAN SECURITIES INC | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | WACHTELL, LIPTON, ROSEN & KATZ ATTN: HAROLD S. NOVIKOFF, ESQ., KATHRYN GETTIES-ATWA, ESQ. 51 WEST 52ND STREET NEW YORK NY 10019 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JPMORGAN CHASE BANK, N.A. | C/O JPMORGAN CHASE BANK, N.A. ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| JPMORGAN CHASE BANK, N.A. | ATTN: KEVIN C. KELLEY, ESQ. 245 PARK AVENUE, 12TH FLOOR NEW YORK NY 10167 |
| KINGS RIVER LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| KINGS RIVER LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| KLAUS TSCHIRA STIFTUNG GGMBH | HAARMANN PARTNERSHAFTSGESELLSCHAFT DR. CHROSTOPH SCHMITT NEUE MAINZER STRASSE 75 60311 FRANKFURT A. M. GERMANY |
| KLAUS TSCHIRA STIFTUNG GGMBH | MR. RICHARD WILLIAMS PINSENT MASONS LLP CITY POINT ONE ROPEMAKER STREET LONDON EC2Y 9AH UNITED KINGDOM |
| LAGAN PARTNERS, L.L.C. | TRANSFEROR: UBS AG C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LAMORAK ADVISORS, LLC | TRANSFEROR: CITIGROUP FINANCIAL PRODUCTS INC. C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| LANDOLT & CIE SA | TRANSFEROR: CREDIT SUISSE CH DE ROSENECK 6 1006 LAUSANNE SWITZERLAND |
| LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | CEEJAY HOUSE, LEVEL 11, PLOT F, SHIVSAGAR ESTATE DR. ANNIE BESANT ROAD, WORLI MUMBAI - 400018 INDIA |
| LEHMAN BROTHERS ADVISERS PRIVATE LIMITED | C/O KPMG INDIA PRIVATE LIMITED LODHA EXCELUS APOLLO MILLS COMPOUND NM JOSHI MARG MAHALAXMI INDIA |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED ATTN: DR. JOACHIM KAETZLER C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | TRANSFEROR: GRANITE FINANCE LIMITED C/O CMS HASCHE SIGLE BARCKHAUSSTRASSE 12-16 FRANKFURT AM MAIN 60325 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | RATHENAUPLATZ 1 GERMANY FRANKFURT AM MAIN D-60313 GERMANY |
| LEHMAN BROTHERS BANKHAUS AG I INS. | FILIALE: JURISTISCHER SITZ RATHENAUPLATZ 1 FRANKFURT AM MAIN D-60313 GERMANY |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | (IN ADMINISTRATION) 25 BANK STREET ATTN: STEVEN ANTHONY PEARSON AS ADMINISTRATOR OF LEHMAN BROTHERS INTERNATIONAL (EUROPE) LONDON E14 5LE UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | PRICEWATERHOUSECOOPERS LLP ATTN: MICHAEL JOHN ANDREW JERVIS PLUMTREE COURT LONDON EC4A 4HT UNITED KINGDOM |
| LEHMAN BROTHERS INTERNATIONAL (EUROPE) | LINKLATERS LLP ATTN: TITIA HOLTZ & ELIZABETH DOWD 1345 AVENUE OF THE AMERICAS NEW YORK NY 10105 |
| LEHMAN BROTHERS INVESTMENTS KOREA INC. | C/O SAMJONG KPMG AMC INC GANGNAM FINANCE CENTER 10TH FLOOR 737 YEOKSAM-DONG GANGNAM-GU SEOUL 135-984 SOUTH KOREA |
| LEHMAN BROTHERS SECURITIES PRIVATE LIMITED | CEEJAY HOUSE, LEVEL 11, PLOT F, SHIVSAGAR ESTATE DR. ANNIE BESANT ROAD, WORLI MUMBAI - 400018 INDIA |
| LLOYDS TSB BANK PLC | ATTN: VIVEK PRASHAR 10 GRESHAM STREET LONDON EC2V 7AE UNITED KINGDOM |
| LLOYDS TSB BANK PLC | ATTN: LEE S. ATTANASIO AND ALEX R. ROVIRA SIDLEY AUSTIN LLP 787 SEVENTH AVENUE NEW YORK NY 10019 |
| MAVERICK FUND II, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND II, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK FUND USA, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND USA, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK FUND, L.D.C. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK FUND, L.D.C. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK LONG ENHANCED FUND, LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 |

| Claim Name | Address Information |
|---|---|
| MAVERICK LONG ENHANCED FUND, LTD. | LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK LONG ENHANCED FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK NEUTRAL FUND, LTD. | SHEARMAN & STERLING LLP ATTN: DONNA PARISI, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK NEUTRAL FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MAVERICK NEUTRAL LEVERED FUND, LTD. | SHEARMAN & STERLING LLP AZAM H. AZIZ, ESQ. & SOLOMON J. NOH, ESQ. 599 LEXINGTON AVENUE NEW YORK NY 10022 |
| MAVERICK NEUTRAL LEVERED FUND, LTD. | C/O MAVERICK CAPITAL, LTD. ATTN: JOHN T. MCCAFFERTY, GENERAL COUNSEL 300 CRESCENT COURT 18TH FLOOR DALLAS TX 75201 |
| MCBRIDE, THISHA M | 2642 TABRIZ PLACE BOULDER CO 80304 |
| MCNEIL, CHERYL | ATTN: MARK S. BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| MONTREAL TRUST COMPANY OF CANADA | AS TRUSTEE FOR FLATROCK TRUST MANAGER, CORPORATE TRUST DEPT. 100 UNIVERSITY AVENUE, 9TH FLOOR, NORTH TOWER TORONTO ON M5J 2Y1 CANADA |
| MONTREAL TRUST COMPANY OF CANADA | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 27 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MONTREAL TRUST COMPANY OF CANADA | NATHAN F. COCO MCDERMOTT WILL & EMERY LLP 227 WEST MONROE STREET SUITE 4700 CHICAGO IL 60606-5096 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | (FORMERLY KNOWN AS MORGAN STANLEY & CO. INTERNATIONAL LIMITED) 20 CABOT SQUARE CANARY WHARF LONDON E11 4QW UNITED KINGDOM |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: CHIEF LEGAL OFFICER MORGAN STANLEY & CO. INTERNATIONAL PLC C/O MORGAN STANLEY & CO. INCORPORATED 1585 BROADWAY NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | ATTN: COUNTERPARTY PORTFOLIO MANAGEMENT GROUP MORGAN STANLEY & CO. INTERNATIONAL PLC 1585 BROADWAY, 3RD FLOOR NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. INTERNATIONAL PLC | MARK C. ELLENBERG, ESQ. CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. WASHINGTON DC 20001 |
| MORGAN STANLEY & CO. LLC | 1585 BROADWAY, 3RD FLOOR ATTENTION: NANCY BELESKI NEW YORK NY 10036-8293 |
| MORGAN STANLEY & CO. LLC | CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER ATTENTION: HOWARD R. HAWKINS, ESQ. NEW YORK NY 10281 |
| MORGAN STANLEY & CO. LLC | CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, N.W. ATTENTION: MARK C. ELLENBERG, ESQ. WASHINGTON DC 20001 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | STRADLEY RONON STEVENS & YOUNG LLP ATTN: PAUL A PATTERSON ESQ / JULIE M MURPHY ESQ 2600 ONE COMMERCE SQUARE PHILADELPHIA PA 19103-7098 |
| MORGAN STANLEY ALPHA ADVANTAGE EUROPEAN FIXED INCO | INVESCO LEGAL DEPARTMENT ATTN: BENITA DRYDEN / STEVEN RIMES 11 GREENWAY PLAZA, SUITE 2500 HOUSTON TX 77046 |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: CIGOGNE MANAGEMENT S.A. ATTN: BRIAN CRIPPS 20 BANK STREET CANARY WHARF FLOOR 2 LONDON E14 4AD UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: TRIBRIDGE AF 1 LTD 25 CABOT SQUARE CANARY WHARF LONDON E14 4Q UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | TRANSFEROR: REPUBLIC OF PORTUGAL, ACTING THROUGH INSTITUTO DE GESTAO D ATTN: BRIAN CRIPPS 25 CABOT SQUARE CANARY WHARF LONDON E14 4QW UNITED KINGDOM |
| MORGAN STANLEY BANK INTERNATIONAL LIMITED | RICHARDS KIBBE & ORBE LLP ATTN: MANAGING CLERK 200 LIBERTY STREET NEW YORK NY 10281 |
| MORGAN STANLEY EMERGING MARKETS DEBT FUND, INC. | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY EMERGING MARKETS DEBT FUND, INC. | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY EMERGING MARKETS DOMESTIC DEBT FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |

