VENABLE LLP
Rockefeller Center
1270 Avenue of the Americas, 24th Flr.
New York, New York 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
Edward P. Boyle
David N. Cinotti
Michael A. Guerra
*Counsel for Goran Puljic, T.K. Narayan,
and Scott Snell*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, MICHAEL A. GUERRA, an attorney admitted to practice in the State of New York, hereby certify that I caused the *Notice of Stipulation and Agreement, between Lehman Brothers Holdings Inc. and Goran Puljic, T.K. Narayn, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo, and Revised Proposed Order, Confirming that the Automatic Stay Does not Apply to Special Proceeding to Stay Arbitration in New York State Court*, and the revised proposed order attached as Exhibit A thereto [ECF Docket No. 53959], (a) to be electronically served on November 17, 2016 on the parties registered for ECF service, and (b) to also be served by the means and to the parties indicated on the attached Service List.

Dated: New York, New York
      November 18, 2016

                                                      MICHAEL A. GUERRA

13786113

## SERVICE LIST

**By E-Mail Transmission on November 17, 2016**

    Hoguet Newman Regal & Kenney, LLP
    John P. Curley (jcurley@hnrklaw.com)
    10 East 40th Street
    New York, New York 10016
    *Attorneys for Cynthia Zamora Daniel
    and Christopher Montalvo*

**By Overnight FedEx on November 17, 2016**

    Honorable Shelley C. Chapman
    One Bowling Green, Courtroom 625
    New York, New York 10004

    Weil Gotshal & Manges
    Attn: Jacqueline Marcus
    767 Fifth Avenue
    New York, New York 10153
    *Attorneys for Debtors*

    Milbank, Tweed, Hadley & McCloy LLP
    Attn: Dennis F. Dunne
    1 Chase Manhattan Plaza
    New York, New York 10005
    *Attorneys for Creditors' Committee*

    Paul Hastings LLP
    Attn: Joshua M. Bennett
    200 Park Avenue
    New York, New York 10166
    *Attorneys for Lehman Brothers Holdings Inc.*

    Office of the United States Trustee
    Attn: William K. Harrington
    U.S. Federal Office Building
    201 Varick Street, Suite 1006
    New York, New York 10014

13786113