WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
:
**In re**                                                               :   **Chapter 11 Case No.**
:
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                         :   **08-13555 (SCC)**
:
                          **Debtors.**                            :   **(Jointly Administered)**
:
------------------------------------------------------------------------x
:
**In re**                                                               :
:   **Case No.**
**LEHMAN BROTHERS INC.,**                                               :
:   **08-01420 (SCC) (SIPA)**
                          **Debtor.**                             :
:
------------------------------------------------------------------------x

WEIL:\95935831\2\58399.0011

# NOTICE OF AGENDA OF MATTERS
## SCHEDULED FOR THE ONE HUNDRED THIRD OMNIBUS AND CLAIMS HEARING ON NOVEMBER 22, 2016 AT 10:00 A.M.

Location of Hearing: United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, **Room 623**, One Bowling Green, New York, NY 10004-1408

## LEHMAN BROTHERS INC. PROCEEDING

### I. UNCONTESTED MATTERS:

1. Twenty-First Application of Hughes Hubbard & Reed LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from January 1, 2016 through July 31, 2016 [**LBI ECF No. 13843**]

    Response Deadline: November 15, 2016 at 4:00 p.m.

    Response Received:

    A. Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-First Application **[LBI ECF No. 13969]**

    Related Document:

    B. Notice of Hearing on Application **[LBI ECF No. 13945]**

    Status: This matter is going forward.

2. Joint Notice of Presentment of Ninth Amended Order Pursuant to Section78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1 Establishing Procedures Governing Interim Monthly Compensation of Trustee and Hughes Hubbard & Reed LLP [**LBI ECF No. 13946**]

    Response Deadline: November 15, 2016 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

II. **STATUS CONFERENCE:**

3. Letter to the Honorable Shelley C. Chapman Requesting Pre-Motion Conference Regarding Executive and Select Deferred Compensation Plan (ESEP) Adversary Proceeding [**LBI ECF No. 13947**]

   Response Deadline: November 16, 2016

   Response Received:

   A. Response of ESEP Claimants [**LBI ECF No. 13971**]

   Related Documents:

   B. Order, Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 7042, to Convert Certain Contested Omnibus Objections to a Consolidated Adversary Proceeding and Establish Related Procedures and Converted Complaint Annexed Thereto [**LBI ECF No. 8576**]

   C. Amended Answer to Complaint [**LBI ECF No. 13966**]

   D. Notice of Pre-Motion Conference [**LBI ECF No. 13960**]

   Status: This status conference is going forward.

**LEHMAN BROTHERS HOLDINGS INC. CHAPTER 11 CASES**

**MATTER TO BE HEARD AT 2:00 P.M.**

III. **ADVERSARY PROCEEDING:**

4. Lehman Brothers Special Financing Inc. v. Federal Home Loan Bank of Cincinnati [**Adversary Proceeding No. 13-01330**]

   **Pretrial Conference**

   Related Documents:

   A. Adversary Complaint [**ECF No. 1**]

   B. Answer to Complaint and Counterclaim of Federal Home Loan Bank of Cincinnati [**ECF No. 27**]

   C. Answer of Lehman Brothers Special Financing Inc. to Counterclaim [**ECF No. 30**]

   D. Pre-Trial Brief of Defendant Federal Home Loan Bank of Cincinnati [**ECF No. 53**]

3

  E. Lehman Brothers Special Financing Inc. 's Pre-Trial Memorandum [**ECF No. 54**]

  F. Reply Pre-Trial Brief of Defendant Federal Home Loan Bank of Cincinnati [**ECF No. 55**]

  G. Lehman Brothers Special Financing Inc.'s Pre-Trial Reply Memorandum [**ECF No. 56**]

 Status:  This matter is going forward.

**IV. ADJOURNED MATTER:**

**A. Lehman Brothers Holdings Inc. Chapter 11 Cases**

5. Status Report of RMBS Trustees in Connection with the Order Establishing a Protocol to Resolve Claims filed by RMBS Trustees on Behalf of Certain Issuers of Residential Mortgage-Backed Securities [**ECF No. 53640**]

 Status:  This matter has been adjourned to November 29, 2016 at 11:00 a.m.

**V. RESOLVED MATTER:**

6. Motion for Relief from Stay of Goran Puljic, T.K. Narayan, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo for (I) a Determination that the Automatic Stay Does Not Apply, or, Alternatively, (II) Relief from the Automatic Stay [**ECF No. 53921**]

Related Document:

A. Stipulation, Agreement, and Order Between Lehman Brothers Holdings Inc. and Goran Puljic, T.K. Narayan, Scott Snell, Cynthia Zamora Daniel, and Christopher Montalvo Confirming that the Automatic Stay Does Not Apply to Special Proceeding to Stay Arbitration in New York State Court [**ECF No. 53963**]

Status: This matter has been resolved.

Dated: November 21, 2016
New York, New York

/s/ Garrett A. Fail
Jacqueline Marcus
Garrett A. Fail

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

Dated: November 21, 2016
New York, New York

/s/ Jeffrey S. Margolin
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

Attorneys for James W. Giddens, Trustee for
the SIPA Liquidation of Lehman Brothers Inc.

WEIL:\95935831\2\58399.0011