Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Attorneys for Lehman Brothers Holdings, Inc.
and Certain Affiliates*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
In re:                                                          :    Chapter 11
                                                                :
                                                                :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS INC., *et al.*,:
                                                                :    (Jointly Administered)
                            Debtors.                            :
----------------------------------------------------------------x

### NOTICE OF WITHDRAWAL OF MOTION FOR AN ORDER COMPELLING ARBITRATION OF DISPUTES UNDER SETTLEMENT AGREEMENT BETWEEN DEBTORS AND ARCH INSURANCE COMPANY

**PLEASE TAKE NOTICE** that, on October 26, 2015, Lehman Brothers Holdings Inc. and its affiliated debtor, Lehman Commercial Paper Inc. (together with their non-debtor affiliates Lehman ALI, Inc. and LV Ritter Ranch LLC, "Lehman") filed the *Motion For An Order Compelling Arbitration Of Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company* [Docket No. 51263] (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that, on November 19, 2015, Arch Insurance Company ("Arch") filed the *Opposition to Motion for Order Compelling Arbitration of Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company* [Docket No. 51511];

**PLEASE TAKE FURTHER NOTICE** that, on December 12, 2015, Lehman filed *Lehman's Reply To Opposition Of Arch Insurance Company To Motion For Order*

DOCS_NY:33595.3 52063/013

*Compelling Arbitration Of Disputes Under Settlement Agreement Between Debtors And Arch Insurance Company* [Docket No. 51659];

**PLEASE TAKE FURTHER NOTICE** that a hearing was held on the Motion on December 17, 2015; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to a settlement agreement by and between Lehman and Arch, Lehman hereby withdraws the Motion.

Dated: November 22, 2016
      New York, New York

                                                                /s/ Dean A. Ziehl
                                                            Dean A. Ziehl
                                                            Maria A. Bove
                                                            PACHULSKI STANG ZIEHL & JONES LLP
                                                            780 Third Avenue, 34th Floor
                                                            New York, New York 10017-2024
                                                            Telephone: (212) 561-7700
                                                            Facsimile: (212) 561-7777

                                                            *Attorneys for Lehman Brothers Holdings Inc.*
                                                            *and Certain Affiliates*