WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       )    Chapter 11 Case No.
                                                            )
Lehman Brothers Holdings Inc., et al.,                      )    08-13555 (SCC)
                                                            )
             Debtors.                                       )    Jointly Administered
                                                            )
------------------------------------------------------------x

<u>**NOTICE OF ADJOURNMENT OF HEARING**</u>

**PLEASE TAKE NOTICE** that, at the request of the Debtors, the date and time of the hearing to consider the Debtors' *Second Objection To Certain RMBS Trust Claims And Motion To Disallow And Expunge Certain RMBS Trust Claims For Insufficient Documentation* [Docket No. 53620], which was previously scheduled for November 29, 2016, at 11:00 a.m., has been adjourned to **<u>December 13, 2016, at 11:00 a.m. (Prevailing Eastern Time)</u>**, or as soon thereafter as counsel may be heard. The Debtors will file their reply briefs on or before 12:00 noon on December 7, 2016. Also at this date and time, the Court will hold a status conference as

to the *Status Report Of RMBS Trustees In Connection With The Order Establishing A Protocol To Resolve Claims Filed By RMBS Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities* [Docket No. 53640]. The hearing and status conference will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, Room 623.

Dated: November 22, 2016
      New York, New York

                                      By: /s/ Todd G. Cosenza
                                        Paul V. Shalhoub
                                        Todd G. Cosenza
                                        Benjamin P. McCallen
                                        WILLKIE FARR & GALLAGHER LLP
                                        787 Seventh Avenue
                                        New York, New York 10019
                                        Telephone: (212) 728-8000
                                        Facsimile: (212) 728-8111

                                        Michael A. Rollin
                                        Maritza Dominguez Braswell (*pro hac vice*)
                                        ROLLIN BRASWELL FISHER LLC
                                        8350 East Crescent Parkway, Suite 100
                                        Greenwood Village, Colorado 80111
                                        Telephone: (303) 945-7415
                                        Facsimile: (303) 945-7468

                                        *Attorneys for Debtors*