Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017-2024
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Attorneys for Lehman Brothers Holdings, Inc.*
*and Certain Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | : | **Case No. 08-13555 (SCC)** |
| | : | |
| | : | **(Jointly Administered)** |
| **Debtors.** | : | |

-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

I, Denise A. Harris, certify that, on the 22nd of November 2016, I caused a true and

accurate copy of *Notice of Withdrawal of Motion for An Order Compelling Arbitration of*

*Disputes Under Settlement Agreement Between Debtors and Arch Insurance Company [Docket*

*No. 53984]* to be served upon the following parties via email and Federal Express, an overnight

courier:

Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602
Attn: T. Scott Leo, Esq.
SLeo@leoweber.com

Gascou Hopkins LLP
1801 Avenue of the Stars, Suite 302
Los Angeles, CA. 90067
Attn: Ronald Hopkins, Esq.
rhopkins@gascouhopkins.com

Chiesa Shahinian & Giantomasi PC
One Boland Drive
West Orange , NJ 07052
Attn: Armen Shahinian Esq. & Scott Zuber, Esq.
szuber@csglaw.com
ashahinian@csglaw.com

*/s/ Denise A. Harris*
Denise A. Harris

SWORN TO AND SUBSCRIBED before me this
22nd day of November, 2016

*/s/ G. Karen Brown*
G. Karen Brown
Notary Public, State of New York
Registration No. 01BR6159074
Qualified in Queens County
Commission Expires January 16, 2019