UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
In re                                                              :     Chapter 11 Case No.
                                                                   :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                           :     08-13555 (SCC)
                                                                   :
              Debtors.                                             :     (Jointly Administered)
                                                                   :
------------------------------------------------------------------ x

### ORDER GRANTING PLAN ADMINISTRATOR'S
### OBJECTION TO PROOF OF CLAIM NUMBER 28520

Upon the objection (the "Objection"),[1] dated October 18, 2016 to proof of claim number 28520 (the "Fried Claim") filed by Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator and Its Affiliated Debtors (the "Plan"), seeking to disallow and expunge the Fried Claim pursuant to section 502(b) of title 11 of the United States Code (the "Bankruptcy Code"), all as more fully described in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided to (i) the United States Trustee for Region 2; (ii) the Securities and Exchange Commission; (iii) the Internal Review Service; (iv) the United States Attorney for the Southern District of New York; (v) the Ad Hoc Committee of LBREP III Limited Partners; and (vi) all other parties entitled to notice in accordance with the procedures set forth in the second amended order entered on June 17, 2010 governing case management and administrative procedures for these cases [ECF No. 9635]; and

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Objection; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that pursuant to section 502(b) of the Bankruptcy Code, claim number 28520 is disallowed and expunged in its entirety with prejudice; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
      November 23, 2016

                                            /S/ Shelley C. Chapman
                                            Honorable Shelley C. Chapman
                                            United States Bankruptcy Judge