B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEW YORK

In re Lehman Brothers Special Financing Inc.,     Case No. 08-13555 (SCC)

### PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee | Name of Transferor |
|---|---|
| **Deutsche Bank AG, London Branch** | **BKM Holdings (Cayman) Ltd.** |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): 17727 |
| c/o Deutsche Bank Securities Inc.<br>60 Wall Street<br>New York, NY 10005<br>Attn : Rich Vichaidith<br>Email : richard.vichaidith@db.com | Transferred Claim Amount: $20,000,000.00<br>Date Claim Filed:<br>Last Four Digits of Acct #: N/A |
| Name and Address where transferee payments should be sent (if different from above): | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____[signature]____     Date: _____
    Transferee/Transferee's Agent

By: ____[signature]____     Date: _____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

DB3/ 201188649.1

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**BKM Holdings (Cayman) Ltd.**, c/o DavidsonKempner Capital Management LP, 520 Madison Avenue, 30th Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Deutsche Bank AG, London Branch**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against [Lehman Brother Special Financing Inc. **(Claim No. 17727)** in the amount of **$20,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

   Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

   IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of November, 2016.

BKM HOLDINGS (CAYMAN) LTD.
By: Davidson Kempner Capital Management LP, its investment advisor

By: _____
Name: Anthony Yoseloff
Title: Managing Member


DEUTSCHE BANK AG, LONDON BRANCH


By: _____
Name:
Title:

By: _____
Name:
Title:

4103619
7011992

EVIDENCE OF TRANSFER OF CLAIM

TO:   Clerk, United States Bankruptcy Court, Southern District of New York

**BKM Holdings (Cayman) Ltd.**, c/o DavidsonKempner Capital Management LP, 520 Madison Avenue, 30th Floor, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an assignment of claims agreement, does hereby certify that Seller has unconditionally and irrevocably sold, transferred and assigned to **Deutsche Bank AG, London Branch**, its successors and assigns ("Buyer"), all Seller's rights, title and interest in and to the claim of Seller against [Lehman Brother Special Financing Inc. **(Claim No. 17727)** in the amount of **$20,000,000.00** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 08-13555 (jointly administered) (JMP).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this Evidence of Transfer of Claim as an unconditional assignment and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, the undersigned have duly executed this Evidence of Transfer of Claim by their duly authorized representatives as of the 25th day of November, 2016.

BKM HOLDINGS (CAYMAN) LTD.
By: Davidson Kempner Capital Management LP, its investment advisor

By: _____
Name:
Title:   Managing Member


DEUTSCHE BANK AG, LONDON BRANCH

By: _____
Name:
Title:

By: _____
Name:
Title:


4103619
7011992