**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re ) | |
| ) | |
| LEHMAN BROTHERS HOLDING INC. ) | Chapter 11 |
| ) | Case No. 08-13555 |
| Debtors. ) | |
| ) | |

  **PLEASE TAKE NOTICE** that by this notice of appearance ("Notice of Appearance"), the attorney listed below hereby appears in the above-captioned case under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") as counsel for Cornerstone Mortgage, Inc., pursuant to Section 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 342 of the Bankruptcy Code, and hereby request that all notices given or required to be served in the above-captioned case, whether written or oral, and all papers served in the case be given to or served upon:

Joshua A. Rosenthal
jrosenthal@mhlawcorp.com

MEDLIN & HARGRAVE
A Professional Corporation
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403
Telephone:  (707) 570-2200
Facsimile:   (707) 570-2201

  PLEASE TAKE FURTHER NOTICE that, pursuant to section 342 of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, electronic or computer means, facsimile transmission, telegraph, telex, or otherwise that (1)

1

affect the above-captioned debtors (the "Debtors"), any property of the Debtors, or any property in which the Debtors hold an interest; and/or (2) affect or seek to affect in any way any rights interest of any party in interest in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Cornerstone Mortgage, Inc. (i) to have final orders in noncore matters entered only after *de novo* review by a District Court, (ii) to trial by jury in any proceeding so triable in these cases, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to with Cornerstone Mortgage, Inc. is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of Cornerstone Mortgage, Inc., and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

PLEASE TAKE FURTHER NOTICE that the attorney submitting this Notice of Appearance appears in this Court via an Order Granting Application for *Pro Hac Vice* Admission by this Court on April 11, 2016 as Docket No. 30 in Adversary Proceeding No. 16-01019.

///
///
///
///
///
///
///
///

DATED: November 28, 2016

By:  */s/ Joshua A. Rosenthal*
Joshua A. Rosenthal

MEDLIN & HARGRAVE
A Professional Corporation
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403
Telephone:  (707) 570-2200
Facsimile:   (707) 570-2201

Attorneys for Cornerstone Mortgage, Inc.