B 210A (Form 210A) (12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re **Lehman Brothers Holdings Inc., et al.**     Case No. **08-13555 (SCC)**
                                                          (jointly administered)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Banc of America Credit Products, Inc**     **Ruby Finance PLC Series 2007-6**
Name of Transferee                            Transferor

Name and Address where notices to transferee     Court Claim # (if known): ___25976___
should be sent:                                  Total Amount of Claim Transferred:
                                                 USD $ 13,845,727.10

Banc of America Credit Products, Inc.
c/o Bank of America Merrill Lynch                Date Claim Filed: __9/21/2009__
Bank of America Tower – 3rd Floor
One Bryant Park
New York, NY 10036                               Court Claim # (if known): ___25975___
Attn: Ryan Weddle / Ante Jakic                   Total Amount of Claim Transferred:
Telephone: (646) 855-7450                        USD $ 13,845,727.10
Fax: (646) 834-9780 / (804) 264-1108
E-mail: ryan.weddle@baml.com / ante.jakic@baml.com
Email: bas.infomanager@bankofamerica.com         Date Claim Filed: __9/21/2009__


Name and Address where transferee payments
should be sent (if different from above):


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/Seth Denson_____     Date: _____11/28/16_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Exhibit B

EVIDENCE OF TRANSFER OF CLAIM

To:    United States Bankruptcy Court ("**Bankruptcy Court**")
Southern District of New York
One Bowling Green
New York, NY 10004

- and -

In re Lehman Brothers Holdings Inc. et al., Chapter 11 Case 08-13555 (jointly administered) (SCC) filed September 15, 2008 in the Bankruptcy Court.

**Claim Numbers:**    LBSF Claim No.25976 *and* LBHI Claim No. 25975

**Amount of Claim:**    $13,845,727.10

    **Ruby Finance PLC**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Banc of America Credit Products Inc.** its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claims of Seller, Claim No. 25976 against Lehman Brothers Special Financing Inc. ("LBSF"), and Claim No. 25975 Lehman Brothers Holdings Inc. ("LBHI"), in each case, in the allowed amount of $13,845,727.10 (the "**Claims**") against LBSF and LBHI (respectively), each a Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

    Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

    You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

    **IN WITNESS WHEREOF**, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative on the 28 day of November, 2016.

| Banc of America Credit Products Inc. | Ruby Finance PLC |
|---|---|
| By: _[signature]_ | By: _____ |
| Title: _____ | Title: _____ |
| Name: SETH DENSON, DIRECTOR | Name: _____ |

B-1

123086342v2

EVIDENCE OF TRANSFER OF CLAIM

**To:** United States Bankruptcy Court ("**Bankruptcy Court**")
Southern District of New York
One Bowling Green
New York, NY 10004

- and -

<u>In re Lehman Brothers Holdings Inc. et al.</u>, Chapter 11 Case 08-13555 (jointly administered) (SCC) filed September 15, 2008 in the Bankruptcy Court.

**Claim Numbers:** LBSF Claim No.25976 *and* LBHI Claim No. 25975

**Amount of Claim:** $13,845,727.10

**Ruby Finance PLC**, its successors and assigns ("**Seller**"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Banc of America Credit Products Inc.** its successors and assigns ("**Buyer**"), all rights, title and interest in and to the claims of Seller, Claim No. 25976 against Lehman Brothers Special Financing Inc. ("**LBSF**"), and Claim No. 25975 Lehman Brothers Holdings Inc. ("**LBHI**"), in each case, in the allowed amount of $13,845,727.10 (the "**Claims**") against LBSF and LBHI (respectively), each a Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Seller hereby waives any objection to the transfer of the Claims to Buyer on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges, understands and agrees, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Buyer the Claims and recognizing the Buyer as the sole owner and holder of the Claims.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claims to Buyer.

**IN WITNESS WHEREOF**, the undersigned has duly executed this Evidence of Transfer of Claims by its duly authorized representative on the 28 day of November, 2016.

| Banc of America Credit Products Inc. | Ruby Finance PLC |
|---|---|
| By: _____ | By: *A Wraßt* |
| Title: _____ | Title: Director |
| Name: _____ | Name: *Adrien Waafter* |

B-1

123086342v2