UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: LEHMAN BROTHERS HOLDINGS, INC., et al.,

                          Debtor

Case No.: 08-13555 (SCC)
Chapter 11

-----------------------------------------------------------x

                          Plaintiff

                          v.

                          Defendant

Adversary Proceeding No.: _____

-----------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, David B. Goldstein, request admission, *pro hac vice*, before the Honorable Shelley C. Chapman, to represent F.T. Financial, Inc., a Interested Party (Loan Seller) in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Arizona and, if applicable, the bar of the U.S. District Court for the (n/a) District of Arizona.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 11/21/2016
Scottsdale, AZ, ~~New York~~

/David B. Goldstein/

*Mailing Address:*

Hymson Goldstein & Pantiliat, PLLC
16427 N. Scottsdale Rd., Ste. 300
Scottsdale, AZ 85254
E-mail address: dbg@hgplaw.com
Telephone number: (480) 991-9077

RECEIVED
NOV 23 2016
U.S. BANKRUPTCY COURT
SD NY