**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:

LEHMAN BROTHERS HOLDINGS,                          Case No.: 08-13555 (SCC)
INC., et al                                                           Chapter 11
                              Debtor

-------------------------------------------------------------x

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of David Goldstein, to be admitted, ***pro hac vice***, to represent F.T. Financial, Inc., (the "Client") a Interested Party (Loan Seller) in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar in the state of Arizona and, if applicable, the bar of the U.S. District Court for the District of Arizona, it is hereby

**ORDERED**, that David B. Goldstein, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: November 30, 2016

New York, New York                          /S/ Shelley C. Chapman
                                                      UNITED STATES BANKRUPTCY JUDGE