## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banc of America Credit Products, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CVI AA Lux Master S.à.r.l.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of **$4,000,000.00** (the "Claim"), as set forth in proof of claim number **20121** (Docket Number 52546) filed against Lehman Brothers Holdings Inc. ("Debtor") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October __27__, 2016.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name
Title       SETH DENSON
            DIRECTOR

**CVI AA LUX MASTER S.À.R.L.**
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name
Title       Jeremiah Gerhardson
            Authorized Signer

121198714v2

EXHIBIT A

## EVIDENCE OF PARTIAL TRANSFER OF CLAIM

### TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Banc of America Credit Products, Inc.** ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to **CVI AA Lux Master S.à.r.l.** ("Assignee") all of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, claims in the aggregate amount of **$4,000,000.00** (the "Claim"), as set forth in proof of claim number **20149** (Docket Number 52548) filed against Lehman Brothers Special Financing Inc. ("Debtor") currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") In re Lehman Brothers Holdings Inc., et al., Case No. 08-13555 (SCC) (Jointly Administered).

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this Evidence of Transfer of Claim is executed on October __27__, 2016.

**BANC OF AMERICA CREDIT PRODUCTS, INC.**

By: _____
Name
Title     SETH DENSON
          DIRECTOR

**CVI AA LUX MASTER S.À.R.L.**
By: CarVal Investors, LLC
Its Attorney-in-Fact

By: _____
Name    Jeremiah Gerhardson
Title   Authorized Signer

121198714v2