## NOTICE OF TRANSFER AND EVIDENCE OF TRANSFER OF CLAIM

**Form 210A (10/06)**

### United States Bankruptcy Court

### SOUTHERN DISTRICT OF NEW YORK

In re LEHMAN BROTHERS HOLDINGS INC, Case No. 08-13555(JMP) JOINTLY ADMINISTERED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).

Transferee hereby gives evidence and notice pursuant to Rule 300 1(e)(2), Fed, R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee<br>Credit Suisse Loan Funding LLC | Name of Transferor<br>Credit Suisse Securities (USA) LLC |
| Name and Address where notices to transferee should be sent:<br>Attn: Loan Ops<br>One Madison Avenue<br>New York, New York 10010 | Court Claim # (if known): 22844<br>Amount of Claim: $2,034,976.99<br>Date Claim Filed: September 21, 2009<br>Transferred Amount of Claim: $2,034,976.99 |
| Phone: 212-538-2905<br>Last Four Digits of Acct #: | Phone:<br>Name and Address where transferee payments should be sent (if different from above): |

Bank accounts details of Transferee:

The Bank of New York
ABA 021000018
Acct Name: Credit Suisse Loan Funding LLC
Acct Number: 8901149357
Ref: LBHI/Pequot

NYC:372835.1

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____   Date: 28 November 2016
   Transferee/Transferee's Agent
   Michael Wotanowski
   Authorized Signatory

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §1152 & 3571.

NYC:372835.1

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, Credit Suisse Securities (USA) LLC ("Seller") hereby unconditionally and irrevocably sells, transfers and assigns to Credit Suisse Loan Funding LLC ("Purchaser") an undivided interest equal to 100% (which corresponds to a principal amount of $2,034,976.99) of its right, title, interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) against Lehman Brothers Holdings Inc. ("LBHI") (the "Debtor"), the debtor in Case No. 08-13555 (JMP) pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), and the relevant portion of any and all proofs of claim (No. 22844) filed by Seller with the Bankruptcy Court in respect of the foregoing claim.

Seller hereby waives any objection to the transfer of the claim to Purchaser on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Seller acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Seller transferring to Purchaser the foregoing claim, recognizing Purchaser as the sole owner and holder of the claim, and directing that all payments or distributions of money or property in respect of the claim be delivered or made to Purchaser.

[signatures on the following page]

NYC:372835.1

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM is executed this 28 day of November, 2016.

**Credit Suisse Securities (USA) LLC**

By: _____
Name: Michael Wotanowski
Title: Authorized Signatory

**Credit Suisse Loan Funding LLC**

By: _____
Name: Michael Wotanowski
Title: Authorized Signatory

NYC:372835.1