B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc.</u>,  Case No. <u>08-13555</u>

## PARTIAL TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| <u>HBK LOAN I LLC</u> | <u>HBK MASTER FUND L.P.</u> |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    HBK Loan I LLC
    c/o Virtus Group, LP
    5400 Westheimer Court, Ste 760
    Houston, Texas  77056
    Attention:  Paul Plank

Court Claim # (if known): <u>Claim No. 29557.02</u>

Amount of Claim Transferred: <u>$500,000,000</u>
Date Claim Filed: <u>September 22, 2009</u>
Debtor: <u>Lehman Brothers Holdings Inc.</u>

Phone: <u>(713) 993-4300</u>
Last Four Digits of Acct #:_____

Phone:_____
Last Four Digits of Acct #:_____

Name and Address where transferee payments should be sent (if different from above):

Phone:_____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ J. R. Smith</u>  Date: <u>December 2, 2016</u>
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Lehman Brothers Holdings Inc., Debtor in Case No. 08-13555 (SCC) (Jointly Administered)

Claim Number: 29557.02
Transferred Claim Amount: $500,000,000

    HBK MASTER FUND L.P. ("Transferor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of a related Assignment of Claim agreement, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to

**HBK Loan I LLC**
c/o Virtus Group, LP
540 Westheimer Court, Suite 760
Houston, TX 77056
Telephone: (713) 993-4300
Facsimile: (877) 718-2507
Attention: Paul Plank
Email: hbkloan1llc@virtusllc.com

and its successors and assigns ("Transferee"), all right, title and interest in and to the claim of Transferor against LEHMAN BROTHERS HOLDINGS INC., et al., solely to the extent of the allowed amount of $500,000,000, docketed as Claim No. 29557.02 (the "Claim") in the above-referenced case.

    Transferor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Transferee herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Transferee.

    IN WITNESS WHEREOF, dated as set forth below.

| **HBK MASTER FUND L.P.** | **HBK LOAN I LLC** |
|---|---|
| By: HBK Services LLC | |
|     Investment Advisor | |
| By: _____ | By: _____ |
| (Signature of authorized signatory) | (Signature of authorized signatory) |
| Name: Beauregard A. Fournet | Name: Beauregard A. Fournet |
| Title: Authorized Signatory | Title: Vice President |
| Date: December 1, 2016 | Date: December 1, 2016 |