UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————x
                                            :
In re:                                      :    Case No. 08-13555(SCC)
                                            :
LEHMAN BROTHERS HOLDINGS, INC., :    Chapter 11
et al.,                                     :
                                            :
Debtors.                                    :
                                            :
———————————————————x

MOTION FOR ADMISSION TO PRACTICE
PRO HAC VICE

I, Louis R. Cohan, request admission, *pro hac vice,* before the Honorable Shelley C. Chapman, to represent Home Lenders of Georgia, LLC, a Georgia Limited Liability Company in the above-referenced case.

**I certify that I am a member in good standing** of the bar in the state of Georgia and, if applicable, the bar of the U.S.District Court for for the Northern District of Georgia.

I have submitted the filing fee of $200.00 with this motion for pro hac vice admission.

Dated: December 2, 2016.

COHAN LAW GROUP, LLC
3340 Peachtree Rd., N.E.,
Suite 2570
Atlanta, Georgia 30326
lcohan@cohanlawgroup.com
(404) 891-1770

/S/ Louis R. Cohan
Georgia Bar No. 173357

Counsel for Home Lenders of
Georgia, LLC

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the foregoing Motion for Admission to Practice, *Pro Hac Vice* using the CM/ECF system which will automatically serve all counsel of record via email.

This 2nd day of December, 2016

Respectfully submitted,

COHAN LAW GROUP, LLC
3340 Peachtree Rd., N.E.,
Suite 2570
Atlanta, Georgia 30326
lcohan@cohanlawgroup.com
(404) 891-1770

/S/ Louis R. Cohan
Georgia Bar No. 173357

Counsel for Home Lenders of Georgia, LLC