UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
:
In re:                                                                           :    Case No. 08-13555(SCC)
:
LEHMAN BROTHERS HOLDINGS, INC.,    :    Chapter 11
et al.,                                                                         :
:
Debtors.                                                                  :
:
_____x

# ORDER GRANTING ADMISSION TO PRACTICE, PRO HAC VICE

Upon the Motion of Louis R. Cohan, to be admitted, *pro hac vice,* to represent Home Lenders of Georgia, LLC, (the Client) a Georgia Limited Liability Company in the above referenced case, and upon the movant's certification that the movant is a member in good standing of the bar of the State of Georgia and, if applicable, the bar of the U.S. District Court for the Northern District of Georgia, it is hereby

**ORDERED**, that Louis R. Cohan, Esq., is admitted to practice, ***pro hac vice,*** in the above referenced case to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

[SIGNATURE ON FOLLOWING PAGE]

Dated: December 2, 2016.

New York, New York

                                                <u>/S/ Shelley C. Chapman</u>
                                                UNITED STATES BANKRUPTCY JUDGE

COHAN LAW GROUP, LLC
3340 Peachtree Rd., N.E.,
Suite 2570
Atlanta, Georgia 30326
lcohan@cohanlawgroup.com
(404) 891-1770

/S/ Louis R. Cohan_____
Georgia Bar No. 173357

Counsel for Home Lenders of Georgia, LLC