

**PICTET**
1805

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn : Lehman Brothers Holdings Inc.
One Bowling Green
New York, NY 10004-1408
USA

Geneva, 16.11.2016
Our ref: 2197/DA

Re :   **Lehman Brothers Holding Inc., et al., Debtors**
       **Chapter 11, Case No. 08.13555 (JMP) (Jointly Administered)**
       **TRANSFER OF CLAIM**

Dear Sirs,

Acting as authorised representatives of Banque Pictet & Cie SA, we are pleased to request the transfer of a portion of the claim number **55837** filled in the name of Credit Suisse AG (Transferor) to Banque Pictet & Cie SA (Transferee).

In order to support our transfer request, please find enclosed herewith the following documents duly completed and signed by the Transferor and/or the Transferee.

- Form 210A duly signed by the Transferee;
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 to the Evidence of Transfer of Claim

We would be much appreciative if you could acknowledge receipt of the present request and confirm the transfer, either by email (daeschlimann@pictet.com), fax (+41583232050), telephone (+41583232197) or post mail to the attention of Mr. David Aeschlimann.

Should you need any further information, please do not hesitate to contact the above-named.

Yours sincerely,

BANQUE PICTET & CIE SA

Mélanie Pichonnaz                    David Aeschlimann

Banque Pictet & Cie SA
Route des Acacias 60
1211 Genève 73
Suisse
+41 58 323 2323 — TÉL
+41 58 323 2324 — FAX
pictet.com

**Form 210A (10/06)**

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BANQUE PICTET & CIE SA | CREDIT SUISSE AG |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices
to transferee should be sent:
Banque Pictet & Cie SA
Att : David Aeschlimann
Route des Acacias 60
1211 Geneva 73
Phone: __+41.58.323.2197__
Last Four Digits of Acct #: __EOC 93010__

Court Claim # (if known): __55837__
Date Claim Filed: __October 29, 2009__
Amount of Claim: _____
Portion of Claim Transferred (see
Schedule I): __USD 200'000 nominal__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee
payments should be sent (if different
from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**BANQUE PICTET & CIE SA**

By: _____          Date: __November 16, 2016__
　　Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Melanie PICHONNAZ          David AESCHLIMANN

## EVIDENCE OF TRANSFER OF CLAIM

### TO:    THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **Banque Pictet & Cie SA** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55837** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 16, 2016.**

**Credit Suisse AG**

By:_____
Name: Adrian Graf
Title:   AVP

By:_____
Name: Sandro Hunziker
Title:   AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0328922645 | 55837 | October 29, 2009 | Lehman Brothers Treasury BV | USD 200'000 |