# FALCON PRIVATE BANK
### SWISS PRIVATE BANKING

By courier
US Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Zurich, November 18, 2016

**RE LEHMAN BROTHERS HOLDINGS, INC.  CASE NO. 08-13555 (JMP)**

Dear Sir or Madam

Pleas find enclosed a duly filled and signed Form 210A.

| | | |
|---|---|---|
| ☐ for your information | ☒ for execution | ☐ returned with thanks |
| ☐ for signature | ☐ for approval | ☐ for examination |
| ☒ for your files | ☐ for statement | ☐ please contact me |
| ☐ according to your letter | ☐ as per conversation | ☐ please return |

Sincerely yours,
Falcon Private Bank Ltd.

Form without signature

Enclosure
- Form 210A



Falcon Private Bank Ltd. | Pelikanstrasse 37 | P.O. Box 1376 | 8021 Zurich, Switzerland
Phone +41 44 227 55 55 | Fax +41 44 227 55 11 | www.falconprivatebank.com

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Holdings, Inc.          ,          Case No.  08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Falcon Private Bank Ltd. | Bank Hapoalim (Switzerland) Ltd |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  Legal & Compliance, Pelikanstrasse 37,
  CH-8001 Zürich (Switzerland)

Court Claim # (if known):  55855
Amount of Claim:  $200,000.00
Date Claim Filed:  10/16/2009

Phone:  +41 44 227 55 55
Last Four Digits of Acct #: _____

Phone:  +41 44 283 81 81
Last Four Digits of Acct. #:  2744

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: My Chau Ha        /    Manuel Graf          Date:  11/16/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

