WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:   (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
In re                                                              :   Chapter 11
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                   :   Case No.: 08-13555 (SCC)
                                                                   :
               Debtors.                                            :   (Jointly Administered)
-------------------------------------------------------------------x

## CERTIFICATION OF SERVICE

I, John D. Giampolo, of full age, hereby certify as follows:

1.     I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth

Avenue, New York, New York 10110, attorneys for Lehman Brothers Holdings Inc., as Plan

Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers*

*Holdings Inc. and Its Affiliated Debtors* for the entities in the above captioned chapter 11 cases.

2. On December 5, 2016, I caused true and correct copies of the following documents to be served electronically through the Court's ECF filing system on the parties requesting electronic service and by email to Ilene W. Berman, Esq., and Louis R. Cohan, Esq., counsel for Home Lenders of Georgia, LLC, and on December 6, 2016 I caused true and correct copies of the following documents to be served via overnight mail or hand delivery to parties listed on the service list annexed hereto.

(a) *Lehman Brothers Holdings Inc.'s Memorandum in Reply to the Response of Home Lenders of Georgia, LLC Lehman Brothers Holdings Inc.'s Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [ECF No. 54087]; and

(b) *Declaration of Adam M. Bialek in Support of Lehman Brothers Holdings Inc.'s Memorandum in Reply to the Response of Home Lenders of Georgia, LLC Lehman Brothers Holdings Inc.'s Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order*, and Exhibits A and B thereto [ECF Nos. 54087-1, 54087-2, 54087-3].

Dated: New York, New York  
December 6, 2016

/s/ John D. Giampolo  
John D. Giampolo

# **Service List**

The Honorable Shelley C. Chapman
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, New York 10004
*(Via Hand Delivery)*

William K. Harrington, Esq.
Susan Golden, Esq.
Andrea B. Schwartz, Esq.
The Office of the United States Trustee
for the Southern District of New York
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014
*(Via Hand Delivery)*

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia 30339
Attn: Ilene W. Berman, Esq.
Email: iberman@taylorenglish.com
*(Via Overnight Mail)*

Cohan Law Group, LLC
3340 Peachtree Rd., N.E. Suite 2570
Atlanta, GA 30326
Attn: Louis R. Cohan, Esq.
Email: lcohan@cohanlawgroup.com
*(Via Overnight Mail)*