WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――x

In re:                                          :

LEHMAN BROTHERS HOLDINGS INC., *et al.*,        :

                Debtors.                        :
―――――――――――――――――――――――――x

Chapter 11

Case No. 08-13555 (SCC)

**NOTICE OF ADJOURNMENT OF HEARING ON
MOTION BY LEHMAN BROTHERS HOLDINGS INC. FOR ENTRY OF
AN OMNIBUS ORDER (I) TO ENFORCE AGAINST NONCOMPLIANT MORTGAGE
LOAN SELLERS, AND TO COMPEL THEM TO COMPLY WITH, THE ALTERNATIVE
DISPUTE RESOLUTION PROCEDURES ORDER FOR INDEMNIFICATION CLAIMS
OF THE DEBTORS AGAINST MORTGAGE LOAN SELLERS, AND
(II) FOR CIVIL CONTEMPT SANCTIONS AGAINST SUCH NONCOMPLIANT
<u>MORTGAGE LOAN SELLERS FOR THEIR VIOLATION OF THE ORDER</u>**

**PLEASE TAKE NOTICE** that the hearing on *Motion by Lehman Brothers Holdings Inc.*

*for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and*

*to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for*

*Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* [**ECF No. 53946**] (the "Motion") and any objections to the Motion, which is currently scheduled for December 8, 2016 at 11:00 a.m. (E.S.T.), **has been adjourned to January 11, 2017 at 10:00 a.m. (E.S.T.)**, or as soon thereafter as counsel may be heard (the "Hearing"), as to the following parties:

- America One Mortgage Corporation;
- American Pacific Mortgage Corporation;
- Atlantic Trust Mortgage Corp.;
- California Home Investments, Inc.;
- Comstock Mortgage;
- Cornerstone Mortgage, Inc.;
- Family Mortgage Inc.;
- K&B Capital Corp.;
- Parkside Lending, LLC; and
- Sacramento 1st Mortgage, Inc.

The Hearing will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Court, One Bowling Green, New York, New York 10004, Courtroom 623, and such Hearing may be further adjourned from time to time without further notice other than an announcement of the Hearing.

Dated: New York, New York
December 6, 2016

/s/Adam M. Bialek
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (pro hac vice)

*Attorneys for Lehman Brothers Holdings Inc.*