WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (212) 382-0050
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――x
In re:                                                            :     Chapter 11

LEHMAN BROTHERS HOLDINGS INC., *et al.*,    :     Case No. 08-13555 (SCC)

                     Debtors.                                 :
―――――――――――――――――――――――x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 8, 2016 AT 11:00 A.M.**

Location of Hearing:    United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton U.S. Custom House, before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, Room 623, One Bowling Green, New York, NY 10004-1408

**I.    CONTESTED MATTERS:**

1. Motion by Lehman Brothers Holdings Inc. for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order [**ECF No. 53946**] ("Motion to Enforce ADR Order")

    Response Deadline:    November 28, 2016 at 4:00 p.m.

    Response Received:    Response of Home Lenders of Georgia, LLC to the Motion to Enforce ADR Order [**ECF Nos. 54013, 54013-1, 54013-2**]

    Related Documents:

    A.   June 24, 2014 Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, entered July 18, 2014 [**ECF No. 45277**] (the "ADR Order")

    B.   Notice of Hearing on Motion to Enforce ADR Order [**ECF No. 53946-1**]

    C.   Declaration of Scott Drosdick in Support of Motion to Enforce ADR Order [**ECF Nos. 53946-2** through **53946-64**]

    D.   Proposed Order for Motion to Enforce ADR Order [**ECF No. 53946-65**]

    E.   Certification of Service for Motion to Enforce ADR Order [**ECF No. 53946-66**]

    F.   Lehman Brothers Holdings Inc.'s Memorandum in Reply to Response of Home Lenders of Georgia, LLC to the Motion to Enforce ADR Order [**ECF No. 54087**] (the "Reply")

    G.   Declaration of Adam M. Bialek in Support of Reply [**ECF Nos. 54087-1** through **54087-3**]

    H.   Certification of Service for Reply [**ECF No. 54090**]

    I.    Motion by Lehman Brothers Holdings Inc. for Authority to File Under Seal and Redact Confidential and Privileged Information from Documents Pursuant to (I) Bankruptcy Code Section 107(b), (II) Bankruptcy Rule 9018, and (III) the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers [**ECF Nos. 53947, 53947-1, 53947-2**]

    J.    Joint Non-Opposition to the Motion to Enforce ADR Order filed on behalf of Cornerstone Mortgage, Inc., Parkside Lending, LLC, Sacramento 1st Mortgage, Inc., Comstock Mortgage and American Pacific Mortgage, Inc. [**ECF No. 54008**]

    K.    Notice of Adjournment of Motion to Enforce ADR Order [**ECF No. 54091**] ("Notice of Adjournment") as to America One Mortgage Corporation, American Pacific Mortgage Corporation, Atlantic Trust Mortgage Corp., California Home Investments, Inc., Comstock Mortgage, Cornerstone Mortgage, Inc., Family Mortgage Inc., K&B Capital Corp., Parkside Lending, LLC, and Sacramento 1st Mortgage, Inc.

Status: This matter is going forward as to all parties not included in the Notice of Adjournment

2. Letter dated November 1, 2016 filed by Stephen R. Williams on behalf of Mortgage Experts requesting sanctions [**ECF No. 53970**] ("Mortgage Experts Sanctions Request")

Response Deadline:  N/A

Response Received:  Letter dated November 30, 2016 filed on behalf of Lehman Brothers Holdings Inc. in response to Mortgage Experts Sanctions Request [**ECF No. 54018**]

Related Documents:

    A.    Letter dated December 2, 2016 filed by Stephen R. Williams on behalf of Mortgage Experts in reply to Lehman Brothers Holdings Inc.'s response to Mortgage Experts Sanctions Request [**ECF No. 54066**]

    B.    ADR Order [**ECF No. 45277**]

Status: This matter is going forward

Dated: New York, New York
December 7, 2016

/s/ *John D. Giampolo*
William A. Maher, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile:  (212) 382-0050

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:  (303) 945-7415
Facsimile:  (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Attorneys for Lehman Brothers Holdings Inc.*