WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Paul V. Shalhoub
Todd G. Cosenza
Benjamin P. McCallen

ROLLIN BRASWELL FISHER LLC
8350 East Crescent Parkway, Suite 100
Greenwood Village, Colorado 80111
Telephone: (303) 945-7415
Facsimile: (303) 945-7468
Michael A. Rollin
Maritza Dominguez Braswell (*pro hac vice*)

*Attorneys for Debtors Lehman Brothers Holdings Inc.*
*and Certain of its Affiliates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
                                                            )
In re                                                       ) Chapter 11 Case No.
                                                            )
Lehman Brothers Holdings Inc., et al.,                      ) 08-13555 (SCC)
                                                            )
            Debtors.                                        ) Jointly Administered
                                                            )
------------------------------------------------------------x

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that, at the request of the Debtors, the date and time of the hearing to consider the Debtors' *Second Objection To Certain RMBS Trust Claims And Motion To Disallow And Expunge Certain RMBS Trust Claims For Insufficient Documentation* [Docket No. 53620], which was previously scheduled for December 13, 2016, at 11:00 a.m., has been adjourned to a date and time to be agreed upon by the Debtors and the RMBS Trustees. Also at that date and time, the Court will hold a status conference as to the *Status Report Of RMBS Trustees In Connection With The Order Establishing A Protocol To Resolve Claims Filed*

*By RMBS Trustees On Behalf Of Certain Issuers Of Residential Mortgage-Backed Securities*

[Docket No. 53640].

Dated: December 7, 2016
      New York, New York

      By: /s/ Todd G. Cosenza
          Paul V. Shalhoub
          Todd G. Cosenza
          Benjamin P. McCallen
          WILLKIE FARR & GALLAGHER LLP
          787 Seventh Avenue
          New York, New York 10019
          Telephone: (212) 728-8000
          Facsimile: (212) 728-8111

          Michael A. Rollin
          Maritza Dominguez Braswell (*pro hac vice*)
          ROLLIN BRASWELL FISHER LLC
          8350 East Crescent Parkway, Suite 100
          Greenwood Village, Colorado 80111
          Telephone: (303) 945-7415
          Facsimile: (303) 945-7468

          *Attorneys for Debtors*