FILED / RECEIVED

NOV 2 2 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>     Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

<u>EFG Bank AG</u>
Name of Transferee

<u>Credit Suisse AG</u>
Name of Transferor

Name and Address where notices to transferee should be sent:

**EFG Bank**
24, quai du Seujet
CP 2391 1211 Genève 2
SUISSE

Phone: 0041229167945
Last Four Digits of Acct #: 0247

Court Claim # (if known): 55829
Date Claim Filed: _____
Amount of Claim: _____
Portion of Claim Transferred (see Schedule I): _____

Phone: _____
Last Four Digits of Acct. #: 02-71

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____ /s/ _____ Date: November 7, 2016
Transferee/Transferee's Agent
Sandra MULLER     Karinne Balzarini-Gautier
Authorized Officer     Vice President

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



RECEIVED
NOV 29 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Credit Suisse AG** ("Transferor") unconditionally and irrevocably transferred to **EFG Bank A.G.** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55829** relating to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 7, 2016.**

**Credit Suisse AG**

By: _____
Name: Adrian Graf
Title:  AVP

By: _____
Name: Claudio P. Sieber
Title:  AVP

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0200265709 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 1'173'000 |
| XS0324446011 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | USD 760'000 |
| XS0338138307 | 55829 | October 29, 2009 | Lehman Brothers Treasury BV | EUR 3'630'000 |

NOV 19 '16 8:20

