WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Jacqueline Marcus
Garrett A. Fail

Attorneys for Lehman Brothers Holdings Inc.
and Certain of Its Affiliates

HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
James B. Kobak, Jr.
Christopher K. Kiplok
Jeffrey S. Margolin

Attorneys for James W. Giddens,
Trustee for the SIPA Liquidation of Lehman Brothers Inc.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
                :

In re                      :  **Chapter 11 Case No.**

                :

**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,  :  **08-13555 (SCC)**

                :

           **Debtors.**   :  **(Jointly Administered)**

                :

---------------------------------------------------------------------------x
                :

In re                      :

                :  **Case No.**

**LEHMAN BROTHERS INC.,**  :

                :  **08-01420 (SCC) (SIPA)**

           **Debtor.**   :

                :

---------------------------------------------------------------------------x

## NOTICE OF CANCELLATION OF HEARING
## SCHEDULED FOR DECEMBER 13, 2016 AT 10:00 A.M.

**PLEASE TAKE NOTICE** that the hearing that was scheduled for

December 13, 2016, at 10:00 a.m. (Prevailing Eastern Time), before the Honorable Shelley C.

Chapman, United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling

Green, New York, New York, 10004-1408 **has been cancelled.**

**PLEASE TAKE FURTHER NOTICE** that the matters scheduled for December

13, 2016 may be rescheduled for a future hearing.


Dated:  December 8, 2016
      New York, New York

                    /s/ Garrett A. Fail
                    Jacqueline Marcus
                    Garrett A. Fail

                    WEIL, GOTSHAL & MANGES LLP
                    767 Fifth Avenue
                    New York, New York 10153
                    Telephone: (212) 310-8000
                    Facsimile: (212) 310-8007

                    Attorneys for Lehman Brothers Holdings Inc.
                    and Certain of Its Affiliates


Dated:  December 8, 2016
      New York, New York

                    /s/ Jeffrey S. Margolin
                    James B. Kobak, Jr.
                    Christopher K. Kiplok
                    Jeffrey S. Margolin

                    HUGHES HUBBARD & REED LLP
                    One Battery Park Plaza
                    New York, New York 10004
                    Telephone: (212) 837-6000
                    Facsimile: (212) 422-4726

                    Attorneys for James W. Giddens, Trustee for
                    the SIPA Liquidation of Lehman Brothers Inc.