B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of New York

In re  Lehman Brothers Special Financing, Inc.  ,          Case No.  08-13555 (SCC)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Bridge Holdings (Bermuda) Ltd.                     White Mountains Life Reinsurance (Bermuda) Ltd.
Name of Transferee                                          Name of Transferor

Name and Address where notices to transferee       Court Claim # (if known):  19685
should be sent:                                     Amount of Claim:  $1,808,000.00
26 Reid Street, 6th Floor North                     Date Claim Filed:  09/11/2009
Hamilton, HM 11 Bermuda

Phone:  441-278-3166                                Phone:  441-278-3166
Last Four Digits of Acct #:                         Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/                                             Date:  12/01/2016
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.