UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------x
In re                                                : Chapter 11 Case No.
                                                     :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,             : 08-13555 (SCC)
                                                     :
                        Debtors.                     : (Jointly Administered)
------------------------------------------------------------------------------x

### ORDER GRANTING OBJECTION TO PROOF OF CLAIM NUMBER 12803

Upon the objection, dated November 11, 2016 (the "Objection")[1], of Lehman Brothers Holdings Inc. ("LBHI" or the "Plan Administrator"), as Plan Administrator under the Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors (the "Plan"), pursuant to sections 502(b) and 510(b) of title 11 of the United States Code (the "Bankruptcy Code"), seeking to subordinate proof of claim number 12803 (the "Fong Claim") and classify the Fong Claim as an Equity Interest in LBHI (as such term is defined in the Plan), all as more fully described in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Objection is in the best interests of the Chapter 11 Estates, their creditors, and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

ORDERED that the Fong Claim is subordinated pursuant to section 510(b) of the Bankruptcy Code; and it is further

ORDERED the Plan Administrator is authorized to classify the Fong Claim in LBHI Class 12; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: December 9, 2016
      New York, New York

/S/ Shelley C. Chapman
UNITED STATES BANKRUPTCY JUDGE