

TARGOBANK AG & Co. KGaA  Harry-Epstein-Platz 5  47051 Duisburg

**Herr**
**Alexander Weiß**
**Hauptstrasse 5**
**85305 Jetzendorf**

TARGOBANK AG & Co. KGaA

Wertpapier-Service
Harry-Epstein-Platz 5
47051 Duisburg

Telefon +49 211 - 900 20 333
Telefax +49 203 - 34 71 60 51

www.targobank.de

**Übertrag Ihrer Lehman-Wertpapiere**

08.11.2016

Sehr geehrter Depotkunde,

vielen Dank, dass Sie uns die Unterlagen für den Übertrag Ihrer Lehman-Wertpapiere vollständig zurückgesendet haben. Anbei erhalten Sie nun die Formulare „Form 210A" sowie „Evidence of Transfer of Claim – Version B" durch uns unterzeichnet zurück. Beachten Sie insbesondere, dass Änderungen in diesen Dokumenten nur durch die TARGOBANK vorgenommen werden dürfen.

Bitte übersenden Sie die gesamte Dokumentation mit dem beigefügten, adressierten Umschlag an folgende Anschrift des Insolvenzgerichtes in den USA:

United States Bankruptcy Court
Southern District of New York
Attention: Clerk's Office
One Bowling Green
New York, NY 10004-1408
USA

Sobald wir eine Zustellungsbestätigung von Ihnen erhalten haben, werden wir die von Ihnen gewünschte Wertpapierübertragung vornehmen.

Als Versandart empfehlen wir den von der Deutschen Post AG angebotenen Versandweg mittels internationalem Einschreiben und internationalem Rückschein.

Sollten Sie noch Fragen haben, erreichen Sie uns montags bis freitags in der Zeit von 08:00 – 22:00 Uhr unter der oben genannten Rufnummer.

Mit freundlichen Grüßen

TARGOBANK AG & Co. KGaA

Dietmar Wengeler        Karen Brodersen

Persönlich haftender und geschäftsführender Gesellschafter: TARGO Management AG | Vorstand: Pascal Laugel (Vorsitzender);
Jürgen Liebeknecht; Berthold Rüsing; Maria Topaler | Vorsitzender des Aufsichtsrates: Eckart Thomä
Sitz der Gesellschaft: Düsseldorf | Handelsregister Amtsgericht Düsseldorf HRB 48380 | USt-ID-Nr.: DE 811 285 485;
USt-ID-Nr. des umsatzsteuerlichen Organträgers: DE 261 486 989



MIX
Papier aus verantwortungsvollen Quellen
FSC® C015076

# Agreement and evidence of transfer of claim
## Lehman Program Security

TO: THE DEBTOR AND THE BANKRUPTY COURT

1. For value received, the adequacy and sufficiency of which are hereby acknowledged, **TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA** ("Transferor") hereby unconditionally and irrevocably transfers and assigns to

   Mr. Alexander Weiß
   *name of customer*

   (the "Transferee"), as of the date hereof, an undivided interest, to the extent of $ 9,940.70, which is equal to 0,002309325 % and as specified in Schedule 1 attached hereto (the "Transferred Claim"), in Transferor's right, title and interest in and to, or arising under or in connection with Proof of Claim Number 55404 filed by or on behalf of

   Mr. Alexander Weiß
   *name of customer*

   (the "Proof of Claim") against Lehman Brothers Holdings, Inc., debtor in proceedings for reorganization (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York (the "Court"), administered under Case No. 08-13555 (JMP) (the "Debtor"), but only to the extent related to the Transferred Claim. For the avoidance of doubt, the Transferred Claim will not encompass Transferor's rights, title or interests in and to and arising in relation to the Proof of Claim or the security or securities except to the extent of $ 9,940.70, which is equal to 0,002309325 % and as specified in Schedule 1 attached hereto.

