**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **In re:** | ) |
|  | ) |
|  | ) **Chapter 11** |
|  | ) |
|  | ) **Case No. 08-13555 (SCC)** |
| **LEHMAN BROTHERS HOLDINGS INC.,** *et al.*, | ) |
|  | ) **(Jointly Administered)** |
| **Debtors.** | ) |
|  | ) **NOTICE OF** |
|  | ) **APPEARANCE** |
|  | ) |
|  | ) |

To: the Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the interested party Family Mortgage, Inc.  Please add my email address (ktung@kktlawfirm.com) to the list of recipients of email notification.  Thanks.

Dated: Queens, New York
December 9, 2016

KEVIN KERVENG TUNG, P.C.
Attorneys for Family Mortgage, Inc.

/s/ *Kevin K. Tung*
By: Kevin K. Tung, Esq.
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718)939-4633