**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,<br><br>Debtors. | ) <br> ) **Chapter 11** <br> ) <br> ) **Case No. 08-13555 (SCC)** <br> ) **(Jointly Administered)** <br> ) <br> ) **NOTICE OF** <br> ) **APPEARANCE** |

To: the Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as additional counsel for the interested party Family Mortgage, Inc. Please add my email address (gli@kktlawfirm.com) to the list of recipients of email notification. Thanks.

Dated: Queens, New York
December 9, 2016

KEVIN KERVENG TUNG, P.C.
Attorneys for Family Mortgage, Inc.

_/s/ Ge Li_____
By: Ge Li, Esq.
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
(718)939-4633