*Basel,* 23 November 2016

Form 210A (10/06)

FILED / RECEIVED

NOV 28 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

## United States Bankruptcy Court
### Southern District Of New York

In re Lehman Brothers Holdings Inc., et al.,      Case Nos. 08-13555 (JMP)
                                                  **(Jointly Administered)**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR
### SECURITY, PURSUANT TO FED. R. BANKR. P. 3001(e)(2)

A CLAIM HAS BEEN FILED IN THIS CASE, by Union Bancaire Privée, UBP SA (the "Transferor"), against Lehman Brothers Holdings Inc., which has been designated as Claim No. 55521 (the "Claim"). Transferee (as that term is defined below) hereby gives evidence and notice, pursuant to Fed. R. Bankr. P. Rule 3001(e)(2), of the transfer, other than for security, of the Claim, in the nominal amount of CHF 650,000 (the "Transferred Portion"). For the avoidance of doubt, the Transferred Portion relates to ISINs XS0341522687, ANN5214A6406 and XS0220100183. A copy of the Evidence of Transfer of Claim (the "Evidence of Transfer") is attached hereto as Exhibit "A" and is incorporated by reference.

Name of Transferee

Bank J. Safra Sarasin Ltd
**Name and Address where notices to Transferee should be sent:**


Bär & Karrer AG
Brandschenkestrasse 90
CH-8027 Zurich
Switzerland
Attn: Peter Hsu
Tel.: +41 58 261 50 00

- **with a copy to** -
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Counsel, Legal
Clients & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67


Last Four Digits of Acct #: 4002

Name of Transferor

Union Bancaire Privée, UBP SA
**Name and Address where notices to Transferor should be sent:**


Union Bancaire Privéee, UBP SA
Rue du Rhône 96-98
PO Box 1320
CH-1211 Geneva
Attn: Eric Schott
Tel.: +41 58 819 21 11


Last Four Digits of Acct. #: N/A

Name and Address where transferee payments
should be sent (if different from above):
Bank J. Safra Sarasin Ltd
Elisabethenstrasse 62,
P.O. Box
CH-4002 Basel
Switzerland
Attn: Frank Link, Senior Legal Clients & Corporate
Tel.:+41 (0) 58 317 45 83
Patrick Gribi, Head Legal
Tel.: +41 (0) 58 317 40 67

Court Claim # (if known): 55521
Date Claim Filed: October 29, 2009
Transferred Portion: USD 650,000
(nominal amount)

I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.

By: _____     Date: _23 NoVeMBeR 2o16_
       Transferee
Name: Frank Link
Title: Director

By: _____     Date: _23 November 2016_
       Transferee
Name: Nicole Wahl
Title: Vice President

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years,
or both. 18 U.S.C §§ 152 & 3571.

Exhibit A



UNION BANCAIRE PRIVÉE

## EVIDENCE OF TRANSFER OF CLAIM

**TO: THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **Bank J. Safra Sarasin Ltd** all of its right, title, interest claims and causes of action in and to or arising under or in connection with its claim (Claim No. **55521**) in nominal amount of USD 650'000 **equal to an allowed claim of USD 577'762.43** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7th September 2016.

**UNION BANCAIRE PRIVEE, UBP SA**

Julien Gavard
Director

Eric Schott
Associate

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com



UNION BANCAIRE PRIVÉE

**Schedule I**

**Lehman Programs Securities Related to Transferred Portion of Claim:**

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Nominal amount |
|---|---|---|---|---|
| ISIN XS0220100183 | 55521 | 29th October 2009 | Lehman Brothers Treasury BV | USD 100'000 |
| ISIN ANN5214A6406 | 55521 | 29th October 2009 | Lehman Brothers Securities NV | USD 300'000 |
| ISIN XS0341522687 | 55521 | 29th October 2009 | Lehman Brothers Securities NV | USD 250'000 |

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp.ch | www.ubp.com



**J. SAFRA SARASIN**

Sustainable Swiss Private Banking since 1841

**By courier**

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Claims
Processing
757 Third Avenue, 3. Floor
New York, NY 10017
USA

Basel, 23 November 2016
Your contact: Frank Link, T: +41 58 317 45 83

**Transfers of Claim other than for Security, Epiq Claims No. 55500 and 55521**

Dear Madam, dear Sir,

Bank J. Safra Sarasin Ltd is sending you herewith the enclosed 2 original copies of the completed 210A transfer forms, including copies of the evidence of transfer of claim regarding the transfer of claims (referring to claims no. 55500 and no. 55521) against Lehman Brothers Holdings Inc. by the following transferor:

Union Bancaire Privée, UBP SA, Rue du Rhône 96-98, PO Box 1320, CH-1211 Geneva

Yours sincerely
Bank J. Safra Sarasin AG

Nicole Wahl,
Vice President

Frank Link
Director

Enclosures



Page 1 of 5

RECYCLABLE