Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

St.Galler Kantonalbank AG
**Name of Transferee**

St.Galler Kantonalbank AG - sucursal em Portugal
**Name of Transferor**

Name and Address where notices to transferee should be sent:

Attn. Anina Zürcher / Sfca
St. Leonhardstrasse 25
9001 St. Gallen
Switzerland
e-mail: anina.zuercher@sgkb.ch

Phone: +41 71 231 34 13
Last Four Digits of Acct #: _____

Court Claim # (if known): 44509
Date Claim Filed: 10/21/2009
Amount of Claim: USD 1'500'000
Portion of Claim Transferred (see Schedule I): USD 1'500'000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

**St.Galler Kantonalbank AG**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____ pp /     Date: November 29, 2016
Transferee/Transferee's Agent
Anina Zürcher

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**St.Galler Kantonalbank** | *Private Banking*

Sucursal em Portugal
Av. da Liberdade, 190-5º A
1250-147 Lisboa, Portugal
Telefone Geral 21 043 8300
Fax 21 043 8333

**EVIDENCE OF TRANSFER OF CLAIM**

TO:   THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **St.Galler Kantonalbank AG – sucursal em Portugal** ("Transferor") unconditionally and irrevocably transferred to **St.Galler Kantonalbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (**Claim No. 44509**) of **USD 1'500'000.00** in nominal value/units related to the security with International Securities Identification Number listed on Schedule I hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law.  Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim.  Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **November 29, 2016.**

St.Galler Kantonalbank AG – surcursal em Portugal

By: _____[signature]_____
Name: Silvia Brito Leal
Title:   Finance and Risk Manager

By: _____[signature]_____
Name: Cláudia Matos
Title:   Compliance Officer

St.Galler Kantonalbank AG, com sede na St .Leonhardstrasse 25, 9001 St. Gallen, Suíça, registada na Conservatória do Registo Comercial de St.Gallen sob o nº CH-320.8.000.310-5 com o capital social de 390.139.820 CHF, com Sucursal em Portugal na Av. da Liberdade, 190 - 5. º A, em Lisboa, registada na Conservatória do Registo Comercial de Lisboa sob o número único de matrícula e pessoa colectiva 980 499 372

**St.Galler Kantonalbank** | *Private Banking*

Sucursal em Portugal
Av. da Liberdade, 190-5° A
1250-147 Lisboa, Portugal
Telefone Geral 21 043 8300
Fax 21 043 8333

## SCHEDULE I

### Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Nominal Amount of Claim related to Security |
|---|---|---|---|---|
| XS0336556146 | 44509 | 10/21/2009 | Lehman Brothers Treasury BV. | USD 1'500'000.00 |



St.Galler Kantonalbank AG, com sede na St .Leonhardstrasse 25, 9001 St. Gallen, Suíça, registada na Conservatória do Registo Comercial de St.Gallen sob o n° CH-320.8.000.310-5 com o capital social de 390.139.820 CHF, com Sucursal em Portugal na Av. da Liberdade, 190 - 5. ° A, em Lisboa, registada na Conservatória do Registo Comercial de Lisboa sob o número único de matrícula e pessoa colectiva 980 499 372



**St.Galler Kantonalbank**

Telefon: +41 71 231 31 31
Fax: +41 71 231 32 32
Internet: www.sgkb.ch

**Hauptsitz**

St.Galler Kantonalbank AG
St. Leonhardstrasse 25
Postfach
9001 St. Gallen

**By Courier**
Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc
    Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

Date: 11/29/2016
u/Ref: Sfca
Phone-No.: +41 71 231 34 13 / Anina Zürcher
E-Mail: anina.zuercher@sgkb.ch

**Claim Transfer**

Dear Sir or Madam,

Enclosed you receive the forms 'Evidence of Partial Transfer of Claim' and 210A.

If we do not hear from you, we assume that everything is okay.

Please feel free to contact the above mentioned phone number if you have any questions.

Thank you for your cooperation in advance.

Yours sincerely,

St.Galler Kantonalbank AG

Pascal Schmid
Member of Management

Anina Zürcher
Member of Management

