**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------------- x
                                                                                :   Chapter 11
In re:                                                                          :
                                                                                :   Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.                                        :
                                                                                :   (Jointly Administered)
                               Debtors.                                         :
                                                                                :   Ref. Docket Nos. 53772, 53773,
                                                                                :   53869, 53870
                                                                                :
------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

SENA SHARON, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 4, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 4, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Sena Sharon*
                                                       Sena Sharon

Sworn to before me this
8th day of November, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

### NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000112069869 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000128687



GENTRIFICATION VENTURES, L.L.C.
TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC
MANDEL KATZ & BROSNAN LLP
ATTN: KARA SCHEINMANN KATZ
THE LAW BUILDING
210 ROUTE 303
VALLEY COTTAGE, NY 10989

Please note that your claim # 28103-04 in the above referenced case and in the amount of $107,655,645.39 allowed at $50,000,000.00 has been transferred (unless previously expunged by court order)

GOLDMAN SACHS LENDING PARTNERS LLC
TRANSFEROR: GENTRIFICATION VENTURES, L.L.C.
ATTN: THIERRY C. LE JOUAN
30 HUDSON STREET, 4TH FLOOR
JERSEY CITY, NJ 07302

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 53870 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/04/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 4, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH  SWITZERLAND |
| COUTTS & CO AG | F/K/A RBS COUTTS BANK AG, LERCHENSTRASSE 18, 8045 ZURICH  SWITZERLAND |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: COUTTS & CO AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| DEUTSCHE BANK AG, LONDON BRANCH (UK) | TRANSFEROR: COUTTS & CO AG, ATTN: MICHAEL SUTTON, WINCHESTER HOUSE, 1 GREAT WINCHESTER ST, LONDON EC2N 2DB UNITED KINGDOM |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, MANDEL KATZ & BROSNAN LLP, ATTN: KARA SCHEINMANN KATZ, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GENTRIFICATION VENTURES, L.L.C. | TRANSFEROR: GOLDMAN SACHS LENDING PARTNERS LLC, MANDEL KATZ & BROSNAN LLP, ATTN: KARA SCHEINMANN KATZ, THE LAW BUILDING, 210 ROUTE 303, VALLEY COTTAGE, NY 10989 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |
| GOLDMAN SACHS LENDING PARTNERS LLC | TRANSFEROR: GENTRIFICATION VENTURES, L.L.C., ATTN: THIERRY C. LE JOUAN, 30 HUDSON STREET, 4TH FLOOR, JERSEY CITY, NJ 07302 |

**Total Creditor Count 8**