**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------- x
:  Chapter 11
In re:    :
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*    :
:  (Jointly Administered)
Debtors.    :
:  Ref. Docket Nos. 53696, 53735,
:  53736, 53737, 53739
:
---------------------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
   ) ss.:
COUNTY OF NEW YORK    )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 10, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
11th day of November, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| In re | Chapter 11 Case No. |
|---|---|
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:    BAR(23) MAILID *** 000112209704 ***    LBH TRFNTC (MERGE2, TXNUM2) 4000155828



CREDIT SUISSE (MONACO) SAM
TRANSFEROR: CREDIT SUISSE
C/O CRAVATH, SWAINE & MOORE LLP
ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA
825 8TH AVENUE
NEW YORK, NY 10019

Please note that your claim # 5155829-40 in the above referenced case and in the amount of $0.00 allowed at $1,105,604.90 has been transferred (unless previously expunged by court order)

MIRABAUD & CIE GENEVE
TRANSFEROR: CREDIT SUISSE (MONACO) SAM
ATT. MR FERNANDEZ
BOULEVARD GEORGES-FAVON 29
GENEVA 1204
SWITZERLAND

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    53736    in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/10/2016    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 10, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANK JULIUS BAER & CO. LTD. | ATTN: MICHAEL GERNY, ATTN: PATRIK ROOS, BAHNHOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| BANK JULIUS BAER & CO. LTD. | TRANSFEROR: HSBC PRIVATE BANK SUISSE SA, ATTN: PATRICK ROOS, BAHNOFSTRASSE 36, ZURICH CH-8010 SWITZERLAND |
| CREDIT SUISSE (MONACO) SAM | TRANSFEROR: CREDIT SUISSE, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (MONACO) SAM | TRANSFEROR: CREDIT SUISSE, C/O CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, JENNIFER BOSHAKOVA, 825 8TH AVENUE, NEW YORK, NY 10019 |
| HSBC PRIVATE BANK SUISSE SA | ATTN: JACQUES DUROUVENOZ, SECURITIES DEPARTMENT MANAGER, QUAI GENERAL-GUISAN 2, GENEVA 3 1211 SWITZERLAND |
| INTESA SANPAOLO PRIVATE BANKING S.P.A. | TRANSFEROR: BANCA AKROS SPA, ATTN: PAOLO POLLASTRI, VIA ULRICO HOEPLI, 10, MILAN 20121 ITALY |
| MERRILL LYNCH INTERNATIONAL | ATTN: CHRISTOPHER J. HAAS, BANK OF AMERICA TOWER, ONE BRYANT PARK, NEW YORK, NY 10036 |
| MERRILL LYNCH INTERNATIONAL | C/O FREDRIC SOSNICK & NED S. SCHODEK, SHEARMAN & STERLING LLP, 599 LEXINGTON AVENUE, NEW YORK, NY 10022 |
| MIRABAUD & CIE GENEVE | TRANSFEROR: CREDIT SUISSE (MONACO) SAM, ATT. MR FERNANDEZ, BOULEVARD GEORGES-FAVON 29, GENEVA 1204 SWITZERLAND |
| MIRABAUD & CIE GENEVE | TRANSFEROR: CREDIT SUISSE (MONACO) SAM, ATT. MR FERNANDEZ, BOULEVARD GEORGES-FAVON 29, GENEVA 1204 SWITZERLAND |
| MIRABAUD & CIE GENEVE | TRANSFEROR: BANK JULIUS BAER & CO. LTD., ATT. MR FERNANDEZ, BOULEVARD GEORGES-FAVON 29, GENEVA 1204 SWITZERLAND |
| OZ SPECIAL MASTER FUND, LTD | TRANSFEROR: MERRILL LYNCH INTERNATIONAL, C/O OCH-ZIFF CAP. MGMT GROUP/C WONG, 9 WEST 57TH STREET, 13TH FLOOR, NEW YORK, NY 10019 |

**Total Creditor Count 13**