**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :    Chapter 11
In re:                                                           :
                                                                 :    Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.*                         :
                                                                 :    (Jointly Administered)
                                         Debtors.                :
                                                                 :    Ref. Docket Nos. 53702, 53757
                                                                 :
                                                                 :
---------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 11, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 11, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                    */s/ Forrest Kuffer*
                                                    Forrest Kuffer

Sworn to before me this
15th day of November, 2016
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

In re

LEHMAN BROTHERS HOLDINGS INC., et al.,

Debtors.

Chapter 11 Case No.

08-13555 (SCC)

(Jointly Administered)

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000112234607 ***       LBH TRFNTC (ADDRESS2, ADRKEYID3) 31745



HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
ALLEN & OVERY LLP
JOHN KIBLER JONATHAN CHO
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH
ATTN: SARAH CHAN/DIRECTOR
LEVEL 13 & 14
HONG KONG
 HONG KONG

Please note that your claim # 56671-19 in the above referenced case and in the amount of $714,355.84 Unliquidated has been transferred (unless previously expunged by court order)

UBS AG
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD
ATTN: HUGO KOLLER
BAHNHOFSTRASSE 45
8001 ZURICH
 SWITZERLAND

No action is required if you do not object to the transfer of your claim.  However   **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER      53757      in your objection.  If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  11/11/2016                    Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 11, 2016.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | ALLEN & OVERY LLP, JOHN KIBLER JONATHAN CHO, 1221 AVENUE OF THE AMERICAS, NEW YORK, NY 10020 |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | LAW OFFICES OF TALLY M. WIENER, ESQ., JTALLY M. WIENER, 119 WEST 72ND STREET, PMB 350, NEW YORK, NY 10023 |
| TURK, REGINA ANGEL | TRANSFEROR: VR-LIW GMBH, PRINZ-FRIEDRICH-KARL-STRASSE 17, 44135 DORTMUND GERMANY |
| UBS AG | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD, ATTN: HUGO KOLLER, BAHNHOFSTRASSE 45, 8001 ZURICH   SWITZERLAND |
| VR-LIW GMBH | GUNNAR MANGEL-GENERAL MANAGER, GABELSBERGERSTRASSE 1A, HAMM 59069 GERMANY |

**Total Creditor Count 6**