**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al*. | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Ref. Docket No. 53743 |
| ------------------------------------------------------------------------- X | | |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 14, 2016, I caused to be served the "Notice of Defective Transfer," dated October 6, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Konstantina Haidopoulos*
Konstantina Haidopoulos

Sworn to before me this
17th day of November, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

### NOTICE OF DEFECTIVE TRANSFER

BANK J. SAFRA SARASIN LTD.
BAER & KARRER LTD.,
ATTN. PETER HSU
BRANDSCHENKESTRASSE 90
ZURICH CH-8027
SWITZERLAND

BANK J. SAFRA SARASIN LTD.
CLEARLY GOTTLIEB STEEN & HAMILTON LLP
ATTN: ANDRE A. BERNSTEIN, ESQ.
12, RUE DE TILSITT
PARIS 75008
FRANCE

BAR(23) MAILID *** 000112234910 ***    LBH DEFTRFNTC (TRFDFDAT, TRFDEFNUM) 1061

CREDIT SUISSE AG
CRAVATH, SWAINE & MOORE LLP
MR. TREVOR BROAD
825 8TH AVENUE
NEW YORK, NY 10019

**Your transfer of claim # 60413 is defective for the reason(s) checked below:**

Other The transfers lists a different form of currency.

Docket Number   53743         Date:  10/06/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC

as claims agent for the debtor(s).

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| BANK J. SAFRA SARASIN LTD. | BAER & KARRER LTD.,, ATTN. PETER HSU, BRANDSCHENKESTRASSE 90, ZURICH CH-8027 SWITZERLAND |
| BANK J. SAFRA SARASIN LTD. | CLEARLY GOTTLIEB STEEN & HAMILTON LLP, ATTN: ANDRE A. BERNSTEIN, ESQ., 12, RUE DE TILSITT, PARIS 75008 FRANCE |
| CREDIT SUISSE AG | CRAVATH, SWAINE & MOORE LLP, MR. TREVOR BROAD, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE AG | KWJS & S, MRS. ST. SWEENEY, 570 7TH AVENUE, NEW YORK, NY 10018 |

**Total Creditor Count 6**