**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x
:  Chapter 11
In re:                                                                                          :
:  Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al*.         :
:  (Jointly Administered)
                                            Debtors.                          :
:  Ref. Docket Nos. 53667, 53668,
:  53669, 53670, 53746, 53747,
:  53748, 53812, 53877, 53879,
:  53908, 53911
---------------------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                            ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017.  I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 15, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
21st day of November, 2016
*/s/ Sidney J. Garabato*
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re<br><br>LEHMAN BROTHERS HOLDINGS INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (SCC)<br><br>(Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To: BAR(23) MAILID *** 000112237493 *** LBH TRFNTC (ADDRESS2, ADRKEYID3) 22279



BANK HAPOALIM B.M.
18851 NE 29TH AVE
MIAMI, FL 33180

BANK HAPOALIM B.M.
ATTN: DAVID HERTZ & HAROLD J. WEISSLER
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

Please note that your claim # 5155854-03 in the above referenced case and in the amount of $200,000.00 allowed at $221,650.00 has been transferred (unless previously expunged by court order)

ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN
TRANSFEROR: BANK HAPOALIM B.M.
ATTN: RICHARD FELS
227 SUNSET AVENUE
RIDGEWOOD, NJ 07450

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 53877 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/15/2016        Vito Genna, Clerk of Court

/s/ Lauren Rodriguez
_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on November 15, 2016.

# EXHIBIT B

LEHMAN BROTHERS HOLDINGS INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| ADVAM PARTNERS SGR | TRANSFEROR: ALLIANZ BANK FINANCIAL ADVISORS S.P.A., ATTN: GIAN PAOLO RIVANO-MARCO BINDA, VIA TURATI, 9, MILANO 20121 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANCA AKROS SPA | ATTN: MR. LUCA GANDOLFI, VIA EGINARDO, 29, MILAN 20149 ITALY |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | ATTN: DAVID HERTZ & HAROLD J. WEISSLER, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BANK HAPOALIM B.M. | 18851 NE 29TH AVE, MIAMI, FL 33180 |
| BARCLAYS BANK PLC | TRANSFEROR: AG SUPER FUND INTERNATIONAL PARTNERS, L.P., ATTN: DANIEL MIRANDA, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BARCLAYS BANK PLC | ATTN: KEVIN CEM, 745 SEVENTH AVENUE, 2ND FLOOR, NEW YORK, NY 10019 |
| BKM HOLDINGS (CAYMAN) LTD. | TRANSFEROR: BARCLAYS BANK PLC, C/O DAVIDSON KEMPNER CAPITAL MANAGEMENT, ATTN: JENNIFER DONOVAN, 520 MADISON AVENUE, 30TH FLOOR, NEW YORK, NY 10022 |
| CA-INDOSUEZ WEALTH (EUROPE) | TRANSFEROR: BANCA AKROS SPA, ATTN: JEROME DA COSTA, 39 ALLEE SCHEFFER, LUXEMBOURG 2520 LUXEMBOURG |
| CA-INDOSUEZ WEALTH (EUROPE) | TRANSFEROR: BANCA AKROS SPA, ATTN: JEROME DA COSTA, 39 ALLEE SCHEFFER, LUXEMBOURG 2520 LUXEMBOURG |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | ATTN: PAUL GILMORE, ELEVEN MADISON AVE, NEW YORK, NY 10010 |
| CREDIT SUISSE (DEUTSCHLAND) AG | CRAVATH, SWAINE & MOORE LLP, ATTN: RICHARD LEVIN, WORLDWIDE PLAZA, 825 EIGHTH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| CREDIT SUISSE (DEUTSCHLAND) AG | RICHARD LEVIN, ESQ., CRAVATH, SWAINE & MOORE LLP, 825 8TH AVENUE, NEW YORK, NY 10019 |
| ISRAEL DISCOUNT BANK OF NEW YORK | TRANSFEROR: BANK HAPOALIM B.M., ATTN: CUSTODY OPS, 511 FIFTH AVENUE, MEW YORK, NY 10017 |
| ROTH IRA FBO RICHARD FELS PERSHING LLC AS CUSTODIAN | TRANSFEROR: BANK HAPOALIM B.M., ATTN: RICHARD FELS, 227 SUNSET AVENUE, RIDGEWOOD, NJ 07450 |
| ROTHSCHILD BANK AG (AS NOMINEE) | ZOLLIKERSTRASSE 181, ZURICH 8034 SWITZERLAND |
| SOFIA GP SGR SPA | TRANSFEROR: ADVAM PARTNERS SGR, ATTN: ALBERTO CRESPI, VIA FIORI OSCURI 5, 20121 MILANO ITALY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: M. BREMENKAMP AND ALEXA BOEHLE, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |

| Claim Name | Address Information |
| --- | --- |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: M. BREMENKAMP AND ALEXA BOEHLE, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: M. BREMENKAMP AND ALEXA BOEHLE, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| TARGOBANK AG & CO. KGAA | TRANSFEROR: CREDIT SUISSE (DEUTSCHLAND) AG, ATTN: M. BREMENKAMP AND ALEXA BOEHLE, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| UBS AG | TRANSFEROR: ROTHSCHILD BANK AG (AS NOMINEE), BAHNHOFSTRASSE 45, ZURICH SWITZERLAND |
| YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P. | TRANSFEROR: YORK EUROPEAN OPPORTUNITIES MASTER FUND, L.P., YORK CAPITAL MANAGEMENT, ATTN: LAUREN SEARING YUN, 767 5TH AVENUE, 17TH FLOOR, NEW YORK, NY 10153 |
| YORK EUROPEAN STRATEGIC INVESTORS HOLDINGS FUND, L.P. | TRANSFEROR: YORK EUROPEAN OPPORTUNITIES INVESTMENTS MASTER FUND, L.P., ATTN: MICHELLE LATZONI, 30 HUDSON STREET, 5TH FLOOR, JERSEY CITY, NJ 07302 |

**Total Creditor Count 37**