**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 08-13555 (SCC)
LEHMAN BROTHERS HOLDINGS, INC., *et al.* :
: (Jointly Administered)
Debtors. :
: Ref. Docket No. 53693
--------------------------------------------------------------------- X

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2016, I caused to be served the "Notice of Defective Transfer," dated September 16, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ *Forrest Kuffer*
Forrest Kuffer

Sworn to before me this
30th day of November, 2016
*/s/ Sidney J. Garabato*
Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

08-13555-mg    Doc 54147    Filed 12/13/16    Entered 12/13/16 20:01:51    Main Document
Pg 2 of 5

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE OF DEFECTIVE TRANSFER**

BAR(23) MAILID *** 000112378952 ***    LBH DEFTRFNTC (ADDRESS2, ADRKEYID3) 24841



CITIBANK PRIVATKUNDEN AG & CO. KGAA
PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP
ATTN: DOUGLAS R. DAVIS
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064

CITIBANK PRIVATKUNDEN AG & CO. KGAA
ATTN: WILHELM HUELSKEN
KASERNENSTRASSE 10
DUSSELDORF 40213
GERMANY

SCHULZ, HANNELORE
BEHRINGSTR 11
HERFORD 32049
GERMANY

**Your transfer of claim # 55404-71 is defective for the reason(s) checked below:**

Other NO ISIN NOTED WITHIN TRANSFER NOTICE

Docket Number   53693          Date:  09/16/2016

/s/ Lauren Rodriguez
_____

_____
EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | ATTN: WILHELM HUELSKEN, KASERNENSTRASSE 10, DUSSELDORF 40213 GERMANY |
| CITIBANK PRIVATKUNDEN AG & CO. KGAA | PAUL,WEISS,RIFKIND,WHARTON & GARRISON LLP, ATTN: DOUGLAS R. DAVIS, 1285 AVENUE OF THE AMERICAS, NEW YORK, NY 10019-6064 |
| SCHULZ, HANNELORE | BEHRINGSTR 11, HERFORD 32049 GERMANY |

**Total Creditor Count 3**