**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 08-13555 (SCC) |
| LEHMAN BROTHERS HOLDINGS, INC., *et al.* | (Jointly Administered) |
| Debtors. | Ref. Docket No. 51988 |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                       ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 30, 2016, I caused to be served the "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated November 30, 2016, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Forrest Kuffer
Forrest Kuffer

Sworn to before me this
6th day of December, 2016
/s/ Sidney J. Garabato
Notary Public, State of New York
No. 01GA6218946
Qualified in New York County
Commission Expires March 15, 2018

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
Southern District of New York

| | |
|---|---|
| In re | Chapter 11 Case No. |
| LEHMAN BROTHERS HOLDINGS INC., et al., | 08-13555 (SCC) |
| Debtors. | (Jointly Administered) |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE
TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH
ATTN: SARAH CHAN/DIRECTOR
LEVEL 13 & 14
HONG KONG
 HONG KONG

Please note that your claim # 56671-21 in the above referenced case and in the amount of $408,203.33 Unliquidated has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000112444754 ***         LBH TRFNTC (MERGE2, TXNUM2) 4000176542



WONG CHIN PANG ALEX
TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE B
TALLY M WIENER
119 WEST 72ND STREET PMB 350
NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER    51988    in your objection. If you file an objection, a hearing will be scheduled.  **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 11/30/2016                        Vito Genna, Clerk of Court

                                         /s/ Lauren Rodriguez
                                         _____
                                         EPIQ BANKRUPTCY SOLUTIONS, LLC
                                         as claims agent for the debtor(s).

FOR EBS USE ONLY:   This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  November 30, 2016.

# EXHIBIT B

| Claim Name | Address Information |
|---|---|
| GL COMMERCIAL REAL ESTATE 1 LLC | C/O ARUNI WEERASEKERA, ALVAREZ & MARSAL, 1101-03 MASS MUTUAL TOWER, 38 GLOUCESTER ROAD, HONG KONG   HONG KONG |
| GL COMMERCIAL REAL ESTATE 1 LLC | C/O ARUNI WEERASEKERA, ALVAREZ & MARSAL, 1101-03 MASS MUTUAL TOWER, 38 GLOUCESTER ROAD, HONG KONG   HONG KONG |
| HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE BRANCH, THE | TRANSFEROR: HSBC PRIVATE BANK (SUISSE) SA, SINGAPORE BRANCH, ATTN: SARAH CHAN/DIRECTOR, LEVEL 13 & 14, HONG KONG   HONG KONG |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GL COMMERCIAL REAL ESTATE 1 LLC, LEHMAN BROTHERS HOLDINGS INC/M. LETO, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| LEHMAN BROTHERS HOLDINGS INC. | TRANSFEROR: GL COMMERCIAL REAL ESTATE 1 LLC, LEHMAN BROTHERS HOLDINGS INC/M. LETO, 1271 AVENUE OF THE AMERICAS, 40TH FLOOR, NEW YORK, NY 10020 |
| WONG CHIN PANG ALEX | TRANSFEROR: HONGKONG AND SHANGHAI BANKING CORPORATION LTD, SINGAPORE B, TALLY M WIENER, 119 WEST 72ND STREET PMB 350, NEW YORK, NY 10023 |

**Total Creditor Count 6**