TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia  30339
Telephone:  (770) 434-6868
Facsimile:   (770) 434-7376
Ilene W. Berman, Esq.
*Counsel for Home Lenders of Georgia, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------x
                                           :
In re:                                     :    Chapter 11
                                           :
**LEHMAN BROTHERS HOLDINGS,**              :    Case No. 08-13555(SCC)
**INC., et al.,**                          :
                                           :
         Debtors.                          :
                                           :
--------------------------------------------------------x

**NOTICE OF WITHDRAWAL AS ATTORNEY**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

Pursuant to Local Rule 2090-1(e), attorney Ilene W. Berman with the law firm of Taylor English Duma LLP, hereby withdraws as counsel for Home Lenders of Georgia, LLC ("HLG").  HLG is now represented by attorney Louis R. Cohan of Cohan Law Group, LLC, who was admitted *pro hac vice* on December 2, 2016, by the Court.  The undersigned attorney also hereby requests to be removed from all further pleadings, orders, notices and correspondence from the electronic notice list

-1-

-2-

from the above case.

      This 14th day of December, 2016.

      Respectfully submitted,

      /s/ Ilene W. Berman
      Ilene W. Berman, Atty. No. 8224
      Taylor English Duma LLP
      1600 Parkwood Circle, Suite 200
      Atlanta, GA 30339
      Telephone:  (770) 434-6868
      Facsimile:   (770) 434-7376
      Email:  iberman@taylorenglish.com
      *Counsel for Home Lenders of Georgia, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2016, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will automatically serve all counsel of record via email.

Respectfully submitted,

/s/ Ilene W. Berman
Ilene W. Berman, Atty. No. 8224
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376
Email: iberman@taylorenglish.com
*Counsel for Home Lenders of Georgia, LLC*