# United States Bankruptcy Court

## Southern District of New York

In re: **Lehman Brothers Holdings, Inc.**                              Case No.: **08-13555**

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Hain Capital Investors, LLC**                    **Hain Capital Holdings, LTD**
                                                    Name of Transferor

Court Claim #: multiple: see attached schedule 1
Claim Amount: see attached schedule 1

Name and Address where notices to transferee should be sent
Hain Capital Investors, LLC
301 Route 17, 7th Floor
Rutherford, NJ 07070
Attn: Amanda Rapoport
Phone: **(201) 896 - 6100**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**HAIN CAPITAL HOLDINGS, LTD**                      **HAIN CAPITAL INVESTORS, LLC**

By: _____                         By: _____
Name:  Robert Koltai                                Name:  Robert Koltai
Title:    Manager                                   Title:    Manager

Date: 12/14/2016                                    Date: 12/14/2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Schedule 1**

| Current Creditor | Claim Amount | Proof of claim # | Original Creditor |
|---|---|---|---|
| Hain Capital Holdings, Ltd | $ 300,000.00 | 7986 | Castlestone Management PLC |
| Hain Capital Holdings, Ltd | $ 505,000.00 | 66564, 66565 | Arlington Partners LP |
| Hain Capital Holdings, Ltd | $ 50,171.00 | 23471, 23472 | Whitworth University |
| Hain Capital Holdings, Ltd | $ 1,257,057.63 | 49419 | Mark Vanvoorden |
| Hain Capital Holdings, Ltd | $ 480,105.14 | 49396 | Mr. Bauwens, A.E. |
| Hain Capital Holdings, Ltd | $ 141,910.58 | 49461 | Robert Gordon Brandwood |
| Hain Capital Holdings, Ltd | $ 119,647.65 | 48814 | Wieringa, H.W. & P.I.A. Wieringa-Van Deventer |
| Hain Capital Holdings, Ltd | $ 75,933.00 | 13413 | Robert Lieberberg |
| Hain Capital Holdings, Ltd | $ 110,760.00 | 13414 | Robert Lieberberg |
| Hain Capital Holdings, Ltd | $ 373,759.43 | 43217 | Bill Brick |
| Hain Capital Holdings, Ltd | $ 439,076.75 | 16331 | Vlasic Investments, LLC |
| Hain Capital Holdings, Ltd | $ 75,933.00 | 30454 | Walter Yetnikoff |