UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re: | Chapter 11 |
| LEHMAN BROTHERS HOLDINGS INC., *et al.*, | Case No. 08-13555 (SCC) |
|  | (Jointly Administered) |
| Debtors. |  |

**ORDER GRANTING MOTION BY LEHMAN BROTHERS HOLDINGS INC.
FOR AUTHORITY TO FILE UNDER SEAL AND REDACT CONFIDENTIAL
AND PRIVILEGED INFORMATION FROM DOCUMENTS PURSUANT
TO (I) BANKRUPTCY CODE SECTION 107(b), (II) BANKRUPTCY RULE 9018,
AND (III) THE ALTERNATIVE DISPUTE RESOLUTION PROCEDURES ORDER
FOR INDEMNIFICATION CLAIMS OF THE DEBTORS AGAINST MORTGAGE
LOAN SELLERS**

Upon the motion (the "Motion to Seal")[1] filed November 16, 2016 by Lehman Brothers Holdings Inc. ("LBHI"), as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above captioned chapter 11 cases (the "Chapter 11 Cases"), pursuant to (i) Section 107(b) of Title 11 of the United States Code (the "Bankruptcy Code"), (ii) Rule 9018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and (iii) the June 24, 2014 *Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers*, entered July 18, 2014 [ECF No. 45277] (the "ADR Order") in the Chapter 11 Cases, seeking entry of an order authorizing LBHI to file under seal, and redact confidential or privileged information from, the Confidential Exhibits annexed as Exhibits C-30 through C-58 to the declaration of Scott Drosdick filed in support of *Lehman Brothers Holdings Inc.'s Motion for Entry of an Omnibus Order (I) to Enforce Against Noncompliant Mortgage Loan Sellers, and to*

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Seal.

*Compel Them to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Such Noncompliant Mortgage Loan Sellers for Their Violation of the Order* which is filed contemporaneously in the Chapter 11 Cases; and the Court having jurisdiction to consider the Motion to Seal and the relief requested therein; and the Court having found and determined that the legal and factual bases set forth in the Motion to Seal establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED THAT:**

1. The Motion to Seal is granted.

2. Pursuant to Section 107(b) of the Bankruptcy Code, and Bankruptcy Rule 9018, the ADR Order, LBHI is authorized to file the Confidential Exhibits with the Clerk of this Court under seal with their content redacted in an envelope clearly indicating that the same has been filed under seal by Order of the Court and may not be unsealed until and unless permitted by further order of the Court.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

4. Upon disposition of LBHI's indemnification claims against each Noncompliant Seller who received one of the Confidential Exhibit warning letters, LBHI must then unseal or dispose of the Confidential Exhibit warning letter sent to that Noncompliant Seller.

5. Except as otherwise agreed to by the Debtors, any pleadings filed by a third party in these Chapter 11 Cases that reference or disclose any of the information contained in the

Confidential Exhibits shall be filed under seal and served only on those parties authorized to receive the Confidential Exhibit.

      6.      This order is without prejudice to the rights of any party to seek to unseal the Confidential Exhibits or any part of them.

Dated: New York, New York
December 15, 2016

                                              <u>/S/ Shelley C. Chapman</u>
                                              UNITED STATES BANKRUPTCY JUDGE