FILED / RECEIVED

DEC 0 5 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

Form 210A (10/06)

# United States Bankruptcy Court

## Southern District Of New York

In re Lehman Brothers Holdings Inc., et al., Debtors,          Case No. 08-13555 (JMP)

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Walser Privatbank AG
Name of Transferee

Neue Aargauer Bank AG
Name of Transferor

Name and Address where notices to transferee should be sent:

Walser Privatbank AG
Wertpapierservice
Walserstraße 61
6991 Riezlern
AUSTRIA

Phone: +43 5517 202 551
Last Four Digits of Acct #: _____

Court Claim # (if known): 55814
Date Claim Filed: October 29, 2009
Amount of Claim: CHF 40'000
Portion of Claim Transferred (see Schedule I): CHF 40'000

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ [signature]                                   Date: 8.11.2016
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, **Neue Aargauer Bank AG** ("Transferor") unconditionally and irrevocably transferred to **Walser Privatbank AG** ("Transferee") all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim **Claim Nr. 55814** relating to the securities with International Securities Identification Numbers listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED ON **October 26, 2016.**

**Neue Aargauer Bank AG**

By: _____
Name: Adrian Graf
Title: AVP

By: _____
Name: Sandro Hunziker
Title: AVP

## SCHEDULE I

## Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN | Court Claim # | Date Claim Filed | Issuer | Number of Units or Currency and Nominal Amount |
|---|---|---|---|---|
| XS0248620899 | 55814 | October 29, 2009 | Lehman Brothers Treasury BV | CHF 40'000 |



**WALSER PRIVATBANK**

Walserstraße 61
6991 Riezlern | Österreich
Telefon +43 (55 17) 202-01
info@walserprivatbank.com
www.walserprivatbank.com

Epiq Bankruptcy Solutions, LLC
Attn: Lehman Brothers Holdings Inc. Claims Processing
757 Third Avenue, 3rd Floor
New York, NY 10017
USA

*Ingrid* Veit                                               Riezlern, 09.11.2016
ingrid.veit@walserprivatbank.com

**Transfer of claim**

To whom it may concern,

attached please find the Form 210A and the Evidence of transfer of Claim Related to Transferred Portion of Claim from Neue Aargauer Bank AG to Walser Privatbank AG.

If there are any questions, please do not hesitate to contact us.

Sincerely yours,

Walser Privatbank AG

Ingrid Veit                                                 Manuela Knauer
Wertpapierservice                                           Wertpapierservice

**WALSER PRIVATBANK**

Walserstraße 61 | 6991 Riezlern | Österreich
DVR: 0070556

EINSCHREIBEN / REGISTERED
RQ 35 971 061 6 AT
Post

NOV 29 2016

Bar freigemacht / Postage paid
6991 Riezlern/Kleinwalsertal
Österreich/Austria
ÖSTERREICHISCHE POST AG
Post

777

10017320150069

A.R.