

US Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, N.Y. 10004

Attention : Clerk of the Court.

Geneva,2nd of December 2016

**Ref. Lehman Program Securities - Transfer of claim #59233**

Dear Sir / Dear Madam,

Please find attached transfer of claim for 40'000 7% Lehman 2009.

For any further information, you can contact:

*Guy Mathews*
GMATHEWS@VALCOURT.CH
*+41 22 592 53 76*

Yours faithfully,

Paul Weil
CFO

Form 210A (10/06)

FILED
U.S. BANKRUPTCY COURT
2016 DEC 12  P 2: 31
S.D.N.Y.

# United States Bankruptcy Court

## Southern District Of New York

In re <u>Lehman Brothers Holdings Inc., et al., Debtors,</u>          Case <u>No. 08-13555 (JMP)</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence, attached hereto, and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Valcourt SA | Banque Lombard Odier & Cie Ltd. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

2 rue de la Rotisserie
PO Box 5620
1204 Geneva
Switzerland

Court Claim # (if known): 59233
Date Claim Filed: 09/03/2013
Amount of Claim: 40'000
Portion of Claim Transferred (see Schedule I): 40'000

Phone: +41 22 592 53 00
Last Four Digits of Acct #: N/A

Phone: +41 22 709 2201
Last Four Digits of Acct. #: N/A

Name and Address where transferee payments should be sent (if different from above):

The Bank of New York, New York - IRVTUS3N
A/C 890-0405-139 of Euroclear Bk Brussels
Fav. Euroclear 91784 of Valcourt SA

Phone: +32 2 326 1211
Last Four Digits of Acct #: 91784

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: 02.12.2016
    Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

**Paul WEIL**          Michael G. CONWAY

Valcourt S.A.
2, rue de la Rôtisserie
Case postale 5620
1211 Genève 11

**AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM**

**LEHMAN PROGRAM SECURITY**

**TO : THE DEBTOR AND THE BANKRUPTCY COURT**

For value received, the adequacy and sufficiency of which are hereby acknowledged, Bank Lombard Odier & Co Ltd ("Transferor") unconditionally and irrevocably transferred to **Valcourt SA ("Transferee")** all of its right, title, interest, claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. 59233), the nominal amounts and relating securities with International Securities Identification Number listed on Schedule 1 hereto against Lehman Brothers Holdings, Inc. (The "Debtor"), Chapter 11 Case No. : 88-13555(JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to the Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of the claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this AGREEMENT AND EVIDENCE OF TRANSFER OF CLAIM is executed this day of :

Date :   December 1, 2016                              Date :  December 2, 2016

**Transferor**                                         **Transferee**

Bank Lombard Odier & Co Ltd                            Valcourt SA

11 Rue de la corraterie                                2 rue de la Rôtisserie

1204 Geneva, Switzerland                               1204 Geneva, Switzerland

Signature(s) :                                         Signature(s) :                     **Paul WEIL**
                José Filella
                Senior Vice President

Signature(s) :                                         Signature(s) :
                Loraine Dugerdil
                Vice President
                                                                                           Michael G. CONWAY

## <u>SCHEDULE 1</u>

**<u>Lehman Programs Securities Related to Transferred Portion of Claim :</u>**

| ISIN | Court Claim # | Date Claim Filed | Issuer | Currency and nominal amount or Units |
|------|---------------|------------------|--------|--------------------------------------|
| XS0248142894 | 59233 | 09/03/2013 | Lehman Brothers Treasury BV | EUR 40'000 |