CHRISTIAN DANNENBERGER - RHUMEWEG 22 - 14163 BERLIN – GERMANY

Berlin, November, 30, 2016

UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, NY 10004 -1408

FILED
U.S. BANKRUPTCY COURT
2016 DEC 12 P 2: 22
S.D.N.Y.

Your reference: INTERNAL CONTROL NUMBER 53897

WRITTEN OBJECTION: Claim #55187

To whom it may concern,

I herewith object to the transfer of my claim #55187 in the case "Lehman Brothers Holdings Inc. et al" 1ot he transferee.
A copy of objection is forwarded to the transferee.

Yours truly,

*[signature]*
Christian Dannenberger