WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:   (212) 382-3300
Facsimile:   (646) 365-6849
William A. Maher, Esq.
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:   (303) 945-7415
Facsimile:   (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
                                                                   :
**In re**                                                          :   **Chapter 11**
                                                                   :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.***,**                   :   **Case No.: 08-13555 (SCC)**
                                                                   :
                    Debtors.                                       :   **(Jointly Administered)**
-------------------------------------------------------------------x

**CERTIFICATION OF SERVICE**

      I, John D. Giampolo, of full age, hereby certify as follows:

      1.    I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110, attorneys for Lehman Brothers Holdings Inc., as Plan Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers Holdings Inc. and Its Affiliated Debtors* for the entities in the above captioned chapter 11 cases.

2. On December 15, 2016 true and correct copies of the following document were served electronically through the Court's ECF filing system on the parties requesting electronic service, and on December 19, 2016 I caused true and correct copies of the following document to be served by U.S. mail and email to the parties listed on the service list annexed hereto or as otherwise set forth on the service list.

> *Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Order Against Home Lenders of Georgia, LLC (I) to Enforce Against Home Lenders of Georgia, LLC, and to Compel It to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Home Lenders of Georgia, LLC for Its Violation of the Order* [ECF No. 54168].

Dated: New York, New York                                       */s/ John D. Giampolo*
December 19, 2016                                                   John D. Giampolo

# Service List

Taylor English Duma LLP
1600 Parkwood Circle, Suite 400
Atlanta, GA 30339
Attn: Ilene W. Berman, Esq.
Email: iberman@taylorenglish.com

Cohan Law Group, LLC
3340 Peachtree Rd., N.E. Suite 2570
Atlanta, GA 30326
Attn: Louis R. Cohan, Esq.
Email: lcohan@cohanlawgroup.com