WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue
New York, New York 10110
Telephone:    (212) 382-3300
Facsimile:    (646) 365-6849
William A. Maher, Esq.
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
John D. Giampolo, Esq.
Adam M. Bialek, Esq.

ROLLIN BRASWELL FISHER LLC
8350 E. Crescent Pkwy., Suite 100
Greenwood Village, Colorado 80111
Telephone:    (303) 945-7415
Facsimile:    (303) 974-7468
Michael A. Rollin, Esq.
Maritza Dominguez Braswell, Esq. (*pro hac vice*)

*Counsel for Lehman Brothers Holdings Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------x
                                                    :
**In re**                                          :    **Chapter 11**
                                                    :
**LEHMAN BROTHERS HOLDINGS INC.,** *et al.*,    :    **Case No.: 08-13555 (SCC)**
                                                    :
                        **Debtors.**              :    **(Jointly Administered)**
--------------------------------------------------------------------x

<u>**CERTIFICATION OF SERVICE**</u>

I, John D. Giampolo, of full age, hereby certify as follows:

1.        I am a partner of the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth

Avenue, New York, New York 10110, attorneys for Lehman Brothers Holdings Inc., as Plan

Administrator under the *Modified Third Amended Joint Chapter 11 Plan of Lehman Brothers*

*Holdings Inc. and Its Affiliated Debtors* for the entities in the above captioned chapter 11 cases.

2.    On December 15, 2016 true and correct copies of the following document were served electronically through the Court's ECF filing system on the parties requesting electronic service, and on December 19, 2016 I caused true and correct copies of the following document to be served by U.S. mail and email to the parties listed on the service list annexed hereto or as otherwise set forth on the service list.

> *Order Granting Lehman Brothers Holdings Inc.'s Motion for Entry of an Order Against Mortgage Experts (I) to Enforce Against Mortgage Experts, and to Compel It to Comply with, the Alternative Dispute Resolution Procedures Order for Indemnification Claims of the Debtors Against Mortgage Loan Sellers, and (II) for Civil Contempt Sanctions Against Mortgage Experts for Its Violation of the Order* [ECF No. 54170].

Dated: New York, New York          _/s/ John D. Giampolo_
      December 19, 2016          John D. Giampolo

# Service List

Mortgage Experts
Attn: Stephen R. Williams
2647 Pleasant Hill Road
Pleasant Hill, CA 94523
steve.williams@dvpca.com