UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re:                                                         :   Chapter 11
                                                               :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                       :   Case No. 08-13555 (SCC)
                                                               :
                 Debtors.                                     :   (Jointly Administered)
                                                               :
---------------------------------------------------------------x
                                                               :
LEHMAN BROTHERS SPECIAL FINANCING                              :
INC.,                                                          :   Adv. Proc. No. 13-01330 (SCC)
                                                               :
                 Plaintiff,                                   :
                                                               :
  -against-                                                    :
                                                               :
FEDERAL HOME LOAN BANK OF                                      :
CINCINNATI,                                                    :
                                                               :
                 Defendant.                                   :
-------------------------------------------------------------- x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that, Massiel Pedreira-Bethencourt, hereby withdraws the appearance previously entered on behalf of Federal Home Loan Bank of Cincinnati in the above-captioned proceeding and requests removal from any and all lists, including the Court's CM/ECF notification list.

Dated: December 21, 2016              Respectfully submitted,
       New York, New York

                                                     */s/ Massiel Pedreira –Bethencourt*
                                                     Massiel Pedreira-Bethencourt
                                                     PROSKAUER ROSE LLP
                                                     Eleven Times Square
                                                     New York, New York 10036
                                                     Telephone: (212) 969-3000
                                                     Facsimile:    (212) 969-2900
                                                     Email:  mpedreira@proskauer.com
                                                     *Attorneys for Federal Home Loan Bank of*
                                                     *Cincinnati*