FILED / RECEIVED

DEC 21 2016

EPIQ BANKRUPTCY SOLUTIONS, LLC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re                                                            :    Chapter 11 Case No.
                                                                 :
LEHMAN BROTHERS HOLDINGS INC., *et al.*,                         :    08-13555 (SCC)
                                                                 :
                    Debtors.                                     :    (Jointly Administered)
-----------------------------------------------------------------x

## WITHDRAWAL OF CLAIM

| | |
|---|---|
| Debtor Name and Case Number: | In re Lehman Brothers Holdings Inc. (Case No. 08-13555) |
| Creditor Name and Address: | Stephanie A. Mosher<br>0047 White Peaks Lane, Glenwood Springs, CO 81601 |
| Claim Number (if known): | 32014 |
| Date Claim Filed: | September 22, 2009 |
| Total Amount of Claim Filed: | Unknown at time claim was filed |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Debtors' claims and noticing agent to file and reflect this withdrawal on the official claims register for the above-referenced Debtor.

| Signature: *Stephanie Ann Mosher* | Title: N/A |
|---|---|
| Printed Name: Stephanie A. Mosher | Dated: Dec. 16, 2016 |

WEIL:\95923375\1\58399.0011