# EXHIBIT A

**EXHIBIT A**

**AGREEMENTS**

**iMortgage.com, Inc. and loanDepot.com, LLC**

Loan Purchase Agreement dated June 24, 2002

Loan Purchase Agreement dated September 24, 2004