# EXHIBIT B

08-13555-mg    Doc 54189-2    Filed 12/21/16    Entered 12/21/16 17:39:22    Exhibit B - Identification of Defective Loans    Pg 2 of 3

EXHIBIT B
iMortgage.com, Inc. and loanDepot.com, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 15703242 | 3060120 | MISREP - INCOME/EMPLOY | | | 8,221.28 |
| 31120645 | 4110025 | UW - DOWN PAYMENT | UW - INCOME/EMPLOY | | 78,678.00 |
| 31907322 | 5050669 | MISREP - DEBTS | UW - CONTRIBUTIONS / CONCESSIONS | | 204,330.11 |
| 32159923 | 5050832 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 132,851.24 |
| 32211484 | 5060188 | UW - ASSETS | | | 67,952.42 |
| 32220212 | 5120216 | MISREP - DEBTS | | | 210,537.44 |
| 32246910 | 5080122 | UW - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 100,756.99 |
| 32377640 | 5120611 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 151,548.53 |
| 32382004 | 5070684 | MISREP - INCOME/EMPLOY | | | 156,209.48 |
| 32712127 | 5100777 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - ASSETS | 237,148.42 |
| 32750671 | 5080850 | MISREP - INCOME/EMPLOY | | | 151,751.69 |
| 32759326 | 5080799 | MISREP - INCOME/EMPLOY | | | 199,441.32 |
| 32765083 | 6020396 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - CREDIT/FICO | 58,547.68 |
| 32817132 | 5100428 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 103,151.63 |
| 32899361 | 6050076 | UW - INCOME/EMPLOY | | | 125,367.97 |
| 32912644 | 6050230 | MISREP - INCOME/EMPLOY | | | 35,776.76 |
| 32924292 | 5100202 | MISREP - INCOME/EMPLOY | | | 104,376.03 |
| 33021056 | 6030012 | UW - ASSETS | UW - INCOME/EMPLOY | UW - CONTRIBUTIONS / CONCESSIONS | 196,965.35 |
| 33042268 | 5120777 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 154,727.53 |
| 33057399 | 6050492 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 177,998.35 |
| 33101833 | 6020173 | MISREP - INCOME/EMPLOY | | | 98,366.56 |
| 33107624 | 6041009 | MISREP - OCCUPANCY | UW - ASSETS | MISREP - DEBTS | 227,770.35 |
| 33114067 | 6020551 | MISREP - INCOME/EMPLOY | | | 125,815.75 |
| 33141250 | 6030086 | UW - INCOME/EMPLOY | | | 159,475.11 |
| 33258336 | 6021083 | MISREP - DEBTS | UW - ASSETS | UW - PAYMENT SHOCK | 179,896.09 |
| 33258559 | 6080219 | UW - CONTRIBUTIONS / CONCESSIONS | UW - ASSETS | MISREP - VALUE | 196,831.46 |
| 33258625 | 6080158 | MISREP - INCOME/EMPLOY | | | 71,923.88 |
| 33258674 | 6080146 | MISREP - DEBTS | UW - CREDIT/FICO | | 226,401.37 |
| 33258781 | 6060230 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 176,853.78 |
| 33266727 | 6070233 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | DOCUMENTATION | 96,646.47 |
| 33279464 | 6031166 | MISREP - INCOME/EMPLOY | | | 157,801.02 |
| 33343856 | 6070473 | UW - INCOME/EMPLOY | | | 173,202.18 |
| 33425380 | 6051022 | UW - INCOME/EMPLOY | | | 156,209.43 |
| 33425661 | 6090523 | MISREP - DEBTS | UW - APPRAISAL | | 159,054.98 |
| 33446998 | 6050936 | MISREP - INCOME/EMPLOY | | | 296,001.96 |
| 33453689 | 6090893 | MISREP - INCOME/EMPLOY | | | 165,805.73 |
| 33471202 | 6100193 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | 234,797.08 |
| 33515149 | 6090448 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 172,938.79 |
| 33515578 | 6040648 | UW - ASSETS | UW - CREDIT/FICO | UW - INCOME/EMPLOY | 255,997.95 |
| 33527284 | 6020810 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 167,148.62 |

EXHIBIT B
hMortgage.com, Inc. and loanDepot.com, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33569690 | 6041288 | UW - INCOME/EMPLOY | UW - ASSETS | UW - ASSETS | 56,132.71 |
| 33582602 | 6090549 | MISREP - DEBTS | | | 159,948.29 |
| 33618471 | 6110250 | MISREP - INCOME/EMPLOY | | | 206,188.45 |
| 33625583 | 6041044 | MISREP - INCOME/EMPLOY | UW - ESCROW | | 165,386.39 |
| 33631128 | 6100327 | MISREP - DEBTS | | | 146,574.66 |
| 33672015 | 6110457 | UW - INCOME/EMPLOY | UW - ASSETS | | 66,228.38 |
| 33691288 | 610008 | UW - INCOME/EMPLOY | | | 205,240.40 |
| 33691361 | 6110454 | UW - ASSETS | | | 218,826.22 |
| 33693011 | 6110330 | UW - INCOME/EMPLOY | | | 154,764.42 |
| 33704792 | 6100473 | UW - INCOME/EMPLOY | UW - ASSETS | | 272,089.33 |
| 33711540 | 6090359 | MISREP - INCOME/EMPLOY | | | 160,529.21 |
| 40019994 | 6100296 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 191,304.98 |
| 40069536 | 6050223 | MISREP - OCCUPANCY | | | 169,277.44 |
| 40171456 | 6090237 | UW - INCOME/EMPLOY | | | 230,266.35 |
| 40293573 | 7020721 | UW - ASSETS | | | 113,371.02 |
| 40498669 | 6080848 | UW - INCOME/EMPLOY | | | 98,283.18 |
| 40504946 | 7020339 | MISREP - DEBTS | UW - PAYMENT SHOCK | MISREP - INCOME/EMPLOY | 190,311.45 |
| 40554578 | 7010386 | UW - CREDIT/FICO | UW - ESCROW | | 107,747.37 |
| 40575458 | 7040023 | MISREP - DEBTS | MISREP - OCCUPANCY | | 226,004.66 |
| 40586588 | 6060923 | MISREP - INCOME/EMPLOY | | | 134,660.84 |
| 40731754 | 7050174 | MISREP - INCOME/EMPLOY | | | 333,541.26 |
| 40745408 | 7020226 | UW - ASSETS | | | 110,626.98 |
| 40766552 | 7030713 | UW - INCOME/EMPLOY | | | 187,045.32 |
| | | | | TOTAL | 10,059,626.09 |