



**HSBC Private Bank**
Quai des Bergues 9-17
PO Box 2888
1211 Geneva 1
Switzerland

T. +41 (0)58 705 55 55
F. +41 (0)58 705 51 51

www.hsbcprivatebank.com

By registered mail
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Attn : Lehman Brothers Holdings Inc
One Bowling Green
New York, NY 10004-1408
USA

Geneva, 8 December 2016/peh

Re : Lehman Brothers Holding Inc. (Chapter 11) Case 08-13555 (JMP) (Jointly Administrated)
TRANSFER OF CLAIM

Dear Sirs,

Please transfer a portion of the claim number 545221.01 recorded in the name of Union Bancaire Privée, UBP S.A. (Transferor) to HSBC Private Bank (Suisse) S.A. Geneva (Transferee).

We are sending you enclosed, to support our transfer request, the following documents duly completed and signed by the Transferor and/or the Transferee:

- Form 210A duly signed by ourselves (Transferee);
- Evidence of Transfer of Claim duly signed by the Transferor;
- Schedule 1 in addition to the Evidence of Transfer of Claim.

We are looking forward to receiving your transfer confirmation.

Many thanks in advance.

Yours sincerely,

Giorgio Gagliani
Associate Director

D. Bapst
Associate

HSBC Private Bank (Suisse) SA



B 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re Lehman Brothers Holdings Inc., et al.,                    Case No. 08-13555 (JMP)

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_HSBC PRIVATE BANK (SUISSE) S.A._                               _UNION BANCAIRE PRIVEE, UBP SA_
Name of Transferee                                               Name of Transferor

Name and Address where notices to transferee                    Court Claim # (if known): _545221.01_
should be sent:                                                 Amount of Claim: _USD 283'821.15_
_HSBC PRIVATE BANK (SUISSE) S.A._                               Date Claim Filed: _10/29/2009_
_Att. Securities Corporate Actions_
_Quai des Bergues 9-17 / PO Box 2888_
_1211 Geneva 1 – Switzerland_

Phone: _+41.58.705.55.55_                                       Phone: _+41.58.819.3428_
Last Four Digits of Acct #: _____                      Last Four Digits of Acct. #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Giorgio Gagliani_  _/s/ D. Bapst_                      Date: _8 December 2016_
    Giorgio Gagliani        D. Bapst
    Associate Director      Associate

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



UNION BANCAIRE PRIVÉE

RECEIVED
DEC 1 2 2016
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficency of which are hereby acknowledged, **UNION BANCAIRE PRIVEE, UBP SA** ("Transferor") unconditionally and irrevocably transferred to **HSBC Private Bank (Suisse) S.A., Geneva** all of its right, title, interest claims and causes of action in and to or arising under or in connection with the portion of its claim (Claim No. **545221.01**) in nominal amount of EUR 200'000 **equal to an allowed claim of USD 283'821.15** related to the securities with International Securities Identification Numbers listed on Schedule I hereto against Lehman Brothers Holdings, Inc (the "Debtor"), Chapter 11 Case No.: 08-13555 (JMP) (Jointly Administered), United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

Transferor hereby waives any objection to the transfer of the claim to Transferee on the books and records of the Debtor and the Bankruptcy Court and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Transferor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Transferor regarding the transfer of the foregoing claim and recognizing the Transferee as the sole owner and holder of the claim. Transferor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Transferee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 15th November 2016.

**UNION BANCAIRE PRIVEE, UBP SA**

Securities department
Director

Securities department
Associate

UNION BANCAIRE PRIVÉE, UBP SA
Genève
Rue du Rhône 96-98  |  CP 1320  |  1211 Genève 1, Suisse
Tél. +41 58 819 21 11  |  Fax +41 58 819 22 00
ubp@ubp.ch  |  www.ubp.com



## Schedule I

Lehman Programs Securities Related to Transferred Portion of Claim:

| ISIN / Description | Court Claim | Date Claim Filed | Issuer | Claim Unsecured | Allowed Unsecured |
|---|---|---|---|---|---|
| ISIN XS0349282151<br><br>Lehman Brothers due 04.03.2011 | 545221.01 | 29th October 2009 | Lehman Brothers Treasury | EUR 200'000 | USD 283'821.15 |

UNION BANCAIRE PRIVÉE, UBP SA

Genève

Rue du Rhône 96-98 | CP 1320 | 1211 Genève 1, Suisse
Tél. +41 58 819 21 11 | Fax +41 58 819 22 00
ubp@ubp.ch | www.ubp.com