# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Approved Funding Corp.

Loan Purchase Agreement dated April 10, 2003

Loan Purchase Agreement dated January 14, 2005

Loan Purchase Agreement (Bulk Purchase) dated January 14, 2005

Loan Purchase Agreement (Bulk Purchase) dated August 10, 2006