# EXHIBIT B

**EXHIBIT B**

**Approved Funding Corp.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33335340 | 1005060849 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 168,891.45 |
| 33493909 | 1005060993 | MISREP - ASSETS | MISREP - INCOME/EMPLOY | | 110,304.49 |
| | | | | TOTAL | **279,195.94** |