# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Bank of England

Loan Purchase Agreement dated February 2, 2006

Loan Purchase Agreement dated October 17, 2006