# EXHIBIT B

**EXHIBIT B**

**Bank of England**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40012130 | 1855201060 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 208,534.92 |
| | | | | **TOTAL** | **208,534.92** |