# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Broadview Mortgage Corporation

Loan Purchase Agreement dated October 14, 2004

Loan Purchase Agreement (Bulk Purchase) dated October 14, 2004