# EXHIBIT B

**EXHIBIT B**

**Broadview Mortgage Corp.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32166142 | 708701118 | COLLATERAL | | | 168,245.15 |
| 32580524 | 53001484 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | UW - INELIGIBLE FOR LOAN | 374,356.18 |
| 32594129 | 53001442 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN | 215,393.26 |
| 32648420 | 31003609 | MISREP - DEBTS | | | 121,932.47 |
| 33737859 | 53002233 | MISREP - INCOME/EMPLOY | | | 231,549.68 |
| 40166498 | 33000328 | UW - CREDIT/FICO | | | 238,913.28 |
| 40784928 | 53003031 | MISREP - INCOME/EMPLOY | | | 149,964.30 |
| | | | | TOTAL | $1,500,354.32 |