# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Cherry Creek Mortgage Co., Inc.

Loan Purchase Agreement dated August 18, 1998

Loan Purchase Agreement dated August 30, 2001

Loan Purchase Agreement dated September 24, 2004