# EXHIBIT B

**EXHIBIT B**

**Cherry Creek Mortgage Co., Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 30556880 | 1809242 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 48,091.02 |
| 32246951 | 2506551 | MISREP - DEBTS | | | 73,612.22 |
| 32381220 | 42700608 | MISREP - OCCUPANCY | MISREP - VALUE | | 88,743.62 |
| 33096256 | 55800278 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - ASSETS | 307,639.46 |
| 33213869 | 3007025 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | UW - CONTRIBUTIONS / CONCESSIONS | 108,740.30 |
| 33437104 | 3006974 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 181,770.44 |
| 33471442 | 3007125 | COLLATERAL | | | 171,106.25 |
| 33696360 | 19706739 | MISREP - OCCUPANCY | | | 94,069.03 |
| 40343220 | 3007537 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - VALUE | 158,833.83 |
| 40344202 | 725680248 | MISREP - INCOME/EMPLOY | | | 236,032.17 |
| 40439556 | 56405417 | DOCUMENTATION | MISREP - DEBTS | | 173,510.14 |
| 40574014 | 3007701 | UW - ASSETS | | | 88,895.64 |
| 40574592 | 67600011 | MISREP - INCOME/EMPLOY | | | 102,405.43 |
| | | | | **TOTAL** | **1,833,449.55** |