# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

# Cornerstone Mortgage, Inc.

Loan Purchase Agreement dated November 21, 2002

Addendum No. 1 to Loan Purchase Agreement dated November 26, 2002

Loan Purchase Agreement (Bulk Purchase) dated July 6, 2006