# EXHIBIT B

**EXHIBIT B**

**Cornerstone Mortgage, Inc.**

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 32147738 | COLLATERAL | | | 148,837.49 |
| 32759300 | MISREP - VALUE | MISREP - BORROWER | | 236,122.51 |
| | | | **TOTAL** | **384,960.00** |