# EXHIBIT A

# EXHIBIT

# AGREEMENTS

## First Bank

Loan Purchase Agreement dated March 8, 2000

Loan Purchase Agreement dated October 1, 2001

Loan Purchase Agreement (Bulk Purchase) dated November 21, 2002