# EXHIBIT B

EXHIBIT B
First Bank

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 15469042 | 241913 | MISREP - OCCUPANCY | | | 42,804.68 |
| 30580831 | 462231 | MISREP - INCOME/EMPLOY | UW - INCONSISTENT LOAN APPLICATIONS | | 118,881.06 |
| 31402985 | 466596 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - CREDIT/FICO | 96,413.14 |
| 33444563 | 500845 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 64,759.44 |
| 40384745 | 570929 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | UW - CREDIT/BANKRUPTCY | 183,767.22 |
| 40468605 | 512341 | MISREP - OCCUPANCY | | | 143,895.48 |
| 40473647 | 510612 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 248,617.13 |
| 40511503 | 513777 | MISREP - INCOME/EMPLOY | | | 156,005.73 |
| 40529711 | 512971 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 250,776.34 |
| 40562316 | 511915 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 193,738.48 |
| 40574436 | 513905 | MISREP - OCCUPANCY | | | 189,314.32 |
| 40574998 | 513860 | MISREP - INCOME/EMPLOY | | | 178,648.19 |
| 40608531 | 573683 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 160,679.45 |
| 40622409 | 514176 | MISREP - DEBTS | UW - INCOME/EMPLOY | UW - CREDIT/FICO | 131,100.65 |
| 40623027 | 514489 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 161,779.44 |
| 40642522 | 514162 | MISREP - INCOME/EMPLOY | | | 131,930.56 |
| 40659120 | 515123 | COLLATERAL | | | 151,779.62 |
| 40671117 | 514658 | MISREP - INCOME/EMPLOY | | | 216,659.91 |
| 40678823 | 515169 | MISREP - INCOME/EMPLOY | | | 242,121.49 |
| 40701518 | 514421 | MISREP - INCOME/EMPLOY | | | 237,706.33 |
| 40753824 | 515998 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | | 73,656.13 |
| | | | | TOTAL | 3,375,034.79 |