# EXHIBIT B

**EXHIBIT B**

**First Mortgage Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33778226 | 291506 | UW - CONTRIBUTIONS / CONCESSIONS | UW - CREDIT/FICO | | 448,460.39 |
| 40357014 | 267852 | UW - CREDIT/FICO | UW - POINTS/FEES | UW - INCOME/EMPLOY | 207,028.34 |
| | | | | **TOTAL** | **655,488.73** |