# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Gateway Mortgage Group, LLC

Broker Agreement dated January 5, 2004

Broker Agreement dated March 14, 2005

Loan Purchase Agreement dated May 18, 2006