# EXHIBIT B

**EXHIBIT B**
**Gateway Mortgage Group, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 37554250 | | MISREP - DEBTS | MISREP - BORROWER | | 80,020.91 |
| 38368874 | | MISREP - INCOME/EMPLOY | | | 42,195.21 |
| 40313033 | 361409 | MISREP - INCOME/EMPLOY | | | 196,158.18 |
| 40504664 | 361962 | MISREP - BORROWER | | | 64,383.57 |
| 40695157 | 362231 | MISREP - VALUE | MISREP - OCCUPANCY | | 178,005.29 |
| | | | | TOTAL | 560,763.16 |