# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Guaranteed Rate, Inc.

Loan Purchase Agreement dated July 21, 2000

Loan Purchase Agreement dated December 3, 2004

Loan Purchase Agreement (Bulk Purchase) dated August 31, 2005