# EXHIBIT B

**EXHIBIT B**

**Guaranteed Rate, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18705079 | 2004029267 | UW - INCOME/EMPLOY | | | 136,092.37 |
| 31266141 | 2005049752 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | 121,017.19 |
| 31316730 | 2005050798 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 285,286.09 |
| 31367733 | 2005050770 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | 155,271.21 |
| 31657554 | 2005056439 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 180,366.79 |
| 31657687 | 2005053182 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 154,852.42 |
| 31736895 | 2005053365 | COLLATERAL | | | 142,610.11 |
| 32431561 | 2006072314 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | 116,979.62 |
| 32716235 | 2006078911 | COLLATERAL | | | 111,319.97 |
| 33384710 | 2006097480 | MISREP - OCCUPANCY | | | 385,575.47 |
| 33689431 | 2006096081 | MISREP - DEBTS | UW - CREDIT/FICO | UW - INVESTMENT PROPERTIES | 94,138.09 |
| 33696436 | 2006110498 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 139,462.54 |
| 33696949 | 2006112107 | MISREP - DEBTS | | | 341,130.88 |
| 33724931 | 2006110587 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 103,200.31 |
| 33763996 | 2006112387 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - INVESTMENT PROPERTIES | 73,208.38 |
| 33782624 | 2006112985 | COLLATERAL | | | 92,052.92 |
| 33784679 | 2006113226 | UW - APPRAISAL | | | 126,786.75 |
| 40056616 | 2006113465 | UW - ASSETS | UW - INCOME/RATIOS | | 174,211.37 |
| 40187049 | 2007117257 | MISREP - INCOME/EMPLOY | | | 130,171.11 |
| 40444333 | 2007127026 | MISREP - DEBTS | UW - ASSETS | | 78,829.28 |
| 40664799 | 2007131241 | DOCUMENTATION | | | 78,563.01 |
| 40681892 | 2007133883 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 341,790.69 |
| | | | | **TOTAL** | **3,562,916.57** |