# EXHIBIT A

# EXHIBIT A

## AGREEMENTS

## Paramount Residential Mortgage Group, Inc.

Loan Purchase Agreement dated August 18, 2005