# EXHIBIT B

**EXHIBIT B**
**Paramount Residential Mortgage Group, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Reason 4 | Claim Amount |
|---|---|---|---|---|---|---|
| 32837809 | 1000600599 | MISREP - DEBTS | MISREP - OCCUPANCY | | | 246,918.87 |
| 32954620 | 2000600161 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | 189,303.72 |
| 32954786 | 1000600894 | UW - ASSETS | MISREP - INCOME/EMPLOY | | | 255,992.45 |
| 32989634 | 1000600866 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 186,542.72 |
| 33125931 | 1000601137 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | | 146,922.94 |
| 40063877 | 1000700047 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | | 183,680.09 |
| 40365488 | 1000700568 | UW - INCOME/EMPLOY | UW - ASSETS | | | 129,361.18 |
| 40608432 | 1026700148 | DOCUMENTATION | | | | 197,031.08 |
| 40628091 | 1020700136 | MISREP - DEBTS | | | | 177,242.05 |
| 40664112 | 1020700202 | COLLATERAL | MISREP - NAL OMISSION | UW - CREDIT/FICO | MISREP - OCCUPANCY | 417,905.03 |
| | | | | | TOTAL | 2,130,900.13 |