# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Shea Mortgage Inc.

Loan Purchase Agreement dated August 22, 2000

Loan Purchase Agreement dated September 1, 2000

Loan Purchase Agreement dated July 20, 2004

Loan Purchase Agreement (Bulk Purchase) dated January 26, 2006