# EXHIBIT B

EXHIBIT B

Shea Mortgage Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 30413553 | 3145010916 | UW - INCOME/EMPLOY | UW - ASSETS | MISREP - DEBTS | 70,021.89 |
| 33277344 | 3166080006 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 2,065.37 |
| 33308156 | 6220802107 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - INCOME/EMPLOY | 114,141.39 |
| 33445172 | 3146100021 | UW - INCOME/EMPLOY | | | 91,075.89 |
| 33768680 | 314608012 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 228,567.26 |
| 40031619 | 3147010003 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 120,887.69 |
| 40352312 | 3147030039 | UW - RATIOS | UW - INCOME/EMPLOY | | 53,066.00 |
| 40628364 | 3226110103 | UW - INCOME/EMPLOY | UW - INCOME/EMPLOY | MISREP - DEBTS | 253,677.79 |
| | | | | **TOTAL** | **$933,503.28** |