# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Suburban Mortgage, Inc.

Loan Purchase Agreement dated December 3, 2004