# EXHIBIT B

**EXHIBIT B**

**Suburban Mortgage, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32334005 | 40028147 | MISREP - VALUE | | | 106,899.17 |
| 32437154 | 40029702 | MISREP - OCCUPANCY | MISREP - DEBTS | | 161,207.33 |
| 32742850 | 40030913 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - RATIOS | 256,460.00 |
| 33491218 | 40030381 | MISREP - VALUE | | | 179,216.64 |
| 33691874 | 40034584 | UW - INCOME/EMPLOY | UW - ASSETS | | 67,136.36 |
| 40076945 | 40035067 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | 141,025.79 |
| 40451882 | 40035955 | UW - RATIOS | | | 179,820.32 |
| 40491532 | 40036127 | COLLATERAL | | | 133,000.86 |
| 40562431 | 40036197 | MISREP - OCCUPANCY | | | 197,314.08 |
| 40581175 | 40035971 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 175,074.71 |
| 40633448 | 40032666 | UW - INCOME/EMPLOY | UW - RESIDENCY | | 213,299.65 |
| 40683021 | 40036434 | MISREP - OCCUPANCY | UW - CREDIT/FICO | | 175,849.21 |
| | | | | **TOTAL** | **$1,986,304.12** |