# EXHIBIT A

# EXHIBIT A

## AGREEMENTS

### Sun American Mortgage Company

Loan Purchase Agreement dated January 30, 2003