# EXHIBIT B

**EXHIBIT B**
**Sun American Mortgage Company**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 31366933 | 3-5568 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 136,884.06 |
| 32525388 | 4-5150 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - PAYMENT SHOCK | 131,095.16 |
| 32903551 | 4-5307 | UW - INCOME/EMPLOY | | | 192,091.02 |
| 33243395 | 3-7485 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 121,758.87 |
| 33537457 | 3-7609 | UW - INCOME/EMPLOY | UW - PAYMENT SHOCK | | 146,073.01 |
| 40277204 | 3-8459 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - PAYMENT SHOCK | 157,794.63 |
| 40528465 | 3-8418 | UW - INCOME/EMPLOY | | | 176,764.73 |
| 40677247 | 4-6273 | MISREP - INCOME/EMPLOY | MISREP - BORROWER | | 251,780.91 |
| | | | | **TOTAL** | **$1,314,242.39** |