# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Universal American Mortgage Company, LLC

Loan Purchase Agreement dated September 20, 2005

October 1, 2006 Addendum to Loan Purchase Agreement dated September 20, 2005