# EXHIBIT B

# EXHIBIT B
## Universal American Mortgage Company, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 31994916 | 6922181 | MISREP - INCOME/EMPLOY | UW - RATIOS | | 116,282.10 |
| 32002339 | 6573679 | MISREP - INCOME/EMPLOY | | | 44,722.27 |
| 32016834 | 6211874 | MISREP - OCCUPANCY | | | 152,645.50 |
| 32023418 | 9027681 | UW - ASSETS | UW - INCOME/EMPLOY | UW - PAYMENT SHOCK | 176,738.19 |
| 32121295 | 6389878 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 121,160.32 |
| 32123564 | 6827570 | MISREP - DEBTS | | | 164,524.43 |
| 32137135 | 6143770 | MISREP - DEBTS | | | 204,952.66 |
| 32150740 | 9476185 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 122,529.04 |
| 32165326 | 6946073 | UW - CONTRIBUTIONS / CONCESSIONS | | | 118,232.82 |
| 32169484 | 7442080 | MISREP - DEBTS | | | 89,244.77 |
| 32171571 | 9897984 | MISREP - DEBTS | UW - CREDIT/FICO | | 118,361.14 |
| 32175713 | 6986772 | MISREP - INCOME/EMPLOY | UW - ASSETS | | 64,426.92 |
| 32216038 | 7061278 | MISREP - OCCUPANCY | | | 169,155.72 |
| 32394926 | 7528177 | COLLATERAL | | | 210,977.31 |
| 32429300 | 7238173 | UW - INCOME/EMPLOY | | | 123,870.76 |
| 32445389 | 7115272 | UW - INVESTMENT PROPERTIES | | | 132,219.83 |
| 32481988 | 7498579 | MISREP - DEBTS | | | 279,636.47 |
| 32564965 | 7794076 | MISREP - INCOME/EMPLOY | | | 117,555.93 |
| 32565731 | 7420573 | MISREP - OCCUPANCY | MISREP - DEBTS | UW - INCOME/EMPLOY | 281,319.33 |
| 32566887 | 7834476 | UW - INCOME/EMPLOY | | | 118,246.67 |
| 32574311 | 7790074 | MISREP - INCOME/EMPLOY | | | 93,222.42 |
| 32620429 | 7922271 | UW - ASSETS | MISREP - INCOME/EMPLOY | | 152,371.57 |
| 32650699 | 7921075 | MISREP - DEBTS | | | 111,475.34 |
| 32660706 | 7976475 | UW - PROPERTY | | | 177,717.87 |
| 32692840 | 6837371 | MISREP - OCCUPANCY | | | 264,653.94 |
| 32731341 | 5264478 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 154,395.25 |
| 32750838 | 8284473 | MISREP - OCCUPANCY | | | 198,957.29 |
| 32761181 | 8965675 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 63,425.60 |
| 32761330 | 7072077 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 221,404.35 |
| 32766438 | 7569478 | MISREP - OCCUPANCY | | | 164,297.82 |
| 32769085 | 8895070 | MISREP - DEBTS | | | 149,010.00 |

# EXHIBIT B
**Universal American Mortgage Company, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32800971 | 9178971 | MISREP - OCCUPANCY | | | 135,973.97 |
| 32834798 | 9162173 | MISREP - INCOME/EMPLOY | | | 49,751.25 |
| 32865545 | 8833071 | MISREP - OCCUPANCY | | | 79,658.09 |
| 32879819 | 9600974 | MISREP - OCCUPANCY | MISREP - DEBTS | | 228,945.07 |
| 32932832 | 8757270 | MISREP - DEBTS | | | 113,441.98 |
| 32952491 | 9886276 | UW - INCOME/EMPLOY | | | 161,910.72 |
| 32960866 | 9819376 | MISREP - OCCUPANCY | MISREP - DEBTS | | 167,851.03 |
| 32963316 | 8438475 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 48,390.71 |
| 32979544 | 9505272 | UW - CREDIT/FICO | | | 188,374.78 |
| 33036914 | 4939666 | MISREP - OCCUPANCY | | | 134,412.80 |
| 33041849 | 5041462 | MISREP - INCOME/EMPLOY | DOCUMENTATION | | 109,670.57 |
| 33081753 | 7842370 | MISREP - OCCUPANCY | | | 151,251.15 |
| 33096900 | 5480363 | MISREP - DEBTS | | | 150,017.94 |
| 33151911 | 5796677 | MISREP - DEBTS | | | 205,179.33 |
| 33171661 | 5148861 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 227,221.32 |
| 33176041 | 9858879 | MISREP - OCCUPANCY | | | 143,283.77 |
| 33239377 | 5319660 | UW - APPRAISAL | | | 124,650.17 |
| 33287459 | 5452461 | MISREP - OCCUPANCY | UW - CREDIT/FICO | | 186,628.55 |
| 33291063 | 5936265 | UW - INCOME/EMPLOY | | | 140,906.39 |
| 33298597 | 7894579 | MISREP - OCCUPANCY | | | 122,088.72 |
| 33425448 | 6212260 | MISREP - OCCUPANCY | | | 145,843.78 |
| 33425752 | 5150560 | MISREP - INCOME/EMPLOY | | | 149,095.22 |
| 33566340 | 7403363 | MISREP - DEBTS | | | 63,633.92 |
| 33575408 | 5985961 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 391,531.22 |
| 33671553 | 8143968 | UW - STRAW TRANSACTION | | | 290,149.29 |

# EXHIBIT B

**Universal American Mortgage Company, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33682915 | 7034564 | MISREP - DEBTS | | | 244,549.62 |
| 33692070 | 8073074 | MISREP - DEBTS | | | 260,570.51 |
| 33705252 | 8299471 | MISREP - DEBTS | | | 201,949.27 |
| 40063158 | 8489460 | UW - INCOME/EMPLOY | | | 193,817.61 |
| 40069544 | 9066465 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | 157,446.96 |
| 40070047 | 8868267 | MISREP - OCCUPANCY | | | 123,681.22 |
| 40090102 | 8728065 | UW - CREDIT/FICO | | | 125,679.53 |
| 40152308 | 8997462 | MISREP - DEBTS | | | 186,499.92 |
| 40205494 | 8635567 | MISREP - OCCUPANCY | UW - CONTRIBUTIONS / CONCESSIONS | | 261,363.30 |
| 40231474 | 9719063 | MISREP - INCOME/EMPLOY | | | 205,603.44 |
| 40232753 | 9199167 | MISREP - INCOME/EMPLOY | UW - PAYMENT SHOCK | | 195,877.19 |
| 40298648 | 9707266 | UW - CONTRIBUTIONS / CONCESSIONS | | | 196,008.29 |
| 40304628 | 9167263 | MISREP - OCCUPANCY | MISREP - BORROWER | | 207,851.81 |
| 40315160 | 9644766 | MISREP - OCCUPANCY | | | 217,052.16 |
| 40509689 | 9158064 | UW - INCOME/EMPLOY | | | 140,230.08 |
| 40554974 | 6901862 | UW - INCOME/EMPLOY | | | 270,551.87 |
| 40555302 | 4908554 | UW - INCOME/EMPLOY | | | 156,936.30 |
| 40617441 | 4890554 | MISREP - OCCUPANCY | | | 182,691.15 |
| 40641508 | 5214556 | MISREP - OCCUPANCY | MISREP - BORROWER | UW - STRAW TRANSACTION | 146,247.36 |
| | | | | **TOTAL** | **$12,262,202.96** |