# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Oaktree Funding Corp.**


Loan Purchase Agreement, dated June 25, 2003