# EXHIBIT B

**EXHIBIT B**

Oaktree Funding Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040312605 | | MISREP - INCOME/EMPLOY | | | $308,764.10 |
| 0040156077 | | COLLATERAL | | | $298,732.54 |
| 0033125766 | | MISREP - DEBTS | | | $179,281.53 |
| 0032812307 | | MISREP - INCOME/EMPLOY | | | $158,148.99 |
| | | | | **TOTAL** | **$944,927.16** |

**EXHIBIT B**