# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## New Fed Mortgage, Corp.

Loan Purchase Agreement, dated September 30, 2004