# EXHIBIT B

**EXHIBIT B**

New Fed Mortgage, Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032674434 | 32674434 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | $166,223.37 |
| 0033500323 | 33500323 | MISREP - INCOME/EMPLOY | | | $144,862.80 |
| 0032013922 | 32013922 | MISREP - ASSETS | | | $73,190.52 |
| 0030928576 | | MISREP - INCOME/EMPLOY | | | $30,524.73 |
| | | | | **TOTAL** | **$414,801.42** |

**EXHIBIT B**