# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## American Home Equity Corporation

Loan Purchase Agreement dated June 27, 2002

Loan Purchase Agreement dated November 22, 2004

Loan Purchase Agreement (Bulk Purchase) dated December 2, 2004