# EXHIBIT B

**EXHIBIT B**

**American Home Equity Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33610213 | 3506111005 | UW - ASSETS | MISREP - INCOME/EMPLOY | | 88,390.92 |
| 40537185 | 3507033000 | MISREP - INCOME/EMPLOY | | | 155,959.49 |
| 40574907 | 3507042400 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 305,124.72 |
| | | | | **TOTAL** | **$549,475.13** |