# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## MegaStar Financial Corp.

Loan Purchase Agreement, dated September 24, 2004