# EXHIBIT B

**EXHIBIT B**

MegaStar Financial Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031303498 | 15105382 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $189,794.00 |
| 0033015405 | 334070227 | MISREP - DEBTS | UW - CREDIT/FICO | | $61,754.72 |
| 0033057290 | 15260198 | MISREP - INCOME/EMPLOY | | | $61,022.83 |
| 0032046021 | 15105474 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $53,178.85 |
| 0033046103 | 334070329 | MISREP - DEBTS | | | $50,539.82 |
| 0032989170 | 334070143 | MISREP - DEBTS | | | $50,140.82 |
| 0032813503 | 152860153 | MISREP - DEBTS | | | $43,212.15 |
| 0032974834 | 40007489 | UW - CREDIT/FICO | | | $42,448.58 |
| | | | | **TOTAL** | **$552,091.77** |

**EXHIBIT B**