# EXHIBIT A

**EXHIBIT A**

## AGREEMENTS

## Bondcorp Realty Services Inc.

Loan Purchase Agreement dated August 28, 2000

Loan Purchase Agreement dated December 3, 2004