# EXHIBIT B

**EXHIBIT B**

**Bondcorp Realty Services Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40314122 | 40314296 | MISREP - INCOME/EMPLOY | | | 175,458.25 |
| 40348013 | 40346013 | MISREP - DEBTS | | | 247,528.27 |
| | | | | **TOTAL** | **422,986.52** |