# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## City First Mortgage Services, L.L.C.

Loan Purchase Agreement dated August 12, 2004