# EXHIBIT B

**EXHIBIT B**
**City First Mortgage Services, L.L.C.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33508300 | 4001137652 | MISREP - DEBTS | | | 112,771.47 |
| 40450967 | 844501322 | UW - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 264,411.85 |
| | | | | **TOTAL** | **377,183.32** |