# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Mega Capital Funding, Inc.**

Loan Purchase Agreement, dated December 2, 2004