# EXHIBIT B

**EXHIBIT B**

**Mega Capital Funding, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32715401 | 260593 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $339,203.25 |
| 32735748 | 260705 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $267,355.95 |
| 32542888 | 207661 | MISREP - INCOME/EMPLOY | | | $257,194.26 |
| 32637027 | 207754 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | UW - ASSETS | $249,547.80 |
| 33428269 | 262424 | UW - CREDIT/FICO | | | $212,872.58 |
| 32071409 | 207053 | UW - TITLE | | | $207,599.74 |
| 40069197 | 210671 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $170,591.25 |
| 32268831 | 207378 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $140,915.81 |
| 30979355 | 251560 | MISREP - VALUE | UW - CREDIT/FICO | | $112,250.22 |
| 33330580 | 209748 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $85,774.09 |
| | | | | **TOTAL** | **$2,043,304.95** |

**EXHIBIT B**