# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# First Equity Mortgage Bankers, Inc.

Loan Purchase Agreement dated December 2, 2004