# EXHIBIT B

**EXHIBIT B**
**First Equity Mortgage Bankers, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40567232 | 07-12517M | MISREP - INCOME/EMPLOY | | | 160,026.02 |
| 40572240 | 07-13159M | MISREP - DEBTS | UW - INCOME/EMPLOY | UW - CREDIT/FICO | 188,169.20 |
| 40600843 | 07-12741M | MISREP - OCCUPANCY | | | 264,086.42 |
| 40606378 | 07-12603M | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | UW - CREDIT/FICO | 141,244.54 |
| | | | | **TOTAL** | **753,526.18** |