# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Crestline Funding Corporation**

Loan Purchase Agreement, dated April 20, 2006