# EXHIBIT B

**EXHIBIT B**

Crestline Funding Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033520784 | 7BF3 | MISREP - INCOME/EMPLOY | UW – INELIGIBLE INSTRUMENT | UW - ASSETS | $303,360.60 |
| 0033552076 | 3D2E | MISREP - DEBTS | MISREP - OCCUPANCY | UW - RATIOS | $289,739.76 |
| 0033371303 | 7BDF | COLLATERAL | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | $270,791.72 |
| | | | | **TOTAL** | **$863,892.08** |

EXHIBIT B