# EXHIBIT A

# EXHIBIT A

# AGREEMENTS

## First Residential Mortgage Services Corporation

Loan Purchase Agreement dated January 27, 2005