# EXHIBIT B

**EXHIBIT B**

**First Residential Mortgage Services Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33469792 | 06NJ-4313 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 330,846.03 |
| 33631870 | 06NJ-4335 | COLLATERAL | UW - INCOME/EMPLOY | UW - FLIP TRANSACTION | 57,430.55 |
| 33718164 | 06NJ-4447 | UW - INCOME/EMPLOY | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 279,927.84 |
| 33784927 | 06NJ-4733 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 236,853.02 |
| 40675134 | 07NJ-5331 | MISREP - INCOME/EMPLOY | | | 281,653.43 |
| | | | | **TOTAL** | **$1,186,710.87** |