# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Parkside Lending, LLC

Loan Purchase Agreement, dated February 24, 2005