# EXHIBIT B

**EXHIBIT B**

**Parkside Lending, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040159162 | 07011160 | MISREP - INCOME/EMPLOY | COLLATERAL | | $386,703.26 |
| | | | | **TOTAL** | **$386,703.26** |

**EXHIBIT B**