# EXHIBIT A

# AGREEMENTS

## Loan Simple, Inc. f/k/a Ascent Home Loans Inc.

Loan Purchase Agreement dated June 24, 2004