**EXHIBIT B**
**Loan Simple, Inc. f/k/a Ascent Home Loans Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32584658 | 12049 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 62,751.66 |
| 32610750 | 12113 | MISREP - INCOME/EMPLOY | | | 211,984.26 |
| 32717043 | 12195 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 244,197.01 |
| 33335456 | 13305 | MISREP - INCOME/EMPLOY | | | 130,855.63 |
| | | | | **TOTAL** | **$649,788.56** |