# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Pemm.Tek Mortgage Services, LLC

Loan Purchase Agreement, dated December 31, 2004