# EXHIBIT B

**EXHIBIT B**

Pemm-Tek Mortgage Services, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033507880 | 12167 | MISREP - INCOME/EMPLOY | | | $241,746.08 |
| 0040056137 | 1227700000 | MISREP - DEBTS | | | $230,754.53 |
| 0033440975 | 1214900000 | MISREP - DEBTS | | | $141,399.32 |
| 0033527094 | 12152 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | $67,520.00 |
| | | | | **TOTALS** | **$681,419.93** |

**EXHIBIT B**