# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Atlantic Bay Mortgage Group, L.L.C.

Loan Purchase Agreement dated June 24, 2004