# EXHIBIT B

**EXHIBIT B**
**Atlantic Bay Mortgage Group, L.L.C.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 30989313 | 842110307 | MISREP - OCCUPANCY | | | 105,174.50 |
| 32466997 | 127516154 | MISREP - INCOME/EMPLOY | | | 72,330.81 |
| 32599623 | 377111523 | MISREP - INCOME/EMPLOY | | | 57,680.73 |
| 32686883 | 117121058 | MISREP - INCOME/EMPLOY | | | 56,812.84 |
| 33099136 | 117111226 | UW - ASSETS | | | 766.30 |
| 33191362 | 117551213 | UW - INCOME/EMPLOY | UW - ASSETS | | 35,744.86 |
| 33549379 | 437150686 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 65,961.41 |
| 40035149 | 127517848 | UW - INCOME/EMPLOY | | | 38,422.57 |
| | | | | **TOTAL** | **432,894.02** |