# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Aurora Financial, LLC f/k/a Aurora Mortgage, LLC

Loan Purchase Agreement dated July 21, 2005