# EXHIBIT B

**EXHIBIT B**
*Aurora Financial, LLC f/k/a Aurora Mortgage, LLC*

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32261489 | 0601AM1265 | MISREP - INCOME/EMPLOY | | | 167,724.26 |
| 32671091 | 0603AM1393 | MISREP - OCCUPANCY | | | 249,846.27 |
| | | | | TOTAL | $417,570.53 |