# EXHIBIT A

# EXHIBIT A

## AGREEMENTS
## First California Mortgage Company

Loan Purchase Agreement dated October 2, 2003