# EXHIBIT B

**EXHIBIT B**

**First California Mortgage Company**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18355594 | 2004080198 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 128,819.62 |
| 30613210 | 503000028 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | 213,921.63 |
| 32392193 | 2005090185 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 260,997.92 |
| | | | | **TOTAL** | **$603,739.17** |