# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Southeast Funding Alliance, Inc.**

Loan Purchase Agreement, dated April 15, 2004