# EXHIBIT B

**EXHIBIT B**

Southeast Funding Alliance, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032381501 | 12420 | MISREP - DEBTS | | | $193,790.84 |
| 0033455866 | 13085 | MISREP - INCOME/EMPLOY | | | $170,652.79 |
| 0032869646 | 12615 | MISREP - OCCUPANCY | | | $167,053.68 |
| 0033393984 | 13055 | MISREP - OCCUPANCY | | | $149,074.42 |
| 0032271892 | 12360 | MISREP - DEBTS | | | $146,870.29 |

**TOTAL**   **$827,442.02**