# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Global Advisory Group, Inc.

Loan Purchase Agreement dated July 28, 2005