# EXHIBIT B

**EXHIBIT B**
**Global Advisory Group, Inc.**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32784787 | 100353 | MISREP - INCOME/EMPLOY | | | 69,588.54 |
| 32893968 | 100455 | MISREP - INCOME/EMPLOY | | | 122,524.70 |
| 33321738 | 100839 | MISREP - BORROWER | UW - INCOME/EMPLOY | | 30,897.92 |
| 33321852 | 100837 | MISREP - INCOME/EMPLOY | | | 137,813.00 |
| 40120909 | 101253 | MISREP - INCOME/EMPLOY | | | 115,859.46 |
| | | | | TOTAL | 476,683.62 |