# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**Sterling National Mortgage Company, Inc.**

Loan Purchase Agreement, dated December 31, 2004