# EXHIBIT B

**EXHIBIT B**

Sterling National Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033230186 | 10240637 | UW - CREDIT/FICO | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | $340,030.01 |
| | | | | **TOTAL** | **$340,030.01** |

**EXHIBIT B**