# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Hartland Mortgage Centers, Inc.

Loan Purchase Agreement dated January 19, 2006