# EXHIBIT B

**EXHIBIT B**

**Hartland Mortgage Centers, Inc.**

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 33665951 | MISREP - OCCUPANCY | COLLATERAL | | 142,561.92 |
| 33790957 | MISREP - VALUE | | | 178,041.05 |
| | | | **TOTAL** | **$ 320,602.97** |