# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**Mortgage Capital Associates, Inc.**

Loan Purchase Agreement, dated September 23, 2004