# EXHIBIT B

**EXHIBIT B**

Mortgage Capital Associates, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Reason 4 | Claim Amount |
|---|---|---|---|---|---|---|
| 0033216698 | 662633 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | | $343,793.69 |
| 0033127945 | 60-62315 | UW - INCOME/EMPLOY | UW - RATIOS | UW - INCOME/EMPLOY | | $278,714.31 |
| 0032083388 | 05-57817 | MISREP - INCOME/EMPLOY | UW - RATIOS | UW - INCOME/EMPLOY | UW - ASSETS | $181,735.89 |
| 0040377319 | 07-031612 | MISREP - DEBTS | UW - RATIOS | MISREP - OCCUPANCY | | $164,036.78 |
| 0033182767 | 06-59684 | MISREP - INCOME/EMPLOY | UW - RATIOS | UW - INCOME/EMPLOY | | $82,317.48 |
| | | | | | **TOTAL** | **$1,050,598.15** |

EXHIBIT B