# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Home Loan Mortgage Corporation

Loan Purchase Agreement dated September 29, 2000

Loan Purchase Agreement (Bulk Purchase) dated December 15, 2003

Loan Purchase Agreement (Bulk Purchase) dated March 4, 2004

Loan Purchase Agreement dated May 20, 2004

Loan Purchase Agreement dated July 27, 2005