# EXHIBIT B

**EXHIBIT B**
**Home Loan Mortgage Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32802027 | 97044123 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | 105,437.47 |
| 33643537 | 97046326 | MISREP - DEBTS | | | 172,838.83 |
| 40376030 | 97047446 | MISREP - BORROWER | | | 203,204.83 |
| 40536963 | 97047757 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 260,281.09 |
| | | | | **TOTAL** | **$741,762.22** |