# EXHIBIT A

# EXHIBIT A

## AGREEMENTS
## Lakeland Mortgage Corporation

Loan Purchase Agreement dated September 13, 2002