# EXHIBIT B

**EXHIBIT B**

**Lakeland Mortgage Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18574681 | 45683 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | 157,620.77 |
| 31662778 | 51296 | MISREP - INCOME/EMPLOY | | | 127,135.50 |
| 31839822 | 50450 | MISREP - INCOME/EMPLOY | | | 117,891.22 |
| 32589590 | 53717 | MISREP - INCOME/EMPLOY | | | 64,436.34 |
| 32810715 | 53344 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 86,154.76 |
| 33096025 | 55178 | MISREP - INCOME/EMPLOY | | | 88,550.24 |
| 33318445 | 56685 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 168,780.12 |
| 33724550 | 57488 | MISREP - INCOME/EMPLOY | | | 78,300.88 |
| 40394496 | 58965 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | 304,158.92 |
| | | | | **TOTAL** | **$ 1,193,028.75** |