# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## K & B Capital Corp.

Loan Purchase Agreement dated January 6, 2005