# EXHIBIT B

**EXHIBIT B**
**K & B Capital Corp.**

| Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|
| 30490924 | MISREP - INCOME/EMPLOY | | | 117,600.01 |
| 32733040 | MISREP - INCOME/EMPLOY | | | 153,285.37 |
| 40274896 | MISREP - DEBTS | | | 175,117.37 |
| | | | **TOTAL** | **446,002.75** |