# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Maribella Mortgage, LLC

Loan Purchase Agreement dated September 24, 2004