# EXHIBIT B

**EXHIBIT B**
**Maribella Mortgage, LLC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18609412 | MARI01380 | MISREP - OCCUPANCY | | | 341,201.80 |
| | | | | TOTAL | **341,201.80** |