# EXHIBIT A

**EXHIBIT A**

**AGREEMENTS**

**Primary Capital Mortgage, LLC f/k/a Primary Capital Advisors LC**

Loan Purchase Agreement dated December 10, 1999

Loan Purchase Agreement dated October 1, 2001

Loan Purchase Agreement (Bulk Purchase) dated February 12, 2004

Loan Purchase Agreement (Bulk Purchase) dated March 16, 2005

Loan Purchase Agreement dated March 16, 2005