# EXHIBIT B

**EXHIBIT B**
**Primary Capital Mortgage, LLC f/k/a Primary Capital Advisors LC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18959031 | 2000035915 | MISREP - VALUE | | | 53,988.94 |
| 32151672 | 3000008728 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 70,424.54 |
| 32495640 | 3000011618 | UW - CREDIT/FICO | | | 48,917.42 |
| 32571580 | 3000011996 | MISREP - OCCUPANCY | | | 251,341.15 |
| 32679219 | 3000012268 | MISREP - INCOME/EMPLOY | | | 55,508.85 |
| 32717100 | 3000011849 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | 287,835.38 |
| 32842205 | 3000015054 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 333,727.22 |
| 32845265 | 3000014921 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | UW - CREDIT/FICO | 51,911.91 |
| 32860041 | 3000014341 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 74,993.08 |
| 32950727 | 3000015693 | MISREP - INCOME/EMPLOY | | | 192,391.75 |
| 33011982 | 3000016093 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 126,877.96 |
| 33219296 | 3000017806 | UW - CREDIT/FICO | | | 70,008.27 |
| 33262791 | 3000018745 | MISREP - DEBTS | | | 82,861.83 |
| 33286253 | 3000018820 | UW - INCOME/EMPLOY | | | 33,719.64 |
| 33308420 | 3000018408 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | 121,199.92 |
| 33355066 | 3000018973 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INCOME/EMPLOY | MISREP - OTHER | 90,590.82 |
| 33362971 | 3000019128 | UW - INCOME/EMPLOY | | | 52,302.42 |
| 33379207 | 3000019561 | UW - INCOME/EMPLOY | | | 127,214.09 |
| 33533712 | 3000020362 | MISREP - INCOME/EMPLOY | | | 278,223.72 |
| 33632274 | 3000019393 | COLLATERAL | | | 177,557.63 |
| 33638107 | 3000021613 | MISREP - ASSETS | | | 77,319.81 |
| 33718560 | 3000021882 | MISREP - INCOME/EMPLOY | | | 397,244.60 |
| 40064511 | 3000022310 | MISREP - INCOME/EMPLOY | | | 54,885.91 |
| 40100273 | 3000023391 | UW - INCOME/EMPLOY | UW - ASSETS | UW - INCOME/EMPLOY | 91,301.08 |
| 40171258 | 3000023623 | COLLATERAL | | | 123,627.29 |
| 40171357 | 3000023516 | MISREP - VALUE | MISREP - INCOME/EMPLOY | | 230,298.44 |
| 40188435 | 3000023116 | UW - INELIGIBLE FOR LOAN PROGRAM | | | 162,506.63 |
| 40334773 | 3000023482 | MISREP - INCOME/EMPLOY | | | 90,993.27 |
| 40415432 | 3000024912 | UW - INCOME/EMPLOY | | | 211,490.47 |
| 40438764 | 3000023704 | MISREP - INCOME/EMPLOY | | | 270,052.05 |
| 40457129 | 3000024783 | COLLATERAL | | | 184,592.27 |
| 40472367 | 3000025648 | UW - INCOME/EMPLOY | | | 131,371.53 |
| 40509051 | 3000026209 | MISREP - INCOME/EMPLOY | | | 45,113.88 |
| 40622599 | 3000026748 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 318,701.01 |
| 40633059 | 3000026685 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 321,437.67 |
| 40633703 | 3000026877 | MISREP - DEBTS | | | 148,979.06 |
| 40766081 | 3000027944 | MISREP - INCOME/EMPLOY | | | 119,374.20 |
| 40766479 | 3000027998 | MISREP - INCOME/EMPLOY | | | 167,303.61 |
| 40779084 | 3000028583 | MISREP - INCOME/EMPLOY | | | 306,898.67 |

**EXHIBIT B**
**Primary Capital Mortgage, LLC f/k/a Primary Capital Advisors LC**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40784340 | 3000026575 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | | 378,921.58 |
| 40809964 | 3000028306 | MISREP - INCOME/EMPLOY | | | 134,514.77 |
| | | | | **TOTAL** | **$6,548,524.34** |