# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Ross Mortgage Corporation

Loan Purchase Agreement dated July 21, 2005