# EXHIBIT B

**EXHIBIT B**

**Ross Mortgage Corporation**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32660862 | 104288 | UW - ASSETS | | | 323,462.37 |
| | | | | **TOTAL** | **323,462.37** |