# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## SecurityNational Mortgage Company

Loan Purchase Agreement dated May 27, 1998

Loan Purchase Agreement dated August 23, 2001

Loan Purchase Agreement (Bulk Purchase) dated December 4, 2003

Loan Purchase Agreement dated April 15, 2005

Loan Purchase Agreement (Bulk Purchase) dated April 21, 2005