# EXHIBIT B

**EXHIBIT B**
**SecurityNational Mortgage Company**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 18523845 | 216462 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 167,067.74 |
| 30576649 | 305882 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 191,703.43 |
| 31029630 | 311881 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - CREDIT/FICO | 88,899.36 |
| 31413321 | 316100 | MISREP - INCOME/EMPLOY | | | 198,828.26 |
| 31448418 | 318089 | MISREP - INCOME/EMPLOY | | | 128,849.11 |
| 31612070 | 317059 | MISREP - DEBTS | UW - CREDIT/FICO | | 82,489.24 |
| 31885098 | 322401 | UW - RATIOS | | | 59,284.70 |
| 31950645 | 323518 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - RATIOS | 213,882.84 |
| 32027179 | 325208 | MISREP - INCOME/EMPLOY | | | 175,162.47 |
| 32139438 | 327370 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 158,841.69 |
| 32190126 | 325476 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 174,360.05 |
| 32200958 | 327813 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 72,927.45 |
| 32234338 | 327204 | COLLATERAL | | | 223,797.58 |
| 32252330 | 328509 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - DEBTS | 99,344.66 |
| 32252447 | 328511 | MISREP - DEBTS | | | 175,790.63 |
| 32265969 | 327996 | UW - EXCESSIVE CASH OUT | MISREP - INCOME/EMPLOY | | 72,475.63 |
| 32310625 | 328034 | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 177,191.39 |
| 32315723 | 329896 | MISREP - INCOME/EMPLOY | | | 121,081.64 |
| 32390320 | 330024 | MISREP - VALUE | | | 211,174.01 |
| 32404956 | 329989 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 266,506.39 |
| 32410417 | 330735 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 96,571.29 |
| 32451809 | 330495 | MISREP - OCCUPANCY | UW - NONWARRANTABLE | | 152,930.02 |
| 32541880 | 332874 | COLLATERAL | | | 153,491.35 |
| 32596751 | 332745 | COLLATERAL | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | 112,448.78 |
| 32736779 | 335045 | UW - ASSETS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 193,633.56 |
| 32761207 | 335410 | MISREP - OCCUPANCY | | | 231,607.55 |
| 32773954 | 335450 | MISREP - INCOME/EMPLOY | | | 303,414.58 |
| 32782278 | 334808 | MISREP - DEBTS | | | 125,778.31 |
| 32806754 | 330141 | UW - APPRAISAL | UW - ASSETS | | 64,393.94 |
| 32819856 | 338109 | MISREP - DEBTS | | | 196,233.97 |
| 32827669 | 336786 | MISREP - INCOME/EMPLOY | | | 191,947.05 |
| 32852238 | 335394 | COLLATERAL | | | 94,180.51 |
| 32878704 | 336173 | UW - CREDIT/FICO | UW - PAYMENT SHOCK | | 288,627.04 |
| 32878829 | 339693 | MISREP - ASSETS | | | 257,772.29 |
| 32899593 | 339780 | UW - ASSETS | UW - INCOME/EMPLOY | | 57,854.92 |
| 32915746 | 339642 | MISREP - INCOME/EMPLOY | | | 147,423.32 |
| 32926867 | 338568 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 212,159.56 |

