# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## WR Starkey Mortgage, LLP

Loan Purchase Agreement, dated May 14, 2004