# EXHIBIT B

EXHIBIT B
WR Starkey Mortgage, LLP

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040280059 | 47700253 | MISREP - INCOME/EMPLOY | COLLATERAL | | $265,381.97 |
| 0033496605 | 33600721 | UW - INCOME/EMPLOY | | | $182,249.83 |
| 0033673427 | 33600959 | MISREP - INCOME/EMPLOY | | | $129,432.50 |
| 0033672296 | 49601740 | UW - INCOME/EMPLOY | | | $114,265.40 |
| 0033113333 | 24601490 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | $101,106.23 |
| 0040001612 | 47601364 | MISREP - DEBTS | | | $95,255.03 |
| 0031311202 | 47501235 | MISREP - DEBTS | COLLATERAL | UW - INELIGIBLE FOR LOAN PROGRAM | $85,981.33 |
| 0032400079 | 73500141 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $36,103.87 |
| 0032908071 | 1260170 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $26,720.50 |
| 0032908030 | 12601728 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $24,229.82 |
| | | | | **TOTAL** | **$1,060,726.48** |