# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## National Funding Company, LLC

Loan Purchase Agreement, dated December 22, 2006