# EXHIBIT B

**EXHIBIT B**

National Funding Company, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040485831 | 0000000248 | MISREP - INCOME/EMPLOY | | | $244,585.47 |
| 0040748964 | 0000000335 | MISREP - OCCUPANCY | | | $201,852.83 |
| 0040668261 | 0000000287 | MISREP - INCOME/EMPLOY | | | $194,826.37 |
| 0040685489 | 0000000293 | MISREP - INCOME/EMPLOY | | | $190,648.33 |
| 0040350522 | 0000000226 | MISREP - INCOME/EMPLOY | | | $176,213.75 |
| 0040289506 | 0000000219 | MISREP - INCOME/EMPLOY | | | $126,792.84 |
| 0040251829 | 0000000207 | MISREP - DEBTS | | | $116,140.66 |

**TOTAL**     **$1,251,060.25**

**EXHIBIT B**