# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Mortgage Partners, Inc.

Loan Purchase Agreement, dated July 17, 2003