# EXHIBIT B

**EXHIBIT B**

Mortgage Partners, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040338014 | | MISREP - INCOME/EMPLOY | | | $299,934.89 |
| 0040035156 | | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $267,503.03 |
| | | | | **TOTAL** | **$567,437.92** |

**EXHIBIT B**