# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Oro Real, Inc.

Loan Purchase Agreement, dated October 6, 2005