# EXHIBIT B

**EXHIBIT B**

Oro Real, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032589533 | 06-03-32 | MISREP - INCOME/EMPLOY | | | $341,280.54 |
| | | | | **TOTAL** | **$341,280.54** |