# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## The Lending Company, Inc.

Loan Purchase Agreement, dated December 18, 2003