# EXHIBIT B

**EXHIBIT B**

The Lending Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040584633 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $314,735.69 |
| 0033739764 | | MISREP - INCOME/EMPLOY | | | $294,263.81 |
| 0032641219 | | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | $222,847.75 |
| 0033112459 | | MISREP - ASSETS | MISREP - INCOME/EMPLOY | | $179,893.95 |
| 0031801616 | | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $178,059.54 |
| 0040175655 | 40175655 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $162,212.84 |
| 0031675465 | | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $135,162.12 |
| 0033632530 | | MISREP - DEBTS | UW - INCOME/EMPLOY | | $131,386.74 |
| 0033643164 | | UW - INCOME/EMPLOY | | | $128,965.98 |
| 0032778706 | | MISREP - DEBTS | | | $127,515.91 |
| 0033292210 | 06050359 | MISREP - INCOME/EMPLOY | | | $127,083.59 |
| 0033138801 | | MISREP - INCOME/EMPLOY | | | $122,748.27 |
| 0031740152 | | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | $118,715.32 |
| 0032160541 | 32000457 | UW - ASSETS | | | $116,863.09 |
| 0031803208 | | UW - INELIGIBLE FOR LOAN PROGRAM | | | $110,160.59 |
| 0031802986 | | UW - CREDIT/FICO | DOCUMENTATION | | $97,389.14 |
| 0018504811 | | MISREP - DEBTS | | | $96,357.34 |
| 0033384363 | | UW - INCOME/EMPLOY | | | $94,064.40 |
| 0031939309 | | UW - INCOME/EMPLOY | DOCUMENTATION | | $85,519.34 |
| 0018505917 | | MISREP - DEBTS | | | $68,798.70 |
| 0031597461 | | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - ASSETS | $55,488.65 |
| | | | | TOTAL | $2,968,232.76 |

**EXHIBIT B**