# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**CMG Mortgage, Inc.**

Loan Purchase Agreement, dated October 15, 2001

Loan Purchase Agreement, dated August 1, 2005