# EXHIBIT B

08-13555-mg    Doc 54322-2    Filed 12/28/16    Entered 12/28/16 14:36:12    Exhibit B - Identification of Defective Loans    Pg 2 of 4

EXHIBIT B
CMG Mortgage, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033289703 | 90509680 | MISREP - INCOME/EMPLOY | UW - CONTRIBUTIONS/CONCESSIONS | UW - ASSETS | $384,343.68 |
| 0040438053 | 24531519 | MISREP - INCOME/EMPLOY | | | $299,464.96 |
| 0031211436 | 20530099 | MISREP - INCOME/EMPLOY | | | $285,964.17 |
| 0032222739 | 32502249 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $281,693.74 |
| 0030831630 | 20528874 | MISREP - DEBTS | | | $265,338.41 |
| 0033081076 | 20535366 | MISREP - OCCUPANCY | | | $252,476.35 |
| 0032176455 | 20533048 | MISREP - INCOME/EMPLOY | MISREP - ASSETS | | $248,772.25 |
| 0040848434 | 24532278 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | | $244,143.31 |
| 0031833205 | 32501558 | MISREP - DEBTS | UW - MISSING DOCUMENTS | | $242,851.32 |
| 0033199498 | 20535798 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $245,858.77 |
| 0040776601 | 24532176 | UW - APPRAISAL | | | $240,881.29 |
| 0033548124 | 22530867 | MISREP - OCCUPANCY | UW - CREDIT/FICO | | $240,862.45 |
| 0018654020 | 30521941 | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - DEBTS | MISREP - OCCUPANCY | $240,808.05 |
| 0033330010 | 62530627 | UW - INCOME/EMPLOY | | | $235,066.68 |
| 0032889966 | 30531920 | MISREP - INCOME/EMPLOY | COLLATERAL | | $234,280.51 |
| 0032679698 | 30531305 | MISREP - INCOME/EMPLOY | | | $228,705.10 |
| 0032918351 | 30531802 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $220,567.47 |
| 0033520834 | 31503989 | UW - ASSETS | | | $215,993.46 |
| 0040560625 | 31504647 | MISREP - INCOME/EMPLOY | | | $208,576.86 |
| 0033723818 | 20537271 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $213,816.92 |
| 0031207442 | 20530076 | MISREP - INCOME/EMPLOY | UW - CONTRIBUTIONS/CONCESSIONS | UW - CREDIT/FICO | $201,192.67 |
| 0032397481 | 32502336 | MISREP - DEBTS | | | $199,170.65 |
| 0033259367 | 30533080 | MISREP - INCOME/EMPLOY | | | $197,859.97 |
| 0031333263 | 20530493 | MISREP - INCOME/EMPLOY | | | $197,621.19 |
| 0032797862 | 22529792 | MISREP - INCOME/EMPLOY | | | $196,499.31 |
| 0032402083 | 31502934 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $194,246.89 |
| 0033458977 | 32503295 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $194,010.16 |

08-13555-mg    Doc 54322-2    Filed 12/28/16    Entered 12/28/16 14:36:12    Exhibit B - Identification of Defective Loans    Pg 3 of 4

