# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

**Windsor Capital Mortgage Corporation**

Broker Agreement, dated February 18, 2002

Broker Agreement, dated January 13, 2006

Loan Purchase Agreement, dated September 9, 2004