# EXHIBIT B

**EXHIBIT B**

Windsor Capital Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033703760 | 730600 | UW - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $281,439.29 |
| 0046752325 | 0046752325 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $275,401.82 |
| 0033650946 | 63060275 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | | $241,342.58 |
| 0039614920 | 39614920 | MISREP - INCOME/EMPLOY | | | $204,405.48 |
| 0033384298 | 73060139 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $200,190.28 |
| 0039160007 | 0039160007 | MISREP - INCOME/EMPLOY | | | $182,491.35 |
| 0045206372 | 0045206372 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $131,125.22 |
| 0038083820 | 0838174579 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $85,555.55 |
| 0046435830 | 46435830 | MISREP - INCOME/EMPLOY | | | $82,267.44 |
| 0037611944 | 0037612371 | MISREP - INCOME/EMPLOY | | | $36,757.77 |
| 0033348194 | 63060175 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $14,531.06 |
| | | | | **TOTAL** | **$1,735,507.84** |

**EXHIBIT B**