# EXHIBIT A

## EXHIBIT A
## AGREEMENTS

### MC Advantage, LLC f/k/a Republic Mortgage Home Loans, LLC

Loan Purchase Agreement, dated June 25, 2000

Broker Agreement, dated December 3, 2004

Loan Purchase Agreement, dated December 31, 2004

Broker Agreement, dated January 17, 2006