# EXHIBIT B

**EXHIBIT B**

MC Advantage, LLC F/k/a Republic Mortgage Home Loans, LLC

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032476202 | 7011206 | MISREP - INCOME/EMPLOY | | | $241,922.64 |
| 0040359598 | 7027021 | MISREP - OCCUPANCY | | | $240,164.00 |
| 0032974933 | 7016601 | UW - INELIGIBLE INSTRUMENT | | | $219,045.63 |
| 0033114422 | 7017884 | MISREP - DEBTS | | | $191,314.32 |
| 0032827784 | 7013449 | MISREP - INCOME/EMPLOY | MISREP - VALUE | | $163,365.56 |
| 0032373557 | 7010065 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $139,436.62 |
| 0033313669 | 7019940 | MISREP - INCOME/EMPLOY | | | $136,171.22 |
| 0040612863 | 7028783 | MISREP - DEBTS | UW - CREDIT/FICO | | $134,647.71 |
| 0032833717 | 7013480 | MISREP - INCOME/EMPLOY | | | $107,807.57 |
| 0040811275 | 7031987 | MISREP - DEBTS | | | $100,143.60 |
| 0039667613 | | MISREP - ASSETS | | | $92,140.63 |
| 0033088188 | 7017853 | MISREP - INCOME/EMPLOY | | | $78,003.44 |
| 0033138413 | 7018458 | MISREP - INCOME/EMPLOY | | | $77,452.61 |
| 0040528952 | 7028763 | MISREP - INCOME/EMPLOY | | | $76,230.29 |
| 0033610429 | 7023136 | UW - ASSETS | | | $70,592.61 |
| 0033102864 | 7007243 | MISREP - DEBTS | | | $70,505.28 |
| 0033479775 | 7022411 | MISREP - DEBTS | | | $36,757.57 |
| 0039149927 | | MISREP - INCOME/EMPLOY | | | $27,909.54 |
| | | | | **TOTAL** | **$2,203,610.84** |

**EXHIBIT B**