# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
# Popular Mortgage Corp.

Loan Purchase Agreement, dated December 4, 2003