# EXHIBIT B

**EXHIBIT B**

Popular Mortgage Corp.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040686479 | 2705041314 | MISREP - INCOME/EMPLOY | | | $367,145.14 |
| 0033733429 | 2611000105 | MISREP - DEBTS | MISREP - OCCUPANCY | | $248,645.89 |
| 0040117012 | 2702000483 | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | | $231,937.13 |
| 0040487118 | 2703011414 | MISREP - OCCUPANCY | UW - CREDIT/FICO | | $229,312.78 |
| 0040617649 | 2704013174 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $226,530.79 |
| 0040465221 | 2704000283 | MISREP - ASSETS | MISREP - DEBTS | MISREP - OCCUPANCY | $221,079.93 |
| 0040460677 | 2704001214 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | | $219,191.62 |
| 0040472953 | 2506006301 | UW - CREDIT/FICO | MISREP - INCOME/EMPLOY | | $211,940.34 |
| 0040418253 | 2703009814 | MISREP - INCOME/EMPLOY | | | $211,858.88 |
| 0040603870 | 2704032243 | MISREP - DEBTS | MISREP - OCCUPANCY | | $211,596.32 |
| 0040452872 | 2703010204 | MISREP - DEBTS | | | $199,779.02 |
| 0040418915 | 2701000401 | MISREP - INCOME/EMPLOY | | | $194,993.07 |
| 0033192709 | 2607001605 | MISREP - OCCUPANCY | | | $193,379.53 |
| 0040083453 | 2701001863 | MISREP - OCCUPANCY | MISREP - DEBTS | | $192,073.41 |
| 0033780206 | 2612004163 | MISREP - OCCUPANCY | | | $173,637.79 |
| 0040592263 | 2704030374 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $161,623.79 |
| 0040339368 | 2703004563 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | UW - ASSETS | $156,482.19 |
| 0040245771 | 2702006883 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - ASSETS | $154,736.18 |
| 0040575482 | 2704025143 | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $153,817.03 |
| 0033098187 | 2607000905 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $150,272.57 |
| 0033765934 | 2404013101 | MISREP - OCCUPANCY | UW - ASSETS | | $143,926.44 |
| 0032891327 | 2605006683 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $143,707.29 |
| 0033184904 | 2607003105 | DOCUMENTATION | COLLATERAL | | $142,887.39 |
| 0033172503 | 2607003905 | UW - INCOME/EMPLOY | UW - ASSETS | | $141,784.08 |
| 0040643017 | 2705003343 | MISREP - OCCUPANCY | | | $138,496.98 |
| 0032648727 | 2602004523 | MISREP - DEBTS | UW - CREDIT/FICO | | $138,357.57 |
| 0032760514 | 2604003283 | MISREP - DEBTS | | | $113,111.55 |
| 0033129529 | 2606002605 | MISREP - OCCUPANCY | | | $111,343.98 |
| 0033399940 | 2609000605 | MISREP - DEBTS | | | $92,330.21 |
| 0040440802 | 2404003901 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $57,010.61 |
| | | | | **TOTAL** | **$5,332,989.50** |

**EXHIBIT B**