# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**

**Wall Street Mortgage Bankers, Ltd.**

Loan Purchase Agreement, dated July 8, 2004