# EXHIBIT B

**EXHIBIT B**

Wall Street Mortgage Bankers, Ltd.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040536609 | 313351 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | MISREP - INCOME/EMPLOY | $244,549.47 |
| 0031852205 | NY303464 | MISREP - INCOME/EMPLOY | | | $210,911.39 |
| | | | | **TOTAL** | **$455,460.86** |

**EXHIBIT B**