# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Loan Correspondents, Inc.

Broker Agreement, dated January 17, 2006

Loan Purchase Agreement, dated January 26, 2006