# EXHIBIT B

**EXHIBIT B**

Loan Correspondents, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0046907119 | 0046907119 | MISREP - INCOME/EMPLOY | | | $294,053.65 |
| 0040730772 | 09-07002230 | MISREP - INCOME/EMPLOY | UW - ASSETS | UW - PAYMENT SHOCK | $274,227.56 |
| | | | | TOTAL | $568,281.21 |

**EXHIBIT B**