# EXHIBIT A

**EXHIBIT A
AGREEMENTS**

**Loanguy.com**

Loan Purchase Agreement, dated August 15, 2002