# EXHIBIT B

**EXHIBIT B**
Loanguy.com

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0031817315 | 20051020 | MISREP - DEBTS | | | $105,906.70 |
| 0032201733 | 20051231 | MISREP - DEBTS | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | $251,467.89 |
| 0032625618 | | MISREP - DEBTS | MISREP - INCOME/EMPLOY | | $91,657.79 |
| 0033395534 | 2601046611 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | | $386,913.71 |
| 0032067639 | | COLLATERAL | | | $280,714.62 |
| 0033628637 | 20061210 | MISREP - INCOME/EMPLOY | | | $143,221.12 |
| | | | | TOTAL: | $1,259,881.83 |

**Exhibit B**