# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## North Atlantic Mortgage Corporation

Loan Purchase Agreement, dated April 7, 2005