# EXHIBIT B

**EXHIBIT B**

North Atlantic Mortgage Corporation

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0033807785 | | MISREP - DEBTS | | | $191,297.09 |
| | | | | **TOTAL:** | $191,297.09 |

**EXHIBIT B**