# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## California Financial Group, Inc.

Loan Purchase Agreement, dated July 18, 2005