# EXHIBIT B

**EXHIBIT B**

California Financial Group, Inc.

| Loan Number | Seller Loan Number | Claim Reason 1 | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032559627 | 980103520 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $106,651.61 |
| 0033066358 | 980103610 | UW - CREDIT/FICO | | | $168,440.66 |
| 0033561408 | 980103736 | MISREP - INCOME/EMPLOY | | | $297,874.95 |
| 0040904088 | 980104396 | MISREP - INCOME/EMPLOY | | | $271,584.99 |
| 0031729973 | 980103402 | MISREP - INCOME/EMPLOY | | | $57,266.87 |
| 0040438038 | 980103904 | MISREP - INCOME/EMPLOY | UW - ASSETS | | $130,878.44 |
| 0040807388 | 980104598 | MISREP - INCOME/EMPLOY | COLLATERAL | | $118,732.81 |
| 0040611881 | 980104053 | UW - INCOME/EMPLOY | UW - CREDIT/FICO | | $247,401.46 |
| | | | | **TOTAL** | **$1,398,831.79** |

**EXHIBIT B**