# EXHIBIT A

# EXHIBIT A
# AGREEMENTS
## Sierra Pacific Mortgage Company, Inc.

Broker Agreement, dated November 8, 2005

Loan Purchase Agreement, dated September 8, 2004