# EXHIBIT B

**EXHIBIT B**

Sierra Pacific Mortgage Company, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040830465 | 0000496832 | MISREP - OCCUPANCY | MISREP - INCOME/EMPLOY | | $383,941.10 |
| 0040851628 | 0000498460 | MISREP - INCOME/EMPLOY | | | $147,948.80 |
| 0038429346 | | MISREP - OCCUPANCY | | | $146,215.34 |
| | | | | **TOTAL** | **$678,105.24** |

**EXHIBIT B**