# EXHIBIT A

**EXHIBIT A**
**AGREEMENTS**
**Home Loan Center, Inc.**

Loan Purchase Agreement, dated April 16, 2002

Loan Purchase Agreement, dated November 5, 2004