# EXHIBIT B

**EXHIBIT B**

Home Loan Center, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0032660730 | 2108676 | MISREP - INCOME/EMPLOY | MISREP - DEBTS | MISREP - OCCUPANCY | $273,752.25 |
| 0032785768 | 2110966 | MISREP - INCOME/EMPLOY | | | $270,250.64 |
| 0033193640 | 6006482 | UW - INCOME/EMPLOY | UW - ASSETS | | $238,019.15 |
| 0033297417 | 2117531 | COLLATERAL | | | $237,490.78 |
| 0040705402 | 3102141 | MISREP - OCCUPANCY | | | $228,966.13 |
| 0032682353 | 3005134 | COLLATERAL | | | $217,245.32 |
| 0031865611 | 3039430 | UW - CREDIT/FICO | UW - ASSETS | UW - CREDIT/FICO | $215,140.29 |
| 0040536526 | 6009033 | UW - INCOME/EMPLOY | | | $212,984.69 |
| 0040395998 | 3090992 | UW - PAYMENT SHOCK | | | $208,936.43 |
| 0031004575 | 2090522 | MISREP - INCOME/EMPLOY | | | $204,971.75 |
| 0033574336 | 2120017 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $204,013.64 |
| 0033455189 | 5006386 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | UW - ASSETS | $197,348.28 |
| 0032278616 | 2106018 | MISREP - INCOME/EMPLOY | | | $191,001.35 |
| 0033799602 | 5008601 | UW - ASSETS | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | $181,010.64 |
| 0040132938 | 3083936 | MISREP - OCCUPANCY | UW - MISSING DOCUMENTS | | $178,043.14 |
| 0033297938 | 3068288 | MISREP - OCCUPANCY | | | $175,627.80 |
| 0033232539 | 6006686 | UW - INCOME/EMPLOY | | | $161,406.99 |
| 0033188608 | 6006662 | UW - INCOME/EMPLOY | | | $161,007.69 |
| 0040018004 | 5008903 | UW - INCOME/EMPLOY | UW - ASSETS | | $158,920.30 |
| 0040652984 | 3097989 | COLLATERAL | | | $156,911.24 |
| 0040511826 | 6009077 | MISREP - INCOME/EMPLOY | MISREP - OCCUPANCY | UW - PAYMENT SHOCK | $155,811.50 |
| 0040757015 | 3100931 | UW - INCOME/EMPLOY | UW - RATIOS | | $149,167.63 |
| 0040311573 | 6008699 | UW - CREDIT/FICO | UW - INCOME/EMPLOY | UW - MISSING DOCUMENTS | $149,070.33 |
| 0033329400 | 5005103 | MISREP - INCOME/EMPLOY | DOCUMENTATION | MI RESCISSION | $145,486.40 |
| 0040100638 | 6008041 | MISREP - ASSETS | | | $143,472.52 |
| 0033705039 | 2122010 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $143,048.26 |
| 0040190803 | 3085024 | MISREP - DEBTS | | | $140,567.39 |

**EXHIBIT B**

08-13555-mg    Doc 54332-2    Filed 12/28/16    Entered 12/28/16 18:29:25    Exhibit B - Identification of Defective Loans    Pg 3 of 4

**EXHIBIT B**

Home Loan Center, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 0032455420 | 3049138 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $139,582.66 |
| 0032588113 | 2109381 | MISREP - DEBTS | UW - INELIGIBLE FOR LOAN PROGRAM | | $138,520.50 |
| 0040525883 | 3096300 | UW - INCOME/EMPLOY | | | $136,207.59 |
| 0032395022 | 2107432 | MISREP - DEBTS | MISREP - OCCUPANCY | UW - INCOME/EMPLOY | $130,053.78 |
| 0040719809 | 2127273 | UW - INCOME/EMPLOY | | | $129,783.03 |
| 0040197709 | 6008381 | UW - ASSETS | UW - DATA ERRORS | | $118,899.89 |
| 0040468365 | 6008198 | UW - INCOME/EMPLOY | MISREP - DEBTS | | $128,722.58 |
| 0033413352 | 2118116 | UW - INCOME/EMPLOY | UW - DEBT DISCLOSURE | UW - CREDIT/FICO | $116,183.44 |
| 0040670754 | 2126275 | UW - INCOME/EMPLOY | | | $112,919.50 |
| 0040561268 | 3095035 | UW - CREDIT/FICO | UW - ASSETS | | $109,156.09 |
| 0040394991 | 2125495 | UW - ASSETS | UW - INCOME/EMPLOY | | $104,733.14 |
| 0033455155 | 2118828 | COLLATERAL | | | $104,633.62 |
| 0033574625 | 2120447 | UW - INELIGIBLE FOR LOAN PROGRAM | | | $100,273.53 |
| 0040076648 | 6008154 | UW - ASSETS | MISREP - DEBTS | UW - CREDIT/FICO | $95,072.68 |
| 0033731563 | 3075613 | MISREP - INCOME/EMPLOY | | | $93,894.63 |
| 0032216863 | 2103868 | MISREP - INCOME/EMPLOY | UW - INELIGIBLE FOR LOAN PROGRAM | | $85,406.09 |
| 0033477159 | 3070851 | MISREP - OCCUPANCY | | | $84,722.30 |
| 0033543927 | 3074138 | MISREP - INCOME/EMPLOY | UW - INCOME/EMPLOY | | $81,996.36 |
| 0040230484 | 3086405 | UW - ASSETS | UW - CREDIT/FICO | | $81,350.72 |
| 0033543950 | 6007305 | MISREP - INCOME/EMPLOY | MISREP - INCOME/EMPLOY | | $77,656.77 |
| 0032828352 | 2111803 | MISREP - INCOME/EMPLOY | | | $75,811.23 |
| 0040377590 | 3091254 | MISREP - DEBTS | UW - INCOME/EMPLOY | | $74,800.66 |
| 0040280455 | 2123049 | MISREP - INCOME/EMPLOY | | | $63,545.00 |
| 0040037079 | 9123914 | UW - INCOME/EMPLOY | | | $62,283.03 |
| 0017601972 | 2037319 | COLLATERAL | | | $58,683.62 |
| 0040488082 | 6008841 | UW - INCOME/EMPLOY | UW - ASSETS | | $53,222.60 |
| 0040076838 | 3083818 | MISREP - INCOME/EMPLOY | | | $53,096.63 |
| 0040637241 | 3093712 | MISREP - INCOME/EMPLOY | | | $48,531.37 |

**EXHIBIT B**

**EXHIBIT B**

Home Loan Center, Inc.

| | | | | | |
|---|---|---|---|---|---|
| 0033216821 | 3069047 | UW - ASSETS | DOCUMENTATION | | $41,808.59 |
| 0033604034 | 3075455 | UW - CREDIT/FICO | | | $41,113.81 |
| 0040716573 | 5014045 | MISREP - INCOME/EMPLOY | | | $41,068.42 |
| 0032729469 | 3054217 | UW - INCOME/EMPLOY | | | $33,690.47 |
| 0040138836 | 6007912 | UW - CREDIT/FICO | UW - ASSETS | | $18,499.70 |
| | | | | **TOTAL** | **$7,935,596.56** |

**EXHIBIT B**