# EXHIBIT A

# EXHIBIT A
# AGREEMENTS

## Response Mortgage Services, Inc.

Loan Purchase Agreement, dated April 22, 2004