# EXHIBIT B

**EXHIBIT B**

Response Mortgage Services, Inc.

| Loan Number | Seller Loan Number | Claim Reason | Claim Reason 2 | Claim Reason 3 | Claim Amount |
|---|---|---|---|---|---|
| 0040603656 | 28270039 | MISREP - ASSETS | | | $177,421.83 |
| 0033190232 | 11060144 | UW - ASSETS | | | $148,874.92 |
| 0033400078 | 26260106 | UW - INCOME/EMPLOY | MISREP - BORROWER | | $142,895.26 |
| 0040030884 | 28160150 | UW - ASSETS | UW - INELIGIBLE FOR LOAN PROGRAM | UW - INELIGIBLE FOR LOAN PROGRAM | $124,920.98 |
| 0033687625 | 26260127 | MISREP - INCOME/EMPLOY | | | $74,611.47 |
| 0032490849 | 24350158 | UW - ASSETS | MISREP - BORROWER | | $69,567.39 |
| 0032661860 | 20060009 | UW - INCOME/EMPLOY | UW - ASSETS | | $51,967.75 |
| | | | | **TOTAL** | **$790,259.60** |

**EXHIBIT B**