# EXHIBIT A

## EXHIBIT A
## AGREEMENTS
### Home Capital Funding, d/b/a Security One Lending

Loan Purchase Agreement dated December 3, 2004.