| Claim Name | Address Information |
|---|---|
| MORGAN STANLEY EMERGING MARKETS DOMESTIC DEBT FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY GLOBAL OPPORTUNITY BOND FUND INC | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428 |
| MORGAN STANLEY INSTITUTIONAL FUND, INC.,INTERNATIO | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY INSTITUTIONAL FUND, INC.,INTERNATIO | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY INVESTMENT MANAGEMENT INTERNATIONAL | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY INVESTMENT MANAGEMENT INTERNATIONAL | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY OFFSHORE INTERNATIONAL EQUITY FUND | CADWALADER, WICKERSHAM & TAFT LLP ATTN: STEVEN LOFCHIE ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY OFFSHORE INTERNATIONAL EQUITY FUND | C/O MORGAN STANLEY INVESTMENT MANAGEMENT INC. ATTN: EDWARD HEARN ONE TOWER BRIDGE, 100 FRONT STREET, SUITE 1100 WEST CONSHOHOCKEN PA 19428-2881 |
| MORGAN STANLEY SECURITIES LIMITED | 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY SECURITIES LIMITED | ATTN: CHIEF LEGAL OFFICER 25 CABOT SQUARE CANARY WHARF LONDON E14 4QA UNITED KINGDOM |
| MORGAN STANLEY SECURITIES LIMITED | HOWARD HAWKINS, ESQ CADWALADER, WICKERSHAM & TAFT LLP ONE WORLD FINANCIAL CENTER NEW YORK NY 10281 |
| MORGAN STANLEY SECURITIES LIMITED | MARK ELLENBERG, ESQ CADWALADER, WICKERSHAM & TAFT LLP 700 SIXTH STREET, NW WASHINGTON DC 20001 |
| MORGAN STANLEY SENIOR FUNDING, INC. | TRANSFEROR: CIBC BANK AND TRUST COMPANY (CAYMAN) LIMITED, AS TRUSTEE OF THE HITACHI MASTER FUND - P GLOBAL BOND MASTER FUND 1585 BROADWAY - 2ND FLOOR NEW YORK NY 10036 |
| MORGAN STANLEY SENIOR FUNDING, INC. | MANAGING CLERK RICHARDS KIBBE & ORBE LLP 200 LIBERTY STREET NEW YORK NY 10281 |
| MOSHER, STEPHANIE | 0047 WHITE PEAKS LANE GLENWOOD SPRINGS CO 81601 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE ATTN: KAREN SIMS P.O. BOX 619081 DALLAS TX 75261-9741 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE ATTN: KAREN SIMS P.O. BOX 619081 DALLAS TX 75261-9780 |
| NATIONSTAR MORTGAGE LLC | TRANSFEROR: U.S. BANK NATIONAL ASSOCIATION ATTENTION: MICHELE OLDS 10350 PARK MEADOWS DRIVE LITTLETON CO 80124 |
| NEBRASKA DEPARTMENT OF REVENUE | ATTN: BANKRUPTCY UNIT PO BOX 94818 LINCOLN NE 68509-4818 |
| NEWPORT GLOBAL CREDIT FUND (MASTER) L.P. | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| NEWPORT GLOBAL OPPORTUNITIES FUND, LP | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| O'SULLIVAN, THOMAS J. | STAMELL & SCHAGER, LLP ATTN: RICHARD J. SCHAGER, JR. ANDREW R. GOLDENBERG 555 FIFTH AVENUE, STE. 1400 NEW YORK NY 10017 |
| O'SULLIVAN, THOMAS J. | 336 NASSAU AVE MANHASSET NY 11030 |
| OLIFANT FUND, LTD. | C/O BRACEBRIDGE CAPITAL, LLC ATTN: MR. JOHN SPINNEY 500 BOYLSTON STREET, 17TH FLOOR BOSTON MA 02116 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN ROPES AND GRAY LLP 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| OLIFANT FUND, LTD. | D. ROSS MARTIN 800 BOYLSTON ST STE 3600 BOSTON MA 02199-3600 |
| PARISI, GREGORY J. | 600 OLD COUNTRY ROAD, SUITE 410 GARDEN CITY NY 11530 |
| PEP CREDIT INVESTOR LP | ATTN: DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. C/O BROWN RUDNICK LLP SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROVIDENCE EQUITY PARTNERS VI LP | C/O BROWN RUDNICK LLP DAVID J. MOLTON SEVEN TIMES SQUARE NEW YORK NY 10036 |