2. Transferor hereby waives any objection to the transfer of the Transferred Claim to Transferee on the books and records of the Debtor and the Court, and hereby waives to the fullest extent permitted by law any notice or right to receive notice of a hearing pursuant to Rule 3001(e) of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law, and consents to the substitution of Transferor by Transferee for all purposes in the case, including, without limitation, for voting and distribution purposes with respect to the Transferred Claim. Transferor acknowledges and understands, and hereby stipulates, that an order of the Court may be entered without further notice to Transferor transferring to Transferee the Transferred Claims, recognizing Transferee as the sole owner and holder of the Transferred Claim, and directing that all payments or distributions of money or property in respect of the Transferred Claim be delivered or made to Transferee. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Transferred Claim, and all payments or distributions of money or property in respect of the Transferred Claim, shall be delivered or made to the Transferee.

3. Transferor's and Transferee's rights and obligations hereunder shall be governed by and interpreted and determined in accordance with German law, excluding any conflict of laws provisions (Kollisionsrecht). Particular allowance shall be made for the fact that this Agreement is to be used to comply with certain requirements relevant under US Federal Law or the laws of the State of New York.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this 25 th day of Oct. 2016.

| TARGOBANK AG & Co. KGaA f/k/a Citibank Privatkunden AG & Co. KGaA on behalf of | |
|---|---|
| Mr. Alexander Weiß<br>*name of customer* | Mr. Alexander Weiß<br>*name of customer* |
| By _____ i.V. _____<br>     A. Kluge | By X _____ |
| Name    T. Peters | Name  Mr. Alexander Weiß |
| Title    Area Manager    Process Leader | Title |
| Kasernenstr. 10<br>*address* | Hauptsr. 5<br>*address* |
| 40213 Duesseldorf, Germany<br>*city, state, zip* | 85305 Jetzendorf, GERMANY<br>*city, state, zip* |

# United States Bankruptcy Court

In re Lehman Brothers Holdings Inc. et al.,   Case No. Chapter 11 08-13555 (JMP) (Jointly Administered)

### Transfer of claim other than for security

A *CLAIM* HAS BEEN FILED IN THIS CASE or deemed filed under 11 U. S. C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Mr. Alexander Weiß | TARGOBANK AG & Co. KGaA |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

Mr. Alexander Weiß

Hauptstr. 5, 85305 Jetzendorf, GERMANY

Court Claim # (if known): 55404

Amount of Claim: $ 9,940.70

Date Claim Filed: 29 October 2009

Phone:

Last Four Digits of Acct #:

Phone: +49 (0) 203 347 5703

Last Four Digits of Acct #:

Name and Address where notices to Transferee should be sent:
(if different from above):

Phone:

Last Four Digits of Acct #:

*[Stamp: Posteingang 02. Nov. 2016]*
*[Stamp: Poststelle TARGOBANK 31. Okt. 2016 Eingegangen 5]*
*[Stamp: FILED U.S. BANKRUPTCY COURT S.D.N.Y. 2016 DEC -5 P 3:43]*

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By X /s/ A. W.   Date 27.10.16
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U. S. C. §§ 152 & 3571.

## Transferred Claim

$ __9,940.70__ of $ __$430,459,027.23__ (the outstanding amount of the Proof of Claim as of

__25. October 2016__
date of Agreement and Evidence of Transfer) together with accrued and unpaid interest.

### Lehman Programs Securities to which Transfer Relates

| Description of Security | ISIN/CUSIP | Issuer | Guarantor | Principal/ Notional Amount | Coupon | Maturity | Amount together with accrued and unpaid interest (as of Proof of Claim Filing Date) |
|---|---|---|---|---|---|---|---|
| LEHMAN BR.TR.O.AR.N12BSKT | DE000A0NXKZ9 | Lehman Brothers Treasury Co. B.V. | Lehman Brothers Holdings Inc. | $ 9,940.70 | --------------- | 23.04.2013 | $ 9,940.70 |