# EXHIBIT B

## SecurityNational Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 32926966 | 329885 | MISREP - DEBTS | | | 134,619.08 |
| 33027202 | 341731 | MISREP - INCOME/EMPLOY | | | 172,263.13 |
| 33076712 | 342318 | MISREP - DEBTS | | | 240,338.85 |
| 33098153 | 342890 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 241,093.21 |
| 33098609 | 342930 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 65,758.31 |
| 33098641 | 343211 | UW - CREDIT/FICO | | | 253,356.47 |
| 33165887 | 345913 | MISREP - ASSETS | | | 140,577.60 |
| 33166901 | 343043 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 325,802.41 |
| 33174079 | 344877 | MISREP - INCOME/EMPLOY | | | 145,137.72 |
| 33184797 | 345056 | MISREP - OCCUPANCY | | | 185,233.93 |
| 33203886 | 344427 | UW - INCOME/EMPLOY | | | 104,010.24 |
| 33204959 | 344988 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | | 70,295.43 |
| 33233545 | 347131 | MISREP - INCOME/EMPLOY | | | 232,427.65 |
| 33269614 | 346841 | MISREP - OCCUPANCY | | | 39,443.49 |
| 33296054 | 347596 | MISREP - DEBTS | UW - INCOME/EMPLOY | DOCUMENTATION | 192,536.98 |
| 33384744 | 349526 | UW - PAYMENT SHOCK | MISREP - INCOME/EMPLOY | | 171,218.75 |
| 33395187 | 350866 | MISREP - INCOME/EMPLOY | | | 41,891.83 |
| 33428178 | 352473 | MISREP - INCOME/EMPLOY | | | 28,102.40 |
| 33458662 | 351801 | MISREP - INCOME/EMPLOY | | | 130,588.70 |
| 33483314 | 352457 | MISREP - INCOME/EMPLOY | | | 193,035.73 |
| 33531849 | 353858 | MISREP - INCOME/EMPLOY | | | 299,004.96 |
| 33532581 | 354061 | MISREP - DEBTS | | | 77,633.64 |
| 33585944 | 355606 | UW - ASSETS | MISREP - INCOME/EMPLOY | | 140,162.41 |
| 33589557 | 354806 | MISREP - INCOME/EMPLOY | | | 149,828.34 |
| 33590159 | 355473 | UW - CONTRIBUTIONS / CONCESSIONS | | | 262,487.53 |
| 33595844 | 354807 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | 94,130.68 |
| 33608688 | 353292 | MISREP - OCCUPANCY | | | 148,257.14 |
| 33608712 | 352155 | MISREP - DEBTS | | | 80,436.33 |
| 33621699 | 355682 | MISREP - DEBTS | | | 411,805.60 |
| 33637182 | 356361 | MISREP - DEBTS | | | 50,665.77 |
| 33687674 | 354777 | UW - INCOME/EMPLOY | UW - ASSETS | MISREP - INCOME/EMPLOY | 315,003.17 |
| 33710641 | 354371 | MISREP - ASSETS | | | 288,666.33 |
| 33710799 | 357758 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 109,485.90 |
| 33749847 | 356039 | UW - INCOME/EMPLOY | UW - RATIOS | | 271,690.94 |
| 33750241 | 358877 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 96,907.98 |
| 33763798 | 359895 | UW - RATIOS | | | 104,045.97 |
| 33785007 | 360303 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | 88,353.80 |