EXHIBIT B
CMG Mortgage, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 0031822059 | 20531738 | MISREP - INCOME/EMPLOY | | | $190,479.50 |
| 0032697096 | 32502542 | UW - MISSING DOCUMENTS | UW - PAYMENT SHOCK | | $187,128.90 |
| 0030640114 | 32500686 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | | $185,158.00 |
| 0032222655 | 32502251 | MISREP - INCOME/EMPLOY | | | $183,254.81 |
| 0040505273 | 24531671 | MISREP - INCOME/EMPLOY | UW - APPRAISAL | UW - MISSING DOCUMENTS | $178,664.06 |
| 0032446809 | 31502801 | MISREP - OCCUPANCY | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | $178,070.58 |
| 0031935786 | 20532538 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - VOR | $174,903.85 |
| 0032723579 | 32502618 | MISREP - INCOME/EMPLOY | | | $173,307.23 |
| 0032467854 | 31502834 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $172,011.69 |
| 0031853682 | 30528865 | UW - INCOME/EMPLOY | MISREP - OCCUPANCY | MISREP - CREDIT/FICO | $169,907.37 |
| 0032351595 | 31502824 | UW - INCOME/EMPLOY | MISREP - DEBTS | MISREP - INCOME/EMPLOY | $168,653.80 |
| 0018992701 | 20526458 | MISREP - OCCUPANCY | | | $167,133.51 |
| 0030543912 | 32500618 | MISREP - INCOME/EMPLOY | | | $166,781.75 |
| 0033637836 | 62530721 | MISREP - DEBTS | UW - ASSETS | | $166,131.66 |
| 0033114612 | 32502944 | MISREP - DEBTS | | | $166,043.08 |
| 0033695347 | 20536868 | MISREP - DEBTS | MISREP - OCCUPANCY | | $158,029.93 |
| 0031997778 | 32501715 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $157,966.39 |
| 0032739245 | 31503436 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $157,860.50 |
| 0033372079 | 32503156 | MISREP - DEBTS | | | $152,168.28 |
| 0030918908 | 30526154 | MISREP - INCOME/EMPLOY | | | $144,304.87 |
| 0032467979 | 31502992 | MISREP - DEBTS | UW - RATIOS | UW - ASSETS | $144,107.06 |
| 0030619506 | 32500719 | COLLATERAL | | | $143,457.96 |
| 0040281495 | 31504594 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $141,945.73 |
| 0032859795 | 31503452 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - ASSETS | $141,739.28 |
| 0031757982 | 32501576 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $140,252.26 |
| 0033372798 | 32503149 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $136,376.65 |

**EXHIBIT B**

08-13555-mg    Doc 54322-2    Filed 12/28/16    Entered 12/28/16 14:36:12    Exhibit B - Identification of Defective Loans    Pg 4 of 4

EXHIBIT B
CMG Mortgage, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 0031872054 | 30502160 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | UW - ASSETS | $135,194.03 |
| 0040670846 | 24531609 | COLLATERAL | | | $133,453.23 |
| 0033602517 | 31504025 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | DOCUMENTATION | $130,105.72 |
| 0033465220 | 31503904 | MISREP - INCOME/EMPLOY | | | $128,433.77 |
| 0031668759 | 31501870 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $127,970.30 |
| 0031861693 | 30528634 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | | $127,349.53 |
| 0040230757 | 32503979 | MISREP - OCCUPANCY | | | $123,183.56 |
| 0033748872 | 32503485 | MISREP - INCOME/EMPLOY | | | $115,374.96 |
| 0033441726 | 30533438 | MISREP - INCOME/EMPLOY | | | $112,815.45 |
| 0031210420 | 20530299 | MISREP - INCOME/EMPLOY | UW - PAYMENT SHOCK | | $110,300.66 |
| 0031404833 | 31501540 | MISREP - DEBTS | | | $107,458.13 |
| 0033531500 | 62530676 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | UW - RATIOS | $107,343.17 |
| 0031799877 | 31501982 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | UW - CREDIT/FICO | $105,532.10 |
| 0031924400 | 31502299 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | UW - ASSETS | $99,704.24 |
| 0032761413 | 31503425 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $98,564.90 |
| 0033165374 | 30532914 | MISREP - INCOME/EMPLOY | UW - CREDIT/FICO | UW - INELIGIBLE FOR LOAN PROGRAM | $92,535.30 |
| 0031891914 | 31502281 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $91,448.75 |
| 0033582222 | 22530857 | MISREP - INCOME/EMPLOY | | | $88,982.32 |
| 0033710658 | 31504189 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $88,785.49 |
| 0031505381 | 31501645 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $86,772.65 |
| 0033464926 | 20536642 | MISREP - INCOME/EMPLOY | | | $81,376.46 |
| 0031861313 | 32501703 | UW - CREDIT/FICO | MISREP - BORROWER | | $78,558.54 |
| 0033233784 | 31503805 | MISREP - DEBTS | | | $77,770.82 |
| 0033190281 | 32502888 | MISREP - OCCUPANCY | | | $146,219.19 |
| 0032502676 | 32502443 | UW - ASSETS | UW - MISSING DOCUMENTS | UW - INELIGIBLE FOR LOAN PROGRAM | $68,174.03 |
| 0032234684 | 30529886 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $24,265.07 |
| | | | | **TOTAL** | **$13,344,577.66** |

**EXHIBIT B**