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| PROVIDENCE EQUITY PARTNERS VI-A, LP | C/O BROWN RUDNICK LLP DAVID J. MOLTON, ESQ. & ANDREW DASH, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PROVIDENCE TMT SPECIAL SITUATIONS FUND LP | C/O BROWN RUDNICK LLP ATTN: DAVID J. MOLTON, ESQ. SEVEN TIMES SQUARE NEW YORK NY 10036 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | J. WILLIAM BOONE, ESQ ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| PYXIS ABS CDO 2007-1 LTD, BY BANK OF AMERICA, NA A | MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TTEE ATTN: VANESSA DANNER 135 SOUTH LASALLE STREET MAIL CODE IL4-135-15-11 CHICAGO IL 60603 |
| QUINTESSENCE FUND LP | LOVELLS LLP 875 3RD AVE LBBY 1 NEW YORK NY 10022-7222 |
| QUINTESSENCE FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| QVT FUND LP | 130 ELGIN AVENUE GEORGE TOWN, GRAND CAYMAN KY1-9005 CAYMAN ISLANDS |
| QVT FUND LP | ROBIN E. KELLER, ESQ. LOVELLS LLP 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | LOVELLS LLP ATTN: ROBIN E. KELLER, ESQ. 590 MADISON AVE, 7TH FLOOR NEW YORK NY 10022 |
| QVT FUND LP | C/O QVT FINANCIAL LP ATTN: JULIAN SALE 1177 AVENUE OF THE AMERICAS, 9TH FLOOR NEW YORK NY 10036 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | RGM TRADING INTERNATIONAL LIMITED HOGUET NEWMAN REGAL & KENNEY LLP JOSH RIEVMAN, ESQ 10 EAST 40TH STREET NEW YORK NY 10016 |
| RGM TRADING INTERNATIONAL LIMITED C/O RGM ADVISORS | 221 W 6TH STREET, SUITE 1600 AUSTIN TX 78701 |
| ROYAL BANK OF SCOTLAND N.V. | F/K/A ABN AMRO BANK N.V. C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND N.V. | PROSKAUER ROSE, LLP ATTN: IRENA M. GOLDSTEIN, ESQ. ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| ROYAL BANK OF SCOTLAND, PLC, THE | C/O RBS SECURITIES INC. ATTN: PIA FRIIS, MANAGING DIRECTOR AND SENIOR COUNSEL 600 WASHINGTON BOULEVARD STAMFORD CT 06901 |
| ROYAL BANK OF SCOTLAND, PLC, THE | IRENA M. GOLDSTEIN & JEFFREY CHUBAK PROSKAUER ROSE LLP ELEVEN TIMES SQUARE NEW YORK NY 10036 |
| RUIZ-TARIADOR LARRAZABAL, JOSE-MANUEL | C/ FUENTE DEL BERRO NO. 10-6-B. MADRID 28009 SPAIN |
| SECRETAN TROYANOV & PARTNERS | ATTN: ERIC FIECHTER, PARTNER 4 AVENUE DE CHAMPEL 1206 GENEVE SWITZERLAND |
| SECRETAN TROYANOV & PARTNERS | ATTN: ERIC W. FIECHTER 2 RUE CHARLES BONNET CASE POSTALE 198 GENEVE 12 CH-1211 SWITZERLAND |
| SESHASAYEE, AADIT | C/O PORZIO, BROMBERG & NEWMAN, P.C. 156 WEST 56TH STREET NEW YORK NY 10019 |
| SESHASAYEE, AADIT | PORZIO, BROMBERG & NEWMAN, P.C. ATTN: ROBERT M. SCHECHTER, RACHEL A. PARISI 156 WEST 56TH ST. NEW YORK NY 10019 |
| SEYMOUR, MICHELLE | ATTN: MARK S BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| SHAFER FUND, L.L.C. | TRANSFEROR: DEXIA CREDIOP S.P.A C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |
| SPANISH BROADCASTING SYSTEM, INC. | WILLIAM WALLACE 250 W 55TH ST FL 4 NEW YORK NY 10019-7649 |
| SPANISH BROADCASTING SYSTEM, INC. | 7007 NW 77TH AVE MIAMI FL 33166-2836 |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | C/O SRM ADVISERS (LONDON) LLP ATTN: IAN BARCLAY 3 CADOGAN GATE LONDON SW1X 0AS UNITED KINGDOM |
| SRM GLOBAL MASTER FUND LIMITED PARTNERSHIP | CHARLES KOSTER & RICHARD GRAHAM WHITE & CASE LLP 1155 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STANDARD CHARTERED BANK | 1 BASINGHALL AVENUE LONDON EC2V 5DD UNITED KINGDOM |
| STANDARD CHARTERED BANK | ATTN: MATTHEW MORRIS, ESQ. LOVELLS LLP 590 MADISON AVENUE, 7TH FLOOR. NEW YORK NY 10022 |
| STANDARD CHARTERED BANK | ATTN: MARC CHAIT 1095 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| STONEHILL INSTITUTIONAL PARTNERS, L.P. | TRANSFEROR: CVI GVF (LUX) MASTER SARL C/O STONEHILL CAPITAL MANAGEMENT LLC ATTN: STEVEN D. NELSON 885 THIRD AVENUE, 30TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 7C) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GROUP 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8A) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 8B) NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | MICHAEL J. VENDITTO, ESQ REED SMITH LLP 599 LEXINGTON AVENUE CONTROL NO. GLOBAL 19 NEW YORK NY 10022 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-1 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | FOR THE ACCOUNT OF THE SERIS 2004-4 SEGREGATE PORTFOLIO C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| SUNSET PARK CDO LIMITED SPC | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| TACONIC CAPITAL PARTNERS 1.5 L.P. | C/O TACONIC CAPITAL ADVISORS LP MICHAEL ZACZYK 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| TACONIC OPPORTUNITY FUND, L.P. | C/O TACONIC CAPITAL ADVISORS LP MICHAEL ZACZYK 280 PARK AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9A) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 9B) NEW YORK NY 10022 |
| TAVARES SQUARE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET NEW YORK NY 10286 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP- MN- WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION | PAMELA WIEDER, VICE PRESIDENT CORPORATE TRUST SERVICES U.S. BANK NATIONAL ASSOCIATION EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107--222 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES TIMOTHY PILLAR, VICE PRESIDENT PAMELA WEIDER, VICE PRESIDENT EP-MN-WS1D 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES TIMOTHY PILLAR, VICE PRESIDENT PAMELA WEIDER, VICE PRESIDENT EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: TIMOTHY PILLAR, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | PAMELA WIEDER, VICE PRESIDENT CORPORATE TRUST SERVICES U.S. BANK NATIONAL ASSOCIATION EP-MN-WSID 60 LIVINGSTON AVENUE ST.PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | PAMELA WIEDER, VICE PRESIDENT CORPOTRATE TRUST SEVICES U.S. BANK NATIONAL ASSOCIATION EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | PAMELA WIEDER, VICE PRESIDENT CORPORATE TRUST SERVICES U.S. BANK NATIONAL SERVICES EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES ATTN: PAMELA WIEDER, VP EP-MN-WS1D, 60 LIVINGSTON AVENUE ST. PAUL MN 55107-2292 |
| U.S. BANK NATIONAL ASSOCIATION | CORPORATE TRUST SERVICES TIMOTHY PILLAR, VICE PRESIDENT PAMELA WEIDER, VICE PRESIDENT EP-MN-WS1D 60 LIVINGSTON AVENUE SAINT PAUL MN 55107=2992 |
| U.S. BANK NATIONAL ASSOCIATION | CHAPMAN AND CUTLER LLP ATTN: JAMES E. SPIOTTO, ANN E. ACKER & FRANKLIN H. TOP, |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION | III 111 WEST MONROE STREET, 18TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | C/O CHAPMAN AND CUTLER LLP ATTN: FRANKLIN H. TOP III 111 WEST MONROE STREET CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION SACHIKO NISHIDA CORPORATE TRUST SERVICES 190 SOUTH LASALLE STREET CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA ATTN: SACHIKO MISHIDA, CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NA ATTN: SACHIKO NISHIDA, CORPORATE TRUST SERVICES MAIL CODE: MK-IL-SL8 190 SOUTH LASALLE STREET CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK NATI | TRUSTEE TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: SACHIKO NISHIDA CORP. TR MAIL CODE MK-IL-SL7R 190 SOUTH LASALLE STREET 7TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AND U.S. BANK NATI | TRUSTEE TRANSFEROR: BANK OF AMERICA, NA, SUCCESSOR BY MERGER TO LASALLE ATTN: SACHIKO NISHIDA; CORPORATE TRUST SERVICES 190 SOUTH LASALLE STREET 7TH FLOOR CHICAGO IL 60603 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-14 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2005-6 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, SERIES 2004-20 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, 2004-19XS CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, 2004-11XS CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, 2004-9XS CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET SECURITIES CORPORATION, 2004-7 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE STRUCTURED ASSET INVESTMENT LOAN TRUST, SERIES 2005-1 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-14H CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-6 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-3 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2007-1 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON |