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|

EXHIBIT B

SecurityNational Mortgage Company

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 33793878 | 357771 | UW - INCOME/EMPLOY | | | 241,373.74 |
| 40043481 | 361855 | UW - INCOME/EMPLOY | | | 74,582.12 |
| 40108821 | 362220 | UW - INCOME/EMPLOY | | | 158,832.32 |
| 40125791 | 363305 | MISREP - INCOME/EMPLOY | | | 227,918.10 |
| 40150260 | 364411 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 510,509.80 |
| 40164907 | 355778 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | 127,709.20 |
| 40180226 | 367412 | MISREP - DEBTS | | | 76,227.30 |
| 40188765 | 363577 | MISREP - INCOME/EMPLOY | | | 150,415.09 |
| 40237430 | 363905 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 203,160.05 |
| 40248932 | 365710 | UW - INCOME/EMPLOY | | | 85,883.66 |
| 40250375 | 364818 | MISREP - DEBTS | | | 231,868.73 |
| 40288177 | 366098 | MISREP - OCCUPANCY | | | 229,803.64 |
| 40310765 | 367411 | MISREP - OCCUPANCY | | | 179,692.44 |
| 40311821 | 364614 | MISREP - DEBTS | UW - INCOME/EMPLOY | | 77,833.10 |
| 40321309 | 367609 | MISREP - INCOME/EMPLOY | UW - PAYMENT SHOCK | | 148,319.77 |
| 40367500 | 367730 | UW - ASSETS | | | 251,269.29 |
| 40367799 | 369150 | MISREP - INCOME/EMPLOY | | | 197,831.58 |
| 40368052 | 369500 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 113,366.20 |
| 40368136 | 370001 | MISREP - INCOME/EMPLOY | | | 144,947.91 |
| 40368318 | 366576 | UW - INCONSISTENT LOAN APPLICATIONS | MISREP - BORROWER | UW - INCOME/EMPLOY | 123,054.95 |
| 40368474 | 367900 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 103,726.51 |
| 40368656 | 368791 | MISREP - INCOME/EMPLOY | UW - ASSETS | | 213,549.30 |
| 40396426 | 370126 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | 171,035.04 |
| 40408247 | 369198 | COLLATERAL | | | 93,277.89 |
| 40415168 | 370606 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | MISREP - BORROWER | 132,268.91 |
| 40423345 | 371620 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 188,836.47 |
| 40423444 | 370328 | MISREP - INCOME/EMPLOY | | | 144,524.26 |
| 40426199 | 370617 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | 137,867.21 |
| 40426579 | 370877 | UW - PAYMENT SHOCK | DOCUMENTATION | | 113,557.79 |
| 40445454 | 370648 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - INCOME/EMPLOY | 233,199.84 |
| 40446056 | 370732 | MISREP - DEBTS | | | 107,539.67 |
| 40446213 | 370364 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | 135,627.43 |
| 40452336 | 371519 | COLLATERAL | | | 131,853.77 |
| 40473779 | 371595 | MISREP - DEBTS | UW - ASSETS | | 169,983.01 |
| 40475113 | 372928 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 214,469.26 |
| 40481509 | 367072 | UW - NON-WARRANTABLE | UW - INCOME/EMPLOY | | 238,725.08 |
| 40481632 | 371374 | MISREP - ASSETS | UW - INCOME/EMPLOY | | 167,368.74 |

**EXHIBIT B**

**SecurityNational Mortgage Company**

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 40498958 | 372245 | UW - INCOME/EMPLOY | | | 267,374.38 |
| 40510547 | 372519 | MISREP - DEBTS | | | 283,425.32 |
| 40525750 | 373994 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 168,151.10 |
| 40562175 | 368594 | MISREP - BORROWER | MISREP - INCOME/EMPLOY | | 242,675.57 |
| 40563207 | 375780 | MISREP - INCOME/EMPLOY | | | 227,896.12 |
| 40602385 | 373119 | MISREP - INCOME/EMPLOY | | | 314,617.56 |
| 40603979 | 377797 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - DEBTS | 331,886.64 |
| 40642969 | 377026 | UW - INCOME/EMPLOY | UW - PROPERTY | UW - APPRAISAL | 101,635.30 |
| 40643298 | 379005 | MISREP - DEBTS | | | 74,844.81 |
| 40643603 | 378040 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 329,563.48 |
| 40657785 | 376564 | MISREP - OCCUPANCY | | | 178,013.86 |
| 40675159 | 378883 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 91,652.46 |
| 40686586 | 379924 | COLLATERAL | | | 109,088.26 |
| 40701625 | 380259 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | 260,278.50 |
| 40701633 | 380741 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | 280,570.52 |
| 40719445 | 382060 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | 267,990.49 |
| 40730327 | 382264 | MISREP - OCCUPANCY | | | 266,578.09 |
| 40749822 | 383828 | MISREP - DEBTS | | | 177,890.40 |
| 40762866 | 380521 | UW - ASSETS | MISREP - OCCUPANCY | | 215,116.93 |
| 40763849 | 386020 | COLLATERAL | | | 153,745.72 |
| 40778979 | 386398 | MISREP - INCOME/EMPLOY | | | 126,689.71 |
| 40794471 | 382345 | UW - CONTRIBUTIONS / CONCESSIONS | | | 193,080.60 |
| 40799678 | 387318 | UW - INCOME/EMPLOY | UW - ASSETS | | 164,681.60 |
| 40813032 | 387579 | MISREP - INCOME/EMPLOY | MISREP - ASSETS | MISREP - OCCUPANCY | 346,919.15 |
| | | | | **TOTAL** | **23,462,800.45** |