| Claim Name | Address Information |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2006-20 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2006-19 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN XS TRUST, SERIES 2005-3 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | TRANSFEROR: WILMINGTON TRUST COMPANY, AS TRUSTEE LEHMAN ABS CORPORATION, SERIES 2003-1 CORPORATE TRUST SERVICES; ATTN: TIMOTHY PILLAR EP-MN-WSID 60 LIVINGSTON AVENUE ST. PAUL MN 55107 |
| VEGA-SUTFIN, SYLVIA | ATTN: MARK S. BOSTICK WENDEL, ROSEN, BLACK & DEAN LLP 1111 BROADWAY, 24TH FLOOR OAKLAND CA 94607 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL N. GOLBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12A) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO, ESQ 599 LEXINGTON AVENUE (CONTROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | REED SMITH LLP ATTN: MICHAEL J. VENDITTO 599 LEXINGTON AVENUE (CONGROL NO. GLOBAL 12B) NEW YORK NY 10022 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP 101 BARCLAY STREET, 21ST FLOOR ATTN: DAVID M. KERR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINISTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET; 21ST FLOOR NEW YORK NY 10286 |
| VOX PLACE CDO LIMITED | C/O THE BANK OF NEW YORK MELLON DEFAULT ADMINSTRATION GROUP ATTN: DAVID M. KERR 101 BARCLAY STREET, 21ST FLOOR NEW YORK NY 10286 |
| WELLS FARGO & COMPANY | JEFFREY A. RONSENTHAL, ESQ. CLEARY GOTTLIEB STEEN & HAMILTON LLP ONE LIBERTY PLAZA NEW YORK NY 10006 |
| WELLS FARGO & COMPANY | MADLYN GLEICH PRIMOFF, ESQ. KAYE SCHOLER LLP 445 PARK AVENUE NEW YORK NY 10022-3598 |
| WELLS FARGO & COMPANY | 90 SOUTH 7TH STREET, N9305-164 MINNEAPOLIS MN 55402-3903 |
| WELLS FARGO & COMPANY | ATTN: ERIC F. JOHNSON 550 CALIFORNIA STREET, 14TH FLOOR SAN FRANCISCO CA 94104 |
| WELLS FARGO & COMPANY | 420 MONTEGOMERY STREET SAN FRANCISCO CA 94104 |
| WELLS FARGO BANK, N.A., NOT INDIVIDUALLY BUT SOLEL | C/O SEWARD & KISSEL LLP ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, N.A., NOT INDIVIDUALLY BUT SOLEL | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK ATTN: CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, N.A., NOT INDIVIDUALLY BUT SOLEL | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, N.A., NOT INDIVIDUALLY BUT SOLEL | TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OPT1 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | C/O SEWARD & KISSEL LLP ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NA | M. WILLIAM MUNNO SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NA | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK ATTN: CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NA | LAW DEBENTURE TRUST COMPANY OF NEW YORK CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NA | SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | MICHAEL DOTY FAEGRE & BENSON LLP C/O MICHAEL DOTY 2200 WELLS FARGO CENTER 90 SOUTH, SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-14 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-12 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ASSET INVESTMENT LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-BC3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF17 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FF15 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-FF7 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-FF7 C/O MARY SOHLBERG    MAC N99311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE ENCORE CREDIT CORPORATION TRUST 2003-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC6 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC5 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-21A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NA | AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-5 C/O MARY SOHLBERG MAC N9311-161 625 NARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | M. WILLIAM MUNNO SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O SEWARD & KISSEL LLP ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | CLEARY GOTTLIEB STEEN & HAMILTON LLP ATTN: DAVID AMAN, ESQ. ONE LIBERTY PLAZA NEW YORK NY 10006 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LAW DEBENTURE TRUST COMPANY OF NEW YORK CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK ATTN: CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O DAVID WARD MAC N2702-011 9062 OLD ANNAPOLIS ROAD COLUMBIA MD 21045 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | AS SUCCESSOR BY MERGER WITH WACHOVIA BANK, N.A. ATTN: TOM CAMBERN, EXECUTIVE V.P. 301 SOUTH COLLEGE STREET, 15TH FLOOR CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | ATTN: REBECCA HENDERSON 301 SOUTH COLLEGE STREET, SUITE 3000 MAC D1053-300 CHARLOTTE NC 28288 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL, LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUSTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION | LOCKE LORD BISSELL & LIDDELL LLP C/O PAUL KJELSBERG 600 TRAVIS STREET, SUITE 3200 HOUTON TX 77002 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O SEWARD & KISSEL LLP ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | M. WILLIAM MUNNO SEWARD & KISSEL LLP ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK ATTN: CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | LAW DEBENTURE TRUST COMPANY OF NEW YORK CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ATTN: STEPHANIE S. SCHAFFER 1 HOME CAMPUS DES MOINE IA 50328 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | C/O MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | MICHAEL F. DOTY FAEGRE & BENSON LLP 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS GARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | FAEGRE & BENSON LLP C/O MICHAEL F DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS M 55402 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFB C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-10 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE RESMAE MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-6 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH |

| Claim Name | Address Information |
|---|---|
| NOT INDIVI | CERTIFICATES SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE LEHAMN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FFB C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFB C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFA C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-SC1 MORT PASS-THROUGH CERTS SERIES 2007-SC1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-OS1 MORT PASS-THROUGH CERTS SERIES 2007-OS1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-OS1 MORT PASS-THROUGH CERTS SERIES 2007-OS1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE LOAN TRUST 2007-MLN1 MORT PASS-THROUGH CERTS SERIES 2007-MLN1 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2003-26A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2003-34A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2003-6A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2003-S2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2005-NC2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2003-17A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2001-21A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2002-5A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2002-AL1 C/O MARY SOHLBERG MAC N9311-161 625 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORP MORTGAGE PASS-THROUGH CERTS SERIES 2002-HF2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF2 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-15A C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-3 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-5 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-18 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-16 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-17 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-11 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-15 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-14 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-4 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-20 C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2007-4 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S6 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC8 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS INDENTURE TRUSTEE OF THE LEHMAN ABS CORPORATION HOME EQUITY LOAN TRUST 2004-2 HOME EQUITY LOAN ASSET-BACKED NOTES SERIES 2004-2, WELLS FARGO BANK NATIONAL ASSOCIATION C/O WELLS FARGO BANK, NATIONAL ASSOCIATION, ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN ABS MORTGAGE LOAN TRUST 2007-1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-1 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-9 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2008-3 WELLS FARGO BANK, NATIONAL ASSOCIATION C/O MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-FF3 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2004-9XS C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-6 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-HF1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2003-FF3 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-6 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC10 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE BNC MORTGAGE LOAN TRUST 2007-4 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ADJUSTABLE RATE MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIEIS 2005-20 C/O WELLS FARGO BANK, |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-S7 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES 2005-S7 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-OPT1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2002-BC8 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE AMORTIZING RESIDENTIAL COLLATERAL TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2001-BC1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-9 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: MARY SOHLBERG, MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, NOT INDIVI | ITS CAPACITY AS TRUSTEE OF THE STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-BC1 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-BC1 C/O WELLS FARGO BANK, NATIONAL ASSOCIATION    ATTN: MARY SOHLBERG 625 MARQUETTE AVENUE, MAC N9311-161 MINNEAPOLIS MN 55479 |
| WELLS FARGO, NA | C/O SEWARD & KISSEL LLP ATTN: M. WILLIAM MUNNO ONE BATTERY PARK PLAZA NEW YORK NY 10004 |
| WELLS FARGO, NA | C/O LAW DEBENTURE TRUST COMPANY OF NEW YORK ATTN: CORPORATE TRUST DEPARTMENT 400 MADISON AVENUE, 4TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO, NA | FAEGRE & BENSON LLP C/O MICHAEL F. DOTY 2200 WELLS FARGO CENTER 90 SOUTH SEVENTH STREET MINNEAPOLIS MN 55402 |
| WELLS FARGO, NA | AS TRUSTEE OF THE FIRST FRANKLIN MORTGAGE LOAN TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-FFA C/O MARY SOHLBERG MAC N9311-161 625 MARQUETTE AVENUE MINNEAPOLIS MN 55479 |
| WILMINGTON TRUST COMPANY | TRANSFEROR: BANK OF AMERICA, NATIONAL ASSOCIATION ATTN: DORRI COSTELLO RODNEY SQUARE NORTH MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY | 50 SOUTH SIXTH STREET #1290 MINNEAPOLIS MN 55402 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO., RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ERWIN M. SORIANO WILMINGTON TRUST COMPANY RODNEY SQUARE NORTH, MAIL DROP CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQ. NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ATTN: ADAM SCOZZAFAVA RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |

| Claim Name | Address Information |
|---|---|
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2006-20 C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 110 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | LEHMAN XS TRUST, SERIES 2007-14H C/O DORRI COSTELLO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | STRUCTURED ASSET SECURITIES CORPORATION, 2005-4XS C/O ERWIN M. SORIANO RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: KIT WEITNAUER, ESQ. 1201 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: KIT WEITNAUER, ESQ. 120 WEST PEACHTREE ST. ATLANTA GA 30309 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | J. WILLIAM BOONE ALSTON & BIRD LLP ONE ATLANTIC CENTER 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | KIT WEITNAUER, ESQ. ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | ALSTON & BIRD LLP ATTN: J. WILLIAM BOONE, ESQ. C/O ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST COMPANY, AS TRUSTEE | 50 SOUTH SIXTH STREET #1290 MINNEAPOLIS MN 55402 |
| WILMINGTON TRUST COMPANY, IN ITS INDIVIDUAL CAPACI | CAPACITY AS OWNER TRUSTEE ATTN: DORRI COSTELLO, CORPORATE CLIENT SERVICES 1100 N MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST COMPANY, IN ITS INDIVIDUAL CAPACI | DORRI COSTELLO WILMINGTON TRUST COMPANY 1100 NORTH MARKET STREET WILMINGTON DE 19890-0001 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESS | TO CITIBANK, N.A. OF THE BNC MORTGAGE TRUST 2007-3 ATTN: ADAM SCOZZAFAVA RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESS | TO CITIBANK, N.A. ATTN: ADAM SCOZZAFAVA RODNEY SQUARE NORTH, MAIL CODE 1605 1100 NORTH MARKET STREET WILMINGTON DE 19801 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESS | KIT WEITNAUER, ESQ. ALSTON & BIRD LLP 1201 WEST PEACHTREE STREET ATLANTA GA 30309-3424 |
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESS | 50 SOUTH SIXTH STREET #1290 MINNEAPOLIS MN 55402 |
| YORK GLOBAL FINANCE BDH, LLC | TRANSFEROR: BANC OF AMERICA CREDIT PRODUCTS INC C/O YORK CAPITAL MANAGEMENT; ATTN: MARGARET MAURO 767 FIFTH AVENUE, 17TH FLOOR NEW YORK NY 10153 |
| ZOMBRANO CAPITAL, L.L.C. | TRANSFEROR: CITI VENTUS LTD. C/O CITIGROUP ALTERNATIVE INVESTMENTS LLC C/O ROPES & GRAY LLP ATTN: MICHAEL DOORE PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02199-3600 |

**Total Creditor count  563**

**EXHIBIT C**

aaaronson@dilworthlaw.com
aalfonso@willkie.com
abeaumont@fklaw.com
abraunstein@riemerlaw.com
acaton@kramerlevin.com
adarwin@nixonpeabody.com
adiamond@diamondmccarthy.com
adk@msf-law.com
aeckstein@blankrome.com
aentwistle@entwistle-law.com
agbanknewyork@ag.tn.gov
aglenn@kasowitz.com
agold@herrick.com
aisenberg@saul.com
akadish@dtlawgroup.com
akolod@mosessinger.com
allison.holubis@wilsonelser.com
alum@ftportfolios.com
amarder@msek.com
amartin@sheppardmullin.com
amcmullen@boultcummings.com
amenard@tishmanspeyer.com
amh@amhandlerlaw.com
andrew.brozman@cliffordchance.com
andrew.lourie@kobrekim.com
andrewtenzer@paulhastings.com
angelich.george@arentfox.com
angie.owens@skadden.com
ann.reynaud@shell.com
anthony_boccanfuso@aporter.com
aoberry@bermanesq.com
aostrow@beckerglynn.com
appleby@chapman.com
aquale@sidley.com
arainone@bracheichler.com
arancier@offitkurman.com
arheaume@riemerlaw.com
arosenblatt@chadbourne.com
arthur.rosenberg@hklaw.com
arwolf@wlrk.com
aschwartz@homerbonner.com

aseuffert@lawpost-nyc.com
ashmead@sewkis.com
asnow@ssbb.com
asomers@rctlegal.com
aunger@sidley.com
austin.bankruptcy@publicans.com
avenes@whitecase.com
bankruptcy@goodwin.com
bankruptcy@morrisoncohen.com
bankruptcy@ntexas-attorneys.com
bankruptcymatters@us.nomura.com
barbra.parlin@hklaw.com
bbisignani@postschell.com
bcarlson@co.sanmateo.ca.us
bdemay@hsgllp.com
bdk@schlamstone.com
ben.lewis@hoganlovells.com
bguiney@pbwt.com
bmanne@tuckerlaw.com
bmiller@mofo.com
boneill@kramerlevin.com
brian.corey@greentreecreditsolutions.com
brosenblum@jonesday.com
brotenberg@wolffsamson.com
broy@rltlawfirm.com
bruce.wright@sutherland.com
bsellier@rlrpclaw.com
bstrickland@wtplaw.com
btrust@mayerbrown.com
bturk@tishmanspeyer.com
bwolfe@sheppardmullin.com
cahn@clm.com
canelas@pursuitpartners.com
cbelisle@wfw.com
cbelmonte@ssbb.com
cdesiderio@nixonpeabody.com
cfarley@mccarter.com
cgonzalez@diazreus.com
chad.husnick@kirkland.com
chammerman@paulweiss.com
charles@filardi-law.com

charles_malloy@aporter.com

chemrick@thewalshfirm.com

chipford@parkerpoe.com

chris.donoho@lovells.com

christopher.greco@kirkland.com

claude.montgomery@dentons.com

clynch@reedsmith.com

cmestres@aclawllp.com

cohen@sewkis.com

cp@stevenslee.com

cpappas@dilworthlaw.com

cparyse@contrariancapital.com

craig.goldblatt@wilmerhale.com

craigjustinalbert@gmail.com

crmomjian@attorneygeneral.gov

csalomon@beckerglynn.com

cschreiber@winston.com

cshore@whitecase.com

cshulman@sheppardmullin.com

cszyfer@stroock.com

cwalsh@mayerbrown.com

cward@polsinelli.com

cweber@ebg-law.com

cweiss@ingramllp.com

dallas.bankruptcy@publicans.com

dave.davis@isgria.com

david.bennett@tklaw.com

david.heller@lw.com

david.livshiz@freshfields.com

david.powlen@btlaw.com

david.tillem@wilsonelser.com

davids@blbglaw.com

davidwheeler@mvalaw.com

dbarber@bsblawyers.com

dbaumstein@whitecase.com

dbesikof@loeb.com

dcimo@gjb-law.com

dcoffino@cov.com

dcrapo@gibbonslaw.com

ddavis@paulweiss.com

ddrebsky@nixonpeabody.com

ddunne@milbank.com

deggermann@kramerlevin.com

deggert@freebornpeters.com

demetra.liggins@tklaw.com

dennis.tracey@hoganlovells.com

dfelder@orrick.com

dflanigan@polsinelli.com

dgoldberg@hsgllp.com

dgrimes@reedsmith.com

dhayes@mcguirewoods.com

dhealy@hsgllp.com

dheffer@foley.com

dhurst@coleschotz.com

dhw@dhclegal.com

diconzam@gtlaw.com

djcarragher@daypitney.com

djoseph@stradley.com

dkessler@ktmc.com

dkozusko@willkie.com

dlemay@chadbourne.com

dlipke@vedderprice.com

dmark@kasowitz.com

dmcguire@winston.com

dmiller@steinlubin.com

dmurray@jenner.com

dneier@winston.com

dodonnell@milbank.com

dpegno@dpklaw.com

draelson@fisherbrothers.com

drosenzweig@fulbright.com

drosner@goulstonstorrs.com

drosner@kasowitz.com

dshaffer@wtplaw.com

dspelfogel@foley.com

dtatge@ebglaw.com

dtheising@harrisonmoberly.com

dwdykhouse@pbwt.com

dwhite@mccarter.com

dworkman@bakerlaw.com

easmith@venable.com

ebcalvo@pbfcm.com

ecohen@russell.com
edward.flanders@pillsburylaw.com
efleck@milbank.com
efriedman@fklaw.com
efriedman@friedmanspring.com
ekbergc@lanepowell.com
eleicht@whitecase.com
ellen.halstead@cwt.com
emagnelli@bracheichler.com
emerberg@mayerbrown.com
enkaplan@kaplanlandau.com
eobrien@sbchlaw.com
etillinghast@sheppardmullin.com
eweinick@otterbourg.com
ezujkowski@emmetmarvin.com
fcarruzzo@kramerlevin.com
ffm@bostonbusinesslaw.com
fhenn@law.nyc.gov
fhyman@mayerbrown.com
foont@foontlaw.com
fsosnick@shearman.com
fyates@sonnenschein.com
gabriel.delvirginia@verizon.net
gary.ravertpllc@gmail.com
gavin.alexander@ropesgray.com
gbray@milbank.com
ggitomer@mkbattorneys.com
ggoodman@foley.com
giddens@hugheshubbard.com
gkaden@goulstonstorrs.com
glenn.siegel@morganlewis.com
gmoss@riemerlaw.com
goldenberg@ssnyc.com
gspilsbury@jsslaw.com
guzman@sewkis.com
harrisjm@michigan.gov
harveystrickon@paulhastings.com
hbeltzer@mayerbrown.com
heiser@chapman.com
hmagaliff@r3mlaw.com
holsen@stroock.com

hooper@sewkis.com
howard.hawkins@cwt.com
hrh@lhmlawfirm.com
hseife@chadbourne.com
hsnovikoff@wlrk.com
hsteel@brownrudnick.com
igoldstein@proskauer.com
irethy@stblaw.com
israel.dahan@cwt.com
jacobsonn@sec.gov
jalward@blankrome.com
james.heaney@lawdeb.com
james.mcclammy@dpw.com
james.sprayregen@kirkland.com
jamesboyajian@gmail.com
jamestecce@quinnemanuel.com
jar@outtengolden.com
jay.hurst@oag.state.tx.us
jay@kleinsolomon.com
jbeemer@entwistle-law.com
jbeiers@co.sanmateo.ca.us
jbrody@americanmlg.com
jbromley@cgsh.com
jcarberry@cl-law.com
jchristian@tobinlaw.com
jdoran@haslaw.com
jdwarner@warnerandscheuerman.com
jdweck@sutherland.com
jdyas@halperinlaw.net
jean-david.barnea@usdoj.gov
jeanites@whiteandwilliams.com
jeannette.boot@wilmerhale.com
jeff.wittig@coair.com
jeldredge@velaw.com
jennifer.demarco@cliffordchance.com
jennifer.gore@shell.com
jfalgowski@reedsmith.com
jg5786@att.com
jgenovese@gjb-law.com
jgoodchild@morganlewis.com
jguy@orrick.com

jhiggins@fdlaw.com

jhorgan@phxa.com

jhuggett@margolisedelstein.com

jim@atkinslawfirm.com

jjtancredi@daypitney.com

jjureller@klestadt.com

jlamar@maynardcooper.com

jlawlor@wmd-law.com

jlee@foley.com

jlevitin@cahill.com

jlscott@reedsmith.com

jmaddock@mcguirewoods.com

jmazermarino@msek.com

jmelko@gardere.com

jmerva@fult.com

jmmurphy@stradley.com

jmr@msf-law.com

jnm@mccallaraymer.com

john.beck@hoganlovells.com

john.monaghan@hklaw.com

john.mule@ag.state.mn.us

john.rapisardi@cwt.com

jonathan.goldblatt@bnymellon.com

jonathan.henes@kirkland.com

jorbach@hahnhessen.com

joseph.cordaro@usdoj.gov

joseph.serino@kirkland.com

joshua.dorchak@morganlewis.com

jowen769@yahoo.com

joy.mathias@dubaiic.com

jpintarelli@mofo.com

jporter@entwistle-law.com

jprol@lowenstein.com

jrabinowitz@rltlawfirm.com

jrsmith@hunton.com

jschiller@bsfllp.com

jschwartz@hahnhessen.com

jsheerin@mcguirewoods.com

jsherman@bsfllp.com

jshickich@riddellwilliams.com

jsmairo@pbnlaw.com

jstoll@mayerbrown.com

jsullivan@mosessinger.com

jtimko@shutts.com

judy.morse@crowedunlevy.com

jvail@ssrl.com

jwcohen@daypitney.com

jwest@velaw.com

jwh@njlawfirm.com

jzulack@fzwz.com

kanema@formanlaw.com

karen.wagner@dpw.com

karl.geercken@alston.com

kdwbankruptcydepartment@kelleydrye.com

keckhardt@hunton.com

keith.simon@lw.com

ken.coleman@allenovery.com

kerry.moynihan@hro.com

kgwynne@reedsmith.com

kiplok@hugheshubbard.com

kit.weitnauer@alston.com

kkelly@ebglaw.com

kkolbig@mosessinger.com

klyman@irell.com

klynch@formanlaw.com

kobak@hugheshubbard.com

korr@orrick.com

kovskyd@pepperlaw.com

kressk@pepperlaw.com

kreynolds@mklawnyc.com

krodriguez@allenmatkins.com

krosen@lowenstein.com

kurt.mayr@bgllp.com

landon@slollp.com

lani.adler@klgates.com

lapeterson@foley.com

lawallf@pepperlaw.com

lawrence.gelber@srz.com

lberkoff@moritthock.com

lee.stremba@troutmansanders.com

lee.whidden@dentons.com

lgranfield@cgsh.com

lhandelsman@stroock.com

lisa.solomon@att.net

ljkotler@duanemorris.com

lkatz@ltblaw.com

lkiss@klestadt.com

lmarinuzzi@mofo.com

lmcgowen@orrick.com

lnashelsky@mofo.com

loizides@loizides.com

lschweitzer@cgsh.com

lucdespins@paulhastings.com

mabrams@willkie.com

maofiling@cgsh.com

marc.chait@sc.com

margolin@hugheshubbard.com

mark.bane@ropesgray.com

mark.ellenberg@cwt.com

mark.mckane@kirkland.com

mark.salzberg@squirepb.com

mark.sherrill@sutherland.com

marvin.clements@ag.tn.gov

matt@willaw.com

matthew.klepper@dlapiper.com

maustin@orrick.com

mbenner@tishmanspeyer.com

mbienenstock@proskauer.com

mbloemsma@mhjur.com

mbossi@thompsoncoburn.com

mcademartori@sheppardmullin.com

mcarthurk@sullcrom.com

mccarthyj@sullcrom.com

mcordone@stradley.com

mcto@debevoise.com

mcyganowski@oshr.com

mdorval@stradley.com

meggie.gilstrap@bakerbotts.com

melorod@gtlaw.com

meltzere@pepperlaw.com

metkin@lowenstein.com

mfeldman@willkie.com

mginzburg@daypitney.com

mgordon@briggs.com

mgreger@allenmatkins.com

mh1@mccallaraymer.com

mhopkins@cov.com

michael.frege@cms-hs.com

michael.kelly@monarchlp.com

michael.krauss@faegrebd.com

michael.mccrory@btlaw.com

millee12@nationwide.com

miller@taftlaw.com

mimi.m.wong@irscounsel.treas.gov

mitchell.ayer@tklaw.com

mitchell.berger@squirepb.com

mjedelman@vedderprice.com

mjr1@westchestergov.com

mlahaie@akingump.com

mlandman@lcbf.com

mlichtenstein@crowell.com

mlynch2@travelers.com

mmorreale@us.mufg.jp

mneier@ibolaw.com

monica.lawless@brookfieldproperties.com

mpage@kelleydrye.com

mparry@mosessinger.com

mpedreira@proskauer.com

mprimoff@kayescholer.com

mpucillo@bermanesq.com

mrosenthal@gibsondunn.com

mruetzel@whitecase.com

mschimel@sju.edu

msegarra@mayerbrown.com

mshiner@tuckerlaw.com

mshuster@hsgllp.com

msolow@kayescholer.com

mspeiser@stroock.com

mstamer@akingump.com

munno@sewkis.com

mvenditto@reedsmith.com

mwarner@coleschotz.com

mwarren@mtb.com

nathan.spatz@pillsburylaw.com

nbinder@binderschwartz.com
nbojar@fklaw.com
ncoco@mwe.com
neal.mann@oag.state.ny.us
ned.schodek@shearman.com
neilberger@teamtogut.com
nherman@morganlewis.com
nicholas.zalany@squirepb.com
nissay_10259-0154@mhmjapan.com
nlepore@schnader.com
nlieberman@hsgllp.com
notice@bkcylaw.com
nyrobankruptcy@sec.gov
otccorpactions@finra.org
paronzon@milbank.com
pbattista@gjb-law.com
pbosswick@ssbb.com
pdublin@akingump.com
peisenberg@lockelord.com
peter.gilhuly@lw.com
peter.macdonald@wilmerhale.com
peter.meisels@wilsonelser.com
peter.simmons@friedfrank.com
peter@bankrupt.com
pfeldman@oshr.com
pfinkel@wilmingtontrust.com
phayden@mcguirewoods.com
pmaxcy@sonnenschein.com
ppascuzzi@ffwplaw.com
ppatterson@stradley.com
psp@njlawfirm.com
ptrostle@jenner.com
raj.madan@skadden.com
ramona.neal@hp.com
rbeacher@pryorcashman.com
rbernard@foley.com
rbyman@jenner.com
rdaversa@orrick.com
relgidely@gjb-law.com
rfriedman@silvermanacampora.com
rgmason@wlrk.com

rgoodman@moundcotton.com
rgraham@whitecase.com
rhett.campbell@tklaw.com
richard.lear@hklaw.com
richard@rwmaplc.com
rick.murphy@sutherland.com
rleek@hodgsonruss.com
rlevin@cravath.com
rmatzat@hahnhessen.com
rnetzer@willkie.com
robert.dombroff@bingham.com
robert.honeywell@klgates.com
robert.malone@dbr.com
robert.yalen@usdoj.gov
robin.keller@lovells.com
roger@rnagioff.com
ross.martin@ropesgray.com
rpedone@nixonpeabody.com
rrainer@wmd-law.com
rroupinian@outtengolden.com
rrussell@andrewskurth.com
russj4478@aol.com
ryaspan@yaspanlaw.com
sabin.willett@bingham.com
sabramowitz@velaw.com
sabvanrooy@hotmail.com
sally.henry@skadden.com
samuel.cavior@pillsburylaw.com
sandyscafaria@eaton.com
scargill@lowenstein.com
schager@ssnyc.com
schannej@pepperlaw.com
schepis@pursuitpartners.com
schnabel.eric@dorsey.com
schristianson@buchalter.com
scott.golden@hoganlovells.com
scottj@sullcrom.com
scottshelley@quinnemanuel.com
scousins@armstrongteasdale.com
sdnyecf@dor.mo.gov
seba.kurian@invesco.com

sehlers@armstrongteasdale.com

sfalanga@thewalshfirm.com

sfelderstein@ffwplaw.com

sfineman@lchb.com

sfox@mcguirewoods.com

sgordon@cahill.com

sgraziano@blbglaw.com

sgubner@ebg-law.com

sharbeck@sipc.org

shari.leventhal@ny.frb.org

shgross5@yahoo.com

sidorsky@butzel.com

skatona@polsinelli.com

sldreyfuss@hlgslaw.com

sleo@bm.net

slerman@ebglaw.com

slerner@ssd.com

slevine@brownrudnick.com

sloden@diamondmccarthy.com

smillman@stroock.com

smulligan@bsblawyers.com

snewman@katskykorins.com

sory@fdlaw.com

squsba@stblaw.com

sree@lcbf.com

sschultz@akingump.com

sselbst@herrick.com

sshimshak@paulweiss.com

sskelly@teamtogut.com

sstarr@starrandstarr.com

steele@lowenstein.com

stephen.cowan@dlapiper.com

stephen.hessler@kirkland.com

steve.ginther@dor.mo.gov

steven.usdin@flastergreenberg.com

streusand@slollp.com

susheelkirpalani@quinnemanuel.com

swolowitz@mayerbrown.com

szuber@csglaw.com

szuch@wiggin.com

tannweiler@greerherz.com

tbrock@ssbb.com

tdewey@dpklaw.com

tgoren@mofo.com

thenderson@americanmlg.com

thomas.califano@dlapiper.com

timothy.harkness@freshfields.com

tkiriakos@mayerbrown.com

tlauria@whitecase.com

tmacwright@whitecase.com

tmm@mullaw.org

tnixon@gklaw.com

toby.r.rosenberg@irscounsel.treas.gov

tomwelsh@orrick.com

tsalter@blankrome.com

tslome@msek.com

tunrad@burnslev.com

vguldi@zuckerman.com

villa@slollp.com

vmilione@nixonpeabody.com

vrubinstein@loeb.com

wanda.goodloe@cbre.com

wbenzija@halperinlaw.net

wcurchack@loeb.com

wfoster@milbank.com

will.sugden@alston.com

wisotska@pepperlaw.com

wk@pwlawyers.com

wmaher@wmd-law.com

wmarcari@ebglaw.com

wmckenna@foley.com

wsilverm@oshr.com

wswearingen@llf-law.com

wtaylor@mccarter.com

wzoberman@bermanesq.com

yuwatoko@mofo.com